JS 44C/SDNY
REV. 4/2014

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS
Virginia L. Giuffre

DEFENDANTS
Ghislaine Maxwell

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER
David Boies
Boies Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

This action involves a defamation claim with diversity jurisdiction. 28 U.S.C. 1332

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [✓] Yes [ ] Judge Previously Assigned

If yes, was this case Vol. [ ] Invol. [ ] Dismissed. No [ ] Yes [ ] If yes, give date _____ & Case No. _____

Is THIS AN INTERNATIONAL ARBITRATION CASE?     No [x]     Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                    NATURE OF SUIT

                        TORTS                                                        ACTIONS UNDER STATUTES

CONTRACT                PERSONAL INJURY       PERSONAL INJURY          FORFEITURE/PENALTY    BANKRUPTCY              OTHER STATUTES
                                              [ ] 367 HEALTHCARE/                                                    [ ] 375 FALSE CLAIMS
[ ] 110 INSURANCE       [ ] 310 AIRPLANE      PHARMACEUTICAL PERSONAL  [ ] 625 DRUG RELATED  [ ] 422 APPEAL           [ ] 400 STATE
[ ] 120 MARINE          [ ] 315 AIRPLANE PRODUCT  INJURY/PRODUCT LIABILITY  SEIZURE OF PROPERTY    28 USC 158             REAPPORTIONMENT
[ ] 130 MILLER ACT              LIABILITY     [ ] 365 PERSONAL INJURY      21 USC 881        [ ] 423 WITHDRAWAL       [ ] 410 ANTITRUST
[ ] 140 NEGOTIABLE      [x] 320 ASSAULT, LIBEL &   PRODUCT LIABILITY    [ ] 690 OTHER            28 USC 157            [ ] 430 BANKS & BANKING
        INSTRUMENT              SLANDER       [ ] 368 ASBESTOS PERSONAL                                                [ ] 450 COMMERCE
[ ] 150 RECOVERY OF     [ ] 330 FEDERAL           INJURY PRODUCT                                                       [ ] 460 DEPORTATION
        OVERPAYMENT &           EMPLOYERS'        LIABILITY                                  PROPERTY RIGHTS          [ ] 470 RACKETEER INFLU-
        ENFORCEMENT             LIABILITY                                                                                  ENCED & CORRUPT
        OF JUDGMENT     [ ] 340 MARINE         PERSONAL PROPERTY                             [ ] 820 COPYRIGHTS           ORGANIZATION ACT
[ ] 151 MEDICARE ACT    [ ] 345 MARINE PRODUCT                                               [ ] 830 PATENT                (RICO)
[ ] 152 RECOVERY OF             LIABILITY     [ ] 370 OTHER FRAUD                            [ ] 840 TRADEMARK         [ ] 480 CONSUMER CREDIT
        DEFAULTED       [ ] 350 MOTOR VEHICLE [ ] 371 TRUTH IN LENDING                                                 [ ] 490 CABLE/SATELLITE TV
        STUDENT LOANS   [ ] 355 MOTOR VEHICLE
        (EXCL VETERANS)         PRODUCT LIABILITY                                            SOCIAL SECURITY           [ ] 850 SECURITIES/
[ ] 153 RECOVERY OF     [ ] 360 OTHER PERSONAL                                                                             COMMODITIES/
        OVERPAYMENT             INJURY         [ ] 380 OTHER PERSONAL   LABOR                [ ] 861 HIA (1395ff)          EXCHANGE
        OF VETERAN'S    [ ] 362 PERSONAL INJURY -   PROPERTY DAMAGE                          [ ] 862 BLACK LUNG (923)
        BENEFITS                MED MALPRACTICE [ ] 385 PROPERTY DAMAGE [ ] 710 FAIR LABOR   [ ] 863 DIWC/DIWW (405(g))
[ ] 160 STOCKHOLDERS                               PRODUCT LIABILITY        STANDARDS ACT    [ ] 864 SSID TITLE XVI
        SUITS                                                           [ ] 720 LABOR/MGMT   [ ] 865 RSI (405(g))       [ ] 890 OTHER STATUTORY
[ ] 190 OTHER                                  PRISONER PETITIONS           RELATIONS                                      ACTIONS
        CONTRACT                               [ ] 463 ALIEN DETAINEE   [ ] 740 RAILWAY LABOR ACT                       [ ] 891 AGRICULTURAL ACTS
[ ] 195 CONTRACT                               [ ] 510 MOTIONS TO       [ ] 751 FAMILY MEDICAL   FEDERAL TAX SUITS
        PRODUCT         ACTIONS UNDER STATUTES     VACATE SENTENCE         LEAVE ACT (FMLA)
        LIABILITY                                  28 USC 2255                               [ ] 870 TAXES (U.S. Plaintiff or   [ ] 893 ENVIRONMENTAL
[ ] 196 FRANCHISE       CIVIL RIGHTS           [ ] 530 HABEAS CORPUS    [ ] 790 OTHER LABOR      Defendant)                     MATTERS
                                               [ ] 535 DEATH PENALTY       LITIGATION        [ ] 871 IRS-THIRD PARTY    [ ] 895 FREEDOM OF
                        [ ] 440 OTHER CIVIL RIGHTS [ ] 540 MANDAMUS & OTHER [ ] 791 EMPL RET INC      26 USC 7609            INFORMATION ACT
REAL PROPERTY                   (Non-Prisoner)                             SECURITY ACT (ERISA)                         [ ] 896 ARBITRATION
                        [ ] 441 VOTING                                                                                  [ ] 899 ADMINISTRATIVE
[ ] 210 LAND            [ ] 442 EMPLOYMENT                              IMMIGRATION                                        PROCEDURE ACT/REVIEW OR
        CONDEMNATION    [ ] 443 HOUSING/        PRISONER CIVIL RIGHTS                                                      APPEAL OF AGENCY DECISION
[ ] 220 FORECLOSURE             ACCOMMODATIONS                          [ ] 462 NATURALIZATION
[ ] 230 RENT LEASE &    [ ] 445 AMERICANS WITH  [ ] 550 CIVIL RIGHTS        APPLICATION                                 [ ] 950 CONSTITUTIONALITY OF
        EJECTMENT               DISABILITIES -  [ ] 555 PRISON CONDITION [ ] 465 OTHER IMMIGRATION                         STATE STATUTES
[ ] 240 TORTS TO LAND           EMPLOYMENT      [ ] 560 CIVIL DETAINEE       ACTIONS
[ ] 245 TORT PRODUCT    [ ] 446 AMERICANS WITH      CONDITIONS OF CONFINEMENT
        LIABILITY               DISABILITIES -OTHER
[ ] 290 ALL OTHER       [ ] 448 EDUCATION
        REAL PROPERTY


