UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Virginia L. Giuffre,

        Plaintiff,

-against-

Ghislaine Maxwell,

        Defendant.

_____cv_____ (       )

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I __Sigrid S. McCawley__, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __Plaintiff, Virginia L. Giuffre__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __Florida__ and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: September 21, 2015

Respectfully Submitted,

*/s/ Sigrid S. McCawley*
Applicant Signature

Applicant's Name: Sigrid S. McCawley
Firm Name: Boies, Schiller & Flexner LLP
Address: 401 East Las Olas Boulevard, Suite 1200
City / State / Zip: Fort Lauderdale, FL 33301
Telephone / Fax: Tel: (954) 356-0011 / Fax: (954) 356-0022
E-Mail: smccawley@bsfllp.com



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida      )

County of Leon       )

                In Re:    129305
                               Sigrid Stone McCawley
                               Boies Schiller & Flexner, LLP
                               401 E. Las Olas Blvd., Ste. 1200
                               Fort Lauderdale, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on November 6, 1997.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this  1st   day of September, 2015.

Pam Gerard
Membership Records Manager
The Florida Bar

PG/LK/ssT1:R10