UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Virginia L. Giuffre,

      Plaintiff,

  -against-

Ghislaine Maxwell,

      Defendant.

\_\_\_\_cv_____( )

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of Sigrid S. McCawley, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Florida; and that his/her contact information is as follows (please print):

 Applicant's Name: Sigrid S. McCawley

 Firm Name: Boies, Schiller & Flexner LLP

 Address: 401 East Las Olas Boulevard, Suite 1200

 City / State / Zip: Fort Lauderdale, Florida 33301

 Telephone / Fax: Tel: (954) 356-0011 / Fax: (954) 356-0022

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Virginia L. Giuffre in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

                _____
                United States District / Magistrate Judge