UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Virginia L. Giuffre,

    Plaintiff,

-against-

Ghislaine Maxwell,

    Defendant.

15 cv 7433 (  )

CORRECTED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I __Sigrid S. McCawley__, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __Plaintiff, Virginia L. Giuffre__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __Florida__ and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: September 25, 2015

Respectfully Submitted,

_____
Applicant Signature

Applicant's Name: Sigrid S. McCawley

Firm Name: Boies, Schiller & Flexner LLP

Address: 401 East Las Olas Boulevard, Suite 1200

City / State / Zip: Fort Lauderdale, FL 33301

Telephone / Fax: Tel: (954) 356-0011 / Fax: (954) 356-0022

E-Mail: smccawley@bsfllp.com

# Supreme Court of Florida
## Certificate of Good Standing

I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

### SIGRID STONE MCCAWLEY

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on **November 6, 1997**, is presently in good standing, and that the private and professional character of the attorney appear to be good.

WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this September 22, 2015.

Clerk of the Supreme Court of Florida