**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Virginia L. Giuffre,

                          Plaintiff,

         -against-

Ghislaine Maxwell,

                          Defendant.

15 CV 7433    (        )

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The  motion of  Sigrid S. McCawley                                              , for admission to

practice Pro Hac Vice in the above captioned action is granted.

         Applicant  has declared that he/she is a member  in good standing of the bar(s) of the state(s) of

Florida                                              ; and that his/her contact information is as follows

(please print):

         Applicant's Name:   Sigrid S. McCawley

         Firm Name:   Boies, Schiller & Flexner LLP

         Address:   401 East Las Olas Boulevard, Suite 1200

         City / State / Zip:  Fort Lauderdale, Florida 33301

         Telephone / Fax:  Tel: (954) 356-0011 / Fax: (954) 356-0022

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

Plaintiff Virginia L. Giuffre                                              in the above entitled action;

         **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.

Dated:_____              _____

                                        United States District / Magistrate Judge