UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Virginia L. Giuffre,

        Plaintiff,

-against-

Ghislaine Maxwell,

        Defendant.

15 cv 7433 ( )

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of Sigrid S. McCawley, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Florida; and that his/her contact information is as follows (please print):

Applicant's Name: Sigrid S. McCawley

Firm Name: Boies, Schiller & Flexner LLP

Address: 401 East Las Olas Boulevard, Suite 1200

City / State / Zip: Fort Lauderdale, Florida 33301

Telephone / Fax: Tel: (954) 356-0011 / Fax: (954) 356-0022

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Virginia L. Giuffre in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
United States District / Magistrate Judge

9-28-15

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Virginia L. Giuffre,

    Plaintiff,

-against-

Ghislaine Maxwell,

    Defendant.

15 cv 7433

CORRECTED MOTION FOR ADMISSION
PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I  Sigrid S. McCawley , hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff, Virginia L. Giuffre  in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Florida  and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: September 25, 2015

Respectfully Submitted,

Applicant Signature

Applicant's Name: Sigrid S. McCawley

Firm Name: Boies, Schiller & Flexner LLP

Address: 401 East Las Olas Boulevard, Suite 1200

City / State / Zip: Fort Lauderdale, FL 33301

Telephone / Fax: Tel: (954) 356-0011 / Fax: (954) 356-0022

E-Mail: smccawley@bsfllp.com

# Supreme Court of Florida
## Certificate of Good Standing

*I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

**SIGRID STONE MCCAWLEY**

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **November 6, 1997,** *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this September 22, 2015.*

Clerk of the Supreme Court of Florida