

RECEIVED
Haddon, Morgan and Foreman, P.C.
Laura A. Menninger
OCT 12 2015
150 East 10th Avenue
Denver, Colorado 80203
PH 303.831.7364  FX 303.832.2628
www.hmflaw.com
lmenninger@hmflaw.com

JUDGE SWEET CHAMBERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-13-15

October 9, 2015

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-13122

Re:   *Giuffre v. Maxwell*, Case No. 15-cv-07433-RWS

Dear Honorable Judge Sweet:

I represent defendant Ghislaine Maxwell in connection with the above-referenced action. I write pursuant to Section 1.E. of Your Honor's Individual Practice Rules to request an extension of Defendant's time to answer, move or otherwise respond to Plaintiff's Complaint from October 13, 2015 up to and including November 30, 2015.

We have not previously requested any adjournments or extensions of time in this action. Counsel for Plaintiff has consented to this request.

We thank Your Honor for your attention to this matter.

Very truly yours,

Laura A. Menninger

LAM/BCR

cc:   Sigrid S. McCawley, Esq.
      Boies, Schiller & Flexner, LLP
      Counsel for Plaintiff Virginia Giuffre
      *via facsimile: (954) 356-0022*

So ordered
Sweet
USDJ
10.12.15