UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>        Plaintiff,<br>v.<br><br>GHISLAINE MAXWELL,<br><br>        Defendant. | **Case No.: 15-cv-07433-RWS**<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of Court and all parties of record:

  PLEASE TAKE NOTICE, that the undersigned hereby appears in the above-captioned action as counsel for Defendant Ghislaine Maxwell.  I certify that I am admitted to practice in this Court.

  Dated:  October 9, 2015

                    Respectfully submitted,


                    *s/ Laura A. Menninger*
                    Laura A. Menninger (LM-1374)
                    HADDON, MORGAN AND FOREMAN, P.C.
                    150 East 10th Avenue
                    Denver, CO 80203
                    Phone:   303.831.7364
                    Fax:     303.832.2628
                    lmenninger@hmflaw.com

                    *Attorney for Ghislaine Maxwell*

2

## CERTIFICATE OF SERVICE

I certify that on October 13, 2015, I served this *Notice Of Appearance* via CM/ECF to the following:

Sigrid S. McCawley
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
smccawley@bsfllp.com
Fax:  (954) 356-0022

> *s/ Brenda Rodriguez*
> Brenda Rodriguez