# EXHIBIT A

Prince Andrew and girl, 17, who sex offender friend flew to Britain to meet him | Daily Mail Online



## Daily Mail .com

Home | U.K. | News | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Columnists

Latest Headlines | News | Arts | Headlines | Pictures | Most read | News Board | Wires                    Login









Shocking moment     'I can't forgive you'.   American teen who     'It has helped me      Erin Andrews       Roseanne Barr, 62,
woman is shot and   Tense moment          'shifted socialite    save lives... and I've   surfaces for first   reveals she is

# Prince Andrew and the 17-year-old girl his sex offender friend flew to Britain to meet him

By SHARON CHURCHER
UPDATED: 08:02 EST, 2 March 2011

## 101
View comments

- Virginia Roberts reveals she is 'Jane Doe 102' in Jeffrey Epstein case
- Mother-of-three spent four years as millionaire's personal masseuse
- She describes being flown across world to meet Prince Andrew
- Epstein trained her 'as a prostitute for him and his friends'

As the UK's special representative for international trade, the Duke of York holds an important position, requiring sound judgement and widespread respect.

But those qualities have been thrown into question since photographs of Prince Andrew with his billionaire financier friend Jeffrey Epstein, a convicted child-sex offender who was jailed for 18 months for soliciting underage prostitutes, appeared last weekend.

Today, however, even more serious doubts are cast on his suitability after a woman at the centre of the Epstein case revealed to The Mail on Sunday that she had, as a 17-year-old employed by Epstein, been flown across the world to be introduced to the Prince.

Prince Andrew and girl, 17, who sex offender friend flew to Britain to meet him | Daily Mail Online



First meeting: Prince Andrew puts his arms around 17-year-old Virginia, centre

ANN TAYLOR

50% OFF
EVERYTHING!
+
FREE
SHIPPING!

Use Code CYBER50

SHOP NOW›

Like
Daily Mail

Follow
@DailyMail

Follow
Daily Mail

+1
Daily Mail

On one of those occasions Virginia Roberts was subsequently paid $15,000 (£9,400). Her shocking account of her four years as Epstein's personal masseuse is supported by court documents, an eyewitness, photographs and flight details of Epstein's private jets.

One picture, said to have been taken by Epstein during Andrew's first encounter with the girl in March 2001 and published today by The Mail on Sunday, shows the Prince with his arm around her waist.

This is not the first time the Duke of York's judgment and choice of associates have been questioned. He appears to relish the company of super-rich oil billionaires from the Middle East, North Africa and the former Soviet Union.

The peculiar sale of his former marital home to a Kazakh businessman for £15 million after it had languished unsold for five years at £12 million has never been satisfactorily explained.

In the recent leak of American diplomatic cables it was revealed that he had criticised an official corruption investigation into the huge Al-Yamamah arms deal between Britain and Saudi Arabia, while he is also said to be close to Saif Al-Islam Gaddafi, son of the beleaguered Libyan president, and may have had a role in the early release of Lockerbie bomber Abdelbaset Al Megrahi.

But it is Andrew's friendship with Epstein, whom he has known since at least 2000, and with Epstein's confidante Ghislaine Maxwell, daughter of the late disgraced newspaper baron Robert Maxwell, that gives most concern.

## While on the streets, I slept with men for money. I was a paedophile's dream

He was first seen with the pair on holiday in Thailand, and was pictured cavorting with Ghislaine at a Halloween fetish-themed party in Manhattan.

The photograph that appeared last weekend shows the prince strolling through Central Park with 58-year-old Epstein. Andrew was said to have spent four days at his New York mansion in December, when he was joined by other distinguished guests, including Woody Allen, at a dinner.

It is by no means the first New York soiree Andrew has attended as Epstein's guest.

A lengthy profile of the financier in Vanity Fair magazine some years ago reported that Andrew was a guest at a cocktail party thrown by Epstein and Maxwell packed with young Russian models. 'Some guests were horrified,' said the article's author, Vicky Ward.

It should not be forgotten that Epstein is a registered sex offender after recently completing his

FEMAIL TODAY

Bruce Jenner wears a sports bra on motorcycle cruise while recovering from surgery amid gender transition Ahead of his interview with Diane Sawyer


'Robert De Niro was a fat a**hole and Eric Roberts was a monster and spit in my face': 'Cursed' Mariel Hemingway dishes on the men who hit on her


Need a holiday? Angelina Jolie looks a little stressed as she takes the children to visit Brad Pitt on set Recently had surgery to prevent cancer


Roseanne Barr, 62, reveals she is slowly going blind from Macular degeneration and glaucoma but says marijuana helps relieve symptoms


Split! Ariana Grande and Big Sean break up after only eight months of dating The Love Me Harder crooner, 21, and the rapper, 27, are over


Harry Connick Jr's face and a baby-faced teenager who could be the next Justin Bieber: Why we're in love with American Idol Sponsored

Prince Andrew and girl, 17, who sex offender friend flew to Britain to meet him | Daily Mail Online

sentence for offences relating to child prostitution.

However, he avoided trial on more serious charges that carried a potential life sentence. And no one reading The Mail on Sunday's interview with the woman who was prepared to testify against him can be in any doubt of the seriousness of the charges.

Epstein, a Wall Street money manager who once counted Bill Clinton and Donald Trump among his friends, became the subject of an undercover investigation in 2005 after the stepmother of a 14-year old girl claimed she was paid $200 (£125) to give him an 'erotic massage'.

The subsequent FBI probe uncovered at least 20 girls levelling sexual allegations against him. Eventually, Epstein struck a 'plea bargain' with prosecutors – a practice not permitted under British law – under which he was allowed to plead guilty to two relatively minor charges.

Police claim that his donations to politicians and his 'dream team' of influential lawyers deterred prosecutors from bringing more serious charges of sex-trafficking. The deal certainly kept the names of a lot of Epstein's famous friends out of an embarrassing court case.

However, an unusual part of the agreement was that Epstein's alleged victims were allowed to bring civil proceedings against him.

He has so far made 17 out-of-court settlements, and some cases are ongoing. One of these girls was to have been a key witness for the prosecution had the case gone to trial. She was just 15 years old when she was drawn into Epstein's exploitative world in 1998.

In her civil writ against him, under the pseudonym Jane Doe 102' she alleged that her duties included being 'sexually exploited by Epstein's adult male peers including royalty'.

Now, horrified by the evidence of Epstein and Andrew enjoying each other's company in New York, Jane Doe 102 has agreed to waive her anonymity and tell for the first time her deeply disturbing story.

Her real name is Virginia Roberts and she now lives in Australia, where she is a happily married mother of three.

Over the course of a week during which she spoke at length to The Mail on Sunday, she appeared sometimes vulnerable, and sometimes steely, but always quietly resolute and consistent.

