# COMPOSITE EXHIBIT 2

# (Part 2)

| Date 2003 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... Airplane | G-Lines Helico... |
|---|---|---|---|---|---|---|---|---|---|---|
| MAY 20 | B-727-31H | N908JE | LIRA | LGMD | | 198 | JC, AM, JCAP, VALDOVINO, GM, SK | | 2 | 2 |
| 21 | " | " | LGMD | JFK | | 199 | JC, JEAN LUC PROVOST | | 1 | 6 |
| 22 | " | " | JFK | PBI | | 200 | JC, JECC, ANDREW, TOM, VALOSTER | | 2 | 6 |
| 26 | G-1159B | N905JE | PBI | TEB | | 1638 | JC, BT, JULIE | 1/1 | 2 | 5 |
| JUN 30 | " | " | TEB | TIST | | 1639 | JC, AM, JX, BT | 1/1 | 4 | 0 |
| 4 | " | " | TIST | TEB | | 1640 | JC, AM, JX, BT | 1/1 | 3 | 8 |
| 4 | B-727-31H | N491GM | TIST | TISS | | | JC, AM, JX, VALDOVINO, GIRL | | | |
| 7 | G-1159B | N909JE | TIST | PBI | | 1641 | JC, AM, JX, NC | 1/1 | 2 | 5 |
| 11 | " | " | PBI | TEB | | 1642 | JC, POLO, BAND, GM | | 2 | 6 |
| 14 | " | " | TEB | CYUL | | 1643 | JC, POLO BAND, GM | | 1 | 2 |
| 14 | " | " | CYUL | PBI | | 1644 | JC, DICK, BOND, GM | | 3 | 0 |
| 17 | B-727-31H | N908JE | PBI | MYNN | | 201 | JC, AM, NC, SK | | 8 | |
| 17 | " | " | MYNN | JFK | | 202 | JC, AM, GM, SK, NC | | 2 | 6 |
| 29 | " | " | TISS | JFK | | 206 | JC, BT, SUSAN HAMDLN | | 3 | 0 |
| JUL 2 | " | " | JFK | PBI | | 207 | JC, BT, FABRE AMC PANEO | | 2 | 4 |
| 7 | G-1159B | N909JE | PBI | TEB | | 1645 | JC, BT, FT, SK, SH | 1/1 | 2 | 6 |
| 11 | " | " | TEB | PBI | | 1646 | JC, AM, SH | 1/1 | 2 | 4 |
| 14 | " | " | PBI | TEB | | 1647 | JC, AM, BT, SH, MACKLA | 0/0 | 2 | 5 |
| 14 | " | " | TEB | MIV | | 1648 | | 1/1 | 8 | |

| | | | | | | | Page Total | 5/6 | 44 | 4 |
| | | | | | | | Amount Foward | 6347 6341 | 9102 | 3  3  118 |
| | | | | | | | Total to Date | 6347 | 9152 | 3  3  118 |

I certify that the statements made by me on this form are true.

Pilot's Signature: _David Rodgers_

| Date 19 2003 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival (From) | (To) | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | AIRPLANE | GLIDER | HELICOPTER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JUL 21 | B-727-31H | N908JE | JFK | PBI | | 215 | JFK, MYLC (M); | 1/1 | 2.5 | | |
| AUG 4 | " | " | PBI | TIST | | 216 | BT, AM, GM, GMS, SK, GAR, BOSAR(?) | 2/1 | 2.4 | | |
| 4 | BH*467 | N4991GM | LSS | TIST | | | | | | | |
| 5 | " | " | TIST-LSS | TIST | | | | 0/9 | | | |
| 10 | B-727-31H | N908JE | TIST | JFK | | 217 | JC, AM, BT, GM, GAR ROSBERIGHT, LL, CATHERINE DISPLAY, ANT TONE TAX(?) | 3/1 | 3.8 | | |
| 10 | " | " | JFK | PBI | | 218 | GAR ROSBERIGHT | 2.5 | | | |
| 13 | G-11590 | N909JE | MIV | TCB | | 1849 | | 1/1 | .9 | | |
| 13 | " | " | TCB | SAF | | 1650 | JC, AM, BT, GM | | 3.8 | | |
| 20 | " | " | SAF | ASC | | 1651 | JC, SK, GM | | .8 | | |
| 20 | " | " | ASC | TCB | | 1652 | JC, GM, SK | | 3.8 | | |
| 22 | " | " | TCB | PBI | | 1653 | JC, GM, SK, TM | 1/ | 2.3 | | |
| 31 | B-727-31H | N908JE | PBI | JAX | | 241 | | | .9 | | |
| 31 | G-11590 | N909JE | TCB | TCB | | 1659 | JC, BT, GM, SK, SH, | | 2.5 | | |
| 31 | " | " | TCB | TCB | | 1655 | | | 3 | | |
| SEP 16 | " | " | LGB | LGB | | | HOLDPAL, BOB KENDUY SEA R.J., CHR60 SAMPLE | 1/ | 4.0 | | |
| 17 | SEMULASOL | " | LGB | LGB | | | HOLDPAL, PETER BURZKE-CARD, CHR65 SAMPLE | | 4.0 | | |
| 18 | " | " | LGB | LGB | | | CHR65 SAMPLE | | 4.0 | | |
| 22 | " | N909JE | PBI | TIST | | 1662 | JC, BT, NADEA, SK, SH, TD | 4/4 | 4.0 | | |
| 26 | B-727-200 | SEMULATOR | MIA | MIA | | | DAVE SAVAGE-ENTTACK? | 1/1 | 2.6 | | |
| | | | | | | | | | 2.0 | | |

| | Page Total | 12 8 | 431 | 3 | 3 | 118 |
|---|---|---|---|---|---|---|
| | Amount Forward | 6765 6347 | 9452.4 | | | |
| | Total to Date | 6777 6355 | 9495.5 | 3 | 3 | 119 |

I certify that the statements made by me on this form are true.

Pilot's Signature _David Rodgers_

| Date 2003 | Aircraft Make and Model | Aircraft Identification Mark | From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | AIRPLANE | GLIDER | HELICOPTER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/21 | B-727-LD SIMULATOR | N527JX | MIA | MIA | | | RECURRENT-PROF. + EXAMINER | | 2 0 | | |
| 27 | C-172 | N527JX | LWA | LWA | | | PATTERN - SAFETY CHECK RIDE CHECKRIDE | 3/3 | 5 | | 1 |
| 29 | G-1159B | N909JC | PBI | TEB | | 1684 | GD AMATE - EXAMINER | 2/2 | 8 | | |
| 30 OCT | " | " | TEB | PBI | | 1685 | AM, FRAN, PAULA EP'S E...N | | 2 4 | | |
| 2 | " | " | PBI | TEB | | 1686 | JE, AM, SK, JP, JK | | 2 6 | | |
| 2 | B15-467 | N491GM | PBI | MYNN | | | | √/ | 2 5 | | 1 |
| 2 | B15-467 | N491GM | MYEF | MBPV | | | LV | | | | 1 |
| 3 | B15-467 | N491GM | MBPP | MBPC | | | LV | | | | 2 |
| 3 | " | " | TEST | TEST | | | LV | | | | 1 |
| 3 | " | " | TEST | PBI | | 1687 | JE, AM, JK, SK, TP | | | | |
| 6 | N909JC | TEB | BED | | 1688 | JE, NAPIER, TD | √/ | 2 6 | | |
| 7 | " | " | BED | TEB | | 1689 | JE, SK | √/ | 2 8 | | |
| 11 | " | " | TEB | PBI | | 1690 | JE, BT, GM, TD, CHRISTINA... | | 1 0 | | |
| 14 | " | " | PBI | TEB | | 1691 | JE, BT, GM, SK | 1/1 | 2 7 | | |
| 16 | " | " | TEB | PBI | | 1692 | JE, BT, AM, SK | | 2 5 | | |
| 19 | " | " | PBI | TEB | | 1693 | JE, AM, BT, SK | | 2 6 | | |
| 21 | " | " | TEB | MTN | | 1694 | JE, SK | √/ | 2 7 | | |
| 21 | " | " | MTN | TEST | | 1695 | JE, SK, JK | √/ | 7 | | |

| | | | | | Page Total | | | 11/10 | 3 0 | | 5 |
| | | | | | Amount Forward | | | C717 G355 G365 | 3 1195 | | 3 3 119 |
| | | | | | Total to Date | | | | 3 1227 | | 3 3 125 |

I certify that the statements made by me on this form are true.

Pilot's Signature _____ David Rodgers

| Date 2003 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... Airplane | Glider | Helicopter |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Oct 26 | G-IIS9B | N9ICAJC | TEST | TEB | | 1676 | JC, BT, SK, TO, LC | | 39 | | |
| 26 | " | " | TEB | MIV | | 1677 | | | 9 | | |
| 27 | B-727-31H | N908JC | JAX | JAX | | 220 | | 1/ | 14 | | |
| 28 | " | " | JAX | PBI | | 221 | | | 10 | | |
| 30 | " | " | PBI | JFK | | 222 | | | 25 | | |
| 30 | " | " | JFK | LFPB | | 223 | JC, AM | | 64 | | |
| Nov 4 | " | " | LFPB | CBBR | | 224 | JC, AM, SK | 1/ | 9 | | |
| 4 | " | " | CBBR | CNGM | | 225 | JC, AM, MSG, BAND CM, HOUSES, SEATBR PRESSODUT BELL, SEATBR TO, SK | | 18 | | |
| 4 | " | " | CNGM | CSSA | | 226 | JC, AM, CM, SK | | 9 | | |
| 5 | " | " | CSSA | CNGM | | 227 | JC, AM, CM, 7K | | 9 | | |
| 5 | " | " | CNGM | UUNT | | 228 | JC, AM, CM, 7K, PRESS BAND H SEATS SEATBR | 1/ | 9 | | |
| 6 | " | " | UUNT | VHHH | | 229 | JC, AM, CM, 7K, DH3, BELL, CLINTON | 1/ | 53 | | |
| 7 | " | " | VHHH | ZUUU | | 230 | JC, AM, CM, 7K, DH3, BAND 4 SEATBR SEATBR | | 65 | | |
| 9 | " | " | ZUUU | ZBAA | | 231 | JC, AM, CM, 7K, DH3, DH4 MAC, AZ, AM, R | | 24 | | |
| 11 | " | " | ZBAA | PANC | | 232 | JC, AM, CM, SK, DH3, CM2, AM SEATBR TO 4 JUSTINCADJE | | 22 | | |
| 11 | " | " | PANC | JFK | | 233 | JC, AM, 7K | 1/ | 78 | | |
| 14 | " | " | JFK | PBI | | 234 | JC, BT, SK, ANDREA, LC | 1/ | 63 | | |
| 18 | " | " | PBI | JFK | | 235 | JC, BT, SK, LC | | 25 | | |
| 21 | " | " | JFK | CMH | | 236 | JC, SK | 1/ | 26 | | |

| | | | | | | | Page Total | 6/4 | 582 | | |
| | | | | | | | Amount Forward | 6729 6365 | 9227 | S | |
| | | | | | | | Total to Date | 6134 6368 | 9285 | 7 | 3 3 12 |

I certify that the statements made by me on this form are true.

Pilot's Signature

| Date 2003 | Aircraft Make and Model | Aircraft Identification Mark | From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Airplane | Gudor | HCU |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV 22 | B-727-31H | N908JE | CMH | TIST | | 237 | JE, SK | | 37 | | |
| 23 | " | " | TIST | PBI | | 236 | JE, SK, NISK, CAMPX | 1 | 21 | | |
| 23 | " | " | PBI | JFK | | 239 | JE, SK | | 24 | | |
| 25 | " | " | JFK | PBI | | 240 | JE, SK | | 25 | | |
| DEC | G-1159B | N909JE | MIV | JFK | | 1678 | | 1 | 8 | | |
| 7 | " | " | JFK | CMH | | 1679 | JE, SK, NM | 1 | 15 | | |
| 7 | " | " | CMH | PBI | | 1680 | JE, SK, NNDER | 1 | 23 | | |
| 9 | " | " | PBI | TIST | | 1681 | JE, SK, TD | 1 | 24 | | |
| 15 | " | " | TIST | TCB | | 1682 | JE, AM, TD, MSINTCACV | | 45 | | |
| 19 | " | " | TCB | TIST | | 1683 | JE, C-M, SK | 1 | 31 | | |
| 24 | " | " | TIST | PBI | | 1684 | JE, C-M, BT | 1 | 27 | | |
| 26 | " | " | PBI | TIST | | 1685 | JE, BT, C-M | 1 | 23 | | |
| JAN 2 | " | " | TIST | PBI | | 1686 | JE, BT, C-M | 1 | 27 | | |
| 3 | " | " | PBI | ISM | | 1687 | | | 7 | | |
| 3 | " | " | ISM | PBI | | 1688 | | | 7 | | |
| 5 | " | " | PBI | TCB | | 1689 | | 1 | 25 | | |
| 8 | " | " | TCB | PBI | | 1690 | JE, BT, TLB, SK | | 26 | | |
| 12 | B-727-31H | N908JE | PBI | JFK | | 241 | JE, BT, NM | | 24 | | |
| 15 | " | " | JFK | PBI | | 242 | JE, SK, TD, NM | | 25 | | |

| | Page Total | 10/6 | 458 | | |
| | Amount Forward | 6194 | 9285 | 7 | |
| | Total to Date | 6215 | 9331 | 5 | |

I certify that the statements made by me on this form are true.

Pilot's Signature _David Rodgers_

| Date | Aircraft Make and Model | Aircraft Identification Mark | From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | LV/LM | Number of Landings | AIRPLANE | GLIDER | HELICOPTER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2001 MAY 20 | B-727-31H | N908JC | PBI | JFK | | 247 | IE,BT,NM,SK,TD | LV | | 2.0 | | |
| 23 | '' | '' | JFK | PBI | | 244 | IE,BT (HOWTPC DAVIES) TD, NM WINDEA MESRUWTCH | LM | | 2.6 | | |
| 26 | G-11598 | N909JC | PBI | TCB | | 169? | IE,BT,NM,TD | LM | ✓ | 2.6 | | |
| 28 | '' | '' | TCB | TIST | | 168? | IE,BT,NM,SK,TD | LV | | 2.4 | | |
| FEB 2 | '' | '' | TIST | TCB | | 1683 | IE,BT,JLB,NM,TD,SK, ALAN WEBER | LV | ✓ | 3.6 | | |
| 5 | '' | '' | TCB | BGD | | 1694 | ALAN PERSHOWITZ | LV | | 4.1 | | |
| 5 | '' | '' | BGD | TCB | | 1695 | | LV | | .1 | | |
| 5 | '' | '' | TCB | PBI | | 1696 | IE,AO,SK | LV | | 1 | | |
| 9 | B-727-31H | N908JC | PBI | JFK | | 245 | IE,BT,SK, | GR | | 2.6 | | |
| 12 | '' | '' | JFK | LFPB | | 246 | IE,GM,JLB,ALANE WEBER, NAN KEITH | LV | ✓ | 2.5 | | |
| 17 | '' | '' | LFPB | BGR | | 247 | IE,GM,JLB,NM,TD,AW | LV | | 7.0 | | |
| 17 | '' | '' | BGR | JFK | | 248 | IE,GM,JLB,TD,NM,AW | LV | | 6.1 | | |
| 19 | '' | '' | JFK | PBI | | 249 | IE,BS,NM,SK,TD, | LV | | 1.5 | | |
| 22 | '' | '' | PBI | JFK | | 250 | IE,BT,NM,TD,AW | LM | | 2.4 | | |
| 24 | '' | '' | JFK | MRY | | 251 | IE,SK,TD,NM,FOREST SAWYER | LM | ✓ | 3.0 | | |
| 27 | '' | '' | MRY | VNY | | 252 | IE,NM,SK,TD | LM | ✓ | 5.9 | | |
| 29 MAR | '' | '' | VNY | ABQ | | 253 | IE,NM,SK,TD | LM | | .8 | | |
| | '' | '' | ABQ | JFK | | 254 | IE,GM,NM,SK,TD | LM | | 1.6 | | |
| 3 | '' | '' | JFK | PBI | | 255 | IE,NM,TD,VALDSON CARLOW | LM | ✓ | 3.4 | | |
| **Page Total** | | | | | | | | | 6/1 | 57.3 | | |
| **Amount Forward** | | | | | | | | | 6744 / 6375 | 9331.5 | 3.3 | 3.125 |
| **Total to Date** | | | | | | | | | 6150 / 6376 | 9389.8 | 3.3 | 3.125 |

I certify that the statements made by me on this form are true.

