# EXHIBIT 4

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2
 3    JANE DOE NO. 2,              Case No: 08-CV-80119
 4        Plaintiff,
 5    Vs
 6    JEFFREY EPSTEIN,
 7        Defendant.
      _____/
 8
      JANE DOE NO. 3,              Case NO: 08-CV-80232
 9
          Plaintiff,
10    Vs
11    JEFFREY EPSTEIN,
12        Defendant.
      _____/
13
      JANE DOE NO. 4,              Case No: 08-CV-80380
14
          Plaintiff,
15
      Vs.
16
      JEFFREY EPSTEIN,
17
          Defendant.
18    _____/
19    JANE DOE NO. 5,              Case No: 08-CV-80381
20        Plaintiff,
21    Vs
22    JEFFREY EPSTEIN,
23        Defendant.
      _____/
24
25
```

Page 2

```
 1   JANE DOE NO. 6,         Case No: 08-CV-80994
 2       Plaintiff,
 3   Vs
 4   JEFFREY EPSTEIN,
 5       Defendant.
                         /
 6
     JANE DOE NO. 7,         Case No: 08-CV-80993
 7
         Plaintiff,
 8
     Vs
 9
     JEFFREY EPSTEIN,
10
         Defendant.
11                       /
12   C.M.A.,               Case No: 08-CV-80811
13       Plaintiff,
14   Vs
15   JEFFREY EPSTEIN,
16       Defendant.
                         /
17
     JANE DOE,             Case No: 08-CV-80893
18
         Plaintiff,
19
     Vs
20
     JEFFREY EPSTEIN,
21
         Defendant.
22                       /
23
24
25
```

Page 3

```
 1   JANE DOE NO. II,        Case No: 08-CV-80469
 2       Plaintiff,
 3   Vs
 4   JEFFREY EPSTEIN,
 5       Defendant.
                         /
 6
     JANE DOE NO. 101,       Case No: 09-CV-80591
 7
         Plaintiff,
 8
     Vs
 9
     JEFFREY EPSTEIN,
10
         Defendant.
11                       /
12   JANE DOE NO. 102,       Case No: 09-CV-80656
13       Plaintiff,
14   Vs
15   JEFFREY EPSTEIN,
16       Defendant.
                         /
17
18
19
20            1031 Ives Dairy Road
              Suite 228
21            North Miami, Florida
              July 29, 2009
22            11:00 a.m. to 5:30 p.m.
23
24
25
```

Page 4

```
 1            V I D E O T A P E D
 2            D E P O S I T I O N
 3                    of
 4            ALFREDO RODRIGUEZ
 5
 6       taken on behalf of the Plaintiffs pursuant
 7   to a Re-Notice of Taking Deposition (Duces Tecum)
 8
 9                    - - -
10   APPEARANCES:
11
         MERMELSTEIN & HOROWITZ, P.A.
12       BY: STUART MERMELSTEIN, ESQ.
         18205 Biscayne Boulevard
13       Suite 2218
         Miami, Florida 33160
14       Attorney for Jane Doe 2, 3, 4, 5,
         6, and 7.
15
16       ROTHSTEIN ROSENFELDT ADLER
         BY: BRAD J. EDWARDS, ESQ., and
17       CARA HOLMES, ESQ.
         Las Olas City Centre
18       Suite 1650
         401 East Las Olas Boulevard
19       Fort Lauderdale, Florida 33301
         Attorney for Jane Doe and E.W.
20       And L.M.
21
         PODHURST ORSECK
22       BY: KATHERINE W. EZELL
         25 West Flagler Street
23       Suite 800
         Miami, Florida 33130
24       Attorney for Jane Doe 101 and 102.
25
```

Page 5

