# COMPOSITE EXHIBIT 5

# (Part 2)

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Date:  7/19/06            PALM BEACH POLICE DEPARTMENT        Page:      50
Time: 15:01:37                 Incident Report             Program: CMS301L
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

Case No. . . . . : 1-05-000368                              (Continued)

massage.  Epstein began touching her on her buttocks and grabbed her
closer to him as he masturbated.  Epstein also grabbed her breasts and
fondled her breast with his hands as she provided the massage. ▓▓▓▓▓▓
stated on one occasion, he offered extra monies to have vaginal
intercourse.  She stated this all occurred on the massage table.
▓▓▓▓▓stated Epstein penetrated her vagina with his penis and began
having intercourse with her until he reached the point of climax.
Epstein removed his penis from her vagina and climaxed onto the
massage table. ▓▓▓▓▓▓received $350.00 for her massage.  I asked her
if she had any formal training in providing massages, ▓▓▓▓▓▓ stated she
did not.

▓▓▓▓▓▓continued to state on one other occasion, Epstein introduced his
assistant, Nada, into the massage.  Nada was brought into room with
▓▓▓▓▓▓to provide a massage.  Epstein had them kiss and fondle each
other around the breasts and buttocks as they provided a massage to
Epstein.  Epstein, watched and masturbated as this occurred.  On other
occasions, Epstein introduced the large white vibrator/massager
during the massage.  Epstein stroked the vibrator/massager on ▓▓▓▓▓▓▓▓▓
vagina as she provided the massage.

▓▓▓▓▓▓ stated the last time she spoke with anyone at the house, was
with Sarah during the weekend of October 2 or 3, 2005.  ▓▓▓▓▓ stated
she had brought two people to the Epstein house.  She provided the
names of ▓▓▓▓▓▓▓▓▓▓▓ and ▓▓▓▓▓▓▓ (unknown last name).  It should
noted, ▓▓▓▓▓▓had been previously identified as ▓▓▓▓▓▓ and had
been previously interviewed.  The interview was concluded and the
videotape was placed into evidence via the locker system.

On November 9, 2005, Sgt Frick and I traveled to 6791 Fairway Lakes
Drive in Boynton Beach, Florida in hopes to interview Juan Alessi, the
former houseman of Epstein's home.  As no one was home, a business
card was left for him to return my call.  We then traveled to 11349 SW
86th Lane in Miami in hopes to interview Alfredo Rodriguez, a former
house man of Epstein.  We did not locate them at home.  I left a
business card for him to return my call.

We then traveled to ▓▓▓▓ ▓▓▓▓▓▓▓▓▓and met with Dean of Students, Mr.
▓▓▓▓▓.  We requested to speak with ▓▓▓▓▓▓▓▓▓▓.  ▓▓▓▓▓ was re
interviewed, as she still was in possession of the rental car that
Epstein had acquired for her.  ▓▓▓▓▓▓ stated that Sarah, Epstein's
assistant, had called her on her cellular telephone and informed her
that rental was extended for her.  Sarah stated she had paid an
additional $625.00 for her to keep the rental an extra month.  ▓▓▓▓▓▓
was asked if she had any additional contact with either Epstein or
anyone from his organization.  ▓▓▓▓▓▓ stated she did not, other than
the telephone call informing her that she could keep the car for an
extra month.  ▓▓▓▓did not provide any additional information.

On November 10, 2005, at approximately 9:47 am, Alfredo Rodriguez had
telephoned reference my business card found on his door.  Rodriguez
stated he had worked with Epstein for approximately six months after

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ate: 7/19/06          PALM BEACH POLICE DEPARTMENT          Page:      51
ime: 15:01:37                Incident Report            Program: CMS301L
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ase No. . . . . : 1-05-000368                              (Continued)
```

the previous houseman left. Rodriguez stated that it was his
responsibility to keep the identity of the masseuses private.  Mr.
Epstein had a massage in the morning and one in the afternoon.  Mr.
Rodriguez stated he would rather speak about this in private.  He
advised he would come to the police station to speak with me.
Rodriguez stated he would return my call on Monday, November 14, 2005.

I then made telephone contact with Juan Alessi.  He advised he found
my card on his door and wanted to know what I needed to speak with him
about.  I explained to Alessi that I was conducting an investigation
on his former employer, Mr. Epstein.  Alessi stated he would return my
call shortly as he was in the middle of a project at his home.  I
received a telephone call from Attorney Donald Morrell from 686-2700.
Mr. Morrell stated he represented Mr. Alessi and did not want me
speaking with his client.  I then made telephone contact with the
State Attorney s Office and confirmed that subpoenas would be issued
to the former employees to assist in the investigation.

I then made telephone contact with Attorney Guy Fronstin, attorney for
Mr. Epstein.  I explained to Mr. Fronstin that I would like to speak
with Mr. Epstein.  He stated Mr. Epstein is not in residence in
Florida at this time and would check with him to ascertain if he could
be here by Wednesday November 16, 2005 for an interview.  Mr. Fronstin
stated he would return my call should Mr. Epstein decide to come in to
the police station for an interview.

Investigation continues.

*********************** N A R R A T I V E   # 19 ***************************
                   Reported By: RECAREY, JOSEPH              11/15/05
                   Entered By.: ALTOMARO, NICKIE A.          11/16/05

On November 14, 2005, Det. Sandman and I traveled to ███████████
██████ in ███████████████████ and spoke with ███████████  She was
told of the ongoing investigation involving Epstein. ███████ advised
she had gone to the house on several occasions.  During a sworn taped
statement, she advised she started going to the house approximately
one year ago and was brought by ██████ (Unknown last name).  ████████
stated ████████ brought her into the house and she was introduced to a
girl named Sarah.  Once she met her, Sarah brought her upstairs into a
master bedroom bathroom.  ████████ stated she met Jeffrey in the
bathroom.  He lay on the table and picked the massage oils.  She
provided the massage, as he lay naked on the massage bed.  She stated
she rubbed his calves and back area.  Upon the end of the massage,
Epstein removed himself from the massage table and paid her $300.00
for the massage.

████████ stated she had only been at the house approximately five or
six times.  ████████ said each time she went to the house she was
notified by Sarah, Epstein's assistant, that Epstein was in town and
would like her to work.  ████████ stated she returned to the house and
was again led upstairs by Sarah.  She provided the massage, clothed.

```
-------------------------------------------------------------------------
Date:  7/19/06          PALM BEACH POLICE DEPARTMENT        Page:     52
Time: 15:01:37               Incident Report           Program: CMS301L
-------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
████████ advised it wasn't really weird until later on. ████████ was
asked if she ever removed her clothing to provide a massage. ████████
stated it was not until the third time she went that she removed her
clothing. ████████ stated she was notified by Sarah that Epstein
wanted her to come to work.  She arrived at the house and was led
upstairs by Sarah.  She started providing the massage when Epstein
asked her to remove her clothing. ████████ removed her pants, shirt
and bra.  She stayed in her thong panties and continued rubbing
Epstein.  Epstein turned over onto his back and she rubbed his chest
area. ████████ stated she knew he was masturbating himself as she
providing the massage. ████████ stated she believed he climaxed based
on his breathing.  She did not want to view either the climax or the
fact that he was masturbating. ████████ stated once the breathing
relaxed he got up and told her to get dressed.  She was paid $300.00
for her services.

████████ stated on the last time she went to provide a massage, she
was notified by Sarah to come to the house and work. ████████ stated
she was now dating her current boyfriend and did not feel comfortable
going.  She recalled it was approximately January 2005.  She said she
went, already thinking that this would be the last time.  She went
upstairs and went into the master bathroom.  She met with Epstein,
who was wearing only a towel as he entered the room to lie on the
table. ████████ stated Epstein caught her looking at the clock on
several occasions.  Epstein asked her if she was in a hurry. ████████
stated her boyfriend was in the car waiting for her. ████████ further
stated that Epstein got upset, as she wasn't enjoying the massage.
She told him that she didn't want to continue and she would not be
back.  Epstein told her to leave as she was ruining his massage.  I
asked her if she had any contact with Epstein's organization, she
stated she received $200.00 from Western Union in Royal Palm Beach and
Okeechobee Blvd as a Christmas gift. ████████ advised she had no
formal training in provide any massages. ████████ also stated she was
sixteen years old when she first went to Epstein's house.

At approximately 4:22 pm, I made telephone contact with ████████████
at ████████  She agreed to meet with me at a public place.  I
suggested she come to the police station for an interview. ████████ did
not want to meet at the police station.  I recommended we meet at the
Palm Beach Gardens Mall in the food court area.  She agreed and an
appointment was made for November 15, 2005 at 5:00 pm at the food
court.

Investigations Continue.

************************* N A R R A T I V E   # 20 *************************
                   Reported By: SANDMAN, JENNIFER R.          11/16/05
                   Entered By.: ALTOMARO, NICKIE A.           11/17/05

     On 10/20/2005, I assisted executing a search warrant at 358 El
Brillo Way in the Town of Palm Beach, Palm Beach County Florida under
the direction of affiant Detective Joe Recarey.

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Date:  7/19/06            PALM BEACH POLICE DEPARTMENT          Page:      53
Time: 15:01:37                  Incident Report             Program: CMS301L
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

Case No. . . . : 1-05-000368                                    (Continued)

    Detective Melnichok and I searched the pantry room that is west next to the kitchen.  This room had all white cabinets with a dark grey and black counter top.  We did not find anything in this room.

    We searched the yellow and blue room that is west next to the pantry room.  This room had a very large statue of man with a bow.  Taken into evidence from this room were nine photographs in frames of various women.

    We searched the main entrance foyer that is to the north of the yellow and blue room.  This room contained two bamboo chairs and ottomans with cushions.  It also contained a round table with numerous books.

    We searched another blue room that is west of the foyer.  This room had a stereo system and book shelves that were from the floor to the ceiling.  Taken into evidence from this room were eight photographs in frames of various women and/or Epstein, the owner of the residence.

    We searched the room to the west of the blue room that has sliding glass doors that lead out to the pool.  In this room in a dresser were two DVD's and two VCR tapes.  These items were taken into evidence.

    We searched a 2004 black Chevy Suburban bearing Florida tag X99-EGL, registered to Jeffrey Epstein DOB 01/20/53, which was located on the east side of the driveway facing south.  I found a Thrifty rental agreement between the passenger seat and the middle console.  The name on the rental agreement was Johanna Sjoberg from 622 Holly Drive Palm Beach Gardens, Florida 33410.  The phone number on the rental agreement was (561) 714-0546.  The vehicle rented was a white 2005 Chrysler Sebring bearing Florida tag W99-FUN.  The vehicle was rented on 9/25/05 at 17:58 hours and was returned on 9/26/05 at 16:52 hours.  The last four numbers of the credit card used are 9821.  Detective Melnichok found a piece of paper in the middle console that said I used the cash in here to fill up the tank and was signed by Johanna.

    I searched the 2005 black Cadillac Escalade ESV bearing Florida tag Q29-9GT, registered to Jeffrey Epstein dob 01/20/53, which was located on the west side of the driveway facing south.  I did not find anything in this vehicle.

