# EXHIBIT 6

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE No.08-CV-80119-CIV-MARRA/JOHNSON

JANE DOE NO. 2,

    Plaintiff,
-vs-

JEFFREY EPSTEIN,

    Defendant.

Related cases:
08-80232, 08-80380, 98-80381, 08-80994,
08-80993, 08-80811, 08-80893, 09-80469,
09-80591, 09-80656, 09-80802, 09-81092

VIDEOTAPED DEPOSITION OF JUAN ALESSI
VOLUME I

Tuesday, September 8, 2009
10:12 a.m. - 3:45 p.m.

2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33401

Reported By:
Sandra W. Townsend, FPR
Notary Public, State of Florida
PROSE COURT REPORTING AGENCY
West Palm Beach Office

Page 2

APPEARANCES:
On behalf of the Plaintiffs:
    RICHARD WILLITS, ESQUIRE
    RICHARD H. WILLITS, P.A.
    2290 10th Avenue North, Suite 404
    Lake Worth, Florida 33461
    Phone: 561.582.7600
    reelrhw@hotmail.com

    STUART MERMELSTEIN, ESQUIRE
    MERMELSTEIN & HOROWITZ, P.A.
    18205 Biscayne Boulevard, Suite 2218
    Miami, Florida 33160
    Phone: 305.931.2200
    ssm@sexabuseattorney.com
    ahorowitz@sexabuseattorney.com
    WILLIAM J. BERGER, ESQUIRE
    ROTHSTEIN ROSENFELDT ADLER
    401 East Las Olas Boulevard, Suite 1650
    Fort Lauderdale, Florida 33301
    Phone: 954.522.3456
    bedwards@rra-law.com

    KATHERINE W. EZELL, ESQUIRE
    PODHURST ORSECK, P.A.
    25 West Flagler Street, Suite 800
    Miami, Florida 33130
    Phone: 305.358.2800
    rjosefsberg@podhurst.com
    kezell@podhurst.com
    ADAM J. LANGINO, ESQUIRE
    LEOPOLD KUVIN
    2925 PGA Boulevard, Suite 200
    Palm Beach Gardens, Florida 33410
    Phone: 561.515.1400
    skuvin@leopoldkuvin.com

Page 3

On behalf of the Defendant:
    ROBERT J. CRITTON, ESQUIRE
    BURMAN, CRITTON & LUTTIER
    515 North Flagler Drive, Suite 400
    West Palm Beach, Florida 33401
    Phone: 561.842.2820
    rcrit@bclclaw.com
    mpike@bclclaw.com

Page 4

- - -
EXHIBITS
- - -

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit number 1 | Photographs | 45 |
| Exhibit number 2 | Transcript | 130 |
| Exhibit number 3 | Incident Report | 137 |
| Exhibit number 4 | Incorporation Papers | 149 |
| Exhibit number 5 | Incorporation Papers | 150 |

1 (Pages 1 to 4)

(561) 832-7500    PROSE COURT REPORTING AGENCY, INC.    (561) 832-7506

Page 5

PROCEEDINGS
---
Deposition taken before Sandra W. Townsend, Court Reporter and Notary Public in and for the State of Florida at Large, in the above cause.
---
VIDEOGRAPHER: Today is September 8, 2009. The time is 12 minutes after 10:00 in the morning.

This is the videotaped deposition of Juan Alessi in the matter of Jane Doe number two versus Jeffrey Epstein. This deposition is being held at 2139 Palm Beach Lakes Boulevard in West Palm Beach, Florida.

My name is Stan Sanders. I'm the videographer representing Visual Evidence, Incorporated.

Would the attorneys please announce their appearances for the record.

MR. WILLITS: Richard Willits, representing Carolyn Andriano.

MR. BERGER: William J. Berger, representing E.W., L.M. and Jane Doe number two.

MR. MERMELSTEIN: Stuart Mermelstein of Mermelstein and Horowitz, representing Jane Does numbers two through eight.

MR. LANGINO: Adam Langino, on behalf of B.B.

Page 6

MS. EZELL: Katherine Ezell from Podhurst Orseck, on behalf of Jane Does 101 and 102.

MR. CRITTON: Bob Critton, on behalf of Jeffrey Epstein.

THEREUPON,

JUAN ALESSI,

having been first duly sworn or affirmed, was examined and testified as follows:

THE WITNESS: I do.

