# United States District Court
# Southern District of New York

Virginia L. Giuffre,

       Plaintiff,                Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.

_____/

## DECLARATION OF SIGRID S. McCAWLEY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

I, Sigrid S. McCawley, declare that the below is true and correct to the best of my knowledge as follows:

1. I am a partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's September 29, 2015 Order granting my Application to Appear Pro Hac Vice.

2. I respectfully submit this Declaration in support of Plaintiff Virginia Giuffre's Opposition to Defendant Maxwell's Motion to Dismiss.

3. Attached hereto as Exhibit 1, is a true and correct copy of the Complaint [D.E. 1].

4. Attached hereto as Exhibit 2, is a true and correct copy of the March 9, 2011 Press Release Statement.

5. Attached hereto as Exhibit 3, is a true and correct copy of the January 3, 2015 Statement issued by Defendant's spokesman Ross Gow, quoted in the Express.

1

I declare under penalty of perjury that the foregoing is true and correct.

                                                                        /s/ Sigrid S. McCawley_____
                                                                        Sigrid S. McCawley, Esq.

Dated: December 17, 2015

          Respectfully Submitted,

          BOIES, SCHILLER & FLEXNER LLP

      By: /s/ Sigrid McCawley
         Sigrid McCawley (Pro Hac Vice)
         Boies, Schiller & Flexner LLP
         401 E. Las Olas Blvd., Suite 1200
         Ft. Lauderdale, FL 33301
         (954) 356-0011

         David Boies
         Boies, Schiller & Flexner LLP
         333 Main Street
         Armonk, NY 10504

         Ellen Brockman
         Boies, Schiller & Flexner LLP
         575 Lexington Ave
         New York, New York 10022
         (212) 446-2300

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 17, 2015, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

Laura A. Menninger, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com

                          /s/ Sigrid S. McCawley
                             Sigrid S. McCawley