# EXHIBIT 2



Send a release
Become a client
For journalists
Global sites

**Search**  Regulatory News Search
○ Products & Services  ○ News Releases

Products & Services | Knowledge Centre | Browse News Releases | Meet the Media | Contact PR Newswire

See more news releases in **Publishing & Information Services** | **Legal Issues**

## Statement on Behalf of Ghislaine Maxwell

Share     More ▼

LONDON, March 10, 2011 /PRNewswire/ -- Ghislaine Maxwell denies the various allegations about her that have appeared recently in the media. These allegations are all entirely false.

It is unacceptable that letters sent by Ms Maxwell's legal representatives to certain newspapers pointing out the truth and asking for the allegations to be withdrawn have simply been ignored.

In the circumstances, Ms Maxwell is now proceeding to take legal action against those newspapers.

"I understand newspapers need stories to sell copies. It is well known that certain newspapers live by the adage, "why let the truth get in the way of a good story." However, the allegations made against me are abhorrent and entirely untrue and I ask that they stop," said Ghislaine Maxwell.

"A number of newspapers have shown a complete lack of accuracy in their reporting of this story and a failure to carry out the most elementary investigation or any real due diligence. I am now taking action to clear my name," she said.

```
       Media contact:

       Ross Gow
       Acuity Reputation
       Tel: +44-203-008-7790
       Mob: +44-7778-755-251
       Email: ross@acuityreputation.com
```

SOURCE Devonshires Solicitors

**Journalists and Bloggers**



Visit **PR Newswire for Journalists** for releases, photos and customised feeds just for media.

View and download archived video content distributed by MultiVu on **The Digital Center**.



Share   

Next in **Publishing & Information Services News**

**Get content for your website**
Enhance your website's or blog's content with PR Newswire's customised real-time news feeds. **Start today**.

**Contact PR Newswire**
Send us an email at MarketingUK@prnewswire.co.uk or call us at +44 (0)20 7454 5382

**Become a PR Newswire client**
**Request more information** about PR Newswire products & services or call us at +44 (0)20 7454 5382

About PR Newswire | Contact PR Newswire | PR Newswire's Terms of Use Apply | Privacy and Cookie Policy | Site Map | RSS Feeds | Blog
Copyright © 2015 PR Newswire Association LLC. All Rights Reserved.
A **UBM** plc company.
Powered by **Clickability**.