# EXHIBIT 3

**Express. Home of the Daily and Sunday Express.**



PUBLISHED: 00:10, Sun, Jan 4, 2015

# Ghislaine Maxwell: 'I was not a madam for paedophile'

**SOCIALITE Ghislaine Maxwell dismissed claims yesterday that she acted as a "madam" to supply underage girls to US businessman Jeffrey Epstein.**

PUBLISHED: 00:10, Sun, Jan 4, 2015





REX

Ghislaine Maxwell, pictured with Epstein, says claims against her are 'lies'

The daughter of disgraced Mirror newspapers chief Robert Maxwell said her character had been defamed.

Documents lodged with a court in Florida say the 53-year-old introduced her former boyfriend Epstein to powerful individuals, including Prince Andrew, after moving to New York in 1991 following the death of her father on his yacht.

According to the documents, a woman identified as Jane Doe 3 says Ms Maxwell asked her to visit Epstein's Florida mansion when she was 15 years old.

The document says: "Epstein and Maxwell turned it into a sexual encounter, as they had done with many other victims.

"Maxwell took numerous sexually explicit pictures of underage girls, including Jane Doe 3."

When the claims emerged on Friday, her spokesman, Ross Gow, said she would not be commenting and referred journalists to a 2011 statement in which she said the allegations against her were "abhorrent".

Ghislaine Maxwell's original response to the lies and defamatory claims remains the same

Ross Gow

However, he issued a fresh denial yesterday, saying: "The allegations made… against Ghislaine Maxwell are untrue.

"The original allegations are not new and have been fully responded to and shown to be untrue.

"Each time the story is retold it changes, with new salacious details about public figures.

"(The woman's) claims are obvious lies and should be treated as such and not publicised as news, as they are defamatory.

"Ghislaine Maxwell's original response to the lies and defamatory claims remains the same.

"Miss Maxwell strongly denies allegations of an unsavoury nature, which have appeared in the British press and elsewhere and reserves her right to seek redress at the repetition of such claims."

Maxwell, a former student at Balliol College, Oxford, is the founder of an environmental charity.