# United States District Court
# Southern District of New York

Virginia L. Giuffre,

        Plaintiff,                Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

        Defendant.

_____/

**PLAINTIFF'S MOTION FOR LEAVE TO BRING PERSONAL ELECTRONIC DEVICES AND GENERAL PURPOSE COMPUTING DEVICES INTO THE COURTHOUSE FOR THE JANUARY 14, 2016 HEARING**

Plaintiff, by and through undersigned counsel, hereby moves this Court for an Order granting Plaintiff's counsel leave to bring Personal Electronic Devices and General Purpose Computing Device into the Courthouse for the hearing currently scheduled for January 14, 2016, in the above-styled case.

Plaintiff respectfully requests that this Court allow attorney Sigrid McCawley to bring with her to the Courthouse on January 14, 2016, a Personal Electronic Device and a General Purpose Computing Device. Plaintiff has attached a proposed order as Exhibit A hereto. *See* Exhibit A, Proposed Order Granting Plaintiff's Motion for Leave to Bring Personal Electronic Device and General Purpose Computing Devices to the Courthouse for the January 14, 2016 hearing. Plaintiff will comply with the obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.

Dated: January 11, 2016

Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP

By:  /s/ Sigrid McCawley
      Sigrid McCawley (Pro Hac Vice)
      Boies, Schiller & Flexner LLP
      401 E. Las Olas Blvd., Suite 1200
      Ft. Lauderdale, FL 33301
      (954) 356-0011

      David Boies
      Boies, Schiller & Flexner LLP
      333 Main Street
      Armonk, NY 10504

      Ellen Brockman
      Boies, Schiller & Flexner LLP
      575 Lexington Ave
      New York, New York 10022
      (212) 446-2300

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 11, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

Laura A. Menninger, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com

/s/ Sigrid S. McCawley
Sigrid S. McCawley