# EXHIBIT A

# United States District Court
## Southern District of New York

Virginia L. Giuffre,

      Plaintiff,           Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

      Defendant.

_____/

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO BRING PERSONAL ELECTRONIC DEVICES AND GENERAL PURPOSE COMPUTING DEVICES INTO THE COURTHOUSE FOR JANUARY 14, 2016 HEARING**

**THIS MATTER** comes before the Court upon Plaintiff's Motion for Leave to Bring Personal Electronic Devices and General Purpose Computing Devices into the Courthouse on January 14, 2016. The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. The Court has carefully considered the Motion, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** that the motion is hereby **GRANTED**.

Plaintiff's counsel, Sigrid S. McCawley shall be permitted, to bring and to use Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in this action.

| Attorney | Device(s) |
| --- | --- |
| Sigrid McCawley | Personal Electronic Device; and General Purpose Computing Device |

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

**DONE AND ORDERED** in Chambers, in New York City, New York, this _____ day of _____, 2016.

_____
The Honorable Robert W. Sweet
United States District Judge

Copies furnished to:
All Counsel of Record