United States District Court
Southern District of New York

Virginia L. Giuffre,

       Plaintiff,                   Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.
_____/

**PLAIINTIFF, VIRGINIA L. GIUFFRE'S RESPONSE
TO DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

In response to Defendant's Notice of Supplemental Authority [D.E. # 29], Plaintiff Virginia L. Giuffre, by and through her undersigned counsel, respectfully states as follows:

As recounted by Defendant's Notice of Supplemental Authority, the *Hill* Court found that Cosby's statements were not defamatory because they did not "lead to an inference that Plaintiff is a 'liar and an extortionist.'" In vivid contrast, Maxwell called Ms. Giuffre's assertions of sexual abuse "obvious lies." It is axiomatic that a person telling "obvious lies" is a liar, and, therefore, the reasoning employed by the *Hill* court is inapplicable to the statements made by Maxwell.

Dated January 25, 2015

                                               Respectfully Submitted,

                                               BOIES, SCHILLER & FLEXNER LLP

                              By:  <u>/s/ Sigrid McCawley</u>
                                      Sigrid McCawley (Pro Hac Vice)
                                      Boies Schiller & Flexner LLP
                                      401 E. Las Olas Blvd., Suite 1200

Ft. Lauderdale, FL 33301
(954) 356-0011

David Boies
Boies Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

Ellen Brockman
Boies Schiller & Flexner LLP
575 Lexington Ave
New York, New York 10022
(212) 446-2300

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 25, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

Laura A. Menninger, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com

                                                    /s/ Sigrid S. McCawley
                                                       Sigrid S. McCawley