**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

               Plaintiff,                Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

               Defendant.

_____/

### DECLARATION OF SIGRID S. McCAWLEY IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS SUBJECT TO IMPROPER CLAIM OF PRIVILEGE

I, Sigrid S. McCawley, declare that the below is true and correct to the best of my knowledge as follows:

1.      I am a partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's September 29, 2015 Order granting my Application to Appear Pro Hac Vice.

2.      I respectfully submit this Declaration in support of Plaintiff Virginia Giuffre's Motion to Compel Production of Documents Subject to Improper Claim of Privilege.

3.      Attached hereto as Exhibit 1, is a true and correct copy of Defendant Ghislaine Maxwell's Privilege Log.

4.      Attached hereto as Exhibit 2, is a true and correct copy of Ross Gow's LinkedIn profile.

I declare under penalty of perjury that the foregoing is true and correct.

                              /s/ Sigrid S. McCawley_____
                              Sigrid S. McCawley, Esq.

Dated: February 26, 2016

Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP

By:  /s/ Sigrid McCawley
    Sigrid McCawley (Pro Hac Vice)
    Boies, Schiller & Flexner LLP
    401 E. Las Olas Blvd., Suite 1200
    Ft. Lauderdale, FL 33301
    (954) 356-0011

    David Boies
    Boies, Schiller & Flexner LLP
    333 Main Street
    Armonk, NY 10504

    Ellen Brockman
    Boies, Schiller & Flexner LLP
    575 Lexington Ave
    New York, New York 10022
    (212) 446-2300

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 26, 2016, I electronically filed the foregoing

document with the Clerk of Court by using the CM/ECF system.  I also certify that the foregoing

document is being served this day on the individuals identified below via transmission of Notices

of Electronic Filing generated by CM/ECF.

> Laura A. Menninger, Esq.
> HADDON, MORGAN & FOREMAN, P.C.
> 150 East 10th Avenue
> Denver, Colorado 80203
> Tel: (303) 831-7364
> Fax: (303) 832-2628
> Email: lmenninger@hmflaw.com

> /s/ Sigrid S. McCawley
>    Sigrid S. McCawley