# EXHIBIT 2

What is LinkedIn?   Join Today   Sign In

# Ross Gow

Managing Partner at ACUITY Reputation

London, United Kingdom | Public Relations and Communications

| | |
|---|---|
| Current | ACUITY Reputation |
| Education | College of Law, Chancery Lane |
| Websites | Company Website |

**500+** connections

**Search by name**

Over 400 million professionals are already on LinkedIn. Find who you know.

[First Name] [Last Name]

**Example:** Jeff Weiner

## Join LinkedIn and access Ross's full profile. It's free!

As a LinkedIn member, you'll join 400 million other professionals who are sharing connections, ideas, and opportunities.

- See who you know in common
- Get introduced
- Contact **Ross** directly

[View Ross's Full Profile]



## Experience

**Owner, Managing Partner**
ACUITY Reputation
January 2010 – Present (6 years 2 months)

ACUITY advises Governments, Corporates and UHNWIs on reputational issues

## Skills

Public Relations   Marketing Communications   Change Management

Reputation Management   Management   Corporate Communications   Due Diligence

Management Consulting   Social Media Marketing   Risk Management

Event Management   Media Relations   Internal Communications   Politics

Crisis Communications   See 17+

## Education

**College of Law, Chancery Lane**
Bachelor of Laws (LLB)
1984 – 1985

**Eton College**
1976 – 1981

What is LinkedIn?    Join Today    Sign In

### Interests

sangliers    Sauternes    sunshine

### Volunteer Experience & Causes

**Causes Ross cares about:**
Arts and Culture
Politics

### Groups

**Fieldsports Club**

## View Ross' full profile to...

- See who you know in common
- Get introduced
- Contact **Ross** directly

[View Ross's Full Profile]

LinkedIn member directory: a b c d e f g h i j k l m n o p q r s t u v w x y z more | Browse members by country

© 2016 | User Agreement | Privacy Policy | Community Guidelines | Cookie Policy | Copyright Policy | Unsubscribe