# EXHIBIT 1

Page 1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-CIV-80119-MARRA/JOHNSON

JANE DOE NO. 2,
      Plaintiff,
-vs-                    VOLUME I OF III
JEFFREY EPSTEIN,
      Defendant.
_____/

Related cases:
08-80232, 08-08380, 08-80381, 08-80994
08-80993, 08-80811, 08-80893, 09-80469
09-80591, 09-80656, 09-80802, 09-81092
_____/

         VIDEOTAPED DEPOSITION OF
              SARAH KELLEN

         Wednesday, March 24, 2010
             10:37 - 6:51 p.m.

         250 Australian Avenue South
                 Suite 1500
         West Palm Beach, Florida 33401

Reported By:
Cynthia Hopkins, RPR, FPR
Notary Public, State of Florida
Prose Court Reporting Services
Job No.: 1484
```

Page 2

```
IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT
    IN AND FOR PALM BEACH COUNTY, FLORIDA
    CASE NO. 502008CA028058XXXXMB AD

E.W.,

      Plaintiff,
-vs-                    VOLUME I OF III

JEFFREY EPSTEIN,

      Defendant.
_____/

         VIDEOTAPED DEPOSITION OF
              SARAH KELLEN

         Wednesday, March 24, 2010
             10:37 - 6:51 p.m.

         250 Australian Avenue South
                 Suite 1500
         West Palm Beach, Florida 33401

Reported By:
Cynthia Hopkins, RPR, FPR
Notary Public, State of Florida
Prose Court Reporting Services
Job No.: 1484
```

Page 3

```
IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT
    IN AND FOR PALM BEACH COUNTY, FLORIDA
    CASE NO. 502008CA028051XXXXMB AB

L.M.,
      Plaintiff,
-vs-                    VOLUME I OF III
JEFFREY EPSTEIN,
      Defendant.
_____/



         VIDEOTAPED DEPOSITION OF
              SARAH KELLEN

         Wednesday, March 24, 2010
             10:37 - 6:51 p.m.


         250 Australian Avenue South
                 Suite 1500
         West Palm Beach, Florida 33401


Reported By:
Cynthia Hopkins, RPR, FPR
Notary Public, State of Florida
Prose Court Reporting Services
Job No.: 1484
```

Page 4

```
IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL
CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA
     CASE No.502008CA037319XXXXMB AB

B.B.

      Plaintiff,
-vs-                    VOLUME I OF III
JEFFREY EPSTEIN
AND SARAH KELLEN,

      Defendants.
_____

         VIDEOTAPED DEPOSITION OF
              SARAH KELLEN

         Wednesday, March 24, 2010
             10:37 - 6:51 p.m.


         250 Australian Avenue South
                 Suite 1500
         West Palm Beach, Florida 33401



Reported By:
Cynthia Hopkins, RPR, FPR
Notary Public, State of Florida
Prose Court Reporting Services
Job No.: 1484
```

1 (Pages 1 to 4)

(561) 832-7500     PROSE COURT REPORTING AGENCY, INC.     (561) 832-7506

Page 5

```
 1   APPEARANCES:
 2   On behalf of the Plaintiffs, B.B.:
 3       SPENCER T. KUVIN, ESQUIRE
         LEOPOLD KUVIN
 4       2925 PGA Boulevard
         Suite 200
 5       Palm Beach Gardens, Florida 33410
         Phone: 561.515.1400
 6
 7   On behalf of the Plaintiffs, L.M., E.W. and
     Jane Doe:
 8
 9       MATTHEW WEISSING, ESQUIRE
         FARMER, JAFFE, WEISSING, EDWARDS
10       FISTOS & LEHRMAN, P.L.
         425 North Andrews Avenue
11       Suite 2
         Fort Lauderdale, Florida 33301
12       Phone: 954.524.2820
13   On behalf of Jane Does 1 through 8:
14       ADAM D. HOROWITZ, ESQUIRE
         MERMELSTEIN & HOROWITZ, P.A.
15       18205 Biscayne Boulevard
         Suite 2218
16       Miami, Florida 33160
         Phone: 305.931.2200
17       E-mail: Ahorowitz@sexabuseattorney.com
18   On behalf of the Plaintiffs, 101, 102 and 103:
19       KATHERINE W. EZELL, ESQUIRE
         AMY JOSEFSBERG EDERI, ESQUIRE
20       PODHURST ORSECK
         25 West Flagler Street
21       Suite 800
         Miami, Florida 33130
22       Phone: 305.358.2800
23       (Via telephone)
24
25
```

Page 6

