# EXHIBIT 5

```
                                                                  Page 1
 1            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
 2
 3   JANE DOE NO. 2,              Case No: 08-CV-80119
 4       Plaintiff,
 5   Vs
 6   JEFFREY EPSTEIN,
 7       Defendant.
     _____/
 8
     JANE DOE NO. 3,              Case NO: 08-CV-80232
 9
         Plaintiff,
10   Vs
11   JEFFREY EPSTEIN,
12       Defendant.
     _____/
13
     JANE DOE NO. 4,              Case No: 08-CV-80380
14
         Plaintiff,
15
     Vs.
16
     JEFFREY EPSTEIN,
17
         Defendant.
18   _____/
19   JANE DOE NO. 5,              Case No: 08-CV-80381
20       Plaintiff,
21   Vs
22   JEFFREY EPSTEIN,
23       Defendant.
     _____/
24
25
```

```
                                                    Page 2
 1   JANE DOE NO. 6,         Case No: 08-CV-80994
 2        Plaintiff,
 3   Vs
 4   JEFFREY EPSTEIN,
 5        Defendant.
     _____/
 6
     JANE DOE NO. 7,         Case No. 08-CV-80993
 7
          Plaintiff,
 8
     Vs
 9
     JEFFREY EPSTEIN,
10
          Defendant.
11   _____/
12   C.M.A.,                 Case No: 08-CV-80811
13        Plaintiff,
14   Vs
15   JEFFREY EPSTEIN,
16        Defendant.
     _____/
17
     JANE DOE,               Case No: 08-CV-80893
18
          Plaintiff,
19
     Vs
20
     JEFFREY EPSTEIN,
21
          Defendant.
22   _____/
23
24
25
```

```
                                                    Page 3
 1   JANE DOE NO. II,        Case No: 08-CV-80469
 2        Plaintiff,
 3   Vs
 4   JEFFREY EPSTEIN,
 5        Defendant.
     _____/
 6
     JANE DOE NO. 101,       Case No: 09-CV-80591
 7
          Plaintiff,
 8
     Vs
 9
     JEFFREY EPSTEIN,
10
          Defendant.
11   _____/
12   JANE DOE NO. 102,       Case No: 09-CV-80656
13        Plaintiff,
14   Vs
15   JEFFREY EPSTEIN,
16        Defendant.
     _____/
17
18
19
20              1031 Ives Dairy Road
                Suite 228
21              North Miami, Florida
                July 29, 2009
22              11:00 a.m. to 5:30 p.m.
23
24
25
```

```
                                                    Page 4
 1              V I D E O T A P E D
 2              D E P O S I T I O N
 3                     of
 4              ALFREDO RODRIGUEZ
 5
 6   taken on behalf of the Plaintiffs pursuant
 7   to a Re-Notice of Taking Deposition (Duces Tecum)
 8
 9              - - -
10   APPEARANCES:
11
            MERMELSTEIN & HOROWITZ, P.A.
12          BY: STUART MERMELSTEIN, ESQ.
            18205 Biscayne Boulevard
13          Suite 2218
            Miami, Florida 33160
14          Attorney for Jane Doe 2, 3, 4, 5,
            6, and 7.
15
16          ROTHSTEIN ROSENFELDT ADLER
            BY: BRAD J. EDWARDS, ESQ., and
17          CARA HOLMES, ESQ.
            Las Olas City Centre
18          Suite 1650
            401 East Las Olas Boulevard
19          Fort Lauderdale, Florida 33301
            Attorney for Jane Doe and E.W.
20          And L.M.
21
            PODHURST ORSECK
22          BY: KATHERINE W. EZELL
            25 West Flagler Street
23          Suite 800
            Miami, Florida 33130
24          Attorney for Jane Doe 101 and 102.
25
```

```
                                                    Page 5
 1
     APPEARANCES:
 2
 3          LEOPOLD-KUVIN
            ADAM J. LANGINO, ESQ.
 4          2925 PGA Boulevard
            Suite 200
 5          Palm Beach Gardens, Florida 33410
            Attorney for B.B.
 6
 7          RICHARD WILLITS, ESQ.
            2290 10th Avenue North
 8          Suite 404
            Lake Worth, Florida 33461
 9          Attorney for C.M.A.
10
            BURMAN, CRITTON, LUTTIER &
11          COLEMAN, LLP
            BY: ROBERT CRITTON, ESQ.
12          515 North Flagler Drive
            Suite 400
13          West Palm Beach, Florida 33401
            Attorney for Jeffrey Epstein.
14
15
16
     ALSO PRESENT:
17
         JOE LANGSAM, VIDEOGRAPHER
18
19              - - -
20
21
22
23
24
25
```

