# EXHIBIT 6

**IMPORTANT MESSAGE**

FOR: GM
DATE: 7/28/04    TIME: 2:00 PM
M: Martha
OF: Colonial Bank
PHONE/MOBILE: 653-5393

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE:

SIGNED:

---

**IMPORTANT MESSAGE**

FOR: MS. MAXWELL
DATE: 04/25/04    TIME: 6:55 PM
MS: NECOLE HESSE
OF:
PHONE/MOBILE: 832 6777

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE: RETURNIN YOUR CALL

SIGNED: Rushi

---

**IMPORTANT MESSAGE**

FOR:
DATE:    TIME:
M: AMY BIRSE
OF:
PHONE/MOBILE: 561-373-9042

| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE:

SIGNED:

---

**IMPORTANT MESSAGE**

FOR: Jeffrey
DATE:    TIME:
M: Ghislaine
OF:
PHONE/MOBILE:

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE: Would be helpful to have & _____ come to Palm Beach today to stay here and help train new staff with Ghislaine

SAO2830

SIGNED:

**IMPORTANT MESSAGE**
FOR: SARAH IN
DATE: 07/10/04 TIME: 6:33 PM
M: SCHAND
OF: RAGHU
PHONE/MOBILE: # 011 7910044
[✓] TELEPHONED  [✓] PLEASE CALL
MESSAGE: PL CALL
J COLLEY

**IMPORTANT MESSAGE**
FOR: MR EPSTEIN
DATE: ___ TIME: 9 AM
M: GEORGIA (OFFICE)
PHONE/MOBILE: 917-709-1176 ?
[✓] TELEPHONED  [✓] PLEASE CALL

**IMPORTANT MESSAGE**
FOR: SARAH M
DATE: 7/9/04 TIME: 10:31 AM
M: MILES
OF: LESLIE (NY OFFICE)
PHONE/MOBILE: 203 472 4488
[✓] TELEPHONED  [✓] PLEASE CALL
MESSAGE: SHE IS WORKING FROM SECOND CHILD DAY
PL BACK THE ABOVE
A ASAP
SIGNED: R

**IMPORTANT MESSAGE**
FOR: MR EPSTEIN
DATE: 7/9/04 TIME: 7:50 PM
M/S: MAXWELL &
OF: TATUM
[✓] TELEPHONED  [✓] PLEASE CALL
MESSAGE: "BRITTNY IS AVAILABLE ON TUESDAY
NO ONE FOR TOMORROW

SAO2841
SIGNED: R

**IMPORTANT MESSAGE**

FOR: JE
DATE: ___ TIME: 4:30 A.M./P.M.
M: Glen Dubin
OF: 
PHONE/MOBILE: 

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE: will be home (NY) in 20 min – please call

SIGNED: 

---

**IMPORTANT MESSAGE**

FOR: Mr Epstein
DATE: 7/18/04   TIME: 3:00 A.M./P.M.
M: Roger
OF: 
PHONE/MOBILE: (He has my #)

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE: "Tell him I sent another one to read"

SIGNED: Ru

---

**IMPORTANT MESSAGE**

FOR: Mr. Epstein
DATE: 7/19/04   TIME: 3:00 A.M./P.M.
M: Tatum
OF: 
PHONE/MOBILE: (561) 201-0237

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE: "Is it ok to take a taxi"

SIGNED: Ru

---

**IMPORTANT MESSAGE**

FOR: Mr. Epstein
DATE: 07/17/04   TIME: 2:48 A.M./P.M.
M: 
OF: Peter from London
PHONE/MOBILE: (did not give the #)

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE: "I am returning your call"

SAO2843

SIGNED: Ru

**IMPORTANT MESSAGE**

FOR: JE
DATE: _____ TIME: 9:40 A.M./P.M.
M: _____
OF: _____
PHONE/MOBILE: _____

| | | | |
|---|---|---|---|
| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE: _____

SIGNED: _____

---

**IMPORTANT MESSAGE**

FOR: JE
DATE: 8/20 TIME: 9:40 A.M./P.M.
M: _____
OF: 561
PHONE/MOBILE: _____

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE: _____

SIGNED: _____

---

**IMPORTANT MESSAGE**

FOR: JE
DATE: _____ TIME: 10:00 A.M./P.M.
M: _____
OF: Warren
PHONE/MOBILE: _____

| | | | |
|---|---|---|---|
| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE: _____

