# EXHIBIT 11

# EXHIBIT 3

**New York elite: Padma Lakshmi (left) and Sean Lennon (right) both attended the Cipriani Wall Street event**

Indeed, the trio were so close that DailyMail.com told last week how Epstein kept 21 numbers for President Clinton in his contacts book, under the name of his adviser Doug Band.

As Virginia Roberts' astonishing claims have made headlines around the world, it was reported last week that President Clinton's continuing friendship with Maxwell has caused a rift between him and his wife, potential Presidential candidate Hillary Clinton.

However, the pair were pictured looking cosy together as they left the funeral of former New York Governor Mario Cuomo.

Epstein and Maxwell met shortly after she moved to New York in the 1990s following the death of her father, shamed newspaper tycoon Robert Maxwell.

And they remained just as close even after an initial romance faded.

For Epstein, Maxwell was a useful conduit to some of the most powerful people in the world, from PresidentClinton to Prince Andrew.



**Close:** Not only was Ghislaine Maxwell friends with Prince Andrew, but his ex-wife Sarah Ferguson as well. The pair are pictured together at the opening of the Asprey Flagship Store on 5th Avenue on December 8, 2003, in New York City



**Allegations:** Ghislaine Maxwell is accused of 'facilitating Prince Andrew's acts of sexual abuse by acting as a madame for Epstein'. Above, Miss Maxwell looks on as Prince Andrew smiles with Virginia Roberts in 2001


Kanye West 'have left the hospital with baby son Saint' three days after welcoming him into the world

 
'I can't deal with it!' Kate Gosselin horrified as her 15-year-old twin girls start talking to boys in sneak peek for upcoming season of reality show


'They lost their father years ago': Scott Weiland's ex-wife pens letter on behalf of his two children asking people not to glorify the tragedy

 
Welcome to the Hollywood hall of fame! Andy Garcia's daughter Alessandra lands plus-size modelling career and stars in sultry lingerie shoot


'He doesn't deserve that kind of treatment': Burt Reynolds wades in on Angelina Jolie's tumultuous relationship with father Jon Voight Spoke on UK TV show


Arnold Schwarzenegger launches epic rant against climate change deniers saying he 'doesn't give a damn' about what people think


Ka-ching! Katy Perry conquers rival Taylor Swift as the top-earning musician of 2015 Forbes examined the pre-tax income, including endorsements


'Loyalty sometimes bites you in the a**': Gigi Hadid gets frank about exes, BFF Kendall Jenner and being a protective big sister to Bella


Leggy Gigi Hadid is a color co-ordinated dream in all-nude outfit as she showcases supermodel stems in slashed jumpsuit Stepped out in New York


Kendall Jenner reads comments on social media until she sees mean one... and admits modelling career started because 'I wanted to prove them wrong'


Victoria Beckham shows off her svelte figure in head to toe black in NY... as David shares cute snap of Harper during daddy daughter day in the UK


'You have to set boundaries': Khloe Kardashian says working out is a priority as she heads to the gym in tight exercise gear She's a gym junkie


'Forever grateful': Kim Zolciak gets into the Christmas spirit as she takes her six children to meet Santa Claus The 37-year-old shared sweet family photos