# EXHIBIT 2

United States District Court
For The Southern District of New York

*Giuffre v. Maxwell*
15-cv-07433-RWS

***Per Local Rule 26.2, the following privileges are asserted pursuant to British law, Colorado law and NY law.

| DATE | DOC. TYPE | FROM | TO | CC | RELATIONSHIP OF PARTIES | SUBJECT MATTER | PRIVILEGE |
|---|---|---|---|---|---|---|---|
| 2011.03.15 | E-Mails | Ghislaine Maxwell | Brett Jaffe, Esq. | | Attorney / Client | Communication re: legal advice | Attorney-Client |
| 2011.03.15 | E-Mails | Brett Jaffe, Esq. | Ghislaine Maxwell | | Attorney / Client | Communication re: legal advice | Attorney-Client |
| 2015.01.02 | E-Mails | Ross Gow | Ghislaine Maxwell | | Attorney Agent / Client | Communication re: legal advice | Attorney-Client |
| 2015.01.02 | E-Mail | Ghislaine Maxwell | Ross Gow | | Attorney Agent / Client | Communication re: legal advice | Attorney-Client |
| 2015.01.02 | E-Mail | Ross Gow | Ghislaine Maxwell | Brian Basham | Attorney Agent / Client | Communication re: legal advice | Attorney-Client |
| 2015.01.06 | E-Mail | Ghislaine Maxwell | Jeffrey Epstein | | Common Interest | Communication re: legal advice | Common Interest |
| 2015.01.06 | E-Mail | Ghislaine Maxwell | Jeffrey Epstein, Alan Dershowitz, Esq. | | Attorney / Client | Communication re: legal advice | Common Interest |
| 2015.01.10 | E-Mail | Ghislaine Maxwell | Philip Barden, Esq., Ross Gow | | Attorney / Client | Communication re: legal advice | Attorney-Client |
| 2015.01.10 | E-Mail | Ghislaine Maxwell | Philip Barden, Esq. | | Client / Attorney | Communication re: legal advice | Attorney-Client |
| 2015.01.09 – 2015.01.10 | E-Mails | Ross Gow | Philip Barden, Esq. | G. Maxwell | Agent / Attorney / Client | Communication re: legal advice | Attorney-Client |
| 2015.01.11 | E-Mail | Ghislaine Maxwell | Jeffrey Epstein | | Common Interest | Communication re: legal advice | Common Interest |
| 2015.01.11 | E-Mail | Philip Barden, Esq. | Ross Gow | G. Maxwell | Attorney / Agent / Client | Communication re: legal advice | Attorney-Client |
| 2015.01.11 | E-Mail | Philip Barden, Esq. | Ghislaine Maxwell | Ross Gow | Attorney / Agent / Client | Communication re: legal advice | Attorney-Client |
| 2015.01.11 – 2015.01.17 | E-Mails | Jeffrey Epstein | Ghislaine Maxwell | | Common Interest | Communication re: legal advice | Common Interest Privilege |

1

| DATE | DOC. TYPE | FROM | TO | CC | RELATIONSHIP OF PARTIES | SUBJECT MATTER | PRIVILEGE |
|---|---|---|---|---|---|---|---|
| 2015.01.13 | E-Mail | Ghislaine Maxwell | Jeffrey Epstein | | Common Interest | Communication re: legal advice | Common Interest Privilege |
| 2015.01.13 | E-Mail | Philip Barden, Esq. | Martin Weinberg, Esq. | | Common Interest | Communication re: legal advice | Common Interest Privilege |
| 2015.01.13 | E-Mails | Philip Barden, Esq. | Ghislaine Maxwell | Mark Cohen | Attorney / Client | Communication re: legal advice | Attorney-Client |
| 2015.01.21 | E-Mail | Ross Gow | Philip Barden, Esq., Ghislaine Maxwell | | Agent / Attorney / Client | Communication re: legal advice | Attorney-Client |
| 2015.01.21 - 2015.01.27 | E-Mails | Jeffrey Epstein | Ghislaine Maxwell | | Common Interest | Communication re: legal advice | Common Interest Privilege |
| 2015.01.21- 2015.01.27 | E-Mails | Ghislaine Maxwell | Jeffrey Epstein | | Common Interest | Communication re: legal advice | Common Interest Privilege |

2