# EXHIBIT C

# COHEN & GRESSER LLP

## Mark S Cohen
Partner



Mark Cohen is a partner of the firm, which he co-founded in 2002, and is head of the firm's Litigation and Arbitration and White Collar Defense groups.  Mark's litigation practice includes complex commercial litigation, real estate litigation, shareholder, securities, and derivatives litigation, corporate control and M&A litigation, and antitrust litigation.  He also focuses on white collar defense, regulatory enforcement, and internal investigations, where he represents companies, financial institutions, corporate boards and their committees, and individual clients in white collar criminal cases, federal and state regulatory proceedings, proceedings before self-regulatory organizations, and corporate internal investigations.

Since 2011, he has served as a court-appointed monitor for the largest fire department in the country following his appointment by the U.S. District Court for the Eastern District of New York.  The monitorship involves implementing the Court's remedial order following a lawsuit alleging racial discrimination.

Mark is a magna cum laude graduate of the University of Michigan Law School, where he was a Note Editor of the Law Review.  He formerly practiced with Fried, Frank, Harris, Shriver & Jacobson and served as an Assistant United States Attorney for the Eastern District of New York.

Mark has been selected by Chambers USA guide as a "Leading Individual" in the White Collar Crime and Government Investigations category each year since 2013, is regularly recognized by The Best Lawyers in America in the Criminal Defense: White Collar category, and has been a member of Law360's editorial advisory board for its white collar coverage since 2014.  He has also been named a "Local Litigation Star" in the last four editions of Benchmark Litigation and has been included as one of New York's Super Lawyers for Business Litigation each year since 2008. In 2014 and 2015, Mark was selected by Super Lawyers as one of the top 100 lawyers in the New York metropolitan area.

## Practice Areas

| Litigation and Arbitration | White Collar Defense |
|---|---|
| Civil Antitrust | Criminal Antitrust |
| Class Action Defense | Criminal Defense |
| Commercial Litigation | FCPA/Anti-Corruption |
| Securities Litigation | Internal Investigations |
|  | Regulatory Enforcement |

## Education

University of Michigan Law School (J.D., magna cum laude, 1987); Cornell University (B.A., Phi Beta Kappa, 1984)

## Bar Admissions

New York State; U.S. District Courts for the Southern and Eastern Districts of New York; U.S. Court of Appeals for the Second Circuit

## Activities and Affiliations

Board of Trustees, Federal Bar Council

Member, Securities Industry and Financial Markets Association (Compliance and Legal Division)

Member, Law360 Editorial Advisory Board (for White Collar Coverage)

Former Co-Chair, Securities Subcommittee of the Committee on Commercial and Business Litigation, American Bar Association

Member, American Bar Association (Section on Litigation)

Board of Trustees, Supreme Court Historical Society

Member, New York City Bar Association

Board of Directors, New York Council of Defense Lawyers, 2008-2011

Member, UJA-Federation of New York (Lawyers Division, Criminal Law Group)