# EXHIBIT D

# Philip Barden
## Partner



HOW CAN WE HELP?    Type and hit enter to search

> "A hard nosed litigator" Legal 500



HOME    STRENGTHS    PEOPLE    NEWS    EVENTS

PUBLICATIONS    JOIN US    CONTACT US

## notable cases / recent work



**Philip has also** been assisting soldiers in various police enquiries being under taken in Northern Ireland as part of the Bloody Sunday Inquiry

**Philip has been** undertakii investigations into fraud and also to id anonymous bloggers abusing social m



●

## News & Press

Philip is regularly quoted in the press, including the Solicitors Journal, Inside Housing and the New Law Journal.

## Awards

Philip was the winner of the Centre for Effective Dispute