UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3|8|16

------------------------------------------X

VIRGINIA L. GIUFFRE,

        Plaintiff,

   - against -

GHISLAINE MAXWELL,

        Defendant.

------------------------------------------X

15 Civ. 7433 (RWS)

O R D E R

Sweet, D.J.

    Plaintiff's motions to compel, filed February 26, and Defendant's motion for a protective order, filed March 2, 2016, shall be heard at noon on March 17, 2016 in Courtroom 18C, United States Courthouse, 500 Pearl Street.

    It is so ordered.

New York, NY
March 6 , 2016

ROBERT W. SWEET
U.S.D.J.