ADVERTISEMENT

to less financial runar
and aggravation.
THE CFPB CAN

Cited in Giuffre v Maxwell
15Civ7433 Decided 2/26/16
Archived on 3/7/16
This document is protected by copyright.
Further reproduction is prohibited without permission.

WORLD

# SOMALY MAM FOUNDATION CLOSES

BY TAYLOR WOFFORD ON 10/20/14 AT 6:28 PM

Somaly Mam, left, and actress Susan Sarandon attend the Somaly Mam Foundation NYC benefit gala in 2009.

AMY SUSSMAN/GETTY

WORLD SOMALY MAM

The Somaly Mam Foundation, a nonprofit organization dedicated to combating sex trafficking in Cambodia, has "officially ceased all operations, ended all grant funding and permanently closed [its] doors," the foundation announced in a statement October 18.

Cited in Giuffre v Maxwell 15Civ7433 Decided 2/26/16 Archived on 3/7/16 This document is protected by copyright. Further reproduction is prohibited without permission.

Although the statement, signed by the foundation's former board of directors, did not say why it had shut its doors for good, the foundation and its eponymous founder, Somaly Mam, have hemorrhaged popular support after journalist Simon Marks wrote a cover story about Mam for *Newsweek* in May.

In his story, Marks showed that many details of Mam's life story—including her tale of being abandoned by her parents and raised by a tyrannical character she called "Grandfather," who later sold her into sexual slavery—were fabrications. He also reported that Mam had instructed young Cambodian girls to lie about their pasts as sex slaves to drum up backing for the Somaly Mam Foundation. Marks interviewed employees of AFESIP, Mam's charity in Cambodia, one of whom called Mam "tyrannical," "moody," "erratic" and "entitled," a far cry from her beneficent public image.

Try Newsweek for only $1.25 per week

In April, before that story appeared in *Newsweek*, but after Marks had made repeated requests for an interview with Mam as part of his reporting for *Newsweek* and *Cambodia Daily,* Gina Reiss-Wilchins, the Somaly Mam Foundation's executive director, announced the foundation had retained the law firm Goodwin Procter to conduct an independent investigation into questions about Mam and her methods. The results of that investigation were not released to the public, but, "as a result of

Goodwin Procter's efforts," the board accepted Mam's resignation from the foundation at the end of May.

In a statement from June that has vanished along with most of its website, the Somaly Mam Foundation announced it would rebrand, rename and relaunch itself in the wake of *Newsweek*'s cover story and the subsequent independent investigation by Goodwin Procter.

Mam gave no interviews and made no attempt to defend herself until September, when she spoke to journalist Abigail Pesta for *Marie Claire*. "I was not silent," Mam told Pesta. "I had so many lives to fix." In her story, Pesta wrote Mam's retreat from the spotlight "reveal[s] a cultural chasm." Pesta wrote:

> *In the West—where media savvy is part of the drill of being famous—it was assumed that because Mam had become an international figure, she had lawyers or public relations gurus at her disposal to manage her message. Her silence for months, then, was taken as confirmation of the truth of the claims against her.*

> *Living a world away in Cambodia, one of the poorest places on earth, Mam had a different perspective. "I didn't need a lawyer. Lawyers are all about money. You can kill people and have a lawyer, and if you're rich, you can go free," she says. "I did nothing wrong. My heart is my lawyer.*

Cited in Giuffre v Maxwell
15Civ7433 Decided 2/26/16
Archived on 3/7/16
This document is protected by copyright.
Further reproduction is prohibited without permission.

But Mam did have public relations gurus at her disposal. Hours after Pesta's story appeared in *Marie Claire,* Mam landed in New York and began a public relations blitz. Mam's publicist, Scott Gorenstein, who also represents Liza Minelli, wrote in an email to journalists:

> *Somaly Mam wants her dignity and reputation restored. It is her hope that having set the record straight, she can return*

> *to the work of rescuing and rehabilitating victims of human trafficking and to helping to halt sexual slavery in all its forms. Please let us know if you are interested to speak to Somaly Mam.*

Two weeks after Mam's redemption tour began, *Cambodia Daily* reported that Cambodian Council of Ministers spokesman Phay Siphan said his government would prevent Mam from starting another foundation. "We are not going to allow her to run this kind of activity again," he wrote. Siphan called Mam's fabrications a "breach of trust, because she used a huge amount of international money."

