

# SUPREME COURT

## State of Colorado,

STATE OF COLORADO, ss:

I, **Christopher T. Ryan** *Clerk of the Supreme Court of the State of Colorado, do hereby certify that*

### JEFFREY S PAGLIUCA

*has been duly licensed and admitted to practice as an*

## ATTORNEY AND COUNSELOR AT LAW

*within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the* _____19th_____

*day of*_____**October**_____ *A. D.*____**1982**____ *and that at the date hereof*

*the said*_____**JEFFREY S PAGLIUCA**_____

*is in good standing at this Bar.*



IN WITNESS WHEREOF, *I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this*

____**14th**____ *day of*_____**March**_____ A. D.____**2016**

*Christopher T. Ryan*

                                                            Clerk

By _____

                                                    *Deputy Clerk*