# EXHIBIT 1
# PART 1

```
-ate:  7/19/06                PALM BEACH POLICE DEPARTMENT              Page:      1
-ime: 15:01:37                     Incident Report                   Program: CMS301L
```

```
-ase No.  .  .  .  : 1-05-000368
-PECIAL NOTES   :                        Occur From Date: 1/27/05 0000
-ccur To Date   : 1/27/05 0000           Report Date  .  : 3/14/05 1600
-ay Of Week  .  : Thursday
-ommon/Location : 358 EL BRILLO WY
-ity .  .  .  .  : PALM BEACH, FL
-ocation Type   : RESIDENCE-SINGLE FAMILY
-eat Assignment : DETECTIVE BUREAU       Map Reference  : 10
-ept Class .  .  : SEXUAL BATTERY         Report Officer : PAGAN, MICHELE
-ase Status  .  : OPEN / ACTIVE          Case Status Dt : 3/14/05
-upervisory Dt. : TRYLCH, JEFFREY  3/14/05
-ntry Date   .  : OREGERO, LAURA   4/06/05
-ames?  .  .  .  :                        Property?  .  .  :
-ehicles?  .  .  :                        Offenses?  .  .  :
-arrative?  .  .  :                        Related Cases? :
```

```
-******* V E H I C L E     I N F O R M A T I O N   #   1 *********************
-ase number  .  : 1-05-000368            Category  .  .  .  :
-ate Veh Type  :                         Year .  .  .  .  .  : 0
-ke .  .  .  .  :                         Model  .  .  .  .  :
-del Name  .  .  :                        Permit Number  :
-yle .  .  .  .  :                        Color - Top  .  :
-lor - Bottom  :                         License #  .  .  :
-N .  .  .  .  .  :                        Stolen value  .  : 0
-sposition  .  :                          Insured  .  .  .  :
-sured by  .  .  :                        Keys in car  .  :
-hicle locked  :                         Lein holder  .  :
-te recovered  : 0/00/00                  Recovery value : 0
-reet number   :
-ty .  .  .  .  :
-covery code   :                          NCIC number  .  :
- On Look Out?  :
```

```
-******* P E R S O N     R E P O R T I N G     I N F O - # 1 *********
-se Number  .  : 1-05-000368             Last Name  .  . : ████████████
-reet Number   : ████████████████        
-ty .  .  .  .  : ████████████████████    
-rth Date/Age  : ████████████████         Employer?  .  .  :
-cupation  .  :                           Oper Lic No. . : ████████████████
-ne Phone No.  : ████████████             Race .  .  .  .  : White
-x .  .  .  .  : Female                   Height  .  .  .  : 0
-ight .  .  .  : 0                         Other Phone Nbr:
```

```
-*********** S U S P E C T / A R R E S T E E   I N F O R M A T I O N - # 1 **
-se Number  .  : 1-05-000368             Prompt valid in: ROBSON, HALEY
-reet Number   : 12247 72ND CT NORTH
-ty .  .  .  .  : ROYAL PALM BEACH, FL 334121460
-rth Date   .  : 4/09/1986  18           Maximum Age  .  : 18
-ployer?  .  .  :                          Occupation  .  .  :
-er Lic No.  .  : R125320866290  FL       Home Phone No. :
-her Phone Nbr:                           Race .  .  .  .  : White
-x .  .  .  .  : Female                   Minimum Height : 0
-nimum Weight  : 0                         Maximum Height : 0
```

Case No. . . . : 1-05-000368                                    (Continued)
Maximum Weight : 0                        Misc. ID#  . . :
Aliases? . . . :                         MO/Crime Spec? :
Hair Color . . :                         Hair Length  . :
Hair Style . . :                         Eye Color  . . :
Glasses  . . . :                         Complexion . . :
Facial Hair  . :                         Build  . . . . :
Teeth  . . . . :                         Speech . . . . :
Hat  . . . . . :                         Coat . . . . . :
Shirt  . . . . :                         Pants  . . . . :
Shoes  . . . . :                         Body Marks #1  :
Body Marks #2  :                         Body Marks #3  :
Body Marks #4  :                         Status . . . . : STILL SUSPECT
Arrest Case No.:                         Additional UCR?:

************ S U S P E C T / A R R E S T E E   I N F O R M A T I O N - # 2 **
Case Number  . : 1-05-000368            Prompt valid in: KELLEN, SARAH LYNNELLE
Street Number  : 358 EL BRILLO WY
City . . . . . : PALM BEACH, FL 000033480
Birth Date . . : 5/25/1979 25            Maximum Age  . : 25
Employer?  . . :                         Occupation . . : PERSONAL ASST/EPSTEIN
Per Lic No.. . : 241534676  HA           Home Phone No. : 561/000-0000
Other Phone Nbr: 561/000-0000            Race . . . . . : White
Sex  . . . . . : Female                  Minimum Height : 0
Minimum Weight : 0                       Maximum Height : 0
Maximum Weight : 0                       Misc. ID#  . . :
Aliases? . . . :                         MO/Crime Spec? :
Hair Color . . :                         Hair Length  . :
Hair Style . . :                         Eye Color  . . :
Glasses  . . . :                         Complexion . . :
Facial Hair  . :                         Build  . . . . :
Teeth  . . . . :                         Speech . . . . :
Hat  . . . . . :                         Coat . . . . . :
Shirt  . . . . :                         Pants  . . . . :
Shoes  . . . . :                         Body Marks #1  :
Body Marks #2  :                         Body Marks #3  :
Body Marks #4  :                         Status . . . . : STILL SUSPECT
Arrest Case No.:                         Additional UCR?:

************ S U S P E C T / A R R E S T E E   I N F O R M A T I O N - # 3 **
Case Number  . : 1-05-000368            Prompt valid in: EPSTEIN, JEFFREY
Street Number  : 358 EL BRILLO WY
City . . . . . : PALM BEACH, FL 000033480
Birth Date . . : 1/20/1953 52            Maximum Age  . : 52
Employer?  . . :                         Occupation . . :
Per Lic No.. . : E123425530200  FL       Home Phone No. :
Other Phone Nbr:                         Race . . . . . : White
Sex  . . . . . : Male                    Minimum Height : 0
Minimum Weight : 0                       Maximum Height : 0
Maximum Weight : 0                       Misc. ID#  . . :
Aliases? . . . :                         MO/Crime Spec? :
Hair Color . . :                         Hair Length  . :
Hair Style . . :                         Eye Color  . . :

Case 1:15-cv-07433-LAP  Document 55-1  Filed 03/14/16  Page 4 of 45

```
Case No. . . . : 1-05-000368                              (Continued)
Glasses . . . . :              Complexion . . :
Facial Hair . . :              Build . . . . :
Teeth . . . . . :              Speech . . . . :
Hat . . . . . . :              Coat . . . . . :
Shirt . . . . . :              Pants . . . . :
Shoes . . . . . :              Body Marks #1  :
Body Marks #2 . :              Body Marks #3  :
Body Marks #4 . :              Status . . . . : STILL SUSPECT
Arrest Case No. :              Additional UCR? :
```

```
*********** V I C T I M   I N F O R M A T I O N - # 1 ********************
Case Number . . : 1-05-000368
Prompt valid in:
Street Number . : ████████████████████████
City . . . . . : ████████████
Birth Date/Age  :         14    Employer? . . . :
Occupation . . : STUDENT        Oper Lic No. . :
Home Phone No. : ███████████    Race . . . . . : White
Sex . . . . . . : Female        Height . . . . : 0
Height . . . . : 0              Misc. ID# . . :
Be On Look Out? :               Other Phone Nbr:
Victim Type . . : JUVENILE      Residency Type :
Residency Sts . :               File Charges . :
Can Identify . :                Victim Sobriety:
Injury Extent  :                Injury Type 1  :
Injury Type 2  :                Hospital ID . :
Med Treatment  :                Phys First Name:
Phys Last Name :
```

```
*********** V I C T I M   I N F O R M A T I O N - # 2 ********************
Case Number . . : 1-05-000368   Prompt valid in: ██████████████████
Street Number . :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age  :          18   Employer? . . . :
Occupation . . :                Oper Lic No. . :
Home Phone No. : 561/000-0000   Race . . . . . : White
Sex . . . . . . : Female        Height . . . . : 0
Height . . . . : 0              Misc. ID# . . :
Be On Look Out? :               Other Phone Nbr: 561/000-0000
Victim Type . . : ADULT         Residency Type :
Residency Sts . :               File Charges . :
Can Identify . :                Victim Sobriety:
Injury Extent  :                Injury Type 1  :
Injury Type 2  :                Hospital ID . :
Med Treatment  :                Phys First Name:
Phys Last Name :
```

```
*********** V I C T I M   I N F O R M A T I O N - # 3 ********************
Case Number . . : 1-05-000368   Prompt valid in: ██████████████████
Street Number . :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age  : ████████   16  Employer? . . . :
```

```
ate:  7/19/06                PALM BEACH POLICE DEPARTMENT              Page:      4
ime:  15:01:37                      Incident Report               Program: CMS301L
```

---

```
ase No. . . . :  1-05-000368                                    (Continued)
ccupation . . :                      Oper Lic No. . . :
me Phone No. :  561/000-0000         Race . . . . . . :  White
eight . . . . :  0                   Misc. ID#  . . :
ex . . . . . :  Female               Height . . . . :  0
eight . . . . :  0                   Other Phone Nbr:  561/000-0000
e On Look Out?:                      Residency Type  :
ictim Type  . :  JUVENILE            File Charges  . :
esidency Sts  :                      Victim Sobriety:
an Identify . :                      Injury Type 1  :
njury Extent  :                      Hospital ID   . :
njury Type 2  :                      Phys First Name:
ed Treatment  :
nys Last Name :
```

```
************* V I C T I M     I N F O R M A T I O N  - # 4 *********************
se Number . :  1-05-000368           Prompt valid in: ▬▬▬▬▬▬▬▬▬▬▬
treet Number  :
ty . . . . . :  PALM BEACH, FL 000033480
rth Date/Age :  ▬▬▬▬▬▬  17           Employer?  . . :
cupation . . :                       Oper Lic No. . . :
me Phone No. :  561/000-0000         Race . . . . . . :  White
x . . . . . :  Female                Height . . . . :  0
ight . . . . :  0                    Misc. ID#  . . :
 On Look Out?:                       Other Phone Nbr:  561/000-0000
ctim Type  . :  JUVENILE             Residency Type  :
sidency Sts  :                       File Charges  . :
n Identify . :                       Victim Sobriety:
jury Extent  :                       Injury Type 1  :
jury Type 2  :                       Hospital ID   . :
d Treatment  :                       Phys First Name:
ys Last Name :
```

```
************* V I C T I M     I N F O R M A T I O N  - # 5 *********************
se Number . :  1-05-000368           Prompt valid in: ▬▬▬▬▬▬▬▬▬▬▬
reet Number  :
ty . . . . . :  PALM BEACH, FL 000033480
rth Date/Age :  ▬▬▬▬▬▬  18           Employer?  . . :
cupation . . :                       Oper Lic No. . . :
ne Phone No. :  561/000-0000         Race . . . . . . :  White
x . . . . . :  Female                Height . . . . :  0
ight . . . . :  0                    Misc. ID#  . . :
 On Look Out?:                       Other Phone Nbr:  561/000-0000
ctim Type  . :  ADULT                Residency Type  :
sidency Sts  :                       File Charges  . :
n Identify . :                       Victim Sobriety:
jury Extent  :                       Injury Type 1  :
jury Type 2  :                       Hospital ID   . :
l Treatment  :                       Phys First Name:
ys Last Name :
```

```
************* V I C T I M     I N F O R M A T I O N  - # 6 *********************
se Number . :  1-05-000368
ompt valid in: ▬▬▬▬▬▬▬▬▬▬▬
```

```
ase No . . . . : 1-05-000368                                      (Continued)
treet Number  :
ity . . . . . : PALM BEACH, FL 000033480
irth Date/Age :              16        Employer?  . . :
ccupation . . :                        Oper Lic No. . . :
ome Phone No. : 561/000-0000           Race . . . . . : White
ex . . . . . : Female                  Height . . . . : 0
eight . . . . : 0                      Misc. ID#  . . :
e On Look Out?:                        Other Phone Nbr: 561/000-0000
ictim Type  . : JUVENILE               Residency Type :
esidency Sts  :                        File Charges  . :
an Identify   :                        Victim Sobriety:
njury Extent  :                        Injury Type 1  :
njury Type 2  :                        Hospital ID  . :
ed Treatment  :                        Phys First Name:
ys Last Name  :

*********** V I C T I M   I N F O R M A T I O N - # 7 ********************
ase Number  . : 1-05-000368            Prompt valid in:
treet Number  :
ty . . . . . : PALM BEACH, FL 000033480
rth Date/Age :              17         Employer?  . . :
ccupation . . :                        Oper Lic No. . . :
ome Phone No. : 561/000-0000           Race . . . . . : White
x . . . . . : Female                   Height . . . . : 0
ight . . . . : 0                       Misc. ID#  . . :
 On Look Out?:                         Other Phone Nbr: 561/000-0000
ctim Type  . : JUVENILE                Residency Type :
sidency Sts  :                         File Charges  . :
n Identify   :                         Victim Sobriety:
jury Extent  :                         Injury Type 1  :
jury Type 2   :                        Hospital ID  . :
d Treatment   :                        Phys First Name:
ys Last Name  :

*********** V I C T I M   I N F O R M A T I O N - # 8 ********************
se Number  . : 1-05-000368             Prompt valid in:
reet Number  :
ty . . . . . : PALM BEACH, FL 000033480
rth Date/Age :              16         Employer?  . . :
ccupation . . :                        Oper Lic No. . . :
me Phone No. : 561/000-0000            Race . . . . . : White
x . . . . . : Female                   Height . . . . : 0
ight . . . . : 0                       Misc. ID#  . . :
 On Look Out?:                         Other Phone Nbr: 561/000-0000
ctim Type  . : JUVENILE                Residency Type :
sidency Sts  :                         File Charges . . :
n Identify   :                         Victim Sobriety:
jury Extent  :                         Injury Type 1  :
jury Type 2   :                        Hospital ID  . :
d Treatment   :                        Phys First Name:
ys Last Name  :

*********** V I C T I M   I N F O R M A T I O N - # 9 ********************
```

Date: 7/19/06
Time: 15:01:37

Case 1:15-cv-07433-LAP Document 55-1 Filed 03/14/16 Page 7 of 45

PALM BEACH POLICE DEPARTMENT
Incident Report

Page: 6
Program: CMS301L

Case No. . . . : 1-05-000368
Case Number . : 1-05-000368                          (Continued)
Street Number :                      Prompt valid in: ████████████
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ████████ 17         Employer?  . . :
Occupation . . :                     Oper Lic No. . :
Home Phone No. : 561/000-0000        Race . . . . . : White
Sex . . . . . : Female               Height . . . . : 0
Height . . . . : 0                   Misc. ID#  . . :
Be On Look Out?:                     Other Phone Nbr: 561/000-0000
Victim Type  . : JUVENILE            Residency Type :
Residency Sts  :                     File Charges . :
Can Identify . :                     Victim Sobriety:
Injury Extent  :                     Injury Type 1  :
Injury Type 2  :                     Hospital ID  . :
Med Treatment  :                     Phys First Name:
Phys Last Name :

