# EXHIBIT 3
# PART 1

MESSEGE BOOK #1

SAO01066

## IMPORTANT MESSAGE

FOR _J.E._

DATE _2/27/05_   TIME _10:18_ A.M. / P.M.

M _Ms. Maxwell_

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She is home_

SIGNED _J._

1184

## IMPORTANT MESSAGE

FOR _J.E._

DATE _2/26/05_   TIME _4:40_ A.M. / P.M.

M _Geon Luc_

OF _____

PHONE/MOBILE _no phone #_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please! Call him_

SIGNED _J._

1184

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _2/28/05_   TIME _12:30_ A.M. / P.M.

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She is wondering if 2:30 is ok cuz she needs to stay in school_

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _2/27/05_   TIME _07:45_ A.M. / P.M.

M _Jean Luc_

OF _____

PHONE/MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _That he called back_

SAO01067

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _03/01/05_ TIME _10:12_ A.M./P.M.

M _Sofia_

OF ___

PHONE/MOBILE _310 463 5759_

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _That she returned your call_

SIGNED ___
1184

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _2/28/05_ TIME _12:40_ A.M./P.M.

M _Laurie Cameron_

OF ___

PHONE/MOBILE _1917 748 9892_

| TELEPHONED | | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please call her back she would like to speak with you_

SIGNED ___
1184

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _03/01/05_ TIME _10:11_ A.M./P.M.

M _Cecilio_

OF ___

PHONE/MOBILE ___

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She had Mr. Little on the phone_

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _03/01/05_ TIME _10:0_ A.M./P.M.

M _Eva_

OF ___

PHONE/MOBILE ___

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _That she called_

SAO01068

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _03/01/05_   TIME _10:12_ A.M. ☐ P.M.

M _Sofia_

OF

PHONE/MOBILE _310 463 5759_

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _That ~~she~~ she returned your call_

SIGNED _____

---

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _2/28/05_   TIME _12:40_ A.M. ☐ P.M.

M _Laurie Lameson_

OF

PHONE/MOBILE _1 917 748 9892_

| TELEPHONED | | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Pleas call her back she would like to speak with you_

SIGNED _____

---

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _03/01/05_   TIME _10:11_ A.M. ☐ P.M.

M _Cecilia_

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She had Mr. Erlic on the phone_

---

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _03/01/05_   TIME _10:0_ A.M. ☐ P.M.

M _Eva_

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _That she called_

SAO01069

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _03/05/05_   TIME _02:30_ A.M. / P.M.
M _Doctor Paula_
OF
PHONE/MOBILE _917 518 2484_

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
_She is at the Brokers Hotel_

SIGNED
1184

## IMPORTANT MESSAGE

FOR _Douglas_
DATE _____   TIME _10:40_ A.M. / P.M.
M _Helen_
OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
_Please call her as soon as you have time._

SIGNED _LER_
1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _3/05/05_   TIME _03:40_ A.M. / P.M.
M _Les from Colombus_
OF
PHONE/MOBILE _You have it_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
_Please call him Back_

SIGNED
1184

## IMPORTANT MESSAGE

FOR _Douglas_
DATE _2/2_   TIME _10.00_ A.M. / P.M.
M _Giulia_
OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
_Please call her at the office_

SIGNED _LER_

SAO01070

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _3/6/05_ TIME _03.00_ A.M. / P.M.
M _Mort Zuckerman_
OF _____
PHONE/MOBILE _917 750 1900_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Returning your phone call_

SIGNED _____
1184

---

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _3/06/05_ TIME _11:40_ A.M. / P.M.
M _Glen_
OF _____
PHONE/MOBILE _914 669 4651_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _That he will be at_

SIGNED _____
1184

---

## IMPORTANT MESSAGE

FOR _J.E._
DATE _3/7/05_ TIME _7:30_ A.M. / P.M.
M _Dr. Moskowitz_
OF _office_
PHONE/MOBILE _833 - 6116_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Do you want to see him?_

SIGNED _J._
1184

---

## IMPORTANT MESSAGE

FOR _Ms. G. Maxwell_
DATE _3/06/05_ TIME _9:01_ A.M. / P.M.
M _Bruce_
OF _From the Island_
PHONE/MOBILE _____

| TELEPHONED | V | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Left his cell #_

_340 - 771 - 1339_

SAO01071

SIGNED _____
1184

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _3/18/05_   TIME _06:20_ A.M. / P.M.

M _Peter_

OF ___

PHONE/
MOBILE ___

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She had Dan Stan_
_on the phone_

SIGNED ___   1184

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE ___   TIME _09:47_ A.M. / P.M.

M _Eva Anderson_

OF ___

PHONE/
MOBILE ___

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _That she called_

SIGNED ___   1184

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _3/18/05_   TIME _06:15_ A.M. / P.M.

M _Tatum_

OF ___

PHONE/
MOBILE ___

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She can be_
_tomorrow here from_
_2pm to whenever._

SIGNED ___   1184

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _3/18/05_   TIME _4:21_ A.M. / P.M.

M _Sarah_

OF ___

PHONE/
MOBILE ___

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Is it ok if_
_" will come_
_at 5 ?_

SAO01072

SIGNED ___   1184

## IMPORTANT MESSAGE

FOR _____

DATE _____ TIME _____ A.M. / P.M.

M __Jeff__

OF _____

PHONE/MOBILE __212-744-0770__

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE __Just calling to check in__

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR __J.E.__

DATE __3/18/05__ TIME __7:33__ A.M. / P.M.

