# EXHIBIT 3
# PART 2

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _____ TIME _____ A.M. P.M.

M _____

OF _____

PHONE/MOBILE _____

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _Cecilia_

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR _Jr_

DATE _____ TIME _____ A.M. P.M.

M _____

OF _Joel_ _718 - 1921_

PHONE/MOBILE _EMU for tmr_

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _SHE WANTS TO confirm at 11:_ _Tomorrow._

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR _JE_

DATE _____ TIME _____ A.M. P.M.

M _TATUM_

OF _____

PHONE/MOBILE _____

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _IF ANY GIRL_ _NOT AVAILABLE_ _THIS CALL_

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR _MR. EPSTEIN_

DATE _____ TIME _____ A.M. P.M.

M _TATUM_

OF _____

PHONE/MOBILE _____

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _TAMIKA CAN'T DO_ _IT TOMORROW 4:30_ _BUT VIVIAN'S_ _AVAILABLE_

SIGNED _____ 1184

SAO01466

## IMPORTANT MESSAGE

FOR _JE_

DATE _____ TIME _9:45_ A.M. / P.M.

M _Sue Hamlin_

OF _____

PHONE/ MOBILE _212 472 9606_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _JE_

DATE _____ TIME _3:25_ A.M. / P.M.

M _____

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Her friend got in a car accident Friday & she didn't have any minutes left on her phone - $ she couldn't call bring ___ neither to ____

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _JE_

DATE _____ TIME _9:30_ A.M. / P.M.

M _Glen - in office_

OF _____

PHONE/ MOBILE _212 287 9999_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _JE_

DATE _____ TIME _8:30_ A.M. / P.M.

M _Katherine M_

OF _____

PHONE/ MOBILE _1 720 49 6976_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please call_

SAO01467

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR JF

DATE _____ TIME 4:30 A.M./P.M.

M Julie

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Wondering if she can work tomorrow

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR JF

DATE _____ TIME 9:17 A.M./P.M.

M DR JERACKY

OF _____

PHONE/MOBILE 212. 986. 1440

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Returning your call

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR JF

DATE _____ TIME 8:07 P.M.

M LAlYA DONFRY

OF _____

PHONE/MOBILE 561. 953. 4639

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE HER mother and your mother were best friends and she wants to speak w/you

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR JF

DATE _____ TIME 7:02 P.M.

M Svetlana

OF _____

PHONE/MOBILE 9177743 0001

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SAO01468

SIGNED _____ 1184

ITEM   T-1

## IMPORTANT MESSAGE

FOR _J. E._

DATE _10/1/05_   TIME _2:50_ A.M. / P.M.

M _Nadia_

OF _____

PHONE/ MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _J_   1184

## IMPORTANT MESSAGE

FOR _J. E._

DATE _10/1/05_   TIME _9:50_ A.M. / P.M.

M _Sarah_

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ___ ___ confirmed
at 11 AM
and ___ - 4 PM

SIGNED _J_   1184

## IMPORTANT MESSAGE

FOR _J. E._

DATE _10/1/05_   TIME _7:10_ A.M. / P.M.

M _John Brockman_

OF _____

PHONE/ MOBILE _(212) 595 - 0208_

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _J_   1184

## IMPORTANT MESSAGE

FOR _J. E._

DATE _10/1/05_   TIME _10:15_ A.M. / P.M.

M _Tatum_

OF _____

PHONE/ MOBILE _574 - 0400_

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

**SAO01469**

SIGNED _J_   1184

## IMPORTANT MESSAGE

FOR _J. E._

DATE _10/2/05_ TIME _10:40_ A.M. / P.M.

M _Sarah_

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Julie is sick and she can't come today_

SIGNED _J._

1184

## IMPORTANT MESSAGE

FOR _J. E._

DATE _10/1/05_ TIME _7:20_ A.M. / P.M.

M _Jerry Goldsmith_

OF _____

PHONE/ MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _J._

1184

## IMPORTANT MESSAGE

FOR _Mr. J. Epstein_

DATE _Oct. 2.05_ TIME _12:30_ A.M. / P.M.

M _Tatum_

OF _____

PHONE/ MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

_# 574-0400 (501)_

SIGNED _L_

1184

## IMPORTANT MESSAGE

FOR _J. E._

DATE _10/2/05_ TIME _10:20_ A.M. / P.M.

M _Julie_

OF _301 - 3590_

PHONE/ MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SAO01470

SIGNED _J_

1184

## IMPORTANT MESSAGE

FOR _J. E._

DATE _10/3/05_   TIME _2:50_ A.M. (P.M.)

M _Tila_

OF

PHONE/ MOBILE _(917) 603 - 2296_

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _T_    1184

## IMPORTANT MESSAGE

FOR _J. E._

DATE _10/2/05_   TIME _9:05_ A.M. (P.M.)

M _Sandy Berger_

OF

PHONE/ MOBILE _(516) 753 - 2661_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Can you call him_
_at this # between_
_10⁰⁰ - 10³⁰ PM_

SIGNED _T_    1184

## IMPORTANT MESSAGE

FOR _J. E._

DATE _10/3/05_   TIME _4:10_ A.M. (P.M.)

M _Sarah_

OF

PHONE/ MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Ashley will be_
_1/2 hour late_

## IMPORTANT MESSAGE

FOR _Mr. J. Epstein_

DATE _10 - 2 - 05_   TIME _12:30_ A.M. P.M.

M _Natalie_

OF

PHONE/ MOBILE

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SAO01471

Item # 90

## IMPORTANT MESSAGE

FOR __Mr. J.E.__

DATE __12/7/04__ TIME __6:15__ A.M. / P.M.

M __Tatum__

OF _____

PHONE/MOBILE __(561) 640-0239__

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

Please call her

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR __Mr. J.E.__

DATE __12/09/04__ TIME __7:05__ A.M. / P.M.

M __David Copperfield__

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

"Just called to say hello"

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR __Mr. J.E.__

DATE __12/09/04__ TIME __7:10__ A.M. / P.M.

