# EXHIBIT 3
# PART 3

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _01/10/05_   TIME _12:__ A.M. / P.M.

M _Jean-Luc_

OF _____

PHONE/ MOBILE _646 786 7000_

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please well_
_him Brach_

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _01/10/05_   TIME _9:20_ A.M. / P.M.

M _Dorian_

OF _____

PHONE/ MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _He will well_
_later_

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _____

DATE _____   TIME _____ A.M. / P.M.

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _01/10/05_   TIME _10:45_ A.M. / P.M.

M _Mr. Copperfield_

OF _____

PHONE/ MOBILE _212 753 6555_

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _He is just checking_
_You can reach him_
_at home_

SIGNED _____

SAO2864

**IMPORTANT MESSAGE**

FOR _Jeffrey_

DATE _____ TIME _2:15_ A.M. / P.M.

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____   1184

---

**IMPORTANT MESSAGE**

FOR _Jeffrey_

DATE _01/10/05_   TIME _1:30_ A.M. / P.M.

M _Jean-Luc_

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _That he called again_

SIGNED _____   1184

---

**IMPORTANT MESSAGE**

FOR _Jeffrey_

DATE _01/11/05_   TIME _10:00_ A.M. / P.M.

M _Jean-Luc_

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Just that he called_

SIGNED _____   1184

---

**IMPORTANT MESSAGE**

FOR _Jeffrey_

DATE _01/10/05_   TIME _2:20_ A.M. / P.M.

M _Darren_

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _He called again_

SAO2865

SIGNED _____

## IMPORTANT MESSAGE

FOR

DATE _Adriana_ TIME ___ A.M. P.M.

M

OF

PHONE/ MOBILE _78. 246 6607_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED ___ 1184

## IMPORTANT MESSAGE

FOR _JE_

DATE ___ TIME _4:33_ A.M. P.M.

M _Alicia_

OF

PHONE/ MOBILE _917.774.4452_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED ___ 1184

## IMPORTANT MESSAGE

FOR _JE_

DATE ___ TIME _10_ A.M. P.M.

M _Mark Epstein_

OF

PHONE/ MOBILE _570 729 1056_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED ___ 1184

## IMPORTANT MESSAGE

FOR _JE_

DATE ___ TIME _4:10_ A.M. P.M.

M _Warren_

OF

PHONE/ MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SAO2937

SIGNED ___ 1184

## IMPORTANT MESSAGE

FOR _Mr. J.E._

DATE _12/04/04_ TIME _2:40_ AM PM

M _r_ _Goldsmith_

OF

PHONE/MOBILE _(772) 971 – 1000_

| TELEPHONED | PLEASE CALL | |
|---|---|---|
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOUR CALL | SPECIAL ATTENTION | |

MESSAGE _Please Call_

_him_

SIGNED _RZ_    1184

## IMPORTANT MESSAGE

FOR _Mr. J.E._

DATE _12/04/04_ TIME _4:20_ AM PM

M _s_ _G. Maxwell_

OF

PHONE/MOBILE

| TELEPHONED | PLEASE CALL | |
|---|---|---|
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOUR CALL | SPECIAL ATTENTION | |

MESSAGE _Please Call her._

SIGNED _RZ_    1184

## IMPORTANT MESSAGE

FOR _Mr. J.E._

DATE _12/04/04_ TIME _5:30_ AM PM

M _s_ _G. Maxwell_

OF

PHONE/MOBILE

| TELEPHONED | PLEASE CALL | |
|---|---|---|
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOUR CALL | SPECIAL ATTENTION | |

MESSAGE _Please Call her_

SIGNED _RZ_    1184

## IMPORTANT MESSAGE

FOR _Mr. J.E._

DATE _12/04/04_ TIME _5:40_ A.M. P.M.

M _Jo Anne_

OF _(561)_

PHONE/MOBILE _914–0546_

| TELEPHONED | PLEASE CALL | |
|---|---|---|
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOUR CALL | SPECIAL ATTENTION | |

MESSAGE _Please Call her_

SAO2938

SIGNED _RZ_    1184

## IMPORTANT MESSAGE

FOR Sarah,

DATE 11-4-04   TIME 2:40 ☐ A.M. ☑ P.M.

M

OF

PHONE/MOBILE 644 · 7226

| TELEPHONED | PLEASE CALL ✓ |
|---|---|
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE

Return

Brittney's

Call

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR Jeffrey

DATE 11-04-04   TIME 2:55 ☐ A.M. ☑ P.M.

M

OF From Sarah

PHONE/MOBILE

| TELEPHONED | PLEASE CALL |
|---|---|
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE

Britlney would

like to work @ 4:00 pr

if possible

E. is scheduled

for 5:00 today

SIGNED the 1184

movie is @ 7:30

---

## IMPORTANT MESSAGE

FOR Sarah

DATE 12/6/04   TIME 1:00 ☐ A.M. ☑ P.M.

