# EXHIBIT 3

# PART 4

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _4/9/05_   TIME _02:10_ A.M. / P.M.

M _Ghislaine_

OF ___

PHONE/ MOBILE ___

| TELEPHONED | | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ___

SIGNED ___
1184

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _4/9/05_   TIME _12:04_ A.M. / P.M.

M ___

OF ___

PHONE/ MOBILE _561___

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ___

SIGNED ___
1184

## IMPORTANT MESSAGE

FOR _J.E_

DATE _4/10/05_   TIME _1:20_ A.M. / P.M.

M _Dana_

OF ___

PHONE/ MOBILE ___

| TELEPHONED | , | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She went runing and back to the gym_

SIGNED _J._
1184

## IMPORTANT MESSAGE

FOR _J.E._

DATE _4/10/05_   TIME ___ A.M. / P.M.

M _Dana_

OF ___

PHONE/ MOBILE ___

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She went running_

SIGNED ___
1184

SAO2975

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _1/12/05_ TIME _12:00_ A.M. / P.M.
M _Cadiu_
OF _____
PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She had Mr. Newman_
_on the phone_

SIGNED _____
1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _4/11/05_ TIME _11:02_ A.M. / P.M.
M _Cecilia_
OF _____
PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She had_
_Jean Luc on the_
_phone_

SIGNED _____
1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _04/12/05_ TIME _02:58_ A.M. / P.M.
M _Harry from the_
_office_
OF _____
PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____
1184

## IMPORTANT MESSAGE

FOR _Mr. J. Epstein_
DATE _4/10_ TIME _12:50_ A.M. / P.M.
M _Cecil_
OF _____
PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____

SAO2976

**IMPORTANT MESSAGE**

FOR JF
DATE _____ TIME 4:30 A.M. / P.M.
M Julie -
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Wondering if she can work tmorrow

SIGNED _____ 1184

---

**IMPORTANT MESSAGE**

FOR JF
DATE _____ TIME 2:17 A.M. / P.M.
M DR JERACKY
OF _____
PHONE/MOBILE 212. 984. 1440

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Returning your call

SIGNED _____ 1184

---

**IMPORTANT MESSAGE**

FOR JF
DATE _____ TIME 2:07 A.M. / P.M.
M LAIYA DONFRY
OF _____
PHONE/MOBILE 561. 252. 4639

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Her mother and your mother were best friends and she wants to speak w/you

SAO2977

SIGNED _____ 1184

---

**IMPORTANT MESSAGE**

FOR JF
DATE _____ TIME 7:05 A.M. / P.M.
M Svetlana
OF _____
PHONE/MOBILE 9177743061

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR J.E.

DATE _____ TIME _____ A.M. P.M.

M SVETANA

OF _____

PHONE/ MOBILE 917 774 3061

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Call back Please

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR J.E

DATE 4/28/05 TIME 6:15 A.M. P.M.

M Dr. Jarecki

OF _____

PHONE/ MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED J. 1184

## IMPORTANT MESSAGE

FOR 4/30/05

DATE _____ TIME _____ A.M. P.M.

M _____

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR Mr. J. Epstein

DATE 4/30 TIME 10:2 A.M. P.M.

M _____

OF _____

PHONE/ MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

SAO2978

On desk
su 1st flour

Item
#16

## IMPORTANT MESSAGE

FOR _G. M_

DATE _4/30/05_   TIME _8.15_ A.M. P.M.

M _Mr. Epstein_

OF _____

PHONE/ MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _T_

## IMPORTANT MESSAGE

FOR _Mr. J. Epstein_

DATE _J/6/05_   TIME _4:11_ A.M. P.M.

M _Shawna_

OF _____

PHONE/ MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Wants to work if you are in._

SIGNED _L_

## IMPORTANT MESSAGE

FOR _Mr. J. Epstein_

DATE _5/6/05_   TIME _3:J_ A.M. P.M.

M _____ _a_

OF _____

PHONE/ MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _α_

SAO2979

## IMPORTANT MESSAGE

FOR _J.E._
DATE _5/9/05_   TIME _3:05_ A.M / P.M.
M _Kaytana_
OF _(212) 645 - 7741_
PHONE/
MOBILE

| TELEPHONED | | X | PLEASE CALL | |
|---|---|---|---|---|
| CAME TO SEE YOU | | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | | RUSH | |
| RETURNED YOUR CALL | | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _J._
1184

