# EXHIBIT 5

```
      IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL
         CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

                 CASE NO.:  CACE 15-000072


BRADLEY J. EDWARDS and PAUL G.
CASSELL,

             Plaintiffs,
vs.

ALAN M. DERSHOWITZ,

             Defendant.
_____/



              VIDEOTAPE CONTINUED DEPOSITION OF

                    ALAN M. DERSHOWITZ


                         VOLUME 4
                  Pages 462 through 647


                Tuesday, January 12, 2016
                  1:05 p.m. - 4:45 p.m.


                       Tripp Scott
                 110 Southeast 6th Street
                 Fort Lauderdale, Florida


               Stenographically Reported By:
                 Kimberly Fontalvo, RPR, CLR
                Realtime Systems Administrator
```

```
 1   APPEARANCES:

 2
     On behalf of Plaintiffs:
 3
          SEARCY, DENNEY, SCAROLA
 4        BARNHART & SHIPLEY, P.A.
          2139 Palm Beach Lakes Boulevard
 5        West Palm Beach, Florida 33402-3626
          BY:  JACK SCAROLA, ESQ.
 6        jsx@searcylaw.com

 7

 8   On behalf of Defendant:

 9        COLE, SCOTT & KISSANE, P.A.
          Dadeland Centre II - Suite 1400
10        9150 South Dadeland Boulevard
          Miami, Florida 33156
11        BY:  THOMAS EMERSON SCOTT, JR., ESQ.
          thomas.scott@csklegal.com
12        BY:  STEVEN SAFRA, ESQ.   (Via phone)
          steven.safra@csklegal.com
13   --and--

14        SWEDER & ROSS, LLP
          131 Oliver Street
15        Boston, MA  02110
          BY:  KENNETH A. SWEDER, ESQ.
16        ksweder@sweder-ross.com

17   --and--

18        WILEY, REIN
          17769 K Street NW
19        Washington, DC  20006
          BY:  RICHARD A. SIMPSON, ESQ.
20        RSimpson@wileyrein.com

21

22

23

24

25
```

```
 1    APPEARANCES (Continued):

 2

 3    On behalf of Jeffrey Epstein:

 4         DARREN K. INDYKE, PLLC
           575 Lexington Ave., 4th Fl.
 5         New York, New York
           BY:  DARREN K. INDYKE, ESQ.   (Via phone)
 6

 7    On behalf of Virginia Roberts:

 8         BOIES, SCHILLER & FLEXNER, LLP
           401 E. Las Olas Blvd., Ste. 1200
 9         Fort Lauderdale, Florida  33301
           BY:  SIGRID STONE MCCAWLEY, ESQ.
10         smccawley@bsfllp.com

11

12    ALSO PRESENT:

13    Edward J. Pozzuoli, Special Master

14    Sean D. Reyes, Utah Attorney General Office

15    Travis Gallagher, Videographer

16

17

18

19

20

21

22

23

24

25
```

1    Q.   Okay.  And Ghislaine Maxwell, you are
2  aware, is involved in litigation with Virginia
3  Roberts right now, correct?
4    A.   She is being sued by Virginia Roberts for
5  defamation, not for the underlying offenses, which
6  are beyond the statute of limitations, as I
7  understand it, correct.
8    Q.   And have you spoken with Ghislaine Maxwell
9  about the allegations against her and her denials?
10           MR. INDYKE:  Same objection, same
11       instruction.
12           MR. SCOTT:  Don't answer it.  It's
13       privileged.
14  BY MR. EDWARDS:
15    Q.   I'm asking about your conversations with
16  Ghislaine Maxwell, who's in a separate litigation,
17  civil litigation for defamation.  Have you
18  personally spoken with Ghislaine Maxwell since these
19  allegations?
20    A.   If there's no objection, I will answer.
21           MR. INDYKE:  There was an objection.  Same
22       objection, same instruction.
23  BY MR. EDWARDS:
24    Q.   Is there a joint defense agreement related
25  to the civil allegation -- actions regarding the

