# EXHIBIT 7

# PART 3

```
 1          A.    Where is that, sir?   Just point it.
 2          Q.    Then it says, Alessi Properties, LLC; is that
 3     right?
 4          A.    Yes, sir.
 5          Q.    Then do you see the next couple pages includes
 6     a letter from Adam Fetterman to the Department of State?
 7     Do you see that?
 8          A.    Yes, sir.
 9          Q.    And then the next -- the next page is an
10     articles -- articles of organization for Florida limited
11     liability company.  Do you see that?
12          A.    Yes, sir.
13          Q.    And then on the very last page, is that your
14     signature?
15          A.    Yes, sir.
16          Q.    Okay.  Is that your application to organize
17     the Florida limited liability company, Alessi
18     Properties, LLC?
19          A.    Yes.  I just sign it.  This was done by the
20     lawyer.
21          Q.    Did Jeffrey Epstein have anything to do with
22     the creation of this company?
23          A.    Absolutely nothing.
24          Q.    Did Jeffrey Epstein pay for Mr. Fetterman's
25     services to do this?
```

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)                3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

Page 152

1          A.    Absolutely no.

2          Q.    Now, this was -- this Alessi Properties, LLC,

3    it appears to have been incorporated in August of 2003.

4    Do you recall that?  Does that sound correct?

5          A.    Yeah.

6          Q.    And between December of 2002, when you left

7    Mr. Epstein's employment, and August of 2003, when you

8    incorporated Alessi Properties, LLC, did you speak to

9    Jeffrey Epstein?

10         A.    Never spoke again.

11         Q.    Or with anybody on his behalf, such as his

12   staff or an investigator for him?  Anybody?

13         A.    Nothing.

14         Q.    Okay.  Did you go to his home between January

15   and August of 2003?

16         A.    No.  Except twice, the two incidents that it

17   happened.

18         Q.    But those -- and those happened later, after

19   August of 2003, correct?  Those happened either --

20         A.    Yeah.  I never went to the home for any reason

21   to talk to him or to anybody.

22         Q.    Okay.  So in September and October when you

23   went to Mr. Epstein's house --

24         A.    Yeah.

25         Q.    -- uninvited, --

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)                3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

1           A.   Uh-huh.

2           Q.   -- you just assumed that he would have money

3      in his briefcase?

4           A.   I assume.

5           Q.   You hadn't talked to him in nine months; is

6      that your testimony?

7           A.   That's my testimony.

8           Q.   And you said that you needed that money

9      because of a woman that you were mixed up with?

10          A.   That's correct.

11          Q.   What's her name?

12          A.   Eva DaSilva (phonetics).

13          Q.   And where does she --

14          A.   I'm sorry.  Vonia DaSilva (phonetics).  I

15     already forgot the name.

16          Q.   Vonia?

17          A.   Vonia DaSilva.

18          Q.   Where is she now?  Where does she live?

19          A.   I have no idea.  She left -- she left the

20     state.  She was a girl from Brazil.  The biggest mistake

21     of my life.

22          Q.   And then you said during the questioning of

23     one or two of the attorneys that you entered into a

24     separation agreement with Mr. Epstein that included a

25     confidentiality agreement and a release.  Do you

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

1     remember saying that?

2          A.   Yeah.

3               MR. CRITTON:   Form.

4     BY MR. BERGER:

5          Q.   And those were signed by you?

6          A.   And Mr. Epstein.

7          Q.   And was that signed after the October

8     incident?

9          A.   No.  This was signed in January 2003.

10         Q.   When you left?

11         A.   Right after I left.

12         Q.   Okay.

13         A.   Right after I left, it was done through the

14    office in New York.  Mr. Epstein never spoke to me

15    again.  It was done through the lawyers in New York.

16    They send me the paper via Fed Ex.  They send us a

17    check.  That was the end of it.  That happened in

18    January, January 2003.

19         Q.   Do you have a copy of those documents?

20         A.   Not in here.

21         Q.   Do you have them at home?

22         A.   Yes, I do.

23         Q.   And let me just make sure I know what the

24    documents are.

25               There's a separation agreement?

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

1         A.    Just a separation agreement.

2         Q.    And that includes a confidentiality provision?

3         A.    It was a -- there's a provision inside.

4         Q.    And it also includes in it a release or is the

5    release separate?

6         A.    I don't know.  Lawyer terms.  I'm not familiar

7    with that.

8         Q.    Did you have a lawyer represent you in

9    connection with that?

10        A.    No.  I never need it.

11        Q.    And you said Mr. Epstein paid you $30,000 to

12   you and $20,000 to your wife?

13        A.    That's correct.

14        Q.    And how was that paid to you?

15        A.    Cash -- I mean, check.  It was a check but it

16   was taken -- taxes were taken out.  So it was minus

17   taxes.

18        Q.    Was it one check for each of you?

19        A.    Yes.

20             MR. CRITTON:  Can we take a five-minute break?

21             MR. BERGER:  Sure.

22             MR. CRITTON:  Do you want to finish one line

23        of questioning?

24             MR. BERGER:  No, go ahead.  Go ahead.

25             VIDEOGRAPHER:  Off the record at 2:15.

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

Page 156

```
 1              (Brief recess.)
 2              VIDEOGRAPHER:  We're back on the record at
 3         2:21.
 4    BY MR. BERGER:
 5         Q.   How many times have you talked with
 6    investigators of Mr. Epstein?
 7         A.   One time.
 8         Q.   And that's the one time that you've mentioned
 9    already?
10         A.   Yes.
11         Q.   And have you met -- talked to Mr. Critton
12    before today?
13         A.   Oh, wait a minute.  Sorry.  I have to go back
14    on that.  Twice.  One time when the criminal case
15    started when they, like, find the card and Jeffrey says,
16    I cannot talk to you, somebody will call you.  I talked
17    the investigator that I told you.
18              And the second time was, I guess, you -- I
19    don't know who was it, but they send -- they send me
20    the -- I don't know if it was an investigator or they
21    just give me your notice that I was going to be
22    subpoena.
23              MR. CRITTON:  I think that came from
24         Mr. Willits' office.
25              MR. WILLITS:  Jack Hill's office.
```

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

Page 157

1              MR. CRITTON:  That wasn't an investigator.  It

2       was a subpoena server?

3              THE WITNESS:  Yeah.

4    BY MR. BERGER:

5       Q.   Process server.  Process server.

6              Now, this is Mr. Robert Critton.  Have you

7    talked to him before today?

8       A.   Yes, sir.

9       Q.   How many times have you talked to Mr. Critton?

10      A.   Once in my house.  And we talk about ten

11   minutes yesterday?  Monday?  Monday?

12      Q.   Yesterday?

13      A.   Yesterday.

14      Q.   Okay.  And what did you discuss?

15      A.   Discuss the same questions that you telling

16   me.  And he told me basically, say the truth.  Tell the

17   truth, nothing but the truth.  And be firm and be --

18   speak your mind and don't be afraid.

19              I thought that this incident about my life

20   never would have come out.  I wish it would have never

21   come out.  But I guess it come out and it's too late.

22      Q.   Well, you know what this case is about, don't

23   you?

24      A.   Of course.  I think it's a case against

25   Mr. Epstein.  But it's not a case against me, is it?

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

```
 1          Q.   No.

 2          A.   Oh.

 3          Q.   And you know it's --

 4               (Brief interruption.)

 5    BY MR. BERGER:

 6          Q.   And you know it's a serious case for the

 7    people that are bringing it?

 8                    THE COURT:  Form.

 9                    THE WITNESS:  Absolutely.

10    BY MR. BERGER:

11          Q.   So you had this conversation with Mr. Critton

12    yesterday?

13          A.   Not about the seriousness, no.

14          Q.   No.  No.  But the conversation that you had

15    with Mr. Critton was yesterday, correct?

16          A.   Yes.  Told him he -- he told me basically he

17    was going to be here, that a bunch of lawyers were going

18    to ask me questions and that I should be truthful and

19    nothing else, basically.

20          Q.   Well, what else did he say?

21          A.   What else did Mr. Critton says?  Nothing.  He

22    asked me about my health, because I was in the hospital

23    this week.  He asked me how I felt.

24               And I says, well, I want to get this done.  I

25    want to get it over, done, and go on with my life for
```

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

1          the rest of my life.  I want to finish with this.  I

2          don't want nothing to do with Jeffrey Epstein or this

3          case, once and for all.

4                  Q.    Did you talk to him about the confidentiality

5          agreement that you mentioned?

6                  A.    No.

7                  Q.    Or the separation agreement?

8                  A.    No.

9                  Q.    Or the arrest?

10                 A.    No.

11                 Q.    Or the $30,000 that you were paid?

12                 A.    No.

13                 Q.    Did he tell you that this case that we're here

14         about --

15                 A.    $30,000 where?  What $30,000?

16                 Q.    You said you were paid $30,000 and your wife

17         was paid $20,000.

