# EXHIBIT 8

# Accused Epstein 'madam' quietly selling townhouse

By Emily Smith

February 2, 2015  |  9:38pm



Ghislaine Maxwell on the Upper East Side
Photo: INFphoto.com

Ghislaine Maxwell is quietly selling her New York townhouse on East 65th Street amid renewed gossip about her relationship with disgraced mogul Jeffrey Epstein.

Maxwell's been accused of acting as a "madam" and "procuring girls" for wealthy sex offender Epstein — claims that she strongly denies.

Her home's said to be nearly 7,000 square feet and was reportedly purchased in 2010 by an attorney with long-standing links to Epstein.

— ADVERTISEMENT —



Now, sources tell Page Six, "Ghislaine is putting the word out to her wealthy friends that she is ready to sell," and wants more than $20 million.

Perhaps she hopes to put some distance between herself and Epstein, who owns a mansion a few blocks away.

Her rep didn't comment.

FILED UNDER   GHISLAINE MAXWELL, JEFFREY EPSTEIN

Recommended by