# EXHIBIT 10

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-CV-80893-CIV-MARRA/JOHNSON


JANE DOE,

                         Plaintiff,

vs.

JEFFREY EPSTEIN, et al.,

                         Defendants.

_____/

Related Cases:
08-80119, 08-80232, 08-80380, 08-80381,
08-80994, 08-80811, 08-80893, 09-80469,
09-8-591, 09-80656, 09-80802, 09-81092


        VIDEOTAPED DEPOSITION OF NADIA MARCINKOVA
           TAKEN ON BEHALF OF THE PLAINTIFF




DATE: April 13, 2010

**2**

```
1    April 13, 2010
2              INDEX
3    WITNESS       DIRECT CROSS REDIRECT RECROSS
4    NADIA MARCINKOVA
5    BY MR. EDWARDS      5      98
6    BY MR. HOROWITZ        65
7    BY MR. LANGINO      77
8    BY MS. EZELL        81
9
10             EXHIBITS
11   PLAINTIFF'S
     FOR IDENTIFICATION              PAGE
12
     1   Message dated August 21, 2005.    45
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**4**

```
1    APPEARANCES (CONTINUED)
2    LEOPOLD-KUVIN
     Attorneys for Plaintiffs
3    B.B. and C.F.
     2925 PGA Boulevard, Suite 200
4    Palm Beach Gardens, Florida 33410
     Tel: (561) 515-1400
5    BY: ADAM J. LANGINO, ESQ.
6
7
8    PODHURST, ORSECK
     Attorneys for Jane Does 1 and 3
9    City National Bank Building, Suite 88
     25 West Flagler Street
10   Miami, Florida 33130
     Tel: (954) 463-4346
11   BY: KATHERINE W. EZELL, ESQ.
12   BURMAN, CRITTON, LUTTIER & COLEMAN, LLP
     Attorneys for Defendant Jeffrey Epstein
13   303 Banyon Boulevard, Suite 400
     West Palm Beach, Florida 33401
14   Tel: (561) 842-2820
     BY: DAVID YAREMA, ESQ.
15      ROBERT CRITTON, ESQ.
16
17   ATTERBURY, GOLDBERGER & WEISS
     Co-Counsel for Defendants
18   One Clearlake Centre
     Suite 1400
19   West Palm Beach, Florida 33401
     Tel: (561) 659-8300
20   BY: JACK A. GOLDBERGER, ESQ.
21   ALSO PRESENT:
22   JESSICA CADWELL
     JOE ROVNER, Videographer
23   (U.S. Legal)
24
25
```

**3**

```
1         The videotaped deposition of NADIA
2    MARCINKOVA in the above-entitled and numbered
3    cause, was taken before me, TERRI BECKER, a
4    Registered Professional Reporter and Notary
5    Public for the State of Florida at Large, at 444
6    West Railroad Avenue, in the City of West Palm
7    Beach, Palm Beach County, in the State of
8    Florida, beginning at the hour of 10:00 o'clock
9    a.m., pursuant to the Notice in said cause for
10   the taking of said deposition which is annexed to
11   the court file herein, on behalf of the PLAINTIFF
12   in the above-entitled action pending in the
13   above-named court.
14        The appearances at said time and place
15   were as follows:
16        FARMER, JAFFE, WEISSING, EDWARDS,
          FISTOS & LEHRMAN, PL
17        Attorneys for Plaintiffs Jane Does,
          L.N. and E.W.
18        425 North Andrews Avenue
          Suite 2
19        Fort Lauderdale, Florida 33301
          Tel: (954) 524-2820
20        BY: BRADLEY J. EDWARDS, ESQ.
21        MERMELSTEIN & HOROWITZ, P.A.
22        Attorneys for Plaintiffs Jane Does,
          numbers 2 through 8
23        18205 Biscayne Boulevard
          Suite 2218
24        Miami, Florida 33160
          Tel: (305) 931-2200
25        BY: ADAM D. HOROWITZ, ESQ.
```

**5**

```
1    THEREUPON,
2         N A D I A   M A R C I N K O V A
3    being by Terri Becker first duly sworn to tell
4    the whole truth, as hereinafter certified,
5    testified as follows:
6              DIRECT EXAMINATION
7    BY MR. EDWARDS:
8    Q   Can you tell us your name.
9    A   Nadia Marcinkova.
10   Q   What is your date of birth?
11   A   February 21, 1985.
12   Q   What is your Social Security number?
13   A   Under advice of my counsel, I invoke my
14   privileges under the Fifth and Sixth Amendments
15   to the United States Constitution and
16   respectfully decline to answer the question.
17   Q   Where were you born?
18   A   I'm sorry, though I would like to answer
19   your question, I must invoke my Fifth and Sixth
20   Amendment privileges and refuse to answer your
21   questions.
22   Q   What is your current address?
23       MR. GOLDBERGER:  There is going to be a
24   continued, obviously, you anticipate I'm
25   sure, continued invocation of Fifth
```

2 (Pages 2 to 5)

6

1  Amendment privileges.  If it is okay with
2  all counsel, to shorten things, I'll simply
3  have the witness say "Fifth," if that
4  satisfies everyone's interest.
5      MR. EDWARDS:  That is fine with me.
6      MR. GOLDBERGER:  Okay, with that Cathy?
7      MS. EZELL:  Yes.
8      MR. HOROWITZ:  Yes.
9      Q  I'll reask the question, what's your
10  current address?
11     A  Fifth.
12     Q  Are you currently living at 358 El
13  Brillo Way with a man named Jeffrey Epstein?
14     A  The Fifth.
15     Q  Are you also familiar with an address in
16  New York, 301 East 66th Street?
17     A  The Fifth.
18     Q  When Mr. Epstein was incarcerated in
19  jail, you went to visit him on numerous
20  occasions; is that correct?
21     MR. YAREMA:  Objection.
22     A  The Fifth.
23     Q  When you went to visit him you indicated
24  to jail personnel your address was 301 East 66th
25  Street, apartment 8-D in New York City, New York;

7

1  is that correct?
2      MR. YAREMA:  Objection.
3      A  Fifth.
4      Q  Isn't it true when Mr. Epstein was in
5  jail, you visited him on more than 50 occasions?
6      MR. YAREMA:  Form objection.
7      Q  True?
8      A  The Fifth.
9      Q  How long have you been in the United
10  States, Ms. Marcinkova?
11     A  The Fifth.
12     Q  Who brought you to the United States?
13     MR. YAREMA:  Form objection.
14     A  The Fifth.
15     Q  What is your current status in this
16  country?
17     A  The Fifth.
18     MR. YAREMA:  Form objection.
19     MR. GOLDBERGER:  Let me take a half a
20  second.
21     (Witness and her counsel confer.)
22     Q  Are you a U.S. citizen?
23     A  The Fifth.
24     Q  What type of visa are you here on?
25     MR. YAREMA:  Form objection.

8

1      A  The Fifth.
2      Q  Do you know a lady by the name of
3  Maritsa Vazques?
4      A  The Fifth.
5      Q  Is this somebody who helped to falsify a
6  visa for you?
7      MR. YAREMA:  Object to the form.
8      A  The Fifth.
9      Q  Do you know Evelyn Velasaques?
10     A  The Fifth.
11     Q  Were you ever a working model in the
12  United States?
13     A  The Fifth.
14     Q  Can you tell us your parents' names?
15     A  The Fifth.
16     Q  How is it that you have supported
17  yourself financially, since you have been in this
18  country?
19     MR. YAREMA:  Object to the form.
20     A  The Fifth.
21     Q  Have you supported yourself financially?
22     A  The Fifth.
23     Q  What is the last grade you completed in
24  school?
25     A  The Fifth, I take the Fifth Amendment.

9

1      Q  Are you in school now?
2      A  The Fifth.
3      Q  Have you ever attended any school in the
4  United States?
5      A  The Fifth.
6      Q  Have you ever been employed since
7  residing in the United States?
8      A  The Fifth.
9      Q  Is Jeffrey Epstein your sole means of
10  financial support today?
11     MR. YAREMA:  Object to the form.
12     A  The Fifth.
13     Q  Since coming to this country, hasn't
14  Jeffrey Epstein always been your sole means of
15  financial support?
16     MR. YAREMA:  Object to the form.
17     A  The Fifth.
18     Q  How much does Jeffrey Epstein pay you
19  today?
20     MR. YAREMA:  Object to the form.
21     A  The Fifth.
22     Q  What does every Epstein pay you for?
23     MR. YAREMA:  Object to the form.
24     A  The Fifth.
25     Q  Does he pay you specifically to be his

3 (Pages 6 to 9)

10

```
1   sex slave?
2          MR. YAREMA:  Object to the form.
3      A   The Fifth.
4      Q   Are you aware that the reports about you
5   indicate that you were brought to the United
6   States by Jeffrey Epstein when you were roughly
7   13 or 14 years old to be his Yugoslavian lesbian
8   sex slave?
9          MR. YAREMA:  Object to the form.
10     A   The Fifth.
11     Q   Is that true?
12         MR. YAREMA:  Object to the form.
13     A   The Fifth.
14     Q   Have you performed any services for
15  Jeffrey Epstein aside from being his sex slave?
16         MR. YAREMA:  Object to the form.
17     A   The Fifth.
18     Q   What is your sexual orientation?
19         MR. YAREMA:  Object to the form.
20         MR. GOLDBERGER:  I'm going to instruct
21     the witness not to answer that question.  It
22     serves no purpose other than to harass or
23     intimidate her, so in addition to Fifth
24     Amendment privileges, I'm objecting on
25     privacy grounds.
```

11

```
1      A   I take the Fifth.
2      Q   I represent a lady named, a young female
3   named E.W.; you know who that is, right?
4          MR. YAREMA:  Object to the form.
5      A   The Fifth.
6      Q   Jeffrey Epstein made you have sex with
7   E.W., didn't he?
8          MR. YAREMA:  Object to the form.
9      A   The Fifth.
10     Q   You did, in fact, engage in sexual
11  activity with E.W. when she was only 16 years
12  old; isn't that true?
13         MR. YAREMA:  Object to the form.
14     A   The Fifth.
15     Q   Back to my original question:  And I'll
16  ask you this way:  Do you consider yourself
17  heterosexual, bi-sexual, or can you answer that
18  question?
19         MR. YAREMA:  Object to the form.
20         MR. GOLDBERGER:  Same objection.  Do not
21     answer the question.
22     A   Fifth.
23     Q   How did you meet Jeffrey Epstein?
24     A   Fifth.
25     Q   When did you become one of Jeffrey
```

12

```
1   Epstein's sex slaves?
2          MR. YAREMA:  Object to the form.
3      A   Fifth.
4      Q   What does it mean to be Jeffrey
5   Epstein's sex slave?
6          MR. YAREMA:  Object to the form.
7      A   Fifth.
8      Q   Are you aware that Jeffrey Epstein reads
9   books on how to be a proper master to his sex
10  slave?
11         MR. YAREMA:  Object to the form.
12     A   Fifth.
13     Q   What has Jeffrey Epstein done to train
14  you to be his sex slave?
15         MR. YAREMA:  Object to the form.
16     A   Fifth.
17     Q   What do your parents think about you
18  being Jeffrey Epstein's sex slave?
19         MR. YAREMA:  Object to the form.
20     A   Fifth.
21     Q   When did you first learn that Jeffrey
22  Epstein had a sexual obsession for underage minor
23  females?
24         MR. YAREMA:  Object to the form.
25     A   Fifth.
```

13

