# EXHIBIT 12