# EXHIBIT 13
# PART 3