UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

15-cv-07433-RWS

------------------------------------------------X

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Jeffrey S. Pagliuca, for admission to the practice Pro Hac Vice in the above-captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bar of the State of Colorado; and that his contact information is as follows:

> Jeffrey S. Pagliuca, Atty. Reg. #12462
> HADDON, MORGAN AND FOREMAN, P.C.
> 150 East 10th Avenue
> Denver, CO 80203
> Phone: 303.831.7364
> Fax: 303.832.2628
> jpagliuca@hmflaw.com



Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant, Ghislaine Maxwell in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.

1



All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Date: 3/15-16

United States District Judge
Robert W. Sweet