UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

VIRGINIA L. GIUFFRE,

              Plaintiff,

  - against -

GHISLAINE MAXWELL,

              Defendant.

----------------------------------------X

15 Civ. 7433 (RWS)

O R D E R

**Sweet, D.J.**

    Plaintiff's motions for leave to serve rolling production and privilege log, filed March 16, 2016, shall be heard at noon on March 17, 2016 in Courtroom 18C, United States Courthouse, 500 Pearl Street.

    It is so ordered.

**New York, NY**
**March 16, 2016**

_____
ROBERT W. SWEET
U.S.D.J.