# EXHIBIT B

# United States District Court
## Southern District of New York

Virginia L. Giuffre,

          Plaintiff,               Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

          Defendant.

_____/

## PLAINTIFF, VIRGINIA L. GIUFFRE'S DISCLOSURE PURSUANT TO FED. R. CIV. P. 26

COMES NOW the Plaintiff, Virginia L. Giuffre, by and through her undersigned counsel, and files this disclosure pursuant to Fed. R. Civ. P. 26 and states as follows:

**A.**    **Witnesses:**

    1.    Virginia L. Giuffre
        c/o Sigrid S. McCawley, Esq.
        Boies, Schiller & Flexner LLP
        401 East Las Olas Boulevard, Suite 1200
        Miami, Florida 33301
        Tel: (954) 356-0011
        Email: smccawley@bsfllp.com

        Plaintiff - information regarding Defendant, Ghislaine Maxwell's conduct that is the subject of this action

    2.    Ghislaine Maxwell
        c/o Laura A. Menninger, Esq.
        HADDON, MORGAN & FOREMAN, P.C.
        150 East 10th Avenue
        Denver, Colorado 80203
        Tel: (303) 831-7364
        Email: lmenninger@hmflaw.com

        Defendant in this action.

3.    Juan Alessi
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action

4.    Maria Alessi
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

5.    Janusz Banasiak
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

6.    Doug Band
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

7.    Gwendolyn Beck
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge concerning Defendant's conduct that is the subject of this action.

8.    Sophie Biddle
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

9.    Nadia Bjorlin
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

10.     Evelyn Boulet
        Address unknown at this time
        Telephone number unknown at this time

        Knowledge of Defendant's conduct that is the subject of this action.

11.     Kelly Bovino
        Address unknown at this time
        Telephone number unknown at this time

        Knowledge concerning Defendant's conduct that is the subject of this action.

12.     Jean Luc Brunel
        Address unknown at this time
        Telephone number unknown at this time

        Knowledge concerning Defendant's conduct that is the subject of this action.

13.     Dana Burns
        Address unknown at this time
        Telephone number unknown at this time

        Knowledge of Defendant's conduct that is the subject of this action.

14.     Karen Casey
        Address unknown at this time
        Telephone number unknown at this time

        Knowledge of Defendant's conduct that is the subject of this action.

15.     Valdson Cotrin
        Address unknown at this time
        Telephone number unknown at this time

        Knowledge of Defendant's conduct that is the subject of this action.

16.     Chauntae Davies
        Address unknown at this time
        Telephone number unknown at this time

        Knowledge concerning Defendant's conduct that is the subject of this action.

17.   Teala Davies
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

18.   Anouska DeGeorgieou
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

19.   Alan Dershowitz
      c/o Richard A. Simpson, Esq.
      WILEY REIN, LLP
      1776 K Street NW
      Washington, D.C. 20006
      Tel: (202) 719-7000

      Knowledge of Defendant's conduct that is the subject of this action.

20.   Ryan Dionne
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

21.   Celina Dubin
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

22.   Eva Anderson Dubin
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

23.   Glen Dubin
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

24.    Jordan Dubin
       Address unknown at this time
       Telephone number unknown at this time

       Knowledge of Defendant's conduct that is the subject of this action.

25.    Maya Dubin
       Address unknown at this time
       Telephone number unknown at this time

       Knowledge of Defendant's conduct that is the subject of this action.

26.    Prince Andrew Albert Christian Edward, Duke of York
       Address unknown at this time
       Telephone number unknown at this time

       Knowledge of Defendant's conduct that is the subject of this action.

27.    Jeffrey Epstein
       c/o Tonja Haddad Coleman, Esq.
       315 SE 7th Street, Suite 301
       Fort Lauderdale, FL 33301
       Tel: (954) 467-1223

       Knowledge of Defendant's conduct that is the subject of this action.

28.    Tatiana Espinoza
       Address unknown at this time
       Telephone number unknown at this time

       Knowledge of Defendant's conduct that is the subject of this action.

29.    Annie Farmer
       Address unknown at this time
       Telephone number unknown at this time

       Knowledge of Defendant's conduct that is the subject of this action.

