# EXHIBIT 2

# United States District Court
## Southern District of New York

Virginia L. Giuffre,

                 Plaintiff,                    Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

                 Defendant.

_____/

### PLAINTIFF, VIRGINIA GIUFFRE'S REVISED DISCLOSURE
### PURSUANT TO FED. R. CIV. P. 26

       COMES NOW the Plaintiff, Virginia L. Giuffre, by and through her undersigned counsel,

and serves this revised disclosure pursuant to Fed. Civ. P. 26 and states as follows:

**A.**       **Witnesses**:

     1.      Virginia L. Giuffre
                c/o Sigrid S. McCawley, Esq.
                Boies, Schiller & Flexner LLP
                401 East Las Olas Boulevard, Suite 1200
                Miami, Florida 33301
                Tel: (954) 356-0011
                Email: smccawley@bsfllp.com

                Plaintiff - information regarding Defendant, Ghislaine Maxwell's conduct that is
                the subject of this action

     2.      Ghislaine Maxwell
                c/o Laura A. Menninger, Esq.
                HADDON, MORGAN & FOREMAN, P.C.
                150 East 10th Avenue
                Denver, Colorado 80203
                Tel: (303) 831-7364
                Email: lmenninger@hmflaw.com

                Defendant in this action.

3.    Juan Alessi
6791 Fairway Lakes Drive, Boynton Beach, FL 33472
Telephone number unknown at this time

May have information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

4.    Maria Alessi
6791 Fairway Lakes Drive, Boynton Beach, FL 33472
Telephone number unknown at this time

May have information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

5.    Doug Band
President of Teneo Holdings, 601 Lexington Avenue, 45th Floor,
New York, NY 10022, Tel: (212) 886-1600

Was present on flights with Jeffrey Epstein and Ghislaine Maxwell and President Clinton and may have knowledge of Jeffrey Epstein and Ghislaine Maxwell's sexual trafficking conduct and interactions with minors.

6.    Gwendolyn Beck
P.O. Box 705, Arlington, VA 22216
(703) 656-6007

May have information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

7.    Sophie Biddle
388 W. Carmel Valley Road, Carmel Valley, CA 93924
Tel: (310) 394-7048

May have information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

8.    Nadia Bjorlin
c/o Cris Armenta, Esq.
11900 Olympic Blvd., Suite 730, Los Angeles, CA 90064
Tel: (310) 826-2826

Was present on flights with Jeffrey Epstein, Ghislaine Maxwell and Virginia Guiffre and may have information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

9.      Kelly Bovino
         16694 Via La Costa, Pacific Palisades, CA 90272
         Telephone number unknown at this time

May have information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

10.     Jean Luc Brunel
         c/o Joe Titone, Esq.
         621 South East 5th Street, Pompano Beach, FL 33060
         Tel: (954) 729-6490

Was present on flights with Jeffrey Epstein, Ghislaine Maxwell and Virginia Guiffre and has information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

11.     Ron Burkle
         Address unknown at this time
         Telephone number unknown at this time

Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct.

12.     Dana Burns
         Address unknown at this time.
         Telephone number unknown at this time

Worked for Ghislaine Maxwell and has information about Ghislaine Maxwell's recruiting of girls for Jeffrey Epstein.

13.     Alyson Chambers
         c/o Marshall Dore Louis, Esq.
         Sinclair, Louis & Zavertnik, P.A.
         40 N.W. 3rd Street, Suite 200, Miami, FL 33128
         Tel: (305) 374-0544

Worked for Jeffrey Epstein as a masseuse during the time that Virginia Giuffre was living and traveling with Jeffrey Epstein and Ghislaine Maxwell, and has information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct.

14.     Maximilia Cordero
        Address unknown at this time
        Telephone number unknown at this time

        May have information about Ghislaine Maxwell and Jeffrey Epstein's sexual
trafficking conduct.


15.     Valdson Cotrin
        Address unknown at this time
        Telephone number unknown at this time

        May have information about Ghislaine Maxwell and Jeffrey Epstein's sexual
trafficking conduct.


