# EXHIBIT 3

United States District Court
Southern District of New York

Virginia L. Giuffre,

       Plaintiff,                 Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant..
_____/

**ADDENDUM TO PLAINTIFF'S RULE 26 INITIAL DISCLOSURES**

Treating physicians who would have relevant information regarding the computation of damages in Section C of the Revised Disclosures pursuant to Rule 26 dated March 11, 2016, include Dr. Steven W. Olson, 614 Yale Place, Canon City, CO 81212, Tel. 719-285-4321, and Dr. Carol Hayek, 191 225-227 Denison Road, Dulwich Hill, NSW 2203, Australia, Tel. 9090 2727.

Dated: March 22, 2016.                Respectfully Submitted,

                                          /s/ Sigrid S. McCawley
                                        Sigrid S. McCawley, Esq.
                                        Boies Schiller & Flexner LLP
                                        401 E. Las Olas Blvd., Suite 1200
                                        Ft. Lauderdale, FL 33301
                                        Tel: (954) 356-0011/Fax: 954-356-0022
                                        Email: smccawley@bsfllp.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 22nd day of March, 2016, I served the attached document ADDENDUM TO PLAINTIFF'S RULE 26 INITIAL DISCLOSURES via Email to the following counsel of record.

Laura A. Menninger, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com

Jeffrey S. Pagliuca, , Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: jpagliuca@hmflaw.com

                                                      /s/ Sigrid S. McCawley
                                                        Sigrid S. McCawley