United States District Court
Southern District of New York

Virginia L. Giuffre,

       Plaintiff,                Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.

_____/

## DECLARATION OF SIGRID S. McCAWLEY IN SUPPORT OF PLAINTIFF VIRGINIA GIUFFRE'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER REGARDING DEFENDANT'S DEPOSITION

I, Sigrid S. McCawley, declare that the below is true and correct to the best of my knowledge as follows:

1. I am a partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's September 29, 2015 Order granting my Application to Appear Pro Hac Vice.

2. I respectfully submit this Declaration in support of Plaintiff Virginia Giuffre's Response in Opposition to Defendant's Motion for Protective Order Regarding Defendant's Deposition [D.E. 63].

3. Attached hereto as Exhibit 1, is a true and correct copy of Sigrid McCawley's March 22, 2016 Correspondence.

4. Attached hereto as Exhibit 2, is a true and correct copy of Plaintiff's Supplemental Responses and Objections to Defendant's First Set of Discovery Requests.

5. Attached hereto as Exhibit 3, is a true and correct copy of Plaintiff's original Responses and Objections to Defendant's First Set of Discovery Requests dated March 16, 2016.

6. Attached hereto as Exhibit 4, is a true and correct copy of the Affidavit of Robert Conley from Rational Retention.

7. Attached hereto as Exhibit 5, is a true and correct copy of Sigrid McCawley's March 20, 2016 Correspondence to Defendant's Counsel.

8. Attached hereto as Exhibit 6, is a true and correct copy of Sigrid McCawley's February 19, 2016 Correspondence to Defendant's Counsel.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Sigrid S. McCawley
Sigrid S. McCawley, Esq.

Dated: March 23, 2016

                Respectfully Submitted,

                BOIES, SCHILLER & FLEXNER LLP

By: /s/ Sigrid McCawley
     Sigrid McCawley (Pro Hac Vice)
     Boies, Schiller & Flexner LLP
     401 E. Las Olas Blvd., Suite 1200
     Ft. Lauderdale, FL 33301
     (954) 356-0011

     David Boies
     Boies, Schiller & Flexner LLP
     333 Main Street
     Armonk, NY 10504

     Ellen Brockman
     Boies, Schiller & Flexner LLP
     575 Lexington Ave
     New York, New York 10022
     (212) 446-2300

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 23, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

>Laura A. Menninger, Esq.
>Jeffrey S. Pagliuca, , Esq.
>HADDON, MORGAN & FOREMAN, P.C.
>150 East 10th Avenue
>Denver, Colorado 80203
>Tel: (303) 831-7364
>Fax: (303) 832-2628
>Email: lmenninger@hmflaw.com
>Email: jpagliuca@hmflaw.com

>/s/ Sigrid S. McCawley
>Sigrid S. McCawley