# EXHIBIT 1

# BOIES, SCHILLER & FLEXNER LLP

401 EAST LAS OLAS BOULEVARD • SUITE 1200 • FORT LAUDERDALE, FL 33301-2211 • PH. 954.356.0011 • FAX 954.356.0022

Sigrid S. McCawley, Esq.
E-mail: smccawley@bsfllp.com

March 22, 2016

**Via Electronic Mail**

Laura A. Menninger, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203

   **Re:** *Giuffre v. Maxwell,*
     **Case no. 15-cv-07433-RWS**

Dear Ms. Menninger:

  Pursuant to last Thursday's hearing before Judge Sweet and my agreement to provide the Defendant with the exhibits that I may use at this Friday's deposition of the Defendant, below please find a list of the exhibits that we may rely upon.

| DESCRIPTION | BATES |
|---|---|
| September 21, 2015 Complaint [DE 1] filed in Maxwell defamation action | Giuffre002981-002992 |
| Defendant's Answer [DE 54] to Complaint dated March 14, 2016 | |
| March 18, 2016 Protective Order [DE 62] filed in Maxwell defamation action | |
| March 17, 2011 FBI 302 Interview of Virginia Giuffre (in Australia) | Giuffre001235-001246 |
| February 22, 2016 Re-Notice of Taking Videotaped Deposition of Ghislaine Maxwell - (March 25, 2016) | |
| February 5, 2016 Notice of Taking Videotaped Deposition of Ghislaine Maxwell - (March 2, 2016) | |
| Defendant Maxwell's Rule 26 Disclosures dated February 24, 2016 | |
| Defendant Maxwell's Privilege Log | |
| Defendant Maxwell's February 8, 2016 document production | GM_00001-00015 |
| Defendant Maxwell's February 29, 2016 Rule 26 Disclosure documents | GM_00016-00068 |
| 2009 Notice of Taking Videotaped Deposition of Ghislaine Maxwell, Subpoena and Daily Mail article | Exhibit 8 to Plaintiff's Motion to Compel Production of Documents Subject to Improper Objections [DE 25] |
| March 9, 2011 Ross Gow Statement | Giuffre001067 |

BOIES, SCHILLER & FLEXNER LLP

Letter to Laura Menninger, Esq.
March 22, 2016
Page 2

| DESCRIPTION | BATES |
| --- | --- |
| January 4, 2015 Express Article: "Ghislaine Maxwell I was Not a Madam for Paedophile" | Plaintiff's Rule 26 Disclosures |
| January 5, 2015 New York Daily News Article: "Alleged Madam Accused of Supplying Prince Andrew with Underage Teen For Sex Spotted In NYC - As He's Seen Cutting Swiss Vacation Short To Face Queen" | Giuffre001120 |
| Flight Logs | Giuffre000721-000859 |
| Message Pads | Giuffre001387-001571 |
| West Palm Beach Detective Report | Giuffre000002-000089 |
| Rodriguez Journal aka Black Book | Giuffre001573-001669 |
| Complaint in Jane Doe v. Epstein action | Giuffre001207-001233 |
| September 3, 2008 Victim Notification Letter | Giuffre001203-001205 |
| January 21, 2015 Declaration of Jane Doe No. 3 aka Virginia Giuffre in CVRA action | Giuffre000888-000906 |
| February 6, 2015 Declaration of Jane Doe No. 3 aka Virginia Giuffre in CVRA action | Giuffre000907-000934 |
| November 20, 2015 Declaration of Virginia Giuffre in Dershowitz action | Giuffre000383-000398 |
| February 1, 2015 Mirror Article "Prince Andrew's Pal Ghislaine Maxwell May Sue Over Madam Allegations | Giuffre001125-001128 |
| January 3, 2015 Daily Mail Article: "Harvard Law Professor Named Alongside Prince Andrew in Sex-Slave Case Accuses Alleged Victim of Making Up Stories | Giuffre001088-001099 |
| September 23, 2007 Red Ice Creations Article: "Prince Andrew's Friend, Ghislaine Maxwell, Some Underage Girls And a Very Disturbing Story | Giuffre001131-001138 |
| Photographs | Giuffre000404-000424 |
| Thailand Flight Information and Invoices for VR | Giuffre000375-381 and Giuffre000919-926 |
| November 21, 2005 Statement of Juan Alessi | Giuffre000598-623 |
| March 24, 2010 Deposition Transcript of Sarah Kellen | Plaintiff's Revised Rule 26 Disclosures |
| April 13, 2010 Deposition Transcript of Nadia Marcinkova | Giuffre001164-001201 |
| July 29, 2009 Deposition Transcript of Alfredo Rodriguez | Giuffre000252-000318 |
| August 7, 2009 Continued Deposition Transcript of Alfredo Rodriguez | Giuffre001005-001057 |
| September 8, 2009 Deposition Transcript of Juan Alessi | Giuffre000091-000249 |
| Medical Records produced March 22, 2016 | |

BOIES SCHILLER & FLEXNER LLP

Letter to Laura Menninger, Esq.
March 22, 2016
Page 3

                              Sincerely,

                              Sigrid S. McCawley, Esq.

SSM/ep