United States District Court
Southern District of New York

Virginia L. Giuffre,

        Plaintiff,

v.

Ghislaine Maxwell,

        Defendant..
_____/

Case No.: 15-cv-07433-RWS

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Meredith L. Schultz, hereby move this Court for an Order for Admission to Practice Pro Hac Vice to appear as counsel for Plaintiff, Virginia L. Giuffre in the above-captioned action.

I am in good standing in the bar(s) of the state(s) of Florida and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: March 24, 2016.

Respectfully Submitted,

_____
Applicant Signature

Applicant's Name: Meredith L. Schultz

Firm Name: Boies Schiller & Flexner LLP

Address: 401 E. Las Olas Blvd., Suite 1200

City/State/Zip: Ft. Lauderdale, FL 33301

Telephone/Fax: Tel: (954) 356-0011/Fax: 954-356-0022

E-Mail: mschultz@bsfllp.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 24th day of March, 2016, I served the attached document MOTION FOR ADMISSION PRO HAC VICE OF MEREDITH L. SCHULTZ via Email to the following counsel of record.

Laura A. Menninger, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com

Jeffrey S. Pagliuca, , Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: jpagliuca@hmflaw.com

/s/ Meredith L. Schultz
Meredith L. Schultz