UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

3|24|16

VIRGINIA L. GIUFFRE,

                    Plaintiff,

                                              15 Civ. 7433 (RWS)

        - against -

                                                    ORDER

GHISLAINE MAXWELL,

                    Defendant.
----------------------------------------X

**Sweet, D.J.**


        Plaintiff's motion to compel Defendant to produce documents
subject to improper objections, docket no. 35, is resolved as
set forth in the official transcript of proceedings held March
17, 2016, docket no. 66. With respect to Plaintiff's motion to
compel Defendant to produce documents subject to improper
objections, docket no. 33, the parties are directed to submit
further briefing as set forth in the transcript. Defendant's
motion for a protective order, docket no. 63, and motion to
compel, docket no. 64, shall be heard at noon on Thursday, March
24, 2016 as stipulated, in Courtroom 18C, United States
Courthouse, 500 Pearl Street.


                    It is so ordered.

New York, NY
March 2-3 , 2016

ROBERT W. SWEET
U.S.D.J.