United States District Court
Southern District of New York

3/28/16

Virginia L. Giuffre,

    Plaintiff,

v.

Ghislaine Maxwell,

    Defendant..

Case No.: 15-cv-07433-RWS

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Meredith L. Schultz, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar(s) and the state(sa0 of Florida; and that her contact information is as follows:

    Applicant's Name: Meredith L. Schultz

    Firm Name: Boies Schiller & Flexner LLP

    Address: 401 E. Las Olas Blvd., Suite 1200

    City/State/Zip: Ft. Lauderdale, FL 33301

    Telephone/Fax: Tel: (954) 356-0011/Fax: 954-356-0022

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Virginia L. Giuffre in the above entitles action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 3-24-16

United States/District/Magistrate Judge