# EXHIBIT C

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

CIVIL DIVISION

BRADLEY J. EDWARDS, and
PAUL G. CASSELL,

    Plaintiffs,

v.

ALAN DERSHOWITZ,

    Defendant.
_____/

CASE NO. CACE 15-000072

## [PROPOSED] CONFIDENTIALITY ORDER

THIS CAUSE COMES before the Court based on its Order dated November 12, 2015 granting, in part, Non-Party Jane Doe No. 3's Motion to Quash Subpoena or for a Protective Order. This Court ordered that "A Confidentiality Order Shall Be Entered."

Accordingly, having reviewed the record and being otherwise duly advised, the Court issues the following Confidentiality Order:

1. The deposition testimony of Non-Party Virginia Giuffre will be designated as "Confidential" and not subject to public disclosure. It may only be filed under seal.

2. Documents produced by Non-Party Virginia Giuffre that are confidential may be marked as "Confidential" and shall be treated in the same manner as confidential testimony.

DONE AND ORDERED in Broward County, Florida on this \_\_\_ day of January, 2016.

                                          Honorable Judge Thomas Lynch
                                          Circuit Court Judge

cc: Counsel of Record