UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

15-cv-07433-RWS

---

**Notice of Submission of Declaration in Support of Defendant's *In Camera* Submission in Opposition to Plaintiff's Motion to Compel the Production of Documents Subject to Improper Claim of Privilege**

1.    Defendant Ghislaine Maxwell notifies the plaintiff of her submission of Declaration in Support of Defendant's *In Camera* Submission in Opposition to Plaintiff's Motion to Compel the Production of Documents Subject to Improper Claim of Privilege.

Dated: March 31, 2016.

1

Respectfully submitted,

*/s/ Laura A. Menninger*
Laura A. Menninger (LM-1374)
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
Phone: 303.831.7364
Fax: 303.832.2628
lmenninger@hmflaw.com

*Attorney for Ghislaine Maxwell*

**CERTIFICATE OF SERVICE**

I certify that on March 31, 2016, I electronically filed this *Notice of Submission of Declaration in Support of Defendant's In Camera Submission in Opposition to Plaintiff's Motion to Compel the Production of Documents Subject to Improper Claim of Privilege* with the clerk of the court using the CM/ECF system which will send notification to all counsel of record including the following:

Sigrid S. McCawley
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com

*/s/ Brenda Rodriguez*