**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

        Plaintiff,                Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

        Defendant.

_____/

**DECLARATION OF SIGRID S. McCAWLEY IN SUPPORT OF PLAINTIFF VIRGINIA GIUFFRE'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL DEFENDANT'S FIRST SET OF DISCOVERY RESPONSES [D.E. 75]**

       I, Sigrid S. McCawley, declare that the below is true and correct to the best of my knowledge as follows:

       1.       I am a partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's September 29, 2015 Order granting my Application to Appear Pro Hac Vice.

       2.       I respectfully submit this Declaration in support of Plaintiff Virginia Giuffre's Response in Opposition to Defendant's Motion to Compel Defendant's First Set of Discovery Responses [D.E. 75].

       3.       Attached hereto as Exhibit 1, is a true and correct copy of the March 24, 2016 Hearing Transcript before the Honorable District Court Judge Robert W. Sweet.

       4.       Attached hereto as Exhibit 2, is a true and correct copy of Defendant's Responses and Objections to Plaintiff's First Request for Production of Documents.

       5.       Attached hereto as Exhibit 3, is a true and correct copy of Sigrid McCawley's March 28, 2016 Correspondence.

6.      Attached hereto as Exhibit 4, is a true and correct copy of GIUFFRE003714.

7.      Attached hereto as Exhibit 5, is a true and correct copy of Virginia Giuffre's

Identification Information for her Privilege Log ("Privilege Log Identities").

8.      Attached hereto as Exhibit 6, is a true and correct copy of Judge Thomas Lynch's

January 12, 2016 Protective Order.

I declare under penalty of perjury that the foregoing is true and correct.


                                        /s/ Sigrid S. McCawley_____
                                        Sigrid S. McCawley, Esq.

Dated: April 4, 2016

Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP

By:  /s/ Sigrid McCawley
    Sigrid McCawley (Pro Hac Vice)
    Meredith Schultz (Pro Hac Vice)
    Boies, Schiller & Flexner LLP
    401 E. Las Olas Blvd., Suite 1200
    Ft. Lauderdale, FL 33301
    (954) 356-0011

    David Boies
    Boies, Schiller & Flexner LLP
    333 Main Street
    Armonk, NY 10504

    Ellen Brockman
    Boies, Schiller & Flexner LLP
    575 Lexington Ave
    New York, New York 10022
    (212) 446-2300

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 4, 2016, I electronically filed the foregoing

document with the Clerk of Court by using the CM/ECF system.  I also certify that the foregoing

document is being served this day on the individuals identified below via transmission of Notices

of Electronic Filing generated by CM/ECF.

Laura A. Menninger, Esq.
Jeffrey S. Pagliuca, , Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com
Email: jpagliuca@hmflaw.com

/s/ Sigrid S. McCawley
Sigrid S. McCawley