United States District Court
Southern District of New York

Virginia L. Giuffre,

        Plaintiff,                    Case No.: 15-cv-07433-RWS

v.                                  **MOTION FOR ADMISSION PRO HAC VICE**

Ghislaine Maxwell,

        Defendant..

_____/

      Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Paul G. Cassell, hereby move this Court for an Order for Admission to Practice Pro Hac Vice to appear as counsel for Plaintiff, Virginia L. Giuffre in the above-captioned action.

      I am in good standing in the bar(s) of the state(s) of Utah and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: April 4, 2016.                Respectfully Submitted,

                                                 _/s/ Paul G. Cassell_
                                                 Applicant Signature

                                                 Applicant's Name:  Paul G. Cassell

                                                 Firm Name:  S.J. Quinney College of Law, University of Utah

                                                 Address:  383 S. University Street

                                                 City/State/Zip:  Salt Lake City, Utah 84112

                                                 Telephone/Fax:  Tel: (801) 858-5202 / Fax: (801) 585-2750

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 4th day of April 2016, I served the attached document MOTION FOR ADMISSION PRO HAC VICE OF PAUL G. CASSELL via Email to the following counsel of record.

Laura A. Menninger, Esq.
Jeffrey Pagliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com
         jpagliuca@hmflaw.com

                                                  /s/ Paul G. Cassell
                                                  Paul G. Cassell