United States District Court
Southern District of New York

Virginia L. Giuffre,

       Plaintiff,                       Case No.: 15-cv-07433-RWS

v.                                   **ORDER FOR ADMISSION PRO HAC VICE**

Ghislaine Maxwell,

       Defendant..

_____/

       The motion of Paul G. Cassell, for admission to practice Pro Hac Vice in the above captioned action is granted.

       Applicant has declared that she is a member in good standing of the bar(s) and the state of Utah; and that his contact information is as follows:

       Applicant's Name:   Paul G. Cassell_____

       Firm Name:  S.J. Quinney College of Law at the University of Utah

       Address:  383 S. University Street_____

       City/State/Zip:  Salt Lake City, Utah 84112_____

       Telephone/Fax:  Tel: (801) 858-5202 / Fax: (801) 585-2750_____

       Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Virginia L. Giuffre in the above entitles action;

       **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____              _____
                                                          Honorable Robert W. Sweet
                                                           United States/District Judge