# BOIES, SCHILLER & FLEXNER LLP

401 EAST LAS OLAS BOULEVARD • SUITE 1200 • FORT LAUDERDALE, FL 33301-2211 • PH. 954.356.0011 • FAX 954.356.0022

Sigrid S. McCawley, Esq.
Email: smccawley@bsfllp.com



April 5, 2016

**Via Facsimile Transmission**
**212-805-7925**
Honorable Robert W. Sweet
US District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Virginia Giuffre v. Maxwell*
   Case No. 15-cv-07433-RWS

Dear Judge Sweet:

Counsel for Ms. Giuffre inadvertently filed a confidential document as Exhibit 4 to Docket Entry 79. In order to rectify the error, counsel for Ms. Giuffre spoke with an employee with the ECF help desk who instructed us to inform the Court via letter that he placed a temporary seal on Exhibit 4 to Docket Entry 79, Declaration of Sigrid S. McCawley, pursuant to this Court's Protective Order (Docket Entry 62). Thank you for your consideration and my apologies for the error.

Sincerely,

Sigrid S. McCawley

So ordered
Sweet
USDJ
4-6-16

SSM/dk
Cc: Laura A. Menninger, Esq.
    Jeffrey Pagliuca, Esq.