UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

VIRGINIA L. GIUFFRE,

              Plaintiff,

  - against -

GHISLAINE MAXWELL,

              Defendant.

------------------------------------------X

15 Civ. 7433 (RWS)

O R D E R

**Sweet, D.J.**

    Defendant's letter objection to pro hac vice admission of Paul G. Cassell, submitted April 6, 2015, will be treated as a motion and heard at 10:00am on Wednesday April 13, 2016. Plaintiff's reply to Defendant's letter, if any, shall be submitted on or before Monday, April 11, 2016.

    It is so ordered.

**New York, NY**
**April 6, 2016**

ROBERT W. SWEET
U.S.D.J.