UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Virginia L. Giuffre,

    Plaintiff,                                                      Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

    Defendant.
_____/

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I **BRADLEY J. EDWARDS**, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for **Plaintiff, VIRGINIA L. GIUFFRE,** in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Florida and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: April 7, 2016                                Respectfully Submitted,

                                                                */s/ Bradley J. Edwards*
                                                                Bradley J. Edwards *(Seeking Pro Hac Vice)*
                                                                Farmer, Jaffe, Weissing,
                                                                Edwards, Fistos & Lehrman, P.L.
                                                                425 North Andrews Avenue, Suite 2
                                                                Fort Lauderdale, FL 33301
                                                                (954)524-2820 Telephone
                                                                (954)524-2822 Facsimile
                                                                Email: brad@pathtojustice.com
                                                                FLORIDA BAR NO.:  542075

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court's CM/ECF system on April 7, 2016, and will be served on all counsel of record listed below through the ECF system.

## SERVICE LIST

Laura A. Menninger
Jeffrey S. Pagliuca *(Pro Hac Vice)*
HADDON MORGAN AND FOREMAN
150 East 10th Avenue
Denver, CO 80203
Telephone: (303)-831-7364
Fax: (303)-832-2628
Email: lmenninger@hmflaw.com
Email: jpagliuca@hmflaw.com

*Attorneys for Defendant*


Meredith L Schultz
BOIES, SCHILLER & FLEXNER LLP (FL)
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954)-356-0011
Facsimile: (954)-356-0022
Email: mschultz@bsfllp.com

Paul G Cassell *(Pro Hac Vice)*
S.J. Quinney College of Law at The University of Utah
383 S. University Street
Salt Lake City, UT 84112-0730
Telephone (801)-585-5202
Facsimile: (801)-585-2750
Email: cassellp@law.utah.edu

Sigrid McCawley *(Pro Hac Vice)*
Boies Schiller & Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Telephone: (954) 356-0011

Facsimile: 954-356-0022
Email: smccawley@bsfllp.com

*Attorneys for Plaintiff*

                                                By: */s/ Bradley J. Edwards*
                                                   Bradley J. Edwards