UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Virginia L. Giuffre,

       Plaintiff,                                        Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.

_____/

## ORDER FOR ADMISSION PRO HAC VICE

The motion of **BRADLEY J. EDWARDS**, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar(s) of the state(s) of Florida; and that his contact information is as follows:

**BRADLEY J. EDWARDS**
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
(954)524-2820 Telephone
(954)524-2822 Facsimile
Email: brad@pathtojustice.com
FLORIDA BAR NO.: 542075

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff, Virginia L. Giuffre, in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                                  _____
                                                                           United States District / Magistrate Judge