UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

              15 Civ. 7433 (RWS)

- against -

              O R D E R

GHISLAINE MAXWELL,

    Defendant.
------------------------------------------X

**Sweet, D.J.**

  Defendant's motion to adjourn, filed April 7, 2016, is granted in part and denied in part. Any objection to the pro hac vice admission of Paul G. Cassell and Bradley James Edwards will be treated as motions and heard at 11:00am on Thursday April 21, 2016 in Courtroom 18C, United States Courthouse, 500 Pearl Street. Defendant's motion to compel is similarly adjourned to 11:00am on Thursday April 21, 2016. Plaintiff's reply to Defendant's letter with respect to Mr. Cassell, if any, remains returnable on or before Monday, April 11, 2016. Defendant's objection to the admission of Mr. Edwards, if any, shall be submitted on or before April 13, 2016. Plaintiff's reply to Defendant's objection with respect to Mr. Edwards shall be submitted on or before April 19, 2016.

It is so ordered.

New York, NY
April 8, 2016

_____
ROBERT W. SWEET
U.S.D.J.