United States District Court
Southern District of New York

Virginia L. Giuffre,

       Plaintiff,                Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.

_____/

## DECLARATION OF SIGRID S. McCAWLEY IN SUPPORT OF PLAINTIFF VIRGINIA GIUFFRE'S MOTION FOR CLARIFICATION OF COURT'S ORDER AND FOR FORENSIC EXAMINATION

I, Sigrid S. McCawley, declare that the below is true and correct to the best of my knowledge as follows:

1. I am a partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's September 29, 2015 Order granting my Application to Appear Pro Hac Vice.

2. I respectfully submit this Declaration in support of Plaintiff Virginia Giuffre's Motion for Clarification of Court's Order and For Forensic Examination.

3. Attached hereto as Exhibit 1, is a true and correct copy of Sigrid McCawley's March 28, 2016 Correspondence to Laura Menninger and Jeffrey Pagliuca.

4. Attached hereto as Exhibit 2, is a true and correct copy of Sigrid McCawley's April 7, 2016 Correspondence to Laura Menninger and Jeffrey Pagliuca.

5. Attached hereto as Exhibit 3, is a true and correct copy of Defendant's Responses and Objections to Plaintiff's Request for Production.

6. Attached hereto as Exhibit 4, is a true and correct copy of the March 17, 2016 Hearing Transcript before the Honorable Robert Sweet.

7. Attached hereto as Exhibit 5, is a true and correct copy of an Excerpt from the August 7, 2009 Continued Deposition of Alfredo Rodriguez.

8. Attached hereto as Exhibit 6, is a true and correct copy of Sigrid McCawley's March 10, 2016 Correspondence to Laura Menninger.

9. Attached hereto as Exhibit 7, is a true and correct copy of an Excerpt from the Flight Logs.

10. Attached hereto as Exhibit 8, is a true and correct copy of an Excerpt from the Message Pads collected by Law Enforcement from trash pulls of Jeffrey Epstein's Palm Beach mansion.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Sigrid S. McCawley
Sigrid S. McCawley, Esq.

Dated: April 13, 2016

        Respectfully Submitted,

        BOIES, SCHILLER & FLEXNER LLP

By: /s/ Sigrid McCawley
    Sigrid McCawley (Pro Hac Vice)
    Meredith Schultz (Pro Hac Vice)
    Boies, Schiller & Flexner LLP
    401 E. Las Olas Blvd., Suite 1200
    Ft. Lauderdale, FL 33301
    (954) 356-0011

    David Boies
    Boies, Schiller & Flexner LLP
    333 Main Street
    Armonk, NY 10504

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 13, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

>Laura A. Menninger, Esq.
>Jeffrey S. Pagliuca, , Esq.
>HADDON, MORGAN & FOREMAN, P.C.
>150 East 10th Avenue
>Denver, Colorado 80203
>Tel: (303) 831-7364
>Fax: (303) 832-2628
>Email: lmenninger@hmflaw.com
>Email: jpagliuca@hmflaw.com

                                        /s/ Sigrid S. McCawley
                                          Sigrid S. McCawley