# EXHIBIT 5

Page 270

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2

 3    JANE DOE NO. 2,            CASE NO: 08-CV-80119

 4         Plaintiff,

 5    Vs.

 6    JEFFREY EPSTEIN,

 7         Defendant.
      _____/
 8
      JANE DOE NO. 3,            CASE NO: 08-CV-80232
 9
           Plaintiff,
10                                        CONDENSED
      Vs.
11
      JEFFREY EPSTEIN,
12
           Defendant.
13    _____/

14    JANE DOE NO. 4,            CASE NO: 08-CV-80380

15         Plaintiff,

16    Vs.

17    JEFFREY EPSTEIN,

18         Defendant.
      _____/
19
      JANE DOE NO. 5,            CASE NO: 08-CV-80381
20
           Plaintiff,
21
      Vs
22
      JEFFREY EPSTEIN,
23
           Defendant.
24    _____/

25
```

Page 271

```
 1  JANE DOE NO. 6,        CASE NO: 08-CV-80994
 2     Plaintiff,
 3  Vs.
 4  JEFFREY EPSTEIN,
 5     Defendant.
                          /
 6
    JANE DOE NO. 7,        CASE NO: 08-CV-80993
 7
       Plaintiff,
 8
    Vs.
 9
    JEFFREY EPSTEIN,
10
       Defendant.
11                         /
12  C.M.A.,                CASE NO: 08-CV-80811
13     Plaintiff,
14  Vs.
15  JEFFREY EPSTEIN,
16     Defendant.
                          /
17
    JANE DOE,              CASE NO: 08-CV-80893
18
       Plaintiff,
19
    Vs.
20
    JEFFREY EPSTEIN,
21
       Defendant.
22                         /
```

Page 272

```
 1  JANE DOE NO. II,       CASE NO: 08-CV-80469
 2     Plaintiff,
 3  Vs.
 4  JEFFREY EPSTEIN,
 5     Defendant.
                          /
 6
    JANE DOE NO. 101       CASE NO: 08-CV-80591
 7
       Plaintiff,
 8
    Vs.
 9
    JEFFREY EPSTEIN,
10
       Defendant.
11                         /
12  JANE DOE NO. 102,      CASE NO: 08-CV-80656
13     Plaintiff,
14  Vs.
15  JEFFREY EPSTEIN,
16     Defendant.
                          /
```

Page 273

```
 1           IN THE CIRCUIT COURT OF THE 15TH
             JUDICIAL CIRCUIT IN AND FOR
 2           PALM BEACH COUNTY, FLORIDA
 3           CASE NO. 502008CA037319XXXXMB AB
 4
    B.B.,
 5
       Plaintiff,
 6
    Vs.
 7
    JEFFREY EPSTEIN.
 8
       Defendant.
 9                          /
10
11
12           1031 Ives Dairy Road
             Suite 228
13           North Miami, Florida
             August 7, 2009
14           1:15 p.m. to 5:30 p.m.
15
16           C O N T I N U E D
17           V I D E O T A P E D
18           D E P O S I T I O N
19                   of
20           ALFREDO RODRIGUEZ
21
22     taken on behalf of the Plaintiffs pursuant
23  to a Re-Notice of Taking Continued Videotaped
24  Deposition (Duces Tecum)
25                        - - -
```

Page 274

```
 1  APPEARANCES:
 2
 3           MERMELSTEIN & HOROWITZ, P.A.
             BY: ADAM HOROWITZ, ESQ.
 4           18205 Biscayne Boulevard
             Suite 2218
 5           Miami, Florida 33160
             Attorney for Jane Doe 2, 3, 4, 5,
 6           6, and 7.
 7
 8           ROTHSTEIN ROSENFELDT ADLER
             BY: BRAD J. EDWARDS, ESQ., and
 9           CARA HOLMES, ESQ.
             Las Olas City Centre
10           Suite 1650
             401 East Las Olas Boulevard
11           Fort Lauderdale, Florida 33301
             Attorney for Jane Doe and E.W.
12           And L.M.
13
14           PODHURST ORSECK
             BY: KATHERINE W. EZELL, ESQ.
15           25 West Flagler Street
             Suite 800
16           Miami, Florida 33130
             Attorney for Jane Doe 101 and 102.
17
18
             LEOPOLD-KUVIN
19           BY: ADAM J. LANGINO, ESQ.
             2925 PGA Boulevard
20           Suite 200
             Palm Beach Gardens, Florida 33410
21           Attorney for B.B.
```

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

Page 311

