# EXHIBIT 7

| Date 2000 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category AIRPLANE | GLIDER | HELICOPTER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV 19 | G-1159B | N908JE | BCD | TEB | | 1418 | JE, S HELLEY LEWIS | | 1 | | |
| 22 | " | " | TEB | DCA | | 1419 | JE, AP, S HELLEY LEWIS | 1/1 | 1 | | |
| 22 | " | " | DCA | PBI | | 1420 | JE, AP, S HELLEY LEWIS | 1/1 | 2 | | |
| 28 | " | " | PBI | TIST | | 1421 | JE, GM | | 2 | | |
| 30 | " | " | TIST | PBI | | 1422 | JE, GM | 1/1 | 2 | | |
| DEC 1 | " | " | PBI | DFW | | 1423 | JE, GM | | 2 | | |
| 1 | " | " | DFW | ABQ | | 1424 | JE, GM, RICCARDO LEGORETTA | 1/1 | 1 8 | | |
| 2 | " | " | ABQ | SAF | | 1425 | REPOSITION | 1/1 | 5 | | |
| 2 | " | " | SAF | TEB | | 1426 | JE, GM | | 3 5 | | |
| 5 | " | " | TEB | LFPB | | 1427 | JE, GM, ET, KELLY SPANN | | 6 8 | | |
| 6 | " | " | LFPB | EGGW | | 1428 | JE, GM, ET, KELLY SPANN | 1/1 | 1 0 | | |
| 7 | " | " | EGGW | EGYM | | 1429 | JE, GM, KELLY SPANN, TOM RITZKER, ? KEMBLE, MARKHAM ALGOMBE MOTEL | | 5 | | |
| 7 | " | " | EGYM | EGSH | | 1430 | REPOSITION (NONWICH/CUCKOO) SANDRINGHAM | | 4 | | |
| 9 | " | " | EGSH | CYQX | | 1431 | JE, GM, ET, KELLY SPANN (CLEMENTS SNOW ON RUNWAY) | | 5 0 | | |
| 9 | " | " | CYQX | PBI | | 1432 | JE, GM, ET, KELLY SPANN | | 4 7 | | |
| 11 | " | " | PBI | TEB | | 1433 | JE, GM, ET, VIRGINIA | | 2 6 | | |
| 19 | " | " | TEB | TIST | | 1434 | JE, GM, AP, VIRGINIA | 1/1 | 3 5 | | |
| 19 | " | " | TIST | PBI | | 1435 | REPOSITION FOR OPS 2 + TESTS | | 2 4 | | |
| JAN 13 2001 | " | " | PBI | PBI | | 1436 | TEAS CERTIFICATION | 1/1 | 7 | | |

Page Total: 9/16  45S
Amount Forward: 6342/6024  7991 9  3 3  1 2   6
Total to Date: 6351/6634  8037 4  3 12  112  6

