# EXHIBIT 8

## IMPORTANT MESSAGE

FOR __J.E.__
DATE __2/27/05__   TIME __10:18 A.M.__ PM

M __Ms Maxwell__
OF _____
PHONE/ _____
MOBILE _____

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE __She is home__

SIGNED __J.__   1184

## IMPORTANT MESSAGE

FOR __J.E.__
DATE __2/26/05__   TIME __4:40 A.M.__ PM

M __Geon Luc__
OF _____
PHONE/ __no phone #__
MOBILE _____

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE __Please!__
__call him__

SIGNED __J.__   1184

## IMPORTANT MESSAGE

FOR __Jeffrey__
DATE __2/28/05__   TIME __12:30 A.M.__ PM

M _____
OF _____
PHONE/ _____
MOBILE _____

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE __She is wondering__
__if 2:30 is ok__
__cuz she needs to__
__stay in school__

## IMPORTANT MESSAGE

FOR __Jeffrey__
DATE __2/27/05__   TIME __07:45 A.M.__ PM

M __Jean Luc__
OF _____
PHONE/ _____
MOBILE _____

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE __That he__
__called back__

SAO01067

GIUFFRE001388

## IMPORTANT MESSAGE

FOR _Sarah_

DATE _6-18-05_ TIME _3:10_ A.M. / P.M.

M _Heather_

OF _____

PHONE/ MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _J. E._

DATE _6/13/05_ TIME _10:58_ A.M. / P.M.

M _G. M._

OF _____

PHONE/ MOBILE _____

| TELEPHONED | ✗ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please Call her back_

SIGNED _J._ 1184

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _06/2/05_ TIME _12:05_ A.M. / P.M.

M _Jerry Goldsmith_

OF _____

PHONE/ MOBILE _772_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _Mr. J. Epstein_

DATE _6/11/05_ TIME _12:08_ A.M. / P.M.

M _Coleen_

OF _____

PHONE/ MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | ✓ | SPECIAL ATTENTION | |

MESSAGE _____

SAO01078

SIGNED _____ 1184

GIUFFRE001399

## IMPORTANT MESSAGE

FOR _J. E._

DATE _7/4/05_   TIME _6:25_ A.M./P.M.

M _____

OF _G. M._

PHONE/MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

_____

_____

_____

_____

SIGNED _J._   1184

## IMPORTANT MESSAGE

FOR _J. E._

DATE _7/4/05_   TIME _7:20_ A.M./P.M.

M _Tatiana_

OF _____

PHONE/MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

_____

_____

_____

_____

SIGNED _I._   1184

## IMPORTANT MESSAGE

FOR _JE_

DATE _____   TIME _12:30_ A.M./P.M.

M _G -_

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She called Eduardo_
_She's going to have_
_dinner w/ him - He's not_
_going to Grand Prix -_
_but he told her to_
_call his secretary to_
_organize passes -_

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _JE_

DATE _____   TIME _10:35_ A.M./P.M.

M _Tatyana_

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Called to say_
_goodnight_

SAO01081

SIGNED _____   1184

GIUFFRE001402

## IMPORTANT MESSAGE

FOR _J. E._
DATE _8/19/05_   TIME _____ A.M. / P.M.
M _Cecilia_
OF _____
PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Remanid you about conference call at 9 AM_

SIGNED _J_   1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _25/07/05_   TIME _11:45_ A.M. / P.M.
M _from wexner office_
OF _____
PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Jim Lucas the head of the text department has answer on aircraft His number is_

_614 415 1078_

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _JE_
DATE _____   TIME _____ A.M. / P.M.
M _____
OF _Joanna_
PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She doesn't want to come to the movies, but call her if you want a massage before or after the movie._

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _JE_
DATE _____   TIME _9.0_ A.M. / P.M.
M _G_
OF _____
PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _dues at 7/ 51_

_please call_

SAO01084

SIGNED _____   1184

GIUFFRE001405

## IMPORTANT MESSAGE

FOR **J. E.**
DATE **8/19/05**   TIME **4:12** A.M. / P.M.
M **G.M.**
OF
PHONE/MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE *She left message on answering machine.*

SIGNED **J.**   1184

## IMPORTANT MESSAGE

FOR **8/19/05**   **7:50** A.M. / P.M.
DATE **Adriana**   TIME
M
OF
PHONE/MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE *ley to get information where he has to go to Hampton and how to met this person? He can be reach on Tatiana cellphone.*
*J*

