UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

VIRGINIA L. GIUFFRE,

           Plaintiff,

  - against -

GHISLAINE MAXWELL,

           Defendant.

------------------------------------------X

15 Civ. 7433 (RWS)

ORDER

**Sweet, D.J.**

Plaintiff's motion for clarification of the Court's March 17, 2016 ruling is denied on the grounds that the following matters were resolved by the Court at the March 17, 2016 hearing:

    1. Defendant must produce responsive documents from 2000 and later. Tr. 30:4.

    2. Defendant must produce responsive documents which relate to any activity of the defendant with respect to the practice which has been alleged and the duties alleged to be performed by Defendant, "activities" being defined as sexual abuse or trafficking of any female. Tr. 30:7-12, 20-21; 31:25-32:2.

Either Defendant has complied with her discovery obligations as set forth at the March 17, 2016 hearing and any other existing responsive documents may only be sought via forensic examination, or further clarification is unnecessary to resolve Defendant's obligation to comply.

Plaintiff's motion for a forensic examination shall be heard on Thursday, April 28, 2016 in Courtroom 18C, United States Courthouse, 500 Pearl Street. Opposition, if any, shall be served on or before April 21, 2016. Plaintiff's reply, if any, shall be served on or before April 25, 2016.

It is so ordered.

**New York, NY**
**April 15, 2016**

_____
ROBERT W. SWEET
U.S.D.J.