

HADDON
MORGAN
FOREMAN



RECEIVED
APR 15 2016
JUDGE SWEET CHAMBERS

**Haddon, Morgan and Foreman, P.C**
Laura A. Menninger

150 East 10th Avenue
Denver, Colorado 80203
PH 303.831.7364 FX 303.832.2628
www.hmflaw.com
lmenninger@hmflaw.com

April 15, 2016

**Via Facsimile (212) 805-7925**

Hon. Robert W. Sweet
United States District Judge
United States District Court
Daniel Patrick Moynihan Courthouse
Southern District of New York
500 Pearl Street, Room 1940
New York, New York 10007-1312



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/15/16

Re:   *Giuffre v. Maxwell*, 15-cv-07433-RWS

Dear Judge Sweet:

Plaintiff's counsel contends that Defendant's Reply in Support of Motion to Compel Responses to Defendant's First Set of Discovery Requests (Doc. #92) contains at page 9 information designated "Confidential" pursuant to this Court's Protective Order (Doc. #62).

While we disagree, and contend that Plaintiff has waived any Confidentiality by making representations to the Court in her publicly filed Response regarding her medical records and the contents thereof, we nevertheless are requesting that the Reply be placed under seal and that we substitute for public filing a Reply which omits words from page 9 about which Plaintiff complains.

Thank you for your consideration and we apologize to the Court for the inconvenience this disagreement has caused.

Sincerely,

HADDON, MORGAN AND FOREMAN, P.C.

/s/ *Laura A. Menninger*
Laura A. Menninger

So ordered
*Sweet* USDJ
4-15-16

Hon. Robert W. Sweet
April 15, 2016
Page 2

c/c:
Sigrid S. McCawley
Boies, Schiller & Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301-2211
smccawley@bsfllp.com