United States District Court
Southern District of New York

Virginia L. Giuffre,

      Plaintiff,           Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

      Defendant.

_____/

**DECLARATION OF SIGRID S. McCAWLEY IN SUPPORT OF PLAINTIFF VIRGINIA GIUFFRE'S OPPOSITION TO DEFENDANT'S MOTION TO DISCLOSE CRIMINAL INVESTIGATION BY LAW ENFORCEMENT, OR IN THE ALTERNATIVE, TO STAY PROCEEDINGS**

    I, Sigrid S. McCawley, declare that the below is true and correct to the best of my knowledge as follows:

    1.    I am a partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's September 29, 2015 Order granting my Application to Appear Pro Hac Vice.

    2.    I respectfully submit this Declaration in support of Plaintiff Virginia Giuffre's Motion for Protective Order regarding Ms. Giuffre's Deposition.

    3.    Attached hereto as Exhibit 1, is a true and correct copy of the 2009 Notice of Taking Deposition of Ghislaine Maxwell, Subpoena, Cancellation Notice, and Daily Mail Article.

    4.    Attached hereto as Exhibit 2, is a true and correct copy of the April 13, 2016 Correspondence from Assistant U.S. Attorney Marie Villafaňa to Laura Menninger.

5. Attached hereto as Exhibit 3, is a true and correct copy of the March 24, 2016 Hearing Transcript.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Sigrid S. McCawley
Sigrid S. McCawley, Esq.

Dated: April 19, 2016

                Respectfully Submitted,

                BOIES, SCHILLER & FLEXNER LLP

By:  /s/ Sigrid McCawley
      Sigrid McCawley (Pro Hac Vice)
      Meredith Schultz (Pro Hac Vice)
      Boies, Schiller & Flexner LLP
      401 E. Las Olas Blvd., Suite 1200
      Ft. Lauderdale, FL 33301
      (954) 356-0011

      David Boies
      Boies, Schiller & Flexner LLP
      333 Main Street
      Armonk, NY 10504

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 19, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

    Laura A. Menninger, Esq.
    Jeffrey S. Pagliuca, , Esq.
    HADDON, MORGAN & FOREMAN, P.C.
    150 East 10th Avenue
    Denver, Colorado 80203
    Tel: (303) 831-7364
    Fax: (303) 832-2628
    Email: lmenninger@hmflaw.com
    Email: jpagliuca@hmflaw.com

                                          /s/ Sigrid S. McCawley
                                              Sigrid S. McCawley