# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-CIV –MARRA/JOHNSON

JANE DOE,

        Plaintiff,

vs.

JEFFREY EPSTEIN,

        Defendant.
_____/

## Re - NOTICE OF TAKING VIDEOTAPED DEPOSITION

**PLEASE TAKE NOTICE** that the Plaintiff, JANE DOE, will take the deposition of **Ghislane Noelle Maxwell** on **October 26, 2009**, at **10:00 a.m.**, at:

    Esquire Court Reporters
    One Penn Plaza
    Suite 4715
    New York, NY 10119

The deposition shall be conducted pursuant to the Florida Rules of Civil Procedure and shall continue day to day, weekends and holidays excepted, until completed.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served by U.S. Mail and email transmission this 16th day of October, 2009 to all those on the attached Service List.

1

**ROTHSTEIN ROSENFELDT ADLER**
Attorneys for Plaintiff
401 East Las Olas Blvd., Suite 1650
Fort Lauderdale, Florida 33301
Tel: (954) 522-3456
Fax: (954) 527-8663
Email: bedwards@rra-law.com

By: _____
BRAD EDWARDS, ESQ.
Florida Bar No.: 542075

cc: Esquire Court Reporters

CASE NO: 08-CV-80119-MARRA/JOHNSON

### CERTIFICATE OF SERVICE
### SERVICE LIST
### Jane Doe v. Jeffrey Epstein
### United States District Court, Southern District of Florida

Jack Alan Goldberger, Esq.
Jgoldberger@agwpa.com

Robert D. Critton, Esq.
rcritton@bclclaw.com

Isidro Manual Garcia
isidrogarcia@bellsouth.net

Jack Patrick Hill
jph@searcylaw.com

Katherine Warthen Ezell
KEzell@podhurst.com

Michael James Pike
MPike@bclclaw.com

Paul G. Cassell
cassellp@bclclaw.com

Richard Horace Willits
lawyerswillits@aol.com

Robert C. Josefsberg
rjosefsberg@podhurst.com

Adam D. Horowitz
ahorowitz@sexabuseattorney.com

Stuart S. Mermelstein
ssm@sexabuseattorney.com

William J. Berger
wberger@rra-law.com

8

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Index No. 08-80893CIV--MARRA/J

JANE DOE

, Plaintiff(s)

- against -

JEFFREY EPSTEIN

, Defendant(s)

State of New York   )
                    ) SS.:
County of New York  )

AFFIDAVIT OF SERVICE

Carlos Pichardo being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of New York.  That on 08/11/2009 at 10:03 AM at:
    116 E 65th St

    NEW YORK NY 10065
Deponent served the:

SUBPOENA TO TESTIFY AT A DEPOSITION OR TO PRODUCE DOCUMENTS IN A CIVIL ACTION
upon GHISLANE NOELLE MAXWELL,
by delivering a true copy to:
Jane Doe, Co-Resident
who stated that they were authorized to accept service on behalf of:
GHISLANE NOELLE MAXWELL.

Within 20 days of such service, deponent enclosed a copy of same in a first
class postpaid envelope properly addressed to recipient at:
    GHISLANE NOELLE MAXWELL
    116 E 65th St
    NEW YORK NY 10065
and deposited said envelope in an official depository under the exclusive
care and custody of the U.S. Postal Service within New York State.  The
envelope bore the legend "PERSONAL & CONFIDENTIAL" and did not
indicate by return address or otherwise that the communication was from an
attorney or concerned an action against the recipient.

To the best of my knowledge, based on information and belief, the said
recipient at the time of service was not engaged in the military service
of the United States or New York. Recipient wore ordinary
civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 32  HEIGHT: 5'3''  WEIGHT: 130   HAIR: BLACK   RACE: WHITE   SEX: FEMALE

$48.00 the authorized witness fee was tendered to the recipient.

