# EXHIBIT 2



**U.S. Department of Justice**

United States Attorney
Southern District of Florida

*500 S. Australian Avenue, Suite 400*
*West Palm Beach, FL 33401*
*(561) 820-8711 - Telephone*
*(561) 820-8777 - Facsimile*

April 13, 2016

VIA ELECTRONIC MAIL
Laura A. Menninger, Esq.
Haddon, Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, Colorado 80203

          Re:    Ghislaine Maxwell

Dear Ms. Menninger:

      I am in receipt of your letter of April 6, 2016, where you have attempted to memorialize a telephone conversation in which you called me concerning *Giuffre v. Maxwell*, Case No. 15-cv-07433-RWS (S.D.N.Y.), a civil case of which I have no knowledge beyond what you have represented.

      With respect to your understanding of our telephone conversation, let me make some clarifications. Due to pending litigation that was instituted against the U.S. Attorney's Office for the Southern District of Florida (the "Office"), the Office was recused by the Department of Justice from prospective responsibility for any criminal investigation or potential prosecution relating to Jeffrey Epstein's alleged sexual activities with minor females. As a result, the Office was also recused from any criminal investigation of Ms. Maxwell or anyone else relating to those allegations, and it thus has no pending investigations involving such matters. I did not understand your inquiry to involve any other criminal allegations, and my comments should not be understood to have addressed any other circumstances. (As a general matter, we do not comment on the existence or non-existence of criminal investigations for a variety of reasons.) Additionally, while I am personally unaware of any pending criminal investigation of Ms. Maxwell by any other authority, my lack of knowledge should not be construed as signifying either that there is or that there is not a pending criminal investigation of Ms. Maxwell.

      As for the Non-Prosecution Agreement involving Jeffrey Epstein, my only representation was that the name Ghislaine Maxwell does not appear in that document, as already reflected in public filings involving that document.

LAURA A. MENNINGER, ESQ.
APRIL 13, 2016
PAGE 2


    If you understood my comments during our telephone conversation to have any broader or different meaning, I apologize for the misunderstanding.

                Sincerely yours,

                Wifredo A. Ferrer
                United States Attorney

                **s/*A. Marie Villafaña***
                A. Marie Villafaña
                Assistant U.S. Attorney

cc:    Dexter Lee, Esq.
       Sigrid McCawley, Esq.