UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.                                                 **15-cv-07433-RWS**

GHISLAINE MAXWELL,

    Defendant.

---------------------------------------------------X

**Declaration Of Laura A. Menninger In Support Of Defendant's Opposition to Plaintiff's Motion for Forensic Examination**

I, Laura A. Menninger, declare as follows:

1. I am an attorney at law duly licensed in the State of New York and admitted to practice in the United States District Court for the Southern District of New York. I am a member of the law firm Haddon, Morgan & Foreman, P.C., counsel of record for Defendant Ghislaine Maxwell ("Maxwell") in this action. I respectfully submit this declaration in support of Defendant's Opposition to Plaintiff's Motion for Forensic Examination.

2. Attached as Exhibit A is a true and correct copy of Laura A. Menninger's letter to Sigrid S. McCawley dated March 14, 2016.

3. Attached as Exhibit B is a true and correct copy of the August 25, 2014 unpublished minute order in *Dash v. Seagate Tech. (US) Holdings, Inc.*, No. 13-cv-6329 LDW, AKT (E.D.N.Y. 2014).

By: */s/ Laura A. Menninger*
Laura A. Menninger

## CERTIFICATE OF SERVICE

I certify that on April 21, 2016, I electronically served this *Defendant's Opposition to Plaintiff's Motion for Forensic Examination* via ECF on the following:

Sigrid S. McCawley
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com

*/s/ Nicole Simmons*
Nicole Simmons