United States District Court
Southern District of New York

Virginia L. Giuffre,

       Plaintiff,                 Case No.: 15-cv-07433-RWS

v.                              **MOTION FOR ADMISSION PRO HAC VICE**

Ghislaine Maxwell,

       Defendant..
_____/

      Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, and in light of the supplemental materials submitted at the hearing today, I, Paul G. Cassell, hereby move this Court for an Order for Admission to Practice Pro Hac Vice to appear as counsel for Plaintiff, Virginia L. Giuffre in the above-captioned action.

      I am in good standing in the bar(s) of the state(s) of Utah and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:  April 21, 2016.              Respectfully Submitted,

                                            __/s/ Paul G. Cassell _____
                                           Applicant Signature

                                           Applicant's Name:   Paul G. Cassell_____

                                           Firm Name:  S.J. Quinney College of Law, University of Utah

                                           Address:  383 S. University Street_____

                                           City/State/Zip:  Salt Lake City, Utah 84112_____

                                           Telephone/Fax:  Tel: (801) 858-5202 / Fax: (801) 585-2750__

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 21st day of April 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

    Laura A. Menninger, Esq.
    Jeffrey Pagliuca, Esq.
    HADDON, MORGAN & FOREMAN, P.C.
    150 East 10th Avenue
    Denver, Colorado 80203
    Tel: (303) 831-7364
    Fax: (303) 832-2628
    Email: lmenninger@hmflaw.com
           jpagliuca@hmflaw.com

                                        /s/ Paul G. Cassell
                                        Paul G. Cassell