

# STATE OF UTAH

## Judicial Department

### Attorney's Certificate

IN THE SUPREME COURT OF THE STATE OF UTAH

UNITED STATES OF AMERICA  
STATE OF UTAH  } ss.

I, ___Andrea R. Martinez___, Clerk of the Supreme Court of the State of Utah, do hereby certify that by an Order of this Court duly made and entered,   Paul G. Cassell, #6078   was admitted to practice as an Attorney and Counselor at Law in all of the courts of the State of Utah on the   27th   day of   May  , 1992.

I further certify that this attorney is now, and at all time since admission has been, a member of the Bar of this Court in good standing; and that the private and professional character of this attorney appears to be good.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Seal of said court this

__30th__ day of____March____, A.D. __2016__

_Andrea R. Martinez_  
Clerk