# EXHIBIT 1

Filing # 40060746 E-Filed 04/08/2016 04:58:03 PM

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

CIVIL DIVISION

CASE NO.: CACE 15-000072

BRADLEY J. EDWARDS and
PAUL G. CASSELL,

      Plaintiffs/Counter Defendants,

vs.

ALAN M. DERSHOWITZ,

      Defendant/Counter Plaintiff.

                             /

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs / Counterclaim Defendants Bradley J. Edwards and Paul G. Cassell (collectively, "Plaintiffs") and Defendant / Counterclaim Plaintiff Alan M. Dershowitz ("Defendant"), pursuant to Rule 1.420 of the Florida Rules of Civil Procedure, hereby stipulate to the dismissal of all claims in this action by Plaintiffs against Defendant with prejudice, to dismissal of all claims in this action by Defendant against Plaintiffs with prejudice, and with each party to bear his own attorneys' fees and costs.

DATED: _April 8_____, 2016               Respectfully submitted,

Respectfully submitted,

s/                                          s/

Jack Scarola                                Thomas E. Scott
Florida Bar No. 169440                      Florida Bar No. 149100
jsx@searcylaw.com                           Thomas.scott@csklegal.com
Searcy Denney Scarola Barnhart & Shipley,   Steven R. Safra
P.A.                                        Florida Bar No. 057028
2139 Palm Beach Lakes Blvd.                 Steven.safra@csklegal.com
West Palm Beach, FL 33409                   COLE, SCOTT & KISSANE, P.A.
Phone: (561) 686-6300                       Dadeland Centre II, 14th Floor
Fax: (561) 383-9451                         9150 South Dadeland Boulevard
                                            Miami, Florida 33156
Bradley J. Edwards                          Phone: (305) 350-5300
brad@pathtojustice.com                      Fax: (305) 373-2294
FARMER JAFFE WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.             Richard A. Simpson (pro hac vice)
425 North Andrews Avenue, Suite 2           rsimpson@wileyrein.com
Fort Lauderdale, Florida 33301              Mary E. Borja (pro hac vice)
Phone: (954) 524-2820                       mborja@wileyrein.com
Fax: (954) 524-2822                         Ashley E. Eiler (pro hac vice)
                                            aeiler@wileyrein.com
Paul G. Cassell (pro hac vice)              Nicole A. Richardson (pro hac vice)
casselp@law.utah.edu                        nrichardson@wileyrein.com
S.J. Quinney College of Law at the          WILEY REIN LLP
University of Utah                           1776 K Street NW
383 S. University St.                       Washington, DC 20006
Salt Lake City, UT 84112                    Phone: (202) 719-7000
Phone: (801)-585-5202                       Fax: (202) 719-7049
Fax: (801)-585-6833
                                            Kenneth A. Sweder (pro hac vice)
                                            ksweder@sweder-ross.com
                                            SWEDER & ROSS
                                            131 Oliver Street
                                            Boston, MA 02110
                                            Phone: (617) 646-4466
                                            Fax: (617) 646-4470

                                            Charles H. Lichtman
                                            Florida Bar No. 501050
                                            clichtman@bergersingerman.com
                                            BERGER SINGERMAN LLP
                                            350 E Las Olas Blvd.
                                            Suite 1000
                                            Fort Lauderdale, FL 33301-4215

2