# EXHIBIT 2

IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA

FOURTH DISTRICT

CASE NO. 4D15-4527

JEFFREY EPSTEIN,

     Appellant,

-vs-

BRADLEY J. EDWARDS and
PAUL G. CASSELL,

     Appellees.

_____/

## AGREED MOTION TO STAY PENDING SETTLEMENT

Appellees, BRADLEY J. EDWARDS and PAUL G. CASSELL, by and through undersigned counsel, hereby file this Agreed Motion for Stay Pending Settlement, and states as follows:

1.    Appellant filed a Notice of Appeal on November 23, 2015.

2.    Appellant filed his Initial Brief on January 7, 2016.

3.    Appellees' Answer Brief is currently due on April 14, 2016

3.    The parties subsequently reached a settlement in this case.

4.    Respondent requests that this Court stay this appeal for 60 days to permit the finalization of all settlement documents.

1

5.      Counsel for Appellant has been contacted and has no objection to this request.

WHEREFORE, for the reasons stated above, Appellees requests that this Court stay this appeal for 60 days pending finalization of the parties' settlement.

I HEREBY CERTIFY that a true copy of the foregoing was furnished to all counsel on the attached service list, by email, on April 12, 2016.

> William B. King, Esq.
> SEARCY DENNY SCAROLA
> BARNHART & SHIPLEY, P.A.
> 2139 Palm Beach Lakes Blvd.
> West Palm Beach, FL 33409
> wbk@searcylaw.com
>                    and
> BURLINGTON & ROCKENBACH, P.A.
> Courthouse Commons/Suite 350
> 444 West Railroad Avenue
> West Palm Beach, FL  33401
> (561) 721-0400
> Attorneys for Appellees
> pmb@FLAppellateLaw.com
> kbt@FLAppellateLaw.com
>
> By:   /s/ Philip M. Burlington
>       PHILIP M. BURLINGTON
>       Florida Bar No. 285862

/kbt

2

# SERVICE LIST

Epstein v. Edwards/Cassell
Case No. 4D15-4527

**Paul Morris, Esq.**
Law Offices of Paul Morris P.A.
9350 S. Dixie Hwy, Ste. 1450
Miami, FL 33156
(305) 670-2202
Paulappeal@gmail.com
Attorneys for Jeffrey Epstein

**Tonja Haddad Coleman, Esq.**
Tonja Haddad, P.A.
315 SE 7th Street., Ste. 301
Fort Lauderdale, FL 33301
(954) 467-1223
tonja@tonjahaddad.com
efiling@tonjahaddad.com
Attorneys for Jeffrey Epstein

**Thomas Scott, Esq.**
**Steven Safra, Esq.**
Cole Scott & Kissane, P.A.
9150 S. Dadeland Blvd. Ste. 1400
Miami, FL 33156
(305) 350-5329
thomas.scott@csklegal.com
steven.safra@csklegal.com
Attorneys for Alan M. Dershowitz

**Mary Borja, Esq.**
**Richard A. Simpson, Esq.**
**Ashley Eiler, Esq.**
Whiley Rein & Fielding
1776 K. St. NW
Washington DC 20009
(202) 719-4252
MBorja@wileyrein.com
RSimpson@wileyrein.com
AEiler@wileyrein.com
Attorneys for Alan M. Dershowitz

**Kenneth A. Sweder, Esq.**
Sweder & Ross, LLP
131 Oliver Street
Boston, MA 02110
(617) 646-4466
ksweder@sweder-ross.com
Attorneys for Alan M. Dershowitz

**Bradley J. Edwards, Esq.**
Farmer, Jaffe, Weissing,
Edwards, Fistos & Lehrman, P.L.
425 N. Andrews Ave., Ste. 2
Fort Lauderdale, FL 33301
(954) 524-2820
brad@pathtojustice.com
Attorneys for Defendant Edwards

3