United States District Court
Southern District of New York

Virginia L. Giuffre,

    Plaintiff,　　　　　　　　　　Case No.: 15-cv-07433-RWS

v.　　　　　　　　　　　　　　　　**MOTION FOR ADMISSION PRO HAC VICE**

Ghislaine Maxwell,

    Defendant..
_____/

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, and in light of new materials being submitted, I, Bradley Edwards, hereby move this Court for an Order for Admission to Practice Pro Hac Vice to appear as counsel for Plaintiff, Virginia L. Giuffre in the above-captioned action.

    I am in good standing in the bar(s) of the state(s) of Florida and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: April 21, 2016.

　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　 /s/ Bradley J. Edwards_____
　　　　　　　　　　　　　　　　　Applicant Signature

　　　　　　　　　　　　　　　　　Applicant's Name:   Bradley J. Edwards_____

　　　　　　　　　　　　　　　　　Firm Name:  Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L.

　　　　　　　　　　　　　　　　　Address:  425 North Andrews Avenue, Suite 2_____

　　　　　　　　　　　　　　　　　City/State/Zip:  Fort Lauderdale, FL 33301_____

　　　　　　　　　　　　　　　　　Telephone/Fax:  Tel: (954) 524-2820 / Fax: (954) 524-2822__

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 21st day of April 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

    Laura A. Menninger, Esq.
    Jeffrey Pagliuca, Esq.
    HADDON, MORGAN & FOREMAN, P.C.
    150 East 10th Avenue
    Denver, Colorado 80203
    Tel: (303) 831-7364
    Fax: (303) 832-2628
    Email: lmenninger@hmflaw.com
           jpagliuca@hmflaw.com

                                      /s/ Bradley J. Edwards
                                        Bradley J. Edwards