UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

15-cv-07433-RWS

---------------------------------------------------X

### Declaration Of Laura A. Menninger In Opposition to Renewed Pro *Hac Vice* Motions of Messrs. Cassell and Edwards

I, Laura A. Menninger, declare as follows:

1. I am an attorney at law duly licensed in the State of New York and admitted to practice in the United States District Court for the Southern District of New York. I am a member of the law firm Haddon, Morgan & Foreman, P.C., counsel of record for Defendant Ghislaine Maxwell ("Maxwell") in this action. I respectfully submit this declaration in support of Defendant's Opposition to Plaintiff's Motion for Forensic Examination.

2. Attached as Exhibit A are true and correct copies of correspondence between counsel for Ms. Maxwell and counsel for Ms. Giuffre on April 21, 2016.

3. Attached as Exhibit B is a true and correct copy of "Plaintiffs and Non-Party Virginia Giuffre's Notice Regarding the Parties Joint Stipulation of Dismissal," filed on April 11, 2016, in *Cassell and Edwards v. Dershowitz,* In and for the Seventeenth Judicial District, Broward County, Florida.

By: */s/ Laura A. Menninger*
Laura A. Menninger

**CERTIFICATE OF SERVICE**

    I certify that on April 21, 2016, I electronically served this Declaration Of Laura A. Menninger In Opposition to Renewed Pro *Hac Vice* Motions of Messrs. Cassell anEdward via ECF on the following:

Sigrid S. McCawley
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com

                                        */s/ Laura A Menninger*
                                          Laura A. Menninger