**Subject:** Giuffre v Maxwell -[Supplemental Materials]
**Date:** Thursday, April 21, 2016 at 5:44:02 PM Eastern Daylight Time
**From:** Laura Menninger
**To:** Sigrid S. McCawley
**CC:** Jeff Pagliuca

Sigrid

We did not receive any supplemental materials in support of Mr Cassell's pro hac application.

If materials were submitted to the Court, please provide them to us immediately.

-Laura

| | |
|---|---|
| **Subject:** | RE: Giuffre v Maxwell -[Supplemental Materials] |
| **Date:** | Thursday, April 21, 2016 at 5:44:56 PM Eastern Daylight Time |
| **From:** | Sigrid McCawley |
| **To:** | Laura Menninger |
| **CC:** | Jeff Pagliuca |

My staff is scanning them to you now. You should have them momentarily.

Sigrid S. McCawley
Partner
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Phone: 954-356-0011 ext. 4223
Fax: 954-356-0022
http://www.bsfllp.com

-----Original Message-----
From: Laura Menninger [mailto:lmenninger@hmflaw.com]
Sent: Thursday, April 21, 2016 5:44 PM
To: Sigrid McCawley
Cc: Jeff Pagliuca
Subject: Giuffre v Maxwell -[Supplemental Materials]

Sigrid

We did not receive any supplemental materials in support of Mr Cassell's pro hac application.

If materials were submitted to the Court, please provide them to us immediately.

-Laura

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

**Subject:** Re: Giuffre v Maxwell -[Supplemental Materials]
**Date:** Thursday, April 21, 2016 at 5:48:25 PM Eastern Daylight Time
**From:** Laura Menninger
**To:** Sigrid McCawley
**CC:** Jeff Pagliuca

How and when were they provided to the Court?

> On Apr 21, 2016, at 5:45 PM, Sigrid McCawley <Smccawley@BSFLLP.com> wrote:
> My staff is scanning them to you now. You should have them momentarily.
> Sigrid S. McCawley
> Partner
> BOIES, SCHILLER & FLEXNER LLP
> 401 East Las Olas Blvd., Suite 1200
> Fort Lauderdale, FL 33301
> Phone: 954-356-0011 ext. 4223
> Fax: 954-356-0022
> http://www.bsfllp.com
> -----Original Message-----
> From: Laura Menninger [mailto:lmenninger@hmflaw.com]
> Sent: Thursday, April 21, 2016 5:44 PM
> To: Sigrid McCawley
> Cc: Jeff Pagliuca
> Subject: Giuffre v Maxwell -[Supplemental Materials]
> Sigrid
> We did not receive any supplemental materials in support of Mr Cassell's pro hac application.
> If materials were submitted to the Court, please provide them to us immediately.
> -Laura
> The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer.
> [v.1]

**Subject:** Supplemental Materials
**Date:** Thursday, April 21, 2016 at 5:49:24 PM Eastern Daylight Time
**From:** Meredith Schultz
**To:** Laura Menninger, Jeff Pagliuca
**CC:** Sigrid McCawley

Laura/Jeff,

Please see the attached.

Thanks,

Meredith

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

**Subject:** Re: Supplemental Materials
**Date:** Thursday, April 21, 2016 at 5:52:27 PM Eastern Daylight Time
**From:** Jeff Pagliuca
**To:** Meredith Schultz
**CC:** Laura Menninger, Sigrid McCawley

I would like to know when these were filed with the court.

Jeff

On Apr 21, 2016, at 5:49 PM, Meredith Schultz <mschultz@BSFLLP.com> wrote:

> Laura/Jeff,
>
> Please see the attached.
>
> Thanks,
>
> Meredith
>
> The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]
>
> <Pages from GM Scanned fax.pdf>

**Subject:** RE: Giuffre v Maxwell -[Supplemental Materials]
**Date:** Thursday, April 21, 2016 at 6:02:10 PM Eastern Daylight Time
**From:** Sigrid McCawley
**To:** Laura Menninger
**CC:** Jeff Pagliuca

I am in the NY office and we gave it to staff for faxing and then scanning. I believe it was about an hour ago. I just got the scanned copy and sent it to you. We are also planning to file similar papers on behalf of Brad Edwards which we will be sending shortly but it is not complete.

