IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL DIVISION

BRADLEY J. EDWARDS, and         CASE NO. CACE 15-000072
PAUL G. CASSELL,

    Plaintiffs,

v.

ALAN DERSHOWITZ,

    Defendant.
_____/

**PLAINTIFFS AND NON-PARTY VIRGINIA GIUFFRE'S NOTICE REGARDING THE PARTIES' JOINT SITPULATION OF DISMISSAL**

Plaintiffs and Non-Party Virginia Giuffre, by and through undersigned counsel, hereby provide the Court with Notice that while the Plaintiff and Defendant submitted a Joint Stipulation of Dismissal, on April 8, 2016, there remain issues pending before the Court that requires the Court to retain jurisdiction over this matter. Specifically, the Court has specially set for hearing on May 12, 2016, non-party Virginia Giuffre's Supplemental Motion to Strike and for Sanctions against Defendant Dershowitz. *See* Exhibit A. The parties agreed that the settlement between the Plaintiffs and the Defendant would in no way affect the right of non-party Virginia Giuffre to have her pending Motion to Strike and for Sanctions heard by the Court. Accordingly, in an abundance of caution, Plaintiffs and Non-Party Giuffre provide this Notice to ensure the Court retains jurisdiction over the matter to resolve the remaining pending issues.

Dated: April 11, 2016

        Respectfully submitted,

        **BOIES, SCHILLER & FLEXNER LLP**

By: /s/Sigrid S. McCawley_____
     Sigrid S. McCawley, Esq.
     Florida Bar No. 129305
     401 East Las Olas Boulevard, Suite 1200
     Fort Lauderdale, Florida 33301
     Telephone: (954) 356-0011
     Facsimile: (954) 356-0022

*Attorney for Non-Party Virginia Giuffre*


By: /s/ Jack Scarola_____
     Jack Scarola, Esq.
     SEARCY DENNEY SCAROLA BARNHART
     & SHIPLEY, P.A.
     JSX@searcylaw.com
     2139 Palm Beach Lakes Blvd.
     West Palm Beach, FL 33409-6601

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 11, 2016, a true and correct copy of the foregoing was served by Electronic Mail to the individuals identified below.

By: /s/Sigrid S. McCawley
Sigrid S. McCawley

| | |
|---|---|
| Thomas E. Scott<br>Thomas.scott@csklegal.com<br>Steven R. Safra<br>Steven.safra@csklegal.com<br>COLE, SCOTT & KISSANE, P.A.<br>9150 S. Dadeland Blvd., Suite 1400<br>Miami, Florida 33156<br>Renee.nail@csklegal.com<br>Shelly.zambo@csklegal.com<br><br>*Counsel for Alan Dershowitz* | Richard A. Simpson<br>rsimpson@wileyrein.com<br>Mary E. Borja<br>mborja@wileyrein.com<br>Ashley E. Eiler<br>aeiler@wileyrein.com<br>WILEY REIN, LLP<br>1776 K Street NW<br>Washington, D.C. 20006<br><br>*Counsel for Alan Dershowitz* |
| Charles H. Lichtman, Esq.<br>BERGER SINGERMAN LLP<br>350 E. Las Olas Blvd.<br>Suite 1000<br>Fort Lauderdale, FL 33301<br>Tel: (954) 525-9900<br>Fax: (954) 523-2872<br>Email: clichtman@bergersingerman.com<br><br>*Counsel for Alan Dershowitz* | Bruce S. Rogow, Esq.<br>BRUCE S. ROGOW, P.A.<br>100 NE 3rd Avenue, Suite 1000<br>Fort Lauderdale, FL 33301<br>Tel: (954) 767-8909<br>Fax: (954) 764-1530<br>Email: brogow@rogolaw.com |
| Kenneth A. Sweder, Esq.<br>SWEDER & ROSS, LLP<br>131 Oliver Street<br>Boston, MA 02110<br>Tel: (617) 646-4466<br>Email: ksweder@sweder-ross.com<br><br>*Counsel for Alan Dershowitz* | |

# EXHIBIT A

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL DIVISION

BRADLEY J. EDWARDS, and
PAUL G. CASSELL,

CASE NO. CACE 15-000072

    Plaintiffs,

v.

