**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

      Plaintiff,

v.

Ghislaine Maxwell,

      Defendant..
_____/

Case No.: 15-cv-07433-RWS

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Bradley J. Edwards, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar(s) and the state of Florida; and that his contact information is as follows:

Applicant's Name: Bradley J. Edwards

Firm Name: Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L.

Address: 425 North Andrews Avenue, Suite 2

City/State/Zip: Fort Lauderdale, FL 33301

Telephone/Fax: Tel: (954) 524-2820 / Fax: (954) 524-2822

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Virginia L. Giuffre in the above entitles action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 4-22-16

Honorable Robert W. Sweet
United States/District Judge