**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

        Plaintiff,                Case No.: 15-cv-07433-RWS

v.                         **ORDER FOR ADMISSION PRO HAC VICE**

Ghislaine Maxwell,

        Defendant..
_____/

        The motion of Paul G. Cassell, for admission to practice Pro Hac Vice in the above captioned action is granted.

        Applicant has declared that he is a member in good standing of the bar(s) and the state of Utah; and that his contact information is as follows:

        Applicant's Name:  Paul G. Cassell

        Firm Name: S.J. Quinney College of Law at the University of Utah

        Address: 383 S. University Street

        City/State/Zip: Salt Lake City, Utah 84112

        Telephone/Fax: Tel: (801) 858-5202 / Fax: (801) 585-2750

        Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Virginia L. Giuffre in the above entitles action;

        **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:   4 · 2 2 · 16

                              Honorable Robert W. Sweet
                              United States/District Judge