United States District Court
Southern District of New York

Virginia L. Giuffre,

        Plaintiff,             Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

        Defendant.

_____/

**REDACTED DECLARATION OF SIGRID S. McCAWLEY IN SUPPORT OF PLAINTIFF VIRGINIA GIUFFRE'S REPLY IN SUPPORT OF MOTION FOR FORENSIC EXAMINATION**

      I, Sigrid S. McCawley, declare that the below is true and correct to the best of my knowledge as follows:

      1.     I am a partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's September 29, 2015 Order granting my Application to Appear Pro Hac Vice.

      2.     I respectfully submit this Declaration in support of Plaintiff Virginia Giuffre's Reply In Support of Motion For Forensic Examination.

      3.     Attached hereto as Exhibit 1, is a true and correct copy of Letter dated April 11, 2016 from Laura Menninger, Counsel for Defendant.

      4.     Attached hereto as Exhibit 2, is a true and correct copy of Message Pads messages.

5. Attached hereto as Exhibit 3, is a true and correct copy of Defendant Ghislaine Maxwell's Responses and Objections to Plaintiff's First Request For Production of Documents.

6. Attached hereto as Exhibit 4, is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

7. Attached hereto as Exhibit 5, is a true and correct copy of correspondence dated April 7, 1026 from Sigrid McCawley, Counsel for Plaintiff.

8. Attached hereto as Exhibit 6, is a true and correct copy of correspondence dated March 10, 2016 from Sigrid McCawley, Counsel for Plaintiff.

9. Attached hereto as Exhibit 7, is a true and correct copy of an excerpt from the Deposition of Ghislaine Maxwell taken April 22, 2016.

10. Attached hereto as Exhibit 8, is a true and correct copy of an excerpt from the Deposition of Ghislaine Maxwell taken April 22, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Sigrid S. McCawley
Sigrid S. McCawley, Esq.

Dated: April 25, 2016.

        Respectfully Submitted,

        BOIES, SCHILLER & FLEXNER LLP

By: <u>/s/ Sigrid McCawley</u>
    Sigrid McCawley (Pro Hac Vice)
    Boies, Schiller & Flexner LLP
    401 E. Las Olas Blvd., Suite 1200
    Ft. Lauderdale, FL 33301
    (954) 356-0011

    David Boies
    Boies, Schiller & Flexner LLP
    333 Main Street
    Armonk, NY 10504

    Ellen Brockman
    Boies, Schiller & Flexner LLP
    575 Lexington Ave
    New York, New York 10022
    (212) 446-2300

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 25, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

Laura A. Menninger, Esq.
Jeffrey Paliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com

/s/ Sigrid S. McCawley
Sigrid S. McCawley, Esq.