# EXHIBIT 1

## Meredith Schultz

| | |
|---|---|
| **From:** | Laura Menninger <lmenninger@hmflaw.com> |
| **Sent:** | Monday, April 11, 2016 3:32 PM |
| **To:** | Sigrid McCawley; Meredith Schultz |
| **Cc:** | Jeff Pagliuca |
| **Subject:** | Summary of conferral |

Sigrid:

Just to confirm the results of today's conferral call:

- We will not produce to you the documents marked "Confidential" until we receive clarification from the Court regarding our dispute as to the meaning of the Protective Order's phrase "attorney actively working on this case," since you have expressed an intent to share those documents with attorneys who have not entered their appearance on this case, who are not your employees or agents, who are participating in a "joint defense agreement" with you, who are actively working on other matters for Plaintiff such as her media interests, and those other attorneys include, *inter alia*, best-selling author Stan Pottinger.

- We will provide to you in advance of your client's deposition on May 3, 2016, all documents that we intend to use at that deposition.

- We do not believe we have an obligation to describe for your our document search methods.  You certainly have not provided one to us, and as your recent Reply demonstrated, whatever methods you are using has failed to capture, for example, attachments to responsive emails.

Best regards,
Laura



**Laura A. Menninger**
**Haddon, Morgan and Foreman, P.C.**
**150 East 10th Avenue**
**Denver, Colorado 80203**
**Main 303.831.7364 FX 303.832.2628**
**lmenninger@hmflaw.com**
**www.hmflaw.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving it in any manner. Thank you.