# EXHIBIT 2

## IMPORTANT MESSAGE

FOR: Jeffrey
DATE: 03/01/05   TIME: 10:12 A.M.
M: Satin
OF:
PHONE/MOBILE: 310 463 5759

- [ ] TELEPHONED ✓
- [ ] CAME TO SEE YOU
- [ ] WANTS TO SEE YOU
- [ ] RETURNED YOUR CALL
- [ ] PLEASE CALL
- [ ] WILL CALL AGAIN
- [ ] RUSH
- [ ] SPECIAL ATTENTION

MESSAGE: That she returned your call

SIGNED:

---

## IMPORTANT MESSAGE

FOR: Jeffrey
DATE: 2/28/05   TIME: 12:40 P.M.
M: Laurie Jameson
OF:
PHONE/MOBILE: 1917 748 9892

- [ ] TELEPHONED
- [ ] CAME TO SEE YOU
- [ ] WANTS TO SEE YOU
- [ ] RETURNED YOUR CALL
- [ ] PLEASE CALL ✓
- [ ] WILL CALL AGAIN
- [ ] RUSH
- [ ] SPECIAL ATTENTION

MESSAGE: Please call her back she would like to speak with you

SIGNED:

---

## IMPORTANT MESSAGE

FOR: Jeffrey
DATE: 03/01/05   TIME: 10:11 A.M.
M: Cecilio
OF:
PHONE/MOBILE:

- [ ] TELEPHONED
- [ ] CAME TO SEE YOU
- [ ] WANTS TO SEE YOU
- [ ] RETURNED YOUR CALL
- [ ] PLEASE CALL
- [ ] WILL CALL AGAIN
- [ ] RUSH
- [ ] SPECIAL ATTENTION

MESSAGE: She had Mr. Enfik on the phone

---

## IMPORTANT MESSAGE

FOR: Jeffrey
DATE: 03/01/05   TIME: 10:06 A.M.
M: Eva
OF:
PHONE/MOBILE:

- [ ] TELEPHONED
- [ ] CAME TO SEE YOU
- [ ] WANTS TO SEE YOU
- [ ] RETURNED YOUR CALL
- [ ] PLEASE CALL
- [ ] WILL CALL AGAIN
- [ ] RUSH
- [ ] SPECIAL ATTENTION

MESSAGE: That she called

SAO01068

GIUFFRE001389

**IMPORTANT MESSAGE**

FOR: Jeffrey
DATE: 03/01/05  TIME: 10:12 A.M.
M: Sofia
OF:
PHONE/MOBILE: 310 463 5759

- [x] TELEPHONED
- [ ] PLEASE CALL
- [ ] CAME TO SEE YOU
- [ ] WILL CALL AGAIN
- [ ] WANTS TO SEE YOU
- [ ] RUSH
- [ ] RETURNED YOUR CALL
- [ ] SPECIAL ATTENTION

MESSAGE: That she returned your call

SIGNED:

---

**IMPORTANT MESSAGE**

FOR: Jeffrey
DATE: 2/28/05  TIME: 12:40 P.M.
M: Laurie Cameron
OF:
PHONE/MOBILE: 1917 748 9892

- [ ] TELEPHONED
- [x] PLEASE CALL
- [ ] CAME TO SEE YOU
- [ ] WILL CALL AGAIN
- [ ] WANTS TO SEE YOU
- [ ] RUSH
- [ ] RETURNED YOUR CALL
- [ ] SPECIAL ATTENTION

MESSAGE: Please call her back she would like to speak with you

SIGNED:

---

**IMPORTANT MESSAGE**

FOR: Jeffrey
DATE: 03/01/05  TIME: 10:11 A.M.
M: Cecilio
OF:
PHONE/MOBILE:

- [ ] TELEPHONED
- [ ] PLEASE CALL
- [ ] CAME TO SEE YOU
- [ ] WILL CALL AGAIN
- [ ] WANTS TO SEE YOU
- [ ] RUSH
- [ ] RETURNED YOUR CALL
- [ ] SPECIAL ATTENTION

