# EXHIBIT 4

# EXHIBIT 4 REDACTED