# EXHIBIT 7

# EXHIBIT 7
# REDACTED