# EXHIBIT 8

# EXHIBIT 8 REDACTED