UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Virginia L. Giuffre,

    Plaintiff,

v.

Ghislaine Maxwell,

    Defendant.

Case No.: 15-cv-07433-RWS

AFFIDAVIT OF SERVICE

---

State of Florida    )
                           ) ss.:
County of Palm Beach  )

Erika Perez, being duly sworn, deposes and says:

1. I am not a party to this action and I am over 18 years of age.

2. I am employed by the law firm of Boies, Schiller & Flexner LLP, 401 E. Las Olas Blv., Suite 1200, Ft. Lauderdale, FL 33301.

3. On April 26, 2016, I caused to be served true copies of the Plaintiff Virginia Giuffre's Non-Redacted Reply in Support of Motion for Forensic Examination Filed Under Seal; the Non-Redacted Declaration of Sigrid S. McCawley in Support of Plaintiff Virginia Giuffre's Reply in Support of Motion for Forensic Examination Filed Under Seal; Exhibit 4 Filed Under Seal; Exhibit 7 Filed Under Seal; and Exhibit 8 Filed Under Seal via electronic mail addressed to:

Laura Menninger
(lmenninger@hmflaw.com)

Jeffrey Pagliuca
(jpagliuca@hmflaw.com)

_____
ERIKA PEREZ

Sworn to before me this
26th day of April, 2016

_____
Notary Public



Notary Public State of Florida
Deborah C Knowlton
My Commission FF 057473
Expires 11/29/2017