UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

VIRGINIA L. GIUFFRE,

          Plaintiff,

  - against -

GHISLAINE MAXWELL,

          Defendant.

------------------------------------------X

15 Civ. 7433 (RWS)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/16

**Sweet, D.J.**

With respect to Defendant's motion for an adjournment of the April 28, 2016 hearing, filed April 27, 2016, Plaintiff's motion for a forensic examination is adjourned and shall instead be heard at noon on May 12, 2016 in Courtroom 18C, United States Courthouse, 500 Pearl Street. In the event the matter is resolved prior to the hearing, Plaintiff may accordingly withdraw her motion with leave granted to refile, and the parties are directed to jointly notify the Court by letter. This Order resolves ECF No. 124.

          It is so ordered.

**New York, NY**
**April 28, 2016**

                                ROBERT W. SWEET
                                  U.S.D.J.