UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Virginia L. Giuffre,

    Plaintiff,                                    Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

    Defendant.
_____/

## NOTICE OF SUBMISSION OF LAW ENFORCEMENT MATERIALS FOR *IN CAMERA* REVIEW

    Plaintiff Virginia Giuffre hereby notifies the Defendant of her submission of law enforcement materials to the Honorable Judge Robert W. Sweet for *in camera* review pursuant to this Court's April 21, 2016, ruling.

Dated: April 28, 2016

                              Respectfully Submitted,

                              BOIES, SCHILLER & FLEXNER LLP

                        By: /s/ Sigrid McCawley
                            Sigrid McCawley (Pro Hac Vice)
                            Meredith Schultz (Pro Hac Vice)
                            Boies, Schiller & Flexner LLP
                            401 E. Las Olas Blvd., Suite 1200
                            Ft. Lauderdale, FL 33301
                            (954) 356-0011

                            David Boies
                            Boies, Schiller & Flexner LLP
                            333 Main Street
                            Armonk, NY 10504

                            *Attorneys for Virginia L. Giuffre*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 28, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

>Laura A. Menninger, Esq.
>Jeffrey S. Pagliuca, Esq.
>HADDON, MORGAN & FOREMAN, P.C.
>150 East 10th Avenue
>Denver, Colorado 80203
>Tel: (303) 831-7364
>Fax: (303) 832-2628
>Email: lmenninger@hmflaw.com
>Email: jpagliuca@hmflaw.com

>>/s/ Sigrid S. McCawley
>>Sigrid S. McCawley