# United States District Court
## Southern District of New York

Virginia L. Giuffre,

        Plaintiff,               Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

        Defendant.

_____/

### PLAINTIFF'S RESPONSE TO DEFENDANT'S OBJECTION TO SUBMISSION OF LAW ENFORCEMENT MATERIALS FOR IN CAMERA REVIEW

Plaintiff Virginia Giuffre, by and through her undersigned counsel, hereby files this

Response to Defendant's Objection to Submission of Law Enforcement Materials for *In Camera*

Review, and states as follows:

In her objection, Defendant Maxwell failed to cite all portions of the transcript where this

Court addressed the issue of submission of law enforcement material.  Specifically, in response

to Defendant's demand for law enforcement documents the Court stated as follows:

> "I don't know whether there are such.  Is it possible that nothing in this lawsuit is clear? Well, I tried to make it clear what should be produced and what shouldn't. **Anything that has been submitted to any law enforcement officer by the plaintiff I will take in camera.**  Anything other than that with respect to any law enforcement should be produced."

*See* McCawley Declaration at Exhibit 1, April 21, 2016 Hearing Transcript at pg. 24:1-7.  Ms.

Giuffre believes that her submission for *in camera* review complies with this Court's Order.  To

the extent the Court finds that Ms. Giuffre has misinterpreted the Court's order, Ms. Giuffre

respectfully requests that the Court stay its ruling for twenty (20) days to allow Ms. Giuffre an

opportunity to consult with others about how to proceed.

## **CONCLUSION**

Based upon the foregoing, Ms. Giuffre respectfully requests that this Court overrule

Defendant's objection to the submission of Law Enforcement Materials for *In Camera* Review.

Dated: May 1, 2016

Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP

By:  /s/ Sigrid McCawley
     Sigrid McCawley (Pro Hac Vice)
     Meredith Schultz (Pro Hac Vice)
     Boies Schiller & Flexner LLP
     401 E. Las Olas Blvd., Suite 1200
     Ft. Lauderdale, FL 33301
     (954) 356-0011

     David Boies
     Boies Schiller & Flexner LLP
     333 Main Street
     Armonk, NY 10504

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on the 1st day of May, 2016, I electronically filed the

foregoing document with the Clerk of Court by using the CM/ECF system.  I also certify that the

foregoing document is being served this day on the individuals identified below via transmission

of Notices of Electronic Filing generated by CM/ECF.

       Laura A. Menninger, Esq.
       Jeffrey Pagliuca, Esq.
       HADDON, MORGAN & FOREMAN, P.C.
       150 East 10th Avenue
       Denver, Colorado 80203
       Tel: (303) 831-7364
       Fax: (303) 832-2628
       Email: lmenninger@hmflaw.com
              jpagliuca@hmflaw.com

                        /s/ Sigrid S. McCawley
                          Sigrid S. McCawley