United States District Court
Southern District of New York

Virginia L. Giuffre,

       Plaintiff,                 Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.
_____/

## DECLARATION OF SIGRID S. McCAWLEY IN SUPPORT OF PLAINTIFF VIRGINIA GIUFFRE'S RESPONSE TO DEFENDANT'S OBJECTION TO SUBMISSION OF LAW ENFORCEMENT MATERIALS FOR *IN CAMERA* REVIEW

      I, Sigrid S. McCawley, declare that the below is true and correct to the best of my knowledge as follows:

      1.     I am a partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's September 29, 2015 Order granting my Application to Appear Pro Hac Vice.

      2.     I respectfully submit this Declaration in support of Plaintiff Virginia Giuffre's Response to Defendant's Objection to Submission of Law Enforcement Materials for *In Camera* Review.

      3.     Attached hereto as Exhibit 1, is a true and correct copy of the April 21, 2016 Hearing Transcript.

      I declare under penalty of perjury that the foregoing is true and correct.

                                              /s/ Sigrid S. McCawley_____
                                              Sigrid S. McCawley, Esq.

Dated: May 1, 2016

          Respectfully Submitted,

          BOIES, SCHILLER & FLEXNER LLP

By: /s/ Sigrid McCawley
    Sigrid McCawley (Pro Hac Vice)
    Meredith Schultz (Pro Hac Vice)
    Boies, Schiller & Flexner LLP
    401 E. Las Olas Blvd., Suite 1200
    Ft. Lauderdale, FL 33301
    (954) 356-0011

    David Boies
    Boies, Schiller & Flexner LLP
    333 Main Street
    Armonk, NY 10504

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 1, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

    Laura A. Menninger, Esq.
    Jeffrey S. Pagliuca, , Esq.
    HADDON, MORGAN & FOREMAN, P.C.
    150 East 10th Avenue
    Denver, Colorado 80203
    Tel: (303) 831-7364
    Fax: (303) 832-2628
    Email: lmenninger@hmflaw.com
    Email: jpagliuca@hmflaw.com

                                      /s/ Sigrid S. McCawley
                                        Sigrid S. McCawley