UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

VIRGINIA L. GIUFFRE,

               Plaintiff,

    - against -

GHISLAINE MAXWELL,

               Defendant.

------------------------------------------X

15 Civ. 7433 (RWS)

ORDER

**Sweet, D.J.**

    With respect to Plaintiff's April 28, 2016 in camera submissions, the Plaintiff is directed to submit a log in camera on or before April 4, 2016, identifying the documents at issue, the applicable page range and category of grouped documents (that is, documents spanning more than one page in their original form), the dates of any submission, the law enforcement agency to which provided, any individuals, agencies, or organizations to whom it has been released or made available, and a statement identifying the privilege claimed and any authorities relied upon. The statement concerning privilege and authorities will be provided to the Defendant.

        It is so ordered.

New York, NY
~~April~~ May 2, 2016

_____
ROBERT W. SWEET
U.S.D.J.