**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

          Plaintiff,                Case No.: 15-cv-07433-RWS

v .

Ghislaine Maxwell,

          Defendant.

_____/

## DECLARATION OF SIGRID S. McCAWLEY IN SUPPORT OF PLAINTIFF VIRGINIA GIUFFRE'S BRIEF IN SUPPORT OF THE PRIVILEGE CLAIMED FOR HER *IN*-CAMERA SUBMISSION

I, Sigrid S. McCawley, declare that the below is true and correct to the best of my knowledge as follows:

1.    I am a partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's September 29, 2015 Order granting my Application to Appear Pro Hac Vice.

2.    I respectfully submit this Declaration in support of Plaintiff Virginia Giuffre's Brief in Support Of The Privilege Claimed For Her *In*-Camera Submission.

3.    Attached hereto as Exhibit 1, is a true and correct copy of LE000001-LE000002 from Ms. Giuffre's *in camera* submission.

4.    Attached hereto as Exhibit 2, is a true and correct copy of 1 Modern New York Discovery § 23:38 (2d ed. updated through Aug. 2015).

5.      Attached hereto as Exhibit 3, is a true and correct copy of 7 Carmody-Wait 2d,

New York Practice § 42:178.

I declare under penalty of perjury that the foregoing is true and correct.


                                         /s/ Sigrid S. McCawley _____
                                         Sigrid S. McCawley, Esq.

Dated: May 4, 2016.

Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP

By:  /s/ Sigrid McCawley
Sigrid McCawley (Pro Hac Vice)
Meredith Schultz (Pro Hac Vice)
Boies, Schiller & Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Tel: (954) 356-0011
Email: smccawley@bsfllp.com


David Boies
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504


Paul G. Cassell (Pro Hac Vice)
Ronald N. Boyce Presidential Professor of
Criminal Law
S.J. Quinney College of Law at the
University of Utah
383 S. University St.
Salt Lake City, UT 84112-0730
(801) 585-5202 (phone)
(801) 585-2750 (fax)
Email: cassellp@law.utah.edu


Bradley Edwards (Pro Hac Vice)
Farmer, Jaffe, Weissing, Edwards,
  Fistos & Lehrman, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
Tel: (954) 524-2820
Fax: (954) 524-2822
Email: brad@pathtojustice.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 4, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

Laura A. Menninger, Esq.
Jeffrey Paliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com

/s/ Sigrid S. McCawley
Sigrid S. McCawley, Esq.