United States District Court
Southern District of New York

Virginia L. Giuffre,

       Plaintiff,           Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.
_____/

**PLAINTIFF, VIRGINIA GIUFFRE'S NOTICE OF SUBMISSION OF A LOG CONCERNING HER *IN CAMERA* SUBMISSION OF LAW ENFORCEMENT MATERIALS FOR *IN CAMERA* REVIEW**

    Plaintiff Virginia Giuffre hereby notifies the Defendant of her submission of a log concerning her *in camera* submission of law enforcement materials to the Honorable Judge Robert W. Sweet for *in camera* review pursuant to this Court's May 2, 2016, Order (DE 134). The information sought concerning the identification of the applicable privilege claimed and authorities upon which Ms. Giuffre relies has been filed with the Court.

Dated: May 4, 2016

                    Respectfully Submitted,

                    BOIES, SCHILLER & FLEXNER LLP

By:  /s/ Sigrid McCawley
       Sigrid McCawley (Pro Hac Vice)
       Meredith Schultz (Pro Hac Vice)
       Boies, Schiller & Flexner LLP
       401 E. Las Olas Blvd., Suite 1200
       Ft. Lauderdale, FL 33301
       (954) 356-0011

       David Boies
       Boies, Schiller & Flexner LLP
       333 Main Street
       Armonk, NY 10504

       Paul G. Cassell (Pro Hac Vice)
       Ronald N. Boyce Presidential Professor of Criminal Law
       S.J. Quinney College of Law at the University of Utah
       383 S. University St.
       Salt Lake City, UT 84112-0730
       (801) 585-5202 (phone)[1]
       (801) 585-2750 (fax)
       cassellp@law.utah.edu

       Bradley Edwards (Pro Hac Vice)
       Farmer, Jaffe, Weissing, Edwards,
         Fistos & Lehrman, P.L.
       425 North Andrews Avenue, Suite 2
       Fort Lauderdale, Florida 33301
       Tel: (954) 524-2820
       Fax: (954) 524-2822
       Email: brad@pathtojustice.com

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 4, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

    Laura A. Menninger, Esq.
    Jeffrey S. Pagliuca, , Esq.
    HADDON, MORGAN & FOREMAN, P.C.
    150 East 10th Avenue
    Denver, Colorado 80203
    Tel: (303) 831-7364
    Fax: (303) 832-2628
    Email: lmenninger@hmflaw.com
    Email: jpagliuca@hmflaw.com

                                              /s/ Sigrid S. McCawley
                                                Sigrid S. McCawley