# EXHIBIT 3

```
ate:  7/19/06                PALM BEACH POLICE DEPARTMENT              Page:      75
ime: 15:01:37                      Incident Report                    Program: CMS301L
```

ase No. . . . : 1-05-000368                                                (Continued)
    1685 61st Drive in West Palm Beach. Research conducted on Venero
    revealed she is a licensed Massage therapist with a Florida
    conditional/active license number MA39723. Venero had been previously
    arrested for battery / unwanted touching and DUI. Requests for copies
    of the reports involving the arrests were requested from the Palm
    Beach County Sheriff's Office. The last number 561-309-0079 is
    assigned to Thomas Rofrano of 9850 Alt A1A in Palm Beach Gardens.
    Research on Mr. Rofrano, revealed that he is a Florida Chiropractic
    Physician.

    Vehicles that were previously documented on the property while
    surveillance was being conducted were researched. I determined a tan
    Chevrolet Camaro, bearing Florida license ███████ was seen on the
    property in which a young white female was seen entering the Epstein
    property. Research was conducted which revealed that the vehicle is
    registered to ███████ of ███████. Mr. ███████ has two daughters,
    ███████ and ███████. ███████ is currently residing in
    Connecticut and ███████ is residing with her father in ███████
    ███████. Research on ███████ revealed she was recently involved
    in a traffic stop in Lake Clarke Shores in May 19, 2005. A request to
    discover any information from the stop was requested.

    I spoke with ASA Daliah Weiss who informed me that Janusz Banasiak
    will be available for an interview tomorrow at the State Attorney's
    Office in West Palm Beach at 1:30 pm. I informed her that I would be
    at her office for the interview.


************************* N A R R A T I V E     # 36 **************************
                   Reported By: RECAREY, JOSEPH                          1/23/06
                   Entered By.: ALTOMARO, NICKIE A.                      1/23/06

On January 19, 2006, Det. Caristo and I met with Johanna Sjoberg at
622 Holly Drive in Palm Beach Gardens. Sjoberg was identified as a
licensed massage therapist who had previously been seen on Epstein's
property when physical surveillance was done. Sjoberg was told of the
on going investigation and I felt she may have information pertaining
to the case. During a sworn taped statement, Sjoberg stated she met
Epstein three years ago when Ghaline Maxwell approached her while she
was attending Palm Beach Atlantic College to work around Epstein's
house. Maxwell had told her that they needed some girls to work at
the house to answer phones and run errands. Sjoberg accepted the job
and began working at Epstein's house on El Brillo in Palm Beach.
Sjoberg stated it was a part time job during the time she went to Palm
Beach Atlantic College. She continued going to Epstein's house and
would be notified when Epstein would travel to Palm Beach. Sjoberg
advised she would be notified by Maxwell, Epstein or Sarah, his
assistant, when he would travel to Palm Beach. Sjoberg stated she
began providing massages to Epstein before she became a massage
therapist. She continued giving massages not only to Epstein but to
Nadia Marcinkova, and Sarah, his assistant. Sjoberg was asked about
what occurred during the massages. Sjoberg stated as she was twenty

GIUFFRE000076

Case 1:15-cv-07433-LAP   Document 144-3   Filed 05/05/16   Page 3 of 4

```
ate: 7/19/06                PALM BEACH POLICE DEPARTMENT           Page:        76
ime: 15:01:37                      Incident Report                 Program: CMS301L
```

ise No. . . . : 1-05-000368                                          (Continued)

three years old when she met Epstein, anything that happened was between two consenting adults. I explained to her that she was not in any trouble however as part of this investigation, I needed to ask certain questions. Sjoberg stated that there were times that Epstein would ask her to perform during the massage. He would instruct her to rub his nipples as he masturbated himself. Sjoberg stated she felt "grossed" about the behavior but as she was getting paid, she just continued. Sjoberg also advised she would on occasion perform the massages naked. Epstein would on occasion, utilize the vibrator/massager on her vagina area when she performed the massages. Sjoberg explained that Epstein never exposed himself to her as he maintained himself covered under the towel he would be wearing. When Epstein would masturbate he would be covered.

I asked if Sjoberg ever received any gifts, or any gratuities from Epstein. Sjoberg advised aside from being paid well, she advised Epstein took care of her tuition from Palm Beach Atlantic College. She received a rental car for a week when her scooter broke down.

Additionally she received other gifts from Epstein. Epstein also recommended her to another client who resides at Breakers Row in Palm Beach. The client she was referred to was "Glenn" unknown last name, and his wife, who she provided a massages to. The statement was concluded and placed into evidence upon our return to the Palm Beach Police Department.

