# BOIES, SCHILLER & FLEXNER LLP

401 EAST LAS OLAS BOULEVARD • SUITE 1200 • FORT LAUDERDALE FL 33301-2211 • PH 954.356.0011 • FAX 954.356.0022

Sigrid S. McCawley, Esq.
Email: smccawley@bsfllp.com

**RECEIVED MAY 05 2016 JUDGE SWEET CHAMBERS**

May 4, 2016

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 5/6/16**

<u>Via CM/ECF</u>

Honorable Judge Robert W. Sweet
District Court Judge
United States District Court
500 Pearl Street
New York, NY 10007

    Re:   *Giuffre v. Maxwell,*
          <u>Case no. 15-cv-07433-RWS – Regarding Protective Order</u>

Dear Judge Sweet:

    This is a letter motion to file Ms. Giuffre's Brief in Support of the Privilege Claimed for Her *In Camera* Submission ("Brief") and certain accompanying exhibits under seal pursuant to this Court's May 2, 2016, Order (DE 134) directing Ms. Giuffre to submit a brief, and pursuant to this Court's April 21, 2016, Order directing Ms. Giuffre to make an *in camera* submission. Additionally, Ms. Giuffre designates the portions under seal as confidential, pursuant to this Court's Protective Order (DE 62).

The Protective Order states:

> Whenever a party seeks to file any document or material containing CONFIDENTIAL INFORMATION with the Court in this matter, it shall be accompanied by a Motion to Seal pursuant to Section 6.2 of the Electronic Case Filing Rules & Instructions for the Southern District of New York.

*See* Protective Order (DE 62) signed on March 17, 2016, at p. 4. Accordingly, as Ms. Giuffre's Brief contains materials that were submitted for *in camera* review and that Ms. Giuffre designates as confidential, she seeks leave to file the Non-Redacted Brief and certain related exhibits under seal.

                                Respectfully submitted,

                                  Sigrid S. McCawley, Esq.

So ordered
Sweet
USDJ
5-6-16

cc:    Laura Menninger, Esq., via CM/ECF
         Jeffrey Pagliuca, Esq., via CM/ECF