```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

VIRGINIA L. GIUFFRE,

               Plaintiff,

    - against -

GHISLAINE MAXWELL,

               Defendant.

------------------------------------------X

15 Civ. 7433 (RWS)

O R D E R

**Sweet, D.J.**

    Plaintiff's motion to compel, filed May 5, 2016, shall be heard at noon on Thursday May 12, 2016 in Courtroom 18C, United States Courthouse, 500 Pearl Street.

    It is so ordered.

**New York, NY**
~~April~~ May 6, 2016

_____
ROBERT W. SWEET
U.S.D.J.