# REDACTED COMPOSITE EXHIBIT A