United States District Court
Southern District of New York

Virginia L. Giuffre,

    Plaintiff,                   Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

    Defendant.

_____/

**PLAINTIFF'S REDACTED REPLY IN SUPPORT OF MOTION TO COMPEL DEFENDANT TO ANSWER DEPOSITION QUESTIONS**

Plaintiff Virginia Giuffre, by and through her undersigned counsel, hereby files this Reply in Support of her Motion to Compel Defendant to Answer Deposition Questions. █

█

1



Case 1:15-cv-07433-LAP   Document 152   Filed 05/11/16   Page 3 of 10











▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬

### **CONCLUSION**

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Dated: May 11, 2016

                      Respectfully Submitted,

                      BOIES, SCHILLER & FLEXNER LLP

            By: /s/ Sigrid McCawley
                 Sigrid McCawley (Pro Hac Vice)
                 Meredith Schultz (Pro Hac Vice)
                 Boies Schiller & Flexner LLP
                 401 E. Las Olas Blvd., Suite 1200
                 Ft. Lauderdale, FL 33301
                 (954) 356-0011

                 David Boies
                 Boies Schiller & Flexner LLP
                 333 Main Street
                 Armonk, NY 10504

                 Bradley J. Edwards (Pro Hac Vice)
                 FARMER, JAFFE, WEISSING,
                 EDWARDS, FISTOS & LEHRMAN, P.L.
                 425 North Andrews Avenue, Suite 2
                 Fort Lauderdale, Florida 33301
                  (954) 524-2820

                 Paul G. Cassell (Pro Hac Vice)
                 S.J. Quinney College of Law
                 University of Utah
                 383 University St.
                 Salt Lake City, UT 84112
                 (801) 585-5202[2]

---

[2] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 11th day of May, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

    Laura A. Menninger, Esq.
    Jeffrey Pagliuca, Esq.
    HADDON, MORGAN & FOREMAN, P.C.
    150 East 10th Avenue
    Denver, Colorado 80203
    Tel: (303) 831-7364
    Fax: (303) 832-2628
    Email: lmenninger@hmflaw.com
           jpagliuca@hmflaw.com

                            /s/ Sigrid S. McCawley
                               Sigrid S. McCawley