# COMPOSITE EXHIBIT 2 (PART 3)

# JEGE, INC.
## PASSENGER MANIFEST

Registration Number: N908JE   Type: B-727-31   Pilots: Dave Rodgers, Larry Visoski  B. Hammer
Flight Engineer:   Larry Morrison

DATE: 2-15-2005   FROM PBI   TO JFK

Departure Time 5:42 PM   Arrival Time 7: __ PM   Trip Number 321

PASSENGERS:

1. Jeffrey Epstein
2. Ghislaine MAXWELL
3. SARAH KELLEN
4. NADIA MARCINKOVA
5. ADRIANA
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.

FROM Identifier Defined
City  WEST PALM BEACH
State or Country  FL

TO Identifier Defined
City  NEW YORK
State or Country  N.Y.
Nautical Miles  894
Statute Miles  1028
Gallons  2955         AIRFRAME
Pounds  18720   33065.2
Flight Time  2+10    22
Altitude FL  FL390   33067.4

20. _____   Night    1.0
21. _____   T/L      1.1
22. _____   IMC
23. _____   Approach
24.
25.
26.

SAO01564

NON PARTY (VR) 000114

GIUFFRE000799

# JEGE, INC.
## PASSENGER MANIFEST

Registration Number: N908JE   Type: B-727-31   Pilots: Bill Hammond ~~Dave Rodgers~~, Larry Visoski
Flight Engineer: Larry Morrison

DATE: 3 - 4, 2005   FROM JFK   TO PBI

Departure Time 9:28 PM   Arrival Time 11:45 PM   Trip Number 326

**PASSENGERS**

1. Jeffrey Epstein
2. Ghislaine Maxwell
3. David Mullen
4. Nadia Marcinkoba
5. Adrianna Mucinkska
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.

**FROM Identifier Defined**
City: NEW YORK, NEW YORK
State or Country: NY

**TO Identifier Defined**
City: WEST PALM BEACH
State or Country: FL
Nautical Miles: 894
Statute Miles: 1028
Gallons: 2097   AIRFRAME
Pounds: 19,826   33075.2
Flight Time: 2+18   2.3
Altitude FL: 380   33077.5

20. _____  Night 2.3
21. _____  T/L  CIL
22. _____  IMC  .1
23. _____  Approach P
24.
25.
26.

SAO01568

NON PARTY (VR) 000118

GIUFFRE000803

# JEGE, INC.
## PASSENGER MANIFEST

Registration Number: N908JE    Type: B-727-31    Pilots: ~~Dave Rodgers~~, Bill Hammond, Larry Visoski
Flight Engineer: Larry Morrison

DATE: 3 - 18, 2005    FROM KJFK    TO KPBI

Departure Time: 10:02 PM    Arrival Time: 12:48 AM    Trip Number: 331

PASSENGERS

1. Jeffrey Epstein
2. Ghislaine Maxwell
3. Dana Burns
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.

FROM Identifier Defined
City: NEW YORK
State or Country: NY

TO Identifier Defined
City: WEST Palm Beach
State or Country: FL
Nautical Miles: 894
Statute Miles: 1028
Gallons: 3435    AIRFRAME
Pounds: 23013    33084.1
Flight Time: 2+40    2.7
Altitude FL: 380    33016.8

20.          Night
21.          T/L    1/1
22.          IMC
23.          Approach
24.
25.
26.

SAO01570

NON PARTY (VR) 000120

GIUFFRE000805

# JEGE, INC.
## PASSENGER MANIFEST

Registration Number: N908JE    Type: B-727-31    Pilots: **Dave Rodgers, Larry Visoski**
Flight Engineer: **Larry Morrison**

DATE: 3-31, 2005    FROM: JFK    TO: PBI

Departure Time: 8:43 PM    Arrival Time: 11:10 PM    Trip Number: 335

**PASSENGERS**

1. Jeffrey Epstein
2. GHISLAINE MAXWELL
3. DANA BURNS
4. 
5. 
6. 
7. 
8. 
9. 
10. 
11. 
12. 
13. 
14. 
15. 
16. 
17. 
18. 
19. 

**FROM Identifier Defined**
City: NEW YORK
State or Country: N.Y.

**TO Identifier Defined**
City: WEST PALM BEACH
State or Country: FL
Nautical Miles: 894
Statute Miles: 1028
Gallons: 2102    AIRFRAME
Pounds: 20609    33095.6
Flight Time: 2+27    2.5
Altitude FL: FL400    33098.1

20. _____ Night _____
21. _____ T/L _____
22. _____ IMC _____
23. _____ Approach _____
24. 
25. 
26. 

