# EXHIBIT 5

THE STATE OF FLORIDA,       )
COUNTY OF PALM BEACH.        )


IN RE:


PALM BEACH INVESTIGATION.
_____/

SWORN STATEMENT OF JUAN P. ALESSI


Monday, November 21, 2005
12:25 p.m. - 1:05 p.m.


401 N. Dixie Highway
West Palm Beach, Florida 33401


COPY


Reported By:

Susan Shelling, RPR

Notary Public, State of Florida

Consor & Associates Reporting and Transcription

Phone - 561.835.9738

J. CONSOR & ASSOCIATES REPORTING & TRANSCRIPTION
561.835.9738

NON PARTY (VR) 000528

GIUFFRE000597

Page 10

1    it was in the balcony of his quarters.  His room has a

2    wraparound balcony facing the pool.  So the massages were

3    in the balcony outside in the sun, or inside in his

4    bathroom or her bathroom.

5            Q.    Would you set up the room for the massages?

6            A.    Many times.  Yes, he will tell me, Set up

7    the room inside my bathroom or in the bedroom or in

8    Elaine's bathroom, or outside on the balcony.  And I

9    would go and set up or my wife would go and set up the

10   table.

11             We had a table in every room of the house,

12   the massage tables, for the different guests.  Because

13   not only he got massages, all the other guests got

14   massages too.  So we have a table -- massage table in

15   basically every room, guest room.

16           Q.    The girls that would come over to do

17   massages, they would massage him first or massage guests?

18           A.    Different times.  There were -- mostly they

19   was his massage.  Mostly he would get massages.

20           Q.    Would Ms. Maxwell be in the room with him

21   while he was getting the massage?

22           A.    We don't know.  Apparently we saw her going

23   upstairs, because it was -- when they went upstairs, they

24   closed -- his quarters, it had a double door, so it was a

25   door on top of the stairs -- I don't know if you've been

J. CONSOR & ASSOCIATES REPORTING & TRANSCRIPTION
561.835.9738

NON PARTY (VR) 000538

GIUFFRE000607

1   in the house -- and then there's another door going into

2   his room.  So it was a long corridor.  So everything was

3   closed and nobody saw anything.

4          Q.    Would you clean up after?

5          A.    Once in a while, yes, I did.  Most of the

6   times I did.  I did the cleanup.

7          Q.    Did it appear as if there was going to be

8   more than one massage going on in the room?

9          A.    More than one massage?  I don't know.  It

10  was massages.  There was massages, because it was a hot

11  oil, and it was -- you know this vibrator, the neck

12  vibrators with the long handles.  And towels, a lot of

13  towels.  We used a lot of towels in the house.  Used like

14  maybe 40, 50 towels a day, because every time he go in

15  into the pool, it was two or three towels.  Everything

16  had to be cleaned up.  I went most of the time to pick up

17  the room and get it ready.

18         Q.    Did it ever appear to you that more went on

19  in the room other than a massage?

20         A.    I just imagine.  I never saw anything.  But

21  I imagine there was more than -- I never saw anything

22  because it was closed doors.  It was never done outside.

23         Q.    Based on the cleanup?

24         A.    Based on the cleanup -- at the end, I

25  cannot say there was.  At the end, it was a few times

NON PARTY (VR) 000539

GIUFFRE000608

1   that the bed was undone.  You know, we make the beds

2   three or four times a day.  And sometimes we went to

3   clean up the massage to put it back, the massage table,

4   to pick up the towels, but the bed was undone again.  So

5   either he took a nap or he went for a nap, I don't know.

6          Q.    Or something else occurred?

7          A.    Or something else.  I cannot.

8          Q.    Did the girls, would they bring their own

9   stuff or they would use his stuff?

10          A.    No.  We had everything.  We had gallons of

11   stuff, different stuff.

12          Q.    Different massage oils?

13          A.    Different, all kinds.

14          Q.    Different massagers?

15          A.    Different stuff.

16                They would buy all over the world different

17   types of -- for different --

18          Q.    Did any of these massagers look like sex

19   toys?

