# EXHIBIT 7

```
                                                              Page 270
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2
 3   JANE DOE NO. 2,           CASE NO: 08-CV-80119
 4       Plaintiff,
 5   Vs.
 6   JEFFREY EPSTEIN,
 7       Defendant.
                              /
 8
     JANE DOE NO. 3,           CASE NO: 08-CV-80232
 9
         Plaintiff,
10                                        CONDENSED
     Vs.
11
     JEFFREY EPSTEIN,
12
         Defendant.
13                            /
14   JANE DOE NO. 4,           CASE NO: 08-CV-80380
15       Plaintiff,
16   Vs.
17   JEFFREY EPSTEIN,
18       Defendant.
                              /
19
     JANE DOE NO. 5,           CASE NO: 08-CV-80381
20
         Plaintiff,
21
     Vs
22
     JEFFREY EPSTEIN,
23
         Defendant.
24                            /
25
```

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

NON PARTY (VR) 000315

GIUFFRE001004

Page 311

1  MR. CRITTON: Form.
2  THE WITNESS: Yes, ma'am.
3  BY MS. EZELL:
4  Q. And were there some who maybe came just
5  once or twice with other young women?
6  A. That's correct, ma'am.
7  Q. Now, where would the young woman who was
8  bringing another young woman go during the time
9  the person that she brought was upstairs giving
10 the massage?
11    MR. CRITTON: Form.
12    THE WITNESS: I will take them to the
13    kitchen and Sarah would take them from
14    there.
15 BY MS. EZELL:
16 Q. Do you know where she took them?
17 A. No, ma'am.
18 Q. Were they ever taken to just sit in the
19 living room and wait?
20    MR. CRITTON: Form.
21    THE WITNESS: I don't know, ma'am.
22 BY MS. EZELL:
23 Q. These pictures of nude young women taken
24 in gatherings where they were smiling, did they
25 appear to you to be taking part in an orgy?

Page 312

1  MR. CRITTON: Form.
2  THE WITNESS: I don't know, ma'am.
3  BY MS. EZELL:
4  Q. Do you know the word cavorting?
5  A. No, ma'am, I don't know.
6  Q. I need my Thesaurus. You said they were
7  smiling, did they appear to be having a good time?
8  A. Yes, ma'am.
9  Q. Did they appear to be doing anything
10 sexual?
11 A. Yes, ma'am.
12 Q. And in these instances were there girls
13 doing sexual things with other girls?
14 A. Yes, ma'am.
15 Q. And I'm still talking about the pictures
16 on Ms. Maxwell's computer.
17 A. Yes, ma'am.
18    MR. CRITTON: You're talking about the
19    group shots that he's mentioned from Russia
20    and Eastern Europe?
21    MS. EZELL: And girls in the shower.
22    MR. CRITTON: Let me object to the form
23    then the way you just now described that.
24    MS. EZELL: He said for instance.
25    MR. CRITTON: He had said a girl in the

Page 313

1  shower, I don't know whether he ever used
2  plural.
3  BY MS. EZELL:
4  Q. Was there more than one picture of a girl
5  in the shower?
6  A. There were two girls in the shower.
7  Q. Two girls in the shower together?
8  A. Yes, ma'am.
9  Q. And were those two girls engaged in
10 something sexual?
11 A. Yes, ma'am.
12 Q. And I may have asked you this question,
13 forgive me if I did, did you know those two girls?
14 A. No, ma'am.
15 Q. Did Ms. Maxwell have nude pictures of
16 Nadia on her computer?
17    MR. CRITTON: Form.
18    THE WITNESS: I don't know, ma'am.
19 BY MS. EZELL:
20 Q. Did you ever meet a young woman named
21 Emmy who had an association with Ms. Maxwell?
22    MR. CRITTON: Emmy?
23    MS. EZELL: Emmy.
24    THE WITNESS: I don't remember, ma'am.
25 BY MS. EZELL:

Page 314

1  Q. Did you ever have any conversations with
2  Ms. Maxwell about any of the women in those
3  pictures?
4  A. No, ma'am.
5  Q. And did you ever have a conversation with
6  Sarah Kellen about any of the pictures of the
7  girls in her computer?
8  A. No, ma'am.
9  Q. You were asked last time about the creams
10 and lotions that Mr. Epstein typically had
11 available to him and you said you thought there
12 was a favorite one but you couldn't remember it.
13 A. Spa.
14 Q. Spa, you did say Spa.
15 A. Yeah.
16 Q. Thank you.
17    Where did the stairway from the kitchen
18 lead -- to where did it lead?
19 A. To the second floor between the first and
20 second bedrooms.
21 Q. Were either of those bedrooms the master
22 bedroom?
23 A. No, ma'am.
24 Q. Could one go up that staircase through --
25 could one go up that staircase and reach the

