UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.                                             **15-cv-07433-RWS**

GHISLAINE MAXWELL,

    Defendant.

---------------------------------------------------X

**Declaration Of Laura A. Menninger In Support Of**
**Motion To Compel Non-Privileged Documents**

I, Laura A. Menninger, declare as follows:

1.    I am an attorney at law duly licensed in the State of New York and admitted to practice in the United States District Court for the Southern District of New York. I am a member of the law firm Haddon, Morgan & Foreman, P.C., counsel of record for Defendant Ghislaine Maxwell ("Maxwell") in this action. I respectfully submit this declaration in support of Ms. Maxwell's Motions to Compel Non-Privileged Documents.

2.    Attached as Exhibit A is a true and correct copy of Plaintiff Virginia Giuffre's Revised Supplemental Privilege Log dated April 29, 2016, served on April 29, 2016.

3.    Attached as Exhibit B is a subsection of items on Plaintiff Virginia Giuffre's Revised Supplemental Privilege Log dated April 29, 2016 relating to media issues and press releases.

4. Attached as Exhibit C is a subsection of items on Plaintiff Virginia Giuffre's Revised Supplemental Privilege Log dated April 29, 2016 including J. Stanley Pottinger in the communications.

5. Attached as Exhibit D is a printout of the content of Stan Pottinger's Official Website, found on the internet at http://stanpottinger.com/home/index.asp

6. Attached as Exhibit E (filed under seal) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

7. Attached as Exhibit F is a subsection of items on Plaintiff Virginia Giuffre's Revised Supplemental Privilege Log dated April 29, 2016 that appear to attach or include pre-existing non-privileged documents that have been withheld or are not identified.

8. Attached as Exhibit G is a subsection of items on Plaintiff Virginia Giuffre's Revised Supplemental Privilege Log dated April 29, 2016 including unidentified third party "professionals" in the communications.

9. Attached as Exhibit H is a subsection of items on Plaintiff Virginia Giuffre's Revised Supplemental Privilege Log dated April 29, 2016 relating to communication regarding Victims Refuse Silence.

10. Attached as Exhibit I is a true and correct copy of the Articles of Organization for Victims Refuse Silence, Inc. available through the Florida Secretary of State website at http://search.sunbiz.org/Inquiry/CorporationSearch/ConvertTiffToPDF?storagePath=COR%5C2014%5C1229%5C67499487.Tif&documentNumber=N14000011657.

11. Attached as Exhibit J (filed under seal) [REDACTED]

By: */s/ Laura A. Menninger*
Laura A. Menninger

**CERTIFICATE OF SERVICE**

I certify that on May 20, 2016, I electronically served this *Declaration Of Laura A. Menninger In Support Of Motion To Compel Non-Privileged Documents* via ECF on the following:

Sigrid S. McCawley
Meridith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
S.J. Quinney College of Law, University of Utah
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

*/s/ Nicole Simmons*
Nicole Simmons