# EXHIBIT B

Media Advice Communications

| Log ID | Email Sent Date | Email From | Email To | CC Address | Subject Matter | Type of Privilege | Privilege Action | Page Count | Doc Type |
|---|---|---|---|---|---|---|---|---|---|
| 19 | 2/28/2015 17:47 | Virginia Giuffre | Smccawley@BSFLLP.com | | Email with Giuffre, McCawley, Edwards and Henderson re discussion of draft statement | AC Privilege and Work Product/joint defense/common interest | Withheld | 3 | msg |
| 20 | 3/13/2015 17:29 | Stan Pottinger | robiejennag@y7mail.com | Smccawley@BSFLLP.com,brad@pathtojustice.com | Email chain with Giuffre, Edwards, McCawley, Henderson and Pottinger re legal advice on media issues | AC Privilege and Work Product/joint defense/common interest | Withheld | 2 | msg |
| 21 | 3/13/2015 17:49 | Virginia Giuffre | stanpottinger@aol.com | | Email chain with Giuffre, Edwards, McCawley and Pottinger re legal advice on media issues | AC Privilege and Work Product/joint defense/common interest | Withheld | 2 | msg |
| 22 | 3/13/2015 17:56 | StanPottinger@aol.com | robiejennag@y7mail.com | Smccawley@BSFLLP.com,brad@pathtojustice.com | Email chain with Giuffre, Edwards, McCawley, Henderson and Pottinger re legal advice on media issues | AC Privilege and Work Product/joint defense/common interest | Withheld | 3 | msg |
| 23 | 3/13/2015 18:00 | Brad Edwards | StanPottinger@aol.com,robi ejennag@y7mail.com | Smccawley@BSFLLP.com | Email chain with Giuffre, Edwards, McCawley, Henderson and Pottinger re legal advice on media issues | AC Privilege and Work Product/joint defense/common interest | Withheld | 3 | msg |
| 24 | 3/13/2015 18:24 | Virginia Giuffre | brad@pathtojustice.com | | Email chain with Giuffre, Edwards, McCawley, Henderson and Pottinger re legal advice on media issues | AC Privilege and Work Product/joint defense/common interest | Withheld | 4 | msg |
| 25 | 3/13/2015 18:25 | Virginia Giuffre | StanPottinger@aol.com | | Email chain with Giuffre, Edwards, McCawley, Henderson and Pottinger re legal advice on media issues | AC Privilege and Work Product/joint defense/common interest | Withheld | 3 | msg |
| 26 | 3/13/2015 21:53 | Virginia Giuffre | brad@pathtojustice.com | Smccawley@BSFLLP.com,StanPottinger@aol.com | Email chain with Giuffre, Edwards, McCawley, Henderson and Pottinger re legal advice on media issues | AC Privilege and Work Product/joint defense/common interest | Withheld | 4 | msg |
| 27 | 3/13/2015 23:38 | Brad Edwards | robiejennag@y7mail.com | | Email chain with Giuffre, Edwards, McCawley, Henderson and Pottinger re legal advice on media issues | AC Privilege and Work Product/joint defense/common interest | Withheld | 4 | msg |
| 28 | 3/13/2015 23:40 | Virginia Giuffre | brad@pathtojustice.com | | Email chain with Giuffre, Edwards, McCawley, Henderson and Pottinger re legal advice on media issues | AC Privilege and Work Product/joint defense/common interest | Withheld | 4 | msg |

