# EXHIBIT D



**Coming Soon**