# EXHIBIT F

| Log ID | Email Sent Date | Email From | Email To | CC Address | Subject Matter | Type of Privilege | Privilege Action | Page Count | Doc Type |
|---|---|---|---|---|---|---|---|---|---|
| 81 | 5/4/2015 20:04 | Virginia Giuffre | brittany@pathtojustice.com | | Email chain with Giuffre, Henderson, Edwards, McCawley and legal assistant re seeking information to assist in providing legal advice, with attachment | AC Privilege and Work Product/joint defense/common interest | Withheld | 2 | msg |
| 82 | 5/11/2015 18:20 | Sigrid McCawley | robiejennag@y7mail.com | Smccawley@BSFLLP.com | Email chain with McCawley, Giuffre, Edwards, Pottinger, Henderson and Paralegal re seeking and providing information to assist in legal advice, with attachments | AC Privilege and Work Product/joint defense/common interest | Withheld | 1 | msg |
| 84 | 5/11/2015 18:40 | Sigrid McCawley | robiejennag@y7mail.com | | Email chain with Giuffre and McCawley re case research, with attachment | AC Privilege and Work Product/joint defense/common interest | Withheld | 2 | msg |
| 85 | 5/11/2015 18:45 | Sigrid McCawley | brad@pathtojustice.com,robiejennag@y7mail.com | | Providing and seeking information to assist in legal advice re potential legal action, with attachment | AC Privilege and Work Product/joint defense/common interest | Withheld | 1 | msg |
| 90 | 5/17/2015 22:40 | Sigrid McCawley | robiejennag@y7mail.com | | Providing legal advice re legal agreement, with attachment | Attorney Client/joint defense/common interest/work product | Withheld | 1 | msg |
| 91 | 5/18/2015 18:40 | Virginia Giuffre | Smccawley@BSFLLP.com | | Discussion of confidential agreement, with attachments | AC Privilege and Work Product/joint defense/common interest | Withheld | 1 | msg |
| 92 | | | | | Attached confidential agreement page | Attorney Client/joint defense/common interest/work product | Withheld | 1 | jfif |
| 93 | | | | | Attached confidential agreement page | Attorney Client/joint defense/common interest/work product | Withheld | 1 | jfif |
| 98 | 7/27/2015 21:53 | Virginia Giuffre | Smccawley@BSFLLP.com | | Providing information to assist in legal advice re potential litigation | Attorney Client/joint defense/common interest/work product | Withheld | 1 | msg |

Pre-Existing Factual Documents

| Log ID | Email Sent Date | Email From | Email To | CC Address | Subject Matter | Type of Privilege | Privilege Action | Page Count | Doc Type |
|---|---|---|---|---|---|---|---|---|---|
| 104 | 8/6/2015 3:48 | Sigrid McCawley | robiejennag@y7mail.com | Smccawley@BSFLLP.com,brad@pathtojustice.com | Email chain with McCawley, Giuffre, and Paralegals re seeking information to assist in legal advice, with attachments | AC Privilege and Work Product/joint defense/common interest | Withheld | 2 | msg |
| 106 | 9/1/2015 18:54 | Sigrid McCawley | robiejennag@y7mail.com | brad@pathtojustice.com,brittany@pathtojustice.com | Providing and seeking information to assist in legal advice re potential legal action, with attachment | AC Privilege and Work Product/joint defense/common interest | Withheld | 2 | msg |
| 107 | 9/7/2015 18:24 | Virginia Giuffre | brad@pathtojustice.com,smccawley@bsfllp.com,stanpottinger@aol.com | | Providing information sought by attorneys to provide legal advice, with attachment | Attorney Client/joint defense/common interest/work product | Withheld | 1 | msg |
| 108 | | | | | Attached Information sought by attorneys to provide legal advice | AC Privilege and Work Product/joint defense/common interest | Withheld | 4 | docx |
| 143 | | | | | Letter from Virginia Giuffre to David Boies conveying requested information to assist in providing legal advice. | AC Privilege and Work Product | Withheld | 26 | pdf |
| 144 | | | | | Letter from Virginia Giuffre to David Boies conveying requested information to assist in providing legal advice. | AC Privilege and Work Product | Withheld | 23 | docx |