# EXHIBIT I

# N14000011657

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP   ☐ WAIT   ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



700267499487

700267499487
12/23/14--01030--012  **78.75

FILED
14 DEC 23 PM 12: 25
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

T 12/24/14

# COVER LETTER

Department of State
Division of Corporations
P. O. Box 6327
Tallahassee, FL 32314

SUBJECT: **Victims Refuse Silence, Inc.**
(PROPOSED CORPORATE NAME – **MUST INCLUDE SUFFIX**)

Enclosed is an original and one (1) copy of the Articles of Incorporation and a check for :

☐ $70.00
Filing Fee

☒ $78.75
Filing Fee &
Certificate of
Status

☐ $78.75
Filing Fee
& Certified Copy

☐ $87.50
Filing Fee,
Certified Copy
& Certificate

**ADDITIONAL COPY REQUIRED**

FROM: **Bradley J. Edwards, Esq.**
Name (Printed or typed)

**425 North Andrews Ave. Suite 2**
Address

**Fort Lauderdale, FL 33301**
City, State & Zip

**800-400-1098**
Daytime Telephone number

**brad@pathtojustice.com**
E-mail address: (to be used for future annual report notification)

**NOTE:** Please provide the original and one copy of the articles.

# ARTICLES OF INCORPORATION
In compliance with Chapter 617, F.S., (Not for Profit)

**ARTICLE I    NAME**
The name of the corporation shall be: Victims Refuse Silence, Inc.

**ARTICLE II    PRINCIPAL OFFICE**

Principal street address:
425 North Andrews Ave.
Suite 2
Fort Lauderdale, FL 33301

Mailing address, if different is:

**ARTICLE III    PURPOSE**
The purpose for which the corporation is organized is: Victims Refuse Silence, Inc. is organized exclusively for charitable and educational purposes including, for such purposes, the making of distributions to organizations that qualify as exempt organizations under section 501(c)(3) of the Internal Revenue Code, or the corresponding section of any future federal tax code. The corporation is organized to provide assistance to victims of sexual abuse as well as victims of human trafficking. Upon the dissolution of Victims Refuse Silence, Inc., assets shall be distributed for one or more exempt purpose within the meaning of section 501(c)(3) of the Internal Revenue Code, or corresponding section of any future federal tax code, or shall be distributed to the federal government, or to a state or local government, for a public purpose.

**ARTICLE IV    MANNER OF ELECTION**   The manner in which the directors are elected and appointed: The manner in which the directors are elected or appointed is provided in the bylaws of the Corporation.

**ARTICLE V    INITIAL OFFICERS AND/OR DIRECTORS**

Name and Title: Virginia Roberts, Director
Address: 425 North Andrews Ave.
Suite 2
Fort Lauderdale, FL 33301

Name and Title: Bradley J. Edwards, Director
Address: 425 North Andrews Ave.
Suite 2
Fort Lauderdale, FL 33301

Name and Title: Brittany N. Henderson, Director
Address: 425 North Andrews Ave.
Suite 2
Fort Lauderdale, FL 33301

Name and Title:
Address:

Name and Title:
Address:

Name and Title:
Address:

FILED 14 DEC 23 PM 12:25

Name and Title: _____   Name and Title: _____

Address _____   Address: _____

_____   _____

_____   _____

Name and Title: _____   Name and Title: _____

Address _____   Address: _____

_____   _____

_____   _____

### *ARTICLE VI    REGISTERED AGENT*

The **name and Florida street address** (P.O. Box **NOT** acceptable) of the registered agent is:

Name:   Bradley J. Edwards

Address:   425 North Andrews Ave., Suite 2

Fort Lauderdale, FL 33301

### *ARTICLE VII    INCORPORATOR*

The **name and address** of the Incorporator is:

Name:   Brittany N. Henderson

Address:   425 North Andrews Ave., Suite 2

Fort Lauderdale, FL 33301

FILED 14 DEC 23 PM 12: 25

*Having been named as registered agent to accept service of process for the above stated corporation at the place designated in this certificate, I am familiar with and accept the appointment as registered agent and agree to act in this capacity*

[signature]                                                      12-17-14

Required Signature of Registered Agent                    Date

*I submit this document and affirm that the facts stated herein are true. I am aware that any false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.*

[signature: Brittany Henderson]                                   12|17|14

Required Signature of Incorporator                         Date