# REDACTED
# EXHIBIT E