UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

  - against -

GHISLAINE MAXWELL,

    Defendant.

------------------------------------------X

15 Civ. 7433 (RWS)

O R D E R

**Sweet, D.J.**

  Defendant's motion to compel, filed May 20, 2016, shall be heard at noon on Thursday June 2, 2016 in Courtroom 18C, United States Courthouse, 500 Pearl Street. All papers shall be served in accordance with Local Civil Rule 6.1.


    It is so ordered.


**New York, NY**
**May 23, 2016**

         ROBERT W. SWEET
          U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/23/16