

HADDON
MORGAN
FOREMAN



May 20, 2016

**Via Facsimile (212) 805-7925**

Hon. Robert W. Sweet
United States District Judge
United States District Court
Daniel Patrick Moynihan Courthouse
Southern District of New York
500 Pearl Street, Room 1940
New York, New York 10007-1312



Re:  *Giuffre v. Maxwell,* 15-cv-07433-RWS

Dear Judge Sweet:

This is a letter motion to file Ms. Maxwell's exhibits E and J to the Declaration in support of Motion to Compel Non-Privileged Documents accompanying exhibits under seal pursuant to this Court's Protective Order (DE 62).

The Protective Order states:

Whenever a party seeks to file any document or material containing CONFIDENTIAL INFORMATION with the Court in this matter, it shall be accompanied by a Motion to Seal pursuant to Section 6.2 of the Electronic Case Filing Rules & Instructions for the Southern District of New York.

*See* Protective Order (DE 62) signed on March 17, 2016, at p.4. The deposition has been designated as Confidential. Accordingly, information contained in the exhibits E and J to the Declaration in support of Defendant's Motion to Compel Documents is confidential also.

Ms. Maxwell requests permission to file the Confidential information Under Seal.

*So ordered*
*Sweet*
*USDJ*
*5-23-16*

Sincerely,

HADDON, MORGAN AND FOREMAN, P.C.

Case 1:15-cv-07433-LAP   Document 158   Filed 05/23/16   Page 2 of 2

Hon. Robert W. Sweet
May 20, 2016
Page 2

/s/ Laura A. Menninger
Laura A. Menninger

## CERTIFICATE OF SERVICE

I certify that on May 20, 2016, I electronically served this *LETTER MOTION* via ELECTRONIC MAIL on the following:

Sigrid S. McCawley
Meridith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Paul G. Cassell
S.J. Quinney College of Law, University of Utah
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

/s/ Nicole Simmons
Nicole Simmons