# EXHIBIT 5

# Sigrid McCawley

| | |
|---|---|
| **From:** | Sigrid McCawley |
| **Sent:** | Thursday, March 31, 2016 12:02 PM |
| **To:** | breinhart@mcdonaldhopkins.com |
| **Cc:** | Sigrid McCawley |
| **Subject:** | Deposition |
| **Attachments:** | 2016-03-18 [DE 62] Protective Order.pdf |

Hello Bruce,

Per our conversation I am attaching the Protective Order that was entered in the Giuffre v. Maxwell matter. As we discussed, we would like to subpoena your client Sarah Kellen (Vickers) for deposition in the matter. Please confirm that you are able to accept service on her behalf.

Opposing counsel has some availability to be in Florida the week of May 16th for other depositions we are scheduling in Florida. We would like to try to schedule Sarah's deposition at my office in Fort Lauderdale, Florida on Wednesday May 18th. Kindly confirm her availability.

Thank you,
Sigrid

Sigrid S. McCawley
Partner
**BOIES, SCHILLER & FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Phone: 954-356-0011 ext. 4223
Fax: 954-356-0022
http://www.bsfllp.com

1