# EXHIBIT 7

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-CV-80893-CIV-MARRA/JOHNSON

JANE DOE,

                Plaintiff,

vs.

JEFFREY EPSTEIN, et al.,

                Defendants.
_____/

Related Cases:
08-80119, 08-80232, 08-80380, 08-80381,
08-80994, 08-80811, 08-80893, 09-80469,
09-8-591, 09-80656, 09-80802, 09-81092

VIDEOTAPED DEPOSITION OF NADIA MARCINKOVA
TAKEN ON BEHALF OF THE PLAINTIFF

DATE: April 13, 2010

U.S. Legal Support
(561) 835-0220

GIUFFRE001164

26

1  to his house to sexually molest; is that right?
2       MR. YAREMA: Object to the form.
3    A  Fifth.
4    Q  The first time she went to Jeffrey
5  Epstein's house was in 2002 when she was only 14
6  years old; is that true?
7       MR. YAREMA: Object to the form.
8    A  Fifth.
9    Q  In fact in 2002 you were only 18 years
10 old or so yourself; is that right?
11   A  Fifth.
12   Q  And E.W. is somebody you observed at
13 Jeffrey Epstein's house on more than 100
14 occasions between 2002 and 2005, a time period
15 between 14 and 17 years of age for her; is that
16 right?
17      MR. YAREMA: Object to the form.
18   A  Fifth.
19   Q  And each time E.W. was summoned to
20 Jeffrey Epstein's house, it was for the purposes
21 of Jeffrey Epstein sexually molesting her,
22 correct?
23      MR. YAREMA: Object to the form.
24   A  Fifth.
25   Q  If it was not Jeffrey Epstein personally

27

1  calling E.W., you observed Sarah Kellen to call
2  E.W. for the purposes of her coming over and
3  pleasing Jeffrey Epstein sexually, correct?
4       MR. YAREMA: Object to the form.
5    A  Fifth.
6    Q  And do you remember the instance where
7  Jeffrey Epstein instructed you to lay down naked
8  and engage in a threesome with E.W. and Jeffrey
9  Epstein?
10      MR. YAREMA: Object to the form.
11   A  Fifth.
12   Q  Do you remember that that during that
13 threesome, Jeffrey Epstein demanded E.W. to
14 straddle you and otherwise engage sexually with
15 you while Jeffrey Epstein was using vibrators
16 and/or dildos on you?
17      MR. YAREMA: Object to the form.
18   A  Fifth.
19   Q  In addition to your sexual interactions
20 with E.W., isn't it true that you have used
21 strap-on dildos and vibrators on other underage
22 minors at Jeffrey Epstein's direction?
23      MR. YAREMA: Object to the form.
24   A  Fifth.
25   Q  You have given oral sex to underage

28

1  minor females?
2       MR. YAREMA: Object to the form.
3    A  Fifth.
4    Q  You have received oral sex from underage
5  minor females?
6       MR. YAREMA: Object to the form.
7    A  Fifth.
8    Q  All of these sexual acts with minor
9  females involving you happened in the presence of
10 Jeffrey Epstein?
11      MR. YAREMA: Object to the form.
12   A  Fifth.
13   Q  During your interaction with underage
14 minor females in a sexual manner, isn't it true
15 that Jeffrey Epstein would participate in the
16 sexual acts and the act would be over upon
17 Jeffrey Epstein ejaculating, correct?
18      MR. YAREMA: Object to the form.
19   A  Fifth.
20   Q  Did Jeffrey Epstein tell you, that when
21 E.W. was an underage minor female, he forced her
22 to give him oral sex?
23      MR. YAREMA: Object to the form.
24   A  Fifth.
25   Q  Do you remember E.W. coming over, a

