# EXHIBIT 8

## Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-CIV-80119-MARRA/JOHNSON

JANE DOE NO. 2,
   Plaintiff,
-vs-      VOLUME I OF III
JEFFREY EPSTEIN,
   Defendant.
_____/

Related cases:
08-80232, 08-08380, 08-80381, 08-80994
08-80993, 08-80811, 08-80893, 09-80469
09-80591, 09-80656, 09-80802, 09-81092
_____/

VIDEOTAPED DEPOSITION OF
SARAH KELLEN

Wednesday, March 24, 2010
10:37 - 6:51 p.m.

250 Australian Avenue South
Suite 1500
West Palm Beach, Florida 33401

Reported By:
Cynthia Hopkins, RPR, FPR
Notary Public, State of Florida
Prose Court Reporting Services
Job No.: 1484

## Page 2

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA
CASE NO. 502008CA028058XXXXMB AD

E.W.,
   Plaintiff,
-vs-      VOLUME I OF III
JEFFREY EPSTEIN,
   Defendant.
_____/

VIDEOTAPED DEPOSITION OF
SARAH KELLEN

Wednesday, March 24, 2010
10:37 - 6:51 p.m.

250 Australian Avenue South
Suite 1500
West Palm Beach, Florida 33401

Reported By:
Cynthia Hopkins, RPR, FPR
Notary Public, State of Florida
Prose Court Reporting Services
Job No.: 1484

## Page 3

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA
CASE NO. 502008CA028051XXXXMB AB

L.M.,
   Plaintiff,
-vs-      VOLUME I OF III
JEFFREY EPSTEIN,
   Defendant.
_____/

VIDEOTAPED DEPOSITION OF
SARAH KELLEN

Wednesday, March 24, 2010
10:37 - 6:51 p.m.

250 Australian Avenue South
Suite 1500
West Palm Beach, Florida 33401

Reported By:
Cynthia Hopkins, RPR, FPR
Notary Public, State of Florida
Prose Court Reporting Services
Job No.: 1484

## Page 4

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL
CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA
CASE No.502008CA037319XXXXMB AB

B.B.
   Plaintiff,
-vs-      VOLUME I OF III
JEFFREY EPSTEIN
AND SARAH KELLEN,
   Defendants.
_____/

VIDEOTAPED DEPOSITION OF
SARAH KELLEN

Wednesday, March 24, 2010
10:37 - 6:51 p.m.

250 Australian Avenue South
Suite 1500
West Palm Beach, Florida 33401

Reported By:
Cynthia Hopkins, RPR, FPR
Notary Public, State of Florida
Prose Court Reporting Services
Job No.: 1484

Page 21

1  answer the question based on her Fifth
2  Amendment privilege.
3      THE WITNESS: On the instruction of my
4  lawyer, I must invoke my Fifth Amendment right.
5  BY MR. KUVIN:
6      Q. Who introduced you to Jeffrey Epstein the
7  first time that you met him?
8      MR. RHEINHART: Same instruction.
9      THE WITNESS: On the instruction of my
10 lawyer, I must invoke my Fifth Amendment right.
11 BY MR. KUVIN:
12     Q. Did Ghislaine Maxwell introduce you to
13 Jeffrey Epstein for the first time?
14     MR. RHEINHART: Same instruction.
15     THE WITNESS: On the instruction of my
16 lawyer, I must invoke my Fifth Amendment right.
17 BY MR. KUVIN:
18     Q. When was the first time you were in
19 Jeffrey Epstein's home located on El Brillo Way on
20 Palm Beach Island?
21     MR. RHEINHART: Object to the form of the
22 question as compound and assuming facts not
23 before the witness. And I instruct the witness
24 not to answer based on her Fifth Amendment
25 privilege.

