United States District Court
Southern District of New York

Virginia L. Giuffre,

        Plaintiff,                 Case No.: 15-cv-07433-RWS

v.                                    **MOTION FOR ADMISSION PRO HAC VICE**

Ghislaine Maxwell,

        Defendant.
_____/

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Stan Pottinger, hereby move this Court for an Order for Admission to Practice Pro Hac Vice to appear as counsel for Plaintiff, Virginia L. Giuffre in the above-captioned action.

I am in good standing in the bar(s) of the state(s) of New York and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: May 24, 2016

                                                    Respectfully Submitted,

                                                    _____
                                                    Applicant Signature

                                                    Applicant's Name: J. Stanley Pottinger

                                                    Firm Name: N/A

                                                    Address: 49 Twin Lakes Road

                                                    City/State/Zip: South Salem, NY 10590-1012

                                                    Telephone/Fax: (914) 763-8333

                                                    E-Mail: StanPottinger@aol.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 25, 2016, I served the attached document Motion For Admission *Pro Hac Vice* of J. Stanley Pottinger via e-mail to the following counsel of record.

Laura A. Menninger, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com

Jeffrey S. Pagliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: jpagliuca@hmflaw.com

/s/ Abigail C. Tudor
Abigail C. Tudor