UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>            Plaintiff,<br><br>    v.<br><br>GHISLAINE MAXWELL,<br><br>            Defendant. | No. 15 Civ. 07443 (RWS)<br><br>**[PROPOSED] ORDER FOR ADMISSION** *PRO HAC VICE* |

The motion of J. Stanley Pottinger, for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar(s) and the state(s) of New York; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | J. Stanley Pottinger |
| Address: | 49 Twin Lakes Road |
| City/State/Zip: | South Salem, NY 10590-1012 |
| Telephone/Fax: | (914) 763-8333 |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff Virginia L. Giuffre in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____
                                                                United States/District/Magistrate Judge