# REDACTED
# EXHIBIT C