# REDACTED
# EXHIBIT H