# REDACTED
# EXHIBIT J