# REDACTED
# EXHIBIT K