Check if demanded in complaint:

[ ] CHECK IF THIS IS A CLASS ACTION
    UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

DEMAND $ > $75,000    OTHER _____    JUDGE _____    DOCKET NUMBER _____

Check YES only if demanded in complaint
JURY DEMAND: [X] YES [ ] NO           NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

(PLACE AN x IN ONE BOX ONLY)      **ORIGIN**

[x] 1 Original Proceeding
[ ] 2 Removed from State Court
    [ ] a. all parties represented
    [ ] b. At least one party is pro se.
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from (Specify District)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judge Judgment

(PLACE AN x IN ONE BOX ONLY)      **BASIS OF JURISDICTION**      *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

[ ] 1 U.S. PLAINTIFF    [ ] 2 U.S. DEFENDANT    [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)    [x] 4 DIVERSITY

### CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ]1 | [x]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 | [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 | [ ]5 |
| CITIZEN OF ANOTHER STATE | [x]2 | [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 | [ ]4 | FOREIGN NATION | [ ]6 | [ ]6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)
Virginia L. Giuffre
1270 J Street
Penrose, CO 81240
County of Fremont

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)
Ghislaine Maxwell
116 East 65th Street
New York, NY 10065
County of New York

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one: THIS ACTION SHOULD BE ASSIGNED TO:    [ ] WHITE PLAINS    [x] MANHATTAN
(DO NOT check either box if this a PRISONER PETITION/PRISONER CIVIL RIGHTS COMPLAINT.)

DATE      SIGNATURE OF ATTORNEY OF RECORD      ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[ ] YES (DATE ADMITTED Mo. _____ Yr. _____ )
RECEIPT #      Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)