Revisiting events from a past that she had hoped she had left behind, Virginia occasionally buried her face in her hands.

Some recollections – and, for reasons of taste, not all the details can be included here – caused her to flush with shame. 'I'm telling you things that even my husband didn't know,' she said.

Virginia, who has undergone counselling to try to come to terms with her past, is honest about her initiation into Epstein's depraved world.

She was a troubled teenager, whose slender figure, delicate complexion, hesitant voice and soulful blue eyes made her look young for her years.

Born in Sacramento, California, in August 1983, Virginia spent her early years on a small ranch on the West Coast of America.

This seemingly idyllic childhood ended when she was sexually molested by a man close to her family.

The fallout from that led to her parents temporarily splitting up. Blaming herself, Virginia began to get into trouble Aged 11, she was sent to live with an aunt but repeatedly ran away.

Living on the streets, she was beaten up and slept with at least two older men in return for food. 'I was a paedophile's dream,' she says.

Three years later, she was reunited with her family and started a new life with her father who had moved to Palm Beach.

Florida, where he was maintenance manager at Donald Trump's country club, Mar-a-Lago.

Virginia got a part-time job as a changing room assistant – which is where, soon after her 15th birthday, she met Ghislaine Maxwell, who invited her to work as Epstein's personal masseuse.

'I was wearing my uniform – a white miniskirt and a skin-tight white polo top – when I was approached by Ghislaine,' Virginia says.

'I told her I wanted to become a masseuse and she said she worked for a very wealthy gentleman who was looking for a travelling masseuse.

I'd get training and be paid well.' Virginia's father gave his blessing, believing his daughter was being handed the opportunity to learn a skill and to work for a wealthy and respectable employer.

He drove her to Epstein's pink mansion on the Palm Beach waterfront – he also owns a nine-storey home in New York, the city's biggest private residence; a 7,500-acre ranch called 'Zorro' in New Mexico and Little Saint James, a private 70- acre atoll in the US Virgin Islands.






That looks awkward! Stone-faced Nicki Minaj avoids looking at Beyonce as they watch Drake onstage at Coachella
She didn't show any love



Troubled baseball star Josh Hamilton files for divorce from Real Housewives of Orange County spouse Katie following his drug relapse



Rise of Kylie Jenner: As 17-year-old poses in a sheer bodysuit at Coachella with rapper boyfriend Tyga, is she set to be the most successful of the clan?



Disturbing new 'Kylie Jenner challenge' sees teens suck shot glasses to blow up their lips to double their size...with disastrous results
A dangerous new craze



Body FOUR days after baby! Controversial lingerie model flaunts her underwear-clad figure less than a week after giving birth
Barely had a baby bump

AdChoices ▷



A new life: Virgina, now a mother-of-three, in Australia





Mad Max star Charlize Theron looks smokin' hot in racy plunging jumpsuit for magazine shoot
She's dating fellow actor Sean Penn



Kanye West slams perception that musicians control society 'like the Illuminati' as he covers the magazine that Kim 'broke the internet' with



'It has helped me save lives... and I've loved every minute of it': John Travolta defends Scientology AGAIN as he tries to promote his new film



Jessica Chastain suits up in medieval attire as she and Chris Hemsworth shoot scenes amid ancient UK ruins for upcoming movie The Huntsman

Prince Andrew and girl, 17, who sex offender friend flew to Britain to meet him | Daily Mail Online

Virginia says: 'Ghislaine said I was to start immediately and that someone would drive me home. My father left and I was told to go upstairs.' She was led by another woman through Epstein's bedroom into a massage room where he lay face down naked on a table.

He started to interviewed Virginia. This was unconventional, but Virginia had no suspicions. Presumably, she thought, this was how the wealthy conducted their business.

Epstein elicited the information that Virginia had been a runaway, and was no longer a virgin.

Virginia was then told to start massaging Epstein, under the instructions of the woman who had shown her in. The massage quickly developed into a sexual encounter.

Virginia was uncomfortable, but reluctant to deny such important people. 'My face was red with embarrassment,' she says. 'But I felt under immense pressure to please them.

The whole time it was going on, they were promising me the world, that I'd travel with Jeffrey on his private jet and have a well-paid profession.' Afterwards, she was given two $100 bills and told to return the next day.

That was the beginning of the four years she spent with Epstein.

For three of those years, she was under Florida's age of consent, which is 18.



Troubled teenager: Virginia on the billionaire's Zorro ranch in New Mexico in 2001

Virginia was fascinated by his life story: the son of a humble New York City parks worker, he was a teacher before becoming a Wall Street broker and friends with the upper echelons of the political, financial and academic establishment.

As a confused teenager, Virginia easily fell into the practice of sexually gratifying him for money.

He guaranteed her a minimum of $200 each time she gave him what he called an 'erotic massage.'

Virginia said: 'I would always receive the money immediately. He would give me the cash from a wad he carried in a black duffel bag or an assistant paid me.

'And, because of the way Epstein had warped her sensibilities, every time she took the cash, Virginia felt even more indebted to him. Secretly, he was also preparing her for an even more disturbing role.

'Basically, I was training to be a prostitute for him and his friends who shared his interest in young girls,' she says: 'After about two years, he started to ask me to "entertain" his friends.'

It started when Epstein called Virginia at the Palm Beach apartment he had rented for her.

She recalls: 'He said, "I've got a good friend and I need you to fly to the island to entertain him, massage him and make him feel how you make me feel."

He didn't spell out what I had to do. He didn't have to. 'He'd trained me to do whatever a man wanted. I was shocked but I told myself he was sharing me around because he trusted me and I was special.

I was worried, but I would do anything to keep Jeffrey happy and to keep my place as his number one girl.

He would keep telling me how lucky I was with the life I was leading and the money I was making. It was easy to fall into his grasp.

'The way it usually worked was I'd be sent to meet a man on the private island Jeffrey owned in the Caribbean, or at his ranch in New Mexico, which was really isolated.' She was 'given' to men ranging in age from their 40s to their 60s.

They included a well-known businessman (whose pregnant wife was asleep in the next room), a world-renowned scientist, a respected liberal politician and a foreign head of state.

None appeared to think the arrangement was unusual. Virginia says there were many other girls in Epstein's circle and that she was paid extra money to help recruit them.

'They would lounge around the Palm Beach house, the ranch or the island, nude or topless,' she says. 'But I was one of the very few he trusted as "special" and chosen to "entertain" his friends.'

Virginia took the sedative Xanax to detach herself from sordid reality. 'It was an escape drug,' she says. 'It made me calm and helped me forget about what I had to do. I was up to eight pills a day.'

Epstein had no objection to Virginia's use of prescription drugs, no doubt recognising that they made her even more malleable. 'I didn't want to go back to the life I'd had before' she says.