Pilot's Signature _David Rodrigue_

| Date 2004 | Aircraft Make and Model | Aircraft Identification Mark | From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | | Number of Landings | AIRPLANE | GLIDER | Helicopter |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | G-1159B | N909JE | PBI | TEB | | 1687 | JG, NM, TD | GARY BURROUGH | / | 2 | 8 | |
| 8 | " | " | TEB | BGD | | 1688 | JG, TD | GARY BURROUGH | / | | 8 | |
| 9 | " | " | BGD | TEB | | 1689 | JG, TD | GARY BURROUGH | / | | 1 | |
| 11 | " | " | TEB | PBI | | 1700 | JG, JD, SK, NM WALTER TO BREN | GB | / | 2 | 6 | |
| 13 | " | " | PBI | TIST | | 1701 | JG, TD, SK, VC, NM | STEVE LISTER | / / | 2 | 3 | |
| 17 | B-727-200 | SIMULATOR | MIA | MIA | | | CARRY-INSTRUCTOR | GARY REDHEAD(1) | | 2 | 0 | |
| 17 | " | " | MIA | MIA | | | HOLDING  CARRY-INSTRUCTOR | GR | | 2 | 0 | |
| 17 | " | " | MIA | MIA | | | | GR | | 2 | 0 | |
| 18 | " | " | MIA | MIA | | | FLYING+RLDG HAIN+ LOWER | GR | | 3 | 0 | |
| 18 | " | " | MIA | MIA | | | REJ. AIRPLANE | GR | | 3 | 0 | |
| 19 | G-1159B | N909JE | TEB | PBI | | | RET. ROTATIONS PILOT CATS CHECK RIDE | GR | | 2 | 6 | |
| 31 | B-727-31H | N908JE | PBI | JFK | | 1702 | JG, SK, TD, VC | LV | / | 2 | 3 | |
| 5 | " | " | JFK | PBL | | 256 | JG, NM, TD, | LV | / / | 2 | 5 | |
| 6 | G-1159B | N909JE | PBI | TIST | | 257 | JG, JLB, NM, TD | LV | / / | 2 | 3 | |
| 11 | B-727-31H | N908JE | JFK | JFK | | 1705 | JG, BS, NM, SK, TD | LV | / / | 2 | 3 | |
| 15 | " | " | BGD | PBI | | 258 | JG, BS, CDGA, JDG, M, NM, TD LM | LV | / / | 2 | 4 | |
| 16 | " | " | RGD | PBI | | 259 | JG, SK, LARRY SUMMERS | LM | | | 4 | |
| 14 | " | " | PBI | JFK | | 260 | JG, SK | LM | / O | 2 | 6 | |
| 22 | " | " | JFK | PBI | | 261 | JG, SK, JENNIFER | LM | | 2 | 6 | |
| | " | " | | | | 262 | JG, BS, MARK EPSTEIN, NM, TD, JAME, GM | LM | / | 2 | 5 | |

| | | Page Total | | 9/4 | 42.3 | | |
| | | Amount Forward | | 6150 6376 | 9300 8 | 3 3 | 12, |
| | | Total to Date | | 6159 6380 | 9431 | 3 3 | 12, |

I certify that the statements made by me on this form are true.

Pilot's Signature: *David Rodgers*

| Date 2004 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | GLIDER | WEIGHT... |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MAR 27 | B-727-31H | N908JE | PBI | JFK | | 263 | JE,BI,NM,TD | LV | 2 | 2 | |
| | " | " | JFK | PBI | | 264 | JE,NM,SK | LM | | 2 | 6 |
| 4 | " | " | PBI | JFK | | 265 | JE,NM,SK | LM | | 2 | 4 |
| 5 | " | " | JFK | LFPB | | 266 | JE,GM,NM,SK ARIGNO PENWARISEN | LM | | 6 | 9 |
| 8 | " | " | LFPB | EGGW | | 267 | JE,GM,NM,SK | LM | /1 | 9 | |
| 10 | " | " | EGGW | LKPR | | 268 | JE,GM,NM,SK | LM | /1 | 1 | 8 |
| 12 | " | " | LKPR | LFPB | | 269 | JE,GM,JLB,NM | LM | /1 | 1 | 4 |
| 14 | " | " | LFPB | CYQX | | 270 | JE,NM,SK | LM | /1 | 5 | 8 |
| 14 | " | " | CYQX | PBI | | 271 | JE,NM,SK | LM | /1 | 4 | 2 |
| 15 | G-1159B | N1045JE | PBI | PBI | | 1707 | RON | LV | | 7 | |
| 1? | " | " | PBI | TCB | | 1708 | JE,BI,NM,TD | LV | | 3 | 2 |
| 2? | " | " | TCB | PBI | | 1709 | JE,BI,NM,TD | LV | /1 | 2 | 4 |
| 24 | " | " | PBI | TEST | | 1710 | JE,NM,SK,TD | LV | | 2 | 5 |
| 31 | " | " | TEST | TCB | | 1711 | JE,NM,SK,TD MANUWER STRETTRS | LV | /1 | 4 | 2 |
| JUN | " | " | TCB | HVN | | 1712 | BI | LV | | 5 | |
| 4 | " | " | HVN | PBI | | 1713 | JE,BI,NM,TD | LV | | 2 | 7 |
| 7 | " | " | PBI | TCB | | 1714 | JE,BI,NM,NM,TD | LV | /11 | 2 | 6 |
| 9 | " | " | TCB | BEO | | 1715 | JE,NM,SK | LV | | 9 | |
| 9 | " | " | BEO | TCB | | 1716 | JE,NM,SK | LV | | 8 | |

Page Total: 7/7 — 48/7
Amount Forward: 6754 / 6396 — 9432/1 — 33/12.5
Total to Date: 766 / 6327 — 7/479/8 — 33/125

I certify that the statements made by me on this form are true.

Pilot's Signature _____ David Rodgers

| Date | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | | Aircraft Category... | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | G-1159B | N909JE | TEB | MDW | | 1717 | JE, SK | 1.7 | 1/1 | LV 19 | |
| 1B | " | " | MDW | PBI | | 1718 | JE, SK | | LV | 2.7 | |
| 13 | B-727-31H | N908JE | PBI | JFK | | 271 | JE, SK, AP, GG, MP, | | LV | 2.5 | |
| 15 | " | " | JFK | TEST | | 273 | JE, BT, MS, SK, TD | | LM 1/1 | 3.5 | |
| 20 | " | " | TEST | PBI | | 274 | JE, BT, JENNIFER KALEN, NM, NATACHA MALYSHKO, GR | | GR 1/1 | 2.5 | |
| 21 | G-1159B | N909JE | PBI | TEB | | 1719 | JE, BT, MS, NM | | LV | 2.6 | |
| 23 | " | " | TEB | SAF | | 1720 | JE, NM, SK | | LV 1/1 | 4.4 | |
| 2 | " | " | SAF | LAS | | 1721 | JE, NM, NM, SK, SEMONE, | | GR 1/1 | 1.6 | |
| 2 | " | " | LAS | SAF | | 1722 | JE, MS, NM, SK, SEMONE, | | GR 1/1 | 1.3 | |
| 4 | " | " | SAF | ASE | | 1723 | JE, MS, NM, SK, SEMONE | | GR 1/1 | .9 | |
| 4 | " | " | ASE | PBI | | 1724 | JE, MS, NM, SK, SEMONE | | GR 1/0 | 3.8 | |
| 11 | " | " | PBI | TEB | | 1725 | JE, ANDREA METROPOLIT, BT, NM, SK | | LV | 2.7 | |
| 15 | " | " | TEB | PBI | | 1726 | JE, BT, TLB, NM, SK, LV | | LV 1 | 2.6 | |
| 14 | B-727-31H | N908JE | PBI | TEST | | 275 | JE, BT, SK, NM, JK, STEPHANIE | | LM 1/1 | 2.6 | |
| 22 | " | " | TEST | PBI | | 276 | JE, BT, NM, SK, JK, STEVE MUNCE | | LM | 2.6 | |
| 25 | " | " | PBI | JFK | | 277 | JE, NM, BT | | SM 1/1 | 2.4 | |
| 24 | " | " | JFK | LCPB | | 278 | JE, MS, NM, SK | | LM 1/1 | 6.6 | |
| 25 | " | " | LCPB | LGPA | | 279 | JE, MS, NM, SK, TD | | LM 1/1 | .7 | |
| 3 | " | " | LGPA | LPAZ | | 280 | JE, MS, NM, SK, TD | | LM | 3.6 | |

| | | | | | Page Total | 117.9 | | | | 92.5 | 3 3 | 12.5 |
| | | | | | Amount Forward | 6766.5 6357 | | 94718 | | | | |
| | | | | | **Total to Date** | 6117 6846 | | 95323 | | | 3 3 | 12.5 |

I certify that the statements made by me on this form are true.

Pilot's Signature

| Date 2004 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival - From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... A/B/P/N/E | G L/M/R | H... |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AUG 3 | B-727-31H | N908JE | LFPZ | TIST | | 281 | JG, MS, NM, SK, TD, LV | ✓ | 5 | 5 | |
| 6 | " | " | TIST | PBI | | 282 | JG, SK, TD, NM, IGNN... LV/LM | | 2 | 4 | |
| 10 | " | " | PBI | JFK | | 283 | JG, JOJO, LTV, FUN... LV/LM | | 2 | 2 | |
| 13 | " | " | JFK | ABQ | | 284 | JG, MS, NANAE... FLVRO, LV/LM | ✓/✓ | 4 | 7 | |
| 18 | " | " | ABQ | VNY | | 285 | JG, MS, NM, JK LV/LM | | 1 | 1 | |
| 19 | " | " | VNY | PBI | | 286 | JG, MS, NM, JK LV/LM FRANK G/MALL | | 1 | 1 | |
| 24 | " | " | PBI | SEGU | | 287 | JG, G-M, NM, SK, TD LV/LM | | 4 | 1 | |
| 25 | " | " | SEGU | PBI | | 288 | JG, G-M, NM, SK, TD LV/LM | ✓/✓ | 4 | 3 | |
| SEP 1 | " | " | PBI | PBI | | 289 | JG, NM, SK, TD LV/LM | | 3 | 2 | |
| 2 | G-1159B | N109JTE | PBI | TEB | | 1122 | KRISTY RODGERS FIRST PROGRESS LV | | 2 | 5 | |
| 5 | B-727-31H | N90QJTE | TIST | JFK | | 226 | JG, NM, TD, JK NANAE... AMY/JOSH PALM RES LV/LM | ✓ | 3 | 8 | |
| 16 | " | " | JFK | PBI | | 241 | JG, NM, SK, JK, DAVID MUKASS... LV/LM | | 2 | 7 | |
| 20 | BHT-407 | N409JE | BELLSCHOOL | HURST, TX | | | MOORE, MOORE AUTO, ... STROLLED TO AUTO, 180 AUTO | | 1 | | 1 |
| 21 | B747-461 | N407AP | BELLSCHOOL | HURST, TX | | | | | | | |
| 5 | B-727-31H | N908JTE | PBI | JFK | | 242 | JG, NM, SK, LV/LM | ✓/✓ | 2 | 4 | |
| 6 | " | " | JFK | PBI | | 243 | JG, NANAE... LV/LM | | 3 | 3 | |
| 10 | " | " | PBI | JFK | | 244 | JG, NANAE... QUBBA... SK LV/LM | | 2 | 3 | |
| 12 | " | " | JFK | TIST | | 245 | JG, NANAE... QUBBA... LV/LM | ✓ | 3 | 4 | |
| 13 | G-1159B | N109JE | TIST | PBI | | 1123 | G-M LV/LM | | 2 | 5 | |
| | | | | | | | **Page Total** | 6/3 | 55 | 1 | 2 |
| | | | | | | | Amount Forward | 6,172 6,346 0,503 | 45332 | 3 | 125 |
| | | | | | | | **Total to Date** | 6,799 | 45374 | 4 | 127 |

I certify that the statements made by me on this form are true.

Pilot's Signature _David Rodgers_

| Date | Aircraft Make and Model | Aircraft Identification Mark | From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | B-727-31H | N908JE | TIST | PBI | | 3x0 | JE,SK,NM,SK | LM | 1 | 2 | 4 |
| 17 | " | " | PBI | JFK | | 3x1 | JE,LAURA & ANDREW LESA ANDREW LM | LM | | 2 | 5 |
| 20 | " | " | JFK | LFPB | | 3x2 | JE,G-M,SK,NM LFPB & LESA ANDREW | LV | | 6 | 1 |
| 25 | " | " | LFPB | JFK | | 3x3 | JE,JFK,NM,SK, DAY0 AND REW | LM | 1 | 7 | 6 |
| 25 | " | " | JFK | JAX | | 3x3 | JE,NM,JE,SK,DM | LM | | 7 | 1 |
| | | | | | | 3x4 | | LM | | 7 | 1 |
| 24 | G-1159B | N909JE | PBI | TEB | | 17x0 | | LV | | 2 | 6 |
| 29 | " | " | TEB | PBI | | 17x2 | JE,SK,NM,NATALIE | LV | | 2 | 3 |
| 29 | " | " | PBI | TIST | | 17x3 | JE,NM | LV | 1 | 2 | 2 |
| 1 | BHS-467 | N491GM | TIST | LSS | | | | LV | | | |
| 1 | " | " | LSS | TIST | | | | LV | | | |
| 2 | G-1159B | N909JE | TIST | TEB | | 17x2 | JE,NM | LV | | 9 | 0 |
| 7 | G-1159B | SER-DEEP | DFW | | | | STEEP TURNS, STALLS,SLOW FLT, PCLM DESCENTS, ABORTS, ENGINE FIRE HOLDING,HIGH ALTITUDE AIRPORTS EMERGENCY DESCENT 180 NORMAL APPROX | LV | | 4 | 0 |
| 8 | " | " | DFW | " | | | | LV | | 4 | 0 |
| 3 | " | N909JE | PBI | TEB | | 17x9 | JE,SK        PIA PROJECT | LV | 1 | 2 | 7 |
| 10 | " | " | TEB | PBI | | 1x35 | JE,SK        PIA PROJECT | LV | | 2 | 4 |
| 14 | " | " | PBI | ABY | | 17x0 | JE,NM,SK,TB,NC | LV | | 1 | 3 |
| 14 | " | " | ABY | TEB | | 17x7 | JE,NM,SK,TB,VC | LV | | 2 | 1 |
| 16 | " | " | TEB | BED | | 17x8 | JE,ANDREA | LV | | 8 | 3 |
| 16 | " | " | BED | TEB | | 17x9 | JE,ANDREA | LV | 1 | | |

| | | | | | Page Total | 4/3 | | S1 | 0 | |
| | | | | | Amount Forward | 6,193 8,394 | | 95874 | 3 | 3 | 12.7 |
| | | | | | Total to Date | 6,197 6,402 | | 9638 | 4 | 3 | 12x |

I certify that the statements made by me on this form are true.

Pilot's Signature _____

| Date | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE GLIDER HELICOPTER |
|---|---|---|---|---|---|---|---|---|---|
| NOV 18 | G-1159B | N909JE | TEB | PBI | | 1740 | JE,JK,NM,SK,DM, ANDREA | LV | 2 3 |
| 20 | B-727-31H | N908JE | JAX (INC N909JE) | JAX | | 355 | | LM / | 2 6 |
| 20 | " | " | JAX | PBI | | 356 | | LM / | 1 0 |
| 23 | " | " | PBI | TIST | | 357 | JE,NM,SK,DM, SEAN HANNITY LLN | LM / | 2 3 |
| 26 | G-1159B | N909JE | PBI | TIST | | 1741 | GM, JK | LV / | 2 4 |
| 28 | B-727-31H | N908JE | TIST | JFK | | 360 | JE,GM,JK,NM,SK,DM,JA | LM / | 4 0 |
| 30 | " | " | JFK | PBI | | 369 | JE,NM,SK,SH, ADRIANNA | LM / | 2 8 |
| 14 | B-727-200 | SIMULATOR | MED | MED | | | HANK COLLER - INSTRUCTOR | | 1 0 |
| 15 | " | " | " | " | | | HANK COLLER - INSTRUCTOR WILLIAM | | 1 7 |
| 15 | " | " | " | " | | | HANK COLLER REY BAPTAND-INSTRUCTOR WILLIAM | | 1 7 |
| 21 | G-1159B | N909JE | PBI | TIST | | 1742 | JE,JK,NM,GM STEVE COSTER | | 2 3 |
| 29 | " | " | TIST | TNCM | | 1743 | JE, NM, SK | LV / | 7 |
| 29 | " | " | TNCM | TIST | | 1744 | JE, NM, SK | LV | 7 |
| 30 | B737-401 | N491GM | TIST-LSS-TEGX | | | | | LV | 7 |
| 30 | " | " | LSS | TIST | | | | LV | 7 |
| 2005 JAN 31 | G-1159B | N909JE | TIST | TQPF | | 1745 | JE,JLB,SK,DM,NM AMBER REDSTONE,JENNA BROWN | LV / | 6 |
| 3 | " | " | TQPF | PBI | | 1746 | JE,DM,JLB,NM,SK,ZLB | LV / | 3 2 |
| 3 | " | " | PBI | TEB | | 1139 | JE,DM,GM,NM,SK | LV / | 2 7 |
| 6 | " | " | TEB | PBI | | 1751 | JE, DANA | LV | 2 7 |

| | | | | | | | | Page Total | 7/5 | 35 5 |
| | | | | | | | | Amount Forward | 6767 1102 | 6879 4 | 33 126 |
| | | | | | | | | Total to Date | 6744 | 9613 9 | 33 129 |

I certify that the statements made by me on this form are true.