```
 1
     APPEARANCES:
 2
 3       LEOPOLD-KUVIN
         ADAM J. LANGINO, ESQ.
 4       2925 PGA Boulevard
         Suite 200
 5       Palm Beach Gardens, Florida 33410
         Attorney for B.B.
 6
 7       RICHARD WILLITS, ESQ.
         2290 10th Avenue North
 8       Suite 404
         Lake Worth, Florida 33461
 9       Attorney for C.M.A.
10
         BURMAN, CRITTON, LUTTIER &
11       COLEMAN, LLP
         BY: ROBERT CRITTON, ESQ.
12       515 North Flagler Drive
         Suite 400
13       West Palm Beach, Florida 33401
         Attorney for Jeffrey Epstein.
14
15
16
     ALSO PRESENT:
17
         JOE LANGSAM, VIDEOGRAPHER
18
19                - - -
20
21
22
23
24
25
```

2 (Pages 2 to 5)

**Page 94**

1  A. I don't remember, sir.
2  Q. The next page is a message in the upper
3  left dated January 13, 2005, from C.W. Correct?
4  A. Yes.
5  Q. That's the same C. that we've been
6  talking about. Correct?
7  A. Yes.
8  Q. That was at 7:30 p.m. Correct?
9  A. Yes.
10 Q. And you don't recall what that particular
11 call was about. Right?
12 A. No, sir.
13 Q. The message dated January 20, 2005, from
14 Maria. Do you see that on the bottom right?
15 A. Yes.
16 Q. Do you know who that is?
17 A. I think I have a different page.
18 Q. You're a little ahead of me. January 20,
19 2005.
20     MR. CRITTON: I think that's page 31.
21     THE WITNESS: I don't remember who she
22  was, sir.
23 BY MR. MERMELSTEIN:
24 Q. You don't recall what that message was
25 about?

**Page 95**

1  A. No, sir.
2  Q. What about the next page there is a
3  message that Eva called?
4  A. Yes.
5  Q. Dated January 21, 2005?
6  A. Yes.
7  Q. Do you know who Eva is?
8  A. Yes.
9  Q. Who is Eva?
10 A. The assistant comptroller from the New
11 York office.
12 Q. Do you remember her last name?
13 A. Polish last name I guess. She was
14 Russian. She is Russian actually.
15 Q. Did you ever travel to any other
16 residences that Mr. Epstein had?
17 A. No.
18 Q. Are you aware he had a residence in the
19 Virgin Islands?
20     MR. CRITTON: Form.
21     THE WITNESS: Yes.
22 BY MR. MERMELSTEIN:
23 Q. And would he sometimes travel to that
24 residence from Palm Beach?
25 A. Yes.

**Page 96**

1  Q. Okay. Do you recall on any occasion who
2  would travel with him to the Virgin Islands?
3      MR. CRITTON: Form.
4      THE WITNESS: No, sir.
5  BY MR. MERMELSTEIN:
6  Q. I think we were talking about the money
7  before, the household account, sometimes you gave
8  gifts?
9  A. Yes, I was told to buy some gifts.
10 Q. For whom?
11 A. For the guests.
12 Q. Okay. And what kind of gifts?
13 A. Shoes, sweaters, clothes.
14 Q. So were you instructed to buy something
15 in particular at a particular store?
16 A. They would go to the store, if they like
17 something I will go after and pay them and
18 retrieve it.
19 Q. Okay. So would this be a girl who was
20 staying at the house?
21 A. Yes.
22 Q. Okay. This was one of the girls who
23 travelled with Mr. Epstein to Palm Beach.
24 Correct?
25 A. Yes.

**Page 97**

1  Q. And so Mr. Epstein would instruct you to
2  go shopping with this girl?
3  A. Yes.
4  Q. And instructed you to pay for whatever it
5  is she wanted to buy?
6  A. Yes.
7  Q. Was there a price limit or anything of
8  that nature?
9  A. No, sir.
10 Q. So when the girl decided what she wanted
11 you would --
12 A. I would write them a check.
13 Q. In that instance you would pay by check?
14 A. Yes.
15 Q. Any other instances where you gave gifts
16 to girls at the instruction of Mr. Epstein?
17 A. No. I was just told, you know, when they
18 told me I will buy the item.
19 Q. I'm sorry?
20 A. You know, when I was told to purchase
21 this item for them, you know, I will do that, but
22 not on any other occasions.
23 Q. What do you mean not in any locations?
24 A. Any other occasions.
25 Q. Not any other occasions. Okay. Did you

Page 98

1  ever buy flowers for a girl?
2      A.  Yes, sir.
3      Q.  Tell me about that.
4      A.  I was told to buy flowers and roses for a
5  girl performing in high school.
6      Q.  Which girl was that?
7      A.  I don't remember the name, sir.
8      Q.  What was Mr. Epstein's relationship to
9  this girl?
10         MR. CRITTON:  Form.
11         THE WITNESS:  I think she was an
12     acquaintance, friend.
13 BY MR. MERMELSTEIN:
14     Q.  She was a friend?
15     A.  Yes, sir.
16     Q.  Now, she was performing at the high
17 school in what capacity?
18     A.  There was like a -- like a play in the
19 graduation for high school.
20     Q.  A play for graduation?
21     A.  Yes, in the high school theatre there was
22 some kind of performance.
23     Q.  Was it like a theatre production?
24     A.  Yeah, something like that.  I didn't go
25 inside so I didn't know what was going on inside.

Page 99

1      Q.  Why do you say it was for graduation?
2      A.  Because everybody was the graduation
3  outside, there were parents, there were a lot of
4  people at the school.
5      Q.  Okay.  A lot of high schools have theatre
6  production companies and they put on plays.
7  Correct?
8         MR. CRITTON:  Form.
9         THE WITNESS:  It was towards the end of
10     the year.  Well, I think I overheard that
11     there was a graduation performance of some
12     kind.
13 BY MR. MERMELSTEIN:
14     Q.  But you didn't go in so you don't know?
15     A.  No, sir.
16     Q.  But this was a high school student you
17 were bringing the flowers to.  Is that correct?
18     A.  Yes.
19     Q.  Had you seen this girl before at the El
20 Brillo Way property?
21     A.  Yes, sir.
22     Q.  You had seen her a number of times?
23     A.  Yes, sir.
24     Q.  Do you recall her name?
25     A.  I don't remember her name, sir.

Page 100

1      Q.  Now, you said you never went inside the
2  theatre?
3      A.  No, sir.
4      Q.  Okay.  How did you get to the flower
5  store?
6      A.  I called the girl to her cell and she
7  will come to the back door and I give her the
8  flowers.
9      Q.  Was anyone else around at the time?
10     A.  No, sir.
11     Q.  And you mentioned this was a girl you had
12 seen before?
13     A.  Yes.
14     Q.  Was this girl who had come to give
15 massages to Mr. Epstein?
16        MR. CRITTON:  Form.
17        THE WITNESS:  I don't know if she was
18    doing massages but she was at the house.
19 BY MR. MERMELSTEIN:
20     Q.  What would she have been there for?
21     A.  To visit him.
22     Q.  This was a high school girl who was
23 coming to visit Mr. Epstein at the house?
24     A.  She came to the house, I open the door
25 and I left, you know.

Page 101

1      Q.  Did you take her to the kitchen like you
2  did --
3      A.  Yes.
4      Q.  So you brought her to the kitchen just
5  like you did for the girls who gave him massages.
6  Correct?
7      A.  Yes, sir.
8      Q.  Did you ever pay her?
9      A.  I don't remember, sir, but probably I
10 did.
11        MR. CRITTON:  Form, move to strike,
12    speculation.
13 BY MR. MERMELSTEIN:
14     Q.  Why do you say you probably did?
15     A.  Because I was the only one paying --
16 well, not the only one but, you know, but chances
17 are I paid her but I don't remember that
18 particular instance that I gave her money.
19     Q.  Is it fair to say that the girls who came
20 to the Palm Beach residence, these are not the
21 girls who are staying there, the girls who came --
22 were there to give massages.  Correct?
23        MR. CRITTON:  Form.
24        THE WITNESS:  Yes.
25 BY MR. MERMELSTEIN:

Page 166