    All of the items that were taken into evidence were photographed in the place they were located and then turned over to crime scene.

```
********************* N A R R A T I V E  # 21 *************************
                  Reported By: RECAREY, JOSEPH            11/17/05
                  Entered By.: ALTOMARO, NICKIE A.         11/17/05
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ate:  7/19/06            PALM BEACH POLICE DEPARTMENT              Page:      54
ime: 15:01:37                 Incident Report               Program: CMS301L
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

ase No. . . . : 1-05-000368                                  (Continued)

On November 15, 2005, Det. Sandman and I traveled to ▓▓▓ ▓▓▓▓▓▓▓
▓▓▓▓▓▓ in ▓▓▓▓▓▓▓▓▓▓▓.  We met with ▓▓▓▓▓▓▓▓▓▓, a
seventeen-year old juvenile who was not in school this day due to a
cold from which she was suffering.  ▓▓▓▓▓▓▓ was told that I needed to
speak with her in reference to an ongoing investigation involving a
subject she would know as Jeffrey Epstein.  Prior to speaking with
her, I explained that because of the fact that she is a minor, I
needed to speak with her parents prior to speaking with her.  She
telephoned her father, Mr. ▓▓▓▓▓▓▓▓▓▓, on his cell phone and
explained to him that Det. Sandman and I were there to speak with her.
I spoke with Mr. ▓▓▓▓▓▓▓ on the telephone and informed him I needed
to speak with his daughter in reference to an ongoing investigation.
Mr. ▓▓▓▓▓▓ advised he had no problem with us speaking with his
daughter.

During a sworn taped statement, ▓▓▓▓▓▓▓ stated she met Jeffrey
Epstein over a year ago.  She was sixteen years of age and was
approached by ▓▓▓▓▓▓▓▓▓who informed her that she could make monies
providing a massage to Epstein for $200.00.  ▓▓▓▓had informed her
that she would have to provide this massage topless.  ▓▓▓▓▓▓made the
arrangements with Epstein and his assistants and took ▓▓▓▓ to the
house.  ▓▓▓▓▓▓▓ stated ▓▓and she entered through a glass door
that led into a kitchen.  ▓▓▓▓took her upstairs, to a master bedroom
and master bathroom.  She recalled the bathroom had a large pink
couch, sauna and matching shower.  Epstein entered into the room
wearing only a towel.  ▓▓▓▓▓▓▓ and▓▓▓▓removed their clothing
remaining only in thong underwear.  She further stated that Epstein
lay on his chest on the table.  Epstein selected which oils to use for
the massage.  Both ▓▓▓▓▓and ▓▓▓▓▓▓ provided the massage on his
legs, back and feet.  Forty minutes into the massage, Epstein turned
over onto his back and requested ▓▓▓ wait downstairs in the kitchen
area for ▓▓▓▓▓▓  Epstein instructed ▓▓▓▓▓▓to finish the massage.
As ▓▓▓▓got dressed, ▓▓▓▓▓starting rubbing his chest.  ▓▓▓▓
left the room, and Epstein began masturbating himself as▓▓▓▓▓
rubbed Epstein s chest.  ▓▓▓▓▓ stated he continued masturbating
until he climaxed on the towel he was wearing.  When asked if he had
removed the towel she stated he turned the towel around so that the
opening would allow him to expose himself.  After he cleaned himself
off with the towel, he instructed ▓▓▓▓▓▓ the massage was done and to
get dressed and met with him downstairs.  ▓▓▓▓▓▓got dressed and met
with Epstein in the kitchen area.  She was paid $200.00 dollars for
providing the massage.  ▓▓▓▓▓▓stated she was aware that ▓▓▓▓ also
received monies for the same thing.

The second time she went to the house she was again approached by
▓▓▓▓▓▓ ▓▓▓▓asked if she wanted to return to the house to provide
another massage; ▓▓▓▓▓▓ agreed and the arrangements were made by
▓▓▓▓for her to return to the house.  ▓▓▓▓▓▓▓ stated▓▓▓ drove her
to the house and knocked on the same glass door that leads to the
kitchen area.  They were allowed entry into the house by one of the
staff members. ▓▓▓▓▓led her upstairs to the master bedroom and

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ate:  7/19/06            PALM BEACH POLICE DEPARTMENT          Page:    55
ime: 15:01:37               Incident Report            Program: CMS301L
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

ase No. . . . : 1-05-000368                          (Continued)
master bathroom area. ████████ left ████████ this time to do the massage
alone.  Epstein entered the room again wearing only a towel. ████████
began removing her clothing as she did the last time she was at the
house.  Epstein instructed her to get naked.  He lay on the table on
his stomach as ████████ began massaging his legs and back.

As ████████ finished with Epstein's back and legs, Epstein then turned
over onto his back. ████████ started to rub his chest and he began
masturbating himself.  As ████ rubbed his chest, Epstein leaned
over and produced a massager/vibrator.  He turned it on and began
rubbing ████████vagina and masturbating himself at the same time.
████████ stated she continued to rub his chest as this was occurring.
She described the vibrator/massager as large, grey with a large head.
Epstein rubbed her vagina for approximately two to three minutes with
the massager/vibrator.  He then removed the vibrator from her vaginal
area and concentrated on masturbating himself. ████████ stated he
climaxed onto the towel again and informed her that the massage was
done. ████████ got dressed and met with ██████who was waiting in the
kitchen area.  She received $200.00 for the massage. ████████ said
she never returned to the house and had no desire to return to the
house. ████████ was asked if she received any formal massage
training.  She advised she had no formal training. ████████ was asked
if Epstein knew her real age. ████████ stated he knew as he asked her
questions about herself and high school.  He was aware she attended
and is still attending ████████ ████████ ████████.

The interview was concluded.  I suggested ████████ inform her parents
of what occurred at the Epstein house. ████ stated she would tell
her father as he was unaware this had occurred.  I left my business
card for any questions they may have.  We left the area and returned
to the police station.  The tape was placed into evidence.

Investigation Continues.

************************ N A R R A T I V E   # 22 ************************
            Reported By: RECAREY, JOSEPH               11/17/05
            Entered By.: ALTOMARO, NICKIE A.            11/17/05

On November 15, 2005, Officer Munyan and I responded to the Palm Beach
Gardens Mall food court section to meet with ████████ ████████.  At
approximately 5:10 p.m., ████████ arrived and met with us at the food
court. ████████ provided a sworn taped statement in which she stated
she had been at the Epstein house over fifty times.  She began going
to Epstein's house when she turned eighteen years old. ████████ was
asked if she knew of the on-going investigation. ████████ stated she
was aware there was an investigation as she had been told by other
girls that were interviewed.  Additionally, she has had several
telephone conversations with Epstein's assistants as to what had been
going on during the investigation.

I asked ████████ how she was introduced to Epstein. ████████ stated she
did not want to disclose who brought her to the house but she would

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Date:  7/19/06          PALM BEACH POLICE DEPARTMENT         Page:     56
Time: 15:01:37                 Incident Report           Program: CMS301L
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

Case No. . . . : 1-05-000368                                (Continued)
respond to any other questions.  When I asked her what happened at the
house, ████████ stated everything happened.  It all began with the
massages.  Each time she went more things happened.  She would massage
Epstein and he would masturbate and climax.  She stated things
escalated from there.  She provided oral sex on Epstein and he
provided oral sex on her.  She stated he would also use a
massager/vibrator on her vagina to stimulate her as she massaged him.
He introduced his assistant Nadia or Nada to have vaginal intercourse
with ████████  She stated Nada or Nadia would utilize a strap-on
(synthetic penis) to have intercourse with her.  She was told to
masturbate herself as Epstein and Nada had sexual intercourse.  All
this was done at Epstein's direction.

████████ could not provide exact dates as she had been to the house so
many times.  ████████ stated Epstein inserted his fingers in her vagina
to stimulate her as she massaged him.  When I asked her if there had
been any vaginal intercourse with Epstein, she stated she did not have
sex with him.  She did admit having sex with Nada, his assistant.
████████ stated not every time she went involved sexual favors.
Sometimes she would just talk with him and get paid.  I asked her how
much she was paid each time she went to Epstein s residence.  ████████
stated she got paid $300.00 every time she went to the house.  She was
told to bring other girls to him to provide massages.  ████████ declined
stating that she does what she does and did not want to introduce
anyone else to do what she does.  ████████ stated she had never received
any formal training in providing massages.

I showed ████████ a photo line up in which Nada Marcinkova was placed in
position six.  She reviewed the six photographs and immediately
identified Nada Marcinkova as the person with whom she had
intercourse.  Additionally, it was the same person she watched have
intercourse with Epstein.  She signed the photo line-up under Nada
Marcinkova s photo as the person she identified.  We then left the
mall and returned to the police station.  The photo line up and tape
were placed in to evidence.

Investigation Continues...


*********************** N A R R A T I V E  # 23 ***********************
              Reported By: RECAREY, JOSEPH              11/29/05
              Entered By.: ALTOMARO, NICKIE A.           12/01/05


On November 17, 2005, I received a phone message from Atty. Guy
Fronstin who advised to call his cellular phone reference his client
Jeffrey Epstein.  I telephoned his cell phone and left a message for
him to return my call.  I did not receive a call back on Thursday,
November 17, 2005.  On Friday, November 18 2005, I retrieved another
voice mail from my work phone from Mr. Fronstin advising he would not
produce his client Jeffrey Epstein for any statement.  Fronstin stated
he had spoken with ASA Lana Belohlavek and expressed Mr. Epstein has a
passion for massages.  I called ASA Lana Belohlavek and confirmed that

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Date:  7/19/06        PALM BEACH POLICE DEPARTMENT        Page:      57
Time: 15:01:37            Incident Report            Program: CMS301L
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

Case No. . . . : 1-05-000368                              (Continued)

Fronstin had telephoned her reference this case.  Although nothing was
discussed, Mr. Fronstin did advise her that Epstein is very passionate
about massages.


I also spoke with ASA Daliah Weiss reference the previous employees,
Juan and Maria Alessi.  She advised that they had been served through
a subpoena process server.  They were both scheduled to appear on
Monday November 21, 2005 at 12:00 p.m.


On November 21, 2005, I met with ASA Weiss, Atty. Donnie Murrell and
Juan and Maria Alessi at the State Attorney Office.  ASA Weiss had
requested a court reporter to be present to take the statement of the
Alessi s.  I spoke with Maria Alessi, in the presence of her attorney,
Donnie Murrell.  She advised she had worked for Epstein for eight
years, from the period of 1994 through 2002.  She advised she had
never had any direct conversations with him.  She stated it was her
husband who spoke directly with Epstein.  Her work consisted of doing
house cleaning, shopping and other preparations when Epstein would
arrive in town.  Alessi stated the preparations consisted of preparing
the house and bathrooms for his arrival.  She advised she did view
several masseuses that arrived at the house.  She advised that two or
three girls would come during a day and provide the massages.  The
girls that arrived looked young in age.  Mrs. Alessi did not know any
of the girls personally and were always different.  She was told that
when Epstein was in residence he did not want to encounter the Alessis
during his stay in Palm Beach.


I then spoke with Mr. Alessi in the presence of his attorney, Donnie
Murrell.  Mr. Alessi stated that he was employed for eleven years with
Mr. Epstein.  He originally was hired as a part time employee and then
moved up into a full time position.  His duties included everything.
Alessi stated he was the house manager, driver and house maintenance
person.  It was his responsibility to prepare the house for Epstein s
arrival.  When asked about cooks or assistants, Alessi stated they
traveled with Epstein on his private plane.  He remembered dealing
with his girlfriend, Ms. Maxwell originally and then dealt with
Epstein directly.


I asked Mr. Alessi about massages that occurred within the home.  Mr.
Alessi stated Mr. Epstein had up to three massages a day.  Each
masseuse that visited the house was different.  Alessi stated that
towards the end of his employment, the masseuses were younger and
younger.  When asked how young, Mr. Alessi stated they appeared to be
sixteen or seventeen years of age at the most.  The massages would
occur in Epstein's bedroom or bathroom.  There were times he recalled
that he would set up the massage tables either in Epstein s bedroom or
in his bathroom.  I asked if there were things going on other than a
massage.  Alessi stated that there were times towards the end of his
employment that he would have to wash off a massager/vibrator and a
long rubber penis, which were in the sink after the massage.
Additionally, he stated the bed would almost always have to be made
after the massage.  Alessi was never privy to what went on during the

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Date:  7/19/06            PALM BEACH POLICE DEPARTMENT             Page:      58
Time: 15:01:37                 Incident Report                 Program: CMS301L
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

Case No. . . . : 1-05-000368                                       (Continued)
massages.

He was asked if he remembered any names of the girls that massaged
Epstein. He tried to remember and was unable to provide any exact
names of any girls. Alessi was asked about any contact with anyone
from the Epstein organization. Alessi said he did speak with Mr.
Epstein shortly after my initial contact with him to find out what was
going on. Alessi also stated that approximately on November 11, 2005,
he was contacted by a private investigator from the Law Office of Roy
Black. The investigator had called him to meet with him to ascertain
what he was going to tell the police. Alessi stated they met at the
Carrabba s Restaurant in Boynton Beach and discussed the same
questions I was asking him. I informed Mr. Alessi and Mr. Morrell
that as this is an ongoing investigation and anything we discuss
should be confidential. They both acknowledged the fact that the
information would be kept confidential. It should be noted that a
court reporter was present during the interviews and would be
providing a copy of the statements to me when they become available.

On November 21, 2005, I received a voice mail from Mr. Fronstin who
advised he would not be making Mr. Epstein available for any
statements. He did have some words that he wanted to relay on behalf
of Mr. Epstein. I telephoned his office and left a message for him to
return my call.

On November 29, 2005, I received a call back from Mr. Fronstin who
left a voice mail after hours on November 28, 2005, advising he would
return my call during normal business hours to speak with me reference
the case on November 29, 2005.

*********************** N A R R A T I V E   # 24 ***************************
                  Reported By: RECAREY, JOSEPH              11/29/05
                  Entered By.: ALTOMARO, NICKIE A.          12/01/05

On November 29, 2005, at approximately 2:30 p.m. I received a
telephone call on the department issued cell phone. Mr. Fronstin
stated he was calling to relay information that Mr. Epstein wished he
could relay. Mr. Fronstin stated that he would not allow Mr. Epstein
to speak with me at this time. He further stated that Mr. Epstein is
very passionate about massages. He continued that Mr. Epstein had
allegedly donated over $100,000 to the Ballet of Florida for massages.
The massages are therapeutic and spiritually sound for him that is
why he has had many massages. Mr. Fronstin stated he appreciated the
way the investigation has not been leaked out into the media. I
explained to Mr. Fronstin that it is as important to protect the
innocent if the allegations are not substantiated. Mr. Fronstin was
told of the allegations that the private investigators assigned to the
case have been portraying themselves as police officers.
Additionally, I explained that my cell phone had been called by the
private investigators. Mr. Fronstin advised he was not aware of that
and advised they were under the direction of Attorney Roy Black in

```
------------------------------------------------------------------------
Date:  7/19/06          PALM BEACH POLICE DEPARTMENT          Page:      59
Time: 15:01:37               Incident Report              Program: CMS301L
------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
    Miami.  Mr. Fronstin further stated Epstein had originally called Mr.
    Dershorwitz in Boston, who recommended Roy Black in Miami, who asked
    Mr. Fronstin to assist.  I informed him that if and when any charges
    would be presented I would notify him.  The call was then terminated.

    Investigation continues.


'**********************  N A R R A T I V E   # 25 **************************
JA                       Reported By: RECAREY, JOSEPH              12/15/05
                         Entered By.: ALTOMARO, NICKIE A.          12/16/05

    A review of the telephone message books, which were obtained during
    the search warrant, was conducted in which various messages from
    different dates were made to Jeffrey Epstein.  The telephone message
    books have a duplicate copy (Carbon Copy) which, once a phone message
    is written into the book, the top copy is then torn on the perforated
    edge and the carbon copy is left in the book.  First names of girls,
    dates and telephone numbers were on the copy of the messages.  I
    recognized various numbers and names of girls that had already been
    interviewed.  The body of the messages was time of the day that they
    called for confirmation of "work."  Other names and telephone numbers
    were located in which the body of the messages were, "I have girls for
    him" or "I have 2 girls for him."  These messages were taken by Sarah
    for Jeffrey Epstein.  Based on the context of the body of the
    messages, I requested subpoenas for subscriber information on the
    telephone numbers and the time frame involved.  Copies of the messages
    were made for evidentiary purposes.

    I obtained ███████ ███████████ ██████ ████████ yearbooks for 2005, 2004 and
    2003.  I first reviewed the 2005 yearbook and located most of the
    girls I had spoken with.  Additionally, I located ██████ ████████████
    Based on the corrected name spelling, I was able to locate her to her
    residence in ████████.  On December 8, 2005, Det. Caristo and I
    responded to ███████████ in ███████████.  I located ██████████████ at
    her home.  She advised she is attending████████ █████████████████ and is
    participating in the early release program so she can maintain her
    part time job.  As she is still a minor, I left my business card to
    have her mother return my call to request an interview with her
    daughter.  We then left the area.

    I also had previously researched the telephone number for ████████ and
    telephone number███████████████  A subpoena had been issued for the
    information on ██████████████████  The telephone number was registered to
    ███████████ of ████████████  A query of ████████████ revealed
    that she is the daughter of █████ ████████and is currently residing at
    ████████████████████████████  Det. Caristo and I attempted
    contact with███████with negative results.  I left my business card on
    her front door requesting she return my call.  We then responded to
    ███████████████████████████████  I also attempted contact with
    Mr ██████ with negative results.  I left my business card for him to
    return my call.

```
--------------------------------------------------------------------------
Date:   7/19/06            PALM BEACH POLICE DEPARTMENT         Page:    60
Time:  15:01:37                 Incident Report              Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)

On December 9, 2005, I received a telephone call from ████ ████
████████ ████████ mother, who was made aware of the on going
investigation in Palm Beach. ████████ advised she was told of
everything that occurred at Epstein's house involving Epstein and his
staff.  She advised she would allow me to question her daughter about
what occurred and would cooperate with the investigation. ████████
provided me with ████████ cellular telephone number to schedule an
appointment for an official interview.  I telephoned her cellular
telephone and made a tentative appointment for Monday, December 12,
2005.

I then received a telephone call from ████ ████, father of ████
████ who stated he found the business card on his door.  I
explained that I was conducting an investigation and needed to speak
with ████ as she may have information that could assist in the
investigation.  Mr. ████████ stated that his daughter no longer resides
with him and has her own trailer in another trailer park.  He advised
he would tell her to call me.

On December 12, 2005, due to a conflict with schedules, arrangements
were made to meet with ████████ ████████ on Tuesday, December 13, 2005
at 5:00 pm.  On December 13, 2005, Det. Dawson and I traveled to
████████████ and met with ████████ During a sworn taped
statement, ████ stated that when she was sixteen years old, she was
taken to Epstein's house to provide a massage for money. ████████
stated it was before Christmas last year when ████████approached
her and asked if she needed to make money for Christmas; ████ stated
she did and agreed to provide a massage for money. ████ made
arrangements to take ████to the house and drove ████ to the house
to "work." ████████ stated she could not remember the street name but
would be able to drive to the street.  They drove to the last house on
the street and pulled in the last house on left side.  They walked up
the driveway and entered through a side gate which led to a kitchen
door.  They knocked on the door and were encountered by an employee
who ████████described as a "Spanish looking lady." They informed her
that they were expected.  They were then encountered by a white female
with long blond hair. ████████was unable to remember the name of the
white female with blond hair but knew she was Epstein's assistant.
She was led upstairs by the white female who explained that there
would be lotions out already and Epstein would choose the lotion he
wanted her to use.  She was led through a spiral staircase which led
to a master bedroom and bathroom.  The massage table was already set
up in the bathroom. ████████described the bathroom as a large spacious
bathroom with a steam room and shower beside it with a sink to the
right. ████████was introduced to Jeff who was on the phone when she
entered.  Jeff was wearing a white towel and lay on his stomach so
that ████████may massage his feet and calves. ████ started the
massage with the massage oil Jeff chose and rubbed his feet and
calves.  Jeff got off the phone and requested she massage his back as
well. ████████began rubbing his back and got to the small of his back.
During the rubbing of his back Jeff asked her to get comfortable.  He

```
Date:  7/19/06              PALM BEACH POLICE DEPARTMENT          Page:      61
Time:  15:01:37                   Incident Report              Program: CMS301L
```

Case No. . . . : 1-05-000368                         (Continued)
     requested she remove her pants and shirt. ████████removed her shirt
and pulled her pants off. ████████stayed in her bra and thong panties.
As she finished the small of the back, Jeff then turned onto his
back.  He instructed she rub his chest and pinch his nipples.  As she
began to rub his chest, Jeff asked her questions about herself.
████████ remembered telling him she attended ██████████████████████
████████.  Jeff asked her if she was sexually active.  Before ██████
could answer, he also asked what sexual positions does she enjoy.
████████ stated she was shy didn't like talking about those things.  She
continued rubbing his chest.  Epstein reached up and unsnapped her bra
from the front. ████████explained the bra she used had a front
snapping device.  Epstein rubbed her breasts and asked her if she like
having her breasts rubbed. ████████said "no, I don't like that."
Epstein then removed his towel and lay on the bed naked exposing his
penis to████████.  He began touching his penis and masturbated as he
touched her breasts. ████████ explained Jeff then touched her vagina
area by rubbing her vagina with his fingers on the outside of her
thong panties. ████████tensed up and stated Jeff was aware that she
was uncomfortable.

     ████████stated that Jeff told her , "Relax, I'm not going inside." She
further explained Jeff commented to her how beautiful and sexy she
was.  Jeff then moved her thong panties to one side and now was
stroking her clitoris. ████████said "Jeff commented how hard my clit
was." He then inserted two fingers in her vagina and was stroking her
within her vagina.  She tried pulling back to pull out his fingers
from within her vagina.  Jeff removed his fingers from within her
vagina and apologized for putting his fingers inside her.  During this
time he kept his hand on her vagina area rubbing her vagina. ████████
stated he rubbed her real hard as he was masturbating. ████████ said he
climaxed onto the towel he had been previously wearing and got up from
the table.  Jeff told her there was $200.00 dollars for her on the
dresser within the master bathroom.  Jeff also told her that there was
an additional $100.00 that was to be given to████████ for bringing her
there to massage him.  Jeff told her to leave her telephone number
with his assistant as he wanted to see her again.  Jeff stated his
assistant would contact her to work again soon.

I asked her if she ever received any formal massage training to which
████████ stated she did not. ████████ stated it was the only time she
ever went to work for Jeff and knew what happened to her was wrong.
She stated she no longer speaks to ████████because she was upset that
████████ took her there.  She further stated that she had never been
contacted for any additional work.  The interview was terminated and
we left the area.

Investigation Continues...


************************ N A R R A T I V E   # 26 ************************
                 Reported By: DICKS, ALLEN C.                12/18/05
                 Entered By.: ALTOMARO, NICKIE A.            12/19/05

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Date:  7/19/06          PALM BEACH POLICE DEPARTMENT            Page:       62
Time: 15:01:37               Incident Report              Program: CMS301L
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

Case No. . . . : 1-05-000368                              (Continued)

On 102005 at approx 0930hrs I assisted with the execution of a search warrant at 358 El Brillo Ave, Palm Beach.

Initially I was assigned to enter the residence and conduct a sweep of the premises for safety purposes. I then accompanied CSEU tech Pavlik while she photographed the exterior of the house. Once this was complete I was assigned to search certain areas of the house with Det. Dawson as part of the search warrant.

We began in the garage, searching three Mercedes Benz vehicles, a Harley Davidson motorcycle and adjacent closets in the garage. Nothing of evidentiary value was located.

We then searched two closets off the kitchen area on the east side. These can best be described as pantry or storage closets. Nothing of evidentiary value was obtained.

A small office with adjoining bath was then searched. In the bath area I located a phone message book with recent messages. This item was seized as evidence. Please note this bath and shower area are not used as designed but are storage areas containing a variety of items to include a gun safe in the shower and assorted household items.

We then searched a bath area and closet at the base of the main stairs in the foyer. Inside the closet two massage tables were located as well as partial nude female photographs. These items were later seized as evidence. Nothing of evidentiary value was noted in the bathroom.

We then searched two bedrooms upstairs on the east side of the residence. Located in the bath room of the south bedroom was penis shaped soap. Located in the bedroom of the northern bedroom was penis and vagina shaped soap as well as an adult sex toy. These items were seized as evidence.

We then searched the pool cabana located in the south west corner of the property. Several photographs of nude females were seized as evidence.

I was then assigned to stand by with a person I believe was Douglas Schoettle. Mr. Schoettle was in the residence at the beginning of the search warrant. He was present during the warrant service and subsequent search. I stood by with him until the search was completed and I departed the residence. I had no conversation with him regarding the reason for our presence.

Regarding seized evidence, all items were photographed in place and then collected by CSEU personnel.

This concludes my involvement in this case.