DIRECT EXAMINATION

BY MR. WILLITS:

Q. Good morning, sir.
A. Good morning.
Q. I introduced myself through the videographer. My name is Richard Willits.
A. Okay.
Q. I represent a young lady by the name of Carolyn Andriano.
A. Okay.
Q. Is that name familiar to you at all?
A. Whose name?
Q. Carolyn Andriano. Do you recognize that name?
A. No.
Q. What is your residence address, sir?
A. My address is 6791 Fairway Lakes Drive,

Page 7

Boynton Beach, Florida, 33472.
Q. All right, sir. Did you ever work for Jeffrey Epstein?
A. Yes, I did.
Q. In what capacity?
A. Everything. I started with Jeffrey Epstein around 19 -- please bear with the dates because I trying --
Q. Sure.
A. -- to remember. 1969 as a part-time maintenance guy.

And then I become a full-time employee, I think it was January 1, 2 -- '91, '92, so '92. Sorry.
Q. You said you started in 1969? That would be --
A. No. No. No. No. No.
Q. Okay.
A. '99.
Q. 1999?
A. Yeah.
Q. All right. And how did you happen to get that job? Was it through an employment agency --
A. No.
Q. -- or an ad in the paper?
A. I had a company at that time used to take care

Page 8

of a lot of residents in Palm Beach. And I got to know Jeffrey through Lesley Wexner. And I used to work in about 20 different, 20, 25 different homes in Palm Beach as a maintenance guy.
Q. Okay.
A. And I have basically my own company and I do repairs for them. I did home sit in for them.
Q. And what was -- did you work for Jeffrey Epstein? What was your position when you started?
A. When I started, he hire me to -- he just bought the house.
Q. I'm sorry?
A. He just had bought the house --
Q. Okay.
A. -- where he live on El Brillo. And he hire me through Mr. Wexner's references to do repair works. And basically what I did the most was taking walls apart, windows and stuff that he didn't want to have it, --
Q. I see.
A. -- fix it.
Q. And when you started working for Mr. Epstein, were you still working for other people in Palm Beach?
A. Yes, I did.
Q. Okay. And about how long a period of time did you do this type of work for Mr. Epstein, the

Page 9

1 maintenance and taking out walls?
2 A. It was couple months. It was couple months
3 before.
4 Q. And what was the name of your company?
5 A. Alessi Maintenance.
6 Q. And how were you paid?
7 A. By him?
8 Q. Yes.
9 A. Usually by check or cash sometimes.
10 Q. Do you know what company actually paid your
11 company?
12 A. It was Jeffrey Epstein and Company.
13 Q. So you said you had that position for a couple
14 of months.
15 What happened next?
16 A. Then Mr. Epstein asked me to, if I wanted to
17 be his employee, because I was going from one house to
18 another house to another house, one hour here. I was
19 just running around Palm Beach all day.
20 So he asked me if I would just work for him,
21 exclusively for him.
22 Q. Okay.
23 A. And we agreed with the terms and I become a
24 full-time employee as a maintenance guy. And I was
25 taking care of everything, as far as maintenance.

Page 10

1 Then my job changed little by little to house
2 man, estate manager, and then to a majordomo.
3 Q. Okay. When you first agreed to terms with
4 Mr. Epstein and you first started working for him full
5 time, what were those terms, do you remember?
6 A. The terms is basically was how much -- he
7 asked me how much I was making in all the properties.
8 And I says, well, I make this -- this amount
9 of money.
10 And he says, fine.
11 Q. And how much was that, did he pay you?
12 A. Around $45,000. I think I started with 45.
13 Q. Okay. And when you started to work for him as
14 a full-time employee, did you have anybody that you
15 reported to or did you deal directly with Mr. Epstein?
16 A. At the beginning with Mr. Epstein, directly to
17 him.
18 Q. Did that change?
19 A. Later on, yes.
20 Q. And how did that change?
21 A. When Ms. Maxwell, Ghislaine Maxwell came to
22 the picture.
23 Q. Okay. About when was it that she came into
24 the picture?
25 A. Exactly date, I cannot remember. But it was

Page 11

1 about seven months before -- after I become a full-time
2 employee.
3 Q. Okay. And how did Ms. Maxwell come into the
4 picture?
5 A. It was his girlfriend, his main girlfriend.
6 Q. Okay. Had you known her before she became --
7 A. No.
8 Q. -- your --
9 A. Never know her before.
10 Q. I'm sorry. I didn't get a chance to finish my
11 question.
12 Would you have referred to her as your
13 supervisor or your superior or what would you have
14 called Mrs. Maxwell?
15 A. I used to call her Ghislaine.
16 Q. Okay. And how was it explained to you that
17 you were now to deal with Ms. Maxwell, as opposed to
18 Jeffrey Epstein?
19 A. She would tell me, I am going to take care of
20 the house.
21 Q. Okay. That was explained to you by
22 Ms. Maxwell?
23 A. Uh-huh.
24 Q. Is that a yes?
25 A. Yes.