```
 1   Appearances continued...
 2   On behalf of the Plaintiff, Jane Doe II:
 3       ISIDRO MANUEL GARCIA, ESQUIRE
         GARCIA, ELKINS & BOEHRINGER
 4       224 Datura Avenue, Suite 900
         West Palm Beach, Florida 33401
 5       Phone: 561.832.8033
 6
 7   On behalf of the Defendant:
 8       JACK ALAN GOLDBERGER, ESQUIRE
         ATTERBURY, GOLDBERGER & WEISS, P.A.
 9       250 Australian Avenue South
         Suite 1400
10       West Palm Beach, Florida 33401-5012
         Phone: 561.659.8300
11
12
13   On behalf of the Witness:
14       BRUCE E. REINHART, ESQUIRE
         LAW OFFICE OF BRUCE E. REINHART
15       One Clearlake Center
         250 South Australian Avenue, Suite 1400
16       West Palm Beach, Florida 33401
         Phone: 561.202.6360
17
18
19
20   ALSO PRESENT:
21   Jessica Cadwell, Paralegal
     Burman, Critton, Luttier & Coleman, P.A.
22   Joseph Kozak, Videographer
     Prose Court Reporting Services
23
24
25
```

Page 7

```
 1
 2                    INDEX
 3                    - - -
 4
 5   EXAMINATION    DIRECT   CROSS   REDIRECT
 6
     SARAH KELLEN
 7
     BY MR. KUVIN      9
 8
 9
10                   EXHIBITS
11
12                    - - -
13   EXHIBIT       DESCRIPTION         PAGE
14
     PLAINTIFF'S EX. 1  PHOTO       16
15   PLAINTIFF'S EX. 2  JEGE, INC., 24
                        PASSENGER MANIFEST
16   PLAINTIFF'S EX. 3  HYPERION AIR, INC.,
                        PASSENGER MANIFEST
17   PLAINTIFF'S EX. 6  PHOTO       63
     PLAINTIFF'S EX. 7  PHOTO       65
18   PLAINTIFF'S EX. 8  PHOTO       68
     PLAINTIFF'S EX. 9  PHOTO       71
19   PLAINTIFF'S EX. 10 PHOTO      100
     PLAINTIFF'S EX. 11 PHOTO      101
20   PLAINTIFF'S EX. 12 PHOTO      103
     PLAINTIFF'S EX. 4  PHONE MESSAGE PADS
21   PLAINTIFF'S EX. 5  CELLPHONE RECORDS
     PLAINTIFF'S EX. 13 PHOTO      144
22
23
24
25
```

Page 8