Page 6

INDEX OF EXAMINATION

| WITNESS | DIRECT | CROSS |
|---|---|---|
| ALFREDO RODRIGUEZ | | |
| (By Mr. Mermelstein) | 12 | |
| (By Mr. Edwards) | 157 | |
| (By Mr. Langino) | 260 | |

INDEX OF EXHIBITS

| EXHIBITS | PAGE |
|---|---|
| 1  Message pad | 72 |
| 2  Documents | 115 |

Page 7

1  Deposition taken before MICHELLE PAYNE, Court
2  Reporter and Notary Public in and for the State of
3  Florida at Large, in the above cause.
4              - - -
5     THE VIDEOGRAPHER:  This is the case of
6  Jane Doe No. 2, plaintiff, versus Jeffrey
7  Epstein, defendant.  Jane Doe No. 3,
8  plaintiff, versus Jeffrey Epstein,
9  defendant.  Jane Doe No. 4, plaintiff,
10 versus Jeffrey Epstein, defendant.  And Jane
11 Doe No. 5, plaintiff, versus Jeffrey
12 Epstein, defendant.  Jane Doe No. 6,
13 plaintiff, versus Jeffrey Epstein,
14 defendant.  Jane Doe No. 7, plaintiff,
15 versus Jeffrey Epstein, defendant.  CMA,
16 plaintiff, versus Jeffrey Epstein,
17 defendant.  And Jane Doe, plaintiff, versus
18 Jeffrey Epstein, et al, defendant.  And Jane
19 Doe -- is there a shorter thing that we can
20 do here?  It's also missing this one right
21 here.
22     MR. MERMELSTEIN:  Do we have a problem
23 with saying Jane Doe 2 and the Epstein and
24 related cases?
25     THE VIDEOGRAPHER:  I'm missing this Jane

Page 8

1  Doe right here on the copy you gave me.  I'm
2  missing which Jane Doe this is.
3     They're all different case numbers.  Do
4  you want me to go through each case number?
5     MR. CRITTON:  I'm going to note my
6  objection.  Obviously if this deposition
7  gets played -- not obviously, I'm going to
8  object to the litany of each one so I don't
9  know how we can separate it out.  Maybe if
10 and when at the time of trial and depending
11 on how the Court determines what comes in
12 and what doesn't with regard to the
13 consolidated aspects of this.  I have no
14 great idea other than just saying Jane Doe
15 versus Epstein, et al, or something like
16 that, or Jane Doe, et al.
17     MS. EZELL:  Couldn't we just say and
18 those cases which have been consolidated
19 with it for Discovery purposes?
20     MR. EDWARDS:  Although there is cases
21 here that have cross noticed this from state
22 court that haven't been consolidated so that
23 may not work.  You may have to read them
24 all, if it works out your way that will just
25 get edited out, at least he will have read

Page 9

1  that caption, every caption.  Right?  Is
2  there a better suggestion?
3     MR. CRITTON:  No.  There may be a better
4  suggestion if he starts this is such and
5  such day, it's the deposition of Mr.
6  Rodriguez in the case such and such, and we
7  can almost fill it in depending on which
8  tape it goes, how it fills in, at least
9  we'll have the context of the first and
10 depending on whether the Judge reads it in
11 from a consolidated or they all come
12 related, I have no great idea.
13     MR. EDWARDS:  I was thinking if he read
14 every one of them and it was the seventh in
15 line then you just would edit it so you
16 would only read that one.
17     MR. CRITTON:  I'm okay with that too.
18     THE VIDEOGRAPHER:  On page number three
19 there is something missing on the top here.
20     Do you want me to read each case number
21 separately?
22     MR. MERMELSTEIN:  I don't think it's
23 necessary.
24     MR. EDWARDS:  I don't think it's
25 necessary either.