SIGNED: _____

---

**IMPORTANT MESSAGE**

FOR: JE
DATE: _____ TIME: _____ A.M./P.M.
M: _____
OF: _____
PHONE/MOBILE: ✓

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE: _____

SAO2847

SIGNED: _____

## IMPORTANT MESSAGE

FOR _____
DATE 5/24/05  TIME 9:10 P.M.
M Eva
OF _____
PHONE/MOBILE call her at home

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____

---

## IMPORTANT MESSAGE

FOR J.E.
DATE 5/9/05  TIME 7:20 A.M.
M Mrs Maxwell
OF _____
PHONE/MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED J

---

## IMPORTANT MESSAGE

FOR JE
DATE _____  TIME 12 P.M.
M Danielle
OF _____
PHONE/MOBILE 646 226 1403

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____

---

## IMPORTANT MESSAGE

FOR JE
DATE _____  TIME 10.25 A.M.
M Nadia
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | ✓ | SPECIAL ATTENTION | |

MESSAGE she got there safe

SIGNED _____

SAO2991

**IMPORTANT MESSAGE**

FOR Jeffrey
DATE 1/27/05  TIME 6:20 A.M./P.M.
M Glen Dubin
OF
PHONE/MOBILE (212) 287-4977-office
(212) 288-6/4-4/4-

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE That he called.

SIGNED AM

---

**IMPORTANT MESSAGE**

FOR Jeffrey
DATE 1/27/05  TIME 3:55 A.M./P.M.
M David Copperfield
OF
PHONE/MOBILE 702 235 5555

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Magic David called

SIGNED

---

**IMPORTANT MESSAGE**

FOR Jeffrey
DATE 1/27/05  TIME 6:15 A.M./P.M.
M Vanessa Maleley
OF
PHONE/MOBILE She doesn't have a number

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE That she called

SIGNED

---

**IMPORTANT MESSAGE**

FOR Jeffrey
DATE 1/27/05  TIME 4:08 A.M./P.M.
M Bob Meister
OF
PHONE/MOBILE 561 655 0114

| TELEPHONED | | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Please call him back at home.

SIGNED

SAO2994

**IMPORTANT MESSAGE**

FOR: J.E.
DATE: 4/4/05  TIME: 8:18 AM
M: Eva
OF:
PHONE/MOBILE:

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE:

SIGNED: T.

---

**IMPORTANT MESSAGE**

FOR: J.E.
DATE: 4/2/05  TIME: 11:38 AM
M: George Dowsey
OF:
PHONE/MOBILE: (917) 572-9796

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE:

SIGNED: T.

---

**IMPORTANT MESSAGE**

FOR: J.E.
DATE: 4/4/05  TIME: 4:32 PM
M: Jean-Luc
OF:
PHONE/MOBILE:

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE:

SIGNED: T.

---

**IMPORTANT MESSAGE**

FOR: Jeffrey
DATE: 4/3/05  TIME: 01:4 PM
M: Alicia
OF:
PHONE/MOBILE: 917 774 4452

| TELEPHONED | | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE: Pls call back

SIGNED:

SAO2984

**IMPORTANT MESSAGE**

FOR Jeffrey
DATE 3/1/05 TIME 9:10 A.M.
M Eva Anderson
OF
PHONE/MOBILE

| TELEPHONED | ✓ | PLEASE CALL | |
| --- | --- | --- | --- |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE That she called

SIGNED

---

**IMPORTANT MESSAGE**

FOR Jeffrey
DATE 3/6/05 TIME 12:55 P.M.
M Leighton Chandler
OF
PHONE/MOBILE 917 868 9754

| TELEPHONED | | PLEASE CALL | |
| --- | --- | --- | --- |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE That she called and please call her back when you have a chance

SIGNED

---

**IMPORTANT MESSAGE**

FOR Jeffrey
DATE 3/6/05 TIME 12:30 P.M.
M George Delson
OF
PHONE/MOBILE 212 288 1282

| TELEPHONED | | PLEASE CALL | |
| --- | --- | --- | --- |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Pls. call him back

---

**IMPORTANT MESSAGE**

FOR Jeffrey
DATE 3/6/05 TIME 10:20 A.M.
M Leighton Chandler
OF
PHONE/MOBILE 631 726 6112

| TELEPHONED | | PLEASE CALL | |
| --- | --- | --- | --- |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | ✓ |