Siphan later changed his statement. "Since the miss-code [sic] by some articles and publicly articulated, may I reiterated that Royal Government of Cambodia have no intention of blocking or detouring the humanity activities of AFESIP as well as Mrs. SOMALY MAM for ongoing operates in the Kingdom of Cambodia," read a statement by Siphan sent to *Newsweek*.

Which brings us to today. Will the Somaly Mam Foundation truly close its doors or is this part of its "rebranding?"

Cited in Giuffre v. Maxwell
15Civ7433 Decided 2/26/16
Archived on 3/7/16
This document is protected by copyright.
Further reproduction is prohibited without permission.

**REQUEST REPRINT** OR **SUBMIT CORRECTION**

Sponsored Topics

1 Reverse Mortgage Calculator
2 Dental Implants for Seniors
3 Best Diabetic Diet
4 Type 2 Diabetes Treatment

Promoted Links

Ads by Revcontent





Anxiety? Cannabis Extract, Now Legal in NY
Healthy Report

Remove Your Eye Bags In Under 2 Minutes
Fit Mom Daily

How To Destroy Any Attacker In Seconds Using Only Your Bare Hands
Target Focus Training

25 Shocking Historical Photos Declassified!
Buzzlie.com

Most Embarrassing Pictures Ever Captured
LifeHackLane

Social Security Sucks: Born Before 1969? You Can Get An Extra $4,098 Monthly
Palm Beach Group

The Wedding Photographer Wasn't Expecting To Capture That
Mind Pause

There's A Smarter Way To Sleep - 3 Reasons To Ditch The Mattress Store
LULL

Cited in Giuffre v. Maxwell
15Civ7433 Decided 2/26/16
Archived on 3/7/16
This document is protected by copyright.
Further reproduction is prohibited without permission.

## Join the Discussion

**2 Comments** Sort by **Oldest**

**Farhad Sonia Shushtarian** · Burnaby, British Columbia

Was this article good for Cambodia? Irresponsible journalism

Like · Reply · Jan 26, 2015 7:05pm

**Paul Siemering** · Bunker Hill Community College

way to go newsweek. all those child traffickers must thank you for rescuing them from this great woman. And for letting them keep their girls enslaved!

Like · Reply · 1 · Jul 9, 2015 6:47pm

Facebook Comments Plugin

ADVERTISEMENT

ADVERTISEMENT

Cited in Giuffre v Maxwell
15Civ7433 Decided 2/26/16
Archived on 3/1/16
This document is protected by copyright.
Further reproduction is prohibited without permission.



Cited in Giuffre v Maxwell
15Civ7433 Decided 2/26/16
Archived on 3/7/16
This document is protected by copyright.
Further reproduction is prohibited without permission.

ADVERTISEMENT

JUST DRIVE
All Cars.
All Parts &
Accessories.
Buy Now »

ADVERTISEMENT

Terms and conditions apply.
GET YOUR HOTEL
AT THE LOWEST RATE GUARANTEED

AMERICAN EXPRESS TRAVEL

## RELATED STORIES

Cited in Giuffre v Maxwell 15Civ7433 Decided 2/26/16
Archived on 3/7/16
This document is protected by copyright. Further reproduction is prohibited without permission.

© 2016 NEWSWEEK LLC

About Us

Corrections

Contact Us

IBT Media

Careers

Advertise

Copyright

Privacy Policy

Terms of Service

Terms of Sale

Archive

Cited in Giuffre v Maxwell
15Civ7433 Decided 2/26/16
Archived on 3/7/16
This document is protected by copyright.
Further reproduction is prohibited without permission.

## Recent Issues

March 04 Issue

How Iraqi Forces Drove ISIS From Ramadi

On the Hunt for the Balkans' Most Wanted

The GOP Is Violating the Spirit of the Constitution

February 26 Issue

El Chapo's Narco Mafia

Will China Follow Japan Into Economic Stagnation?

This Robot Cockroach Could Be a Lifesaver

Browse Archives

Cited in Giuffre v Maxwell
15Civ7433 Decided 2/26/16
Archived on 3/7/16
This document is protected by copyright.
Further reproduction is prohibited without permission.