************* V I C T I M    I N F O R M A T I O N  - # 10 ******************
Case Number . : 1-05-000368
Prompt valid in: ████████████████
Street Number :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ████████ 17         Employer?  . . :
Occupation . . :                     Oper Lic No. . :
Home Phone No. : 561/000-0000        Race . . . . . : White
Sex . . . . . : Female               Height . . . . : 0
Height . . . . : 0                   Misc. ID#  . . :
Be On Look Out?:                     Other Phone Nbr: 561/000-0000
Victim Type  . : JUVENILE            Residency Type :
Residency Sts  :                     File Charges . :
Can Identify . :                     Victim Sobriety:
Injury Extent  :                     Injury Type 1  :
Injury Type 2  :                     Hospital ID  . :
Med Treatment  :                     Phys First Name:
Phys Last Name :

************* V I C T I M    I N F O R M A T I O N  - # 11 ******************
Case Number . : 1-05-000368          Prompt valid in: ████████████
Street Number :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ██████ 18           Employer?  . . :
Occupation . . :                     Oper Lic No. . :
Home Phone No. : 561/000-0000        Race . . . . . : White
Sex . . . . . : Female               Height . . . . : 0
Height . . . . : 0                   Misc. ID#  . . :
Be On Look Out?:                     Other Phone Nbr: 561/000-0000
Victim Type  . : ADULT               Residency Type :
Residency Sts  :                     File Charges . :
Can Identify . :                     Victim Sobriety:
Injury Extent  :                     Injury Type 1  :

```
Date:   7/19/06              PALM BEACH POLICE DEPARTMENT         Page:        7
Time:  15:01:37                   Incident Report               Program: CMS301L
```

```
Case No. . . . : 1-05-000368                          (Continued)
Phys Last Name :
```

```
************** V I C T I M     I N F O R M A T I O N - # 12 ****************
Case Number   . : 1-05-000368              Prompt valid in: ████████████████
Street Number   :
City  . . . . . : PALM BEACH, FL 000033480
Birth Date/Age  : ███████████ 18           Employer?  . . :
Occupation      :                          Oper Lic No. . :
Home Phone No.  : 561/000-0000             Race . . . . . : White
Sex . . . . . . : Female                   Height . . . . : 0
Height  . . . . : 0                        Misc. ID#  . . :
Be On Look Out? :                          Other Phone Nbr: 561/000-0000
Victim Type . . : ADULT                    Residency Type :
Residency Sts   :                          File Charges . :
Can Identify  . :                          Victim Sobriety:
Injury Extent   :                          Injury Type 1  :
Injury Type 2   :                          Hospital ID  . :
Med Treatment   :                          Phys First Name:
Phys Last Name  :
```

```
************** V I C T I M     I N F O R M A T I O N - # 13 ****************
Case Number   . : 1-05-000368              Prompt valid in: ████████████████
Street Number   :
City  . . . . . : PALM BEACH, FL 000033480
Birth Date/Age  : ███████████ 16           Employer?  . . :
Occupation      :                          Oper Lic No. . :
Home Phone No.  : 561/000-0000             Race . . . . . : White
Sex . . . . . . : Female                   Height . . . . : 0
Height  . . . . : 0                        Misc. ID#  . . :
Be On Look Out? :                          Other Phone Nbr: 561/000-0000
Victim Type . . : JUVENILE                 Residency Type :
Residency Sts   :                          File Charges . :
Can Identify  . :                          Victim Sobriety:
Injury Extent   :                          Injury Type 1  :
Injury Type 2   :                          Hospital ID  . :
Med Treatment   :                          Phys First Name:
Phys Last Name  :
```

```
************** V I C T I M     I N F O R M A T I O N - # 14 ****************
Case Number   . : 1-05-000368              Prompt valid in: ████████████████
Street Number   :
City  . . . . . : PALM BEACH, FL 000033480
Birth Date/Age  : ███████████ 16           Employer?  . . :
Occupation      :                          Oper Lic No. . :
Home Phone No.  : 561/000-0000             Race . . . . . : White
Sex . . . . . . : Female                   Height . . . . : 0
Height  . . . . : 0                        Misc. ID#  . . :
Be On Look Out? :                          Other Phone Nbr: 561/000-0000
Victim Type . . : JUVENILE                 Residency Type :
Residency Sts   :                          File Charges . :
Can Identify  . :                          Victim Sobriety:
Injury Extent   :                          Injury Type 1  :
```

Date:   7/19/06
Time:  15:01:37
PALM BEACH POLICE DEPARTMENT
Incident Report
Page:        8
Program:  CMS301L

Case No. . . . : 1-05-000368                                (Continued)
Injury Type 2  :
Med Treatment  :                    Hospital ID  . . :
Phys Last Name :                    Phys First Name :

************ V I C T I M       I N F O R M A T I O N - # 15 *******************
Case Number    : 1-05-000368        Prompt valid in: ████████████████
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ████████     19     Employer?  . . . :
Occupation . . :                    Oper Lic No. . . :
Home Phone No. : 561/000-0000        Race . . . . . : White
Sex  . . . . . : Female              Height . . . . : 0
Weight . . . . : 0                   Misc. ID# . . . :
Be On Look Out?:                     Other Phone Nbr: 561/000-0000
Victim Type  . : ADULT               Residency Type :
Residency Sts  :                     File Charges . :
Can Identify . :                     Victim Sobriety:
Injury Extent  :                     Injury Type 1  :
Injury Type 2  :                     Hospital ID  . :
Med Treatment  :                     Phys First Name:
Phys Last Name :

************ V I C T I M       I N F O R M A T I O N - # 16 *******************
Case Number    : 1-05-000368        Prompt valid in: ████████████████
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ████████     17     Employer?  . . . :
Occupation . . :                    Oper Lic No. . . :
Home Phone No. : 561/000-0000        Race . . . . . : White
Sex  . . . . . : Female              Height . . . . : 0
Weight . . . . : 0                   Misc. ID# . . . :
Be On Look Out?:                     Other Phone Nbr: 561/000-0000
Victim Type  . : JUVENILE            Residency Type :
Residency Sts  :                     File Charges . :
Can Identify . :                     Victim Sobriety:
Injury Extent  :                     Injury Type 1  :
Injury Type 2  :                     Hospital ID  . :
Med Treatment  :                     Phys First Name:
Phys Last Name :

************ V I C T I M       I N F O R M A T I O N - # 17 *******************
Case Number    : 1-05-000368        Prompt valid in: ████████████████
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ████████     16     Employer?  . . . :
Occupation . . :                    Oper Lic No. . . :
Home Phone No. : 561/000-0000        Race . . . . . : White
Sex  . . . . . : Female              Height . . . . : 0
Weight . . . . : 0                   Misc. ID# . . . :
Be On Look Out?:                     Other Phone Nbr: 561/000-0000
Victim Type  . : JUVENILE            Residency Type :
Residency Sts  :                     File Charges . :

Case No. . . . : 1-05-000368                              (Continued)
Can Identify . :
Injury Extent  :                    Victim Sobriety:
Injury Type 2  :                    Injury Type 1  :
Med Treatment  :                    Hospital ID  . :
Phys Last Name :                    Phys First Name:

******** O T H E R     P E R S O N      I N F O R M A T I O N - # 1 ********
Case Number  . : 1-05-000368        Last Name  . . : ██████████
Street Number  : ██████████
City . . . . . : ██████████
Birth Date/Age : ██████████   14    Employer?  . . :
Occupation . . : STUDENT            Oper Lic No. . :
Home Phone No. : ██████████         Race . . . . . : White
Sex  . . . . . : Female             Height . . . . : 0
Weight . . . . : 0                  Person Type  . : OTHER PERSON
Other Phone Nbr:

******** O T H E R     P E R S O N      I N F O R M A T I O N - # 2 ********
Case Number  . : 1-05-000368        Last Name  . . : MARCINKOVA, NADA
Street Number  : 358 EL BRILLO WY
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : 2/21/1985  19      Employer?  . . :
Occupation . . :                    Oper Lic No. . : M625620855610   FL
Home Phone No. :                    Race . . . . . : White
Sex  . . . . . : Female             Height . . . . : 510
Weight . . . . : 0                  Person Type  . : OTHER PERSON
Other Phone Nbr:

******** O T H E R     P E R S O N      I N F O R M A T I O N - # 3 ********
Case Number  . : 1-05-000368        Last Name  . . : ██████████
Street Number  : ██████████
City . . . . . : ██████████
Birth Date/Age : ██████████   35    Employer?  . . :
Occupation . . : ██████████         Oper Lic No. . :
Home Phone No. : ██████████         Race . . . . . : White
Sex  . . . . . : Female             Height . . . . : 0
Weight . . . . : 0                  Person Type  . : OTHER PERSON
Other Phone Nbr: 561/330-0400

******** O T H E R     P E R S O N      I N F O R M A T I O N - # 4 ********
Case Number  . : 1-05-000368        Last Name  . . : ██████████
Street Number  : ██████████
City . . . . . : ██████████
Birth Date/Age : ██████████   37    Employer?  . . :
Occupation . . : PAINTER            Oper Lic No. . :
Home Phone No. : ██████████         Race . . . . . : White
Sex  . . . . . : Male               Height . . . . : 0
Weight . . . . : 0                  Person Type  . : OTHER PERSON
Other Phone Nbr:

******** O T H E R     P E R S O N      I N F O R M A T I O N - # 5 ********
Case Number  . : 1-05-000368        Last Name  . . : BACK, KATHY

```
Date:  7/19/06            PALM BEACH POLICE DEPARTMENT        Page:        10
Time: 15:01:37                  Incident Report             Program: CMS301L
```

```
Case No. . . . : 1-05-000368                           (Continued)
Street Number  :
City . . . . . :
Birth Date/Age : 0/00/0000 0        Employer?  . . :
Occupation . . : FAMILY THERAPIST   Oper Lic No. . :
Home Phone No. : 561/000-0000       Race . . . . . : White
Sex  . . . . . : Female             Height . . . . : 0
Weight . . . . : 0                  Person Type  . : OTHER PERSON
Other Phone Nbr: 561/000-0000
```

```
                  ***EMPLOYER INFORMATION***
Case Number  . : 1-05-000368
Employer Name  : PBC DIVISON OF YOUTH AFFAIRS
Address  . . . : 4200 N AUSTRALIAN AV
City/State/Zip : WEST PALM BEACH, FL 33407
Phone Number . : 561/840-4540
```

```
******** O T H E R     P E R S O N     I N F O R M A T I O N - # 6 ********
Case Number  . : 1-05-000368          Last Name  . . : ████████
Street Number  : ████████
City . . . . . : ████████████
Birth Date/Age :                16    Employer?  . . :
Occupation . . : STUDENT              Oper Lic No. . :
Home Phone No. : ████████████         Race . . . . . : White
Sex  . . . . . : Male                 Height . . . . : 0
Weight . . . . : 0                    Person Type  . : OTHER PERSON
Other Phone Nbr:
```

```
                  ***EMPLOYER INFORMATION***
Case Number  . : 1-05-000368          Employer Name  : ██████████████
Address  . . . : ████████████
City/State/Zip : ████████
Phone Number . :
```

```
******** O T H E R     P E R S O N     I N F O R M A T I O N - # 7 ********
Case Number  . : 1-05-000368          Last Name  . . : ████████
Street Number  : ████████████
City . . . . . :
Birth Date/Age : 0/00/0000 0          Employer?  . . :
Occupation . . :                      Oper Lic No. . :
Home Phone No. : ████████             Race . . . . . : White
Sex  . . . . . : Male                 Height . . . . : 0
Weight . . . . : 0                    Person Type  . : OTHER PERSON
Other Phone Nbr:
```

```
******** O T H E R     P E R S O N     I N F O R M A T I O N - # 8 ********
Case Number  . : 1-05-000368          Last Name  . . : ████████████
Street Number  : ████████
City . . . . . : ████████████
Birth Date/Age : 0/00/0000 0          Employer?  . . :
Occupation . . :                      Oper Lic No. . :
Home Phone No. : ████████             Race . . . . . :
Sex  . . . . . : Female               Height . . . . : 0
```

```
Date:   7/19/06                PALM BEACH POLICE DEPARTMENT           Page:        11
Time:  15:01:37                     Incident Report                  Program: CMS301L
```

```
Case No. . . . : 1-05-000368                                   (Continued)
Weight . . . . : 0                           Person Type   . : OTHER PERSON
Other Phone Nbr:
```

```
******** O T H E R      P E R S O N        I N F O R M A T I O N  - # 9 ********
Case Number  . : 1-05-000368            Last Name   . . :
Street Number  :                        ──────────────
City . . . . . :                        Employer?   . . :
Birth Date/Age : ─────────── 16         Oper Lic No. . . :
Occupation   . :                        Race . . . . . : White
Home Phone No. : 561/000-0000           Height . . . . : 0
Sex  . . . . . : Female                 Person Type  . : OTHER PERSON
Height . . . . : 0
Other Phone Nbr: 561/000-0000
```

```
******************** N A R R A T I V E    # 1 ****************************
Original Report        LO      Reported By: PAGAN, MICHELE D.           9/20/05
                               Entered By.: OREGERO, LAURA D.           9/20/05
```

On 03/14/2005, I received a call from a woman who did not wish to
identify herself (later identified as ▇▇▇▇▇▇▇). She stated
that her fourteen year old step daughter (later identified as ▇▇▇
▇▇) possibly may have been molested in Palm Beach by a wealthy
man. According to ▇▇▇▇▇▇, she learned of the possible molestation
by a third party. She explained that she had received a call from the
mother of her stepdaughter's friend. The mother claimed to have
overheard a conversation between her daughter and a male friend; they
were talking about ▇▇▇▇ The conversation was about how ▇▇▇ had met
with a 45-year-old man and had sex with him and was paid for it. I
advised ▇▇▇▇▇ that I would like to meet with her to obtain a more
detailed statement and facts. ▇▇▇▇▇▇▇ stated she did not know what
to do and had to discuss the matter with her husband. At this point
▇▇▇▇▇▇▇ did not provide me with a call back number or any other
information. She stated that she would contact me once she had spoken
with her husband and ▇▇▇▇ mother.

On 03/14/2005 received a call from Mr. & Mrs. ▇▇▇▇▇▇ They stated
it was all right to speak to their daughter ▇▇▇ via cell phone ▇▇▇▇
▇▇▇▇▇. Her mother ▇▇▇▇▇▇ had been made aware of the case.
They agreed to meet me at the police department later this date.
▇▇▇▇▇▇▇▇.

On 03/14/2005, Mr. ▇▇▇▇▇▇▇▇▇ accompanied by his wife ▇▇▇
▇▇▇▇ came to the Palm Beach Police Department where they advised
me that they believed their fourteen year old daughter may have had
some type of sexual relationship with an older male who resided in
Palm Beach. Neither knew the suspect's name or address. Both stated
that their daughter did not talk to them about the incident, nor would
she admit to it.

▇▇▇▇▇▇▇ identified his daughter as ▇▇▇▇▇▇▇▇
w/f, DOB ▇▇▇▇▇▇; resides with her biological mother ▇▇▇▇
at ▇▇▇▇▇▇▇▇▇▇▇, ▇▇▇▇, ▇▇▇▇. ▇▇▇ is a twin,

Case 1:15-cv-07433-LAP   Document 55-1   Filed 03/14/16   Page 13 of 45

Case No. . . . : 1-05-000368                                (Continued)

her sister ███████ resides with Mr. ██████████. Both ██████ and ████ are currently attending ███████████████████████████ which is an involuntary admitted juvenile educational facility. ████████ stays at the facility during the week and comes home on the weekend. According to ██████████ she was admitted to the school because of disciplinary problems that recently escalated. The facility also coordinates with the families to provide one on one as well as family counseling.