M __Tathum__

OF __(561) 684-6642__

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE __Please! Call her__

SIGNED __J.__   1184

## IMPORTANT MESSAGE

FOR __Jeffrey__

DATE __3/19/05__ TIME __11:30__ A.M. / P.M.

M __Larry Visoski__

OF _____

PHONE/MOBILE __917 868 6145__

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE __Tom from Midnight Express is at the Convention Center with new boat. They are 2 parts of show on the water and at the Center.__

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR __J.E.__

DATE __3/19/05__ TIME __8:26__ A.M. / P.M.

M __Tathum__

OF _____

PHONE/MOBILE __684-6642__

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SAO01073

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _____

DATE _____ TIME _____ A.M. P.M.

M _____

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL |
|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE _____ 131
972 527 1080
972 544 986 337

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _3/19/05_ TIME _11:40_ A.M. P.M.

M _Celina_

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _That she is
calling back._

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR _J.E._

DATE _3/21/05_ TIME _3:30_ A.M. P.M.

M _Jean-Luc_

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL |
|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE _____

SIGNED _____J._____ 1184

---

## IMPORTANT MESSAGE

FOR _Mr. J. Epstein_

DATE _3/19/05_ TIME _2:34_ A.M. P.M.

M _Alisia_

OF _____

PHONE/ MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SAO01074

SIGNED _____ER_____ 1184

## IMPORTANT MESSAGE

FOR _J. E._
DATE _5/30/05_ TIME _7:35_ A.M. / P.M.
M _Eva, Celina, Jordan_
OF _____
PHONE/ MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _T._

## IMPORTANT MESSAGE

FOR _Sarah or Adriana_
DATE _3/31/05_ TIME _8:42_ A.M. / P.M.
M _Julie_
OF _____
PHONE/ MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _3/31/05_ TIME _3:31_ A.M. / P.M.
M _Glen_
OF _____
PHONE/ MOBILE _917 748 8292_

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _That he called_

SIGNED

## IMPORTANT MESSAGE

FOR _Mr. J. Epstein_
DATE _3/21/05_ TIME _5:20_ A.M. / P.M.
M _Nadia_
OF _____
PHONE/ MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Would like you to call her_

SAO01075

SIGNED

## IMPORTANT MESSAGE

FOR _Sarah_

DATE 6 / 2   TIME 12.35 A.M. / P.M.

M _Hadley_

OF _____

PHONE/
MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _a_   1184

## IMPORTANT MESSAGE

FOR _JE_

DATE _____   TIME _____   A.M. / P.M.

M _____

OF _Adriana_

PHONE/
MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _What time do you want her to come_

SIGNED _____   1184

SAO01076

## IMPORTANT MESSAGE

FOR _J.E_

DATE _6/10/05_   TIME _5:07_ A.M. / P.M.

M _Mark Saks_

OF _____

PHONE/MOBILE _(917) 716 - 9111_

| | | | |
|---|---|---|---|
| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _J_   1184

---

## IMPORTANT MESSAGE

FOR _J.E_

DATE _6/10/05_   TIME _10:3_ A.M. / P.M.

M _Svetlana_

OF _____

PHONE/MOBILE _(917) 774 - 3061_

| | | | |
|---|---|---|---|
| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _J_   1184

---

## IMPORTANT MESSAGE

FOR _____

DATE _____   TIME _____ A.M. / P.M.

M _____

OF _____

PHONE/MOBILE _____

| | | |
|---|---|---|
| TELEPHONED | PLEASE CALL | |
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOUR CALL | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____   1184

---

## IMPORTANT MESSAGE

FOR _JE_

DATE _____   TIME _11.45_ A.M. / P.M.

M _Vanessa Mobely_

OF _____

PHONE/MOBILE _00262 262 284738_

| | | |
|---|---|---|
| TELEPHONED | PLEASE CALL | |
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOUR CALL | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____   1184

SAO01077

## IMPORTANT MESSAGE

FOR _Sarah_

DATE _6-18-05_ TIME _3:10_ ☐ A.M. ☑ P.M.

M _Heather_

OF _____

PHONE/
MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _J_  1184

---

## IMPORTANT MESSAGE

FOR _J. E._

DATE _6/13/05_ TIME _10:5_ A.M./P.M.

M _G. M._

OF _____

PHONE/
MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please. Call her_
_back_

SIGNED _T_  1184

---

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _06/12/05_ TIME _12:05_ A.M./P.M.

M _Mrg Goldsmith_

OF _____

PHONE/
MOBILE _772_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____  1184

---

## IMPORTANT MESSAGE

FOR _Mr. J. Epstein_

DATE _6/11/05_ TIME _12:05_ A.M./P.M.

M _Coleen_

OF _____

PHONE/
MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | ✓ | SPECIAL ATTENTION | |

MESSAGE _____

SAO01078

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR _J. E._

DATE _6/19/05_   TIME _3:13_ A.M. / P.M.

M _Stephanie Burns_

OF ___

PHONE/MOBILE _310 / 212 - 9940_

| TELEPHONED | | PLEASE CALL | X |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ___

SIGNED _J._   1184

## IMPORTANT MESSAGE

FOR _J. E._

DATE _6/19/05_   TIME _10:28_ A.M. / P.M.

M _Jean-Luc_

OF ___

PHONE/MOBILE ___

| TELEPHONED | | PLEASE CALL | X |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ___

SIGNED _J._   1184

## IMPORTANT MESSAGE

FOR _M. J. Epstein_

DATE _6/19/05_   TIME _7:15_ A.M. / P.M.