M __Anybody__

OF __TEXACO  Record#__

PHONE/MOBILE __1-888-279-5101 X 3108__

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

This is in reference

to his investment in

Texaco, Record #3108

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _____

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SAO01472

SIGNED _____ 1184

SC1164 10/01

## IMPORTANT MESSAGE

FOR Sarah

DATE 12/19/04   TIME 9:45 A.M. P.M.

M

OF

PHONE/MOBILE (561)

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE

Please Call her to set up time for tomorrow

SIGNED

1184

## IMPORTANT MESSAGE

FOR JE

DATE 1/12/05   TIME 4:10 A.M. P.M.

M Alicia

OF

PHONE/MOBILE (305) 588 — 8013

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE

Please cell her

SIGNED

1184

## IMPORTANT MESSAGE

FOR J.E

DATE 1/12/05   TIME 4:25 A.M. P.M.

M Lawrence Krauss

OF

PHONE/MOBILE (216) 970 — 3496

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE

He left a message in NY Office, and wants to follow the conversation.

SIGNED

1184

## IMPORTANT MESSAGE

FOR J.E

DATE 1/12/05   TIME 4:25 A.M. P.M.

M Lawrence Krauss

OF

PHONE/MOBILE (216) 970 — 3496

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE

He left a message in NY and wants to follow up on the conversation.

SAO01473

SIGNED

1184

## IMPORTANT MESSAGE

FOR _Sarah_

DATE _3/20/05_  TIME _1.10_ A.M. / P.M.

M _Haley_

OF _____

PHONE/ MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Life Per cell #_

_308-0282_

SIGNED _α_  1184

## IMPORTANT MESSAGE

FOR _J.E._

DATE _3/18/05_  TIME _8:05_ A.M. / P.M.

M _Jeff Steely_

OF _(212) 744-0770_

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _J._  1184

## IMPORTANT MESSAGE

FOR _Ms. G. Maxwell_

DATE _3/19/05_  TIME _3:45_ A.M. / P.M.

M _Ena_

OF _Spa The Breakers_

PHONE/ MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Appointment is at_
_9:30ᵃᵐ tomorrow._
_Christine is not_
_available, if it's_
_okay to have_
_another person._

SIGNED _α_

## IMPORTANT MESSAGE

FOR _J.E._

DATE _3/18/05_  TIME _12:55_ A.M. / P.M.

M _Sarah_

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SAO01474

SIGNED _J._

SC1184 1001

## IMPORTANT MESSAGE

FOR _J. E._
DATE _4/20/05_   TIME _8:10_ A.M. P.M.
M _Tatum_
OF ___
PHONE/ MOBILE ___

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ___

SIGNED _J._   1184

## IMPORTANT MESSAGE

FOR _Sarah_
DATE _4/20/05_   TIME _1:10_ A.M. P.M.
M _Tatum_
OF ___
PHONE/ MOBILE ___

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Left her tel #_
_√61 - 634-664:_

SIGNED _α_   1184

## IMPORTANT MESSAGE

FOR _J. E._
DATE _4/28/05_   TIME _9:05_ A.M. P.M.
M _Jean Luc_
OF ___
PHONE/ MOBILE ___

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _I need a big_
_favor. I hope_
_you will do it._

SIGNED _J._   1184

## IMPORTANT MESSAGE

FOR _J. E._
DATE _4/26/05_   TIME _7:10_ A.M. P.M.
M _Mrs Wexier_
OF ___
PHONE/ MOBILE ___

| TELEPHONED | | PLEASE CALL | X |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ___

SAO01475

SIGNED _J._   1184

## IMPORTANT MESSAGE

FOR _J.E._
DATE _8/20/05_   TIME _8:45_ A.M. / P.M.
M _Tony_
OF _____
PHONE/
MOBILE _(561) 790-5475_

| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _J_

## IMPORTANT MESSAGE

FOR _J.E._
DATE _8/20/05_   TIME _12:40_ A.M. / P.M.
M _Tatham_
OF _____
PHONE/
MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please call him_

SIGNED _J_

## IMPORTANT MESSAGE

FOR _J.E._
DATE _8/20/05_   TIME _8:50_ A.M. / P.M.
M _Adriana_
OF _____
PHONE/
MOBILE _____

| TELEPHONED | X | PLEASE·CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Britney - confirmed
at 4 PM
Who is scheduled
for morning?
I believe Julie wants
to work._

SIGNED _J_

## IMPORTANT MESSAGE

FOR _J.E._
DATE _8/20/05_   TIME _7:30_ A.M. / P.M.
M _Sarah_
OF _____
PHONE/
MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | ✓ |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | X | SPECIAL ATTENTION | |

MESSAGE _____

SAO01476

SIGNED _J_

## IMPORTANT MESSAGE

FOR _J.F._

DATE _9/3/05_   TIME _8.50_ A.M. / P.M.

M _Adriana_

OF

PHONE/MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _I left message for Ashley to confirm for 11:00 AM and Vanessa for 4:30 PM_

SIGNED _T_   1184

## IMPORTANT MESSAGE

FOR _J.F._

DATE _8/22/05_   TIME _9:2_ A.M. / P.M.

M _Nicole_

OF

PHONE/MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _T_   1184

## IMPORTANT MESSAGE

FOR _J.F._

DATE _9/4/05_   TIME _12:55_ A.M. / P.M.

M _Brittney_

OF

PHONE/MOBILE _662 - 3093_

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She would like to reschedule her time._

SIGNED _T_   1184

## IMPORTANT MESSAGE

FOR _J.F._

DATE _8/22/05_   TIME _____ A.M. / P.M.

M _C M_

OF

PHONE/MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SAO01477

SIGNED _T_   1184

#2

3 MESSAGE BOOKS

BK-1
BK-2
BK-3

SAO2826

## IMPORTANT MESSAGE

FOR _MR Epstein_

DATE _4/23/04_   TIME _6:40_  A.M. / P.M.

M _MARK Epstein_

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _FYI YOUR mom_

SIGNED _____   1184

---

## IMPORTANT MESSAGE

FOR _MR Maxwell_

DATE _4/23/04_   TIME _5:??_  A.M. / P.M.