M

OF Britney

PHONE/MOBILE (561) 965 - 6857

| TELEPHONED | PLEASE CALL |
|---|---|
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE

Please call her

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR Mr. J.E.

DATE 12/6/04   TIME 1:30 ☐ A.M. ☑ P.M.

M r. Harry Beller

OF

PHONE/MOBILE (212) 750 - 1176

| TELEPHONED | PLEASE CALL |
|---|---|
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE

Returning your

Call

SAO2939

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR **Mr. J.E,**

DATE **12/7/04**   TIME **10:15** A.M.

M **r. Jorry Goldsmith**

OF

PHONE/MOBILE **(772) 971-1000**

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

**Please Call him**

SIGNED
1184

## IMPORTANT MESSAGE

FOR **Mr. J.E.**

DATE **12/7/04**   TIME **12:15** A.M. P.M.

M **Dr. Garecki**

OF

PHONE/MOBILE **(212) 984-1440**

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

**Please cell him**

SIGNED
1184

## IMPORTANT MESSAGE

FOR **Mr. J.E**

DATE **12/7/04**   TIME **12:40** A.M. P.M.

M **Eva**

OF **NYC**

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

**"Tell Joffrey that's**
**pouring rein and 40°F"**

SIGNED

## IMPORTANT MESSAGE

FOR **Mr. J.E**

DATE **12/7/04**   TIME **18:35** A.M. P.M.

M **Eva**

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

**She said to tell**
**"Mr. J.E pouring reine 40°F**
**in N**

SIGNED
1184

SAO2940

## IMPORTANT MESSAGE

FOR Mr. J.E.

DATE 12/7/04   TIME 5:15 (P.M.)

M

OF Neblio

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Please call her

SIGNED   1184

## IMPORTANT MESSAGE

FOR Mr. J.E.

DATE 12/7/04   TIME 4:30 (P.M.)

M r   Leslay Waxno-

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Please Call him

SIGNED   1184

## IMPORTANT MESSAGE

FOR Mr. J.E.

DATE 12/08/04   TIME 11:43 (A.M.)

M r   Harry Beller

OF

PHONE/MOBILE NYC Office

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

He has the info.

SIGNED   1184

## IMPORTANT MESSAGE

FOR Mr. J.E.

DATE 12/08/04   TIME 12:30 (P.M.)

M s.   Cheri

OF

PHONE/MOBILE (561) 373-1412

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

① Kary Connolly (was 2 steward)

②

SAO2941

SIGNED   1184

## IMPORTANT MESSAGE

FOR _____
DATE _____ TIME _____ A.M. / P.M.
M JOHN

OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _____
DATE _____ TIME 7:30 A.M. / P.M.
M JE

OF _____
PHONE/MOBILE Jean Luc

| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

LC² models.com
MC² Models.com
Was already taken

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _____
DATE _____ TIME _____ A.M. / P.M.
M _____

OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR JE
DATE Darren TIME 1:28 A.M. / P.M.
M _____

OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SAO2942

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _SARAH_

DATE _12/9/04_  TIME _10:20_ A.M. (P.M.)

M _V.O.M.AR_

OF _Consulting_

PHONE/MOBILE _(951) 709-7356_

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _"Scheduling for cairns_

_thru Palm Beach._

_HooJo"_

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR _Mr. J E_

DATE _12/9/04_  TIME _5:00_ A.M. (P.M.)

Mr. _Goldsmith_

OF _____

PHONE/MOBILE _(772) 971-1000_

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE

_Please Call him_

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR _Mr. J E_

DATE _12/09/04_  TIME _8:30_ (A.M.) P.M.

M _s. Svetlana_

OF _____

PHONE/MOBILE _(917) 774-3061_

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE

_"Tell him that I_

_Called"_

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR _Mr. J E_

DATE _12/09/04_  TIME _8:00_ (A.M.) P.M.

M _r. Wexner_

OF _____

PHONE/MOBILE _____

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE

_Please She will call_

_back_

SAO2943

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR Mr J E
DATE 12/13/04 TIME 0:30 A.M./P.M.
M _____
OF _____
PHONE/MOBILE (561) _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Just tell him

that I called

SIGNED

1184

---

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 12/14/04 TIME 3:53 A.M./P.M.
M _____
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Helly called
#: 561
308 0282

SIGNED

1184

---

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 12.14.04 TIME A.M./P.M.
M Sarah
OF _____
PHONE/MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
Called to Remind
you of Ms. G's
fathers papers
there in PB.
(Should they come
back to NY?)