## IMPORTANT MESSAGE

FOR _J.E._
DATE _5/9/05_   TIME _3:06_ A.M / P.M.
M _Joana_
OF _714 - 0546_
PHONE/
MOBILE

| TELEPHONED | | X | PLEASE CALL | |
|---|---|---|---|---|
| CAME TO SEE YOU | | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | | RUSH | |
| RETURNED YOUR CALL | | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _J._
1184

## IMPORTANT MESSAGE

FOR _JE_
DATE ____   TIME _4:45_ A.M / P.M.
M _Nadia_
OF
PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Thank you_

SIGNED
1184

## IMPORTANT MESSAGE

FOR _JE_
DATE ____   TIME _2:15_ A.M / P.M.
M _Leo Wexner_
OF
PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | X | SPECIAL ATTENTION | |

MESSAGE

SIGNED
1184

SAO2980

## IMPORTANT MESSAGE

FOR _____

DATE 5/24/05  TIME 9:10  A.M. / P.M.

M Eva _____

OF _____

PHONE/MOBILE call her at home

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR J.E

DATE 5/9/05  TIME 7:20  A.M. / P.M.

M Mrs Maxwell

OF _____

PHONE/MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED J  1184

## IMPORTANT MESSAGE

FOR JE

DATE _____  TIME 12  A.M. / P.M.

M Danielle

OF _____

PHONE/MOBILE 646 226 1468

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____

## IMPORTANT MESSAGE

FOR JE

DATE _____  TIME 10.25  A.M. / P.M.

M Nadia

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | ✓ | SPECIAL ATTENTION | |

MESSAGE She got there safe

SIGNED _____

SAO2981

## IMPORTANT MESSAGE

FOR

DATE _____ TIME _____ A.M. P.M.

M

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED

## IMPORTANT MESSAGE

FOR

DATE _____ TIME _____ A.M. P.M.

M

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED

## IMPORTANT MESSAGE

FOR

DATE _____ TIME _____ A.M. P.M.

M

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED

## IMPORTANT MESSAGE

FOR

DATE _Tuesday_ TIME 12 A.M. P.M.

M

OF

PHONE/MOBILE 917 774 4452

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED

SAO2982

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _6/01/05_   TIME _12:20_ A.M. / P.M.
M _Ghislaine_
OF _____
PHONE/MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Glen has pulled muscle and he is at the hospital "Good Sam" They have called dr. Moskovits and everything has been organized. In this case probably they won't make for lunch._

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _J.E._
DATE _3/31/05_   TIME _7:05_ A.M. / P.M.
M _Leslie Wexler_
OF _____
PHONE/MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _J._   1184

#16

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _04/01/05_   TIME _11:07_ A.M. / P.M.
M _Cecilia_
OF _____
PHONE/MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She had on the phone Mr. Cipriani_

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _Jeffrey Epstein_
DATE _04/11/05_   TIME _07:5_ A.M. / P.M.
M _Genia_
OF _____
PHONE/MOBILE _No number he will call back_

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _That he called_

SIGNED _____   1184

SAO2983

## IMPORTANT MESSAGE

FOR _J. E._

DATE _4/4/05_   TIME _8:18_ A.M.

M _Eva_

OF ___

PHONE/MOBILE ___

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ___

SIGNED _J._   1184

---

## IMPORTANT MESSAGE

FOR _J. E._

DATE _4/2/05_   TIME _11:38_ A.M.

M _George Dowsey_

OF ___

PHONE/MOBILE _(917) 572-9796_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ___

SIGNED _J._   1184

---

## IMPORTANT MESSAGE

FOR _J. E._

DATE _4/4/05_   TIME _4:32_ A.M./P.M.

M _Jean-Luc_

OF ___

PHONE/MOBILE ___

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ___

SIGNED _J._   1184

---

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _4/3/05_   TIME _01:4_ A.M./P.M.

M _Alicia_

OF ___

PHONE/MOBILE _917 774 4452_

| TELEPHONED | | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Pls. call back_

SIGNED ___   1185

SAO2984

## IMPORTANT MESSAGE

FOR __G M__

DATE __4/5/05__   TIME __10:50__ A.M. / P.M.

M __Philip__

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED __J__   1184

## IMPORTANT MESSAGE

FOR _____

DATE _____   TIME _____ A.M. / P.M.

M __Madelson__

OF _____

PHONE/MOBILE __1758000 #467__

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE __Behr on__

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR __Mr. J. Epstein__

DATE __4/7__   TIME __2:08__ A.M. / P.M.

M __elissA Hanes__

OF _____

PHONE/MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED __A__   1184

## IMPORTANT MESSAGE

FOR __Jeffrey__

DATE _____   TIME __10.40__ A.M. / P.M.