1  defamation actions that involve Ghislaine Maxwell
2  and yourself?
3          MR. INDYKE:  Same objection.
4          SPECIAL MASTER POZZUOLI:  What's the
5      basis -- can you explain to me what the basis
6      of the objection is -- and what was the
7      question?
8          MR. EDWARDS:  Has Mr. Dershowitz spoken
9      with Ghislaine Maxwell since the allegations --
10     since this defamation suit came about as well
11     as the defamation suit with Ghislaine Maxwell.
12  BY MR. EDWARDS:
13     Q.  Let me ask it cleaner.  Have you spoken
14  with Ghislaine Maxwell since January 2015?
15         MR. INDYKE:  Same objection, same
16     instruction.
17  BY MR. EDWARDS:
18     Q.  So that I'm clear, there is a joint
19  defense of the allegations regarding Ghislaine
20  Maxwell that's New York litigation and this
21  defamation case?
22         MR. INDYKE:  There's a common interest
23     agreement in effect with respect to the
24     New York case and a common interest agreement
25     with respect to this case.

```
1     BY MR. EDWARDS:
2        Q.   Okay.  Was Virginia Roberts lying when she
3     says that she was taken by Ghislaine Maxwell and --
4             MR. SCAROLA:  Who negotiated the agreement
5         and when?
6     BY MR. EDWARDS:
7        Q.   Is there a common interest agreement in
8     existence with respect to the allegations that have
9     arisen since January of 2015 or that you contend
10    covers that?
11            MR. INDYKE:  Same objection, same
12        instruction.
13    BY MR. EDWARDS:
14       Q.   If there is, who negotiated this
15    agreement?
16            MR. SCAROLA:  Can we have a ruling on
17        propriety?
18            SPECIAL MASTER POZZUOLI:  You haven't
19        pushed me, so I let you go.
20            MR. SCAROLA:  Can we have a ruling as to
21        whether we get to know whether Mr. Dershowitz
22        is a party to a common interest agreement with
23        Ghislaine Maxwell?
24            SPECIAL MASTER POZZUOLI:  Counsel --
25            MS. McCAWLEY:  Also, just this is Sigrid
```

1  McCawley, if any of the individuals on the
2  phone are representing Ghislaine Maxwell, my
3  understanding is the person on the phone is
4  representing Jeffrey Epstein, not Ghislaine
5  Maxwell.  That needs to be clarified.
6        MR. INDYKE:  Correct.  Correct.
7        SPECIAL MASTER POZZUOLI:  The answer is
8  correct?
9        MR. INDYKE:  With respect to Mr. Epstein,
10 I can tell you there's a common interest
11 agreement with respect to this matter and a
12 common interest agreement with respect to the
13 Ghislaine Maxwell suit in New York.
14       SPECIAL MASTER POZZUOLI:  Is
15 Mr. Dershowitz party to that?
16       MR. INDYKE:  Mr. Dershowitz is party to a
17 common interest agreement with Jeffrey in this
18 case.  And I believe -- I'd have to check, but
19 I believe that that would extend --
20       MR. SCAROLA:  We want an answer from the
21 witness as to whether the witness is a party to
22 a common interest agreement with Ghislaine
23 Maxwell.
24       SPECIAL MASTER POZZUOLI:  Then ask the
25 question, because I haven't seen the question

```
 1        asked yet.
 2     BY MR. EDWARDS:
 3        Q.   Are you a party to a common interest
 4     agreement with Ghislaine Maxwell?
 5        A.   If there's no objection, I'll answer it.
 6             MR. INDYKE:  I apologize.  I thought we
 7        were still operating under the original set of
 8        objections.  So I will repeat it.  Same
 9        objection, same instruction.
10             SPECIAL MASTER POZZUOLI:  With respect to
11        that question, you can answer.
12        A.   My understanding is that I am still
13     Jeffrey Epstein's lawyer.  Jeffrey Epstein, I
14     understand, has a common interest or joint defense
15     agreement with Ghislaine Maxwell, so I have -- my
16     understanding is that I am bound by a common
17     agreement.
18     BY MR. EDWARDS:
19        Q.   Is this the same common interest agreement
20     that we were talking about from 2005, or is this a
21     separate common interest agreement that has been
22     signed as a consequence of the lawsuits that have
23     been filed since January 2015?
24             MR. INDYKE:  If this is a new question,
25        I'll assert the same objection and the same
```

1     instruction.
2          SPECIAL MASTER POZZUOLI:  And I'm going to
3     overrule the objection.  And you can answer
4     that.
5     A.   My understanding is that it's a
6  combination; that is, it reflects the previous
7  agreement and that there is a new agreement that
8  supplemented the previous agreement.
9    BY MR. EDWARDS:
10     **Q.   When you say it's your understanding, is**
11  **this understanding in writing; meaning, is there a**
12  **written common interest agreement that has been put**
13  **in place since January of 2015?**
14     A.   I don't know.
15          MR. INDYKE:  Same objection, same
16     instruction.
17          MR. SCOTT:  Can we take a recess when we
18     get a chance?
19          SPECIAL MASTER POZZUOLI:  Yes, but I'm
20     going to instruct you --
21     A.   I don't know.  I don't know the answer to
22  that, whether there's additional writing or not.
23    BY MR. EDWARDS:
24     **Q.   Last question, then we take a break.  Have**
25  **you signed any such agreement --**