18                 A.    Yes.  Yes.  The separation agreement.  No.

19         No.

20                 Q.    You didn't talk about that?

21                 A.    No.

22                 Q.    Did he tell you there were young women suing

23         Mr. Epstein?  Did he tell you that yesterday?

24                 A.    No.  He mentioned to me that it was a lot of

25         lawsuits against Mr. Epstein, criminal and civil suits.

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

Page 160

```
 1        And -- not yesterday, but when he was in my house with
 2        his secretary.
 3             Q.   Not yesterday?
 4             A.   Not yesterday.
 5             Q.   When was he was at your house with the
 6        secretary?
 7             A.   About two months ago, a month and a half ago.
 8             Q.   You can't look to him to answer.  You've got
 9        to answer.
10             A.   I cannot remember exactly the date, but I
11        would say it was about a month ago.
12             Q.   Maybe I misunderstood.  Was Mr. Critton at
13        your house yesterday?
14             A.   No.  He called me yesterday.
15             Q.   He called you yesterday?
16             A.   Yes, sir.
17             Q.   And you talked for about ten minutes yesterday
18        on the phone?
19             A.   No more.
20             Q.   Did you tell me everything that you and
21        Mr. Critton talked about yesterday?
22             A.   Yes.
23             Q.   Now, he visited your house --
24             A.   Yes.
25             Q.   -- a month and a half or two months ago --
```

(561) 832-7500     PROSE COURT REPORTING AGENCY, INC.     (561) 832-7506

1          A.   Absolutely.

2          Q.   -- with his secretary?

3          A.   Yes.

4          Q.   And did she take notes?

5          A.   Yes, she did.

6          Q.   Pardon me?

7          A.   She did.

8          Q.   She took notes.  Just by pen and paper?

9          A.   Pen and paper.

10         Q.   Not a machine like the court reporter?

11         A.   No.

12         Q.   Were you taped?  Did somebody tape record you?

13         A.   No.

14         Q.   Did he show you the notes that she took down?

15         A.   No.

16         Q.   Typed up and show you the transcript?

17         A.   No.

18         Q.   No?  Now, how long was Mr. Critton at your

19    house then?

20         A.   For about half an hour.

21         Q.   And did you know that he was coming?  Did he

22    call ahead of time?

23         A.   Yeah.

24         Q.   And, so, what did you expect was going to

25    happen?

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

Page 162

1          A.    He was going to come in and ask questions

2     about this case.

3          Q.    So what did he say?

4          A.    Same questions that you guys are asking me,

5     exactly the same questions.

6          Q.    Nothing more?

7          A.    Basically what you saw, what you did, what

8     your job description was, what you did, how you start

9     your day, how was your day and how was -- what time you

10    started, what time you finish and what you did, and what

11    was your responsibilities.  And that was it.

12         Q.    Okay.  And were you paid anything for that?

13         A.    Absolutely not.  The only money that I got, it

14    was from you for this $47 check for coming in here.

15         Q.    Okay.

16         A.    And I will take no money from nobody.

17         Q.    Okay.  Were there -- were there any other

18    times that you talked to either Mr. Critton or anybody

19    from his office?

20         A.    No.

21         Q.    You described every time that you've ever

22    talked to either Mr. Critton or people from his office?

23         A.    No, sir.

24         Q.    You've described all those times that you've

25    talked to Mr. Critton or people from his office?  I'm

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)                    3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

Page 163

1       not asking the question clearly.

2               Did you talk to Mr. Critton any other time?

3       A.   No.  I talked to Mr. Critton twice, once in my

4       house, once yesterday.

5       Q.   Now, how about Mr. Jack Goldberger,

6       Mr. Epstein's criminal defense attorney, did you ever

7       talk to him?

8       A.   No.

9       Q.   Did you ever talk to Alan Dershowitz about any

10      of these matters?

11      A.   No, sir.

12      Q.   Or Roy Black?

13      A.   No, sir.

14      Q.   Now, I'm just going back over some different

15      things that you mentioned.

16              You said that there was a Roladex that you

17      created of names of women?

18      A.   Not it was a name just woman.  It was

19      companies, air condition companies.  It was cleaning

20      companies.  It was suppliers.  And it was -- it was a

21      Roladex that I left it there.

22      Q.   Did you have a list of girls on your Roladex?

23              MR. CRITTON:  Form.

24              THE WITNESS:  No.  We had a list of girls in

25              a -- in a -- in a sheet with plastic that we have

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)                    3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

Page 164

```
 1              all the massage therapists.  It was two pages or
 2              three pages of people in a plastic sheet that we
 3              had it where -- by the telephones.  That was it.
 4     BY MR. BERGER:
 5         Q.   Have the names?
 6         A.   Names and phones.
 7         Q.   Telephone numbers?
 8         A.   Uh-huh.
 9         Q.   What about addresses?
10         A.   No, no addresses.
11         Q.   What about dates?
12         A.   No, sir.
13         Q.   And who prepared the list?
14         A.   Either Ms. Maxwell -- Ms. Maxwell.
15         Q.   Was it typed?
16         A.   Yeah.  They were types.
17         Q.   No.  Typed.
18         A.   Yeah.
19         Q.   Who typed it?
20         A.   I don't know who type it, but it came from New
21     York.
22         Q.   The list?
23         A.   Yeah.
24         Q.   Did you -- did you give the information that
25     went into the list?
```

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

1          A.    No.

2          Q.    Where was the list kept?

3          A.    In many places.  It was in Mrs. Maxwell's

4    desk.  It was one in the kitchen, one in my office, one

5    in my room because sometimes I was in my room and I have

6    to call these people.  It was one in the new house when

7    they build the new house.  It was all over.  And it was

8    also those -- those files for the house -- the house

9    running operation.

10         Q.    Was it the same list that was in all those

11   places?

12         A.    Basically, yes.

13         Q.    Was the list updated?

14         A.    Yes.

15         Q.    Did you keep a copy of the list?

16         A.    No, I don't have a copy of the list.

17         Q.    When you left Mr. Epstein's employment, you

18   didn't take a copy with you?

19         A.    Not at all.

20         Q.    And when you worked for Mr. Epstein, you

21   didn't write notes about what you did and what you saw?

22         A.    No.

23         Q.    No?

24         A.    No.  I had too much to do.

25         Q.    You didn't put anything in a computer about

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

1        what you saw at the house?

2              A.    No, sir.

3              Q.    Did you ever talk to your wife about what you

4        saw at the house?

5              A.    Like what?  Saw about what?

6              Q.    About the dildos.  About the massages.  Did

7        you ever talk to your wife about that?

8              A.    Yeah.  And that's one of the reasons that I

9        never send my wife after -- this hap -- these dildos and

10       things like that happened right at the end of my stay

11       there.  It never happened before.  Right at the last

12       couple months before I left.  And that --

13             Q.    And that's when young girls --

14             MR. CRITTON:  Let him finish his answer.

15             THE WITNESS:  And my -- my worry about was

16             that my wife will panic.  And I never send her up

17             there to clean up the rooms or anything else.

18       BY MR. BERGER:

19             Q.    Is that when young girls started coming to the

20       house?

21             MR. CRITTON:  Form.

22             THE WITNESS:  One girl that I can think of.

23       BY MR. BERGER:

24             Q.    Just one?

25             A.    One girl.  That girl that she show me the

```
1        picture.

2             Q.   V.R.?

3             A.   That's the only one that I can think she was

4        young, but I don't know how old.

5             Q.   Do you still have the transcript from -- from

6        the police in front of you, from the State Attorney's

7        Office?

8                  It's below that.  It's at the bottom.  Keep

9        going.

10                 You see?  Turn to page 9.

11                 Page 9.  Now, look at me.  It says, page 10,

12       but it also says page 9.

13                 So you got page 9?

14            A.   Page 9 and page 10.

15            Q.   Okay.

16            A.   Oh, okay.  Page 9.  Okay.

17            Q.   I want you to see page 9.

18                 MR. CRITTON:  You want the transcript page 9?

19                 MR. BERGER:  Yeah.

20       BY MR. BERGER:

21            Q.   Let me just make sure you're on the right

22       page.  Yeah.

23                 Look at line 13.

24                 It says, answer:  "No, sir.  Mostly no.  We

25       saw one or two young ones in the last year."
```

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)                    3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

1                   Do you see that?

2                   MR. CRITTON:  Form.  It's taken out of

3          context.  There's no question.

4     BY MR. BERGER:

5          Q.   Do you see those words?

6          A.   Did they seem -- did they seem young to you?

7     No, sir, mostly were no.  We saw two young ones in the

8     last year.

9          Q.   Well, it actually says, "we saw one or two

10    young ones in the last year."

11         A.   "We saw one or two young ones in the last

12    year.  Before that they were all adults."

13         Q.   The one or two young ones in the last year

14    that you're referring to, who are they?