```
1      Q   How many times has Jeffrey Epstein made
2   you have sex with underage minor females?
3          MR. YAREMA:  Object to the form.
4      A   Fifth.
5      Q   Do you enjoy sex with underage minor
6   females?
7          MR. YAREMA:  Object to the form.
8      A   Fifth.
9      Q   What is the youngest child that Jeffrey
10  Epstein has forced you to have sex with?
11         MR. YAREMA:  Object to the form.
12     A   Fifth.
13     Q   Does Jeffrey Epstein today still make
14  you have sex with underage minor females?
15         MR. YAREMA:  Object to the form.
16     A   Fifth.
17     Q   How many underage minor females has
18  Jeffrey Epstein made you have sex with, since you
19  were over the age of 18?
20         MR. YAREMA:  Object to the form.
21     A   The Fifth.
22     Q   Prior to turning 18, is it true that
23  Jeffrey Epstein made you have sex with many other
24  children in kid-type orgies?
25         MR. YAREMA:  Object to the form.
```

4  (Pages 10 to 13)

14

1      A  Fifth.
2      Q  Has Jeffrey Epstein also made you
3  perform sexually on his friends?
4          MR. YAREMA:  Object to the form.
5      A  Fifth.
6      Q  Do you know David Copperfield?
7          MR. YAREMA:  Object to the form.
8      A  Fifth.
9      Q  Have you ever been made to perform
10  sexually on David Copperfield?
11         MR. YAREMA:  Object to the form.
12     A  Fifth.
13     Q  Do you know Prince Andrew?
14     A  Fifth.
15     Q  Have you ever been made to perform
16  sexually on Prince Andrew?
17         MR. YAREMA:  Object to the form.
18     A  Fifth.
19     Q  When was the first time that you knew
20  Jeffrey Epstein molested underage girls?
21         MR. YAREMA:  Object to the form.
22     A  Fifth.
23     Q  Did Jeffrey Epstein molest you when you
24  were underage?
25         MR. YAREMA:  Object to the form.

15

1      A  Fifth.
2      Q  I'm assuming you understand why you're
3  here today, correct?
4          MR. YAREMA:  Object to the form.
5      A  The Fifth.
6      Q  For allegations related to Jeffrey
7  Epstein interacting sexually with numerous
8  underage minor females; that's something you
9  know, right?
10         MR. YAREMA:  Object to the form.
11     A  The Fifth.
12     Q  That's something in addition to the
13  civil lawsuits, there were criminal cases
14  involving the same conduct, correct?
15         MR. YAREMA:  Object to the form.
16     A  Fifth.
17     Q  You were a part of that criminal
18  investigation, in fact, you were a co-conspirator
19  of Jeffrey Epstein's; is that right?
20         MR. YAREMA:  Object to the form.
21     A  Fifth.
22     Q  What crimes did you conspire to commit
23  with Jeffrey Epstein against underage minor
24  females?
25         MR. YAREMA:  Object to the form.

16

1      A  Fifth.
2      Q  Have you read the nonprosecution
3  agreement between the government and Jeffrey
4  Epstein?
5      A  Fifth.
6      Q  Are you aware that inside that document
7  you are labeled as a co-conspirator of his crimes
8  against children?
9          MR. YAREMA:  Object to the form.
10     A  Fifth.
11     Q  Isn't it true that your role was to lure
12  or procure underage minor females to Jeffrey
13  Epstein for him to molest, correct?
14         MR. YAREMA:  Object to the form.
15     A  Fifth.
16     Q  You also scheduled appointments for
17  Jeffrey Epstein, so there would be designated
18  times for Jeffrey Epstein to molest underage
19  minor females, correct?
20         MR. YAREMA:  Object to the form.
21     A  The Fifth.
22     Q  As well, you participated in various sex
23  acts with underage minor females, thus molesting
24  them yourself; is that correct?
25         MR. YAREMA:  Object to the form.

17

1      A  Fifth.
2      Q  Do you understand that Jeffrey Epstein's
3  interaction with underage minor females is
4  illegal?  Do you understand that?
5          MR. YAREMA:  Object to the form.
6      A  The Fifth.
7      Q  Do you understand that the Lewd and
8  Lascivious Molestation Statute in Florida
9  indicates a person who intentionally touches in a
10  lewd or lascivious manner, the breasts, genital
11  area or buttocks, or the clothing covering them,
12  of a person less than 16 years of age, or forces
13  or entices a person under 16 years of age, to so
14  touch the perpetrator, commits lewd or lascivious
15  molestation?  Are you aware of that statute?
16     A  Fifth.
17     Q  That is a statute that you know Jeffrey
18  Epstein to have violated; is that true?
19         MR. YAREMA:  Object to the form.
20     A  The Fifth.
21     Q  That's a statute that you yourself have
22  violated; is that true?
23         MR. YAREMA:  Object to the form.
24     A  The Fifth.
25     Q  You've observed Jeffrey Epstein violate

U.S. Legal Support
(561) 835-0220

18

1    that statute on many underage minor females,
2    true?
3         MR. YAREMA:  Object to the form.
4         A  The Fifth.
5         Q  Have you ever discussed with Jeffrey
6    Epstein that the fact that he is a child
7    molester?
8         MR. YAREMA:  Object to the form.
9         A  Fifth.
10        Q  Have you asked Jeffrey Epstein why he
11   has made you interact with underage minor females
12   in a sexual manner?
13        MR. YAREMA:  Object to the form.
14        A  Fifth.
15        Q  During the litigation of these civil
16   cases, has Jeffrey Epstein indicated to you an
17   intent to continue to molest children?
18        MR. YAREMA:  Object to the form.
19        A  Fifth.
20        Q  Is it your intent to continue to commit
21   sex crimes against minors?
22        MR. YAREMA:  Object to the form.
23        A  Fifth.
24        Q  In addition to your being named as a
25   co-conspirator of Jeffrey Epstein regarding his

19

1    crimes against minors, there is also a person
2    named Sarah Kellen listed as a co-conspirator.
3    Do you know Sarah Kellen?
4         A  Fifth.
5         Q  This is somebody who lives with you and
6    Jeffrey Epstein; is that true?
7         MR. YAREMA:  Object to the form.
8         A  Fifth.
9         Q  And Sarah Kellen is somebody who you
10   know to be Story Cowles's girlfriend; is that
11   true?
12        MR. YAREMA:  Object to the form.
13        A  Fifth.
14        Q  She's spoken with Story Cowles about
15   this case on numerous occasions; is that true?
16        MR. YAREMA:  Object to the form.
17        A  Fifth.
18        Q  Sarah Kellen's conversations with Story
19   Cowles and your observations of them, you believe
20   would implicate you in a crime and that's why
21   you're able to take the Fifth as to that
22   question?
23        MR. YAREMA:  Object to the form.
24        A  Fifth.
25        Q  Who is Lesley Groff, also listed as a

20

1    co-conspirator in the non-prosecution agreement
2    related to Jeffrey Epstein's crimes against
3    minors?
4         MR. YAREMA:  Object to the form.
5         A  Fifth.
6         Q  Do you know Adriana Ross or Adriana
7    Mucinska?
8         A  Fifth.
9         Q  These are all people who also
10   participated in Jeffrey Epstein's scheme to lure
11   underage females to him for sex; is that true?
12        MR. YAREMA:  Object to the form.
13        A  Fifth.
14        Q  You and these other co-conspirators
15   played various roles to make sure Jeffrey Epstein
16   was able to engage in sexual contact or conduct,
17   with underage minor females on an everyday basis;
18   is that true?
19        MR. YAREMA:  Object to the form.
20        A  Fifth.
21        Q  Since the time you first met Jeffrey
22   Epstein, has his appetite for underage minor
23   females always been the same?
24        MR. YAREMA:  Object to the form.
25        A  Fifth.

21

1         Q  By that I mean, have you observed
2    Jeffrey Epstein to interact sexually with
3    underage minor females literally on a daily
4    basis?
5         MR. YAREMA:  Object to the form.
6         A  Fifth.
7         Q  Wasn't it one of your specific job
8    duties to make sure that he had different
9    underage minor females to molest on a daily
10   basis?
11        MR. YAREMA:  Object to the form.
12        A  Fifth.
13        Q  In addition to the improper sexual
14   contact between Jeffrey Epstein and underage
15   minor females at the West Palm Beach house, you
16   have observed similar improper and illegal
17   contact by Jeffrey Epstein in his New York
18   mansion, as well, correct?
19        MR. YAREMA:  Object to the form.
20        A  Fifth.
21        Q  In fact, he operates a very similar
22   scheme up there, in that he schedules these
23   appointments with underage minor females, under
24   the guise that it is going to be a massage; is
25   that correct?

6 (Pages 18 to 21)

22

1      MR. YAREMA:  Object to the form?
2      A  Fifth.
3      Q  When he is in New York, he has contact
4  with underage minor females for the purposes of
5  sexually molesting them as well; is that
6  correct?
7      MR. YAREMA:  Object to the form.
8      A  Fifth.
9      Q  When he is in his ranch in New Mexico,
10  similarly, Jeffrey Epstein is engaging in sex
11  with underage minor females from that local area
12  as well, and that's something you've observed?
13      MR. YAREMA:  Object to the form.
14      A  Fifth.
15      Q  On his island, particularly, he has
16  flown underage minor females to the island for
17  underage kid-type orgies; is that true?
18      MR. YAREMA:  Object to the form.
19      A  Fifth.
20      Q  You're shaking your head indicating, at
21  least to me, indicating that you may not agree
22  with what I'm saying, and I would love to give
23  you the chance to explain it to us.
24      MR. GOLDBERGER:  I appreciate that, but
25  don't --

23

1      MR. EDWARDS:  Read too much into it?
2      MR. GOLDBERGER:  Exactly.  Don't go
3  there.  Just ask the questions and we will
4  move right along.
5      MR. EDWARDS:  I agree, Jack, I just know
6  if this is played for a jury, I don't want
7  the jury to interpret her shaking her head
8  as a "No," and then her pleading the Fifth.
9      MR. GOLDBERGER:  I appreciate that.
10  Don't take anything as to any head movements
11  or any body movements at all.  Just ask the
12  questions and we will let the video speak
13  for itself.
14      Q  How many of these -- you know what an
15  orgy is, don't you?
16      A  Fifth.
17      Q  And how many of these orgies, as I'm
18  calling them, where there are numerous underage
19  minors having sex with each other and with
20  Jeffrey Epstein, have observed on Jeffrey
21  Epstein's island?
22      MR. YAREMA:  Object to the form.
23      A  Fifth.
24      Q  Is part of your role as Jeffrey
25  Epstein's sex slave, to not tell the authorities

24

1  when Jeffrey Epstein commits these crimes against
2  children?
3      MR. YAREMA:  Object to the form.
4      A  Fifth.
5      Q  Is there any way for you to escape being
6  his sex slave?
7      MR. YAREMA:  Object to the form.
8      A  Fifth.
9      Q  Have you ever wanted to cooperate with
10  the authorities, so that you could escape being
11  his sex slave?
12      MR. YAREMA:  Object to the form.
13      A  Fifth.
14      Q  Do you represent to others that you are
15  his girlfriend or his sex slave, or some other
16  designation?
17      MR. YAREMA:  Object to the form.
18      A  Fifth.
19      Q  Isn't it true that you recently
20  represented to the Probation Officer that you
21  were his live-in girlfriend?
22      MR. YAREMA:  Object to the form.
23      A  Fifth.
24      Q  When Probation calls the house, are you
25  told to tell Probation that he is in the swimming

25

1  pool or doing some other activity that would not
2  allow him to come to the telephone?
3      MR. YAREMA:  Object to the form.
4      A  Fifth.
5      Q  Isn't it true you're under strict orders
6  to tell Probation that?
7      MR. YAREMA:  Object to the form.
8      A  Fifth.
9      Q  Isn't it true you've heard Jeffrey
10  Epstein tell you on numerous occasions, regarding
11  the age of the girls that he wants to his house,
12  for the purposes of sexually molesting, the
13  phrase he uses is "the younger the better,"
14  true?
15      MR. YAREMA:  Object to the form.
16      A  Fifth.
17      Q  I asked you earlier about E.W. out of
18  turn as a result of an objection related to your
19  sexual orientation, but I'll talk specifically
20  about E.W. right now.  You know who that is,
21  right?
22      MR. YAREMA:  Object to the form.
23      A  Fifth.
24      Q  That is somebody you observed Jeffrey
25  Epstein call for the purposes of getting her

26

1    to his house to sexually molest; is that right?
2         MR. YAREMA: Object to the form.
3    A  Fifth.
4    Q  The first time she went to Jeffrey
5    Epstein's house was in 2002 when she was only 14
6    years old; is that true?
7         MR. YAREMA: Object to the form.
8    A  Fifth.
9    Q  In fact in 2002 you were only 18 years
10   old or so yourself; is that right?
11   A  Fifth.
12   Q  And E.W. is somebody you observed at
13   Jeffrey Epstein's house on more than 100
14   occasions between 2002 and 2005, a time period
15   between 14 and 17 years of age for her; is that
16   right?
17        MR. YAREMA: Object to the form.
18   A  Fifth.
19   Q  And each time E.W. was summoned to
20   Jeffrey Epstein's house, it was for the purposes
21   of Jeffrey Epstein sexually molesting her,
22   correct?
23        MR. YAREMA: Object to the form.
24   A  Fifth.
25   Q  If it was not Jeffrey Epstein personally

27

1    calling E.W., you observed Sarah Kellen to call
2    E.W. for the purposes of her coming over and
3    pleasing Jeffrey Epstein sexually, correct?
4         MR. YAREMA: Object to the form.
5    A  Fifth.
6    Q  And do you remember the instance where
7    Jeffrey Epstein instructed you to lay down naked
8    and engage in a threesome with E.W. and Jeffrey
9    Epstein?
10        MR. YAREMA: Object to the form.
11   A  Fifth.
12   Q  Do you remember that that during that
13   threesome, Jeffrey Epstein demanded E.W. to
14   straddle you and otherwise engage sexually with
15   you while Jeffrey Epstein was using vibrators
16   and/or dildos on you?
17        MR. YAREMA: Object to the form.
18   A  Fifth.
19   Q  In addition to your sexual interactions
20   with E.W., isn't it true that you have used
21   strap-on dildos and vibrators on other underage
22   minors at Jeffrey Epstein's direction?
23        MR. YAREMA: Object to the form.
24   A  Fifth.
25   Q  You have given oral sex to underage

28

1    minor females?
2         MR. YAREMA: Object to the form.
3    A  Fifth.
4    Q  You have received oral sex from underage
5    minor females?
6         MR. YAREMA: Object to the form.
7    A  Fifth.
8    Q  All of these sexual acts with minor
9    females involving you happened in the presence of
10   Jeffrey Epstein?
11        MR. YAREMA: Object to the form.
12   A  Fifth.
13   Q  During your interaction with underage
14   minor females in a sexual manner, isn't it true
15   that Jeffrey Epstein would participate in the
16   sexual acts and the act would be over upon
17   Jeffrey Epstein ejaculating, correct?
18        MR. YAREMA: Object to the form.
19   A  Fifth.
20   Q  Did Jeffrey Epstein tell you, that when
21   E.W. was an underage minor female, he forced her
22   to give him oral sex?
23        MR. YAREMA: Object to the form.
24   A  Fifth.
25   Q  Do you remember E.W. coming over, a

29

1    young girl, with braces on, and going up into
2    Jeffrey Epstein's bedroom on numerous occasions
3    to be sexually molested?
4         MR. YAREMA: Object to the form.
5    A  Fifth.
6    Q  Do you know when it was that Jeffrey
7    Epstein developed his plan or scheme to gain
8    access to hundreds of underage minor females for
9    the purposes of his sexual gratification?
10        MR. YAREMA: Object to the form.
11   A  Fifth.
12   Q  Were you a part of the planning of that
13   scheme of Jeffrey Epstein's to gain access to
14   underage minor females?
15        MR. YAREMA: Object to the form.
16   A  Fifth.
17   Q  Do you know Ghislaine Maxwell?
18   A  Fifth.
19   Q  Is that somebody who helped Jeffrey
20   Epstein to devise the scheme to allow him access
21   to various and a variety of underage minor
22   females?
23        MR. YAREMA: Object to the form.
24   A  Fifth.
25   Q  Is Sarah Kellen somebody that was also

30

1    involved in the planning of this scheme to gain
2    access to underage minor females?
3        MR. YAREMA: Object to the form.
4        A  Fifth.
5        Q  When is the first time that you observed
6    Jeffrey Epstein's method of enticing or inducing
7    underage minor females into sexual acts with him
8    inside his bedroom?
9        MR. YAREMA: Object to the form.
10       A  Fifth.
11       Q  Isn't it true that after an underage
12   minor female was brought to Jeffrey Epstein's
13   house, typically Sarah Kellen, or Adriana or
14   yourself would lead that underage minor female to
15   Jeffrey Epstein's bedroom and leave them alone in
16   the room; is that true?
17       MR. YAREMA: Object to the form.
18       A  Fifth.
19       Q  Then Jeffrey Epstein would appear either
20   naked or wearing a towel; is that true?
21       MR. YAREMA: Object to the form.
22       A  Fifth.
23       Q  This is his habit or method of
24   operation, every single time, and that's
25   something that he has told you about his sexual

31

1    interaction with underage minors; is that true?
2        MR. YAREMA: Object to the form.
3        A  Fifth.
4        Q  And he would direct or demand or
5    instruct the underage minor female to remove her
6    clothing; is that true?
7        MR. YAREMA: Object to the form.
8        A  Fifth.
9        Q  Then he would perform one or more lewd
10   or lascivious or sexual acts on the underage
11   minor female.  Is that true?
12       MR. YAREMA: Object to the form.
13       A  Fifth.
14       Q  And you have observed Jeffrey Epstein
15   engage in sexual interaction with underage minor
16   females on hundreds and hundreds of occasions,
17   correct?
18       MR. YAREMA: Object to the form.
19       A  Fifth.
20       Q  And you have observed Jeffrey Epstein
21   using vibrators and sexual toys on underage
22   minors, true?
23       MR. YAREMA: Object to the form.
24       A  Fifth.
25       Q  In fact, he has also used vibrators and

32

1    sex toys on you, correct?
2        A  Fifth.
3        Q  And he has instructed you to use sex
4    toys and vibrators on other underage minor
5    females, correct?
6        MR. YAREMA: Object to the form.
7        A  Fifth.