30.    Alexandra Fekkai
       Address unknown at this time
       Telephone number unknown at this time

       Knowledge of Defendant's conduct that is the subject of this action.

31.   Frederic Fekkai
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

32.   Tony Figueroa
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

33.   Luciano "Jojo" Fontanilla
      Address unknown at this time
      917-975-4500

      Jeffrey Epstein's staff member in his various homes with knowledge of Defendant
      and Jeffrey Epstein's inappropriate conduct with underage girls.

34.   Lynn Fontanilla
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

35.   Lynn Forester
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

36.   Michael Friedman
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

37.   Rosalie Friedman
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

38.     Sheridan Gibson-Butte
        Address unknown at this time
        Telephone number unknown at this time

        Knowledge of Defendant's conduct that is the subject of this action.

39.     Fred Graff
        Address unknown at this time
        Telephone number unknown at this time

        Knowledge of Defendant's conduct that is the subject of this action.

40.     Tiffany Kathryn Gramza
        Address unknown at this time
        Telephone number unknown at this time

        Knowledge of Defendant's conduct that is the subject of this action.

41.     Claire Hazel
        Address unknown at this time
        Telephone number unknown at this time

        Knowledge of Defendant's conduct that is the subject of this action.

42.     Victoria Hazel
        Address unknown at this time
        Telephone number unknown at this time
        Knowledge of Defendant's conduct that is the subject of this action.

43.     Shelly Harrison
        Address unknown at this time
        Telephone number unknown at this time

        Knowledge of Defendant's conduct that is the subject of this action.

44.     Shannon Harrison
        Address unknown at this time
        Telephone number unknown at this time

        Knowledge of Defendant's conduct that is the subject of this action.

45.     Eugenia Ignatieva
        Address unknown at this time
        Telephone number unknown at this time

        Knowledge of Defendant's conduct that is the subject of this action.

46.   Sarah Kensington Vickers formerly Sarah Kellen
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

47.   Tatiana Kovylina
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

48.   Banu Kucukkoylu
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

49.   Adam Perry Lang
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

50.   Shelly Ann Lewis
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

51.   Michael Liffmann
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

52.   Cindy Lopez
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

53.   Melinda Lutz
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

54.   Cheri Lynch
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

55.   Nadia Marcinko formerly Nadia Marcinkova
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

56.   Bob Meister
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

57.   Todd Meister
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

58.   Brahakmana Mellawa
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

59.   Jayarukshi Mellawa
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

60.   Marvin Minsky
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

61.   Andrea Mitrovich
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

62.   Vanessa Modely
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

63.   David Mullen
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

64.   Svetlana Oriaznove
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

65.   Fabriame Pacheco
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

66.   Joe Pagano
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

67.   Mary Paluga
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

68. Joel Pashcow
    Address unknown at this time
    Telephone number unknown at this time

    Knowledge of Defendant's conduct that is the subject of this action.

69. Bill Peadon
    Address unknown at this time
    Telephone number unknown at this time

    Knowledge of Defendant's conduct that is the subject of this action

70. Francis Peadon
    Address unknown at this time
    Telephone number unknown at this time

    Knowledge of Defendant's conduct that is the subject of this action.

71. Dara Lynn Preece
    Address unknown at this time
    Telephone number unknown at this time

    Knowledge of Defendant's conduct that is the subject of this action.

72. Tom Pritzker
    Address unknown at this time
    Telephone number unknown at this time

    Knowledge of Defendant's conduct that is the subject of this action.

73. Louella Rabuyo
    Address unknown at this time
    Telephone number unknown at this time

    Knowledge of Defendant's conduct that is the subject of this action.

74. Rinaldo Rizzo
    Address unknown at this time
    Telephone number unknown at this time

    Knowledge of Defendant's conduct that is the subject of this action.