16.     Chauntae Davies
        1017 N. Spaulding Avenue, #8, West Hollywood, CA 90056
        Telephone number unknown at this time

        Was present on flights with Jeffrey Epstein, Ghislaine Maxwell and may have
information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and
interaction with underage minors.


17.     Teala Davies
        1212 N. Clark Street, Apt. #7, West Hollywood, CA 90069
        Telephone number unknown at this time

        Was present on flights with Jeffrey Epstein, Ghislaine Maxwell and may have
information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and
interaction with underage minors.


18.     Anouska DeGeorgieou
        536 N. Edinburgh Avenue, Los Angeles, CA 90048
        Telephone number unknown at this time

        May have information about Ghislaine Maxwell and Jeffrey Epstein's sexual
trafficking conduct and interaction with underage minors.


19.     Alan Dershowitz
        c/o Richard A. Simpson, Esq.
        WILEY REIN, LLP
        1776 K Street NW
        Washington, D.C. 20006
        Tel: (202) 719-7000

Has knowledge of Defendant's conduct that is the subject of this action.

20.     Ryan Dionne
        Address unknown at this time
        Telephone number unknown at this time

        May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking
conduct.

21.     Eva Anderson Dubin
        1090 N. Lake Way, Palm Beach, FL 33480
        1040  5th Avenue, #15, New York, NY 10028
        Telephone number unknown at this time

        Was present on flights with Jeffrey Epstein, Ghislaine Maxwell and has
information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and
interaction with underage minors.

22.     Glen Dubin
        1090 N. Lake Way, Palm Beach, FL 33480
        1040  5th Avenue, #15, New York, NY 10028
        Telephone number unknown at this time

        Was present on flights with Jeffrey Epstein, Ghislaine Maxwell and has
information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and
interaction with underage minors.

23.     Prince Andrew Albert Christian Edward, Duke of York
        Buckingham Palace Rd, London SW1A 1AA
        Tel: 020 7766 7300

        Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking
conduct and interaction with underage minors, including Virginia Giuffre.

24.     Jeffrey Epstein
        c/o Tonja Haddad Coleman, Esq.
        315 SE 7th Street, Suite 301
        Fort Lauderdale, FL 33301
        Tel: (954) 467-1223
        and
        c/o Marty Weinberg, Esq.
        20 Park Plaza, Suite 1000, Boston, MA 02116
        Tel: (617) 227-3700

Has knowledge of Defendant's conduct that is the subject of this action and knowledge of his sexual trafficking operation and other co-conspirators.

25.    Tatiana Espinoza
       Address unknown at this time
       Telephone number unknown at this time

May have information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

26.    Frederic Fekkai
       Address unknown at this time
       Telephone number unknown at this time

Has knowledge of Defendant's conduct that is the subject of this action.

27.    Tony Figueroa
       104 Houston School Ct, Red Oak, TX 75154
       Telephone number unknown at this time

Has knowledge of Defendant's conduct that is the subject of this action.

28.    Luciano "Jojo" Fontanilla
       18 Teneyck Avenue, Valley Stream, NY 11580-4016
       917-975-4500

Jeffrey Epstein's staff member in his various homes and may have knowledge of Defendant and Jeffrey Epstein's inappropriate conduct with underage girls.

29.    Lynn Fontanilla
       18 Teneyck Avenue, Valley Stream, NY 11580-4016
       Telephone number unknown at this time

May have knowledge of Defendant's conduct that is the subject of this action.

30.    Michael Friedman
       53320 Avenida Madero, La Quinta, CA 92253
       Telephone number unknown at this time

Former house staff and may have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with minors.

31.     Rosalie Friedman
        53320 Avenida Madero, La Quinta, CA 92253
        Telephone number unknown at this time

        Former house staff and may have knowledge of Ghislaine Maxwell and Jeffrey
Epstein's sexual trafficking conduct and interaction with minors.


32.     Tiffany Kathryn Gramza
        3927 Downey Ct, Simi Valley, CA 93063-2836
        Telephone number unknown at this time

        May have information about Ghislaine Maxwell and Jeffrey Epstein's sexual
trafficking conduct and interaction with underage minors


33.     Eric Gany
        Address unknown at this time
        Telephone number unknown at this time

        May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking
conduct.