```
1      MR. CRITTON: Form.
2      THE WITNESS: Yes, ma'am.
3   BY MS. EZELL:
4      Q. And were there some who maybe came just
5   once or twice with other young women?
6      A. That's correct, ma'am.
7      Q. Now, where would the young woman who was
8   bringing another young woman go during the time
9   the person that she brought was upstairs giving
10  the massage?
11     MR. CRITTON: Form.
12     THE WITNESS: I will take them to the
13     kitchen and Sarah would take them from
14     there.
15  BY MS. EZELL:
16     Q. Do you know where she took them?
17     A. No, ma'am.
18     Q. Were they ever taken to just sit in the
19  living room and wait?
20     MR. CRITTON: Form.
21     THE WITNESS: I don't know, ma'am.
22  BY MS. EZELL:
23     Q. These pictures of nude young women taken
24  in gatherings where they were smiling, did they
25  appear to you to be taking part in an orgy?
```

Page 312

```
1      MR. CRITTON: Form.
2      THE WITNESS: I don't know, ma'am.
3   BY MS. EZELL:
4      Q. Do you know the word cavorting?
5      A. No, ma'am, I don't know.
6      Q. I need my Thesaurus. You said they were
7   smiling, did they appear to be having a good time?
8      A. Yes, ma'am.
9      Q. Did they appear to be doing anything
10  sexual?
11     A. Yes, ma'am.
12     Q. And in these instances were there girls
13  doing sexual things with other girls?
14     A. Yes, ma'am.
15     Q. And I'm still talking about the pictures
16  on Ms. Maxwell's computer.
17     A. Yes, ma'am.
18     MR. CRITTON: You're talking about the
19     group shots that he's mentioned from Russia
20     and Eastern Europe?
21     MS. EZELL: And girls in the shower.
22     MR. CRITTON: Let me object to the form
23     then the way you just now described that.
24     MS. EZELL: He said for instance.
25     MR. CRITTON: He had said a girl in the
```

Page 313

```
1      shower, I don't know whether he ever used
2      plural.
3   BY MS. EZELL:
4      Q. Was there more than one picture of a girl
5   in the shower?
6      A. There were two girls in the shower.
7      Q. Two girls in the shower together?
8      A. Yes, ma'am.
9      Q. And were those two girls engaged in
10  something sexual?
11     A. Yes, ma'am.
12     Q. And I may have asked you this question,
13  forgive me if I did, did you know those two girls?
14     A. No, ma'am.
15     Q. Did Ms. Maxwell have nude pictures of
16  Nadia on her computer?
17     MR. CRITTON: Form.
18     THE WITNESS: I don't know, ma'am.
19  BY MS. EZELL:
20     Q. Did you ever meet a young woman named
21  Emmy who had an association with Ms. Maxwell?
22     MR. CRITTON: Emmy?
23     MS. EZELL: Emmy.
24     THE WITNESS: I don't remember, ma'am.
25  BY MS. EZELL:
```

Page 314

```
1      Q. Did you ever have any conversations with
2   Ms. Maxwell about any of the women in those
3   pictures?
4      A. No, ma'am.
5      Q. And did you ever have a conversation with
6   Sarah Kellen about any of the pictures of the
7   girls in her computer?
8      A. No, ma'am.
9      Q. You were asked last time about the creams
10  and lotions that Mr. Epstein typically had
11  available to him and you said you thought there
12  was a favorite one but you couldn't remember it.
13     A. Spa.
14     Q. Spa, you did say Spa.
15     A. Yeah.
16     Q. Thank you.
17        Where did the stairway from the kitchen
18  lead -- to where did it lead?
19     A. To the second floor between the first and
20  second bedrooms.
21     Q. Were either of those bedrooms the master
22  bedroom?
23     A. No, ma'am.
24     Q. Could one go up that staircase through --
25  could one go up that staircase and reach the
```