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

| Date 19— 2001 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival | | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | From | To | | | | | AIRPLANE | GLIDER | HELICOPTER |
| JAN 16 | G-1159B | N908JE | PBI | LCQ | | 1437 | JG, GM, ET | 1 | 8 | | |
| 16 | " | " | LCQ | TEB | | 1438 | JG, GM, ET | 1 | 2 | | |
| 17 | " | " | TEB | PBI | | 1439 | JG, SHELLEY LEWIS | 1 | 2 | | |
| 22 | " | " | PBI | TEB | | 1440 | JG, GM, ET, AP | | 2 | | 4 |
| 23 | " | " | TEB | LFPB | | 1441 | JG, SHELLEY LEWIS | | 2 | | 5 |
| 25 | " | " | LFPB | CYQX | | 1442 | JE, SHELLEY LEWIS | 1 | 6 | | 7 |
| 25 | " | " | CYQX | TEB | | 1443 | JG, SHELLEY LEWIS | | 5 | | 4 |
| 26 | " | " | TEB | PBI | | 1444 | JG, GM, ET, VIRGINIA ROBERTS | | 2 | | 7 |
| 18 | C172 | N1946V | PBI-LNA | PBI-LNA | | | C172 VOUT PETE SORENSON | 2/2 | 2 | | 4 |
| 18 | " | " | LNA | LCQ | | | B727 CLOSING N505LS | | 2 | | 4 |
| 19 | " | " | LCQ | MCO | | | JUMPTHRU MANO - INSTRUMENT COMPETENCY CHECK - GEIS GREGORY | 1 | 2 | | 4 |
| 19 | " | " | MCO | LNA | | | → | | 2 | | 0 |
| 27 | G1159B | N908JE | PBI | TIST | | 1445 | JG, GM, ET, VIRGINIA ROBERTS | 1 | 2 | | 9 |
| 30 | " | " | TIST | PBI | | 1446 | JG, GM, ET, VIRGINIA ROBERTS | 1 | 2 | | 4 |
| FEB 3 | C-421B | N9086M | SAF | DFW | | | JUMPTHRU MANO - FAR 61.31(G) SANDSANDEP QUALIFICATION FL270 | 1 | 2 | | 6 |
| 17 | B-727-200 | SIMULATOR | MGM | MGM | | | STALLS, STEEP TURNS, ENGINE START, TURNS, CLIMBS, DESCENTS, V1 ENGINE FAILURES, WINDSHEAR APU FIRE, RTO, ENGINE FIRE, ONE + TWO ENGINE APPROACH, FLAP ASYMMETRY NON RADAR APPROACH | | 3 | | 0 |
| 18 | " | " | " | " | | | PUSH BACK, OVERT ROLL, EMERGENCY DECENT | | 2 | | 5 |
| 19 | " | " | DFW | NGIN | | | CIRCLING APPROACH MANUAL REVERSE DIR | | 3 | | 0 |
| 20 | " | " | MGN | MGN | | | TRAMMED STABILIZER, STATIC EMERGENCY 2-ENGINE GO AROUND RCTMG, STEEP TURNS, HOLDING | | 3 | | 2 |
| | | | | | | | | | 3 | | 5 |
| | | | | | | | Page Total | 10/9 | 52 | 4 | |
| | | | | | | | Amount Forward | 6351 / 6024 | 8637 | 33 | 112 |
| | | | | | | | Total to Date | 6361 / 6643 | 8689 | 33 | 112 |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

NON PARTY (VR) 000061

GIUFFRE000745

| Date 19— 2001 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival | | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | From | To | | | | | AIRPLANE | GLIDER | HELICOPTER | |
| 21 | B-727-200 | N°°°°°° | DFW | DFW | | | RUNWAY STABILIZED MANUAL GEAR-FLAPS FUEL DUMPING, RTO BRAKE-ONLY, BATTERY-STABS | | 2 5 | | | |
| 22 | " | SIMULATOR | MGM | MGM | | | STEEP TURNS, STALLS, SINGLE ENGINE ILS RECOMP 1+2 ENGINE APPROACHES, RTO STAB TRIM RUNAWAY | | 2 5 | | | |
| 23 | " | " | " | " | | | B727 CHECK RIDE | | 2 4 | | | |
| 23 | C-421B | N908GM | DFW | ADS | | | JONATHAN MANO - HIGH DENSITY AERODLDS OBSERVATIONS | 1 | 6 | | | |
| 23 | " | " | ADS | PNS | | | JONATHAN MANO - SID ICING OPERATIONS FUEL MANAGEMENT, RECEIVE MANAGE CHARTS | 1 | 3 2 | | | |
| 23 MAR 3 | " | " | PNS | PBI | | | JONATHAN MANO - LOST COMMUNICATIONS PROCEDURES W/GEAR OUT & IMBALANCE | | 3 | | | |
| 3 | " | " | PBI | LCQ | | | KRISTY RODGERS - CLIMB, DESCENTS STRAIGHT & LEVEL FLIGHT | | 1 | | | |
| 3 | " | " | LCQ | LAL | | | KRISTY RODGERS - TURNS, STRAIGHT-LEVEL | | 1 3 | | | |
| 5 | G-1159B | N909JE | LAL | PBI | | | KRISTY RODGERS - DESCENTS, S+L | | 1 | | | |
| 6 | " | " | PBI | CYJT | | 1464 | JG,GM,GS, VIRGINIA ROBERTS  CARY ROSBERRY | | 2 8 | | | |
| 4/5 | " | " | CYJT | LFPB | | 1465 | JG,GM,CS,VR  GERRY ROSBALIN | | 5 3 | | | |
| 4/5 | " | " | LFPB | LGGR | | 1466 | JG,GM,CS,VR  ALBERTO+LDMO PEMP EMANUEL+RICARDO LEGORETA  FCCR | | 2 5 | | | |
| 9 | " | " | LGGR | GMTT | | 1407 | JG,GM,CS,VR, ALBERTO+LDMO PEMP  LEGORETA  FCND | | 8 | | | |
| 11 | " | " | GMTT | EGGW | | 1468 | JG,GM,CS,VR | | 2 8 | | | |
| 11 | " | " | EGGW | BGR | | 1469 | JG,GM,CS,VR  REG | | 6 6 | | | |
| 14 | C-421B | N908GM | BGR | TEB | | 1470 | JG,GM,CS,VR  RGR | | 2 | | | |
| 14 | " | " | PBI | FLL | | | LARRY MORRISON-TAKEOFF S+L, CLIMB, DECENTS, TURNS | 1 | 6 | | | |
| 15 | G-1159B | N909JE | FU | PBI | | | LARRY MORRISON, CLAIR+LDES COMPL  S+L | 1 | 4 | | | |
| 15 | G-1159B | N909JE | TEB | JSR | | 1471 | JG,GM, AP, ALLEAR WALLACH, BRAN  KOECKROLU  RGR | 1 | 6 | | | |
| | | | | | | | Page Total | 8/7 | 43 6 | | | |
| | | | | | | | Amount Forward | 636 60+3 | 8089 8 | 3 3 | 112 | 6 |
| | | | | | | | Total to Date | 6369 6056 | 8133 4 | 3 3 | 112 | 6 |