SIGNED   1184

## IMPORTANT MESSAGE

FOR **JE**
DATE   TIME   A.M. / P.M.
M
OF **Savoh**
PHONE/MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | X |
| WANTS TO SEE YOU | S | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE *Gto Britney work on Sunday @ 4.00 and @ 4.30*

SIGNED   1184

## IMPORTANT MESSAGE

FOR **8/19/05**   **7:55** A.M. / P.M.
DATE **Adriana**   TIME
M
OF
PHONE/MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE *will be were tommorow at 11:00 AM*

**SAO01085**

SIGNED **J.**   1184

GIUFFRE001406

## IMPORTANT MESSAGE

FOR _J.E._

DATE _9/10/05_   TIME _11:16_ (A.M.)

M _G.M._

OF_____

PHONE/
MOBILE_____

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _Dana Burns_
_got invitation_

---

## IMPORTANT MESSAGE

FOR _J.E._

DATE _9/5/05_   TIME _10:25_ (A.M.)

M _Brittney_

OF_____

PHONE/
MOBILE_____

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE
_5:00 PM_
_is O.K. with her_

SIGNED _T_     1184

---



Same message
date/time

---

FOR_____

DATE_____

M_____

OF_____

PHONE/
MOBILE_____

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE
_Dana Burns_
_got an invitation_

SIGNED _J_     1184

---

## IMPORTANT MESSAGE

FOR _J.E._

DATE _9/8/05_   TIME _4:50_ (P.M.)

M _Tatum_

OF_____

PHONE/
MOBILE_____

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE
_Her new phone #_
_574-0400_

**SAO01090**

SIGNED _T_     1184

GIUFFRE001410

## IMPORTANT MESSAGE

FOR _J.E._

DATE _9/10/05_  TIME _12:50_ A.M. / P.M.

M _Celina_

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Call her in North Salem_

SIGNED _J._
1184

## IMPORTANT MESSAGE

FOR _J.E._

DATE _9/10/05_  TIME _11:16_ A.M. / P.M.

M _G.M._

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Dana Burns decline invitation_

SIGNED _J_
1184

## IMPORTANT MESSAGE

FOR _J.E._

DATE _____  TIME _____ A.M. / P.M.

M _DANA_

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _RETURNING YOUR CALL_

_@ 12²⁰_

SIGNED
1184

## IMPORTANT MESSAGE

FOR _J.E._

DATE _9/10/05_  TIME _1:15_ A.M. / P.M.

M _Adriana_

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Lauren confirm 4 PM_

SAO01091

SIGNED _J_
1184

GIUFFRE001411

## IMPORTANT MESSAGE

FOR J.E.
DATE 2/27/05    TIME 10:18 A.M.
M
OF Ms. Maxwell
PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
| --- | --- | --- | --- |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She is home

SIGNED J.
1184

## IMPORTANT MESSAGE

FOR J.E.
DATE 2/26/05    TIME 4:40 A.M./P.M.
M Geon Luc
OF
PHONE/
MOBILE no phone #

| TELEPHONED | | PLEASE CALL | |
| --- | --- | --- | --- |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Please!
Call him

SIGNED J.
1184

## IMPORTANT MESSAGE

FOR Jeff. w
DATE 2/28/05    TIME 12:30 A.M./P.M.
M
OF
PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
| --- | --- | --- | --- |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She is wondering
if 2:30 is ok
she she needs to
stay in school

SIGNED
1184

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 02/27/05    TIME 07:47 A.M./P.M.
M Jean Luc
OF
PHONE/
MOBILE

| TELEPHONED | 8 | PLEASE CALL | |
| --- | --- | --- | --- |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE That he
called back

SAO01446

SIGNED
1184

GIUFFRE001417

## IMPORTANT MESSAGE

FOR _J. E._

DATE _8/19/05_   TIME _4:12_   A.M. / P.M.

M _G. M._

OF _____

PHONE/ MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _she left_
_message on answering_
_machine._

SIGNED _T._
1184

## IMPORTANT MESSAGE

FOR _8/19/05_   _7:50_

DATE _Adriana_   TIME _____

M _____

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | X | SPECIAL ATTENTION | X |

MESSAGE _the need_
_try to get information_
_Where he had to go to_
_Hampton and how to met_
_this person?_
_He can be reach on Tatiana_
_cell phone_

SIGNED _J_
1184

## IMPORTANT MESSAGE

FOR _J.E_

DATE _____   TIME _____   A.M. / P.M.