SWORN TO BEFORE ME 8/12/09

*Gozals Yariela* (signature)

**GONZALES YARIELA**
**Notary Public, State of New York**
**No #: 01GO6175217**
**Qualified in Bronx County**
**Commission Expires 10/09/20 11**

*Carlos Pichardo* (signature)
Carlos Pichardo   License #1273833

OUR DOC# 23788
Rothstein Rosenfeldt Adler
401 East Las Olas Blvd, Suite 1650
Fort Lauderdale FL 33301
954-522-3456

AO 88A (Rev. 01/09) Subpoena to Testify at a Deposition or to Produce Documents in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Jane Doe ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 08-80893 CIV-MARRA |
| Jeffrey Epstein ) | |
| ) | (If the action is pending in another district, state where: |
| *Defendant* ) | Southern District of Florida |

## SUBPOENA TO TESTIFY AT A DEPOSITION
## OR TO PRODUCE DOCUMENTS IN A CIVIL ACTION

To: Ghisland Noelle Maxwell, 116 East 65 LLL, New York, NY

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Esquire Court Reporters, One Penn Plaza Suite 4715, New York, NY | Date and Time: 10/26/2009 10:00 am |
|---|---|

The deposition will be recorded by this method: _____

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

See Schedule A attached

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 09/21/2009

*CLERK OF COURT*

OR _____
*Signature of Clerk or Deputy Clerk*         *Attorney's Signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Jane Doe
_____ , who issues or requests this subpoena, are:
Brad Edwards, Esq., Rothstein Rosenfeldt Adler, 401 E. Las Olas Blvd., Suite 1650, Fort Lauderdale, Florida 33301
Bedwards@rra-law.com. (954) 522 2346

AO 88A (Rev. 01/09) Subpoena to Testify at a Deposition or to Produce Documents in a Civil Action (Page 2)

Civil Action No. 08-80893 CIV-MARRA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the subpoena on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the subpoena at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the subpoena on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because _____ ; or

☐ Other *(specify):*


Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 88A (Rev. 01/09) Subpoena to Testify at a Deposition or to Produce Documents in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) Protecting a Person Subject to a Subpoena.**

(1) *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

(2) *Command to Produce Materials or Permit Inspection.*

(A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

(B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) *Quashing or Modifying a Subpoena.*

(A) *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information;

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

(iii) a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

(C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

**(d) Duties in Responding to a Subpoena.**

(1) *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

(A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

(B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

(C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

(D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) *Claiming Privilege or Protection.*

(A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) expressly make the claim; and

(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

(B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e) Contempt.** The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).

### Schedule "A" to the Subpoena Duces Tecum
### of Ghislane Maxwell

A list of all girls that Defendant, Epstein, had at his house at 358 El Brillo Way for any reason at any time, including guests and masseuses for the entire duration when you worked with or for Jeffrey Epstein.

A list of all girls that Defendant, Epstein, had at his house in Manhattan for any reason at any time, including guests and masseuses for the entire duration when you worked with or for Jeffrey Epstein.

Any and all documents that reflect scheduling and/or appointments for Epstein's flights, travels, accommodation, massages or meetings for the entire duration when you worked with or for Jeffrey Epstein.

A complete list of all girls whom you know to have flown in any of Defendant, Epstein's airplanes or jets at anytime during the time you worked with or for Jeffrey Epstein.

Any and all diaries and/or notes and/or logs that in any way relate to Defendant Epstein, his airplanes, his properties, his assets and/or his finances.



# Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L.

INVOICE

June 29, 2010

TO:   Brett D. Jaffe, Esq.
      Cohen & Gresser, LLP
      100 Park Avenue
      New York, NY 10017

Re:   Jane Doe v. Jeffrey Epstein, et al.
      CASE NO. 08-CV-80893-CIV-MARRA/JOHNSON
      Cancellation fees incurred for the deposition of Ghislaine Maxwell scheduled for July 1, 2010 at 9:30 a.m.

Airfare cancellation fee incurred for Bradley J. Edwards (Jet Blue Airlines)............................ $100.00
Airfare cancellation fee incurred for Michael Fisten (Jet Blue Airlines)...................................... $100.00
Hotel cancellation fee incurred for Bradley J. Edwards (Expedia- Dylan Hotel).................... $288.97
Hotel cancellation fee incurred for Michael Fisten (Expedia- Dylan Hotel)........................... $288.97

**TOTAL DUE** ........................................................................................................................$777.94
*Note: Copies of all invoices/cancellation confirmations are attached hereto.*

Please make check payable to:
Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L.

Please send check to the address listed below

Thank you!