Sigrid S. McCawley
Partner
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Phone: 954-356-0011 ext. 4223
Fax: 954-356-0022
http://www.bsfllp.com

---

**From:** Laura Menninger [mailto:lmenninger@hmflaw.com]
**Sent:** Thursday, April 21, 2016 5:48 PM
**To:** Sigrid McCawley
**Cc:** Jeff Pagliuca
**Subject:** Re: Giuffre v Maxwell -[Supplemental Materials]


How and when were they provided to the Court?


> On Apr 21, 2016, at 5:45 PM, Sigrid McCawley <Smccawley@BSFLLP.com> wrote:
>
> My staff is scanning them to you now. You should have them momentarily.
>
> Sigrid S. McCawley
> Partner
> BOIES, SCHILLER & FLEXNER LLP
> 401 East Las Olas Blvd., Suite 1200
> Fort Lauderdale, FL 33301
> Phone: 954-356-0011 ext. 4223
> Fax: 954-356-0022
> http://www.bsfllp.com
>
> -----Original Message-----
> From: Laura Menninger [mailto:lmenninger@hmflaw.com]
> Sent: Thursday, April 21, 2016 5:44 PM
> To: Sigrid McCawley
> Cc: Jeff Pagliuca
> Subject: Giuffre v Maxwell -[Supplemental Materials]
>
> Sigrid

>
> We did not receive any supplemental materials in support of Mr Cassell's pro hac application.
>
> If materials were submitted to the Court, please provide them to us immediately.
>
> -Laura
>
>
> The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]
>

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

**Subject:** Re: Giuffre v Maxwell -[Supplemental Materials]
**Date:** Thursday, April 21, 2016 at 6:57:29 PM Eastern Daylight Time
**From:** Jeff Pagliuca
**To:** Sigrid McCawley
**CC:** Laura Menninger

I am assuming you have a time stamp on your fax. It was not part of what you sent to me. Please give me an exact time stamp on the filing.

Jeff

On Apr 21, 2016, at 6:02 PM, Sigrid McCawley <Smccawley@BSFLLP.com> wrote:

> I am in the NY office and we gave it to staff for faxing and then scanning. I believe it was about an hour ago. I just got the scanned copy and sent it to you. We are also planning to file similar papers on behalf of Brad Edwards which we will be sending shortly but it is not complete.
>
> Sigrid S. McCawley
> Partner
> **BOIES, SCHILLER & FLEXNER LLP**
> 401 East Las Olas Blvd., Suite 1200
> Fort Lauderdale, FL 33301
> Phone: 954-356-0011 ext. 4223
> Fax: 954-356-0022
> http://www.bsfllp.com
>
> **From:** Laura Menninger [mailto:lmenninger@hmflaw.com]
> **Sent:** Thursday, April 21, 2016 5:48 PM
> **To:** Sigrid McCawley
> **Cc:** Jeff Pagliuca
> **Subject:** Re: Giuffre v Maxwell -[Supplemental Materials]
>
> How and when were they provided to the Court?
>
> > On Apr 21, 2016, at 5:45 PM, Sigrid McCawley <Smccawley@BSFLLP.com> wrote:
> >
> > My staff is scanning them to you now. You should have them momentarily.
> >
> > Sigrid S. McCawley
> > Partner
> > BOIES, SCHILLER & FLEXNER LLP
> > 401 East Las Olas Blvd., Suite 1200
> > Fort Lauderdale, FL 33301
> > Phone: 954-356-0011 ext. 4223
> > Fax: 954-356-0022
> > http://www.bsfllp.com

>
> -----Original Message-----
> From: Laura Menninger [mailto:lmenninger@hmflaw.com]
> Sent: Thursday, April 21, 2016 5:44 PM
> To: Sigrid McCawley
> Cc: Jeff Pagliuca
> Subject: Giuffre v Maxwell -[Supplemental Materials]
>
> Sigrid
>
> We did not receive any supplemental materials in support of Mr Cassell's pro hac application.
>
> If materials were submitted to the Court, please provide them to us immediately.
>
> -Laura
>
>
> The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]
>

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

**Subject:** Re: Giuffre v Maxwell -[Supplemental Materials]
**Date:** Thursday, April 21, 2016 at 8:17:47 PM Eastern Daylight Time
**From:** Jeff Pagliuca
**To:** Sigrid McCawley
**CC:** Laura Menninger

I have not received a response to this request. "I believe it was about an hour ago" is not an acceptable response. Given that the court converted this issue into a motion hearing it was inappropriate for you to respond by letter and fax to the judge. I assume it is because you did not want the adverse party in the Dershowitz matter to have these statements available for review.
Again, please provide me with a fax confirmation sheet that discloses when this communication was sent to Judge Sweet.