ALAN DERSHOWITZ,

    Defendant.

_____/

## AMENDED RE-NOTICE OF SPECIAL SET HEARING
### (1 hour)

YOU ARE HEREBY NOTIFIED that the following hearing is being rescheduled before the **Honorable Thomas Lynch, IV**, Circuit Court Judge, Seventeenth Judicial Circuit Court, Broward County Courthouse, 201 S.E. 6th Street, Room 950, Fort Lauderdale, Florida 33301, to Thursday, May 12, 2016 beginning at 1:30 p.m., and will address the following matters:

1) **Non-Party Virginia Roberts' Motion to Strike And For Sanctions;**

2) **Non-Party Virginia Giuffre's Supplemental Motion to Strike and For Sanctions**

3) **Defendant Alan Dershowitz's Motion in Limine to Overrule Objections**

4) **Defendant Alan Dershowitz's Motion to Strike Motion of Non-Party Virginia Roberts' Motion for Sanctions**

---

**NOTICE TO DISABLED PERSONS**
If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Seventeenth Judicial Circuit's ADA Coordinator at 201 S.E. Sixth Street, Fort Lauderdale, FL 33301, telephone number (954) 831-7721, within two (2) working days of receipt of this document. TDD users may also call 1-800-955-8771 for the Florida Relay Service.

Dated: March 30, 2016

Respectfully submitted,

**BOIES, SCHILLER & FLEXNER LLP**
Sigrid S. McCawley, Esq.
smccawley@bsfllp.com
Florida Bar No. 129305
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
ftleserve@bsfllp.com

By: /s/Sigrid S. McCawley
    Sigrid S. McCawley, Esq.

*Attorney for Non-Party Virginia Giuffre*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Electronic Mail on March 30, 2016 to the individuals identified on the attached Service List.

By: /s/Sigrid S. McCawley
    Sigrid S. McCawley

## SERVICE LIST

| | |
|---|---|
| Thomas E. Scott<br>Thomas.scott@csklegal.com<br>Steven R. Safra<br>Steven.safra@csklegal.com<br>COLE, SCOTT & KISSANE, P.A.<br>9150 S. Dadeland Blvd., Suite 1400<br>Miami, Florida 33156<br>Renee.nail@csklegal.com<br>Shelly.zambo@csklegal.com<br><br>*Counsel for Alan Dershowitz* | Richard A. Simpson<br>rsimpson@wileyrein.com<br>Mary E. Borja<br>mborja@wileyrein.com<br>Ashley E. Eiler<br>aeiler@wileyrein.com<br>WILEY REIN, LLP<br>1776 K Street NW<br>Washington, D.C. 20006<br><br>*Counsel for Alan Dershowitz* |
| Charles H. Lichtman, Esq.<br>BERGER SINGERMAN LLP<br>350 E. Las Olas Blvd.<br>Suite 1000<br>Fort Lauderdale, FL 33301<br>Tel: (954) 525-9900<br>Fax: (954) 523-2872<br>Email: clichtman@bergersingerman.com<br><br>*Counsel for Alan Dershowitz* | Bruce S. Rogow, Esq.<br>BRUCE S. ROGOW, P.A.<br>100 NE 3rd Avenue, Suite 1000<br>Fort Lauderdale, FL 33301<br>Tel: (954) 767-8909<br>Fax: (954) 764-1530<br>Email: brogow@rogolaw.com |
| Kenneth A. Sweder, Esq.<br>SWEDER & ROSS, LLP<br>131 Oliver Street<br>Boston, MA 02110<br>Tel: (617) 646-4466<br>Email: ksweder@sweder-ross.com<br><br>*Counsel for Alan Dershowitz* | Jack Scarola<br>SEARCY DENNEY SCAROLA BARNHART & SHIPLEY, P.A.<br>JSX@searcylaw.com<br>2139 Palm Beach Lakes Blvd.<br>West Palm Beach, FL 33409-6601<br><br>*Attorney for Plaintiffs* |

3