MESSAGE: She had Mr. Erlik on the phone

---

**IMPORTANT MESSAGE**

FOR: Jeffrey
DATE: 03/01/05  TIME: 10:00 A.M.
M: Eva
OF:
PHONE/MOBILE:

- [ ] TELEPHONED
- [ ] PLEASE CALL
- [ ] CAME TO SEE YOU
- [ ] WILL CALL AGAIN
- [ ] WANTS TO SEE YOU
- [ ] RUSH
- [ ] RETURNED YOUR CALL
- [ ] SPECIAL ATTENTION

MESSAGE: That she called

SAO01069

GIUFFRE001390

## IMPORTANT MESSAGE

FOR: J.E.
DATE: 5/30/05 TIME: 7:35 AM
M: Eva, Celina, Jordan
OF:
PHONE/MOBILE:

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE:

SIGNED: T

---

## IMPORTANT MESSAGE

FOR: Sarah n Adriana
DATE: 3/31/05 TIME: 8:49 AM
M: Julie
OF:
PHONE/MOBILE:

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE:

SIGNED: A

---

## IMPORTANT MESSAGE

FOR: Jeffrey
DATE: 3/31/05 TIME: 3:31 AM
M: Glen
OF:
PHONE/MOBILE: 917 748 8292

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE: That he called

SIGNED:

---

## IMPORTANT MESSAGE

FOR: M. J. Epstein
DATE: 3/21/05 TIME: 5:20 AM
M: Nadia
OF:
PHONE/MOBILE:

| TELEPHONED | | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE: Would like you to call her

SIGNED: A

SAO01075

GIUFFRE001396

## IMPORTANT MESSAGE

FOR J.E
DATE 2/18/05  TIME 7:50 AM
M Eva
OF
PHONE/MOBILE

TELEPHONED — X
PLEASE CALL
CAME TO SEE YOU
WILL CALL AGAIN
WANTS TO SEE YOU
RUSH
RETURNED YOUR CALL
SPECIAL ATTENTION

MESSAGE She is in Sweden

SIGNED J

## IMPORTANT MESSAGE

FOR J.E.
DATE 7/4/05  TIME 6:28 PM
M
OF Nathalie
PHONE/MOBILE

TELEPHONED
PLEASE CALL
CAME TO SEE YOU
WILL CALL AGAIN
WANTS TO SEE YOU
RUSH
RETURNED YOUR CALL — X
SPECIAL ATTENTION

MESSAGE

SIGNED J

## IMPORTANT MESSAGE

FOR JE
DATE          TIME 7:05
M Adriana
OF
PHONE/MOBILE

TELEPHONED
PLEASE CALL
CAME TO SEE YOU
WILL CALL AGAIN
WANTS TO SEE YOU
RUSH
RETURNED YOUR CALL
SPECIAL ATTENTION

MESSAGE Just about to take off on flight

SIGNED

## IMPORTANT MESSAGE

FOR J.E.
DATE 7/5/05  TIME 2:15 PM
M Ania
OF
PHONE/MOBILE 646-436-9784

TELEPHONED
PLEASE CALL — X
CAME TO SEE YOU
WILL CALL AGAIN
WANTS TO SEE YOU
RUSH
RETURNED YOUR CALL
SPECIAL ATTENTION

MESSAGE

SIGNED J

SAO01082

**IMPORTANT MESSAGE**

FOR: Jeffrey
DATE: _____  TIME: 4:15 P.M.
M: _____
OF: _____
PHONE/MOBILE: _____

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE: Tatum is available at 9:00

SIGNED: _____

---

**IMPORTANT MESSAGE**

FOR: Mr. Maxwell
DATE: ___  TIME: ___ A.M./P.M.
M: Larry
OF: _____
PHONE/MOBILE: 917-868-6195

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE: Returning call

SIGNED: _____

---

**IMPORTANT MESSAGE**

FOR: _____
DATE: _____  TIME: _____ A.M./P.M.
M: _____
OF: _____
PHONE/MOBILE: _____

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE: _____

SIGNED: _____

---

**IMPORTANT MESSAGE**

FOR: Mr. Epstein
DATE: 9/23/04  TIME: ___ A.M./P.M.
M: Eva Dubin
OF: _____
PHONE/MOBILE: 914-669-4651

| TELEPHONED | PLEASE CALL ✗ |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE: _____