While at the police station, I researched Florida tag ▇▇▇▇ which was also previously seen on the property when there was physical surveillance being done at the property. The vehicle is registered to ▇▇▇▇ of ▇▇▇▇ ▇▇▇▇. Researching Mr. ▇▇▇▇ and the vehicle revealed that his daughter, ▇▇▇▇ ▇▇▇▇ had been driving the vehicle and was cited for unlawful speed in Lake Clark Shores. The vehicle is a tan, Chevrolet Camaro, 2-door. I researched ▇▇▇▇ ▇▇▇▇, date of birth, ▇▇▇▇, resides at ▇▇▇▇ in ▇▇▇▇ ▇▇▇▇ has a my space page called www.myspace.com/▇▇▇▇. In her web page, shows various photos of ▇▇▇▇ photographed at a beach. An interview is forthcoming.

A review of the video disks which was extracted at the Palm Beach County Sheriff's Office Computer Crime Unit revealed that only one hidden camera was functional at the time. Several images of Epstein working at his office were seen. Additional footage of Sarah Kellen and Nadia Marcinkova was seen. There was other footage of females seen. The identity of the females is unknown at this time, until such time as I meet with certain females to show the video footage to confirm if, in fact, it is them on the video. At this time it appears that ▇▇▇▇ ▇▇▇▇ and Haley Robson are seen sitting with Epstein beside his desk in the evening hours. Due to poor lighting, a direct confirmation cannot be made at this time.

Inv. Continues.

GIUFFRE000077

```
)ate:  7/19/06            PALM BEACH POLICE DEPARTMENT          Page:       77
'ime: 15:01:37                  Incident Report                 Program: CMS301L
```

'ase No. . . . : 1-05-000368                                       (Continued)
*********************** N A R R A T I V E   # 37 ***********************
A
                    Reported By: RECAREY, JOSEPH                   1/30/06
                    Entered By.: ALTOMARO, NICKIE A.               1/30/06

On January 25, 2006, Det Caristo and I, responded to ▇▇▇▇▇▇
▇▇▇ in ▇▇▇▇▇ and met with ▇▇▇ ▇▇▇ ▇▇▇ stated last
year, when she was seventeen years of age, she met Jeffrey Epstein
through her former room mate ▇▇ ▇▇▇.  ▇▇▇ was allegedly dating
Epstein at the time. ▇▇▇ and ▇▇ had once cohabitated together
when they modeled. ▇▇▇ explained ▇▇▇ called her on her telephone
and advised her that she was in Palm Beach and requested to see her.
▇▇▇ made arrangements to meet with her at Epstein's house. ▇▇▇
arrived and met Epstein and ▇▇▇. ▇▇▇ and ▇▇▇ went to the Palm
Beach Mall together and went shopping. ▇▇▇ advised that ▇▇▇ and
she had received money from Epstein to go to the mall. They visited
Victoria's Secret and purchased undergarments from the store utilizing
monies given by Epstein. ▇▇▇ advised she purchased one item and
▇▇▇ purchase various items. The money used to purchase the items
was the money given by Epstein.

▇▇▇ and ▇▇▇ continued shopping and having a day together. ▇▇▇
stated ▇▇▇ explained how she and Epstein have been dating each other
and he has been paying all of her bills. ▇▇▇ claimed ▇▇▇ advised
they met in New York and had been dating ever since. They later
returned to Epstein's home and encountered Epstein. He had a brief
conversation with ▇▇▇ about her modeling career. He knew of her
modeling career from ▇▇▇  He requested to see her modeling
portfolio and explained that he could help her with modeling jobs.
▇▇▇ had her book with her to show ▇▇▇ and showed the book to
Epstein. He commented negatively about her photographs and portfolio.
▇▇▇ felt uncomfortable with the comments made as she had been
working with other professional modeling companies who had offered her
work from her photographs. Epstein requested to see what was
purchased at the mall. ▇▇▇ took out the undergarments which were
purchased. She immediately showed Epstein different sets purchased.
Epstein then requested to view what ▇▇▇ purchased. ▇▇▇ was
reluctant to show the outfit however since it was Epstein's money that
purchased the item, she pulled it out of the bag. Epstein asked her
to try it on. ▇▇▇ looked at ▇▇▇ who told her "yeah, try it on."
Feeling compelled to try the undergarment outfit on; she went to
another room and put on the bra and panty set. She walked out to the
living room where they were sitting, and modeled the suit. She then
went back into the other room and changed back into her clothes.
▇▇▇ returned into the room and told ▇▇▇ she would be going home.
▇▇▇ scheduled another day for ▇▇▇ to return for massages with her.

▇▇▇ stated within that same week, she returned to meet with ▇▇▇
and have a massage. ▇▇▇ had told her that she would be unable to
stay with her as she would be going on a bike ride with Epstein.
▇▇▇ explained she could stay at the house and take advantage of the
massage.