SAO01572
NON PARTY (VR) 000122
GIUFFRE000807

01/09/2005 15:15 5614786553 JEGE OR HYPERION AIR PAGE 04

# HYPERION AIR, INC.
# PASSENGER MANIFEST

Registration Number: N909JE  Type: G-1159B  Pilots: Dave Rodgers, Larry Visoski

DATE: 1 - 3, 2005  FROM PBI  TO TEB

Departure Time 4:04 PM  Arrival Time 6:32 PM  Trip Number 1750

PASSENGERS

1. Jeffrey Epstein
2. Sarah Kellen
3. Nadia Marcinkova
4. Ghislaine Maxwell
5. David Mullen
6.
7.
8.
9.
10.
11.
12.
13.

COMMENTS

FROM Identifier Defined
City WEST PALM BEACH
State or Country FL

TO Identifier Defined
City Teterboro
State or Country N.J.
Nautical Miles 900
Statute Miles 1035
Gallons 1800   AIRFRAME
Pounds 9570   9706.3
Flight Time 2+28   2.5
Altitude FL FL410   9708.8
TAKE-OFF POWER   Night 1.0
Flex Take-Off _____   T/L __/__
Min Take-Off _____   IMC _____
Condition _____   Approach _____

SAO01580

NON PARTY (VR) 000130

GIUFFRE000816

# HYPERION AIR, INC.
## PASSENGER MANIFEST

Registration Number: N909JE    Type: G-1159B    Pilots: Dave Rodgers, ~~Larry Visoski~~ GARY ROXBURGH

DATE: 2-19, 2005    FROM TIST    TO PBI

Departure Time: 6:18 AM/(PM)    Arrival Time: 7:58 AM/(PM)    Trip Number: 1756

PASSENGERS
1. GHISLAINE MAXWELL
2. EVA ANDERSSON
3. CELINA DUBIN
4. MYYA DUBIN
5. CRES VALDEZ
6.
7.
8.
9.
10.
11.
12.
13.

COMMENTS

FROM Identifier Defined
City: ST. THOMAS
State or Country: USVI

TO Identifier Defined
City: WEST PALM BEACH
State or Country: FL

Nautical Miles:
Statute Miles:
Gallons: 1400                AIRFRAME
Pounds: 11856    9715.1
Flight Time: 2+39    2.6
Altitude FL: 260    9717.7
TAKE-OFF POWER    Night 1.0
Flex Take-Off: e    T/L /1
Min Take-Off: 2.40    IMC .8
Condition: WLNOS HEAL    Approach

SAO01586

NON PARTY (VR) 000136

GIUFFRE000822

04/07/2005 16:53  5614786553          JEGE OR HYPERION AIR          PAGE 03

# HYPERION AIR, INC.
## PASSENGER MANIFEST

Pilots: Dave Rodgers, ~~Larry Visoski~~ BILL MURPHY

Registration Number: N909JE    Type: G-1159B

DATE: 3.8, 2005    FROM: PBI    TO: SAN

Departure Time: 6:10 PM    Arrival Time: 8:35 PM    Trip Number: 1759

**PASSENGERS**

1. [redacted]
2. Ghislaine Maxwell
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 
11. 
12. 
13. 

**FROM Identifier Defined**
City: WEST PALM BEACH
State or Country: FL

**TO Identifier Defined**
City: SAN DIEGO
State or Country: CA

Nautical Miles: 
Statute Miles: 
Gallons: 3291
Pounds: 19427         AIRFRAME: 9722.6
Flight Time: 5+26     5.4
Altitude FL: 430      9728.0
TAKE-OFF POWER   Night: 3.4
Flex Take-Off ___   T/L: /1
Min Take-Off ___    IMC: 3
Condition ___       Approach: LOC

**COMMENTS**

SAO01589

NON PARTY (VR) 000139

GIUFFRE000825

# HYPERION AIR, INC.
## PASSENGER MANIFEST

Registration Number: N909JE   Type: G-1159B   Pilots: Dave Rodgers, Larry Visoski

DATE: 4-5, 2005   FROM: PBI   TO: PDK

Departure Time: 3:36 PM   Arrival Time: 4:59 PM   Trip Number: 1767

**PASSENGERS**

1. ▮▮▮▮▮
2. Ghislaine Maxwell
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 
11. 
12. 
13.