20          A.    At the end, at the last year that we were

21   there they had like sex toys, some of them.  I can say

22   maybe three or four occasions that I saw in the sink,

23   they were left out on the sink, and just --

24          Q.    Where would he keep these massagers?

25          A.    When I was there, we keep all the stuff in

NON PARTY (VR) 000540

GIUFFRE000609

1    a basket inside Ms. Maxwell's closet.  It was a big

2    basket, about this round (indicating), with a cover on

3    it.  And we used to pick up from the towel and just dump

4    it in there.  That's it.  That's the standard we went

5    through.

6             Q.    What sink would you find those massagers

7    in?

8             A.    Mostly in his sink, in his bathroom sink.

9             Q.    His bathroom sink?

10                  Was Ms. Maxwell still his girlfriend at

11   that time?

12            A.    Oh, yeah.

13            Q.    Still his girlfriend that you know of right

14   now?

15            A.    Yeah.  We left, she was still his

16   girlfriend.  I don't know now, but she was still there.

17            Q.    Why did you leave at the end?

18            A.    It was a hard job.  It was an incredible

19   hard job.  So demanding.  Hours were terrible, from

20   5 o'clock in the morning to 10 o'clock at night.

21   Constantly on your feet.

22                  I got very sick.  My health went down the

23   drain.  I was diagnosed with cancer, polycythemia, a kind

24   of blood cancer, and we had to leave.  It was just too

25   much for me.

NON PARTY (VR) 000541

GIUFFRE000610

Page 14

1      Q.    Sounds like a lot.

2      A.    Yeah.  For me and my wife, we both left.

3      Q.    It was very demanding when he was here in

4   town?

5      A.    It was terrible.  Bad job.  Pay was good,

6   but we had enough.

7      Q.    I know you guys had a falling out a couple

8   of years ago; I guess you weren't working with him

9   anymore.  This would have been in 2003.  You guys had a

10  falling out, remember?

11     A.    Yeah, we settled that.

12     Q.    That was settled?

13     A.    That was settled with him between us.

14     Q.    Was that --

15     A.    It was an amicable -- it was an agreement,

16  mutual agreement.  It was a mistake on my part.

17     Q.    Are there any questions you have of me?

18     A.    No.  I told you the truth.

19           We just imagined things that could have

20  happened.  I used to talk to my wife all day, working and

21  under that environment.  But we didn't know for sure what

22  was going on.

23           We never heard anything.  We never heard a

24  complaint, or a girl crying.

25     Q.    Would these massage girls, especially

J. CONSOR & ASSOCIATES REPORTING & TRANSCRIPTION
561.835.9738

NON PARTY (VR) 000542

GIUFFRE000611

1    towards the end, would they come alone or would they come

2    with other people?

3            A.    Mostly they would come alone.  It was one

4    girl, one of the young girls, the one I can't think of

5    it, she would bring somebody else.  She'd bring other

6    girls.  But I didn't even know the names.

7            Q.    All of them would go downstairs?

8            A.    Yes.

9            Q.    Or would one stay downstairs?

10           A.    Most of the times when that girl came, it

11   was at night.  So after dinner -- after dinner, they went

12   to the movies.  And by the time they went to the movies,

13   we clean up right away and tried to get out of there.

14   And that was about 8, 9 o'clock at night.

15                 After, when they come back, I don't know

16   what happened.  Our quarters were a different -- I don't

17   know if you've been in the house, but our quarters were

18   separate.

19           Q.    It's separate.

20           A.    Separate.  Before -- that building is new.

21   They build the building in 2001.

22           Q.    The guest quarters?

23           A.    Yeah, the guest quarters.

24                 Before, we had an apartment upstairs.

25           Q.    They have the laundry and a little office

NON PARTY (VR) 000543

GIUFFRE000612

Page 16

1  and the bedroom?

2          A.    Yes.   That was 2001.  Before that, we had

3  an apartment upstairs in their house, in the main house.

4          Q.    In the little rooms upstairs across from

5  his master bedroom?

6          A.    Right.

7          Q.    Was there ever any photographs that you can

8  recall around the house?

9          A.    Girls, girls' photographs and guests'

10  photographs, yes.

11          Q.    Were they dressed or were they naked?

12          A.    Most of them were dressed.  It was a lot of

13  entertainment in the pool, around the pool area.  But

14  most of them were dressed.