12 (Pages 311 to 314)

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

NON PARTY (VR) 000326

GIUFFRE001016

Page 315

1  master bedroom?
2      A. Yes, ma'am.
3      Q. And how would you do that? If you want
4  to turn the page over for the upstairs you could
5  do that.
6      A. Okay.
7      MR. CRITTON: Are you going to mark this
8  as an exhibit?
9      MS. EZELL: Uh-huh.
10     MR. CRITTON: Would that be Exhibit 3?
11     MR. EDWARDS: I think so.
12     (Exhibit No. 3 was marked for
13  Identification.)
14     THE WITNESS: This is the master bedroom,
15  master bath, and there were one, two -- the
16  rest of the bedrooms were here and the
17  master bedroom was here. This is master
18  bath one and master bath two.
19     So the staircase came to the second floor
20  like this and it was between the first and
21  second bedroom. And you could go through
22  here and you enter a foyer with double doors
23  here, double doors here, and you enter the
24  master bedroom.
25  BY MS. EZELL:

Page 316

1      Q. All right. How would you get to the
2  master bathroom on that end?
3      A. You go through these double doors, go
4  around the bed and you gain access to the master
5  bedroom -- master bathroom, sorry.
6      Q. And then there was another master
7  bathroom on the other side of the room?
8      A. Yes, ma'am.
9      Q. Where generally did the massages take
10  place?
11     A. Right here, ma'am.
12     Q. And is that in the master bathroom?
13     A. Master bathroom, yes.
14     Q. Do you recall what color the tile was in
15  that bathroom?
16     A. There was carpet.
17     Q. Was there tile on the walls or marble
18  or --
19     A. There was a sauna here with marble but
20  outside the sauna everything was carpet, and the
21  walls, they didn't have any tile. Oh yes, I will
22  say four feet off the floor they will have marble.
23     Q. And do you remember what color marble it
24  was?
25     A. White.

Page 317

1      Q. White. By the way, I have some more
2  water, would you like some?
3      A. Thank you, ma'am.
4      Q. I figure if I'm a little dry you may be
5  too.
6          I believe one of the items that you
7  mentioned that sometimes had to be picked up after
8  girls were there giving massages was a back
9  massager.
10     A. Yes, ma'am.
11     Q. Could you describe that for me, please?
12     A. It was a piece about this big.
13     Q. Would you say that's about 18 inches?
14     A. Yes, ma'am. And two prongs with the
15  rubber tips and a cord.
16     Q. Okay.
17     A. Or it could be detached too.
18     Q. Do you have any recollection of what make
19  that was?
20     A. No, ma'am.
21     Q. Were there any other massagers that you
22  recall seeing there regularly?
23     A. Those are the ones I remember. I think
24  they are from Sharper Image, but I don't --
25     Q. Okay. Were there often girls around the

Page 318

1  pool at the house?
2      A. Yes, ma'am.
3      Q. And were these sometimes the same girls
4  that came to give massages?
5      A. Yes, ma'am.
6      Q. Were there girls in addition to those who
7  came to give massages who hung around the pool?
8      A. The girls who were staying at the house.
9      Q. Okay. And so they weren't girls who just
10  regularly came to hangout around the pool?
11     A. No, ma'am.
12     MS. EZELL: Excuse me. Can we go off the
13  record for a minute?
14     (Thereupon, a recess was had.)
15     THE VIDEOGRAPHER: We're back on the
16  record with tape number two.
17  BY MS. EZELL:
18     Q. Mr. Rodriguez, did you receive a subpoena
19  that asked you to bring documents with you to the
20  deposition?
21     A. Yes, ma'am.
22     Q. And did you bring any with you?
23     A. I couldn't find anything at my house.
24     Q. Okay. I believe we talked about a
25  journal that you kept, and you looked for that?

13 (Pages 315 to 318)

Page 319

1  A. Yes, ma'am.
2  Q. And you couldn't find it?
3  A. I give it to Detective Joe.
4  Q. Recarey?
5  A. Yes, ma'am.
6  Q. You mentioned that you called Mr.
7  Jean-Luc Bernell about a recommendation when you
8  were looking for a job.
9  A. Yes, ma'am.
10 Q. And did you know him from his visits in
11 the home?
12 A. Yes, ma'am.
13 Q. Did you say that his wife's name was Eva?
14    MR. CRITTON: Form.
15    THE WITNESS: No, ma'am.
16 BY MS. EZELL:
17 Q. Do you know what his wife's name was?
18 A. Eva was a model, a former model from
19 years past who was friend of Mr. Epstein.
20 Q. Do you know if she was married to Glenn
21 Dubin? Do you know Mr. Dubin?
22    MR. CRITTON: Form.
23    THE WITNESS: I believe, yeah, I'm not
24 sure, ma'am.
25 BY MS. EZELL:

Page 320

1  Q. Is she now a doctor?
2  A. No, she was a model, her husband could be
3  a doctor but I don't think she is.
4  Q. Okay. So is Jean-Luc Bernell married; to
5  your knowledge?
6  A. I don't know, ma'am.
7  Q. I think I must have gotten confused
8  because we were talking about the picture in the
9  house of the little girl who is lifting up her
10 skirt or her underpants, I'd forgotten what it
11 was.
12 A. Yes, ma'am.
13    MR. CRITTON: Form.
14 BY MS. EZELL:
15 Q. And I thought you said that that was
16 Jean-Luc's child.
17 A. No, ma'am, she is Mrs. Eva.
18 Q. Eva's child?
19 A. Yes, ma'am.
20 Q. And she is Jeffrey Epstein's Goddaughter?
21 A. Yes, ma'am.
22 Q. Do you know where she and her mother
23 live?
24 A. They live in Manhattan.
25    MR. CRITTON: Form.

Page 321

1  BY MS. EZELL:
2  Q. Did they ever visit Mr. Epstein at the
3  home when you were there?
4  A. Yes, ma'am.
5  Q. How old was the little girl at that time?
6  A. Eight years old.
7  Q. Did the girl's father come to visit as
8  well?
9  A. Yes, ma'am.
10 Q. And do you remember his name?
11 A. No, ma'am.
12 Q. Do you remember hearing anything about
13 what he does for a living?
14 A. No, ma'am.
15 Q. Can you describe him?
16 A. Tall, American born, I will say 50 years
17 old.
18 Q. What color hair did he have?
19 A. At that time it was black with a few
20 white hairs.
21 Q. Were there drawings of nude women in the
22 house?
23 A. No, ma'am.
24 Q. Were there paintings of nude women in the
25 house?

Page 322

1  A. Yes, ma'am.
2  Q. Did any of those appear to be
3  Ms. Maxwell?
4  A. Yes, ma'am.
5  Q. You mentioned that Louella who was still
6  working there when you left --
7  A. Yes, ma'am.
8  Q. -- was a very religious woman --
9  A. Yes, ma'am.
10 Q. -- and would sometimes be upset about
11 seeing pictures of nude girls or having to pick up
12 sex toys, et cetera.
13    MR. CRITTON: Form.
14    THE WITNESS: Yes, ma'am.
15 BY MS. EZELL:
16 Q. And you said that you remembered her
17 crying because there was a picture of the Pope
18 next to a picture of a naked girl.
19    MR. CRITTON: Form.
20    THE WITNESS: Yes, ma'am.
21 BY MS. EZELL:
22 Q. Do you know who that naked girl was?
23 A. I don't remember, ma'am.
24 Q. I believe David Copperfield's name came
25 up in the last deposition as someone who would

14 (Pages 319 to 322)

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

NON PARTY (VR) 000328

GIUFFRE001018

```
                                                Page 471
 1   THE STATE OF FLORIDA,   )
 2   COUNTY OF DADE.         )
 3
 4
 5        I, the undersigned authority, certify
 6   that ALFREDO RODRIGUEZ personally appeared before
 7   me on the 7th day of August, 2009 and was duly
 8   sworn.
 9
10        WITNESS my hand and official seal this
11   18th day of August, 2009.
12
13
14
15   _____
     MICHELLE PAYNE, Court Reporter
16   Notary Public - State of Florida
17
18
19
20
21
22
23
24
25
```

```
                                                Page 472
 1           CERTIFICATE
 2
     The State Of Florida,   )
 3   County Of Dade.         )
 4
 5        I, MICHELLE PAYNE, Court Reporter and
     Notary Public in and for the State of Florida at
 6   large, do hereby certify that I was authorized to
     and did stenographically report the deposition of
 7   ALFREDO RODRIGUEZ; that a review of the transcript
     was not requested; and that the foregoing pages,
 8   numbered from 270 to 472, inclusive, are a true
     and correct transcription of my stenographic notes
 9   of said deposition.
10        I further certify that said deposition was
     taken at the time and place hereinabove set forth
11   and that the taking of said deposition was
     commenced and completed as hereinabove set out.
12
          I further certify that I am not an
13   attorney or counsel of any of the parties, nor am
     I a relative or employee of any attorney or
14   counsel of party connected with the action, nor am
     I financially interested in the action.
15
          The foregoing certification of this
16   transcript does not apply to any reproduction of
     the same by any means unless under the direct
17   control and/or direction of the certifying
     reporter.
18
          DATED this 18th day of August, 2009.
19
20
21   _____
     MICHELLE PAYNE, Court Reporter
22
23
24
25
```

52 (Pages 471 to 472)

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

**NON PARTY (VR) 000366**

GIUFFRE001056