Media Advice Communications

| Log ID | Email Sent Date | Email From | Email To | CC Address | Subject Matter | Type of Privilege | Privilege Action | Page Count | Doc Type |
|---|---|---|---|---|---|---|---|---|---|
| 49 | 4/9/2015 7:16 | Sigrid McCawley | StanPottinger@aol.com,brad@pathtojustice.com,robiejennag@y7mail.com | brittany@pathtojustice.com,sperkins@BSFLLP.com | Email chain with Giuffre, Edwards, Henderson, McCawley and BSF staff re legal advice re media issues | Attorney Client/joint defense/common interest/work product | Withheld | 2 | msg |
| 50 | 4/9/2015 9:26 | Brad Edwards | Smccawley@BSFLLP.com | robiejennag@y7mail.com | Email chain with Giuffre, Edwards, and McCawley re legal advice re media issues | Attorney Client/joint defense/common interest/work product | Withheld | 1 | msg |
| 51 | 4/9/2015 9:33 | Sigrid McCawley | robiejennag@y7mail.com | | Email chain with Giuffre and McCawley re legal advice re media issues | Attorney Client/joint defense/common interest/work product | Withheld | 2 | msg |
| 56 | 4/10/2015 14:59 | Sigrid McCawley | robiejennag@y7mail.com | StanPottinger@aol.com,brad@pathtojustice.com | Providing legal advice re media issues | Attorney Client/joint defense/common interest/work product | Withheld | 1 | msg |
| 57 | 4/10/2015 15:37 | Virginia Giuffre | Smccawley@BSFLLP.com | | Regarding legal advice re media issues | Attorney Client/joint defense/common interest/work product | Withheld | 1 | msg |
| 70 | 4/13/2015 13:56 | Virginia Giuffre | Smccawley@BSFLLP.com | | Email chain with Giuffre, Pottinger, Edwards and McCawley re legal advice regarding media issues | AC Privilege and Work Product/joint defense/common interest | Withheld | 3 | msg |
| 72 | 4/16/2015 11:14 | Virginia Giuffre | Smccawley@BSFLLP.com | | Email chain with Giuffre and McCawley re legal advice regarding media issues | Attorney Client/joint defense/common interest/work product | Withheld | 2 | msg |
| 73 | 4/16/2015 11:47 | Sigrid McCawley | robiejennag@y7mail.com | | Email chain with Giuffre and McCawley re legal advice regarding media issues | Attorney Client/joint defense/common interest/work product | Withheld | 2 | msg |

Media Advice Communications

| Log ID | Email Sent Date | Email From | Email To | CC Address | Subject Matter | Type of Privilege | Privilege Action | Page Count | Doc Type |
|---|---|---|---|---|---|---|---|---|---|
| 99 | 7/29/2015 19:45 | Sigrid McCawley | robiejennag@y7mail.com | StanPottinger@aol.com | Conveying legal advice on media issues | Attorney Client/joint defense/common interest/work product | Withheld | 1 | msg |
| 137 | 2/26/2015 | Sigrid McCawley | robiejennag@y7mail.com | | Email chain with Giuffre and McCawley re media communications. | Attorney Client | Withheld | 1 | msg |
| 138 | 2/26/2015 | Sigrid McCawley | robiejennag@y7mail.com | | Communication re media communications. | Attorney Client | Withheld | 1 | msg |
| 139 | 2/11/2016 | Sigrid McCawley | robiejennag@y7mail.com | | Email chain with Giuffre, McCawley, Edwards, Pottinger and BSF staff re media communications. | Attorney Client | Redacted | 3 | msg |
| 140 | 2/11/2016 | Sigrid McCawley | StanPottinger@aol.com,robiejennag@y7mail.com | Lcarlsen@BSFLLP.com, brad@pathtojustice.com | Email chain with Giuffre, McCawley, Edwards, Pottinger and BSF staff re media communications. | Attorney Client | Redacted | 3 | msg |
| 141 | 2/11/2016 | StanPottinger@aol.com | robiejennag@y7mail.com | Lcarlsen@BSFLLP.com, Smccawley@BSFLLP.com, brad@pathtojustice.com | Email chain with Giuffre, McCawley, Edwards, Pottinger and BSF staff re media communications. | Attorney Client | Redacted | 3 | msg |
| 142 | 2/9/2016 | StanPottinger@aol.com | robiejennag@y7mail.com | | Email chain with Giuffre and Pottinger re media communications. | Attorney Client | Redacted | 2 | msg |
| 148 | 2/26/2015 | Virginia Giuffre | Smccawley@BSFLLP.com | | Email conveying legal advice re media communications. | Attorney Client | Withheld | 1 | msg |
| 149 | 2/11/2015 | Virginia Giuffre | StanPottinger@aol.com | | Email chain with Giuffre and Pottinger re media communications | Attorney Client | Redacted | 3 | msg |
| 150 | 2/11/2015 | Virginia Giuffre | Smccawley@BSFLLP.com | | Email chain with Giuffre, McCawley, Pottinger and BSF staff re media communications. | Attorney Client | Redacted | 3 | msg |