29

1  young girl, with braces on, and going up into
2  Jeffrey Epstein's bedroom on numerous occasions
3  to be sexually molested?
4       MR. YAREMA: Object to the form.
5    A  Fifth.
6    Q  Do you know when it was that Jeffrey
7  Epstein developed his plan or scheme to gain
8  access to hundreds of underage minor females for
9  the purposes of his sexual gratification?
10      MR. YAREMA: Object to the form.
11   A  Fifth.
12   Q  Were you a part of the planning of that
13 scheme of Jeffrey Epstein's to gain access to
14 underage minor females?
15      MR. YAREMA: Object to the form.
16   A  Fifth.
17   Q  Do you know Ghislaine Maxwell?
18   A  Fifth.
19   Q  Is that somebody who helped Jeffrey
20 Epstein to devise the scheme to allow him access
21 to various and a variety of underage minor
22 females?
23      MR. YAREMA: Object to the form.
24   A  Fifth.
25   Q  Is Sarah Kellen somebody that was also

8 (Pages 26 to 29)

**Page 30**

1  involved in the planning of this scheme to gain
2  access to underage minor females?
3      MR. YAREMA: Object to the form.
4      A  Fifth.
5      Q  When is the first time that you observed
6  Jeffrey Epstein's method of enticing or inducing
7  underage minor females into sexual acts with him
8  inside his bedroom?
9      MR. YAREMA: Object to the form.
10     A  Fifth.
11     Q  Isn't it true that after an underage
12 minor female was brought to Jeffrey Epstein's
13 house, typically Sarah Kellen, or Adriana or
14 yourself would lead that underage minor female to
15 Jeffrey Epstein's bedroom and leave them alone in
16 the room; is that true?
17     MR. YAREMA: Object to the form.
18     A  Fifth.
19     Q  Then Jeffrey Epstein would appear either
20 naked or wearing a towel; is that true?
21     MR. YAREMA: Object to the form.
22     A  Fifth.
23     Q  This is his habit or method of
24 operation, every single time, and that's
25 something that he has told you about his sexual

**Page 31**

1  interaction with underage minors; is that true?
2      MR. YAREMA: Object to the form.
3      A  Fifth.
4      Q  And he would direct or demand or
5  instruct the underage minor female to remove her
6  clothing; is that true?
7      MR. YAREMA: Object to the form.
8      A  Fifth.
9      Q  Then he would perform one or more lewd
10 or lascivious or sexual acts on the underage
11 minor female. Is that true?
12     MR. YAREMA: Object to the form.
13     A  Fifth.
14     Q  And you have observed Jeffrey Epstein
15 engage in sexual interaction with underage minor
16 females on hundreds and hundreds of occasions,
17 correct?
18     MR. YAREMA: Object to the form.
19     A  Fifth.
20     Q  And you have observed Jeffrey Epstein
21 using vibrators and sexual toys on underage
22 minors, true?
23     MR. YAREMA: Object to the form.
24     A  Fifth.
25     Q  In fact, he has also used vibrators and

**Page 32**

1  sex toys on you, correct?
2      A  Fifth.
3      Q  And he has instructed you to use sex
4  toys and vibrators on other underage minor
5  females, correct?
6      MR. YAREMA: Object to the form.
7      A  Fifth.
8      Q  You have observed Jeffrey Epstein
9  digitally penetrate the vagina of underage minor
10 females, including E.W., correct?
11     MR. YAREMA: Object to the form.
12     A  Fifth.
13     Q  As part of his plan to avoid detection
14 by law enforcement, you have observed Jeffrey
15 Epstein to pay these underage minor females to be
16 quiet, correct?
17     MR. YAREMA: Object to the form.
18     A  Fifth.
19     Q  And this is something that he has told
20 you he does, for the purposes of grooming these
21 underage minor females, and avoiding law
22 enforcement detection, correct?
23     MR. YAREMA: Object to the form.
24     A  Fifth.
25     Q  Jeffrey Epstein has talked to you about