Page 22

1      THE WITNESS: On the instruction of my
2  lawyer, I must invoke my Fifth Amendment right.
3  BY MR. KUVIN:
4      Q. Would you agree with me that
5  Jeffrey Epstein owns a home at 358 El Brillo Way,
6  Palm Beach Island, Florida?
7      MR. RHEINHART: Instruct the witness not
8  to answer based on her Fifth Amendment
9  privilege.
10     THE WITNESS: On instruction of my
11 counsel, I must invoke my Fifth Amendment
12 right.
13 BY MR. KUVIN:
14     Q. Would you agree with me that you've been
15 in that home numerous times?
16     MR. RHEINHART: Instruct the witness not
17 to answer the question based on her Fifth
18 Amendment privilege.
19     THE WITNESS: On instruction of my lawyer,
20 I must invoke my Fifth Amendment right.
21 BY MR. KUVIN:
22     Q. Would you agree with me that you have gone
23 on Jeffrey Epstein's plane numerous times?
24     MR. RHEINHART: Object to the form. It
25 assumes facts that are not present for the

Page 23

1  witness, and I will instruct the witness not to
2  answer based on her Fifth Amendment privilege.
3      THE WITNESS: On the instruction of my
4  lawyer, I must invoke my Fifth Amendment right.
5  BY MR. KUVIN:
6      Q. Would you agree with me that
7  Jeffrey Epstein owns numerous planes, private
8  planes?
9      MR. RHEINHART: Instruct the witness not
10 to answer.
11     THE WITNESS: On the instruction of my
12 lawyer, I must invoke my Fifth Amendment right.
13 BY MR. KUVIN:
14     Q. And you've been on every one of those
15 private planes; isn't that true?
16     MR. RHEINHART: Object to the form. It
17 assumes facts not before the witness, and I
18 will instruct the witness not to answer based
19 on her Fifth Amendment privilege.
20     THE WITNESS: On the instruction of my
21 lawyer, I must invoke my Fifth Amendment right.
22 BY MR. KUVIN:
23     Q. Ma'am, isn't it true that you've seen the
24 passenger manifest for Jeffrey Epstein's plane?
25     MR. RHEINHART: Object to the form. It

Page 24

1  assumes facts that are not established as known
2  to this witness, and I instruct the witness not
3  to answer the question based on her Fifth
4  Amendment privilege.
5      THE WITNESS: On the instruction of my
6  lawyer, I must invoke my Fifth Amendment right.
7      MR. KUVIN: Let me show you what we'll
8  mark as Exhibit 2.
9
10     (Plaintiff's Exhibit No. 2 was marked for
11 identification.)
12     MR. KUVIN: Thank you.
13     MR. RHEINHART: Do you want to zoom in on
14 it like you did the last time?
15     MR. KUVIN: No, that's fine.
16     MR. RHEINHART: Take your time.
17     MR. KUVIN: And flip through.
18 BY MR. KUVIN:
19     Q. All right. Ma'am, would you agree with me
20 that this is a passenger manifest for one of
21 Jeffrey Epstein's airplanes?
22     MR. RHEINHART: Instruct the witness not
23 to answer the question based on her Fifth
24 Amendment privilege.
25     THE WITNESS: On the instruction of my

### Page 37

1  THE VIDEOGRAPHER: We're now on video
2  record at 11:01 a.m.
3  MR. KUVIN: Just for the video record and
4  for the written record Katherine Ezell and Amy
5  Ederi have now appeared and are present in
6  person.
7  MR. GOLDBERGER: Just one more matter for
8  the record. Jack Goldberger, on behalf of
9  Jeffrey Epstein. Rather than impose a form
10  objection to every question, I think we have
11  reached an agreement that on behalf of
12  Mr. Epstein, I am adopting the form objections
13  that Mr. Rheinhart is making on behalf of his
14  client nunc pro tunc to the beginning of this
15  deposition.
16  MR. KUVIN: No objection.
17  MR. GOLDBERGER: Okay.
18  BY MR. KUVIN:
19  Q. All right. All right. Ms. Kellen, would
20  you agree with me that there was an agreement
21  between Jeffrey Epstein, Ghislaine Maxwell,
22  Jean-Luc Brunel, yourself and Nadia Marcinkova to
23  bring in girls from out of state that were underage?
24  MR. RHEINHART: Object to the form of the
25  question as leading, as compound, and instruct