## Epstein had trained me to do whatever men wanted. I told myself I was special

'She would hide her drinking': Cast and crew of RHOBH 'divided' over Kim Richards' sobriety issues
Following her arrest at The Beverly Hills Hotel



Bobby Flay, 50, accused of cheating with assistant hid his age as bitter divorce from Stephanie March gets uglier
Elyse Tirrell is 28



Calvin Harris opts for casual look as he touches down in London... while rumored girlfriend Taylor Swift was honored at the ACMAs



Kendall Jenner posts a VERY racy Instagram picture of a naked bottom (but don't worry Bruce, it's not your daughter's!)
A provocative shot



Shirtless Calum Best and his bikini-clad girlfriend Iantha Rose frolic on a beach as they enjoy a romantic sun-kissed getaway
Lindsay Lohan's ex



Selena Gomez shows off her new curves in a skimpy frilled bikini top and hotpants as she hits the beach in Mexico... ahead of her arrival back in LA

AdChoices ▷

Kristen Stewart gets touchy-feely with her live-in gal pal Alicia Cargile as they celebrate star's 25th birthday at Coachella Festival affection



'Happy 420!' Miley Cyrus smokes a bong in just pasties as sober Demi Lovato reflects on getting Joe Jonas high for the 'first time' on marijuana celebration



Not ready for her closeup! The Mindy Project's Julia Stiles is almost unrecognizable without makeup as she heads to a NYC salon
Actress was au naturel



Prom and proper: Maisie Williams goes sophisticated in a sheer prom dress at The Falling screening
Game Of Thrones star just turned 18 last week



Prince Andrew and girl, 17, who sex offender friend flew to Britain to meet him | Daily Mail Online

'That made me totally obedient.' Despite the fact that Epstein was, essentially, her pimp, this life now seemed normal to Virginia. 'I felt that he and Ghislaine really cared for me,' she said.

'We'd do family things, like watch Sex And The City and eat popcorn. 'A lot of it was very glamorous, I met famous friends of his such as Al Gore and Heidi Klum and Naomi Campbell. He introduced me as his "travelling masseuse."

Some people mistook me for his daughter. 'When we were in New York or Palm Beach, Ghislaine and I would shop all day.

Jeffrey bought me jewellery — diamonds were his favourite — and wonderful furniture. He was paying me very well because I'd give him sex whenever he wanted it.'

She was, she says, delighted when Epstein invited her to accompany him on a six-week trip in 2001.

'He said we'd be going to Europe and North Africa to meet architects and interior decorators because he wanted to redo his New Mexico house.

I threw my arms around him and gave him a peck on the cheek.' They flew to Paris, then Spain, then Tangier.

Finally, they went to London. 'After we landed, we drove straight to Ghislaine's house,' says Virginia. 'I was given a small upstairs bedroom. The following morning, Ghislaine came in.

She was chirpy and jumped on the bed saying, "Get up, sleepyhead. You've got a big day. We've got to go shopping. You need a dress as you're going to dance with a Prince tonight."

'She said I needed to be "smiley" and bubbly because he was the Queen's son.

Ghislaine and I went to Burberry, where she bought me a £5,000 bag, and to a few other designer stores where we bought a couple of dresses, a pair of embroidered jeans and a pink singlet, perfume and make-up.

We got back to Ghislaine's house at around 4pm and I ran straight upstairs to shower and dress.

When I went downstairs, Ghislaine and Jeffrey were in the lounge. There was a knock at the door. Ghislaine led Andrew in and we kissed each other on the cheek. 'Ghislaine served tea from a porcelain pot and biscuits. She knew Sarah Ferguson and they talked fondly about Andrew's daughters.

Then Ghislaine asked Andrew how old he thought I was and he guessed 17 and they all laughed. Ghislaine made a joke that I was getting too old for Jeffrey.

She said, "He'll soon have to trade her in." It was widely known that he liked young girls.' The four of them went out to dinner and on to Tramp nightclub where, she says, Andrew danced with her.

'After about an hour-and-a-half, we drove back to Ghislaine's.

All of us went upstairs and I asked Jeffrey to snap a picture of me with the Prince. I wanted something to show my Mom. Ghislaine and Jeffrey left us after that, and later Andrew left.

'In the morning, Ghislaine said, "You did well. He had fun". We flew straight back to the States.' The Mail on Sunday has confirmed that the tycoon's jet flew to Paris on March 6, 2001, continuing to Granada, Tangier and London, before returning to New York.

On the last leg of the trip, Virginia was paid about $15,000 (£9,400) by Epstein, 'It was amazing money, more than I'd ever made on a trip with him before.'

He didn't say there was any special reason, but I felt like I'd done everything he wanted. He was very pleased.'

There is no suggestion that there was any sexual contact between Virginia and Andrew, or that Andrew knew that Epstein paid for he to have sex with his friends.

## I took eight pills a day to help me forget what I had to do. It made me calm.

However, the Prince must have been aware of Epstein's conviction when he stayed with him in New York in December.

Virginia says she met Andrew for a second time around Easter 2001 at Epstein's Manhattan mansion.

'When I got to the mansion, I was told, "Get ready, You are meeting someone in the office" — which is what they called the library. Andrew was sitting there in a big leather armchair.

Ghislaine had just given him a present, a big toy that was his Spitting Image puppet. 'He was smiling ear-to-ear. He looked like a kid whose parents were taking him to Disney World.

A beautiful girl called Johanna Sjoberg who worked for Jeffrey was sitting on Andrew's knee. Ghislaine guided me over to Andrew and I think he recognised me, though I don't know if he remembered my name.




'Please focus on my show': Conan O'Brien hits back at one of his show writers who went on Twitter rant about 'state of late night comedy'



Aaron Taylor-Johnson, 24, and Sam Taylor-Wood, 48, hold hands as they touch down in London ahead of the Avengers: Age Of Ultron premiere



Reality star Lauren Stoner shows off her incredible beach body in tiny black and white bikini as she hits Miami
She heated up Miami



'I can't let myself hurt them': Bruce Jenner reveals his children are 'the only ones he's concerned with' in new clip from his tell-all Diane Sawyer interview



'It's killing for sport': Jurassic World trailer reveals Chris Pratt and Bryce Dallas Howard must stop genetically modified dinosaur that's eating tourists



'I am very proud': Taylor Swift's mother gives moving speech as she honors singer with ACM Milestone Award... a week after revealing cancer diagnosis



Elizabeth Olsen looks fresh faced as she touches down in London to promote anticipated Avengers sequel
Stars in Avengers: Age Of Ultron



Pregnant Kourtney Kardashian shows off her killer curves as she poses nude on KUWTK... as Kris Jenner scolds drunk Scott Disick
Doing a 'Demi Moore'



First plot details for Star Wars spin-off movie Rogue One starring British actress Felicity Jones are revealed at convention for the iconic franchise



'The Timberlakes are ready!' Justin shares the first photo of gorgeous baby Silas in mom Jessica Biel's arms as they cheer on his basketball team



'I love you all': Zayn Malik breaks month long Twitter silence as he thanks fans in first tweets since quitting One Direction
He's gone solo



Delighted Harper Beckham grins broadly at LAX airport while in the arms of her doting dad David... with her three brothers in tow
David with his brood



Prince Andrew and girl, 17, who sex offender friend flew to Britain to meet him | Daily Mail Online



**Organiser: Ghislaine Maxwell looks on as Andrew put his arm around Virginia. Robert Maxwell's daughter invited her to work as Epstein's personal masseuse soon after her 15th birthday**

We kissed on the cheek and Ghislaine placed me on his other knee.' Johanna spoke to The Mail on Sunday three years ago about this incident, which took place when she was 21.