Pilot's Signature: _David Ecklotta_

| Date | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... |
|---|---|---|---|---|---|---|---|---|---|
| 2015 | | | | | | | | | |
| FEB 7 | (G-II)1594B | N908JE | PBI | RSW | | 1751 | LV | | 6 |
| 8 | " | " | RSW | PBI | | 1752 | LV | V1 | 6 |
| 11 | B-727-31H | N908JE | PBI | TEST | | 310 | JG,NM,SK | | 2.5 |
| 14 | " | " | TEST | PBI | | 311 | JG,NM,SK | | 2.8 |
| 27 | " | " | TEST | TEST | | 315 | JG,NM,AMDRCB | | 2.3 |
| 31 | " | " | TEST | JFK | | 316 | JG,NM,SK,DB AMDRCB,ANJD,RSQ,CIT | | 3.3 |
| FEB 3 | " | " | JFK | CMH | | 317 | JG,DM,JLB,NM,SK,DNM,RMRSLV | V1 | 1.4 |
| 3 | " | " | CMH | PBI | | 318 | JG,DM,JLB,NM,SK | | 2.2 |
| 7 | " | " | PBI | JFK | | 319 | JG,DM,NM,SK | | 2.5 |
| 10 | (G-II)1594B | N908JE | PBI | PBI | | 122 | NOSE,BREEZE    PETE RATHGEB | V1 | 1 |
| 19 | " | " | PBI | TEST | | 1755 | COLLEEN           GR | V1 | 2.4 |
| 19 | " | " | TEST | PBI | | 1756 | GM,VA AMDE,GSSUW GR | | 2.7 |
| 24 | B-727-31H | N908JE | PBI | PBI | | 324 | BILL AMDNM(NAM)DUBLN CRESCENDO VALDEZ | V1 | 5 |
| MAR 1 | " | " | PBI | JFK | | 325 | JG,NM AMDRCB,NM,AMCEDSKY LV | V1 | 2.4 |
| 6 | B-727-200 | SIMULATION | MEA | MEA | | | MA,NIGM,3 STEEP TURNS,3 STALLS,1 RTO, RTR STEADY TURNS,160,160,260,RKICK MOWING-LEFT | | 2.0 |
| 7 | " | " | MEA | MEA | | | CIRCLING APPROACH,COMP TURN,LDC | | 2.5 |
| 8 | (G-II)1594B | N908JE | PBI | SAN | | 1758 | GM | V1 | 56 |
| 13 | " | " | SAN | MDW | | 1760 | GM       BILL MURPHY | V1 | 3.5 |
| 14 | " | " | MDW | TEB | | 1761 | BM | V1 | 1.7 |

| | | | | | | | Page Total | 9/6 | 43.1 |
| | | | | | | | Amount Forward | 8/144 | 9613.9 |
| | | | | | | | Total to Date | 8/153 | 9717.0 |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

| Date 2005 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... |
|---|---|---|---|---|---|---|---|---|---|
| APR 24 | B-727-31H | N908JE | JFK | TEST | | 333 | JE, NM, SK, DB, DM | LV BH | 36 |
| 29 | " | " | TEST | JFK | | 334 | JE, NM, SK, DM, DB | LV LM | 1/1 31 |
| 31 | " | " | JFK | PBI | | 335 | JE, GM, DB | LV LM | 28 |
| APR 1 | G-1159B | N969JE | SAV | PBI | | 1786 | | LV LM | 12 |
| 5 | " | " | PBI | PDK | | 1787 | GM | LV | 16 |
| 6 | " | " | PDK | TEB | | 1788 | GM | LV | 1/1 19 |
| 6 | B-727-31H | N908JE | PBI | JFK | | 336 | JE, DB, DM, SK | LV LM | 1/1 25 |
| 24 | G-1159B | N969JE | PBI | TEST | | 1773 | BARBARA, VC, TM, DIANNA | LV | 23 |
| MAY 4 | " | " | TEST | TEB | | 1774 | JE, AM, NM, VC | BH | 1/1 41 |
| 6 | " | " | TEB | PBI | | 1775 | JE, AM, DM, NM, SK | LM LV | 25 |
| 10 | " | " | PBI | TEB | | 1776 | JE, DB, DM, SK | LV | 1/1 26 |
| 12 | B-727-31H | N908JE | JFK | TEST | | 339 | JE, AM, DM, NM, DB | LV BH | 1/1 31 |
| 16 | " | " | TEST | JFK | | 340 | JE, NM, DB, DM, AM | BH LV | 1/1 33 |
| 19 | G-1159B | N969JE | TEB | PBI | | 1777 | JE, AM, SK | BH LV | 1/1 25 |
| JUN 24 | " | " | PBI | TEB | | 1778 | JE, AM, SK | LV | 26 |
| JUN | " | " | PBI | TEB | | 1783 | JE, AM, NM | LV | 1/1 25 |
| 15 | B-727-200 | SEMO LOSER | MEA | MEA | | | RICK MORRIW - INSTRUCTOR | | 20 |
| 15 | " | " | MEA | | | | REY BARZANA - VR EDE | | 20 |
| 31 | G-1159B | N969JE | TEB | PBI | | 1786 | JE, DB, SK | LV | 24 |

| | Page Total | 10/6 | 50 4 |
| | Amount Forward | 6903 6913 | 9717 0 |
| | Total to Date | 6913 6914 | 9761 4 |

I certify that the statements made by me on this form are true.

Pilot's Signature ___David Rodgers___

| Date 2015 | Aircraft Make and Model | Aircraft Identification Mark | From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | | Number of Landings | Aircraft Category |
|---|---|---|---|---|---|---|---|---|---|---|
| JUL 15 | G-1159B | N909JE | PBI | TEB | | 1783 | JE, AM, SK | LV | | 2.5 |
| 16 | " | " | TEB | TEB | | 1781 | JE, AM, DB, NM | BH | 1/1 | 4.2 |
| 18 | " | " | PBI | TEB | | 1782 | JE, DB, SK | LV | 1/1 | 2.6 |
| 20 | " | " | TEB | BKL | | 1783 | G-M, LAN | JIM PAWO | 1/1 | 1.2 |
| 20 | " | " | BKL | TEB | | 1784 | G-M, LAN | JIM PAWO | 1/1 | 1.2 |
| 22 | " | " | TEB | PBI | | 1785 | JE, SK, DB, TATIANNA | BH | | 2.5 |
| 25 | " | " | PBI | TEB | | 1786 | JE, SK, DB, TATIANNA | BH | 1/1 | 2.6 |
| 28 | " | " | TEB | TEST | | 1787 | JE, NM, JK | BH | 1/1 | 3.4 |
| 1 | " | " | TEST | TEB | | 1788 | JE, JK, NM | BH | 1/1 | 3.8 |
| 2 | " | " | TEB | SAF | | 1789 | JE, SK, DB, AM, ALEX, NATALEE | BH | 1/1 | 3.6 |
| 18 | " | " | TEB | PBI | | 1800 | JE, AM, MATALEE, SIMEON, TATIANNA | LV | 1/1 | 2.3 |
| 22 | " | " | PBI | TEB | | 1800 | JE, NM | LV | | 2.5 |
| 24 | " | " | TEB | FDK | | 1807 | JE, DB | LV | 1/1 | .8 |
| 24 | " | " | FDK | TEB | | 1808 | JE, DB | LV | 1/1 | .8 |
| 26 | " | " | TEB | MVY | | 1809 | JE, DB, SK, DM | LV | | .8 |
| 26 | " | " | MVY | TEST | | 1800 | JE, DB, DM, SK | LV | | 3.3 |
| 27 | " | " | TEST | PBI | | 1801 | | LV | 1/1 | 2.6 |
| 5 | B-727-2015 SIMULATOR | " | PBI | TEB | | 1804 | JE, DB, GM, AM | BH | | 2.4 |
| 8 | | | MIA | MIA | | 1801 | APOL LEXO-EASTE XTOL | LM | | 2.0 |

Page Total / Amount Forward / Total to Date: 45.4

| Date | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | GLIDER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005 9 | B-727-200 | SIMUATOR | MIA | MIA | | | LMV R&R Rev DBRZANNA v APBC EXPERIENCE NOT LCRO | | 2.0 | | | |
| 11 | G-1159B | N909JE | PBI | TIST | | 1916 | IC,AM,NM  LV | | 2.6 | | | |
| 13 | " | " | TIST | TCB | | 1917 | IC,AM,NM  BH | V1 | 33 | | | |
| 14 | " | " | TCB | BED | | 1918 | IC,AM,SK  BH | | 8 | | | |
| 14 | " | " | BED | HPN | | 1919 | IC,AM,SK,LARRY SUMMERS  BH | | 9 | | | |
| 20 | " | " | PBI | TIST | | 1621 | IC,DB,SK,JIM  LV | V | 2.5 | | | |
| 24 | " | " | TIST | TCB | | 1622 | IC,DB,SK,SONNY BURGESS  LV | | 3.7 | | | |
| 25 | " | " | TCB | CMH | | 1623 | IC,NM,SK,PAUL HALVORE  LV | V1 | 14 | | | |
| 25 | " | " | CMH | TCB | | 1624 | IC,NM,SK  LV | V1 | 14 | | | |
| 27 | " | " | TCB | BED | | 1625 | IC,AM,NM  LV | | 8 | | | |
| 27 | " | " | BED | TCB | | 1626 | IC,AM,NM  LV | | 1.0 | | | |
| Oct 22 | B-727-31H | N908JE | LCG | LCG | | 343 | IC,AM,NM  GEORGE GILVER  BH | V1 | 1.7 | | | |
| 22 | G-1159B | N908JE | TIST | JFK | | 348 | IC,AM,NM  BH | 0/0 | 3.7 | | | |
| Nov 2 | " | " | BED | BED | | 1834 | IC,GM,SK,TATIANNA,DB  LV | | 8 | | | |
| 2 | " | " | BED | OGU | | 1835 | GM  LV | | 5 | | | |
| 2 | " | " | OGU | BED | | 1636 | GM  LV | | 5 | | | |
| 3 | B-727-31H | N908JE | BED | TCB | | 1837 | IC,DB,GM,SK,TATIANNA  LV | | 4 | | | |
| 8 | " | " | JFK | TIST | | 351 | IC,NM,SK  LV | | 44 | | | |
| 8 | " | " | TIST | JFK | | 352 | NM,SK ANDREA MITROVICH  BH | | 30 | | | |
| | | | | | | | BUT TATIANNA, CHARLES PRINCE | | | | | |

Page Total 5/4 | 37.2

Amount Forward | 6615 / 6436 | 9812.8 | 3 | 3 | 12.1.4

Total to Date | 6930 / 6434 | 9880.0 | 3 | 3 | 12.1.4

I certify that the statements made by me on this form are true.

Pilot's Signature _Darren Indyke_

| Date | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... Airplane | Glider | Heli... |
|------|----|----|----|----|----|----|----|----|----|----|----|
| 2005 Nov 12 | G-1159B | N409JE | TEB | TIST | | 1835 | JE, ADRIEN, MO CLMSKA, ROD, ZIMMITZKY, NM, JC, TRAIL FROM BH | | 3.4 | 3 | 3.12 |
| 16 | " | " | TIST | TEB | | 1837 | JE, AM, NM, LV | | 3.8 | | |
| 17 | " | " | TEB | BED | | 1840 | JE, AM, AM    LV | 1/1 | .8 | | |
| 17 | " | " | BED | CYUL | | 1841 | ALAN DERSHOWITZ    LV | 1/1 | .9 | | |
| 17 | " | " | CYUL | BED | | 1842 | ALAN DERSHOWITZ    LV | | .9 | | |
| 17 | " | " | BED | TEB | | 1843 | JE, AM, AD, TAILANNA    LV | | .9 | | |
| 19 | G-727-31B | N908JE | JFK | TIST | | 353 | JE, NM, SK    LM | | 3.5 | | |
| 20 | " | " | TIST | TAPA | | 354 | SG, NM, SK, TAILAMP KENNEDY MA    LM | 1/1 | .9 | | |
| 20 | " | " | TAPA | TIST | | 355 | JE, AM, NM, SK    LM | | .8 | | |
| 28 | " | " | TIST | JFK | | 356 | JE, AM, EZ, MARK MEOYA, TAILANNA, LEAHDAVE, JUDY MATSONER    LM | 1/1 | 3.9 | | |
| 30 | G-1159B | N409JE | TEB | BED | | 1844 | JE, AM, NM    BH | | .8 | | |
| 30 | " | " | BED | TEB | | 1845 | JE, AM, NM    BH | | .9 | | |
| Dec 16 | " | SIMULATOR | DFW | DFW | | | HOLDING, STEEP TURNS, STALLS, JET START, NOFLY-ID ENGINE, INTRANGE EXPLORE    BH | | 2.5 | | |
| " | " | " | DFW | " | | | RTO, EMERGENCY DESCENT, V/L CUT, WIND SHEAR, V-FLAP, ENGINE    | 2/2 | 2.0 | | |
| 21 | N409JE | " | TEB | BED | | 1852 | GM    LV | | .9 | | |
| 2006 Jan 15 | " | " | BED | TIST | | 1855 | GM, LARRY + LISA AT SUMMERS    LV | | 3.8 | | |
| 16 | " | " | TIST | BED | | 1853 | JE, NM    LV | 1/ | 3.9 | | |
| 16 | " | " | BED | TEB | | 1852 | JE, NM    LV | | 1.0 | | |
| 19 | " | " | TEB | SAF | | 1851 | JE, GM, EZ, NM, SK    LV | | 4.5 | | |

|  | Page Total | | | | | | | 7/6 | 39.9 | | |
|  | Amount Forward | | | | | | | 6838 6492+ | 94080 | 3 | 3.12 |
|  | Total to Date | | | | | | | 6837 6940 | 98894 | 6 | 3.12 |

I certify that the statements made by me on this form are true.

Pilot's Signature  _David Rodgers_

# JEGE, INC.

# PASSENGER MANIFEST

Registration Number: N908JE       Type: B-727-31       Pilots: Dave Rodgers, Larry Visoski
Flight Engineer:       Larry Morrison

DATE: 1 -11 , 2005       FROM PBI       TO TIST

Departure Time 8:03 AM PM       Arrival Time 11:14 AM PM       Trip Number 310

## PASSENGERS

1. Jeffrey Epstein
2. SARAH KELLEN
3. NADIA MARCINKOVA
4. FEMALE
5. 1 FEMALE
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____
14. _____
15. _____
16. _____
17. _____
18. _____
19. _____

**FROM Identifier Defined**

City WEST PALM BEACH FL

State or Country _____

**TO Identifier Defined**

City ST. THOMAS

State or Country USVI

Nautical Miles 975

Statute Miles 1121

Gallons 3410

Pounds 18669       33042.1

Flight Time 2+10       22

Altitude FL 370       33044.3

AIRFRAME

20. _____       Night 2 8
21. _____       T/L 1 /1
22. _____       IMC 2.0
23. _____       Approach _____
24. _____
25. _____
26. _____

SAO01555

# JEGE, INC.

# PASSENGER MANIFEST

Registration Number: **N908JE**    Type: **B-727-31**    Pilots:  **Dave Rodgers,  Larry Visoski**
Flight Engineer:    **Larry Morrison**

DATE: _1 -14_, 2004    FROM _TIST_    TO _PBI_

Departure Time _5:44_ ~~AM~~ (PM)    Arrival Time _6:18_ ~~AM~~ (PM)    Trip Number _311_

PASSENGERS

1. Jeffrey Epstein

2. ~~Ghislaine Maxwell~~

3. Sarah Kellen

4. _NADIA MARCINKOVA_

5. _ADRIANA_

6. _____

7. _____

8. _____

9. _____

10. _____

11. _____

12. _____

13. _____

14. _____

15. _____

16. _____

17. _____

18. _____

19. _____

**FROM Identifier Defined**

City _St. Thomas_

State or Country _U.S.V.I._

**TO Identifier Defined**

City _WEST Palm BEACH_

State or Country _FL_

Nautical Miles _975_

Statute Miles _1121_

Gallons _3869_    **AIRFRAME**

Pounds _22996_    _330443_

Flight Time _2+34_    _2.5_

Altitude FL _FL350_    _33046.8_

20. _____    Night _1.0_

21. _____    T/L _11_

22. _____    IMC _____.___

23. _____    Approach _____

24. _____

25. _____

26. _____

SAO01556

# JEGE, INC.

## PASSENGER MANIFEST

Registration Number: N908JE       Type: B-727-31          Pilots: Dave Rodgers,  Larry Visoski
                                                           Flight Engineer:        Larry Morrison

DATE: _1_ - _17_, 2005   FROM _PBI_       TO _JFK_

Departure Time _5:10_ AM/PM   Arrival Time _7:39_ AM/PM   Trip Number _312_

**PASSENGERS**

1. Jeffrey Epstein

2. ~~Ghislaine Maxwell~~

3. Sarah Kellen

4. _David Mullen_

5. _Nadia Marcinkova_

6. _Andrea_

7. _Tod Myster_

8. _1 Pax_

9. _1 Pax_

10. _____

11. _____

12. _____

13. _____

14. _____

15. _____

16. _____

17. _____

18. _____

19. _____

**FROM Identifier Defined**

City _WEST PALM Bch_

State or Country _FL_

**TO Identifier Defined**

City _New York_

State or Country _N.Y._

Nautical Miles _894_

Statute Miles _1028_

Gallons _2415_          **AIRFRAME**

Pounds _21200_   _33046.8_

Flight Time _2 +28_        _25_

Altitude FL _FL370_   _33049.3_

20. _____     Night _____

21. _____     T/L _____ / _____

22. _____     IMC _____ . _____

23. _____     Approach _____

24. _____

25. _____

26. _____

# JEGE, INC.

## PASSENGER MANIFEST

Registration Number: **N908JE**         Type: **B-727-31**

Pilots: **Dave Rodgers,  Larry Visoski**
Flight Engineer:          **Larry Morrison**