1  written down anywhere?
2      A.  No.
3      Q.  It's my understanding that C. and T.
4  either came to his house alone to visit with Mr.
5  Epstein or brought other girls in their age group
6  to Mr. Epstein.
7          Were you familiar with that type of
8  recruitment process of girls bringing other girls?
9          MR. CRITTON:  Form.
10         THE WITNESS:  Yes.
11 BY MR. EDWARDS:
12     Q.  Can you tell me more about what you know
13 about girls bringing other girls that are
14 relatively the same age to come to Jeffrey
15 Epstein's house and to use your words, have a good
16 time?
17         MR. CRITTON:  Form.
18         THE WITNESS:  It's hard to know who they
19     knew.  But I think that was -- they feel
20     better themselves when they're in a group
21     than going by themselves, but I don't know
22     somebody recruiting.
23 BY MR. EDWARDS:
24     Q.  Okay.  And you've talked about, at least
25 referred to yourself I believe to the police and

Page 167

1  as well today as a human ATM machine.  Right?
2          MR. CRITTON:  Form.
3          THE WITNESS:  Something like that.  I was
4      supposed to carry cash at all times.
5  BY MR. EDWARDS:
6      Q.  One of the primary reasons why you
7  carried cash was to pay the girls in this age
8  group of C. and T. for whatever happened at the
9  house.  Right?
10         MR. CRITTON:  Form.
11         THE WITNESS:  Yes.
12 BY MR. EDWARDS:
13     Q.  That's a fair statement.  Right?
14         MR. CRITTON:  Form.
15         THE WITNESS:  Yes.
16 BY MR. EDWARDS:
17     Q.  Okay.  And when C., let's use her for
18 example, would bring somebody else to the house,
19 did you pay C. as well as whomever she brought to
20 the house, pay them both?
21     A.  No, I pay only one person.
22     Q.  Okay.  My understanding, and tell me if
23 this is wrong or you can corroborate this, is that
24 Mr. Epstein would pay the girl that was actually
25 performing whatever was happening in the room --

Page 168

1  for now we'll call it a massage -- as well as
2  anybody who brought that person over to the house,
3  they would both get paid cash.  Are you familiar
4  with that?
5          MR. CRITTON:  Form.
6          THE WITNESS:  No.
7  BY MR. EDWARDS:
8      Q.  If C. brought another girl over to the
9  house and C. stayed downstairs but this other girl
10 went upstairs with Mr. Epstein, which one would
11 you pay?
12     A.  I don't know because I was told who to
13 pay.
14     Q.  And Sarah Kellen always told you?
15     A.  Sarah told me pay so and so.
16     Q.  So if we were going to ask anybody else
17 about the exact method in terms of who would get
18 paid and for what, who would the people be?  I
19 mean, other than Mr. Epstein who else could we ask
20 these questions?
21     A.  Sarah.
22     Q.  Sarah Kellen?
23     A.  Yes.
24     Q.  She would know this?
25     A.  Yes.

Page 169

1      Q.  What about Ghislaine Maxwell?
2          MR. CRITTON:  Form.
3          THE WITNESS:  You're talking about the
4      boss.  I don't know.
5  BY MR. EDWARDS:
6      Q.  To your knowledge was Ghislaine Maxwell
7  aware of these girls that are in the age group of
8  C. and T. coming to Jeffrey Epstein's house to
9  have a good time?
10         MR. CRITTON:  Form.
11         THE WITNESS:  I have to say something.
12     Mrs. Maxwell called me and told me not to
13     ever discuss or contact her again in a
14     threaten way.
15 BY MR. EDWARDS:
16     Q.  When was this?
17     A.  Right after I left because I call one of
18 the friends for a job and she told me this, but,
19 you know, I feel intimidated and so I want to keep
20 her out.
21     Q.  What exactly did she say?  First of all,
22 was this a telephone call?
23     A.  Yes, she was in New York.
24     Q.  She called you on your cell phone?
25     A.  Yes.

Page 170

1  Q. Is this the cell phone that was issued to
2  you by Mr. Epstein?
3  A. No, it was my personal phone. I was
4  already --
5  Q. Gone?
6  A. Yeah, this is three, four months down the
7  road.
8  Q. So if you left in --
9  A. February, March -- it was May or June.
10 Q. Of 2005?
11 A. Yes.
12 Q. And you got a call from Ghislaine Maxwell
13 out of the blue?
14 A. Yes.
15 Q. And do you know what prompted that
16 telephone call?
17 A. Because I contact somebody in New York to
18 get a job.
19 Q. Who was that person?
20 A. I contact Jean-Luc and I contact Eva, the
21 Swedish girl, she used to be very good friends
22 with Mr. Epstein because she asked me she need
23 somebody in New York.
24 Q. What does Eva do?
25 A. Eva was a model many years ago and he

Page 171

1  married -- Eva is the mother of the girl who was
2  on the wall.
3  Q. Who is on the wall of Mr. Epstein's
4  house?
5  A. Yeah.
6  Q. All right. There is a younger girl model
7  that's on the wall of Mr. Epstein's house and this
8  lady Eva is her mother?
9  A. Yes.
10 Q. And at some point in time you called her
11 in New York to get a job?
12 A. That's right.
13 Q. And you also called Jean-Luc Bernell?
14 That's his name. Right?
15 A. Jean-Luc, yeah, I don't remember his last
16 name.
17 Q. Does that sound familiar to you, Jean-Luc
18 Bernell?
19 A. Yeah.
20 Q. What did Eva and/or Jean-Luc say about
21 employing you?
22 A. No, they said they're going to find out
23 and obviously the first thing they did was talk to
24 Mrs. Maxwell.
25 Q. She made a telephone call to you and what

Page 172

1  precisely did she say?
2  A. She said I forbid you that you're going
3  to be -- that I will be sorry if I contact any of
4  her friends again.
5  Q. Okay. Other than you will be sorry if
6  you contact any of my friends again did she say
7  anything else about what you know about Mr.
8  Epstein and/or what goes on at his house?
9  A. She said something like don't open your
10 mouth or something like that. But you have to
11 understand, I'm a civil humble, I came as an
12 immigrant to service people, and right now you
13 feel a little -- I'm 55 and I'm afraid. First of
14 all, I don't have a job, but I'm glad this is on
15 tape because I don't want nothing to happen to me.
16 This is the way they treat you, better do this and
17 you shut up and don't talk to nobody and --
18 Q. When you say this is the way they treat,
19 who specifically are you talking about when you
20 say the word they?
21 A. Maxwell.
22 Q. And usually when you say the word they,
23 you're not only talking about one person --
24 A. Wealthy people.
25 Q. Are you also putting Jeffrey Epstein in

Page 173

1  that category?
2      MR. CRITTON: Form.
3      THE WITNESS: I didn't talk to him
4    directly most of the time.
5  BY MR. EDWARDS:
6  Q. What's the reason why if you were his
7  head of security that you wouldn't have more
8  direct contact with him? Why is that?
9      MR. CRITTON: Form.
10     THE WITNESS: He wanted that way, you
11   know, so, yeah, I have to talk to Sarah,
12   Sarah is not available talk to Lesley in New
13   York. He didn't want to be disturbed.
14 BY MR. EDWARDS:
15 Q. Even while you were in the same house
16 with him he still had other people you could talk
17 to directly but he was not one of them?
18 A. Yeah.
19 Q. When you were fired you were not fired
20 directly by him?
21 A. No.
22 Q. It was through somebody else?
23 A. Ms. Maxwell.
24 Q. Okay. But it was for upsetting him for
25 taking the wrong car?

Page 174

1  A. Yes.
2  Q. Okay. Ever since this communication that
3  Ms. Maxwell made to you where she called you
4  sometime in May or June of 2005, and have you felt
5  threatened?