```
------------------------------------------------------------------------
Date:  7/19/06               PALM BEACH POLICE DEPARTMENT        Page:      63
Time: 15:01:37                    Incident Report             Program: CMS301L
------------------------------------------------------------------------

Case No. . . . : 1-05-000368                               (Continued)

************************ N A R R A T I V E   # 27 ************************
IA                       Reported By: KRAUEL, CURTIS D.              12/21/05
                         Entered By.: ALTOMARO, NICKIE A.            12/21/05
```

On Thursday, October 20, 2005 at approximately 0936 hours, I assisted
in the execution of a search warrant located at 358 El Brillo Way,
Palm Beach, Florida, residence of Jeffrey Epstein.  I was instructed
by Case Agent Det. Joseph Recarey, to secure all computer and media
related material from the residence.

Upon my arrival I was directed by Det. Recarey to a room designated as
the Kitchen Staff Office.  I observed a, Silver in color, CPU with the
left side cover removed, exposing the CPU s hardware sitting on floor
next to a glass type desk.  The CPU had no discernable identifiers or
features indicating a make or model.  This CPU was powered off with
the power cord not plugged in.  The keyboard and mouse were atop the
CPU.  It should be noted that the CPU was not connected to a monitor,
printer, or other media device.  On the back Panel of the CPU, I
observed an A/V card with RCA jacks attached.  This type of hardware
would allow audio and video to be downloaded onto the CPU s hard disk.
 The ends of the RCA jacks were unattached at the time of the search
and no external camera was located within this room.

The CPU was located on the right side of a desk that held a flat panel
LCD screen.  The desk also held another keyboard and mouse, indicative
of a second computer; however, no other computer was found.  It
appeared as though a second computer had been recently removed as the
cables ends from the monitor, keyboard and mouse were in the same
area.  A further search of the room revealed no media storage devices,
i.e. CD s, Floppy Disks, Zip Disks, etc.  This type of media is
commonly stored in an area where computers are placed, yet no media
was found.

After completing a search of this room, I secured the CPU and turned
all items over to the Evidence Custodian for future forensic analysis
via a property receipt.

I was then directed by Det. Recarey to a room designated as the Garden
Room, where I observed a wooden desk facing west.  The desk held a
flat screen LCD monitor, keyboard, mouse, media card reader and
printer; however, no CPU was located.  All of the cables were removed
from an area where a computer had once been.  A search of the desk
area revealed no signs of any media devices.

Det. Recarey directed me to a third location designated as the Cabana
room, which is detached from the residence and located just south of
the pool.  In the South East corner of the room, I observed an office
type setting, with an L-shaped desk holding a flat screen LCD monitor,
keyboard, mouse and printer; however, no CPU was located.  All of the
cables were removed from an area where a computer had once been.  A
search of the desk area revealed no signs of any media devices.

```
-----------------------------------------------------------------------------
ate: 7/19/06          PALM BEACH POLICE DEPARTMENT        Page:        64
ime: 15:01:37              Incident Report           Program: CMS301L
-----------------------------------------------------------------------------
```

ase No. . . . : 1-05-000368                              (Continued)

Det. Recarey directed me to a second detached structure located on the
South East corner of the property.  This area of this structure was
assigned with single letters to identify a particular part of the
room.  In the office area, designated as Room B, I observed a powered
on Dell Dimension 2350, attached to an LCD flat panel monitor.  The
screen displayed an open Microsoft Internet Explorer browser with URL
address of http://home.bellsouth.net/.  I observed no other active
windows in the Start panel window and photographed screen.  The power
cord was removed from the back of the Dell CPU and I disconnected the
cable modem to prevent remote access.  At that time, the Dell CPU,
marked with Serial Number 6WTVN21, was secured and turned over the
evidence custodian for future forensic analysis via property receipt.
 I also located several media related items within Room B, which were
recorded onto a property receipt and turned over the Evidence
Custodians.

I then responded to a Bedroom designated as Room F, where I observed a
white in color CPU marked Premio.  The Premio CPU was in a computer
desk which held a white CRT monitor, both of which were powered on.
The CRT monitor displayed a message from Norton Antivirus software,
warning of an expired subscription.  I observed no other active
windows in the Start panel window and photographed screen.  I removed
the power cable from the back of the Premio CPU and shutdown all other
media.  The Premio CPU, marked with Serial Number 2000091078, was
secured and turned over the evidence custodian for future forensic
analysis via property receipt.  I also located several media related
items within Room F, which were recorded onto a property receipt and
turned over the Evidence Custodians.

This concluded my participation in the search of the residence.


:********************* N A R R A T I V E  # 28 ***********************
\                   Reported By: RECAREY, JOSEPH            12/21/05
                    Entered By.: ALTOMARO, NICKIE A.        12/21/05


On December 20, 2005, I contacted ASA Daliah Weiss in an attempt to
subpoena the Epstein former houseman, Alfredo Rodriguez.  Rodriguez,
who resides in Miami, had eluded the process servers previously and
was not served the investigative subpoena.  A telephone message was
left as she is not available during the week of 12/19/2005.  I made
contact with State Attorney Inv Theresa Wyatt and requested the same
via telephone message.

I then researched the victim's ███ cellular telephone subpoena data
which had been received from a previous subpoena request.  I analyzed
the records which depict several calls from Haley Robson.  The
telephone calls start on February 6, 2005 at 12:49 pm.; the same day
which the victim and the victim's father stated the incident occurred
at Epstein s house.  The first incoming call was from Robson's
residence at 561 333-0180.  The second incoming call from Robson's

---

---

ase No. . . . : 1-05-000368                              (Continued)
cellular phone 561-308-0282 occurred at 1:02 pm. The call durations
were one minute or less.  The time frame was within thirteen minutes
apart.  It should be noted that Robson s residence was in close
proximity to the victim's.  The next call occurred at 5:50 pm when the
victim telephoned Robson s residence.  Several calls were made after
the above mentioned calls both incoming and outgoing to Robson.
Further analysis showed no telephone calls to either Robson's cellular
telephone or Robson's residence were registered prior to February 6,
2005.

Additionally, I also conducted an analysis on the telephone calls from
305-710-5165.  The subscriber information confirmed that the number is
registered to Paul A Lavery from Hialeah, Florida.  The address was
crossed referenced to the Office of Kiraly and Riley Private
Investigators.  I researched the web page www.rileykiraly.com which
also showed various cases in which they assisted.  I also located
another web site under www.coralspringssparklandrotary.org in which
Mr. Riley attended a Miami Rotary meeting and confirmed Atty. Roy
Black is among his clientele.

The telephone calls revealed Lavery had telephone contact with ██████
██████, ████████████ and ████ ██████ either just after I attempted to
interview them, or just prior.  A background was conducted on Lavery
which revealed he holds a current Private Investigator License.  A
criminal arrest record revealed he had been previously arrested for
possession of cocaine and solicitation of prostitution.

I also researched the girls using www.myspace.com.  This web site is a
new social networking service that allows members to create unique
personal profiles online in order to find and communicate with old and
new friends.  The site allows one to establish your own myspace.com
page and decorate the page any way one wishes.  I found the following
people have myspace sites:  Haley Robson, ████████████, ████████████
████████, ████████, ████████, ████████, ████████ and

I received a Cingular Wireless packet which contained a CD which
contained the results of the subpoena request for verbatim calls on
████████  An analysis will be conducted in the near future on the
phone numbers called.

Investigation Continues.


*********************** N A R R A T I V E  # 29 ***********************
                    Reported By: RECAREY, JOSEPH                   12/27/05
                    Entered By.: ALTOMARO, NICKIE A.                12/29/05

Upon doing research on the message books recovered in the search
warrant, I located the identity of ████████  The telephone number
████████was registered to ████████████  She currently is
seventeen years old and is attending the ████████████.  I

```
--------------------------------------------------------------------
ate: 7/19/06         PALM BEACH POLICE DEPARTMENT      Page:    66
ime: 15:01:37              Incident Report         Program: CMS301L
--------------------------------------------------------------------
```

ase No. . . . : 1-05-000368                        (Continued)
responded to ████████████████         also known as the ████
████████ I located the ███████████       I located██████████
████████ inside the foundation and informed her that I was
investigating a case against Jeffrey Epstein and knew she had been at
the house. ███████████ started to cry and advised she had put that part
of her life behind her.  I explained that although she is seventeen
years old I needed to inform her parents that she would be
interviewed.  She provided her home telephone number.  I attempted
contact and left voice mail messages at the house to speak with her
parents.

Det. Caristo and I then located ████████ ██████ at her residence located
at ██████████ in ██████████        I attempted to interview her
about Jeffrey Epstein.  She advised she is so in love with Jeff
Epstein and would do anything for him.  She further explained that she
would not speak with us about him either negative or positive.  She
asked us to leave her property.  I informed her that although she did
not wish to speak with us, I had sufficient information at this point
in the investigation to know she was at Epstein's house and provided
girls to Epstein to work.  I also explained that prior to our arrival
at her residence I had telephone contact with her father, ██████████
██████████, who was told she would be interviewed.  ████████████ is
currently seventeen years old and as a juvenile, parental notification
would be required.  We then left the area and returned to the police
station.

While at the police station, I left another telephone message for
██████████ parents.  I began an analysis of Sarah Kellen's Cellular
telephone.  The telephone number 917-855-3363 is assigned to Sarah
Kellen and the financially responsible party is Jeffrey Epstein of 457
Madison Ave. in New York City, New York.  The time frame which was
subpoenaed was September 2005, through October 2005.  There were
eighty seven pages of calls made either to the cell phone or from the
cell phone.  The local (561) numbers were analyzed.  A spread sheet
was prepared and placed into the attachment file of who was called.

The unknown numbers were researched using FoneFinder.com and subpoenas
were requested to determine subscriber information.  This was done to
identify additional victims or witnesses.  The analysis revealed that
Kellen had called the victim/witnesses frequently when Epstein was in
the Town of Palm Beach to "work." This confirms what the girls
interviewed had previously stated.  Kellen would notify them when
Epstein was in town and their willingness to "work." The CD was placed
into evidence.

Investigation Continues.

*********************** N A R R A T I V E   # 30 ***********************
            Reported By: RECAREY, JOSEPH                1/03/06
            Entered By.: ALTOMARO, NICKIE A.             1/03/06

On December 29, 2005, I received a facsimile from National Compliance

```
-------------------------------------------------------------------------
)ate:  7/19/06            PALM BEACH POLICE DEPARTMENT          Page:      67
'ime: 15:01:37                  Incident Report                Program: CMS301L
-------------------------------------------------------------------------
```

:ase No. . . . : 1-05-000368                              (Continued)
    Center from Cingular Wireless for telephone number 561-308-0282.  This
    was the telephone number for Haley Robson during the time frame when
    the victim, ████ was brought to the Epstein house to "work."   An
    analysis of the phone records, of all incoming and outgoing calls,
    showed that on February 6, 2005, the day the victim, ████ was brought
    to the house, Robson first called Sarah Kellen, Epstein's assistant,
    at 917-855-3363 at 12:50 pm (EST).   The next call was made to Epstein's
    house in Palm Beach, at 12:52 pm (EST).   The following call was made
    to the victim, ████ at 1:01 pm (EST) and at 1:02 pm (EST).   This
    confirms the information provided by the victim and victim's father.
    I photo copied the records and enlarged the page 8 of 10 to show the
    calls made by Robson on February 6, 2005.

    To this date, I have not heard from ████████ ██████████ parents.   I
    will attempt to establish contact with them during the evening hours.
    I received a package from Atty. Guy Fronstin, which was hand
    delivered at the police station.  Within the package, was a letter
    from Alan Dershowitz, and two www.myspace.com profiles.  The profiles
    were that of ██████████████ and ██████████        MySpace.com is a social
    networking service that allows members to create unique personal
    profiles online in order to find and communicate with old and new
    friends.   This package was in response to a previous meeting in which
    Mr. Dershowitz called to assist in the investigation in providing any
    additional witnesses such as house employees who have been reluctant
    to speak with law enforcement.

    I reviewed the profiles Mr. Dershowitz enclosed. ██████ who designed
    her blog to be ██████████████████" still attends ████████████
    ████████████ sends and receives messages from friends which contain
    some profanity.  Upon reviewing her friends' comments section from
    Myspace, most of her good friends sent messages to establish contact
    and invite her to go out.

    I then reviewed ████████ ████████ web blog which was provided by Mr.
    Dershowitz.  Ms. ████████ designed her blog to be ████████████" Her blog
    states that her interests include music, theater and weed (Marijuana).
    I reviewed her packet in which ██████ declares her love for her live-in
    boyfriend.  She also describes using marijuana with her boyfriend ██
    ██████

    The letter Mr. Dershowitz sent advised he was looking into the
    allegation that one of the private investigators used by the private
    attorneys of Epstein, attempted to impersonate or state that they were
    police officers from Palm Beach.  Mr. Dershowitz advised that the
    investigators used to interview ████████ ██████████ had "quite a distinct
    speech impediment", did not claim to be nor did they impersonate
    themselves as a police officer.  This package was sent to both ASA
    Lana Belohlavic and ASA Daliah Weiss at the State Attorney's Office.

    I made telephone contact with ASA Weiss to confirm she received the
    package and request an interview with Sarah Kellen, Nada Marcinkova,
    and Janusz Banasiak.  She advised she would assist in attempting to

```
------------------------------------------------------------------------
ate:  7/19/06            PALM BEACH POLICE DEPARTMENT        Page:      68
ime: 15:01:37                 Incident Report           Program: CMS301L
------------------------------------------------------------------------
ase No. . . . : 1-05-000368                              (Continued)
```

    contact Mr. Dershowitz.

    On January 3, 2006, I received a telephone call from ASA Weiss who
    informed me that she made telephone contact with Mr. Dershowitz.  She
    had requested the employees be available the week of January 3, 2006.
    Mr. Dershowitz informed her that the assistants are out of the
    country and would require additional time to locate them and make them
    available.

    Investigation Continues.

***************************  N A R R A T I V E   # 31  ************************
A                Reported By: MINOT, LORI S.                    1/03/06
                 Entered By.: ALTOMARO, NICKIE A.               1/03/06

    On Thursday, 03/31/05, I started conducting surveillance at 358 El
    Brillo.  At this point I observed at 1155 hours, a Tan Altima bearing
    FL tag A303AN in Roadway, Black SL bearing FL tag V55RFW in drive, Tan
    Honda Civic bearing FL tag X98APM in Roadway, Black Chevy Suburban in
    driveway and a Black Caddy Escalade in driveway.  At 1325 Hours I
    observed Tan Honda Civic X98APM in roadway, Black Chevy Suburban in
    driveway, Black Caddy Escalade in drive and a White Kia car bearing FL
    tag D651BQ.  At 1615 hours I observed a Tan Honda Civic, X98APM in
    roadway, Black Chevy Suburban in drive, Black Caddy Escalade in
    driveway and a White Kia car D651BQ in roadway.

    On Friday, 04/01/05, I continued surveillance at 358 El Brillo.  At
    1130 hours I observed a Tan Honda Civic bearing FL tag X98APM in
    roadway, Black Caddy Escalade in driveway and a Tan unknown make/model
    bearing FL tag A303AN in roadway.  At 1227 hours, I observed a Tan
    Honda Civic X98APM in roadway, Black Caddy Escalade in driveway and a
    Black Chevy SUV located behind the Escalade.  At 1345 hours, I
    observed a Tan Honda Civic X98APM in roadway and a Black Chevy SUV in
    driveway.  At 1558 hours, I observed a Tan Honda Civic X98APM in
    roadway, Black Chevy SUV in driveway, Black Caddy Escalade in driveway
    and a dark unknown model/make car parked in garage.

    On Saturday, 04/02/05, I continued surveillance at 358 El Brillo.  At
    0713 hours, I observed a Red Explorer bearing FL tag J98JEI in roadway
    and a Black Caddy Escalade in driveway.  At 0814 hours, I observed a
    Red Explorer J98JEI in roadway, Black Caddy Escalade in driveway and a
    Tan Honda Civic X98APM.  At 0952 hours, I observed a Red Explorer
    J98JEI in roadway, Black Caddy Escalade in driveway, Tan Honda Civic
    X98APM in roadway and also a Grey unknown make/model with a B.M in
    trunk retrieving landscaping tools.

    At 1155 hours, I observed a Grey Camaro bearing FL tag ████████, parking
    in the roadway in front of 358 El Brillo.  A W/F, blond hair, teens to
    early 20's, thin and tall wearing a white tank top and short blue jean
    shorts, exited the vehicle and walked to the rear of the house.  I
    also observed a Red Explorer J98JEI in roadway, Tan Honda Civic X98APM
    in roadway and a Black Caddy Escalade in driveway.  At 1310 hours, I

```
------------------------------------------------------------------------
Date:  7/19/06              PALM BEACH POLICE DEPARTMENT      Page:      69
Time:  15:01:37                  Incident Report             Program: CMS301L
------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                                    (Continued)
    observed a Red Explorer W/F driver leaving the area, Tan subcompact on
    roadway and a Red Neon bearing FL tag ████████. Then observed 3 W/Fs,
    approximately 16 to 18 years of age jogging.  All 3 females ran into
    the driveway.  There were 2 with blond hair and one brown hair.