Page 12

1 Q. And when Ms. Maxwell started assuming
2 responsibility for the house, did your duties change at
3 that time?
4 A. Not much.
5 Q. Okay.
6 A. Not much.
7 Q. And at that time when Ms. Maxwell started
8 taking responsibility for the house, what were your
9 duties?
10 A. Basically I was still doing the maintenance
11 work.
12 Q. Okay.
13 A. Was doing -- they were trying to remodel the
14 home and they would told me, okay, tear down this wall.
15 We want to see how it's going to look. Or put this
16 windows and tear down -- we had a fishing tank. We took
17 it out -- I took it out. A kitchen on the second floor.
18 I took it out. So it was basically dismantling the
19 house.
20 Q. Okay. And about how long a period of time did
21 that project last?
22 A. I would says, six to seven months.
23 Q. Okay. And after the remodeling slacked off or
24 stopped, did your duties then change?
25 A. Yeah. Increasingly they change.

Page 13

1  Q. Okay. Who --
2  A. Periodically. It didn't change from one day
3  to another.
4  Q. And who would tell you that your duties were
5  increasing?
6  A. Either Mr. Epstein or Ms. Maxwell.
7  Q. Okay. And how did your duties increase?
8  A. In -- I become more -- more involved in the
9  daily running operation of this home. This home was run
10 like a hotel basically.
11 Q. Okay. Were you given any manuals or rules or
12 procedures that you had to follow?
13 A. At the end of my stay, yes, I was.
14 Q. Okay. At the end. And I'm going to jump to
15 the end now and then come back.
16    What was it that you were given at the end of
17 your stay; what kind of papers or manuals?
18 A. It was a manual. I can't remember how many
19 pages, but it was quite thick manual that was -- that
20 was done by estate manager, that she will manage all --
21 all the properties. And that was also to be in force in
22 Palm Beach.
23 Q. I see. Do you still have a copy of that
24 manual?
25 A. No, I don't.

Page 14

1  Q. Do you have any papers whatsoever that were
2  prepared while you were working --
3  A. No.
4  Q. -- for Mr. Epstein?
5  A. I left everything in there.
6  Q. Did you make any diary notes yourself or any
7  notes for your own private use while you worked for
8  Mr. Epstein?
9  A. No, sir. The only thing I have is my
10 separation agreement. That's it.
11 Q. Okay. Did you bring that with you today?
12 A. No, I didn't.
13 Q. Okay. Did your duties ever include taking
14 telephone messages?
15 A. Yes, sometimes.
16 Q. And when did that start approximately?
17 A. When I move from the outside to the inside of
18 the house.
19 Q. All right.
20 A. I -- when I start the position, I never had an
21 apartment in the house. And when I definite they want
22 me inside to run the house, I had an apartment. I have
23 a small service quarters in the house, inside the house.
24 Q. Okay. And when you say, outside the house, do
25 you mean outside the property or were you -- or were you

Page 15

1  living on the property, but outside the house?
2  A. I was living in the property. No. No. No.
3  I was working outside the property.
4  Q. Yes.
5  A. And because it was multiple jobs that I had to
6  do.
7  Q. Okay.
8  A. Had to do with the pool, the service, the
9  landscaping, taking care of that. I didn't do it
10 myself, but I have people working for me.
11 Q. Okay. Approximately when was it in
12 relationship to Ms. Maxwell taking over the
13 responsibility of the house did you then move inside the
14 house?
15 A. I will says, after it was done, a big
16 renovation, when architects and engineers. And that was
17 after I did the breaking down of this renovation, they
18 hire architects, they hire decorators and engineers, and
19 did the -- they did the work. It was a big renovation,
20 one of the renovations.
21    And then they make our quarters. They even
22 built our -- my quarters in there.
23 Q. When you said "our," was there someone else
24 who had quarters there, too?
25 A. About three years later, after I start