```
 1              PROCEEDINGS
 2                  - - -
 3       THE VIDEOGRAPHER: We are now on video
 4   record. This is Media No. 1 in the videotaped
 5   deposition of Sarah Kellen in the matter of
 6   Jane Doe versus Jeffrey Epstein, et al. Today
 7   is Wednesday, March 24th, 2010. It is
 8   10:36 a.m. We are here at Prose Court
 9   Reporting, 250 South Australian Avenue, West
10   Palm Beach, Florida.
11       My name is Joe Kozak. I'm the
12   videographer. The reporter is Cindy
13   Hopkins from Prose Court Reporting Agency.
14       Would counsel please introduce
15   yourselves, and then the court reporter
16   will swear in the witness.
17       MR. KUVIN: Good morning. Spencer Kuvin
18   on behalf of one of the Plaintiffs.
19       MR. HOROWITZ: Adam Horowitz on behalf of
20   Jane Does 2 through 8. And just for the record
21   purposes, the deposition is also being taken in
22   the federal cases, I believe, case being
23   Jane Doe 2 versus Jeffrey Epstein.
24       MR. WEISSING: Matt Weissing on behalf of
25   three of the Plaintiffs.
```

Page 9

1    MR. GARCIA: Sid Garcia for Jane Doe,
2    Roman Numeral II.
3    MR. GOLDBERGER: Jack Goldberger on behalf
4    of Jeffrey Epstein.
5    MS. CADWELL: Jessica Cadwell, paralegal,
6    on behalf of Jeffrey Epstein.
7    MR. RHEINHART: Bruce Rheinhart on behalf
8    of the witness, Sarah Kellen.
9    MR. KUVIN: Kathy, your turn.
10   MS. EZELL: Okay. Kathy Ezell and Amy
11   Ederi on behalf of Plaintiff, Jane Doe 103.
12   Thereupon,
13         (SARAH KELLEN)
14   Having been first duly sworn or affirmed, was
15   examined and testified as follows:
16         DIRECT EXAMINATION
17   BY MR. KUVIN:
18   Q.  Good morning.
19   A.  Morning.
20   Q.  Could you give us your full name, please.
21   A.  Sarah Kellen.
22   Q.  Do you have a middle name?
23   A.  Lynnelle.
24   Q.  Would you spell that for us?
25   A.  L-y-n-n-e-l-l-e.

Page 10

1    Q.  What's your current address?
2    MR. RHEINHART: I'm going to instruct the
3    witness not to answer that question on the
4    basis of her Fifth and 14th Amendment
5    privileges against self-incrimination.
6    MR. KUVIN: Okay. We had spoken before
7    with respect to there are likely going to be
8    answers similar to that throughout this
9    deposition. I have agreed to a procedure that
10   we can do a shortened answer. However you want
11   to handle that, I leave it up to you. But I do
12   agree that whatever the shortened answer is,
13   that it will satisfy the length, lengthy answer
14   that she would like to give.
15         So, do we want to do that with this
16   question, or how do you want to handle
17   that procedurally?
18   MR. RHEINHART: Well, I think I have given
19   the instruction. I think she, will give her
20   the same instruction in the future to the
21   extent that it's relevant, and I think that if
22   we can all just agree that if she simply says
23   or I simply say "The Fifth Amendment," that
24   will qualify as giving a sufficient answer to
25   -- as a matter of law, and will invoke that

Page 11

1    privilege.
2    MR. KUVIN: I'll agree with that
3    procedure.
4    MR. RHEINHART: Anyone object to that
5    procedure?
6    MR. GOLDBERGER: Actually I think if, in
7    fact, this deposition is used in a trial, I
8    think you would want the lengthier answer as
9    being the answer that is played to the jury.
10   So either you guys can agree that it gets cut
11   in or she's going to have to -- I can't tell
12   you what to do, but I would suggest that she
13   give the lengthier answer each time.
14         But there's got to be a way that you
15   guys can reach an agreement though, that
16   from a technology perspective, that the
17   lengthy answer that she just gave would be
18   used during any trial testimony. Can that
19   be done?
20   MR. KUVIN: I don't know procedurally
21   whether it can be done.
22   MR. GOLDBERGER: I think --
23   MR. KUVIN: I don't know that, well --
24   MR. GOLDBERGER: And again, it's not my,
25   it's not my deal. I'm just telling you how

Page 12

1    we've done it in the past.
2    MR. KUVIN: I hear you, and I have a
3    number of issues primary, primarily of which
4    that you're not here to represent anyone
5    currently.
6    MR. GOLDBERGER: Yeah, I am. I'm
7    actually, I'm actually here representing
8    Jeffrey Epstein, so...
9    MR. KUVIN: Okay. With respect to all the
10   civil cases, though, you're not here to
11   represent anyone, so --
12   MR. GOLDBERGER: Yes, I am.
13   MR. KUVIN: With the exception --
14   MR. GOLDBERGER: I represent -- I am -- I
15   don't mean to interrupt you, but I am counsel
16   of record in the civil cases.
17   MR. KUVIN: Okay. Okay.
18   MR. RHEINHART: If we have a stipulation,
19   what's the problem? Are you --
20   MR. KUVIN: There is none.
21   MR. RHEINHART: -- worried about a waiver?
22   MR. GOLDBERGER: No, I'm not worried about
23   that at all. I'm worried about what is played
24   to a jury if this gets tried.
25   MR. KUVIN: Okay. And I appreciate you

Page 97