Page 22

1  Q. Was there a Michael Liffman that was
2  hired as a butler at some point?
3  A. That was before me.
4  Q. Okay. Who was the household manager
5  before you?
6  A. I understand there were several in one
7  year. There was Mike Friedman, there is Joe
8  Alessi. There was a couple of Filipino girls --
9  no, they were from Bangladesh. I can't remember.
10 I used to send his -- I used to forward his mail
11 to Maryland but I can't recall right now, sir.
12 Q. Okay. And at the time you took the job
13 it was open, he didn't have anyone in that
14 position. Is that correct?
15 A. What I find is the staff from his house
16 in Manhattan they gave me the briefing on what he
17 likes and what he doesn't like. Belinda Retta
18 from Mrs. Maxwell, they were due to give me an
19 inside look because it was too much to learn in
20 48 hours so they were there handling the house
21 before me, so there were two couples.
22 Q. Two couples. All right. Let's walk
23 through that. So the first day you come to work
24 you're basically you received some training?
25 A. Exactly.

Page 23

1  Q. And tell us who provided that training?
2  A. Joe-Joe is his nickname but he runs Mr.
3  Epstein's estate in Manhattan as well as his wife.
4  They were very nice people telling me because you
5  have to understand, there is a lot of specifics,
6  where to park the car, here and there, if the
7  plane lands here you have to park the Mercedes,
8  you know, very specific details, and he gave me an
9  inside of all of that.
10 Q. Okay. So you would pick up Mr. Epstein
11 at the airport?
12 A. Yes.
13 Q. And how long did this training last?
14 A. Two or three days.
15 Q. Okay. And it was Joe-Joe and his wife?
16 A. Joe-Joe, yes.
17 Q. You don't remember the last name or full
18 names?
19 A. No, sir.
20 Q. Anything else you can remember that you
21 were told specifically regarding his preferences?
22 A. He likes Columbian coffee, that's the
23 only type of coffee he drinks, and it was shipped
24 from New York from Balducci's, stuff like that.
25 Where to buy the groceries. And he's allergic to

Page 24

1  garlic, maybe something like that, you know,
2  personal things.
3  Q. You mentioned Ms. Maxwell?
4  A. Yes.
5  Q. Who is she?
6  A. She was her companion.
7  Q. Whose companion?
8  A. Mr. Epstein.
9  Q. By companion what do you mean?
10 A. Well, in the beginning I assume they were
11 husband and wife but, you know, they were not
12 married, but I treated her as such. Mrs. Maxwell
13 was like the lady of the house.
14 Q. Okay. So it was your understanding they
15 were in a romantic relationship?
16    MR. CRITTON: Form.
17    THE WITNESS: Something like that.
18 BY MR. MERMELSTEIN:
19 Q. But they just weren't married?
20 A. No, sir.
21 Q. So you took instructions from Ms. Maxwell
22 as well as Mr. Epstein?
23 A. She gave me the instructions of how to
24 run the household directly. In other words, she
25 likes the towels, the sheets and all that so I