MESSAGE She is returning your call

SAO3004

**IMPORTANT MESSAGE**
FOR: Jeffrey
DATE: 3/18/05  TIME: 2:45 A.M/P.M
M: Jean-Luc
OF:
PHONE/MOBILE: You have it
[ ] TELEPHONED  [ ] PLEASE CALL
[ ] CAME TO SEE YOU  [ ] WILL CALL AGAIN
[ ] WANTS TO SEE YOU  [ ] RUSH
[ ] RETURNED YOUR CALL  [ ] SPECIAL ATTENTION
MESSAGE: That she called back
SIGNED:

**IMPORTANT MESSAGE**
FOR: Jeffrey
DATE: 3/18/05  TIME: 5:13 A.M/P.M
M: Helen
OF:
PHONE/MOBILE:
[ ] TELEPHONED  [ ] PLEASE CALL
[ ] CAME TO SEE YOU  [ ] WILL CALL AGAIN
[ ] WANTS TO SEE YOU  [ ] RUSH
[ ] RETURNED YOUR CALL  [ ] SPECIAL ATTENTION
MESSAGE: She had Alison on the phone
SIGNED:

**IMPORTANT MESSAGE**
FOR: Jeffrey
DATE: 3/19/05  TIME: 11:50 A.M/P.M
M: Tatum
OF:
PHONE/MOBILE: 684 6642
[ ] TELEPHONED  [X] PLEASE CALL
[ ] CAME TO SEE YOU  [ ] WILL CALL AGAIN
[ ] WANTS TO SEE YOU  [ ] RUSH
[ ] RETURNED YOUR CALL  [ ] SPECIAL ATTENTION
MESSAGE: She will be here at 4pm. But she needs talk to you before that. Please call her back.

**IMPORTANT MESSAGE**
FOR: Jeffrey
DATE: 3/19/05  TIME: 11:03 A.M/P.M
M: Eva Andersson
OF:
PHONE/MOBILE: You know it
[ ] TELEPHONED  [X] PLEASE CALL
[ ] CAME TO SEE YOU  [ ] WILL CALL AGAIN
[ ] WANTS TO SEE YOU  [ ] RUSH
[ ] RETURNED YOUR CALL  [ ] SPECIAL ATTENTION
MESSAGE: That Eva and Celina called.

SAO3006

**IMPORTANT MESSAGE**
FOR: Jeffrey
DATE: 4/1/05  TIME: 11:45 A.M.
M: Eva
OF:
PHONE/MOBILE:
[X] TELEPHONED   [ ] PLEASE CALL
[ ] CAME TO SEE YOU   [ ] WILL CALL AGAIN
[ ] WANTS TO SEE YOU   [ ] RUSH
[ ] RETURNED YOUR CALL   [ ] SPECIAL ATTENTION
MESSAGE: Please call her back. She said it was important.
SIGNED:

**IMPORTANT MESSAGE**
FOR: Jeffrey
DATE: 4/01/05  TIME: 11:35 A.M.
M: Darren
OF:
PHONE/MOBILE:
[ ] TELEPHONED   [X] PLEASE CALL
[ ] CAME TO SEE YOU   [ ] WILL CALL AGAIN
[ ] WANTS TO SEE YOU   [ ] RUSH
[ ] RETURNED YOUR CALL   [ ] SPECIAL ATTENTION
MESSAGE: That he called
SIGNED:

**IMPORTANT MESSAGE**
FOR: Jeffrey
DATE: 04/01/05  TIME: 9:04 A.M.
M: Jean-Luc
OF:
PHONE/MOBILE: 646 286 7000
[ ] TELEPHONED   [X] PLEASE CALL
[ ] CAME TO SEE YOU   [ ] WILL CALL AGAIN
[ ] WANTS TO SEE YOU   [ ] RUSH
[ ] RETURNED YOUR CALL   [ ] SPECIAL ATTENTION
MESSAGE: That he called again

**IMPORTANT MESSAGE**
FOR: Jeffrey
DATE: 4/1/05  TIME: 8:31 A.M.
M: Jean-Luc
OF:
PHONE/MOBILE: 646 286 7000
[ ] TELEPHONED   [X] PLEASE CALL
[ ] CAME TO SEE YOU   [ ] WILL CALL AGAIN
[ ] WANTS TO SEE YOU   [ ] RUSH
[ ] RETURNED YOUR CALL   [ ] SPECIAL ATTENTION
MESSAGE: Please call him back as soon as possible. It's very important

SA03009