According to Mrs. ██████████ she believes the incident occurred on Sunday, Feb 6, 2005. A friend of ██████, named Haley picked her up at their house and left. They believe Haley initiated the relationship with the older gentleman, though they do not have any proof. Haley lives close by with her mother. Mrs. ██████████ further explained that ████████ was introduced to Haley by ██████████, a boy she was dating (goes to ████████████████, plays baseball). Mrs. ██████████ continued that on Sunday, Haley picked up ████ and drove to Palm Beach where they met the man. Supposedly, the man has a lot of money and often has young girls come over to his house. Haley offers these girls a way to make fast cash. The man starts with a massage. If he likes them, he keeps them around and does more. The ████████████ did not have any information on Haley other than she lives on 72nd Place North, the last house on right side (north side).

Mrs. ██████████ talked of a conversation that she had with ██████████████, the mother of ███████████, a former friend of ██████████. She found it strange that they were no longer friends until she received the call from her mother telling her of the conversation she overheard between ████████ and a boy named ████████.

Mrs. ██████████ told me of an incident that occurred on 02/09/2005. ████████ got into a fight at school (████████████████). Mrs. ████████████████ found over $300.00 in ████████ purse. ████████ gave different explanations for the large sum of money. Initially the school administration thought it was drug related but then dismissed the claim. Since that day, ████████ did not return to school; she ran away Thursday, 02/10th or Friday 02/11 and returned to her mother's house later that night after midnight. It was not until after ██████████ received the call from ████████ mother, ████████████████████, ██████████████████, that she learned ████████ was the girl that got into the fight with. The fight was instigated when ████████ accused ████ of being a prostitute.

██████████████████, who has legal joint custody of his daughter ████████ ██████████, signed the affidavit of prosecution indicating he wished to prosecute against the inappropriate sexual behavior with his fourteen-year-old daughter.

Mr. ██████████ stated that he had no objections with our agency speaking with his daughter ████ about the incident. Mr. ██████████ stated that ████'s mother ████ is aware of the allegations and also was willing to cooperate. According to Mrs. ██████████, she does not believe her daughter had any additional contact with the suspect as she was with

ase No. . . . : 1-05-000368                                    (Continued)
her mother and then placed into ▮▮▮▮▮▮▮▮.

I contacted the School Board Police who provided me the information
for ▮▮▮▮▮▮▮▮, also known as ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.  Checking the
school board records for ▮▮▮▮ and ▮▮▮▮, there was no
disciplinary record found.  I was advised if no disciplinary action
was taken for a fight, such as an expulsion or detention, the incident
may not have been recorded.  This was at the discretion of the
individual school security and principal.

03/15/2005, I called the Palm Beach County Sheriff's Office and left a
message for PBSP Sgt. Chris Keen, Child Abuse Unit.

On 03/15/2005, I went to ▮▮▮▮▮▮▮▮▮▮▮▮ where I met with white
female ▮▮▮▮▮▮▮.  Also present was Kathy Back, ▮▮▮▮▮▮▮
therapist.  During an audiotaped interview, I spoke with▮▮▮▮▮▮▮
about the allegations that were made.  ▮▮▮▮▮▮▮▮ initially denied
anything had happened, only admitting to going with Haley (later
identified as Haley Robson) to Palm Beach to pick up money Robson was
owed.  ▮▮▮▮▮▮▮▮ identified Haley Robson as the cousin of her former
boyfriend▮▮▮▮▮▮▮▮  She ultimately admitted to knowing that Robson
worked for a wealthy man and possibly did sexual favors for him.  She
also admitted that Robson had offered her an opportunity to make
money.

▮▮▮▮▮▮▮ identified Robson's boss as a white male named "Jeff" who
lived in Palm Beach (later positively identified as Jeffrey Epstein).
▮▮▮▮▮▮▮ explained that she was first approached by Robson to go with
her to Jeff's house, when they were at ▮▮▮▮▮▮▮ house.  According to
▮▮▮▮, she was not sure exactly what was going on with Robson but
agreed to go with her.  (▮▮▮▮▮▮▮▮ boyfriend) became angry when
he heard Robson inviting ▮▮▮▮▮▮▮ to accompany her.  ▮▮▮▮▮▮▮ believed
it was to pick up money the man owed Robson.  ▮▮▮▮▮▮▮ stated Robson
told her that she would pick her up at her house on Sunday.  ▮▮▮
was not sure of the exact dates but knew it was a Sunday.  According
to ▮▮▮▮▮▮▮, Robson along with an unknown, possibly Hispanic female,
picked her up at her father's house on ▮▮▮▮▮▮▮▮▮▮ told her
father that they were going shopping.  It was later confirmed by
▮▮▮▮ ▮▮▮▮▮▮ that Robson picked his daughter up.  According to Mr.
▮▮▮▮▮▮, Robson drove a pick up truck.

Robson drove ▮▮▮▮▮▮▮▮ along with the unknown female to Palm Beach.
Sometime on the way there, a conversation occurred between Robson and
▮▮▮▮▮▮▮ whereby Robson told ▮▮▮▮▮▮ that if Jeff asked her
(▮▮▮▮▮▮) age, she should say she was eighteen.

▮▮▮▮▮▮▮ recalled that Jeff's house was on a dead end street.  All
three girls walked up a driveway, past what appeared to be a small
guard/security room.  In fact, ▮▮▮▮▮▮ recalled a male approaching
them asking what they wanted.  Robson stated they were there to see
Jeff.  The male allowed them to continue walking up to the house.

Date:  7/19/06                  PALM BEACH POLICE DEPARTMENT          Page:        14
Time:  15:01:37                      Incident Report                 Program:  CMS301L

Case No. . . . :  1-05-000368                              (Continued)

███████████ stated the man told them that Epstein was not there but was
expected back.  He allowed them to enter the house, via the kitchen.
He offered them something to drink while they waited inside.  Shortly
after, Epstein and a woman, described as white with blond hair entered
the kitchen.  ███████████ believed the woman was Epstein's Assistant.
███████████ added that the woman did not seem friendly and kept her
responses short and direct.  Epstein introduced himself to ███████████ as
Jeff .  ███████████ got the impression that Epstein and Robson's friend
knew each other.  ███████████ described Epstein as being approximately
forty-five years old, a long face, and bushy eyebrows, with graying
hair.

Robson and Epstein left the kitchen leaving ███████████ and Robson's
friend alone in the kitchen.  They returned a short time later.  They
all spoke briefly in the kitchen.  While speaking to me, ███████████
became upset and started to cry.  ███████████ stated the woman instructed
her to follow her upstairs, which she did.  According to ███████████, the
woman led her to a room that had a massage table in it.  The woman
started to fix up the room, putting the covers on the table and taking
lotions out.  She then told ███████████ that Epstein would be up in a
second.  The woman left the room, and soon after, Epstein walked in
and told ███████████ to take off her clothes.  As ███████████ was telling me
what had happened, she looked away from me, and with a pointed finger,
repeatedly pressed it into her thigh.  ███████████ stated he was stern
when he told her to take off her clothes.  ███████████ said she did not
know what to do as she was the only one there.  ███████████ took off her
shirt leaving her bra on.  Epstein, dressed in a towel told her to
take off everything.  ███████████ stated she removed her pants leaving
her thong panties on.  Epstein then instructed her to give him a
massage pointing to a specific lotion for her to use.  Epstein laid on
the table, face down.  As ███████████ began to give Epstein the massage,
he told her to get on his back.  ███████████ stated she straddled herself
on Epstein's back.  ███████████ stated her exposed buttocks were touching
Epstein s bare buttocks.  As ███████████ was giving Epstein the massage,
he turned around, and wacked off ███████████ later explained that
wacking off was masturbating).  ███████████ stated she was disgusted by
Epstein's actions but did not say anything.  According to ███████████
Epstein told her that she "had a really hot body."  Epstein excused
himself and went to the bathroom where she believed he masturbated
again.  Epstein returned to the room and told ███████████ that he was
done and gave her three hundred dollars.  They went back down stairs
where they met Robson.  Epstein said good-bye and they left.  Robson
asked ███████████ how did it go and asked what did she ███████████ do.
When ███████████ told Robson that Epstein asked for a massage, Robson
allegedly stated "I know."  ███████████ stated they then went shopping.
███████████ stated Robson also got paid, but that she did not know why
since she was confident that Robson did not do anything.

███████████ described Epstein's house as a two story pink house with a
Cadillac Escalade parked in the driveway.  There were gates leading
into the property.  From the kitchen, ███████████ recalled walking up a
flight of stairs, lined with photographs, to a room.  Upon entering

Case No. . . . : 1-05-000368                                    (Continued)

the room there was a large bathroom to the right. ▓▓▓▓▓▓▓ recalled a
hot pink and green sofa in the room.  There was a door on each side of
the sofa. ▓▓▓▓▓▓recalled there being a mural of a naked woman in
the room, as well as several photographs of naked women on a shelf.

▓▓▓▓▓▓▓ stated Epstein did not change in front of her but did take
off his towel, exposing himself. ▓▓▓▓▓▓▓▓ recalled Epstein being
hairy especially on his chest.  Epstein also had a hairline that
continued to his buttocks. ▓▓▓▓▓▓▓ admitted to seeing his penis.  I
asked ▓▓▓▓▓if she knew what being circumcised meant and she stated
no. ▓▓▓▓▓ then said that she thought Epstein was on steroids
because he was a "really built guy and his wee wee was very tiny."
▓would explain that when she stated "wee wee" she meant penis.
▓▓▓▓▓▓▓stated Epstein exposed himself when he took his towel off,
placing it on the floor as he laid down on the table.

▓▓▓▓▓▓ said Epstein was specific in his instruction to her on how to
massage, telling her to go clockwise, etc. ▓▓▓▓▓▓▓▓recalled that
Epstein got up from the table and went to the bathroom where she heard
him making, what she believed to be sexual type of noises. (moaning)
He then returned to the room where he again laid down on the table.
Epstein then turned over and instructed▓▓▓▓▓ to massage his boobs.
As she did this, Epstein continued to make moaning noises.

▓▓▓▓▓▓ resumed massaging his chest area. ▓▓▓▓▓▓was now standing
on the ground.  Epstein turned to his side, and with the towel on the
ground started to rub his penis in an up and down motion. ▓▓▓▓▓▓
stated Epstein held on to the small of her back as she massaged his
chest, back and shoulder area. ▓▓▓▓▓▓▓recalled Epstein ejaculating
because he had to use the towel to wipe himself as he got off the
table. ▓▓▓▓▓▓ also recalled Epstein having a noticeable freckle on
his chest.

Epstein then left the room and ▓▓▓▓▓▓ got dressed.  She went back
downstairs where she met Haley and the unknown white female. ▓▓▓▓▓▓
admitted to getting paid three hundred dollars in cash from Epstein.
Before they left, Epstein asked ▓▓▓▓▓ to leave her phone number.
As they were leaving the house, Haley asked ▓▓▓▓▓what had happened
and how much she was paid. ▓▓▓▓▓▓ stated Haley seemed upset or
jealous when she told her that she received three hundred dollars.
Haley stated received only two hundred dollars that day. ▓▓▓▓▓
stated that she believed Haley was paid two hundred dollars for
bringing her.

Robson told▓▓▓▓▓▓ that if they do this every Saturday, they could
be rich; ▓▓▓▓▓▓ agreed.  They then went shopping, though she is not
sure where. Possibly at TJ Maxx or Marshall's. ▓▓▓▓▓▓stated she
never saw Robson again as she got into a fight at school.  She had
not spoken with Robson either as her mother took away her cell phone.

I asked▓▓▓▓▓▓ if she was aware of any video equipment while she was
in the room.  She stated no.

Case No. . . . . : 1-05-000368                                    (Continued)

████████████ stated she was afraid that Robson would retaliate against her
or her family if she ever went to the police regarding the incident.
████████████ stated that her father's vehicle was recently vandalized.
████████████ admitted to telling ████████ what had happened with Epstein.
According to ████████████, ████████ became angry and upset, punching a hole
in the wall. ████████████ guessed that it was ████████ who told ████████
about the incident, and now there were rumors in school about ████████████
and what she did with Epstein.

I then talked to ████████████ about truth and lying.  We talked about the
color sweater she was wearing.  ████████████ denied having sexual
intercourse with Epstein.  She denied touching his penis.  ████████████
again admitted to observing Epstein masturbate.

████████████ agreed to cooperating with the police department in placing a
phone call to Robson in a controlled setting.  I met with Ms. Back
and advised her of the families' as well as ████████████████████
willingness to cooperate with this investigation.  Copies of this
interview were placed into evidence.

I made contact with ████████████████████ mother of ████████████████ I
advised her briefly of my investigation.  She was aware of the
incident and stated that she overheard a portion of a conversation
that her daughter was having with a boy named ████████ ████████████ stated
that it was her opinion that both girls liked ████████ ████████████
recalled hearing her daughter calling ████████████ a whore. ████████████
admitted that she did not listen to the entire conversation but did
confront her daughter about it later.  ████████████ told her mother that
something to the effect that ████████████ had slept with an older man for
money. ████████ stated that she would not object to me speaking with
her daughter.  It was ████████ belief that everyone in the school
may have known about this because of the fight that her daughter
████████ and ████████ had gotten into.  I reminded ████████████ that this
was an ongoing investigation and requested she not discuss the fact
that I had contacted her.  She agreed.

On 03/16/2005, PBSO Sgt. Chris Keen left a message that he was
returning my call.  I spoke with Keen and discussed the case with him
and inquired if he had any open allegations or cases where the suspect
resided in Palm Beach.  Keen stated he was unaware of any.  Keen
offered any assistance if needed. Keen stated it was his experience
that due to the age of the parties involved, it would be difficult to
interview them and expect the investigation to remain confidential.

Because of the time delay, there was no need for the victim to be
taken to a medical facility for a physical for the purpose of
obtaining evidence.  There was also no need to take her to CPT as she
was already in a juvenile facility, with an assigned therapist, in
which coordinating a day and time to obtain a statement could be made.

On 03/17/2005, I queried Jeffery Epstein on the internet and obtained

Case No. . . . : 1-05-000368                              (Continued)

a photo of Epstein to be used in a photo line up.  I met with ▓▓▓▓▓
▓▓▓▓▓▓▓ at which time she viewed the photo line up.  She immediately
recognized Epstein and pointed to him (Position #5).  ▓▓▓▓▓▓▓ signed
the photo line up under Epstein's picture.  This signed line up was
placed into evidence.

On 03/18/2005, I met with ▓▓▓▓▓▓▓ at her residence for the purpose of
placing a controlled call to Haley Robson.  ▓▓▓▓▓▓ spoke with Robson
and asked if she could arrange another meeting with Jeff.  Robson
stated that she would have to call him and make the arrangements.  A
copy of this conversation was placed into evidence.

03/19/2005, I spoke with ▓▓▓▓▓▓▓ and ▓▓▓▓▓▓▓ and was
advised that ▓▓▓▓▓▓▓ left the state to visit with her aunt and
uncle. ▓▓▓▓▓▓ is scheduled to return to Florida on 03/27/2005

03/21/2005, I coordinated with PB BSF Unit and OCVAN to initiate
surveillance on 358 El Brillo.

03/21/2005, Coordinated with Det. Lee regarding trash pulls from 358
El Brillo.  On this same date I called ▓▓▓▓ ▓▓▓▓▓▓ to schedule an
appointment to speak with ▓▓▓▓  She stated the school guidance
counselor was reluctant to have police presence at the school.  I
assured her that I would respond to the school in civilian clothes and
an unmarked vehicle.