M _Adriana_

OF ___

PHONE/MOBILE ___

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | ✓ | SPECIAL ATTENTION | |

MESSAGE ___

SIGNED _JE_   1184

## IMPORTANT MESSAGE

FOR _Sarah_

DATE _6/19/05_   TIME _10:45_ A.M. / P.M.

M _Dr Barth_

OF ___

PHONE/MOBILE _561 / 302 - 1844_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please, let him know if 10 AM tommorow will be good time for him to come._

SAO01079

SIGNED _J._   1184

## IMPORTANT MESSAGE

FOR _____

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____   1184

---

## IMPORTANT MESSAGE

FOR  J.E.

DATE  6/20/05   TIME  2:55  A.M. / PM

M  Dr. Jarecki

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | X | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED  J.   1184

---

## IMPORTANT MESSAGE

FOR  Mr. J. Epstein

DATE  7/01/05   TIME  2:15  A.M. / P.M.

M  Tatiana

OF _____

PHONE/ MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

---

## IMPORTANT MESSAGE

FOR  Mr. J. Epstein

DATE  7/1/05   TIME  2:34  A.M. / PM

M  Jim Daly

OF _____

PHONE/ MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

212 - 837 - 2375

SAO01080

## IMPORTANT MESSAGE

FOR _J. E._

DATE _7/4/05_ TIME _6:25_ A.M. / P.M.

M _____

OF _G. M._

PHONE/MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _J_

---

## IMPORTANT MESSAGE

FOR _J. E._

DATE _7/4/05_ TIME _7:20_ A.M. / P.M.

M _Tatiana_

OF _____

PHONE/MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _T_

---

## IMPORTANT MESSAGE

FOR _JE_

DATE _6_ TIME _12:30_ A.M. / P.M.

M _G_

OF _____

PHONE/MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She called Eduardo — she's going to have dinner w/ him — he's not going to Grand Prix — but she told her to call his secretary to organize passes —_

SIGNED _____

---

## IMPORTANT MESSAGE

FOR _JE_

DATE ___ TIME _10:35_ A.M. / P.M.

M _Tatyana_

OF _____

PHONE/MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Called to say goodnight_

SAO01081

SIGNED _____

## IMPORTANT MESSAGE

FOR _J. E_
DATE _7/18/05_ TIME _7:50 AM_
M _Eva_
OF _____
PHONE/
MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She is in Sweden_

SIGNED _T_
1184

## IMPORTANT MESSAGE

FOR _J. E._
DATE _7/4/05_ TIME _6:28 PM_
M _____
OF _Nathalie_
PHONE/
MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | X | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _J_
1184

## IMPORTANT MESSAGE

FOR _JE_
DATE _____ TIME _7:05 PM_
M _Adriana_
OF _____
PHONE/
MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Just about to take off on flight_

SIGNED _____
1184

## IMPORTANT MESSAGE

FOR _J. E._
DATE _7/5/05_ TIME _2:15 PM_
M _Ania_
OF _____
PHONE/
MOBILE _646 - 436 - 9784_

| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SAO01082

SIGNED _T_
1184

## IMPORTANT MESSAGE

FOR _J. E._

DATE _7/24/05_   TIME _4:07_ A.M. / P.M.

M _Darren_

OF

PHONE/MOBILE

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _J._

1184

## IMPORTANT MESSAGE

FOR _J. E._

DATE _7/18/05_   TIME _8:12_ A.M. / P.M.

M _Heather_

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | X |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please !_
_Call her after_
_6:30 PM_

SIGNED _J._

1184

## IMPORTANT MESSAGE

FOR _J. E._

DATE _7/24/05_   TIME _10:10_ A.M. / P.M.

M _Darren_

OF

PHONE/MOBILE _973/597-1165_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _J._

1184

## IMPORTANT MESSAGE

FOR _J. E._

DATE _7/24/05_   TIME _4:07_ A.M. / P.M.

M _Daren_

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | X |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SAO01083

SIGNED _J._

1184

**IMPORTANT MESSAGE**

FOR _J. E._
DATE _8/19/05_ TIME _____ A.M. / P.M.
M _Cecilia_
OF _____
PHONE/MOBILE _____

| TELEPHONED | . | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
_Remanid you about conference call at 9 AM_

SIGNED _J_
1184

---

**IMPORTANT MESSAGE**

FOR _Jeffrey_
DATE _25/07/05_ TIME _11:45_ A.M. / P.M.
M _from Wexner office_
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | X |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Jim Lucas the head of the text department has answer on aircraft His number is_

_614 415 1078_

SIGNED _____
1184

---

**IMPORTANT MESSAGE**

FOR _JE_
DATE _____ TIME _____ A.M. / P.M.
M _____
OF _Joanna_
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
_She doesn't want to camp to the movies, but call her if you want a massage before or after the movie._

SIGNED _____
1184

---

**IMPORTANT MESSAGE**

FOR _JE_
DATE _____ TIME _9:0_ A.M. / P.M.
M _____
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
_Shes at 7151 Please call_

SAO01084

SIGNED _____
1184

## IMPORTANT MESSAGE

FOR J.E.
DATE 8/19/05   TIME 4:12 A.M. P.M.
M G.M.
OF
PHONE/MOBILE

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She left message on answering machine.

SIGNED T.