M _bellem_

OF _____

PHONE/MOBILE _Office_

| TELEPHONED | ✗ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____   1184

---

## IMPORTANT MESSAGE

FOR _MR Epstein_

DATE _____   TIME _____  A.M. / P.M.

M _MARK Epstein_

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____   1184

---

## IMPORTANT MESSAGE

FOR _MR Maxwell_

DATE _4/23/04_   TIME _5:37_  A.M. / P.M.

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SAO2827

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR Jeffrey

DATE _____ TIME 5:11 A.M. / P.M.

M Tatum

OF _____

PHONE/ MOBILE 640-7912

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE has girl for
tonight

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR Mr. Epstein

DATE 4/24/04 _____ TIME 8:29 A.M. / P.M.

M R. Mark Epstein

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Call me in
New york

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR MIR Epstein

DATE 4/24/04 _____ TIME 5:29 A.M. / P.M.

M R Ladenson

OF _____

PHONE/ MOBILE 410-255-8228

| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Will Be available
At This Number For
30 min. Otherwise Tomorrow
9 AM To 1:00 PM

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR Jeffrey _____ TIME 1230 A.M. / P.M.

DATE _____

M Dr. moushwits

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE 561 346 6269

SAO2828

SIGNED _____

## IMPORTANT MESSAGE

FOR Jeffrey

DATE _____ TIME 4:56 A.M. / P.M.

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Tatum is availible at 9:00

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR Ms Maxwell

DATE 4/25/04 TIME 9:50 A.M. / P.M.

M Larry

OF _____

PHONE/MOBILE 917-868-6145

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Returning call

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _____

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR MR Epstein

DATE 4/25/04 TIME 9:08 A.M. / P.M.

M Eva Dubin

OF _____

PHONE/MOBILE 374-669-4651

| TELEPHONED | | PLEASE CALL | ✗ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SAO2829

SIGNED _____ 1184

**IMPORTANT MESSAGE**

FOR _6 m_
DATE _7/28/04_   TIME _2 00_  A.M. / P.M.
M _Martha_
OF _Colonial Bank_
PHONE/MOBILE _653-5593_

| | | |
|---|---|---|
| TELEPHONED | PLEASE CALL | |
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOUR CALL | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____   1184

---

**IMPORTANT MESSAGE**

FOR _MS. MAXWELL_
DATE _04/25/04_   TIME _6.55_  A.M. / P.M.
M _S. NECOLE HESSE_
OF _____
PHONE/MOBILE _832 6777_

| | | |
|---|---|---|
| TELEPHONED | PLEASE CALL | |
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOUR CALL | SPECIAL ATTENTION | |

MESSAGE _RETURNIN YOUR CALL_

SIGNED _Rushi_   1184

---

**IMPORTANT MESSAGE**

FOR _____
DATE _____   TIME _____  A.M. / P.M.
M _Amy Birse_
OF _____
PHONE/MOBILE _561-373-9042_

| | | |
|---|---|---|
| TELEPHONED | PLEASE CALL | X |
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOUR CALL | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____   1184

---

**IMPORTANT MESSAGE**

FOR _Jeffrey_
DATE _____   TIME _____  A.M. / P.M.
M _Ghislaine_
OF _____
PHONE/MOBILE _____

| | | |
|---|---|---|
| TELEPHONED | PLEASE CALL | |
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOUR CALL | SPECIAL ATTENTION | |

MESSAGE _would be helpful to_
_have & _____ come to_
_Palm Beach today to stay_
_here and help train new_
_staff with Ghislaine_

SAO2830

SIGNED _____

## IMPORTANT MESSAGE

FOR MR E̶p̶̶s̶t̶̶

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

_____

_____

_____

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR JENNIFER

DATE 04.29 TIME 2.50 AM / PM

M CHRISTOPHER

OF _____

PHONE/ MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

TUESDAY AR 8 AM

OE PLEASE CALL

ON HIS CELL

IF YOU NEED

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR MR EPSTEIN

DATE 05.02 TIME 4.15 AM / P.M.

M TATUM

OF _____

PHONE/ MOBILE # 2010237

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

_____

_____

_____

SIGNED

## IMPORTANT MESSAGE

FOR JE

DATE _____ TIME 3.15 AM / PM

M Carolyn Andriano

OF _____

PHONE/ MOBILE 856-7647

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Kim wants to

work

SAO2831

SIGNED

## IMPORTANT MESSAGE

FOR _MR EPSTEIN_

DATE _5.3.04_   TIME _7_   A.M. / P.M.

M _____

OF _____

PHONE/MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _THERE IS A BEEP - CONTINOUS COMING FROM COMPUTER IN CABANA_

SIGNED _LUCIAN_

1184

## IMPORTANT MESSAGE

FOR _MR EPSTEIN_

DATE _5.2.04_   TIME _4.15_   A.M. / P.M.

M _TATUM_

OF _____

PHONE/MOBILE _201 0327_

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _CALLED_

SIGNED _____

1184

## IMPORTANT MESSAGE

FOR _JE_

DATE _____   TIME _5.14_   A.M. / P.M.

M _Joan Luc_

OF _____

PHONE/MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _He just did a good one - 18 years - (she spoke to me & said "I love Jeffrey")_

SIGNED _____

1184

## IMPORTANT MESSAGE

FOR _JE_

DATE _____   TIME _9.15_   A.M. / P.M.

M _Eva_   _Monday night_

OF _____

PHONE/MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SAO2832

SIGNED _____

1184

## IMPORTANT MESSAGE

FOR _05/21/04_

DATE _FOR MR EPSTEIN_ TIME _5.37_ A.M. / P.M.

M _JERRY GOLDSMITH_

OF _____

PHONE/MOBILE _561 844 9715_

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _" PLEASE CALL ME "_

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _MR ETSIEIN_

DATE _____ TIME _8.30_ A.M. / P.M.

M _SARAH_

OF _____

PHONE/MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _WILL CALL BACK_

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _MR EPSTEIN_

DATE _05/21/04_ TIME _4.38_ A.M. / P.M.