SIGNED Jen

1184

---

## IMPORTANT MESSAGE

FOR Mr. J E
DATE 12/16/04 TIME 2:23 A.M./P.M.
M _____
OF Dr 2g 2 nz
PHONE/MOBILE (561) 379 - 5467

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED

SAO2944

1184

**IMPORTANT MESSAGE**

FOR Mr. J.E
DATE 12/16/09   TIME 7:23 AM
M S Dregana
OF Southdoll Realty
PHONE/MOBILE (661) 375-6967

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

She has some

houses to show you

SIGNED

---

**IMPORTANT MESSAGE**

FOR Mr J.E
DATE 12/18/09   TIME 7:10 PM
M r Jean-Luc
OF
PHONE/MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Tell him that I called

SIGNED

---

**IMPORTANT MESSAGE**

FOR Mr. J.E
DATE 12/18/09   TIME 8:15 AM
M S Eva
OF
PHONE/MOBILE

| | | |
|---|---|---|
| TELEPHONED | PLEASE CALL | |
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOUR CALL | SPECIAL ATTENTION | |

MESSAGE

Just called to say Hello

SIGNED

---

**IMPORTANT MESSAGE**

FOR Mr. J.E
DATE 12/18/09   TIME 8:16 AM
M Nablic
OF
PHONE/MOBILE (917) 204.9686

| | | |
|---|---|---|
| TELEPHONED | PLEASE CALL | |
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOUR CALL | SPECIAL ATTENTION | |

MESSAGE

She spoke with

Jean-luc and

every thing it's ok

SIGNED

SAO2945

## IMPORTANT MESSAGE

FOR _Mr. J.F._

DATE _12/19/04_   TIME _10:54_ A.M. / P.M.

M _v_ _David Copperfield_

OF _____

PHONE/MOBILE _(866) 855-6110_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _"I just want to say hello"_

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _Mr J.F._

DATE _12/19/04_   TIME _2:45_ A.M. / P.M.

M _r_ _Darren_

OF _____

PHONE/MOBILE _(973) 597-1165_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _"Please tell him that I called!"_

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _Mr J.F._

DATE _12/21/04_   TIME _10:20_ A.M. / P.M.

M _r_ _Joan Stanley_

OF _____

PHONE/MOBILE _(215) 837-2315_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _"Returning Your Call"_

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _JF_

DATE _____   TIME _2:15_ A.M. / P.M.

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _just woke up - she is on her way to pick her up now so they will be late - closer to 3pm -_

SIGNED _____   SAO2946   1184

## IMPORTANT MESSAGE

FOR **Mr. J.E**
DATE **1/6/05** TIME **8:30** P.M.
M **r.** **Rhiannon**
OF
PHONE/MOBILE **(561) 644 - 1639**

| TELEPHONED | PLEASE CALL |
| --- | --- |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE

*Please call her.*

SIGNED
1184

## IMPORTANT MESSAGE

FOR **Mr. J.E.**
DATE **1/6/05** TIME **6:30** P.M.
M **r.** **Leslie Wexner**
OF
PHONE/MOBILE **(614) 415 7500**

| TELEPHONED | PLEASE CALL |
| --- | --- |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE

*Please Call Him.*

SIGNED
1184

## IMPORTANT MESSAGE

FOR **Mr. J.E**
DATE **01/7/04** TIME **5:52** A.M.
M **r.** **Lawrance Krauss**
OF
PHONE/MOBILE **(216) 970 - 3496**

| TELEPHONED | PLEASE CALL |
| --- | --- |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE

*"Thank you for the evening last night in NYC and you can call him about time and money"*

SIGNED
1184

## IMPORTANT MESSAGE

FOR **Mr. J.E**
DATE **1/7/04** TIME **11:15** A.M.
M **r.** **Pinto**
OF
PHONE/MOBILE **33144 18.75.75** home

| TELEPHONED | PLEASE CALL |
| --- | --- |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE

*Please call him in two hours*

SAO2947

SIGNED
1184

## IMPORTANT MESSAGE

FOR __Mr. J.E__

DATE __1/7/05__ TIME __3:15__ A.M. / P.M.

M __r. Eduardo Teodorani__

OF __Hotel Delano (M. Beac)__

PHONE/MOBILE __305 672 2000 → Room 817__

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR __Mr. J.E__

DATE __1/7/05__ TIME __2:15__ A.M. / P.M.

M __Sarah__

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

" Please tell Mr. JE.

that I called "

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR __Mr. J.E__

DATE __1/7/05__ TIME __7:03__ A.M. / P.M.

M __Darren__

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

" Please tell J.E. that

I called "

SIGNED _____

SAO2948

## IMPORTANT MESSAGE

FOR __Mr. J.E__

DATE __1/7/05__ TIME __11:30__ A.M. / P.M.

M __Sarah__

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

She said that

she couldn't understand

your messages

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR ___J.E.___

DATE __1.8.05__ TIME __4:05__ A.M. / P.M.

M __Amya__

OF _____

PHONE/MOBILE __(818) 445-9879__

| TELEPHONED | PLEASE CALL |
|---|---|
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE

Please cell me back!

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR __Jeffrey__

DATE __6/20/05__ TIME __10:1__ A.M. / P.M.

M __Nadia__

OF _____

PHONE/MOBILE _____

| TELEPHONED | PLEASE CALL |
|---|---|
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE

please call her

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR __J.E.__

DATE __1.8.05__ TIME __4:55__ A.M. / P.M.