M __Mr. Madelson__

OF __4/5/05__

PHONE/MOBILE __1758000 room 467__

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE __Please call him back__

SIGNED _____   1184

SAO2985

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _4/9/05_  TIME _02:10_ A.M. / P.M.
M _Ghislaine_
OF _____
PHONE/ MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _4/9/05_  TIME _12:04_ A.M. / P.M.
M _____
OF _____
PHONE/ MOBILE _561-_____

| | | | |
|---|---|---|---|
| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR _J.E_
DATE _4/10/05_  TIME _1:20_ A.M. / P.M.
M _Dana_
OF _____
PHONE/ MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She went runing and back to the gym_

SIGNED _J._  1184

## IMPORTANT MESSAGE

FOR _J.E._
DATE _4/10/05_  TIME _____ A.M. / P.M.
M _Dana_
OF _____
PHONE/ MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She went running_

SIGNED _____  1184

SAO2986

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _1/12/05_ TIME _12.00_ A.M. / P.M.
M _Carlie_
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She had Mr. Newman on the phone_

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _4/11/05_ TIME _11.02_ A.M. / P.M.
M _Cecilia_
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She had Jean Luc on the phone_

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _04/12/05_ TIME _02:38_ A.M. / P.M.
M _Harry from the office_
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _Mr. J. Epstein_
DATE _4/10_ TIME _12:50_ A.M. / P.M.
M _____
OF _____
PHONE/MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

SAO2987

## IMPORTANT MESSAGE

FOR _J.E._

DATE _____ TIME _____ A.M. P.M.

M _SVETLANA_

OF _____

PHONE/ MOBILE _917 774 3051_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Call back_

_Please_

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _J-E_

DATE _4/28/05_ TIME _6:15_ A.M. P.M.

M _Dr. Jarecki_

OF _____

PHONE/ MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _J._   1184

## IMPORTANT MESSAGE

FOR _4/30/05_

DATE _____ TIME _____ A.M. P.M.

M _____

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____

## IMPORTANT MESSAGE

_212 861 4551_

FOR _Mr. J. Epstein_

DATE _4/30_ TIME _10:30_ A.M. P.M.

M _____

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____   1184

SAO2988

On desie
sur 1st floor

Item
#16

**IMPORTANT MESSAGE**

FOR _G. M_

DATE _4/30/05_   TIME _8.15_ A.M. ~~P.M.~~

M _Mr. Epstein_

OF ___

PHONE/
MOBILE ___

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ___

SIGNED ___   1184

---

**IMPORTANT MESSAGE**

FOR _Mr. J. Epstein_

DATE _5/6/05_   TIME _4:11_ A.M. ~~P.M.~~

M _Shawna_

OF ___

PHONE/
MOBILE ___

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Wants to work_
_if you are in._

SIGNED _L_

---

**IMPORTANT MESSAGE**

FOR _Mr. J. Epstein_

DATE _5/6/05_   TIME _3:53_ A.M. ~~P.M.~~

M ___

OF ___

PHONE/
MOBILE ___

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ___

SIGNED _α_   1184

SAO2989

## IMPORTANT MESSAGE

FOR _J.E._

DATE _5/9/05_   TIME _3:05 AM/PM_

M _Kaytana_

OF _(212) 645 - 7741_

PHONE/
MOBILE

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _J._   1184

## IMPORTANT MESSAGE

FOR _J.E._

DATE _5/9/05_   TIME _3:06 AM/PM_

M _Joana_

OF _714 - 0546_

PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | X |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _J._   1184

## IMPORTANT MESSAGE

FOR _JE_

DATE   TIME _4:45 AM/PM_

M _Nadia -_

OF

PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Thank you -_

SIGNED

## IMPORTANT MESSAGE

FOR _JE_

DATE   TIME _2:15 AM/PM_

M _Les Wexner_

OF

PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | X | SPECIAL ATTENTION | |

MESSAGE

SIGNED   1184

SAO2990

## IMPORTANT MESSAGE

FOR _____
DATE 5/24/05   TIME 9:10  A.M. / P.M.
M Eva _____
OF _____
PHONE/MOBILE call her at home

| TELEPHONED | PLEASE CALL | ✓ |
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOUR CALL | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR J.E.
DATE 5/9/05   TIME 7:20  A.M. / P.M.
M Mrs Maxwell
OF _____
PHONE/MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED T  1184