15         A.   One was V. and the another one was N.B.

16         Q.   Don't write on that.  Okay?  Don't write on

17    that with your pen.

18                   Look at paragraph -- look at line 19.

19         A.   Yes.

20         Q.   It says, quote, I remember one girl was young,

21    unquote.

22                   Do you see that?

23         A.   Yeah.

24                   MR. CRITTON:  Form.

25    BY MR. BERGER:

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)                    3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

1          Q.    Who were you referring to?

2          A.    V.

3          Q.    And then you see under that at line 22, it

4    says, quote, but I imagine she was 16, 17.  In my

5    judgment she was 16, 17, unquote.

6                Do you see that?

7                MR. CRITTON:  Form.

8                THE WITNESS:  Yeah.

9    BY MR. BERGER:

10         Q.    Were you referring to V.?

11               MR. CRITTON:  Form.

12               THE WITNESS:  I think so, yeah.

13               Oh, can I read this again?

14   BY MR. BERGER:

15         Q.    Sure, go ahead.  Take your time.

16         A.    "During the last year while you were working

17   for him, what do you mean, they look young?  Did they

18   look like they were still in high school?  Yes.  And the

19   only one that I knew was in high school was N.  I

20   remember one girl was young.  We never ask her how old

21   she was.  I never asked N. how old she was.  I think she

22   was in the last year of high school.

23               Right.  Understand.

24               Question.

25               But I imagine she was 16, 17.  I don't know.

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)                    3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

Page 170

```
 1        In my judgment she was 16, 17."
 2                I was talking about, I was referring about N.
 3        at that time.
 4                Q.   So at line 22, look at line 22.
 5                A.   Yes, sir.
 6                Q.   It says, quote, but I imagine she was 16, 17,
 7        unquote.
 8                You were referring to who?
 9                A.   To N.
10                Q.   Okay.  You can put that down.
11                You mentioned Joe Joe.  You said Joe Joe was
12        the house man in New York?
13                A.   Yes.  I met Joe Joe.
14                Q.   And do you know his full name?
15                A.   Joe Joe work with his wife.  They were
16        Funtanella (phonetics), Funtanella.  Joe Joe and Lynn
17        was his wife, Funtanella.
18                Q.   When is the last time you talked to them?
19                A.   Wow.  Never talked to them again in over ten
20        years.
21                Q.   Now, you mentioned in response to Ms. Ezell's
22        questions, you said something about V.'s father.  Do you
23        remember talking about that?
24                A.   Uh-huh.
25                Q.   How do you know that person was her father?
```

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

1    A.    Because either she told me or Ms. Maxwell told

2    me that her father used to work at Donald Trump's place.

3    And she -- I think he is the one who bring her to the

4    house that afternoon, the first time I saw V. drive in

5    at this -- Donald Trump's house.

6    Q.    Now, you said you know -- you knew who Alan

7    Dershowitz or you know who Alan Dershowitz is, right?

8    A.    Many times.

9    Q.    And he was at the house?

10   A.    He's been at the house a lot of times.

11   Q.    Was he ever at the house when there were naked

12   women at the house?

13   A.    No.

14   Q.    No?

15   A.    They were never naked woman at the house, sir.

16         I remember one occasion when one English

17   girl -- I think she was English or German girl -- came

18   to the house.  And usually in Europe they use topless,

19   they don't wear anything.  But she was taking the sun

20   outside and she came to the house with nothing on and I

21   chase them out.  I says, not in this house.  You don't

22   do it.  You go outside, put the towel and come in here.

23   Because she came to get something from the kitchen

24   wearing nothing.  And I did not allow that.

25   Q.    But when Alan Dershowitz was there, were there

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

```
 1        any women that were topless?

 2              A.   No, not that I can remember.

 3              Q.   What about when Prince Andrew was there?

 4              A.   Not that I can remember, sir.

 5              Q.   Did you ever see Alan Dershowitz walking

 6        around naked?

 7              A.   No, sir.

 8              Q.   How about Prince Andrew?

 9              A.   No, sir.

10              Q.   You mentioned your divorce, that it cost -- it

11        cost money.  Did Jeffrey Epstein pay for anything

12        connected with the divorce?

13              A.   Absolutely nothing.

14              Q.   Let me go back for a minute to the

15        confidentiality provision in the separation agreement.

16                   Did you -- did you discuss with anybody why

17        there had to be a confidentiality provision?  Did you

18        talk to somebody about that?

19              A.   No.  No.  I discuss it with Mr. Epstein when

20        he told me, he finally come out and says, John -- I know

21        they were going to try to replace us.  And -- and we got

22        upset because I was not ready to leave yet.  But at the

23        same time we were expecting to be left out.  And I left

24        there before they decide to let me go.

25                   And I went to -- I remember very clearly, I
```

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

Page 173

1      went to his office in the pool house and it was -- I

2      talk to him and says, John, -- I went with some faxes

3      that came to my office and they were people interviewing

4      for my job.  So I feel very pissed about it.

5                    And I went to his office and said, Jeffrey,

6      what is this?  And what is this?  And what is this?

7                    He says, well, that's Ghislaine.  I'm not

8      involved into that.

9                    And I says, okay.  We're going to leave,

10     Jeffrey.  That's it.  We're done.  And what you going to

11     do for me?

12                   And he says, well, what you want?

13                   And I says, give me at least a year's salary.

14                   And that's what it turn out to be, around

15     $50,000, plus the van.

16                   And he says, okay, John, wish you good luck.

17     And the last day I was there we shake hands and we left.

18                   But my relationship with him, it was good.  It

19     was friendly.  At the beginning of the -- my job was

20     very friendly.  Then he changed when Ms. Maxwell come

21     in.  I didn't like to work for her.  She was a bitch.

22     And she make us life hell.  And that's why we left.  But

23     it was not with Mr. Epstein.

24          Q.    Do you know why there was a confidentiality

25     provision in your agreement?

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

Page 174

1          A.   No.  That's lawyer stuff.  I don't know.

2               MR. BERGER:  Okay.  That's all I have.

3                         CROSS EXAMINATION

4     BY MR. CRITTON:

5          Q.   Mr. Alessi, my name is Bob Critton, as you

6     know, and I represent Mr. Epstein.

7          A.   Yes, sir.

8          Q.   You've been -- this deposition started at

9     10:00.  It's almost -- it's closing in on 3:00 but for

10    about 45 minutes or an hour that we took for lunch.  I'm

11    going to try to be relatively brief so we can get you

12    out of here.  Okay?

13         A.   Okay, sir.

14         Q.   You've been asked questions by five different

15    lawyers who represent various Plaintiffs in this case.

16         A.   Yes, sir.

17         Q.   In some instances you've been asked the same

18    question multiple times?

19         A.   Yes, sir.

20         Q.   The testimony -- you've also been asked a

21    number of questions about your separation from

22    Mr. Epstein sometime at the end of December of '02 and

23    the entrance or your entering into a separation

24    agreement with him?

25         A.   Uh-huh.

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)                3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

1      Q.   Correct?

2      A.   Yes.

3      Q.   And subsequently there was an incident in 2003

4    that you've described in some detail, based on the

5    questions that have been asked, and you and Mr. Epstein

6    reached an amicable agreement; you repaid him the monies

7    that you had taken and you parted?

8      A.   Yes.

9      Q.   Is that a fair statement?

10     A.   And I will have to add something to that.

11   When we talk at the luncheonette, we have coffee, he

12   says, John, if you were not my best employee that I ever

13   have and that you would not take care of my mother, I

14   would have put you away.  And that's the way he come out

15   to me.

16            And I says, I like you and let's -- just pay

17   me back in one or two weeks, because I send the money

18   back and it got lost.  So he give me another -- not him,

19   but his lawyer says, you got another month to pay.  So

20   between I got the money -- the money order was lost in

21   the mail.  So I send it back.  I pay everything, $6,310.

22   I think it was 6310.  And that was it.

23     Q.   And I'm more interested, not so much in the

24   details, Mr. Alessi, but the color, so to speak, the

25   lawyers have put on this, is, is that as a result of

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)                    3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

Page 176

1      your separation from Mr. Epstein in late-2002 and the

2      incident in 2003, that somehow you have colored your

3      testimony to help Mr. Epstein today.

4             And my question to you is:  Have you told us

5      the truth today as to every question that's been asked

6      and the questions that are going to be asked of you?

7         A.   To every one of you.

8             MR. WILLITS:  Object to the form of the

9         question.

10     BY MR. CRITTON:

11        Q.   And with regard to the agreements that you

12     entered into with Mr. Epstein, in particular the

13     confidentiality agreement, you were asked a question by

14     Ms. Ezell whether you understood that you're not bound

15     by confidentiality today.  And you responded in the

16     affirmative, right?  You understand that you're to tell

17     us -- to answer every question fully to the best of your

18     knowledge?

19        A.   Absolutely.

20        Q.   And that you have done today?

21        A.   Yes.

22        Q.   Okay.

23             MR. WILLITS:  Object to the form of the

24        question.