8        Q  You have observed Jeffrey Epstein
9    digitally penetrate the vagina of underage minor
10   females, including E.W., correct?
11       MR. YAREMA: Object to the form.
12       A  Fifth.
13       Q  As part of his plan to avoid detection
14   by law enforcement, you have observed Jeffrey
15   Epstein to pay these underage minor females to be
16   quiet, correct?
17       MR. YAREMA: Object to the form.
18       A  Fifth.
19       Q  And this is something that he has told
20   you he does, for the purposes of grooming these
21   underage minor females, and avoiding law
22   enforcement detection, correct?
23       MR. YAREMA: Object to the form.
24       A  Fifth.
25       Q  Jeffrey Epstein has talked to you about

33

1    the psychology of brainwashing or grooming
2    underage minor females to perform for him
3    sexually, hasn't he?
4        MR. YAREMA: Object to the form.
5        A  Fifth.
6        Q  And Sarah Kellen has also spoken with
7    you about the methodology behind gaining access
8    to and grooming underage minor females for sex?
9        MR. YAREMA: Object to form.
10       A  Fifth.
11       Q  Isn't it true that Ghislaine Maxwell and
12   yourself and Sarah Kellen had access to a master
13   list of underage minor females names and phone
14   numbers so that they could be called?
15       MR. GOLDBERGER: Time out.  Are you
16   talking to me, counsel?
17       MR. HOROWITZ: Nodding my head, back at
18   you.  You were nodding at me.
19       MR. GOLDBERGER: I wasn't nodding at
20   you.  I'm not talking to you, I'm not
21   communicating with you.  I don't know what
22   you think we are doing here.  You said "It
23   is true," and I have no idea what you are
24   talking about.  Don't interrupt the
25   deposition, okay?

9  (Pages 30 to 33)

34

1    MR. HOROWITZ:  I think you interrupted.
2    MR. GOLDBERGER:  I didn't do a thing --
3    MR. EDWARDS:  I don't know what's
4  happened here.  It has deteriorated here for
5  no reason whatsoever and has nothing to do
6  with me or the witness.
7    MR. GOLDBERGER:  You're 100 percent
8  correct.
9    MR. EDWARDS:  Can we go back to it.
10    MR. GOLDBERGER:  Absolutely.
11    MR. EDWARDS:  Perfect.
12    The silent fight disrupted me.  I lost
13  where I am now.
14    MR. GOLDBERGER:  Sorry.
15    MR. EDWARDS:  Can you read it back.
16    THE COURT REPORTER:  Certainly.
17    (The record was read.)
18    MR. EDWARDS:  I'll rephrase the
19  question.
20    Q   Isn't it true that yourself, Ghislaine
21  Maxwell and Sarah Kellen had access to a master
22  of list of underage minor females names and phone
23  numbers so they could be called for the purpose
24  of coming to Jeffrey Epstein's house to be
25  sexually molested?

35

1    MR. YAREMA:  Object to the form.
2    A   Fifth.
3    Q   How many underage minor females are on
4  that master list?
5    MR. YAREMA:  Object to the form.
6    A   Fifth.
7    Q   Are there photographs of these underage
8  minor females on that master list?
9    MR. YAREMA:  Object to the form.
10    A   Fifth.
11    Q   Is that master list saved on a computer
12  system, as has been testified to in the past?
13    MR. YAREMA:  Object to the form.
14    A   Fifth.
15    Q   Has Jeffrey Epstein talked to you about
16  the success of his scheme to procure underage
17  minor females?
18    MR. YAREMA:  Object to the form.
19    A   Fifth.
20    Q   By that, I mean, the method where he
21  molests an underage minor female, then offers
22  them additional money if they will bring him
23  other underage minor females to molest; are you
24  familiar with that system?
25    MR. YAREMA:  Object to the form.

36

1    A   Fifth.
2    Q   In addition to that system, isn't it
3  true that Jeffrey Epstein traffics underage minor
4  females through a modeling agency?
5    MR. YAREMA:  Object to the form.
6    A   Fifth.
7    Q   Is a modeling agency that he is involved
8  in with Jean Luc Brunel; you know who that is
9  right?
10    MR. YAREMA:  Object to the form.
11    A   Fifth.
12    Q   Are you familiar with MC-2 or MC-Squared
13  Modeling Agency?
14    A   Fifth.
15    Q   You know Jean Luc Brunel, right?
16    MR. YAREMA:  Object to the form.
17    A   Fifth.
18    Q   Is Jean Luc Brunel somebody that you
19  have been made to perform on sexually?
20    MR. YAREMA:  Object to the form.
21    A   Fifth.
22    Q   Jean Luc Brunel is somebody that you
23  know to also be a child molester, true?
24    MR. YAREMA:  Object to the form.
25    A   Fifth.

37

1    Q   This is somebody who for years the
2  public has known of Jean Luc Brunel as a child
3  molester, true?
4    MR. YAREMA:  Object to the form.
5    A   Fifth.
6    Q   In fact, that is the only thing Jeffrey
7  Epstein and Jean Luc Brunel have in common, is
8  their obsession for underage minor females,
9  correct?
10    MR. YAREMA:  Object to the form.
11    A   Fifth.
12    Q   And the modeling agency is but one other
13  mechanism used by Jeffrey Epstein to gain access
14  to underage minor females for sex, true?
15    MR. YAREMA:  Object to the form.
16    A   Fifth.
17    Q   I read you the statute earlier on Lewd
18  and Lascivious Molestation, Chapter 800.04, and
19  that's something that you have witnessed Jeffrey
20  Epstein violate on hundreds of occasions,
21  correct?
22    MR. YAREMA:  Object to the form.
23    A   Fifth.
24    Q   And something that you have witnessed
25  Jeffrey Epstein specifically violate, against

38

1    E.W., true?
2        MR. YAREMA: Object to the form.
3    A  Fifth.
4    Q  Also a statute you have witnessed
5    Jeffrey Epstein violate against then minor,
6    L.M.?
7        MR. YAREMA: Object to the form.
8    A  Fifth.
9    Q  In fact L.M. was somebody that Jeffrey
10   Epstein liked or likes; isn't that true?
11       MR. YAREMA: Object to the form.
12   A  Fifth.
13   Q  L.M. was somebody Jeffrey Epstein met
14   when she was only 13 years old and began sexually
15   molesting her the first day that he met her,
16   true?
17       MR. YAREMA: Object to the form.
18   A  Fifth.
19   Q  L.M. was one of his main girls, as he
20   would call them; is that true?
21       MR. YAREMA: Object to the form.
22   A  Fifth.
23   Q  L.M. procured for him or brought for him
24   to his house, over 50 girls between the ages of
25   12 and 15 years old; is that true?

39

1        MR. YAREMA: Object to the form.
2    A  Fifth.
3    Q  Each of these girls, aged 12 to 15, you
4    observed come into the house, go into Jeffrey
5    Epstein's bedroom and leave the house after being
6    sexually molested, true?
7    A  Fifth.
8    Q  And in addition to L.M. being sexually
9    molested herself, she was enticed or coerced into
10   bringing her friends over, to also be sexually
11   molested, true?
12       MR. YAREMA: Object to the form.
13   A  Fifth.
14   Q  Has Jeffrey Epstein talked to you about
15   an FBI statement that was given by L.M.?
16   A  Fifth.
17   Q  He has also told you that that FBI
18   statement that was favorable for him is
19   completely false; isn't that true?
20       MR. YAREMA: Object to the form.
21   A  Fifth.
22   Q  Has he spoken to you about the fact that
23   she is now telling the complete story and
24   accurate account as to what happened at Jeffrey

40

1    Epstein's house, and he is using all resources to
2    try to intimidate and harass her; is that true?
3        MR. YAREMA: Object to the form.
4    A  Fifth.
5    Q  In fact, has he talked to you about his
6    tactic of intimidating and harassing any victims
7    that come forward against him, regarding the
8    sexual abuse that they endured by him?
9        MR. YAREMA: Object to the form.
10   A  Fifth.
11   Q  Would you agree that Jeffrey Epstein
12   contributed to the delinquency of these various
13   minors that he sexually abused?
14       MR. YAREMA: Object to the form.
15   A  Fifth.
16   Q  In addition to abusing them, he also
17   encouraged them to return to him to receive more
18   sexual abuse and encouraged them into a life of
19   prostitution, true?
20       MR. YAREMA: Object to the form.
21   A  Fifth.
22   Q  How many underage minor females have you
23   observed Jeffrey Epstein engage in sex acts with
24   on any of his airplanes?
25       MR. YAREMA: Object to the form.

41

1    A  Fifth.
2    Q  Have you engaged in sexual acts with any
3    underage minor females on Jeffrey Epstein's
4    airplanes?
5        MR. YAREMA: Object to the form.
6    A  Fifth.
7    Q  How many times has Jeffrey Epstein
8    talked to you about the reasons why he sexually
9    abuses minors?
10       MR. YAREMA: Object to the form.
11   A  Fifth.
12   Q  Didn't he tell you that it is his intent
13   to harm these minors in hopes of gaining
14   psychological advantage over them?
15       MR. YAREMA: Object to the form.
16   A  Fifth.
17   Q  Are you aware that Jeffrey Epstein pled
18   guilty to two felonies related to his interaction
19   with minors?
20       MR. YAREMA: Object to the form.
21   A  Fifth.
22   Q  And as a result he was incarcerated, and
23   as we spoke about earlier, you visited him in
24   jail on more than 50 occasions, correct?
25       MR. YAREMA: Object to the form.

42

1      A  Fifth.

2      Q  Aren't your observations with Jeffrey

3  Epstein's interactions with E.W., wouldn't you

4  agree he coerced her into a life of prostitution?

5          MR. YAREMA:  Object to the form.

6      A  Fifth.

7      Q  And based on your observations of

8  Jeffrey Epstein's interactions with L.M.,

9  wouldn't you agree that Jeffrey Epstein coerced

10  her into a life of prostitution?

11          MR. YAREMA:  Object to the form.

12      A  Fifth.

13      Q  And with respect to Jane Doe and E.W.

14  and L.M., wouldn't you agree that Jeffrey Epstein

15  forced these girls to be a prostitute for him?

16          MR. YAREMA:  Object to the form.

17      A  Fifth.

18      Q  Would you agree that Jeffrey Epstein's

19  actions against E.W., L.M. and Jane Doe, were

20  intentional, deliberate and reckless?

21          MR. YAREMA:  Object to the form.

22      A  Fifth.

23      Q  Would you agree that that intentional,

24  deliberate and reckless conduct by Jeffrey

25  Epstein against L.M., E.W. and Jane Doe was

43

1  likely to cause severe emotional distress?

2          MR. YAREMA:  Object to the form.

3      A  Fifth.

4      Q  And isn't it a fact that Jeffrey Epstein

5  has specifically told you that it is his intent

6  to cause severe emotional distress, as it

7  weakened his victims?

8          MR. YAREMA:  Object to the form.

9      A  Fifth.

10      Q  Has Jeffrey Epstein talked to you about

11  your role in what he calls a criminal enterprise?

12          MR. YAREMA:  Object to the form.

13      A  Fifth.

14      Q  Has he talked to you about his

15  organization being a criminal enterprise, that

16  you need to help protect?

17          MR. YAREMA:  Object to the form.

18      A  Fifth.

19      Q  What does Jeffrey Epstein do for a

20  living?

21      A  Fifth.

22      Q  Does he profit from international sex

23  trafficking of children?

24          MR. YAREMA:  Object to the form.

25      A  Fifth.

44

1      Q  Do you profit from sex trafficking of

2  children?

3          MR. YAREMA:  Object to the form.

4      A  Fifth.

5      Q  Do you know Sergio Cordero?

6      A  Fifth.

7      Q  Do you know Mike Sanka?

8      A  Fifth.

9      Q  Would you consider Jeffrey Epstein's

10  criminal enterprise that is designed to molest

11  underage minor females, to be organized?

12          MR. YAREMA:  Object to the form.

13      A  Fifth.

14      Q  Is your role in that criminal

15  arrangement to molest underage minor females, to

16  help organize?

17          MR. YAREMA:  Object to the form.

18      A  Fifth.

19      Q  As part of that organization, isn't it

20  true that you, as well as various staff members,

21  took meticulous messages regarding appointments

22  and scheduling underage minor females to come

23  over to be sexually molested?

24          MR. YAREMA:  Object to the form.

25      A  Fifth.

45

1      Q  These were message pads that had a

2  carbon copy that were positioned or stationed in

3  several places around Jeffrey Epstein's home near

4  the telephone; you're familiar with those,

5  right?

6          MR. YAREMA:  Object to the form.

7      A  Fifth.

8      Q  Since I'm assuming that you are going to

9  take the Fifth on each and every question related

10  to any messages, I will show you only one, which

11  will be marked, this one page, as Plaintiff's

12  Exhibit 1.  The date on the message that I will

13  be showing you is 8/21, August 21, 2005.

14          (Message dated August 21, 2005 was

15      marked as Plaintiff's Exhibit number 1 for

16      identification, as of this date.)

17          MR. EDWARDS:  Do you want to see it

18      first?

19          MR. GOLDBERGER:  (Counsel examines

20      document and hands it to the witness.)

21      Q  Would you look at the exhibit, please,

22  if you can see it?  I don't know if you can see

23  it over your coffee.

24      A  I can see it.

25      Q  Okay.  Do you recognize it?

12 (Pages 42 to 45)

46

1     A  Fifth.
2     Q  That particular message indicates it is
3  from Nadia. You're the only "Nadia" in the
4  house; is that correct?
5         MR. YAREMA: Object to the form.
6     A  Fifth.
7     Q  This is a call from you indicating that
8  "Ashley cannot work today and Britney will be
9  here at 4:00 p.m.;" is that right?
10        MR. YAREMA: Object to the form?
11    A  Fifth.
12    Q  Who is Ashley?
13    A  Fifth.
14        MR. YAREMA: Object to the form.
15    Q  That's an underage minor female that was
16  scheduled to be molested at Jeffrey Epstein's
17  house?
18        MR. YAREMA: Object to the form.
19    A  Fifth.
20    Q  You scheduled that act of molestation;
21  is that right?
22        MR. YAREMA: Object to the form.
23    A  Fifth.
24    Q  And Britney will be at the house at 4:00
25  p.m.  Britney is another underage minor female;

47

1  is that correct?
2         MR. YAREMA: Object to the form.
3     A  Fifth.
4     Q  That's somebody else that you were
5  scheduling to come to his house at 4:00 p.m. for
6  Jeffrey Epstein to engage in sexual acts with
7  her, while she was an underage minor, true?
8         MR. YAREMA: Object to the form.
9     A  Fifth.
10    Q  Do you know Les Wexner?
11    A  Fifth.
12    Q  That's somebody that you know owns and
13  operates the Victoria's Secret, the Limited?
14        MR. YAREMA: Object to the form.
15    A  Is that a question?
16    Q  Is that somebody that you know to own
17  Victoria's Secret or operate Victoria's Secret?
18    A  Fifth.
19    Q  Do you know if Jeffrey Epstein still
20  talks with Leslie Wexner?
21        MR. YAREMA: Object to the form.
22    A  Fifth.
23    Q  Do you know Jane Doe-102?
24    A  Fifth.
25    Q  Are you aware of Jeffrey Epstein and

48

1  Ghislaine Maxwell's sexual interaction with Jane
2  Doe-102 when she was a minor?
3         MR. YAREMA: Object to the form.
4     Q  This is one of many underage minor
5  females that was trafficked basically around the
6  globe to be sexually exploited and abused; is
7  that correct?
8         MR. YAREMA: Object to the form.
9     A  Fifth.
10    Q  Was that typical of Jeffrey Epstein and
11  Ghislaine Maxwell to sexually abuse minors on
12  Jeffrey Epstein's airplane?
13        MR. YAREMA: Object to the form.
14    A  Fifth.
15    Q  And also typical of Ghislaine Maxwell
16  and Jeffrey Epstein to prostitute or pimp out
17  underage minors to friends?
18        MR. YAREMA: Object to the form.
19    A  Fifth.
20    Q  By "friends," I am talking specifically
21  about people of royalty, politicians,
22  academicians, businessmen and other professional
23  or personal acquaintances?
24        MR. YAREMA: Object to the form.
25    A  Fifth.

49

1     Q  Were you with Jeffrey Epstein on his
2  birthday when one of his friends sent to him
3  12 -- sorry, three 12-year olds for the purposes
4  of Jeffrey Epstein sexually abusing them?
5         MR. YAREMA: Object to the form.
6     A  Fifth.
7     Q  How many occasions have you observed
8  Jeffrey Epstein to receive as gifts from friends,
9  underage minor females for the purposes of him
10  sexually abusing them?
11        MR. YAREMA: Object to the form.
12    A  Fifth.
13    Q  These three 12-year olds were from
14  France.  Were they sent to him on his birthday by
15  Jean Luc Brunel or by somebody else?
16        MR. YAREMA: Object to form.
17    A  Fifth.
18    Q  Have you ever been made to engage in sex
19  with 12-year olds?
20        MR. YAREMA: Object to the form.
21    A  Fifth.
22    Q  Is it true that Jeffrey Epstein makes
23  you dress up as a 12-year old?
24        MR. YAREMA: Object to the form.
25    A  Fifth.

13 (Pages 46 to 49)

50

1      Q   As part of being Jeffrey Epstein's sex
2  slave, isn't it true that he asks you or requests
3  of you to dress younger than 12 at times?
4          MR. YAREMA:  Object to the form.
5      A   Fifth.
6      Q   Have you seen naked photographs of the
7  underage minor females with whom Jeffrey Epstein
8  has engaged in sex acts?
9          MR. YAREMA:  Object to the form.
10     A   Fifth.
11     Q   Are there hidden cameras in any of
12 Jeffrey Epstein's homes, that you know to have
13 taken surreptitious videos or photographs of
14 underage minors?
15         MR. YAREMA:  Object to the form.
16     A   Fifth.
17     Q   Does Jeffrey Epstein still watch
18 pornography to this day?
19         MR. YAREMA:  Object to the form.
20     A   Fifth.
21     Q   Does Jeffrey Epstein watch homemade
22 pornographic videos of underage minors engaging
23 in sex orgies on his island?
24         MR. YAREMA:  Object to the form.
25     A   Fifth.

51

1      Q   Prior to the search warrant being
2  executed, you are aware that at least three
3  computers were taken at Jeffrey Epstein's
4  direction, from Jeffrey Epstein's house, to avoid
5  detection by law enforcement, correct?
6          MR. YAREMA:  Object to the form.
7      A   Correct.
8      Q   Adriana Mucinska and some other person
9  took those computers to avoid Jeffrey Epstein --
10 to avoid the authorities obtaining the evidence
11 contained on those computers, correct?
12         MR. YAREMA:  Object to the form.
13     A   Fifth.
14     Q   Who are the persons along with Adriana
15 Mucinska took the computers from Jeffrey
16 Epstein's house prior to the execution of the
17 search warrant?
18         MR. YAREMA:  Object to the form.