75.   Haley Robson
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

76.   David Rogers
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

77.   Adriana Ross formerly Adriana Mucinska
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

78.   Forest Sawyer
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

79.   Doug Schoetlle
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

80.   Joanna Sjoberg
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

81.   Kelly Spamm
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

82.   Ellen Spencer
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

83.   Melissa Stahl
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

84.   Mark Tafoya
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

85.   Emmy Taylor
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

86.   Brent Tindall
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

87.   Ed Tuttle
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

88.   Emma Vaghan
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

89.   Cresenda Valdes
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

90.   Evelyn Valenzuela
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

91.   Maritza Vazquez
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

92.   Larry Visosky
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

93.   Alexia Wallaert
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

94.   Igor Zinoview
      Address unknown at this time
      Telephone number unknown at this time

      Knowledge of Defendant's conduct that is the subject of this action.

95.   All other then-minor girls, whose identities Plaintiff will attempt to determine,
      with whom Defendant, Ghislaine Maxwell and Jeffrey Epstein, have engaged in
      sexual activity.

96.   All pilots, chauffeurs, chefs, and other employees of either Defendant Maxwell or
      Jeffrey Epstein with knowledge of Defendant and Jeffrey Epstein's inappropriate
      conduct with underage girls.

97.   All staff and employees at the Mar-a-Lago Club during 1999.

98.     All other witnesses learned through discovery process.

**B.    Exhibits:**

1. Palm Beach Police Department report and documents contained within Jeffrey Epstein's criminal files, attached hereto as Exhibit A.

2. March 10, 2011 Statement on behalf of Ghislaine Maxwell by Media agent Ross Gow, attached hereto as Exhibit B.

3. January 3, 2015 Daily Mail article: "Harvard Law Professor Named Alongside Prince Andrew in 'Sex Slave' Case Accuses Alleged Victim of 'Making Up Stories,'" attached hereto as Exhibit C.

4. January 3, 2015 Press Statement issued by Ross Gow to Express set forth in "Ghislaine Maxwell: I was not a madam for paedophile," attached as Exhibit D.

5. January 4, 2015 Statement by Ghislaine Maxwell to New York Daily News Reporter "Alleged Madam Accused of Supplying Prince Andrew With Underage Teen for Sex Spotted in NYC – As He's Seen Cutting Swiss Vacation Short to Face Queen," attached hereto as Exhibit E.

6. February 1, 2015 Mirror article: "Prince Andrew's Pal Ghislaine Maxwell May Sue Over Madam Allegations," attached hereto as Exhibit F.

7. May 1, 2009 Complaint in Jane Doe No. 102 v. Jeffrey Epstein, CIV-09-80656, in the Southern District of Florida, attached hereto as Exhibit G.

8. Flight Logs, attached hereto as Exhibit H.

**C.    Computation of damages:**

1.     Physical, psychological and psychiatric injuries and resulting medical expenses – precise amount yet to be computed, but not less than $100,000.00.

2.     Past, present and future pain and suffering, mental anguish, humiliation, embarrassment, loss of self-esteem, loss of standing in the community, loss of dignity and invasion of privacy in her public and private life – precise amount yet to be computed, but not less than $30,000,000.00.

3.     Past and future lost wages and past and future loss of earning capacity and actual earnings – precise amounts yet to be computed, but not less than $5,000,000.00.

4.     Punitive Damages - to be based upon all relevant factors, including the egregious nature of Defendant, Ghislaine Maxwell's conduct and the need for a large award

to punish and deter conduct in view of the vast wealth of Defendant Maxwell, in an amount not less than $50,000,000.00

WE HEREBY CERTIFY that a true and correct copy of the above and foregoing Disclosure Pursuant to Fed. R. Civ. P. 26 has been provided by United States mail and electronic mail to all counsel of record identified below, on this 11th day of November, 2015.

Laura A. Menninger, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com

Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP

By:  /s/ Sigrid McCawley
     Sigrid McCawley (Pro Hac Vice)
     Boies Schiller & Flexner LLP
     401 E. Las Olas Blvd., Suite 1200
     Ft. Lauderdale, FL 33301
     (954) 356-0011

     David Boies
     Boies Schiller & Flexner LLP
     333 Main Street
     Armonk, NY 10504

     Ellen Brockman
     Boies Schiller & Flexner LLP
     575 Lexington Ave
     New York, New York 10022
     (212) 446-2300