34.     Amanda Grant
        Address unknown at this time
        Telephone number unknown at this time

        May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking
conduct.


35.     Lesley Groff
        Address unknown at this time
        Telephone number unknown at this time

        May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking
conduct.


36.     Claire Hazel
        Address unknown at this time
        Telephone number unknown at this time

        Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking
conduct and interaction with underage minors

37.  Shelly Harrison
     Address unknown at this time
     Telephone number unknown at this time

     May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors

38.  Stephen Kaufman
     Address unknown at this time
     Telephone number unknown at this time

     Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors

39.  Sarah Kensington Vickers formerly Sarah Kellen
     50 S. Pointe Dr, Apt. 2304, Miami Beach, FL 33139
     Telephone number unknown at this time

     Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interactions with minors.

40.  Tatiana Kovylina
     1 Central Park South, #1306, New York, NY 10019-1732
     Telephone number unknown at this time

     May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors

41.  Banu Kucukkoylu
     4712 Admiralty Way, # 383, Marina Del Rey, CA 90292
     Telephone number unknown at this time

     Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors

42.  Adam Perry Lang
     Address unknown at this time
     Telephone number unknown at this time

     Traveling chef for Jeffrey Epstein and Ghislaine Maxwell and may have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

43.   Shelly Ann Lewis
      Address unknown at this time
      Telephone number unknown at this time

      May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors


44.   Michael Liffman
      Address unknown at this time
      Telephone number unknown at this time

      May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct.


45.   Peter Listerman
      Address unknown at this time
      Telephone number unknown at this time

      May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors


46.   Cindy Lopez
      Address unknown at this time
      Telephone number unknown at this time

      May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors


47.   Melinda Lutz
      Address unknown at this time
      Telephone number unknown at this time

      May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors


48.   Cheri Lynch
      Address unknown at this time
      Telephone number unknown at this time

      May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

49.     Nadia Marcinko formerly Nadia Marcinkova
        301 E. 66th Street, New York, NY 10065-6205
        Telephone number unknown at this time

        Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking
conduct and interaction with underage minors

50.     Todd Meister
        101 Seminole Avenue, Palm Beach, FL 38480
        Tel: (561) 650-0083

        May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking
conduct and interaction with underage minors

51.     Brahakmana Mellawa
        Address unknown at this time
        Telephone number unknown at this time

        House staff who may have knowledge of Ghislaine Maxwell and Jeffrey Epstein's
sexual trafficking conduct and interaction with underage minors.

52.     Jayarukshi Mellawa
        Address unknown at this time
        Telephone number unknown at this time

        House staff who may have knowledge of Ghislaine Maxwell and Jeffrey Epstein's
sexual trafficking conduct and interaction with underage minors.

53.     George Mitchell
        Address unknown at this time
        Telephone number unknown at this time

        Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking
conduct and interaction with underage minors.

54.     Bill Peadon
        617 Piedmont Rd, West Palm Beach, FL 33405-1534
        Telephone number unknown at this time

        House staff that may have knowledge of Ghislaine Maxwell and Jeffrey Epstein's
sexual trafficking conduct and interaction with underage minors.

55.     Francis Peadon
        617 Piedmont Rd, West Palm Beach, FL 33405-1534
        Telephone number unknown at this time

        House staff that may have knowledge of Ghislaine Maxwell and Jeffrey Epstein's
sexual trafficking conduct and interaction with underage minors.


56.     Tom Pritzker
        Address unknown at this time
        Telephone number unknown at this time

        Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking
conduct and interaction with underage minors.


57.     Louella Rabuyo
        Address unknown at this time
        Telephone unknown at this time

        House staff that may have knowledge of Ghislaine Maxwell and Jeffrey Epstein's
sexual trafficking conduct and interaction with underage minors.


58.     Bill Richardson
        Address unknown at this time
        Telephone number unknown at this time

        Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking
conduct and interaction with underage minors.


59.     Rinaldo Rizzo
        Address unknown at this time
        Telephone number unknown at this time

        Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking
conduct and interaction with underage minors.