I certify that the statements made by me on this form are true.

Pilot's Signature _David Rodgers_

NON PARTY (VR) 000062

GIUFFRE000746

| Date 2001 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category AIRPLANE | GLIDER | HELICOP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Apr 15 | G-1159B | N909TG | ISP | LCQ | | 1472 | JG, GM, AP, ALEXFO WALLACE, RGR, BANU KUZIKOWU | 1 | 2  6 | | |
| 15 | " | " | LCQ | PBI | | 1473 | JG, GM, AP, AN, BK | 1 | | | |
| 16 | " | " | PBI | IAIA | | 1414 | JG, GM, AP, AN, BK, CHERI LYNN RGR, RGR | 1 | 9 | | |
| 16 | " | " | MSP | TEST | | 1475 | JG, GM, RE, GV, BK, CL, EO TUTTLE, RGR | 1 | 7 | | |
| 19 | " | " | TEST | LGF | | 1476 | JG, GM, AP, AN, BK, CL, GITTE, RGR | 1 | 2  13 | | |
| 22 | " | " | LGA | PBI | | 1477 | JG, GM, ESTUE PAGANO, EVA CELINA, TUCKER QUEEN, MIA DUBOV & MANIN AW | 1 | 3  8 | | |
| 23 | C-421B | N908GM | PBI | OPF | | | KRISSY RODGERS - SOL, TURNS | | 2  4 | | |
| 23 | " | " | OPF | ELL | | | | | 6 | | |
| 23 | " | " | ELL | PBI | | | JONATHAN MANO - ILS - PBI | 1 | 4 | | |
| 24 | " | " | PBI | ISM | | | JONATHAN MANO - IFR CROSS COUNTRY STOP, CROSSTOM ACCOMMODATION | 1 | 6 | | |
| 24 | " | " | ISM | PBI | | | JONATHAN MANO - IFR CROSS COUNTRY ATC, MISCOMMUNICATIONS | 1 | 1  6 | | |
| 27 | G-1159B | N909TG | PBI | TEB | | 1478 | JG, GM, ETVR, 2 GENERALS, BANU RGR, KULINSKI | 1 | 2  15 | | |
| 29 | " | " | TEB | SAF | | 1479 | JG, GM, AP, VR, BK, MARV, J MENSKY, HENRY TARGET | | 4  11 | | |
| 31 | " | " | SAF | PBI | | 1480 | JG, GM, AP, VR, NADA BJORLEY, HENRY TARGET, J MENSKY | | 3  3 | | |
| Apr 1 | " | " | PBI | LCQ | | 1481 | JG, GM, AP | 1 | 1  6 | | |
| 1 | " | " | LCQ | TEB | | 1482 | JG, GM, AP | 1 | 2  1 | | |
| 3 | " | " | TEB | GAI | | 1483 | JG, HEATHER MANN, LYDIA | :/1 | 9 | | |
| 3 | " | " | GAI | TEB | | 1484 | JG, HEATHER MANN, LYDIA | | 8 | | |
| 4 | " | " | TEB | OGD | | 1485 | JG, RHONDA | 1 | 9 | | |