M _____

OF _Sarah_

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | X |
| WANTS TO SEE YOU | S | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Can Britney work_
_Sunday @ 4.00 and_
_@ 4.30_

SIGNED _____
1184

## IMPORTANT MESSAGE

FOR _8/19/05_   _7:55_

DATE _Adriana_   TIME _____   A.M. / P.M.

M _____

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _will be were tomorrow_
_at 11:00 AM_

SIGNED _J_   **SAO01448**
1184

GIUFFRE001419

**IMPORTANT MESSAGE**

FOR _J.E._
DATE _9/10/05_   TIME _11:16_ A.M. / P.M.
M _G.M._
OF _____
PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Dana Burns_
_got invitation_

*[yellow sticky note handwritten:] ← Replied same messag[e] date time*

M _____
OF _____
PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Dana Burns_
_got an invitation_

SIGNED _T_   1184

---

**IMPORTANT MESSAGE**

FOR _J.E._
DATE _9/5/05_   TIME _10:25_ A.M. / P.M.
M _Brittney_
OF _____
PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____
_5:00 PM_
_is O.K. with her_

SIGNED _T_   1184

---

**IMPORTANT MESSAGE**

FOR _J.E._
DATE _9/8/05_   TIME _4:30_ A.M. / P.M.
M _Tatum_
OF _____
PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____
_Her new phone #_
_574 - 0400_

SAO01451

SIGNED _T_   1184

GIUFFRE001422

## IMPORTANT MESSAGE

FOR _Jatina_

DATE _____ TIME _____ A.M. P.M.

M _____

OF _____

PHONE/ MOBILE _577 - 5896_

| TELEPHONED | . | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _SARAH_

DATE _1-13 2004_ TIME _3:55_ A.M. P.M.

M _Gr Ji_

OF _____

PHONE/ MOBILE _917 775 4500._

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _CALLED SAYING_

_JUMPING CALLED_
_FROM PALM BEACH_

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _Jatina_

DATE _____ TIME _____ A.M. P.M.

M _____

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She'll be back_

_at 5:30_

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _Mr Epstein_

DATE _____ TIME _____ A.M. P.M.

M _____

OF _Mrs. Maxwell_

PHONE/ MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SAO01460

SIGNED _____ 1184

GIUFFRE001431

## IMPORTANT MESSAGE

FOR __JEFFREY__
DATE __AUG 2__ TIME __12:45__ A.M. / P.M.
M __TATUM & RHIANNA__
OF _____
PHONE/MOBILE __201-0237__

| TELEPHONED | | ✓ PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE __THEY ARE__
__AVAILABLE ALL WEEKEND__
__AND ~~THEY MAYBE~~__
__DOING A trip__

SIGNED __Nicole Hesse__
1184

## IMPORTANT MESSAGE

FOR __MR EPSTEIN__
DATE __7/25/04__ TIME __5:02__ A.M. / P.M.
M _____
OF __SNYDER__
PHONE/MOBILE __914 763 9167__

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE __"RETUNING YOUR Call"__

SIGNED __hu__
1184

## IMPORTANT MESSAGE

FOR __SARA__
DATE __Aug 2__ TIME __3:00__ A.M. / P.M.
M __Nicole Hesse__
OF _____
PHONE/MOBILE __Nicole ___ 330-777__

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE __Please call__
__IN Reference to ____
__the trip ____
__are I need them__
__for the Maxwell's__
__request__

SIGNED __Nicole Hesse__
1184

## IMPORTANT MESSAGE

FOR __MR· EPSTEIN__
DATE __7/25/04__ TIME __1:48__ A.M. / P.M.
M _____
OF __MS MAXWELL__
PHONE/MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE __"TELL HIM TO__
__CALL ME"__

**SAO01464**

SIGNED __hu__
1184

GIUFFRE001435

## IMPORTANT MESSAGE

FOR MR. EPSTEIN

DATE _____ TIME _____ A.M. / P.M.

M _____

OF MR. MAXWELL

PHONE/MOBILE _____

| TELEPHONED | ☐ | PLEASE CALL | ☐ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____  1184

---

## IMPORTANT MESSAGE

FOR JE

DATE _____ TIME 7 A.M. / P.M.