425 North Andrews Avenue, Suite 2, Fort Lauderdale, Florida 33301
954.524.2820 office    954.524.2822 fax

Bill Clinton pictured with Jeffrey Epstein's social fixer at Chelsea's wedding | Daily Mail ... Page 1 of 26



Feedback ... Tuesday, Dec 8th 2015  75°F  76°F  5-Day Forecast



Home | U.K. | News | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Columnists

Latest Headlines  News  World News  Arts  Headlines  Pictures  Most read  News Board  Wires  Login

     

Republicans' most senior leader | EXCLUSIVE: Shooting targets, | Joe Scarborough CUTS OFF Donald | 'Vacuous sloganeering, | San Bernardino terrorists got | PIERS MORGAN: Dear Donald, I'm | This polic

# EXCLUSIVE: Bill Clinton pictured with Jeffrey Epstein's social fixer at Chelsea's wedding AFTER severing links with disgraced pedophile

- Ghislaine Maxwell is accused in court papers of procuring girls for her former boyfriend Jeffrey Epstein which she vehemently denies
- Bill Clinton had ties to Epstein, who flew the ex-president to Africa on his private jet before the allegations were made
- Epstein was arrested in 2006 and was sentenced to 18 months in jail in 2008, serving 13 months
- Clinton did not cut ties to Maxwell and she was a guest at Chelsea Clinton's wedding in 2010
- Rarely-pictured Jeffrey Epstein has kept a low profile and eschewed public events
- But he was pictured with ex-lover Ghislaine Maxwell on March 15, 2005 at a New York charity bash
- That same day, Palm Beach cops launched an investigation into Epstein and allegations of sexual offences with underage girls

By SARA NATHAN FOR DAILYMAIL.COM

PUBLISHED: 09:42 EST, 13 January 2015 | UPDATED: 13:47 EST, 13 January 2015

**266**
shares

This is the society fixer alleged to have helped find underage girls for pedophile billionaire Jeffrey Epstein - helping Bill Clinton celebrate his daughter's marriage.

Ghislaine Maxwell was photographed at the former First Daughter's glittering July 2010 wedding to Marc Mezvinsky - despite Epstein having been convicted of soliciting underage girls.

Clinton had cut ties to Epstein after his arrest over allegations of sex with girls as young as 14.

But this photograph shows that he maintained close ties to Maxwell, who is accused in court papers of procuring underage girls for Epstein, her former boyfriend, as she smiles as President Clinton walks a beaming Chelsea down the aisle.

**SCROLL DOWN FOR VIDEO**





Friends in high places: Ghislaine Maxwell is a good friend of President Bill Clinton and can be seen on the right at his daughter Chelsea's wedding in July 2010

Maxwell, now 50, attended the wedding in Rhinebeck, NY, on July 31, 2010, with the cream of Washington D.C.

Described as feeling like a 'family wedding', guests included former Secretary of State Madeleine Albright, Terry McAuliffe, Governor of Virginia, and leading figure in the civil rights movement Vernon Jordan.

For Maxwell to remain a Clinton chum is an interesting turn of events.

Just two years earlier, her former lover and friend Jeffrey Epstein was sentenced to 18 months behind bars after pleading to a single state charge of soliciting prostitution. He served 13 months in prison.

President Clinton had been so close to both to Epstein he had joined him on his private jet and stayed on his private Caribbean island.

Speaking to the Mail On Sunday in 2011, Virginia Roberts - who claims in court papers she was kept as Epstein's 'sex slave' and forced to sleep with Prince Andrew three times - said she met President Clinton twice, but was never 'lent out'.

**SHARE THIS ARTICLE**

**266** shares

**RELATED ARTICLES**

 Prince Andrew's guards 'turned a blind eye': Yard officers...

 Prince Andrew admits he's been 'foolish' over friendship...

Abused as a child. Dabbling with drugs. And now Virginia...

Buckingham Palace vehemently denies the claims, as does Maxwell. Her legal team stresses she was not involved in, or connected to the criminal proceedings against Epstein and with regards to Virginia Roberts' claims, they stressed she denies each and every allegation.

### FEMAIL TODAY



'I so do not know how to deal with this!' Justin Bieber's mystery Instagram girl responds after singer's plea to find out her identity He found her online



Back together? Elin Nordegren, 35, cuddles up to ex Chris Cline, 57, at Marchesa shoe launch... over one year after their break-up Tiger Woods' ex wife



EXCLUSIVE: Kristin Cavallari's brother was jobless 'alcoholic' who was kicked out by his father before crashing his car and going missing in Utah desert



Thigh's the limit! Caitlyn Jenner, 66, goes bare-legged in very short mini dress while filming scenes for reality show with Candis Cayne Former Olympian is 66

Daddy's girl! Mark Zuckerberg releases touching photo with baby Maxima as he reveals 'everyone is doing great' Facebook founder is dad

From the couple who has everything to the discerning fashionista, what to get the most hard-to-please people on your gift list Sponsored

'I'm not pregnant, just happy!' Tia Mowry hits back at 'body shaming'

Virginia, now a married mother of three, claimed that President Clinton traveled with Epstein to a number of destinations, including three times on the billionaire's private jet, and enjoyed intimate dinners with both him and Maxwell

On one occasion, she said that Epstein flew the former President, Hollywood actor and staunch Democrat Kevin Spacey and another actor friend of Mr Clinton's, Chris Tucker, to Africa, to 'discuss AIDS policy'.