Jeff

On Apr 21, 2016, at 6:57 PM, Jeff Pagliuca <jpagliuca@hmflaw.com> wrote:

> I am assuming you have a time stamp on your fax. It was not part of what you sent to me. Please give me an exact time stamp on the filing.
>
> Jeff
>
> On Apr 21, 2016, at 6:02 PM, Sigrid McCawley <Smccawley@BSFLLP.com> wrote:
>
>> I am in the NY office and we gave it to staff for faxing and then scanning. I believe it was about an hour ago. I just got the scanned copy and sent it to you. We are also planning to file similar papers on behalf of Brad Edwards which we will be sending shortly but it is not complete.
>>
>> Sigrid S. McCawley
>> Partner
>> **BOIES, SCHILLER & FLEXNER LLP**
>> 401 East Las Olas Blvd., Suite 1200
>> Fort Lauderdale, FL 33301
>> Phone: 954-356-0011 ext. 4223
>> Fax: 954-356-0022
>> http://www.bsfllp.com
>>
>> ---
>>
>> **From:** Laura Menninger [mailto:lmenninger@hmflaw.com]
>> **Sent:** Thursday, April 21, 2016 5:48 PM
>> **To:** Sigrid McCawley
>> **Cc:** Jeff Pagliuca
>> **Subject:** Re: Giuffre v Maxwell -[Supplemental Materials]
>>
>> How and when were they provided to the Court?

> On Apr 21, 2016, at 5:45 PM, Sigrid McCawley <Smccawley@BSFLLP.com> wrote:
>
> My staff is scanning them to you now. You should have them momentarily.
>
> Sigrid S. McCawley
> Partner
> BOIES, SCHILLER & FLEXNER LLP
> 401 East Las Olas Blvd., Suite 1200
> Fort Lauderdale, FL 33301
> Phone: 954-356-0011 ext. 4223
> Fax: 954-356-0022
> http://www.bsfllp.com
>
> -----Original Message-----
> From: Laura Menninger [mailto:lmenninger@hmflaw.com]
> Sent: Thursday, April 21, 2016 5:44 PM
> To: Sigrid McCawley
> Cc: Jeff Pagliuca
> Subject: Giuffre v Maxwell -[Supplemental Materials]
>
> Sigrid
>
> We did not receive any supplemental materials in support of Mr Cassell's pro hac application.
>
> If materials were submitted to the Court, please provide them to us immediately.
>
> -Laura
>
>
> The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]
>

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

**Subject:** FW: fax transmittal
**Date:** Thursday, April 21, 2016 at 8:39:56 PM Eastern Daylight Time
**From:** Jeff Pagliuca
**To:** Laura Menninger

---

**From:** Meredith Schultz <mschultz@BSFLLP.com>
**Date:** Thursday, April 21, 2016 at 6:07 PM
**To:** Jeffrey Pagliuca <jpagliuca@hmflaw.com>
**Cc:** Sigrid McCawley <Smccawley@BSFLLP.com>
**Subject:** fax transmittal

Jeff,

We sent the fax to the Court at approximately 4:30. We were going to serve it to you at that time, but it did not get out until later due to a clerical error. You have my apologies for that – it was not intentional.

My fax transmittal sheet is in error, and says that the fax was sent at 3:31. Again, this is in error. All of the fax machines in my firm's New York office are off by approximately 1 hour. It appears that all the fax machines were not set reset last month with the "spring forward" time change. Judge Sweet's fax receipt (if set correctly) should say the exact time it was received, and it should reflect that it was transmitted around 4:30 instead of around 3:30.

I looked at three fax machines in the office from which the fax could have been sent. At present, I don't know what machine it was sent from. However, the time displayed by all three fax machines are off by about an hour, but all differ a few minutes in what time they read. Because of the discrepancies among the machines, and because we don't know at present which fax machine it was sent from, I cannot give you a precise time of transmittal at the time. However, all three machines read approximately one hour earlier than it actually is.

The staff has been made aware of this issue (as you can see from the attached). Also, earlier, we took a picture of one of the fax machines with a time-stamp of the photograph, showing the discrepancy – that picture is also attached.

Thanks,

Meredith


Meredith L. Schultz
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301

Phone: 954-356-0011 ext. 4204
Fax: 954-356-0022
http://www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]