SAO01458

SIGNED: _____

**IMPORTANT MESSAGE**

FOR: Jeffrey
DATE: _____ TIME: 4:56 P.M.
M: _____
OF: _____
PHONE/MOBILE: _____

- [ ] TELEPHONED
- [ ] CAME TO SEE YOU
- [ ] WANTS TO SEE YOU
- [ ] RETURNED YOUR CALL
- [ ] PLEASE CALL
- [ ] WILL CALL AGAIN
- [ ] RUSH
- [ ] SPECIAL ATTENTION

MESSAGE: Tatum is availible at 9:00

SIGNED: _____

---

**IMPORTANT MESSAGE**

FOR: Ms Maxwell
DATE: 4/25/04  TIME: 9:50 A.M.
M: Larry
OF: _____
PHONE/MOBILE: 917-868-6145

- [ ] TELEPHONED
- [ ] CAME TO SEE YOU
- [ ] WANTS TO SEE YOU
- [ ] RETURNED YOUR CALL
- [ ] PLEASE CALL
- [ ] WILL CALL AGAIN
- [ ] RUSH
- [ ] SPECIAL ATTENTION

MESSAGE: Returning call

SIGNED: _____

---

**IMPORTANT MESSAGE**

FOR: _____
DATE: _____ TIME: _____ A.M./P.M.
M: _____
OF: _____
PHONE/MOBILE: _____

- [ ] TELEPHONED
- [ ] CAME TO SEE YOU
- [ ] WANTS TO SEE YOU
- [ ] RETURNED YOUR CALL
- [x] PLEASE CALL
- [ ] WILL CALL AGAIN
- [ ] RUSH
- [ ] SPECIAL ATTENTION

MESSAGE: _____

SIGNED: _____

---

**IMPORTANT MESSAGE**

FOR: Mr Epstein
DATE: 4/25/04  TIME: 9:08 A.M.
M: Eva Dubin
OF: _____
PHONE/MOBILE: 914-669-4651

- [ ] TELEPHONED
- [ ] CAME TO SEE YOU
- [ ] WANTS TO SEE YOU
- [ ] RETURNED YOUR CALL
- [x] PLEASE CALL
- [ ] WILL CALL AGAIN
- [ ] RUSH
- [ ] SPECIAL ATTENTION

MESSAGE: _____

SAO2829

SIGNED: _____

**IMPORTANT MESSAGE**
FOR: MR EPSTEIN
DATE: 5.3.04   TIME: 7   A.M./P.M.
M:
OF:
PHONE/MOBILE:
[ ] TELEPHONED    [ ] PLEASE CALL
[ ] CAME TO SEE YOU    [ ] WILL CALL AGAIN
[ ] WANTS TO SEE YOU    [ ] RUSH
[ ] RETURNED YOUR CALL    [ ] SPECIAL ATTENTION
MESSAGE: THERE IS A BEEP - CONTINOUS COMING FROM COMPUTER IN CABANA
SIGNED: LUCIAN

**IMPORTANT MESSAGE**
FOR: MR EPSTEIN
DATE: 5.2.04   TIME: 4.15   A.M./P.M.
M: TATUM
OF:
PHONE/MOBILE: 201 0327
[ ] TELEPHONED    [ ] PLEASE CALL
[ ] CAME TO SEE YOU    [ ] WILL CALL AGAIN
[ ] WANTS TO SEE YOU    [ ] RUSH
[ ] RETURNED YOUR CALL    [ ] SPECIAL ATTENTION
MESSAGE: CALLED
SIGNED:

**IMPORTANT MESSAGE**
FOR: JE
DATE:    TIME: 5.14   A.M./P.M.
M: Jeanluc
OF:
PHONE/MOBILE:
[ ] TELEPHONED    [ ] PLEASE CALL
[ ] CAME TO SEE YOU    [ ] WILL CALL AGAIN
[ ] WANTS TO SEE YOU    [ ] RUSH
[ ] RETURNED YOUR CALL    [ ] SPECIAL ATTENTION
MESSAGE: He just did a good one - 18 years. She spoke to me & said "I b/c Joffrey")
SIGNED:

**IMPORTANT MESSAGE**
FOR: JE
DATE:    TIME: 9.15   A.M./P.M.
M: Eva
OF:
PHONE/MOBILE:
[ ] TELEPHONED    [ ] PLEASE CALL
[ ] CAME TO SEE YOU    [ ] WILL CALL AGAIN
[ ] WANTS TO SEE YOU    [ ] RUSH
[ ] RETURNED YOUR CALL    [ ] SPECIAL ATTENTION
MESSAGE:
SIGNED:

SAO2832

**IMPORTANT MESSAGE**

FOR Mr. J.E.
DATE 12/7/04 TIME 10:15 A.M.
M r. Jerry Goldsmith
OF
PHONE/MOBILE (772) 971-1000

| TELEPHONED | PLEASE CALL |
| --- | --- |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE
Please Call him

SIGNED

---

**IMPORTANT MESSAGE**

FOR Mr. J.E.
DATE 12/7/04 TIME 12:15 P.M.
M Dr. Garecki
OF
PHONE/MOBILE (212) 984-1440

| TELEPHONED | PLEASE CALL |
| --- | --- |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE
Please call him

SIGNED

---

**IMPORTANT MESSAGE**

FOR Mr. J.E.
DATE 12/7/04 TIME 12:40 P.M.
MS Eva
OF NYC
PHONE/MOBILE

| TELEPHONED | PLEASE CALL |
| --- | --- |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE
"Tell Joffrey that's pouring rain and 40°F"

SIGNED

SAO2940

---

**IMPORTANT MESSAGE**

FOR Mr. J.E.
DATE 12/7/04 TIME 12:35 P.M.
M S Eva
OF
PHONE/MOBILE

| TELEPHONED | PLEASE CALL |
| --- | --- |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE
She said to tell
Mr. J.E pouring rain 40°F
in N

SIGNED

**IMPORTANT MESSAGE**
FOR Mr J E
DATE 12/16/04   TIME 2:23 PM
M s Dragana
OF Southdoy's Realty
PHONE/MOBILE (661) 375-5467

- TELEPHONED
- CAME TO SEE YOU
- WANTS TO SEE YOU
- RETURNED YOUR CALL
- PLEASE CALL
- WILL CALL AGAIN
- RUSH
- SPECIAL ATTENTION

MESSAGE
She has some houses to show you

SIGNED

---

**IMPORTANT MESSAGE**
FOR Mr J E
DATE 12/18/04   TIME 7:10 AM
M Mr Jean-Luc
OF
PHONE/MOBILE

- TELEPHONED
- CAME TO SEE YOU
- WANTS TO SEE YOU
- RETURNED YOUR CALL
- PLEASE CALL
- WILL CALL AGAIN
- RUSH
- SPECIAL ATTENTION

MESSAGE
Tell him that I called

SIGNED

---

**IMPORTANT MESSAGE**
FOR Mr J E
DATE 12/18/04   TIME 8:15 AM
M s Eva
OF
PHONE/MOBILE

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH ? |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE
Just called to say Hello

SIGNED

---

**IMPORTANT MESSAGE**
FOR Mr J E
DATE 12/18/04   TIME 8:16 PM
M Natalie
OF
PHONE/MOBILE (917) 204.9686

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE
She spoke with Jean-Luc and everything it's ok

SIGNED

SA02945

**IMPORTANT MESSAGE**

FOR J.E
DATE 1/20/05   TIME 7:05 P.M.
M S Claudia
OF Nathan Myhrvold
PHONE/MOBILE (425) 167-2309

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Returning Your Call

SIGNED

---

**IMPORTANT MESSAGE**

FOR J.E.
DATE 1/22/05   TIME 1:45 P.M.
M Alicia
OF
PHONE/MOBILE (305) 588-8013

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Please call her

SIGNED

---

**IMPORTANT MESSAGE**

FOR J.E
DATE 1/21/05   TIME 9:00 A.M.
M Eva
OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Please tell him that I called.