**COMMENTS**

**FROM Identifier Defined**
City: WEST PALM BEACH
State or Country: FL

**TO Identifier Defined**
City: ATLANTA
State or Country: GA

Nautical Miles: 
Statute Miles: 
Gallons: 900           AIRFRAME
Pounds: 6600           9737.8
Flight Time: 1 +22      1.4
Altitude FL: 410        9739.2
~~TAKE-OFF POWER~~   Night
Flex Take-Off ___   T/L ___/
Min Take-Off 2.15   IMC
Condition ___   Approach ___

SAO01591

NON PARTY (VR) 000141

GIUFFRE000827

# HYPERION AIR, INC.
## PASSENGER MANIFEST

Registration Number: N909JE    Type: G-1159B    Pilots: ~~Dave Rodgers~~ *D. Hammond*, Larry Visoski

DATE: 4-27, 2005    FROM TEB    TO PBI

Departure Time 9:17 (AM/PM)    Arrival Time 11:58 (AM/PM)    Trip Number 1772

**PASSENGERS**

1. Jeffrey Epstein
2. Ghislaine Maxwell
3. SARAH KELLEN
4. DANA BURNS
5. 1 MALE
6. 1 male
7. 1 female
8.
9.
10.
11.
12.
13.

**FROM Identifier Defined**
City TETERBORO
State or Country N.J.

**TO Identifier Defined**
City WEST PALM BEACH
State or Country FL

Nautical Miles ___
Statute Miles ___
Gallons 2100          AIRFRAME
Pounds 11085    9748.7
Flight Time 2+40    2.6
Altitude FL FL400    9751.3
TAKE-OFF POWER    Night ___
Flex Take-Off ___    T/L ___/___
Min Take-Off ___    IMC ___
Condition ___    Approach ___

**COMMENTS**

SAO01594

NON PARTY (VR) 000144

GIUFFRE000830

# HYPERION AIR, INC.
## PASSENGER MANIFEST

Registration Number: N909JE     Type: G-1159B     Pilots: Dave Rodgers, Larry Visoski

DATE: 5 - 29, 2005     FROM: TIST     TO: PBI

Departure Time 3:37 PM     Arrival Time 6:07 PM     Trip Number 1780

**PASSENGERS**

1. Jeffrey Epstein
2. David Mullen
3. Ghislaine Maxwell
4. Areana Munsinxlla
5.
6.
7.
8.
9.
10.
11.
12.
13.

**COMMENTS**

**FROM Identifier Defined**
City ST. Thomas
State or Country U.S.V.I.

**TO Identifier Defined**
City West Palm Beach
State or Country F.L.
Nautical Miles 975
Statute Miles 1121
Gallons 1564     AIRFRAME
Pounds 11089   9770.1
Flight Time 2+29    2.5
Altitude FL FL400  9772.6

TAKE-OFF POWER    Night ___.___
Flex Take-Off ___.___    T/L ___/___
Min Take-Off ___.___    IMC ___.___
Condition _____    Approach _____

SAO01600

NON PARTY (VR) 000150

GIUFFRE000836

08/14/2005 14:16 FAX                                                                    ☒004

# HYPERION AIR, INC.
# PASSENGER MANIFEST

Registration Number: N909JE    Type: G-1159B    Pilots: ~~Dave Rodgers, Larry Visoski~~ Bill Hammond, DAVE RODGERS

DATE: 9 - 10, 2005    FROM PBI    TO TEB

Departure Time 3:59 AM/PM    Arrival Time 6:11 AM/PM    Trip Number 1814

**PASSENGERS**

1. Jeffrey Epstein
2. GHISLANE MAXWELL
3. DANA BURNS
4. ADRIANA MUCINSKA
5. Female
6. 
7. 
8. 
9. 
10. 
11. 
12. 
13. 

**COMMENTS**

**FROM Identifier Defined**
City West Palm
State or Country FL

**TO Identifier Defined**
City TETERBORO
State or Country NJ

Nautical Miles 954
Statute Miles 1097
Gallons 1425         AIRFRAME
Pounds 9477    9843.6
Flight Time 2+11    2 2
Altitude FL 410    9845.8

**TAKE-OFF POWER**    Night ___
Flex Take-Off ___    T/L 111
Min Take-Off ___    IMC ___
Condition ___    Approach ___

SAO01617

NON PARTY (VR) 000167

GIUFFRE000853