15          Q.    When was the last time you spoke with

16  Mr. Epstein?

17          A.    The last time I spoke with Mr. Epstein was

18  about a week ago, when you left me the card.  I got

19  scared because of that fallout that we had, and I thought

20  it was a consequence of that.  And I called and says,

21  Jeffrey, what's going on, what's happening?  Because I

22  thought it was an investigation against me on his part.

23          Q.    I'm sorry if I gave you that impression.

24          A.    That's why I called him.  That's the only

25  reason that I called.

NON PARTY (VR) 000544

GIUFFRE000613

1  beginning?  From the end?

2          Q.    As many as you can remember.

3          A.    As many as I can remember.

4          Q.    I know it's been a while.

5          A.    It was Jody.  It was Donna.  And it was --

6  it was Virginia.  It was -- how many?  Virginia, Lana.

7                It was also a young girl, but she was not a

8  massage therapist.  She came to the house as a friend, I

9  think.  I don't think she was a massage therapist.  Her

10 name was -- as a matter of fact, she's in a soap opera

11 now, she's a star.  Just give me a minute.

12                Nadya Jorlin, J-O-R-L-I-N.

13                There also were men masseuses.

14         Q.    There were men too?

15         A.    There were men.  A few.  Not that many.  A

16 few.  I can't remember.

17                Allison.  There was an Allison.  There was

18 a Dina.  I think every name -- girls' names.  In

19 eleven years, I cannot remember.

20         Q.    That's fine.

21         A.    There were girls coming and going.  There

22 were girls traveling with him as massage therapists.

23 They would travel with him all over the world, because he

24 was in the plane, he got massages on the plane,

25 because -- I know because I used to supply the oils and

NON PARTY (VR) 000549

GIUFFRE000618

Page 24

1              DET. RECAREY:  Okay.  I appreciate it.

2              And that's it.

3              (Thereupon, the sworn statement was

4       concluded at 1:05 p.m.)

5                           -  -  -

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

NON PARTY (VR) 000552

GIUFFRE000621

Page 25

1    THE STATE OF FLORIDA,       )

2    COUNTY OF PALM BEACH.     )

3

4

5        I, the undersigned authority, certify that Juan

6    P. Alessi personally appeared before me and was duly

7    sworn.

8

9        WITNESS my hand and official seal this 5th day

10   of December, 2005.

11

12

13

14                                  _____

15         Susan Shelling, RPR
             Notary Public - State of Florida

16         My Commission No. DD 098441
             My Commission expires 3/7/2006

17

18

19

20

21

22

23

24

25

NON PARTY (VR) 000553

GIUFFRE000622

1                    C E R T I F I C A T E

2

   The State Of Florida,        )
3  County Of Palm Beach.        )

4

5          I, Susan Shelling, Registered Professional
   Reporter and Notary Public in and for the State of
6  Florida at Large, do hereby certify that Juan P. Alessi
   was by me first duly sworn to testify the whole truth;
7  that I was authorized to and did report said sworn
   statement in stenotype; and that the foregoing pages,
8  numbered from 1 to 24, inclusive, are a true and correct
   transcription of my shorthand notes of said sworn
9  statement.

10         I further certify that said sworn statement
   was taken at the time and place hereinabove set forth and
11 that the taking of said sworn statement was commenced and
   completed as hereinabove set out.

12
           I further certify that I am not an attorney or
13 counsel of any of the parties, nor am I a relative or
   employee of any attorney or counsel of party connected
14 with the action, nor am I financially interested in the
   action.

15
           The foregoing certification of this transcript
16 does not apply to any reproduction of the same by any
   means unless under the direct control and/or direction of
17 the certifying reporter.

18         IN WITNESS WHEREOF, I have hereunto set my hand
   and seal this 5th day of December, 2005.

19

20

21         Susan Shelling, Notary Public
           In and for the State of Florida
22         My Commission No. DD 098441
           My Commission Expires 3/7/2006

23

24

25

J. CONSOR & ASSOCIATES REPORTING & TRANSCRIPTION
                561.835.9738

NON PARTY (VR) 000554

GIUFFRE000623