**Page 33**

1  the psychology of brainwashing or grooming
2  underage minor females to perform for him
3  sexually, hasn't he?
4      MR. YAREMA: Object to the form.
5      A  Fifth.
6      Q  And Sarah Kellen has also spoken with
7  you about the methodology behind gaining access
8  to and grooming underage minor females for sex?
9      MR. YAREMA: Object to form.
10     A  Fifth.
11     Q  Isn't it true that Ghislaine Maxwell and
12 yourself and Sarah Kellen had access to a master
13 list of underage minor females names and phone
14 numbers so that they could be called?
15     MR. GOLDBERGER: Time out. Are you
16 talking to me, counsel?
17     MR. HOROWITZ: Nodding my head, back at
18 you. You were nodding at me.
19     MR. GOLDBERGER: I wasn't nodding at
20 you. I'm not talking to you, I'm not
21 communicating with you. I don't know what
22 you think we are doing here. You said "It
23 is true," and I have no idea what you are
24 talking about. Don't interrupt the
25 deposition, okay?

9 (Pages 30 to 33)

Page 34

1 MR. HOROWITZ: I think you interrupted.
2 MR. GOLDBERGER: I didn't do a thing --
3 MR. EDWARDS: I don't know what's
4 happened here. It has deteriorated here for
5 no reason whatsoever and has nothing to do
6 with me or the witness.
7 MR. GOLDBERGER: You're 100 percent
8 correct.
9 MR. EDWARDS: Can we go back to it.
10 MR. GOLDBERGER: Absolutely.
11 MR. EDWARDS: Perfect.
12 The silent fight disrupted me. I lost
13 where I am now.
14 MR. GOLDBERGER: Sorry.
15 MR. EDWARDS: Can you read it back.
16 THE COURT REPORTER: Certainly.
17 (The record was read.)
18 MR. EDWARDS: I'll rephrase the
19 question.
20 Q Isn't it true that yourself, Ghislaine
21 Maxwell and Sarah Kellen had access to a master
22 of list of underage minor females names and phone
23 numbers so they could be called for the purpose
24 of coming to Jeffrey Epstein's house to be
25 sexually molested?

Page 35

1 MR. YAREMA: Object to the form.
2 A Fifth.
3 Q How many underage minor females are on
4 that master list?
5 MR. YAREMA: Object to the form.
6 A Fifth.
7 Q Are there photographs of these underage
8 minor females on that master list?
9 MR. YAREMA: Object to the form.
10 A Fifth.
11 Q Is that master list saved on a computer
12 system, as has been testified to in the past?
13 MR. YAREMA: Object to the form.
14 A Fifth.
15 Q Has Jeffrey Epstein talked to you about
16 the success of his scheme to procure underage
17 minor females?
18 MR. YAREMA: Object to the form.
19 A Fifth.
20 Q By that, I mean, the method where he
21 molests an underage minor female, then offers
22 them additional money if they will bring him
23 other underage minor females to molest; are you
24 familiar with that system?
25 MR. YAREMA: Object to the form.

Page 36

1 A Fifth.
2 Q In addition to that system, isn't it
3 true that Jeffrey Epstein traffics underage minor
4 females through a modeling agency?
5 MR. YAREMA: Object to the form.
6 A Fifth.
7 Q Is a modeling agency that he is involved
8 in with Jean Luc Brunel; you know who that is
9 right?
10 MR. YAREMA: Object to the form.
11 A Fifth.
12 Q Are you familiar with MC-2 or MC-Squared
13 Modeling Agency?
14 A Fifth.
15 Q You know Jean Luc Brunel, right?
16 MR. YAREMA: Object to the form.
17 A Fifth.
18 Q Is Jean Luc Brunel somebody that you
19 have been made to perform on sexually?
20 MR. YAREMA: Object to the form.
21 A Fifth.
22 Q Jean Luc Brunel is somebody that you
23 know to also be a child molester, true?
24 MR. YAREMA: Object to the form.
25 A Fifth.