### Page 38

1  the witness not to answer based on her Fifth
2  Amendment privilege.
3  THE WITNESS: On the instruction of my
4  lawyer I must invoke my Fifth Amendment right.
5  BY MR. KUVIN:
6  Q. Would you agree with me that there was an
7  agreement between Jeffrey Epstein,
8  Ghislaine Maxwell, Jean-Luc Brunel, yourself and
9  Nadia Marcinkova to bring in girls that were
10  underage from out of state for sexual contact?
11  MR. RHEINHART: Object to the form of the
12  question as leading and compound, and I
13  instruct the witness not to answer based on her
14  Fifth Amendment privilege.
15  THE WITNESS: On the instruction of my
16  lawyer I must invoke my Fifth Amendment
17  privilege.
18  BY MR. KUVIN:
19  Q. All right. Let me show you what we've
20  premarked as Plaintiff's Exhibit 3. Do you
21  recognize this as the passenger manifest for one of
22  Jeffrey Epstein's planes?
23  MR. RHEINHART: I object to the form of
24  the question. It assumes facts that this
25  witness, evidence that this witness has no

### Page 39

1  personal knowledge and instruct her not to
2  answer based on her Fifth Amendment privilege.
3  It's also compound.
4  THE WITNESS: On the instruction of my
5  lawyer I must invoke my Fifth Amendment
6  privilege.
7  BY MR. KUVIN:
8  Q. The witness says that you may not have
9  knowledge or we don't know whether you have
10  knowledge regarding this passenger manifest, so let
11  me ask you, do you have any knowledge about this
12  passenger manifest?
13  MR. RHEINHART: Object to the form of the
14  question as ambiguous as to this and what a
15  manifest is, and also her knowledge, and I will
16  instruct her not to answer based on her Fifth
17  Amendment privilege.
18  THE WITNESS: On the instruction of my
19  lawyer, I must invoke my Fifth Amendment
20  privilege.
21  BY MR. KUVIN:
22  Q. Based on the objection, do you know what a
23  manifest is?
24  MR. RHEINHART: Object to the form of the
25  question as ambiguous and instruct her not to

### Page 40

1  answer based on her Fifth Amendment privilege.
2  THE WITNESS: On the instruction of my
3  lawyer I must invoke my Fifth Amendment right.
4  BY MR. KUVIN:
5  Q. Have you heard the word "manifest" before?
6  MR. RHEINHART: I'll instruct the witness
7  not to answer based on her Fifth Amendment
8  privilege.
9  THE WITNESS: On the instruction of my
10  lawyer I must invoke my Fifth Amendment right.
11  BY MR. KUVIN:
12  Q. Would you agree with me, ma'am, that you
13  have seen this passenger manifest, listed as
14  Exhibit 3, in the past?
15  MR. RHEINHART: I'll instruct the witness
16  not to answer based on her Fifth Amendment
17  privilege.
18  THE WITNESS: On the instruction of my
19  lawyer I must invoke my Fifth Amendment right.
20  BY MR. KUVIN:
21  Q. Who is Zinta Broukis?
22  MR. RHEINHART: I'll instruct the witness
23  not to answer based on her Fifth Amendment
24  privilege.
25  THE WITNESS: On the instruction of my