She said: 'Ghislaine put the puppet's hand on Virginia's breast, then Andrew put his hand on my breast. It was a great joke. Everybody laughed.' After this, Virginia was paid, by Epstein, around $400 (£250).'

She met Andrew for the third and final time on Epstein's Caribbean island, Little Saint James. Virginia was never under the British legal age of consent when she met Andrew. She was 17 during the first two encounters and 18 at the third.

By now, however, Epstein, had started to hint that she was getting 'too old' for him.

But during one trip to the island, Epstein and Ghislaine made their most astonishing proposition, and one which repulsed her. 'They said Jeffrey wanted me to have his child,' she says.

'They said I was part of their family and I was beautiful, young, loyal and nurturing and would be a great mother.

They said I would have to sign a contract relinquishing rights to the child and consenting to Jeffrey having as many relationships as he liked. In return I would have my own mansion in Palm Beach and a large monthly payment, a percentage of his income.'

This, finally, was a wake-up call to Virginia and she began to see the way in which she had been groomed.

'It was a smack in the face,' she says. 'I finally realised this wasn't ever going to be a real relationship but I knew if I refused, I'd be thrown back on the streets. So I said, 'I'm too young, I want to get my massage credentials, then maybe we'll do it'.'

The tycoon took her at her word and, for her 19th birthday in August 2002, flew her to Thailand where he enrolled her in a massage course.

Shortly after arriving there, she met an Australian martial arts expert called Robert. They fell in love and, just ten days later, married in a Buddhist ceremony.

'I called Jeffrey and told him I'd fallen madly in love,' Virginia says. 'I was hoping he'd be delighted. But he said, "Have a nice life," and hung up on me.' The couple now have two sons, aged five and four, and a daughter who recently turned one.



**Conviction: Jeffrey Epstein**


Beckhams win battle to stay cool: David and Victoria get go ahead to install air-con to five bedrooms, gym and wine cellar at their $47million mansion


Snakeskin on a plane! Lady Gaga slithers into LAX in reptile print coat... with her two precious puppies in tow She knows how to stand out of a crowd


Rita Ora goes from casual to glam as she changes out of patchwork jeans and into a lacy black dress for live TV performance British singer in NY


Kelly Clarkson hits the ACM Awards in a figure-hugging floral dress as she presents the Milestone prize to her 'legendary' mother-in-law Reba McEntire


She's a timeless beauty! New mother Blake Lively looks stunning in a scarlet gown as she attends The Age Of Adaline's NYC premiere


Blake Lively hits her movie's after-party in a sexy bodysuit (no wonder husband Ryan Reynolds jokes that he's jealous of her on-screen love interest)


'I prefer to look at a natural woman': Giorgio Armani says women should look towards Cate Blanchett for inspiration about growing old gracefully


The world's her oyster: Gisele Bundchen wears checked shirt and skinnies as she arrives in LA... following retirement from catwalk modelling


First class departure! Gwyneth Paltrow looks city chic in striped sweater and cropped jeans as she jets out of New York Jet-setting actress


First lady of country! Miranda Lambert wows at the ACM Awards in plunging gown and thigh-high slit as she leads the pack of country's biggest names


Hotel Hell! Gordon Ramsay reveals he caught hair lice from pillow case in Vermont... after initially blaming his daughter Celebrity chefs woes


Back to school! Brooklyn Beckham, 16, heads back home to England with his family following the 'best Easter ever' Hung out with A-list pals

Prince Andrew and girl, 17, who sex offender friend flew to Britain to meet him | Daily Mail Online

'The first few months after I married Robert were the worst,' she says. 'I couldn't bring myself to tell him much. No man wants to know his wife has been traded out.

'I felt very alone. I was having panic attacks and seeing a psychiatrist and was on anti-depressants.

' Virginia was beginning to put her Epstein days behind her when, three years ago, she was phoned by the FBI.

'They said they had found photos of me at Jeffrey's Palm Beach house,' she says. '[Epstein had] hidden cameras watching me the entire time even when I was in the bathroom, I was so embarrassed.

'I told the FBI that my true purpose was sexual. They told me everything he did was illegal because I was under age.' (The age of consent in Florida is 18).

'They said that if it had to go to trial, they'd need me because I'd lived with him and that made me a key witness. I was very afraid, because he had so much power, but eventually I agreed to testify.

I was glad he'd finally been found out. He shouldn't be hurting other girls. Following Epstein's arrest, investigators are believed to have found a list of men's names on his computer and asked him whether they had been 'treated' to sexual encounters with his menage of minors.

'He took the Fifth Amendment, refusing to answer, indicating that if he were to answer the question, it could be incriminating,' a source told The Mail on Sunday.

Epstein struck a deal resulting in what commentators characterised as a 'slap on the wrist' for him, and ended up serving 13 months of his sentence, much of it in a liberal work-release programme Lawyer Brad Edwards, who represented several of Epstein's victims, said: 'Rather than punish him the way they would an average Joe, they sent a clear message that with enough money and power and influence, the system can be bought.'

Virginia was spared her the humiliation of having to go before a jury, and has kept her feelings bottled up until last weekend's photograph of Andrew with Epstein triggered distressing memories.

Virginia says: 'I am appalled. To me, it's saying, "We are above the law." But Jeffrey is a monster.'

Last night, neither Epstein, Ghislaine Maxwell nor Prince Andrew would comment on Virginia's story.

**Share or comment on this article**

Sponsored Links by Taboola



**Pay Absolutely No Credit Card Interest Until 2017 With These Jaw-Dropping Credit Cards**
NextAdvisor



**20 Stars Who Are Aging Terribly... #6 Will Make You Cringe!**
PressRoomVIP



**Forget the Cold War... Now it's Russia's "Gold War"**
Money Morning Newsletter



**13 Stars You Didn't Know Were Banned from SNL**
Answers.com

**Meet the Most Exclusive Card in D.C.**
Tech.co | Select



**What to expect from Lip Sync Battle, the most star-studded show on TV**

MOST WATCHED NEWS VIDEOS



Take a look at a Princess Diana Inspired Beanie Baby

Female Air Force vet arrested trying to stop US flag protest

Bonnie the tiny Sato doesn't like eating alone

Hundreds of baby spiders crawl from squashed mother

**Ads by Google**

Typing Work At Home Jobs jobsense.com
Make $17-24/Hr. With Paid Benefits No Experience Needed. Apply Now!