DATE: _1_ - _19_, 2005    FROM _JFK_    TO _PBF_

Departure Time _9:39_ AM (PM)    Arrival Time _11:52_ AM (PM)    Trip Number _313_

**PASSENGERS**

| | |
|---|---|
| 1. Jeffrey Epstein | **FROM Identifier Defined** |
| 2. *SARAH KELLEN* | City _New York_ |
| 3. *NADIA MARCINKOVA* | State or Country _N.Y._ |
| 4. *ANDREA MUNISKA* | **TO Identifier Defined** |
| 5. _____ | City _WEST Palm Beach_ |
| 6. _____ | State or Country _FL_ |
| 7. _____ | Nautical Miles _894_ |
| 8. _____ | Statute Miles _1028_ |
| 9. _____ | Gallons _3200 ucarry_  **AIRFRAME** |
| 10. _____ | Pounds _18980_  _33049.3_ |
| 11. _____ | Flight Time _2 +13_   _2.2_ |
| 12. _____ | Altitude FL _FL380_  _33051.5_ |
| 13. _____ | 20. _____  Night _____ |
| 14. _____ | 21. _____  T/L _____/___ |
| 15. _____ | 22. _____  IMC _____.___ |
| 16. _____ | 23. _____  Approach _____ |
| 17. _____ | 24. _____ |
| 18. _____ | 25. _____ |
| 19. _____ | 26. _____ |

SAO01558

# JEGE, INC.

## PASSENGER MANIFEST

Registration Number: **N908JE**      Type: **B-727-31**

Pilots: **Dave Rodgers,   Larry Visoski**  *Bill Hammond*
Flight Engineer:   **Larry Morrison**

**DATE:** _1_ - _20_ , 2004      **FROM** _PBI_        **TO** _PBI_

Departure        Arrival        Trip
Time _10_ : _45_ (AM) PM    Time _11_ : _17_ (AM) PM    Number _314_

**PASSENGERS**

1. ~~Jeffrey Epstein~~          **FROM Identifier Defined**

2. ~~Ghislaine Maxwell~~        City _West Palm Beach_

3. ~~Brent Tindell~~            State or Country _FL_

4. _____      **TO Identifier Defined**

5. _____      City _West Palm Beach_

6. _____      State or Country _FL_

7. _____      Nautical Miles _0_

8. _____      Statute Miles _0_

9. _____      Gallons _500_        **AIRFRAME**

10. _____      Pounds _6704_   _33051.5_

11. _____      Flight Time _0 + 32_      _.5_

12. _____      Altitude FL _2500'_  _33052.0_

13. _____      20. _____   Night _____.___

14. _____      21. _____   T/L _____/___

15. _____      22. _____   IMC _____.___

16. _____      23. _____   Approach _____

17. _____      24. _____

18. _____      25. _____

19. _____      26. _____

*Training Flight*

SAO01559

# JEGE, INC.

## PASSENGER MANIFEST

Registration Number: **N908JE**        Type: **B-727-31**        Pilots: **Dave Rodgers, Larry Visoski**
Flight Engineer:        **Larry Morrison**

DATE: **1** - **27** , 2005      FROM **PBI**        TO **TIST**

Departure Time **7:46** AM (PM)    Arrival Time **10:53** AM (PM)    Trip Number **315**

**PASSENGERS**

1. Jeffrey Epstein
2. NADIA MARCINKOVA
3. ANDREA
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____
14. _____
15. _____
16. _____
17. _____
18. _____
19. _____

**FROM Identifier Defined**

City **WEST PALM BEACH**

State or Country **FL**

**TO Identifier Defined**

City **ST. THOMAS**

State or Country **USVI**

Nautical Miles **975**

Statute Miles **1121**

Gallons **3210**        **AIRFRAME**

Pounds **18274**    **33052 . 0**

Flight Time **2 + 06**    **2 . 1**

Altitude FL **370**    **33054 . 1**

20. _____    Night **2 . 1**
21. _____    T/L **1 / 1**
22. _____    IMC **8**
23. _____    Approach _____
24. _____
25. _____
26. _____

SAO01560

# JEGE, INC.

## PASSENGER MANIFEST

Registration Number: N968JE     Type: B-727-31          Pilots:  Dave Rodgers,  Larry Visoski
                                                        Flight Engineer:      Larry Morrison

DATE: 2 - 3 , 2005     FROM  CMH          TO  PBI

Departure                Arrival                 Trip
Time  10:53  AM/PM       Time  12:40  AM/PM      Number  318

PASSENGERS

1. Jeffrey Epstein

2. Sarah Kellen

3. NADIA MARCINKOVA

4. Jean Luc Brunnel

5. David Mullen

6. female

7. female

8. female

9. _____

10. _____

11. _____

12. _____

13. _____

14. _____

15. _____

16. _____

17. _____

18. _____

19. _____

**FROM Identifier Defined**

City  Columbus

State or Country  OH

**TO Identifier Defined**

City  WEST Palm Beach

State or Country  FL

Nautical Miles  810

Statute Miles  931

Gallons  _____        **AIRFRAME**

Pounds  16885        3305 9.0

Flight Time  1 + 47        1.8

Altitude FL  _____   33060.8

20. _____   Night  1.8

21. _____   T/L  11

22. _____   IMC  .8

23. _____   Approach  _____

24. _____

25. _____

26. _____

SAO01561

# JEGE, INC.

## PASSENGER MANIFEST

Registration Number: N908JE        Type: B-727-31        Pilots: Dave Rodgers,   Larry Visoski
                                                          Flight Engineer:        Larry Morrison

DATE: 2 - 7 , 2005        FROM  PBI        TO  JFK

Departure Time  5.39 AM/PM        Arrival Time  7:54 AM/PM        Trip Number  319

**PASSENGERS**

1. Jeffrey Epstein
2. NADIA MARCINKOVA
3. ADREANA
4. DAVID MULLER
5. JANSEN
6. SARAH KELLEN
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____
14. _____
15. _____
16. _____
17. _____
18. _____
19. _____

**FROM Identifier Defined**

City  WEST PALM Bch

State or Country  FL

**TO Identifier Defined**

City  NEW YORK

State or Country  N.Y

Nautical Miles _____

Statute Miles _____

Gallons _____        **AIRFRAME**

Pounds  19868    3 3060 8

Flight Time  2 +15        28

Altitude FL  FL370 3306 3  0

20. _____    Night  1 5

21. _____    T/L  1 1

22. _____    IMC  _____

23. _____    Approach _____

24. _____

25. _____

26. _____

SAO01562

# JEGE, INC.

## PASSENGER MANIFEST

Registration Number: N908JE     Type: B-727-31     Pilots: Dave Rodgers,  Larry Visoski
Flight Engineer:      Larry Morrison

DATE: 2 / 10 / 2005     FROM  JFK     TO  PBI

Departure 9 : 41 AM/PM     Arrival  11 : 54 AM/PM  Trip  320
Time                         Time                    Number

PASSENGERS

1. Jeffrey Epstein
2. Nada Marcinkova
3. Sarah Kellen
4. Jean Luke
5. Adriana
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____
14. _____
15. _____
16. _____
17. _____
18. _____
19. _____

**FROM Identifier Defined**

City  New York

State or Country  NY

**TO Identifier Defined**

City  West Polm Beach

State or Country  FL

Nautical Miles  894

Statute Miles  1028

Gallons  2900          **AIRFRAME**

Pounds 19,257   33063 . 0

Flight Time  2+12       2.2

Altitude FL 360    33065.2

20. _____     Night  2.2

21. _____     T/L  1

22. _____     IMC  _____

23. _____     Approach  _____

24. _____

25. _____

26. _____

SAO01563

# JEGE, INC.

## PASSENGER MANIFEST

Registration Number: N908JE          Type: B-727-31          Pilots: Dave Rodgers,   Larry Visoski          *B. Hammon*
Flight Engineer:     Larry Morrison

DATE: *2 - 15* 2005          FROM *PBI*          TO *JFK*

Departure Time *5 : 42 PM*          Arrival Time _7_ : ___ AM / PM          Trip Number *321*

PASSENGERS:

1. Jeffrey Epstein
2. *GHISLAINE MAXWELL*
3. *SARAH KELLEN*
4. *NADIA MARCINKOVA*
5. *ADRIANA*
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____
14. _____
15. _____
16. _____
17. _____
18. _____
19. _____

**FROM Identifier Defined**

City *WEST PALM BEACH*

State or Country *FL.*

**TO Identifier Defined**

City *New York*

State or Country *N.Y.*

Nautical Miles *894*

Statute Miles *1028*

Gallons *2955*          **AIRFRAME**

Pounds *18720*   *330652*

Flight Time *2 + 10*          *22*

Altitude FL *FL390*   *33067   4*

20. _____   Night   *1.0*
21. _____   T/L   *1L*
22. _____   IMC   ____ . ___
23. _____   Approach _____
24. _____
25. _____
26. _____

SAO01564

# JEGE, INC.

## PASSENGER MANIFEST

Registration Number: N908JE   Type: B-727-31   Pilots: Dave Rodgers,  Larry Visoski
Flight Engineer:      Larry Morrison

DATE: 2  21  2005   FROM  T I S T   TO  PBI

Departure Time  6 : 41  AM/PM   Arrival Time  8 :05  AM/PM   Trip Number  323

PASSENGERS

1. Jeffrey Epstein
2. Sarah Kellen
3. Nadia Marcinkova
4. Andrea
5. James Stanley
6. Sophia Stanley
7. Alexa Stanley
8.            Stanley
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.

FROM Identifier Defined

City  ST. Thomas

State or Country  U.S.V.I.

TO Identifier Defined

City  West Palm Beach

State or Country  FL.

Nautical Miles  976

Statute Miles  1122

Gallons  5305        AIRFRAME

Pounds  23557    33070.5

Flight Time  2.23        2.3

Altitude FL  FL340   33072.8

20.                Night  2.0

21.                T/L  1.4

22.                IMC  _____ . __

23.                Approach

24.

25.

26.

SAO01565

# JEGE, INC.

## PASSENGER MANIFEST

Registration Number: N908JE     Type: B-727-31     Pilots: **Dave Rodgers,   Larry Visoski**
Flight Engineer:     **Larry Morrison**

DATE: 2 - 24 2005     FROM  *PBI*     TO  *PBI*

Departure Time  11 : 27 AM/PM     Arrival Time  4:45 AM/PM     Trip Number  *324*

PASSENGERS

1. Jeffrey Epstein

2. _____

3. _____

4. _____

5. _____

6. _____

7. _____

8. _____

9. _____

10. _____

11. _____

12. _____

13. _____

14. _____

15. _____

16. _____

17. *MAINTENANCE*

18. *TEST FLIGHT*

19. _____

**FROM Identifier Defined**

City  *WEST Palm BEACH*

State or Country  *FL*

**TO Identifier Defined**

City  *WEST Palm BEACH*

State or Country  *FL*

Nautical Miles  _____

Statute Miles  *0*

Gallons  _____     **AIRFRAME**

Pounds  *3500*     *33072.8*

Flight Time  *0+17*     *.3*

Altitude FL  *2500'*     *33073.1*

20. _____     Night  _____

21. _____     T/L  *1/1*

22. _____     IMC  *-*

23. _____     Approach  *1*

24. _____

25. _____

26. _____

SAO01566

# JEGE, INC.

# PASSENGER MANIFEST

Registration Number: N908JE        Type: B-727-31

Pilots: **Dave Rodgers,   Larry Visoski**
Flight Engineer:        **Larry Morrison**

DATE: **3** - **1** , 2005      FROM **PBI**      TO **JFK**

Departure Time **10:50** (AM) PM      Arrival Time **12:53** AM (PM)      Trip Number **325**

PASSENGERS

1. Jeffrey Epstein
2. NADIA MARCINKOVA
3. ANDREANA MUNCINSKA
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____
14. _____
15. _____
16. _____
17. _____
18. _____
19. _____

**FROM Identifier Defined**

City **WEST PALM BEACH**

State or Country **FL**

**TO Identifier Defined**

City **NEW YORK**

State or Country **NY**

Nautical Miles **894**

Statute Miles **1028**

Gallons **2777**          **AIRFRAME**

Pounds **17799**      **33073  1**

Flight Time **2 +03**        **2  1**

Altitude FL **370**     **33075 2**

20. _____      Night _____
21. _____      T/L _____ /
22. _____      IMC _____ **3**
23. _____      Approach **ILS**
24. _____
25. _____
26. _____

SAO01567

# JEGE, INC.

## PASSENGER MANIFEST

Registration Number: N908JE        Type: B-727-31

Pilots: ~~Dave Rodgers~~, Larry Visoski    *Bill Hammond*
Flight Engineer:        Larry Morrison

DATE: **3 - 4**, 2005    FROM **JFK**    TO **PBI**

Departure Time **9 : 28** AM/**PM**    Arrival Time **11 : 45** AM/**PM**    Trip Number **326**

**PASSENGERS**

1. Jeffrey Epstein
2. *Ghisloine Maxwell*
3. *David Mullen*
4. *Nadia Marcinkoba*
5. *Adrianna Mucinkska*
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____
14. _____
15. _____
16. _____
17. _____
18. _____
19. _____

**FROM Identifier Defined**

City *NEW YORK, NEW YORK*

State or Country *NY*

**TO Identifier Defined**

City *WEST PALM BEACH*

State or Country *FL*

Nautical Miles *894*

Statute Miles *1028*

Gallons *2097*    **AIRFRAME**

Pounds *19,826*    *33075.2*

Flight Time *2+18*    *2.3*

Altitude FL *380*    *33077.5*

20. _____    Night *2.3*

21. _____    T/L *LLL*

22. _____    IMC *1*

23. _____    Approach *P*

24. _____

25. _____

26. _____

SAO01568

# JEGE, INC.

# PASSENGER MANIFEST

Registration Number: N908JE      Type: B-727-31

Pilots: Dave Rodgers, ~~B Hammond~~   Larry Visoski
Flight Engineer:      Larry Morrison

DATE: **3 - 8**, 2005      FROM **PBI**      TO **TIST**

Departure Time **11 : 42** (AM) (PM)   Arrival Time **2 : 50** AM (PM)   Trip Number **327**

**PASSENGERS**

1. Jeffrey Epstein
2. SARAH KELLEN
3. NADIA MARCINKOVA
4. ANDREA
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____
14. _____
15. _____
16. _____
17. _____
18. _____
19. _____

**FROM Identifier Defined**

City **WEST PALM BEACH**

State or Country **FL**

**TO Identifier Defined**

City **St. Thomas**

State or Country **USVI.**

Nautical Miles **976**

Statute Miles **1122**

Gallons **3227**      **AIRFRAME**

Pounds **18602**   **33079.5**

Flight Time **2 +08**   **2.1**

Altitude FL **FL370**   **33079.6**

20. _____   Night _____
21. _____   T/L _____
22. _____   IMC _____
23. _____   Approach _____
24. _____
25. _____
26. _____

SAO01569

# JEGE, INC.

## PASSENGER MANIFEST

Registration Number: N908JE        Type: B-727-31

Bill Hammond
Pilots:  Dave Rodgers,   Larry Visoski
Flight Engineer:        Larry Morrison

DATE: 3 - 18, 2005        FROM KJFK        TO KPBI

Departure Time  10 : 02  AM/PM        Arrival Time  12 : 48  AM/PM        Trip Number  331

## PASSENGERS

1. Jeffrey Epstein
2. Ghislane Maxwell
3. DANA BURNS
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____
14. _____
15. _____
16. _____
17. _____
18. _____
19. _____

FROM Identifier Defined

City  NEW YORK

State or Country  NY

TO Identifier Defined

City  WEST Palm BEACH

State or Country  FL

Nautical Miles  894

Statute Miles  1028

Gallons 3435        AIRFRAME

Pounds 23013        33084.1

Flight Time  2+40        2.7

Altitude FL 380        33086.8

20. _____        Night _____
21. _____        T/L  111
22. _____        IMC _____
23. _____        Approach _____
24. _____
25. _____
26. _____

SAO01570

# JEGE, INC.

## PASSENGER MANIFEST

*George Diaz*

Registration Number: N908JE          Type: B-727-31          Pilots: Dave Rodgers, Larry Visoski
Flight Engineer:          Larry Morrison

DATE: _3-22_, 2005          FROM _PBI_          TO _JFK_

Departure Time _1 :07_ AM (PM)          Arrival Time _3 :16_ AM (PM)          Trip Number _332_

**PASSENGERS**

1. Jeffrey Epstein
2. Andrea Musinska
3. 1 female
4. Dana Burns
5. 1 female
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____
14. _____
15. _____
16. _____
17. _____
18. _____
19. _____

**FROM Identifier Defined**

City _WEST PALM BEACH_

State or Country _FL_

**TO Identifier Defined**

City _NEW YORK_

State or Country _N.Y._

Nautical Miles _894_

Statute Miles _1028_

Gallons _____          **AIRFRAME**

Pounds _18510_          _33086.8_

Flight Time _2 +09_          _2.2_

Altitude FL _FL410_          _33089.0_

20. _____          Night _____
21. _____          T/L _____/_
22. _____          IMC _____ ___
23. _____          Approach _____
24. _____
25. _____
26. _____