6  A. Yes.
7     MR. CRITTON: Form.
8  BY MR. EDWARDS:
9  Q. Have you felt reluctant to come forward
10 and give truthful, honest, and full disclosure of
11 all information that you know about this case?
12    MR. CRITTON: Form.
13    THE WITNESS: I said this off the record
14    but I will say it on the record, being in
15    the Epstein case for me resulted in two
16    years I have -- I won't bring the names but
17    I was in the third interview to get hired as
18    a household manager in Palm Beach and they
19    told me you are the Jeffrey Epstein guy.
20    Not in the sense I did something wrong
21    because of the scandal, so they shun the job
22    away from me. And so I was afraid that --
23    this is very powerful people and one phone
24    call and you finish, so I'm the little guy.
25    Even I'm wearing a tie I'm a -- I'm talking

Page 175

1     from my heart. This is the way it is.
2  BY MR. EDWARDS:
3  Q. I feel for you, I'm sorry that you have
4  to be in this position.
5     MR. CRITTON: Move to strike this.
6  BY MR. EDWARDS:
7  Q. Well, when you applied for these jobs and
8  they turned you down and gave you the reason that
9  you're the person involved in the Jeffrey Epstein
10 scandal, was it that they are associated or
11 friends with Jeffrey Epstein or is it that you
12 have information and you have this confidentiality
13 but you're revealing some certain information that
14 Mr. Epstein would not like?
15    MR. CRITTON: Form.
16    THE WITNESS: Both.
17 BY MR. EDWARDS:
18 Q. Both?
19 A. Both.
20 Q. And since then given what you just told
21 us about these people being very powerful, are you
22 afraid for your life given the fact that you're
23 involved to some extent in this case?
24    MR. CRITTON: Form.
25    THE WITNESS: I just start thinking about

Page 176

1     this. Because I went through -- the first
2     time I went to the deposition I was in Palm
3     Beach and I did my duty, I mean, I tell what
4     I know, but now I know there is more
5     digging, all I want is this to be to get on
6     with my normal life and stuff.
7  BY MR. EDWARDS:
8  Q. So when you come here today to testify,
9  your main objective is to get back to your normal
10 life and get out of the spotlight of this case.
11 Yes?
12 A. Yes.
13 Q. And in doing so have you held back some
14 of the details that you know about that happened
15 in this case to remove yourself from the
16 spotlight?
17    MR. CRITTON: Form.
18    THE WITNESS: No, sir.
19 BY MR. EDWARDS:
20 Q. Okay. Have you ever talked to Ghislaine
21 Maxwell after that telephone call where she called
22 you and you felt threatened?
23 A. No.
24 Q. Okay. So going back to where we started
25 here was, does Ghislaine Maxwell have knowledge of

Page 177

1  the girls that would come over to Jeffrey
2  Epstein's house that are in roughly the same age
3  group as C. and T. and to have a good time as you
4  put it?
5     MR. CRITTON: Form.
6     THE WITNESS: Yes.
7  BY MR. EDWARDS:
8  Q. And what was her involvement and/or
9  knowledge about that?
10    MR. CRITTON: Form.
11    THE WITNESS: She knew what was going on.
12 BY MR. EDWARDS:
13 Q. You referred to her at one point in time
14 as Jeffrey Epstein's companion. But then later on
15 you said that if she flew she flew on a different
16 airplane and oftentimes or sometimes she slept in
17 a different bed from Mr. Epstein. Did that seem
18 unusual to you?
19    MR. CRITTON: Form.
20    THE WITNESS: It was odd but, I mean, and
21    again, everything is odd in Palm Beach.
22 BY MR. EDWARDS:
23 Q. Okay, I don't mean to laugh.
24 A. Mr. Epstein fly to Jet Aviation, she fly
25 to Galaxy Aviation, but they never flew the same

45 (Pages 174 to 177)

Page 198

1  that tape it's going to be Assistant Attorney
2  Weiss and Detective Recarey asking questions?
3      A.  Yes.
4      Q.  It says, during the sworn taped statement
5  Mr. Rodriguez stated he was employed by Jeffrey
6  Epstein for approximately six months.
7      I think we already talked about that.
8  I'm skipping ahead a little bit.
9      If Rodriguez needed to relay a message to
10 Epstein he would have to notify Epstein's
11 secretary Lesley in New York who would then notify
12 Epstein's personal assistant Sarah who would relay
13 the message to Epstein.
14     A.  Yeah.
15         MR. CRITTON:  Form.
16 BY MR. EDWARDS:
17     Q.  That's pretty much the process you
18 described?
19     A.  Yes, it was normal procedure.
20     Q.  Rodriguez stated Epstein did not want to
21 see or hear the staff when he was in the
22 residence?
23         MR. CRITTON:  Form.
24         THE WITNESS:  That's correct.
25 BY MR. EDWARDS:

Page 199

1      Q.  That's something you agree with?
2      A.  Yes.
3          MR. CRITTON:  Form.
4  BY MR. EDWARDS:
5      Q.  Rodriguez advised Mr. Epstein had many
6  guests.
7      In addition to the girls who are roughly
8  C. and T. age who had come to the house to have a
9  good time, who were some of the other guests that
10 you know of, if you know their name?
11         MR. CRITTON:  Form.
12         THE WITNESS:  I mentioned Alan
13     Dershowitz.
14 BY MR. EDWARDS:
15     Q.  That's a lawyer from Harvard?
16     A.  Yes. The magician, David Copperfield,
17 some other lawyers from New York, you know. There
18 were some other guests.
19     Q.  And how frequently would these other
20 guests come over?
21     A.  Once a month, something like that.
22     Q.  Okay. So if it's only once a month and
23 you were only there six months you're saying you
24 only saw six guests come over in addition to --
25     A.  They have people, you know, they have

Page 200

1  friends, I will say, yeah.
2      Q.  Then you mentioned that you typed into
3  Google, I guess you Googled Prince Andrew and Bill
4  Clinton. Why would you pick those names, were
5  they associated with Mr. Epstein?
6      A.  Yes.
7      Q.  And what is your understanding as to how
8  Prince Andrew is associated with Jeffrey Epstein?
9      A.  Because there were pictures with him
10 together.
11     Q.  In the house?
12     A.  Yes.
13     Q.  Many pictures or are we talking about
14 one?
15     A.  Many pictures.
16     Q.  Were these pictures that looked that
17 appeared to be at social events, at Mr. Epstein's
18 house or where?
19     A.  Mrs. Maxwell took him to England to
20 introduce him to the royalty.
21     Q.  Is it's your understanding that Ghislaine
22 Maxwell knew Prince Andrew and introduced --
23     A.  Yes.
24     Q.  Is it also your understanding that at
25 some point in time Ghislaine dated or had a

Page 201

1  romantic relationship with Prince Andrew?
2          MR. CRITTON:  Form.
3          THE WITNESS:  I don't know that.
4  BY MR. EDWARDS:
5      Q.  Do you know around what time period it
6  was that Mr. Epstein was introduced to Prince
7  Andrew?
8      A.  2003, I believe.
9      Q.  How do you know that?
10     A.  I've heard dates.
11     Q.  From people in the Epstein group?
12     A.  Yes.
13     Q.  Okay.
14         MR. CRITTON:  Let me note my objection,
15     move to strike, it's based on -- his
16     testimony is based on hearsay.
17 BY MR. EDWARDS:
18     Q.  During the six month period of time when
19 you worked directly for Mr. Epstein, how often did
20 Mr. Epstein get together with or hangout with
21 Prince Andrew; if you know?
22     A.  I didn't see him once.
23     Q.  You never saw Prince Andrew at the house?
24     A.  No, no, he called.
25     Q.  I'm sorry, how often would he call?