    On Sunday, 04/03/05, I continued surveillance at 358 El Brillo.  At
    0719 hours I observed a Tan Honda Civic X98APM in roadway and a Black
    Caddy Escalade.  At 0934 hours, I observed a Tan Honda Civic X98APM in
    roadway and a Black Caddy Escalade in driveway.  At 1057 hours I
    observed only the Tan Honda Civic X98APM.

    On Tuesday, 04/05/05, I continued surveillance at 358 El Brillo.  At
    1052 hours, I observed a Red Explorer J98JEI in roadway, a Green
    Explorer, bearing FL tag F91KAK in roadway, a Grey Altima bearing FL
    tag A303AN in roadway, White Ford Truck H58LRA in roadway, Black
    Mercedes in driveway being washed by a B/M and an unknown dark car
    parked in the garage.  At 1059 hours a Blue Chevy Suburban drove to
    the house of 358 El Brillo and parked in the driveway.  At 1119 hours,
    I observed the White Fort Truck H58LRA leave the area and the drive
    was the pool man.

    At 1126 hours, I observed a Grey unknown make/model car park in
    roadway.  W/M got out of the car and walked to a house on the south
    side of El Brillo.  At 1406 hours, I observed a Red Explorer parked on
    roadway and a large white box truck parked behind the surveillance
    suburban.


*********************** N A R R A T I V E  # 32 ***************************
\                      Reported By: BATES, MICHAEL J.              1/03/06
                       Entered By.: ALTOMARO, NICKIE A.            1/03/06

    On 03/31/05, at approximately 1500 hours while conducting surveillance
    at 358 El Brillo, I observed a Black Cadillac Escalade, unknown tag, a
    Black Chevrolet Suburban, unknown tag, a Black Mercedes S600 FL tag
    U90BQL parked in the east driveway next to the 3-car garage.  There
    was a Tan Honda Civic FL tag X98APM parked on the street in front of
    the residence.

    At approximately 1700 hours, I observed the Black Suburban, Black
    Escalade, Black Mercedes and Tan Honda Civic parked in the same place.
    At 1750 hours, there was no change in vehicles.  At 1840 hours, I
    observed the Black Escalade, Black Suburban and Black Mercedes along
    with a Silver Hyundai Accent FL tag A136AN all parked in the east
    driveway and a Red Ford Explorer FL tag J98JEI parked on the street in
    front of the residence.

    At 2000 hours, I observed the Black Escalade, Black Suburban parked in
    the ease driveway and the Red Explorer and Tan Civic parked on the
    street.

    On Friday, 04/01/05 at approximately 1700 hours, I observed the Black

```
------------------------------------------------------------------------
ate:  7/19/06            PALM BEACH POLICE DEPARTMENT      Page:      70
ime: 15:01:37               Incident Report             Program: CMS301L
------------------------------------------------------------------------
```

ase No. . . . : 1-05-000368                          (Continued)

Escalade and Black Suburban parked in the east driveway and the Tan Honda Civic parked on the street in front of the residence. At 1820 hours, I observed the Suburban and Civic in the same place and a Gold Chevrolet Camaro FL tag ▮▮▮▮▮ parked on the street in front of the residence. At 2250 there was no change. At 2330, I observed the Black Escalade parked in the driveway and the Red Explorer parked on the street in front of the residence.

On Saturday, 04/02/05 at approximately 1700 hours, I observed a Black Escalade, unknown tag, parked in the driveway and a Tan Honda Civic FL tag X98AMP parked in the street in front of the residence. At 1805 hours the Escalade and Civic were in the same position and the Black Mercedes FL tag U90BQL was also parked in the east driveway. At 1920 hours the Escalade and Civic were the only vehicles and both were in the same position. At 2030 hours and 2145 hours there were no vehicles observed.

At 2115 hours, I observed a Black Mercedes, 4-door parked in the east driveway FL tag G14CT. At 2300 hours, 2350 hours and 0045 hours, the Black Mercedes was the only vehicle observed.

```
************************** N A R R A T I V E   # 33 *************************
                Reported By: RECAREY, JOSEPH              1/05/06
                Entered By.: ALTOMARO, NICKIE A.          1/05/06
```

I made contact with Mr. ▮▮▮▮▮▮▮▮▮▮▮ father of ▮▮▮▮▮▮▮▮▮▮▮ who was told that I wished to interview his daughter. Mr. ▮▮▮▮▮ stated he was aware and had spoken with his daughter about the incident. He stated that his daughter had previously told him that she was hired to model lingerie at a Palm Beach mansion. Mr. ▮▮▮▮▮ stated he knew nothing else about what she did when she went to "work." Mr. ▮▮▮▮ advised he would cooperate with the investigation and make his daughter available for interviews. I asked if she was available for an interview, ▮▮▮▮▮ stated she was not at home at the moment. I informed him I would make contact with her at a later time. Mr. ▮▮▮▮▮ expressed his interest in the resolution in this matter as he stated this information has affected his daughter emotionally.

On January 4, 2005, I acquired the subpoenas from the State Attorney's Office for Cingular Wireless, Metro PCS, Verizon, Bell South Telecommunications and Sprint for the unknown telephone numbers from Sarah Kellen's cellular telephone. The subpoenas were sent to the respective telephone carriers for subscriber information.

I received a telephone call from State Attorney's Office, who informed me that the former houseman for Jeffrey Epstein, Alfredo Rodriguez, was present at the State Attorney's Office for an interview. Rodriguez was issued an investigative subpoena for an interview on the on-goings at Epstein's house during his employ. I responded to the State Attorney's Office and encountered Mr. Rodriguez waiting in the lobby. I brought Mr. Rodriguez to the interview room.

```
--------------------------------------------------------------------------
Date: 7/19/06            PALM BEACH POLICE DEPARTMENT        Page:      71
Time: 15:01:37                 Incident Report              Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                                  (Continued)

During a sworn taped statement, Mr. Rodriguez stated he was employed
by Jeffrey Epstein for approximately six months.  He was referred by
associates and his employment lasted the months of November 2004
through May 2005.  His responsibilities as house manager included
being the butler, chauffer, chef, houseman, run errands for Mr.
Epstein and provide for Epstein's guests.  Rodriguez advised he had
very limited contact with Mr. Epstein.  If Rodriguez needed to relay a
message to Mr. Epstein, he would have to notify Epstein's secretary
"Leslie" in New York City, who would then notify Epstein's personal
assistant, Sarah, who would relay the message to Epstein.  Rodriguez
stated Epstein did not want to see or hear the staff when he was in
residence.

I asked Rodriguez if Epstein received many guests during his stay in
Palm Beach.  Rodriguez advised he had many guests.  I asked
specifically about masseuses coming to the house.  Rodriguez stated he
would have two massages a day.  Epstein would have one massage in the
morning and one massage in the afternoon everyday he was in residence.
 Rodriguez stated he would be informed to expect someone and make them
comfortable until either Sarah or Epstein would meet with them.

Rodriguez stated once the masseuses would arrive, he would allow them
entry into the kitchen area and offer them something to drink or eat.
They would then be encountered by either Sarah or Epstein.  They
would be taken upstairs to provide the massage.  I asked Rodriguez if
any of the masseuses appeared young in age.  He advised he didn't ask
their ages but felt they were very young.  Rodriguez stated they ate
like his own daughter who is in high school.  Rodriguez stated they
would eat tons of cereal and drink milk all the time.  Rodriguez
stated the girls that would come appeared to be too young to be
masseuses.  He stated one time under Epstein's direction, he delivered
a dozen roses to ████████████████████████████ for one of the girls
that came to provide a massage.  He knew the girls were still in high
school and were of high school age.  I asked Rodriguez about the
massages.  He felt there was a lot more going on than just massages.
He would clean Mr. Epstein's bedroom after the alleged massages and
would discover massager/vibrators and sex toys scattered on the floor.
He also said he would wipe down the vibrators and sex toys and put
them away in an armoire.  He described the armoire as a small wood
armoire which was on the wall close to Epstein's bed.

Epstein ordered Rodriguez to go to the Dollar rent a car and rent a
car for the same girl he brought the roses to, so that she could drive
her self to Epstein's house without incident.  Rodriguez said the girl
always needed rides to and from the house.  Rodriguez referred himself
as a "human ATM machine" and was ordered by Epstein to maintain a
minimum balance of $2,000 dollars on him at all times.  When a girl
would come by the house and Mr. Epstein was either not in residence or
was not at home at the time, Rodriguez was to provide the girl
(masseuse) several hundred dollars for their time and to notify
Epstein the amount they were given.  Epstein also ordered Rodriguez to

```
------------------------------------------------------------------------
ate:  7/19/06              PALM BEACH POLICE DEPARTMENT        Page:    72
ime: 15:01:37                  Incident Report           Program: CMS301L
------------------------------------------------------------------------
ase No. . . . : 1-05-000368                            (Continued)
```

purchase several gifts and provide them as tips to the girls. I asked
what kind of gifts. Rodriguez stated he purchased IPODS, jewelry,
anything the girls would want.

Rodriguez stated the amount of girls that came to the house was
approximately fifteen. Each of the girls knew each other and all
seemed to know at ████████████████████ who Mr. Epstein was.
When asked to identify these girls, Rodriguez stated he could not at
the moment but knew he wrote their names down on a journal he kept
during his employ with Mr. Epstein. He kept a journal in the event he
needed to explain either to Mr. Epstein or his assistants what was
done at the house or who visited the house as he stated he was
in-charge of Mr. Epstein's personal security while in Palm Beach. I
informed him I would need to view this journal to which he stated he
would research the book and contact me to provide the book. The
interview was concluded and left the area. I returned back to the
police station where the micro cassette was placed into evidence. At
approximately 7:20 pm, I was notified Rodriguez located the journal
and would call me on January 5, 2005 to provide the journal.


Investigation Continuesàà

`******************** N A R R A T I V E   # 34 ************************`
                    Reported By: RECAREY, JOSEPH            1/09/06
                    Entered By.: ALTOMARO, NICKIE A.        1/10/06


On January 5, 2006, I attempted to meet with Alfredo Rodriguez to
recover the folder or journal in which he kept the notes that were
given to him during his employ with Mr. Jeffrey Epstein. He kept this
folder to justify what he did during his employ should the need arise
to justify what occurred with the monies he had to keep or any
questions as to the petty cash he withdrew from the household account
from the bank. At approximately 10:00 pm, I attempted contact with
Mr. Rodriguez and discovered he was assisting his wife at her place of
employment and would not be able to meet with me. Mr. Rodriguez
stated he would meet with me on January 6, 2006, in Broward County, in
the morning hours.

On January 6, 2006, at approximately 9:00 am, I received a telephone
call from Mr. Rodriguez who advised he had the file in hand and would
be traveling northbound to meet with me in Broward County. At 10:50
am, I met with Alfredo Rodriguez at the parking lot of Bank of America
in Boca Raton on Yamato Road and Military Trail (known as the Polo
Center). Rodriguez produced a green folder which contained documents,
a note with Mr. Epstein's stationary with direction to deliver a
bucket of roses to ████████████████████████ after ██████████
high school drama performance. Also in that same note was direction
to rent a car for ████████  ██████ and direction to extend the rental
contract. I returned to the Palm Beach Police Station and placed the
folder into evidence.

I received a fax from Verizon from the subpoena request sent on

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ate:  7/19/06           PALM BEACH POLICE DEPARTMENT          Page:      73
ime: 15:01:37                Incident Report               Program: CMS301L
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

ase No. . . . : 1-05-000368                            (Continued)
     01-04-06, for telephone number 561-302-1844.  The phone number is
     registered to Dr Perry Bard, from West Palm Beach.  Dr. Bard is a
     chiropractor and has an office located 4275 Okeechobee Blvd in West
     Palm Beach.  The cellular number is Dr Bard's personal cellular
     number.

On January 9, 2006, Det. Caristo and I traveled to 622 Holly Drive in
Palm Beach Gardens in an attempt to locate Johanna Sjoberg, who had
been previously seen on the property and identified through her
Florida Drivers License and Florida license Plate.  A business card
was left for her to return my call.  We then traveled to the ▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮ and located ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ agreed to
speak with us and in a private room within the school provided us a
taped statement.

During the statement, ▮▮▮▮▮▮▮ advised that when she was fifteen or
sixteen years of age, she was taken to Jeffrey Epstein's house by her
associate, ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮ stated this occurred late May 2004
or early June 2004.  She was told she could model lingerie for money
for a wealthy Palm Beacher.  She remembered they traveled by yellow
cab from their residence in West Palm Beach to Epstein's house.  She
remembered encountering Epstein at the front door during the evening
hours.

He introduced himself and brought them into the kitchen so that the
chef could prepare something for them to eat.  After having a meal,
▮▮▮▮▮ and Epstein brought ▮▮▮▮▮ upstairs to a master bedroom which
had a large bathroom.  She observed a large style shower, sauna and
there was a large massage bed also in the bathroom.  Epstein entered a
room within the bathroom and came out wearing only a towel.  ▮▮▮▮▮▮
said they would provide a massage on his feet.  ▮▮▮▮▮ asked why they
are doing this.  ▮▮▮▮▮ told her this was part of the routine and told
her to rub his legs and calves.  Epstein had told ▮▮▮▮ to get
comfortable.  ▮▮▮▮▮ continued rubbing Epstein's calves and feet.  At
Epstein's direction, ▮▮▮▮ then left the room leaving ▮▮▮▮▮ there
by herself.  Epstein told ▮▮▮▮▮ to get comfortable.  ▮▮▮▮ removed
her blouse and pants and stayed in her panties.  ▮▮▮▮▮ stated she
was not wearing a bra.  She believed she was wearing thong panties.
Epstein turned over onto his back and began touching her.  Epstein
touched her breasts and began touching her in her vagina area.
Epstein instructed her to rub his chest and rub his nipples.  ▮▮▮▮▮
stated the touching consisted over the panties on the first time; he
stroked her vagina but stayed on top of the panties.  During the first
massage, she stated Epstein was stroking her and began masturbating
himself at the same time.  He put his hands under the towel and
appeared as to masturbate himself however she never saw his penis.
She continued rubbing his chest until he grabbed her and pulled her
closer to him.  He appeared to have climaxed because after he pulled
her closer to him the massage was over.  Epstein had told her that
there was two hundred dollars for her on the dresser.  He told her
that she could not tell anyone what happened at the house or bad
things could happen.  ▮▮▮▮▮ stated she went to Epstein's house three

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ate:  7/19/06         PALM BEACH POLICE DEPARTMENT           Page:      74
'ime:  15:01:37             Incident Report            Program:  CMS301L
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

ase No. . . . : 1-05-000368                            (Continued)
or four times total.  ███████was very scared and felt very nervous.
She knew because of Epstein's money he was powerful.  After the
massage, Epstein ordered his houseman at the time to drive the girls
home.  The employee was to drop off the girls at their house and watch
them go inside their house.

███████could not remember who the houseman was.  She stated Epstein
and his assistant Sarah would call her at her father's house to
arrange for her to come and "work."  She advised each time she returned
to the house, Epstein would do the same thing.  ████████stated it was
a routine with Epstein.  She would rub his feet and calves.  He would
then turn over and begin to touch her on her vagina area.  The only
difference was that it was done without panties.  Epstein's fingers
would stroke her vagina area as he would masturbate and finally climax
and the massage would be over.  She was paid $200.00 each time she
went.  Each time she went she was reminded not to speak of what
happened at the house and that she would be contacted again.  She
began to purposely miss the calls when either Sarah or Epstein would
call her.  She once brought a friend, ██████████unknown last name, to
work for Epstein.  She was paid $200.00 for bringing ██████ █████████
stated she no longer retuned to work for Epstein.  She also stated
that she wanted to notify the police of what happened at the house.
██████████stated she was scared of what could have happened to her or
her family if she notified authorities.

On January 10, 2006, I received the results from the subpoena from
BellSouth Telecommunications for telephone number ████████████  The
number is assigned to Mr. ████ ██████, █████████████ father in ████
███████████  I also received the results from Western Union which
confirmed the money order sent to █████████████ from Jeffrey
Epstein in New York City.  The "wire" was sent by Jeffrey Epstein of
457 Madison Ave in New York City on December 23, 2004 at 12:05 pm.
The amount of $222.00 was charged to Epstein's credit card so that
█████████ could receive $200.00 in ███████████████  The twenty-two
dollars was for processing and local fees to send the money via
Western Union.  A copy of the check presented to ██████ was also
attached to the receipt of the wire.  This confirmed what █████████
advised she received as a Christmas bonus from Epstein.

Investigation continues.

*********************** N A R R A T I V E  # 35 ***********************
                    Reported By: RECAREY, JOSEPH           1/10/06
                    Entered By.: ALTOMARO, NICKIE A.        1/10/06

I received and reviewed the Cingular Wireless results from the
subpoena requests for subscriber information for telephone numbers
561-818-8361, 561-389-6874 and 561-309-0079.  The first number,
561-818-8361, is assigned to Janusz Banasiak in care of Jeffrey
Epstein of 457 Madison Ave in New York City.  Banasiak is the current
houseman/house manager for 358 El Brillo Way in Palm Beach, Fl 33480.
The second number, 561-389-6874, is assigned to Christina Venero of