Page 16

1  working, my wife came to help me.
2  Q. I see. And are you able to describe for me
3  where the quarters were, like, what floor?
4  A. Yes. It was in the second floor and the --
5  let me trying to remember -- northeast corner of the
6  property. Northeast corner, yes.
7  Q. Did anyone else work for Mr. Epstein while you
8  were working for him there at the house?
9  A. During the whole time?
10 Q. Yes, sir.
11 A. Yes.
12 Q. All right. When you first started there,
13 there was no one else?
14 A. When I started there, was a -- it was a
15 Jamaican girl that she was doing the cooking.
16 Q. Okay. Do you happen to remember her name?
17 A. No.
18 Q. All right.
19 A. She worked for couple months.
20 Q. I see. All right. When did any other
21 employees begin to work for Mr. Epstein while you were
22 there?
23 A. They hire chefs. There was mostly European
24 chefs. It was an English chef, but I cannot -- Rupert.
25 I know his name was Rupert. A french chef that was

Page 17

1  Didier. A kid from New York who was a chef, also. But
2  they were one after another one. They were hiring chefs
3  when I doing -- sometimes I did most of the cooking.
4  When they wanted to bring their chef, they bring their
5  chef in their plane. And the chef will stay, will work
6  there and then will travel with them.
7      Q. Were there any other employees that worked for
8  Mr. Epstein while you were worked for him, that you know
9  of?
10     A. No, except my wife.
11     Q. Did you know a lady by the name of Sarah
12 Kellen?
13     A. Sarah, yes, I do. Sarah Kellen came at the
14 end of my stay there, probably two or three months
15 before I left.
16     Q. Okay. Did she do any work for Mr. Epstein,
17 that you know of?
18     A. Yes. She was a -- I don't know her deterrent,
19 but she was an assistant to him or to her. I don't
20 know.
21     Q. All right. There is a -- I've seen a
22 reference in -- and the spelling has changed in my
23 various references -- is there a N. or N.? Do you
24 recognize that name?
25     A. N.

Page 18

1      Q. N.
2      A. N. Yes, I know N.B.
3      Q. Want to take a chance at spelling that last
4  name?
5      A. I think it was B. But she was not an
6  employee. She was a guest.
7      Q. Was she a full-time guest?
8      A. No.
9      Q. When would she visit?
10     A. She was a girl that was very, very talented.
11 Mr. Epstein help her become an actress. Now she's a
12 movie actress and she's in a soap opera. She came with
13 her mother to the house. And she -- he help her come up
14 with her career.
15     Q. Okay. Do you -- are you familiar with any
16 other individuals by the name of N. or N. who worked for
17 Mr. Epstein?
18     A. No.
19     Q. After the renovations were complete, did you
20 have access to the entire house while you worked for
21 Mr. Epstein?
22     A. Absolutely, yeah.
23     Q. Was there any particular portion of the house
24 that was denied access by -- to you?
25     A. No.

Page 19

1      Q. Were there any photographs of nude females in
2  the house while you were there?
3          MR. CRITTON: Form.
4          MR. WILLITS: What's the matter with that
5  form?
6          MR. CRITTON: Overly broad. Nude? You mean,
7  completely naked?
8          MR. WILLITS: However you want to interpret
9  it.
10         THE WITNESS: Excuse me. Can you repeat that
11 again?
12         MR. CRITTON: Form.
13 BY MR. WILLITS:
14     Q. Yes. Were there any photographs of nude
15 females in the house while you worked for Mr. Epstein?
16     A. Yes. Sometimes I saw nude photographs.
17     Q. Are you able to describe where you saw those,
18 where in the house?
19     A. Most of the times those photographs were taken
20 by Ms. Maxwell. And they usually are her desk. And she
21 kept a big album.
22     Q. Do you remember any pictures of nude or
23 partially unclothed females on the walls at
24 Mr. Epstein's house?
25         MR. CRITTON: Form.

Page 20

1  BY MR. WILLITS:
2      Q. He's just making objections for the record
3  that he can take -- he will take it up with the Judge
4  later on.
5      A. Okay.
6      Q. You don't need to worry about --
7      A. Yes, it was. It was pictures of partially
8  nude.
9      Q. And where were they?
10     A. Most of the times they were in the pool.
11     Q. How about on the stairway?
12     A. No. On the stairway there were no pictures
13 when I was there.
14     Q. How many stairways were there?
15     A. It was the service stairway that is very
16 narrow coming from the service quarters to the kitchen.
17 And the main stairway, that it was quite wide
18 and to the second floor.
19 Just those two.
20 And also there was a stairway outside through
21 the pool to the balcony upstairs.
22     Q. And do you have a recollection of pictures of
23 any females whatsoever on either of the inside
24 stairways?
25     A. No, I don't.