```
 1        MR. RHEINHART: Same instruction.
 2        THE WITNESS: On the instruction of my
 3   lawyer, I must invoke my Fifth Amendment
 4   privilege.
 5   BY MR. KUVIN:
 6     Q. Have you ever worked as a professional
 7   model?
 8        MR. RHEINHART: May I consult?
 9        MR. KUVIN: Sure.
10        MR. RHEINHART: You can answer the
11   question.
12        THE WITNESS: Yes.
13   BY MR. KUVIN:
14     Q. When?
15     A. I don't remember. I don't remember the dates.
16   It was at least maybe ten years ago.
17     Q. And you're how old now?
18        MR. RHEINHART: I'll instruct the witness
19   not to answer the question. Nice try.
20        Instruct you not to answer based on
21   your Fifth Amendment privilege.
22        THE WITNESS: On the instruction of my
23   lawyer, I'm going to invoke my Fifth Amendment
24   privilege.
25        MR. KUVIN: I'm just trying to find out.
```

Page 98

```
 1        MR. RHEINHART: Like I said, good try.
 2   Move on.
 3   BY MR. KUVIN:
 4     Q. With respect to your work as a
 5   professional model, what company did you work for?
 6        MR. RHEINHART: Instruct the witness not
 7   to answer based on the Fifth Amendment
 8   privilege.
 9        THE WITNESS: On the instruction of my
10   lawyer, I invoke my Fifth Amendment privilege.
11   BY MR. KUVIN:
12     Q. What is your understanding of
13   Mr. Epstein's involvement with the modeling
14   industry?
15        MR. RHEINHART: Standing objection, and
16   instruct the witness not to answer based on
17   Fifth Amendment, on that basis.
18        THE WITNESS: Upon the instruction of my
19   lawyer, I must invoke my Fifth Amendment
20   privilege.
21   BY MR. KUVIN:
22     Q. Were you ever promised anything regarding
23   your modeling career by Jean-Luc Brunel?
24        MR. RHEINHART: Instruct the witness not
25   to answer based on Fifth Amendment, also
```

Page 99

```
 1   assumes facts that have not been established
 2   and it's compound.
 3        THE WITNESS: On the instruction of my
 4   lawyer, I must invoke my Fifth Amendment
 5   privilege.
 6        MR. RHEINHART: And to clarify the
 7   objection is that it assumes that she's ever
 8   met or knows anything about Jean-Luc Brunel.
 9   BY MR. KUVIN:
10     Q. Were you ever promised anything regarding
11   your modeling career by Jeffrey Epstein?
12        MR. RHEINHART: Same objection, instruct
13   the witness not to answer.
14        THE WITNESS: On the instruction of my
15   lawyer, I must invoke my Fifth Amendment
16   privilege.
17   BY MR. KUVIN:
18     Q. You would agree with me that there is a
19   financial arrangement between Jean-Luc Brunel and
20   Jeffrey Epstein, do you not?
21        MR. RHEINHART: Objection. It assumes she
22   has any knowledge of either Mr. Epstein or
23   Mr. Brunel, and as to that she is going to
24   invoke her Fifth Amendment privilege. The
25   question is compound and therefore ambiguous.
```

Page 100

```
 1        THE WITNESS: On the instruction of my
 2   lawyer, I must invoke my Fifth Amendment
 3   privilege.
 4   BY MR. KUVIN:
 5     Q. Would you agree with me that
 6   Ghislaine Maxwell provides underage girls to
 7   Mr. Epstein for sex?
 8        MR. RHEINHART: Objection to the form. It
 9   assumes she knows anything at all about
10   Ghislaine Maxwell and asks her to assume that
11   she does, and therefore it is compound and
12   ambiguous, and I would instruct her not to
13   answer.
14        THE WITNESS: Upon the instruction of my
15   lawyer, I must invoke my Fifth Amendment
16   privilege.
17        MR. KUVIN: That's a good point. Take a
18   look at what we'll mark as Exhibit 10.
19        (Plaintiff's Exhibit No. 10 was marked for
20   identification.)
21        MR. KUVIN: All me to show it to the
22   camera first.
23        MR. RHEINHART: Okay.
24        MR. KUVIN: Okay.
25        THE WITNESS: Okay.
```

Page 101