Page 25

1  give the instructions to Louella how to proceed
2  with the cleaning and the upkeep of the house.
3  Q. You went through the employees who worked
4  under you as household manager. Who would you say
5  was your direct supervisor, was it both
6  Ms. Maxwell and Mr. Epstein?
7  A. Mrs. Maxwell.
8  Q. Was your supervisor?
9  A. Yes, sir.
10 Q. I think I interrupted you. You were
11 going through the daily routine, and I'm not sure
12 you had completed going through what you would do
13 in a day.
14 A. Until noon we have all the -- we knew
15 that the food that was going to be served for
16 lunch and dinner. And then in the afternoon it
17 was open to shopping, maybe have to drive him to
18 the airport to pick up somebody, or answering the
19 phones.
20 Q. Was there a procedure or protocol for
21 answering the phones?
22 A. Yes, there was.
23 Q. And what was that?
24 A. I couldn't relay the message directly to
25 Mr. Epstein but take message on a piece of paper

```
 1            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
 2

 3    JANE DOE NO. 2,              CASE NO: 08-CV-80119

 4        Plaintiff,

 5    Vs.

 6    JEFFREY EPSTEIN,

 7        Defendant.
      _____/
 8
      JANE DOE NO. 3,              CASE NO: 08-CV-80232
 9
          Plaintiff,
10
      Vs.
11
      JEFFREY EPSTEIN,
12
          Defendant.
13    _____/

14    JANE DOE NO. 4,              CASE NO: 08-CV-80380

15        Plaintiff,

16    Vs.

17    JEFFREY EPSTEIN,

18        Defendant.
      _____/
19
      JANE DOE NO. 5,              CASE NO: 08-CV-80381
20
          Plaintiff,
21
      Vs
22
      JEFFREY EPSTEIN,
23
          Defendant.
24    _____/

25
```

**CONDENSED**

Page 271

```
 1  JANE DOE NO. 6,      CASE NO: 08-CV-80994
 2      Plaintiff,
 3  Vs.
 4  JEFFREY EPSTEIN,
 5      Defendant.
                        /
 6
    JANE DOE NO. 7,      CASE NO: 08-CV-80993
 7
        Plaintiff,
 8
    Vs.
 9
    JEFFREY EPSTEIN,
10
        Defendant.
11                      /
12  C.M.A.,              CASE NO: 08-CV-80811
13      Plaintiff,
14  Vs.
15  JEFFREY EPSTEIN,
16      Defendant.
                        /
17
    JANE DOE,            CASE NO: 08-CV-80893
18
        Plaintiff,
19
    Vs.
20
    JEFFREY EPSTEIN,
21
        Defendant.
22                      /
23
24
25
```

Page 272

```
 1  JANE DOE NO. II,      CASE NO: 08-CV-80469
 2      Plaintiff,
 3  Vs.
 4  JEFFREY EPSTEIN,
 5      Defendant.
                         /
 6
    JANE DOE NO. 101      CASE NO: 08-CV-80591
 7
        Plaintiff,
 8
    Vs.
 9
    JEFFREY EPSTEIN,
10
        Defendant.
11                       /
12  JANE DOE NO. 102,     CASE NO: 08-CV-80656
13      Plaintiff,
14  Vs.
15  JEFFREY EPSTEIN,
16      Defendant.
                         /
17
18
19
20
21
22
23
24
25
```

Page 273

```
 1          IN THE CIRCUIT COURT OF THE 15TH
            JUDICIAL CIRCUIT IN AND FOR
 2          PALM BEACH COUNTY, FLORIDA
 3          CASE NO. 502008CA037319XXXXMB AB
 4
    B.B.,
 5
        Plaintiff,
 6
    Vs.
 7
    JEFFREY EPSTEIN.
 8
        Defendant.
 9                       /
10
11
12          1031 Ives Dairy Road
            Suite 228
13          North Miami, Florida
            August 7, 2009
14          1:15 p.m. to 5:30 p.m.
15
16          C O N T I N U E D
17          V I D E O T A P E D
18          D E P O S I T I O N
19               of
20          ALFREDO RODRIGUEZ
21
22       taken on behalf of the Plaintiffs pursuant
23   to a Re-Notice of Taking Continued Videotaped
24   Deposition (Duces Tecum)
25              - - -
```