▓▓▓▓ ▓▓▓▓▓▓ called me back and advised that I did not need to make
an appointment to see ▓▓▓▓▓

I received a return phone call from ▓▓▓▓ ▓▓▓▓▓ stating that ▓▓▓
▓▓▓▓ would be attending the family therapy sessions with ▓▓▓▓

I received messages from ▓▓▓▓▓▓▓▓

I conducted a computer query on Epstein.  The results of this query
indicated the most recent driver's license on file for Epstein was for
the state of Florida, which had expired.

A cross reference of Epstein s residence, 358 El Brillo, Palm Beach,
revealed the following affiliated names: Nada Marcinkova, w/f, dob
02/21/1985, Mark L. Epstein, w/m dob 07/14/1954, & Ghislaine N.
Maxwell, uk/f, dob 12/25/1961.  A computer query for both returned no
history.

On 03/23/2005, I spoke with ▓▓▓▓ ▓▓▓▓▓ cell phone wk ▓▓▓▓▓  I
requested that she not discuss the incident with anyone including her
daughter ▓▓▓ as I did not want the investigation compromised.  I was
told at this time, that ▓▓▓ and ▓▓▓ have not been getting along due
to the fact that ▓▓▓ has decided to continue living with her father.

On 03/29/2005, I placed telephone calls to both the ▓▓▓▓▓ and
▓▓▓▓▓ residences requesting to speak with them regarding the

Date:   7/19/06                PALM BEACH POLICE DEPARTMENT              Page:        18
Time:  15:01:37                     Incident Report                     Program: CMS301L

Case No. . . . : 1-05-000368                                            (Continued)
investigation.  I received return phone calls from Mrs. ██████████ and
Mrs. ████████ and advised them that I would be contacting Kathy Back,
████████ family therapist to coordinate a time to meet with ███████.  This
was at the request of both Back and Mrs. ████████ that ████ strict
classroom and therapy schedule be disrupted as little as possible.  I
also updated them to the investigation thus far.  Both ████ and
████████ stated they had no objection to my meeting with ████.  In
speaking with Ms. ██████████ she identified the cell phone number of
████████ being the phone assigned to ██████████.  Ms.
██████████ had no objections and provided consent to giving it to the
police department for the use of placing controlled phone calls from
it.  ████████ stated the phone had been taken away from ██████ as part
of her punishment for not doing well in school.  According to
██████████ used to be an excellent student, but in the past two
months has become irritable, verbally abusive to the family and has
run away.  ████████ stated her daughter's recent behavior is the
opposite of what she normally is.  ██████████ stated they are going
through family therapy sessions with the school but none of this had
come up.  Arrangements were made for Det. Captain Gudger to retrieve
the cell phone from ██████████ at her place of employment.

I called ██████████████████████████████████ and requested to speak
with Ms. Back.  Upon speaking with Ms. Back she advised me that she
was in the middle of therapy sessions and would call me back once the
sessions were completed.  Ms. Back stated the sessions should be
concluded by 7:00 PM.  At approximately 8:00PM I had called Ms. Back
at which time I left a message on her voice mail requesting a return
phone call.  I spoke with Ms. ██████████ and advised her that I did not
meet with her daughter and that I would again attempt to coordinate a
time with the counselor so as not to disrupt ████████ school schedule.
████████ had no objections.  Shortly after speaking with Ms. ██████████
I received a call from Ms. Back.  I explained the situation and
requested a time to meet with ██████.  Back reviewed ████████ schedule and
advised that ██████ would be available after 3:00PM.

On 03/30/2005, I met with Ms. Back and ██████████████████ at ██████████
██████████.  I reminded ████████ of her conversation with Robson.
During this time ████████ initiated a conversation with me in which
she admitted that she was not telling me everything that had happened
during the time she was alone with Epstein.  According to ██████████
while she and Epstein were alone on the second floor, Epstein used a
purple vibrator to massage her vaginal area.  ██████████ stated there
was no penetration as the vibrator was on top of her underwear.  I
asked ██████████ if Epstein ever asked her age and she stated he had.  I
██████████ stated she told him she was eighteen.  When Epstein asked
what school she was in, ██████ responded she was in the twelfth
grade at ██████████.  During the course of this incident, ██████████
stated Epstein told her that Haley had worked for him for years.

We then continued with the controlled call to Robson.  At
approximately 3:35pm ██████████ from her cell phone, made a call to
Robson s home, (561)333-0180.  Robson was not home.  ██████ was told

Date:  7/19/06                PALM BEACH POLICE DEPARTMENT                 Page:        19
Time:  15:01:37                     Incident Report                       Program:  CMS301L

Case No. . . . : 1-05-000368                                      (Continued)
that Haley Robson was at working a double and could be reached on her
cell phone, (561) 308-0282.  W/F, Haley Robson is employed at The
Olive Garden Restaurant, located on Forest Hills Blvd in Wellington.

██████████ called Robson.  During the conversation between Haley Robson
and ██████████ Robson asked ██████████, what happened, stating that
she had heard rumors that ████ was going to press charges.  Robson
asked if they, meaning ████████ parents, knew about Jeffery.  Robson
claimed to have heard that ████████ father had found out about
Jeffrey. ██████████ told Robson that they (her parents) did not
know anything about Epstein.  Robson told ████████ that Epstein needed
someone to work tomorrow and asked if she was available.  Robson
stated she would call Epstein and then call ████████ back.

During the course of these conversations with ██████████████, she would
at times appear to be articulate and well spoken.  She would then
start to act in an immature manner, by looking around, not paying
attention, drawing on a paper. ██████████ would offer me a high five
whenever she claimed to have told me the truth in the details of the
afternoon at Epstein's house. ██████████ would sit in the chair, with
her knees propped up to her chest as she admitted that she did not
tell me the all the details of her encounter with Epstein during our
first meeting.  As a means of positive reinforcement I would high five
██████████

On 03/31/2005, subpoena requests for T-Mobile Wireless (561)317-2143
and Cingular Wireless, ██████████████ (Robson and ██████████ phone
numbers) were drafted.

On 04/01/2005, I met with members of PB BSF Unit for the purpose of
conducting surveillance on 358 El Brillo.  Cross-reference supplement.

On 04/01/2005, I met with Det. Krauel of the Palm Beach Police
Department who provided me a copy of the concealed weapons permit for
Mr. Epstein.  It revealed Epstein had a valid permit.  There was no
current photo attached to the renewal notice.

On this same date I queried various different web sites for a possible
identification of the purple item retrieved from the trash pull from
358 El Brillo.  The item was similar in description as the one
described by ██████████ and used by Epstein.

I made contact with Spicygear.com and spoke with the owner John.  I
emailed a photograph of the item for his opinion.  He identified the
items as a Jelly Anal Wand of some sort.  The item is easily available
at sex shops in South Florida.

04/06/2005, I conducted business queries into Epstein utilizing the
internet.  I located articles relating to financial reports.  There
was no local history.

On 04/01/2005 - 04/03/2005, with the assistance of BSF, there was

Date:  7/19/06                    PALM BEACH POLICE DEPARTMENT                Page:        20
Time: 15:01:37                          Incident Report                    Program: CMS301L

Case No. . . . : 1-05-000368                                        (Continued)
     continued surveillance on the property.

     On 04/04/2005, I obtained a copy of voice mail messages, dated 03/31
     and 04/01 from Haley Robson to ███████████  A female identifying
     herself as Haley states that she could pick ████████up to take her to
     Epstein's house for an eleven o clock appointment.  A copy of this was
     placed into evidence.

     On 04/05/2005, a trash pull was conducted at 358 El Brillo by Det. Lee
     and me.  There were several messages written on various forms of
     papers.  There was a message from Haley, indicating ██████11:00.  The
     following was additional information obtained from trash retrieved
     from 358 El Brillo: Jean Luc 6:20 AM; David 772-546-6952; Sarah Kellen
     655-0995; 881-8116;655-0995██████, █████████, Alexis,████████ Brit;
     Rion 1x; fuliias Friday 5:30PM;Joanna H;Wilde████ &███████; Nicole;
     Sherry; Haley; a message receipt dated 4/4 1:05- Joanne S. 771-0546
     She is looking to speak to you .; 917-7783-4113.

     On 04/06/2005, I faxed subpoena requests to SA Mighdolls office for
     Epstein, Robson and ███████████ phone records.  (Phone numbers
     (561)832-4117, (561)317-2143,████████ & (561) 383-7542).

     On 04/06/2005, I called███████████████, ████████████ ext
     311, and spoke with Principal████████  He confirmed that they had
     a student by the name of ███████████  He requested a written request
     prior to releasing any additional information.  On this same date I
     faxed Heers a request for student and parent information on███████
     ██████  I advised Heers that due to this being an open investigation
     he was not to discuss the matter with anyone.

     On 04/08/2005, I received a message from████████providing me the
     following information: ██████████ w/m DOB
     ███████████████ █████████  Parents name: ██████████████
     ████████work ████████

     Det. Lee provided me with trash obtained from 358 El Brillo for 04/06
     04/07/05.  The following information was retrieved: Jet Aviation
     800-538-0724 itinerary, indicating a departure date of 04/05/2005 at
     4:00 PM with an arrival in New York City of 6:15PM.  Flight crew
     captain David Rodgers, co-captain, Larry Visoski, flight engineer
     Larry Morrison.  Call sign N908JE; a note stating Bye J. thank you
     Johanna, hand written notes & messages 11-Glenn, 12:30 chicken,
     Melissa 4, 3 September B & J, Big Screen x8, Johanna work Sunday @
     4PM, █████ Monday after school?; left message for ██████████
     Joanna Harrison, Rhiannon; Sandy works 4-9 Monday and Tuesday, leaves
     school @ 11:30 AM; ████████ will be here tomorrow @ 10:30 Am; Mrs.
     Business 654-6699 Karen;833-4533. There was no trash for 04/08/05.

     04/22/05 received the results of a subpoena request from Bellsouth for
     561-832-4117.  The results only provided subscriber information.  I
     contacted Alice Grant Investigative Subpoena Compliance Center who
     stated the request was not complete and the results would be sent to

Case No. . . . : 1-05-000368                                    (Continued)
        me as soon as the query was finished.

        Cross-referencing the names Christine Tatum and Joanna Harrison as
        well as phone numbers, which were obtained from message notes via
        trash pulls, I identified the before mentioned individuals as being
        acquainted with someone at 358 El Brillo.  Tatum, DOB 06/07/1984, FL
        DL #T350115847070 and Harrison, DOB 06/12/1986 FL DL3h625432867120 are
        both above the legal age of consent.

        On 05/03/2005, I spoke with ████████████ and updated her on the
        investigation.  ██████████ stated that ████ was doing well in the
        school.  Her contact with the outside is limited as they do not have
        access to the phones.  ██████ comes home on the weekends and she is not
        allowed to go anywhere alone.

        On 05/11/2005, I made arrangements to meet with ████████ and ███████

        On Thursday, 05/12/05, I spoke with ████ ██████████ regarding the case.
        They will be moving to GA in July 2005.  They will be very busy over
        the next few weeks but would be available via phone.  Will coordinate
        a date to meet to discuss the matter further.

        During this week I conducted surveillance at Epstein s residence and
        at the airport, but there was nothing to indicate that Epstein was in
        town.

        Due to conflicting appointments, rescheduled until 06/02/2005, to meet
        with Ms. ████████

        I also spoke with ████████████ and updated her to the investigation.

        On 06/02/2005, I met with ████████ and █████████ ██████████ advised
        that she could be reached via her cell phone until she is able to
        provide me with her new contact information.

        I also received a message from ████████████ Attempted call back
        but the line was busy.

        June 14, 2005, I received information that Epstein's plane was at
        Jet Aviation.  I spoke with Det. Lee regarding surveillance.

        I called the Olive Garden and asked for Haley Robson.  I was advised
        she was not working today.  This would indicate that Robson was still
        employed there.

        On 07/07/2005, I faxed subpoena requests to SA Mighdolls office for
        Epstein, Robson and ██████████ phone records.  (Phone numbers
        (561)832-4117, (561)317-2143 and ████████████.  The original
        subpoena requests only provided subscriber and billing information.

        On 07/20/2005, conducted a trash pull arranged by Ofc. Lee.  Inside
        there were misc. papers with phone numbers and names.  There were

ase No. . . . : 1-05-000368                                         (Continued)

misc. female hygiene products in the trash.  Based on a prior Auto
Track report done on 358 El Brillo, a possible subject residing at the
residence is Nada Marcinkova.  Marcinkova fit the description provided
by officers who had conducted surveillance in the area of a female
seen entering and leaving the residence.

On 07/21/05, I received the Duces Tecum dated 07/18/05, which was
clerked by ASO

On 07/26/2005, I received the results of Bell South Subpoena.

On 08/04/05, I received DHL Express from T mobile with the results of
the query.

I spoke with██████████████ who confirmed that██████was still living
out of state.  It appeared that all was going well.

I left a message for███████████████ at ████████████████

On 08/08/2005, I received the results of Cingular cell phone subpoena.

During the week of 09/08/2005, I checked 358 El Brillo and the Palm
Beach International Airport but there was no direct indication that
Epstein was in town.

On 09/08/2005, I reviewed the case notes of this file, as the case
will be turned over to Det. Recarey.

On 09/11/2005, while on patrol, I conducted a check at Epstein's
residence and found that it still had the hurricane shutters on.  On a
drive by the Palm Beach International Airport later that afternoon, I
did not observe Epstein's plane.

On 09/14/2005, I conducted a check at the Palm Beach International
Airport but did not see Epstein s plane.

On 09/19/2005, I spoke with████████████████to keep her updated and to
find out if there was any change of address or phone numbers for ████
I was told no.  I left a message for ████████████ at ████████████████
in order to provide her with Detective Recarey s information.


*'*'*'*'*'*'*'*'*'*'*'*'*'* N A R R A T I V E  # 2 *'*'*'*'*'*'*'*'*'*'*'*'*'*'*'
                    Reported By: RECAREY, JOSEPH                 9/21/05
                    Entered By.: ALTOMARO, NICKIE A.             9/21/05

On September 19, 2005, I met with Officer Pagan and received the
information pertaining to this case.  Members of the Burglary Strike
Force had previously been conducting surveillance on both Epstein and
Robson.  Officer Munyan was assigned to monitor the Epstein home and
Sgt Sorge and Officer Minot were assigned to monitor Robson.  Both
teams provided a surveillance log that will be placed into the

Case No. . . . : 1-05-000368                                      (Continued)
      attachment file.


      Det. Dawson was assigned to relieve Officer Munyan at 4:00 pm; he
      informed me that at approximately 8:00 pm, Epstein had left for the
      airport and his private jet was sitting on the tarmac.  Epstein's
      private vehicle drove to the jet and unloaded packages into the jet.
      It appeared that Epstein left the county at this time.  Surveillance
      will continue to determine when Epstein will return.


      Inv Continues.


***********************  N A R R A T I V E   # 3  ***************************
A                       Reported By: PARKINSON, GREGORY A.            9/23/05
                        Entered By.: ALTOMARO, NICKIE A.              9/23/05

      On Friday, September 23, 2005 at approximately 1:45 p.m., I began to
      copy a tape micro cassette, under case number 05-368 and property
      number 05-243, tape number 1.  I placed the tape in the telex copy-et,
      series 2 machine and began to go through the copying process.
      Approximately 1/2 through the tape, the tape wrapped around the
      spindle and became locked and stretched the tape.  I examined it and
      determined that it was in the best interest to leave it as it is as a
      prior copy had been made and turned over to Sergeant Frick.  I
      immediately took the tape to Sergeant Frick and allowed him to examine
      it and then obtained the copy from him and Detective Recarey and
      brought the copy of the tape down and made a copy for him based on
      that.  The tape was placed back in the original container and is
      retained in the evidence bag under the previously mentioned property
      number of 05-243.  It is not advisable to attempt to copy this tape as
      further damage could result to the recorded material and there is an
      existing copy anyway.