---

## IMPORTANT MESSAGE

FOR 8/19/05   7:50
DATE Adriana   TIME   A.M. P.M.
M
OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | X |

MESSAGE Tried to get information where he has to go to Hampton and how to met this person? He can be reach on Tatiana cellphone
J

SIGNED

---

## IMPORTANT MESSAGE

FOR JE
DATE   TIME   A.M. P.M.
M
OF Savola
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | X |
| WANTS TO SEE YOU | S | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Can Britney work on Sunday @ 4.00 and @ 4.30

SIGNED

---

## IMPORTANT MESSAGE

FOR 8/19/05   7:55
DATE Adriana   TIME   A.M. P.M.
M
OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE will be here tommorow at 11:00 AM

SAO01085

SIGNED J.

## IMPORTANT MESSAGE

FOR _____

DATE _____ TIME _____ A.M. P.M.

M _____

OF NADIA

PHONE/ MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
I went to a store to
buy food
I will be back @ 5.00

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR JE

DATE _____ TIME _____ A.M. P.M.

M _____

OF Adriana

PHONE/ MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
Christina & . . . . are
confirmed

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR JE

DATE _____ TIME _____ A.M. P.M.

M _____

OF Jenny

PHONE/ MOBILE 917 330 1033

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
Please call back

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR _____

DATE _____ TIME _____ A.M. P.M.

M _____

OF NADIA

PHONE/ MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
The movie
starts @ 7.15

SAO01086

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _J.E._

DATE _9/4_ TIME _9:05_ A.M. / P.M.

M _Adriana_

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____ confirmed
at 11:00 AM
_____ – 4:30 PM

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _Jess Staly_

DATE _09/03/05_ TIME _4:40_ A.M. / P.M.

M

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _J.E._

DATE _3/4/05_ TIME _9:08_ A.M. / P.M.

M _Adriana_

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _It is O.K. for
Tathum to stop by
and drop something._

SIGNED _T._ 1184

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _09/03/05_ TIME _4:40_ A.M. / P.M.

M _Jess Staly_

OF

PHONE/MOBILE _631 283 0188_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SAO01088

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _J. E._

DATE _9/4/05_     TIME _3:40_ A.M. P.M.

M _____

OF _____

PHONE/
MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _J_     1184

## IMPORTANT MESSAGE

FOR _Ms. G. Maxwell_

DATE _9/4/05_     TIME _1:40_ A.M. P.M.

M _Coleen_

OF _____

PHONE/
MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She will be here at 3^{pm} with somebody._

SIGNED _L._     1184

## IMPORTANT MESSAGE

FOR _J. E._

DATE _9/4/05_     TIME _7:25_ A.M. P.M.

M _Adriana_

OF _____

PHONE/
MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Canceled Tulie. She would like to speak to you. I belive about college - 561.801.3590_

_Shoul I schedule any one else?_

SIGNED _J_     1184

## IMPORTANT MESSAGE

FOR _Mr. J. Epstein_

DATE _9/4/05_     TIME _2:08_ A.M. P.M.

M _____

OF _____

PHONE/
MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SAO01089

SIGNED _L_     1184

## IMPORTANT MESSAGE

FOR _J. E._

DATE _9/10/05_ TIME _11:16_ A.M. / P.M.

M _G. M._

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Dana Burns_
_got invitation_

SIGNED _J_

1184

---

## IMPORTANT MESSAGE

FOR _J. E._

DATE _9/5/05_ TIME _10:25_ A.M. / P.M.

M _Brittney_

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _5:00 PM_
_is O.K. with her_

SIGNED _J_

1184

---

## IMPORTANT MESSAGE

FOR _J. E._

DATE _9/10/05_ TIME _11:16_ A.M. / P.M.

M _G. M._

OF

PHONE/MOBILE

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Dana Burns_
_got an invitation_

SIGNED _J_

1184

---

## IMPORTANT MESSAGE

FOR _J. E._

DATE _9/8/05_ TIME _4:50_ A.M. / P.M.

M _Tatum_

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Her new phone #_
_574-0400_

SAO01090

SIGNED _J_

1184

## IMPORTANT MESSAGE

FOR _J. E._
DATE _9/10/05_   TIME _12:50_ A.M. / P.M.
M _Celina_
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Call her in_
_North Salem_

SIGNED _J._
1184

## IMPORTANT MESSAGE

FOR _J. E._
DATE _9/10/05_   TIME _11:16_ A.M. / P.M.
M _G. M._
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Dana Burns_
_decline invitation_

SIGNED _J_
1184

## IMPORTANT MESSAGE

FOR _J.E._
DATE _____   TIME _____ A.M. / P.M.
M _DANA_
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _RETURNING_
_YOUR_
_CALL_
_@ 12 20_

SIGNED _____
1184

## IMPORTANT MESSAGE

FOR _J. E._
DATE _9/10/05_   TIME _1:15_ A.M. / P.M.
M _Adriana_
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Lauren confirm_
_4 PM_

SAO01091

SIGNED _J_
1184

## IMPORTANT MESSAGE

FOR J.E.

DATE 9/10/05   TIME 5:40 ☒ A.M. / P.M.

M Dana

OF

PHONE/MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE I went to Sarah and made her water bottle and I went work out with G.M.

SIGNED J.

---

## IMPORTANT MESSAGE

FOR

DATE   TIME   A.M. / P.M.

M

OF LADIA

PHONE/MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE The UNFINISHED LIFE is not playing yet.
I got tickets for the Broken Flowers @ 9:30

SIGNED

---

## IMPORTANT MESSAGE

FOR J.E.

DATE 9/10/05   TIME 5:55 ☒ A.M. / P.M.