M _JOHANNA FJOBERG_

OF _(561)_

PHONE/MOBILE _714 0546_

| | | | |
|---|---|---|---|
| TELEPHONED | ✓ | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _" CALLED "_

_" CALL BACK "_

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _05/21/04_

DATE _TO MR EPSTEIN_ TIME _12.35_ A.M. / P.M.

M _____

OF _CHRIS CONDON (MS)_

PHONE/MOBILE _BOA 2 561 301 2211_

| | | | |
|---|---|---|---|
| TELEPHONED | ✓ | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _CALLED_

SAO2833

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _MR EPSTEIN_

DATE _____ TIME _1_ A.M. / P.M.

M _LARRY_

OF _____
PHONE/MOBILE _917 868 6145_

| | | | |
|---|---|---|---|
| TELEPHONED | ✓ | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _WHETHER MR EPSTEIN WILL BE AVAILABLE TO TEST DRIVE A CAR At 2:30PM_

SIGNED _____
1184

## IMPORTANT MESSAGE

FOR _SARAH_

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _____
PHONE/MOBILE _561-_

| | | | |
|---|---|---|---|
| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _CALLED_

SIGNED _____
1184

## IMPORTANT MESSAGE

FOR _MR EPSTEIN_

DATE _8·22·04_ TIME _1·50_ A.M. / P.M.

M _S WEXNER_

OF _____
PHONE/MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _SITTING IN THIRD PLACE_

SIGNED _____
1184

## IMPORTANT MESSAGE

FOR _MR EPSTEIN_

DATE _05/21/04_ TIME _6.49_ A.M. / P.M.

M _JES STALEY_

OF _____
PHONE/MOBILE _212 744 0770_

| | | | |
|---|---|---|---|
| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _"CALL ME"_

SAO2834

SIGNED _____
1184

## IMPORTANT MESSAGE

FOR Jef

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR MR EPSTEIN

DATE _____ TIME _____ A.M. / P.M.

M JEFF STALEY

OF _____

PHONE/MOBILE 212 744 0770

| TELEPHONED | | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE (CALLED)

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR MR · EPSTEIN

DATE 6/5/04 TIME 2·13 A.M. / P.M.

M SDETLANA

OF _____

PHONE/MOBILE 917 774 3061

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE CALLED

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _____

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Jamie is $

SIGNED _____ 1184

SAO2835

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _____ TIME _____ A.M. P.M.

M _Ghislaine_

OF _called_

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _06/06/04_

DATE _FOR MR EPSTEIN_ TIME _7.44_ A.M. P.M.

M _MS. MAXWELL_

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _" CALLED BUT NOT VERY IMPORTENT "_

SIGNED _R_ 1184

## IMPORTANT MESSAGE

FOR _MR EPSTEIN_

DATE _06/11/04_ TIME _1.48_ A.M. P.M.

M _FRANCIS WARD_

OF _____

PHONE/ MOBILE _(561) 346 1715_

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _CALL BACK_

SIGNED _R_ 1184

## IMPORTANT MESSAGE

FOR _MR. EPSTEIN_

DATE _6/6/04_ TIME _8.57_ A.M. P.M.

M _TONY_

OF _____

PHONE/ MOBILE _790 5475_

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _" WILL BE COMING AT 11 AM TODAY_

SAO2836

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _Tatina_

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _____

PHONE/ MOBILE _577 - 5896_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR _SARAH_

DATE _6.12.2004_ TIME _3.55_ A.M. / P.M.

M _Jo Jo_

OF _____

PHONE/ MOBILE _917 975 4500._

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _CALLED. SAYING_
_SOME ONE CALLED_
_FROM PALM BEACH_

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR _Tatima_

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She'll be here_
_at 5.30_

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR _MR. Epstein_

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _Ms. Maxwell_

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SAO2837

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _MR. EPSTEIN_

DATE _____ TIME _1·00_ A.M./P.M.

M _Darren_

OF _____

PHONE/MOBILE _____

| | | |
|---|---|---|
| TELEPHONED | | PLEASE CALL |
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE _He said that he got a call from Byron_

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _MR. EPSTEIN_

DATE _7/6_ TIME _8·00_ A.M./P.M.

M _DARREN_

OF _____

PHONE/MOBILE _____

| | | |
|---|---|---|
| TELEPHONED | ✔ | PLEASE CALL |
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE _____

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _JE_

DATE _6/JULY_ TIME _1.30_ A.M./P.M.

M _____

OF _CAROLINE Ambrosio_

PHONE/MOBILE _____

| | | |
|---|---|---|
| TELEPHONED | | PLEASE CALL |
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE _I need a work I meen lady, I don't love money Do you have some work for me?_

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _Sarah_

DATE _____ TIME _8.10_ A.M./P.M.

M _____

OF _____

PHONE/MOBILE _Johanna_

| | | |
|---|---|---|
| TELEPHONED | | PLEASE CALL |
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE _____

SAO2838

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _MR. EPSTEIN_

DATE _____ TIME _3.05_ A.M. / P.M.

M _Roger_

OF _____

PHONE/MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
_He said that he got a call from Egret_

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR _MR. EPSTEIN_

DATE _07/67_ TIME _11.00_ A.M. / P.M.

M _____

OF _Takumi/Cheffin_

PHONE/MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
_She has a person available for 4.00 Her name is Sabrina_

_Call her at 201.0237_

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR _JE_

DATE _07/67_ TIME _12.70_ A.M. / P.M.

M _____

OF _w/Mark Epstein_

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
_Call him at his cellphone_

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR _JE_

DATE _7/7_ TIME _2.00_ A.M. / P.M.

M _____

OF _Darren_

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SAO2839

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR: MR. EPSTEIN

DATE: 7.9.2004   TIME: 1.30 A.M. / P.M.

M: SCHANZ

OF:

PHONE/MOBILE: 516 791 0044

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE: CALLED

SIGNED: _____   1184

## IMPORTANT MESSAGE

FOR: MR EPSTEIN

DATE: 5/13   TIME: 6.45 A.M. / P.M.

M: IVAN ROSH

OF:

PHONE/MOBILE: 914-393-1225

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE: 

SIGNED: _____   1184

## IMPORTANT MESSAGE

FOR: SARAH

DATE: 7/9/04   TIME: 10.36 A.M. / P.M.