M __Copperfield__

OF __Cell (702) 235 5555__

PHONE/MOBILE __(212) 753-6555__

| TELEPHONED | PLEASE CALL |
|---|---|
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE

Please cell him

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR __01/04/05__     9.300

DATE __Jean Luc__ TIME ___ A.M. / P.M.

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | PLEASE CALL |
|---|---|
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE asking if you have called him he has some message for you

SAO2949

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR Mr. J.E

DATE _____ TIME 3:50 A.M. / P.M.

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Please call her

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR Jeffrey

DATE 01/09/05 TIME 1:00 A.M. / P.M.

M Tealu

OF _____

PHONE/MOBILE 917 603 2296

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Tealu called

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR J.E.

DATE 1/9/05 TIME 3:37 A.M. / P.M.

M Jerry Goldsmith

OF _____

PHONE/MOBILE (772) 971-1000

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Please call him

when you get a chance

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR Jeffrey

DATE 01/09/05 TIME 01:30 A.M. / P.M.

M Linda

OF _____

PHONE/MOBILE 206 760 32 26

| TELEPHONED | | PLEASE CALL | X |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _____ 1184

SAO2950

**IMPORTANT MESSAGE**

FOR

DATE _____ TIME _____ A.M. / P.M.

M

OF

PHONE/ MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

_____ need
quick to him

SIGNED                                      1184

---

**IMPORTANT MESSAGE**

FOR ___ J.E

DATE _1/09/05_ TIME _10:00_ A.M. / P.M.

M ___ Nadia

OF

PHONE/ MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

"Just tell him

that I called"

SIGNED                                      1184

---

**IMPORTANT MESSAGE**

FOR ___ J.E

DATE _1/10/05_ TIME _12:22_ A.M. / P.M.

M ___ Dolron

OF

PHONE/ MOBILE _(973) 557 - 1169_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

"Please call me,

I'm at home"

SIGNED                                      1184

---

**IMPORTANT MESSAGE**

FOR ___ Jeffrey

DATE _01/10/05_ TIME _4:25_ A.M. / P.M.

M ___ Doren

OF

PHONE/ MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Just that he

called

SIGNED                                      1184

SAO2951

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _____ TIME _03:45_ A.M. / P.M.
M _Katya_
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | ✕ | SPECIAL ATTENTION | |

MESSAGE _You called_
_her so she was_
_calling back_

SIGNED _____
1184

## IMPORTANT MESSAGE

FOR _Mr. J.E_
DATE _1/11/05_ TIME _1:50_ A.M. / P.M.
M _Cecilia_
OF _NYC office_
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
_Please call her_

SIGNED _____
1184

## IMPORTANT MESSAGE

FOR _J.E._
DATE _1/11/05_ TIME _6:27_ A.M. / P.M.
M _Jess Staley_
OF _____
PHONE/MOBILE _(917) 912-7145_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
_"Please call me_
_back"_

SIGNED _____

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _01/11/05_ TIME _03:10_ A.M. / P.M.
M _____
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | ✕ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
_Please call_
_her back_

SIGNED _____

SAO2952

## IMPORTANT MESSAGE

FOR _J. E_

DATE _1/13/05_ TIME _7:30_ A.M. (P.M)

M _Courtney Wild_

OF _____

PHONE/MOBILE _(561) 202 -0188_

| TELEPHONED | | PLEASE CALL | |
| --- | --- | --- | --- |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please call her_

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR _____

DATE _____ TIME _____ A.M. P.M

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| --- | --- | --- | --- |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR _J. E_

DATE _1/13/05_ TIME _5:00_ A.M. (P.M)

M _Murray Gellmann_

OF _____

PHONE/MOBILE _(505) 699-3845_

| TELEPHONED | | PLEASE CALL | |
| --- | --- | --- | --- |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _He is in P.B. and_

_he would like to talk to_

_your Ms Maxwell._

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR _____

DATE _W. Gluck_ TIME _6:52_ A.M. P.M

M _____

OF _2129841440_

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| --- | --- | --- | --- |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SAO2953

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR _J.E_

DATE _1/15/05_   TIME _7:22_ A.M. / P.M.

M _Alicia_

OF ____

PHONE/MOBILE _(305) 588 — 8013_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

_Please call her back_

SIGNED ____   1184

## IMPORTANT MESSAGE

FOR _J.E_

DATE _1/15/05_   TIME _9:10_ A.M. / P.M.

M _Manuela_

OF ____

PHONE/MOBILE _(212) 300 — 6136_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

_She called twice_

_looking for Mr. J.E._

SIGNED ____   1184

## IMPORTANT MESSAGE

FOR _J.E_

DATE _1/16/05_   TIME _1:06_ A.M. / P.M.

M _S Stephanie Burns_

OF ____

PHONE/MOBILE _(310) 210 — 9544_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

_Returning your_

_Call_

SIGNED ____

SAO2954

## IMPORTANT MESSAGE

FOR _J.E_

DATE _1/16/05_   TIME _1:48_ A.M. / P.M.