## IMPORTANT MESSAGE

FOR JE
DATE _____   TIME 12  A.M. / P.M.
M Danielle
OF _____
PHONE/MOBILE 646 226 7403

| TELEPHONED | PLEASE CALL | |
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOUR CALL | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR JE
DATE _____   TIME 10.25  A.M. / P.M.
M Nadia
OF _____
PHONE/MOBILE _____

| TELEPHONED | PLEASE CALL | |
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOUR CALL | ✓ | SPECIAL ATTENTION | |

MESSAGE she got there safe

SIGNED _____  1184

SAO2991

**IMPORTANT MESSAGE**

FOR
DATE _____ TIME _____ A.M. P.M.
M
OF
PHONE/ MOBILE

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE

SIGNED

---

**IMPORTANT MESSAGE**

FOR
DATE _____ TIME _____ A.M. P.M.
M
OF
PHONE/ MOBILE

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE

SIGNED

---

**IMPORTANT MESSAGE**

FOR
DATE _____ TIME _____ A.M. P.M.
M
OF
PHONE/ MOBILE

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE

SIGNED

---

**IMPORTANT MESSAGE**

FOR
DATE _____ TIME 12 A.M. P.M.
M _Alyssa R_
OF
PHONE/ MOBILE 917 774 4452

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE

SIGNED

SAO2992

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _1/27/05_ TIME _12:34_ A.M. / P.M.
M _Cecilia_
OF
PHONE/MOBILE

| TELEPHONED | ☒ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She had Todd Meister on the phone_

SIGNED _____ 1184

## IMPORTANT MESSAGE #17

FOR _Jeffrey_
DATE _1/27/05_ TIME _11:40_ A.M. / P.M.
M _Cecilia_
OF
PHONE/MOBILE

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She had Todd Meister on the phone again_

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _1/27/05_ TIME _____ A.M. / P.M.
M _Natalie_
OF
PHONE/MOBILE _917 206 9696_

| TELEPHONED | | PLEASE CALL | ☒ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She had a question._

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _1/27/05_ TIME _12:2_ A.M. / P.M.
M _Bob and Todd Meister_
OF _(561)_
PHONE/MOBILE _655 0114_

| TELEPHONED | ☒ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _That they called you_

SIGNED _____ 1184

SAO2993

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _1/27/05_   TIME _6:20_ A.M. (P.M.)
M _Glen Dubin_
OF _____
PHONE/ MOBILE _(212) 287 4977-office_
_(212) 288 4844 home_

| TELEPHONED | ☑ | PLEASE CALL | ☑ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _That he called._

SIGNED _AW_     1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _1/27/05_   TIME _3:55_ A.M. (P.M.)
M _David Copperfield_
OF _____
PHONE/ MOBILE _702 235 5555_

| TELEPHONED | | PLEASE CALL | ☑ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Magic David called_

SIGNED _____     1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _1/27/05_   TIME _6:15_ A.M. (P.M.)
M _Vanessa Madley_
OF _____
PHONE/ MOBILE _She doesn't have a number_

| TELEPHONED | ☑ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _That she called_

SIGNED _____     1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _1/27/05_   TIME _4:08_ A.M. (P.M.)
M _Bob Meister_
OF _____
PHONE/ MOBILE _561 655 0114_

| TELEPHONED | | PLEASE CALL | ☑ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please call him back at home._

SIGNED _____     1184

SAO2994

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _2/11/05_ TIME _11:15_ A.M. / P.M.

M _Darren_

OF _____

PHONE/ MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _He got details on Leon's deal_

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _2/7/05_ TIME _2:30_ A.M. / P.M.

M _Cecilia_

OF _____

PHONE/ MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Eva Ross called_

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR _JE_

DATE _____ TIME _2:00_ A.M. / P.M.

M _Natalie_

OF _____

PHONE/ MOBILE _917 204 9696_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Anna definately has a casting tomorrow @ 9 AM she won't know until 5:30 pm today what it's for._

SIGNED _____

## IMPORTANT MESSAGE

FOR _JE_

DATE _____ TIME _8:10_ A.M. / P.M.

M _David Copperfield_

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _please call_

SIGNED _____  1184

SAO2995

## IMPORTANT MESSAGE

FOR _J.E._

DATE _____ TIME _____ A.M. / P.M.

M _____
OF _David Copperfield_
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____
212 753 6555

SIGNED _____

---

## IMPORTANT MESSAGE

FOR _JE_

DATE _____ TIME _2:18_ A.M. / P.M.

M _____
OF _Jerry Goldsmith_
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Call his cell phone_
772 971 1000

SIGNED _____

---

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _2/14/05_ TIME _1:40_ A.M. / P.M.

M _Cecilia_
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She had Mr. Wexner on the phone_

SIGNED _____

---

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _2/11/05_ TIME _1:50_ A.M. / P.M.