25     BY MR. CRITTON:

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)                3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

Page 177

1          Q.   You told us off the record -- and I don't know
2     whether it was on the record, so I want to be clear
3     because you've been sitting here a long time.  You're
4     currently under care and treatment for having
5     chemotherapy; is that correct, sir?
6          A.   Yes, I have.
7          Q.   And I think you told us earlier that you were
8     in the hospital two days last week?
9          A.   Last week, yeah.
10         Q.   And, so, we've -- you've done great.  You've
11    probably done better than the lawyers today.  But you'd
12    like to get this over today and finished?
13         A.   I hope so.
14         Q.   All right.  There have been a lot of questions
15    about your job description and duties at Mr. Epstein's.
16    And if I understood it correctly, is basically, once you
17    became the full-time house manager, you were responsible
18    for all aspects of the operation of the El Brillo
19    residence?
20         A.   I was.
21              MR. WILLITS:  Object to the form of the
22         question.
23    BY MR. CRITTON:
24         Q.   And during the time that you were responsible
25    for all aspects of the El Brillo residence, that

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

1    included not only maintenance and repair, but

2    appropriate staffing, laundry, cleaning, shopping,

3    cooking, whatever -- whatever needed to be done at the

4    home?

5         A.    That's correct.

6              MR. WILLITS:   Object to the form of the

7         question.

8    BY MR. CRITTON:

9         Q.    And during the time that you were there as the

10   full-time -- as the house manager from 1992 up until

11   December of 2002, you did all those different types of

12   responsibilities; is that a fair statement?

13        A.    Yes.

14              MR. WILLITS:   Object to the form of the

15        question.

16   BY MR. CRITTON:

17        Q.    And at some point -- let me strike that.

18              The original deal, so to speak, that you cut

19   was with Mr. Epstein; that is, when you became the

20   full-time house manager; is that true?

21        A.    That's true.

22        Q.    And some point within -- what? -- a year or

23   so, I think Eva -- Eva --

24        A.    Eva.

25        Q.    Anderson --

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)                3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

1          A.    Left.

2          Q.    -- was no longer Mr. Epstein's -- Dr. Eva

3   Anderson was no longer Mr. Epstein's girlfriend, --

4          A.    That's correct.

5          Q.    -- and a new girlfriend came in and that was

6   Ghislaine Maxwell?

7          A.    That's correct.

8          Q.    And when Ms. Maxwell came in, she, in essence,

9   took over as your immediate supervisor?

10         A.    That's correct.

11         Q.    During the time that you worked for

12  Mr. Epstein, did you have a good, excellent, fair, what

13  was -- how would you describe your relationship with

14  him?

15         A.    Good, excellent or fair.

16               I will think good.

17         Q.    And did you interact with him very much or

18  does he interact with anybody very much?

19         A.    He doesn't interact very much.  At the early

20  years, yes, he did come to the kitchen and we used to

21  sit down in the kitchen and he would discuss my kids, my

22  family, his family, and he will talk to me.

23               At the end of my stay there, it was -- I

24  was -- we were told not even to look at his face.  Not

25  even to -- this was done by -- this was even done by,

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

1       they hire a Countess from Europe to write this book and

2       to write ideas of how the house of royalty should be.

3       And that's the way Ms. Maxwell wanted the house to run,

4       as a royal house.  And I was pissed off at that and I

5       never agreed with that and I never went with the book.

6       I threw the book away.  And that was it.

7              MR. CRITTON:  Let me move as non-responsive to

8           my question.  Move to strike.

9              MR. WILLITS:  He should allowed to finish what

10          he thinks is responsive to your question, even if

11          you don't agree.

12      BY MR. CRITTON:

13          Q.    Were you finished, sir?

14          A.    Yes, I finish.

15             MR. CRITTON:  See, he's finished.

16             MR. WILLITS:  He wasn't, but okay.

17      BY MR. CRITTON:

18          Q.    I'm trying to -- listen carefully to my

19      question because I'm trying to get you out of here

20      sooner rather than later.

21             If I understood your testimony is, is that,

22      you had -- you considered your relationship with

23      Mr. Epstein to be good during those years?

24          A.    Good.

25          Q.    And would you describe your relationship with

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)                    3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

1     Ms. Maxwell as not being as good?

2          A.   Yes.

3          Q.   When -- you were -- you had an opportunity

4     over lunch, Mr. Berger gave you a copy of a statement

5     that you gave to the State Attorney's Office on

6     November 21, 2005, we've marked as Exhibit, I think,

7     Exhibit --

8                MR. CRITTON:  What did we mark it as, 2?

9                THE WITNESS:  At what page?

10               MR. WILLITS:  Yes.  It was 2.

11               MR. CRITTON:  Thank you.

12    BY MR. CRITTON:

13         Q.   No, just statement, the whole statement.

14               You had an opportunity to look at it over

15    lunch?

16         A.   Yes.

17         Q.   And that's a statement you gave back on

18    November 21st of 2005?

19         A.   Uh-huh.

20         Q.   Is that correct?

21         A.   That's correct.

22         Q.   And at that time you were there with

23    Mr. Murrell, who was your attorney.  And you gave a

24    statement and I think as well your wife spoke with the

25    State Attorney's Office?

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

1          A.    That's correct.

2          Q.    And whatever questions the State Attorney

3    asked of you at that time, I assume you fully answered;

4    is that correct?

5          A.    Absolutely.

6          Q.    And then page 9 where Mr. Berger took you with

7    regard to the questions -- and before I get -- I'm going

8    to come back to page 9 in a minute.

9                But if I understood your earlier testimony in

10   response to one of the lawyers who asked you questions,

11   is, there were a number of European women, all who you

12   deemed to be 20-plus years old, that would travel with

13   Mr. Epstein to various places and as well would come to

14   the house from time to time?

15         A.    That's correct.

16         Q.    And I think you testified in response to

17   Mr. Berger's questions today, is that the only female

18   that you understood that came to the house during the

19   time that you were the house manager who you knew to be

20   under the age of 18 was N.B.?

21         A.    That's correct.

22         Q.    And you knew she was under 18 because you

23   would pick her up from high school?

24         A.    That's correct.

25         Q.    And that's a young girl who I think you

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

```
 1       said --

 2            A.   16, 17.

 3            Q.   And I think you said she never was involved in

 4       giving any massages to Mr. Epstein?

 5            A.   I don't think so, never.

 6            Q.   And the times that you saw her, Mr. Epstein

 7       was mentoring her on a career which ultimately turned

 8       into her becoming an actress?

 9            A.   I think so.  Yeah, that was the main purpose.

10            Q.   And on multiple occasions when she would be

11       over, she would be over there at Mr. Epstein's home with

12       her mother; is that correct?

13            A.   Yes, that's correct.

14            Q.   And of the girls that came or the women that

15       came to give massages to Mr. Epstein over the years you

16       were there, I think you've described on page 9 of your

17       deposition that you may have seen a hundred or 200

18       different massage therapists?

19            A.   It could be less.  I don't think it's more

20       than 200, but it could be less than 200, yes.  It was --

21       it was 11 years or 12 years or 13 years of constant

22       people going in and out and people that were coming to

23       the house, he will bring for another state, he will

24       bring in his planes.  People that it came from Europe,

25       massage therapists, there were men and woman.  They live
```

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

1       in Miami, we -- so it was so many that I cannot remember

2       how many.

3               Q.   Okay.  And I understand that.  I'm just

4       referring back to your statement where it says at page

5       9, line 9, the question was:  "Yeah.  Yeah.  Not the

6       same girl.  I mean, during 11 years I probably saw a

7       hundred, 200 different massage therapists."

8               Do you see that?

9       A.   Yes.

10              Q.   All right.  And if I understood your testimony

11      is, the ones the -- that is, of the massage therapists,

12      as you've just described, you saw some men?

13      A.   Yes.

14              Q.   You saw more women?

15      A.   More woman.

16              Q.   And all of the women, at least from your

17      viewpoint, were 18, 19 or older?

18      A.   Yes.

19              MR. CRITTON:  Why don't you change your tape

20              right now.

21              VIDEOGRAPHER:  Off the record at 2:54.

22              (Brief recess.)

23              VIDEOGRAPHER:  We're back on the record at

24              2:55.

25      BY MR. CRITTON:

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)                    3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

```
 1              Q.    Mr. Alessi, in the 11 years that you worked
 2       for Mr. Epstein, with regard to the massage
 3       therapists -- and I'm talking about all of them, women,
 4       men, the ones that were 18, 19, 20, or the ones that
 5       were older -- did you ever see -- or, first of all, did
 6       you ever hear any complaints about -- from the massage
 7       therapists about the massage they had given to
 8       Mr. Epstein?
 9              A.    No.
10              Q.    Did you ever see a massage therapist during
11       those 11 years that appeared to you to be distraught?
12              A.    Never.
13              Q.    To be in some form of a shock?
14              A.    Never.
15              Q.    To be scared?
16              A.    I never see anybody scared.
17              Q.    Did you ever see someone who looked like they
18       were upset or crying?
19              A.    No, sir.
20              Q.    I think you, in response to Mr. -- well, not
21       sure who asked the question -- but they -- you were
22       asked whether you ever spoke to the individuals --
23              A.    Yes.
24              Q.    -- when they came down.  And I think you said
25       from time to time you might have some small talk with
```

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

1      them afterward?