19     A   Fifth.
20     Q   Where are those computers today?
21         MR. YAREMA:  Object to the form.
22     A   Fifth.
23     Q   Were they taken by his investigator,
24 Bill Riley?
25         MR. YAREMA:  Object to the form.

52

1      A   Fifth.
2      Q   Do you know Bill Riley?
3      A   Fifth.
4      Q   Have you seen the flight logs from
5  Jeffrey Epstein's private airplane flights?
6          MR. YAREMA:  Object to the form.
7      A   Fifth.
8      Q   Are you aware that you're listed as a
9  passenger on many flights, along with Jeffrey
10 Epstein on his private airplane?
11         MR. YAREMA:  Object to the form.
12     A   Fifth.
13     Q   Certainly comes as no surprise to you,
14 since you've been on his airplane on numerous
15 occasions, correct?
16         MR. YAREMA:  Object to the form.
17     A   Fifth.
18     Q   On September 22, 2003, you were listed
19 as being on a flight with Sarah Kellen, Jeffrey
20 Epstein, Teala Davies, S.H. and B.T.  My question
21 is who is S.H. and who is B.T.?
22         MR. YAREMA:  Object to the form.
23     A   Fifth.
24     Q   Do you know Teala Davies?
25     A   Fifth.

53

1      Q   That's somebody that you're familiar
2  with, because you have been to Jeffrey Epstein's
3  house on many occasions with Teala Davies,
4  correct?
5          MR. YAREMA:  Object to the form.
6      A   Fifth.
7      Q   In fact, do you remember there being a
8  burglary of Jeffrey Epstein's house where he
9  actually called the police to investigate the
10 burglary?
11         MR. YAREMA:  Object to the form.
12     A   Fifth.
13     Q   And during the police investigation
14 inside Jeffrey Epstein's house, you were speaking
15 with Teala Davies, both in person, at Jeffrey
16 Epstein's house, correct?
17         MR. YAREMA:  Object to the form.
18     A   Correct.
19     Q   Is this another person that Jeffrey
20 Epstein, when she was a minor, violated
21 sexually?
22         MR. YAREMA:  Object to the form.
23     A   Fifth.
24     Q   Do you still speak with Teala Davies?
25         MR. YAREMA:  Object to the form.

14  (Pages 50 to 53)

54

1     A  Fifth.
2     Q  Do you know Bill Clinton?
3     A  Fifth.
4     Q  You have been on Jeffrey Epstein's
5   airplane with Bill Clinton?
6          MR. YAREMA:  Object to the form.
7     A  Fifth.
8     Q  Isn't take true you have been on Jeffrey
9   Epstein's airplane with Doug Band, Bill Clinton's
10  righthand man?
11         MR. YAREMA:  Object to the form.
12    A  Fifth.
13    Q  Have you witnessed improper sexual
14  activity between Jeffrey Epstein and minors,
15  while he was in the presence of Bill Clinton?
16         MR. YAREMA:  Object to the form.
17    A  Fifth.
18    Q  How many times have you ridden on the
19  airplane with Jean Luc Brunel?
20         MR. YAREMA:  Object to the form.
21    A  Fifth.
22    Q  Each time that Jean Luc Brunel visits
23  Jeffrey Epstein's house, does he bring underage
24  minors to Jeffrey Epstein's house to engage in
25  sex with?

55

1          MR. YAREMA:  Object to the form.
2     A  Fifth.
3     Q  Do you know Glenn Dubin?
4     A  Fifth.
5     Q  Do you know Aline Weber?
6     A  Fifth.
7     Q  Is that somebody that was a sexual abuse
8   victim at one point in time of Jeffrey Epstein
9   and Jean Luc Brunel?
10         MR. YAREMA:  Object to the form.
11    A  Fifth.
12    Q  Between 2002 and 2005 when E.W. was
13  abused by Jeffrey Epstein sexually, isn't it true
14  that Jeffrey Epstein took flights to Palm Beach
15  for the purposes of sexually abusing E.W.?
16         MR. YAREMA:  Object to the form.
17    A  Fifth.
18    Q  And between those same years of 2002 and
19  2005, isn't it true that Jeffrey Epstein took
20  airplane flights to Palm Beach from places
21  outside of the State, to engage in sexual acts
22  with L.M.?
23         MR. YAREMA:  Object to the form.
24    A  Fifth.
25    Q  From 2003 through 2005, isn't it true

56

1   Jeffrey Epstein specifically flew to Palm Beach
2   for the purposes of engaging in sex acts with
3   Jane Doe?
4          MR. YAREMA:  Object to the form.
5     A  Fifth.
6     Q  Generally, isn't it true Jeffrey Epstein
7   would fly from place to place for the purpose of
8   engaging in sexual activity with minors at his
9   destination?
10         MR. YAREMA:  Object to the form.
11    A  Fifth.
12    Q  Isn't it true that he employed numerous
13  people for the sole purpose of scheduling
14  appointments with underage minor females at each
15  destination he landed?
16         MR. YAREMA:  Object to the form.
17    A  Fifth.
18    Q  What is Jeffrey Epstein's relationship
19  with Sandy Berger?
20         MR. YAREMA:  Object to the form.
21    A  Fifth.
22    Q  Do you know what Jeffrey Epstein's
23  relationship is with Alan Dershowitz?
24         MR. YAREMA:  Object to the form.
25    A  Fifth.

57

1     Q  That's somebody who you know to have
2   stayed at Jeffrey Epstein's house on many
3   occasions, correct?
4          MR. YAREMA:  Object to the form.
5     A  Fifth.
6     Q  And also somebody who you know to have
7   been at the house when E.W. was in Jeffrey
8   Epstein's bedroom getting sexually abused,
9   correct?
10         MR. YAREMA:  Object to the form.
11    A  Fifth.
12    Q  Alan Dershowitz is also somebody that
13  you also know to have been at the house when L.M.
14  was being sexually abused in Jeffrey Epstein's
15  bedroom, correct?
16         MR. YAREMA:  Object to the form.
17    A  Fifth.
18    Q  Generally, Alan Dershowitz is familiar
19  with Jeffrey Epstein's habit of engaging in
20  sexual acts with minors on a daily basis,
21  correct?
22         MR. YAREMA:  Object to the form.
23    A  Fifth.
24    Q  When Alan Dershowitz was in town,
25  Jeffrey Epstein did not break his schedule for

15  (Pages 54 to 57)

58

1  Alan Dershowitz, meaning he continued to sexually
2  abuse minors despite Alan Dershowitz being a
3  guest in the house?
4       MR. YAREMA: Object to the form.
5       A  Fifth.
6       Q  Alan Dershowitz never engaged in any
7  sexual activity with these underage minors; isn't
8  that true?
9       MR. YAREMA: Object to the form.
10      A  Fifth.
11      Q  Have you been made to have sex with
12 Ghislaine Maxwell?
13      MR. YAREMA: Object to the form.
14      A  Fifth.
15      Q  Do you know Emmy Taylor?
16      A  Fifth.
17      Q  Similar to you being Jeffrey Epstein's
18 sex slave, is Emmy Taylor, or was Emmy Taylor
19 Ghislaine Maxwell's sex slave?
20      MR. YAREMA: Object to the form.
21      A  Fifth.
22      Q  Ghislaine Maxwell is somebody who you
23 know to be bi-sexual, true?
24      MR. YAREMA: Object to the form.
25      A  Fifth.

59

1       Q  You know that Ghislaine Maxwell engaged
2  in sexual acts with underage minor females, true?
3       MR. YAREMA: Object to the form.
4       A  Fifth.
5       Q  This is yet another friend of Jeffrey
6  Epstein's that is into the act of molesting
7  underage minor females, right?
8       MR. YAREMA: Object to the form.
9       A  Fifth.
10      Q  Now, you are the next participant in
11 that activity, meaning you have been groomed to
12 enjoy and appreciate the acts of sex with
13 underage minors, true?
14      MR. YAREMA: Object to the form.
15      A  Fifth.
16      Q  Has Jeffrey Epstein instructed you to
17 lie to his Probation Officer in any way?
18      MR. YAREMA: Object to the form.
19      A  Fifth.
20      Q  Mr. Visoski testified that you took a
21 helicopter flight within the last year with
22 Jeffrey Epstein to Miami.  Do you remember that
23 flight?
24      MR. YAREMA: Object to the form.
25      A  Fifth.

60

1       Q  What was the purpose of that flight?
2       MR. YAREMA: Object to the form.
3       A  Fifth.
4       Q  Did you sign a confidentiality agreement
5  with Jeffrey Epstein?
6       MR. YAREMA: Object to the form.
7       A  Fifth.
8       Q  When is the last time that you observed
9  Jeffrey Epstein have sex with a minor?
10      MR. YAREMA: Object to the form.
11      A  Fifth.
12      Q  Since being on probation, has Jeffrey
13 Epstein been able to, or has he flown to his
14 island?
15      MR. YAREMA: Object to the form.
16      A  Fifth.
17      Q  To your knowledge, has Jeffrey Epstein
18 flown to New York while on probation or community
19 control?
20      MR. YAREMA: Object to the form.
21      A  Fifth.
22      Q  Isn't it true that he has flown both to
23 New York and to his island, and you have
24 accompanied him on those trips, since he was on
25 community control?

61

1       MR. YAREMA: Object to the form.
2       A  Fifth.
3       Q  Isn't it also true that Jeffrey Epstein
4  has indicated to you that he will always engage
5  in sex acts with underage minor females?
6       MR. YAREMA: Object to the form.
7       A  Fifth.
8       Q  In fact, that's something that he has
9  told you, that he believes he is entitled to do;
10 isn't that right?
11      MR. YAREMA: Object to the form.
12      A  Fifth.
13      Q  Isn't it true that Jeffrey Epstein
14 believes and has told you that if he doesn't
15 physically force the underage minor female into
16 any act, then he is entitled to engage in sex
17 with any underage minor female despite the age?
18      MR. YAREMA: Object to the form.
19      A  Fifth.
20      Q  What is the youngest female you have
21 witnessed or observed Jeffrey Epstein to engage
22 in sex with?
23      MR. YAREMA: Object to the form.
24      A  Fifth.
25      Q  Do you have a bank account at Chase Bank

16 (Pages 58 to 61)

62

1  in New York?
2      A  Fifth.
3      Q  And the money in that bank account under
4  your name is money that was given to you by
5  Jeffrey Epstein, correct?
6      MR. YAREMA:  Object to the form.
7      A  Fifth.
8      Q  For the passed ten or so years, you have
9  lived with Jeffrey Epstein under his control,
10 right?
11     MR. YAREMA:  Object to the form.
12     A  Fifth.
13     Q  You get to lead the life of a
14 millionaire, and to lead that life, you were only
15 required to be Jeffrey Epstein's sex slave and to
16 bring Jeffrey Epstein other slaves?
17     MR. YAREMA:  Object to the form.
18     A  Fifth.
19     Q  Is this 301 East 66th Street apartment
20 still an apartment that you frequent today?
21     MR. YAREMA:  Object to the form.
22     A  Fifth.
23     Q  And you're familiar with the nine or ten
24 apartments that Jeffrey Epstein owns or controls
25 up there at 301 East 66th Street, aren't you?

63

1      MR. YAREMA:  Object to the form.
2      A  Fifth.
3      Q  At any given time, there are between 8
4  and 16 underage minors living in or staying at
5  those apartments?
6      MR. YAREMA:  Object to the form.
7      A  Fifth.
8      Q  On the various passenger lists on
9  Jeffrey Epstein's airplane, where it will list,
10 for instance, Jeffrey Epstein, Sarah Kellen,
11 Nadia Marcinkova going from Florida to St.
12 Thomas, then generically, female, female; would
13 you know who those female, females are?
14     MR. YAREMA:  Object to the form.
15     A  Fifth.
16     Q  Are those females listed generically
17 rather than specifically because they are
18 underage minor females engaging in sex with you
19 or Jeffrey Epstein?
20     MR. YAREMA:  Object to the form.
21     A  Fifth.
22     Q  Is Story Cowles someone that you see on
23 a regular basis at Jeffrey Epstein's house?
24     MR. YAREMA:  Object to the form.
25     A  Fifth.

64

1      Q  That's somebody who these days refers to
2  himself as Jeffrey Epstein's personal assistant,
3  right?
4      MR. YAREMA:  Object to the form.
5      A  Fifth.
6      Q  That's somebody who you know to work for
7  or at the Florida Science Foundation, which is
8  owned by Jeffrey Epstein, correct?
9      MR. YAREMA:  Object to the form.
10     A  Fifth.
11     Q  It is also somebody that you know to
12 have stayed at Jeffrey Epstein's house with Sarah
13 Kellen, correct?
14     MR. YAREMA:  Object to the form.
15     A  Fifth.
16     Q  This is somebody that has been
17 involved -- Story Cowles is somebody who's been
18 involved sexually with Sarah Kellen for at least
19 a year, right?
20     MR. YAREMA:  Object to the form.
21     A  Fifth.
22     Q  In fact, you know that they took a trip
23 around the world together and during that trip
24 they discussed Jeffrey Epstein and his
25 interaction with underage minor females,

65

1  correct?
2      MR. YAREMA:  Object to the form.
3      A  Fifth.
4      MR. EDWARDS:  Done.  I don't have
5  anything else.
6      MR. GOLDBERGER:  Okay.
7      MR. HOROWITZ:  I do, why don't we take a
8  short break.
9      MR. GOLDBERGER:  We are stopping at
10 11:50.
11     MR. HOROWITZ:  What?
12     MR. GOLDBERGER:  11:50.
13     MR. HOROWITZ:  I kind of remember that
14 e-mail.
15     THE VIDEOGRAPHER:  Off the video record.
16     (Pause in the proceedings.)
17     THE VIDEOGRAPHER:  We are back on the
18 video record at 11:18 a.m.)
19     (At this time Robert Critton joined the
20 proceedings.)
21          CROSS EXAMINATION
22 BY MR. HOROWITZ:
23     Q  Ms. Marcinkova, between 2001 and 2006,
24 did Jeffrey Epstein instruct you to place
25 telephone calls to arrange for girls under the

17 (Pages 62 to 65)

66

1   age of 18 to come to his home for his sexual
2   gratification?
3       MR. YAREMA:  Object to the form.
4       A  Fifth.
5       Q  Between 2001 and 2006 did you, in fact,
6   place telephone calls to arrange for girls under
7   the age of 18 to come to Jeffrey Epstein's home
8   for his sexual gratification?
9       MR. YAREMA:  Object to the form.
10      A  Fifth.
11      Q  Are you personally aware that a girl
12  named M.L. came to Jeffrey Epstein's Palm Beach
13  home in late 2004?
14      MR. YAREMA:  Object to the form.
15      A  Fifth.
16      Q  Did Jeffrey Epstein admit to you he
17  sexually abused M.L.?
18      MR. YAREMA:  Object to the form.
19      A  Fifth.
20      Q  Isn't it true in late 2004 you made
21  arrangements by telephone to bring M.L. to
22  Jeffrey Epstein's home?
23      MR. YAREMA:  Object to the form.
24      A  Fifth.
25      Q  Did Jeffrey Epstein instruct you to

67

1   communicate by telephone to arrange for M.L. to
2   come to his home for his sexual gratification?
3       MR. YAREMA:  Object to the form.
4       A  Fifth.
5       Q  Did Jeffrey Epstein inform you that M.L.
6   would be giving him a massage that was sexual in
7   nature?
8       MR. YAREMA:  Object to the form.
9       A  Fifth.
10      Q  Did Jeffrey Epstein tell you it was his
11  intent during the course of M.L.'s visit to his
12  home to persuade, induce or entice her to engage
13  in sexual activity?
14      MR. YAREMA:  Object to the form.
15      A  Fifth.
16      Q  Did Jeffrey Epstein tell you that, in
17  fact, he succeeded in persuading, inducing or
18  enticing M.L. to engage in sexual activity with
19  him?
20      MR. YAREMA:  Object to the form.
21      A  Fifth.
22      Q  Are you personally aware that a girl
23  named Y.L. came to Jeffrey Epstein's Palm Beach
24  home on multiple occasions in 2004?
25      MR. YAREMA:  Object to the form.

68

1       A  Fifth.
2       Q  Did Jeffrey Epstein admit to you that he
3   sexually abused Y.L. in his Palm Beach home in
4   2004?
5       MR. YAREMA:  Object to the form.
6       A  Fifth.
7       Q  Did you ever instruct a girl named Haley
8   Robson to bring other underage girls to Jeffrey
9   Epstein's home for Jeffrey Epstein's sexual
10  pleasure?
11      MR. YAREMA:  Object to the form.
12      A  Fifth.
13      Q  In 2004 did you communicate by telephone
14  with Haley Robson for the purpose of bringing
15  Y.L. to Jeffrey Epstein's home for sexual
16  activity MR. YAREMA:  Object to the form.
17      A  Fifth.
18      Q  Did Jeffrey Epstein instruct you to
19  communicate with Haley Robson for the purpose of
20  making arrangements for Y.L. to come to his home?
21      MR. YAREMA:  Object to the form.
22      A  Fifth.
23      Q  Did Jeffrey Epstein tell you it was his
24  intent during the course of Y.L.'s visit to his
25  home to persuade, induce or entice her to engage

69

1   in sexual activity with him?
2       MR. YAREMA:  Object to the form.
3       A  Fifth.
4       Q  Did Jeffrey Epstein admit to you that he
5   had succeeded in, in fact, persuading, inducing
6   or enticing Y.L. to engage in sexual activity
7   with him?
8       MR. YAREMA:  Object to the form.
9       A  Fifth.
10      Q  Are you personally aware that a teenage
11  girl named V.Z., came to Jeffrey Epstein's Palm
12  Beach home on multiple occasions between 2003 and
13  2005?
14      MR. YAREMA:  Object to the form.
15      A  Fifth.
16      Q  Did Jeffrey Epstein admit to you that he
17  sexually abused V.Z.?
18      MR. YAREMA:  Object to the form.
19      A  Fifth.
20      Q  At any time prior to May of 2005, did
21  Jeffrey Epstein instruct you to place telephone
22  calls to V.Z. for the purpose of arranging for
23  her to come to his home and engage in sexual
24  activity?
25      MR. YAREMA:  Object to the form.

18 (Pages 66 to 69)

70

1      A  Fifth.
2      Q  Did you, in fact, communicate by
3  telephone with V.Z. for the purpose of arranging
4  for her to come to his home for sexual activity?
5      MR. YAREMA:  Object to the form.
6      A  Fifth.
7      Q  At any time prior to May of 2005, did
8  you place a telephone call to Haley Robson
9  wherein you arranged for V.Z. to come to Jeffrey
10  Epstein's home for sexual activity?
11      MR. YAREMA:  Object to the form.
12      A  Fifth.
13      Q  Prior to May of 2005, did you ever
14  observe Sarah Kellen speaking with V.Z. by
15  telephone to arrange for V.Z. to come to Jeffrey
16  Epstein's home?
17      MR. YAREMA:  Object to the form.
18      A  Fifth.
19      Q  Did Jeffrey Epstein tell you that it was
20  his intention to sexually abuse V.Z. during the
21  course of her visits to his home?
22      MR. YAREMA:  Object to the form.
23      A  Fifth.
24      Q  Did Jeffrey Epstein tell you that he
25  succeeded in engaging V.Z. in sexual activity

71

1  while she was still a minor, at his home?
2      MR. YAREMA:  Object to the form.
3      A  Fifth.
4      Q  Are you personally aware that a teenage
5  girl named an A.G., came to Jeffrey Epstein's
6  Palm Beach home in approximately 2001 or 2002?
7      MR. YAREMA:  Object to the form.
8      A  Fifth.
9      Q  Did Jeffrey Epstein admit to you that he
10  sexually abused A.G. at his home while she was
11  still a child?
12      MR. YAREMA:  Object to the form.
13      A  Fifth.
14      Q  In 2001 or 2002, did Sarah Kellen inform
15  you that she received a telephone call in which
16  she was referred to A.G., who would be willing to