60.     Haley Robson
        Address unknown at this time
        Telephone number unknown at this time

        Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking
conduct and interaction with underage minors.

61.    David Rogers
c/o Bruce E. Reinhart, Esq.
Tel: (561) 202-6360

Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

62.    Adriana Ross formerly Adriana Mucinska
c/o Alan S. Ross, Esq.
Tel: (305) 858-9550

Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

63.    Johanna Sjoberg
c/o Marshall Dore Louis, Esq.
40 N.W. 3rd Street, Suite 200, Miami, FL 33128
Tel: (305) 374-0544

Worked for Jeffrey Epstein during the time when Virginia Giuffre was living and traveling with Jeffrey Epstein and Ghislaine Maxwell.  Johanna Sjobjerg was also present at an occasion with Prince Andrew, Ghislaine Maxwell, and Virginia Giuffre when Ms. Giuffre was a minor.

64.    Kelly Spamm
Address unknown at this time
Telephone number unknown at this time

May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

65.    Emmy Taylor
Address unknown at this time
Telephone number unknown at this time

Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

66.    Evelyn Valenzuela
Address unknown at this time
Telephone number unknown at this time

May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct.

67.     Larry Visosky
        c/o Bruce E. Reinhart, Esq.
        Tel: (561) 202-6360
        Telephone number unknown at this time

        Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

68.     Leslie Wexner
        c/o John W. Zeiger, Esq., Zeiger, Tigges & Little LLP
        41 South High Street, Suite 3500, Columbus, Ohio 43215
        Tel: (614) 365-9900

        Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors..

69.     Igor Zinoview
        Address unknown at this time
        Telephone number unknown at this time

        Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

70.     All other then-minor girls, recruited by Ghislaine Maxwell, whose identities Ms. Giuffre will attempt to determine, with whom Defendant, Ghislaine Maxwell and Jeffrey Epstein, have engaged in sexual activity.

71.     All pilots, chauffeurs, chefs, and other employees of either Defendant Maxwell or Jeffrey Epstein with knowledge of Defendant and Jeffrey Epstein's inappropriate conduct with underage girls.

72.     All staff and employees at the Mar-a-Lago Club during 1999-2002.

73.     All other witnesses learned through discovery process.

**B.    Exhibits:**

1.      Palm Beach Police Department report and documents contained within Jeffrey Epstein's criminal files, attached hereto as Exhibit 1.

2.      March 10, 2011 Statement on behalf of Ghislaine Maxwell by Media agent Ross Gow, attached hereto as Exhibit 2.

3.      September 3, 2008 Victim Notification Letter, attached hereto as Exhibit 3.

4.      May 1, 2009 Complaint in Jane Doe No. 102 v. Jeffrey Epstein, CIV-09-80656, in the Southern District of Florida, attached hereto as Exhibit 4.

5.      FBI 302 Statement, attached hereto as Exhibit 5.

6.      Flight Logs, attached hereto as Composite Exhibit 6.

7.      Message Pads from Law Enforcement from trash pull of Jeffrey Epstein's Palm Beach home, attached hereto as Exhibit 7.

8.      Jeffrey Epstein's Phone Book, also referred to as his "Black Book," attached hereto as Exhibit 8.

9.      Deposition of Sarah Kellen, attached hereto as Composite Exhibit 9.

10.     Deposition Transcripts of Juan Alessi, attached hereto as Exhibit 10.

11.     Deposition Transcripts of Alfredo Rodriguez, attached hereto as Exhibit 11.

12.     January 2, 2015 Corrected Joinder Motion [DE 280] filed in the CVRA action pending in the Southern District of Florida, attached hereto as Exhibit 12. **[All paragraphs between "The Government then concealed from Jane Doe No. 3 the existence of the NPA (pg. 3) and "The Government was well aware of Jane Doe No. 3 when it was negotiating the NPA" (pg. 6) were stricken by Judge Marra.]**

13.     January 21, 2015 Declaration of Jane Doe No. 3 filed in the CVRA action pending in the Southern District of Florida, attached hereto as Exhibit 13. **[Paragraphs 4, 5, 7, 11, 13, 15, 19-53, and 59 were stricken by Judge Marra]**

14.     February 6, 2015 Declaration of Jane Doe No. 3 filed in the CVRA action pending in the Southern District of Florida, attached hereto as Exhibit 14. **[Paragraphs 7-12, 16, 39 and 49 were stricken by Judge Marra.]**

15.     November 25, 2015 Affidavit of Virginia Giuffre, filed in the *Bradley Edwards and Paul Cassell v. Alan Dershowitz* matter, pending in the Seventeenth Judicial Circuit, Broward County, Florida, attached hereto as Exhibit 15.