| | | | | | Page Total | 15/12 | 51  9 | | |
| | | | | | Amount Forward | 8369  6384 | 8133  4 | 3  3 | 112 |
| | | | | | Total to Date | 6062 | 8165  3 | 3  3 | 112 |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

| Date 19__ 2001 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival | | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | From | To | | | | | A DR PLAN | G-LION | | Helicopt. |
| APR 4 | G-1159B | N909JC | BED | TEB | | 1486 | JC | | | 9 | | | |
| 5 | " | " | TEB | PBI | | 1487 | JC, GT, BK | | 2 | 3 | | | |
| 6 | C-4218 | N908GM | PBI | FLL | | | LARRY MORRISON, TAXE S+L, CLIMBS TURNS, DESCENTS, LANDING | 1/1 | | 7 | | | |
| 6 | " | " | FLL | PBI | | | LARRY MORRISON · TAKE OFF & LANDING TAXE CHECKLIST, CLIMBS, TURNS, DESCEN | 1/1 | | 6 | | | |
| 9 | G-1159B | N909JC | PBI | ACY | | 1468 | JC, GT, VR, BK, JOANN | | 2 | 4 | | | |
| 9 | " | " | ACY | TEB | | 1489 | JC, GT, VR, BK, JOANN | √ | | 7 | | | |
| 11 | " | " | TEB | TIST | | 1490 | JC, GM, AP, BK, VR, JOANN | | 3 | 5 | | | |
| 16 | " | " | TIST | PBI | | 1491 | JC GM, AP, VR, BK, C. WENDELYN BECK | 1/1 | 2 | 7 | | | |
| 17 | " | " | PBI | TEB | | 1492 | JC GM GT, AP, BK, GB, ISCA MIWLOUS, MICHELLE, KALLY, KENALIL | 1/1 | 2 | 5 | | | |
| 20 | " | " | TEB | PBI | | 1493 | JC, GM, GT, BK | | 2 | 3 | | | |
| 23 | " | " | PBI | ORL | | 1494 | JC, GM, GT, KYLE | 1/1 | | 8 | | | |
| 23 | " | " | ORL | TEB | | 1495 | JC GM, GT, KYLE, HENRY JARGOFFE, STAF | √ | 2 | 2 | | | |
| 27 | " | " | TEB | SAF | | 1496 | JC, BK | | 3 | 9 | | | |
| 29 | " | " | SAF | VNY | | 1497 | JC, BK, KELLY BOVAN & | 1/1 | 1 | 7 | | | |
| MAY 2 | " | " | VNY | SAN | | 1498 | JC | 1/1 | | 7 | | | |
| 2 | " | " | SAN | LIT | | 1499 | JC | 1/1 | 3 | 6 | | | |
| 3 | " | " | LIT | ADS | | 1500 | JC | √ | | 9 | | | |
| 3 | " | " | ADS | SAT | | 1501 | JC, VIRGINIA ROBERTS | √ | | 7 | | | |
| 5 | " | " | SAT | PBF | | 1502 | JC, VR | √ | 2 | 4 | | | |

I certify that the statements made by me on this form are true.