M _____

OF Brittany

PHONE/MOBILE 662-5898

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She said if she
can't get in today her
before she'd say later
after 4 (6:00 or 7)
coz she has bring
children w/ her grandfa

SIGNED _____  1184

---

## IMPORTANT MESSAGE

FOR MR. EPSTEIN

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She will see you
at 7:30

SIGNED _____  1184

---

## IMPORTANT MESSAGE

FOR MR. Epstein

DATE _____ TIME 2:18 A.M. / P.M.

M Manuela

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She said that sophie
got her messages & said
that she's sorry for
not seeing you in
California

SAO01465

SIGNED _____  1184

GIUFFRE001436

## IMPORTANT MESSAGE

FOR _J. E._
DATE _9/3/05_   TIME _8:50_ A.M.
M _Adriana_
OF
PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL |
|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE _I left message_
_for Ashley to_
_confirm for 11:00 AM_
_and Vanessa_
_for 4:30 PM_

SIGNED _J._

## IMPORTANT MESSAGE

FOR _J. E._
DATE _8/22/05_   TIME _9:2_ A.M. / P.M.
M _Nicole_
OF
PHONE/
MOBILE

| TELEPHONED | X | PLEASE CALL |
|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE

SIGNED _J._

## IMPORTANT MESSAGE

FOR _J. E._
DATE _9/4/05_   TIME _12:55_ A.M. / P.M.
M _Brittney_
OF
PHONE/
MOBILE _662 - 3093_

| TELEPHONED | | PLEASE CALL |
|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE _She would like to_
_reschedule her_
_time._

SIGNED _J._

## IMPORTANT MESSAGE

FOR _J. E._
DATE _2/22/05_   TIME _____ A.M. / P.M.
M _13 M_
OF
PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL |
|---|---|---|
| CAME TO SEE YOU | X | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE

**SAO01477**

SIGNED _J._

GIUFFRE001449

## IMPORTANT MESSAGE

FOR _6 m_

DATE _7/28/04_   TIME _2 00_   A.M. / P.M.

M _Martha_
OF _Colonial Bank_
PHONE/ MOBILE _653 - 5593_

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____   1184

---

## IMPORTANT MESSAGE

FOR _MS. MAXWELL_

DATE _04/25/04_   TIME _6.55_   A.M. / P.M.

M _S. NECOLE HESSE_
OF _____
PHONE/ MOBILE _832 6777_

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _RETURNIN YOUR CALL_

SIGNED _Rushi_   1184

---

## IMPORTANT MESSAGE

FOR _____

DATE _____   TIME _____   A.M. / P.M.

M _Amy Birse_
OF _____
PHONE/ MOBILE _561 - 373 - 9042_

| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____   1184

---

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _____   TIME _____   A.M. / P.M.

M _Ghislaine_
OF _____
PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _would be helpful to have ___ come to Palm Beach today to stay here and help train new staff with Ghislaine_

SAO2830

SIGNED _____

GIUFFRE001454

**IMPORTANT MESSAGE**

FOR _Jeffrey_

DATE _____ TIME _____ A.M. P.M.

M _Ghislaine_

_called_

OF _____

PHONE/
MOBILE _____

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _____

SIGNED _____ 1184

---

**IMPORTANT MESSAGE**

FOR _06/06/04_

DATE _FOR MR EPSTEIN_ TIME _7.44_ A.M. P.M.

M _MS. MAXWELL_

OF _____

PHONE/
MOBILE _____

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _" CALLED BUT NOT VERY IMPORTENT "_

SIGNED _R_ 1184

---

**IMPORTANT MESSAGE**

FOR _MR EPSTEIN_

DATE _06/11/04_ TIME _1.48_ A.M. P.M.

M _FRANCIS WARD_

OF _____

PHONE/
MOBILE _(561) 346 1715_

| TELEPHONED | ✔ | PLEASE CALL | ✔ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _' CALL BACK '_

SIGNED _R_ 1184

---

**IMPORTANT MESSAGE**

FOR _MR. EPSTEIN_

DATE _6/6/04_ TIME _8.57_ A.M. P.M.

M _TONY_

OF _____

PHONE/
MOBILE _790 5475_

| TELEPHONED | ✔ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _" WILL BE COMING AT 11 AM." TODAY_

SAO2836

SIGNED _____ 1184

GIUFFRE001460

## IMPORTANT MESSAGE

FOR _Tatana_

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _____

PHONE/ MOBILE _577 - 5896_

| | | |
|---|---|---|
| TELEPHONED | | PLEASE CALL |
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE _____

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _SARAH_

DATE _6·12·2004_ TIME _3.55_ A.M. / P.M.