Epstein, who has donated more than £75,000 over the years to candidates from the Democratic Party, also flew with President Clinton in November 2003 to destinations including Russia, Oslo, Hong Kong, Shanghai and Beijing.

On one occasion, she alleged, Epstein did invite two young brunettes to a dinner which he gave on his island for President Clinton shortly after he left office. But, as far as she knows, the ex-President did not take the bait.

Maxwell declines to comment on Prince Andrew allegations





Instagram trolls who criticized her for 15lb weight gain
Famed for Sister, Sister

'I wouldn't have put me on the show either', Gigi Hadid says she was 'shaking' during unsuccessful first Victoria's Secret audition



Edgy ensemble! Kylie Jenner steps out in black leather leggings and a beaded military jacket after steaming up Miami
She's a teen style icon

'Home is where the heart is': Bethenny Frankel offers a look inside her cramped $4.2M NYC bachelorette pad as she gets into Christmas spirit



Mysterious: Ghislaine Maxwell beams as her ex-lover, disgraced billionaire Jeffrey Epstein hugs her as they attend a Manhattan bash on March 15, 2005 - the same day Palm Beach police launched an investigation into his abuse of underage girls

'I'd have been about 17 at the time,' she said: 'I flew to the Caribbean with Jeffrey and then Ghislaine Maxwell went to pick up Bill in a huge black helicopter that Jeffrey had bought her.

'She'd always wanted to fly and Jeffrey paid for her to take lessons, and I remember she was very excited because she got her licence around the first year we met.

'I used to get frightened flying with her but Bill had the Secret Service with him and I remember him talking about what a good job she did.

'I only ever met Bill twice but Jeffrey had told me that they were good friends.

'I asked, "How come?" and he laughed and said, "He owes me some favours." Maybe he was just joking but it constantly surprised me that people with as much to lose as Bill and [Prince] Andrew weren't more careful.'

She said that when dining that night, Maxwell sat at President Clinton's left, while they were joined by two 'olive-skinned brunettes' who had been flown in from New York.

Virginia claimed: 'I'd never met them before. I'd say they were no older than 17, very innocent-looking.



Stop!' Andy Roddick caught redhanded as he secretly films wife Brooklyn Decker singing Christmas song... as she reveals remarkably slim post-baby body



Who's that boy? Kate Hudson looks chuffed as she steps out with mystery man in New York City
The 36-year-old has been playing the field



What a sweet couple! Pregnant Ginnifer Goodwin shares a kiss with husband Josh Dallas while eating ice cream at Disneyland
Happiest place on earth



Kendall Jenner showcases her lithe legs in leather jeans as she jets out of London 'on her way to visit baby Saint in Los Angeles'
Off to meet her nephew



Penelope Cruz puts her ample cleavage and curvaceous figure on display in clinging red leather jumpsuit in new Zoolander 2 posters
Stars in the sequel

'My funny honey': Christie Brinkley promotes her 17-year-old daughter Sailor's modeling career with some bikini snaps on Instagram



'She's doing great!': Kim Kardashian's BFF Jonathan Cheban gives update on Saint's mother as he gets cheeky with bikini-clad girlfriend in Miami

'They weren't there for me. They weren't there for Jeffrey or Ghislaine because I was there to have sex with Jeffrey on the trip.

'Maybe Jeffrey thought they would entertain Bill, but I saw no evidence that he was interested in them. He and Jeffrey and Ghislaine seemed to have a very good relationship. Bill was very funny

'He made me laugh a few times. And he and Jeffrey and Ghislaine told blokey jokes and the brunettes listened politely and giggled.