SIGNED

---

**IMPORTANT MESSAGE**

FOR J.E
DATE 1/22/05   TIME 1:52 P.M.
M Any a
OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Please call her.

SIGNED

SAO2956
GIUFFRE001510

**IMPORTANT MESSAGE**

FOR J.E.
DATE 1/30/05  TIME 7:35 P.M.
M Vanessa Modely
OF her new phone number
PHONE/MOBILE (805) 452-7254

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE "Just to let you know my new phone number"

SIGNED R

---

**IMPORTANT MESSAGE**

FOR J.E.
DATE 2/2/05  TIME 1:22 P.M.
M Gorson Co.
OF
PHONE/MOBILE (888) 274-5101

| TELEPHONED | | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Please call them about Texaco stock ID # 3108

SIGNED J.

---

**IMPORTANT MESSAGE**

FOR J.E.
DATE 2/3/05  TIME 10:12
M
OF (561)
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Please, call her back

SIGNED J.

SAO2962

---

**IMPORTANT MESSAGE**

FOR J.E.
DATE 2/5/05  TIME 9:05 P.M.
M Glen and Eva
OF (914) 663-4651
PHONE/MOBILE

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED J.

**IMPORTANT MESSAGE**

FOR 2/13/05
DATE _____ TIME _____ A.M./P.M.
M _____
OF _____
PHONE/MOBILE _____

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _____

SIGNED _____

---

**IMPORTANT MESSAGE**

FOR Mr. Epstein
DATE 2/12/05 TIME 8:59 A.M.
M EVA
OF _____
PHONE/MOBILE _____

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE Called to say "Hello"

SIGNED ᐸER

---

**IMPORTANT MESSAGE**

FOR J.E.
DATE 2/13/05 TIME 12:20 A.M./P.M.
M David Copperfield
OF _____
PHONE/MOBILE _____

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE He is not available right now. Will call within 2 hours

SIGNED T

---

**IMPORTANT MESSAGE**

FOR Sarah
DATE 2/12/ TIME 5:30 A.M./P.M.
M _____
OF _____
PHONE/MOBILE _____

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _____

SAO2964

GIUFFRE001518

**IMPORTANT MESSAGE**

FOR: J. E.
DATE: 4/4/05  TIME: 8:18 AM
M: Eva
OF:
PHONE/MOBILE:

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE:

SIGNED: J.

---

**IMPORTANT MESSAGE**

FOR: J. E.
DATE: 4/2/05  TIME: 11:38 AM
M: George Dowsey
OF:
PHONE/MOBILE: (917) 572-9796

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE:

SIGNED: J.

---

**IMPORTANT MESSAGE**

FOR: J. E.
DATE: 4/4/05  TIME: 4:32 PM
M: Jean-Luc
OF:
PHONE/MOBILE:

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE:

SIGNED: T.

---

**IMPORTANT MESSAGE**

FOR: Jeffrey
DATE: 9/3/05  TIME: 07:4 AM
M: Alicia
OF:
PHONE/MOBILE: 917 774 4452

| TELEPHONED | | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE: Pls. call back

SIGNED:

SAO2973

GIUFFRE001527

**IMPORTANT MESSAGE**

FOR _____
DATE 5/24/05  TIME 9:10 P.M.
M Eva
OF _____
PHONE/MOBILE call her at home

| TELEPHONED | | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____

---

**IMPORTANT MESSAGE**

FOR J.E
DATE 5/9/05  TIME 7:20 P.M.
M Mrs Maxwell
OF _____
PHONE/MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED J

---

**IMPORTANT MESSAGE**

FOR JE
DATE _____ TIME 12: P.M.
M Danielle
OF _____
PHONE/MOBILE 646 226 1403

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____

---

**IMPORTANT MESSAGE**

FOR JE
DATE _____ TIME 10:25 A.M.
M Nadia
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | ✓ | SPECIAL ATTENTION | |

MESSAGE she got there safe

SIGNED _____

SAO2981

**IMPORTANT MESSAGE**
FOR: J.E.
DATE: 4/4/05  TIME: 8:18 A.M.
M: Eva
OF:
PHONE/MOBILE:

| TELEPHONED | . | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE:

SIGNED: J.