Page 37

1 Q This is somebody who for years the
2 public has known of Jean Luc Brunel as a child
3 molester, true?
4 MR. YAREMA: Object to the form.
5 A Fifth.
6 Q In fact, that is the only thing Jeffrey
7 Epstein and Jean Luc Brunel have in common, is
8 their obsession for underage minor females,
9 correct?
10 MR. YAREMA: Object to the form.
11 A Fifth.
12 Q And the modeling agency is but one other
13 mechanism used by Jeffrey Epstein to gain access
14 to underage minor females for sex, true?
15 MR. YAREMA: Object to the form.
16 A Fifth.
17 Q I read you the statute earlier on Lewd
18 and Lascivious Molestation, Chapter 800.04, and
19 that's something that you have witnessed Jeffrey
20 Epstein violate on hundreds of occasions,
21 correct?
22 MR. YAREMA: Object to the form.
23 A Fifth.
24 Q And something that you have witnessed
25 Jeffrey Epstein specifically violate, against

10 (Pages 34 to 37)

46

1   A   Fifth.
2   Q   That particular message indicates it is
3   from Nadia. You're the only "Nadia" in the
4   house; is that correct?
5       MR. YAREMA: Object to the form.
6   A   Fifth.
7   Q   This is a call from you indicating that
8   "Ashley cannot work today and Britney will be
9   here at 4:00 p.m.;" is that right?
10      MR. YAREMA: Object to the form?
11  A   Fifth.
12  Q   Who is Ashley?
13  A   Fifth.
14      MR. YAREMA: Object to the form.
15  Q   That's an underage minor female that was
16  scheduled to be molested at Jeffrey Epstein's
17  house?
18      MR. YAREMA: Object to the form.
19  A   Fifth.
20  Q   You scheduled that act of molestation;
21  is that right?
22      MR. YAREMA: Object to the form.
23  A   Fifth.
24  Q   And Britney will be at the house at 4:00
25  p.m. Britney is another underage minor female;

47

1   is that correct?
2       MR. YAREMA: Object to the form.
3   A   Fifth.
4   Q   That's somebody else that you were
5   scheduling to come to his house at 4:00 p.m. for
6   Jeffrey Epstein to engage in sexual acts with
7   her, while she was an underage minor, true?
8       MR. YAREMA: Object to the form.
9   A   Fifth.
10  Q   Do you know Les Wexner?
11  A   Fifth.
12  Q   That's somebody that you know owns and
13  operates the Victoria's Secret, the Limited?
14      MR. YAREMA: Object to the form.
15  A   Is that a question?
16  Q   Is that somebody that you know to own
17  Victoria's Secret or operate Victoria's Secret?
18  A   Fifth.
19  Q   Do you know if Jeffrey Epstein still
20  talks with Leslie Wexner?
21      MR. YAREMA: Object to the form.
22  A   Fifth.
23  Q   Do you know Jane Doe-102?
24  A   Fifth.
25  Q   Are you aware of Jeffrey Epstein and

48

1   Ghislaine Maxwell's sexual interaction with Jane
2   Doe-102 when she was a minor?
3       MR. YAREMA: Object to the form.
4   Q   This is one of many underage minor
5   females that was trafficked basically around the
6   globe to be sexually exploited and abused; is
7   that correct?
8       MR. YAREMA: Object to the form.
9   A   Fifth.
10  Q   Was that typical of Jeffrey Epstein and
11  Ghislaine Maxwell to sexually abuse minors on
12  Jeffrey Epstein's airplane?
13      MR. YAREMA: Object to the form.
14  A   Fifth.
15  Q   And also typical of Ghislaine Maxwell
16  and Jeffrey Epstein to prostitute or pimp out
17  underage minors to friends?
18      MR. YAREMA: Object to the form.
19  A   Fifth.
20  Q   By "friends," I am talking specifically
21  about people of royalty, politicians,
22  academicians, businessmen and other professional
23  or personal acquaintances?
24      MR. YAREMA: Object to the form.
25  A   Fifth.