Page 97

1    MR. RHEINHART: Same instruction.
2    THE WITNESS: On the instruction of my
3    lawyer, I must invoke my Fifth Amendment
4    privilege.
5    BY MR. KUVIN:
6    Q. Have you ever worked as a professional
7    model?
8    MR. RHEINHART: May I consult?
9    MR. KUVIN: Sure.
10   MR. RHEINHART: You can answer the
11   question.
12   THE WITNESS: Yes.
13   BY MR. KUVIN:
14   Q. When?
15   A. I don't remember. I don't remember the dates.
16   It was at least maybe ten years ago.
17   Q. And you're how old now?
18   MR. RHEINHART: I'll instruct the witness
19   not to answer the question. Nice try.
20       Instruct you not to answer based on
21   your Fifth Amendment privilege.
22   THE WITNESS: On the instruction of my
23   lawyer, I'm going to invoke my Fifth Amendment
24   privilege.
25   MR. KUVIN: I'm just trying to find out.

Page 98

1    MR. RHEINHART: Like I said, good try.
2    Move on.
3    BY MR. KUVIN:
4    Q. With respect to your work as a
5    professional model, what company did you work for?
6    MR. RHEINHART: Instruct the witness not
7    to answer based on the Fifth Amendment
8    privilege.
9    THE WITNESS: On the instruction of my
10   lawyer, I invoke my Fifth Amendment privilege.
11   BY MR. KUVIN:
12   Q. What is your understanding of
13   Mr. Epstein's involvement with the modeling
14   industry?
15   MR. RHEINHART: Standing objection, and
16   instruct the witness not to answer based on
17   Fifth Amendment, on that basis.
18   THE WITNESS: Upon the instruction of my
19   lawyer, I must invoke my Fifth Amendment
20   privilege.
21   BY MR. KUVIN:
22   Q. Were you ever promised anything regarding
23   your modeling career by Jean-Luc Brunel?
24   MR. RHEINHART: Instruct the witness not
25   to answer based on Fifth Amendment, also

Page 99

1    assumes facts that have not been established
2    and it's compound.
3    THE WITNESS: On the instruction of my
4    lawyer, I must invoke my Fifth Amendment
5    privilege.
6    MR. RHEINHART: And to clarify the
7    objection is that it assumes that she's ever
8    met or knows anything about Jean-Luc Brunel.
9    BY MR. KUVIN:
10   Q. Were you ever promised anything regarding
11   your modeling career by Jeffrey Epstein?
12   MR. RHEINHART: Same objection, instruct
13   the witness not to answer.
14   THE WITNESS: On the instruction of my
15   lawyer, I must invoke my Fifth Amendment
16   privilege.
17   BY MR. KUVIN:
18   Q. You would agree with me that there is a
19   financial arrangement between Jean-Luc Brunel and
20   Jeffrey Epstein, do you not?
21   MR. RHEINHART: Objection. It assumes she
22   has any knowledge of either Mr. Epstein or
23   Mr. Brunel, and as to that she is going to
24   invoke her Fifth Amendment privilege. The
25   question is compound and therefore ambiguous.

Page 100

1    THE WITNESS: On the instruction of my
2    lawyer, I must invoke my Fifth Amendment
3    privilege.
4    BY MR. KUVIN:
5    Q. Would you agree with me that
6    Ghislaine Maxwell provides underage girls to
7    Mr. Epstein for sex?
8    MR. RHEINHART: Objection to the form. It
9    assumes she knows anything at all about
10   Ghislaine Maxwell and asks her to assume that
11   she does, and therefore it is compound and
12   ambiguous, and I would instruct her not to
13   answer.
14   THE WITNESS: Upon the instruction of my
15   lawyer, I must invoke my Fifth Amendment
16   privilege.
17   MR. KUVIN: That's a good point. Take a
18   look at what we'll mark as Exhibit 10.
19   (Plaintiff's Exhibit No. 10 was marked for
20   identification.)
21   MR. KUVIN: All me to show it to the
22   camera first.
23   MR. RHEINHART: Okay.
24   MR. KUVIN: Okay.
25   THE WITNESS: Okay.