2015 Grants Available

Dollar Tree Jobs (Hiring) www.itsmycareer.com
Find Dollar Tree Jobs. Hiring immediately - Apply Here!

CDL Training School crengland.me/TruckDriving
We Train and Hire Drivers. Be On The Road In 3



Chrissy Teigen turns heads in VERY daring denim hotpants and unbuttoned sheer blouse as she steps out with John Legend
Sports Illustrated model


Miley Cyrus causes ANOTHER online backlash by revealing her armpit hair in a selfie ... but she's not the only celebrity to ditch the razor


Pregnant Jennifer Love Hewitt covers up her growing baby bump in olive green coat as she goes makeup free for shopping trip in Pacific Palisades


Stylish as ever the second time around: How Kate made affordable look high-end - and even managed to re-wear her favorites from her first pregnancy


Cheers to that! Rihanna shows some skin in a teeny mini-dress as she treats herself to a cocktail during Hawaii beach day in Hawaii for wedding


Ben Affleck takes his children to the farmer's market in first sighting since news broke that he concealed slave-owning ancestor in PBS show


Mariah Carey 'rules out reconciling with estranged husband Nick Cannon... after he hinted hopes of a romantic reunion'
They have two children


Christina Milian catches a ride on the underground as she checks out some famous sites around London
Down to earth star


Miranda Lambert scores multiple wins at 50th annual ACM Awards but co-host Luke Bryan wins Entertainer of the Year gong


The Obamas' escape from the White House! Michelle, Barack and the girls ditch the press pack for an impromptu nature hike
First Family in Virginia


Last day in paradise: Stephanie Pratt and Josh Shepherd show off their beach bods as they jet back to reality following luxury trip to the Bahamas


The show must go on! Country star Keith Urban hits the ACM Awards without wife Nicole Kidman... as she films in Australia
Jet-setting couple

# EXHIBIT B

# PR Hub

Subscribe by Email...

**Share this page**

Breaking News | Entertainment | Sports | Business | Politics | Science | Technology | Odd News | Health | Law

More

## Statement on Behalf of Ghislaine Maxwell

BY DEVONSHIRES SOLICITORS, PRNE
WEDNESDAY, MARCH 9, 2011

LONDON, March 10, 2011 - Ghislaine Maxwell denies the various allegations about her
that have appeared recently in the media. These allegations are all entirely
false.

It is unacceptable that letters sent by Ms Maxwell's legal representatives to certain newspapers pointing out the truth and asking for
the allegations to be withdrawn have simply been ignored.

In the circumstances, Ms Maxwell is now proceeding to take legal action against those newspapers.

"I understand newspapers need stories to sell copies. It is well known that certain newspapers live by the adage, "why let the truth get
in the way of a good story." However, the allegations made against me are
abhorrent and entirely untrue and I ask that they stop," said Ghislaine
Maxwell.

"A number of newspapers have shown a complete lack of accuracy
in their reporting of this story and a failure to carry out the most
elementary investigation or any real due diligence. I am now taking action to
clear my name," she said.

Media contact:

Ross Gow
Acuity Reputation
Tel: +44-203-008-7790
Mob: +44-7778-755-251
Email: ross@acuityreputation.com

Media contact: Ross Gow, Acuity Reputation, Tel: +44-203-008-7790, Mob: +44-7778-755-251, Email: ross at acuityreputation.com

**Filed under:** Government and Policy, Law, Media

**Tags:** Devonshires Solicitors, London, March 10, United Kingdom



Mobile Business Management for Small Business Owner

Get it on Google play

Older News

S M T W T F S
20  21 22 23 24 25 26
27 28  1  2  3  4  5
6  7  8  9 10 11 12

### GOVERNMENT AND POLICY NEWS

CSA Group Selects Frankfurt, Germany for new European Headquarters

The First International Gateway to Africa Conference in Geneva: Africa&apos;s Challenges Today and Tomorrow

Central Saint Martins and Method Launch Accelerator to Drive Innovation and Support UK Economic Growth

North East Lincolnshire Council Employees&apos; Ideas Win Votes

### MARCH 10 NEWS

Tech Mahindra Opens a new Development Centre in Bonn, Germany

Website Optimisation and Internet Marketing From Weblinx

Sir Paul McCartney Supports BUAV Campaign to end Cruel

# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:08-CV-80736-KAM

JANE DOE 1 and JANE DOE 2,

     Petitioners,

vs.

UNITED STATES OF AMERICA,

     Respondent.

_____/

## ORDER DENYING PETITIONERS' MOTION TO JOIN UNDER RULE 21 AND MOTION TO AMEND UNDER RULE 15

     This cause is before the Court on Jane Doe 3 and Jane Doe 4's Corrected Motion Pursuant to Rule 21 for Joinder in Action ("Rule 21 Motion") (DE 280), and Jane Doe 1 and Jane Doe 2's Protective Motion Pursuant to Rule 15 to Amend Their Pleadings to Conform to Existing Evidence and to Add Jane Doe 3 and Jane Doc 4 as Petitioners ("Rule 15 Motion") (DE 311). Both motions are ripe for review. For the following reasons, the Court concludes that they should be denied.

### I. Background

     This is an action by two unnamed petitioners, Jane Doe 1 and Jane Doe 2, seeking to prosecute a claim under the Crime Victims' Rights Act (CVRA), 18 U.S.C. § 3771. (DE 1). Generally, they allege that the respondent Government violated their rights under the CVRA by failing to consult with them before negotiating a non-prosecution agreement with Jeffrey Epstein, who subjected them to various sexual crimes while they were minors. (Id.). Petitioners initiated this action in July 2008. (Id.).

On December 30, 2014, two other unnamed victims, Jane Doe 3 and Jane Doe 4, moved to join as petitioners in this action pursuant to Federal Rule of Civil Procedure 21.  (DE 280). Petitioners (Jane Doe 1 and Jane Doe 2) support the Rule 21 Motion.  (Id. at 11).  Jane Doe 3 and Jane Doe 4 argue that they "have suffered the same violations of their rights under the [CVRA] as the" Petitioners, and they "desire to join in this action to vindicate their rights as well."  (Id. at 1).  The Government vehemently opposes joinder under Rule 21.  (DE 290).  The Government argues that Rule 15 is the proper procedural device for adding parties to an action, not Rule 21. (Id. at 1).