SAO01571

# JEGE, INC.

# PASSENGER MANIFEST

Registration Number: N908JE      Type: B-727-31       Pilots: **Dave Rodgers,  Larry Visoski**
Flight Engineer:                    **Larry Morrison**

DATE: _3_ - _31_ , 2005     FROM  _JFK_       TO   _PBI_

Departure Time  _8_ : _43_ (AM) PM      Arrival Time  _11_ : _10_ (AM) PM   Trip Number  _335_

## PASSENGERS

1. Jeffrey Epstein
2. _Ghislaine Maxwell_
3. _Dana Burns_
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____
14. _____
15. _____
16. _____
17. _____
18. _____
19. _____

**FROM Identifier Defined**

City _New York_

State or Country _N.Y._

**TO Identifier Defined**

City _West Palm Beach_

State or Country _FL_

Nautical Miles _894_

Statute Miles _1028_

Gallons _2102_         **AIRFRAME**

Pounds _20609_   _33095_ . _6_

Flight Time _2_ +_27_      _2_ . _5_

Altitude FL _FL400_  _33098_ . _1_

20. _____    Night _____
21. _____    T/L  _____ / __
22. _____    IMC  _____
23. _____    Approach _____
24. _____
25. _____
26. _____

SAO01572

# JEGE, INC.

# PASSENGER MANIFEST

Registration Number: N908JE      Type: B-727-31      Pilots: Dave Rodgers,  Larry Visoski
                                                     Flight Engineer:         Larry Morrison

DATE: 4 - 6 , 2005     FROM PBI          TO JFK

Departure Time  10:54 (AM)(PM)     Arrival Time  1:05 (AM)(PM)     Trip Number  336

**PASSENGERS**

1. Jeffrey Epstein
2. SARAH KELLEN
3. DAVID MULLEN
4. ANDREANA MUCINSKA
5. DANA BURNS
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____
14. _____
15. _____
16. _____
17. _____
18. _____
19. _____

**FROM Identifier Defined**

City  WEST PALM BEACH

State or Country  FL

**TO Identifier Defined**

City  NEW YORK

State or Country  NY

Nautical Miles  894

Statute Miles  1028

Gallons  3117          **AIRFRAME**

Pounds  18274    33098 . 1

Flight Time  2 +10        2 . 2

Altitude FL  370    33100 . 3

20. _____   Night _____
21. _____   T/L _____ / __
22. _____   IMC _____
23. _____   Approach _____
24. _____
25. _____
26. _____

SAO01573

# JEGE, INC.

# PASSENGER MANIFEST

Registration Number: N908JE      Type: B-727-31

Pilots:  Dave Rodgers,  Larry Visoski
Flight Engineer:      Larry Morrison

DATE: 6 - 8, 2005     FROM  JFK     TO  PBI

Departure Time  8 : 24 AM/PM      Arrival Time  10 : 33 AM/PM      Trip Number  341

**PASSENGERS**

1. Jeffrey Epstein
2. SARAH KELLEN
3. DAVID MULLEN
4. ANDREANA MUNCINSKA
5. DANA BURNS
6. MARK ZEFF
7. DANIELL
8. DOUG SHUTTLE
9. JENN
10. _____
11. _____
12. _____
13. _____
14. _____
15. _____
16. _____
17. _____
18. _____
19. _____

**FROM Identifier Defined**

City  NEW YORK

State or Country  N.Y.

**TO Identifier Defined**

City  WEST PALM BEACH

State or Country  FL.

Nautical Miles  894

Statute Miles  1028

Gallons _____      **AIRFRAME**

Pounds  18646    33114.6

Flight Time  2 + 09    2.1

Altitude FL  FL380  33116.7

20. _____     Night  2

21. _____     T/L  1

22. _____     IMC  _____

23. _____     Approach _____

24. _____

25. _____

26. _____

SAO01574

# JEGE, INC.

# PASSENGER MANIFEST

Registration Number: **N908JE**     Type: **B-727-31**          Pilots:  **Dave Rodgers,   Larry Visoski**
                                                                Flight Engineer:      **Larry Morrison**

DATE: **6 - 22** , 2005     FROM **PBI**     TO **LCQ**

Departure Time **9 : 00** (AM) / PM     Arrival Time **9 : 45** (AM) / PM     Trip Number **342**

**PASSENGERS**

1. ~~Jeffrey Epstein~~

2. _____

3. _____

4. _____

5. _____

6. _____

7. _____

8. _____

9. _____

10. _____

11. _____

12. _____

13. _____

14. _____

15. _____

16. _____

17. _____

18. _____

19. _____

**FROM Identifier Defined**

City **WEST PALM BEACH**

State or Country **FL**

**TO Identifier Defined**

City **LAKE city**

State or Country **FL.**

Nautical Miles **247**

Statute Miles **315**

Gallons **000**          **AIRFRAME**

Pounds _____  **33116.5**

Flight Time ___**+45**___   **8**

Altitude FL **FL310   33117.5**

20. _____  Night _____ . ___

21. _____  T/L _____ / ___

22. _____  IMC _____ . ___

23. _____  Approach _____

24. _____

25. **NO PASSENGERS**

26. **MAINTENANCE Relocation**

SAO01575

# JEGE, INC.

# PASSENGER MANIFEST

Registration Number: N908JE       Type: B-727-31

Pilots: Dave Rodgers, ~~Jerry Janowski~~  GEORGE GEYER
Flight Engineer:     Larry Morrison

DATE: 10 - 8, 2005     FROM LCQ     TO LCQ

Departure Time: 11 :02 (AM) PM
Arrival Time: 12 :32 AM (PM)
Trip Number: 343

## PASSENGERS

1. ~~Jeffrey Epstein~~
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____
14. _____
15. _____
16. _____
17. _____
18. _____
19. _____

**FROM Identifier Defined**

City LAKE CITY

State or Country FL

**TO Identifier Defined**

City LAKE city

State or Country FL

Nautical Miles 0

Statute Miles 0

Gallons _____     AIRFRAME

Pounds 13703     33117 . 5

Flight Time 1 +30     1 . 5

Altitude FL 410     33119 0

20. _____   Night ____ . ___
21. _____   T/L _____ / ___
22. _____   IMC ____ . ___
23. _____   Approach _____
24. _____
25. _____
26. _____

SAO01576

# JEGE, INC.

## PASSENGER MANIFEST

Registration Number: **N908JE**     Type: **B-727-31**

Pilots: ~~Dave Rodgers,~~ B.H Amand   **Larry Visoski**
Flight Engineer:     **Larry Morrison**

DATE: _10 - 15_, 2005     FROM _LCQ_     TO _LCQ_

Departure Time _6:30_ AM (PM)     Arrival Time _6:41_ AM (PM)     Trip Number _344_

**PASSENGERS**

1. ▮▮▮▮▮▮▮
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____
14. _____
15. _____
16. _____
17. _____
18. _____
19. _____

**FROM Identifier Defined**
City _LAKE City_
State or Country _FL_

**TO Identifier Defined**
City _LAKE City_
State or Country _FL_
Nautical Miles _O_
Statute Miles _O_

Gallons _____     **AIRFRAME**
Pounds _3215_   _33119_  _O_
Flight Time _+11_   _2_
Altitude FL _F015_   _33119_  _2_

20. _____     Night _____
21. _____     T/L _____/_____
22. _____     IMC _____
23. _____     Approach _____
24. _MAINTENANCE TEST_
25. _FLIGHT_
26. _____

SAO01577

# JEGE, INC.

## PASSENGER MANIFEST

Registration Number: N908JE        Type: B-727-31

Pilots: ~~Dave Rodgers~~ *Hammond*  Larry Visoski
Flight Engineer:        Larry Morrison

DATE: 10-17, 2005    FROM  LCQ    TO  JFK

Departure Time  1:12 (AM) PM    Arrival Time  3:01 (AM) PM    Trip Number  345

### PASSENGERS

1. ~~Jeffrey Epstein~~
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____
14. _____
15. _____
16. _____
17. _____
18. _____
19. _____

**FROM Identifier Defined**

City  Lake City

State or Country  FL

**TO Identifier Defined**

City  New York

State or Country  N.Y.

Nautical Miles  760

Statute Miles  874

Gallons  4500        **AIRFRAME**

Pounds  16690   33119.2

Flight Time  1+49      1.8

Altitude FL  FL350   33121.0

20. _____    Night  _____
21. _____    T/L  _____
22. _____    IMC  _____
23. _____    Approach  _____
24. NO PASSENGERS
25. MAINTENANCE
26. RELOCATION AFTER ENGINE REPAIR

SAO01578

01/09/2005  15:15    5614786553                 JEGE OR HYPERION AIR                    PAGE  05

# HYPERION AIR, INC.

## PASSENGER MANIFEST

Registration Number: N909JE      Type: G-1159B          Pilots: Dave Rodgers,  Larry Visoski

DATE: 1 - 1 , 2005      FROM TQPF          TO PBI

Departure Time 2 : 11 AM/PM      Arrival Time 4 : 09 AM/PM      Trip Number 1749

**PASSENGERS**

1. Jeffrey Epstein

2. Sarah Kellen

3. Nadia Marcinkova

4. David Mullen

5. ZINTA BROUKIS

6. JEAN LUC BRUNEL

7. _____

8. _____

9. _____

10. _____

11. _____

12. _____

13. _____

**COMMENTS**

_____

**FROM Identifier Defined**

City WALLBLAKE

State or Country ANGUILLA

**TO Identifier Defined**

City WEST PALM BEACH

State or Country FL

Nautical Miles 1073

Statute Miles 1234

Gallons 0                    **AIRFRAME**

Pounds 10345      9703 3

Flight Time 2 +58      3 0

Altitude FL 430      9706 3

**TAKE-OFF POWER**        Night _____

Flex Take-Off _____    T/L ___/___

Min Take-Off _____     IMC 2

Condition _____        Approach _____

SAO01579

01/09/2005  15:15      5614786553          JEGE OR HYPERION AIR          PAGE  04

# HYPERION AIR, INC.
## PASSENGER MANIFEST

Registration Number: N909JE      Type: G-1159B         Pilots:  Dave Rodgers,  Larry Visoski

DATE: __1__ - __3__ , 2005     FROM __PBI__      TO __TEB__

Departure Time __4:04__ AM/PM      Arrival Time __6:32__ AM/PM      Trip Number __1750__

**PASSENGERS**

1. Jeffrey Epstein
2. Sarah Kellen
3. Nadia Marcinkova
4. _Ghislaine Maxwell_
5. _David Mullen_
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____

**COMMENTS**

_____
_____

**FROM Identifier Defined**

City __WEST PALM BEACH__

State or Country __FL__

**TO Identifier Defined**

City __TETERBORO__

State or Country __N.J.__

Nautical Miles __900__

Statute Miles __1035__

Gallons __1800__         **AIRFRAME**

Pounds __9570__    __9706.3__

Flight Time __2+28__    __2.5__

Altitude FL __FL440__    __9708.8__

**TAKE-OFF POWER**      Night __1.0__

Flex Take-Off _____    T/L __1.1__

Min Take-Off _____     IMC _____

Condition _____     Approach _____

SAO01580

01/09/2005  15:15    5614786553            JEGE OR HYPERION AIR              PAGE  03

# HYPERION AIR, INC.
## PASSENGER MANIFEST

Registration Number: N909JE     Type: G-1159B          Pilots: Dave Rodgers, Larry Visoski

DATE: 1 - 6 , 2005      FROM TEB          TO PBI

Departure Time 9 22 AM (PM)     Arrival Time 11 50 AM (PM)     Trip Number 1751

**PASSENGERS**

1. Jeffrey Epstein
2. DANA
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____

**COMMENTS**

**FROM Identifier Defined**

City TETERBORO

State or Country NJ

**TO Identifier Defined**

City WEST PALM BEACH

State or Country FL

Nautical Miles 900

Statute Miles 1035

| | | AIRFRAME |
|---|---|---|
| Gallons | 1400 | |
| Pounds | 9015 | 9708.8 |
| Flight Time | 2.28 | 25 |
| Altitude FL | 430 | 9711.3 |

Night 2.5

**TAKE-OFF POWER**

Flex Take-Off 2.15     T/L 1/1

Min Take-Off _____     IMC 2.0

Condition _____     Approach _____

SAO01581

01/09/2005  15:15    5614786553              JEGE OR HYPERION AIR                    PAGE  02

# HYPERION AIR, INC.
## PASSENGER MANIFEST

Registration Number: N909JE      Type: G-1159B        Pilots:  Dave Rodgers,  Larry Visoski

DATE: _1 - 7_ , 2005     FROM _PBI_      TO _RSW_

Departure Time _8 : 09_ AM PM      Arrival Time _8 : 30_ AM PM      Trip Number _1752_

PASSENGERS

1. Ø
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.

COMMENTS

**FROM Identifier Defined**

City _WEST Palm Bch_

State or Country _FL_

**TO Identifier Defined**

City _Ft. Myers_

State or Country _FL._

Nautical Miles _89_

Statute Miles _102_

Gallons _500_                    **AIRFRAME**

Pounds _2189_        _9711.3_

Flight Time _+21_        _4_

Altitude FL _FL120_     _9711.7_

**TAKE-OFF POWER**        Night _____

Flex Take-Off _____        T/L _____/_____

Min Take-Off _____        IMC _____

Condition _____        Approach _____

_COM SCAN INSP._

SAO01582

01/09/2005  15:15   5614786553

# HYPERION AIR, INC.
# PASSENGER MANIFEST

Registration Number: N909JE       Type: G-1159B       Pilots: **Dave Rodgers,**  Larry Visoski

DATE: 1 · 8 , 2005       FROM **RSW**       TO **PBI**

Departure Time 4 36 AM (PM)       Arrival Time 4:59 AM (PM)       Trip Number 1753

## PASSENGERS

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____

**COMMENTS**

_____
_____

**FROM Identifier Defined**

City **FT, MYERS**

State or Country **FL**

**TO Identifier Defined**

City **WEST PALM BEACH**

State or Country **FL**

Nautical Miles **89**

Statute Miles **102**

Gallons **0**          **AIRFRAME**

Pounds **1803**    **9711 7**

Flight Time **+23**          **4**

Altitude FL **070**    **9712 1**

**TAKE-OFF POWER**       Night _____

Flex Take-Off _____       T/L ___/___

Min Take-Off _____       IMC _____

Condition _____       Approach _____

RETURN FROM COMSCAN INSPECTION

# HYPERION AIR, INC.

## PASSENGER MANIFEST

PETE RATHGEB

Registration Number: N909JE     Type: G-1159B     Pilots: Dave Rodgers, ~~Larry Visoski~~

DATE: 2 - 10 , 2005     FROM PBI     TO PBI

Departure Time 10:37 (AM)/PM     Arrival Time 11:23 (AM)/PM     Trip Number 1754

### PASSENGERS

1. NEIL
2. BIGGIN
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 
11. 
12. 
13. 

**FROM Identifier Defined**

City WEST PALM BEACH

State or Country FL

**TO Identifier Defined**

City WEST PALM BEACH

State or Country FL

Nautical Miles _____

Statute Miles _____

| | | AIRFRAME |
|---|---|---|
| Gallons 850 | | |
| Pounds 4000 | 9712 | 1 |
| Flight Time +45 | | 8 |
| Altitude FL 150 | 9712 | 9 |

**TAKE-OFF POWER**     Night ____.____

Flex Take-Off 2.15     T/L ____/____

Min Take-Off ____.____     IMC ____

Condition ____     Approach ____

### COMMENTS

TEST FLIGHT
ENGINE FUEL FLOW
AUTOPILOT

# HYPERION AIR, INC.

# PASSENGER MANIFEST

Pilots: **Dave Rodgers**, ~~Larry Visoski~~  GARY ROXBURGH

Registration Number: N909JE      Type: G-1159B

DATE: 2 -19 , 2005      FROM PBI      TO TIST

Departure Time 10 :05 (AM) PM      Arrival Time 1 :16 AM (PM)      Trip Number 1755

PASSENGERS

1. COLLEEN
2. +1 FEMALE
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____

COMMENTS

_____
_____
_____
_____

**FROM Identifier Defined**

City WEST PALM BEACH

State or Country FL

**TO Identifier Defined**

City ST. THOMAS

State or Country USVI

Nautical Miles _____

Statute Miles _____

Gallons 1200      **AIRFRAME**

Pounds 8564      9712.9

Flight Time 2 +11      2.2

Altitude FL 430      9715.1

**TAKE-OFF POWER**      Night _____

Flex Take-Off 2.15      T/L ___/___

Min Take-Off ___.___      IMC ___.___

Condition _____      Approach _____

SAO01585

# HYPERION AIR, INC.

# PASSENGER MANIFEST

Pilots: **Dave Rodgers,** ~~Larry Visoski~~   GARY ROXBURGH

Registration Number: **N909JE**    Type: **G-1159B**

DATE: **2** - **19** , 2005    FROM **TIST**    TO **PBI**

Departure Time **6** : **18** AM (PM)    Arrival Time **7** : **58** AM (PM)    Trip Number **1756**

**PASSENGERS**

1. GHISLAINE MAXWELL
2. EVA ANDERSSON
3. CELINA DUBIN
4. MAYA DUBIN
5. CRES VALDEZ
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____

**COMMENTS**

_____
_____

**FROM Identifier Defined**

City **ST. THOMAS**

State or Country **USVI**

**TO Identifier Defined**

City **WEST PALM BEACH**

State or Country **FL**

Nautical Miles _____

Statute Miles _____

Gallons **1400**    **AIRFRAME**

Pounds **11856**    **9715 1**

Flight Time **2 +39**    **2 6**

Altitude FL **260**    **9717 7**

**TAKE-OFF POWER**    Night **1 0**

Flex Take-Off **8**    T/L **/ 1**

Min Take-Off **2 40**    IMC **8**

Condition **WINDSHEAR**    Approach _____

_____
_____

SAO01586

04/07/2005  16:53    5614786553           JEGE OR HYPERION AIR              PAGE  01

# HYPERION AIR, INC.
# PASSENGER MANIFEST

Registration Number: N909JE    Type: G-1159B    Pilots: ~~Dave Rodgers,~~  Larry Visoski

**B. HAMMOND**

DATE: 2 22 2005    FROM  PBI    TO  TEB

Departure Time  10:37 (AM)(PM)    Arrival Time  12:56 (AM)(PM)    Trip Number  1757

## PASSENGERS

1. Jeffrey Epstein
2. Sarah Kellen
3. Nadia Marcinkova
4. JAMES STANLEY
5. Sophia STANLEY
6. ALEXA STANLEY
7. ____ STANLEY
8. DAVID MULLEN
9. ____
10. ____
11. ____
12. ____
13. ____

## COMMENTS

_____

_____

_____

_____

**FROM Identifier Defined**

City  WEST PALM BEACH

State or Country  FL

**TO Identifier Defined**

City  TETERBORO

State or Country  N.J.