```
                                                    Page 202
1    A.  I will say once a week we used to get a
2    call from him.
3    Q.  Did you ever hear or did you ever know of
4    Prince Andrew being involved with any of the same
5    girls that Jeffrey Epstein was involved?
6    A.  No.
7    Q.  All right.  Same question with Bill
8    Clinton, were you ever aware of him being involved
9    with any girls?
10   A.  No.
11   Q.  And David Copperfield?
12   A.  No.
13   Q.  What would he do when he was in town?
14   A.  He came to the house, played tricks and
15   he leave.
16   Q.  Did you watch?
17   A.  Yeah.  Cards and --
18   Q.  That's nice, you get an up close and
19   personal show from David Copperfield.
20       How often would David Copperfield and
21   Jeffrey Epstein talk?
22   A.  When I was there he was maybe two or
23   three times in the house.
24   Q.  Besides those guests have you pretty much
25   listed the guests that you were aware of?
```

```
                                                    Page 203
1    A.  Mr. Dershowitz was there, I took him two
2    or three times to the airport.  And like I say,
3    lawyers from New York, business matters.
4    Q.  Okay.  And Donald Trump, did you ever see
5    him at the house?
6    A.  No, he used to call.
7    Q.  Is it your understanding that -- or
8    through your knowledge do you know if Donald Trump
9    owned or runs the Mara Lago Club?
10   A.  Yes.
11   Q.  Did Mr. Epstein go to the Mara Lago Club?
12   A.  No.
13   Q.  Why not?
14       MR. CRITTON:  Form.
15       THE WITNESS:  He's a very private person.
16   BY MR. EDWARDS:
17   Q.  So it's your understanding that Mr.
18   Epstein didn't go to the Mara Lago Club just
19   because he's private?
20       MR. CRITTON:  Form.
21       THE WITNESS:  Yes.
22   BY MR. EDWARDS:
23   Q.  Are you aware, has he ever been there?
24   A.  That I don't know.
25   Q.  Do you know if he's a member?
```