```
--------------------------------------------------------------------------
ate:  7/19/06           PALM BEACH POLICE DEPARTMENT          Page:    75
ime:  15:01:37                Incident Report             Program: CMS301L
--------------------------------------------------------------------------
```

ase No. . . . : 1-05-000368                              (Continued)
    1685 61st Drive in West Palm Beach.  Research conducted on Venero
revealed she is a licensed Massage therapist with a Florida
conditional/active license number MA39723.  Venero had been previously
arrested for battery / unwanted touching and DUI.  Requests for copies
of the reports involving the arrests were requested from the Palm
Beach County Sheriff's Office.  The last number 561-309-0079 is
assigned to Thomas Rofrano of 9850 Alt A1A in Palm Beach Gardens.
Research on Mr. Rofrano, revealed that he is a Florida Chiropractic
Physician.

Vehicles that were previously documented on the property while
surveillance was being conducted were researched.  I determined a tan
Chevrolet Camaro, bearing Florida license ████████ was seen on the
property in which a young white female was seen entering the Epstein
property.  Research was conducted which revealed that the vehicle is
registered to ████████ of ████████.  Mr. ████████ has two daughters,
████████ and ████████████ is currently residing in
Connecticut and ████████████ is residing with her father in ████.
████ Research on ████████████ revealed she was recently involved
in a traffic stop in Lake Clarke Shores in May 19, 2005.  A request to
discover any information from the stop was requested.

I spoke with ASA Daliah Weiss who informed me that Janusz Banasiak
will be available for an interview tomorrow at the State Attorney's
Office in West Palm Beach at 1:30 pm.  I informed her that I would be
at her office for the interview.

*********************** N A R R A T I V E   # 36 ***********************
           Reported By: RECAREY, JOSEPH                  1/23/06
           Entered By.: ALTOMARO, NICKIE A.              1/23/06

On January 19, 2006, Det. Caristo and I met with Johanna Sjoberg at
622 Holly Drive in Palm Beach Gardens.  Sjoberg was identified as a
licensed massage therapist who had previously been seen on Epstein's
property when physical surveillance was done.  Sjoberg was told of the
on going investigation and I felt she may have information pertaining
to the case. During a sworn taped statement, Sjoberg stated she met
Epstein three years ago when Ghaline Maxwell approached her while she
was attending Palm Beach Atlantic College to work around Epstein's
house.  Maxwell had told her that they needed some girls to work at
the house to answer phones and run errands.  Sjoberg accepted the job
and began working at Epstein's house on El Brillo in Palm Beach.
Sjoberg stated it was a part time job during the time she went to Palm
Beach Atlantic College.  She continued going to Epstein's house and
would be notified when Epstein would travel to Palm Beach.  Sjoberg
advised she would be notified by Maxwell, Epstein or Sarah, his
assistant, when he would travel to Palm Beach.  Sjoberg stated she
began providing massages to Epstein before she became a massage
therapist.  She continued giving massages not only to Epstein but to
Nadia Marcinkova, and Sarah, his assistant.  Sjoberg was asked about
what occurred during the massages.  Sjoberg stated as she was twenty

```
-----------------------------------------------------------------------
ate:  7/19/06          PALM BEACH POLICE DEPARTMENT         Page:      76
ime: 15:01:37              Incident Report             Program: CMS301L
-----------------------------------------------------------------------
```

ase No . . . : 1-05-000368                              (Continued)

three years old when she met Epstein, anything that happened was
between two consenting adults. I explained to her that she was not in
any trouble however as part of this investigation, I needed to ask
certain questions. Sjoberg stated that there were times that Epstein
would ask her to perform during the massage. He would instruct her to
rub his nipples as he masturbated himself. Sjoberg stated she felt
"grossed" about the behavior but as she was getting paid, she just
continued. Sjoberg also advised she would on occasion perform the
massages naked. Epstein would on occasion, utilize the
vibrator/massager on her vagina area when she performed the massages.
Sjoberg explained that Epstein never exposed himself to her as he
maintained himself covered under the towel he would be wearing. When
Epstein would masturbate he would be covered.

I asked if Sjoberg ever received any gifts, or any gratuities from
Epstein. Sjoberg advised aside from being paid well, she advised
Epstein took care of her tuition from Palm Beach Atlantic College.
She received a rental car for a week when her scooter broke down.

Additionally she received other gifts from Epstein. Epstein also
recommended her to another client who resides at Breakers Row in Palm
Beach. The client she was referred to was "Glenn" unknown last name,
and his wife, who she provided a massages to. The statement was
concluded and placed into evidence upon our return to the Palm Beach
Police Department.

While at the police station, I researched Florida tag ████████which
was also previously seen on the property when there was physical
surveillance being done at the property. The vehicle is registered to
████████ ████ of ████████ ████████ Researching Mr. ████ and the
vehicle revealed that his daughter, ████ ████████ had been driving
the vehicle and was cited for unlawful speed in Lake Clark Shores.
The vehicle is a tan, Chevrolet Camaro, 2-door. I researched ████████
████████, date of birth, ████████, resides at ████████████████ in
████████, ████████ has a my space page called
www.myspace.com/████████████. In her web page, shows various photos of
████████ photographed at a beach. An interview is forthcoming.

A review of the video disks which was extracted at the Palm Beach
County Sheriff's Office Computer Crime Unit revealed that only one
hidden camera was functional at the time. Several images of Epstein
working at his office were seen. Additional footage of Sarah Kellen
and Nadia Marcinkova was seen. There was other footage of females
seen. The identity of the females is unknown at this time, until such
time as I meet with certain females to show the video footage to
confirm if, in fact, it is them on the video. At this time it appears
that ████ ████████ and Haley Robson are seen sitting with Epstein beside
his desk in the evening hours. Due to poor lighting, a direct
confirmation cannot be made at this time.

Inv. Continues.

```
-----------------------------------------------------------------------
ate:  7/19/06            PALM BEACH POLICE DEPARTMENT        Page:      77
ime: 15:01:37                 Incident Report            Program: CMS301L
-----------------------------------------------------------------------
```

ase No. . . . : 1-05-000368                            (Continued)
************************* N A R R A T I V E   # 37 *************************
A
                       Reported By: RECAREY, JOSEPH              1/30/06
                       Entered By.: ALTOMARO, NICKIE A.          1/30/06

On January 25, 2006, Det Caristo and I, responded to ███ ██████████
██████ in ██████████ and met with ██████ ███ ██████ stated last
year, when she was seventeen years of age, she met Jeffrey Epstein
through her former room mate ██████ ███ was allegedly dating
Epstein at the time. ██████ and ████ had once cohabitated together
when they modeled. ████ explained ██████ called her on her telephone
and advised her that she was in Palm Beach and requested to see her.
██████ made arrangements to meet with her at Epstein's house. ████
arrived and met Epstein and ████. ███ and ████ went to the Palm
Beach Mall together and went shopping. ██████ advised that ██████ and
she had received money from Epstein to go to the mall.  They visited
Victoria's Secret and purchased undergarments from the store utilizing
monies given by Epstein.  ██████ advised she purchased one item and
██████ purchase various items.  The money used to purchase the items
was the money given by Epstein.

██████ and ████ continued shopping and having a day together. ████
stated ████ explained how she and Epstein have been dating each other
and he has been paying all of her bills. ██████ claimed ██████ advised
they met in New York and had been dating ever since.  They later
returned to Epstein's home and encountered Epstein.  He had a brief
conversation with ████ about her modeling career.  He knew of her
modeling career from ████ He requested to see her modeling
portfolio and explained that he could help her with modeling jobs.
████ had her book with her to show ████ and showed the book to
Epstein.  He commented negatively about her photographs and portfolio.
██████ felt uncomfortable with the comments made as she had been
working with other professional modeling companies who had offered her
work from her photographs.  Epstein requested to see what was
purchased at the mall. ██████ took out the undergarments which were
purchased.  She immediately showed Epstein different sets purchased.
Epstein then requested to view what ████ purchased. ██████ was
reluctant to show the outfit however since it was Epstein's money that
purchased the item, she pulled it out of the bag.  Epstein asked her
to try it on. ██████ looked at ████ who told her "yeah, try it on."
Feeling compelled to try the undergarment outfit on; she went to
another room and put on the bra and panty set.  She walked out to the
living room where they were sitting, and modeled the suit.  She then
went back into the other room and changed back into her clothes.
██████ returned into the room and told ██████ she would be going home.
██████ scheduled another day for ████ to return for massages with her.

██████ stated within that same week, she returned to meet with ██████
and have a massage. ██████ had told her that she would be unable to
stay with her as she would be going on a bike ride with Epstein.
██████ explained she could stay at the house and take advantage of the
massage.

---
```
ate:  7/19/06              PALM BEACH POLICE DEPARTMENT              Page:      78
ime: 15:01:37                    Incident Report               Program: CMS301L
```
---

ase No. . . . : 1-05-000368                                      (Continued)

████ stated she met with an unknown massage therapist and had the
table already set up in a guest room.  ████ removed her clothing,
leaving her panties on, and wrapped herself with a towel for the
massage.  ████ remembered that the door to the guest room was closed
but not locked.  As the therapist was working her back, the door was
opened by Epstein and entered into the room.  ████ was trying to
conceal herself as Epstein was talking to her about his chiropractic
session.  Epstein told ████ turn over onto her back.  ████
eventually turned over exposing her breasts to Epstein as he applied
pressure on her shoulder and her waist.  ████ stated Epstein "popped"
her back.  ████ removed her self from the table, got dressed and left
the house.  ████ further stated ████ had attempted to call her on
several occasions to invite her back to Epstein's house to which ████
replied "I'm busy."  ████ advised she has not had contact with either
████ ████ or Jeffrey Epstein.  It should be noted that her mother,
████ ████ was present during the interview.  The interview was
concluded and we thanked them her for their time.


*********************** N A R R A T I V E   # 38 ***********************
\                      Reported By: RECAREY, JOSEPH              1/31/06
                       Entered By.: ALTOMARO, NICKIE A.          1/31/06


On January 27, 2006, I made telephone contact with Christina Venero,
at 772-878-7280.  Venero is a licensed massage therapist who had
frequented the home of Jeffrey Epstein.  Ms. Venero has been unable to
meet with me in Palm Beach County, and because she lives and works in
Port St Lucie, a telephone interview was conducted.  I explained to
Ms. Venero that there was an on going investigation involving Jeffrey
Epstein.

Venero stated she knows Epstein and has been employed by him for
approximately three years.  Epstein has paid Venero to perform Swedish
Massages (Deep Tissue) on him and other guests.  Venero explained that
approximately three year ago she met Ghislaine Maxwell and Jeffrey
Epstein through a mutual friend.  Epstein and Maxwell were looking for
a massage therapist.  Venero stated since that time, she is notified
when Epstein is coming to Palm Beach.  Venero stated she comes to his
house and provides the massage or massages.  Venero explained she has
also massaged his guests and assistants.  Venero continued that she is
paid $100.00 and hour for the massage.

I asked Venero if anything occurred during the massage that would have
made her feel uncomfortable.  Venero stated she only provided massages
and that was it.  She never was approached for anything else.  I asked
if Epstein ever asked her to rub his chest she stated she would not
rub his chest as that is not part of her massage.  Venero explained
that she was not Epstein's type.  The girls she would see at Epstein's
house were very thin, beautiful and without tattoos.  Venero explained
she has several tattoos that are visible.  Maxwell and Epstein have
commented negatively about her tattoos previously when she has
provided massages.

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ate: 7/19/06        PALM BEACH POLICE DEPARTMENT        Page:      79
ime: 15:01:37            Incident Report            Program: CMS301L
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

ase No. . . . : 1-05-000368                    (Continued)

Venero stated she only provided massages for Epstein and his
associates and nothing happened during those massages. Venero stated
as she does Swedish style massages, the patient is usually sore after
the massages. I thanked her for her assistance and the interview was
concluded at this time.

I received a facsimile from T-Mobile Cellular service on telephone
number 561-317-5844, which is assigned to David Rodgers, pilot for Mr.
Epstein, who resides in Lake Worth. Rodgers' telephone number was
dialed on several occasions by Sarah Kellen. A background on Rodgers
indicated he has a valid FAA pilot license First Class for the
Southern FAA Region. Rodgers has another historical FAA license for
Airline Transport Pilot.

Investigation Continues.

*********************** N A R R A T I V E  # 39 ***************************
                    Reported By: RECAREY, JOSEPH              2/14/06
                    Entered By.: ALTOMARO, NICKIE A.          2/16/06

On Friday, February 3, 2006, I had made arrangements to meet with
Joanna Harrison at the Palm Beach Police Station. At approximately
1:00pm, Harrison and her friend, Victoria Bean arrived at the police
station. During an interview with Harrison, she stated she met
Epstein when she turned eighteen years old and was brought to
Epstein's house to provide a massage. She advised this occurred on
May of 2005. She advised Haley Robson had informed her if she wanted
to provide a massage for $200.00. Harrison agreed and was brought to
Epstein's house to provide a massage. Harrison stated she had been to
the house on many occasions during the massage sessions. Harrison
also stated she would remove her clothing to provide the massage on
Epstein. Harrison advised Epstein would pay her $300.00 to rub his
back, legs and chest. During the massages, Epstein would masturbate
himself as she rubbed his chest. I asked her if Epstein ever touched
her breasts during the massages. Harrison replied. "Yes." I asked her
if Epstein ever touched or massaged her vagina. Harrison stated he
had on several occasions. I asked her if he ever penetrated her with
either his penis or any other objects. Harrison stated that during a
massage he inserted his fingers in her vagina as she massaged him.
She stated this occurred one time only. Harrison stated the massage
would be over when Epstein would climax onto a towel. I asked
Harrison if she had any formal massage training to which she replied
that she did not. Harrison was then asked if she ever brought anyone
to the house to "work." Harrison stated she brought two people to the
house. She advised she received money for bringing people to the
house to "work." Harrison stated she brought a girl named ███████ and
her friend Tory Bean. Bean was still waiting for Harrison in the
lobby of the police station. I thanked Harrison for her time and her
cooperation and escorted her to the lobby.

I asked Ms Bean if I could speak with her about this investigation. I