Page 21

1  Q. What is your understanding, sir, of the -- a
2  reference to a girl, as opposed to a woman? Are you
3  familiar with the term, girl?
4  A. Of course.
5  Q. Are you familiar with the term, woman?
6  A. I interpret most a woman, a married woman, a
7  married person.
8  Q. Are you -- how would you describe a 14 year
9  old, a woman or a girl?
10 A. A girl, of course.
11 Q. How would you describe a 16 year old, a woman
12 or a girl?
13 A. Again, I don't know. I am not -- I don't
14 think I can tell you exactly she is 14 or 16.
15 Q. But if you knew --
16 A. Sixteen, I would think is a girl, of course.
17 Q. Were there ever any visitors to the Epstein
18 house that you considered to be girls, as opposed to
19 women?
20 A. Yes. Yes. I think I would says, I never
21 check her i.d.
22 Q. Right.
23 A. Or I was not told to check i.ds. --
24 Q. Of course.
25 A. -- on these girls. But one, I would says,

Page 22

1  N.B. was very young because she was in high school. And
2  sometimes either I pick her mother and herself from her
3  house or I pick her from The School of the Arts or the
4  ballet place, ballet in West Palm Beach. I can't
5  remember exactly what that place is, the name of the
6  place.
7  Q. Did you give -- provide transportation for any
8  other females while you worked for Mr. Epstein?
9  A. Occasionally, yes, I did.
10 Q. Do you happen to remember the names of any of
11 those females?
12 A. I remember one, specifically one. It was V.
13 Her name was V. I can't remember her last name, but I
14 think it was P. I'm not sure. I can be wrong on that.
15 Q. And how many times did you provide
16 transportation services for this female?
17 A. Whenever I had -- I been told. Whenever I was
18 told to go get them or bring them back to their house.
19 Q. Did you consider V. to be a girl or a woman?
20 A. Again, I think it was a woman, from myself,
21 her dressing and her -- I think it was -- again, I don't
22 know if she was 16, 17 or 18 or 19, could have been.
23 But she was not -- I never pick her up from a school or
24 anything like that. The only girl that I picked up from
25 the school was N.

Page 23

1  Q. Okay. Do you remember any other females being
2  present at the house, other than the females that you've
3  mentioned, which were N., her mother, Sarah Kellen, V.
4  Were there any others that you --
5  A. Many, many, many, many, many.
6  Q. When did you first --
7  MR. CRITTON: Can I just have the last
8  question read back?
9  MR. WILLITS: Of course you can.
10 MR. CRITTON: Please.
11 MR. WILLITS: But only once.
12 MR. CRITTON: That's all I need.
13 MR. WILLITS: You sure.
14 Go ahead.
15 (Previous question was read.)
16 MR. CRITTON: And can I just ask for a
17 clarification from you? Are you going to use -- if
18 you use the word woman, are you --
19 MR. WILLITS: I said, females.
20 MR. CRITTON: No, no, I understand. But in
21 the future if you use woman, does that mean, at
22 least to Mr. Alessi, that that's married, and if
23 it's a girl she has to be 14 or 16? Because that's
24 how you asked the question.
25 MR. WILLITS: All I'm going to talk about is

Page 24

1  females.
2  MR. CRITTON: Okay.
3  MR. WILLITS: And ask --
4  MR. CRITTON: I'll be alert to the questions
5  then.
6  MR. WILLITS: All right. So you don't need to
7  sleep through the next few questions.
8  MR. CRITTON: I don't sleep at all.
9  MR. WILLITS: All right. Now I'm totally
10 confused.
11 BY MR. WILLITS:
12 Q. When did you first become aware of females
13 visiting the Epstein house?
14 A. Since I know him.
15 Q. During the renovations?
16 A. Yeah.
17 Q. Were there --
18 A. Before the -- before Ms. Maxwell.
19 Q. Okay. All right. Let's use that as a
20 milepost.
21 Before Ms. Maxwell --
22 A. Before it was Ms. Maxwell, it was only one
23 woman that it was Mr. Epstein's girlfriend. And her
24 name was Dr. -- she was a doctor of medicine -- Eva
25 Anderson. And I really liked this girl. She was very