```
 1   BY MR. KUVIN:
 2       Q.  Take a look at what we marked as Exhibit
 3   10.  Do you recognize the two people in that
 4   photograph?
 5           MR. RHEINHART: I'll instruct the witness
 6       not to answer based on her Fifth Amendment
 7       privilege.
 8           THE WITNESS: On the instruction of my
 9       lawyer, I must invoke my Fifth Amendment
10       privilege.
11   BY MR. KUVIN:
12       Q.  Would you agree with me that's
13   Ghislaine Maxwell on the right and Jeffrey Epstein
14   on the left?
15           MR. RHEINHART: Objection to the form.  It
16       assumes that she knows who Ghislaine Maxwell
17       and Jeffrey Epstein are, and therefore it's
18       compound and ambiguous, and I would instruct
19       her not to answer.
20           THE WITNESS: On the instruction of my
21       lawyer, I must invoke my Fifth Amendment
22       privilege.
23           MR. KUVIN: Okay.  I will mark this as
24       Exhibit 11.
25
```

Page 102

```
 1       (Plaintiff's Exhibit No. 11 was marked for
 2   identification.)
 3   BY MR. KUVIN:
 4       Q.  Let me show you what we marked as
 5   Exhibit 11.  Hang on one second.
 6           MR. RHEINHART: Sure.
 7   BY MR. KUVIN:
 8       Q.  Do you recognize the young lady shown in
 9   Exhibit 11?
10           MR. RHEINHART: I'll instruct the witness
11       not to answer based on her Fifth Amendment
12       privilege.
13           THE WITNESS: On the instruction of my
14       lawyer, I must invoke my Fifth Amendment
15       privilege.
16   BY MR. KUVIN:
17       Q.  Do you agree with me that the young girl
18   shown in Exhibit 11 was recruited by Ghislaine
19   Maxwell to, for sexual activity with
20   Jeffrey Epstein?
21           MR. RHEINHART: Objection to the form.  It
22       assumes she knows who the person is in Exhibit
23       11, and assumes she knows who Ghislaine Maxwell
24       is, and assumes she knows who Jeffrey Epstein
25       is, and is therefore compound.
```

Page 103

```
 1       You're asking the witness three
 2       questions at the same time, and I would
 3       instruct her not to answer based on the
 4       Fifth Amendment.
 5           THE WITNESS: On the instruction of my
 6       lawyer, I must invoke my Fifth Amendment
 7       privilege.
 8           MR. KUVIN: Just so we're clear, had she
 9       answered the first two questions, then
10       obviously I wouldn't have to ask the third one
11       that has all of them in it but --
12           MR. RHEINHART: If you had accepted her
13       answer, you would have known that she wasn't
14       going to answer these, and we could have saved
15       a few minutes.
16           MR. KUVIN: And as you well know, I must
17       ask the question in order to gain the inference
18       at trial.
19           MR. RHEINHART: I understand.
20           MR. KUVIN: All right.
21       (Plaintiff's Exhibit No. 12 was marked for
22   identification.)
23   BY MR. KUVIN:
24       Q.  Do you recognize the gentleman that is
25   shown --
```

Page 104

```
 1           MR. RHEINHART: We'll have a job here.
 2           MR. KUVIN: That is true.
 3   BY MR. KUVIN:
 4       Q.  -- that is shown in Exhibit 12?
 5           MR. KUVIN: Let me hold this for the
 6       camera first.
 7           MR. RHEINHART: I'm sorry.  Is there a
 8       question pending?
 9           MR. KUVIN: Yes.
10   BY MR. KUVIN:
11       Q.  Do you recognize the gentleman shown in
12   Exhibit 12?
13           MR. RHEINHART: I instruct her not to
14       answer based on the Fifth Amendment.
15           THE WITNESS: On the instruction of my
16       lawyer, I must invoke my Fifth Amendment
17       privilege.
18   BY MR. KUVIN:
19       Q.  Would you agree with me that that is
20   Prince Andrew shown in Exhibit 12?
21           MR. RHEINHART: Same instruction.
22           THE WITNESS: On the instruction of my
23       lawyer, I must invoke my Fifth Amendment
24       privilege.
25
```

26 (Pages 101 to 104)