Page 274

```
 1  APPEARANCES:
 2
 3              MERMELSTEIN & HOROWITZ, P.A.
                BY: ADAM HOROWITZ, ESQ.
 4              18205 Biscayne Boulevard
                Suite 2218
 5              Miami, Florida 33160
                Attorney for Jane Doe 2, 3, 4, 5,
 6              6, and 7.
 7
 8              ROTHSTEIN ROSENFELDT ADLER
                BY: BRAD J. EDWARDS, ESQ., and
 9              CARA HOLMES, ESQ.
                Las Olas City Centre
10              Suite 1650
                401 East Las Olas Boulevard
11              Fort Lauderdale, Florida 33301
                Attorney for Jane Doe and E.W.
12              And L.M.
13
14              PODHURST ORSECK
                BY: KATHERINE W. EZELL, ESQ.
15              25 West Flagler Street
                Suite 800
16              Miami, Florida 33130
                Attorney for Jane Doe 101 and 102.
17
18
                LEOPOLD-KUVIN
19              BY: ADAM J. LANGINO, ESQ.
                2925 PGA Boulevard
20              Suite 200
                Palm Beach Gardens, Florida 33410
21              Attorney for B.B.
22
23
24
25
```

Page 275

APPEARANCES:

    RICHARD WILLITS, ESQ.
    2290 10th AVenue North
    Suite 404
    Lake Worth, Florida 33461
    Attorney for C.M.A.
    Appeared via telephone.

    BURMAN, CRITTON, LUTTIER &
    COLEMAN, LLP
    BY: ROBERT CRITTON, ESQ.
    515 North Flagler Drive
    Suite 400
    West Palm Beach, Florida 33401
    Attorney for Jeffrey Epstein.

ALSO PRESENT:

    JOE LANGSAM, VIDEOGRAPHER

    - - -

Page 276

CONTINUED INDEX OF EXAMINATION

WITNESS    DIRECT  CROSS  REDIRECT  RECROSS

ALFREDO RODRIGUEZ

(By Ms. Ezell)  278        441, 467

(By Mr. Willits)  334        453, 469

(By Mr. Critton)       338       464

(By Mr. Edwards)          419, 454, 468

(By Mr. Langino)       452

CONTINUED INDEX OF EXHIBITS
PLAINTIFF'S          PAGE
3 Drawing              315
4 Photograph          327
5 Photograph          331
6 Photograph          331
7 Photograph          331
8 Photograph          331
9 Report              446
(Exhibits 4, 5, 6, 7, and 8 were retained by Ms. Ezell.)

Page 277

    Deposition taken before MICHELLE PAYNE, Court Reporter and Notary Public in and for the State of Florida at Large, in the above cause.
    - - -
    THE VIDEOGRAPHER: This is a continuation of the deposition of Alfredo Rodriguez. Today is Friday, August the 7th, the year 2009, starting time approximately 1:15 p.m.
    Will the court reporter please swear in the witness?
Thereupon,
    ALFREDO RODRIGUEZ,
having been first duly sworn or affirmed, was examined and testified as follows:
    MR. CRITTON: Before we get started just with regard to Ms. Ezell represents Jane Doe 101 and 102, the alleged time of her incidents as of least have been plead in the complaint for 101 is '99 -- I'm sorry, '98 through 2002, with Jane Doe 102 the Spring of -- Spring/Summer of 2003. Mr. Rodriguez never even began employment until '04 and '05. I think her questioning I think -- I can't say she doesn't have standing based on the court order, but I would say it's

Page 278

completely irrelevant and immaterial and has no probative value with regard to this particular witness based upon the two clients at least that are in suit at this point in time.
    MS. EZELL: As Mr. Critton well knows I represent a number of other clients whose cases have not been filed and I believe we do have standing to ask questions, and I do intend to do that today.
    EXAMINATION
BY MS. EZELL:
    Q. Mr. Rodriguez, you stated last time that there were guests at the house, frequent guests, friends from Harvard.
    Do you remember that testimony?
    A. Yes, ma'am.
    Q. And was there a lawyer from Harvard named Alan Dershowitz?
    A. Yes, ma'am.
    Q. And are you familiar with the fact that he's a famous author and famous lawyer?
    A. Yes, ma'am.
    Q. How often during the six months or so that you were there was Mr. Dershowitz there?