***********************  N A R R A T I V E   # 4  ***************************
                        Reported By: PARKINSON, GREGORY A.            9/26/05
                        Entered By.: ALTOMARO, NICKIE A.              9/26/05

      On 3-24-05 at 11:00 pm, a copy of tape 2 (case number 05-294) had been
      made for Det. Pagan by Evidence Specialist Annette Badger.  The copy
      was turned over to Detective Recarey.

      On Friday, 09-23-05 at approimately 2:15 pm, I was in the process of
      reproducing audio tapes (micro and standard) to standard size when it
      was discovered, in the test review process, that tape number 2 was
      blank.  I notified Sgt. Frick and Det. Recarey.  I was informed that
      they had a prior copy and I could use it to make a master tape.  I did
      so and when reviewing and signing the evidence sheet, I noticed
      Evidence Specialist Badger had written "#2 is blank."

      I obtained that copy from Det. Recarey and made a new copy on a
      standard size tape.  The new copy was placed in the evidence bag under

```
Date:  7/19/06              PALM BEACH POLICE DEPARTMENT        Page:      24
Time: 15:01:37                     Incident Report             Program: CMS301L
```

Case No. . . . : 1-05-000368                              (Continued)
    property number 05-294 with the blank tape.


**************************** N A R R A T I V E   # 5 ****************************
JA                          Reported By: RECAREY, JOSEPH           9/26/05
                            Entered By.: ALTOMARO, NICKIE A.       9/28/05

    Copies of the tapes that were submitted into evidence were requested.
    Additionally, trash pulls were started on September 21, 2005.  Sgt.
    Szarszewski made telephone contact with Tony Higgins, Supervisor of
    the Sanitation Department, and requested that trash be collected at
    the Epstein House located at 358 El Brillo in Palm Beach.  Sgt
    Szarszewski met with Sanitation worker, Jeff Williams and observed him
    enter the property at 358 El Brillo.  Shortly thereafter, Williams
    exited the property and placed the three white trash bags in the empty
    well in the rear of the truck.  Williams then drove away where he met
    with Sgt. Szarszewski who removed the bags from the well and placed
    them into one large black trash bag.  The bag was returned to the
    Police Station where I was waiting for him.  Upon his arrival, we
    inspected the bags where several notes and papers were found.  These
    notes contained names of girls with times.  Additionally, there was a
    note from ███████ and Laura to Jeffrey Epstein on a notepad, which
    stated,"For a good time call ████████ and Laura at ████████." Also,
    there was another telephone number on the note ████████.  Also found
    was a written note, which stated, ████████ can not come at 7 p.m.
    tomorrow because of soccer.  These items were written on notepads that
    contain Jeffrey Epstein on the bottom of the notes.  These items were
    placed into evidence for future follow up.  I requested subpoenas for
    subscriber information on the telephone numbers listed above on the
    note from ████████ and Laura.  The cellular telephones ████████ and
    ████████ are both assigned to Cingular Cellular Service.  Other notes
    were found within the trash on Jeffrey Epstein pad, papers that
    contained telephone numbers.  One note had ████████ with ████████
    written on it.  This cellular number is assigned to Cingular Cellular
    Service.  Another sheet had written ████████ which is assigned to Bell
    South Telecommunications.  The subpoenas were picked up and submitted
    to Cingular and Bell South Telecommunication for subscriber
    information.

    On September 22, 2005, I was informed by Sgt. Szarszewski that there
    would be no trash pick up as it was recycle pick up day.  A request
    for copies of the micro and standard size cassettes were requested
    from crime scene to familiarize myself with the interviews conducted.

    On September 23, 2005, the tapes were received and I began to become
    familiar with the interviews that were conducted.  Det. Krauel had met
    with Town of Palm Beach Sanitation worker, Jeff Williams and observed
    him enter the property of 358 El Brillo.  Shortly thereafter, Williams
    exited the property and placed the three white trash bags in the empty
    well in the rear of the truck.  Williams then drove away where he met
    with Det. Krauel who removed the bags from the well and placed them
    into one large black trash bag.  The bag was returned to the Police
    Station where I was waiting for him.  Upon his arrival, we inspected

Case 1:15-cv-07433-LAP   Document 55-1   Filed 03/14/16   Page 26 of 45

Case No. . . . : 1-05-000368                                        (Continued)

the bags where several notes and papers were found. The notes will be
inspected for future use.  The items collected were placed into
evidence.

It became evident that some of the recordings were recorded with
background noise and some interference.  The calls most affected were
the control phone calls from the victim to the suspect Haley Robson.
I obtained the graphic equalizer and discovered that the calls are
able to be legible with the use of the equalizer by lowering the
background noise and increasing voice gain.  I also learned that a
tape was broken during the coping of the tape. I returned the copy of
the tape marked Property Number 05-243 to have it recopied to have an
original in evidence and a working copy with the file.

Upon researching the file, it was discovered that the suspect, Haley
Robson's cellular calls were subpoenaed incorrectly.  The suspect
telephone number was 561-308-0282 and the original request was for
561-908-0282.  I requested the information through Cingular Cellular
Service from February 2005 through the present.  The purpose was to
have a record of Robson making calls to victim, Jeffrey Epstein and
the frequency of calls.  The request was submitted to the State
Attorney's Office.

Investigation Continues....


******************** N A R R A T I V E   # 6 ****************************
                       Reported By: KRAUEL, CURTIS D.              10/06/05
                       Entered By.: ALTOMARO, NICKIE A.            10/06/05

On or about September 23, 2005 at approximately 0915 hours, I
responded to 358 El Brillo and met with PB Sanitation worker Jeff
Williams.  Williams had been previously notified to assist in trash
pulls at the residence of Jeffrey Epstein, 358 El Brillo, Palm Beach,
Florida.  I observed Williams enter the driveway of 358 El Brillo and
remove several plastic bags of trash and place the contents into the
back of an empty sanitation truck.

I then followed Williams to a predetermined location and seized the
trash from the truck.  The trash was transported to the Palm Beach
Police Department where I began sifting through its contents.  There
was a total of 4 white in color plastic bags and each contained
documentation and correspondence for 358 El Brillo and Jeffrey
Epstein.  All documents of evidentiary value were removed and turned
over to Det. Recarey for follow-up.

On or about September 26, 2005 at approximately 0900 hours, I
responded to 358 El Brillo and met with PB Sanitation worker Jessie
Jones.  Jones had been previously notified to assist in trash pulls at
the residence of Jeffrey Epstein, 358 El Brillo, Palm Beach, Florida.
 I observed Jones enter the driveway of 358 El Brillo, where no trash
was located within the receptacles.  I left the area without incident

Case No. . . . : 1-05-000368                                    (Continued)
and notified Det. Recarey to that affect.

On or about September 27, 2005 at approximately 0915 hours, I
responded to 358 El Brillo and met with PB Sanitation worker Jesse
Jones.  I observed Jones enter the driveway of 358 El Brillo and
remove one plastic bag of trash and place it in the back of an empty
sanitation truck.

I then followed Jones to a predetermined location and seized the trash
from the truck.  The trash was transported to the Palm Beach Police
Department where I began sifting through its contents.  There was a
total of 1 white in color plastic bag which contained correspondence
for 358 El Brillo.  All documents of evidentiary value were removed
and turned over to Det. Recarey for follow-up.

On or about Monday October 3, 2005 at approximately 0915 hours, I
responded to 358 El Brillo and met with PB Sanitation worker Jeff
Williams.  I observed Williams enter the driveway of 358 El Brillo and
remove several plastic bags of trash and place the contents into the
back of an empty sanitation truck.

I then followed Williams to a predetermined location and seized the
trash from the truck.  The trash was transported to the Palm Beach
Police Department where I began sifting through its contents.  There
was a total of 7 white in color plastic bags with a red tie and 1
black in color bag which contained 2 white in color plastic bags with
a red tie.  Each of the bags contained documentation and
correspondence for 358 El Brillo and Jeffrey Epstein.  Inside of one
of the white in color bags, I located a broken piece of a hard plastic
or clear acrylic stick, which was shaped with small ridges.  This
device is commonly used as a sexual toy which is inserted into the
vagina or anus for stimulation.  This item, along with all documents
of evidentiary value were removed and turned over to Det. Recarey for
follow-up.

On or about Tuesday October 4, 2005 at approximately 0928 hours, I
responded to 358 El Brillo and met with PB Sanitation worker Jeff
Williams.  I observed Williams enter the driveway of 358 El Brillo and
remove several plastic bags of trash and place the contents into the
side well of the sanitation truck.  This side of the truck is separate
from the rear of the truck and does not come into contact with other
trash.

I then followed Williams to a predetermined location and seized the
trash from the truck.  The trash was transported to the Palm Beach
Police Department where I began sifting through its contents.  There
was a total of 2 white in color plastic bags which were tied at the
top.  Each of the bags contained documentation and correspondence for
358 El Brillo and Jeffrey Epstein.  All documents of evidentiary value
were removed and turned over to Det. Recarey for follow-up.

On or about Wednesday October 5, 2005 at approximately 0928 hours, I

```
Date:  7/19/06                  PALM BEACH POLICE DEPARTMENT            Page:       27
Time:  15:01:37                       Incident Report                  Program: CMS301L
```

Case No. . . . : 1-05-000368                                    (Continued)

responded to 358 El Brillo and met with PB Sanitation worker Jeff
Williams.  I observed Williams enter the driveway of 358 El Brillo and
remove several plastic bags of trash and place the contents into the
bed of the sanitation truck.

I then followed Williams to a predetermined location and seized the
trash from the truck.  The trash was transported to the Palm Beach
Police Department where I began sifting through its contents, with the
assistance of Det. Recarey.  There were a total of 2 bags, one of
which was white in color and tied in a knot at the top, and the other
was a black in color bag, which contained two white in color trash
bags along with loose debris.  Each of the bags contained
documentation and correspondence for 358 El Brillo and Jeffrey
Epstein.  All documents of evidentiary value were removed and turned
over to Det. Recarey for follow-up.


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* N A R R A T I V E   # 7 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\                          Reported By: RECAREY, JOSEPH                   10/07/05
                           Entered By.: ALTOMARO, NICKIE A.               10/07/05

I met with Det. Krauel and requested further assistance to maintain
trash collections at Epstein's residence at 358 El Brillo Road.  On
October 3, 2005, at approximately 10:30 am, I was contacted by Sgt.
Frick to respond to the Palm Beach Police Station.  Det. Krauel had
observed Jeff Epstein riding his bicycle on South County Road.  Upon
my arrival, I met with Sgt Frick who advised, as Epstein was currently
in Town; we interview Haley Robson as to her involvement with Epstein
and the girls that are brought to his house.  As we were to interview
Robson in the county, (outside of our jurisdiction), I contacted the
State Attorney s Office Investigation Division, and made contact with
Assistant Supervisor Investigator Carlos Ortiz.  I requested
assistance to interview Robson as the interview may occur in the
county.  Supervisor Ortiz assigned Investigator Mike Waites to assist
us at the location and interview of Robson.

Det. Dicks had responded to the address of Robson and viewed her
vehicle parked in the driveway.  Robson's vehicle a red Plymouth Neon
baring Florida Tag of H49-PKB was parked in the driveway of 12247 72nd
Court in Loxahatchee.  Sgt Frick and I responded to 120th Ave and
awaited the arrival of Investigator Mike Waites.  Upon his arrival, he
was briefed that should she wish to be interviewed within her home he
would be needed.  However, should Robson agree to return to the police
station for further questioning, he would not be needed.  Sgt. Frick
and I knocked on the door and met with Haley Robson.  Robson was told
that we were investigating a claim involving Jeffrey Epstein of El
Brillo in Palm Beach.  Robson was asked if she wanted to accompany us
back to the police station for further questioning.  She was also told
that at the conclusion of the interview she would be returned home.
She agreed and wished to change her clothes prior to accompanying us
back to the police station.  At the conclusion of her changing
clothes, she advised she was ready to go.  I thanked Inv. Waites and
advised she was going to voluntarily return to the police station.

Date:  7/19/06                     PALM BEACH POLICE DEPARTMENT                    Page:        28
Time:  15:01:37                          Incident Report                          Program: CMS301L

Case No. . . . : 1-05-000368                                          (Continued)

Upon Robson s entry in the unmarked Detective vehicle, I placed a tape
recorder within the vehicle to record any conversations within the
vehicle.  During the ride back to the police station, Robson advised
she is attending Palm Beach Community College at the Palm Beach
Gardens Campus and is majoring in journalism.

Upon our arrival at the police station, Robson was brought to the
interview room in the Detective Bureau.  I explained to Robson that I
appreciated her willingness to assist us and informed her that should
she desire to leave at any time she may do so.  I further explained
the interview room door is only closed for privacy.  Robson stated she
understood.  During the taped sworn interview, Robson was asked how
she came in contact with Epstein.  Robson stated back when she turned
17 years of age she was approached by a friend Molly in the Canopy
Beach Resort in Rivera Beach.  Robson was asked if she wanted to make
money.

She was told she would have to provide a massage and should make
$200.00.  Robson thought about the offer and agreed to meet with
Jeffrey.  Molly (Unknown last name) and Tony (Unknown last name)
picked her up and she was taken to Epstein's house.  Upon her arrival
at the house, she was introduced to Epstein in the kitchen of the
house.  She was also introduced to a white female known to her as
Sara.  She was led upstairs to the main bedroom known to her as Jeff
Epstein s bedroom.  Sara arranged the massage table and covered the
table with a sheet.  She brought out the massage oils and laid them
next to the massage bed.  Sara then left the room and informed her
Jeff would be in a minute.  Jeff entered the bedroom wearing only a
towel.  He lay on the table onto his stomach and picked massage oil
for Robson to rub on him.  During the massage, Robson stated, He tried
to touch me and I stopped him.  I asked how he tried to touch her.  He
grabbed her buttocks and she felt uncomfortable.  Robson also stated
Epstein has a vibrator, which is large and white in color.  Robson
told Epstein, I'll massage you but I don't want to be touched.  Robson
stated she performed the massage naked.  At the conclusion of the
massage, Epstein paid Robson $200.00 for the massage.  He explained, I
know you re not comfortable, but I'll pay you if you bring some girls.
He told her the younger the better.  Robson stated she once tried to
bring a 23-year-old female and Epstein stated that the female was too
old.  Robson was asked how many girls she brought in total to Epstein.
Robson stated six that she can remember.  Robson stated she brought
███████████████ ████████████, ████████████ ███████████ ████ █████
█████████ and the victim in this case. ████████████

I asked Robson which one was the youngest.  Robson advised the victim
was the youngest.  Robson stated every girl she brought knew what to
expect when they arrived.  They were told they would provide a
massage, possibly naked, and some touching.  I asked her if the victim
was aware.  She stated every girl she brought knew what to expect.
She explained she knew the victim wanted to make money.  She
approached the victim and explained about going to work for Jeff.  The

Case No. . . . : 1-05-000368                                    (Continued)

victim agreed and arrangements were made to bring the victim to
Epstein's house on a weekend.  Robson stated that she and ▆▆▆▆▆▆▆
(later identified as ▆▆▆▆▆ ▆▆▆▆▆▆▆) picked up the victim at the
victim s house.  They traveled to Epstein's House and entered through
the kitchen door.  They met with the house chef and Epstein s
assistant Sara.  The victim was introduced to Epstein while they were
in the kitchen area.  Sara led the victim upstairs and Epstein went
upstairs.  When the massage was over, the victim returned to the
kitchen area.  Robson stated she was paid $200.00 for bring the victim
to Epstein's.  Robson stated the victim told her she was paid $300.00
for the massage.  Back in the vehicle, Robson asked the victim what
happened.  The victim told her about the massage and then they went
shopping.  Robson stated the victim was the last person she brought to
Epstein.  She further stated that she had changed her cellular number
to avoid being contacted by Sara.  She continued that when Epstein
announces to his assistant that he is traveling to Palm Beach, Sara
would contact Robson to arrange girls for Epstein.  Sarah, later
identified as Sarah Kellen Date of Birth 05-25-1979, had told
Robson that Jeff likes to have his fun with the girls.