M Adriana

OF

PHONE/MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She got messages she talk with Miles she will be at 12:30

SIGNED J.

---

## IMPORTANT MESSAGE

FOR J.E.

DATE   TIME   A.M. / P.M.

M

OF Douglas

PHONE/MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE GM asked him to call. Review the report reg. the floor. It takes several days to dry...

SAO01092

SIGNED

## IMPORTANT MESSAGE

FOR J.E.

DATE 9/11/05   TIME 9:15 A.M.

M Adriana

OF

PHONE/MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

I got a car for

SIGNED J

1184

## IMPORTANT MESSAGE

FOR JE

DATE _____ TIME _____ A.M. P.M.

M

OF N

PHONE/MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Adriana hasn't confirmed Julie for 11.00 yet so she is keeping Britney on hold in case Julie doesn't call back

SIGNED

1184

## IMPORTANT MESSAGE

FOR Mr. J. Epstein

DATE 9/11/05   TIME 10:01 A.M.

M George Goldsmith

OF

PHONE/MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED L

1184

## IMPORTANT MESSAGE

FOR J.E.

DATE 9/10/05   TIME 10:10 A.M. P.M.

M Adriana

OF

PHONE/MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Julie will be at 11:AM Do you want me to cancel Brittney

SIGNED J

SAO01093

1184

## IMPORTANT MESSAGE

FOR _J. E._
DATE 10/2/05   TIME 10:00 AM
M _Mr Goldsmith_
OF ___
PHONE/MOBILE _cell. 772-971-1000_

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ___

SIGNED _J._

## IMPORTANT MESSAGE

FOR _J. E._
DATE 9/20/05   TIME 4:45 AM
M _Lary_
OF ___
PHONE/MOBILE ___

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Global is at Jet Aviation_

SIGNED _J._

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE 09/30/05   TIME 3:35 PM
M _Jean Luc_
OF ___
PHONE/MOBILE _american cell_

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _It's Sabut but he will make exception for you and he will answer phone when you call him back."_

SIGNED ___

## IMPORTANT MESSAGE

FOR _Sarah_
DATE 9/20/05   TIME 4:50 PM
M _Stephanie Burns_
OF ___
PHONE/MOBILE /646/ 414-6596 x352

| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ___

SAO01094

SIGNED ___

**IMPORTANT MESSAGE**

FOR _____

DATE _____ A.M.

M _____

OF _____

PHONE/
MOBILE _____

| TELEPHON | | |
|---|---|---|
| CAME TO S | | |
| WANTS TO SEE YOU | | |
| RETURNED YOUR CALL | SPECIAL | ON |

MESSAGE _____

SIGNED _____ 1184

---

**IMPORTANT MESSAGE**

FOR  Jeffrey

DATE  10/03/05   TIME  10:30 A.M.
P.M.

M  Julie,

OF _____

PHONE/
MOBILE  801 35 90

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE  Please call

SIGNED _____ 1184

---

**IMPORTANT MESSAGE**

FOR _____

DATE _____ TIME _____ A.M.
P.M.

M _____

OF _____

PHONE/
MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

---

**IMPORTANT MESSAGE**

FOR _____

DATE _____ TIME _____ A.M.
P.M.

M _____

OF _____

PHONE/
MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____

SAO01095

Phone Message Log #1

SAO01445

## IMPORTANT MESSAGE

FOR _J. E._

DATE _2/27/05_  TIME _10:18_ A.M. / P.M.

M _Ms. Maxwell_

OF

PHONE/ MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She is home_

SIGNED ____  1184

## IMPORTANT MESSAGE

FOR _J. E._

DATE _2/26/05_  TIME _4:40_ A.M. / P.M.

M _Geon Luc_

OF

PHONE/ MOBILE _no phone #_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please!_

_Call him_

SIGNED _J._  1184

## IMPORTANT MESSAGE

FOR _Jeff. w/_

DATE _2/28/05_  TIME _12:30_ A.M. / P.M.

M

OF

PHONE/ MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She is wondering_
_if 2:30 is ok_
_we she needs to_
_stay in school_

SIGNED ____  1184

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _02/23/05_  TIME _07:45_ A.M. / P.M.

M _Jean Luc_

OF

PHONE/ MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _That he_
_called back_

SAO01446

SIGNED ____  1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _3/18/05_  TIME _04:20_ A.M. / P.M.
M _Helen_
OF _____
PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She had Ham Stan on the phone_

SIGNED _____
1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _____  TIME _09:47_ A.M. / P.M.
M _Eva Anderson_
OF _____
PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | X |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _That she called_

SIGNED _____
1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _3/18/05_  TIME _06:15_ A.M. / P.M.
M _____
OF _____
PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She can be tommorow here from 2pm to whenever._

SIGNED _____
1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _3/18/05_  TIME _4:31_ A.M. / P.M.
M _Sarah_
OF _____
PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Is it ok if I will come at 5 ? _

SAO01447

SIGNED _____
1184

## IMPORTANT MESSAGE

FOR _J. E._

DATE _8/19/05_ TIME _4:12_ A.M. PM

M _G. M._

OF ___

PHONE/ MOBILE ___

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _she left message on answering machine._

SIGNED _J._

1184

## IMPORTANT MESSAGE

FOR _8/19/05_                 _7:50_

DATE _Adriana_ TIME ___ A.M. P.M.