M:

OF: LESLIE (N.Y OFFICE)

PHONE/MOBILE: 203 972 4488

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE: SHE IS WORKING FROM HOME TODAY PL CALL THE ABOVE # ASAP

SIGNED: _____   1184

## IMPORTANT MESSAGE

FOR: MR. EPSTEIN

DATE: 5/19   TIME: 6.35 A.M. / P.M.

M: MAXWELL &

OF: WARREN

PHONE/MOBILE:

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE: PLEASE CALL WHEN POSSIBLE

SAO2840

SIGNED: _____   1184

## IMPORTANT MESSAGE

FOR __BARAHIN__

DATE __07/10/2014__   TIME __6:33__ A.M. / P.M.

M __SCHANZ__

OF __RAGHU__

PHONE/MOBILE __+516 791 0044__

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE __PL CALL__

__§ CALLED__

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR __MR EPSTEIN__

DATE _____   TIME __9__ A.M. / P.M.

M __GEORGIA (OFFICE)__

OF _____

PHONE/MOBILE __917 7592171625__

| TELEPHONED | | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR __SARAH H__

DATE __7/9/04__   TIME __10:36__ A.M. / P.M.

M __MILES.__

OF __LESLIE (NY OFFICE)__

PHONE/MOBILE __203 472 4488__

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE __SHE IS WORKING__
__FROM HOME ALL DAY__
__PL CALL BACK THE ABOVE__
__# ASAP.__

SIGNED __R__ 1184

---

## IMPORTANT MESSAGE

FOR __MR EPSTEIN__

DATE __7/9/04__   TIME __7:50__ A.M. / P.M.

M S __MAXWELL &__

OF __TATUM__

PHONE/MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE __"BRITTNY IS__
__AVAILABLE" ON TUESDAY__
__NO ONE FOR TOMORROW__

SAO2841

SIGNED __R__ 1184

## IMPORTANT MESSAGE

FOR MR EPSTEIN

DATE _____ TIME 9.19 A.M. / P.M.

M _____

OF MANUELA

PHONE/MOBILE _____ 44

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE " I LOOKED ON THE ELEVATION AND WE HAVE TO TALK OA BEAUCE OF THE MISTAKES AROSE, NOW I AM GOING TO THE GYM AND WILL CALL LATER "

SIGNED R 1184

## IMPORTANT MESSAGE

FOR _____

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR MR EPSTEIN

DATE 01/17/04 TIME 8.20 A.M. / P.M.

M _____

OF JOHN LUKE

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE SAY I CALLED _____

SIGNED R 1184

## IMPORTANT MESSAGE

FOR JE

DATE _____ TIME 10.20 A.M. / P.M.

M Matt Zuckerman

OF _____

PHONE/MOBILE 212 326-4011

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SAO2842

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR JE

DATE _____ TIME 430 A.M./P.M.

M GlenDubin

OF _____

PHONE/MOBILE _____

| TELEPHONED | PLEASE CALL |
|---|---|
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE Will be home (NY)
in 20 Min —
please call

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR Mr Epstein.

DATE 7/18/04 TIME 3:00 A.M./P.M.

M ROGER

OF _____

PHONE/MOBILE (He has my #)

| TELEPHONED | PLEASE CALL |
|---|---|
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE " TELL HIM I SENT
ANOTHER ONE TO READ"

SIGNED Rv 1184

## IMPORTANT MESSAGE

FOR MR. EPSTEIN

DATE 7/19/04 TIME 300 A.M./P.M.

M TATUM

OF _____

PHONE/MOBILE (561) 201 0237

| TELEPHONED | PLEASE CALL |
|---|---|
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE " IS IT OK TO
TAKE A TAXI"

SIGNED Rv 1184

## IMPORTANT MESSAGE

FOR Mr. Epstein

DATE 07/17/04 TIME 2·48 A.M./P.M.

M _____

OF PETER FROM LONDON

PHONE/MOBILE ( DID NOT GIVE THE #)

| TELEPHONED | PLEASE CALL |
|---|---|
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE " I AM RETUNING
YOUR CALL"

SAO2843

SIGNED Rv 1184

## IMPORTANT MESSAGE

FOR JE _____ A.M. / P.M.

DATE _____ TIME _____

M _____

OF SARAH _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____
• SHE LEFT MESSAGES FOR
EVERYBODY

• SU

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR MR EPSTEIN _____

DATE 7/24 _____ TIME 1.39 A.M. / P.M.

M DR JARECKI _____

OF _____

PHONE/MOBILE 914 527 3254

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____
WANTS TO
TALK TO YOU.

SIGNED G _____ 1184

---

## IMPORTANT MESSAGE

FOR _____ A.M. / P.M.

DATE _____ TIME _____

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR MR. EPSTEIN _____

DATE 7-24 _____ TIME 1.39 A.M. / P.M.

M SARAH _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____
CALLED —

SAO2844

SIGNED _____

## IMPORTANT MESSAGE

FOR Jo Jo

DATE 8/6/04   TIME 12:00 AM

M

OF Dave

PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Arriving at
Customs at 8:15

Need 2 vehicles
(5) people

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR JE

DATE Nadia   TIME 930 PM

M

OF

PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE will phone again

in 1/2 hr.

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR JT

DATE ____   TIME ____ A.M. P.M.

M

OF   t J A

PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | ✓ |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR JE

DATE ____   TIME 1135 A.M. P.M.

M Abe Gossman

OF

PHONE/
MOBILE 818 8162

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | ✗ |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SAO2845

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _MR EPSTEIN_

DATE _8/20/04_ TIME _6.30_ A.M. P.M.

M _____

OF _____

PHONE/MOBILE _(917) 774 4452_

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _ALICIA CALLED_

_(917) 774 4452_

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _____

DATE _____ TIME _____ A.M. P.M.

M _____

OF _____

PHONE/MOBILE _____

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _____

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _MR. EPSTEIN_

DATE _____ TIME _7.30_ A.M. P.M.

M _Polina_

OF _1-917-612-3450_

PHONE/MOBILE _Che> in the neighbor_

| | |
|---|---|
| TELEPHONED | ✓ | PLEASE CALL |
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE _____

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _JE_

DATE _____ TIME _11:50_ A.M. P.M.