M _r. Murray Gell Mann_

OF ____

PHONE/MOBILE _(505) 699 — 3845 Cell._

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

_He was in P.B_

_2 wanted to talked_

_to you._

SIGNED ____   1184

## IMPORTANT MESSAGE

FOR ___Mr. JE___

DATE _1/16/05_ TIME _2:10_ (A.M. / **P.M.**)

M ___Manuela___

OF _____

PHONE/MOBILE (212) 300 - 6136

| TELEPHONED | PLEASE CALL |
| --- | --- |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE ___'Tell him that___
___I called'___

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR ___JE___

DATE _1/16/05_ TIME _2:25_ (**A.M.** / P.M.)

M _r_ ___David Copperfield___

OF _____

PHONE/MOBILE (702) 235 - 5555

| TELEPHONED | PLEASE CALL |
| --- | --- |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE ___Returning your___
___call. He has some___
___info.___

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR ___Mr. JE.___

DATE _1/16/05_ TIME _9:25_ (**A.M.** / P.M.)

M _r_ ___Leslie Wexner___

OF _____

PHONE/MOBILE ___'You know the number'___

| TELEPHONED | PLEASE CALL |
| --- | --- |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE ___Please call him___
___(He's in Georgia)___

SIGNED _____

## IMPORTANT MESSAGE

FOR ___JE___

DATE _1/20/05_ TIME _5:44_ (**A.M.** / P.M.)

M ___Marie___

OF _____

PHONE/MOBILE (561) 644 - 1639

| TELEPHONED | PLEASE CALL |
| --- | --- |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE ___'Please Tell him___
___that J Called'___

SIGNED _____  1184

SAO2955

## IMPORTANT MESSAGE

FOR _J.E_

DATE _1/20/05_   TIME _7:05_ A.M. / P.M.

M _S_ _Claudia_

OF _Nathan Myhrvold_

PHONE/MOBILE _(425) 467-2309_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

_Returning Your_

_Call_

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _J.E_

DATE _1/22/05_   TIME _1:45_ A.M. / P.M.

M _Alicia_

OF

PHONE/MOBILE _(305) 588-8013_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

_Please call her_

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _J.E_

DATE _1/21/05_   TIME _9:00_ A.M. / P.M.

M _Eva_

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

_Please tell him_

_that I called_

SIGNED _____   1184

SAO2956

## IMPORTANT MESSAGE

FOR _J.E_

DATE _1/22/05_   TIME _1:52_ A.M. / P.M.

M _Any a_

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

_Please call her._

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _J.E._

DATE _1/27/04_  TIME _6:00_ A.M. (P.M.)

M_r_ _Morton Zuckermann_

OF _(is in Ritz Carlton Hotel)_

PHONE/ MOBILE _(561) 533-6000 X 314_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _He would like to know the address of the house to "drop by" tomorrow at 10:45 AM_

SIGNED ___

1184

## IMPORTANT MESSAGE

FOR _J.E._

DATE _1/22/05_  TIME _2:05_ A.M. (P.M.)

M _Sarah_

OF ___

PHONE/ MOBILE ___

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please call her_

SIGNED ___

1184

## IMPORTANT MESSAGE

FOR _J.E._

DATE _1/22/05_  TIME _7:30_ A.M. (P.M.)

M_r_ _David Copperfield_

OF ___

PHONE/ MOBILE _(702) 235-5555_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _it's Jackpot_

SIGNED ___

SAO2957

## IMPORTANT MESSAGE

FOR ___

DATE ___  TIME ___ A.M. P.M.

M ___

OF ___

PHONE/ MOBILE ___

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ___

1184

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _1/25/05_   TIME _03:50_ A.M. / P.M.

M _Claudia_

OF _Nathans office_

PHONE/ MOBILE _425 467 2309_

| TELEPHONED | | PLEASE CALL | ☒ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please call_
_back. Nathan has_
_a lunch meeting starting_
_in 15min (pacific time)_
_It will TAKE 1h 30min_
_Other than that_
_at any time._

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _04/24/05_   TIME _10:5_ A.M. / P.M.

M _Cecilia_

OF _____

PHONE/ MOBILE _____

| TELEPHONED | ☒ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
_" Mitchel called_
_Back "_

SIGNED _____   118

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _1/25/05_   TIME _3:55_ A.M. / P.M.

M _Jerry Goldsmith_

OF _____

PHONE/ MOBILE _You've got it_

| TELEPHONED | | PLEASE CALL | ☑ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
_Please call back_

SIGNED _____

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _01/25/05_   TIME _12:00_ A.M. / P.M.