M _Cecilia_
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She had Eva on the phone_

SIGNED _____

SAO2996

## IMPORTANT MESSAGE

FOR Jeffrey

DATE 2/15/05   TIME 2/15/05 A.M. / P.M.

M Randy Dowin

OF
PHONE/ MOBILE 614 348 9010

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE That he called

SIGNED                               1184

## IMPORTANT MESSAGE

FOR Ghislaine

DATE 2/15/05   TIME 8:55 A.M. / P.M.

M Jane-Luc

OF
PHONE/ MOBILE you have it

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE "That he called and he asking you to get up earlier. Wondering why dou sleep so late?"

SIGNED                               1184

## IMPORTANT MESSAGE

FOR JE

DATE                TIME .15 A.M. / P.M.

M Catya in Brazil

OF
PHONE/ MOBILE 01 5511 838 74951

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED                               1184

## IMPORTANT MESSAGE

FOR

DATE 2/15/05   TIME 8:55 A.M. / P.M.

M Ghislaine Maxwell

OF
PHONE/ MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED                               1184

SAO2997

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _2/25/05_ TIME _1:39_ A.M. / P.M.
M _Christiane_

OF ___
PHONE/
MOBILE ___

| TELEPHONED | ◯ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ___
_Third in called_

SIGNED ___
1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _2/25/05_ TIME _9:42_ A.M. / P.M.
M ___

OF ___
PHONE/
MOBILE _561_ ___

| TELEPHONED | | PLEASE CALL | ◯ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ___
_She would like to_
_speak with you._

SIGNED ___
1184

## IMPORTANT MESSAGE

FOR ___
DATE ___ TIME ___ A.M. / P.M.
M ___

OF ___
PHONE/
MOBILE ___

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ___

SIGNED ___
1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _2/25/05_ TIME _12/2_ A.M. / P.M.
M ___

OF ___
PHONE/
MOBILE ___

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ___

SIGNED ___
1184

SAO2998

**IMPORTANT MESSAGE**

FOR _Jeffrey_

DATE _2/26/05_ TIME _6:10_ A.M./P.M.

M _Jean duc_

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _He will call later_

SIGNED _____  1184

---

**IMPORTANT MESSAGE**

FOR _Jeffrey_

DATE _2/26/05_ TIME _10:20_ A.M.

M _Eva Anderson_

OF _____

PHONE/MOBILE _You know how to reach her_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _That she called_

SIGNED _____  1184

---

**IMPORTANT MESSAGE**

FOR _Jeffrey_

DATE _2/27/05_ TIME _10:53_ A.M./P.M.

M _Eva Anderson_

OF _____

PHONE/MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _That she can be reached_

SIGNED _____  1184

---

**IMPORTANT MESSAGE**

FOR _Jeffrey_

DATE _2/25/05_ TIME _4:40_ A.M./P.M.

M _Cecilie_

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She had Micheal + Ornite on the phone._

SIGNED _____  1184

SAO2999

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 2/28/05    TIME 12:17 A.M. / P.M.

M Darren,

OF

PHONE/MOBILE

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

He needs to speak with you.

SIGNED _____ 1164

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 2/28/05    TIME 12:10 A.M. / P.M.

M Laurence Kremess

OF

PHONE/MOBILE 216 970 3496

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

He has sent you some faxes that he would like follow up.

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 2/28/05    TIME 5:30 A.M. / P.M.

M Ghislaine

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Pls call
Ours

SIGNED _____

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 2/27/05    TIME 11:20 A.M. / P.M.

M Sarah.

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | X |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Please call her back. She wanted make sure you knew that she is going to meet Ghislaine and go with her to the Ranch

SIGNED _____ 1184

SAO3000

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _____ TIME _6:05_ A.M./P.M.

M _NATALIE_

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Call back_

SIGNED _Nadia_   1184

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _2/28/05_ TIME _7:11_ A.M./P.M.

M _Natalie_

OF _____

PHONE/MOBILE _917 204 9896_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Barbara is away. Back on Wensday and she might have sthmn Friday_

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _02/28/05_ TIME _7:56_ A.M./P.M.

M _Teala_

OF _____

PHONE/MOBILE _917 603 2296_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _That she called please call her back_

## IMPORTANT MESSAGE

FOR _Ghislaine_

DATE _02/28/05_ TIME _7:50_ A.M./P.M.

M _Ghislaine_

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please call back_

SAO3001

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 3/5/05   TIME 12:20 A.M./P.M.
M Ghislaine
OF
PHONE/MOBILE

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Tecno still doesn't answer the phone.