2          A.    Yeah.

3          Q.    Did you usually see them if they came down?

4          A.    Yeah.

5          Q.    So you would have had an opportunity to

6      observe their appearance, correct?

7          A.    That's correct.

8          Q.    Have you seen people who look distraught, in

9      shock, scared, upset, angry in the past -- not massage

10     therapists -- have you seen people in your life

11     experiences?

12         A.    Oh, yeah, yes.

13              MR. MERMELSTEIN:  Object to the form.

14     BY MR. CRITTON:

15         Q.    So if -- well, let me ask it this way:  In

16     your life experiences before you worked for Mr. Epstein,

17     and, in fact, during the time you worked for

18     Mr. Epstein, have you seen individuals not associated

19     with Mr. Epstein who appeared to be distraught, in

20     shock, scared, upset, angry or injured?

21         A.    Yes.

22              MR. MERMELSTEIN:  Object to form.

23     BY MR. CRITTON:

24         Q.    Have you seen people who appeared to you to

25     have been traumatized by a particular event?

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

```
 1              MR. MERMELSTEIN:  Object to form.

 2              THE WITNESS:  Yes.

 3     BY MR. CRITTON:

 4        Q.   Have you seen people who seem to be -- well, I

 5     assume you've seen people who have yelled or screamed as

 6     a result of some event that had occurred in your

 7     presence?

 8        A.   Yes.

 9        Q.   On the massage therapists that you saw at

10     Mr. Epstein's house from 1992 up until the time you left

11     in December of '02, did you ever see any type of

12     reaction, distraught, shock, scared, upset, crying,

13     disheveled, injured, disoriented, yelling or screaming

14     for help at any time?

15        A.   No, sir.

16        Q.   Once the massage -- once -- let me strike

17     that.

18              If I understood your testimony, you helped set

19     up -- either you set up the room or you helped set up

20     the massage room?

21        A.   Uh-huh.

22        Q.   And you might be the person or it might be

23     someone else who would lead the massage therapists or

24     the female up to the room, the male or the female up to

25     the room?
```

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

Page 188

```
1          A.    Yes, sir.
2          Q.    Once that person was upstairs, you then would
3    come back down and resume your multiple duties
4    downstairs?
5          A.    Absolutely.
6          Q.    As to what occurred during the course of a
7    massage, do you have any personal knowledge during the
8    11 years you were there?
9          A.    There was absolutely no way to know or to get
10   into the room.  The windows were what they have, those
11   automatic electric shutters.  They were completely dark,
12   completely a hundred percent dark, the rooms.  And it
13   was -- nobody saw it.  I knew it when I was at the house
14   that I never saw anything was going on inside.
15         Q.    So you have no personal knowledge what
16   occurred during any particular massage?
17         A.    Nothing.
18         Q.    And I think you said -- well, let me strike
19   that.
20               In other individuals whom you have done work
21   for at big houses in Palm Beach, did those people from
22   time to time have massages, too?
23         A.    I never work in a house inside as I did work
24   for Mr. Epstein.
25         Q.    Yours was outside maintenance work?
```

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

```
 1          A.   I was the maintenance guy outside.

 2          Q.   All right.  And if -- well, let me strike

 3     that.

 4               You're aware that there's all sorts of spas.

 5     The Breakers?  PGA?  Trump?

 6          A.   Absolutely.

 7          Q.   The Ritz Carlton?  The Four Seasons?  And

 8     probably a thousand other places in Palm Beach County?

 9               MR. WILLITS:  Object to the form of the

10               question.

11     BY MR. CRITTON:

12          Q.   Well, let me strike that.

13               Are you aware that there's more than ten

14     places that someone can get a massage in Palm Beach

15     County?

16          A.   Of course.

17          Q.   Are you aware that there's probably more than

18     a hundred places, maybe a thousand places in Palm Beach

19     County from Boca Raton up through Jupiter and all the

20     way out west where people can get a therapeutic or a

21     massage?

22          A.   Yes.

23          Q.   And I assume you were aware that -- or were

24     you aware of that during the time period that you worked

25     for Mr. Epstein?
```

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

Page 190

```
1          A.    Yes.
2          Q.    And I think you told us that you were aware
3     that there were massage schools?
4          A.    Yes.
5          Q.    And is it your understanding that generally
6     massages are given in a -- in a room with a table where
7     the lights are generally turned down?
8          A.    And music on, yeah.
9          Q.    All right.  You were asked a question about
10    vibrators or I think that the word was sex toys.
11               If you'll turn to page 20 of your statement,
12    sir.
13               If you look at page -- if you just glance at
14    line 9 --
15         A.    Okay.
16         Q.    -- through line 22.  Take a chance.  If you'll
17    just look at that, then I'll ask you a couple questions.
18               Read to yourself, please.  Otherwise, the
19    court reporter will have to take down everything you
20    say.
21         A.    Yeah.
22         Q.    And at least the statement that you gave back
23    in -- on November 21st of 2005, almost -- almost four
24    years ago now, you describe that there were -- that you
25    saw two types of massagers or vibrators; is that
```

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

```
 1    correct?
 2         A.   That's correct.
 3         Q.   And is that your best recollection, as you sit
 4    here today?
 5         A.   That's the best recollection.
 6         Q.   And one of the vibrators, you said was, as you
 7    described earlier, looked like a dildo?
 8         A.   Right.
 9         Q.   And --
10              MR. WILLITS:   Object to the form of the
11              question.
12    BY MR. CRITTON:
13         Q.   Well, let me ask you this:  Was the item that
14    you described, that's described at lines 12, 13 and 14,
15    and 15 -- 12, 13 and 14 on page 20, is that what you
16    described, is that what you were talking about as the
17    dildo?
18         A.   Yes.
19         Q.   And I assume you're familiar with what a dildo
20    is?
21         A.   I know that it's one of those --
22         Q.   You don't have to describe it.  Just are you
23    familiar with what one is?
24         A.   No, I don't.  I'm not really familiar with
25    that type of instruments.  But what did I saw it and is
```

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)                    3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

1    it true now, is it true when I make this statement, it

2    was a big rubber man's --

3            Q.    Penis?

4            A.    -- looking penis, with double head, two heads.

5            Q.    And --

6            A.    And I don't know how is it even called.  And I

7    am sorry.  It's a little unpleasant.

8            Q.    That's all right.

9                  The second item that you described was a neck

10   and back vibrator; is that correct?

11           A.    Yeah.  They have this vibrators, they have the

12   cordless and they have these balls and they have

13   different types of those vibrators, too.

14           Q.    Like you can get them at Brookstone or

15   something like that?

16           A.    Yeah.  Yeah.  Yes, sir.

17           Q.    So at least when you were at Mr. Epstein's,

18   and I think as you described in response to lawyer's

19   questions today, is during the last couple of months

20   that you worked at Mr. Epstein's you saw these two

21   vibrators?

22           A.    Yes.

23           Q.    And on those two occasions you'd take those

24   vibrators, if you went up to clean afterwards, you'd put

25   on your gloves, pick them up with a towel and you'd

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

1    clean them off and you'd put them back in

2    Mrs. Maxwell's --

3         A.    Closet.

4         Q.    -- closet in her bathroom?

5              MR. WILLITS:   Object to the form of the

6         question.

7              THE WITNESS:   I put it back in the closet and

8         inside the closet there was a laundry basket that

9         is where she had those.

10   BY MR. CRITTON:

11        Q.    And as to whether or not someone actually used

12   those items or how they were used, all you know is you

13   found them --

14        A.    I find it in the sink.

15             MR. BERGER:   Objection.   Mr. Critton is

16        testifying.   Leading.

17             MR. WILLITS:   Objection, also, to the form.

18   BY MR. CRITTON:

19        Q.    Let me ask you this:   Do you know, if I

20   understand it correctly, you found the two vibrators,

21   one for the neck and back and the other one that you

22   described as a dildo, you found them in the sink on

23   those few occasions near the end of your employment?

24        A.    Yes.

25             MR. BERGER:   Objection.   Testifying.   Leading.

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)                    3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

Page 194

1            THE WITNESS:  I find it in the sink.

2      BY MR. CRITTON:

3            Q.   And then you would clean up and put it back in

4      Ms. --

5            A.   I will put my rubber gloves, get a towel, put

6      them under the sink, run the water and put them in the

7      closet.