17  come to Jeffrey Epstein's home for sexual
18  activity?
19      MR. YAREMA:  Object to the form.
20      A  Fifth.
21      (Whereupon, at this point in the
22  proceedings, Robert Critton left the
23  deposition room.)
24      Q  Did Jeffrey Epstein instruct you to call
25  A.G. to come to his home and give him a massage

72

1  in either 2001 or 2002?
2      MR. YAREMA:  Object to the form.
3      A  Fifth.
4      Q  Did you, in fact, call A.G. to come to
5  Jeffrey Epstein's home and give him a massage in
6  a sexual nature in 2001 or 2002?
7      MR. YAREMA:  Object to the form.
8      A  Fifth.
9      Q  Did you either observe or overhear Sarah
10  Kellen speaking with A.G. on the telephone to
11  arrange for A.G. to come to Jeffrey Epstein's
12  home for a massage of a sexual nature?
13      MR. YAREMA:  Object to the form.
14      A  Fifth.
15      Q  Did Jeffrey Epstein tell you it was his
16  intent during the course of A.G.'s visit to his
17  home to persuade, induce or entice her to engage
18  in sexual activity?
19      MR. YAREMA:  Object to the form.
20      A  Fifth.
21      Q  Didn't Jeffrey Epstein admit to you that
22  he succeeded in persuading, inducing or enticing
23  A.G. to engage in sexual activity with him at his
24  home while she was still a minor?
25      MR. YAREMA:  Object to the form.

73

1      A  Fifth.
2      Q  Are you personally aware that a girl
3  named V.A. came to Jeffrey Epstein's home in
4  approximately August 2004?
5      MR. YAREMA:  Object to the form.
6      A  Fifth.
7      Q  Did Jeffrey Epstein admit to you that he
8  had sexually abused V.A. when she was only 13
9  years old?
10      MR. YAREMA:  Object to the form.
11      A  Fifth.
12      Q  In 2004 did you participate in a
13  telephone call wherein you arranged for V.A. to
14  come to Jeffrey Epstein's home for the purpose of
15  giving him a massage that was to be sexual in
16  nature?
17      MR. YAREMA:  Object to the form.
18      A  Fifth.
19      Q  Did Jeffrey Epstein instruct you to
20  communicate by telephone and make arrangements
21  for V.A. to come to his home for sexual activity
22  while she was still a child?
23      MR. YAREMA:  Object to the form.
24      A  Fifth.
25      Q  Did Jeffrey Epstein tell you it was his

19 (Pages 70 to 73)

74

1    intention during the course of V.A.'s visit to
2    his home to persuade, induce or entice her to
3    engage in sexual activity with him?
4        MR. YAREMA: Object to the form.
5        A   Fifth.
6        Q   Did Jeffrey Epstein tell you that, in
7    fact, he succeeded in persuading, inducing and
8    enticing V.A. to engage in sexual activity with
9    him while she was still a child at his home?
10       MR. YAREMA: Object to the form.
11       A   Fifth.
12       Q   Are you personally aware that a girl
13   named F.P. came to Jeffrey Epstein's home in Palm
14   Beach on multiple occasions between 2003 and May
15   of 2005?
16       MR. YAREMA: Object to the form.
17       A   Fifth.
18       Q   Did Jeffrey Epstein admit to you that he
19   sexually abused F.P. at his home between 2003 and
20   May of 2005?
21       MR. YAREMA: Object to the form.
22       A   Fifth.
23       Q   Prior to May of 2005, did you receive a
24   phone call from a girl named Haley Robson wherein
25   she told you she was bringing F.P. to Jeffrey

75

1    Epstein's home to give him a massage?
2        MR. YAREMA: Object to the form.
3        A   Fifth.
4        Q   At any time prior to 2005, did Jeffrey
5    Epstein instruct you to communicate with Haley
6    Robson by telephone to make arrangements for F.P.
7    to come to his home?
8        MR. YAREMA: Object to the form.
9        A   Fifth.
10       Q   Prior to F.P.'s visits to Jeffrey
11   Epstein's home, did Jeffrey Epstein tell you it
12   was his intention to induce, entice and engage
13   F.P., to engage in sexual activity with him?
14       MR. YAREMA: Object to the form.
15       A   Fifth.
16       Q   After F.P.'s visits to Jeffrey Epstein's
17   home, did Jeffrey Epstein tell you that he
18   succeeded in enticing, engaging and persuading
19   F.P. to engage in sexual activity with him while
20   she was still a child?
21       MR. YAREMA: Object to the form.
22       A   Fifth.
23       Q   Are you personally aware that a teenage
24   girl named J.M. came to Jeffrey Epstein's Palm
25   Beach home in approximately 2001 or 2002?

76

1        MR. YAREMA: Object to the form.
2        A   Fifth.
3        Q   Did you participate in a telephone call
4    wherein you arranged for J.M. to come to Jeffrey
5    Epstein's home for a massage?
6        MR. YAREMA: Object to the form.
7        A   Fifth.
8        Q   Did Jeffrey Epstein instruct you to
9    participate in a telephone call wherein you were
10   to arrange for J.M. to come to his home for
11   sexual activity?
12       MR. YAREMA: Object to the form.
13       A   Fifth.
14       Q   Did Jeffrey Epstein admit to you it was
15   his intention during the course of J.M.'s visit
16   to his home, to engage her in sexual activity
17   while she was still a child?
18       MR. YAREMA: Object to the form.
19       A   Fifth.
20       Q   Did Jeffrey Epstein admit to you he had,
21   in fact, persuaded, enticed and engaged J.M. in
22   sexual activity at his home while she was still a
23   child?
24       MR. YAREMA: Object to the form.
25       A   Fifth.

77

1        MR. HOROWITZ: No other questions at
2    this point.
3        MR. LANGINO: I have less than ten
4    minutes of questioning.
5        MR. GOLDBERGER: Fine, that will bring
6    us right to the break.
7        CROSS EXAMINATION
8    BY MR. LANGINO:
9        Q   I'm Adam Langino and I represent B.B.
10   and C.L.
11       Do you know an individual named B.B.?
12       A   Fifth.
13       Q   Do you know an individual named C.L.?
14       A   Fifth.
15       Q   Have you seen B.B. at the defendant's
16   Palm Beach property?
17       MR. YAREMA: Object to the form.
18       A   Fifth.
19       Q   Have you seen C.L. at the defendant's
20   Palm Beach property?
21       MR. YAREMA: Object to the form.
22       A   Fifth.
23       Q   Have you ever engaged in a sexual act
24   with B.B.... B.B.?
25       MR. YAREMA: Object to the form.

20  (Pages 74 to 77)

78

1    A  Fifth.
2    Q  Have you ever engaged in a sexual act
3  with C.L..... C.L.?
4        MR. YAREMA:  Object to the form.
5    A  Fifth.
6    Q  Did you ever observe the defendant,
7  Jeffrey Epstein, with B.B.?
8        MR. YAREMA:  Object to the form.
9    A  Fifth.
10    Q  Did you ever observe the defendant,
11  Jeffrey Epstein, with C.L.?
12        MR. YAREMA:  Object to the form?
13    A  Fifth.
14    Q  Have you ever physically touched B.B.?
15        MR. YAREMA:  Object to the form.
16    A  Fifth.
17    Q  Have you ever physically touched C.L.?
18        MR. YAREMA:  Object to the form.
19    A  Fifth.
20    Q  Has the defendant ever made a statement
21  to you about B.B.?
22        MR. YAREMA:  Object to the form.
23    A  Fifth.
24    Q  Has the defendant ever made a statement
25  to you about C.L.?

79

1        MR. YAREMA:  Object to the form.
2    A  Fifth.
3    Q  Has Sarah Kellen ever made a statement
4  to you about B.B.?
5        MR. YAREMA:  Object to the form.
6    A  Fifth.
7    Q  Has Sarah Kellen ever made a statement
8  to you about C.L.?
9        MR. YAREMA:  Object to the form.
10    A  Fifth.
11    Q  Have you ever communicated with B.B.?
12        MR. YAREMA:  Object to the form.
13    A  Fifth.
14    Q  Have you ever communicated with C.L.?
15        MR. YAREMA:  Object to the form.
16    A  Fifth.
17    Q  Did you know that B.B., B.B. was a minor
18  at the time of sexual abuse?
19        MR. YAREMA:  Object to the form.
20    A  Fifth.
21    Q  Did you know C.L.... C.L. was a minor at
22  the time of the sexual abuse?
23        MR. YAREMA:  Object to the form.
24    A  Fifth.
25    Q  Do you know if B.B.'s sexual activity

80

1  with the defendant was consensual?
2        MR. YAREMA:  Object to the form.
3    A  Fifth.
4    Q  Do you know if C.L.'s sexual activity
5  with the defendant was consensual?
6        MR. YAREMA:  Object to the form.
7    A  Fifth.
8    Q  When you participated in sexual acts
9  with each minor, how did you feel?
10        MR. YAREMA:  Object to the form.
11    A  Fifth.
12    Q  In your heart, did you know it was
13  wrong?
14        MR. YAREMA:  Object to the form, and in
15    addition this is irrelevant and has already
16    been addressed by Judge Hafele as an
17    inappropriate question.  That's my
18    objection.
19    A  Fifth.
20    Q  During this time period did you feel
21  confused?
22        MR. YAREMA:  Object to the form.
23        MR. GOLDBERGER:  Same --
24        MR. YAREMA:  Same objection.
25    A  Fifth.

81

1    Q  Are you currently in love with the
2  defendant?
3        MR. YAREMA:  Object to the form, same
4    objection.  That question has no relevance
5    to this... it is inappropriate per Judge
6    Hafele's order.
7        MR. GOLDBERGER:  Also involves privacy
8    rights of my client.  I instruct her not to
9    answer the question.
10    A  Fifth.
11    Q  Have you ever been in love with Jeffrey
12  Epstein?
13        MR. GOLDBERGER:  Same objection.
14        MR. YAREMA:  Same objections.
15    A  Fifth.
16        MR. LANGINO:  Thank you.
17        CROSS EXAMINATION
18  BY MS. EZELL:
19    (Discussion off the record.)
20    Q  Good morning, Ms. Marcinkova.  I'm
21  Katherine Ezell and I represent Jane Doe 103,
22  whose name is A.H., which shall appear as A.H. in
23  the deposition.
24        Are you aware that in 2004 and 5, there
25  was a sort of hidden staircase that would take

21 (Pages 78 to 81)

82

1    one from the kitchen upstairs to the master
2    bedroom and massage area?
3         MR. YAREMA: Object to the form.
4         A   Fifth.
5         Q   Do you recall there being nude
6    photographs on the staircase?
7         MR. YAREMA: Object to the form.
8         A   Fifth.
9         Q   Did you know A.H.?
10        A   Fifth.
11        Q   Did A.H. come to the house at 358 El
12   Brillo Way to provide a massage to Jeffrey
13   Epstein?
14        MR. YAREMA: Object to the form.
15        A   Fifth.
16        Q   Did that massage become sexual in
17   nature?
18        MR. YAREMA: Object to the form.
19        A   Fifth.
20        Q   Did A.H. become a regular visitor at
21   Jeffrey Epstein's house?
22        MR. YAREMA: Object to the form.
23        A   Fifth.
24        Q   Do you remember that she came maybe
25   hundreds of times?

83

1         MR. YAREMA: Object to the form.
2         A   Fifth.
3         Q   Do you recall that she was under the age
4    of 18 at the time she was coming to Jeffrey
5    Epstein's home?
6         MR. YAREMA: Object to the form.
7         Q   Were you younger than A.H. at the time?
8         MR. YAREMA: Object to the form.
9         A   Fifth.
10        Q   Do you remember occasions when you and
11   Jeffrey Epstein were already in bed when A.H.
12   arrived?
13        MR. YAREMA: Object to the form.
14        A   Fifth.
15        Q   Do you recall Jeffrey Epstein
16   instructing A.H. to remove her clothes and join
17   the two of you in bed?
18        MR. YAREMA: Object to the form.
19        A   Fifth.
20        Q   Do you recall that you and Jeffrey
21   Epstein bringing sex toys in bed for you and A.H.
22   to use on each other?
23        MR. YAREMA: Object to the form.
24        A   Fifth.

84

1         Q   Do you recall that Jeffrey Epstein would
2    join in by performing oral sex on one or the
3    other of you -- you or A.H.?
4         MR. YAREMA: Object to the form.
5         A   Fifth.
6         Q   Do you recall that also happening,
7    meaning the oral sex, being performed on the
8    massage table --
9         MR. YAREMA: Objection.
10        Q   -- to A.H.?
11        MR. YAREMA: Object to the form.
12        A   Fifth.
13        Q   Were you present one day when Jeffrey
14   Epstein held A.H. down on the massage table and
15   while holding her inserted his penis into A.H.'s
16   vagina?
17        MR. YAREMA: Object to the form.
18        A   Fifth.
19        Q   Do you recall he stated that he wanted
20   you to observe this?
21        MR. YAREMA: Object to the form.
22        A   Fifth.
23        Q   Do you recall that A.H. had rules,
24   lines, that she had stated Jeffrey Epstein was
25   not to cross, in their encounters?

85

1         MR. YAREMA: Object to the form.
2         A   Fifth.
3         Q   Do you recall that A.H. had forbidden
4    any kind of vaginal penetration?
5         MR. YAREMA: Object to the form.
6         A   Fifth.
7         Q   Do you recall that A.H. refused to touch
8    Jeffrey Epstein's penis?
9         MR. YAREMA: Object to the form.
10        A   Fifth.
11        Q   Do you recall that day when Jeffrey
12   Epstein held A.H. on her stomach on the massage
13   table and began pumping his penis into her
14   vagina, that she screamed "No"?
15        MR. YAREMA: Object to the form.
16        A   Fifth.
17        Q   Do you recall that upon her screaming,
18   Epstein stopped and apologized?
19        MR. YAREMA: Object to the form.
20        A   Fifth.
21        Q   Do you recall that Jeffrey Epstein paid
22   her $1,000 for that visit?
23        MR. YAREMA: Object to the form.
24        A   Fifth.
25        Q   Did you engage in sex with A.H. when she

22  (Pages 82 to 85)

86

1    was under 18?
2         MR. YAREMA:  Object to the form.
3         A   Fifth.
4         Q   Did Jeffrey Epstein watch you and A.H.
5    having sex while he masturbated?
6         MR. YAREMA:  Object to the form.
7         A   Fifth.
8         Q   Are you aware that A.H.'s activities
9    with Jeffrey Epstein escalated further and
10   further as time went on?
11        MR. YAREMA:  Object to the form.
12        A   Fifth.
13        Q   Did you see Jeffrey Epstein use
14   vibrators and strap-on -- use vibrators on A.H.?
15        MR. YAREMA:  Object to the form.
16        A   Fifth.
17        Q   Did you and A.H. engage in sex with
18   strap-on penises?
19        MR. YAREMA:  Object to the form.
20        A   Fifth.
21        Q   Did you see Jeffrey Epstein perform oral
22   sex on A.H. numerous times?
23        MR. YAREMA:  Object to the form.
24        A   Fifth.
25        Q   Did Jeffrey Epstein pay A.H. an

87

1    additional $200 to perform oral sex on you?
2         MR. YAREMA:  Object to the form.
3         A   Fifth.
4         Q   Do you recall that each time a new toy
5    or activity was introduced when A.H. was there to
6    give massages, Jeffrey Epstein paid A.H.
7    additional money?
8         MR. YAREMA:  Object to the form.
9         A   Fifth.
10        Q   Would Jeffrey Epstein masturbate while
11   watching you and A.H. perform sexual acts?
12        MR. YAREMA:  Object to the form.
13        A   Fifth.
14        Q   Do you recall that Jeffrey Epstein
15   provided A.H. with gifts of purses and
16   bathingsuits?
17        MR. YAREMA:  Object to the form.
18        A   Fifth.
19        Q   Do you recall that Jeffrey Epstein
20   provided A.H. with a blue 2000 Dodge Neon which
21   had been rented for her?
22        MR. YAREMA:  Object to the form.
23        A   Fifth.
24        Q   Do you recall that Jeffrey Epstein
25   ordered that roses be delivered to A.H. at the

88

1    end of a play performance during her senior year?
2         MR. YAREMA:  Object to the form.
3         A   Fifth.
4         THE VIDEOGRAPHER:  Counsel, can we stop
5    for one minute?
6         MS. EZELL:  Sure.
7         THE VIDEOGRAPHER:  Off the video record
8    11:43 a.m.
9         (Short pause.)
10        (Whereupon at this point in time, Mr.
11   Langino left the proceedings.)
12        THE VIDEOGRAPHER:  Back on the video
13   record 1:43 a.m.
14        CROSS EXAMINATION (CONTINUED)
15   BY MS. EZELL:
16        Q   Were you present in October 2005 when
17   the Palm Beach Police Department raided Jeffrey
18   Epstein's home?
19        MR. YAREMA:  Object to the form.
20        A   Fifth.
21        Q   You and others were aware that there
22   would be a raid at that time; were you not?
23        MR. YAREMA:  Object to the form.
24        A   Fifth.
25        Q   Who informed you that there would be a

89

1    raid on the house?
2         MR. YAREMA:  Object to the form.
3         A   Fifth.
4         Q   Did you participate in the removal of
5    nude photographs, sex toys, computer records from
6    358 El Brillo Way prior to the raid?
7         MR. YAREMA:  Object to the form.
8         A   Fifth.
9         Q   Do you know who removed those objects at
10   that time?
11        MR. YAREMA:  Object to the form.
12        A   Fifth.
13        Q   Do you remember that at times Jeffrey
14   Epstein paid A.H. to just sleep in his bed in the
15   nude?
16        MR. YAREMA:  Object to the form.
17        A   Fifth.
18        Q   Do you recall at times he paid her to
19   just cuddle with him?
20        MR. YAREMA:  Object to the form.
21        A   Fifth.
22        Q   Did you ever drive A.H. to or from 358
23   El Brillo Way?
24        MR. YAREMA:  Object to the form.
25        A   Fifth.

23  (Pages 86 to 89)

90

1    Q   Did you ever know Sarah Kellen to drive
2    A.H. to or from 358 El Brillo Way?
3         MR. YAREMA:  Object to the form.
4    A   Fifth.
5    Q   Do you remember the houseman at that
6    time as being Alfredo Rodriguez?
7         MR. YAREMA:  Object to the form.
8    A   Fifth.
9    Q   Do you remember Alfredo Rodriguez being
10   instructed to drive A.H. to or from 358 El Brillo
11   Way?
12        MR. YAREMA:  Object to the form.
13   A   Fifth.
14   Q   Do you recall a time when Alfredo
15   Rodriguez discovered A.H. asleep upstairs naked?
16        MR. YAREMA:  Object to the form.
17   A   Fifth.
18   Q   Were you aware Jeffrey Epstein
19   repeatedly asked A.H. to allow him to photograph
20   her in the nude?
21        MR. YAREMA:  Object to the form.
22   A   Fifth.
23   Q   Did you allow Jeffrey Epstein to take
24   photographs, nude photographs of you?
25        MR. YAREMA:  Object to the form.

91

1    A   Fifth.
2    Q   Do you recall a time when A.H. gave in
3    and did allow Jeffrey Epstein to photograph her
4    while nude?
5         MR. YAREMA:  Object to the form.
6    A   Fifth.
7    Q   Did you ever see any of those
8    photographs taken by Jeffrey Epstein of A.H. in
9    the nude?
10        MR. YAREMA:  Object to the form.
11   A   Fifth.
12   Q   Do you know whether those photographs
13   were ever developed?
14        MR. YAREMA:  Object to the form.