16.     Virginia Roberts' passport, attached hereto as Exhibit 16.

17.     Judge Thomas Lynch's January 12, 2016 Confidentiality Order regarding Virginia Giuffre's deposition, attached hereto as Exhibit 17.

18.     Documents produced and bates labelled Non-Party VR 000001 – Non-Party VR 000644, in the *Bradley Edwards and Paul Cassell v. Alan Dershowitz* matter,

pending in the Seventeenth Judicial Circuit, Broward County, Florida, attached hereto as Exhibit 18.

19. Victims Refuse Silence Articles of Incorporation and Amendment, attached hereto as Composite Exhibit 19.

20. Victims Refuse Silence By-laws, attached hereto as Exhibit 20.

21. Victims Refuse Silence 2016 Annual Report, attached hereto as Exhibit 21.

22. January 3, 2015 Daily Mail article: "Harvard Law Professor Named Alongside Prince Andrew in 'Sex Slave' Case Accuses Alleged Victim of 'Making Up Stories,'" attached hereto as Exhibit 22.

23. January 3, 2015 Press Statement issued by Ross Gow to Express set forth in "Ghislaine Maxwell: I was not a madam for paedophile," attached as Exhibit 23.

24. January 4, 2015 Statement by Ghislaine Maxwell to New York Daily News Reporter "Alleged Madam Accused of Supplying Prince Andrew With Underage Teen for Sex Spotted in NYC – As He's Seen Cutting Swiss Vacation Short to Face Queen," attached hereto as Exhibit 24.

25. February 1, 2015 Mirror article: "Prince Andrew's Pal Ghislaine Maxwell May Sue Over Madam Allegations," attached hereto as Exhibit 25.

26. September 23, 2007 Red Ice Creations Article "Prince Andrew's Friend, Ghislaine Maxwell, Some Underage Girls, and A Very Disturbing Story," attached hereto as Exhibit 26.

27. Photographs, attached hereto as Exhibit 27.

28. April 13, 2010 Deposition Transcript of Nadia Marcinkova, attached hereto as Exhibit 28.

C. **Computation of damages:**

1. Physical, psychological and psychiatric injuries and resulting medical expenses – in an amount of approximately $ 102,200 present value.

   a. **Computation Analysis**:

      i. Giuffre has had to receive treatment for the psychological harm as a result of Maxwell's conduct towards Giuffre.

      ii. The average annual expenditures for mental health services for adults 18-64 in the United States is $1,751.

    iii.    Giuffre needs continuing care as a result of the harm she has suffered. Ms. Giuffre was born August 9, 1983 and was 31.4 years old at the beginning of 2015 when the alleged harm occurred. The average remaining life expectancy for a 31 year old female is 51.1 years.

    iv.    Based on a remaining life expectancy of 51.1 years, annual healthcare cost growth of 3.3% and a discount rate of 2.7%, the present value of expected treatment costs is $102,200 as of 1/1/2015.

  b.  **Supporting Evidence**:

    i.    Ms. Giuffre is in the process of collecting records from her physicians

    ii.    Ms. Giuffre's testimony

    iii.    Ms. Giuffre is in the process of retaining an expert to calculate damages, and will provide further information through expert disclosure.