Pilot's Signature _David Rodgers_

Gary Roxburgh

| | | | |
|---|---|---|---|
| Page Total | 14/11 | 35 1 | |
| Amount Forward | 6394 6062 6298 | 8165  3 | 3 3 112  6 |
| Total to Date | 6073 | 8206 4 | 3 3 112  6 |

NON PARTY (VR) 000064

GIUFFRE000748

| Date 19— 2cd | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE GLIDER | | HELICOPTER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MAY 7 | G-1159B | N909JE | PBI | CHO | | 1503 | JE, GM, GT, BMLA ROGERS G | 1/1 | 2 | 6 | |
| 7 | " | " | CHO | TEB | | 504 | JE, GM, GT, IMEA DOERRIG | 1 | 1 | | |
| 16 | C421B | N908GM | PBI | MCN | | | JONATHAN MANNO - CROSS COUNTRY PER, LARRY MORRISON PATTY, KRISTY | 1/1 | 2 | 6 | |
| 16 | " | " | MCN | 27K | | | JONATHAN MANNO - IFR GRASS COUNTRY LARRY MORRISON, PATTY, KRISTY | 1/1 | 2 | 1 | |
| 10 | " | " | 27K | OSU | | | JONATHAN MANNO - IER XC LARRY MORRISON | 1/1 | 2 | | |
| 10 | " | " | OSU | JVY | | | JONATHAN MANNO - GPS APCHATRNG | 1 | 1 | 2 | |
| 11 | " | " | JVY | 27K | | | NO PASSENGERS | 1/1 | 1 | 7 | |
| 12 | " | " | 27K | IMS | | | NO PASSEN (GOAL) | 1/1 | 1 | 7 | |
| 13 | " | " | IMS | GNV | | | RYAN COOMER - CLIMB/TURN/ DESCENTS/TO+L PATTY KRISTY ALYSSA | 1/1 | 3 | 0 | |
| 13 | " | " | GNV | PBI | | | RYAN COOMER - RADIO COMMS IFPTRDY CATLHE PATTY, KRISTY, ALYSSA | 1 | 1 | 8 | |
| 14 | G-1159B | N909JE | TIST | TEB | | 1506 | JE, GM, ES, BK, VR 1 FEMALE | 1/1 | 3 | 8 | |
| 20 | C-421B | N908GM | PBE | ISM | | | PATTY, KRISTY, ALYSSA KRISTY CHAEGERATED MA PATTY, MATTHEW | 1/1 | 1 | | |
| 20 | " | " | ISM | PBI | | | PATSY, KRISTY, ALYSSA | 1/1 | 2 | 1 | |
| 24 | G-1159B | N909JE | TEB | PBI | | 1567 | JE, GM, ES, AP, FEMALE | 1/1 | 2 | 6 | |
| 25 | C-421B | N908GM | PBE | LAL | | | PATSY, KRISTY, ALYSSA | 1 | 3 | | |
| 26 | " | " | LAL | MCN | | | PATSY, KRISTY, ALYSSA COMMS LEASEBACK INTERIGATIONAL LODGE ARR, TAXI | 1/1 | 1 | 8 | |
| 27 | " | " | MCN | ISM | | | PATSY, KRISTY | 1/1 | 1 | 8 | |
| 28 | " | " | ISM | PBI | | | PATSY, KRISTY - GPS OPERATIONS PROGRAMMING - CRUISE | 1/1 | 1 | | |
| 28 | G1159B | N909JE | PBI | TEB | | 1568 | JE, GM, ES, AP, JOEL PASS (OWN) IMALI 2 FEMALE | 1/1 | 2 | 5 | |
| | | | | | | | Page Total | 16/15 | 33 | 5 | |
| | | | | | | | Amount Forward | 6398/6073 | 8200 | 4 | 3 3 112 6 |
| | | | | | | | Total to Date | 6414/6088 | 8233 | 9 | 3 3 112 6 |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodriguez

FLIGHT TIMES IN …

NON PARTY (VR) 000065

GIUFFRE000749

| Date 19_ 2001 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | Points of Departure & Arrival To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | Aircraft Category... GLIDER | HELICOPTER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4-2 | B727-31 | N50SLS | LCQ | PBI | | | REPOSITION GORDIE WILLIARDW | 1 | 1 0 | | |
| 6-1 | G-11598 | N90RJC | TEB | PBI | | 1504 | JG, GM, GT, AP, BAU KUCUK ROYLU | | 2 6 | | |
| 3 | " | " | PBI | TJST | | 1510 | JG, VIRGINIA ROBERTS, BAYU KUCUKROYLU | | 2 4 | | |
| 5 | " | " | TJST | TEB | | 1511 | JG, VR, BK | 1 | 3 8 | | |
| 8 | " | " | TEB | CYUL | | 1512 | JG, GM, NAOMI CAMBERLY REBECCA WHITE ANDREW LAVALLEE ANNA MALONE, DAVID SHARP | 1 | 1 | | |
| 12 | " | " | CYUL | TEB | | 1513 | REPOSITION(APU BLEED AIR OUT) | 1 | 1 | | |
| 12 | " | " | TEB | PBI | | 1814 | JG | 1 | 2 3 | | |
| 13 | " | " | PBI | TEB | | 1515 | JG, CAROL | 1 | 2 4 | | |
| 15 | " | " | TEB | PBI | | 1516 | JG, GM, SHARDAN, CAROLYN, 1 FEMALE | | 2 3 | | |
| 18 | " | " | PBI | TEB | | 1517 | JG, GM, 1 FEMALE | 1 | 2 5 | | |
| 22 | " | " | TEB | LFPO | | 1518 | JG, GM, CRISTALLO WASCIKG, EKATERINA GRINEVA | 1 | 7 0 | | |
| 23 | " | " | LFPO | LFMN | | 15A | JG, GM, 1 FEMALE | 1 | 1 2 | | |
| 25 | " | " | LFMN | LIML | | 1520 | JG, GM, 1 FEMALE | 1 | 7 | | |
| 26 | " | " | LFML | LFPB | | 1521 | JG, GM | 1 | 1 4 | | |
| 28 | " | " | LFPB | LPA2 | | 1522 | JG, GM, GT, ED TUTTLE | 1 | 3 9 | | |
| 29 | " | " | LPA2 | TJST | | 1523 | JG, GM, GT, ED TUTTLE | | 6 0 | | |
| 30 | " | " | TJST | PBI | | 1524 | JG, AP, VR, 1 FEMALE | 1 | 2 5 | | |
| 8 | " | " | PBI | TEB | | 1525 | JG, GM, GT, AP, VR, SHARIDAN GIBSON TRIPP 1 FEMALE GARY RESOLVE | | 2 7 | | |
| 11 | " | " | TEB | CPS | | 1526 | JG, GM, GT, VR GARY ROSSLING H | | 2 3 | | |
| | | | | | | | Page Total | 16/14 | 49 2 | | |
| | | | | | | | Amount Forward | 64 14 6585 | 8233 9 | 3 3 | 112 6 |
| | | | | | | | Total to Date | 6430 6102 | 8283 1 | 3 3 | 112 6 |

I certify that the statements made by me on this form are true.

Pilot's Signature: [signature]