M _Jo Jo_

OF _____

PHONE/ MOBILE _917 975 4500._

| | | |
|---|---|---|
| TELEPHONED | ✓ | PLEASE CALL |
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE _CALLED. SAYING_

_SOME ONE CALLED_
_FROM PALM BEACH_

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _Tatim_

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _____

PHONE/ MOBILE _____

| | | |
|---|---|---|
| TELEPHONED | | PLEASE CALL |
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE _She'll be here_

_at 5.30_

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _MR Epstein_

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _Ms. Maxwell_

PHONE/ MOBILE _____

| | | |
|---|---|---|
| TELEPHONED | | PLEASE CALL |
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE _____

SAO2837

SIGNED _____ 1184

GIUFFRE001461

## IMPORTANT MESSAGE

FOR _MR. EPSTEIN_

DATE _7.9.2004_   TIME _7.30_ A.M. / P.M.

M _SCHANZ_

OF _____

PHONE/MOBILE _516 791 0044_

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _CALLED_

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _EPSTEIN_

DATE _7/3_   TIME _6.45_ A.M. / P.M.

M _IVAN ROCH_

OF _____

PHONE/MOBILE _914-393-1225_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _SARAH_

DATE _7/9/04_   TIME _10.36_ A.M. / P.M.

M _____

OF _LESLIE (N.Y OFFICE)_

PHONE/MOBILE _203 972 4488_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _SHE IS WORKING FROM HOME TODAY PL CALL THE ABOVE # ASAP_

SIGNED _R_   1184

## IMPORTANT MESSAGE

FOR _MR. EPSTEIN_

DATE _7/7_   TIME _6.35_ A.M. / P.M.

M _MAXWELL_

OF _DARREN_

PHONE/MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _PLEASE CALL WHEN POSSIBLE_

SAO2840

SIGNED _____   1184

GIUFFRE001464

**IMPORTANT MESSAGE**

FOR: JE

DATE: 20 Aug   TIME: 11:00 A.M./P.M.

M _____

OF: _____

PHONE/MOBILE: _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE: _____ CALLED.
SHE WAS ALL THE INFO
YOU NEED

CALL AT 631.537.9385

SIGNED: Manu

1184

---

**IMPORTANT MESSAGE**

FOR: JE

DATE: 20 Aug   TIME: 3:00 A.M./P.M.

M _____

OF: Swift

PHONE/MOBILE: _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE: Terila
Call HER BACK
917.503.2296

SIGNED: Manu

1184

---

**IMPORTANT MESSAGE**

FOR: JE

DATE: 20 Aug   TIME: 3:42 A.M./P.M.

M _____

OF: Nadia

PHONE/MOBILE: _____

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE: Returns your call
917.204.9676

SIGNED: _____   SAO2848

1184

---

**IMPORTANT MESSAGE**

FOR: JE

DATE: 20 Aug   TIME: 3.40 A.M./P.M.

M Ghislaine

OF: _____

PHONE/MOBILE: ✓

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE: SHE LET LARRY GO
THE ONLY FLIGHT TO PB leaves
at 3:15
Not heard from Tom Ford.
If you call it means she will pick
up. TF alone in the chopter.
If you want to chopter please
call GM back

SIGNED: _____

1184

GIUFFRE001472

**IMPORTANT MESSAGE**

FOR _MR EPSTEIN_
DATE _MR_ TIME _2:4_ A.M./P.M.
M _MS. MAXWELL_
OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _____ 1184

---

**IMPORTANT MESSAGE**

FOR _JE_
DATE _____ TIME _9_ A.M./P.M.
M _Sarah_
OF _Brittany_
PHONE/MOBILE _662-3098_

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She said if she
can't this but her left
before dies out oeeter
after 4 (6:00 or 7:00
6:62 she has bday
dinner w/her grandpa_

SIGNED _____ 1184

---

**IMPORTANT MESSAGE**

FOR _MR EPSTEIN_
DATE _____ TIME _____ A.M./P.M.
M _Sophie Biddle_
OF
PHONE/MOBILE _310-463-5759_

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | ✓ |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _she will see you
at 7:30_

SIGNED _____ 1184

---

**IMPORTANT MESSAGE**

FOR _MR Epstein_
DATE _Manuela_ TIME _2:8_ A.M./P.M.
M _Manuela_
OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She said that she
got her messages & said
that she's sorry for
not seeing you in
California_

SAO2850

SIGNED

GIUFFRE001474

## IMPORTANT MESSAGE

FOR Mr. J.E.
DATE 12/04/09   TIME 2:40 AM/PM
M r Goldsmith
OF
PHONE/MOBILE (772) 971 - 1000

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Please call him

SIGNED   1184

## IMPORTANT MESSAGE

FOR Mr. J.E.
DATE 12/04/09   TIME 4:20 AM/PM
M s G. Maxwell
OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Please Call her.