Jimmy Kimmel makes up fake baby names for Kim and Kanye's son during Lie Witness News segment
Spox in his segment Lie-Witness News



Victoria's Secret Angel Lily Aldridge reveals her husband doesn't want their daughter 'anywhere near the runway' but insists she would proud

Androgynous model challenges Victoria's Secret's beauty standards by posing in the brand's lingerie and then editing the faces of Angels onto her body



Star of the night: Rod Stewart and his wife Penny at the Cipriani Wall Street event, where he performed in front of a crowd including Ghislaine Maxwell and Jeffrey Epstein






Hey Baby! Abigail Breslin signs on to star in Dirty Dancing TV musical
The iconic 1987 movie famously starred Jennifer Grey



Emma Watson cuts a chic figure with knitted jumpsuit as she attends screening of ethical fashion documentary in London
Harry Potter star



Yolanda Foster's estranged husband David 'blames' Real Housewives show for 'ruining his reputation' and the failure of his record company



'I can handle myself': New Star Wars: The Force Awakens trailer shows Daisy Ridley trying to put Harrison Ford in his place
Highly anticipated film



'He was so excited': Star Wars' Adam Driver gushes about 'surreal' experience of working with 'generous' Harrison Ford on Force Awakens
Co-starred with a legend



Alicia Vikander wows in strapless embellished gown as she hits the red carpet for The Danish Girl premiere in London
The 27-year-old actress ignored chilly weather



Eddie Redmayne is feeling festive in another plaid suit as wife Hannah Bagshaw stuns in sheer dress at London premiere of The Danish Girl

On their way home! Kim Kardashian and

New York elite: Padma Lakshmi (left) and Sean Lennon (right) both attended the Cipriani Wall Street event

Indeed, the trio were so close that DailyMail.com told last week how Epstein kept 21 numbers for President Clinton in his contacts book, under the name of his adviser Doug Band.

As Virginia Roberts' astonishing claims have made headlines around the world, it was reported last week that President Clinton's continuing friendship with Maxwell has caused a rift between him and his wife, potential Presidential candidate Hillary Clinton.

However, the pair were pictured looking cosy together as they left the funeral of former New York Governor Mario Cuomo.

Epstein and Maxwell met shortly after she moved to New York in the 1990s following the death of her father, shamed newspaper tycoon Robert Maxwell.

And they remained just as close even after an initial romance faded.

For Epstein, Maxwell was a useful conduit to some of the most powerful people in the world, from President Clinton to Prince Andrew.



Close: Not only was Ghislaine Maxwell friends with Prince Andrew, but his ex-wife Sarah Ferguson as well. The pair are pictured together at the opening of the Asprey Flagship Store on 5th Avenue on December 8, 2003, in New York City



Allegations: Ghislaine Maxwell is accused of 'facilitating Prince Andrew's acts of sexual abuse by acting as a madame for Epstein'. Above, Miss Maxwell looks on as Prince Andrew smiles with Virginia Roberts in 2001


Kanye West 'have left the hospital with baby son Saint' three days after welcoming him into the world


'I can't deal with it!' Kate Gosselin horrified as her 15-year-old twin girls start talking to boys in sneak peek for upcoming season of reality show


'They lost their father years ago' Scott Weiland's ex-wife pens letter on behalf of his two children asking people not to glorify the tragedy


Welcome to the Hollywood hall of fame! Andy Garcia's daughter Alessandra lands plus-size modelling career and stars in sultry lingerie shoot


'He doesn't deserve that kind of treatment': Burt Reynolds wades in on Angelina Jolie's tumultuous relationship with father Jon Voight Spoke on UK TV show


Arnold Schwarzenegger launches epic rant against climate change deniers saying he 'doesn't give a damn' about what people think


Ka-ching! Katy Perry conquers rival Taylor Swift as the top-earning musician of 2015 Forbes examined the pre-tax income, including endorsements


'Loyalty sometimes bites you in the a***': Gigi Hadid gets frank about exes, BFF Kendall Jenner and being a protective big sister to Bella


Leggy Gigi Hadid is a color co-ordinated dream in all-nude outfit as she showcases supermodel stems in slashed jumpsuit Stepped out in New York


Kendall Jenner reads comments on social media until she sees mean one... and admits modelling career started because 'I wanted to prove them wrong'


Victoria Beckham shows off her svelte figure in head to toe black in NY... as David shares cute snap of Harper during daddy daughter day in the UK


'You have to set boundaries': Khloe Kardashian says working out is a priority as she heads to the gym in tight exercise gear She's a gym junkie


'Forever grateful': Kim Zolciak gets into the Christmas spirit as she takes her six children to meet Santa Claus The 37-year-old shared sweet family photos

While Maxwell became used to the luxuries that Epstein could afford her, trips by private jet and his very own Caribbean island.