---

**IMPORTANT MESSAGE**
FOR: J.E.
DATE: 4/2/05  TIME: 11:38 A.M.
M: George Dowsen
OF:
PHONE/MOBILE: (917) 572-9796

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | . | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE:

SIGNED: J.

---

**IMPORTANT MESSAGE**
FOR: J.E.
DATE: 4/4/03  TIME: 4:32 P.M.
M: Jean-Luc
OF:
PHONE/MOBILE:

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE:

SIGNED: J.

---

**IMPORTANT MESSAGE**
FOR: Jeffrey
DATE: 4/3/05  TIME: 07:4 P.M.
M: Alicia
OF:
PHONE/MOBILE: 917 774 4452

| TELEPHONED | | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE: Pls. call back

SIGNED:

SAO2984

GIUFFRE001539

**IMPORTANT MESSAGE**

FOR _____
DATE 5/24/05  TIME 9:10 P.M.
M Eva
OF _____
PHONE/MOBILE call her at home

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____

---

**IMPORTANT MESSAGE**

FOR J.E.
DATE 5/9/05  TIME 7:20 P.M.
M Mrs Maxwell
OF _____
PHONE/MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED J

---

**IMPORTANT MESSAGE**

FOR JE
DATE _____  TIME 12 P.M.
M Danielle
OF _____
PHONE/MOBILE 646 226 1403

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____

---

**IMPORTANT MESSAGE**

FOR JE
DATE _____  TIME 10.25 A.M.
M Nadia
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | ✓ | SPECIAL ATTENTION | |

MESSAGE she got there safe

SIGNED _____

SAO2991

GIUFFRE001546

**IMPORTANT MESSAGE**

FOR: Jeffrey
DATE: 4/1/05  TIME: 11:45 A.M.
M: Eva
OF:
PHONE/MOBILE:

[x] TELEPHONED
[ ] PLEASE CALL
[ ] CAME TO SEE YOU
[ ] WILL CALL AGAIN
[ ] WANTS TO SEE YOU
[ ] RUSH
[ ] RETURNED YOUR CALL
[ ] SPECIAL ATTENTION

MESSAGE: Please call her back. She said it was important.

SIGNED:

---

**IMPORTANT MESSAGE**

FOR: Jeffrey
DATE: 4/01/05  TIME: 11:35 A.M.
M: Darren
OF:
PHONE/MOBILE:

[x] TELEPHONED
[ ] PLEASE CALL
[ ] CAME TO SEE YOU
[ ] WILL CALL AGAIN
[ ] WANTS TO SEE YOU
[ ] RUSH
[ ] RETURNED YOUR CALL
[ ] SPECIAL ATTENTION

MESSAGE: That he called

SIGNED:

---

**IMPORTANT MESSAGE**

FOR: Jeffrey
DATE: 04/01/05  TIME: 9:04 P.M.
M: Jean-Luc
OF:
PHONE/MOBILE: 646 286 7000

[ ] TELEPHONED
[x] PLEASE CALL
[ ] CAME TO SEE YOU
[ ] WILL CALL AGAIN
[ ] WANTS TO SEE YOU
[ ] RUSH
[ ] RETURNED YOUR CALL
[ ] SPECIAL ATTENTION

MESSAGE: That he called again

---

**IMPORTANT MESSAGE**

FOR: Jeffrey
DATE: 4/1/05  TIME: 8:31 P.M.
M: Jean-Luc
OF:
PHONE/MOBILE: 646 286 7000

[ ] TELEPHONED
[x] PLEASE CALL
[ ] CAME TO SEE YOU
[ ] WILL CALL AGAIN
[ ] WANTS TO SEE YOU
[ ] RUSH
[ ] RETURNED YOUR CALL
[ ] SPECIAL ATTENTION

MESSAGE: Please call him back as soon as possible. It's very important

SAO3009

GIUFFRE001564