49

1   Q   Were you with Jeffrey Epstein on his
2   birthday when one of his friends sent to him
3   12 -- sorry, three 12-year olds for the purposes
4   of Jeffrey Epstein sexually abusing them?
5       MR. YAREMA: Object to the form.
6   A   Fifth.
7   Q   How many occasions have you observed
8   Jeffrey Epstein to receive as gifts from friends,
9   underage minor females for the purposes of him
10  sexually abusing them?
11      MR. YAREMA: Object to the form.
12  A   Fifth.
13  Q   These three 12-year olds were from
14  France. Were they sent to him on his birthday by
15  Jean Luc Brunel or by somebody else?
16      MR. YAREMA: Object to form.
17  A   Fifth.
18  Q   Have you ever been made to engage in sex
19  with 12-year olds?
20      MR. YAREMA: Object to the form.
21  A   Fifth.
22  Q   Is it true that Jeffrey Epstein makes
23  you dress up as a 12-year old?
24      MR. YAREMA: Object to the form.
25  A   Fifth.

13 (Pages 46 to 49)

Page 58

1  Alan Dershowitz, meaning he continued to sexually
2  abuse minors despite Alan Dershowitz being a
3  guest in the house?
4      MR. YAREMA: Object to the form.
5  A  Fifth.
6  Q  Alan Dershowitz never engaged in any
7  sexual activity with these underage minors; isn't
8  that true?
9      MR. YAREMA: Object to the form.
10 A  Fifth.
11 Q  Have you been made to have sex with
12 Ghislaine Maxwell?
13     MR. YAREMA: Object to the form.
14 A  Fifth.
15 Q  Do you know Emmy Taylor?
16 A  Fifth.
17 Q  Similar to you being Jeffrey Epstein's
18 sex slave, is Emmy Taylor, or was Emmy Taylor
19 Ghislaine Maxwell's sex slave?
20     MR. YAREMA: Object to the form.
21 A  Fifth.
22 Q  Ghislaine Maxwell is somebody who you
23 know to be bi-sexual, true?
24     MR. YAREMA: Object to the form.
25 A  Fifth.

Page 59

1  Q  You know that Ghislaine Maxwell engaged
2  in sexual acts with underage minor females, true?
3      MR. YAREMA: Object to the form.
4  A  Fifth.
5  Q  This is yet another friend of Jeffrey
6  Epstein's that is into the act of molesting
7  underage minor females, right?
8      MR. YAREMA: Object to the form.
9  A  Fifth.
10 Q  Now, you are the next participant in
11 that activity, meaning you have been groomed to
12 enjoy and appreciate the acts of sex with
13 underage minors, true?
14     MR. YAREMA: Object to the form.
15 A  Fifth.
16 Q  Has Jeffrey Epstein instructed you to
17 lie to his Probation Officer in any way?
18     MR. YAREMA: Object to the form.
19 A  Fifth.
20 Q  Mr. Visoski testified that you took a
21 helicopter flight within the last year with
22 Jeffrey Epstein to Miami. Do you remember that
23 flight?
24     MR. YAREMA: Object to the form.
25 A  Fifth.

Page 60

1  Q  What was the purpose of that flight?
2      MR. YAREMA: Object to the form.
3  A  Fifth.
4  Q  Did you sign a confidentiality agreement
5  with Jeffrey Epstein?
6      MR. YAREMA: Object to the form.
7  A  Fifth.
8  Q  When is the last time that you observed
9  Jeffrey Epstein have sex with a minor?
10     MR. YAREMA: Object to the form.
11 A  Fifth.
12 Q  Since being on probation, has Jeffrey
13 Epstein been able to, or has he flown to his
14 island?
15     MR. YAREMA: Object to the form.
16 A  Fifth.
17 Q  To your knowledge, has Jeffrey Epstein
18 flown to New York while on probation or community
19 control?
20     MR. YAREMA: Object to the form.
21 A  Fifth.
22 Q  Isn't it true that he has flown both to
23 New York and to his island, and you have
24 accompanied him on those trips, since he was on
25 community control?