Page 445

```
 1   reasonably designed to lead to discoverable
 2   evidence.
 3   BY MS. EZELL:
 4       Q. Did you facilitate these acts as well as
 5   assisting Mr. Epstein in avoiding police detection?
 6           MR. REINHART: Same instruction.
 7   BY MS. EZELL:
 8       Q. Do you know when and by whom the computers
 9   were removed from the El Brillo mansion?
10           MR. REINHART: Objection to the form, lack of
11   foundation, and it also assumes knowledge of a
12   place known as the El Brillo mansion. So instruct
13   the witness not to answer the question based on the
14   Fifth Amendment.
15           THE WITNESS: At the instruction of my lawyer,
16   I must invoke my Fifth Amendment right.
17   BY MS. EZELL:
18       Q. Was Jane No. 103 invited to just come and hang
19   out at the El Brillo mansion?
20           MR. REINHART: Objection to the form, same as
21   the previous question. It assumes knowledge of a
22   place known as the El Brillo mansion and a person
23   by the name of Jane No. 103. It is compound and
24   lacking in foundation.
25           THE WITNESS: at the instruction of my lawyer,
```

Page 446

```
 1   I must invoke my Fifth Amendment right.
 2   BY MS. EZELL:
 3       Q. Have you called any girls under the age of 18
 4   in Palm Beach or West Palm Beach in the last six years?
 5           MR. REINHART: For any purpose?
 6           MS. EZELL: Yes.
 7           THE WITNESS: Can you repeat the question?
 8   BY MS. EZELL:
 9       Q. Have you called any girls under the age of 18
10   in Palm Beach or West Palm Beach in the last six years?
11           MR. REINHART: You can answer that yes or no,
12   if you know.
13           THE WITNESS: I don't think so.
14           MS. EZELL: I don't have any other questions.
15   Thank you.
16           THE VIDEOGRAPHER: All set?
17           MR. REINHART: Yes.
18           THE VIDEOGRAPHER: This concludes today's
19   videotape deposition of Sarah Kellen.
20           MR. REINHART: Hold on, I'm sorry, one last
21   thing. Since you're the last defense person or
22   plaintiff's lawyer standing, I guess you need to
23   advise her she has the right to read or waive on
24   the record.
25           MS. EZELL: You do have the right to read this
```

Page 447

```
 1   deposition or you may waive reading and allow the
 2   court reporter to simply type it up and distribute
 3   it to the lawyers who order it.
 4       Do you choose to read or waive?
 5           THE WITNESS: Waive.
 6           MS. EZELL: Thank you.
 7           MR. REINHART: Thank you.
 8           THE VIDEOGRAPHER: Okay, this concludes
 9   today's videotape deposition of Sarah Kellen. The
10   time is 18:51.
11           (Witness excused.)
12           (Deposition was concluded.)
```

Page 448

```
                CERTIFICATE
THE STATE OF FLORIDA
COUNTY OF PALM BEACH

    I, Rachel W. Bridge, Registered Professional
Reporter, Florida Professional Reporter and Notary
Public in and for the State of Florida at large, do
hereby certify that I was authorized to and did report
said deposition in stenotype; and that the foregoing
pages are a true and correct transcription of my
shorthand notes of said deposition.
    I further certify that said deposition was
taken at the time and place hereinabove set forth and
that the taking of said deposition was commenced and
completed as hereinabove set out.

    I further certify that I am not attorney or
counsel of any of the parties, nor am I a relative or
employee of any attorney or counsel of party connected
with the action, nor am I financially interested in the
action.

    The foregoing certification of this transcript
does not apply to any reproduction of the same by any
means unless under the direct control and/or direction
of the certifying reporter.
    Dated this 9th day of April, 20__

    Rachel W. Bridge, RMR, CRR, FPR
```

21 (Pages 445 to 448)

(561) 832-7500   PROSE COURT REPORTING AGENCY, INC.   (561) 832-7506
Electronically signed by Rachel Bridge (201-272-617-4627)   905d1499-0cd8-4599-a2a0-6d38827b68c6

GIUFFRE001786