"[O]ut of an abundance of caution," Petitioners filed a motion to amend their petition under Rule 15, conforming the petition to the evidence and adding Jane Doe 3 and Jane Doe 4 as petitioners.  (DE 311 at 2).  The Government opposes the Rule 15 Motion as well.  (DE 314). Among other things, the Government argues that amending the petition to include Jane Doe 3 and Jane Doe 4 should be denied because of their undue delay in seeking to join the proceedings, and the undue prejudice that amendment will cause.  (Id.).

After considering the parties' submissions and the proposed amended petition, the Court finds that justice does not require amendment in this instance and exercises its discretion to deny the amendment.

## II.  Discussion

"The decision whether to grant leave to amend a complaint is within the sole discretion of the district court." Laurie v. Ala. Ct. Crim. Apps., 256 F.3d 1266, 1274 (11th Cir. 2001).  "The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2).  Justice does not require amendment in several instances, "includ[ing] undue delay, bad faith, dilatory motive

on the part of the movant, . . . undue prejudice to the opposing party by virtue of allowance of the amendment, [and] futility of amendment.'" Laurie, 256 F.3d at 1274 (quoting Foman v. Davis, 371 U.S. 178, 182 (1962)). In addition to considering the effect of amendment on the parties, the court must consider "the importance of the amendment on the proper determination of the merits of a dispute." 6 Wright & Miller, Fed. Prac. & Fed. P. § 1488, p. 814 (3d ed. 2010). Justice does not require amendment where the addition of parties with duplicative claims will not materially advance the resolution of the litigation on the merits. See Herring v. Delta Air Lines, Inc., 894 F.2d 1020, 1024 (9th Cir. 1989).

**A.      Rule 21 Motion**

Jane Doe 3 and Jane Doe 4's first attempt to join in this proceeding was brought under Rule 21. (DE 280). "If parties seek to add a party under Rule 21, courts generally use the standard of Rule 15, governing amendments to pleadings, to determine whether to allow the addition." 12 Wright & Miller, Fed. Prac. & Fed. P., p. 432 (3d ed. 2013); see also Galustian v. Peter, 591 F.3d 724, 729-30 (4th Cir. 2010) (collecting cases and noting that Rule 15(a) applies to amendments seeking to add parties); Frank v. U.S. West, Inc., 3 F.3d 1357, 1365 (10th Cir. 1993) ("A motion to add a party is governed by Fed. R. Civ. P. 15(a) . . . .").

Rule 21, "Misjoinder and Non-joinder of Parties," provides the court with a tool for correcting the "misjoinder" of parties that would otherwise result in dismissal. Fed. R. Civ. P. 21. Insofar as Rule 21 "relates to the addition of parties, it is intended to permit the bringing in of a person, who through inadvertence, mistake or for some other reason, had not been made a party and whose presence as a party is later found necessary or desirable." United States v. Com. Bank of N. Am., 31 F.R.D. 133, 135 (S.D.N.Y. 1962) (internal quotation marks omitted).

In their Rule 21 Motion, Jane Doe 3 and Jane Doe 4 do not claim that they were omitted from this proceeding due to any "inadvertence" or "mistake" by Petitioners; rather, they seek to join this proceeding as parties that could have been permissively joined in the original petition under Rule 20 ("Permissive Joinder of Parties"). As courts generally use the standards of Rule 15 to evaluate such circumstances, the Court will consider the joinder issue as presented in the Rule 15 Motion.[1]  The Court will consider the arguments presented in the Rule 21 Motion as if they are set forth in the Rule 15 Motion as well.  Because the arguments are presented in the Rule 15 Motion (and because the Court is denying the Rule 15 Motion on its merits, as discussed below), the Rule 21 Motion will be denied.

The Court also concludes that portions of the Rule 21 Motion   and related filings   should be stricken from the record.  Pending for this Court's consideration is a Motion for Limited Intervention filed by Alan M. Dershowitz, who seeks to intervene to "strike the outrageous and impertinent allegations made against him and [to] request[] a show cause order to the attorneys that have made them."  (DE 282 at 1).  The Court has considered Mr. Dershowitz's arguments, but it finds that his intervention is unnecessary as Federal Rule of Civil Procedure 12(f) empowers the Court "on its own" to "strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter."  Fed. R. Civ. P. 12(f).

Petitioners' Rule 21 Motion consists of relatively little argumentation regarding why the Court should permit them to join in this action: they argue that (1) they were sexually abused by

---

[1]  The Court notes that, regardless of which motion it considers, the same standard governs the addition of parties under Rule 21 and Rule 15.  See Goston v. Potter, No. 08-cv-478 FJS ATB, 2010 WL 4774238, at *5 (N.D.N.Y. 2010) (citing Bridgeport Music, Inc. v. Universal Music Grp., Inc., 248 F.R.D. 408, 412 (S.D.N.Y. 2008)).

Jeffrey Epstein, and (2) the Government violated their CVRA rights by concealing the non-prosecution agreement with them.  (DE 280 at 3; see id. at 7-8).  However, the bulk of the Rule 21 Motion consists of copious factual details that Jane Doe 3 and Jane Doe 4 "would prove" "[i]f allowed to join this action."  (Id. at 3, 7).  Specifically, Jane Doe 3 proffers that she could prove the circumstances under which a non-party introduced her to Mr. Epstein, and how Mr. Epstein sexually trafficked her to several high-profile non-party individuals, "including numerous prominent American politicians, powerful business executives, foreign presidents, a well-known Prime Minister, and other world leaders."  (Id. at 3-6).  She names several individuals, and she offers details about the type of sex acts performed and where they took place.  (See id. at 5).[2]

At this juncture in the proceedings, these lurid details are unnecessary to the determination of whether Jane Doe 3 and Jane Doe 4 should be permitted to join Petitioners' claim that the Government violated their rights under the CVRA.  The factual details regarding with whom and where the Jane Does engaged in sexual activities are immaterial and impertinent to this central claim (i.e., that they were known victims of Mr. Epstein and the Government owed them CVRA duties), especially considering that these details involve non-parties who are not related to the respondent Government.  These unnecessary details shall be stricken.

The original Rule 21 Motion (DE 279) shall be stricken in its entirety, as it is wholly superseded by the "corrected" version of the Rule 21 Motion (DE 280).  From the corrected Rule 21 Motion, the Court shall strike all factual details regarding Jane Doe 3 between the following sentences: "The Government then concealed from Jane Doe #3 the existence of its NPA from

---

[2] Jane Doe 4's proffer is limited to sexual acts between Mr. Epstein and herself.  (See DE 280 at 7-8).

Jane Doe #3, in violation of her rights under the CVRA" (id. at 3); and "The Government was

well aware of Jane Doe #3 when it was negotiating the NPA, as it listed her as a victim in the

attachment to the NPA" (id. at 6).  As none of Jane Doe 4's factual details relate to non-parties,

the Court finds it unnecessary to strike the portion of the Rule 21 Motion related to her

circumstances.  Regarding the Declaration in support of Petitioners' response to Mr.