Nautical Miles  ____

Statute Miles  ____

Gallons  1700    **AIRFRAME**

Pounds  8895    9727.7

Flight Time  2+18    23

Altitude FL  FL410  9720.0

**TAKE-OFF POWER**    Night  ____

Flex Take-Off  ____    T/L  ____/____

Min Take-Off  ____    IMC  ____

Condition  ____    Approach  ____

SAO01587

# HYPERION AIR, INC.

# PASSENGER MANIFEST

Registration Number: N909JE       Type: G-1159B       Pilots: Dave Rodgers,  Larry Visoski

DATE: **2 24** 2005       FROM *TEB*       TO *PBI*

Departure Time **1 : 04** AM (PM)    Arrival Time **3 : 40** AM (PM)    Trip Number *1758*

**PASSENGERS**

1. Jeffrey Epstein

2. Sarah Kellen

3. Nadia Marcinkova

4. _____

5. _____

6. _____

7. _____

8. _____

9. _____

10. _____

11. _____

12. _____

13. _____

**COMMENTS**

_____

_____

**FROM Identifier Defined**

City *TETER BORO*

State or Country *N. J.*

**TO Identifier Defined**

City *WEST PALM BEACH*

State or Country *FL*

Nautical Miles _____  _____

Statute Miles _____

Gallons *1500*        **AIRFRAME**

Pounds **9765    9720.0**

Flight Time **2·36        2·6**

Altitude FL *FL 430*  **9722.6**

**TAKE-OFF POWER**       Night _____

Flex Take-Off _____    T/L _____/_____

Min Take-Off _____    IMC _____

Condition _____    Approach _____

SAO01588

04/07/2005  16:53    5614786553           JEGE OR HYPERION AIR          PAGE  03

# HYPERION AIR, INC.

## PASSENGER MANIFEST

BILL MURPHY

Registration Number: N909JE      Type: G-1159B      Pilots: Dave Rodgers, ~~Larry Visoski~~

DATE: 3 . 8 , 2005      FROM PBI      TO SAN

Departure Time 6 : 10 AM/PM      Arrival Time 8 35 AM/PM      Trip Number 1759

PASSENGERS

1. ████████

2. Ghislaine Maxwell

3. _____

4. _____

5. _____

6. _____

7. _____

8. _____

9. _____

10. _____

11. _____

12. _____

13. _____

COMMENTS

_____

_____

_____

FROM Identifier Defined

City WEST PALM BEACH

State or Country FL

TO Identifier Defined

City SAN DIEGO

State or Country CA

Nautical Miles _____

Statute Miles _____

Gallons 3291          AIRFRAME

Pounds 19427    9722 6

Flight Time 5 . 26      54

Altitude FL 430    9728 0

TAKE-OFF POWER      Night 34

Flex Take-Off _____      T/L  / 1

Min Take-Off _____      IMC  3

Condition _____      Approach LOC

SAO01589

04/07/2005  17:29   5614786553          JEGE OR HYPERION AIR          PAGE  05

# HYPERION AIR, INC.
## PASSENGER MANIFEST

Registration Number: N909JE      Type: G-1159B          Pilots:  Dave Rodgers,  Larry Visoski

DATE: 4 - 1 , 2005      FROM  SAV          TO  PBI

Departure Time  3:59  AM/PM      Arrival Time  5:00 AM/PM      Trip Number  1766

PASSENGERS

1. ~~Jeffrey Epstein~~

2. _____

3. _____

4. _____

5. _____

6. _____

7. _____

8. _____

9. _____

10. _____

11. _____

12. _____

13. _____

**FROM Identifier Defined**

City  SAVANAA\

State or Country  GA

**TO Identifier Defined**

City  WEST PALM BEACH

State or Country  FL

Nautical Miles _____

Statute Miles _____

Gallons _____    **AIRFRAME**

Pounds  5169    9736.8

Flight Time  1 + 00    1.0

Altitude FL  FL320    9737.8

**TAKE-OFF POWER**    Night _____

Flex Take-Off _____    T/L ___/___

Min Take-Off _____    IMC _____

Condition _____    Approach _____

**COMMENTS**

MAINTENANCE
REPOSTION

SAO01590

# HYPERION AIR, INC.

# PASSENGER MANIFEST

Registration Number: N909JE       Type: G-1159B        Pilots:  Dave Rodgers,  Larry Visoski

DATE: 4 - 5 , 2005       FROM PBI               TO PDK

Departure Time 3 :36 AM/PM       Arrival Time 4 :59 AM/PM       Trip Number 1767

**PASSENGERS**

1. ██████████

2. Ghislaine Maxwell

3. _____

4. _____

5. _____

6. _____

7. _____

8. _____

9. _____

10. _____

11. _____

12. _____

13. _____

**COMMENTS**

_____

_____

_____

_____

**FROM Identifier Defined**

City  WEST PALM BEACH

State or Country   FL

**TO Identifier Defined**

City   ATLANTA

State or Country   GA

Nautical Miles _____

Statute Miles _____

Gallons  900            **AIRFRAME**

Pounds  6600      9737 8

Flight Time 1 +22        1.4

Altitude FL 410     9739 2

**TAKE-OFF POWER**        Night _____

Flex Take-Off _____      T/L ____/____

Min Take-Off 2.15      IMC _____

Condition _____    Approach _____

SAO01591

# HYPERION AIR, INC.

## PASSENGER MANIFEST

Registration Number: N909JE        Type: G-1159B

Pilots: ~~Dave Rodgers~~,  Larry Visoski   **B. HAMMOND**

DATE: **4** . **8** , 2005       FROM   **TEB**       TO   **PBI**

Departure Time  **7 : 41**  AM **PM**     Arrival Time  **10 02**  AM **PM**     Trip Number  **1769**

**PASSENGERS**

1. Jeffrey Epstein
2. ~~Ghislaine Maxwell~~
3. ~~Sarah Kellen~~
4. **NADIA MARCINKOVA**
5. **ANDREA MUSINSKA**
6. _____  _____
7. _____  _____
8. _____  _____
9. _____  _____
10. _____  _____
11. _____  _____
12. _____  _____
13. _____  _____

**COMMENTS**

_____

_____

_____

_____

**FROM Identifier Defined**

City  **TETERBORO**

State or Country  **N.J.**

**TO Identifier Defined**

City  **WEST PALM BEACH**

State or Country  **FL.**

Nautical Miles  _____

Statute Miles  _____

Gallons  **1400**          **AIRFRAME**

Pounds  **8900**     **9740.8**

Flight Time  **2·21**     **2.3**

Altitude FL  **FL430**    **9743 1**

**TAKE-OFF POWER**     Night  **1.0**

Flex Take-Off  _____   T/L   **1 1**

Min Take-Off  _____   IMC  _____

Condition  _____   Approach  _____

SAO01592

05/20/2005  13:00    5614786553           JEGE OR HYPERION AIR              PAGE   10

# HYPERION AIR, INC.
## PASSENGER MANIFEST

Registration Number: N909JE     Type: G-1159B     Pilots: ~~Dave Rodges,~~ Larry Visoski  *D. Hammond*

DATE: **4 . 12** , 2005     FROM _PBI_     TO _TIST_

Departure Time **6 : 20** AM (PM)     Arrival Time **8 : 26** AM (PM)     Trip Number _1770_

## PASSENGERS

1. Jeffrey Epstein
2. Sarah Kellen
3. _ANDREA MUSINSKA_
4. _NADIA MARCINKOVA_
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____

## COMMENTS

_____
_____
_____

**FROM Identifier Defined**

City _WEST PALM BEACH_

State or Country _FL_

**TO Identifier Defined**

City _ST. THOMAS_

State or Country _U.S.V.I._

Nautical Miles _975_

Statute Miles _1121_

Gallons _1200_          **AIRFRAME**

Pounds _6425_  _9743.1_

Flight Time _2 +05_  _2.1_

Altitude FL _FL410_  _9745.2_

**TAKE-OFF POWER**     Night _____

Flex Take-Off ___ . ___     T/L ___ / ___

Min Take-Off ___ . ___     IMC ___ . ___

Condition _____     Approach _____

SAO01593

# HYPERION AIR, INC.

## PASSENGER MANIFEST

Registration Number: N909JE      Type: G-1159B      Pilots: ~~Dave Rodgers,~~ *D. Hammond*  Larry Visoski

DATE: **4 - 27**, 2005      FROM **TEB**      TO **PBI**

Departure Time **9 : 17** (AM)/PM      Arrival Time **11 : 58** (AM)/PM      Trip Number **1772**

**PASSENGERS**

1. Jeffrey Epstein

2. Ghislaine Maxwell

3. *Sarah Kellen*

4. *Dana Burns*

5. *1 male*

6. *1 male*

7. *1 female*

8. _____

9. _____

10. _____

11. _____

12. _____

13. _____

**COMMENTS**

_____

_____

_____

_____

**FROM Identifier Defined**

City **Teterboro**

State or Country **N.J.**

**TO Identifier Defined**

City **West Palm Beach**

State or Country **F.L.**

Nautical Miles _____

Statute Miles _____

Gallons **2100**      **AIRFRAME**

Pounds **11085**  **9748.7**

Flight Time **2 + 40**    **2.6**

Altitude FL **FL400**  **9751.3**

**TAKE-OFF POWER**      Night _____

Flex Take-Off _____ . ___      T/L ___ / ___

Min Take-Off _____ . ___      IMC _____ . ___

Condition _____      Approach _____

SAO01594

05/20/2005  13:00    5614786553        JEGE OR HYPERION AIR        PAGE  04

# HYPERION AIR, INC.
## PASSENGER MANIFEST

Registration Number: N909JE    Type: G-1159B    Pilots: **Dave Rodgers,  Larry Visoski**

DATE: **4  29** , 2005    FROM **PBI**    TO **TIST**

Departure Time **8 : 22** AM (PM)    Arrival Time **10 : 28** AM (PM)    Trip Number **1773**

**PASSENGERS**

1. Jeffrey Epstein
2. ▓▓▓▓▓▓▓▓
3. ▓▓▓▓▓▓
4. ANDREANA MUCINSKA
5. VALDSON COTRIN
6. TATIANA
7. MANUELA STOETTER
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____

**COMMENTS**

_____
_____
_____

**FROM Identifier Defined**

City WEST PALM BEACH

State or Country FL

**TO Identifier Defined**

City ST. THOMAS

State or Country USVI

Nautical Miles _____

Statute Miles _____

Gallons 1650        **AIRFRAME**

Pounds 8900    9751 3

Flight Time 2 +06    2 1

Altitude FL 390    9753 4

**TAKE-OFF POWER**    Night 2 1

Flex Take-Off 2 15    T/L 1 1

Min Take-Off _____    IMC 1 9

Condition _____    Approach _____

SAO01595

05/20/2005  13:00    5614786553          JEGE OR HYPERION AIR          PAGE  17

# HYPERION AIR, INC.

## PASSENGER MANIFEST

Registration Number: N909JE      Type: G-1159B          Pilots: Dave Rodgers,   Larry Visoski

DATE: **5** - **6** , 2005     FROM *TEB*          TO *PBI*

Departure Time  **9 : 10** AM/**PM**    Arrival Time  **11 27** AM/**PM**    Trip Number  *1775*

**PASSENGERS**

1. Jeffrey Epstein

2. Nadia Marcinkova

3. *SARAH KELLEN*

4. *ANDREA MUSINSKA*

5. *1 7EMALE*

6. *DAVID MULLEN*

7. *Larry MORRISON*

8. _____

9. _____

10. _____

11. _____

12. _____

13. _____

**COMMENTS**

_____
_____
_____
_____

**FROM Identifier Defined**

City  *TETERBORO*

State or Country  *N.J.*

**TO Identifier Defined**

City  *WEST PALM BEACH*

State or Country  *F.L.*

Nautical Miles _____

Statute Miles _____

Gallons  *500*          **AIRFRAME**

Pounds  *8826*      *97573*

Flight Time  *2 +16*      *2.3*

Altitude FL *F430*    *97596*

**TAKE-OFF POWER**    Night  *23*

Flex Take-Off _____.    T/L  *L//*

Min Take-Off _____.    IMC  _____.___

Condition _____    Approach _____

SAO01596

05/20/2005  13:00    5614786553              JEGE OR HYPERION AIR              PAGE  15

# HYPERION AIR, INC.
# PASSENGER MANIFEST

Registration Number: N909JE      Type: G-1159B      Pilots: Dave Rodgers,  Larry Visoski

DATE: __5__ . __10__ , 2005      FROM __PBI__      TO __TEB__

Departure Time __4:34__ AM (PM)      Arrival Time __6:57__ AM (PM)      Trip Number __1776__

PASSENGERS

1. Jeffrey Epstein

2. Sarah Kellen

3. ██████████

4. David Mullen

5. DANA BURNS

6. _____

7. _____

8. _____

9. _____

10. _____

11. _____

12. _____

13. _____

COMMENTS

_____

_____

FROM Identifier Defined

City __WEST PALM BEACH__

State or Country __FL__

TO Identifier Defined

City __TETERBORO__

State or Country __NJ__

Nautical Miles _____

Statute Miles _____

| | | AIRFRAME |
|---|---|---|
| Gallons | 1300 | |
| Pounds | 9850 | 9759.6 |
| Flight Time | 2 +23 | 2 4 |
| Altitude FL | 450 | 97620 |

TAKE-OFF POWER      Night _____

Flex Take-Off __2.15__      T/L ____/____

Min Take-Off _____      IMC _____

Condition _____      Approach _____

SAO01597

05/20/2005  13:00    5614786553          JEGE OR HYPERION AIR          PAGE  13

# HYPERION AIR, INC.

## PASSENGER MANIFEST

Registration Number: N909JE      Type: G-1159B      Pilots: Dave Rodgers, **BILL HAMMOND**

DATE: 5 -19 , 2005   FROM TEB   TO PBI

Departure Time 7:51 AM/PM   Arrival Time 10:12 AM/PM   Trip Number 1777

**PASSENGERS**

1. Jeffrey Epstein
2. Sarah Kellen
3. ADRIANA MUCINSKA
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____

**COMMENTS**

**FROM Identifier Defined**

City  TETERBORO

State or Country  NJ

**TO Identifier Defined**

City  WEST PALM BEACH

State or Country  FL

Nautical Miles  _____

Statute Miles  _____

Gallons 1600      **AIRFRAME**

Pounds 9782    9762  0

Flight Time 2 +20    2  3

Altitude FL 430    9764  3

**TAKE-OFF POWER**   Night  8

Flex Take-Off 2.15   T/L  / 1

Min Take-Off  _____   IMC  _____

Condition  _____   Approach  _____

SAO01598

DATE: 5 24 2005     FROM PBI        TO TEB

Departure
Time 11:14 AM/PM     Arrival
Time 01:38 AM/PM     Trip
Number 1778

**PASSENGERS**

1. Jeffrey Epstein

2. Sarah Kellen

3. ADREANA MARCINKOVA

4. _____

5. _____

6. _____

7. _____

8. _____

9. _____

10. _____

11. _____

12. _____

13. _____

**COMMENTS**

_____

_____

_____

**FROM Identifier Defined**

City WEST PALM BEACH

State or Country FL

**TO Identifier Defined**

City TETER BORO

State or Country N.J.