```
                                                    Page 204
1    A.  Probably is.
2        MR. CRITTON:  Form, move to strike, it's
3    a guess, speculation.
4    BY MR. EDWARDS:
5    Q.  When you say he probably is, what are you
6    basing that on?
7    A.  Because he belongs to all the clubs in
8    Palm Beach.
9    Q.  Okay.  But you don't have a list of all
10   of the clubs that he belongs to?
11   A.  I used to.
12   Q.  And on that list --
13   A.  I don't remember, you know.
14   Q.  Okay.  Do you know where that list is?
15   A.  Probably it's in the house.
16   Q.  Skipping down on page 71 of the report to
17   the third paragraph, Rodriguez stated once the
18   masseuses would arrive, he would allow them entry
19   into the kitchen area and offer them something to
20   eat or drink.  Do you agree with that?
21   A.  Yes.
22       MR. CRITTON:  Form.
23   BY MR. EDWARDS:
24   Q.  They would then be encountered by Sarah
25   or Epstein.
```

```
                                                    Page 205
1        MR. CRITTON:  Form.
2        THE WITNESS:  (Shakes head.)
3    BY MR. EDWARDS:
4    Q.  Yes?
5    A.  (Shakes head.)
6    Q.  They would then be taken upstairs to
7    provide a massage.  Right?
8        MR. CRITTON:  Form.
9        THE WITNESS:  Yes.
10   BY MR. EDWARDS:
11   Q.  Again, you don't know what happened
12   behind closed doors?
13   A.  No.
14   Q.  But you were told to refer to these girls
15   as masseuses?
16   A.  Yes.
17   Q.  Aside from being told that, you have
18   absolutely no idea what went on up there?
19   A.  No.
20   Q.  All right.  I asked Rodriguez any of the
21   masseuses appeared to be young in age, he advised
22   he didn't ask their ages but felt they were very
23   young.
24   A.  Early 20's, you know.  They're all very
25   young, but I mean, it's hard to say who's underage
```

Page 270