```
ate: 7/19/06          PALM BEACH POLICE DEPARTMENT          Page:    80
ime: 15:01:37              Incident Report            Program: CMS301L
```

ase No. . . . : 1-05-000368                          (Continued)

brought her to the interview room and explained to her that I was
conducting an investigation on Jeffrey Epstein and felt she may have
information pertaining to the investigation.  Ms Bean identified
herself as Victoria Bean and resides in Wellington, Florida.  She
advised approximately a year ago she was brought to Epstein's house to
provide a massage for money.  Bean stated she needed to make money and
felt it was a quick way to make some money.  Bean stated she was
brought to the house by Harrison and was introduced to Epstein and his
assistant.  She was brought to his main bathroom and provided a
massage.  I asked her if she provided the massage naked.  Bean stated
she did.  She rubbed Epstein's legs, back and chest.  I asked Bean if
Epstein touched her during the massage.  She advised he did not,
however he did masturbate himself as she rubbed his chest.  Once he
climaxed the massage was over.  She was paid her money and left the
area.  Bean advised it occurred one time and she never returned to
Epstein's house.  The interview was concluded and Bean was escorted to
the lobby.

I located a telephone number for ▓▓▓▓▓ ▓▓▓▓ and attempted to
contact her on several occasions.  I called ▓▓▓▓▓▓▓▓▓ and spoke
with Ms. ▓▓▓▓ who advised she would speak with me in ▓▓▓▓▓▓
where she resides.  Due to a scheduling conflict, we were unable to
meet.  I informed her I would contact her to schedule another
appointment to speak with her about this investigation.  I have
attempted to meet with her and make telephone contact with negative
results.

On February 13, 2006, I met with David Rodgers at 7318 Heathley Drive
in Lake Worth.  Rodgers was identified as Epstein's pilot.  I spoke
with Rodgers who advised he has been employed with Epstein since 1991.
He flies both planes for Epstein depending where he wants to fly to.
Rodgers was asked about passengers in the plane he flies.  Rodgers
stated unless Epstein flew to his island off of St Thomas, there would
be no way of knowing who the passengers were.  I mentioned a recent
flight to Ohio, where Rodgers flew to Ohio to pick up ▓▓▓▓▓▓
Rodgers stated he recalled flying on several occasions and did
remember ▓▓▓▓▓.  Rodgers stated once he is in the cockpit, he does not
know who the passengers are.  When he prepares the passenger
manifests, he lists Epstein and his assistants he knows by name, Sarah
and Adrianna.  Rodgers stated he would list either female or male
passengers on the manifests only to keep a count on the passengers.
Mrs. Rodgers came into the living room and recommended that her
husband consult with an attorney.  Mr. Rodgers agreed he would speak
with the family attorney to inform him of this questioning.  I
explained to Mr. Rodgers that he was not the suspect in this
investigation and ceased all questions.  Based on the fact Rodgers
could not advise who passengers were in the plane, I then left the
area.

I attempted to locate ▓▓▓▓▓ ▓▓▓▓▓▓ at ▓▓▓▓ ▓▓▓▓▓▓ ▓▓▓▓▓ in
▓▓▓▓▓▓▓▓.  I left my business card for her to return my call.  On
February 14, 2006, at 12:06 pm, I received a call back from Ms. ▓▓▓▓▓

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ate: 7/19/06           PALM BEACH POLICE DEPARTMENT             Page:     81
ime: 15:01:37               Incident Report              Program: CMS301L
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

ase No. . . . : 1-05-000368                            (Continued)
    on my voice mail.  Ms ████████ left her telephone number for a return
    call 561-662-3098.  I left her a message to return call.

       Investigation Continues..

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* N A R R A T I V E   # 40 \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
                     Reported By: RECAREY, JOSEPH          2/21/06
                     Entered By.: ALTOMARO, NICKIE A.       2/22/06

    On February 15, 2006, I made telephone contact with ████████ ████████ who
    provided directions to where I could locate her.  Det Caristo and I
    responded to 806 Old Dixie Hwy in Lake Park to meet with ████████
    ████████.  Upon my arrival, I met with ████████ in the parking lot directly
    behind MAACO Auto Painting.  She was advised I was there to speak with
    her about an ongoing investigation that concerned Jeffrey Epstein in
    Palm Beach.  ████████ stated she knows Epstein very well and did not want
    to speak with me about Mr. Epstein.  She was very fond of Epstein and
    did not want to speak with me about anything concerning Jeffrey
    Epstein.  I explained to her that she was seen at the house and I
    would like to speak with her.  She stated she knew there was an
    investigation and that I had spoken with other people and therefore I
    should know what happened at Epstein's house.  ████████ ended the
    conversation and walked back into her boyfriends business, Blanton
    Automotive.  Det Caristo and I left the area and returned to the
    police station.

       Investigation continues.


\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* N A R R A T I V E   # 41 \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
                     Reported By: RECAREY, JOSEPH          4/10/06
                     Entered By.: ALTOMARO, NICKIE A.       4/10/06

    A Grand Jury Session was requested during the month of February 2006,
    in which all the girls that had been interviewed would have been
    called to testify before the Grand Jury to seek an indictment against
    Jeffrey Epstein.  Due to subsequent meetings with the State Attorney's
    Office and Defense Attorney Alan Dershowitz the Grand Jury was
    postponed until a later time.  Dershowitz had provided a package of
    material on the main victims in this case in which they appear on
    myspace.com and speak about alcohol use and some marijuana use.  The
    State Attorney's Office wanted time to review the material.

    I requested additional subpoenas from the State Attorney's Office in
    which I requested information from Dollar Rent a Car and Jet Aviation.
    The information requested from Dollar Rent a Car was for the rented
    vehicle by Alfredo Rodriguez while under the employ of Epstein for one
    of the victims.  The other subpoena requested was for Jet Aviation for
    dates and times when Epstein's planes were in Palm Beach County.

    I continued to research other names that were acquired either from
    interviews or intelligence gathered during the investigation.  I

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ate:  7/19/06        PALM BEACH POLICE DEPARTMENT        Page:     82
ime: 15:01:37              Incident Report          Program: CMS301L
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

ase No. . . . : 1-05-000368                        (Continued)
located ██████ ████████ in ██████ ████████. I responded to ████████
████████ in ████████. During the interview, ████████
stated she knew I would be speaking with her. ████████ stated she
was first introduced to Epstein when she turned eighteen years old.
██████████ stated she was sure of her age as it was her senior year in
██████████ ████████████████. She advised she was brought there to
make money and was told she would have to provide a massage to this
Palm Beach guy. She remembered she met Epstein and his assistant
Sarah in the kitchen area. She stated she was taken by one of her
friends, █████. She stated she went upstairs with Sarah while Epstein
got ready for the massage. He exited his bathroom naked and
turned around. Epstein asked her if being naked offended her.
████████ stated it made her uncomfortable. Epstein then put on a
towel and lay on the table. ██████████ stated she rubbed his back and
feet. She stated she had no massage training or experience.
██████████ stated during the massage, Epstein attempted to touch her
buttocks. ██████████ pulled away as he touched her buttocks. She told
him again she was uncomfortable with him touching her. Epstein then
cut the massage short and became upset with her. Epstein paid her
$200.00 for the massage and told her to leave the house. ████████████
never returned to the house. She did advise of one time she went with
███████████ however she waited in the car for ████████ as she did not
want to go into the house. At the conclusion of ██████████ visit with
Epstein they left the area. ██████████ stated she had heard from other
girls that have gone to the house that Epstein now required them to do
the massage naked and allow him to touch them in their private areas
for monies. The interview was concluded as ██████████ did not have any
other information to provide.

I then learned from the original victim, ████ the defense attorney had
learned of her identity. I spoke with the father of the victim, who
stated there has been a private investigator on his house
photographing his family and chasing visitors who come to the house.
He provided a Florida License of E79-4EH. This vehicle is registered
to Ivan Robles of West Palm Beach. Robles is a private investigator
intern who is licensed by the state. I informed the State Attorney's
Office of the above information.

I received the Grand Jury subpoenas to be delivered to three victims
for a Grand Jury session to be held on April 18, through April 20,
2006.

Investigation continues.

`*********************` N A R R A T I V E   # 42 `*************************`
                  Reported By: RECAREY, JOSEPH            4/14/06
                  Entered By.: ALTOMARO, NICKIE A.         4/18/06

The Grand Jury Subpoenas were personally served to the individuals
they were issued to. On April 5, 2006, at approximately 7:30 p.m., I
personally served the parents of ████ who had informed me that the
private investigators were still photographing the family. On April

```
ate:  7/19/06            PALM BEACH POLICE DEPARTMENT          Page:      83
ime:  15:01:37                 Incident Report              Program: CMS301L
```

se No. . . . : 1-05-000368                              (Continued)
     10, 2006, at approximately 2:30 p.m., I served▆▆▆at her residence in
▆▆▆▆▆▆▆▆▆▆▆▆▆       The subpoena was given to her mother, ▆▆▆

I learned through one of the victims ▆▆▆ that she was personally
contacted through a source that has maintained contact with Epstein.
The source assured▆▆she would receive monetary compensation for her
assistance in not cooperating with law enforcement. ▆▆▆also stated
she was told, "Those who help him will be compensated and those who
hurt him will be dealt with." I told▆▆▆that tampering with a
witness/victim is an arrestable offense and very serious.  I asked her
who approached her during this encounter. ▆▆▆originally was reluctant
to provide the name of the person who approached her to offer her not
to testify because she felt they were still friends.

On April 11, 2006, Det Dawson and I traveled to Tallahassee, Florida
and met with the victim,▆▆▆▆▆ identified ▆▆▆▆▆▆▆ W/F,
▆▆▆▆▆▆▆ as the person who approached her in Royal Palm Beach while
she was home during Spring Break in March 2006.▆▆▆also stated she
did not want to pursue the intimidation charges on ▆▆▆was
concerned that the defense attorney was given a copy of the report as
certain things she had told me in confidence were repeated to her by
Beal.  Prior to our departure, the victim was given a copy of her
subpoena for the Grand Jury which was scheduled to commence April 18,
2006.

Upon our return from Tallahassee, I notified the State Attorney's
Office of what was told to me.  I also notified them that the
subpoenas were delivered to the witnesses and they would be calling
for arrangements for the date and time needed for the Grand Jury.  I
spoke with ASA Weiss and informed her of the possible intimidation by
the defense.

On April 13, and April 14, 2006 I attempted contact on several
occasions with ASA Weiss and ASA Belohlavic to ascertain when the
victims needed to report for Grand Jury testimony. Messages were left
on their voicemail.  On April 17, 2006, during the hours of 9:00 am
and 11:30 am, I again left messages for ASA Weiss and ASA Belohlavic
for either of them to return my call as I had not heard from the State
Attorney's Office as to the time and date of the Grand Jury.

At approximately 12:30 pm, I went to the State Attorney's Office and
located ASA Weiss and ASA Belohlavic in their offices.  I entered ASA
Belohlavic's office who informed me that she was going to return my
call.  She explained that an offer was made to the defense, Atty Guy
Fronstin and Atty Alan Dershowitz.  The offer is 1 count of Agg
Assault with intent to commit a felony, five years probation, with
adjudication withheld.  Epstein would have to submit to
psychiatric/sexual evaluation and no unsupervised visits with minors.
When asked about the all the other victims, ASA Belohlavic stated
that was the only offer made as to one victim,▆▆▆ ASA Belohlavic
cell phone rang and went to voice mail.  She checked her voice mail
and played the message on speaker.  The caller identified himself as

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Date:  7/19/06          PALM BEACH POLICE DEPARTMENT          Page:      84
Time: 15:01:37               Incident Report              Program: CMS301L
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

Case No. . . . : 1-05-000368                            (Continued)
   Atty Guy Fronstin and acknowledged the deal made between them.
   Fronstin stated in the message, he spoke with his client, Jeffrey
   Epstein, and agreed to the deal.  Fronstin asked to call off the grand
   jury as they would accept this deal.  Belohlavic stated a probable
   cause would be needed to book Epstein in the county jail and would let
   me know as to when it would be needed.  I explained my disapproval of
   the deal and not being consulted prior to the deal being offered.
   However I expressed that was only my opinion and the final approval
   would come from the Chief of Police.  She explained to have Chief
   Reiter call Barry Krisher about the deal.  I left the area and
   returned to the police station where I briefed the Chief about the
   deal offered.

   I checked my voice mail messages and discovered a message from ███
   stepmother for the victim ████████  She was calling because the State
   Attorney's Office still had not returned any of her calls as to when
   they are needed for this case.  I then called ASA Belohlavic's office
   and left messages for her to call the victims on this case and
   explained to them what the State Attorney's Office had done.

   On April 17, 2006, at approximately 4:30 pm, State Attorney
   Investigator Tim Valentine called to officially notify me of the
   cancellation of the Grand Jury.  He requested I contact the victims
   that had been served to appear, to notify them of the cancellation.  I
   advised Valentine that as this Grand Jury session was called based on
   the State Attorney's Office decision to have the victims heard by the
   Grand Jury that I felt it was the States Attorney's Office
   responsibility to contact the victims and advise them of the reason
   they were no longer needed.


'* * * * * * * * * * * * * * * * * * * * * *  N A R R A T I V E   # 43 * * * * * * * * * * * * * * * * * * * * * * * *
                    Reported By: RECAREY, JOSEPH                    5/04/06
                    Entered By.: ALTOMARO, NICKIE A.                5/04/06

   As I had not received any contact from anyone at the State Attorney's
   Office, on May 1, 2006, I prepared three arrest warrant requests and
   submitted them to the State Attorney's Office.  The packages were
   delivered to the Crimes against Children Unit in care of ASA Lana
   Belohlavek.  Jeffrey Epstein's arrest warrant was requested for 4
   counts of Unlawful Sexual activity with certain minors and one count
   of Lewd and Lascivious Molestation.  Sarah Kellen, Epstein's
   assistant's, arrest warrant request was for 4 counts of Principal in
   the 1st degree Unlawful Sexual activity with certain minors and one
   count of Principal in the 1st degree Lewd and Lascivious Molestation.
   Haley Robson's arrest warrant request was for Lewd and Lascivious
   Acts on a victim under 16 years of age.  The receipt of delivery was
   signed and brought back to the records division at the police
   department.

   On May 3, 2006, at approximately 2:54 pm, I received a telephone call
   from ASA Daliah Weiss on my cellular telephone.  ASA Weiss advised she

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ate:  7/19/06          PALM BEACH POLICE DEPARTMENT          Page:     85
ime: 15:01:37              Incident Report             Program: CMS301L
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

ase No. . . . : 1-05-000368                          (Continued)
   has been taken off the Jeffrey Epstein case because her husband is
   employed with Attorney Jack Goldberger.  Attorney Goldberger is the
   attorney of record for Jeffrey Epstein.  His previous attorney, Guy
   Fronstin, has been fired from representation.  ASA Lana Belohlavek has
   been assigned the case.  ASA Weiss stated she can no longer speak
   about the Epstein case with me.  I thanked her for her telephone call.
   ASA Weiss further stated that ASA Belohlavek would be calling me.


************************ N A R R A T I V E   # 44 ************************
\                        Reported By: RECAREY, JOSEPH                5/15/06
                         Entered By.: ALTOMARO, NICKIE A.            5/15/06


   On May 10, 2006, information was received that Epstein's associate,
   Leslie Wexner, The Limited Inc, CEO's, plane had arrived in West Palm
   Beach, PBIA.  The plane, a Gulfstream 4 bearing a N900LS registration,
   was on the tarmac at Galaxy Aviation.  As Epstein had recently
   acquired the services of a new attorney, and the fact that Epstein's
   house is currently under remodeling, it was believed that Epstein may
   be in Palm Beach.  I conducted physical surveillance at the residence,
   358 El Brillo Way.  I observed a large construction crew conducting
   remodeling at the house.  The contractor, David Norr, was observed
   driving a Ford Explorer, white in color.  The vehicle has a Florida
   registration of F30QQF.  Norr left Epstein's house and traveled north
   on County Road.  Det Caristo and I conducted surveillance on Norr.
   Norr traveled to several construction sites and checked on certain
   jobs.  Surveillance was discontinued on Norr and Det Caristo and I
   traveled to Galaxy Aviation.  I observed the white plane with a blue
   stripe along the body and tail of the plane; the tail number was
   visible on the bottom of the tail, closer to the body of the plane.
   We maintained visual surveillance on the plane until 4:57 p.m., when a
   caravan of Cadillac Escalades drove onto the tarmac.  We observed
   several people exit the vehicles and discovered that they were part of
   the executive team for Limited Inc.  The executives were in Palm Beach
   County for an executive meeting for the day.  They arrived in Palm
   Beach County on May 9, 2006 at 9:30 pm and were scheduled to leave on
   the 10th at 5:00 pm.

   On May 12, 2006, I met with ASA Lana Belohlavek at the State
   Attorney's Office.  She explained that her boss, Barry Krischer, was
   requesting this case be taken to the Grand Jury again.  I explained to
   her I had requested arrest warrants for Jeffrey Epstein, Sarah Kellen,
   and Haley Robson.  I asked that she either issue the warrants or
   direct file, as so much time has elapsed since the original request to
   the Grand Jury.  I explained that the Palm Beach Police Department had
   concluded the case in December of 2005 and has been waiting for the
   case to go forward.  Belohlavek stated the original offer was again
   offered to the new defense attorney.  She was waiting for their answer
   by Friday May 19, 2006.  She stated she would advise me of the answer.

************************ N A R R A T I V E   # 45 ************************
                         Reported By: RECAREY, JOSEPH              6/05/06

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ate:  7/19/06          PALM BEACH POLICE DEPARTMENT            Page:      86
ime: 15:01:37                 Incident Report            Program: CMS301L
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ase No . . . . : 1-05-000368                        (Continued)
                  Entered By.: ALTOMARO, NICKIE A.            6/06/06
```

On May 22, 2006, I received several phone calls throughout the day
from Mr. ▓▓▓ who stated he had been followed aggressively by a private
investigator.  Mr. ▓▓ stated that as he drove to and from work and
running errands throughout the county, the same vehicle was behind him
running other vehicles off the road in an attempt not to lose sight of
Mr. ▓▓▓ vehicle.

I explained to him as Mr. Epstein had retained new legal council it
was possible it would be new private investigators following him to
observe his daily activities.  I also explained to him that there was
a meeting scheduled with ASA Lana Belohlavek and Attorney Jack
Goldberger at Mr. Krischer's office scheduled on June 1, 2006 at 9:00
am.  I attempted to call ASA Lana Belohlavek to inform her of the
private investigators following Mr ▓▓▓ however; she was on her vacation
during the week of May 22 through May 30 2006.