Page 311

```
 1        MR. CRITTON: Form.
 2        THE WITNESS: Yes, ma'am.
 3   BY MS. EZELL:
 4     Q.  And were there some who maybe came just
 5   once or twice with other young women?
 6     A.  That's correct, ma'am.
 7     Q.  Now, where would the young woman who was
 8   bringing another young woman go during the time
 9   the person that she brought was upstairs giving
10   the massage?
11        MR. CRITTON: Form.
12        THE WITNESS: I will take them to the
13     kitchen and Sarah would take them from
14     there.
15   BY MS. EZELL:
16     Q.  Do you know where she took them?
17     A.  No, ma'am.
18     Q.  Were they ever taken to just sit in the
19   living room and wait?
20        MR. CRITTON: Form.
21        THE WITNESS: I don't know, ma'am.
22   BY MS. EZELL:
23     Q.  These pictures of nude young women taken
24   in gatherings where they were smiling, did they
25   appear to you to be taking part in an orgy?
```

Page 312

```
 1        MR. CRITTON: Form.
 2        THE WITNESS: I don't know, ma'am.
 3   BY MS. EZELL:
 4     Q.  Do you know the word cavorting?
 5     A.  No, ma'am, I don't know.
 6     Q.  I need my Thesaurus. You said they were
 7   smiling, did they appear to be having a good time?
 8     A.  Yes, ma'am.
 9     Q.  Did they appear to be doing anything
10   sexual?
11     A.  Yes, ma'am.
12     Q.  And in these instances were there girls
13   doing sexual things with other girls?
14     A.  Yes, ma'am.
15     Q.  And I'm still talking about the pictures
16   on Ms. Maxwell's computer.
17     A.  Yes, ma'am.
18        MR. CRITTON: You're talking about the
19     group shots that he's mentioned from Russia
20     and Eastern Europe?
21        MS. EZELL: And girls in the shower.
22        MR. CRITTON: Let me object to the form
23     then the way you just now described that.
24        MS. EZELL: He said for instance.
25        MR. CRITTON: He had said a girl in the
```

Page 313

```
 1     shower, I don't know whether he ever used
 2     plural.
 3   BY MS. EZELL:
 4     Q.  Was there more than one picture of a girl
 5   in the shower?
 6     A.  There were two girls in the shower.
 7     Q.  Two girls in the shower together?
 8     A.  Yes, ma'am.
 9     Q.  And were those two girls engaged in
10   something sexual?
11     A.  Yes, ma'am.
12     Q.  And I may have asked you this question,
13   forgive me if I did, did you know those two girls?
14     A.  No, ma'am.
15     Q.  Did Ms. Maxwell have nude pictures of
16   Nadia on her computer?
17        MR. CRITTON: Form.
18        THE WITNESS: I don't know, ma'am.
19   BY MS. EZELL:
20     Q.  Did you ever meet a young woman named
21   Emmy who had an association with Ms. Maxwell?
22        MR. CRITTON: Emmy?
23        MS. EZELL: Emmy.
24        THE WITNESS: I don't remember, ma'am.
25   BY MS. EZELL:
```

Page 314

```
 1     Q.  Did you ever have any conversations with
 2   Ms. Maxwell about any of the women in those
 3   pictures?
 4     A.  No, ma'am.
 5     Q.  And did you ever have a conversation with
 6   Sarah Kellen about any of the pictures of the
 7   girls in her computer?
 8     A.  No, ma'am.
 9     Q.  You were asked last time about the creams
10   and lotions that Mr. Epstein typically had
11   available to him and you said you thought there
12   was a favorite one but you couldn't remember it.
13     A.  Spa.
14     Q.  Spa, you did say Spa.
15     A.  Yeah.
16     Q.  Thank you.
17         Where did the stairway from the kitchen
18   lead -- to where did it lead?
19     A.  To the second floor between the first and
20   second bedrooms.
21     Q.  Were either of those bedrooms the master
22   bedroom?
23     A.  No, ma'am.
24     Q.  Could one go up that staircase through --
25   could one go up that staircase and reach the
```