Robson stated that once her parents discovered that she was visiting
Epstein, they disapproved of the encounters with him and she stopped.
Robson further stated that Sara still tries to call the house and
leaves messages.  With the assistance of Robson, we were able to
identify ▆▆▆▆▆▆▆, DOB ▆▆▆▆▆▆▆▆, ▆▆▆▆▆▆▆ ▆▆▆▆▆ DOB ▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆ DOB ▆▆▆▆▆▆, and ▆▆▆▆▆▆▆ DOB▆▆▆▆▆▆

Sgt Frick entered the room and explained that based on her own
statements, she had implicated herself with bringing underage girls to
Epstein's house.  Robson was aware of what she had stated and wished
to assist further in hopes to receive a lesser charge.  Robson
provided cellular telephone numbers for the girls she had mentioned
previously.  Additionally, she also provided possible addresses and
areas in which they lived.  As Robson was being taken home in the
vehicle, a tape recorder was placed within the vehicle to record any
conversations within the vehicle.  During the drive back to her home,
Robson made the comment I m like a Heidi Fliess.  (Hollywood Madam who
sent girls to clients for sexual favors in California).  Robson was
dropped off at her house without incident.

Sgt Frick and I went to ▆▆▆▆▆▆ ▆▆▆▆▆ ▆▆▆ ▆▆▆ in ▆▆▆▆▆▆▆▆,
Florida in an attempt to speak with ▆▆▆▆▆ ▆▆▆▆▆▆.  We met with
Mrs.▆▆▆▆▆▆▆▆ (▆▆▆▆▆ Mother) at the front door.  We explained
the ongoing investigation and felt that ▆▆▆▆▆ may have additional
information as we had information that she had worked for Jeff.  Mrs.
▆▆▆▆▆ introduced us to her husband and allowed us entry into the
home.  We sat in the dinning room and met with ▆▆▆▆▆▆▆ ▆▆▆▆▆▆
Date of Birth ▆▆▆▆▆▆▆▆  As she was under the age of eighteen, Mrs.
▆▆▆▆▆▆ was advised we would be speaking with her.  She expressed,
if her daughter had information she wanted to assist.  As we
interviewed ▆▆▆▆▆▆ ▆▆▆▆▆▆ she denied having any inappropriate
encounters with Jeff (Epstein).  She stated she had gone to Jeff s

Case No. . . . : 1-05-000368                                              (Continued)

House with Haley Robson approximately eight months ago and sat in the
kitchen with the house chef but nothing happened.  As the parents were
present during the interview, we felt that ▮▮▮▮▮▮ was withholding
information from us.  She made several comments as to she has put the
entire incident behind her.  I left my direct telephone number and
advised should she wish to speak with me again to telephone me.  Sgt
Frick and I thanked Mrs. ▮▮▮▮▮▮ for her time and left the area.
She stated she would ask her again after we left as to what happened
at Epstein s house.  I informed her that ▮▮▮▮▮▮ had my telephone
number and hopefully she would call.

Sgt Frick and I then attempted contact with ▮▮▮▮▮▮▮▮▮ at ▮▮▮▮▮▮
▮▮▮▮ in ▮▮▮▮▮▮▮▮  We met with ▮▮▮▮▮▮ who stated ▮▮▮▮ was
her daughter.  ▮▮▮▮ was at the Wellington Mall and was not home.  We
explained the ongoing investigation and felt the ▮▮▮▮ may have
additional information as we had information that she had worked for
Jeff.  We left our phone numbers and asked her to telephone me upon
her daughter's return.  We then left the area.

On October 4, 2005, at approximately, 8:05 am, Sgt Frick had retrieved
a voice mail message from ▮▮▮▮▮▮▮▮▮  She stated she had spoken
with her daughter and she had information as to what occurred at Jeff
s house.  I contacted ▮▮▮▮▮ ▮▮▮▮▮ who stated her daughter was in the
shower at the moment and would be traveling back to Orlando to attend
College.  I informed her I would be en route to her home in
▮▮▮▮▮▮▮▮▮  Det. Dawson and I drove to the ▮▮▮▮ home and met with
▮▮▮▮▮▮ and ▮▮▮▮▮▮  During a sworn taped statement, ▮▮▮▮▮
▮▮▮▮ stated she was taken to the house by Haley Robson.  She was
told she could make money working for Jeff.  She was told she would
have to provide a massage to Jeff.  ▮▮▮▮ stated upon her arrival to
the house she was brought to the kitchen area by Robson.

They met with the house chef and Haley stayed in the kitchen.  She was
introduced to Sara, Jeff's assistant and was brought upstairs to the
mater bedroom.  Sara prepared the room and massage table for a
massage.  Epstein entered the room and she provided a massage.  ▮▮▮▮▮
stated she kept her clothes on during the massage.  She stated
sometime during the massage Epstein grabbed her buttocks and pulled
her close to him.  ▮▮▮▮ said she was wierded out by the incident
involving Jeff.  At the conclusion of the massage, she was paid
$200.00 for the massage.  I asked ▮▮▮▮ if she has any formal training
in massages to which she replied no.  I asked her if Robson received
any monies for taking her to perform the massage.  ▮▮▮▮ stated Robson
also received money for taking her there.  ▮▮▮▮ stated she went with
Robson and another girl, ▮▮▮▮▮▮ to Jeff's house once.  ▮▮▮▮
stated she waited in the kitchen with Robson, while ▮▮▮▮ was taken
upstairs by Sara.  ▮▮▮▮ stated she only did the massage once, as she
was wierded out by the whole experience.  At the conclusion of the
interview and the tape was stopped, I was informed that Sara had
attempted to reach ▮▮▮▮ via cell phone.  A voice mail message on
October 4, 2005 at 10:59 am, revealed a female voice who identified
herself as Sara who requested her to call her back reference the

```
Date:  7/19/06           PALM BEACH POLICE DEPARTMENT        Page:      31
Time: 15:01:37                 Incident Report            Program: CMS301L
```

Case No. . . . : 1-05-000368                              (Continued)
police questioning.  This voice mail message was recorded onto a micro
cassette. ███████ provided the incoming telephone number as
917-855-3363. ███████ stated she inadvertently told ███████ ███████ about
the police investigation because ███████ had called her to tell her
about how she just received a rental car from Jeff Epstein. ███████
had called her to tell her that she was given a rental car, a 2005
Silver Nissan Sentra, to utilize to visit family and visit Jeff.
███████ asked her what was going on at the house that the police would
be asking questions. ███████ stated ███████ then called Jeff and Sara
and asked what was going on reference the ongoing police
investigation.  According to ███████, Sara has since then been trying to
contact her to ask about the police questions.  I instructed ███████ not
to contact Sara and do not provide any more information to ███████ as
she would notify Jeff Epstein and Sara what was transpiring.

    Investigation Continues...


********************** N A R R A T I V E   # 8 **************************
A                       Reported By: LEE, LA'MONT              10/07/05
                        Entered By.: ALTOMARO, NICKIE A.       10/07/05

On March 30, 2005, I was asked by Sgt. Daniel Szarszewski to begin
conducting surveillance and trash pulls reference Detective Pagan
conducting a criminal investigation involving Jeffrey Epstein.  I was
advised that Epstein was possibly engaging in sexual contact with
young females.

On March 30, 2005, I made contact with Town of Palm Beach Sanitation
Office Supervisor Tony Higgins and requested trash pulls for 358 El
Brillo Way to begin on March 31, 2005.

On March 31, 2005 at 9:20 a.m., I responded to the area of 358 El
Brillo Way and met with Town of Palm Beach sanitation employee,
Jeffrey Williams.  I observed Williams enter the driveway of 358 El
Brillo Way, collect the trash bags from Epstein's property and place
the contents into an empty sanitation truck.  I followed Williams to a
nearby area, were he turned over seventeen white plastic trash bags,
which were collected from Epstein's property.

I took the trash bags to the sanitation department were I sifted
through its contents.  I collected mail correspondence from Armani
Exchange addressed to Nada Marcinkova, Jeffrey E. Epstein notepaper
with ███████, ███████ an important message notepaper addressed to
J.E dated 03/29/05 at 8:15 p.m. reference Peggy Seagal, U.S Airways
boarding pass copy for passenger, Janusz Banasiak, Montgomery County,
Maryland Health Department food service ID NO#40820 for Janusz
Banasiak and Ghislaine Maxwell notepaper with names and phone numbers.
Photocopies of the trash collected were attached with the supplement.
Detective Pagan was advised of the contents that were collected for
evidentiary value.

Case No. . . . : 1-05-000368                                          (Continued)
On March 31, 2005, Sgt. Daniel Szarszewski requested that I set up a
surveillance vehicle on El Brillo Way and conduct video surveillance
of the front exterior of Epstein's residence.  At 3:00 p.m., I set up
a surveillance vehicle equipped with a video monitoring device.  The
surveillance vehicle was parked on El Brillo Way approximately fifty
feet east of Epstein's driveway.  The purpose of the video
surveillance was to gather investigative intelligence by monitoring
and recording all vehicle and pedestrian traffic entering and leaving
Epstein's property.

The video surveillance tapes were changed daily with a new Maxell
T-160 VHS tape.  Video surveillance was established for Epstein s from
March 31, 2005 through April 05, 2005. On April 05, 2005, video
surveillance was concluded.  I reviewed the video tapes and advised
Detective Pagan the surveillance videos yielded no evidentiary value.

On April 01, 2005 at 9:30 a.m., I responded to the area of 358 El
Brillo Way to meet with Town of Palm Beach sanitation employee, Jessie
Jones.  While parked in the area of 358 El Brillo Way waiting to
collect Epstein s trash, I observed a white female, who I recognized
as Nada Marcinkova from her Florida driver's license photograph.  I
made no contact with Marcinkova. While parked in the area, I also
observed Epstein s GMC Yukon truck leave the property as well as other
vehicles arrive and park across the street from the property.  The
occupants of these vehicles appeared to be housekeepers, maintenance
men, and gardeners.

At 9:38 a.m., I met with Town of Palm Beach sanitation employee,
Jessie Jones.  I observed Jones enter the driveway of 358 El Brillo
Way and collect the trash from Epstein s property.  I followed Jessie
to a predetermined area at which time I collected the trash bags from
the sanitation truck. I transported the trash bags to the sanitation
department, where I sifted through its contents.  I collected mail
correspondences addressed to Jeffrey Epstein, automotive records and
personal documents for Janusz Banasiak and Beata Banasiak as well as
Jeffrey Epstein notepaper with the names and appointment times for
████████ and ███████████   No last names or other personal information was
written on the notepaper.

While sifting through Epstein s trash, I also collected a three-inch
purple finger size object, which had a broken end.  The object
appeared to be a broke piece from a sexual toy similar to a (Cyclone
Vibrator) possibly used for rectal gratification.  The sexual object
was photographed for Detective Pagan, packaged in a biohazard evidence
bag (possible body fluids) and secured as investigative evidence.  All
items collected from Epstein s trash were turned over to Detective
Pagan for evidentiary purposes.

On April 05, 2005 at 9:18 a.m., I met with Town of Palm Beach
sanitation employee, Jessie Jones.  I observed Jones enter the
driveway of 358 El Brillo Way and collect the trash from Epstein s
property.  I followed Jessie to a predetermined area at which time I

```
ate:  7/19/06          PALM BEACH POLICE DEPARTMENT         Page:      33
ime: 15:01:37               Incident Report              Program: CMS301L
```

ase No. . . . : 1-05-000368                                (Continued)
    collected the trash bags from the sanitation truck.  I transported the
    trash bags to the sanitation department, where I sifted through its
    contents.  I collected mail correspondences addressed to Jeffrey
    Epstein as well as notepaper (Important Message) with names and
    telephone numbers.  The following are items collected from Epstein s
    trash.

    Joanne G. (714-0546)
    blank piece of white paper (561-881-8118)
    black paper (655-7626)
    black paper (917-783-4113)
    David (772-546-6952)
    MSN Hotmail web page with email address (adrianamucinska@hotmail.com)

    The following items were documented for Detective Pagan s
    investigation for evidentiary purposes.

    On April 06, 08, 11, 12, 13, 15, 2005, at approximately 9:30 a.m, I
    met with Town of Palm Beach sanitation employees.  I observed the
    employee enter the driveway of 358 El Brillo Way and collect the trash
    from Epstein's property.  I followed the employee to a predetermined
    area at which time I collected the trash bags from the sanitation
    truck.  I transported the trash bags to the sanitation department,
    where I sifted through its contents.

    All of the documents collected from Epstein's trash during my
    assistance were turned over to Detective Pagan for evidentiary
    purposes.

    On June 14, 2005, Detective Michelle Pagan contacted me and advised
    that the airplane belonging to Jeffrey Epstein of 358 El Brillo Way
    was parked at the Palm Beach International Airport.

    Detective Pagan requested that I begin trash pulls for the purpose of
    gathering evidence and intelligence.

    I made contact with Town of Palm Beach Sanitation Office Supervisor
    Tony Higgins and requested trash pulls for 358 El Brillo Way to begin
    on June 15, 2005.

    On June 15, 2005, I met with a sanitation employee.  I observed the
    employee enter the driveway of 358 El Brillo Way and collect the trash
    from Epstein s property.  I followed the employee to a predetermined
    area at which time I collected the trash bags from the sanitation
    truck. I transported the trash bags to the sanitation department,
    where I sifted through its contents.  The trash yielded negative
    results and no evidence was collected.

    No further trash was collected throughout the week due to the fact
    that Epstein s security gates remained closed throughout the week;
    therefore, the sanitation employees were unable to gain access onto
    the property for collection of the trash.

```
Date:  7/19/06              PALM BEACH POLICE DEPARTMENT           Page:      34
Time: 15:01:37                   Incident Report               Program: CMS301L
```

Case No. . . . : 1-05-000368                              (Continued)

All evidence and intelligence gathered by this officer has been turned
over to the detective bureau and no further action has been taken by
this officer.

End of supplement.


**************************** N A R R A T I V E  # 9 ****************************
A                    Reported By: RECAREY, JOSEPH              10/07/05
                     Entered By.: ALTOMARO, NICKIE A.          10/10/05

On October 4, 2005, I made telephone contact with ▓▓▓▓ ▓▓▓▓
who had left several messages on voice mail. During the message, she
advised she was not completely truthful when we met in person but
would like to speak with me to advise what had happened. She further
advised she did not want to speak of this incident in front of her
mother. At approximately 15:48 pm, I made telephone contact with
▓▓▓▓▓ at ▓▓▓ During a taped recorded
statement, ▓▓▓▓ stated the following: Approximately a year ago,
when she was sixteen years of age, Robson took her to Jeff's house
twice. The first time she went, Haley Robson drove to the house.
They entered through the kitchen area where she was introduced to Sara
and Jeff. She was taken upstairs to a bedroom by Sara who set the
room up with a massage bed and brought out the oils to use. Jeff then
entered the room wearing a towel. He lay on the table and picked out
a lotion for ▓▓▓▓ to rub on him. At one point during the massage,
he tried to remove her shirt at which point she became very upset and
discontinued the massage. Both ▓▓▓▓ and Jeffrey had a verbal
disagreement at which time she left without being paid. She met with
Haley Robson who was sitting in the kitchen and told her let's go.
▓▓▓▓ advised she received no money for that day. ▓▓▓▓ also
said that Haley Robson had told her if she was uncomfortable with what
was going on, to let him know and he'll stop. She knew that the more
you do the more you are paid.