M ___

OF ___

PHONE/ MOBILE ___

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _try to get information Where he has to go to Hamptons and how to met this person? He can be reach on Tatiana cell phone_

SIGNED ___

1184

## IMPORTANT MESSAGE

FOR _JE_

DATE ___ TIME ___ A.M. P.M.

M ___

OF _Sarah_

PHONE/ MOBILE ___

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | X |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Glen Birtney work Sunday @ 4.00 and @ 4.30_

SIGNED ___

1184

## IMPORTANT MESSAGE

FOR _8/19/05_                 _7:55_

DATE _Adriana_ TIME ___ A.M. P.M.

M ___

OF ___

PHONE/ MOBILE ___

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _will be here tommorow at 11:00 AM_

SIGNED _J._

**SAO01448**

1184

## IMPORTANT MESSAGE

FOR _M. J. Epstein_

DATE _8/23/05_ TIME _2:18_ A.M. / P.M.

M _Alicia_

OF _____

PHONE/MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR _____

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _Sarah_

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Call her back, Please_

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR _M. J. Epstein_

DATE _8/22_ TIME _4:21_ A.M. / P.M.

M _Alicia_

OF _____

PHONE/MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please call her_

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR _M. J Epstein_

DATE _8/21_ TIME _11:39_ A.M. / P.M.

M _Nadia_

OF _____

PHONE/MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Emmy cannot work today. Ms Britney will be here at 6 pm._

SAO01449

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _J.E._
DATE _9/4_  TIME _9:05_ (A.M.) P.M.
M _Adriana_
OF
PHONE/
MOBILE

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _confirmed_
_at 11:00 AM_
_- 4:30 PM_

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _Jess Staley_
DATE _09/03/05_  TIME _4:40_ (A.M.) P.M.
M
OF
PHONE/
MOBILE

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _J.E._
DATE _9/4/05_  TIME _9:08_ (A.M.) P.M.
M _Adriana_
OF
PHONE/
MOBILE

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _It is O.K. for_
_Tathum to stop by_
_and drop something._

SIGNED _T._ 1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _09/03/05_  TIME _4:40_ (A.M.) P.M.
M _Jess Staley_
OF
PHONE/
MOBILE _631 283 0188_

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE

**SAO01450**

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _J. E._

DATE _9/10/05_   TIME _11:16_ (A.M.) P.M.

M _G. M._

OF

PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Dana Burns_
_got invitation_

SIGNED _T._    1184

---

## IMPORTANT MESSAGE

FOR _T. E._

DATE _9/5/05_   TIME _10:25_ (A.M.) P.M.

M _Brittney_

OF

PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _5:00 PM_
_is O.K. with her_

SIGNED _T_    1184

---

## IMPORTANT MESSAGE

FOR _J. E._

DATE _9/10/05_   TIME _11:16_ (A.M.) P.M.

M _G. M._

OF

PHONE/
MOBILE

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
_Dana Burns_
_got an invitation_

SIGNED _J_    1184

---

## IMPORTANT MESSAGE

FOR _J. E._

DATE _9/8/05_   TIME _4:30_ A.M. (P.M.)

M _Tatum_

OF

PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
_Her new phone #_
_574-0400_

SAO01451

SIGNED _J._    1184

## IMPORTANT MESSAGE

FOR _Mr. J.E._

DATE _11/08/04_   TIME _1:40_ A.M. (P.M.)

M _s_ _Katya_

OF ____

PHONE/ MOBILE _(917) 678-2772_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

_Please call her._

SIGNED ____   1184

---

## IMPORTANT MESSAGE

FOR _Mr. J.E._

DATE _11/08/04_   TIME _1:15_ A.M. (P.M.)

M ____

OF ____

PHONE/ MOBILE _(561)_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

_I have 2 Female_

_for him_

SIGNED ____   1184

---

## IMPORTANT MESSAGE

FOR _JE_

DATE ____   TIME _11:45_ A.M. P.M.

M _Adriana M._

OF ____

PHONE/ MOBILE ____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED ____   1184

---

## IMPORTANT MESSAGE

FOR _JE_

DATE ____   TIME _6:45_ A.M. P.M.

M _David Gicsof_

OF ____

PHONE/ MOBILE _4 5586 6355_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SAO01452

SIGNED ____   1184

**IMPORTANT MESSAGE**

FOR Mr. J.E.

DATE 12/13/04    TIME 9:36 A.M. P.M.

M _____

OF _____

PHONE/ MOBILE ( 561 ) ___ - ____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

Just tell him

that I called

SIGNED _____    1184

---

**IMPORTANT MESSAGE**

FOR _____

DATE 12/14/04    TIME ___ A.M. P.M.

M _____

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

Helly called

#561

308 0282

SIGNED _____    1184

---

**IMPORTANT MESSAGE**

FOR _____

DATE 12/14/04    TIME ___ A.M. P.M.

M _____

OF _____

PHONE/ MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

called to Edward

SIGNED _____    1184

---

**IMPORTANT MESSAGE**

FOR Mr. J.E

DATE 12/16/04    TIME 2:23 A.M. P.M.

M _____

OF Dragons

PHONE/ MOBILE ( 561 ) 379 - 5467

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SAO01453

SIGNED _____    1184

## IMPORTANT MESSAGE

FOR Mr. J.E.

DATE 12/19/04   TIME 10:55 A.M. / P.M.

M David Copperkld

OF

PHONE/MOBILE (866) 855-6110

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

I just want to say hello

SIGNED

1184

## IMPORTANT MESSAGE

FOR Mr. J.F.

DATE 12/1/04   TIME 2:45 A.M. / P.M.