M _Darren - office_

OF _____

PHONE/MOBILE _____

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _____

SAO2846

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _J.E_____

DATE _____ TIME _9:40_ A.M. / P.M.

M _Lawrence_____

OF _____

PHONE/MOBILE _31ma_____

| TELEPHONED | ✓ | PLEASE CALL |  |
|---|---|---|---|
| CAME TO SEE YOU |  | WILL CALL AGAIN |  |
| WANTS TO SEE YOU |  | RUSH |  |
| RETURNED YOUR CALL |  | SPECIAL ATTENTION |  |

MESSAGE _____

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _J.E_____

DATE _8/20_ TIME _9.40_ A.M. / P.M.

M _____

OF _561_____

PHONE/MOBILE _____

| TELEPHONED |  | PLEASE CALL |  |
|---|---|---|---|
| CAME TO SEE YOU |  | WILL CALL AGAIN |  |
| WANTS TO SEE YOU |  | RUSH |  |
| RETURNED YOUR CALL |  | SPECIAL ATTENTION |  |

MESSAGE _____

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _J.E_____

DATE _____ TIME _10.00_ A.M. / P.M.

M _Parren_____

OF _____

PHONE/MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL |  |
|---|---|---|---|
| CAME TO SEE YOU |  | WILL CALL AGAIN |  |
| WANTS TO SEE YOU |  | RUSH |  |
| RETURNED YOUR CALL |  | SPECIAL ATTENTION |  |

MESSAGE _____

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _J.E_____

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _____

PHONE/MOBILE _✓_____

| TELEPHONED |  | PLEASE CALL |  |
|---|---|---|---|
| CAME TO SEE YOU |  | WILL CALL AGAIN |  |
| WANTS TO SEE YOU |  | RUSH |  |
| RETURNED YOUR CALL |  | SPECIAL ATTENTION |  |

MESSAGE _____

SAO2847

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR ___JE___

DATE ___20 AUG___  TIME ___11:00___  ☐ A.M. ☐ P.M.

M _____

OF _____

PHONE/
MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | ✓ | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____ CALLED,
SHE HAS ALL THE INFO
YOU NEED

CALL AT 631.537.9385

SIGNED ___Mianu___  1184

---

## IMPORTANT MESSAGE

FOR ___JE___

DATE ___20 AUG___  TIME ___3:00___  ☐ A.M. ☐ P.M.

M _____

OF _____

PHONE/
MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ___Tecila___

Call HER BACK

917. 503. 2296

SIGNED ___Manu___  1184

---

## IMPORTANT MESSAGE

FOR ___JE___

DATE ___20 AUG___  TIME ___3:42___  ☐ A.M. ☐ P.M.

M _____

OF ___Nadia Parisi___

PHONE/
MOBILE _____

| TELEPHONED | | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____
Returns your call

917. 204. 4676

SIGNED _____   SAO2848   1184

---

## IMPORTANT MESSAGE

FOR ___JE___

DATE ___20 AUG___  TIME ___3.40___  ☐ A.M. ☐ P.M.

M ___Christoine___

OF _____

PHONE/
MOBILE ___✓___

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ___SHE LET LARRY GO___
THE ONLY FLIGHT TO PB leaves
at 3.15
Not heard from Tom Ford.
If you call it means she will pick
up TF alone in the chopter.
If you want to change please
call GM back

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR _Sophie Biddle_
DATE _MR. Epstein_   TIME _2:05_  A.M./P.M.
M ___
OF ___
PHONE/MOBILE ___

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE ___

SIGNED ___   1184

## IMPORTANT MESSAGE

FOR _JK_
DATE ___   TIME _7:32_  A.M./P.M.
M _Sarah_
OF ___
PHONE/MOBILE ___

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _She said she_
_call everybody + left_
_messages for every_

SIGNED ___   1184

## IMPORTANT MESSAGE

FOR _MR. Epstein_
DATE ___   TIME ___  A.M./P.M.
M _Sophie Biddle_
OF ___
PHONE/MOBILE _310-463-5759_

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE ___

SIGNED ___   1184

## IMPORTANT MESSAGE

FOR _JK Epstein_
DATE ___   TIME _2:48_  A.M./P.M.
M _Manuela_
OF ___
PHONE/MOBILE ___

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _She said that soph_
_got her messages + said_
_that she's sorry for_
_not seeing you in_
_California_

SAO2849

SIGNED ___   1184

**IMPORTANT MESSAGE**

FOR MR EPSTEIN

DATE ___ TIME 2:41 A.M. / P.M.

M MS MAXWELL

OF ___

PHONE/MOBILE ___

| TELEPHONED | | ✓ PLEASE CALL |
|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE ___

SIGNED ___ 1184

---

**IMPORTANT MESSAGE**

FOR JE

DATE ___ TIME 9:2 A.M. / P.M.

M Sarah Brittany

OF ___

PHONE/MOBILE 662-3698

| TELEPHONED | | PLEASE CALL |
|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE She said if she
could come but she left
before she got children
(after 4:00 (16:00 or you)
got coz she has bday
dinner w/ her grandpa

SIGNED ___ 1184

---

**IMPORTANT MESSAGE**

FOR MR EPSTEIN

DATE ___ TIME ___ A.M. / P.M.

M Sophie Biddle

OF ___

PHONE/MOBILE 310-463-5759

| TELEPHONED | ✓ | PLEASE CALL |
|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN ✓ |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE she will see you
at 7:30

SIGNED ___ 1184

---

**IMPORTANT MESSAGE**

FOR MR Epstein

DATE ___ TIME 2:48 A.M. / P.M.

M Manuela

OF ___

PHONE/MOBILE ___

| TELEPHONED | | PLEASE CALL |
|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE She said that Sophie
got her messages + said
that she's sorry for
not seeing you in
California

SAO2850

SIGNED ___ 1184

## IMPORTANT MESSAGE

FOR _____ 6:30 A.M. / P.M.