M _____

OF _____

PHONE/ MOBILE _Cci_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She is asking_
_if you want her week_
_today? The best_
_time will be 2pm_
_or 9:45pm_

SIGNED _____   1184

SAO2958

## IMPORTANT MESSAGE

FOR ___ J.E. ___
DATE 1/25/05 ___ TIME 6:57 A.M. / P.M.
M ___ Paula ___
OF ___
PHONE/ MOBILE (917) 518-2484

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ___

"I am Returning his

Call"

SIGNED ___    1184

## IMPORTANT MESSAGE

FOR ___ J.E. ___
DATE 1/25/05 ___ TIME 7:15 A.M. / P.M.
M ___ HRH Duchess of York
OF ___ Sarah (Fergie) ___
PHONE/ MOBILE 447768151215

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ___

"She is expecting

your call"

SIGNED ___    1184

## IMPORTANT MESSAGE

FOR ___ J.E. ___
DATE 1/26/05 ___ TIME 1:20 A.M. / P.M.
M ___
OF ___
PHONE/ MOBILE ___

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ___

She said that instead

of 1:45 she'll be at 2:00 pm

SIGNED ___

SAO2959

## IMPORTANT MESSAGE

FOR ___ J.E. ___
DATE 1/26/05 ___ TIME 6:40 A.M. / P.M.
M ___ SARAH ___
OF ___
PHONE/ MOBILE ___

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ___

"Please tell him

that I called"

SIGNED ___    1184

## IMPORTANT MESSAGE

FOR _Adriene_
DATE _1/26/05_ TIME _1:30_ A.M./P.M.
M _____
OF _____
PHONE/MOBILE (You know the number)

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
*She is confirming
for 5:30 PM

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR _J.E_
DATE _1/27/05_ TIME _2:15_ A.M./P.M.
M _Alicia_
OF _____
PHONE/MOBILE (917) 774-1452

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
Please call her
back

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR _JF_
DATE _1/28/05_ TIME _6:40_ A.M./P.M.
M _Alicia_
OF _____
PHONE/MOBILE (917) 774-1452

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
Please tell him
that I called.

SIGNED _____

## IMPORTANT MESSAGE

FOR _J.E._
DATE _1/28/05_ TIME _2:40_ A.M./P.M.
M _Alicia_
OF _____
PHONE/MOBILE (917) 774-1452

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
Please tell him
that I called

SIGNED _____  1184

SAO2960

## IMPORTANT MESSAGE

FOR Mr J E

DATE 1/29/05   TIME 10:00 A.M./P.M.

M Alicia

OF

PHONE/MOBILE (917) 774-4452

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Please call her.

SIGNED

1184

## IMPORTANT MESSAGE

FOR Mr. J E

DATE 1/29/05   TIME 10'10 A.M./P.M.

M Cacha

OF Brazil

PHONE/MOBILE 00551183834951

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

This is her new call number. Please call her

SIGNED

1184

## IMPORTANT MESSAGE

FOR J.E

DATE 1/29/05   TIME 9:00 A.M./P.M.

M Telena

OF

PHONE/MOBILE (561) 667-1973

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Please call her back

SIGNED

1184

SAO2961

## IMPORTANT MESSAGE

FOR J E

DATE 1/29/05   TIME 4:10 A.M./P.M.

M

OF

PHONE/MOBILE (561)

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

'I have a female for him'

SIGNED

1184

## IMPORTANT MESSAGE

FOR __J E.__

DATE __1/30/05__  TIME __7:35__ A.M. (P.M.)

M __Vanessa Modely__

OF __her new phone number__

PHONE/MOBILE __(805) 452-7259__

| TELEPHONED | PLEASE CALL |
| --- | --- |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE

__Just to let you__

__Know my new phone number__

SIGNED

1184

## IMPORTANT MESSAGE

FOR __J. E.__

DATE __2/2/05__  TIME __1:22__ A.M. (P.M.)

M __Gorson. Co.__

OF

PHONE/MOBILE __(888) 274-5101__

| TELEPHONED | PLEASE CALL ✓ |
| --- | --- |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE

__Please, call them__
__about Texaco stock__
__ID # 3108__

SIGNED __J.__

1184

## IMPORTANT MESSAGE

FOR __J. E.__

DATE __2/3/05__  TIME __10:12__ A.M. (P.M.)

M

OF __1561__

PHONE/MOBILE

| TELEPHONED | PLEASE CALL |
| --- | --- |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE __Please, call her__
__back__

SIGNED __J.__

SAO2962

## IMPORTANT MESSAGE

FOR __J. E.__

DATE __2/5/05__  TIME __9:05__ A.M./P.M.