SIGNED A.M.
1184

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 3/1/05   TIME 10:20 A.M./P.M.
M Cecilia
OF
PHONE/MOBILE

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She had on the phone. Mr. Harvey Weinstein

SIGNED
1184

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 3/5/05   TIME 12:72 A.M./P.M.
M Christina
OF
PHONE/MOBILE 561 389 6874

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She has problems with car... could she be here at 2 pm?

SIGNED

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 3/5/05   TIME 11:50 A.M./P.M.
M Larry Visoski
OF
PHONE/MOBILE 917 868 6195

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Person for the car will be here in 15 min. to drop off foam and papers

SIGNED
1184

SAO3002

## IMPORTANT MESSAGE

FOR Ghislaine

DATE 3/5/05    TIME 9:25 A.M. / P.M.

M Philip

OF

PHONE / MOBILE stop & You have it

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE That he called

SIGNED                                    1184

---

## IMPORTANT MESSAGE

FOR Jeffrey

DATE 3/5/05    TIME 2:50 A.M. / P.M.

M Mr. Delson

OF

PHONE / MOBILE 212 288 1282 home
212 909 9684 office

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE He will be working later today at home. You can reach him at home the first number. Tomorrow he will be working as well

SIGNED                                    1184

---

## IMPORTANT MESSAGE

FOR Jeffrey

DATE 3/6/05    TIME 10:17 A.M. / P.M.

M Paula Heil

OF

PHONE / MOBILE 917 518 2484

| TELEPHONED | | PLEASE CALL | X |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE If you would like to go today at 2 to see Grand Prix please give a call

SIGNED

---

## IMPORTANT MESSAGE

FOR Jeffrey

DATE 3/5/05    TIME 1:20 A.M. / P.M.

M Paula Heil

OF

PHONE / MOBILE 917 518 2484

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE " Did you watch it?

SIGNED

SAO3003

**IMPORTANT MESSAGE**

FOR _Jeffrey_

DATE _3/7/05_   TIME _9:10_ A.M. / P.M.

M _Eva Anderson_

OF

PHONE/MOBILE

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _That she called_

SIGNED _____ 1184

---

**IMPORTANT MESSAGE**

FOR _Jeffrey_

DATE _3/6/05_   TIME _12:55_ A.M. / P.M.

M _Leighton Chandler_

OF

PHONE/MOBILE _917 868 9754_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _That she called and please call her back when you have a chance_

SIGNED _____ 1184

---

**IMPORTANT MESSAGE**

FOR _Jeffrey_

DATE _3/6/05_   TIME _12:30_ A.M. / P.M.

M _George Delson_

OF

PHONE/MOBILE _212 288 1282_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Pls- Call him back_

---

**IMPORTANT MESSAGE**

FOR _Jeffrey_

DATE _3/6/05_   TIME _10:20_ A.M. / P.M.

M _Leighton Chandler_

OF

PHONE/MOBILE _631 726 6112_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | ✓ | SPECIAL ATTENTION | |

MESSAGE _She is returning your call_

SAO3004

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _3/18/08_  TIME _2:44_ A.M. / P.M.
M _Darren_

OF
PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
_Please call_
_back_

SIGNED _____

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _3/7/05_  TIME _11:55_ A.M. / P.M.
M _Svetlana_

OF
PHONE/
MOBILE _1 917 774 3061_

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
_That she called_

SIGNED _____

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _3/7/05_  TIME _3:45_ A.M. / P.M.
M _Natalie_

OF
PHONE/
MOBILE _917 204 9196_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
_Rina_ ___
_will see Eric at 7:00_

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _3/7/05_  TIME _1:02_ A.M. / P.M.
M _Cecila_

OF
PHONE/
MOBILE

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
_She had George_
_Deleon on the_
_phone_

SAO3005

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _2/18/05_   TIME _2.45_ A.M./P.M.

M _Jean-Luc_

OF

PHONE/MOBILE _You have it_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _That she called_
_back_

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _3/8/05_   TIME _5:13_ A.M./P.M.

M _Helen_

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She had Alison_
_on the phone_

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _3/19/05_   TIME _11:50_ A.M./P.M.

M _Tatum_

OF

PHONE/MOBILE _6846642_

| TELEPHONED | | PLEASE CALL | X |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She will be_
_here at 4pm_
_But she needs_
_talk to you before_
_that. Please call_
_her back._

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _3/19/05_   TIME _11:03_ A.M./P.M.