8            Q.   And you put them back in Ms. Maxwell's closet?

9            A.   Closet.

10           Q.   Why?  Why into her closet?

11           A.   Because they were always kept there.

12           Q.   All right.  You testified earlier, is that if

13     you were going to call someone for a massage, it would

14     either be you or Ms. Maxwell, if I understood you

15     correctly?

16           A.   Yeah.

17           Q.   Okay.

18           A.   At the end -- at the end of my stay was also

19     another girl, Sarah, Sarah that came.  And then she was

20     handling everything, as far as calls to these girls.

21           Q.   Did Mr. Epstein ever make these calls?

22           A.   I never heard.

23           Q.   If Mr. Epstein was not in residence, that is,

24     if he was in New York or some place else other than Palm

25     Beach, did you and your wife still stay at the home or

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)          3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

Page 195

1    would you go to one of your apartment?

2         A.    No.  We went to our apartment.

3         Q.    And then when he wasn't there, would you have

4    pretty more regular hours around the house?

5         A.    Pretty much.  Pretty much, yeah.  That was the

6    days that we had to have the cleaning crew, I still had

7    to go to the house and oversee the cleaning operation,

8    oversee the gardener because there was not, when they

9    were there the gardener weren't supposed to make noise,

10   so we have to take care of the pool, the chlorine and

11   all that stuff.

12        Q.    So you would still do your regular but you

13   could finish pretty much 9:00 to 5:00?

14        A.    Yes.  That was much easier.

15        Q.    And when he was -- how often would he

16   generally be in Palm Beach?

17        A.    Too much.

18        Q.    All right.  But if -- would he be here at

19   least a couple --

20        A.    I would says, at least three times a year -- a

21   month, three weeks a month, three weekends a month.

22   Usually they come in on a Thursday.  Either they left a

23   Monday or Tuesday.

24        Q.    And then they go wherever else they were going

25   and then things would get back to more of a 9:00 to 5:00

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)                    3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

1          type routine?

2                  A.    That's right.

3                  Q.    And if he was in residence, that's when your

4          job became much more all encompassing?

5                  A.    Exhausting.

6                  Q.    Okay.  You were asked about a female named

7          V.R.  I think you originally thought it was V.P., but

8          V.R.?

9                  A.    Yeah.

10                 Q.    You recall now; is that correct?

11                 A.    Yes.  Yes.

12                 Q.    And I think you described her, I think your

13         recollection was, is that you remember her being at the

14         house the last few months that you worked for

15         Mr. Epstein?

16                 A.    Yeah.  The last few months.

17                 Q.    And that's the only time that you remember her

18         actually being there?

19                 A.    Yeah.

20                 Q.    Because you actually recall when she used to

21         work at Mar-a-lago, and then you recall her starting to

22         come to --

23                 A.    To the house.

24                 Q.    -- Mr. Epstein's home?

25                 A.    Right.

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)          3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

1          Q.   And I think you testified that at one time you

2     had to pick her up and she lived at her house or she was

3     living with her boyfriend at some house out in Royal

4     Palm Beach; is that correct?

5          A.   That's right.

6          Q.   Did you know anything about Ms. R.?

7          A.   Not necessarily.  Not that I can remember.  I

8     knew the one time either Ms. Maxwell or Mr. Epstein told

9     me that she was arrested because she was working in --

10     in the restaurant and she took her -- the tips, her tips

11     for that day.  And the next day she was arrested and the

12     money have to be returned and -- it was something about

13     that, but that's it.  That's all I know.

14          Q.   Okay.  Was it -- let me ask you this:  Do you

15     remember her stealing some money from the Roadhouse

16     Restaurant where she was working?

17          A.   That's what I heard, that it was a report,

18     there was a police report.

19          Q.   All right.  And, so, at least you understood

20     from Mr. Epstein or Ms. Maxwell that she had stolen

21     money from her employment?

22          A.   Yeah.

23          Q.   Again, you never saw the police report?

24          A.   No.

25          Q.   Nor the date of it?

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

Page 198

1       A.   No.

2       Q.   That's correct?

3       A.   That's correct.

4       Q.   And as to whether she repaid the money or what

5  happened with that criminal charge, do you know?

6       A.   No, I don't.

7       Q.   Do you know whether there's an arrest out for

8  her -- a warrant out for her arrest at the current time?

9       A.   No, sir.

10      Q.   Were you aware of any of her other background;

11  that is, before she ever met Mr. Epstein, were you aware

12  that she, back in, say, 1997, that she was involved in a

13  sexual battery between with her and three girls and

14  three boys that were engaged in sexual or lewd acts and

15  they were found by some individuals in, as was

16  described, compromising positions with the males on top

17  of the females, including her, and she was intoxicated?

18  Did she ever talk about that with you?

19      A.   No.

20          MR. BERGER:  Objection.  Compound question.

21  And Counsel is testifying.

22          MR. WILLITS:  Object to the form.

23          MS. EZELL:  Join.

24  BY MR. CRITTON:

25      Q.   Were you aware that she had, prior to the time

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

```
 1      she ever met Mr. Epstein, that she had -- her mother
 2      described her as having significant drug problems?
 3                MR. BERGER:  Objection.  Counsel is
 4           testifying.
 5                THE WITNESS:  No.
 6      BY MR. CRITTON:
 7           Q.   Mrs. Ezell used -- she referred to a Tony --
 8                MS. EZELL:  Santiago.
 9                THE WITNESS:  Santiago.
10      BY MR. CRITTON:
11           Q.   Have you ever heard of a Tony Figueroa?
12                MS. EZELL:  Thank you.  You're right.
13                THE WITNESS:  I know that his name was Tony,
14           but I don't know if it was Santiago or Figueroa.  I
15           don't remember the last name.  I never spoke to
16           him, except ask him to move his car one time.
17      BY MR. CRITTON:
18           Q.   And did Mr. -- got it wrong -- did
19      Mr. Figueroa bring V.R. to the Epstein house on more
20      than one occasion?
21           A.   Yes.
22           Q.   And did you consider her, at least from your
23      viewpoint, was she one of the individuals who came to
24      give massages?
25           A.   She was supposed to be a massage therapist.
```

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

1          Q.   And, so, Mr. -- at least Mr. Figueroa --

2     Tony -- assuming, if I asked you to assume his name was

3     Figueroa, was he aware that his live-in girlfriend was

4     coming to Mr. Epstein's house to give him a massage?

5          A.   I don't know if he was aware of it.  He was

6     waiting outside.

7          Q.   All right.  And you understood that she, that

8     is, V.R. and Mr. Figueroa or Tony, a Tony lived together

9     out in Royal Palm Beach?

10         A.   Yes.

11         Q.   And as to what their relationship was and as

12    to what -- that is, their internal relationship was and

13    whether there was abuse, either physical or verbal,

14    associated with that, do you have any personal

15    knowledge?

16         A.   Not except that that time that I went to pick

17    her up and she was crying and she told me the furniture,

18    the couch was slit with like a razor blade or a knife,

19    and also the screen porch at the entrance, it was cut.

20              And I ask, I said, what happened here?

21              She says, well, my boyfriend got mad and he

22    did it.

23         Q.   And she indicate -- she, V.R., told you it was

24    her boyfriend that caused all that damage?

25         A.   Yeah.

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)                    3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

Page 201

1          Q.   With regard to V.R., did it ever appear to you
2      that she was forced to come to Mr. Epstein's home?
3          A.   I don't think so.  I don't know if it was
4      forced between them, but I never saw force.  I never
5      saw -- I was there the first time Ms. Maxwell met her
6      immediately that she went into the spa, when she was
7      walking into the spa.  And I was surprised to see that
8      afternoon she was at the house.
9          Q.   Did you ever see anyone forcing Ms. R. onto
10     the Epstein's premises; that is, either by grabbing her
11     by the arm or by the hand and dragging her in?
12         A.   No.  Either her or nobody else.
13         Q.   Did you ever see Ms. -- V.R. when she came to
14     the home where she appeared to be -- that is, when she
15     arrived at the home to be upset or angry or distraught?
16         A.   No.
17         Q.   And specifically with regard to V.R., when she
18     left on those occasions where you saw her in person
19     leave the house, did she appear to be in the same, I'd
20     say, overall demeanor and mood when she left as she had
21     been when she came?
22         A.   Yeah, normal.  She was normal.
23         Q.   Did she smile?
24         A.   Yeah.
25         Q.   Say hello to you?