15   A   Fifth.
16   Q   Do you know what kind of camera Jeffrey
17   Epstein liked to use when taking photographs of
18   women posing in the nude?
19        MR. YAREMA:  Object to the form.
20   A   Fifth.
21   Q   Did you ever hear here Jeffrey Epstein
22   tell A.H. that she needed to lose ten pounds?
23        MR. YAREMA:  Object to the form.
24   A   Fifth.
25   Q   Did you ever hear here him tell her that

92

1    he would pay her 1,000 or $1,500 if she would
2    lose ten pounds?
3         MR. YAREMA:  Object to the form.
4    A   Fifth.
5    Q   Did you know A.H. to be a good student?
6         MR. YAREMA:  Object to the form.
7    A   Fifth.
8    Q   Did it appear that you that A.H. was
9    smart?
10        MR. YAREMA:  Object to the form.
11   A   Fifth.
12   Q   Did you observe that A.H. was concerned
13   about her grades?
14        MR. YAREMA:  Object to the form.
15   A   Fifth.
16   Q   Do you recall Jeffrey Epstein expressing
17   interest in A.H.'s college ambitions?
18        MR. YAREMA:  Object to the form.
19   A   Fifth.
20   Q   Have you known Jeffrey Epstein to brag
21   about donations he's made to colleges like NYU,
22   Columbia, Harvard and Wharton?
23        MR. YAREMA:  Object to the form.
24   A   Fifth.
25   Q   Do you know that A.H. wanted very much

93

1    to go to school in New York at NYU or at
2    Columbia?
3         MR. YAREMA:  Object to the form.
4    A   Fifth.
5    Q   Did you know that Jeffrey Epstein
6    promised to help her get into one of those
7    schools?
8         MR. YAREMA:  Object to the form.
9    A   Fifth.
10   Q   Do you know whether he did help?
11        MR. YAREMA:  Object to the form.
12   A   Fifth.
13   Q   Do you know whether he offered to pay
14   some of her college expenses?
15        MR. YAREMA:  Object to the form.
16   A   Fifth.
17   Q   Did you ever observe Jeffrey Epstein
18   working with A.H. on her college applications?
19        MR. YAREMA:  Object to the form.
20   A   Fifth.
21   Q   Did you ever see A.H. just hanging out
22   at Jeffrey Epstein's house studying while nude?
23        MR. YAREMA:  Object to the form.
24   A   Fifth.
25   Q   Did you know that Jeffrey Epstein gave

24  (Pages 90 to 93)

94

1  A.H. airline tickets and theater tickets in New
2  York?
3      MR. YAREMA:  Object to the form.
4      A   Fifth.
5      Q   Did you and A.H. ever go shopping
6  together?
7      MR. YAREMA:  Object to the form.
8      A   Fifth.
9      Q   Did you call A.H. once and ask her to go
10 shopping with you for Jeffrey Epstein on his
11 birthday?
12     MR. YAREMA:  Object to the form.
13     A   Fifth.
14     Q   Did you and A.H. purchase adult sex toys
15 to use for Jeffrey Epstein's birthday, as a show,
16 for him?
17     MR. YAREMA:  Object to the form.
18     A   Fifth.
19     Q   Are you aware that Jeffrey Epstein told
20 A.H. he would pay her to bring other young girls
21 to give him massages?
22     MR. YAREMA:  Object to the form.
23     A   Fifth.
24     Q   Do you know that Jeffrey Epstein paid
25 A.H. $200 for each girl that she brought to him,

95

1  to give him a massage?
2      MR. YAREMA:  Object to the form.
3      A   Fifth.
4      MR. GOLDBERGER:  I guess we will have to
5  take a break now, if that's all right with
6  you.
7      MS. EZELL:  Okay.
8      THE VIDEOGRAPHER:  11:50 a.m., going off
9  the video record.
10     MR. GOLDBERGER:  I will be done at 1:15
11 so we can go until 1:30.
12     (Pause in the proceedings.)
13     THE VIDEOGRAPHER:  We are back on the
14 video record at 1:36 p.m.
15     CROSS EXAMINATION (CONTINUED)
16 BY MS. EZELL:
17     Q   Ms. Marcinkova, did you ever have dinner
18 at Jeffrey Epstein's house, with David
19 Copperfield as a guest, when A.H. was present?
20     MR. YAREMA:  Object to the form.
21     A   The Fifth.
22     Q   Have you met David Copperfield?
23     A   Fifth.
24     Q   Have you ever been given tickets to go
25 see one of his shows?

96

1      A   The Fifth.
2      Q   Do you know if typically girls who
3  Epstein knew, were given tickets to go to the
4  show, then invited back stage?
5      MR. YAREMA:  Object to the form.
6      A   Fifth.
7      THE VIDEOGRAPHER:  Can you speak up?
8      THE WITNESS:  (Adjusts microphone.)
9      Q   Did A.H. ever tell you that David
10 Copperfield tried to feel her butt during dinner?
11     MR. YAREMA:  Object to the form.
12     A   Fifth.
13     Q   Did you ever hear Jeffrey Epstein
14 telling any of the young women who came to give
15 him massages, that he was a brain scientist?
16     MR. YAREMA:  Object to the form.
17     A   Fifth.
18     Q   Did you know A.D.?
19     A   Fifth.
20     Q   And from now on I will use the initials
21 A.D.  Do you know that A.D. visited Jeffrey
22 Epstein at 358 El Brillo Way some 15 to 20 times?
23     MR. YAREMA:  Object to the form?
24     A   Fifth.
25     Q   Did you ever interact with A.D. while

97

1  she was there to give a massage?
2      MR. YAREMA:  Object to the form.
3      A   Fifth.
4      Q   Did you know that at the time she was
5  visiting Mr. Epstein and providing massages, she
6  was under the age of 18?
7      MR. YAREMA:  Object to the form.
8      A   Fifth.
9      Q   Do you recall being introduced to A.D.
10 by Mr. Epstein?
11     MR. YAREMA:  Object to the form.
12     A   Fifth.
13     Q   Do you recall that Jeffrey Epstein
14 instructed you and A.D. to kiss and fondle each
15 other around the breasts and buttocks while
16 massaging him?
17     MR. YAREMA:  Object to the form.
18     A   Fifth.
19     Q   Did you ever see Mr. Epstein use a large
20 vibrator/massager on A.D.?
21     MR. YAREMA:  Object to the form.
22     A   Fifth.
23     Q   Did Jeffrey Epstein ever ask you to
24 purchase a digital camera for him to give A.D.?
25     MR. YAREMA:  Object to the form.

25  (Pages 94 to 97)

98

1      A   Fifth.

2      Q   Did you know that Jeffrey Epstein gave

3  A.D. a digital camera?

4      MR. YAREMA:  Object to the form.

5      A   Fifth.

6      MS. EZELL:  I don't have any other

7  questions.  Thank you.

8      MR. GOLDBERGER:  You still have your

9  microphone on.  You must have something on

10  your mind, Brad.

11            REDIRECT EXAMINATION

12  BY MR. EDWARDS:

13      Q   Ms. Marcinkova, through the whole day

14  you've taken the Fifth on just about every single

15  question.  Is there any reason why we should not

16  presume that the answer to these questions would

17  incriminate you?

18      MR. YAREMA:  Object to the form.

19      A   The Fifth.

20      Q   The reason that you have taken the Fifth

21  is because the questions you have been asked

22  would have been answered in the affirmative and

23  you're afraid of prosecution for your

24  involvement, true?

25      MR. GOLDBERGER:  Don't answer that

99

1  question.  It interferes with the

2  attorney/client relationship that I have

3  with Ms. Marcinkova and any discussions she

4  and I may have had would come under that

5  privilege.

6      You can try and dance around that, but

7  I'm simply not going to allow her to answer

8  that question.  If you want to bring it up

9  with the Judge, you can.

10      MR. EDWARDS:  Thanks, Jack.

11      MR. GOLDBERGER:  Okay.

12      THE VIDEOGRAPHER:  Off the video record

13  at 1:41 p.m.

14      THE COURT REPORTER:  You're ordering

15  this, Brad?

16      MR. EDWARDS:  Yes.  Copies?

17      MS. EZELL:  Yes.

18      MR. YAREMA:  Yes.

19      THE COURT REPORTER:  And Adam wanted it;

20  is that right?

21      MR. EDWARDS:  Yes.

22      (Time noted: 1:45 p.m.)

23

24

25

100

1  THE STATE OF FLORIDA)

2  COUNTY OF PALM BEACH)

3      I, TERRI BECKER, a Registered

4  Professional Reporter and Notary Public for the

5  State of Florida at Large, do hereby certify that

6  I reported the videotaped deposition of NADIA

7  MARCINKOVA, the WITNESS, called by the PLAINTIFF

8  in the above-entitled action; that the witness

9  was duly sworn by me; that the foregoing pages,

10  numbered from 1 to 104, inclusive, constitute a

11  true record of the deposition by said witness.

12      I further certify that I am not attorney

13  or counsel of any of the parties, nor a relative

14  or employee of any attorney or counsel connected

15  with the action, nor financially interested in

16  the action.

17      WITNESS MY HAND and official seal in the

18  City of West Palm Beach, County of Palm Beach,

19  State of Florida, this 19th day of April 2010.

20

21      TERRI BECKER, Registered

        Professional Reporter and

22      Notary Public, State of Florida

        at Large.  My Commission expires

23      March 13, 2011.

24

25

101

1  THE STATE OF FLORIDA)

2  COUNTY OF PALM BEACH)

3

4

5      The foregoing certificate was

6  acknowledged before me this _____

7  day of_____2010.

8

9

10

11

12

13

14      _____

        Notary Public, State of Florida.

15      My commission No.

        Expires March 13, 2011.

16

17

18

19

20

21

22

23

24

25

102

1    I, NADIA MARCINKOVA, do hereby
2    certify that I have read the foregoing transcript
3    of my deposition given on April 13, 2010; that
4    together with the correction page attached hereto
5    noting changes in form or substance, if any, it
6    is true and correct.
7
8    _____
     NADIA MARCINKOVA
9
10
11
12
13
14    I do hereby certify that the deposition
15    of NADIA MARCINKOVA was submitted to the witness
16    for reading and signing; that after she had
17    stated to the undersigned Notary Public that she
18    had read and examined her deposition, she signed
19    the same in the presence of the undersigned
20    authority on the _____ day of _____ 2010.
21
22
23    _____
24
25

104

1         U.S. LEGAL SUPPORT
          Registered Professional Reporters
2         444 West Railroad Avenue
          Suite 300
3         West Palm Beach, Florida 33401
          (561)835-0220
4
          April 19, 2010
5
6         ATTERBURY GOLDBERG, WEISS
          One Clearlake Centre, Suite 1400
7         250 Australian Avenue South
          West Palm Beach, Florida 33401
8
          ATTENTION: JACK GOLDBERGER, ESQ.
9
10        In Re: DOE V. EPSTEIN
11
          Deposition of: NADIA MARCINKOVA
12
          Dear Mr. Goldberger:
13           Since counsel have agreed that you may
          have the witness read and sign your copy of the
14        deposition, for your convenience, enclosed
          herewith you will find an Errata Sheet for the
15        witness' use in entering any changes to the
          deposition.
16
17        Thank you for your prompt attention.
18           Cordially yours,
          U.S. LEGAL SUPPORT
19
20        _____
          TERRI BECKER, Registered
21        Professional Reporter, Notary
          Public, State of Florida at
22        Large. My commission expires
          March 13, 2011.
23    CC: Bradley Edwards, Esq.
          Adam Horowitz, Esq.
24        Katherine Ezell, Esq.
          David Yarema, Esq.
25

103

1    ERRATA SHEET
2    In Re: DOE V. EPSTEIN
3    DO NOT WRITE ON TRANSCRIPT
     ENTER CHANGES HERE:
4
5    PAGE    LINE    CHANGE    REASON
6    _____
7    _____
8    _____
9    _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
     NADIA MARCINKOVA
16
17
18   THE STATE OF FLORIDA)
19   COUNTY OF PALM BEACH)
20      I DO HEREBY CERTIFY THAT NADIA MARCINKOVA
     appeared before me and stated that she has read
21   her deposition; further, that this Errata Sheet
     was signed in my presence on this _____ day
22   of _____ 2010.
23
24   _____
25

Case 1:15-cv-07433-LAP   Document 55-17   Filed 03/14/16   Page 29 of 39

Page 1

**A**

able 19:21 20:16
  60:13
above-entitled
  3:2,12 100:8
above-named 3:13
Absolutely 34:10
abuse 40:8,18
  48:11 55:7
  58:2 70:20
  79:18,22
abused 40:13
  48:6 55:13
  57:8,14 66:17
  68:3 69:17
  71:10 73:8
  74:19
abuses 41:9
abusing 40:16
  49:4,10 55:15
academicians
  48:22
access 29:8,13
  29:20 30:2
  33:7,12 34:21
  37:13
accompanied
  60:24
account 39:25
  61:25 62:3
accurate 39:25
acknowledged
  101:6
acquaintances
  48:23
act 28:16 46:20
  59:6 61:16
  77:23 78:2
action 3:12
  100:8,15,16
actions 42:19
activities 86:8
activity 11:11
  25:1 54:14
  56:8 58:7
  59:11 67:13
  67:18 68:16
  69:1,6,24
  70:4,10,25
  71:18 72:18
  72:23 73:21
  74:3,8 75:13
  75:19 76:11
  76:16,22
  79:25 80:4
  87:5
acts 16:23 28:8
  28:16 30:7
  31:10 40:23
  41:2 47:6
  50:8 55:21
  56:2 57:20
  59:2,12 61:5
  80:8 87:11
Adam 3:25 4:5
  77:9 99:19
  104:23

addition 10:23
  15:12 18:24
  21:13 27:19
  36:2 39:9
  40:16 80:15
additional 35:22
  87:1,7
address 5:22
  6:10,15,24
addressed 80:16
Adjusts 96:8
admit 66:16 68:2
  69:4,16 71:9
  72:21 73:7
  74:18 76:14
  76:20
Adriana 20:6,6
  30:13 51:8,14
adult 94:14
advantage 41:14
advice 5:13
affirmative
  98:22
afraid 98:23
age 13:19 17:12
  17:13 25:11
  26:15 61:17
  66:1,7 83:3
  97:6
aged 39:3
agency 36:4,7,13
  37:12
ages 38:24
agree 22:21 23:5
  40:11 42:4,9
  42:14,18,23
agreed 104:13
agreement 16:3
  20:1 60:4
airline 94:1
airplane 48:12
  52:5,10,14
  54:5,9,19
  55:20 63:9
airplanes 40:24
  41:4
al 1:7
Alan 56:23 57:12
  57:18,24 58:1
  58:2,6
Alfredo 90:6,9
  90:14
Aline 55:5
allegations 15:6
allow 25:2 29:20
  90:19,23 91:3
  99:7
ambitions 92:17
Amendment 5:20
  6:1 8:25
  10:24
Amendments 5:14
Andrew 14:13,16
Andrews 3:18
and/or 27:16
annexed 3:10
answer 5:16,18

  5:20 10:21
  11:17,21 81:9
  98:16,25 99:7
answered 98:22
anticipate 5:24
apartment 6:25
  62:19,20
apartments 62:24
  63:5
apologized 85:18
appear 30:19
  81:22 92:8
appearances 3:14
  4:1
appeared 103:20
appetite 20:22
applications
  93:18
appointments
  16:16 21:23
  44:21 56:14
appreciate 22:24
  23:9 59:12
approximately
  71:6 73:4
  75:25
April 1:20 2:1
  100:19 102:3
  104:4
area 17:11 22:11
  82:2
arrange 65:25
  66:6 67:1
  70:15 72:11
  76:10
arranged 70:9
  73:13 76:4
arrangement
  44:15
arrangements
  66:21 68:20
  73:20 75:6
arranging 69:22
  70:3
arrived 83:13
Ashley 46:8,12
aside 10:15
asked 18:10
  25:17 90:19
  98:21
asks 50:2
asleep 90:15
assistant 64:2
assuming 15:2
  45:8
attached 102:4
attended 9:3
attention 104:8
  104:16
ATTERBURY 4:16
  104:6
attorney 100:12
  100:14
Attorneys 3:17
  3:22 4:2,8,12
attorney/client
  99:2

August 2:12
  45:13,14 73:4
Australian 104:7
authorities
  23:25 24:10
  51:10
authority 102:20
Avenue 3:6,18
  104:2,7
avoid 32:13 51:4
  51:9,10
avoiding 32:21
aware 10:4 12:8
  16:6 17:15
  41:17 47:25
  51:2 52:8
  66:11 67:22
  69:10 71:4
  73:2 74:12
  75:23 81:24
  86:8 88:21
  90:18 94:19
A.D 96:18,21,21
  96:25 97:9,14
  97:20,24 98:3
A.G 71:5,10,16
  71:25 72:4,10
  72:11,16,23
A.H 81:22,22
  82:9,11,20
  83:8,12,17,22
  84:3,10,14,15
  84:23 85:3,7
  85:12,25 86:4
  86:8,14,17,22
  86:25 87:5,6
  87:11,15,20
  87:25 89:14
  89:22 90:2,10
  90:15,19 91:2
  91:8,22 92:5
  92:8,12,17,25
  93:18,21 94:1
  94:5,9,14,20
  94:25 95:19
  96:9
a.m 3:9 65:18
  88:8,13 95:8

**B**

back 11:15 33:17
  34:9,15 65:17
  88:12 95:13
  96:4
Band 54:9
bank 4:8 61:25
  61:25 62:3
Banyon 4:13
based 42:7
basically 48:5
basis 20:17 21:4
  21:10 57:20
  63:23
bathingsuits
  87:16
Beach 3:7,7 4:4
  4:13,18 21:15

  55:14,20 56:1
  66:12 67:23
  68:3 69:12
  71:6 74:14
  75:25 77:16
  77:20 88:17
  100:2,18,18
  101:2 103:19
  104:3,7
Becker 3:3 5:3
  100:3,21
  104:20
bed 83:12,18,22
  89:14
bedroom 29:2
  30:8,15 39:5
  57:8,15 82:2
began 38:14
  85:13
beginning 3:8
behalf 1:13 3:11
believe 19:19
believes 61:9,14
Berger 56:19
better 25:13
Bill 51:24 52:2
  54:2,5,9,15
birth 5:10
birthday 49:2,14
  94:11,15
Biscayne 3:23
bi-sexual 11:17
  58:23
blue 87:20
body 23:11
books 12:19
born 5:17
Boulevard 3:23
  4:3,13
braces 29:1
Brad 98:10 99:15
Bradley 3:20
  104:23
brag 92:20
brain 96:15
brainwashing
  33:1
break 57:25 65:8
  77:6 95:5
breasts 17:10
  97:15
Brillo 6:13
  82:12 89:6,23
  90:2,10 96:22
bring 35:22
  54:23 62:16
  66:21 68:8
  77:5 94:20
  99:8
bringing 39:11
  68:14 74:25
  83:22
Britney 46:8,24
  46:25
brought 7:12
  10:5 30:12
  38:23 94:25

U.S. Legal Support
(561) 835-0220

Brunel 36:8, 15
36:18, 22 37:2
37:7 49:15
54:19, 22 55:9
Building 4:8
burglary 53:8, 10
BURMAN 4:12
businessmen
48:22
butt 96:10
buttocks 17:11
97:15
B.B 4:3 77:9, 11
77:15, 24, 24
78:7, 14, 21
79:4, 11, 17, 17
79:25
B.T 52:20, 21

**C**
C 5:2
CADWELL 4:22
call 25:25 27:1
38:20 46:7
70:8 71:15, 24
72:4 73:13
74:24 76:3, 9
94:9
called 33:14
34:23 53:9
100:7
calling 23:18
27:1
calls 24:24
43:11 65:25
66:6 69:22
camera 91:16
97:24 98:3
cameras 50:11
carbon 45:2
case 1:2 19:15
cases 1:10 15:13
18:16
Cathy 6:6
cause 3:3, 9 43:1
43:6
CC 104:23
Centre 4:17
104:6
Certainly 34:16
52:13
certificate
101:5
certified 5:4
certify 100:5, 12
102:2, 14
103:20
chance 22:23
CHANGE 103:5
changes 102:5
103:3 104:15
Chapter 37:18
Chase 61:25
child 13:9 18:6
36:23 37:2
71:11 73:22
74:9 75:20

76:17, 23
children 13:24
16:8 18:17
24:2 43:23
44:2
citizen 7:22
City 3:6 4:8
6:25 100:18
civil 15:13
18:15
Clearlake 4:17
104:6
client 81:8
Clinton 54:2, 5
54:15
Clinton's 54:9
clothes 83:17
clothing 17:11
31:6
coerced 39:10
42:4, 9
coffee 45:23
COLEMAN 4:12
college 92:17
93:14, 18
colleges 92:21
Columbia 92:22
93:2
come 25:2 39:4
40:7 44:22
47:5 66:1, 7
67:2 68:20
69:23 70:4, 9
70:15 71:17
71:25 72:4, 11
73:14, 21 75:7
76:4, 10 82:11
99:4
comes 52:13
coming 9:13 27:2
28:25 34:24
83:4
commission
100:22 101:15
104:21
commit 15:22
18:20
commits 17:14
24:1
common 37:7
communicate 67:1
68:13, 19 70:2
73:20 75:5
communicated
79:11, 14
communicating
33:21
community 60:18
60:25
complete 39:24
completed 8:23
completely 39:20
computer 35:11
89:5
computers 51:3, 9
51:11, 15, 20
concerned 92:12

conduct 15:14
20:16 42:24
confer 7:21
confidentiality
60:4
confused 80:21
connected 100:14
consensual 80:1
80:5
consider 11:16
44:9
conspire 15:22
constitute
100:10
Constitution
5:15
contact 20:16
21:14, 17 22:3
contained 51:11
continue 18:17
18:20
continued 4:1
5:24, 25 58:1
88:14 95:15
contributed
40:12
control 60:19, 25
62:9
controls 62:24
convenience
104:14
conversations
19:18
cooperate 24:9
Copies 99:16
Copperfield 14:6
14:10 95:19
95:22 96:10
copy 45:2 104:13
Cordero 44:5
Cordially 104:17
correct 6:20 7:1
15:3, 14 16:13
16:19, 24
21:18, 25 22:6
26:22 27:3
28:17 31:17
32:1, 5, 10, 16
32:22 34:8
37:9, 21 41:24
46:4 47:1
48:7 51:5, 7
51:11 52:15
53:4, 16, 18
57:3, 9, 15, 21
62:5 64:8, 13
65:1 102:6
correction 102:4
counsel 5:13 6:2
7:21 33:16
45:19 88:4
100:13, 14
104:13
country 7:16
8:18 9:13
County 3:7 100:2
100:18 101:2

103:19
course 67:11
68:24 70:21
72:16 74:1
76:15
court 1:1 3:11
3:13 34:16
99:14, 19
covering 17:11
Cowles 19:14, 19
63:22 64:17
Cowles's 19:10
co-conspirator
15:18 16:7
18:25 19:2