2.    Past, present and future pain and suffering, mental anguish, humiliation, embarrassment, loss of self-esteem, loss of standing in the community, loss of dignity and invasion of privacy in her public and private life not less than $30,000,000.00.

  a.  **Computation Analysis**

    i.    Under New York law, defamation per se as alleged in this case presumes damages and special damages do not need to be plead and proven. *See Celle v. Filipino Reporter Enterprises Inc.,* 209 F.3d 163, 179 (2nd Cir. 2000) (Second Circuit holding that '[i]f a statement is defamatory per se, injury is assumed.  In such a case 'even where the plaintiff can show no actual damages at all, a plaintiff who has otherwise shown defamation may recover at least nominal damages' and  the Second Circuit also confirmed an award of punitive damages).  Ms. Giuffre has been severely damaged by the defamation of the defendant, by calling her claims of sexual abuse "obvious lies". The defamation caused Ms. Giuffre to re-live the sexual abuse she previously endured.  Ms. Giuffre has suffered and continues to suffer from the pain, mental anguish, humiliation, embarrassment, loss of self-esteem, loss of standing in the community, loss of dignity and invasion of privacy in her public and private life.  The computation of this amount is in the province of the jury but Ms. Giuffre contends, including but not limited to, awards in other similar matters, that the

amount is not less than $30,000,000.00.  Ms. Giuffre is in the process of retaining an expert, and will provide further information through expert disclosure.

    b.   **Supporting Evidence**

       i.   Ms. Giuffre's testimony

      ii.   Witness testimony

    iii.   Awards in similar matters

    iv.   Ms. Giuffre is in the process of retaining an expert, and will provide further information through expert disclosure.

3.   Estimated lost income of $180,000 annually.  Present value of $3,461,000 to $5,407,000.

    a.   **Computation Analysis**

       i.   Ms. Giuffre's estimated compensation capacity is $180,000 annually. Ms. Giuffre was born August 9, 1983 and was 31.4 years old at the beginning of 2015 when the alleged injury occurred.  Her expected remaining work life based on mortality and probability of continued work was 20.2 years.  Based on these factors, a 2% annual growth rate and a 2.4% discount rate, the present value of lost compensation is $3,461,000 as of 1/1/2015.

      ii.   Alternatively, if Ms. Giuffre is assumed to work until a normal retirement age of 65, or 33.6 years from her age at the beginning of 2015, and based on an annual growth rate of 2.0% and a discount rate of 2.7%, the present value of lost compensation is $5,407,000 as of 1/1/2015.

    b.   **Supporting Evidence**

       i.   Materials regarding compensation and work life expectancy

          1)   2010 Life Table for Females, *National Vital Statistics Report*, November 6, 2014, U.S. Department of Health & Human Services, Centers for Disease Control & Prevention, National Center for Health Statistics.

2)   "Calculation of Work life Expectancy Using the Life, Participation, Employment Method," Vocational Econometrics, Inc.

3)   Consumer Price Index for Urban Wage Earners and Clerical Workers, United States Department of Labor, Bureau of Labor Statistics.

4)   Federal Reserve Statistical Release H.15, 1/5/2015.

ii.   Ms. Giuffre's testimony

iii.   Ms. Giuffre is in the process of retaining a damages expert and will provide further information through expert disclosures.

4.   **<u>Punitive Damages</u>** - to be based upon all relevant factors, including the egregious nature of Defendant, Ghislaine Maxwell's conduct and the need for a large award to punish and deter conduct in view of the vast wealth of Defendant Maxwell, in an amount not less than $50,000,000.00.

a.   This calculation is in the province of the jury.

Dated March 11, 2016

                                   Respectfully Submitted,

                                   BOIES, SCHILLER & FLEXNER LLP

By:  /s/ Sigrid McCawley
        Sigrid McCawley (Pro Hac Vice)
        Boies Schiller & Flexner LLP
        401 E. Las Olas Blvd., Suite 1200
        Ft. Lauderdale, FL 33301
        (954) 356-0011

        David Boies
        Boies Schiller & Flexner LLP
        333 Main Street
        Armonk, NY 10504

        Ellen Brockman
        Boies Schiller & Flexner LLP
        575 Lexington Ave
        New York, New York 10022
        (212) 446-2300

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the above and foregoing

Disclosure Pursuant to Fed. R. Civ. P. 26 has been provided by United States mail and electronic

mail to all counsel of record identified below, on this 11th day of March, 2016.

Laura A. Menninger, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com

By: /s/ Sigrid McCawley
Sigrid McCawley