NON PARTY (VR) 000066

GIUFFRE000750

| Date 19— 2009 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | GLIDER | HELICOPTER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JUL 16 | G-1159B | N908JC | CPS | SAF | | 152 | REPOSITION. PILOT S/ATK LEAK CORRISO/REPAIR | 1 | 2 2 | | |
| 23 | " | " | SAF | TEB | | 1528 | JC, G, GM, VR GAT RESERVED | 1 | 3 5 | | |
| 23 | " | " | PBI | TIST | | 153> | JC, SHELLEY LEWIS | 1 | 2 5 | | |
| 28 | " | " | TIST | PBI | | 1531 | JC, VIRGINIA ROBERTS | 1 | 2 6 | | |
| 29 | " | " | PBI | ISP | | 1532 | JC | 1 | 2 5 | | |
| 29 | " | " | ISP | TEB | | 1533 | JC | 1 | 7 | | |
| AUG 1 | " | " | TEB | PBI | | 1534 | JC/GM, G1, 1 FEMALE | 1 | 2 4 | | |
| 3 | B-727-31 | N908JC | JAX | PBI | | | MIKE DONOVAN FOR FLIGHT SCHT | 4/4 | 1 4 | | |
| 4 | B-727-100 | PANAM SHUTTLE | MDP | MFA | | | NIGHT CURRENCY | | 1 0 | | |
| 2 | G-1159B | N909JC | PBI | TEB | | 1535 | JC GM, DP, G, TAYLOR | 1 | 2 6 | | |
| 5 | " | " | TEB | PBI | | 1536 | NO PASSENGERS | 1 | 2 3 | | |
| 7 | B-727-31 | N908JC | PBI | LGA | | 1 | MIKE DONOVAN | 1 | 2 6 | | |
| 7 | " | " | LGA | ABQ | | 2 | JC, GM, ET, DP, 2 FEMALES | 1 | 4 0 | | |
| 14 | C-421B | N908GM | PBI | JAN | | | JONATHAN MANO - INSTRUMENT COMPETANCY CHECK SATISFACTORY | 1 | 3 9 | | |
| 14 | " | " | JAN | AMA | | | JONATHAN MANO - LPA W/TAT GS X5 KNOT XWIND LANDING | 1 | 3 6 | | |
| 14 | " | " | AMA | GCQ | | | JONATHAN MANO - | 1 | 7 | | |
| 15 | " | " | GCQ | ABQ | | | JONATHAN MANO - HIGH DENSITY ALTITUDE OPERATIONS | 1 | 5 | | |
| 15 | " | " | ABQ | ZUFLO | | | JONATHAN MANO - SHORT FIELD LANDING OPERATIONS | 1 | 7 | | |
| 16 | B-727-31 | N908JC | ABQ | PBI | | 6 | JC, GM, GI, DP, FLIGHT, JONATHAN MANO | 1 | 8 | | |

| | | |
|---|---|---|
| Page Total | 20/17 | 445 |
| Amount Forward | 6430 6162 | 3283 | 3 3 | 112 6 |
| Total to Date | 6450 6119 | 8227 | 3 13 | 112 6 |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

NON PARTY (VR) 000067

GIUFFRE000751

| Date 2002 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category AIRPLANE | GLIDER | HELICOP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JUN 8 | B-727-31B | N908JE | EIDW | JFK | | 111 | JE, GM, SK | 1/1 | 6 | | |
| 12 | G-11598 | N4094JE | JFK | PBI | | 112 | JE, SK | 1/1 | 2/3 | | |
| 14 | B-727-31B | N908JE | PBI | PBI | | 1367 | GMV FLIGHTS-SCAR RILEY, ERIC GAPONTAL | 1/1 | 2/7 | | |
| 14 | " | " | PBI | BOS | | 113 | REPOSITION | | 2/6 | | |
| 16 | " | " | BOS | TEST | | 114 | JE, SK, CINDY LOPEZ, L.MIRE HANS | | 3/7 | | |
| 19 | G-11598 | N408JE | TEST | JFK | | 115 | JE, GM, SK, CINDY LOPEZ, LAVRANHAM | 1/1 | 3/8 | | |
| 19 | " | " | PBI | TGB | | 1360 | REPOSITION | | 3/4 | | |
| 21 | " | " | TGB | PBI | | 1364 | JE, GM, SK, CINDY LOPEZ  PETE RODRIGO | 1/1 | 3/5 | | |
| 21 | " | " | PBI | M.YGF | | 1510 | JE, GM, SK, CLIFTON LUC BRUNEL PETE VIRGINIE RODRIGO | 1/1 | 2/6 | | |
| 21 | " | " | MYGF | PBI | | 1571 | REPOSITION   PETE REFUELING | 1/1 | 1 | | |
| 23 | " | " | PBI | MYGF | | 1572 | REPOSITION  PETE RODRIGO | 0/0 | 1/2 | | |
| 23 | " | " | MYGF | TGB | | 1573 | JE, GM, SK, CL, JULIAN BROSSPETE RODRIGO/TULIO LAGUESSO SHAWN RODRIGO | 0/0 | 1 | | |
| 23 | " | " | TGB | PBI | | 1574 | REPOSITION  PETE RODRIGO | 1/1 | 2/4 | | |
| 27 | B-727-31B | N908JE | JFK | LFPB | | 116 | JE, GM, SK, AP FALAGRA FEKKA ALEX... | 1/1 | 2/5 | | |
| | | | | | | | ...SAM AS 116 | | 7 | | |
| 29 | | " | LFPB | LGTH | | 117 | SAM AS 116 | 1/1 | 3 | | |
| JUL 10 | | " | LGTH | -FPB | | 118 | JE, JUDE CONCEPUGH | 1/1 | 1 | | |
| 13 | | " | LFPB | LFMN | | 114 | JE | 0/0 | 1/2 | | |