SIGNED   1184

## IMPORTANT MESSAGE

FOR Mr. J.E.
DATE 12/04/09   TIME 5:30 AM/PM
M s G. Maxwell
OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Please call her

SIGNED   1184

## IMPORTANT MESSAGE

FOR Mr. J.E.
DATE 12/04/09   TIME 5:40 AM/PM
M JoAnne
OF (561)
PHONE/MOBILE 714-0546

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Please Call her

SAO2938

SIGNED   1184

GIUFFRE001492

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _2/01/05_   TIME _12:20_ A.M. / P.M.
M _Ghislaine_
OF _____
PHONE/ MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL |  |
| CAME TO SEE YOU |  | WILL CALL AGAIN |  |
| WANTS TO SEE YOU |  | RUSH |  |
| RETURNED YOUR CALL |  | SPECIAL ATTENTION |  |

MESSAGE _Glen has pulled muscle and he is at the hospital, Good Sam. They have called dr. Mostavite and everything has been organized. In this case probably they won't make for Lunch._
SIGNED _LC_   1184

## IMPORTANT MESSAGE

FOR _J.E._
DATE _3/31/05_   TIME _7:05_ A.M. / P.M.
M _Leslie Wexler_
OF _____
PHONE/ MOBILE _____

| TELEPHONED |  | PLEASE CALL |  |
| CAME TO SEE YOU |  | WILL CALL AGAIN |  |
| WANTS TO SEE YOU |  | RUSH |  |
| RETURNED YOUR CALL |  | SPECIAL ATTENTION |  |

MESSAGE _____
SIGNED _J_   1184

#16

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _04/01/05_   TIME _11:07_ A.M. / P.M.
M _Cecilia_
OF _____
PHONE/ MOBILE _____

| TELEPHONED |  | PLEASE CALL |  |
| CAME TO SEE YOU |  | WILL CALL AGAIN |  |
| WANTS TO SEE YOU |  | RUSH |  |
| RETURNED YOUR CALL |  | SPECIAL ATTENTION |  |

MESSAGE _She had on the phone Mr. Cipriani_
SIGNED _____   1184

SAO2972

## IMPORTANT MESSAGE

FOR _Jeff Epscow_
DATE _04/11/_   TIME _07:5_ A.M. / P.M.
M _Genia_
OF _____
PHONE/ MOBILE _No number he will call back_

| TELEPHONED |  | PLEASE CALL |  |
| CAME TO SEE YOU |  | WILL CALL AGAIN |  |
| WANTS TO SEE YOU |  | RUSH |  |
| RETURNED YOUR CALL |  | SPECIAL ATTENTION |  |

MESSAGE _That he called_
SIGNED _____   1184

GIUFFRE001526

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _12/9/05_ TIME _02:10_ A.M./P.M.
M _Ghislaine_
OF _____
PHONE/
MOBILE _____

| TELEPHONED | | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____
_____
_____
_____
_____
_____

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _4/9/05_ TIME _RiO4_ A.M./P.M.
M _____
OF _____
PHONE/
MOBILE _561_____

| TELEPHONED | ✗ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____
_____
_____
_____
_____
_____

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR _J.E_
DATE _4/10/05_ TIME _1:20_ A.M./P.M.
M _Dana_
OF _____
PHONE/
MOBILE _____

| TELEPHONED | , | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She went runing_
_and back to the gym_
_____
_____

SIGNED _J._  1184

## IMPORTANT MESSAGE

FOR _J.E_
DATE _4/10/05_ TIME _____ A.M./P.M.
M _Dana_
OF _____
PHONE/
MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She went running_
_____
_____
_____

SIGNED _____  1184

SAO2975

GIUFFRE001530

On desk
say 1st floor

Item
#16

**IMPORTANT MESSAGE**

FOR _G. M_

DATE _4/30/05_   TIME _8.75_ A.M. P.M.