Rarely photographed or seen out in public unlike his friend Maxwell, Espteín was however pictured with the brunette as they partied the night away on March 15, 2005, at a Manhattan charity event featuring singer Rod Stewart.

But as they socialized with the cream of Manhattan society, including CBS President Les Moonves, his wife Julie Chen, Sean Lennon and Padma Lakshmi, at the Wall Street Rising event, Epstein, now 63, and Maxwell, would have been entirely unaware of a police probe that was launched that very day.

In May 2006, a 'probable cause affidavit' revealed that Epstein was the subject of an 11-month undercover investigation by police after a complaint in 2005 from the stepmother of a 14-year-old girl, who claimed she was paid $300 to give him an erotic massage at his flamingo-pink villa in Palm Beach.



Close: Ghislaine Maxwell with Jeffrey Epstein (left) at The Queen's residence of Sandringham in 2000. The picture shows just how close she and Epstein were with Prince Andrew

The girl is said to have been taken there by 18-year-old student Haley Robson, who claims in a sworn statement that she was recruited at the age of 17 to provide the billionaire with a $200 nude massage.

One of the girls 'cried hysterically', according to a police report, as she recalled how she was recruited to provide services for Epstein when she was 16.


Emily Ratajkowski shows off her ample assets as she writhes around in sheer lingerie for LOVE's festive advent calendar
Blurred Lines model


'I had sex with two women': The Affair star Joshua Jackson reveals awkward post-work conversations with partner Diane Kruger
All in a day's work


'Mostly he says nein!': Claire Danes reveals son Cyrus speaks German after attending Kindergarten in Berlin while she filmed Homeland


Selena Gomez and Niall Horan continue to fuel romance rumors as they're spotted enjoying a date night at Santa Monica Pier
Look away Justin Bieber


Prince Harry's ex Cressida Bonas appears to go TOPLESS as she poses in velvet gloves and diamonds for high-end French fashion magazine L'Officiel


He's really Gonna! Blake Shelton performs single about pursuing new love in front of girlfriend Gwen Stefani on The Voice
Romantic gesture


Christina Milian flashes her flat stomach in a glitzy crop top and skinny jeans as she parties with pal Vanessa Simmons
Dip It Low singer


Lindsay Lohan shows off her figure in sexy bikini and platform heels as she lies back on a wall for shoot in picturesque Mykonos
Actress' new photoshoot


'I am a lucky, lucky girl!' Grey's Anatomy's Jessica Capshaw, 39, announces she is pregnant with her fourth child
She plays Dr. Robbins


That's awkward! Pete Wentz jets out of Los Angeles after Kim Kardashian and Kanye West copy his baby Saint's unusual name
Name was criticized


Kim Kardashian and Kanye West's baby son Saint 'will NOT appear on Keeping Up With The Kardashians' North was kept off the show for her first year too


Nicky Hilton and Tommy Hilfiger's wife Dee Ocleppo wear the SAME dress at Valentino event... and style out fashion faux pas with a frosty kiss


Former Mouseketeer and American Idol contestant Marque Lynche found dead at 34



She claims in a sworn statement that he introduced her to a woman whom he said he had brought from Yugoslavia 'to be his sex slave'.

Epstein was convicted in 2008 of soliciting sex from a minor - a minor in the US is someone younger than 18 - and served 13 months in prison.

Now, lawyers for four of Epstein's alleged victims are fighting to get a federal non-prosecution agreement against Epstein thrown out so he can potentially face criminal charges for allegedly sexually abusing the women, one of whom says she was only 13 at the time of the assault.

Bizarrely, Maxwell was initially served with a subpoena in September 2009, as she was leaving the Clinton Global Initiatives Conference in New York.



Power people: Ghislaine Maxwell and newspaper billionaire Rupert Murdoch, pictured together in at the Fifth Important Dinner for Women hosted by Her Majesty Queen Rania Al Abdullah, Wendi Murdoch and Indra Nooyi in New York in September 2010

Epstein was convicted in 2008 of soliciting sex from a minor - a minor in the US is someone younger than 18 - and served 13 months in prison.