Page 61

1      MR. YAREMA: Object to the form.
2  A  Fifth.
3  Q  Isn't it also true that Jeffrey Epstein
4  has indicated to you that he will always engage
5  in sex acts with underage minor females?
6      MR. YAREMA: Object to the form.
7  A  Fifth.
8  Q  In fact, that's something that he has
9  told you, that he believes he is entitled to do;
10 isn't that right?
11     MR. YAREMA: Object to the form.
12 A  Fifth.
13 Q  Isn't it true that Jeffrey Epstein
14 believes and has told you that if he doesn't
15 physically force the underage minor female into
16 any act, then he is entitled to engage in sex
17 with any underage minor female despite the age?
18     MR. YAREMA: Object to the form.
19 A  Fifth.
20 Q  What is the youngest female you have
21 witnessed or observed Jeffrey Epstein to engage
22 in sex with?
23     MR. YAREMA: Object to the form.
24 A  Fifth.
25 Q  Do you have a bank account at Chase Bank

16 (Pages 58 to 61)

98

1  A  Fifth.
2  Q  Did you know that Jeffrey Epstein gave
3  A.D. a digital camera?
4     MR. YAREMA: Object to the form.
5  A  Fifth.
6     MS. EZELL: I don't have any other
7  questions. Thank you.
8     MR. GOLDBERGER: You still have your
9  microphone on. You must have something on
10 your mind, Brad.
11    REDIRECT EXAMINATION
12 BY MR. EDWARDS:
13 Q  Ms. Marcinkova, through the whole day
14 you've taken the Fifth on just about every single
15 question. Is there any reason why we should not
16 presume that the answer to these questions would
17 incriminate you?
18    MR. YAREMA: Object to the form.
19 A  The Fifth.
20 Q  The reason that you have taken the Fifth
21 is because the questions you have been asked
22 would have been answered in the affirmative and
23 you're afraid of prosecution for your
24 involvement, true?
25    MR. GOLDBERGER: Don't answer that

99

1  question. It interferes with the
2  attorney/client relationship that I have
3  with Ms. Marcinkova and any discussions she
4  and I may have had would come under that
5  privilege.
6     You can try and dance around that, but
7  I'm simply not going to allow her to answer
8  that question. If you want to bring it up
9  with the Judge, you can.
10    MR. EDWARDS: Thanks, Jack.
11    MR. GOLDBERGER: Okay.
12    THE VIDEOGRAPHER: Off the video record
13 at 1:41 p.m.
14    THE COURT REPORTER: You're ordering
15 this, Brad?
16    MR. EDWARDS: Yes. Copies?
17    MS. EZELL: Yes.
18    MR. YAREMA: Yes.
19    THE COURT REPORTER: And Adam wanted it;
20 is that right?
21    MR. EDWARDS: Yes.
22    (Time noted: 1:45 p.m.)

100

1  THE STATE OF FLORIDA)
2  COUNTY OF PALM BEACH)
3     I, TERRI BECKER, a Registered
4  Professional Reporter and Notary Public for the
5  State of Florida at Large, do hereby certify that
6  I reported the videotaped deposition of NADIA
7  MARCINKOVA, the WITNESS, called by the PLAINTIFF
8  in the above-entitled action; that the witness
9  was duly sworn by me; that the foregoing pages,
10 numbered from 1 to 104, inclusive, constitute a
11 true record of the deposition by said witness.
12    I further certify that I am not attorney
13 or counsel of any of the parties, nor a relative
14 or employee of any attorney or counsel connected
15 with the action, nor financially interested in
16 the action.
17    WITNESS MY HAND and official seal in the
18 City of West Palm Beach, County of Palm Beach,
19 State of Florida, this 19th day of April 2010.
20
21    TERRI BECKER, Registered
       Professional Reporter and
22     Notary Public, State of Florida
       at Large. My Commission expires
23     March 13, 2011.

101

THE STATE OF FLORIDA)
COUNTY OF PALM BEACH)

The foregoing certificate was
acknowledged before me this _____
day of _____ 2010.


_____
Notary Public, State of Florida.
My commission No.
Expires March 13, 2011.

26 (Pages 98 to 101)