Dershowitz's motion to intervene (DE 291-1), the Court shall strike paragraphs 4, 5, 7, 11, 13,

15, 19 through 53, and 59, as they contain impertinent details regarding non-parties.  Regarding

the Declaration of Jane Doe 3 in support of the Rule 21 Motion (DE 310-1), the Court shall strike

paragraphs 7 through 12, 16, 39, and 49, as they contain impertinent details regarding non-

parties.  Jane Doe 3 is free to reassert these factual details through proper evidentiary proof,

should Petitioners demonstrate a good faith basis for believing that such details are pertinent to a

matter presented for the Court's consideration.

     As mentioned, Mr. Dershowitz moves to intervene "for the limited purposes of moving to

strike the outrageous and impertinent allegations made against him and requesting a show cause

order to the attorneys that have made them."  (DE 282 at 1).  As the Court has taken it upon itself

to strike the impertinent factual details from the Rule 21 Motion and related filings, the Court

concludes that Mr. Derschowitz's intervention in this case is unnecessary.  Accordingly, his

motion to intervene will be denied as moot.[3]  Regarding whether a show cause order should

---

[3] This also moots Mr. Dershowitz's Motion for Leave to File Supplemental Reply in
Support of Motion for Limited Intervention.  (DE 317).  Denying Mr. Dershowitz's motion to
intervene also renders moot Petitioners' motion (DE 292) to file a sealed document supporting its
response to Mr. Dershowitz's motion.  It will accordingly be denied as moot, and DE 293 (the
sealed response) will be stricken from the record.

issue, the Court finds that its action of striking the lurid details from Petitioners' submissions is

sanction enough.  However, the Court cautions that all counsel are subject to Rule 11's mandate

that all submissions be presented for a proper purpose and factual contentions have evidentiary

support, Fed. R. Civ. P. 11(b)(1) and (3), and that the Court may, on its own, strike from any

pleading "any redundant, immaterial, impertinent, or scandalous matter," Fed. R. Civ. P. 12(f).

**B.      Rule 15 Motion**

Between their two motions (the Rule 21 Motion and Rule 15 Motion), Jane Doe 3 and

Jane Doe 4 assert that "they desire to join in this action to vindicate their rights [under the

CVRA] as well."  (DE 280 at 1).  Although Petitioners already seek the invalidation of Mr.

Epstein's non-prosecution agreement on behalf of all "other similarly-situated victims" (DE 189

at 1; DE 311 at 2, 12, 15, 18-19), Jane Doe 3 and Jane Doe 4 argue that they should be fellow

travelers in this pursuit, lest they "be forced to file a separate suit raising their claims" resulting

in "duplicative litigation" (DE 280 at 11).  The Court finds that justice does not require adding

new parties this late in the proceedings who will raise claims that are admittedly "duplicative" of

the claims already presented by Petitioners.

The Does' submissions demonstrate that it is entirely unnecessary for Jane Doe 3 and

Jane Doe 4 to proceed as parties in this action, rather than as fact witnesses available to offer

relevant, admissible, and non-cumulative testimony.  (See, e.g., DE 280 at 2 (Jane Doe 3 and

Jane Doe 4 "are in many respects similarly situated to the current victims"), 9 ("The new victims

will establish at trial that the Government violated their CVRA rights in the same way as it

violated the rights of the other victims."), 10 (Jane Doe 3 and Jane Doe 4 "will simply join in

motions that the current victims were going to file in any event."), 11 (litigating Jane Doe 3 and

Jane Doe 4's claims would be "duplicative"); DE 298 at 1 n.1 ("As promised . . . Jane Doe No. 3 and Jane Doe No. 4 do not seek to expand the number of pleadings filed in this case.  If allowed to join this action, they would simply support the pleadings already being filed by Jane Doe No. 1 and Jane Doe No. 2."); DE 311 at 5 n.3 ("[A]ll four victims (represented by the same legal counsel) intend to coordinate efforts and avoid duplicative pleadings."), 15 (Jane Doe 3 and Jane Doe 4 "challenge the same secret agreement   i.e., the NPA that the Government executed with Epstein and then concealed from the victims.  This is made clear by the proposed amendment itself, in which all four victims simply allege the same general facts.")).  As the Does argue at length in their Rule 15 Motion, Jane Doe 1's original petition "specifically allege[s] that the Government was violating not only her rights but the rights of other similarly-situated victims." (DE 311 at 2).  The Court fails to see why the addition of "other similarly-situated victims" is now necessary to "vindicate their rights as well." (DE 280 at 1).

Of course, Jane Doe 3 and Jane Doe 4 <u>can</u> participate in this litigated effort to vindicate the rights of similarly situated victims   there is no requirement that the evidentiary proof submitted in this case come only from the named parties.  Petitioners point out as much, noting that, regardless of whether this Court grants the Rule 15 Motion, "they will call Jane Doe No. 3 as a witness at any trial." (DE 311 at 17 n.7).  The necessary "participation" of Jane Doe 3 and Jane Doe 4 in this case can be satisfied by offering their properly supported   and <u>relevant</u>, <u>admissible</u>, and <u>non-cumulative</u>   testimony as needed, whether through testimony at trial (<u>see</u> DE 280 at 9) or affidavits submitted to support the relevancy of discovery requests[4] (<u>see</u>

---

[4] The non-party Jane Does clearly understand how to submit affidavits. (<u>See</u> DEs 291-1, 310-1).

id. at 10).  Petitioners do not contend that Jane Doe 3 and Jane Doe 4's "participation in this case" can only be achieved by listing them as parties.

As it stands under the original petition, the merits of this case will be decided based on a determination of whether the Government violated the rights of Jane Doe 1, Jane Doe 2, and all "other similarly situated victims" under the CVRA.  Jane Doe 3 and Jane Doe 4 may offer relevant, admissible, and non-cumulative evidence that advances that determination, but their participation as listed parties is not necessary in that regard.  See Herring, 894 F.2d at 1024 (District court did not abuse its discretion by denying amendment where "addition of more plaintiffs . . . would not have affected the issues underlying the grant of summary judgment."); cf. Arthur v. Stern, 2008 WL 2620116, at *7 (S.D. Tex. 2008) (Under Rule 15, "courts have held that leave to amend to assert a claim already at issue in [another lawsuit] should not be granted if the same parties are involved, the same substantive claim is raised, and the same relief is sought.").[5]  And, as to Jane Doe 4 at least, adding her as a party raises unnecessary questions about whether she is a proper party to this action.[6]

Petitioners also admit that amending the petition to conform to the evidence   by including references to the non-prosecution agreement itself   is "unnecessary" as the "existing petition is broad enough to cover the developing evidence in this case."  (DE 311).  The Court

---

[5]  The Court expresses no opinion at this time whether any of the attestations made by Jane Doe 3 and Jane Doe 4 in support of their motion will be relevant, admissible, and non-cumulative.