Nautical Miles _____

Statute Miles _____

Gallons 1350

Pounds 9936          **AIRFRAME**
                     9764.3

Flight Time 2.23     2.3

Altitude FL FL450    9766.6

**TAKE-OFF POWER**   Night _____

Flex Take-Off ____   T/L ____/____

Min Take-Off ____    IMC _____

Condition _____     Approach _____

SAO01599

# HYPERION AIR, INC.
# PASSENGER MANIFEST

Registration Number: N909JE      Type: G-1159B      Pilots:  Dave Rodgers,   Larry Visoski

DATE: _5  29_, 2005      FROM _TIST._      TO _PBI_

Departure Time _3 :37_ (PM)      Arrival Time _6 :07_ (PM)      Trip Number _2780_

**PASSENGERS**

1. Jeffrey Epstein
2. David Mullen
3. _Ghislaine MAXWELL_
4. _AREANA MUNSINXILA_
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____

**FROM Identifier Defined**

City _ST. Thomas_

State or Country _U.S.V.I._

**TO Identifier Defined**

City _WEST. PALM BEACH_

State or Country _F.L._

Nautical Miles _975_

Statute Miles _1121_

Gallons _1564_          **AIRFRAME**

Pounds _11089   9770.1_

Flight Time _2 +29      2.5_

Altitude FL _FL400   9772.6_

**TAKE-OFF POWER**      Night _____

Flex Take-Off _____      T/L _____

Min Take-Off _____      IMC _____

Condition _____      Approach _____

**COMMENTS**

_____
_____
_____
_____

SAO01600

# HYPERION AIR, INC.
## PASSENGER MANIFEST

Registration Number: **N909JE**      Type: **G-1159B**      Pilots: **Dave Rodgers, Larry Visoski**

DATE: **6** . **1** , 2005      FROM **PBI**      TO **TEB**

Departure Time **4 : 31** AM **PM**      Arrival Time **7 : 50** AM **PM**      Trip Number **1781**

**PASSENGERS**

1. Jeffrey Epstein
2. Nadia Marcinkova
3. **ADRIANA MUCINSKA**
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____

**COMMENTS**

_____
_____
_____

**FROM Identifier Defined**

City **WEST PALM BEACH**

State or Country **FL**

**TO Identifier Defined**

City **TETERBORO**

State or Country **NJ**

Nautical Miles _____

Statute Miles _____

| | | AIRFRAME |
|---|---|---|
| Gallons **1600** | | |
| Pounds **9470** | **9772** | **6** |
| Flight Time **2 + 19** | **2** | **3** |
| Altitude FL **450** | **9774** | **9** |

**TAKE-OFF POWER**      Night _____

Flex Take-Off **2.15**      T/L ___ **/** ___

Min Take-Off _____      IMC ___ **3**

Condition _____      Approach _____

SAO01601

# HYPERION AIR, INC.

## PASSENGER MANIFEST

Registration Number: **N909JE**     Type: **G-1159B**     Pilots: ~~Bill Hammond~~ Bill Hammond ~~Dave Rodgers~~, **Larry Visoski**

DATE: **6 - 18**, 2005     FROM **TEB**     TO **PBI**

Departure Time **8 : 19** (AM) PM     Arrival Time **10 : 35** (AM) PM     Trip Number **1782**

PASSENGERS

Jeffrey Epstein

Sarah Kellen

**DANA BURNS**

**FROM Identifier Defined**

City **TETERBORO**

State or Country **N.J.**

**TO Identifier Defined**

City **WEST PALM BEACH**

State or Country **F.L.**

Nautical Miles _____

Statute Miles _____

Gallons **1400**     **AIRFRAME**

Pounds **9434**     **9774.9**

Flight Time **2 +16**     **2.3**

Altitude FL **FL430**     **9777.2**

**TAKE-OFF POWER**     Night _____

Flex Take-Off ___.___     T/L ___/___

Min Take-Off ___.___     JMC _____

Condition _____     Approach _____

COMMENTS

SAO01602

# HYPERION AIR, INC.

## PASSENGER MANIFEST

Registration Number: **N909JE**     Type: **G-1159B**          Pilots: **Dave Rodgers,   Larry Visoski**

DATE: **6 -20**, 2005     FROM **PBI**     TO **TEB**

Departure Time **4 : 39 AM (PM)**     Arrival Time **6 : 55 AM PM**     Trip Number **1783**

**PASSENGERS**

1. Jeffrey Epstein
2. *Sarah Kellen*
3. *Dana Burns*
4. *1 Female*
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____

**COMMENTS**

_____
_____
_____
_____

**FROM Identifier Defined**

City *WEST Palm Beach*

State or Country *FL*

**TO Identifier Defined**

City *TETER BORO*

State or Country *N.J.*

Nautical Miles _____

Statute Miles _____

Gallons *1500*          **AIRFRAME**

Pounds *9537*     *9722.2*

Flight Time *2 +15*     *2.3*

Altitude FL *FL450*     *9779.5*

**TAKE-OFF POWER**     Night _____

Flex Take-Off _____     T/L _____/_____

Min Take-Off _____     IMC _____

Condition _____     Approach _____

SAO01603

# HYPERION AIR, INC.

# PASSENGER MANIFEST

Registration Number: N909JE     Type: G-1159B     Pilots: Dave Rodgers, Larry Visoski

DATE: 6 30, 2005     FROM TEB     TO PBI

Departure Time 7:50 AM/PM     Arrival Time 10:01 AM/PM     Trip Number 1786

**PASSENGERS**

1. Jeffrey Epstein
2. SARAH KELLEN
3. DANA BURNS
4. FEMALE
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____

**COMMENTS**

_____

_____

**FROM Identifier Defined**

City TETERBORO

State or Country NJ

**TO Identifier Defined**

City WEST PALM BEACH

State or Country FL

Nautical Miles 900

Statute Miles 1035

Gallons 1400          **AIRFRAME**

Pounds 8863     9786.5

Flight Time 2 + 11     22

Altitude FL     9788.7

**TAKE-OFF POWER**     Night 1 2

Flex Take-Off _____ . _____     T/L ___ / 1

Min Take-Off _____ . _____     IMC 1 . 0

Condition _____     Approach _____

_____

_____

SAO01604

# HYPERION AIR, INC.

## PASSENGER MANIFEST

Registration Number: N909JE     Type: G-1159B     Pilots: **Dave Rodgers**, **Larry Visoski**

DATE: **7 - 5** , 2005    FROM **PBI**    TO **TEB**

Departure Time **11:29** AM/PM    Arrival Time **1:46** AM/PM    Trip Number **1787**

**PASSENGERS**

1. Jeffrey Epstein
2. Sarah Kellen
3. *ADREANA MUSINSKA*
4. *1 female*
5. *1 male*
6. *DANA BURNS*
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____

**COMMENTS**

_____
_____
_____

**FROM Identifier Defined**

City *WEST PALM BEACH*

State or Country *FL.*

**TO Identifier Defined**

City *TETERBORO*

State or Country *N.J.*

Nautical Miles *900*

Statute Miles *1035*

Gallons *1300*     **AIRFRAME**

Pounds *9897*   *9788.7*

Flight Time *2 +17*   *2.3*

Altitude FL *FL410* *9791.0*

**TAKE-OFF POWER**    Night _____

Flex Take-Off ___.___    T/L ___/___

Min Take-Off ___.___    IMC _____

Condition _____    Approach _____

SAO01605

# HYPERION AIR, INC.
## PASSENGER MANIFEST

Registration Number: N909JE       Type: G-1159B       Pilots: B. HAMMOND  Dave Rodgers,  Larry Visoski

DATE: 7 . 15 , 2005       FROM  TEB       TO  PBI

Departure Time  10:07 AM/PM       Arrival Time  12:19 PM       Trip Number  1790

**PASSENGERS**

1. Jeffrey Epstein
2. SARAH KELLEN
3. DANA BURNS
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____

**COMMENTS**

_____
_____
_____
_____

**FROM Identifier Defined**

City  TETERBORO
State or County  N.J.

**TO Identifier Defined**

City  WEST PALM BEACH
State or County  FL.
Nautical Miles  900
Statute Miles  1035
Gallons  1300          **AIRFRAME**
Pounds  8569   9798.1
Flight Time  2+11      22
Altitude FL  FL450  9800.3

**TAKE-OFF POWER**       Night  22
Flex Take-Off _____   T/L  111
Min Take-Off _____   IMC _____
Condition _____      Approach _____

SAO01606

# HYPERION AIR, INC.

## PASSENGER MANIFEST

Pilots: *Bill Hammond* Dave Rodgers,  Larry Visoski

Registration Number: N909JE      Type: G-1159B

DATE: **7 - 16**, 2005      FROM **PBi**      TO **PBi**

Departure Time **5 : 03** AM/**PM**      Arrival Time **5 : 10** AM/PM      Trip Number **1791**

**PASSENGERS**

1. Jeffrey Epstein
2. David Mullen
3. *MAINTENANCE*
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____

**COMMENTS**

_____
_____
_____
_____

**FROM Identifier Defined**

City **WEST PALM**

State or Country **FL**

**TO Identifier Defined**

City **WEST Palm**

State or Country **FL**

Nautical Miles **25**

Statute Miles **30**

Gallons **300**          **AIRFRAME**

Pounds **1021**          _____

Flight Time **0+06**          _____

Altitude FL          _____

**TAKE-OFF POWER**      Night _____

Flex Take-Off          T/L **1 / 1**

Min Take-Off          IMC _____

Condition          Approach **1**

SAO01607

# HYPERION AIR, INC.

## PASSENGER MANIFEST

Registration Number: N909JE      Type: G-1159B      Pilots: Dave Rodgers,  Larry Visoski

DATE: 7 - 18 , 2005      FROM  PBI      TO  TEB

Departure Time  1 : 49 (AM/PM)      Arrival Time  4 : 15 (AM/PM)      Trip Number  1792

**PASSENGERS**

1. Jeffrey Epstein
2. SARAH KELLEN
3. DANA BURNS
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____

**COMMENTS**

_____

_____

_____

**FROM Identifier Defined**

City  WEST PALM BEACH

State or Country  FL

**TO Identifier Defined**

City  TETERBORO

State or Country  NJ

Nautical Miles  900

Statute Miles  1035

Gallons  1500          **AIRFRAME**

Pounds  9966      9800 . 4

Flight Time  2 +26      2 . 4

Altitude FL  450      9802  8

**TAKE-OFF POWER**      Night  _____

Flex Take-Off  2 . 15      T/L  ___ / ___

Min Take-Off  _____      IMC  3

Condition  _____      Approach  ILS

SAO01608

# HYPERION AIR, INC.

## PASSENGER MANIFEST

Registration Number: N909JE       Type: G-1159B       Pilots: Dave Rodgers, BILL HAMMOND

DATE: 7 - 22, 2005       FROM TEB       TO PBI

Departure Time 9 : 11 AM (PM)       Arrival Time 11 : 26 AM (PM)       Trip Number 1795

**PASSENGERS**

1. Jeffrey Epstein
2. SARAH KELLEN
3. DANA BURN
4. TATIANA
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____

**COMMENTS**

_____
_____
_____

FROM Identifier Defined
City TETERBORO
State or Country NJ

TO Identifier Defined
City WEST PALM BEACH
State or Country FL
Nautical Miles 900
Statute Miles 1035

| | | AIRFRAME |
|---|---|---|
| Gallons | 1500 | |
| Pounds | 9067 | 9804 8 |
| Flight Time | 2.15 | 2 3 |
| Altitude FL | 450 | 9807 1 |
| TAKE-OFF POWER | | Night 2 3 |
| Flex Take-Off | 2.15 | T/L 1 / 1 |
| Min Take-Off | | IMC 1 . 1 |
| Condition | | Approach |

SAO01609

# HYPERION AIR, INC.
# PASSENGER MANIFEST

Registration Number: N909JE        Type: G-1159B        Pilots: Dave Rodgers, **BILL HAMMOND**

DATE: 7 25, 2005        FROM PBI        TO TEB

Departure Time 5:09 AM (PM)        Arrival Time 7:34 AM (PM)        Trip Number 1796

**PASSENGERS**

1. Jeffrey Epstein
2. SARAH KELLEN
3. DANA BURNS
4. TATIANA
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____

**COMMENTS**

_____
_____

**FROM Identifier Defined**

City WEST PALM BEACH

State or Country FL

**TO Identifier Defined**

City TETERBORO

State or Country NJ

Nautical Miles 900

Statute Miles 1035

Gallons 1500        **AIRFRAME**

Pounds 10058    9807.1

Flight Time 2 +24      24

Altitude FL 450    9809.5

**TAKE-OFF POWER**        Night _____

Flex Take-Off 2.15        T/L ___/___

Min Take-Off _____        IMC _____

Condition _____        Approach _____

SAO01610

# HYPERION AIR, INC.
## PASSENGER MANIFEST

Registration Number: **N909JE**     Type: **G-1159B**     Pilots: **Dave Rodgers**, **Larry Visoski**

DATE: **8 . 18** , 2005     FROM **TEB**     TO **PBI**

Departure Time **1 : 11** AM **(PM)**     Arrival Time **3 : 19** AM **(PM)**     Trip Number **1804**

**PASSENGERS**

1. Jeffrey Epstein
2. ADRIANA MUCINSKA
3. MR. MUCINSKA
4. MRS. MUCINSKA
5. ADRIANA'S SISTER
6. NADIA MARCINKOVA
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____

**COMMENTS**

_____
_____
_____
_____

**FROM Identifier Defined**

City **TETERBORO**

State or Country **NJ**

**TO Identifier Defined**

City **WEST PALM BEACH**

State or Country **FL**

Nautical Miles **900**

Statute Miles **1035**

Gallons **1400**          **AIRFRAME**

Pounds **9064**      **9827.0**

Flight Time **2 +07**      **2 1**

Altitude FL **450**      **9829.1**

**TAKE-OFF POWER**      Night _____

Flex Take-Off _____      T/L _____ / _____

Min Take-Off _____      IMC _____

Condition _____      Approach _____

SAO01611

# HYPERION AIR, INC.
## PASSENGER MANIFEST

Registration Number: N909JE    Type: G-1159B    Pilots: Dave Rodgers, Larry Visoski    Bill Hammond

DATE: **3 - 22** 2005    FROM **PBI**    TO **PBI**

Departure Time **1 : 58** AM (PM)    Arrival Time **2 : 06** AM (PM)    Trip Number **1805**

## PASSENGERS

1. Jeffrey Epstein
2. David Mullen
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____

**FROM Identifier Defined**

City **West Palm**
State or Country **FL**

**TO Identifier Defined**

City **West Palm**
State or Country **FL**
Nautical Miles **40**
Statute Miles **48**

Gallons **619**    **AIRFRAME**
Pounds **1906**   **9829 1**
Flight Time **0+07**    **1**
Altitude FL **2800**   **9829 2**

**TAKE-OFF POWER**    Night _____
Flex Take-Off _____    T/L ___/___
Min Take-Off _____    IMC _____
Condition _____    Approach _____

## COMMENTS

**TRAINING**
_____
_____
_____

SAO01612

# HYPERION AIR, INC.

## PASSENGER MANIFEST

Registration Number: N909JE     Type: G-1159B          Pilots: **Dave Rodgers,   Larry Visoski**

DATE: **8 -22** 2005     FROM **PBI**     TO **TEB**

Departure Time **3:57** AM (PM)     Arrival Time **6:16** AM (PM)     Trip Number **1806**

**PASSENGERS**

1. Jeffrey Epstein
2. *NADIA MARCINKOVA*
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____

**COMMENTS**

_____
_____
_____
_____

**FROM Identifier Defined**

City **WEST PALM Bch**

State or Country **FL**

**TO Identifier Defined**

City **TETERBORO**

State or Country **N. J.**

Nautical Miles **900**

Statute Miles **1035**

Gallons **1100**            **AIRFRAME**

Pounds **9533**    **9829.2**

Flight Time **2 +19**    **12 3**

Altitude FL **FL450**   **9831.5**

**TAKE-OFF POWER**     Night _____

Flex Take-Off _____     T/L _____ /

Min Take-Off _____     IMC _____

Condition _____     Approach _____

SAO01613

# HYPERION AIR, INC.

## PASSENGER MANIFEST

Registration Number: N909JE    Type: G-1159B    Pilots: **Dave Rodgers,   Larry Visoski**

DATE: 8 - 27, 2005    FROM TIST    TO PBI

Departure Time 3 : 48 AM (PM)    Arrival Time 6 : 10 AM (PM)    Trip Number 1811

**PASSENGERS**

1. ▮▮▮▮▮▮▮▮▮▮
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____

**COMMENTS**

WINDSHIELD HCAS REPAIR
_____
_____
      110 PASSENGERS
_____

**FROM Identifier Defined**

City ST. THOMAS

State or Country USVI

**TO Identifier Defined**

City WEST PALM BEACH

State or Country FL

Nautical Miles _____

Statute Miles _____

Gallons 1300    **AIRFRAME**

Pounds 9939    9836 4

Flight Time 2-21    2 4

Altitude FL 380    9838 8

**TAKE-OFF POWER**    Night _____

Flex Take-Off 2.15    T/L ___/___

Min Take-Off _____    IMC _____

Condition _____    Approach _____

SAO01614

09/14/2005 14:16 FAX                                                    ☒006

# HYPERION AIR, INC.

## PASSENGER MANIFEST

Registration Number: N909JE      Type: G-1159B          *Bill Hammond*
                                                         Pilots:  Dave Rodgers,   Larry Visoski

DATE: _9_ - _2_ , 2005    FROM _PBI_      TO _TIST_

Departure Time _5:13_ AM/**PM**    Arrival Time _7:36_ AM/**PM**    Trip Number _1812_