```
 1            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
 2

 3   JANE DOE NO. 2,           CASE NO: 08-CV-80119

 4        Plaintiff,

 5   Vs.

 6   JEFFREY EPSTEIN,

 7        Defendant.
     _____/
 8
     JANE DOE NO. 3,           CASE NO: 08-CV-80232
 9
          Plaintiff,
10
     Vs.
11
     JEFFREY EPSTEIN,
12
          Defendant.
13   _____/

14   JANE DOE NO. 4,           CASE NO: 08-CV-80380

15        Plaintiff,

16   Vs.

17   JEFFREY EPSTEIN,

18        Defendant.
     _____/
19
     JANE DOE NO. 5,           CASE NO: 08-CV-80381
20
          Plaintiff,
21
     Vs
22
     JEFFREY EPSTEIN,
23
          Defendant.
24   _____/

25
```

**CONDENSED**

Page 271

```
 1  JANE DOE NO. 6,      CASE NO: 08-CV-80994
 2     Plaintiff,
 3  Vs.
 4  JEFFREY EPSTEIN,
 5     Defendant.
                                  /
 6
    JANE DOE NO. 7,      CASE NO: 08-CV-80993
 7
       Plaintiff,
 8
    Vs.
 9
    JEFFREY EPSTEIN,
10
       Defendant.
11                                /
12  C.M.A.,              CASE NO: 08-CV-80811
13     Plaintiff,
14  Vs.
15  JEFFREY EPSTEIN,
16     Defendant.
                                  /
17
    JANE DOE,            CASE NO: 08-CV-80893
18
       Plaintiff,
19
    Vs.
20
    JEFFREY EPSTEIN,
21
       Defendant.
22                                /
23
24
25
```

Page 272

```
 1  JANE DOE NO. II,     CASE NO: 08-CV-80469
 2     Plaintiff,
 3  Vs.
 4  JEFFREY EPSTEIN,
 5     Defendant.
                                  /
 6
    JANE DOE NO. 101     CASE NO: 08-CV-80591
 7
       Plaintiff,
 8
    Vs.
 9
    JEFFREY EPSTEIN,
10
       Defendant.
11                                /
12  JANE DOE NO. 102,    CASE NO: 08-CV-80656
13     Plaintiff,
14  Vs.
15  JEFFREY EPSTEIN,
16     Defendant.
                                  /
17
18
19
20
21
22
23
24
25
```

Page 273

```
 1           IN THE CIRCUIT COURT OF THE 15TH
             JUDICIAL CIRCUIT IN AND FOR
 2           PALM BEACH COUNTY, FLORIDA
 3           CASE NO. 502008CA037319XXXXMB AB
 4
    B.B.,
 5
       Plaintiff,
 6
    Vs.
 7
    JEFFREY EPSTEIN.
 8
       Defendant.
 9                                /
10
11
12           1031 Ives Dairy Road
             Suite 228
13           North Miami, Florida
             August 7, 2009
14           1:15 p.m. to 5:30 p.m.
15
16           C O N T I N U E D
17           V I D E O T A P E D
18           D E P O S I T I O N
19                  of
20           ALFREDO RODRIGUEZ
21
22     taken on behalf of the Plaintiffs pursuant
23  to a Re-Notice of Taking Continued Videotaped
24  Deposition (Duces Tecum)
25                  - - -
```

Page 274