On May 23, 2006, I received other phone calls from Mr. and Mrs. ▓▓▓ who
advised they were able to acquire the private investigators license
plate information.  The subject following them was again driving very
aggressively and caused Mrs. ▓▓▓ to run off the road.  Mrs. ▓▓▓ stated
the vehicle is a green Chevy Monte Carlo bearing Florida tag I35-XGA.
The vehicle is registered to Zachary Bechard of Jupiter Florida.
Bechard is employed with Candor Investigations from Jupiter, Florida.
Bechard is a licensed Private Investigator in the State of Florida.

Since the discovery of the threat made against one of the victims in
this case ▓▓▓, I requested subpoenas for all calls made to and
received from ▓▓▓▓▓▓ ▓▓▓▓▓ during the month of March 2006 for her
cell phone and home phone.  I had confirmed with Florida State
University the exact dates of Spring Break for 2006.  The Spring Break
was from March 4, 2006 through March 12, 2006.  I received a subpoena
from Sprint/Nextel with all calls made during the month of March 2006.
I reviewed the 989 calls made and received during the month of March
2006.  I observed on March 7, 2006, ▓▓▓▓ made and received thirty
five calls during that day.

| Date | Time | Seconds | In/Out | To/From |
|---|---|---|---|---|
| 7-Mar-06 | 11:03 AM | 492 | Outbound | 561XXXX |
| 7-Mar-06 | 11:16 AM | 6 | Inbound | 561XXXX |
| 7-Mar-06 | 11:22 AM | 887.2 | Inbound | 561XXXX |
| 7-Mar-06 | 11:37 AM | 48 | Outbound | 9178553363 |
| 7-Mar-06 | 11:39 AM | 28.2 | Inbound | 2125356831 |
| 7-Mar-06 | 12:02 PM | 727.2 | Inbound | 2125356831 |

The table reflects the date of the calls, time of day (EST), duration

se No. . . . : 1-05-000368                                        (Continued)
    of call in seconds, inbound or outbound calls and calls made to or
    from ▇▇▇▇ phone.  On March 7, 2006, at 11:03 am, ▇▇▇▇ made a call
    to the victim▇▇▇ which lasted 492 seconds (8 minutes and 2 seconds).
    The victim then returned the call at 11:16 am which lasted 6 seconds.
    The victim then made contact with ▇▇▇ at 11:22 am for 877.2 seconds
    (14 minutes and 6 seconds).  These sequences of calls were consistent
    with what the victim had described to me on the date of the
    intimidation.  Immediately after speaking with the victim, ▇▇▇ makes
    a call to Sarah Kellen, Epstein's assistant, which lasts for
    forty-eight seconds.  A call is then immediately received, a telephone
    number registered to a Corporation affiliated with Jeffrey Epstein
    located at 457 Madison Ave in New York.  An extensive computer check
    revealed 457 Madison Ave is a business address in which Epstein has
    his corporations assigned to.  Epstein had corporation attorney,
    Darren Indyke, register the businesses and register himself as an
    agent.  I also observed Epstein has his El Zorro Ranch Corporation,
    New York Strategy Group, Ghislaine Corporation, J Epstein and Company
    and the Financial Strategy Group registered to this same address.
    Finally, a third call is received by ▇▇▇▇ at 12:02 pm from the same
    corporate number which lasts 12 minutes and 1 second.  It should be
    noted that there is no further contact with either the victim during
    the month of March or April of 2006.  I also noted that there was no
    further contact with Sarah Kellen or Jeffrey Epstein during the
    remainder of the month of March or April 2006.

    On June 1, 2006, ASA Lana Belohlavek telephoned me to inform me of the
    meeting that occurred with Atty. Jack Goldberger and her reference
    this case.  She advised she would make her determination on whether to
    file on this case or not by Monday June 5, 2006.

    Inv Continues.


********************** N A R R A T I V E   # 46 ***************************
                Reported By: RECAREY, JOSEPH              7/12/06
                Entered By.: ALTOMARO, NICKIE A.          7/12/06

    On June 29, 2006, I had spoken to ASA Lana Belohlavic who informed me
    that the case would be sent to the Grand Jury for charges.  She
    informed me that the grand jury would convene on July 19, 2006 to hear
    the Epstein case.  Belohlavic stated State Attorney Barry Krisher made
    the determination to go the Grand Jury to hear the case.

    On July 12, 2006, I spoke with Mrs.▇▇ mother of the victim, ▇▇ who
    inquired about the status of the case.  I explained to her that I was
    told we would be going to the Grand Jury during the week of July 19,
    2006.  She stated she had not been contacted as of yet by the State
    Attorney's Office for any information.  I provided her with the
    telephone numbers to the State Attorney's Office.


    Investigation continues...


*  *  *  *  *  *  *  *  *  *  *  * END OF REPORT *  *  *  *  *  *  *  *  *  *  *  *

```
Date/Time: 10/16/06 /  9:24:44
------------------------------------------------------------------
System: HTE              PALM BEACH POLICE DEPARTMENT        Page:    1
Progrm: CHF004P               Narrative Print
------------------------------------------------------------------

Case Number:  1-05-000368

**************************** N A R R A T I V E   # 47 ***************************
NA                       Reported By: RECAREY, JOSEPH              8/03/06
                         Entered By.: ALTOMARO, NICKIE A.          8/03/06
```

On July 18, 2006, I received a Grand Jury letter to appear before the
Grand Jury on July 19, 2006, reference the Jeffrey Epstein case.  On
July 19, 2006, I responded to the Grand Jury Room and testified before
the grand jury.  At the conclusion, ASA Belohlavec stated the grand
jury returned with a true bill for Felony Solicitation of
Prostitution.

On July 25, 2006, Epstein turned himself into the county jail and was
released on a $3,000 bond.  Epstein is to return for arraignment on
August 25, 2006 at 8:45 am.

ATT POLICE CLERKS: Please show this case cleared by arrest with the
arrest of Jeffrey Epstein W/M 01-20-1953.


** End of Report **

# INCIDENT/INVESTIGATION
# REPORT

| | |
|---|---|
| Agency Name | Case# 06-001078 |
| Palm Beach Police Department | Date / Time Reported 07/28/2006 12.00 Fri |
| ORI FL 0500600 | Last Known Secure 03/01/2004 , Mon |

**INCIDENT DATA**

| Location of Incident | Premise Type | Zone/Tract | At Found 05/31/2005 , Tue |
|---|---|---|---|
| 345 S County Rd, Palm Beach FL | | | |

| #1 | Crime Incident(s) (Com) | Weapon / Tools | | Activity |
|---|---|---|---|---|
| | Police Information 9999 | Entry | Exit | Security |
| #2 | Crime Incident ( ) | Weapon / Tools | | Activity |
| | | Entry | Exit | Security |
| #3 | Crime Incident ( ) | Weapon / Tools | | Activity |
| | | Entry | Exit | Security |

**MO**

**VICTIM**

| # of Victims 4 | Type: INDIVIDUAL/ NOT LAW | Injury: | | | | | | |
|---|---|---|---|---|---|---|---|---|
| V1 | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
| | | 1, | Age 18 | W | F | | | |
| Home Address | | | | | Home Phone | | | |
| Employer Name/Address (WAITRESS) | | | | Business Phone | Mobile Phone | | | |

| VYR | Make | Model | Style | Color | Lic/Lis | VIN | |
|---|---|---|---|---|---|---|---|

**OTHERS INVOLVED**

CODES: V- Victim (Denote V2, V3)  O = Owner (if other than victim)  R = Reporting Person (if other than victim)

| Type: INDIVIDUAL/ NOT LAW ENFORCEMENT | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
| V2 | | 1, | Age 18 | W | F | | | |
| Home Address | | | | | Home Phone | | | |
| Employer Name/Address | | | | Business Phone | Mobile Phone | | | |

| Type: INDIVIDUAL/ NOT LAW ENFORCEMENT | | Injury: | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
| V3 | | 1, | Age 18 | W | F | | | |
| Home Address | | | | | Home Phone | | | |
| Employer Name/Address | | | | Business Phone | Mobile Phone | | | |

**PROPERTY**

L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Officer/ID# DAWSON, MICHAEL C (0284760) | | Supervisor (7513) |
|---|---|---|
| Invest ID# (0) | | |

| Status | Complainant Signature | Case Status Open/active 07/28/2006 | Case Disposition: | Page 1 |
|---|---|---|---|---|

# Incident Report Additional Name List

*Palm Beach Police Department*

OCA: *06-001078*

| | Additional Name List | Page 2 |
|---|---|---|

| | NameCode/# | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race Sex |
|---|---|---|---|---|---|---|
| 1) | VI    4 | *Juvenile* | *1,* | | | |
| | Address | | | H: | | |
| | Empl/Addr | | | B: | | |
| | | | | Mobile #: | | |

# INCIDENT/INVESTIGATION REPORT

By: OREGERO, OREGEROA   11/17/2009

Page 3

*Palm Beach Police Department*

Case# *06-001078*

Status Codes    1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown

| | UCR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D | | | | | | |
| R | | | | | | |
| U | | | | | | |
| G | | | | | | |
| S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:

# INCIDENT/INVESTIGATION REPORT

*Palm Beach Police Department*

Narr. (cont.)  OCA: 06-001078

Page 3

N A R R A T I V E

## REPORTING OFFICER NARRATIVE

| | | | OCA |
|---|---|---|---|
| *Palm Beach Police Department* | | | *06-001078* |
| Victim | Offense | | Date / Time Reported |
| ▓▓▓▓▓▓ | *POLICE INFORMATION* | | *Fri 07/28/2006 12 00* |

Original Report    LO:
Reporting Officer: (0284760) DAWSON, MICHAEL:
Added By Employee: (0274660) OREGERO, LAURA:

On July 27, 2006, the Palm Beach Police Department received a phone call from a woman▓▓▓▓▓▓  ▓▓ said she read a recent newspaper article about the arrest of Jeffrey Epstein and advised she has information about Epstein. An attempt was made to interview ▓▓▓▓ immediately but she advised she had to work and would not be available to meet on this date. ▓▓▓▓ said she could meet with Detectives on July 28, 2006, at 12 Noon    On July 28, 2006, at approximately 1200 HRS, WF ▓▓▓▓▓▓▓▓ DOB ▓▓▓▓, came to the Palm Beach Police Station. I verified ▓▓▓▓ identification by her Florida drivers license. ▓▓▓ said she read an article in the Palm Beach Post newspaper on July 25, 2006, which advised Jeffrey Epstein was arrested. ▓▓▓ said the article advised a lie detector test was passed by Epstein which stated Epstein did not know the girls in question where under the age of 18. ▓▓▓▓ she was a victim of Epstein and she advised she told him on numerous occasions she was only 17 years of age. I took a sworn taped statement from ▓▓▓▓ ▓▓▓said she had approximately ten contacts with Epstein between the months of February 2004 and May 2005. ▓▓▓ explained how she first came in contact with Epstein. ▓▓▓▓ said one night in February of 2004, she was hanging out with a friend named ▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓ said ▓▓▓▓ told her she could make some money by massaging a man that lived in Palm Beach. ▓▓▓ said the next morning, she received a phone call from ▓▓▓▓asking if she wanted to go to see this man. ▓▓▓ said she decided to go with ▓▓▓▓▓to Palm Beach. ▓▓▓ said ▓▓▓▓ told her she would have to massage this man and possibly take her clothes off. ▓▓▓▓▓ told ▓▓▓ she would receive approximately $200 for this massage. ▓▓▓ said she drove▓▓▓▓to Palm Beach. ▓▓▓ said she took the Southern Blvd. Bridge into Palm Beach and then drove North on the road next to the beach (A1A). ▓▓▓▓ said she turned onto El Brillo and drove to the last house on the left.▓▓▓described the house as being white in color  She parked the car in homes driveway and noticed two black Suburban SUVs. She advised there were two black Mercedes Benz vehicles in the garage along with a Harley Davidson motorcycle. ▓▓▓▓ said they walked through a gate to the back door where they were greeted by a Chinese woman who was wearing some type of uniform. ▓▓▓ said the woman told them to wait in the kitchen for Sarah. ▓▓▓▓ said a Sarah then entered the kitchen. ▓▓▓▓described Sarah as being in her 20s, blond, thin, and approximately 56". Sarah advised▓▓▓▓▓▓to take ▓▓▓up to the bathroom and show▓▓▓▓what to do. . ▓▓▓▓ said once in the upstairs bathroom, she noticed a massage table in the middle of the room. ▓▓▓ saw a green and pink couch in the room. ▓▓▓▓saw numerous towels stacked in the left corner of the room. ▓▓▓ said Epstein entered the room wearing a robe. ▓▓▓ said the man introduced himself as Jeffrey and shook her hand. Epstein also said hello to ▓▓▓▓▓▓▓ ▓▓said Epstein dropped his robe and was wearing a towel around his waist. Epstein laid face down on the table at which time she and ▓▓▓▓▓▓ began to massage him. ▓▓▓ said while they were massaging Epstein, through conversation, she advised Epstein she was 17 years of age and still in High School. ▓▓▓ said after approximately 10-15 minutes, Epstein asked the girls to take their tops off ▓▓▓ said she and ▓▓▓▓▓▓▓▓ took their tops off exposing their bras. ▓▓▓ said seconds later Epstein asked them to take their bras off, which both did, exposing their bare breasts. ▓▓▓ said after more massage, Epstein asked ▓▓▓▓▓ to leave the room, leaving only▓▓▓ present with Epstein. ▓▓▓ said Epstein asked her to take her pants off, which she did ▓▓▓ said she was totally nude at this time. ▓▓▓ said Epstein got up from the table and sat on the aforementioned couch. ▓▓said Epstein sat on the towel and masturbated in front of her. ▓▓▓ said Epsteins penis was fully exposed. Epstein told ▓▓▓to get a vibrator out of a drawer in the bathroom. ▓▓▓said the blue/gray vibrator was skinny at the handle but had a large ball at the top. ▓▓▓said the vibrator was more of a sex toy than a massage

## REPORTING OFFICER NARRATIVE

| | | |
|---|---|---|
| *Palm Beach Police Department* | | OCA<br>*06-001078* |
| Victim<br>████████████ | Offense<br>*POLICE INFORMATION* | Date / Time Reported<br>*Fri 07/28/2006 12 00* |

item. ████ said Epstein attempted to use the vibrator on her but she told him she did not want him to touch her ████ said Epstein asked her to talk dirty to him. ████ said once Epstein climaxed, he told her the money was next to the sink, and then he jumped into the shower. ████ said she put her clothes on and both her and ████ and ████ left the house ████ said she thinks ████ received $200. ████ said she went to Epsteins house with ████ on either one or two other occasions ████ said eventually, Epsteins assistant Sarah would call her to make appointments. ████ said Sarah would call her from different phone numbers but most of the time it was from 917-855-3363 ████ showed me her cell phone which had this number in her address book under the name of Sarah). ████ said after her first visit, Epstein started to touch her bare breasts and bare buttocks Epstein would also use the vibrator on her, specifically on her vagina. The vibrator would be placed on the outside of her vagina. ████ said in March of 2004, she believes on her fifth visit to Epsteins home, Epstein penetrated ████ vagina using his fingers. ████ said Epstein did this for approximately one minute until she told him to stop. ████ said Epstein did stop and no more penetration took place. ████ said Epstein would ask her on occasion if she would have intercourse with him but she always denied his requests. ████ said Epstein offered her more money for sex but she repeatedly declined . ████ said Epstein told her she should be a model and he would help her become a model ████ said Epstein told her he could not wait until she turned 18 years of age so he could fly her to Paris, France ████ said she last had contact with Epstein or his assistant Sarah was in May of 2005 ████ said she told two friends about what she did at Epsteins home. These two friends, ████████████████ WF DOB ████████ and ████ ████ WF ████████, both agreed to meet with Epstein and provide massages. ████ said she told both girls that they would have to massage this man and possibly get undressed. ████ told both girls they would receive approximately $200 for these massages. ████ said she is unaware how many times ████ or ████ went to Epsteins house. ████ advised she did not tell ████████, or ████ she was reporting these actions to the police. ████ had in her possession two tubes of Bath and Body Works lotion she said came from Epsteins home. ████ said she did not remember when she got these lotions from Epsteins home but she no longer wanted to posses them. I completed a property receipt which ████ signed and placed the lotions into evidence. ████ signed an affidavit stating she wished to prosecute Epstein based on his actions. ████ reiterated she told Epstein on numerous occasions she was only 17 years of age when the above took place. This affidavit was placed into the attachment file. . This video tape of the interview was placed into evidence.