Several weeks later, ▓▓▓▓ advised she agreed to be taken a second
time by Haley Robson. Once they arrived at the residence, Haley sat
in the kitchen and Sara took her upstairs to the master bedroom again.
Sara set the room up with a massage bed and brought out the oils to
use. Jeff then entered the room wearing a towel. He lay on the table
and picked out a lotion for ▓▓▓▓ to rub on him. At one point
during the massage, he tried to touch her buttocks. As ▓▓▓▓ was
wearing tight jeans and had a tight belt on Jeff was unable to touch
her buttocks. Jeff then rolled onto his back during the massage; he
attempted to touch her breasts. ▓▓▓▓ then became upset again and
told him she didn't want to be touched. ▓▓▓▓ discontinued the
massage and was paid $200.00. ▓▓▓▓ then went downstairs where
Haley Robson was waiting for her. She told Robson she wanted to
leave. ▓▓▓▓ said she never returned to the house. ▓▓▓▓
stated she is aware that her friend, ▓▓▓▓ was also at the
house and had a problem with Jeff. She provided a telephone number

Case No. . . . : 1-05-000368                          (Continued)
   for ▨▨▨▨▨      The interview was concluded and the micro cassettes were
turn in as evidence.

On October 5, 2005, I researched the incoming telephone number that
had left ▨▨▨▨▨▨▨▨ a message.  The telephone number, ▨▨▨▨▨▨▨▨
was assigned to ATT/Cingular Cellular service.  I prepared a subpoena
request and faxed the request to the State Attorney s Office.
Information requested was subscriber information as well as all
incoming and outgoing calls for the months of September and October
2005.

I later researched ▨▨▨▨▨▨ and ▨▨▨▨▨▨ and discovered she resides in ▨▨▨▨
▨▨▨▨▨▨    Det. Dawson and I drove to ▨▨▨ ▨▨▨▨ and met with
▨▨▨▨ ▨▨▨▨▨ at her residence ▨▨▨▨▨ in ▨▨▨▨▨▨▨▨▨

▨▨▨▨▨ agreed to speak with us in the kitchen area.  During a sworn
taped statement, ▨▨▨▨▨ stated the following: On or about November
2004, she was approached by Haley Robson and asked if she wanted to
make money.  She agreed and was told she would provide a massage to
wealthy man in Palm Beach.  Robson picked her up and drove her to a
house in Palm Beach.  She was brought into the kitchen area of the
house.  She further stated that ▨▨▨▨▨ and ▨▨▨▨▨ ▨▨▨▨▨
went with them.  They were brought into the kitchen where she was
introduced to Jeff and other females.  ▨▨▨▨▨ stated she was
introduced to a helper of Jeff; the female was described as white
female (unknown name), with blond hair.  She stated that the assistant
was familiar with Robson.  The assistant set up the massage table and
put out lotions to be used.  She told ▨▨▨▨▨ Jeff would available in a
minute.  Jeff entered the room wearing only a towel.  Jeff lay on the
massage table and picked a lotion to rub on his thighs and back.
▨▨▨▨▨ further stated that during the massage Jeff asked her to remove
her clothes.  She complied and removed her pants and blouse.  ▨▨▨▨▨
didn't remember if she had removed her bra but feels that she did.
▨▨▨▨▨ was certain that she stayed in her thong underwear.  ▨▨▨▨▨
continued the massage and at one point she straddled him to massage
his back, which touched his buttocks with hers.  ▨▨▨▨▨ was instructed
to return to the ground at which time Jeff turned to have his chest
rubbed.  ▨▨▨▨▨ advised it was at this time she is sure he was
masturbating.  ▨▨▨▨▨ did not want to look at his penis area because
she was uncomfortable.  Jeff removed a large white vibrator and turned
it on.  ▨▨▨▨▨ stated he began rubbing the vibrator over her thong
underwear on her vaginal area.  Shortly thereafter, Jeff ejaculated
and removed himself from the table.  He walked over to where the
shower was and opened the glass door.  She waited as he was taking a
shower in her direct view.  When I asked ▨▨▨▨▨ how old she was when
this occurred, she stated she had just turned seventeen.  At the
conclusion of the shower, ▨▨▨▨▨ was paid either $350.00 or $400.00.
She stated she wasn't sure, but knows it was close to $400.00.  At the
conclusion of the interview, ▨▨▨▨▨ stated she never returned to
provide a massage for Jeff.  She advised she was ashamed and
uncomfortable with the situation.

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ate:  7/19/06           PALM BEACH POLICE DEPARTMENT          Page:     36
ime: 15:01:37               Incident Report              Program: CMS301L
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

ase No. . . . : 1-05-000368                              (Continued)

Det. Dawson and I then left the area and responded to the ███████ ██████ where Robson and all the above-mentioned girls had attended. I met with School Police Officer, Off Williams. I explained I was looking for a previous student who attended ██████ ██████████. I inquired about ████████. I further explained that I was working a case in which most of the girls I have interviewed are either witnesses or victims and felt that ██████ may be one as well. Officer Williams researched his previous student records and found █████ ██████. She attended the same year and graduated in the same year as the other girls. I was provided the last known address of ████████.

At approximately 2:10 pm, Det. Dawson and I met with ████████ ████████ at her residence, ████████████ in ████████. As ████ was only seventeen years of age, I had notified her mother, Mrs. ████████████ that she would be interviewed reference an ongoing investigation in Palm Beach. I assured her that her daughter was not a suspect. I explained the possibility of her being either a witness or victim. Mrs. ████████ advised she wanted ████████ to cooperate and consented to the interview. During a sworn taped statement, ████████ stated the following: at the age of sixteen, during the month of September 2004, she was approached by Haley Robson for a chance to make money. ████ was friends with the friends of Robson and knew the same people. ████████ had been previously told by her friends what Robson did for Jeff. Robson called a person known to ██████ as Sara and scheduled the appointment. Robson picked ████ up and drove her to Palm Beach to a street called Brillo Way. They drove to the end of the street and entered a large driveway. They entered the kitchen area of the house and met with Jeff. ████████ was introduced to Jeff. Robson led ████████ upstairs to the main bedroom area and set up the room with a massage table and set out the oils. Robson dimmed the lights and turned on soft music. Robson exited the room and Jeff entered the room wearing only a towel. Jeff picked oils and instructed her to rub his legs, under his buttocks, back and chest area. Jeff asked her to get comfortable. ████████ advised she did not remove her clothes. She was wearing tight jeans and a cropped tank top exposing her belly area. During the massage, Jeff removed his towel. As ██████ rubbed his chest area, Jeff attempted to reach down her pants through the buttocks area, however was unable to due to the tightness of the jeans and a tight belt. ██████ advised Jeff began to masturbate as she rubbed his chest. Jeff moaned as she rubbed his chest. She observed he was continuing to masturbate and attempted to reach up her tank top and touch her breasts. ████████ pulled back and Jeff stopped. However, he kept masturbating until he climaxed. He cleaned himself with the towel he was previously wearing. I asked ████████ if she knew the difference between circumcised and not circumcised. She explained she knew and advised Jeff was circumcised. ████████ was paid $200.00 for the massage and left the area. She met with Robson who was waiting in the kitchen area and left the house.

████████ then explained she never provided another massage for Jeff. She did however, go to the house with Robson and ████████████ ██████ as they

```
ate:  7/19/06          PALM BEACH POLICE DEPARTMENT              Page:      37
'ime: 15:01:37              Incident Report              Program: CMS301L
```
------------------------------------------------------------------------

ase No. . . . : 1-05-000368                                 (Continued)
   took another friend of Robson's. ███████ advised she was present when
   ███████ went to work for Jeff. She advised she rode over and
   sat in the kitchen area with Robson to wait for ███████ ███████ advised
   that while they waited for ███████, the house chef prepared lunch for
   them, as it was almost lunchtime. As ███████ was finished with the
   massage, they left the area. I asked ███████ if Robson ever told what
   would be expected of her when she provided a massage. ███████ stated
   yes, Robson told her that a massage would be expected possibly naked
   and possibly some touching involved. ███████ has no formal training in
   providing massages.

   ███████ spoke about a third and last time she went to Jeff's house.
   Robson drove another girl, ███████, who is ███████ friend, to
   Jeff's house. ███████ stated she knew that Robson had made money
   providing girls for Jeff and she wanted to do the same. Robson took
   them in the kitchen area of the house and introduced ███████ to Sara.
   Robson and Sara took ███████ upstairs to the main bedroom. ███████
   advised she doesn t know what happened as ███████ did not speak about
   what happened in the room. ███████ received $100.00 from Robson for
   going with her to Jeff s house and recommending ███████ ████ was
   unable to remember ███████ telephone number. The interview was
   concluded and we left the area.

   Investigation Continues...


*********************** N A R R A T I V E  # 10 ***********************
             Reported By: RECAREY, JOSEPH                     10/09/05
             Entered By.: ALTOMARO, NICKIE A.                 10/10/05

On October 6, 2005, Det. Dawson and I went to ███████ ███████ located
in ███████  We met with Dean of Students, ███████ ███████  I
explained to Mr. ███████ that we were investigating a crime within the
Town of Palm Beach and felt that a student, ███████ ███████ may have
information. ███████ confirmed that ███████ is a student and currently
on the soccer team for ███████  She was in computer class at
the time of our arrival. ███████ sent a security guard to locate ███████
in class and bring her to the office. Mr. ███████ allowed us to
interview ███████ in an empty conference room.

At 11:45 am I met with ███████ ███████ and explained to her why we there
to interview her. She advised she was aware of the ongoing
investigation. ███████ stated she had previously spoken with ███████
███████ who told her she was interviewed by detectives. During a sworn
taped statement, ███████ stated she knew that Haley Robson worked for
Jeff in Palm Beach. ███████ advised she has been there many times for
massages. I asked her if she had formal training in providing
massages, ███████ stated she did not. ███████ advised she was told what
was expected of her by providing massages and would have to remove
clothing but if she felt uncomfortable just to say so and Jeff would
stop pushing the issue. ███████ began providing massages and advised
she kept her clothes on. She considered Jeff a pervert who kept

ate: 7/19/06          PALM BEACH POLICE DEPARTMENT              Page:      38
ime: 15:01:37                Incident Report               Program: CMS301L

se No. . . . : 1-05-000368                        (Continued)

pushing to go further and further. ████████explained she would keep
telling him she had a boyfriend and that it would not be right to her
boyfriend. It wasn t until recently ██████admitted to removing her
clothes and staying in her thong underwear to provide a massage.
████████ explained Jeff wanted to be rubbed on his back and recently he
began turning over to have her rub his chest as he masturbated. He
would try to touch her breasts as she rubbed his chest. ██████████ stated,
Jeff would try to get away with more and more on each massage.
Originally, Robson drove her to the house for the original massage.
████████ left Sara her cell phone number and every time Jeff would come
into town, Sara would call her for an appointment. Each time she
went, Sara would meet her at the kitchen door area. She would bring
her upstairs and prepare the massage table. ██████████ advised Jeff would
ask her questions about herself. He knew she was a soccer player and
would be attending ████████ ████████. I asked ████████ if he knew her real
age, ████████ stated Jeff didn t care. The most recent massage she
provided was on October 1, 2005. During the massage she asked Jeff if
she could borrow one of his vehicles to visit her family and boyfriend
in Orlando. Jeff had told she could borrow one of his vehicles but
later stated he would rent her a car. She continued with the massage
as Jeff grabbed her buttocks and caressed the buttocks cheeks. I
asked ████████ if she was wearing undergarments to which she replied her
thong underwear. Once he tried to touch her breasts she would pull
away from him and he would stop. ██████████was asked if he ever used a
vibrator on her. ██████████ was aware of the vibrator but advised she
never would allow him to use the vibrator on her. She described the
vibrator as a large white vibrator with a huge head on the tip of the
vibrator. She stated he kept the vibrator in a closet near the
massage table. ██████████ advised she had been doing the massage for
approximately two years, which meant she would have started doing
massages for Jeff at the age of sixteen.

████████ stated she was contacted by Sara on October 3, 2005. Sara had
informed her that Jeff had rented her a new Nissan Sentra and she
should come by the house to pick it up. Sara informed ██████ she would
have the car for a month. ██████████ stated Jeff knew her car was not
working properly and had missed appointments in the past because of
her car being inoperable. ██████████ explained the car is currently parked
next to the Gym field. I asked her if she ever took any one to the
house. ██████████ explained she took ██████████████, a friend of hers who
has returned to Orlando to attend college. I asked she ever allowed
another female in the room. ██████████advised no one was brought into the
room with her. At the conclusion of the interview, Det. Dawson and I
went to the Gym area and located the Silver Nissan Sentra bearing
Florida tag X98-APM. The vehicle is registered to Dollar rent a car
out of the Palm Beach International Airport.

Telephone contact was made with ██████████████, the victim's mother, at
████████████. I explained to her that I was following up on this case
and provided a complete update on the case.

Investigation Continues.

Date:  7/19/06                    PALM BEACH POLICE DEPARTMENT                    Page:      39
Time: 15:01:37                         Incident Report                    Program: CMS301L

Case No. . . . : 1-05-000368                                              (Continued)

*********************** N A R R A T I V E   # 11 ***********************
IA                    Reported By: RECAREY, JOSEPH                         10/21/05
                      Entered By.: ALTOMARO, NICKIE A.                     10/21/05

On October 10, 2005, at approximately 2:30 p.m., I made telephone
contact with ▮▮▮▮▮ ▮▮▮▮.  During a taped conversation, ▮▮▮▮ was
told of an ongoing investigation in which I felt she had information
pertaining to Jeffrey Epstein. ▮▮▮▮explained she met Epstein when
she was just sixteen years of age.  She was approached by
▮▮▮▮▮▮, a friend who also had previously gone to Epstein's house for
massages. ▮▮▮ advised she was working at the Wellington Mall when
she was approached. ▮▮▮▮ told her that she would have to provide
a massage to Epstein and she would have to perform this massage naked.
▮▮▮ thought about the offer and stated she could make $200.00 for
only 30 minutes of work.  She agreed to perform the massage and
▮▮▮▮set the appointment for her that same day. ▮▮▮remembered it
was a weekend as she only worked at the mall on the weekends. ▮▮▮▮
took her to the house where she was introduced to Sara, Jeff Epstein's
assistant.  Sara took her upstairs to a master bedroom. ▮▮▮
explained that as she was walking up the stairs she observed several
photographs of naked women along the walls and tables of the house.
▮▮▮ further explained that she was brought into the bedroom where
Sara prepared the room by setting up the massage table and provided
the oils for her to rub on Epstein.