M Darren

OF

PHONE/MOBILE (973) 537-1165

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Please tell him that I called

SIGNED

1184

## IMPORTANT MESSAGE

FOR Mr. J.E.

DATE 12/2/04   TIME 10:27 A.M. / P.M.

M Jess Stanley

OF

PHONE/MOBILE (212) 837-2375

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

"Returning your Cell"

SIGNED

1184

## IMPORTANT MESSAGE

FOR JE

DATE   TIME 2:15 A.M. / P.M.

M

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE just woke up - is on her way to pick her up now. So they will be late - closer to 3pm -

SIGNED

SAO01454

1184

## IMPORTANT MESSAGE

FOR __M. J E__

DATE __1/23/05__ TIME __10:05__ (A.M.) P.M.

M __Olivia__

OF _____

PHONE/ MOBILE __(917) 774 - 4452__

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

Please call her.

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR __Mr. J E__

DATE __1/23/05__ TIME __10:10__ (A.M.) P.M.

M __Cacha__

OF __Brazil__

PHONE/ MOBILE __00 55 11 83834951__

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

This is her new
call number. Please
call her

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR __J E.__

DATE __1/29/05__ TIME __9:00__ A.M. (P.M.)

M __Telera__

OF _____

PHONE/ MOBILE __(561) 667 - 1972__

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

Please call her back

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR __J E__

DATE __1/30/05__ TIME __4:10__ A.M. (P.M.)

M _____

OF _____

PHONE/ MOBILE __561) ___ ____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

"I have a female
for him"

SAO01455

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR Mr Epstein

DATE 02/02/03   TIME 8:54   A.M. / P.M.

M/ss BANU

OF

PHONE 310   498   30.45
AREA CODE   NUMBER   EXTENSION

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Could
for Please call back,
it's very important

SIGNED Evelyn

1184

## IMPORTANT MESSAGE

FOR JE

DATE 01/02/03   TIME 16:30   A.M. / P.M.

M CAROLINE CASEY.

OF

PHONE 889 5900
AREA CODE   NUMBER   EXTENSION

| TELEPHONED | | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED GM

1184

## IMPORTANT MESSAGE

FOR Gill

DATE   TIME   A.M. / P.M.

M

OF

PHONE
AREA CODE   NUMBER   EXTENSION

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Tammy PHONED
To CONFIRM 1c4m

SIGNED

1184

## IMPORTANT MESSAGE

FOR JE

DATE 01/02/03   TIME 21:06   A.M. / P.M.

M AMANDA

OF

PHONE 463 8470
AREA CODE   NUMBER   EXTENSION

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE WANTS TO KNOW
IF SHE SHOULD BRING
HER FRIEND HOLLY
WITH TONIGHT

SAO01456

SIGNED Machi

1184

item # d books

## IMPORTANT MESSAGE

FOR Jeffrey

DATE _____ TIME 5:11 A.M. P.M.

M Tatum

OF

PHONE/MOBILE 640-7912

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE has girl for tonight

SIGNED _____

1184

## IMPORTANT MESSAGE

FOR Mr. Epstein

DATE 4/24/04 TIME 8:20 A.M. P.M.

M Mr. Mark Epstein

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Call me in New York

SIGNED _____

1184

## IMPORTANT MESSAGE

FOR Mr. Epstein

DATE 4/20/04 TIME 5:24 A.M. P.M.

M Cade Ancott

OF

PHONE/MOBILE 410-255-8228

| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Will Be available At This Number For 30 min. Otherwise Tomorrow 9 Am To 100 Pm

SIGNED _____

1184

## IMPORTANT MESSAGE

FOR Jeffrey

DATE _____ TIME 1:23 A.M. P.M.

M Dr. moushuits

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE 561 346 6269

SAO01457

SIGNED _____

1184

## IMPORTANT MESSAGE

FOR Jeffrey

DATE _____ TIME 4:56 A.M. / P.M.

M _____

OF _____

PHONE/
MOBILE _____

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE Tatum is available
at 9:00

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _____

DATE _____ TIME _____ A.M. / P.M.

M LARRY

OF _____

PHONE/
MOBILE 917 - 868 - 6145

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE Returning call

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _____

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _____

PHONE/
MOBILE _____

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _____

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _____

DATE 4/25/04 TIME _____ A.M. / P.M.

M Eva Dubin

OF _____

PHONE/
MOBILE 914 - 669 - 4651

| TELEPHONED | PLEASE CALL | X |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _____

SAO01458

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR MR EP*IN

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

_____

_____

_____

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR JENN-FER

DATE C4.09 TIME 2.00 A.M. / P.M.

M Q H2.S7orion

OF _____

PHONE/MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE TUESDAY AT 9 AN

CC PLEASE CALL

on HIS CALL

IF YOU NEED

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR MR EPSTEIN

DATE 05.02 TIME 4.15 A.M. / P.M.

M TATUM

OF _____

PHONE/MOBILE # 2010237

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

_____

_____

_____

SIGNED _____

## IMPORTANT MESSAGE

FOR JE

DATE _____ TIME 3.15 A.M. / P.M.

M Carolyn Andriano

OF _____

PHONE/MOBILE 850-7047

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Kim wants to

work

SAO01459

SIGNED _____

## IMPORTANT MESSAGE

FOR _Jatiwa_

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _____

PHONE/ MOBILE _577 - 5896_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

_____

_____

_____

_____

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR _SARAH_

DATE _6.2 2004_ TIME _3.55_ A.M. / P.M.