DATE __Harvey__ TIME _____

M _____

OF _____ WELL

PHONE/MOBILE __212 941 3838__

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR __JE__

DATE _____ TIME __9:20__ A.M. / P.M.

M _____

OF __Bethany__

PHONE/MOBILE __662-3698__

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She said if she
can't _____ her _
before she _ later
after and _____. You
know She has b-day
dinner with a friend_

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR _____

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____

---

## IMPORTANT MESSAGE

FOR __Mr Epstein__

DATE _____ TIME __4 or 5__ A.M. / P.M.

M __Holland & Gardner__

OF _____

PHONE/MOBILE __617-547-6066__

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She said that some
of the calls _____ I saw
that she's sorry for
not being back on
California_

SAO2851

## IMPORTANT MESSAGE

FOR _JE_

DATE _____ TIME _3:30_ A.M. / P.M.

M _Tony_

OF _____

PHONE/MOBILE _41___

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Andrea & Tony will be here @ 5PM —_

SIGNED _____        1184

## IMPORTANT MESSAGE

FOR _J.E._

DATE _____ TIME _4:17_ A.M. / P.M.

M _____

OF _JOHANNA_

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _CALLED_

SIGNED _____        1184

## IMPORTANT MESSAGE

FOR _MR. EPSTEIN_

DATE _____ TIME _____ A.M. / P.M.

M _LES & JESS_

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____

## IMPORTANT MESSAGE

FOR _JE_

DATE _Darren_ TIME _3:15_ A.M. / P.M.

M _____

OF _____

PHONE/MOBILE _Gift_ _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____        1184

SAO2852

## IMPORTANT MESSAGE

FOR _Mr. Epstein_

DATE _____ TIME _7:35_ A.M. / P.M.

M _____

OF _____

PHONE/ MOBILE _344-9715_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Mr Goldsmith_

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _Mr. Epstein_

DATE _____ TIME _2:40_ A.M. / P.M.

M _____

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Darren office_

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _JE_

DATE _____ TIME _10:_ A.M. / P.M.

M _Faith_

OF _____

PHONE/ MOBILE _1 081 537 9385_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _JE_

DATE _____ TIME _9:45_ A.M. / P.M.

M _Ann Hailey_

OF _____

PHONE/ MOBILE _614 415 1258_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | X | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

SAO2853

## IMPORTANT MESSAGE

FOR _JE_

DATE _____ TIME _2:50_ A.M. / P.M.

M _____

OF _GLEN_

PHONE/
MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____
_CALLED_

_HE IS IN COLORADO_

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _JE_

DATE _____ TIME _7.20_ A.M. / P.M.

M _____

OF _AMY_

PHONE/
MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____
_SHE IS GOING TO BE IN_

_PB ON WEDNESDAY._

_DO YOU WANT TO SEE_

_HER ?_

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _JE_

DATE _____ TIME _____ A.M. / P.M.

M _DARREN_

OF _____

PHONE/
MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _JE_

DATE _Darren_ TIME _10:30_ A.M. / P.M.

M _Darren_

OF _____

PHONE/
MOBILE _9735977169_

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | ✗ | SPECIAL ATTENTION | |

MESSAGE _____

SAO2854

SIGNED _____

## IMPORTANT MESSAGE

FOR _Sarah_

DATE _____ TIME _____ A.M. P.M.

M _____

OF _____

PHONE/ MOBILE _832 - 6777_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Nicole_

SIGNED _____

1184

## IMPORTANT MESSAGE

FOR _Sarah_

DATE _____ TIME _3:30_ A.M. P.M.

M _____

OF _____

PHONE/ MOBILE _317 5050_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Daniell_

SIGNED _____

1184

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _____ TIME _4:00_ A.M. P.M.

M _____

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Tatum_

SIGNED _____

1184

## IMPORTANT MESSAGE

FOR _JE_

DATE _____ TIME _2:30_ A.M. P.M.

M _os Waxman_

OF _____

PHONE/ MOBILE _(914 415 7500_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SAO2855

SIGNED _____

## IMPORTANT MESSAGE

FOR Jeffrey

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | PLEASE CALL |
|---|---|
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE Cecilia

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR JE

DATE _____ TIME _____ A.M. / P.M.

M _____

Sofea 718 - 1924 11:03

PHONE/MOBILE EMU For tmor

| TELEPHONED | PLEASE CALL |
|---|---|
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE SHE WKNTS TO confirm at 11.v tomorrow.

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR JE

DATE _____ TIME _____ A.M. / P.M.

M _____

OF TATUM

PHONE/MOBILE _____

| TELEPHONED | PLEASE CALL |
|---|---|
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE AE SAID GIRLS NOT AVAILABLE PLS CALL

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR MR. EPSTEIN

DATE _____ TIME _____ A.M. / P.M.

M _____

OF TATUM

PHONE/MOBILE _____

| TELEPHONED | PLEASE CALL |
|---|---|
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE TAMICA CAN'T DO IT TOMORROW 4:30 But VIVIAN IS AVAILABLE

SIGNED _____ 1184

SAO2856

## IMPORTANT MESSAGE

FOR _T/A_
DATE _9/1/04_ TIME ___ A.M. P.M.
M _Your Sister_
OF ___
PHONE/ MOBILE ___

| | | |
|---|---|---|
| TELEPHONED | PLEASE CALL | |
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOUR CALL | SPECIAL ATTENTION | |

MESSAGE _Your sister called. Call her on her cell._

SIGNED _Nicole Hessi_   1184

## IMPORTANT MESSAGE

FOR _J E_
DATE _9/1/04_ TIME _5:30_ A.M. P.M.
M ___
OF ___
PHONE/ MOBILE ___

| | | |
|---|---|---|
| TELEPHONED | PLEASE CALL | |
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOUR CALL | SPECIAL ATTENTION | |

MESSAGE ___

SIGNED ___   1184

## IMPORTANT MESSAGE

FOR _Mr. J.E._
DATE _2/13/04_ TIME _2.11_ A.M. P.M.
M ___
OF _Joanne_
PHONE/ MOBILE _561-714-0546_

| | | |
|---|---|---|
| TELEPHONED | PLEASE CALL | |
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOUR CALL | SPECIAL ATTENTION | |

MESSAGE _"I have am back in Florida safely"_

SIGNED _R_   1184

## IMPORTANT MESSAGE

FOR _J E_
DATE _2/16/0_ TIME _8:00_ A.M. P.M.
M ___
OF ___
PHONE/ MOBILE _561-718-1924_

| | | |
|---|---|---|
| TELEPHONED | PLEASE CALL | |
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOUR CALL | SPECIAL ATTENTION | |

MESSAGE _Kristen will like to meet him"_

SIGNED _R_   1184

SAO2857

## IMPORTANT MESSAGE

FOR _JE_

DATE _____ TIME _9.45_ A.M.