M __Glen and Eva__

OF __(914) 663-4651__

PHONE/MOBILE

| TELEPHONED | ✗ PLEASE CALL |
| --- | --- |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE

GNED __J.__

## IMPORTANT MESSAGE

FOR _Mr. Epstein_
DATE _2/8/05_ TIME _12:10_ A.M. / **P.M.**
M _Katia_
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

_Left her #_

_511 - 838¾ - 4951_

SIGNED _Oscar_
1184

## IMPORTANT MESSAGE

FOR _J.E._
DATE _2/5/05_ TIME _9:10_ A.M. / P.M.
M _Lawrence Krauss_
OF _(216) 283 - 3807_
PHONE/MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

_Would like talk
with you_

SIGNED _J_
1184

## IMPORTANT MESSAGE

FOR _JE_
DATE _____ TIME _4:45_ A.M. / **P.M.**
M _Tayla -_
OF _____
PHONE/MOBILE _310 702 0109_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | ✓ |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

_It's

important_

SIGNED _____
1184

## IMPORTANT MESSAGE

FOR _JE_
DATE _____ TIME _2:15_ A.M. / P.M.
M _David Copperfield_
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _____

SAO2963
1184

## IMPORTANT MESSAGE

FOR _2/13/05_

DATE _____ TIME _____ A.M. P.M.

M _____

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _Mr. Epstein_

DATE _2/12/05_ TIME _8:59_ A.M. P.M.

M _EVA_

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Called to say_
_"Hello"_

SIGNED _EVA_ 1184

## IMPORTANT MESSAGE

FOR _J.E._

DATE _2/13/05_ TIME _12:20_ A.M. P.M.

M _David Copperfield_

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _He is not available_
_right now._
_Will call within_
_2 hours_

## IMPORTANT MESSAGE

FOR _Sarah_

DATE _2/12/_ TIME _5:50_ A.M. P.M.

M _____

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SAO2964

## IMPORTANT MESSAGE

FOR _J.E._

DATE _2/16/05_  TIME _4:35_ A.M. **P.M.**

M _____

OF _561-_____

PHONE/ MOBILE _561-_____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

_no message_

SIGNED _J._   1184

## IMPORTANT MESSAGE

FOR _J.E_

DATE _2/15/05_  TIME _12:35_ A.M. P.M.

M _C_____

OF _/561/_____

PHONE/ MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _J.B_   1184

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _02/15/05_  TIME _04:20_ A.M. **P.M.**

M _Jeff to Cecilia_

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

_She had Jeff Holzman on the phone._

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _JE_

DATE _____  TIME _5:35_ A.M. P.M.

M _Geri Goldsmith_

OF _____

PHONE/ MOBILE _8449715_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _____   1184

SAO2965

## IMPORTANT MESSAGE

FOR _Mr. Epstein_
DATE _2/21/05_   TIME _7:30_ A.M. / P.M.
M _Jon Luc_
OF _____
PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
_Wants you to_
_know that he_
_called._

SIGNED _LeR_          1184

## IMPORTANT MESSAGE

FOR _J.E._
DATE _2/18/05_   TIME _3:45_ A.M. / P.M.
M _Ms Wexler_
OF _____
PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
_no message_

SIGNED _J._          1184

## IMPORTANT MESSAGE

FOR _JE_
DATE _____   TIME _10:15_ A.M. / P.M.
M _Natalie_
OF _____
PHONE/ MOBILE _917 204 9096_

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
_Pascal & Kiara_
_are confirmed_
_for 4pm tomorrow_
_Anya is available_
_tomorrow tonight_
_both are not good_

SIGNED _____          1184

## IMPORTANT MESSAGE

FOR _J.E._
DATE _2/20/05_   TIME _11:40_ A.M. / P.M.
M _George Mitchel_
OF _____
PHONE/ MOBILE _202/329-9466_

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
_Return a call_

SAO2966

SIGNED _J._          1184

## IMPORTANT MESSAGE

FOR _J.E._

DATE _2/24/05_  TIME _4:18_ A.M. / P.M.

M _Katia_

OF _____

PHONE/MOBILE _011-55118383 4951_

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _Please! Call her_
_Tomorrow is her_
_birthday_

SIGNED _J_   1184

---

## IMPORTANT MESSAGE

FOR _J.E._

DATE _2/22_  TIME _12:45_ A.M. / P.M.

M _Shana_

OF _____

PHONE/MOBILE _(561) 689-4717_

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _Please! Call her._

SIGNED _J_   1184

---

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _2/25/05_  TIME _01:10_ A.M. / P.M.

M _Dure Bais_

OF _____

PHONE/MOBILE _914 552 4400_

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION ✓ |

MESSAGE _Please call_
_him back_

SIGNED _____   1184

---

## IMPORTANT MESSAGE

FOR _Mr. Epstein_

DATE _2/24/05_  TIME _11:19_ A.M. / P.M.

M _Katia_

OF _____

PHONE/MOBILE _____

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _She needs Leon's_
_telephone number._
_Left her #_
_917 - 678 - 2772_

SIGNED _LER_   1184

SAO2967

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _02/26/05_   TIME _11:15_ A.M. / P.M.

M _Dana_

OF _____

PHONE/ MOBILE _750 802 4061_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please call her_
_back in 1h 30_
_She is on the way_
_to the gym_

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _02/15/05_   TIME _05:30_ A.M.

M _Keen-Lee_

OF _____

PHONE/ MOBILE _You have it_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Going back to_
_conversation._
_what about_
_Paris on Saturday_

SIGNED _____   118

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _2/26/05_   TIME _12:40_ A.M.