M _Eva Andersson_

OF

PHONE/MOBILE _You know it_

| TELEPHONED | | PLEASE CALL | X |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _That Eva and_
_Celina called._

SAO3006

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _3/21/05_ TIME _4:16_ A.M. / **P.M.**
M _Jean-Luc_
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _He is in serious conversation about Alinas butt, and he needs your precision._

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _3/21/05_ TIME _10:10_ **A.M.** / P.M.
M _Natalie_
OF _____
PHONE/MOBILE _917 204 9696_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please call back she had th to tell you that she forgot._

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _3/21/05_ TIME _9:35_ A.M. / P.M.
M _Jean-Luc_
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _That he called_

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _3/20/05_ TIME _3:08_ **A.M.** / P.M.
M _Sa Mr. Krauss_
OF _____
PHONE/MOBILE _216 970 3496_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _He had meeting with film maker and he symphatize with project. Please call him back. He is available at any time today or tomorrow._

SIGNED _____  1184

SAO3007

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _4/1/05_   TIME _8.08_ A.M. / P.M.

M _Jean-Luc_

OF

PHONE/MOBILE _646 286 7000_

| | | | |
|---|---|---|---|
| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _He has a teacher for you to teach you how to speak russian. She is 2x8 years old not Blonde. Lessons are free and you can have 1st today if you call_

SIGNED

---

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _3/31/05_   TIME _5.06_ A.M. / P.M.

M _Mellisa Hanes_

OF

PHONE/MOBILE _514 1923 h / 351 0944_

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She called if you would like for her to work. She is available tom. till noon and Mon - Fri_

SIGNED

---

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _3/31/05_   TIME _3.22_ A.M. / P.M.

M _Lauren Stroll_

OF

PHONE/MOBILE _217 201 8288_

| | | | |
|---|---|---|---|
| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

---

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _3/31/05_   TIME _2:40_ A.M. / P.M.

M _Cecilia_

OF

PHONE/MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She had Martin Novak on the phone_

SAO3008

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _4/1/05_  TIME _11:45_ A.M. / P.M.
M _Eva_
OF
PHONE/MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | ✗ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please call her back. She said it was important._

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _4/01/05_  TIME _11:35_ A.M. / P.M.
M _Darren_
OF
PHONE/MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _That he called_

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _04/01/05_  TIME _9:04_ A.M. / P.M.
M _Jean-Luc_
OF
PHONE/MOBILE _646 286 7000_

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | ✗ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _That he called again_

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _4/1/05_  TIME _8:31_ A.M. / P.M.
M _Jean-Luc_
OF
PHONE/MOBILE _646 286 7000_

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | ✗ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please call him back as soon as possible. It's very important_

SAO3009

**IMPORTANT MESSAGE**

FOR _Jeffrey_
DATE _4/3/05_   TIME _7:12_ A.M. **P.M.**
M _Les_
OF
PHONE/MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _That he has returned your phone call_

SIGNED _____   1184

---

**IMPORTANT MESSAGE**

FOR _Jeffrey_
DATE _4/1/05_   TIME _5:55_ A.M. **P.M.**
M _Alicia Ribentova_
OF
PHONE/MOBILE _1 917 774 4452_

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please call her back._

SIGNED _AM_   1184

---

**IMPORTANT MESSAGE**

FOR _Jeffrey_
DATE _4/1/05_   TIME _5:03_ A.M. **P.M.**
M _Bruce Moston_
OF
PHONE/MOBILE _346 6269_

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _To see how do you feel after your procedure_

SIGNED _____   1184

---

**IMPORTANT MESSAGE**

FOR _Jeffrey_
DATE _4/1/05_   TIME _12:30_ A.M. **P.M.**
M _Melissa Hancs_
OF
PHONE/MOBILE _351 0944 (p)_

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She called again if she could work. Anytime Mon-Fri._

SIGNED _____   SAO3010   1184

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _4/4/05_ TIME _6:21_ A.M. / P.M.

M _Jean - Luc_

OF _____

PHONE/MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _He spoke to the doctor about your symptoms. His breast is larvian various. It can be cured but you have to move. It can cost impulse of the muscle which can shorten_

SIGNED _your sex life_

1184

## IMPORTANT MESSAGE

FOR _____

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Talked specialist 4 various. About symptom prostrislarian larias: Can be crucible. But you have to move ipotphine of the muscle. Begin flight_

SIGNED _____

1184

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _4/4/05_ TIME _1:05_ A.M. / P.M.

M _Joanna S._

OF _____

PHONE/MOBILE _714 0546_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She is looking to speak with you._

SIGNED _____

## IMPORTANT MESSAGE

FOR _JE_

DATE _____ TIME _9:40_ A.M. / P.M.