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

```
1        A.    They all smile after they got paid.
2             MR. CRITTON:  All right.  That's all I have.
3     Thank you, Mr. Alessi.
4             THE WITNESS:  You're welcome.
5             MR. WILLITS:  I don't have any questions.
6             MR. BERGER:  Okay.
7             MS. EZELL:  I do.
8                      RECROSS EXAMINATION
9     BY MS. EZELL:
10        Q.    Sorry.  Let me find my place, here.
11             First of all, forgive me.  I didn't mean to
12     mislead anyone.  It is Figueroa, not Santiago.  I think
13     he lived on Santiago Street.
14        A.    Yeah.  Santiago Street in Royal Palm Beach.
15        Q.    Right.  And I confused the two.
16        A.    My head is not going very well now, so...
17        Q.    Do you need to take a break?
18        A.    Please.  No, I am fine.  I am fine.
19        Q.    Well, it was my head that wasn't going very
20     well then.
21             You mentioned that your wife, I believe you
22     said that -- let me start over.
23             I believe you said one reason you wanted to
24     stay was that it was causing psychological problems --
25        A.    Yes, it is.
```

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

```
 1          Q.    -- and problems with your marriage?

 2          A.    Absolutely.

 3          Q.    What kind of psychological problems?

 4          A.    I say, psychological problems.  I says,

 5     marital problems.  That would be a better answer it.

 6     Because the stressful was on me.  If there was a dust,

 7     spot of dust, they never came to her.  And she was able

 8     to -- she was over involved with the cleaning crew, but

 9     it was never from Mr. Epstein or Ms. Maxwell yell, they

10     will never go to Mari to ask, hey, Mari, why this

11     doesn't look good.

12              And, so, I had all the blame.  And the only

13     person I have to take it out was my wife, unfortunately.

14     And that was the worst mistake, to have my wife working

15     in there.

16          Q.    Did she ever complain to you or seem disturbed

17     by what she thought was going on there?

18          A.    No.  She never saw anything.

19          Q.    Was there ever a guest there by the name of

20     Tommy Matola?

21          A.    Tommy Matola?  No.  Not when I was there.

22          Q.    You mentioned this morning that there were

23     some visitors who were very important men, Noble Prize

24     winners?

25          A.    Yes, ma'am.
```

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

Page 204

1        Q.   Are you -- do you recall a Martin Nowak?

2        A.   I think that sounds familiar.  If he is an old

3    guy, old man?

4        Q.   I think so.  Mathematician?

5        A.   Yes.

6        Q.   Biologist?

7        A.   Yes.  His name Martin.  I recall that, yes.

8        Q.   And do you recall a guest, Murray Gell-Mann?

9        A.   Mary Gell-Mann?

10            MR. WILLITS:  I think you said --

11            MS. EZELL:  Murray.

12            MR. WILLITS:  -- Murray and he said Mary.

13   BY MS. EZELL:

14       Q.   Murray, Murray Gell-Mann.  And, again, I'm

15   speaking of these -- these --

16       A.   Is that a man or a woman?

17       Q.   I believe it's a man.

18       A.   Murray Gell-Mann.  Could be, but I don't

19   recall.

20       Q.   Do you recall the name Jerry Edelman?

21       A.   No.

22       Q.   What about -- can't read my own writing

23   here -- Henry Risorski (phonetics)?

24       A.   Henry Risorski, yes.  Yes.

25       Q.   Was he a frequent visitor or --

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)                    3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

```
 1            A.   Not too frequent.  But, also, he was a
 2      science -- I think so, he was into the science.
 3            Q.   And Larry Summers?
 4            A.   Larry Summers.  Yes.  Larry Summers was a
 5      lawyer?
 6            Q.   I think perhaps he was the president of a
 7      college?
 8            A.   I don't know.
 9            Q.   No?
10            A.   No.
11            Q.   Well, then among those that you recall,
12      Mr. Nowak, the biologist and Mr. Risorski, did they ever
13      have massages that you can recall?
14            A.   I cannot recall, no.
15            Q.   Was it your impression that Mr. Epstein liked
16      to surround himself with extraordinarily bright people?
17            A.   Yes.
18                 MR. CRITTON:  Form.
19      BY MS. EZELL:
20            Q.   And is it your impression, also, that he's
21      rather bright and brilliant himself?
22            A.   Yes.
23                 MR. WILLITS:  Form.
24      BY MS. EZELL:
25            Q.   Did -- did you ever gain the impression that
```

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

1      he was some sort of brain scientist?

2                MR. CRITTON:  Form.

3                THE WITNESS:  No.  No.  No.  I know his

4           background.  And I -- over the years I learn how he

5           come up and into the business and how he make his

6           fortune.  And I don't think he was a brain

7           scientist.

8      BY MS. EZELL:

9           Q.   Nobody ever told you that?

10          A.   No.

11          Q.   If you take a look again at page 9 of the

12     transcript, Exhibit 2?

13          A.   Okay.

14          Q.   Let me call your attention to line 2, which

15     begins with the question:  "Did he have girls come over

16     to give massages?"

17          A.   Yes.

18          Q.   And you said:  "Yes."

19          A.   Yes.

20          Q.   The next question is:  "How many massages

21     would he have in one day?"

22                And I think you said earlier, maybe --

23     sometimes they'd have three a week?

24          A.   No.  No.  That was not the question.

25                Sometimes he had one, two or three a day.

(561) 832-7500     PROSE COURT REPORTING AGENCY, INC.     (561) 832-7506

Page 207

1          Q.    That's what I wanted to ask you.  Up to three

2     a day sometimes?

3          A.    Up to three a day.

4          Q.    And did that happen often?

5          A.    Very often.  Or he had yoga in the morning or

6     in the afternoon it was a massage.  I don't know that

7     again.  When it was yoga, it was in the pool house.

8     When it was massage, it was upstairs.  So I don't what

9     they did when closed doors, you know.  But it was a

10    couple of these girls that were yoga experts and they

11    were massage therapists at the same time, so I don't

12    know.  But there were -- many times there were two,

13    three massages a day.

14              Also, she had a massage just about every day.

15          Q.    Meaning, Ghislaine?

16          A.    Yes.

17          Q.    Then on line 12, the question was:  "Did the

18    massage therapists seem young to you?"

19              And you said:  "Mostly, no.  You saw one or

20    two young ones in the last year."

21          A.    Yeah.

22          Q.    Then, again, still --

23              MR. CRITTON:  Object to form.

24    BY MS. EZELL:

25          Q.    -- still talking about the massage therapist,

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)                    3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

Page 208

```
1        they asked you:  "What do you mean, when they looked
2        young?"  On line 17.
3               Do you see that?
4               MR. CRITTON:  Form.
5               THE WITNESS:  Yeah.
6   BY MS. EZELL:
7        Q.   Then you go on to say:  "I remember one girl
8   was young.  We never asked how old she was.  It was not
9   my job."
10              And the questioner said:  "Right.  I
11  understand."
12              And you said:  "I imagine she was 16 or
13  17," --
14       A.   That's correct.
15       Q.   -- "in my judgment."
16       A.   Yes.
17              MR. CRITTON:  Form, I think.
18  BY MS. EZELL:
19       Q.   There was -- the only people being discussed
20  in all of this conversation were the massage therapists,
21  right?
22              MR. CRITTON:  Form.
23              THE WITNESS:  Well, we discuss about N., this
24       girl that I mention in here.  I thinking about her
25       because -- what's her name?
```

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

1          BY MS. EZELL:

2               Q.   V.?

3               A.   V.   I think she was a massage therapist for

4      sure, because we set up the tables for her.  But at

5      this  --

6                    MS. EZELL:  Let me just -- excuse me.  Just a

7               minute.  Let's make it V.R.  That's all.

8                    MR. CRITTON:  Okay.  I'm sorry.

9                    THE WITNESS:  V.R.  And I lost my

10              concentration.

11                   MR. CRITTON:  Why don't you read his response

12              to him?

13                   She can read it back to you.

14                   (Previous answer was read.)

15                   THE WITNESS:  Yeah.  I was -- in this

16              statement I was thinking of her, V.R. -- no, V.

17     BY MS. EZELL:

18              Q.   R.?

19              A.   Sorry again.

20                   It was N.B. that I knew she was underage and I

21     knew it because I went to the high school and pick her

22     up.