20:1
co-conspirators
20:14
Co-Counsel 4:17
crime 19:20
crimes 15:22
16:7 18:21
19:1 20:2
24:1
criminal 15:13
15:17 43:11
43:15 44:10
44:14
Critton 4:12, 15
65:19 71:22
cross 2:3 65:21
77:7 81:17
84:25 88:14
95:15
cuddle 89:19
current 5:22
6:10 7:15
currently 6:12
81:1
C.F 4:3
C.L 77:10, 13, 19
78:3, 3, 11, 17
78:25 79:8, 14
79:21, 21 80:4

**D**
D 3:25 5:2
daily 21:3, 9
57:20
dance 99:6
date 1:20 5:10
45:12, 16
dated 2:12 45:14
David 4:14 14:6
14:10 95:18
95:22 96:9
104:24
Davies 52:20, 24
53:3, 15, 24
day 38:15 50:18
84:13 85:11
98:13 100:19
101:7 102:20
103:21
days 64:1
Dear 104:12
decline 5:16

defendant 4:12
78:6, 10, 20, 24
80:1, 5 81:2
Defendants 1:8
4:17
defendant's
77:15, 19
deliberate 42:20
42:24
delinquency
40:12
delivered 87:25
demand 31:4
demanded 27:13
Department 88:17
deposition 1:13
3:1, 10 33:25
71:23 81:23
100:6, 11
102:3, 14, 18
103:21 104:10
104:14, 15
Dershowitz 56:23
57:12, 18, 24
58:1, 2, 6
designated 16:17
designation
24:16
designed 44:10
despite 58:2
61:17
destination 56:9
56:15
detection 32:13
32:22 51:5
deteriorated
34:4
developed 29:7
91:13
devise 29:20
different 21:8
digital 97:24
98:3
digitally 32:9
dildos 27:16, 21
dinner 95:17
96:10
direct 2:3 5:6
31:4
direction 27:22
51:4
discovered 90:15
discussed 18:5
64:24
Discussion 81:19
discussions 99:3
disrupted 34:12
distress 43:1, 6
DISTRICT 1:1, 1
document 16:6
45:20
Dodge 87:20
Doe 1:4 42:13, 19
42:25 56:3
81:21 103:2
104:9
Doe-102 47:23

48:2
doing 25:1 33:22
donations 92:21
Doug 54:9
dress 49:23 50:3
drive 89:22 90:1
90:10
Dubin 55:3
duly 5:3 100:9
duties 21:8

_____

E
earlier 25:17
37:17 41:23
East 6:16,24
62:19,25
Edwards 2:5 3:16
3:20 5:7 6:5
23:1,5 34:3,9
34:11,15,18
45:17 65:4
98:12 99:10
99:16,21
104:23
either 30:19
72:1,9
ejaculating
28:17
El 6:12 82:11
89:6,23 90:2
90:10 96:22
Emmy 58:15,18,18
emotional 43:1,6
employed 9:6
56:12
employee 100:14
enclosed 104:14
encounters 84:25
encouraged 40:17
40:18
endured 40:8
enforcement
32:14,22 51:5
engage 11:10
20:16 27:8,14
31:15 40:23
47:6 49:18
54:24 55:21
61:4,16,21
67:12,18
68:25 69:6,23
72:17,23 74:3
74:8 75:12,13
75:19 76:16
85:25 86:17
engaged 41:2
50:8 58:6
59:1 76:21
77:23 78:2
engaging 22:10
50:22 56:2,8
57:19 63:18
70:25 75:18
enjoy 13:5 59:12
ENTER 103:3
entering 104:15
enterprise 43:11

43:15 44:10
entice 67:12
68:25 72:17
74:2 75:12
enticed 39:10
76:21
entices 17:13
enticing 30:6
67:18 69:16
72:22 74:8
75:18
entitled 61:9,16
Epstein 1:7 4:12
6:13,18 7:4
9:9,14,18,22
10:6,15 11:6
11:23 12:8,13
12:22 13:1,10
13:13,18,23
14:2,20,23
15:7,23 16:4
16:13,17,18
17:18,25 18:6
18:10,16,25
19:6 20:15,22
21:2,14,17
22:10 23:20
24:1 25:10,25
26:21,25 27:3
27:7,9,13,15
28:10,15,17
28:20 29:7,20
30:19 31:14
31:20 32:8,15
32:25 35:15
36:3 37:7,13
37:20,25 38:5
38:10,13
39:15 40:11
40:23 41:7,17
42:9,14,25
43:4,10,19
47:6,19,25
48:10,16 49:1
49:4,8,22
50:7,17,21
51:9 52:10,20
53:20 54:14
55:8,13,14,19
56:1,6 57:25
59:16,22 60:5
60:9,13,17
61:3,13,21
62:5,9,16,24
63:10,19 64:8
64:24 65:24
66:16,25 67:5
67:10,16 68:2
68:18,23 69:4
69:16,21
70:19,24 71:9
71:24 72:15
72:21 73:7,19
73:25 74:6,18
75:5,11,17
76:8,14,20
78:7,11 81:12

82:13 83:12
83:16,22 84:1
84:14,24
85:12,18,21
86:4,9,13,21
86:25 87:6,10
87:14,19,24
89:14 90:18
90:23 91:3,8
91:17,21
92:16,20 93:5
93:17,25
94:10,19,24
96:3,13,22
97:5,10,13,19
97:23 98:2
103:2 104:9
Epstein's 12:1,5
12:18 15:19
17:2 20:2,10
23:21,25 26:5
26:13,20
27:22 29:2,13
30:6,12,15
34:24 39:5
40:1 41:3
42:3,8,18
44:9 45:3
46:16 48:12
50:1,12 51:3
51:4,16 52:5
53:2,8,14,16
54:4,9,23,24
56:18,22 57:2
57:8,14,19
58:17 59:6
62:15 63:9,23
64:2,12 66:7
66:12,22
67:23 68:9,9
68:15 69:11
70:10,16 71:5
71:17 72:5,11
73:3,14 74:13
75:1,11,16,24
76:5 82:21
83:5 85:8
88:18 93:22
94:15 95:18
Errata 103:1,21
104:14
escalated 86:9
escape 24:5,10
Esq 3:20,25 4:5
4:10,14,15,19
104:8,23,23
104:24,24
et 1:7
Evelyn 8:9
everyday 20:17
everyone's 6:4
evidence 51:10
Exactly 23:2
EXAMINATION 5:6
65:21 77:7
81:17 88:14
95:15 98:11

examined 102:18
examines 45:19
executed 51:2
execution 51:16
exhibit 45:12,15
45:21
EXHIBITS 2:10
expenses 93:14
expires 100:22
101:15 104:21
explain 22:23
exploited 48:6
expressing 92:16
Ezell 2:8 4:10
6:7 81:18,21
88:6,15 95:7
95:16 98:6
99:17 104:24
e-mail 65:14
E.W 3:17 11:3,7
11:11 25:17
25:20 26:12
26:19 27:1,2
27:8,13,20
28:21,25
32:10 38:1
42:3,13,19,25
55:12,15 57:7

_____

F
fact 11:10 15:18
18:6 21:21
26:9 31:25
37:6 38:9
39:23 40:5
43:4 53:7
61:8 64:22
66:5 67:17
69:5 70:2
72:4 74:7
76:21
false 39:20
falsify 8:5
familiar 6:15
35:24 36:12
45:4 53:1
57:18 62:23
FARMER 3:16
favorable 39:19
FBI 39:16,18
February 5:11
feel 80:9,20
96:10
felonies 41:18
female 11:2
28:21 30:12
30:14 31:5,11
35:21 46:15
46:25 61:15
61:17,20
63:12,12,13
females 12:23
13:2,6,14,17
15:8,24 16:12
16:19,23 17:3
18:1,11 20:11
20:17,23 21:3

21:9,15,23
22:4,11,16
28:1,5,9,14
29:8,14,22
30:2,7 31:16
32:5,10,15,21
33:2,8,13
34:22 35:3,8
35:17,23 36:4
37:8,14 40:22
41:3 44:11,15
44:22 48:5
49:9 50:7
56:14 59:2,7
61:5 63:13,16
63:18 64:25
Fifth 5:14,19,25
6:3,11,14,17
6:22 7:3,8,11
7:14,17,23
8:1,4,8,10,13
8:15,20,22,25
8:25 9:2,5,8
9:12,17,21,24
10:3,10,13,17
10:23 11:1,5
11:9,14,22,24
12:3,7,12,16
12:20,25 13:4
13:8,12,16,21
14:1,5,8,12
14:14,18,22
15:1,5,11,16
15:21 16:1,5
16:10,15,21
17:1,6,16,20
17:24 18:4,9
18:14,19,23
19:4,8,13,17
19:21,24 20:5
20:8,13,20,25
21:6,12,20
22:2,8,14,19
23:8,16,23
24:4,8,13,18
24:23 25:4,8
25:16,23 26:3
26:8,11,18,24
27:5,11,18,24
28:3,7,12,19
28:24 29:5,11
29:16,18,24
30:4,10,18,22
31:3,8,13,19
31:24 32:2,7
32:12,18,24
33:5,10 35:2
35:6,10,14,19
36:1,6,11,14
36:17,21,25
37:5,11,16,23
38:3,8,12,18
38:22 39:2,8
39:14,17,22
40:4,10,15,21
41:1,6,11,16
41:21 42:1,6

42:12,17,22
43:3,9,13,18
43:21,25 44:4
44:6,8,13,18
44:25 45:7,9
46:1,6,11,13
46:19,23 47:3
47:9,11,18,22
47:24 48:9,14
48:19,25 49:6
49:12,17,21
49:25 50:5,10
50:16,20,25
51:13,19,22
52:1,3,7,12
52:17,23,25
53:6,12,23
54:1,3,7,12
54:17,21 55:2
55:4,6,11,17
55:24 56:5,11
56:17,21,25
57:5,11,17,23
58:5,10,14,16
58:21,25 59:4
59:9,15,19,25
60:3,7,11,16
60:21 61:2,7
61:12,19,24
62:2,7,12,18
62:22 63:2,7
63:15,21,25
64:5,10,15,21
65:3 66:4,10
66:15,19,24
67:4,9,15,21
68:1,6,12,17
68:22 69:3,9
69:15,19 70:1
70:6,12,18,23
71:3,8,13,20
72:3,8,14,20
73:1,6,11,18
73:24 74:5,11
74:17,22 75:3
75:9,15,22
76:2,7,13,19
76:25 77:12
77:14,18,22
78:1,5,9,13
78:16,19,23
79:2,6,10,13
79:16,20,24
80:3,7,11,19
80:25 81:10
81:15 82:4,8
82:10,15,19
82:23 83:2,7
83:10,15,20
83:25 84:5,12
84:18,22 85:2
85:6,10,16,20
85:24 86:3,7
86:12,16,20
86:24 87:3,9
87:13,18,23
88:3,20,24

89:3,8,12,17
89:21,25 90:4
90:8,13,17,22
91:1,6,11,15
91:20,24 92:4
92:7,11,15,19
92:24 93:4,9
93:12,16,20
93:24 94:4,8
94:13,18,23
95:3,21,23
96:1,6,12,17
96:19,24 97:3
97:8,12,18,22
98:1,5,14,19
98:20
**fight** 34:12
**file** 3:11
**financial** 9:10
    9:15
**financially** 8:17
    8:21 100:15
**find** 104:14
**fine** 6:5 77:5
**first** 5:3 12:21
    14:19 20:21
    26:4 30:5
    38:15 45:18
**FISTOS** 3:16
**Flagler** 4:9
**flew** 56:1
**flight** 52:4,19
    59:21,23 60:1
**flights** 52:5,9
    55:14,20
**Florida** 1:1 3:5
    3:8,19,24 4:4
    4:9,13,18
    17:8 63:11
    64:7 100:1,5
    100:19,22
    101:1,14
    103:18 104:3
    104:7,21
**flown** 22:16
    60:13,18,22
**fly** 56:7
**follows** 3:15 5:5
**fondle** 97:14
**forbidden** 85:3
**force** 61:15
**forced** 13:10
    28:21 42:15
**forces** 17:12
**foregoing** 100:9
    101:5 102:2
**form** 7:6,13,18
    7:25 8:7,19
    9:11,16,20,23
    10:2,9,12,16
    10:19 11:4,8
    11:13,19 12:2
    12:6,11,15,19
    12:24 13:3,7
    13:11,15,20
    13:25 14:4,7
    14:11,17,21

14:25 15:4,10
15:15,20,25
16:9,14,20,25
17:5,19,23
18:3,8,13,18
18:22 19:7,12
19:16,23 20:4
20:12,19,24
21:5,11,19
22:1,7,13,18
23:22 24:3,7
24:12,17,22
25:3,7,15,22
26:2,7,17,23
27:4,10,17,23
28:2,6,11,18
28:23 29:4,10
29:15,23 30:3
30:9,17,21
31:2,7,12,18
31:23 32:6,11
32:17,23 33:4
33:9 35:1,5,9
35:13,18,25
36:5,10,16,20
36:24 37:4,10
37:15,22 38:2
38:7,11,17,21
39:1,7,13,21
40:3,9,14,20
40:25 41:5,10
41:15,20,25
42:5,11,16,21
43:2,8,12,17
43:24 44:3,12
44:17,24 45:6
46:5,10,14,18
46:22 47:2,8
47:14,21 48:3
48:8,13,18,24
49:5,11,16,20
49:24 50:4,9
50:15,19,24
51:6,12,18,21
51:25 52:6,11
52:16,22 53:5
53:11,17,22
53:25 54:6,11
54:16,20 55:1
55:10,16,23
56:4,10,16,20
56:24 57:4,10
57:16,22 58:4
58:9,13,20,24
59:3,8,14,18
59:24 60:2,6
60:10,15,20
61:3,12,16,18
61:23 62:6,11
62:17,21 63:1
63:6,14,20,24
64:4,9,14,20
65:2 66:3,9
66:14,18,23
67:3,8,14,20
67:25 68:5,11
68:16,21 69:2

69:8,14,18,25
70:5,11,17,22
71:2,7,12,19
72:2,7,13,19
72:25 73:5,10
73:17,23 74:4
74:10,16,21
75:2,8,14,21
76:1,6,12,18
76:24 77:17
77:21,25 78:4
78:8,12,15,18
78:22 79:1,5
79:9,12,15,19
79:23 80:2,6
80:10,14,22
81:3 82:3,7
82:14,18,22
83:1,6,9,14
83:19,24 84:4
84:11,17,21
85:1,5,9,15
85:19,23 86:2
86:6,11,15,19
86:23 87:2,8
87:12,17,22
88:2,19,23
89:2,7,11,16
89:20,24 90:3
90:7,12,16,20
90:25 91:5,10
91:14,19,23
92:3,6,10,14
92:18,23 93:3
93:8,11,15,19
93:23 94:3,7
94:12,17,22
95:2,20 96:5
96:11,16,23
97:2,7,11,17
97:21,25 98:4
98:18 102:5
**Fort** 3:19
**forward** 40:7
**Foundation** 64:7
**France** 49:14
**frequent** 62:20
**friend** 59:5
**friends** 14:3
    39:11 48:17
    48:20 49:2,8
**further** 86:9,10
    100:12 103:21
**F.P** 74:13,19,25
    75:6,10,13,16
    75:19

———— G ————
**gain** 29:7,13
    30:1 37:13
**gaining** 33:7
    41:13
**Gardens** 4:4
**Generally** 56:6
    57:18
**generically**
    63:12,16

**genital** 17:10
**getting** 25:25
    57:8
**Ghislaine** 29:17
    33:11 34:20
    48:1,11,15
    58:12,19,22
    59:1
**gifts** 49:8 87:15
**girl** 29:1 66:11
    67:22 68:7
    69:11 71:5
    73:2 74:12,24
    75:24 94:25
**girlfriend** 19:10
    24:15,21
**girls** 34:20
    25:11 38:19
    38:24 39:3
    42:15 65:25
    66:6 68:8
    94:20 96:2
**give** 22:22 28:22
    71:25 72:5
    75:1 87:6
    94:21 95:1
    96:14 97:1,24
**given** 27:25
    39:16 62:4
    63:3 95:24
    96:3 102:3
**giving** 67:6
    73:15
**Glenn** 55:3
**globe** 48:6
**go** 23:2 34:9
    39:4 93:1
    94:5,9 95:11
    95:24 96:3
**going** 5:23 10:20
    21:24 29:1
    45:8 63:11
    95:8 99:7
**GOLDBERG** 104:6
**Goldberger** 4:16
    4:19 5:23 6:6
    7:19 10:20
    11:20 22:24
    23:2,9 33:15
    33:19 34:2,7
    34:10,14
    45:19 65:6,9
    65:12 77:5
    80:23 81:7,13
    95:4,10 98:8
    98:25 99:11
    104:8,12
**good** 81:20 92:5
**government** 16:3
**grade** 8:23
**grades** 92:13
**gratification**
    29:9 66:2,8
    67:2
**Groff** 19:25
**groomed** 59:11
**grooming** 32:20

33:1,8
grounds 10:25
guess 95:4
guest 58:3 95:19
guilty 41:18
guise 21:24

_____ H _____

habit 30:23
  57:19
Hafele 80:16
Hafele's 81:6
Haley 68:7,14,19
  70:8 74:24
  75:5
half 7:19
HAND 100:17
hands 45:20
hanging 93:21
happened 28:9
  34:4 39:25
happening 84:6
harass 10:22
  40:2
harassing 40:6
harm 41:13
Harvard 92:22
head 22:20 23:7
  23:10 33:17
hear 91:21,25
  96:13
heard 25:9
heart 80:12
held 84:14 85:12
helicopter 59:21
help 43:16 44:16
  93:6,10
helped 8:5 29:19
hereinafter 5:4
hereto 102:4
herewith 104:14
heterosexual
  11:17
hidden 50:11
  81:25
holding 84:15
home 45:3 66:1,7
  66:13,22 67:2
  67:12,24 68:3
  68:9,15,20,25
  69:12,23 70:4
  70:10,16,21
  71:1,6,10,17
  71:25 72:5,12
  72:17,24 73:3
  73:14,21 74:2
  74:9,13,19
  75:1,7,11,17
  75:25 76:5,10
  76:16,22 83:5
  88:18
homemade 50:21
homes 50:12
hopes 41:13
Horowitz 2:6
  3:21,25 6:8
  33:17 34:1

65:7,11,13,22
  77:1 104:23
hour 3:8
house 21:15
  24:24 25:11
  26:1,5,13,20
  30:13 34:24
  38:24 39:4,5
  40:1 46:4,17
  46:24 47:5
  51:4,16 53:3
  53:8,14,16
  54:23,24 57:2
  57:7,13 58:3
  63:23 64:12
  82:11,21 89:1
  93:22 95:18
houseman 90:5
hundreds 29:8
  31:16,16
  37:20 82:25

_____ I _____

idea 33:23
identification
  2:11 45:16
illegal 17:4
  21:16
implicate 19:20
improper 21:13
  21:16 54:13
inappropriate
  80:17 81:5
incarcerated
  6:18 41:22
including 32:10
inclusive 100:10
incriminate
  98:17
INDEX 2:2
indicate 10:5
indicated 6:23
  18:16 61:4
indicates 17:9
  46:2
indicating 22:20
  22:21 46:7
individual 77:11
  77:13
induce 67:12
  68:25 72:17
  74:2 75:12
inducing 30:6
  67:17 69:5
  72:22 74:7
inform 67:5
  71:14
informed 88:25
initials 96:20
inserted 84:15
inside 16:6 30:8
  53:14
instance 27:6
  63:10
instruct 10:20
  31:5 65:24
  66:25 68:7,18

69:21 71:24
  73:19 75:5
  76:8 81:8
instructed 77:7
  32:3 59:16
  90:10 97:14
instructing
  83:17
intent 18:17,20
  41:12 43:5
  67:11 68:24
  72:16
intention 70:20
  74:1 75:12
  76:15
intentional
  42:20,23
intentionally
  17:9
interact 18:11
  21:2 96:25
interacting 15:7
interaction 17:3
  28:13 31:1,15
  41:18 48:1
  64:25
interactions
  27:19 42:3,8
interest 6:4
  92:17
interested
  100:15
interferes 99:1
international
  43:22
interpret 23:7
interrupt 33:24
interrupted 34:1
intimidate 10:23
  40:2
intimidating
  40:6
introduced 87:5
  97:9
investigate 53:9
investigation
  15:18 53:13
investigator
  51:23
invited 96:4
invocation 5:25
invoke 5:13,19
involved 30:1
  36:7 64:17,18
involvement
  98:24
involves 81:7
involving 15:14
  28:9
irrelevant 80:15
island 22:15,16
  23:21 50:23
  60:14,23

_____ J _____

J 3:20 4:5
Jack 4:19 23:5

99:10 104:8
JAFFE 3:16
jail 6:19,24 7:5
  41:24
Jane 1:4 3:17,22
  4:8 42:13,19
  42:25 47:23
  48:1 56:3
  81:21
Jean 36:8,15,18
  36:22 37:2,7
  49:15 54:19
  72:16
Jeffrey 1:7 4:12
  6:13 9:9,14
  9:18 10:6,15
  11:6,23,25
  12:4,8,13,18
  12:21 13:1,9
  13:13,18,23
  14:2,20,23
  15:6,19,23
  16:3,12,17,18
  17:2,17,25
  18:5,10,16,25
  19:6 20:2,10
  20:15,21 21:2
  21:14,17
  22:10 23:20
  23:20,24 24:1
  25:9,24 26:4
  26:13,20,21
  26:25 27:3,7
  27:8,13,15,22
  28:10,15,17
  28:20 29:2,6
  29:13,19 30:6
  30:12,15,19
  31:14,20 32:8
  32:14,25
  34:24 35:15
  36:3 37:6,13
  37:19,25 38:5
  38:9,13 39:4
  39:15,25
  40:11,23 41:3
  41:7,17 42:2
  42:8,9,14,18
  42:24 43:4,10
  43:19 44:9
  45:3 46:16
  47:6,19,25
  48:10,12,16
  49:1,4,8,22
  50:1,7,12,17
  50:21 51:3,4
  51:9,15 52:5
  52:9,19 53:2
  53:8,14,15,19
  54:4,8,14,23
  54:24 55:8,13
  55:14,19 56:1
  56:6,18,22
  57:2,7,14,19
  57:25 58:17
  59:5,16,22
  60:5,9,12,17

61:3,13,21
  62:5,9,15,16
  62:24 63:9,10
  63:19,23 64:2
  64:8,12,24
  65:24 66:7,12
  66:16,22,25
  67:5,10,16,23
  68:2,8,9,15
  68:18,23 69:4
  69:11,16,21
  70:9,15,19,24
  71:5,9,17,24
  72:5,11,15,21
  73:3,7,14,19
  73:25 74:6,13
  74:18,25 75:4
  75:10,11,16
  75:17,24 76:4
  76:8,14,20
  78:7,11 81:11
  82:12,21 83:4
  83:12,16,21
  84:1,13,24
  85:8,11,21
  86:4,9,13,21
  86:25 87:6,10
  87:14,19,24
  88:17 89:13
  90:18,23 91:3
  91:8,16,21
  92:16,20 93:5
  93:17,22,25
  94:10,15,19
  94:24 95:18
  96:13,21
  97:13,23 98:2
JESSICA 4:22
job 21:7
JOE 4:22
join 83:17 84:2
joined 65:19
Judge 80:16 81:5
  99:9
jury 23:6,7
J.M 75:24 76:4
  76:10,15,21

_____ K _____

K 5:2
Katherine 4:10
  81:21 104:24
Kellen 19:2,3,9
  27:1 29:25
  30:13 33:6,12
  34:21 52:19
  63:10 64:13
  64:18 70:14
  71:14 72:10
  79:3,7 90:1
Kellen's 19:18
kid-type 13:24
  22:17
kind 65:13 85:4
  91:16
kiss 97:14
kitchen 82:1

knew 14:19 96:3
know 8:2,9 11:3
  14:6,13 15:9
  17:17 19:3,10
  20:6 23:5,14
  25:20 29:6,17
  33:21 34:3
  36:8,15,23
  44:5,7 45:22
  47:10,12,16
  47:19,23
  50:12 52:2,24
  54:2 55:3,5
  56:22 57:1,6
  57:13 58:15
  58:23 59:1
  63:13 64:6,11
  64:22 77:11
  77:13 79:17
  79:21,25 80:4
  80:12 82:9
  89:9 90:1
  91:12,16 92:5
  92:25 93:5,10
  93:13,25
  94:24 96:2,18
  96:21 97:4
  98:2
knowledge 60:17
known 37:2 92:20

_____L_____
labeled 16:7
lady 8:2 11:2
landed 56:15
Langino 2:7 4:5
  77:3,8,9
  81:16 88:11
large 3:5 97:19
  100:5,22
  104:21
lascivious 17:8
  17:10,14
  31:10 37:18
late 66:13,20
Lauderdale 3:19
law 32:14,21
  51:5
lawsuits 15:13
lay 27:7
lead 30:14 62:13
  62:14
learn 12:21
leave 30:15 39:5
left 71:22 88:11
Legal 4:23 104:1
  104:18
LEHRMAN 3:16
LEOPOLD-KUVIN
  4:2
Les 47:10
lesbian 10:7
Lesley 19:25
Leslie 47:20
lewd 17:7,10,14
  31:9 37:17
lie 59:17

life 40:18 42:4
  42:10 62:13
  62:14
liked 38:10
  91:17
likes 38:10
Limited 47:13
LINE 103:5
lines 84:24
list 33:13 34:22
  35:4,8,11
  63:9
listed 19:2,25
  52:8,18 63:16
lists 63:8
literally 21:3
litigation 18:15
lived 62:9
lives 19:5
live-in 24:21
living 6:12
  43:20 63:4
LLP 4:12
local 22:11
logs 52:4
long 7:9
look 45:21
lose 91:22 92:2
lost 34:12
love 22:22 81:1
  81:11
Luc 36:8,15,18
  36:22 37:2,7
  49:15 54:19
  54:22 55:9
lure 16:11 20:10
LUTTIER 4:12
L.M 38:6,9,13,19
  38:23 39:9,16
  42:8,14,19,25
  55:22 57:13
L.N 3:17

_____M_____
M 5:2
main 38:19
making 68:20
man 6:13 54:10
manner 17:10
  18:12 28:14
mansion 21:18
March 100:23
  101:15 104:22
Marcinkova 1:13
  2:4 3:2 5:9
  7:10 63:11
  65:23 81:20
  95:17 98:13
  99:3 100:7
  102:1,8,15
  103:15,20
  104:10
Maritsa 8:3
marked 45:11,15
massage 31:24
  67:6 71:25
  72:5,12 73:15

75:1 76:5
  82:2,12,16
  84:8,14 85:12
  95:1 97:1
massages 87:6
  94:21 96:15
  97:5
massaging 97:16
master 12:9
  33:12 34:21
  35:4,8,11
  82:1
masturbate 87:10
masturbated 86:5
Maxwell 29:17
  33:11 34:21
  58:12,22 59:1
Maxwell's 48:1
  58:19
MC-Squared 36:12
MC-2 36:12
mean 12:4 21:1
  35:20
meaning 58:1
  59:11 84:7
means 9:9,14
mechanism 37:13
meet 11:23
members 44:21
MERMELSTEIN 3:21
message 2:12
  45:1,12,14
  46:2
messages 44:21
  45:10
met 20:21 38:13
  38:15 95:22
method 30:6,23
  35:20
methodology 33:7
meticulous 44:21
Mexico 22:9
Miami 3:24 4:9
  59:22
microphone 96:8
  98:9
Mike 44:7
millionaire
  62:14
mind 98:10
minor 12:22 13:2
  13:5,14,17
  15:8,23 16:12
  16:19,23 17:3
  18:1,11 20:17
  20:22 21:3,9
  21:15,23 22:4
  22:11,16 28:1
  28:5,8,14,21
  29:8,14,21
  30:2,7,12,14
  31:5,11,15
  32:4,9,15,21
  33:2,8,13
  34:22 35:3,8
  35:17,21,23

36:3 37:8,14
  38:5 40:22
  41:3 44:11,15
  44:22 46:15
  46:25 47:7
  48:2,4 49:9
  50:7 53:20
  56:14 59:2,7
  60:9 61:5,15
  61:17 63:18
  64:25 71:1
  72:24 79:17
  79:21 80:9
minors 18:21
  19:1 20:3
  23:19 27:22
  31:1,22 40:13
  41:9,13,19
  48:11,17
  50:14,22
  54:14,24 56:8
  57:20 58:2,7
  59:13 63:4
minute 88:5
minutes 77:4
model 8:11
modeling 36:4,7
  36:13 37:12
molest 14:23
  16:13,18
  18:17 21:9
  26:1 35:23
  44:10,15
molestation 17:8
  17:15 37:18
  46:20
molested 14:20
  29:3 34:25
  39:6,10,12
  44:23 46:16
molester 18:7
  36:23 37:3
molesting 16:23
  22:5 25:12
  26:21 38:15
  59:6
molests 35:21
money 35:22 62:3
  62:4 87:7
morning 81:20
move 23:4
movements 23:10
  23:11
Mucinka 20:7
  51:8,15
multiple 67:24
  69:12 74:14
M.L 66:12,17,21
  67:1,5,11,18

_____N_____
N 5:2,2
Nadia 1:13 2:4
  3:1 5:9 46:3
  46:3 63:11
  100:6 102:1,8
  102:15 103:15

103:20 104:10
naked 27:7 30:20
  50:6 90:15
name 5:8 8:2
  62:4 81:22
named 6:13 11:2
  11:3 18:24
  19:2 66:12
  67:23 68:7
  69:11 71:5
  73:3 74:13,24
  75:24 77:11
  77:13
names 8:14 33:13
  34:22
National 4:8
nature 67:7 72:6
  72:12 73:16
  82:17
near 45:3