| | | Page Total | 3/7 | 47 | 6 | |
| | | Amount Forward | 6537 / 6187 | 86912 | 33 | 112 |
| | | Total to Date | 6547 / 6194 | 8740 / 1 | 33 | 112 |

I certify that the statements made by me on this form are true.

Pilot's Signature: _David Rodgers_

NON PARTY (VR) 000080

GIUFFRE000765

| Date 2002 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category AIRPLANE | GLIDER | HELI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jul 13 | B727-31H | N908JE | LFMN | GMTJ | | 120 | JE,GM,SK,AP,CINDY LOPEZ | | 2 | | |
| 13 | " | " | GMTJ | GMMC | | 121 | JE,GM,SK,CL,AP | | 7 | | |
| 13 | " | " | GMMC | LPA2 | | 122 | JE,GM,SK,AP,CL, PRESIDENT CLEAN DOWN, Doug Band, Mike, & Secret Service | | 2 | | |
| 13 | " | " | LPA2 | JFK | | 123 | JE,GM,SK,AP,CL, PRESIDENT BILL CLINTON, Doug Band, Mike, & Secret Service | | 5 | | |
| 18 | " | " | JFK | PBI | | 124 | JE, SHELLEY LEWIS, 2 FEMALES | | 8 | | |
| 19 | " | " | PBI | JAX | | 125 | KRISTY RODGERS, GREG HOLBERT, ALYSSA HOUBERT - C CHECK | | 2 | | |
| Aug 4 | G-11598 | N909JE | PBI | MVY | | 1583 | JE, 1 FEMALE | | 1 0 | | |
| 4 | " | " | MVY | BED | | 1584 | JE, 1 FEMALE | | 2 8 | | |
| 4 | " | " | BED | TEB | | 1585 | JE, 1 FEMALE | | 7 | | |
| 5 | " | " | TEB | SAF | | 1586 | JE, SK, 2 FEMALES | | 9 | | |
| 6 | C-172XP | N739SP | ACG | ACG | | | 112 CHECK OUT | 1/1 | 3 9 | | |
| 6 | 206L3 | N4774W | ZORRO | ACG | | | | 3/3 | 9 | | |
| 15 | B727-31H | N908JE | JAX | JAX | | 126 | C-CHECK FLIGHT TEST PETE RATHGEB | 1/1 | 9 | | |
| 16 | " | " | JAX | PBI | | 127 | RETURN FROM C-CHECK PETE RATHGEB | | 1 | | |
| 17 | G-1159-B | N904JE | SAF | TEB | | 1589 | JE,GM,SK,CINDY LOPEZ, VIRGINIA ROBERTS,OAN COLAGO,ALFRED MANGARITA, MIKE SPARK | | 3 7 | | |
| 18 | " | " | TEB | PBI | | 1590 | JE,VIRGINIA ROBERTS, 1 FEMALE | | 2 4 | | |
| 21 | B727-31H | N908JE | PBI | TEST | | 128 | JE, 5 HELLEY LEWIS | | 2 8 | | |
| 25 | " | " | TEST | JFK | | 129 | JE, SK | 1/1 | 3 6 | | |
| 28 | " | " | JFK | LFPB | | 130 | JE,SK,CINDY LOPEZ, 1 FEMALE | | 6 4 | | |
| | | | | | | | Page Total | 6/6 | 44 0 | | |
| | | | | | | | Amount Forward | 6547/6194 | 8110 | 33 | 112 |
| | | | | | | | Total to Date | 6553/6200 | 8154 | 3 3 | 113 |

I certify that the statements made by me on this form are true.

Pilot's Signature: _David Rodgers_

**NON PARTY (VR) 000081**

GIUFFRE000766