M _Mr. Epstein_

OF _____

PHONE/
MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _J_

**IMPORTANT MESSAGE**

FOR _M. J. Epstein_

DATE _J/6/05_   TIME _4:11_ A.M. P.M.

M _Shawna_

OF _____

PHONE/
MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Wants to work
if you are in._

SIGNED _S_

**IMPORTANT MESSAGE**

FOR _M. J. Epstein_

DATE _5/6/05_   TIME _3:33_ A.M. P.M.

M _____ a

OF _____

PHONE/
MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _α_

SAO2979

GIUFFRE001534

**IMPORTANT MESSAGE**

FOR

DATE 5/24/05   TIME 9:10 A.M./P.M.

M Eva

OF

PHONE/MOBILE call her at home

| TELEPHONED | | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED                                    1184

---

**IMPORTANT MESSAGE**

FOR J.E.

DATE 5/9/05   TIME 7:20 A.M./P.M.

M Mrs Maxwell

OF

PHONE/MOBILE

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED   J                               1184

---

**IMPORTANT MESSAGE**

FOR JE

DATE   TIME 12 A.M./P.M.

M Danielle

OF

PHONE/MOBILE 646 226 1403

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED

---

**IMPORTANT MESSAGE**

FOR JE

DATE   TIME 10.25 A.M./P.M.

M Nadia

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She got there safe

---

SAO2981

GIUFFRE001536

**IMPORTANT MESSAGE**

FOR *Jeffrey*
DATE 2/01/05    TIME 12:20 ☑ A.M. P.M.
M *Ghislaine*
OF
PHONE/
MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | ☑ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE *Glen has pulled*
*muscle and he is at the*
*hospital "Good Sam" They*
*have called dr. Noskovitz*
*and everything has*
*been organized. In this*
*case probably they won't*
*make for lunch.*
SIGNED *IC*
1184

---

**IMPORTANT MESSAGE**

FOR *J. E.*
DATE 3/31/05    TIME 7:05 ☑ A.M. P.M.
M *Leslie Wexler*
OF
PHONE/
MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
SIGNED *J*
1184

#16

---

**IMPORTANT MESSAGE**

FOR *Jeffrey*
DATE 04/01/05    TIME 11:07 ☑
M *Cecilia*
OF
PHONE/
MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE *She had on the*
*phone Mr. Cipriani*
SIGNED
1184

SAO2983

---

**IMPORTANT MESSAGE**

FOR *Jeffrey Epscow*
DATE 04/11/05    TIME 07:5 ☑
M *Genia*
OF
PHONE/
MOBILE *No number he will*
*call back*

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE *That he called*
SIGNED
1184

GIUFFRE001538

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _4/9/05_ TIME _02:10_ A.M./P.M.
M _Ghislaine_
OF _____
PHONE/
MOBILE _____

| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _4/9/05_ TIME _2:04_ A.M./P.M.
M _____
OF _____
PHONE/
MOBILE _561-_____

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _J.E_
DATE _4/10/05_ TIME _1:20_ A.M./P.M.
M _Dana_
OF _____
PHONE/
MOBILE _____

| TELEPHONED | , | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She went running_
_and back to the gym_

SIGNED _J._ 1184

## IMPORTANT MESSAGE

FOR _J.E._
DATE _4/10/05_ TIME _____ A.M./P.M.
M _Dana_
OF _____
PHONE/
MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She went running_

SIGNED _____ 1184

SAO2986

GIUFFRE001541

## IMPORTANT MESSAGE

FOR _____
DATE 5/24/05   TIME 9:10 A.M./P.M.
M Eva
OF _____
PHONE/
MOBILE call her at home

| TELEPHONED | | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR J.E.
DATE 5/9/05   TIME 7:20 A.M./P.M.
M Mrs Maxwell
OF _____
PHONE/
MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED T   1184

## IMPORTANT MESSAGE

FOR JE
DATE _____   TIME 12 A.M./P.M.
M Danielle
OF _____
PHONE/
MOBILE 6462261403

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SAO2991

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR JE
DATE _____   TIME 10.25 A.M./P.M.
M Nadia
OF _____
PHONE/
MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | ✓ |

MESSAGE She got there
Safe

SIGNED _____   1184

GIUFFRE001546

## IMPORTANT MESSAGE

FOR Jeffrey

DATE 2/15/05    TIME 2/15/05    A.M. / P.M.