Now, lawyers for four of Epstein's alleged victims are fighting to get a federal non-prosecution agreement against Epstein thrown out so he can potentially face criminal charges for allegedly sexually abusing the women, one of whom says she was only 13 at the time of the assault.

As for Maxwell, bizarrely, she was initially served with a subpoena in September 2009, as she was leaving the Clinton Global Initiatives Conference in New York, and continues to deny all allegations made against her.




Discovered in his New York City apartment by his roommate



Moving in with Bradley? Irina Shayk puts her $2.65M two-bedroom NYC condo up for sale as romance heats up
Been dating since spring



Risque Jenna Dewan Tatum flashes her sexy lingerie in a sheer corset-style gown as she joins husband Channing at The Hateful Eight premiere




White hot mama! Pregnant Chrissy Teigen gives the cold shoulder to maternity wear and heats things up in a ultra-short dress
Expecting first child




Dancing With The Stars champion Derek Hough shows off his buff body by going shirtless on the beach as he takes a well-earned break in Hawaii




Make-up free Rumer Willis hauls luggage out of LAX following her five-show stint with Sway: A Dance Trilogy
Daughter of Demi Moore and Bruce Willis



'Seems I'm an absolute pleasure to shoot': Amy Schumer shares sexy behind-the-scenes look at her Pirelli Calendar photo session
She's in the 43rd edition



Sarah Paulson cuts a stylish figure in chic floral dress as she joins co-star John Travolta at special American Crime Story screening in New York City



Thank Yeezus! Jennifer Lopez rocks Kanye West's hard-to-wear boots as she goes on a designer shopping spree
The shoes cost $625



Charlie Sheen claims his ex Brett Rossi 'insisted on unprotected sex knowing his HIV status while continuing to sleep with other men' in explosive court docs



Burt Reynolds, 79, appears to claim Charlie Sheen 'deserves' HIV because he 'misbehaved very badly'
TV audience watching was outraged



'He's a kinky, weird guy': Lala Kent ditches James Kennedy after he shows off sex scratches on Bravo's Vanderpump Rules
She wasn't impressed



Stealing his Thunder! Elsa Pataky puts on a busty display in a VERY sheer low-cut dress as she cuddles up to hubby Chris Hemsworth at his movie premiere



Gossip girls: Ghislaine Maxwell (right) and Gossip Girl actress Kelly Rutherford at an event to celebrate Anna Netrebko's new album 'Verdi', in New York in September 2013

Share or comment on this article

**266** shares


**30 Celebrities From The Ivy League**
Your Daily Dish


**Jaw Dropping Child Star Transformations!!**
WomensForum


**9 Cancer Symptoms You Are Likely To Ignore**
Remedist






Victoria Beckham cuts a sleek silhouette in a bold violet slip dress and satin trench coat for late night stop at her NYC showroom
Brightening things up


Star Wars sequel gets a 12A rating because of scenes of 'moderate violence and threat' and 'mild bad language' meaning youngest fans will need their parents

 
'He is so cute!' Khloe Kardashian gushes about meeting her nephew Saint West for the first time
One of the first to meet the new arrival

 
Pregnant Ivanka Trump adds a touch of class to her bump as she covers it up with an elegant sleeveless black number at Valentino event

 
Stylish Suki Waterhouse nails off-duty chic in blue polka dot trousers and a chic beret as she enjoys leisurely stroll in NYC
Bradley Cooper's ex

 
Jennifer Connelly plumps for minimalist-chic skirt and boots for In The Heart Of The Sea premiere with husband Paul Bettany
Had a rare date night

 
They're firm film friends! Jessica Gomes and Glenn Close pose for behind-the-scenes selfie on the set of their new flick
Model-turned actress

 
'It's about giving back': Jessica Gomes aims to beat poverty in new Christmas Gifts campaign for Australian charity World Vision
Sports Illustrated model

 
Miss Universe hopefuls pull out all the stops in jewel-encrusted tiaras and glitzy gowns as they descend on Vegas ahead of the glamorous contest


Child of Destiny! Beyonce shows her star power came early as she is seen performing hit song Home from The Wiz aged seven in rare archive footage


Diane Kruger teases a glimpse of cleavage in peacock inspired gown with plunging mesh neckline at opulent Valentino bash
Red carpet glamour


'Watch Kanye name his kid Saint': Teenager predicted the name of Kim Kardashian's son 6 MONTHS AGO... and now social media is going crazy


It's Saint West! Kim Kardashian and Kanye reveal heavenly name of their newborn son as internet explodes in