[6]  The Government contends that Jane Doe 4 is not a true "victim" in this case because she was not known at the time the Government negotiated the non-prosecution agreement, and accordingly she was not entitled to notification rights under the CVRA.  (See DE 290 at 10).  Any "duplicative" litigation filed by Jane Doe 4 would necessarily raise the issue of whether she has standing under the CVRA under these circumstances.

agrees, and it concludes that justice does not require amending the petition this late in the proceedings.

### III.  Conclusion

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows: the Rule 21 Motion (DE 280) is **DENIED**; the Rule 15 Motion (DE 311) is **DENIED**;  Intervenor Dershowitz's Motion for Limited Intervention (DE 282) and Motion for Leave to File Supplemental Reply in Support of Motion for Limited Intervention (DE 317) are **DENIED AS MOOT**; Petitioners' Motion to Seal (DE 292) is **DENIED AS MOOT**; the following materials are hereby **STRICKEN** from the record:

- DE 279, in its entirety.

- DE 280, all sentences <u>between</u> the following sentences: "The Government then concealed from Jane Doe #3 the existence of its NPA from Jane Doe #3, in violation of her rights under the CVRA" (DE 280 at 3); <u>and</u> "The Government was well aware of Jane Doe #3 when it was negotiating the NPA, as it listed her as a victim in the attachment to the NPA" (DE 280 at 6).

- DE 291-1, paragraphs 4, 5, 7, 11, 13, 15, 19 through 53, and 59.

- DE 310-1, paragraphs 7 through 12, 16, 39, and 49.

- DE 293, in its entirety.

**DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 6th day of April, 2015.

KENNETH A. MARRA
United States District Judge

# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:08-CV-80736-KAM

JANE DOE 1 and JANE DOE 2,

      Petitioners,

vs.

UNITED STATES OF AMERICA,

      Respondent.

_____/

## SUPPLEMENTAL ORDER

      This cause is before the Court on its Order Denying Petitioners' Motion to Join Under Rule 21 and Motion to Amend Under Rule 15. (DE 324). In accordance with the portion of that Order striking materials from the record (see id. at 10), the Court informs the parties of the following: The affected docket entries (DEs 279, 280, 291-1, 293, and 310-1) shall be restricted from public access on the docket in their entities. Docket entries 279 and 293, which were stricken in their entirety, shall remain so restricted. Regarding the docket entries of which portions were stricken (DEs 280, 291-1, and 310-1), Petitioners may re-file those documents omitting the stricken portions. The re-filed documents must conform to the originally filed documents in all respects, but with the stricken portions omitted.

      **DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 7th day of April, 2015.

_____
KENNETH A. MARRA
United States District Court

# EXHIBIT E

11/30/2015                         Prince Andrew denies having relations with 'sex slave' girl - Telegraph

Prince Andrew denies having relations with 'sex slave' girl

Buckingham Palace issues an unprecedented statement denying the Duke of York slept with Virgina Roberts, the girl at the centre of the 'sex slave' court case



By Robert Mendick, and Rob Crilly in New York
10:49PM GMT 03 Jan 2015

The Duke of York last night emphatically denied sleeping with the woman at the centre of an alleged sex-slave scandal.

Prince Andrew had been accused in court documents, lodged in the United States, of sexually abusing a 17-year-old girl, Virginia Roberts, who was allegedly supplied to him by friend and convicted sex offender, Jeffrey Epstein.

But in an unprecedented statement, Buckingham Palace, insisted that the claims were categorically untrue.

Following a day of bruising headlines, a spokesman for Buckingham Palace said: "It is emphatically denied that HRH The Duke of York had any form of sexual contact or relationship with Virginia Roberts. The allegations made are false and without any foundation."

Lawyers acting for the Duke of York have privately accused Mrs Roberts of embarking on a "speculative fishing expedition" in an attempting to ensnare him in the under-age sex scandal.

As well as accusing him of having slept with her, papers lodged by her legal team, go on to accuse the Prince of lobbying the US authorities to ensure Epstein was given a "more favourable plea" bargain following a series of sex abuse allegations against him.

In 2008, Epstein was jailed for 18 months after pleading guilty to one state charge of soliciting prostitution. Several other charges were dropped.

Mrs Roberts' lawyers are now seeking "documents regarding Epstein's lobbying efforts to persuade the government to give him a more favourable plea arrangement and/or non-prosecution agreement, including efforts on his behalf by Prince Andrew."

The Telegraph can disclose that lawyers acting for the Duke of York have examined the 13-page motion submitted in the Florida courts.

It is understood the lawyers view the claim of lobbying as "a speculative fishing expedition". They are understood to believe that her lawyers do not have proof that lobbying was conducted by the Prince, but want to see if any paperwork that supports such a claim actually exists.

On Friday Buckingham Palace took the highly unusual step of "categorically" denying the allegations made by the woman – who at that stage was only identified as Jane Doe 3 in the court documents.

The initial statement read: "Any suggestion of impropriety with under-age minors is categorically untrue."

But Palace officials last night decided to go further still and meet the scandal head with a statement that not only addressed the issue of sex, but also named the complainant.

Attempts to shore up the Prince's reputation were helped by an interview given by Alan Dershowitz, the Harvard law professor and criminal defence lawyer who represented Epstein. Mr Dershowitz has also been accused by Jane Doe 3 of having "sexual relations" with her "on numerous occasions while she was a minor, not only in Florida but also on private planes, in New York, New Mexico, and the US Virgin Islands".

Mr Dershowitz told BBC Radio 4's Today programme the claims against him were false. He said: "My only feeling is if she's lied about me, which I know to

11/30/2015                    Prince Andrew denies having relations with 'sex slave' girl - Telegraph

an absolute certainty she has, she should not be believed about anyone else. We know she's lied about other public figures including a former prime minister and others who she claims to have participated in sexual activities with, so I think it must be presumed all her allegations against Prince Andrew were false as well."

Ghislaine Maxwell, the daughter of Robert Maxwell, also denied allegations that she had acted as a "madame for Epstein" and "facilitated Prince Andrew's acts of sexual abuse". Her spokesman said: "The allegations made against Ghislaine Maxwell are untrue.

"Miss Maxwell strongly denies allegations of an unsavoury nature, which have appeared in the British press and elsewhere and reserves her right to seek redress at the repetition of such old defamatory claims."

In a statement released through her lawyers to The Guardian, the alleged victim responded to the denials. "These types of aggressive attacks on me are exactly the reason why sexual abuse victims typically remain silent," she said. "I'm not going to be bullied back into silence."



© Copyright of Telegraph Media Group Limited 2015