**PASSENGERS**

1. Jeffrey Epstein              **FROM Identifier Defined**

2. _NO PASSENGERS_          City _WEST PALM BEACH_

3. _____           State or Country _FL_

4. _____           **TO Identifier Defined**

5. _____           City _ST Thomas_

6. _____           State or Country _USVI_

7. _____           Nautical Miles _985_

8. _____           Statute Miles _1333_

9. _____           Gallons _1650_        **AIRFRAME**

10. _____           Pounds _9988_   _98388_

11. _____           Flight Time _2+23_      _24_

12. _____           Altitude FL _410_    _9841 2_

13. _____           **TAKE-OFF POWER**   Night _1.0_

**COMMENTS**                 Flex Take-Off ___.___    T/L _1 1_

_____              Min Take-Off ___.___    IMC _1_

_____              Condition _____   Approach _P_

_____

_____

SAO01615

09/14/2005 14:16 FAX                                                      ☑005

# HYPERION AIR, INC.

# PASSENGER MANIFEST

*Bill Hammond*

Registration Number: N909JE      Type: G-1159B      Pilots: ~~Dave Rodgers~~, Larry Visoski

DATE: **9 - 3** , 2005      FROM **TIST**      TO **KPBI**

Departure Time **11:48** (AM) PM      Arrival Time **2:12** AM (PM)      Trip Number **1813**

## PASSENGERS

1. Jeffrey Epstein
2. **DAVID MULLEN**
3. **ADRIANA MUCINSKA**
4. **DANA BURNS**
5. _____
6. **TATIANA**
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____

**FROM Identifier Defined**

City **ST THOMAS**

State or Country **USVI**

**TO Identifier Defined**

City **WEST PALM BEACH**

State or Country **FL**

Nautical Miles **985**

Statute Miles **1132**

Gallons **1300**          **AIRFRAME**

Pounds _____          **98412**

Flight Time **2+23**          **24**

Altitude FL **430**          **9843.6**

**TAKE-OFF POWER**      Night _____

Flex Take-Off ___.___      T/L **1.1**

Min Take-Off ___.___      IMC ___.**3**

Condition _____      Approach _____

## COMMENTS

_____
_____
_____
_____

SAO01616

09/14/2005 14:16 FAX                                                    ☑004

# HYPERION AIR, INC.

# PASSENGER MANIFEST

Registration Number: N909JE      Type: G-1159B

Pilots: ~~Dave Rodgers, Larry Visoski~~    Bill Hammond, *DAVE RODGERS*

DATE: _9 . 10_ 2005    FROM _PBI_    TO _TEB_

Departure Time _3:59_ AM/**PM**    Arrival Time _6:11_ AM/**PM**    Trip Number _1814_

## PASSENGERS

1. Jeffrey Epstein
2. _Ghislane Maxwell_
3. _Dana Burns_
4. _Adriana Mucinska_
5. _Female_
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____

## COMMENTS

_____
_____

---

FROM Identifier Defined

City _West Palm_

State or Country _FL_

TO Identifier Defined

City _Teterboro_

State or Country _NJ_

Nautical Miles _954_

Statute Miles _1097_

Gallons _1425_          AIRFRAME

Pounds _9477_    _9843.6_

Flight Time _2+11_    _2.2_

Altitude FL _410_    _9845.8_

TAKE-OFF POWER      Night _____

Flex Take-Off _____    T/L _111_

Min Take-Off _____    IMC _____

Condition _____    Approach _____

SAO01617

09/14/2005 14:16 FAX ☒003

# HYPERION AIR, INC.

## PASSENGER MANIFEST

Registration Number: N909JE    Type: G-1159B

Pilots: Bill Hammond
Dave Rodgers, Larry Visoski

**DATE:** 9 - 9, 2005    **FROM** TEB    **TO** PBI

Departure Time 10:00 ~~AM~~ (PM)    Arrival Time 12:22 (AM) ~~PM~~    Trip Number 1875

**PASSENGERS**

1. Jeffrey Epstein
2. NADIA MARCINKOVA
3. ADRIANA MUCINSKA
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____

**COMMENTS**

_____

_____

_____

_____

**FROM Identifier Defined**

City TETERBORO

State or Country NJ

**TO Identifier Defined**

City WesT Palm Beach

State or Country FL

Nautical Miles 1025

Statute Miles 1179

| | | AIRFRAME |
|---|---|---|
| Gallons | 1150 | |
| Pounds | 9590 | 98458 |
| Flight Time | 2+22 | 23 |
| Altitude FL | 450 | 98481 |

**TAKE-OFF POWER**    Night 2.3

Flex Take-Off _____    T/L 1/1

Min Take-Off _____    IMC _____

Condition _____    Approach P

SAO01618

09/14/2005 14:16 FAX                                                              ☑002

# HYPERION AIR, INC.

## PASSENGER MANIFEST

Registration Number: **N909JE**    Type: **G-1159B**    Pilots: Dave Rodgers, Larry Visoski
~~Bill Hammond~~

DATE: **9** - **11** , 2005    FROM **PBI**    TO **T/ST**

Departure Time **2** : **06** AM/**PM**    Arrival Time **4** : **30** AM/**(PM)**    Trip Number **1816**

**PASSENGERS**

1. Jeffrey Epstein
2. *ADREANNA MUSINSKA*
3. *NADIA MARCINKOVA*
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____

**COMMENTS**

_____
_____
_____

**FROM Identifier Defined**

City *WEST PALM BEACH*

State or Country *FL*

**TO Identifier Defined**

City *ST. THOMAS*

State or Country *USVI*

Nautical Miles *985*

Statute Miles *1032*

Gallons *1300*                **AIRFRAME**

Pounds *9532*     *9848.1*

Flight Time *2* + *23*     *2.3*

Altitude FL *FL450*     *9850.4*

**TAKE-OFF POWER**     Night _____

Flex Take-Off _____    T/L ___/___

Min Take-Off _____    IMC _____

Condition _____    Approach _____

SAO01619

# HYPERION AIR, INC.

## PASSENGER MANIFEST

**Bill Hammond**
Pilots: ~~Dave Rodgers~~, Larry Visoski

Registration Number: N909JE       Type: G-1159B

DATE: 9-29, 2005       FROM _TEB_       TO _PBI_

Departure Time _8:56_ AM (PM)       Arrival Time _11:12_ AM (PM)       Trip Number _1827_

**PASSENGERS**

1. Jeffrey Epstein
2. _TATIYANA_
3. _ADREANA MUSINSKA_
4. _1 FEMALE_
5. _NADIA MARCINKOVA_
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____

**COMMENTS**

_____
_____
_____
_____

**FROM Identifier Defined**

City _TETERBORO_

State or Country _N.J_

**TO Identifier Defined**

City _WEST PALM BEACH_

State or Country _FL._

Nautical Miles _1025_

Statute Miles _1179_

Gallons _1500_       **AIRFRAME**

Pounds _9153_   _9866 9_

Flight Time _2 +16_   _2.2_

Altitude FL _FL450_   _9869 +_

**TAKE-OFF POWER**       Night _2_

Flex Take-Off _____       T/L _1.1_

Min Take-Off _____       IMC _____

Condition _____       Approach _____

SAO01620

# HYPERION AIR, INC.

## PASSENGER MANIFEST

Registration Number: N909JE     Type: G-1159B

Pilots: ~~Dave Rodgers~~, Larry Visoski     Bill Hammond

DATE: _10 - 4_, 2005     FROM _PBI_     TO _TEB_

Departure Time _11 : 41_ (AM) PM     Arrival Time _2 :11_ AM (PM)     Trip Number _1828_

**PASSENGERS**

1. Jeffrey Epstein
2. _ADRIANNA MUSINSKA_
3. _DANA BURNS_
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____

**COMMENTS**

_____
_____
_____
_____

**FROM Identifier Defined**

City _WEST PALM BEACH_

State or Country _FL_

**TO Identifier Defined**

City _TETERBORO_

State or Country _NJ_

Nautical Miles _1025_

Statute Miles _1179_

Gallons _1400_     **AIRFRAME**

Pounds _____     _9869 1_

Flight Time _2 +29_     _2.5_

Altitude FL _450_     _9871.6_

**TAKE-OFF POWER**     Night _____

Flex Take-Off _____     T/L _1.1_

Min Take-Off _____     IMC _____

Condition _____     Approach _____

SAO01621

# HYPERION AIR, INC.

## PASSENGER MANIFEST

Registration Number: N909JE   Type: G-1159B   Pilots: ~~Dave Rodgers~~, Larry Visoski   **Bill Hammond**

DATE: _10-6_, 2005   FROM _TEB_   TO _MIA_

Departure Time _11:21_ (AM) PM   Arrival Time _1:48_ AM (PM)   Trip Number _1829_

**PASSENGERS**

1. Jeffrey Epstein
2. _SARAH KELLEN_
3. _ADREANNA MUSINSKA_
4. _DANA BURNS_
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____

**COMMENTS**

_____

_____

_____

**FROM Identifier Defined**

City _TETERBORO_

State or Country _N.J._

**TO Identifier Defined**

City _MIAMI_

State or Country _FL._

Nautical Miles _954_

Statute Miles _1095_

Gallons _1700_   **AIRFRAME**

Pounds _10212_   _9871.6_

Flight Time _2+26_   _2.5_

Altitude FL _FL450_   _9874.1_

**TAKE-OFF POWER**   Night _____

Flex Take-Off ____   T/L ____/____

Min Take-Off ____   IMC ____

Condition _____   Approach _____

SAO01622

# HYPERION AIR, INC.

## PASSENGER MANIFEST

Registration Number: N909JE    Type: G-1159B    Pilots: ~~Bill Hammond~~ ~~Dave Rodgers~~, Larry Visoski

DATE: _10 - 6_, 2005    FROM _MIA_    TO _T.15.T_

Departure Time _7:34_ AM (PM)    Arrival Time _10:00_ AM (PM)    Trip Number _1830_

**PASSENGERS**

1. Jeffrey Epstein
2. _SARAH KELLEN_
3. _DANA BURNS_
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____

**FROM Identifier Defined**

City _MIAMI_

State or Country _FL_

**TO Identifier Defined**

City _ST. Thomas_

State or Country _USVI_

Nautical Miles _962_

Statute Miles _1106_

Gallons _1300_    **AIRFRAME**

Pounds _9947_  _9874.1_

Flight Time _2+25_  _2.5_

Altitude FL _FL450_  _9876.6_

**TAKE-OFF POWER**    Night _2.0_

Flex Take-Off _____.___    T/L ___/___

Min Take-Off _____    IMC _____

Condition _____    Approach _____

**COMMENTS**

_____

_____

_____

_____

SAO01623

**Airport Codes**

| CODE | CITY | US | INT'L |
|------|------|-----|-------|
| ABQ | Albuquerque, New Mexico | √ | |
| ABY | Albany, New York | √ | |
| ACY | Atlantic City, NJ | √ | |
| ADS | Addison, Texas | √ | |
| AEG | Aek Godang, Indonesia | | √ |
| APF | Naples, FL | √ | |
| ASE | Aspen, CO | √ | |
| BED | Bedford, MA | √ | |
| BGD | BorgerTX | √ | |
| BGR | Bangor, Maine | √ | |
| BKL | Cleveland, Ohio | √ | |
| BOS | Boston, MA | √ | |
| CHO | Charlottesville, VA | √ | |
| CMH | Columbus, Ohio | √ | |
| CPS | Cahokia- St. Louis, Illinois | √ | |
| CYQX | Gander, Canada | | √ |
| CYJT | Stephenville, Canada | | √ |
| CYUL | Montreal, Canada | | √ |
| DCA | Washington, D.C. | √ | |
| DFW | Dallas Fort Worth, TX | √ | |
| DGAA | Accra, Ghana | | √ |
| DNAA | Abuja, Nigeria | | √ |
| EBBR | Brussels, Belgium | | √ |
| EGAA | Belfast, United Kingdom | | √ |
| EGBB | Birmingham, UK | | √ |
| EGGW | London | | √ |
| EGSH | Norwich, UK | | √ |
| EGYM | Mahram, UK | | √ |
| EINN | Shannon, Ireland | | √ |
| EKCH | Copenhagen, Denmark | | √ |
| ENGM | Oslo, Norway | | √ |
| ESSA | Stockholm, Sweden | | √ |
| EWR | Newark, NJ | √ | |
| FACT | Cape Town, South Africa | | √ |
| FAJS | | | |
| FDK | Frederick, Maryland | √ | |
| FLL | Fort Lauderdale, FL | √ | |
| FMY | Fort Myers, FL | √ | |
| FQMA | Maputo, Mozambique | | √ |
| FSM | Fort Smith, AR | √ | |
| FXE | Fort Lauderdale, FL | √ | |
| GAI | Gaithersburg, MD | √ | |

| | | | |
|---|---|---|---|
| GENN | | | |
| GMFF | Fes, Morocco | | √ |
| GMMX | Marrakech, Morocco | | √ |
| GMTT | Tangier, Morocco | | √ |
| GNV | Gainesville, FL | √ | |
| GRL | Garassa, Papua New Guinea | | √ |
| GVAL | Springvale, Australia | | √ |
| HPN | White Plains, NY | √ | |
| HRYR | Kigali, Rwanda | | √ |
| HST | Homestead, FL | √ | |
| HVN | New Haven, Connecticut | √ | |
| IMS | | | |
| ISM | Kissimmee, FL | √ | |
| ISP | Islip Long Island, NY | √ | |
| JAN | Jackson, MS | √ | |
| JAX | Jacksonville, FL | √ | |
| JFK | New York, NY | √ | |
| LAL | Lakeland, FL | √ | |
| LAS | Las Vegas, Nevada | √ | |
| LCQ | Lake City, FL | √ | |
| LEBB | Bilbao, Spain | | √ |
| LEMO | Moron Air Base, Spain | | √ |
| LEPA | Palma de Mallorca, Spain | | √ |
| LFMN | Nice, France | | √ |
| LFPB | Paris, France | | √ |
| LFTH | | | |
| LGA | La Guardia, New York | √ | |
| LGB | Long Beach – Daugherty, CA | √ | |
| LIEO | Olbia, Italy | | √ |
| LIML | Milan, Italy | | √ |
| LIPR | Rimini, Italy | | √ |
| LIT | Little Rock, AR | √ | |
| LKPR | Prague, Czech Republic | | √ |
| LNA | West Palm Beach, FL | √ | |
| LPAZ | Santa Maria, Vila do Porto, Portugal | | √ |
| LSJ | Long Island, Papua New Guinea | | √ |
| MCO | Orlando, FL | √ | |
| MDPC | Punta Cana, Dominican Republic | | √ |
| MDPP | Puerto Plata, Dominican Republic | | √ |
| MDW | Chicago Midway, Illinois | √ | |
| MFA | Mafia Island, Pwani Tanzania | | √ |
| MGM | Montgomery, AL | √ | |
| MIA | Miami, FL | √ | |
| MIV | Millville, NJ | √ | |
| MPPV | | | |

| | | | |
|---|---|---|---|
| MRY | Monterey Peninsula, CA | √ | |
| MTN | Glenn Martin, Baltimore, MD | √ | |
| MVY | Martha's Vinyard | √ | |
| MYEF | George Town, Bahamas | | √ |
| MYNN | Nassau, Bahamas | | √ |
| OMDB | Dubai, United Emirates | | √ |
| OPF | Opa Locka, FL | √ | |
| OQU | | | |
| PANC | Anchorage, Alaska | √ | |
| PBI | West Palm Beach, FL | √ | |
| PDK | Atlanta, Georgia | √ | |
| PHX | Phoenix, Arizona | √ | |
| PMP | Pimaga, New Guinea | | √ |
| RJTA | Atsugi Naval Air Facility, Japan | | √ |
| RSW | Fort Myers, FL | √ | |
| SAF | Santa Fe, NM | √ | |
| SAN | San Diego, California | √ | |
| SBA | Santa Barbara, CA | √ | |
| SBGR | Sao Paulo, Brazil | | √ |
| SEGU | Simon Bolivar Int'l airport in Guayaquil, Ecuador | | √ |
| SFO | San Francisco, CA | √ | |
| SJF | Saint John Island, US Virgin Islands | | √ |
| SUA | Stuart, FL | √ | |
| SWF | Shantou, China | | √ |
| TEB | Teterboro, NJ | √ | |
| TIST | US Virgin Islands | | √ |
| TNCM | Saint Martin | | √ |
| TQPF | The Valley, Anguilla (Puerto Rico) | | √ |
| ULLI | St. Petersburg, Russia | | √ |
| UNNT | Novosibirsk, Russia | | √ |
| UUWW | Moscow, Russia | | √ |
| VCBI | Colombo, Sri Lanka | | √ |
| VHHH (UHHH) | Khabarovsk, Russia | | √ |
| VNY | Van Nuys, Los Angeles | √ | |
| VTBD | Bangkok, Thailand | | √ |
| WBSB | Bandar Seri Begawan, Brunei | | √ |
| WRRR | | | |
| WSSS | Singapore | | √ |
| ZBAA | Beijing, China | | √ |
| ZGSZ | Shenzhen, China | | √ |
| ZORRO | Santa Fe Ranch | | √ |
| ZUUU | Chengdu, China | | √ |