```
 1  APPEARANCES:
 2
 3           MERMELSTEIN & HOROWITZ, P.A.
             BY: ADAM HOROWITZ, ESQ.
 4           18205 Biscayne Boulevard
             Suite 2218
 5           Miami, Florida 33160
             Attorney for Jane Doe 2, 3, 4, 5,
 6           6, and 7.
 7
 8           ROTHSTEIN ROSENFELDT ADLER
             BY: BRAD J. EDWARDS, ESQ., and
 9           CARA HOLMES, ESQ.
             Las Olas City Centre
10           Suite 1650
             401 East Las Olas Boulevard
11           Fort Lauderdale, Florida 33301
             Attorney for Jane Doe and E.W.
12           And L.M.
13
14           PODHURST ORSECK
             BY: KATHERINE W. EZELL, ESQ.
15           25 West Flagler Street
             Suite 800
16           Miami, Florida 33130
             Attorney for Jane Doe 101 and 102.
17
18
             LEOPOLD-KUVIN
19           BY: ADAM J. LANGINO, ESQ.
             2925 PGA Boulevard
20           Suite 200
             Palm Beach Gardens, Florida 33410
21           Attorney for B.B.
22
23
24
25
```

2 (Pages 271 to 274)

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

Page 311

```
1      MR. CRITTON: Form.
2      THE WITNESS: Yes, ma'am.
3  BY MS. EZELL:
4      Q. And were there some who maybe came just
5  once or twice with other young women?
6      A. That's correct, ma'am.
7      Q. Now, where would the young woman who was
8  bringing another young woman go during the time
9  the person that she brought was upstairs giving
10 the massage?
11     MR. CRITTON: Form.
12     THE WITNESS: I will take them to the
13   kitchen and Sarah would take them from
14   there.
15 BY MS. EZELL:
16     Q. Do you know where she took them?
17     A. No, ma'am.
18     Q. Were they ever taken to just sit in the
19 living room and wait?
20     MR. CRITTON: Form.
21     THE WITNESS: I don't know, ma'am.
22 BY MS. EZELL:
23     Q. These pictures of nude young women taken
24 in gatherings where they were smiling, did they
25 appear to you to be taking part in an orgy?
```

Page 312

```
1      MR. CRITTON: Form.
2      THE WITNESS: I don't know, ma'am.
3  BY MS. EZELL:
4      Q. Do you know the word cavorting?
5      A. No, ma'am, I don't know.
6      Q. I need my Thesaurus. You said they were
7  smiling, did they appear to be having a good time?
8      A. Yes, ma'am.
9      Q. Did they appear to be doing anything
10 sexual?
11     A. Yes, ma'am.
12     Q. And in these instances were there girls
13 doing sexual things with other girls?
14     A. Yes, ma'am.
15     Q. And I'm still talking about the pictures
16 on Ms. Maxwell's computer.
17     A. Yes, ma'am.
18     MR. CRITTON: You're talking about the
19   group shots that he's mentioned from Russia
20   and Eastern Europe?
21     MS. EZELL: And girls in the shower.
22     MR. CRITTON: Let me object to the form
23   then the way you just now described that.
24     MS. EZELL: He said for instance.
25     MR. CRITTON: He had said a girl in the
```

Page 313

```
1    shower, I don't know whether he ever used
2    plural.
3  BY MS. EZELL:
4      Q. Was there more than one picture of a girl
5  in the shower?
6      A. There were two girls in the shower.
7      Q. Two girls in the shower together?
8      A. Yes, ma'am.
9      Q. And were those two girls engaged in
10 something sexual?
11     A. Yes, ma'am.
12     Q. And I may have asked you this question,
13 forgive me if I did, did you know those two girls?
14     A. No, ma'am.
15     Q. Did Ms. Maxwell have nude pictures of
16 Nadia on her computer?
17     MR. CRITTON: Form.
18     THE WITNESS: I don't know, ma'am.
19 BY MS. EZELL:
20     Q. Did you ever meet a young woman named
21 Emmy who had an association with Ms. Maxwell?
22     MR. CRITTON: Emmy?
23     MS. EZELL: Emmy.
24     THE WITNESS: I don't remember, ma'am.
25 BY MS. EZELL:
```

Page 314

```
1      Q. Did you ever have any conversations with
2  Ms. Maxwell about any of the women in those
3  pictures?
4      A. No, ma'am.
5      Q. And did you ever have a conversation with
6  Sarah Kellen about any of the pictures of the
7  girls in her computer?
8      A. No, ma'am.
9      Q. You were asked last time about the creams
10 and lotions that Mr. Epstein typically had
11 available to him and you said you thought there
12 was a favorite one but you couldn't remember it.
13     A. Spa.
14     Q. Spa, you did say Spa.
15     A. Yeah.
16     Q. Thank you.
17     Where did the stairway from the kitchen
18 lead -- to where did it lead?
19     A. To the second floor between the first and
20 second bedrooms.
21     Q. Were either of those bedrooms the master
22 bedroom?
23     A. No, ma'am.
24     Q. Could one go up that staircase through --
25 could one go up that staircase and reach the
```