NA:
Reporting Officer: (0284760) DAWSON, MICHAEL:
Added By Employee: Badge #: 8797 - ALTOMARO, NICKIE:
On July 31, 2006, at approximately 1115 HRS, Detective Silvestri and I met with ████████████ WF DOB ████████ at her home ████████ advised she did meet a man named Jeffrey in 2004 when she believes she was either 16 or 17 years of age ████ said she provided a massage for this man. . ████ said sometime in 2004, her friend ████████ told her she could make $300 for giving a man a massage. ████ said approximately two weeks later, she decided to go with ████ to this mans house. ████ said ████ drove her to a large house in the West Palm Beach area. ████ said she did not know the exact location of the house but believes the house was near water. ████ said it was approximately 8:30 PM when they arrived. ████ said both she and ████ drank beer and used Xanax before they arrived at this house ████ said she was under the influence of the beer and Xanax. ████ said upon arrival, they met with a blond woman who was in her 20s. ████ described this woman as being the manager of the girls that visit this house. ████ said they went into the kitchen and then she and ████ a

| | |
|---|---|
| Reporting Officer:  *DAWSON, MICHAEL C*<br>Printed By: OREGERO, OREGEROA   11/17/2009 14:52 | Page 5 |

## REPORTING OFFICER NARRATIVE

| | | OCA |
|---|---|---|
| *Palm Beach Police Department* | | *06-001078* |
| Victim | Offense | Date / Time Reported |
| ▓▓▓▓ | *POLICE INFORMATION* | *Fri 07/28/2006 12 00* |

were led to a massage room in the house. ▓▓▓▓ said she saw numerous photos of naked woman and also sculptures of naked woman throughout the house. ▓▓▓▓ said moments later, a man named Jeffrey entered the room wearing a robe. ▓▓▓▓ said Jeffrey removed his robe and lay down on the massage table. ▓▓▓▓said she and ▓▓▓▓ massaged Jeffrey for approximately 20 minutes. ▓▓▓▓said she massaged Jeffreys legs using some type of lotion. ▓▓▓▓ said Jeffrey asked ▓▓▓ to leave the room. ▓▓▓▓ said Jeffrey asked her to take her shirt off. ▓▓▓ said she removed her shirt exposing her bra ▓▓▓said Jeffrey asked her to remove her other clothes but she refused his request. ▓▓▓▓ said she was wearing a short skirt and underwear along with the bra. ▓▓▓▓ak said Jeffrey began to masturbate in full view of her. ▓▓▓▓said she did see Jeffreys penis. ▓▓▓▓ said Jeffrey reached under her skirt and rubbed her vagina on top of her panties. ▓▓▓▓ said she felt uncomfortable and asked Jeffrey to stop, which he did. ▓▓▓▓ said once Jeffrey was done masturbating, she went downstairs and met with ▓▓▓ ▓▓▓▓ said they both received $200 but she could not remember who gave them the money. . I showed ▓▓▓▓ a photo lineup containing Jeffrey Epstein ▓▓▓▓ positively identified Epstein as the man in picture three. ▓▓▓▓ said Jeffrey did not ask her how old she was ▓▓▓ said she could not remember if she mentioned she was in High School ▓▓▓▓ said she knew of other girls who went to Jeffreys house ▓▓▓▓ supplied those names, ▓▓▓▓and a girl named ▓▓▓▓ ▓▓▓▓signed an affidavit stating she wishes to prosecute based on Epsteins activities. ▓▓▓▓ swore that her above statement was the truth. . This interview was digitally recorded and this recording along with the photo lineup were placed into evidence. ▓▓▓▓

. On July 31, 2006, at approximately 1230 HRS, Detective Silvestri and I met with ▓▓▓▓▓▓▓▓WF DOB ▓▓▓▓ at her home. ▓▓▓▓ advised she did know a man named Jeffrey Epstein. ▓▓▓▓advised she met Epstein when she was in 11th grade, which was in the year 2004. ▓▓▓▓believes she was either 16 or 17 years of age. . ▓▓▓▓said a fellow student at Palm Beach Central High School advised her she could make $200 for massaging a man. ▓▓▓▓said she could not remember the girls name but it started with a "T". ▓▓▓▓ said this girl "T" was in a lower grade then she was. ▓▓▓▓said this girl "T" picked her up in a cab and the cab took them to Palm Beach. ▓▓▓▓ said the cab had to go over a bridge and she thought the name of the street was El Rodeo. ▓▓▓▓ said once at the house, they waited in the kitchen ▓▓▓▓ said she saw numerous attractive females walking around the house. ▓▓▓▓ said one of the females, a blond who was approximately 26 years of age, appeared to work for Epstein. ▓▓▓▓ said "T" took her upstairs and told her to get into her bra and panties ▓▓▓▓ said she removed her pants and shirt and was only wearing her bra and panties. ▓▓▓▓said she saw a massage table in the bathroom, a couch in the room, a shower off to the side, and lotions. ▓▓▓▓ said Epstein entered the room wearing sleeping pants. ▓▓▓▓said Epstein got on the table and she began giving him a massage. ▓▓▓▓ said "T" left the room. ▓▓▓▓said Epstein asked her how old she was and she said she was 16 or 17. ▓▓▓▓could not remember exactly how old she was when this occurred. ▓▓▓▓said she told him she was in High School. ▓▓▓▓said Epstein asked her to take off all of her clothes and she refused. ▓▓▓▓ said Epstein rolled to his side, started to masturbate in full view of her, and ejaculated in his hand. ▓▓▓▓ said she saw his penis. ▓▓▓▓said she put her clothes back on and went downstairs and eventually left in a cab. ▓▓▓▓said she received $200 for that visit . ▓▓▓▓said approximately two months later, she received a phone call from the blond woman at the house who asked her if she needed a job.▓▓▓▓said she did not want to see Epstein again but was told she could bring a friend. ▓▓▓▓said she contacted her friend ▓▓▓▓and advised her she could make $200 for massaging a man. ▓▓▓▓said ▓▓▓drove them to Epsteins house. ▓▓▓▓ said ▓▓▓ meet with Epstein and they both received $200. ▓▓▓▓ said she has had no more contact with Epstein or Epsteins assistant. ▓▓▓▓advised she knew of other girls that went to Epsteins house. Those

| | |
|---|---|
| Reporting Officer:   *DAWSON, MICHAEL C* | Page 6 |
| Printed By: OREGERO, OREGEROA   11/17/2009 14:52 | |

## REPORTING OFFICER NARRATIVE

| | | OCA |
|---|---|---|
| *Palm Beach Police Department* | | *06-001078* |
| Victim ████████ | Offense *POLICE INFORMATION* | Date / Time Reported *Fri 07/28/2006 12 00* |

girls were ████████, ████████, ████████ and ████████ ████████ said the girl she knows as "T" brought many girls to Epsteins house besides those mentioned in this interview. ████████ said during the course of her conversation with Epstein, told her she was beautiful and that he wanted her to live with him in Los Angeles. I showed ████████ a photo lineup containing Epstein. ████████ positively identified Epstein from photo three. ████████ signed an affidavit stating she wishes to prosecute based on Epsteins activities. ████████ swore that her above statement was the truth. . This interview was digitally recorded and this recording and the photo lineup were placed into evidence. ████████. On July 31, 2006, at approximately 1400 HRS, Detective Silvestre and I met with ████████ WF at the Boynton Beach Mall. ████████ advised she did have contact with Jeffrey Epstein when she was a sophomore in High School. ████████ said it was either in 2003 or 2004 and she believes she was 16 years of age when they met. ████████ advised back in 2003, she was introduced to Jeffrey Epstein by her friend ████████. ████████ said ████████ advised her she could make $200 for giving this man a massage. ████████ said ████████ told her she might have to get undressed during the massage. ████████ said ████████ drove her to a big house in the Town of Palm Beach. ████████ could not give an exact address or location but said it was near the beach. ████████ said once at the home, a thin white female with blond hair, approximately 25 years of age, answered the door. ████████ thinks the womans name was Sarah. ████████ said she and ████████ entered the kitchen and then went upstairs to a bathroom. ████████ said there was a massage table in the middle of the bathroom. ████████ said Epstein entered the bathroom wearing a towel around his waist. ████████ said Epstein took a shower and then lay down on the table fully nude. ████████ said she and ████████ started to massage Epsteins legs and chest. ████████ said Epstein told ████████ to go on the balcony, which ████████ did. Epstein asked ████████ to take her clothes off ████████ said she took all her clothes off and she was nude. ████████ said she continued to massage Epstein at which time Epstein began to masturbate in her full view. ████████ said she did see Epsteins penis. ████████ said while he masturbating Epstein did touch her bare breasts. ████████ said Epstein stopped masturbating but she did not see him ejaculate. ████████ said Epstein got up from the table and she immediately put her clothes back on. ████████ said she and ████████ then went downstairs. ████████ said she received $200 from Sarah. ████████ said she believes ████████ also received $200 from Sarah. . ████████ said Epstein never asked her how old she was nor did she tell him her age. ████████ said during small talk with Epstein she did mention she was in school but she never said what level of school she was in. ████████ said she never returned to Epsteins house nor has either Sarah or Epstein made attempts to contact her. . I showed ████████ a photo lineup containing Epstein. ████████ positively identified Epstein is position three. . ████████ advised she knew of other girls that went to Epsteins home. These girls are ████████, ████████, and ████████. ████████ advised she has no professional massage training nor does she believe the other girls are trained in massage therapy . . ████████ signed an affidavit stating she wishes to prosecute based on Epsteins activities. ████████ swore that her above statement was the truth. . This interview was taped using a digital recorder. This recording was placed into evidence along with the photo lineup. . Investigation Continues.


LO:
Reporting Officer: (0279150) RECAREY, JOSEPH:
Added By Employee: (0274660) OREGERO, LAURA:
   On August 7, 2006, I received PBPD case 06-1078 for further follow up. Det Dawson of the Detective Bureau had conducted several interviews of victims that had encounters with Jeffrey Epstein and his assistant Sarah Kellen

## REPORTING OFFICER NARRATIVE

| | | OCA |
|---|---|---|
| | | *06-001078* |
| *Palm Beach Police Department* | | Date / Time Reported |
| Victim | Offense | *Fri 07/28/2006 12 00* |
| ▆▆▆▆▆▆▆▆▆▆ | *POLICE INFORMATION* | |

As the recent indictment and arrest of Jeffrey Epstein, a part time resident of Palm Beach, was generating a great deal of news media attention, several telephone calls were received by this agency with subjects that had encounters with Epstein. . I reviewed the file and conducted background information on the subjects interviewed. Additionally, as the Federal Bureau of Investigation was given the information on PBPD Case 05-368, I provided the FBI Office with the new victims information that had approached the police department and were already interviewed. I researched the time frame the victims were called to appear and "work" at Epsteins house. It appeared that the subjects first were brought during the time frame of January 2004 through March 2004. Based on this information, a subpoena request was requested through the State Attorneys Office for cellular telephone records for Sarah Kellen, Epsteins personal assistant for the time frame of January 2004 through March 2004. The subpoena was issued to Cingular Wireless Subpoena Compliance Department. On August 14, 2006, I received a telephone call from a subject who identified herself as Suzannah B. Troy from New York City. Troy advised she was calling because she had been reading about Jeffrey Epstein and wanted to provide any assistance in the investigation. Troy advised she met Epstein in New York City through Ghisldine Maxwell, his girlfriend. Maxwell was aware that Troy is an artist and currently has a web page http://www.suzannahbtroyartist.com. Maxwell coordinated an appointment to meet Jeffrey Epstein at his residence in New York City. Troy went to the Epstein townhouse and took several pieces of artwork she thought he might like and purchase. Once she arrived to the house, she took an elevator and met with Maxwell and Epstein. She showed Epstein the art pieces and Epstein did not appear interested. Troy continued to have conversations with Epstein about art work and felt there was a connection with Epstein. Troy advised Epstein got "frisker and wilder" in their relationship. She provided massages for Epstein and sometime during their relationship, she felt she was being used by Epstein and terminated the relationship. Troy attempted to retrieve her art work she left at this house in New York City to no avail. Troy advised what occurred between them was done with consenting adults. Troy advised based on her relationship with Epstein, she was inspired to paint a painting she titled "Techno Penis Head" after Epstein. Troy advised she published the artwork on her website http://www.suzannahbtroyartist.com. Troy advised nothing occurred in Florida and this incident occurred in New York City. Troy further advised the information provided was for informational purposes only. Troy provided a call back number of 212-477-5020. . On August 17, 2006, I received a telephone call from a subject who identified herself as Keri Popa from California. Popa advised she was in Fort Lauderdale, Florida in 2003 or 2004 when she was contacted by her long time friend Lisa Phillips. Popa advised she was twenty five years old at the time. Phillips and Popa were aspiring models and Phillips was contracted by the Ford Modeling Agency due to her friendship with Jeffrey Epstein. Popa advised she was called by Phillips to meet Epstein in Palm Beach in hopes to further her modeling career. Popa advised she was given Epsteins telephone number by Phillips. Popa called Epstein and made an appointment to see Epstein with Phillips. Popa traveled from Fort Lauderdale to Palm Beach to meet with Epstein. She traveled to a big house in Palm Beach at the end of a street. Popa could not remember the name of the street but knew it was the last house as she could see the Intracoastal Waterway from his house. She knocked on the door which led into a kitchen area. She met with Epstein and an unknown assistant in the kitchen area. Popa was taken upstairs by the assistant to a large bedroom area which led into a large bathroom. Popa described the bedroom as large, with a large bed up to a wall and was dimly lit. The bathroom was large and had two clear door showers and a green and pink couch up against the wall. Epstein came out a side door and requested a massage from Popa. Epstein was dressed only in a towel and laid onto the massage table which was already opened. Popa felt something was wrong, and called Phillips on her cellular telephone. Popa explained to Phillips that Epstein wished to be massaged before they spoke of her

Reporting Officer:  *DAWSON, MICHAEL C*
Printed By: OREGERO. OREGEROA   11/17/2009 14:52

## REPORTING OFFICER NARRATIVE

| | | OCA |
|---|---|---|
| *Palm Beach Police Department* | | *06-001078* |
| Victim | Offense | Date / Time Reported |
| | *POLICE INFORMATION* | *Fri 07/28/2006 12 00* |

modeling career. Phillips told her that it would only be a massage and he would pay her $300.00 for the massage. Phillips further told Popa that "hes kind of weird like that." Popa terminated her call with Phillips and began to rub Epsteins back with a pre-selected lotion. Epstein turned over and was now lying on his back. Popa began rubbing Epsteins chest, as he requested. Epstein reached up to Popa and attempted to remove her blouse by unbuttoning her blouse. Popa stopped Epstein and asked him "what was he doing?" Epstein replied, "Dont you want to get into Victoria Secrets?" Popa advised him "not like that, I dont." Popa continued with the massage by rubbing his chest and did not get a chance to button the buttons that were opened by Epstein . Epstein again reached up and unsnapped her bra which had a front snap device and exposed her breasts. Popa advised that when this occurred she terminated the massage and was paid $300 00 for the massage. Epstein never spoke with her about her modeling career or any contacts with any modeling agency. Popa never made contact with Epstein again.

NA:
Reporting Officer: (0279150) RECAREY, JOSEPH:
Added By Employee: Badge #: 8797 - ALTOMARO, NICKIE:
  During the months from October 2006, through the present, I have been in contact with the Federal Bureau of Investigations and providing background information on case 05-368 and this current case. I was told all the information provided to the FBI will be utilized in one case. As the FBI was currently following up on the investigation and to protect the integrity of the case, I waited for the FBI to complete their investigation prior to submitting any paperwork to the State Attorneys Office. The victim was notified and told the FBI was conducting their investigation and would be contacting her.

LO:
Reporting Officer: (0279150) RECAREY, JOSEPH:
Added By Employee: (0274660) OREGERO, LAURA:
  On June 30, 2008, based on a plea agreement, Jeffrey Epstein pled guilty in the Palm Beach County Circuit Court to one count of procuring a victim under the age of 18 for prostitution and one count of solicitation of underage girls for prostitution. Epstein is to serve 18 months incarceration, followed by 12 months of community control. During the months of community control, Epstein is not to have any unsupervised visits with minors, and cannot possess or have access to pornographic materials. Epstein will be a registered sexual offender and began serving his sentence immediately at the conclusion of the hearing     On July 14, 2008, I was contacted by Attorney Brad Edwards who explained he represents several victims of sexual abuse by Jeffrey Epstein. As a result, Edwards has civil lawsuits filed against Jeffrey Epstein. Edwards explained the victims allege Jeffrey Epstein had sexually abused them during the time frame of 2003 and 2004 and would make them available if we would investigate their allegations. Edwards clients were previously considered in the investigation conducted by the FBI and Edwards advised that this entire matter was referred to the FBI and any further concerns are appropriately considered by the FBI. . I made telephone contact with ASA Lana Belohlavek. ASA Belohlavek was asked which victims were covered under the plea agreement ASA Belohlavek stated all the victims presented to her were covered under the plea agreement. . All of the victims that cooperated with the Palm Beach Police Department were considered by and referred to the FBI. . ATT POLICE CLERKS: Continue to show this case cleared by arrest and note that the Palm Beach Police Department s involvement in this matter has been concluded.

## Incident Report Suspect List

*Palm Beach Police Department*

OCA: *06-001078*

| 1 | Name (Last, First. Middle)  *Epstein, Jeffrey  (W/M)* | | | | | | Also Known As | | | | Home Address | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Business Address | | | | | | | | | | | |
| | DOB | Age  *52* | Race  *W* | Sex  *M* | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State | |
| | Scars, Marks, Tattoos, or other distinguishing features | | | | | | | | | | | |

| *Reported Suspect Detail* | Suspect Age | Race  *W* | Sex  *M* | Height  *600* | Weight  *175* | SSN |
|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel  Mode of Travel |
| VehYr/Make/Model | | Drs | Style | Color | Lic/St | VIN |
| Notes | | | | | Physical Char | |

*Status  STILL SUSPECT*
*Glasses   No*
*Build   MEDIUM*