Epstein entered the room and introduced himself.  Epstein lay on the
table and told her to get comfortable. ▮▮▮could not remember if he
was naked or if he entered the room with a towel. ▮▮▮ stated she
provided the massage wearing only her panties.  She continued rubbing
his legs, thighs and feet. ▮▮▮advised he turned over onto his back.
She continued to rub his legs with the oils.  Epstein touched her
breasts and began to masturbate.  I asked ▮▮▮ if she knew what
circumcised and un-circumcised meant. ▮▮▮ stated circumcised is when
the penis has no foreskin and the head of the penis is visible. ▮▮▮
said Epstein is circumcised. ▮▮▮ began to cry on the telephone and
stated she had been to his house hundreds of times over a two-year
period.  She claimed to have made thousands of dollars during her
visits. ▮▮▮ stated she could not remember how many times exactly she
went to Epstein's home but said it was a lot.

▮▮▮ became more upset, crying hysterically and stated she was paid
and instructed to have sex with Epstein's assistant, Nada Marcinkova
by Epstein.  Epstein continued to watch them have sex and masturbated
himself as they had sex with each other.  She further stated that
things escalated further and further.  Epstein used sexual toys such
as vibrators, rubber penises and strap-on penises on ▮▮▮
Additionally, ▮▮▮stated he performed oral sex on her numerous times.
She claimed he (Epstein) put his fingers inside her vagina while he
masturbated in an attempt to make her climax. ▮▮▮could not continue
and wanted some time to regain her composure.  I explained to ▮▮▮to
take her time.  After taking several minutes to regain her composure I

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ate:  7/19/06            PALM BEACH POLICE DEPARTMENT           Page:      40
'ime: 15:01:37               Incident Report              Program: CMS301L
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

ase No. . . . : 1-05-000368                            (Continued)
    explained that I would travel to meet with her in person as I felt she
    had additional information to provide. I met with Sgt. Frick and
    explained the importance to meet with ████in person. Sgt. Frick
    agreed and made arraignments for Det. Dawson and I to meet with ████
    in████████████.

    On October 11, 2005, at 4:10 p.m., Det. Dawson and I met with
    ████████████ and her friend, ████████████ at ████████████████ in
    ████████████ ████████ ████████ wanted to have ████████ present for
    support. I explained to her that I did not have a problem as long as
    she wanted ████████ present during the interview. ████████ stated she
    wanted her present. I explained that as ████████ was present she was
    not allowed to comment or ask any questions during the interview. She
    was only there to comfort ████ should the interview upset her.

    During a sworn taped statement, ████████explained how everything began.
    She said she was brought through the kitchen area where she met Sara
    for the first time. She was led to the master bedroom, Epstein s
    room. ████████explained that as she was walking up the stairs she
    observed several photographs of naked women along the walls and tables
    of the house. ████████further explained that she was brought into the
    bedroom, where Sara prepared the room by setting up the massage table
    and provided the oils for her to rub on Epstein. ████████explained she
    remembered the steam room area, which contained two large showers.
    Epstein entered the room from the steam room area and introduced
    himself. Epstein lay on the table and told her to get comfortable.
    ████████removed her skirt and kept her shirt on. She could not remember
    if he was naked or if he entered the room with a towel. Epstein then
    instructed her to remove her shirt. ████████removed her shirt and
    remembered she was not wearing a bra. ████████ stated she provided the
    massage wearing only her panties. She continued rubbing his legs,
    thighs and feet. ████████advised he turned over onto his back. She
    continued to rub his legs with the oils. Epstein touched her breasts
    and began to masturbate. Epstein ejaculated which meant the massage
    was over. At the conclusion of the massage, ████████ was paid $200.00.
    They walked together downstairs where Sara and ████████████ were
    waiting. ████████stated ████████ received an unknown amount of money for
    taking her to Epstein. Epstein instructed to leave her cellular
    telephone number so that he could contact her when he is in town.

    ████████explained that she continued to go to Epstein s house and became
    a regular at the house. She could not provide an exact number but
    claimed she had been their hundreds of times. She claimed sexual
    activities did not occur every time she was there. There were times
    she went to dinners and parties with Epstein. ████████explained that
    things began to escalate more than the massage. The encounters
    included bringing in his assistant, Nada Marcinkova. ████████explained
    Epstein had purchased her from her family in Yugoslavia. Epstein
    bragged he brought her into the United States to be his Yugoslavian
    sex slave. ████████advised he was naked in the bedroom, she entered and
    removed her clothing. Marcinkova entered the room from the steam room
    area already naked. He instructed ████████to perform oral sex on

```
ate:  7/19/06                PALM BEACH POLICE DEPARTMENT            Page:       41
'ime: 15:01:37                    Incident Report                Program: CMS301L
```

ase No. . . . : 1-05-000368                                      (Continued)

Marcinkova . ▓▓▓▓▓refused to perform that act.  Epstein offered her
an additional $200.00 for her to perform oral sex on Marcinkova for
five minutes. ▓▓▓▓▓agreed to perform the oral sex for the additional
$200.00. ▓▓▓ explained that Epstein would masturbate while he
watched them perform sexual acts.

Things continued to escalate by purchasing sex toys. ▓▓▓▓ stated she
had massagers, vibrators and strap on rubber penises used on her.
Each time something new was introduced additional monies were produced
and offered for ▓▓▓▓to allow the acts to happen. ▓▓▓ was adamant
that she performs all these acts but there was an understanding with
Epstein that no vaginal penetration would occur with his penis. ▓▓▓▓
explained that Epstein's penis was deformed. ▓▓▓▓explained that his
penis was oval shaped.  She claimed when Epstein's penis was erect, it
was thick toward the bottom but was thin and small toward the head
portion.  She called it egg-shaped.

▓▓▓▓continued that the sexual encounters with Marcinkova, Epstein and
her became a ritual. ▓▓▓would arrive at the house and walk herself
upstairs, where Marcinkova and Epstein were waiting. ▓▓▓▓ would
remove her clothing and join them on the bed. ▓▓▓▓explained
Marcinkova and she would begin by kissing and touching each other.
▓▓▓▓ explained sex toys were brought into the bed by either Epstein or
Marcinkova and they would begin using the toys on each other.  Epstein
would perform oral sex on either person depending who was on top
during the intercourse. ▓▓▓▓ explanation revealed they were in a
missionary position.

▓▓▓▓advised one day, ▓▓▓▓was unable to state and exact date when
this incident occurred), she came to the house after Sara had informed
her that Epstein had arrived.  She arrived at the house and went
upstairs to the master bedroom. ▓▓▓▓ advised she immediately removed
her clothing, as Nada Marcinkova and Epstein were already naked in the
bedroom. ▓▓▓▓explained that Nada Marcinkova and she had a sexual
encounter to include kissing, touching and oral sex. ▓▓▓ remembered
that she climaxed and was removing her self from the massage table.
▓▓▓▓asked for a sheet of paper and drew the massage table in the
master bathroom and where Epstein, Marcinkova and she were.  Epstein
turned▓▓▓▓on to her stomach on the massage bed and inserted his
penis into her vagina. ▓▓▓▓ stated Epstein began to pump his penis in
her vagina. ▓▓▓▓became upset over this.  She said her head was being
held against the bed forcibly, as he continued to pump inside her.
She screamed no, and Epstein stopped.  She told him that she did not
want to have his penis inside of her.  Epstein apologized for his
actions and subsequently paid her a thousand dollars for that visit.
Additionally, shortly thereafter, Epstein gave▓▓▓▓ a 2005 Doge Neon,
blue in color for her personal use.

▓▓▓▓ advised there were times that she was so sore when she left
Epstein's house. ▓▓▓▓ advised she was ripped, torn, in her vagina
area. ▓▓▓▓advised she had difficulty walking to the car after
leaving the house because she was so sore. ▓▓▓▓ advised that other

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Date:  7/19/06        PALM BEACH POLICE DEPARTMENT              Page:     42
Time:  15:01:37             Incident Report              Program:  CMS301L
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

Case No. . . . : 1-05-000368
    than that one time, when Epstein inserted his penis inside her vagina, (Continued)
there was no other penile intercourse.

    ██████ provided names of girls that she knew of that have gone to
Epstein's house.  ██████ provided the name of ██████████ and feels she
still may be going to the house to massage Epstein.  According to
██████, ████████ is still sucking his dick."

    When asked if she had been recently contacted by anyone of the house,
██████████ advised she received an email from Sara, from
KellenS@earthlink.net, which is her email account.  The email was just
a hello, how are you doing type of email.  There had been no other
contact from the house.  The interview was concluded and ██████ left the
area.  The tapes and drawing were submitted into evidence.

    Investigation continues...


\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* N A R R A T I V E   # 12 \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
A
                      Reported By: RECAREY, JOSEPH
                      Entered By.: ALTOMARO, NICKIE A.        11/01/05
                                                11/07/05

    On October 12, 2005, Det. Dawson and I traveled to the Orlando area
and made telephone contact with ██████ ██████ ████████ Orlando area
with us as we were in the Orlando area. ██████ provided directions to
her apartment. Det. Dawson and I met with ██████ who stated, during a
sworn taped statement that nothing happened between her and Epstein.
██████████ appeared nervous during the interview. I assured her that I
had spoken with other people who advised differently. ████████ stated
she only went a couple of times and provided a massage to Epstein.
She stated she was brought to the Epstein house in March of 2005.
██████ brought her to work. ██████ has no formal training in
providing massages. ████████ stated she provided a massage, fully
clothed for $200.00. As I sensed hesitancy in her answers, I asked
██████ if she had been contacted by anyone from the house. ████████
stated she was interviewed already by an investigator for Epstein. He
met with her on October 8, 2005, at a Roadhouse in Orlando. He
identified himself as Paul and inquired about the police investigation
and left his telephone number 305-710-5165 for additional contact.
██████████ provided no additional information, as it appeared her
responses were almost scripted. We left the area and returned to Palm
Beach Police Department.

    Based on the information acquired during the interviews, a search
warrant was prepared for entry at the Epstein home. On October 18,
2005, I met with Judge Laura Johnson who reviewed the warrant request.
She found there was sufficient probable cause and signed the warrant
request. On October 20, 2005, at approximately 9:36 am, members of
the Palm Beach Police Investigations Unit executed the search warrant
at 358 El Brillo in Palm Beach. Members of the Investigations Unit
included Capt Gudger, Sgt Frick, Det. Dicks, Det. Dawson, Det.
Melnichok, Det. Sandman, Det. Krauel, the crime scene unit and myself.

Date: 7/19/06                    PALM BEACH POLICE DEPARTMENT                 Page:      43
Time: 15:01:37                        Incident Report                        Program: CMS301L

Case No. . . . : 1-05-000368                                        (Continued)

As we entered onto the property, we encountered the house manager,
Janusz Banasiak who was in the guest portion of the house.  The
guesthouse section had open doors and no forced entry was made.  I
made contact with Banasiak, Date of Birth 04-07-1953, Fl DL
B522-420-53-127-0, and informed him of the search warrant for the
premises.  The members of the Police Department entered the residence
and announced we had a search warrant.  A safety search was done and
members exited the home.  I read the search warrant to Banasiak as Mgr
Parkinson videotaped the search warrant execution.  Several interior
decorators were located on the property.  I spoke with Mark Zeff, of
515 W 20th Street in New York.  Mr. Zeff stated he is the designer for
Mr. Epstein's homes.  He advised he was contacted in March of 2005 to
do a complete overhaul on the house.  He advised he was on the phone
with Mr. Epstein when officers announced the search warrant.  Mr.
Epstein was then made aware of the search warrant.  Mr. Zeff advised,
his contact with Epstein is strictly business and he has never
witnessed Epstein with any girls except for his assistants, Sara or
Nada.

I then interviewed Daniel Estes, of 315 East 14th Street in New York.
Mr. Estes stated he has worked for Zeff for seven years.  He advised
he personally worked on the New York and Palm Beach home for Mr.
Epstein.  He has previously met with Sara and Adrianna, Epstein's
assistants in New York and in Florida.  Estes stated they travel with
Epstein everywhere he goes.

I interviewed Zara Bailey of 35 Riverside Jersey City, New Jersey.
Bailey stated she just arrived from Scotland and has worked with Zeff
for only one month.  She stated she has never met Epstein and has not
seen him.  The interview was then concluded.

I then spoke with Douglas Schoettle of 243 Riverside Dr in New York
City.  Schoettle stated he has been Epstein's Architect for seven
years.  He further stated he deals with Epstein's assistants and
speaks with Epstein on the phone.  Schoettle stated he mainly speaks
with Sara Kellen, Epstein s main assistant, who travels with Epstein.
Schoettle stated he only has contact with Epstein when his services
are needed.

At approximately 10:30 am, I was informed that the videotaping was
concluded.  I entered the residence and located two covert (hidden)
cameras.  The first camera was a covert wall clock in the garage area.
I traced the wire behind the clock and removed the RCA wire and
unplugged the camera.  The other covert camera was located within a
desk clock beside Epstein's desk.  I traced the wire behind the clock
and unplugged the RCA wire.  I could not locate another camera.  I
then began with the search of the residence for the specified
evidence.

My search consisted of the second floor.  Det. Krauel and I began in
the master bedroom area where several items were located.  They were

```
Date:  7/19/06          PALM BEACH POLICE DEPARTMENT           Page:    44
Time: 15:01:37                Incident Report            Program: CMS301L
```
-------------------------------------------------------------------------

Case No. . . . : 1-05-000368                           (Continued)
    marked to be retrieved by the evidence custodian.  In the master desk
    with Epstein's notepads marked Jeffrey Epstein we located a high
    school transcript from ██████████ ████████████ for██████████
    ██████  Also in the room, was the dresser /armoire where we located a
    bottle of peach flavored Joy Jelly (Sexual Lubricant).  Additionally,
    there were several photographs of young naked teenage girls within the
    closet, which was consistent with what the witnesses said.  The
    massage table was also located within the master bedroom.  Video tapes
    were located beside the television, which were also collected.  An
    itemized list of the property and locations was prepared on the
    property receipts.  At approximately 2:55 pm, the house was secured;
    the exit of the residence was videotaped.  Upon our exit of the
    property, I encountered Atty. Guy Fronstein who advised he was
    representing Mr. Epstein.  He provided a business card and provided
    his assistance with the investigation.

    Due to Hurricane Wilma, which struck South Florida causing massive
    power outages, the courthouse was closed due to the lack of power.  I
    was previously told that the Chief Judge had extended the filing
    deadlines due to the hurricane and the Courthouse being closed.  On
    October 27, and 28, 2005 the courthouse was closed and I could not
    file the search warrant and inventory at the clerk's office.  On
    October 31, 2005, I responded to the courthouse and filed the
    paperwork along with an order to seal, signed by Judge Johnson, to
    deny any release of any paperwork on this case.

    INV CONTINUES..

***********************  N A R R A T I V E   # 13  **************************
                   Reported By: PARKINSON, GREGORY A.          10/20/05
                   Entered By.: ALTOMARO, NICKIE A.            11/07/05

On October 20, 2005, at approximately 8:30 a.m., Thursday morning, I
was advised by Captain Gudger that a search warrant would be executed
and that I was to assemble the Crime Scene Investigative Team and
stand by the south side of the building ready to go.  I designated
Evidence Specialist Annette Badger to handle the inventory return, the
documentation of the property receipts and the collection and bagging
of the evidence at the scene.  I further instructed CSI Kim Pavlik, ID
# 8807, to accompany us and perform the role of photographing the
scene and the items that may be taken into custody by the affiant,
Detective Joseph Recarey, ID # 7915.

My responsibility was to go through from the reading of the warrant to
the final exit from the residence and perform a video recording of the
reading of the warrant, the initial walk through of the residence
showing the current condition and then finally a walk through of the
residence at the time of the police exit.

We started out towards the residence, which was located at 358 El
Brillo and arrived at approximately 9:33 a.m.  The search was
conducted, items were collected by Evidence Specialists Badger,