M _Mr. Ge_

OF _____

PHONE/ MOBILE _917 991 4560._

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

_CALLED SAYING_

_SOME ONE CALLED_

_FROM PALM BEACH_

_G._

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR _Jatum_

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She'll be here_

_at 5.30_

_____

_____

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR _Mr. Epstein_

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _Ms. Maxwell_

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

_____

_____

SAO01460

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _SARAH_

DATE _07/10/04_   TIME _6:33_ A.M. / P.M.

M _____

OF _RAGHU_

PHONE/MOBILE _+ cit 711144_

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _PL CALL_

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR _MR EPSTEIN_

DATE _____   TIME _____ A.M. / P.M.

M _CECICIA (OFFICE)_

OF _____

PHONE/MOBILE _212 759 1176_

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR _SARAH_

DATE _____   TIME _____ A.M. / P.M.

M _MILES_

OF _LESLIE_

PHONE/MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR _MR EPSTEIN_

DATE _7/9/04_   TIME _7:50_ A.M. / P.M.

M _____

OF _TATUM_

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _"BRITTNY IS AVAILABLE ON TUESDAY NO ONE FOR TOMORROW"_

SAO01461

SIGNED _____

## IMPORTANT MESSAGE

FOR _JE_

DATE _____ TIME _10_ A.M. / P.M.

M _JeoStally_

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | X |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _SARAH._

DATE _7/17/04_ TIME _8·02_ A.M. / P.M.

M _____

OF _GEORGE_

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE " I AM JET-LAG AND
NODDING OFF. JUST SAY
I CALLED HER."

SIGNED _Ru_   1184

## IMPORTANT MESSAGE

FOR _MR EPSTEIN_

DATE _7/17/04_ TIME _6·55_ A.M. / P.M.

M _____

OF _TATUM_

PHONE/MOBILE _561) 201 0237_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ' ME & COURTNEY CAN
COME TOMORROW ANY
TIME OR TATUM ALONE

SIGNED _Ru_   1184

## IMPORTANT MESSAGE

FOR _SARAH OR MR EPSTEIN_

DATE _07/17/04_ TIME _6·45_ A.M. / P.M.

M _____

OF _____

PHONE/MOBILE (561) _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ' WAS IN A CAR
ACCIDENT ON HER WAY
SO CAN NOT COME.
SHE JUST GOT BACK

SAO01462

SIGNED _Ru_   1184

## IMPORTANT MESSAGE

FOR _J E_

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _SARAH_

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | ✓ | SPECIAL ATTENTION | |

MESSAGE _George's flight was cancelled .. She would like you to call her back_

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _SARAH_

DATE _07/10/04_ TIME _7·52_ A.M. / P.M.

M _____

OF _GLEN DUBIN_

PHONE/MOBILE _212  238  4544_

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _" PL· CALL BACK "_

SIGNED _hu_ 1184

## IMPORTANT MESSAGE

FOR _MR· EPSTEIN_

DATE _7/19/04_ TIME _3:00_ A.M. / P.M.

M _____

OF _TATUM_

PHONE/MOBILE _561  201  0237_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _" IS IT OK TO TAKE A TAXI "_

SIGNED _____

## IMPORTANT MESSAGE

FOR _JE_

DATE _____ TIME _4:30_ A.M. / P.M.

M _Zorro —_

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _They are replacing the board & everything should be fixed & running by tom tonight_

SIGNED _____

SAO01463

## IMPORTANT MESSAGE

FOR JEFFREY

DATE Aug 2 — TIME 12:45 A.M./P.M.

M TATUM & RHIANNA

OF

PHONE/MOBILE 201-6337

| | | | |
|---|---|---|---|
| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE THEY ARE AVAILABLE ALL WEEKEND AND ~~PROBABLE~~ MAYBE DANA too.

SIGNED Nicole Wyse

1184

---

## IMPORTANT MESSAGE

FOR MR EPSTEIN

DATE 7/25/04 — TIME 5.02 A.M./P.M.

M

OF SNYDER

PHONE/MOBILE 914 763 9167

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE "RETURNING YOUR CALL"

SIGNED

1184

---

## IMPORTANT MESSAGE

FOR SARA

DATE Aug. 2 — TIME 2:00 A.M./P.M.

M Nicole Hysse

OF

PHONE/MOBILE Nick cell 330-6777

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | ✓ |

MESSAGE Please call IN reference to the tickets there are I would check over the Maxwell's request.

SIGNED Nicole Hyss

1184

---

## IMPORTANT MESSAGE

FOR MR EPSTEIN

DATE 7/25/04 — TIME 1.48 A.M./P.M.

M

OF MS MAXWELL

PHONE/MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | ✓ | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE "TELL HIM TO CALL ME"

SAO01464

SIGNED

1184

## IMPORTANT MESSAGE

FOR MR. EPSTEIN

DATE _____ TIME _____ A.M. / P.M.

M _____

OF MR. ANYWELL

PHONE/ MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR JE

DATE _____ TIME 7 A.M. / P.M.

M _____

OF Fri Lady

PHONE/ MOBILE 662-5098

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She said if she
can't come today then
before thes - or later
after 4 a 6 so or so
'coz she has b-day
dinner w/ her grandfa

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR MR. EPSTEIN

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She will see you
at 7 30

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR MR. Epstein

DATE _____ TIME 2:18 A.M. / P.M.

M Manuela

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She said that some
of her messages said
that she's sorry for
not seeing you in
California

SAO01465

SIGNED _____ 1184