M _Sue Hamblin_

OF _____

PHONE/MOBILE _212 472 4606_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _JE_

DATE _____ TIME _3.25_ A.M.

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Her friend got in a car accident Friday & she didn't have any minutes left on her phone — $ She couldn't call long distance want her to work_

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _JE_

DATE _____ TIME _9.30_ A.M.

M _Glen - in office_

OF _____

PHONE/MOBILE _212 287 4999_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _Jr_

DATE _____ TIME _8.30_ A.M.

M _Nathalie M_

OF _____

PHONE/MOBILE _917 204 9696_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please call_

SIGNED _____

SAO2858

## IMPORTANT MESSAGE

FOR _JE_

DATE _Natalie_   TIME _1 50_ A.M. / P.M.

M _Natalie_

OF ___

PHONE/ MOBILE ___

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | X | SPECIAL ATTENTION | |

MESSAGE ___

SIGNED ___   1184

## IMPORTANT MESSAGE

FOR _JE_

DATE _arren_   TIME _2 20_ A.M. / P.M.

M _arren_

OF ___

PHONE/ MOBILE ___

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ___

SIGNED ___   1184

## IMPORTANT MESSAGE

FOR ___

DATE _12_   TIME _2 24_ A.M. / P.M.

M ___

OF ___

PHONE/ MOBILE ___

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Thomas at the_
_Faries residence_
_561_
_659 5198_

SIGNED ___   1184

## IMPORTANT MESSAGE

FOR _JE_

DATE _Natalie_   TIME _5 45_ A.M. / P.M.

M _Natalie_

OF ___

PHONE/ MOBILE ___

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | X | SPECIAL ATTENTION | |

MESSAGE ___

SAO2859

SIGNED ___   1184

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _01/07/05_   TIME _10:44_ A.M. / P.M.

M _____

OF _1_   _561_

PHONE/MOBILE _644 1639   644 1639_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

_Rinan called_

SIGNED _____   1184

---

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _____   TIME _5:36_ A.M. / P.M.

M _Mr. David Copperfield_

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

_He will be_
_arriving later._
_He will be updating_

SIGNED _____   1184

---

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _01/07/05_   TIME _3:10_ A.M. / P.M.

M _Linda_

OF _____

PHONE/MOBILE _206 760 3226_   ✗

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

_Linda_
_She would like to_
_discuss seminar she_
_is organizing with u._
_Call her with her_
_tomorrow 9 Pacific time._

SIGNED _ALA_   1184

---

## IMPORTANT MESSAGE

FOR _JE_

DATE _____   TIME _2:25_ A.M. / P.M.

M _Anson_

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | ✗ | SPECIAL ATTENTION | |

MESSAGE

SAO2860

SIGNED _____

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _01/08/05_   TIME _11:20_ P.M.
M _Darren_
OF _____
PHONE/MOBILE _646 246 6434_

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _He has some numbers for you._

SIGNED _BY_   1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _01/09/05_   TIME _9:40_ P.M.
M _Glen_
OF _____
PHONE/MOBILE _914 669 4651_

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _Please call him back_

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _01/09/05_   TIME _11:40_ P.M.
M _Regan (Mr. Coparfield assistant)_
OF _____
PHONE/MOBILE _212 753 6555_

| TELEPHONED | X PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _The 28th will be the best day to come and see show. The show starts at 8:30_

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _01/09/05_   TIME _10:00_ P.M.
M _Mr. Coparfield_
OF _____
PHONE/MOBILE _212 753 6555_

| TELEPHONED | X PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _He is home_

SAO2861

SIGNED _____

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _01/09/05_ TIME _1:35_ A.M.
M _Beela_
OF
PHONE/MOBILE _917 603 2296_

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _"She called again"_

SIGNED _RM_
1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _01/09/05_ TIME _12:20_ A.M.
M _Natalie_
OF
PHONE/MOBILE _917 304 9696_

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Returning phone call_

SIGNED _AM_
1184

## IMPORTANT MESSAGE

FOR _Jeffrey/Sarah_
DATE _____ TIME _____ A.M. P.M.
M _Richard_
OF
PHONE/MOBILE _516 883 4448_

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _____
1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _01/09/05_ TIME _12:40_ A.M.
M _Sarah_
OF
PHONE/MOBILE _917 855 3363_

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Just that she called_

SIGNED _____

SAO2862

**IMPORTANT MESSAGE**

FOR _Jeffrey_
DATE _01/09/05_ TIME _4:10_ A.M./P.M.
M _Laurin Krauss_
OF
PHONE/MOBILE _216 970 3496_

| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Calling regarding_
_- Sento Pec Institute_
_- thinking for_
_hospitality_
_- if you would like_
_to have look at his book_
_Please call him back_

SIGNED _____ 1184

---

**IMPORTANT MESSAGE**

FOR
DATE _____ TIME _____ A.M./P.M.
M
OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ~~At_____~~

SIGNED _____ 1184

---

**IMPORTANT MESSAGE**

FOR _Jeffrey_
DATE _01/09/05_ TIME _7:40_ A.M./P.M.
M _Nadia_
OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She is wondering_
_if she could come_
_later tomorrow_

SIGNED _____ 1184

---

**IMPORTANT MESSAGE**

FOR _Jeffrey_
DATE _01/09/05_ TIME _6:50_ A.M./P.M.
M _Sarah_
OF
PHONE/MOBILE _917 855 3363_

| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She needs to speak_
_to you_

SIGNED _JM_          SAO2863