M _Sandra_

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please call_
_her_

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _2/26/05_   TIME _12:21_ A.M.

M _Anice_

OF _____

PHONE/ MOBILE _646 436 9784_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please call_
_her back_

SIGNED _____   1184

SAO2968

Lynn & JoJo

① I sent Lucian & Rushia's
mail to their correct address
and called Post office to make
sure all future mail will be sent to them.

② I Scheduled the cable company
to come on Thursday. This is their
soonest appointment. Ghislaine asked
me to make an appointment because
the TV in the Blue Room does not
get a clear reception.

③ SHUTTER COMPANY WILL COME
EARLY THURSDAY TO MEASURE
SHUTTER NEXT TO GHISLAINE'S
DESK.. THE SHUTTER WILL NOT
ROLL DOWN.

* BOTH CABLE COMPANY & SHUTTER COMPANY
WILL CALL ME ON MY CELL PHONE TO
MAKE SURE JEFFREY & GHISLAINE ARE NOT
HERE.

**Jeffrey E. Epstein** & Nicole

# 301.3101

SAO2969

LYNN & JOJO

MAIL. NEEDS TO BE SENT
VIA FED-X ON

THUR.


✗JUST CALL   1·800·463·3339
FOR A PICK UP. JUST
KEEP TOP COPY.
THEY WILL GIVE YOU A
PICK UP #. AND PICK
IT UP BY BACK SERVICE
~~GROUND~~ DOOR.

1~§

Thanks
Nicole



Jeffrey E. Epstein

SAO2970

Message Books

SAO2971

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _2/01/05_   TIME _12:20_ A.M. / P.M.

M _Ghislaine_

OF

PHONE/MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Glen has pulled muscle and he is at the hospital. Good Sam. They have called dr. Moskovite and everything has been organized. In this case probably they won't make for Lunch._

SIGNED _tc_

## IMPORTANT MESSAGE

FOR _J. E._

DATE _3/31/05_   TIME _7:05_ A.M. / P.M.

M _Leslie Wexler_

OF

PHONE/MOBILE

| | | |
|---|---|---|
| TELEPHONED | PLEASE CALL | |
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOUR CALL | SPECIAL ATTENTION | |

MESSAGE

SIGNED _J._

#16

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _04/01/05_   TIME _11:07_ A.M. / P.M.

M _Cecilia_

OF

PHONE/MOBILE

| | | |
|---|---|---|
| TELEPHONED | PLEASE CALL | |
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOUR CALL | SPECIAL ATTENTION | |

MESSAGE _She had on the phone Mr. Cipriani_

SIGNED

## IMPORTANT MESSAGE

FOR _Jeffrey Moscow_

DATE _04/11/05_   TIME _07:3_ A.M. / P.M.

M _Genia_

OF

PHONE/MOBILE _No number he will call back_

| | | |
|---|---|---|
| TELEPHONED | PLEASE CALL | |
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOUR CALL | SPECIAL ATTENTION | |

MESSAGE _That he called_

SIGNED

SAO2972

## IMPORTANT MESSAGE

FOR _J. E._

DATE _4/4/05_ TIME _8:18_ AM

M _Eva_

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _T._   1184

## IMPORTANT MESSAGE

FOR _J. E._

DATE _4/2/05_ TIME _11:38_ AM

M _George Dowsen_

OF _____

PHONE/ MOBILE _(917) 572-9796_

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _T._   1184

## IMPORTANT MESSAGE

FOR _J. E._

DATE _4/4/05_ TIME _4:32_ AM/PM

M _Jean-Luc_

OF _____

PHONE/ MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _T._

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _4/3/05_ TIME _07:4_ AM/PM

M _Alicia_

OF _____

PHONE/ MOBILE _917 774 4452_

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | ✓ |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Pls call back_

SIGNED _____

SAO2973

## IMPORTANT MESSAGE

FOR _G M_

DATE _4/5/05_   TIME _10:5_ A.M. P.M.

M _Philip_

OF _____

PHONE/ MOBILE _____

| TELEPHONED | PLEASE CALL |
|---|---|
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _____

SIGNED _J_   1184

## IMPORTANT MESSAGE

FOR _____

DATE _____   TIME _____ A.M. P.M.

M _Madelson_

OF _____

PHONE/ MOBILE _1758 00 #467_

| TELEPHONED | PLEASE CALL |
|---|---|
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _Bahr on_

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _Mr. J. Epstein_

DATE _4/7_   TIME _2:08_ A.M. P.M.

M _elissA Haney_

OF _____

PHONE/ MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL |
|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE _____

SIGNED _A_   1184

SAO2974

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _____   TIME _10:40_ A.M. P.M.

M _Mr. Madelson_

OF _4/5/05_

PHONE/ MOBILE _1758000 room 467_

| TELEPHONED | PLEASE CALL |
|---|---|
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _Please call him back_

SIGNED _____   1184