M _Alysa R_

OF _____

PHONE/MOBILE _917 744 4452_

| TELEPHONED | | PLEASE CALL | X |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

1184

SAO3011

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _4/9/05_ TIME _11:38_ A.M. / P.M.
M _Llusan Khan_
OF
PHONE/MOBILE _1781 862 4094_

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _He will leave for 15 min and he will be available after that_

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _4/5/05_ TIME _9:16_ A.M. / P.M.
M _Joanna S._
OF
PHONE/MOBILE _5616443713_

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She is going to funeral to South Carolina so she won't be around_

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _Ghislaine_
DATE _4/5/05_ TIME _11:31_ A.M. / P.M.
M _Marc Lundberg_
OF
PHONE/MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Returning your phone call_

SIGNED _____

## IMPORTANT MESSAGE

FOR _Ghislaine_
DATE _4/4/05_ TIME _6:30_ A.M. / P.M.
M _Jean-Luc_
OF
PHONE/MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please call him back_

1184

SAO3012

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _4/9/05_ TIME _4:40_ A.M. / **P.M.**
M _____
OF _____
PHONE/ MOBILE _____

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _She is waiting for her friend to call her back. She would like to speak with you_

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _4/9/05_ TIME ____ A.M. / P.M.
M _____
OF _____
PHONE/ MOBILE _____

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _____

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _4/11/05_ TIME _11:40_ A.M. / P.M.
M _Melisa Mancs_
OF _____
PHONE/ MOBILE _351 0944_

| TELEPHONED | PLEASE CALL | X |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _____

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _4/9/05_ TIME _1:05_ A.M. / **P.M.**
M _Ghislaine_
OF _____
PHONE/ MOBILE _____

| TELEPHONED | PLEASE CALL | ✓ |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _Please call her back_

SIGNED _____ SAO3013

**IMPORTANT MESSAGE**

FOR _Jeffrey_
DATE _4/1/05_     TIME _2:57_ A.M. P.M.
M _Jerry Goldsmith_
OF
PHONE/MOBILE _772 971 1000_

| TELEPHONED | | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please call_
_from Buck_

SIGNED _____  1184

---

**IMPORTANT MESSAGE**

FOR _Jeffrey_
DATE _____     TIME _____ A.M. P.M.
M _Jerry Goldsmith_
OF
PHONE/MOBILE _772 971 1000_

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _____  1184

---

**IMPORTANT MESSAGE**

FOR _Jeffrey_
DATE _4/11/05_     TIME _3:41_ A.M. P.M.
M _Darren_
OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _He needs talk_
_to you about_
_disbral well_

SIGNED _____  1184

---

**IMPORTANT MESSAGE**

FOR _JE_
DATE _____     TIME _2:40_ A.M. P.M.
M _Dr Jarecki_
OF
PHONE/MOBILE _212-984-1440_

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | X | SPECIAL ATTENTION | |

MESSAGE

SIGNED _____

**SAO3014**

## IMPORTANT MESSAGE

FOR __Jeffrey__

DATE __4/12/05__ TIME __12:43__ A.M. / P.M.

M __Natalie__

OF _____

PHONE/ MOBILE __You know her numba__

| TELEPHONED | | PLEASE CALL | ✗ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE __Pls__

SIGNED _____ 1184


## IMPORTANT MESSAGE

FOR __Jeffrey__

DATE __4/11/05__ TIME __4:46__ A.M. / P.M.

M __Cecilia__

OF _____

PHONE/ MOBILE _____

| TELEPHONED | ✗ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE __She had__
__Dr. Jarecki__

SIGNED _____ 1184


## IMPORTANT MESSAGE

FOR __Jeffrey__

DATE __4/11/05__ TIME __4:34__ A.M. / P.M.

M __Cecilia__

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE __She had__
__Mr. Spenberg__
__on the phone__

SIGNED _____


## IMPORTANT MESSAGE

FOR __Jeffrey__

DATE __4/11/05__ TIME __4:28__ A.M. / P.M.

M __Cecilia__

OF _____

PHONE/ MOBILE _____

| TELEPHONED | ✗ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE __She had__
__Leon online__

SIGNED _____ 1184

SAO3015

## IMPORTANT MESSAGE

FOR _____
DATE _____ TIME _____ A.M. / P.M.
M _____
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _4/12/05_ TIME _3:35_ A.M. / P.M.
M _Larry_
OF _____
PHONE/MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____

## IMPORTANT MESSAGE

FOR _____
DATE _____ TIME _____ A.M. / P.M.
M _____
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

## IMPORTANT MESSAGE

FOR _JE_
DATE _____ TIME _3.05_ P.M.
M _Coleen_
OF _____
PHONE/MOBILE _440. 289. 6551_

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Good luck_

SAO3016