23              Q.   But she was not a massage therapist, --

24              A.   No, she was not.

25              Q.   -- as far as you know?

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

Page 210

```
 1              A.   As far as I know, she was not.

 2              Q.   And you were talking throughout this page

 3      about those girls that came to give massages?

 4              MR. CRITTON:  Form.

 5      BY MS. EZELL:

 6              Q.   Correct?

 7              MR. CRITTON:  Form.  Argumentative.  Asked and

 8           answered.

 9              THE WITNESS:  No.  If I says she was a massage

10           therapist, I would says, no.  But, then again, I

11           don't know if she was a massage therapist, too.

12      BY MS. EZELL:

13              Q.   Okay.  You do mention N. on page 21 of your

14      statement.

15              If you look at line 7, you mention a young

16      girl, but she was not a massage therapist?

17              A.   Let me take a look.  Page 21.

18              Q.   At about line 7.

19              A.   Line 7.

20              MR. CRITTON:  But it in the context of your

21           answer --

22              MS. EZELL:  Sure.

23              MR. WILLITS:  And the question, too.

24              THE WITNESS:  Question:  "How" -- let me start

25           it from the beginning -- from the end.
```

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)                    3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

Page 211

```
1              Many of the -- it's been a while.  It was J.
2        It was D.  It was R. It was so many, V., L.  It was
3        so many names, that I think if you name -- if
4        you -- any girl's name, she's been there probably,
5        S., J., J.
6              It was also a young girl but she was not a
7        massage therapist.  She came to the house as a
8        friend.
9              I talking about B. because I knew she was not
10       a massage therapist because she went to high school
11       and she was a singer, an opera singer and she was
12       brought to the house by her mother.  So I knew they
13       had nothing to do with massages.  They were friends
14       and they were going to the movie with her, dinner
15       with her.  And she had -- I think she travelled
16       with her, too.  They travel.
17       Q.   My only point is, that on page 9 you were
18    talking about the massage therapists.  And you said that
19    you remember that there were a couple of young ones the
20    last year.
21             And, so, among the young massage therapists
22    that you might remember in the last year, would V. be
23    that person or --
24             MR. CRITTON:  Form.
25    BY MS. EZELL:
```

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

Page 212

1        Q.    -- would be the young one?

2        A.    Yeah.

3        Q.    You stated that Ms. Maxwell was very hard on

4    you and you got blamed for everything, and that you --

5    you liked the job and you liked Mr. Epstein, but you

6    didn't like working for Mrs. Maxwell?

7        A.    That's correct.

8        Q.    Can you tell me why, other than that she

9    blamed you for everything?

10       A.    She came from a very wealthy family and she

11   was -- just my opinion; I give my personal opinion --

12   that she was rotten spoiled and she tried to drive the

13   house like a palace and not a home.

14            I was -- I discussed it with her, many, many

15   times we have discussions.  And sometimes I even refuse

16   to do her orders, knowing that I was going to be backed

17   up by Mr. Epstein or do the right thing, my thinking of

18   running the house should be.  But we never had a good

19   relationship at all from the beginning, I don't think

20   so.  But I was -- have to be her driver and she will go

21   and shop all over the malls and I will have to go behind

22   her, pay for it and bring the bags to the car.

23            Next day or the same day she will do shopping

24   and buy and say, John, go to this store and get it.  It

25   was a lot of work.  It was a lot that she created and

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

Page 213

1      most of this jobs that she created.

2           Q.   And one of those things you also had to do

3      with her was to take her to different spas?

4           A.   Yes.

5           Q.   And there she would recruit young women to

6      come and do massages?

7           A.   Because she was English.  And she didn't know

8      the area too much as well as I knew.  So she -- she

9      says, John, make a list of all the massage -- the spas

10     in the area from Jupiter to Boca Raton.  And we went to

11     all the main spas.  And then we went to the schools for

12     massage therapists, and all the massage parlors, and

13     massage, the small massage.

14          So I make a list from the telephone book and

15     we would go from one to the another one.  I would wait

16     in the car and she goes in.

17          And sometime she took a couple minutes and

18     walk out with cards, business cards.  And that -- she

19     did the recruiting.

20          And from then, she pick up the girls and that

21     was the end of it.  I never did any recruiting and I

22     never really saw him doing it.

23          Q.   You really never saw?

24          A.   Never saw Mr. Epstein recruiting anybody.

25               MS. EZELL:  All right. I have no other

1          questions.  Thank you, sir.

2                    MR. MERMELSTEIN:  I just have a couple follow

3          up.

4                         RECROSS EXAMINATION

5     BY MR. MERMELSTEIN:

6          Q.   Mr. Alessi, I'll be very brief.

7               You testified that a process server came and

8     gave you the subpoena to appear here today, correct?

9          A.   Yes.

10         Q.   For your deposition?

11         A.   Yes.

12         Q.   Did you call anyone after you received the

13    subpoena to talk to them about this?

14         A.   No.

15         Q.   You didn't call anyone?

16         A.   No.

17         Q.   Did you -- how did you come in contact with

18    Mr. Critton's office to set up the meeting that you

19    discussed?

20         A.   His -- his secretary left me a messages on

21    my -- in my machine.

22         Q.   And then you called back?

23         A.   Then I called back.

24         Q.   And you set up the meeting that you mentioned?

25         A.   And we set up a meeting for the Labor Day,

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

1       Labor Day, Monday.

2            Q.   What about -- but you said a month and a half

3       ago -- oh, this was before you were subpoenaed, is when

4       you had the meeting at your house with Mr. --

5            A.   Yes, before I was subpoenaed.

6            Q.   How did that meeting come about?  How did that

7       get set up?  Who called who?

8            A.   Okay.  Before -- I am stuck on this question.

9       I don't know.  I think it was Mr. Critton office.  I

10      think it was Mr. Critton office.  They call me.  And

11      they left me a message that I must discuss -- call Mr.

12      -- yeah.  I had a message in my phone that to call

13      Mr. Critton because he would like to speak to me about

14      Jeffrey Epstein.  That was the message.

15               And I call it.  Then I spoke to him.  We set

16      up an appointment.  I was sick at that time.  And he

17      came to my house and we discussed it.

18           Q.   Other than Mr. Critton, --

19           A.   Yes.

20           Q.   -- in the last few months have you spoken to

21      anyone about the civil cases or your testimony?

22           A.   No, not even my kids.

23           Q.   Did you discuss this with your wife?

24           A.   My wife, yes.  My kids, no.

25           Q.   What did you and your wife talk about?

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

Page 216

1      A.   Same thing, what's going on.  How bad the
2   situation was.
3      Q.   What do you mean, "how bad the situation was?"
4      A.   How -- I guess how he got into this mess.
5      Q.   How Mr. Epstein got into this mess?
6      A.   (Nods head.)
7      Q.   Can you be more specific as to what you and
8   your wife said?
9      A.   No.  It was just the publicity, you know, that
10   his name was on the -- on the magazines and the paper
11   and tv.  And I thought that that would never happen.
12      Q.   And you and your wife felt bad for Mr. Epstein
13   because of that?
14      A.   You know, after you know somebody and he
15   becomes a friend of yours for ten years, I think you
16   feel bad, no matter how bad he has made.  And I don't
17   know what he has done or what -- what the final results
18   of this will be.  I still will feel bad about it, just
19   because the person that he was and how generous he was
20   with me and other people.
21      Q.   Just to be clear, other than Mr. Critton and
22   your wife, you haven't spoken to anyone else about the
23   civil cases or your deposition testimony?
24      A.   No, sir.
25           MR. MERMELSTEIN:  All right.  That's all I

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

1          have.

2                    MR. CRITTON:  I have one last question.

3                         RECROSS EXAMINATION

4     BY MR. CRITTON:

5          Q.   I want to just clear up one thing, Mr. Alessi.

6     Go to page 9.

7          A.   Page 9, looks like the one that is important.

8          Q.   That's right.  We've belabored this one to

9     death.

10                   MR. WILLITS:  I think the ink has worn off the

11            page by now.

12    BY MR. CRITTON:

13         Q.   It's Exhibit 2.  This is the statement that

14    you gave to the State Attorney's Office on November 21st

15    of '05.

16                   Mr. Berger asked you questions about the young

17    girl.  Ms. Ezell just asked you some questions about

18    that.

19                   So what I want to do is clarify, so that I

20    know what -- so there's no confusion, at least in the

21    record.

22                   On page 9, line 16, it says:  "During the last

23    year when you were working with him, what do you mean

24    they looked young?  Did they look like they were still

25    in high school?"

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)                    3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

Page 218

```
 1              And your answer was:  "I remember one girl was
 2      young.  We never asked how old she was.  It was not my
 3      job."
 4              Did I read that question and answer correctly?
 5      A.    That's correct.
 6      Q.    If I understood your testimony in response to
 7   Mr. Berger, the girl that you were referring to, because
 8   there's a reference to high school, was N.B.?
 9      A.    Yeah, that's correct.
10      Q.    Not V.R.?
11      A.    No.  V.R. didn't look to me like a 16 year
12   old.
13              MR. WILLITS:  All right.  Thank you.  That's
14         all I have.
15              MR. WILLITS:  You have the right to read and
16         sign this deposition if it's typed up.  I'm not
17         going to be ordering it, but if somebody types it
18         up you have the right to read and sign it or you
19         can waive that right.  It's up to you entirely.  If
20         you want to waive the right to read it, tell the
21         court reporter you want to waive the right.
22              THE WITNESS:  Can you repeat that again?
23              MR. CRITTON:  Why don't we go off the record.
24         (Discussion held off the record.)
25              THE WITNESS:  I waive that right.  I don't
```

(561) 832-7500     PROSE COURT REPORTING AGENCY, INC.     (561) 832-7506

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

```
 1              think I need to see.

 2                   (Witness excused.)

 3                   (Deposition was concluded.)

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

lectronically signed by Sandra Townsend (401-377-676-2895)
lectronically signed by Sandra Townsend (401-377-676-2895)

3afc3ca0-c86e-4b9f-8d01-ba20bcae87de