need 43:16
needed 91:22
Neon 87:20
never 58:6
new 6:16,25,25
  21:17 22:3,9
  60:18,23 62:1
  87:4 93:1
  94:1
nine 62:23
nodding 33:17,18
  33:19
nonprosecution
  16:2
non-prosecution
  20:1
North 3:18
Notary 3:4 100:4
  100:22 101:14
  102:17 104:20
noted 99:22
Notice 3:9
noting 102:5
nude 82:5 89:5
  89:15 90:20
  90:24 91:4,9
  91:18 93:22
number 5:12
  45:15
numbered 3:2
  100:10
numbers 3:22
  33:14 34:23
numerous 6:19
  15:7 19:15
  23:18 25:10
  29:2 52:14
  56:12 86:22
NYU 92:21 93:1

_____O_____
O 5:2
Object 8:7,19
  9:11,16,20,23
  10:2,9,12,16
  10:19 11:4,8
  11:13,19 12:2

12:6,11,15,19
12:24 13:3,7
13:11,15,20
13:25 14:4,7
14:11,17,21
14:25 15:14,16
15:15,20,25
16:9,14,20,25
17:5,19,23
18:3,8,13,18
18:22 19:7,12
19:16,23 20:4
20:12,19,24
21:5,11,19
22:1,7,13,18
23:22 24:3,7
24:12,17,22
25:3,7,15,22
26:2,7,17,23
27:4,10,17,23
28:2,6,11,18
28:23 29:4,10
29:15,23 30:3
30:9,17,21
31:2,7,12,18
31:23 32:6,11
32:17,23 33:4
33:9 35:1,5,9
35:13,18,25
36:5,10,16,20
36:24 37:4,10
37:15,22 38:2
38:7,11,17,21
39:1,7,13,21
40:3,9,14,20
40:25 41:5,10
41:15,20,25
42:5,11,16,21
43:2,8,12,17
43:24 44:3,12
44:17,24 45:6
46:5,10,14,18
46:22 47:2,8
47:14,21 48:3
48:8,13,18,24
49:5,11,16,20
49:24 50:4,9
50:15,19,24
51:6,12,18,21
51:25 52:6,11
52:16,22 53:5
53:11,17,22
53:25 54:6,11
54:16,20 55:1
55:10,16,23
56:4,10,16,20
56:24 57:4,10
57:16,22 58:4
58:9,13,20,24
59:3,8,14,18
59:24 60:2,6
60:10,15,20
61:1,6,11,18
61:23 62:6,11
62:17,21 63:1
63:6,14,20,24
64:4,9,14,20

65:2 66:3,9
66:14,18,23
67:3,8,14,20
67:25 68:5,11
68:16,21 69:2
69:8,14,18,25
70:5,11,17,22
71:2,7,12,19
72:2,7,13,19
72:25 73:5,10
73:17,23 74:4
74:10,16,21
75:2,8,14,21
76:1,6,12,18
76:24 77:17
77:21,25 78:4
78:8,12,15,18
78:22 79:1,5
79:9,12,15,19
79:23 80:2,6
80:10,14,22
81:3 82:3,7
82:14,18,22
83:1,6,9,14
83:19,24 84:4
84:11,17,21
85:1,5,9,15
85:19,23 86:2
86:6,11,15,19
86:23 87:2,8
87:12,17,22
88:2,19,23
89:2,7,11,16
89:20,24 90:3
90:7,12,16,21
90:25 91:5,10
91:14,19,23
92:3,6,10,14
92:18,23 93:3
93:8,11,15,19
93:23 94:3,7
94:12,17,22
95:2,20 96:5
96:11,16,23
97:2,7,11,17
97:21,25 98:4
98:18
objecting 10:24
objection 6:21
  7:2,6,13,18
  7:25 11:20
  25:18 80:18
  80:24 81:4,13
  84:9
objections 81:14
objects 89:9
observations
  19:19 42:2,7
observe 70:14
  72:9 78:6,10
  84:20 92:12
  93:17
observed 17:25
  21:1,16 22:12
  23:20 25:24
  26:12 27:1
  30:5 31:14,20

32:8,14 39:4
40:23 49:7
60:8 61:21
obsession 12:22
  37:8
obtaining 51:10
obviously 5:24
occasions 6:20
  7:5 19:15
  25:10 26:14
  29:2 31:16
  37:20 41:24
  49:7 52:15
  53:3 57:3
  67:24 69:12
  74:14 83:11
October 88:16
offered 93:13
offers 35:21
Officer 24:20
  59:17
official 100:17
okay 6:1,6 33:25
  45:25 65:6
  95:7 99:11
old 10:7 11:12
  26:6,10 38:14
  38:25 49:23
  73:9
olds 49:3,13,19
once 94:9
operate 47:17
operates 21:21
  47:13
operation 30:24
oral 27:25 28:4
  28:22 84:2,7
  86:21 87:1
order 81:6
ordered 87:25
ordering 99:14
orders 25:5
organization
  43:15 44:19
organize 44:16
organized 44:11
orgies 13:24
  22:17 23:17
  50:23
orgy 23:15
orientation
  10:18 25:19
original 11:15
ORSECK 4:7
outside 55:21
overhear 72:9
owned 64:8
owns 47:12 62:24
o'clock 3:8

_____

P

pads 45:1
page 2:11 45:11
  102:4 103:5
pages 100:9
paid 85:21 87:6
  89:14,18

94:24
Palm 3:6,7 4:4
  4:13,18 21:15
  55:14,20 56:1
  66:12 67:23
  68:3 69:11
  71:6 74:13
  75:24 77:16
  77:20 88:17
  100:2,18,18
  101:2 103:19
  104:3,7
parents 8:14
  12:17
part 15:17 23:24
  29:12 32:13
  44:19 50:1
participant
  59:10
participate
  28:15 73:12
  76:3,9 89:4
participated
  16:22 20:10
  80:8
particular 46:2
particularly
  22:15
parties 100:13
passed 62:8
passenger 52:9
  63:8
pause 65:16 88:9
  95:12
pay 9:18,22,25
  32:15 86:25
  92:1 93:13
  94:20
pending 3:12
penetrate 32:9
penetration 85:4
penis 84:15 85:8
  85:13
penises 86:18
people 20:9
  48:21 56:13
percent 34:7
Perfect 34:11
perform 14:3,9
  14:15 31:9
  33:2 36:19
  86:21 87:1,11
performance 88:1
performed 10:14
  84:7
performing 84:2
period 26:14
  80:20
perpetrator
  17:14
person 17:9,12
  17:13 19:1
  51:8 53:15,19
personal 48:23
  64:2
personally 26:25
  66:11 67:22

69:10 71:4
73:2 74:12
75:23
personnel 6:24
persons 51:14
persuade 67:12
  68:25 72:17
  74:2
persuaded 76:21
persuading 67:17
  69:5 72:22
  74:7 75:18
PGA 4:3
phone 33:13
  34:22 74:24
photograph 90:19
  91:3
photographs 35:7
  50:6,13 82:6
  89:5 90:24,24
  91:8,12,17
phrase 25:13
physically 61:15
  78:14,17
pimp 48:16
PL 3:16
place 3:14 56:7
  56:7 65:24
  66:6 69:21
  70:8
places 45:3
  55:20
Plaintiff 1:5,13
  3:11 100:7
Plaintiffs 3:17
  3:22 4:2
Plaintiff's 2:11
  45:11,15
plan 29:7 32:13
planning 29:12
  30:1
play 88:1
played 20:15
  23:6
pleading 23:8
please 45:21
pleasing 27:3
pleasure 68:10
pled 41:17
PODHURST 4:7
point 55:8 71:21
  77:2 88:10
police 53:9,13
  88:17
politicians
  48:21
pool 25:1
pornographic
  50:22
pornography
  50:18
posing 91:18
positioned 45:2
pounds 91:22
  92:2
presence 28:9
  54:15 102:19

103:21
present 4:21
 84:13 88:16
 95:19
presume 98:16
Prince 14:13,16
prior 13:22 51:1
 51:16 69:20
 70:7,13 74:23
 75:4,10 89:6
privacy 10:25
 81:7
private 52:5,10
privilege 99:5
privileges 5:14
 5:20 6:1
 10:24
probation 24:20
 24:24,25 25:6
 59:17 60:12
 60:18
proceedings
 65:16,20
 71:22 88:11
 95:12
procure 16:12
 35:16
procured 38:23
professional 3:4
 48:22 100:4
 100:21 104:1
 104:20
profit 43:22
 44:1
promised 93:6
prompt 104:16
proper 12:9
property 77:16
 77:20
prosecution
 98:23
prostitute 42:15
 48:16
prostitution
 40:19 42:4,10
protect 43:16
provide 82:12
provided 87:15
 87:20
providing 97:5
psychological
 41:14
psychology 33:1
public 3:5 37:2
 100:4,22
 101:14 102:17
 104:21
pumping 85:13
purchase 94:14
 97:24
purpose 10:22
 34:23 56:7,13
 60:1 68:14,19
 69:22 70:3
 73:14
purposes 22:4
 25:12,25

26:20 27:2
 29:9 32:20
 49:3,9 55:15
 56:2
purses 87:15
pursuant 3:9
P.A 3:21
p.m 46:9,25 47:5
 95:14 99:13
 99:22

Q

question 5:16,19
 6:9 10:21
 11:15,18,21
 19:22 34:19
 45:9 47:15
 52:20 80:17
 81:4,9 98:15
 99:1,8
questioning 77:4
questions 5:21
 23:3,12 77:1
 98:7,16,21
quiet 32:16

R

R 5:2
raid 88:22 89:1
 89:6
raided 88:17
Railroad 3:6
 104:2
ranch 22:9
read 16:2 23:1
 34:15,17
 37:17 102:2
 102:18 103:20
 104:13
reading 102:16
reads 12:8
reask 6:9
reason 34:5
 98:15,20
 103:5
reasons 41:8
recall 82:5 83:3
 83:16,21 84:1
 84:6,19,23
 85:3,7,11,17
 85:21 87:4,14
 87:19,24
 89:18 90:14
 91:2 92:16
 97:9,13
receive 40:17
 49:8 74:23
received 28:4
 71:15
reckless 42:20
 42:24
recognize 45:25
record 34:17
 65:15,18
 81:19 88:7,13
 95:9,14 99:12

100:11
records 89:5
RECROSS 2:3
REDIRECT 2:3
 98:11
referred 71:16
refers 64:1
refuse 5:20
refused 85:7
regarding 18:25
 25:10 40:7
 44:21
Registered 3:4
 100:3,21
 104:1,20
regular 63:23
 82:20
related 1:10
 15:6 20:2
 25:18 41:18
 45:9
relationship
 56:18,23 99:2
relative 100:13
relevance 81:4
remember 27:6,12
 28:25 53:7
 59:22 65:13
 82:24 83:11
 89:13 90:5,9
removal 89:4
remove 31:5
 83:17
removed 89:9
rented 87:21
repeatedly 90:19
rephrase 98:18
reported 100:6
Reporter 3:4
 34:16 99:14
 99:19 100:14
 100:21 104:20
Reporters 104:1
reports 10:4
represent 11:2
 24:14 77:9
 81:21
represented
 24:20
requests 50:2
required 62:15
residing 9:7
resources 40:1
respect 42:13
respectfully
 5:16
result 25:18
 41:22
return 40:17
ridden 54:18
right 11:3 15:9
 15:19 23:4
 25:20,21 26:1
 26:10,16 36:9
 36:15 45:5
 46:9,21 59:7
 61:10 62:10

64:3,19 77:6
 95:5 99:20
righthand 54:10
rights 81:8
Riley 51:24 52:2
Robert 4:15
 65:19 71:22
Robson 68:8,14
 68:19 70:8
 74:24 75:6
Rodriguez 90:6,9
 90:15
role 16:11 23:24
 43:11 44:14
roles 20:15
room 30:16 71:23
roses 87:25
Ross 20:6
roughly 10:6
ROVNER 4:22
royalty 48:21
rules 84:23

S

s 67:11 68:24
 72:16 74:1
 75:10,16
 76:15 79:25
 80:4 84:15
 86:8 92:17
Sandy 56:19
Sanka 44:7
Sarah 19:2,3,9
 19:18 27:1
 29:25 30:13
 33:6,12 34:21
 52:19 63:10
 64:12,18
 70:14 71:14
 72:9 79:3,7
 90:1
satisfies 6:4
saved 35:11
saying 22:22
schedule 57:25
scheduled 16:16
 46:16,20
schedules 21:22
scheduling 44:22
 47:5 56:13
scheme 20:10
 21:22 29:7,13
 29:20 30:1
 35:16
school 8:24 9:1
 9:3 93:1
schools 93:7
Science 64:7
scientist 96:15
screamed 85:14
screaming 85:17
seal 100:17
search 51:1,17
second 7:20
Secret 47:13,17
 47:17
Security 5:12

see 45:17,22,22
 45:24 63:22
 86:13,21 91:7
 93:21 95:25
 97:19
seen 50:6 52:4
 77:15,19
senior 88:1
sent 49:2,14
September 52:18
Sergio 44:5
serves 10:22
services 10:14
severe 43:1,6
sex 10:1,8,15
 11:6 12:1,5,9
 12:14,18 13:2
 13:5,10,14,18
 13:23 16:22
 18:21 20:11
 22:10 23:19
 23:25 24:6,11
 24:15 27:25
 28:4,22 32:1
 32:3 33:8
 37:14 40:23
 43:22 44:1
 49:18 50:1,8
 50:23 54:25
 56:2 58:11,18
 58:19 59:12
 60:9 61:5,16
 61:22 62:15
 63:18 83:22
 84:2,7 85:25
 86:5,17,22
 87:1 89:5
 94:14
sexual 10:18
 11:10 12:22
 18:12 20:16
 21:13 25:19
 27:19 28:8,14
 28:16 29:9
 30:7,25 31:10
 31:15,21 40:8
 40:18 41:2
 47:6 48:1
 54:13 55:7,21
 56:8 57:20
 58:7 59:2
 66:1,8 67:2,6
 67:13,18 68:9
 68:15 69:1,6
 69:23 70:4,10
 70:25 71:17
 72:6,12,18,23
 73:15,21 74:3
 74:8 75:13,19
 76:11,16,22
 77:23 78:2
 79:18,22,25
 80:4,8 82:16
 87:11
sexually 14:3,10
 14:16 15:7
 21:2 22:5

25:12 26:1,21
27:3,14 29:3
33:3 34:25
36:19 38:14
39:6,9,11
40:13 41:8
44:23 48:6,11
49:4,10 53:21
55:13,15 57:8
57:14 58:1
64:18 66:17
68:3 69:17
70:20 71:10
73:8 74:19
shaking 22:20
23:7
Sheet 103:1,21
104:14
shopping 94:5,10
short 65:8 88:9
shorten 6:2
show 45:10 94:15
96:4
showing 45:13
shows 95:25
sign 60:4 104:13
signed 102:18
103:21
signing 102:16
silent 34:12
similar 21:16,21
58:17
similarly 22:10
simply 6:2 99:7
single 30:24
98:14
Sixth 5:14,19
slave 10:1,8,15
12:5,10,14,18
23:25 24:6,11
24:15 50:2
58:18,19
62:15
slaves 12:1
62:16
sleep 89:14
smart 92:9
Social 5:12
sole 9:9,14
56:13
somebody 8:5
19:5,9 25:24
26:12 29:19
29:25 36:18
36:22 37:1
38:9,13 47:4
47:12,16
49:15 53:1
55:7 57:1,6
57:12 58:22
64:1,6,11,16
64:17
sorry 5:18 34:14
49:3
sort 81:25
South 104:7
SOUTHERN 1:1

speak 23:12
53:24 96:7
speaking 53:14
70:14 72:10
specific 21:7
specifically
9:25 25:19
37:25 43:5
48:20 56:1
63:17
spoke 41:23
spoken 19:14
33:6 39:23
St 63:11
staff 44:20
stage 96:4
staircase 81:25
82:6
State 3:5,7
55:21 100:1,5
100:19,22
101:1,14
103:18 104:21
stated 84:19,24
102:17 103:20
statement 39:16
39:19 78:20
78:24 79:3,7
States 1:1 5:15
7:10,12 8:12
9:4,7 10:6
stationed 45:2
status 7:15
statute 17:8,15
17:17,21 18:1
37:17 38:4
stayed 57:2
64:12
staying 63:4
stomach 85:12
stop 88:4
stopped 85:18
stopping 65:9
story 19:10,14
19:18 39:24
63:22 64:17
straddle 27:14
strap-on 27:21
86:14,18
Street 4:9 6:16
6:25 62:19,25
strict 25:5
student 92:5
studying 93:22
submitted 102:15
substance 102:5
succeeded 67:17
69:5 70:25
72:22 74:7
75:18
success 35:16
Suite 3:18,23
4:3,8,13,18
104:2,6
summoned 26:19
support 9:10,15
104:1,18

supported 8:16
8:21
sure 5:25 20:15
21:8 88:6
surprise 52:13
surreptitious
50:13
swimming 24:25
sworn 5:3 100:9
system 35:12,24
36:2
S.H 52:20,21

T

table 84:8,14
85:13
tactic 40:6
take 7:19 8:25
11:1 19:21
23:10 45:9
54:8 65:7
81:25 90:23
95:5
taken 1:13 3:3
50:13 51:3,23
91:8 98:14,20
talk 25:19
talked 32:25
35:15 39:15
40:5 41:8
43:10,14
talking 33:16,20
33:24 48:20
talks 47:20
Taylor 58:15,18
58:18
Teala 52:20,24
53:3,15,24
teenage 69:10
71:4 75:23
Tel 3:19,24 4:4
4:10,14,19
telephone 25:2
45:4 65:25
66:6,21 67:1
68:13 69:21
70:3,8,15
71:15 72:10
73:13,20 75:6
76:3,9
tell 5:3,8 8:14
23:25 24:25
25:6,10 28:20
41:12 67:10
67:16 68:23
70:19,24
72:15 73:25
74:6 75:11,17
91:22,25 96:9
telling 39:24
96:14
ten 62:8,23 77:3
91:22 92:2
Terri 3:3 5:3
100:3,21
104:20
testified 5:5

35:12 59:20
Thank 81:16 98:7
104:16
Thanks 99:10
theater 94:1
thing 34:2 37:6
things 6:2
think 12:17
33:22 34:1
Thomas 63:12
three 49:3,13
51:2
threesome 27:8
27:13
tickets 94:1,1
95:24 96:3
time 3:14 14:19
20:21 26:4,14
26:19 30:5,24
33:15 54:22
55:8 60:8
63:3 65:19
69:20 70:7
75:4 79:18,22
80:20 83:4,8
86:10 87:4
88:10,22
89:10 90:6,14
91:2 97:4
99:22
times 13:1 16:18
41:7 50:3
54:18 82:25
86:22 89:13
89:18 96:22
today 9:10,19
13:13 15:3
46:8 51:20
62:20
told 24:25 30:25
32:19 39:18
43:5 61:9,14
74:25 94:19
touch 17:14 85:7
touched 78:14,17
touches 17:9
towel 30:20
town 57:24
toy 87:4
toys 31:21 32:1
32:4 83:22
89:5 94:14
trafficked 48:5
trafficking
43:23 44:1
traffics 36:3
train 12:13
transcript 102:2
103:3
tried 96:10
trip 64:22,23
trips 60:24
true 7:4,7 10:11
11:12 13:22
16:11 17:18
17:22 18:2
19:6,11,15

20:11,18
22:17 24:19
25:5,9,14
26:6 27:20
28:14 30:11
30:16,20 31:1
31:6,11,22
33:11,23
34:20 36:3,23
37:3,14 38:1
38:10,16,20
38:25 39:6,12
39:20 40:2,19
44:20 47:7
49:22 50:2
54:8 55:13,19
55:25 56:6,12
58:8,23 59:2
59:13 60:22
61:3,13 66:20
98:24 100:11
102:6
truth 5:4
try 40:2 99:6
turn 25:18
turning 13:22
two 41:18 83:18
type 7:24
typical 48:10,15
typically 30:13
96:2

U

underage 12:22
13:2,5,14,17
14:20,24 15:8
15:23 16:12
16:18,23 17:3
18:1,11 20:11
20:17,22 21:3
21:9,14,23
22:4,11,16,17
23:18 27:21
27:25 28:4,13
28:21 29:8,14
29:21 30:2,7
30:11,14 31:1
31:5,10,15,21
32:4,9,15,21
33:2,8,13
34:22 35:3,7
35:16,21,23
36:3 37:8,14
40:22 41:3
44:11,15,22
46:15,25 47:7
48:4,17 49:9
50:7,14,22
54:23 56:14
58:7 59:2,7
59:13 61:5,15
61:17 63:4,18
64:25 68:8
undersigned
102:17,19
understand 15:2
17:2,4,7

United 1:1 5:15
  7:9,12 8:12
  9:4,7 10:5
upstairs 82:1
  90:15
use 32:3 83:23
  86:13,14
  91:17 94:15
  96:20 97:19
  104:15
uses 25:13
U.S 4:23 7:22
  104:1,18

**V**

V 5:2 103:2
  104:9
vagina 32:9
  84:16 85:14
vaginal 85:4
variety 29:21
various 16:22
  20:15 29:21
  40:12 44:20
  63:8
Vazques 8:3
Velasaques 8:9
vibrators 27:15
  27:21 31:21
  31:25 32:4
  86:14,14
vibrator/mas...
  97:20
victim 55:8
victims 40:6
  43:7
Victoria's 47:13
  47:17,17
video 23:12
  65:15,18 88:7
  88:12 95:9,14
  99:12
Videographer
  4:22 65:15,17
  88:4,7,12
  95:8,13 96:7
  99:12
videos 50:13,22
videotaped 1:13
  3:1 100:6
violate 17:25
  37:20,25 38:5
violated 17:18
  17:22 53:20
visa 7:24 8:6
visit 6:19,23
  67:11 68:24
  72:16 74:1
  76:15 85:22
visited 7:5
  41:23 96:21
visiting 97:5
visitor 82:20
visits 54:22
  70:21 75:10
  75:16
Visoski 59:20

vs 1:6
V.A 73:3,8,13,21
  74:1,8
V.Z 69:11,17,22
  70:3,9,14,15
  70:20,25

**W**

W 4:10
want 23:6 45:17
  99:8
wanted 24:9
  84:19 92:25
  99:19
wants 25:11
warrant 51:1,17
wasn't 21:7
  33:19
watch 50:17,21
  86:4
watching 87:11
way 6:13 11:16
  24:5 59:17
  82:12 89:6,23
  90:2,11 96:22
weakened 43:7
wearing 30:20
Weber 55:5
WEISS 4:16 104:6
WEISSING 3:16
went 6:19,23
  26:4 86:10
West 3:6,6 4:9
  4:13,18 21:15
  100:18 104:2
  104:3,7
Wexner 47:10,20
Wharton 92:22
whatsoever 34:5
willing 71:16
witness 2:3 6:3
  7:21 10:21
  34:6 45:20
  96:8 100:7,8
  100:11,17
  102:11 104:13
  104:15
witnessed 37:19
  37:24 38:4
  54:13 61:21
women 91:18
  96:14
work 46:8 64:6
working 8:11
  93:18
world 64:23
wouldn't 42:3,9
  42:14
WRITE 103:3
wrong 80:13

**Y**

Yarema 4:14 6:21
  7:2,6,13,18
  7:25 8:7,19
  9:11,16,20,23

10:2,9,12,16
  10:19 11:4,8
  11:13,19 12:2
  12:6,11,15,19
  12:24 13:3,7
  13:11,15,20
  13:25 14:4,7
  14:11,17,21
  14:25 15:4,10
  15:15,20,25
  16:9,14,20,25
  17:5,19,23
  18:3,8,13,18
  18:22 19:7,12
  19:16,23 20:4
  20:12,19,24
  21:5,11,19
  22:1,7,13,18
  23:22 24:3,7
  24:12,17,22
  25:3,7,15,22
  26:2,7,17,23
  27:4,10,17,23
  28:2,6,11,18
  28:23 29:4,10
  29:15,23 30:3
  30:9,17,21
  31:2,7,12,18
  31:23 32:6,11
  32:17,23 33:4
  33:9 35:1,5,9
  35:13,18,25
  36:5,10,16,20
  36:24 37:4,10
  37:15,22 38:2
  38:7,11,17,21
  39:1,7,13,21
  40:3,9,14,20
  40:25 41:5,10
  41:15,20,25
  42:5,11,16,21
  43:2,8,12,17
  43:24 44:3,12
  44:17,24 45:6
  46:5,10,14,18
  46:22 47:2,8
  47:14,21 48:3
  48:8,13,18,24
  49:5,11,16,20
  49:24 50:4,9
  50:15,19,24
  51:6,12,18,21
  51:25 52:6,11
  52:16,22 53:5
  53:11,17,22
  53:25 54:6,11
  54:16,20 55:1
  55:10,16,23
  56:4,10,16,20
  56:24 57:4,10
  57:16,22 58:4
  58:9,13,20,24
  59:3,8,14,18
  59:24 60:2,6
  60:10,15,20
  61:1,6,11,18
  61:23 62:6,11

62:17,21 63:1
  63:6,14,20,24
  64:4,9,14,20
  65:2 66:3,9
  66:14,18,23
  67:3,8,14,20
  67:25 68:5,11
  68:16,21 69:2
  69:8,14,18,25
  70:5,11,17,22
  71:2,7,12,19
  72:2,7,13,19
  72:25 73:5,10
  73:17,23 74:4
  74:10,16,21
  75:2,8,14,21
  76:1,6,12,18
  76:24 77:17
  77:21,25 78:4
  78:8,12,15,18
  78:22 79:1,5
  79:9,12,15,19
  79:23 80:2,6
  80:10,14,22
  80:24 81:3,14
  82:3,7,14,18
  82:22 83:1,6
  83:9,14,19,24
  84:4,9,11,17
  84:21 85:1,5
  85:9,15,19,23
  86:2,6,11,15
  86:19,23 87:2
  87:8,12,17,22
  88:2,19,23
  89:2,7,11,16
  89:20,24 90:3
  90:7,12,16,21
  90:25 91:5,10
  91:14,19,23
  92:3,6,10,14
  92:18,23 93:3
  93:8,11,15,19
  93:23 94:3,7
  94:12,17,22
  95:2,20 96:5
  96:11,16,23
  97:2,7,11,17
  97:21,25 98:4
  98:18 99:18
  104:24
year 59:21 64:19
  88:1
years 10:7 11:11
  17:12,13 26:6
  26:9,15 37:1
  38:14,25
  55:18 62:8
  73:9
York 6:16,25,25
  21:17 22:3
  60:18,23 62:1
  93:1 94:2
young 11:2 29:1
  94:20 96:14
younger 25:13
  50:3 83:8

youngest 13:9
  61:20
Yugoslavian 10:7
Y.L 67:23 68:3
  68:15,20,24
  69:6

**$**

$1,000 85:22
$1,500 92:1
$200 87:1 94:25

**0**

08-CV-08093-...
  1:2
08-80119 1:10
08-80232 1:10
08-80380 1:10
08-80381 1:10
08-80811 1:11
08-80893 1:11
08-80994 1:11
09-8-591 1:11
09-80469 1:11
09-80656 1:11
09-80802 1:11
09-81092 1:11

**1**

1 2:12 4:8 45:12
  45:15 100:10
1,000 92:1
1:15 95:10
1:30 95:11
1:36 95:14
1:41 99:13
1:43 88:13
1:45 99:22
10:00 3:8
100 26:13 34:7
103 81:21
104 100:10
11:18 65:18
11:43 88:8
11:50 65:10,12
  95:8
12 38:25 39:3
  49:3 50:3
12-year 49:3,13
  49:19,23
13 1:20 2:1 10:7
  38:14 73:8
  100:23 101:15
  102:3 104:22
14 10:7 26:5,15
1400 4:18 104:6
15 38:25 39:3
  96:22
16 11:11 17:12
  17:13 63:4
17 26:15
18 13:19,22 26:9
  66:1,7 83:4
  86:1 97:6
18205 3:23
19 104:4

19th 100:19
1985 5:11

**2**

2 3:18,22
20 96:22
200 4:3
2000 87:20
2001 65:23 66:5
  71:6,14 72:1
  72:6 75:25
2002 26:5,9,14
  55:12,18 71:6
  71:14 72:1,6
  75:25
2003 52:18 55:25
  69:12 74:14
  74:19
2004 66:13,20
  67:24 68:4,13
  73:4,12 81:24
2005 2:12 26:14
  45:13,14
  55:12,19,25
  69:13,20 70:7
  70:13 74:15
  74:20,23 75:4
  88:16
2006 65:23 66:5
2010 1:20 2:1
  100:19 101:7
  102:3,20
  103:22 104:4
2011 100:23
  101:15 104:22
21 2:12 5:11
  45:13,14
22 52:18
2218 3:23
25 4:9
250 104:7
2925 4:3

**3**

3 4:8
300 104:2
301 6:16,24
  62:19,25
303 4:13
305 3:24
33130 4:9
33160 3:24
33301 3:19
33401 4:13,18
  104:3,7
33410 4:4
358 6:12 82:11
  89:6,22 90:2
  90:10 96:22

**4**

4:00 46:9,24
  47:5
400 4:13
425 3:18
444 3:5 104:2

45 2:12
463-4346 4:10

**5**

5 2:5 81:24
50 7:5 38:24
  41:24
515-1400 4:4
524-2820 3:19
561 4:4,14,19
561) 835-0220
  104:3

**6**

65 2:6
659-8300 4:19
66th 6:16,24
  62:19,25

**7**

77 2:7

**8**

8 3:22 63:3
8-D 6:25
8/21 45:13
800.04 37:18
81 2:8
842-2820 4:14
88 4:8

**9**

931-2200 3:24
954 3:19 4:10
98 2:5