M Randy Dowin

OF

PHONE/MOBILE 614 348 9010

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

That he called

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR Ghislaine

DATE 2/15/05    TIME 8:55    A.M. / P.M.

M Jane-Luc

OF

PHONE/MOBILE you have it

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE "That he called and he asking you to get up earlier. Wondering why you sleep so late?"

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR JE

DATE _____    TIME 1:15    A.M. / P.M.

M Cathy in Brazil

OF

PHONE/MOBILE 01 5511 8358 4951

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR

DATE 2/15/05    TIME 8:55    A.M. / P.M.

M Ghislaine Maxwell

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _____ 1184

SAO2997

GIUFFRE001552

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _2/25/05_   TIME _1:34_ A.M. ~~P.M.~~

M _Christiane_

OF _____

PHONE/MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | ⊘ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _That she called_

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _2/25/05_   TIME _9:42_ A.M. ~~P.M.~~

M _____

OF _____

PHONE/MOBILE _561 - - ~ 11_

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | ⊘ |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She would like to speak with you._

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _____

DATE _____   TIME _____ A.M. P.M.

M _____

OF _____

PHONE/MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _2/25/05_   TIME _12/2_ A.M. P.M.

M _____

OF _____

PHONE/MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____   1184

SAO2998

GIUFFRE001553

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _2/28/08_ TIME _12:11_ A.M./P.M.
M _Darren_
OF
PHONE/MOBILE

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _He needs to speak with you_

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _2/28/05_ TIME _12:10_ A.M./P.M.
M _Lawrence Krauss_
OF
PHONE/MOBILE _216 970 3496_

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _He has sent you some faxes that he would like follow up._

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _2/28/05_ TIME _5:30_ A.M./P.M.
M _Christina_
OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Pls call back_

SIGNED _____

SAO3000

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _2/27/05_ TIME _11:20_ A.M./P.M.
M _Sarah_
OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please call her back. She wanted make sure you know that she is going to meet Ghislaine and go with her to the Ranch_

SIGNED _____  1184

GIUFFRE001555

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _____ TIME _6:05_ A.M. / P.M.

M _NATALIE_

OF _____

PHONE/MOBILE _____

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _Call back_

SIGNED _Nadia_

1184

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _2/28/05_ TIME _7:11_ A.M. / P.M.

M _Natalie_

OF _____

PHONE/MOBILE _917 204 9896_

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _Barbara is away. Back on Wensday and she might have Sthon friday_

SIGNED _____

1184

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _02/28/05_ TIME _7:56_ A.M. / P.M.

M _Tiala_

OF _____

PHONE/MOBILE _917 603 2296_

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _That she called please call her back_

## IMPORTANT MESSAGE

FOR _Ghislaine_

DATE _02/28/05_ TIME _7:50_ A.M. / P.M.

M _Ghislaine_

OF _____

PHONE/MOBILE _____

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _Please call back_

SAO3001

GIUFFRE001556

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 3/5/05   TIME 12:20 A.M. / P.M.
M Ghislaine
OF
PHONE/MOBILE

| | |
|---|---|
| TELEPHONED | X | PLEASE CALL |
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE Tecno still doesn't answer the phone.

SIGNED A.M.
1184

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 3/1/05   TIME 10:20 A.M. / P.M.
M Cecilia
OF
PHONE/MOBILE

| | |
|---|---|
| TELEPHONED | X | PLEASE CALL |
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE She had on the phone. Mr. Harvey Weinstein

SIGNED
1184

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 3/5/05   TIME 12:72 A.M. / P.M.
M Christina
OF
PHONE/MOBILE 561 389 6874

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE She has problems with car... could she be here at 2 pm?

SIGNED

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 3/5/05   TIME 11:50 A.M. / P.M.
M Larry Visoski
OF
PHONE/MOBILE 917 868 6195

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE Person for the car will be here in 15 min. to drop off foam and papers

SIGNED
1184

SAO3002

GIUFFRE001557

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _4/9/05_   TIME _4:40_ A.M. / P.M.
M _____
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She is waiting for her friend to call her back. She would like to speak with you_

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _4/9/05_   TIME _____ A.M. / P.M.
M _____
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _4/11/05_   TIME _11:40_ A.M. / P.M.
M _Melisa Mancs_
OF _____
PHONE/MOBILE _351 0944_

| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _4/9/05_   TIME _1:05_ A.M. / P.M.
M _Ghislaine_
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please call her back_

SIGNED _____

SAO3013

GIUFFRE001568