# EXHIBIT L

1          IN THE CIRCUIT COURT OF THE SEVENTEENTH
               JUDICIAL CIRCUIT IN AND FOR
2                BROWARD COUNTY, FLORIDA

3           CASE NO.  CACE 15-000072

4

5  BRADLEY J. EDWARDS and PAUL G. CASSELL,

6
          Plaintiffs/Counterclaim Defendants,
7
          vs.
8

9  ALAN M. DERSHOWITZ,

10
          Defendant/Counterclaim Plaintiff.
11  _____/

12

13

14            VIDEOTAPED DEPOSITION OF

15              PAUL G. CASSELL

16       TAKEN ON BEHALF OF THE DEFENDANT

17        VOLUME I, PAGES 1 to 151

18

19

20         Friday, October 16, 2015

21          1:33 p.m. - 4:31 p.m.

22

23         110 Southeast 6th Street
           110 Tower - Suite 1850
        Fort Lauderdale, Florida  33301
24

25         Theresa Tomaselli, RMR

1    Q.   I would like to know why you alleged "and
2    other minors" given what you have said about your
3    knowledge of the factual basis, so to speak, for that
4    allegation.
5    A.   Okay.  There are going to be -- I'm going to
6    end up giving you nine reasons, each of which is
7    complicated, so I just want to -- if -- if -- I don't
8    want to be accused of -- of filibustering or anything.
9    I just want you to know that you have asked a broad
10   question that's going to require a broad and extended
11   answer.  It -- it --
12   Q.   Answer the question.
13   A.   Okay.  Then I'm going to refer to a -- I have
14   a -- well, actually, I don't.
15   Q.   Let me ask you this:  Before you refer to
16   something --
17   A.   Yeah.
18   Q.   -- please give me your best recollection of
19   what the basis was, the factual basis that you had in
20   mind.  If the court said to you -- let me put it this
21   way.  If you went to court and Judge Marra said,
22   Professor Cassell, what's your factual basis for this
23   allegation?  Tell me.  What would you say?
24   A.   Right.
25        MS. McCAWLEY:  Wait.  Outside the context of

1          anything that's been communicated to you.

2          MR. SCAROLA:  Excuse me.  You have asked two

3     different questions now, and I need to understand

4     which question you are asking.

5          The question that you posed before just now

6     was:  What was the reason for your including

7     those allegations in this pleading?

8          Now you have asked:  What is the factual

9     basis?  And that's going back to questions that

10     we have already covered, and we have, I think,

11     exhausted the ability to respond to that question

12     outside of privileged information.

13          Do you want to go back to the question about:

14     What was your reason for including those

15     allegations?

16          MR. SIMPSON:  I'll ask the question a

17     different way.

18          MR. SCAROLA:  Thank you.

19  BY MR. SIMPSON:

20     Q.   Mr. Cassell, I'm going to ask you:  If you're

21  in court and Judge Marra said to you, counsel, what is

22  the factual basis for your allegation that Professor

23  Dershowitz abused other minors, what would you say?  And

24  if you wouldn't say something because it was privileged,

25  then don't include it.  What would you tell the judge

```
 1    was your basis for this?
 2         A.   All right.  So the initial basis for it
 3    was --
 4              MR. SCAROLA:  First of all, let me object
 5          because Professor Cassell is not here as an
 6          expert witness and hypotheticals are
 7          inappropriate.  You're calling for speculation on
 8          his part.  I'm not going to instruct him not to
 9          answer, but it is an improper question.
10              MR. SIMPSON:  I disagree, but you can answer
11          the question.
12              THE WITNESS:  Right.  So the -- the factual
13          basis would -- we are setting aside
14          attorney/client communications, right?
15    BY MR. SIMPSON:
16         Q.   I'm asking:  What would you tell the judge?
17         A.   Right.  So that -- I -- I -- that's
18    speculative to -- I don't think I can give a fair answer
19    at this point because that would have involved going
20    back to my client and -- and carving out what kinds
21    of things we were going to present to Judge Marra in
22    light of the posture of the case at that point.
23              So it's a speculative question.  I would
24    have -- let me just -- without going into any
25    attorney/client privileged communications, I would have
```

```
 1    provided an ample factual basis for those allegations.
 2             MR. SIMPSON:  I move to strike as
 3         nonresponsive.
 4    BY MR. SIMPSON:
 5        Q.   Let me ask it this way:  We have talked
 6    about -- somewhat about the basis for this allegation
 7    about other minors.  Putting aside information as to
 8    which you're claiming privilege, tell me what you knew
 9    as of December 30th, 2014, that formed the factual basis
10    for your -- for that allegation about other minors.
11             MR. SCAROLA:  And I'll instruct you not to
12         answer that question for the same reason, that
13         when the same question was asked earlier, I
14         instructed you not to answer.
15             MR. SIMPSON:  I'm -- I'm -- maybe we are not
16         being clear, Jack.  I'm asking him to put
17         aside -- I mean, certainly, he -- he filed a
18         pleading.  You've asserted privilege as to
19         certain aspects.  I'm simply asking him, putting
20         aside whatever you're claiming privilege for,
21         right, so I'm not -- I'm not asking you right now
22         to tell me anything you're claiming as
23         privileged.
24    BY MR. SIMPSON:
25        Q.   Tell me whatever is not privileged that
```

1    supports that allegation.

2        A.   Okay.  The privileged information, obviously,

3    you're asking me not to reveal at this point.

4        Q.   I'm asking you -- I'm asking you to tell me

5    the nonprivileged information.  And I'm not agreeing

6    with your privilege assertion --

7        A.   Sure.

8        Q.   -- but for purposes of this question --

9        A.   For purposes of this question.

10       Q.   -- I'm accepting it.

11       A.   All right.

12       Q.   Putting aside what you claim is privileged, I

13   want to know everything that's the factual basis for

14   including the allegation about other minors.

15       A.   Okay.  Privileged information which I'm not

16   disclosing in any way would have interacted with a vast

17   body of other information.

18            The vast body of other information would have

19   started with an 89-page police report from the Palm

20   Beach Police Department that showed for about a

21   six-month period in 2005, there was sexual abuse of

22   minor girls going on on a daily basis, in -- whenever

23   Jeffrey Epstein was in his Palm Beach mansion.

24            And on some cases, it was going on not once,

25   not twice, but three times during the day.  That -- let

1   me just be clear.  I mean, I -- I referred to the
2   89-page police report.  I have offered to put it into
3   the record if -- if it would speed things up, but let's
4   just talk about some of the things that are in that
5   89-page police report.
6           This was a -- a very intensive investigation
7   that the Palm Beach Police Department put together.
8   They did, for example, what are called trash covers;
9   that is when trash came out of the -- of the mansion of
10  Epstein, the police would intercept the trash and then
11  they would go through the trash and look for
12  incriminating information.
13          And what they began to discover was memo
14  pads -- and I say "memo pads," let's be clear, pad after
15  pad after pad, or I guess I should say, sheet after
16  sheet after sheet that had the name of a girl, and then
17  there was a notation of something to the effect of a
18  massage.
19          And so the Palm Beach Police Department began
20  tracking down, well, wait a minute, these -- these are
21  girls giving massages and they don't seem to have any
22  specialized training in massages; they don't seem to be
23  masseuses in any sense of the term; what's going on
24  here?
25          And so the Palm Beach Police Department

1  began, you know, I guess what we would call

2  knock-and-talks, knocking on doors to try to get to some

3  of these girls, and they would get to the girls, and

4  many of them initially were -- were afraid to explain

5  what had happened.

6          But as they -- as they continued talking to

7  them, the girls began to explain that what was happening

8  was, they were going over to Epstein's house under the

9  guise of giving a massage, and when they got there, the

10  massage was, in fact, sexual activity.

11         And for many of the girls, I think, as I say

12  around 23, 24, something along those lines, they were

13  underage.  They were under the age of consent in

14  Florida.

15         And so each and every one of those events was

16  a crime being perpetrated -- and let's be clear, not

17  just being perpetrated by Epstein, but by other people

18  who were involved there at the mansion.

19         And so what the -- the Palm Beach Police

20  Department was putting together was that this mansion in

21  Florida was the nest of sexual abuse of young girls here

22  in Florida that involved, literally, in the -- in this

23  period of time, more than a hundred events that they

24  were able to document of sexual abuse.

25         And when you put that together with the

GM_00402

1   pattern or practice that was being revealed there, there

2   were hundreds of acts of sexual abuse going on in the

3   mansion.

4          But then what becomes -- and this is where I

5   indicated that, you know, the answer would continue on.

6   The -- the problem was that the evidence was starting to

7   show that this was a much broader series of events.  For

8   example, there were flight logs showing that Mr. Epstein

9   was then flying with underaged girls, and those flight

10  logs, you know, as -- as the flight logs began to

11  develop, for example, we have seen, I know in the last

12  day or two here, one underage girl was Virginia Roberts

13  who is on the flight, you know, with Epstein, and with

14  Maxwell, and those sorts of things.

15         So you start to look at the flight logs and

16  you see what's going on is not just events that are

17  occurring in Florida, but it's occurring on a

18  multi-state basis, which now starts to make it a federal

19  crime.  For example, we are seeing evidence that --

20  let's just talk about Virginia Roberts since she's

21  central to this case.

22         We are seeing Virginia Roberts being flown

23  from Florida to New York where she's in the clutches of

24  Jeffrey Epstein who is sexually abusing her, you know,

25  many times a week.  And not just Jeffrey Epstein, but

GM_00403

1    other powerful persons.  For example, Ghislaine Maxwell

2    is there with him on all of these flights and apparently

3    being involved in the abuse.

4              Indeed -- and so you -- you have -- you

5    have that.  You also start to see on the flight logs,

6    what to my mind are some very sinister things,

7    suggesting that the pattern is not just confined to sort

8    of, you know, the girls that are there in Florida, but

9    it -- it is extending more broadly.

10             Like one of the -- to my mind, sinister and

11   scary things on the flight logs is, we see, you know,

12   Virginia Roberts, who we know has been sexually abused,

13   and we see Jeffrey Epstein, and then we see on the

14   flight logs one female.

15             That's kind of an odd notation for a flight

16   log because, you know, typically, I understand the

17   flight logs, the purpose is, well, if something happens

18   with the flight, or there's some question about who was

19   on it, you want to know who -- who the person was who

20   was on the flight.

21             So, to my mind, when I started to see on

22   these flight logs entries like one female, I viewed that

23   as a potential device for obscuring the fact that there

24   was interstate trafficking of underage girls for

25   purposes of sexual activity.  Serious federal offenses.

1           But then that evidence extended, you know,

2    more broadly than that.  The evidence also started to

3    show, again, if we talk just about flight logs, that

4    the -- that underage girls such as Virginia Roberts were

5    being flown internationally from, for example, Teterboro

6    in New York to -- to locations, just to pick one, you

7    know, for example, in London, where again sexual abuse

8    was occurring.

9           And so you started to put together this

10   pattern of criminality that was started in this -- you

11   know, I don't know what the right word is here.  I don't

12   want to -- I don't want to -- you know, you've heard

13   discussions of hyperbole and things like that, but we

14   have got this nest of -- of -- and I won't say snakes,

15   but we have this nest of criminals in Florida, but it --

16   it seems to be spreading to Epstein's mansion in New

17   York; it seems to be spreading to Ghislaine Maxwell's

18   flat in London, and -- and -- and it goes on.

19          So those are the kinds of things that would

20   have formed the -- the -- the basis, particularly when

21   you -- when you start to add in this fact:  What the

22   Palm -- going back now to Florida with the Palm Beach

23   Police Department.  What the Palm Beach Police

24   Department has -- had discovered was not a one-off kind

25   of event, you know, on one particular day, one

GM_00405

1    particular girl had been sexually abused.

2            What the Palm Beach Police Department had

3    discovered was brazen, notorious, repetitive activity

4    sometimes occurring as often as three times in a

5    particular day.  And so that led me to believe that the

6    sexual activity that was going on in Florida was such

7    that someone who was a regular house guest there would

8    have immediately come to the conclusion that, well,

9    look, gee, there are these underage girls coming in here

10   and they -- they seem to be -- you know, they don't seem

11   to be here to be doing, you know, business activities;

12   they -- they might be here doing other kinds of

13   activities.  So those would be the kinds of things that

14   would -- would have formed the factual basis.

15           There are other things as well, but I'm sure

16   you want to ask other questions in addition to that.  So

17   I'll stop there, but those -- that's -- I think gives

18   you a small flavor of the kind of evidence that, you

19   know, was form -- undergirding the allegations that were

20   being presented here.

21       Q.    It sounds like you quite passionately believe

22   that there was strong evidence that Mr. Epstein had

23   engaged in sexual misconduct; is that right?

24       A.    I think "strong" understates it.

25       Q.    In the course of that long answer, you didn't

1    mention Professor Dershowitz's name once.

2         A.   I said flight logs.  And let's talk about

3    flight logs.

4         Q.   Let me back up.  You didn't answer his

5    name -- mention his name once; is that -- is that your

6    recollection as well?

7         A.   That's correct.  We were talking about a

8    factual basis, and I'll be glad -- I told you that there

9    were other things if you want, factual basis for -- for

10   Mr. Dershowitz.  I'll be glad to add that in.  Let me --

11   let's -- let me -- let me -- I would like to supplement

12   my answer then if I could.

13        Q.   Do you want to look at a document?

14        A.   Yes.

15        Q.   Let me first -- have we exhausted your

16   recollection without documents of all the evidence that

17   you would refer to to support the allegation that

18   Professor Dershowitz abused other minors?

19        A.   No.

20             MR. SCAROLA:  And let me say that you have a

21          right to refer to whatever documents you choose

22          to refer to, to be sure that you give a complete

23          response to the question that has been asked, as

24          long as you understand that whatever you refer to

25          is going to be available to the other side, and

GM_00407

```
 1              we would be happy to make it available to you.
 2                   MR. SIMPSON:  And -- and I'll give you an
 3              opportunity to look at that --
 4                   THE WITNESS:  Sure --
 5       BY MR. SIMPSON:
 6            Q.   -- but I'm entitled to ask first about your
 7       recollection.
 8            A.   Okay.
 9            Q.   Based on your recollection --
10            A.   Right.
11            Q.   -- I want to know all the evidence --
12            A.   Right.
13            Q.   -- you were relying on here.
14            A.   So what -- what I'm going to do is, I'm going
15       to make a list here on my -- on my notepad of all the
16       things, and then I'm going to compare that with notes I
17       have here.  There may be a couple things that I don't
18       cover.
19            Q.   As long as your counsel is okay with that.
20            A.   Yeah.
21            Q.   You understand you'll have to give that to
22       me?
23            A.   Yeah.  I'll give you the notes --
24            Q.   All right.
25            A.   -- and then I will compare with what I've got
```

1    there.  So I mentioned the Palm Beach Police Department
2    report.
3              The next thing that I want to mention is the
4    Jane Doe 102 complaint.  In August of 2009, Bob
5    Josefsberg -- who is, from what I understood, a very
6    well-regarded lawyer here in Florida; in fact, a lawyer
7    that was selected by the United States Government to
8    represent a number of the -- of the girls that had been
9    sexually abused by Jeffrey Epstein.  He was -- he was
10   part of the procedure that was including the
11   nonprosecution agreement.
12             In August of 2009, he filed a complaint on
13   behalf of Virginia Roberts.  That complaint indicated
14   that Virginia Roberts had been sexually abused in
15   Florida, in New York, and in -- in other places, as I
16   recall.  The thing that -- that I particularly recall
17   was that Mr. Josefsberg had said, Virginia Roberts was
18   abused by -- and he gave some categories of people.
19             He mentioned, I think, business people.  He
20   mentioned royalty, and he mentioned academicians.  And
21   so to tie into your question, I knew that Professor
22   Dershowitz was an academician.  And so what I was seeing
23   now was, that according to a very, very respected
24   attorney here in Florida, he had found Virginia Roberts
25   to be credible, and had filed a lawsuit against

1  Mr. Epstein saying that she had been trafficked,

2  sexually trafficked, you know, not just abused by

3  Mr. Epstein, but now being forcibly sent to, you know,

4  other people to abuse.

5          And in the categories of people that were

6  sexually abusing her were academicians, and I knew that

7  Mr. Dershowitz fell within that category of -- of being

8  an academician.  The -- that complaint also indicated

9  that there might be flight logs that would show that

10 Virginia Roberts had been sexually abused in these

11 various locations.  And that started to indicate to me

12 that there might be what the law refers to as a common

13 scheme or plan.  And that, just as Virginia Roberts was

14 being trafficked to these powerful people in various

15 places, there might well be other girls.

16         And so I have mentioned a flight log, and let

17 you -- you wanted to talk about Mr. Dershowitz.  On --

18 on December 30th, 2009, I was aware that there was a

19 flight log showing Mr. Dershowitz flying with Tatiana,

20 who as far as I can tell was not a business person, was

21 not providing financial advice or something else.

22         I understood that Mr. Epstein was a

23 billionaire who was heavily involved in financial

24 issues.  I knew that Tatiana was on a plane with

25 Mr. Dershowitz, and then there was also, if I recall

 1   correctly, working from memory as -- as you were
 2   wondering about, there was a notation that
 3   Mr. Dershowitz was on a plane with one female.
 4         And so I was -- when I looked at that, I'm
 5   seeing Mr. Dershowitz on a -- on a flight with a woman
 6   who doesn't seem to be there for, frankly anything other
 7   than sexual purposes or something along those lines with
 8   Mr. Epstein, with Mr. Epstein, who is a sex trafficker,
 9   and with one female which seemed to me to be a potential
10   entry for disguising international sex trafficking.  So
11   that was of concern.
12         I then began to look at, well, I wonder, how
13   would I find out if Mr. Dershowitz had been abusing
14   other girls?  Let's see.  I knew that Virginia Roberts
15   had been forced to -- to -- to -- to do this sort of
16   thing.
17         MS. McCAWLEY:  You're okay as long as
18      you're -- if you're revealing something that's in
19      an affidavit --
20         THE WITNESS:  That's right.
21         MS. McCAWLEY:  -- that she submitted, you're
22      fine.
23         THE WITNESS:  Right.  So -- so what...
24      Let's see.  What did I want, at this point --
25

1    BY MR. SIMPSON:

2         Q.    Do you want the question back?

3         A.    No.  I'm just trying to remember what I was

4    thinking about with -- with regard to --

5              MR. SCAROLA:  Do you need the response read

6         back up to the point --

7              THE WITNESS:  Yeah, if you would do that,

8         yeah.  I just --

9              MR. SCAROLA:  -- about privilege arose.

10             THE WITNESS:  Yeah.  Let's just see what that

11        one --

12             MR. SCAROLA:  Just read the last couple of

13        sentences back, or the last two sentences.

14             THE WITNESS:  Oh, I'm sorry.  Now I remember

15        exactly what I was thinking.

16             How would we go find out whether Mr. Epstein

17        was lending women, or in this case, underage

18        girls, to Mr. Dershowitz for sexual purposes?

19        Well, the first thing I want to do was ask -- you

20        know, I'd -- I'd go ask Jeffrey Epstein.

21             And so what I discovered when I started to

22        look at the transcripts, there were a number of

23        transcripts where Mr. Epstein was asked about

24        Alan Dershowitz.  And rather than say, well, no,

25        he wasn't involved in any of these illegal

1       activities, Jeffrey Epstein took the Fifth as the
2       phrase, you know, to be more precise.  He
3       exercised his right against compelled
4       self-incrimination and refused to answer the
5       question, which since these were civil cases,
6       indicated to me, since he was being represented
7       by very experienced legal counsel, that there was
8       more than an insignificant risk of incriminating
9       himself if he answered that.
10          And so Jeffrey Epstein now had taken the
11      Fifth.  And one of the things that I was aware of
12      having been involved in, you know, civil
13      litigation and criminal litigation in other
14      cases, was that once somebody refuses to answer a
15      question like, you know:  Do you know
16      Mr. Dershowitz?  And they take the Fifth on that,
17      that you're then entitled to draw what's called
18      an adverse inference.  You can -- you can infer
19      that, well, if they answered that question, they
20      would have --
21          MR. SCAROLA:  Excuse me.
22          MS. McCAWLEY:  Yeah, I want to make an
23      objection here --
24          MR. SCAROLA:  Pardon me.  Could you please
25      try to control your client --

```
1          MS. McCAWLEY:  Yeah.
2          MR. SCAROLA:  -- who keeps jumping up and
3     down and distracting everybody in the room?
4          MS. McCAWLEY:  And there was also profanity
5     used earlier.  I mean, we just have to settle
6     down on this side, and take a deep breath, and
7     let him answer his questions.
8          MR. SIMPSON:  Look, I mean, the same thing
9     was happening on the other side.
10         MR. SCAROLA:  No, sir.
11         MS. McCAWLEY:  There was no profanity on this
12    side of the table.
13         MR. SCAROLA:  No, no, no.  There was never
14    anyone who jumped to their feet at any time
15    during the course of the last two days.  The only
16    person who keeps jumping up is Alan Dershowitz.
17    Have him pass you a note quietly, if you would,
18    please.
19         MR. SIMPSON:  I will disagree with your
20    characterization, but let me say the
21    argumentation --
22         MR. SCAROLA:  Excuse me.  Are you -- are you
23    making the representation --
24         MR. SIMPSON:  No, I'm not.
25         MR. SCAROLA:  -- that somebody on this side
```

1          of the room jumped up?
2                    MR. SIMPSON:  No, no, no, I'm not.
3                    MR. SCAROLA:  Okay.  Thank you.
4                    MR. SIMPSON:  I'm not.
5                    MR. SCAROLA:  And I appreciate that.
6                    MR. SIMPSON:  And I --
7                    MR. SCAROLA:  And you do acknowledge that
8          Mr. Dershowitz has repeatedly been jumping up in
9          the middle of testimony, correct?
10                   MR. SIMPSON:  That's -- he just got up and
11         came over to me.  That's the only time I'm aware
12         of, because I'm -- I'm looking at the witness,
13         but he did just do that, and I will pass notes.
14         We won't get up.
15                   MR. SCAROLA:  Okay.  Well, I will tell you --
16                   MR. SIMPSON:  I'm not going to take time from
17         this.
18                   MR. SCAROLA:  I will -- I will, for the
19         record, as an officer of the court, represent
20         that there have been multiple times during the
21         course of Professor Cassell's deposition when
22         Alan Dershowitz has jumped up in the middle of
23         the testimony and excitedly whispered in your
24         ear.
25                   You may not have realized it because you were

```
 1              focusing on the witness, but everybody on this
 2              side of the room has been distracted by his
 3              unprofessional conduct.
 4                   MR. SIMPSON:  I'm not going to argue with
 5              you.  And I --
 6                   MR. SCAROLA:  Thank you.
 7                   MR. SIMPSON:  -- I disagree with that
 8              characterization.  There is another attorney
 9              sitting between us.  We will pass notes.
10                   MR. SCAROLA:  Thank you.
11                   MR. SIMPSON:  And we -- and I believe,
12              Ms. McCawley, were you instructing not to answer
13              or what was happening?  What did you -- what were
14              you raising?
15                   MS. McCAWLEY:  No.  There was a lot of
16              yelling going on here, so I was trying to make
17              sure that everybody was quiet --
18                   MR. SIMPSON:  All right.
19                   MS. McCAWLEY:  -- so that the client could
20              answer.
21                   MR. SIMPSON:  All right.  Let me back up.
22         BY MR. SIMPSON:
23              Q.   Professor Cassell, I think you were in the
24         middle of an answer?
25              A.   I was.  Yes, if I could conclude --
```

GM_00416

1          MR. SIMPSON:  All right.  Could the court

2      reporter read me the last two lines of your

3      answer?

4          THE WITNESS:  Okay.

5          (Thereupon, a portion of the record was read

6   by the reporter.)

7   BY MR. SIMPSON:

8      Q.   Okay.  Can you pick up then?

9      A.   Sure.  I'll pick up -- pick up the --

10     Q.   Okay.

11     A.   So I was beginning to draw an adverse

12  inference when Jeffrey Epstein, who is at the heart of

13  the sexual abuse of, not only Virginia Roberts, but

14  dozens and dozens and dozens of -- of girls literally

15  scattered across the globe, takes the Fifth, refuses to

16  answer the question, off the top of my head, I can't

17  recall exactly, but something along lines of:  Do you

18  know Alan Dershowitz?  And he says, I take the Fifth.

19  That sort of, frankly, startled me, that -- that this

20  international sex trafficker was taking the Fifth now

21  when asked about Mr. Dershowitz.

22          And so I was stymied in trying to get

23  information from Mr. Epstein at that point.  I think

24  there were two depositions, if I recall correctly off

25  the top of my head, that -- that I had an opportunity to

GM_00417

1    review, in which he took the Fifth when asked questions

2    about Dershowitz.

3              So, at that point, in trying to figure out,

4    you know, whether Mr. Dershowitz was involved in

5    sexually abusing, not only Virginia Roberts, but in

6    other girls, then you go down to the next level, next

7    layer of the criminal conspiracy.

8              Epstein is at the top, so you go to the next

9    layer.  These are, you know, basically the -- the women

10   who, from what I could gather, were -- were older than

11   the age that Epstein wanted to sexually abuse.  I think

12   these were 22 and 23-year-old girls, so they had, you

13   know, essentially aged out of being his sexual abuse

14   victims, but they continued to -- what they would do is

15   collect girls for him under the age of 18, that I guess

16   was in his target range.

17             And so what -- so the next person I wanted to

18   talk to, you know, and get information from was Sarah

19   Kellen.  Sarah Kellen is on a lot of these flight logs

20   with, you know, these girls that -- or women and with

21   Epstein and others, and so I wanted to talk to Sarah

22   Kellen.

23             But what I discovered there was that, when

24   Sarah Kellen was asked about Alan Dershowitz, she took

25   the Fifth, and there was -- she wasn't the only one.

1   There was Miss Mucinska, who also took the Fifth when
2   asked questions about Alan Dershowitz.
3            And then there was Marcin -- Miss Marcinkova
4   who also took the Fifth.  So what we -- what I had at
5   this point was Jeffrey Epstein's international sex
6   trafficking organization.  I had the next echelon, and
7   both the top kingpin of the sex trafficking
8   organization, and the next echelon had taken the Fifth,
9   had refused to answer questions about Alan Dershowitz.
10           And so, at -- at that point, I was drawing an
11  adverse inference, not just from one person, but from
12  four persons, and that adverse inference was being
13  strengthened by the surrounding circumstances, some of
14  which we have already talked about.
15           One of the things that -- that really
16  bolstered the adverse inference that I was drawing in
17  this case was that I've mentioned those three girls,
18  Kellen, Mucinska, and Marcinkova.  They were all covered
19  by a nonprosecution agreement.  And the nonprosecution
20  agreement was highly unusual.
21           I -- I had been a federal prosecutor for
22  about four years, I had been a federal judge for about
23  five-and-a-half years, so I had seen a lot of -- of, you
24  know, nonprosecution types of arrangements.  And one of
25  the things that was very unusual in this one is, it has

1    what I'll refer to as the blank-check immunity

2    provision.

3              There was a provision in the nonprosecution

4    agreement that said, this agreement will prevent federal

5    prosecution for international and interstate sex

6    trafficking, not only of Jeffrey Epstein, and not only

7    of the four women who were identified, but -- and this

8    is a direct quote:  Any other potential co-conspirator,

9    close quote.

10             And so that was unusual because what it --

11   what it seemed to be doing was that somehow this

12   agreement was quite out of the normal and had been

13   designed to extend immunity to other people that might

14   have been associated with Epstein.

15             And I knew that that category included the

16   people that were involved in negotiating this highly

17   unusual provision included Mr. Dershowitz, who had been

18   heavily involved, not only in the drafting of the

19   agreement, but had also been involved remarkably in

20   attacking the credibility of these girls and saying

21   things like, you know, it was -- Epstein wasn't

22   targeting minor girls, which just struck -- you know, I

23   was -- I don't want to use a technical term,

24   gob-smacked, that a defense attorney with an obligation

25   to tell the truth was making a factual representation

1   that Jeffrey Epstein was not targeting minor girls, when
2   the Palm Beach Police Department had collected, you
3   know, 23 of them that had all given essentially
4   interlocking stories about how they had all gone over to
5   this house, you know, the mansion, to give a massage and
6   when they had gotten there, they had been sexually
7   abused.
8          So the kingpin wouldn't talk.  The next
9   echelon of the trafficking organization wouldn't talk.
10  So the next step was to say, okay, let's see if we can
11  find somebody, you know, lower level in there, you know,
12  a household employee or something like that; maybe they
13  will have some information about, you know, what this
14  criminal organization is doing.
15         Now, let's -- let's understand, you know,
16  given the pervasiveness of the -- of the criminal
17  activity, I -- I wasn't convinced that they were going
18  to be able to get in there and start saying exactly what
19  was going on because they might well be exposing
20  themselves to criminal -- you know, criminal
21  culpability.
22         But I -- I was able to read a sworn
23  deposition from Juan Alessi, and Juan Alessi -- I
24  think -- I don't know.  Maybe just to speed things up
25  today, I won't go through all the things that are --

1    that are said there, but Alessi puts Mr. Dershowitz at

2    the nest of this international sex trafficking

3    organization.  Let's see.  I think he said four or five

4    times a year, two or three -- you know, two or three

5    days when he goes there.

6              And let's be clear, I know Mr. Dershowitz had

7    said at some points like, I'm an attorney, and that's my

8    client and so forth.  And Alessi said, no, but this was

9    not in a -- in a lawyer/client capacity; this is in a

10   friend capacity.

11             And so now we have Alessi putting him there

12   at the same time when young girls were there.  And one

13   of the -- the -- the things that I picked up, so is

14   Alessi -- you know, is he able to figure out who these

15   girls are?

16             A photograph of Virginia Roberts is shown to

17   Juan Alessi in the deposition, and he I.D.s the

18   photograph as, you know, V.R., so he -- he had, you

19   know, put two and two together.

20             So now I've got V.R. coming to the house at a

21   time when Mr. Dershowitz is also in the house, and

22   apparently spending, you know, two to three nights there

23   and doing this four or five times a year.

24             Now, Alessi wasn't the only one.  There was

25   Alfredo Rodriguez who was there in about 2004 to 2005,

GM_00422

1   after the time period of Virginia Roberts, but it's part
2   of the common scheme or plan that we've been discussing
3   here.
4           And so in 2005, Alfredo Rodriguez says, yeah,
5   again, Mr. Dershowitz is there at a time when these
6   massages are going on.  When you start to look at Alessi
7   and Rodriguez's statements in context where they're --
8   they're saying he's there at the same time the massages
9   are occurring, and with the West Palm Beach Police
10  Department reports showing that massages are of a sexual
11  nature, again, it started to put two and two together.
12          One of the things that was particularly
13  important about Rodriguez's situation was that Rodriguez
14  had an access to what's been called the little black
15  book, or I think he referred to it as the holy grail.
16  This was Jeffrey Epstein's, you know, telephone book
17  where he had telephone numbers in it.
18          And so Rodriguez had that and, you know, I
19  guess thought that this would be worth a lot of money
20  because it would -- you know, it would identify all of
21  the people that have been sexually abused by -- by
22  Jeffrey Epstein.  And so he tried to sell it.  The FBI
23  busted him for that.
24          And when the FBI busted him, now he's got
25  this book.  And so the book went to Alessi, and

1    according to a -- to a later FBI report, Alessi
2    identified information that was pertinent to the FBI's
3    investigation.
4           And so when I look at the little black book
5    that I have seen copies of, there are a handful of names
6    in that black book that have been circled, apparently by
7    Mr. Rodriguez, and one of the names that's -- that has
8    been circled is Alan Dershowitz.  And so that, to me,
9    was suggesting that Mr. Rodriguez had identified, you
10   know, Alan Dershowitz as somebody who had information
11   about this -- this international sex trafficking ring.
12          But just as a side note, but an important
13   note, when the -- the thing that was circled on the Alan
14   Dershowitz page was not a single phone number
15   indicating, you know, somebody had bumped -- you know,
16   Epstein had bumped into at one point.  I believe there
17   were 10 or 11 phone numbers that were associated with
18   Mr. Dershowitz that had all been circled and an e-mail
19   address as well.
20          So that started to corroborate my sense that
21   Mr. Dershowitz was, indeed, a very close friend of
22   Jeffrey Epstein.  Now, I had then continued to do --
23   there's been reference today to, you know, using Google
24   to do research and so forth.  So I Googled Jeffrey
25   Epstein and one of the things that pops up rather

1    rapidly is an article in Vanity Fair.

2         And what you see in that article is, you

3    know, discussion about Mr. Epstein, but when you're

4    trying to do a profile of someone, you try to figure out

5    who that person's closest friends are.

6         And so the Vanity Fair author had gone to

7    Alan Dershowitz, you know, our -- Mr. Dershowitz here,

8    and had asked him, hey, what do you know about Jeffrey

9    Epstein?

10        And, again, off the top of my head, you want

11   to know what I can remember right now.  What I can

12   remember right now is that in the Vanity Fair article,

13   the -- in the Vanity Fair article, Mr. Dershowitz said,

14   I've written 20-some odd books; there's only one person

15   outside my immediate family with whom I share drafts,

16   and that's Jeffrey Epstein.

17        So I took that as indicating a -- a very

18   close personal association that -- you know, among the

19   people that -- that obviously he's sharing this -- these

20   kinds of things that he wants evaluated before he shares

21   them with the broader world, there's his immediate

22   family and then there's -- there's Jeffrey Epstein.

23        There was also another similar quote in the

24   article that indicated that -- that Mr. Dershowitz said

25   that he wasn't interested in Epstein just because he had

GM_00425

1    a lot of money.  I mean, Epstein was identified as a

2    billionaire in this article, billionaire with -- with a

3    B, so the record is clear.

4            But he said, look, if Epstein lost all his

5    money -- I'm paraphrasing here -- I would be, you know,

6    happy to walk down, you know, the Coney Island Boardwalk

7    with him and discuss things with him, as -- you know,

8    even if he didn't have any money.

9            So now I'm seeing Dershowitz is a very close

10   personal friend of Jeffrey Epstein.  And then I started

11   to look at flight logs.  There were -- there were some

12   very interesting things that I noticed on the flight

13   logs.

14           One of the things I noticed was when I began

15   to, you know, get into this, that, you know, I was

16   wondering, well, what -- well, how do these flight logs

17   come into the possession of, you know, law enforcement

18   agencies?  And the answer turned out to be that they had

19   been provided by Epstein's defense attorney and -- and,

20   you know, coincidentally, I suppose, or in my mind,

21   suspiciously, they were not provided by just any defense

22   attorney on this rather large defense team.  They were

23   provided by one attorney according to Detective Recarey.

24   Detective Recarey testified under oath that the flight

25   logs were provided to him by Alan Dershowitz.

1     So one of the things that was -- was

2  interesting is, Dershowitz has had access to these

3  flight logs, and now I'm beginning to wonder, well, has

4  there been an opportunity to sanitize those flight logs

5  or remove any incriminating information?

6          And -- and one of the things that was

7  interesting about the flight logs that were produced --

8  I believe just so the record is clear, that was Exhibit

9  1 that -- if we could -- if I could refer -- I need to

10 refresh my recollection as to -- well, I don't -- you

11 may not want me to look at documents.

12         It was either Exhibit 1 or 2 this morning

13 during Dershowitz's deposition which was covering a time

14 period of January to, I believe, September 2005.  These

15 were flight logs that were produced by Mr. Dershowitz to

16 the Palm Beach Police Department.

17         And you wonder why did they stop in

18 September -- you know, why stop in September 2005?

19 What's the significance of that?  Well, later on,

20 additional flight logs were obtained, and sure enough,

21 who shows up on an October 2005 flight log with Jeffrey

22 Epstein?  Mr. Dershowitz.

23         So that led to a suspicion that

24 Mr. Dershowitz had provided to the Palm Beach Police

25 Department flight logs that, the time period of which

1    for the production had been carefully crafted to keep

2    him out of it; in other words, to not produce the

3    October 2005 version.

4           The other thing I -- I began to discover as I

5    started going through some flight logs, Dave Rogers, who

6    is one of I think about three pilots that -- that

7    Epstein regularly relied on to fly his -- you know, he

8    had very fancy -- to use the technical term -- jets.

9    There were about -- there were about three pilots there.

10          One of them had some flight logs and that --

11   that was Pilot Dave Rogers, if I'm recalling his name

12   correctly.  And so later on in the litigation, the sex

13   abuse litigation against Epstein, flight logs were

14   obtained from Dave Rogers, and it was possible to -- to

15   compare -- I'm sorry.  I don't mean to -- I want to make

16   sure I get -- you know, the question is:  How much can I

17   remember and I'm trying to make sure I get -- get it all

18   in.

19          And so the flight logs were produced from

20   Dave Rogers.  And so Dave Rogers produced some flight

21   logs, and some of the flights that he produced logs for

22   coincided with the logs that Mr. Dershowitz had provided

23   to the Palm Beach Police Department, and there were

24   inconsistencies.  And so that, again, aroused my

25   suspicion that maybe Mr. Dershowitz when he had --

GM_00428

```
 1            MR. SCOTT:  I just got a call from a lawyer
 2       on the screen.  His -- his phone is not working,
 3       Epstein's lawyer, Darren Indyke.
 4            MR. SIMPSON:  Why don't --
 5            MR. SCAROLA:  Do you want to take a break for
 6       a second?
 7            MR. SIMPSON:  Well, why don't -- well, why
 8       don't we let him finish his answer?
 9            MR. SCAROLA:  Let him finish the answer.
10            MR. SCOTT:  Yeah, let's do that.  You're
11       right.
12            MR. SCAROLA:  Although it may take a while.
13            THE WITNESS:  It -- it's, I mean, the
14       question --
15            MR. SCAROLA:  Yeah.  But let's --
16            MR. SCOTT:  I don't care.
17            MR. SCAROLA:  Okay.  Let's -- let's go ahead
18       and finish.
19            MR. SCOTT:  Let's go ahead and finish the
20       answer.  We heard this much.
21            MR. SCAROLA:  Good.  Thank you.
22            THE WITNESS:  Okay.  So there --
23            MR. SCOTT:  I don't want to break him on a
24       roll.
25            MR. SCAROLA:  Thanks.
```

1          THE WITNESS:  Right.  No, I mean, I want to

2     make -- I want to make clear that there was a lot

3     of information that I was relying on in filing

4     this pleading, and -- and, of course, the later

5     pleading.  So we are on the subject of flight

6     logs.

7          Flight logs showed that the flight logs

8     Mr. Dershowitz had produced to Detective Recarey

9     were incomplete and inaccurate.  And so that led

10    to concern on my part that Mr. Dershowitz had had

11    an opportunity to sanitize the flight logs,

12    had -- had -- had provided incomplete production,

13    you know, obviously, very important production

14    that the Palm Beach Police Department was looking

15    at.

16         Then we got some additional flight logs from

17    Dave Rogers.  And what those flight logs

18    showed -- first off, let's talk again about

19    the -- the production of those flight logs.

20         My recollection is that Dave Rogers's flight

21    logs were provided by Bruce Reinhart who was a

22    former Assistant U.S. Attorney who had been

23    inside the Southern District of Florida Office at

24    a time when the Epstein case was the subject of

25    regular discussion in that office.

```
1              And then he had gone to work for some kind of
2       a -- a law firm or private operation that was
3       located adjacent to Mr. Epstein's business.  And
4       so, now, Reinhart, who appeared to be being paid
5       by Mr. Epstein, and certainly was adjacent to
6       Mr. Epstein's business office, was producing
7       these flight logs.
8              So that, again, aroused suspicion that the
9       flight logs that were being produced would have
10      been sanitized or inaccurate.
11             But even -- I mean, you know, I think the
12      problem with -- you know, you can't sanitize
13      everything.  That would be too suspicious.  And
14      so what -- what was -- was -- what was evident on
15      these flight logs was, for example, approximately
16      ten flights by Mr. Dershowitz with Tatiana has --
17      has been discussed; with Maxwell; with Jeffrey
18      Epstein.  One of them had one female, which,
19      again, in the context that I was looking at,
20      seemed to be a potential code word for
21      underage -- underage girl.
22             And so those flight logs showed, you know,
23      again, close association and travel with --
24      with -- with -- with Mr. Dershowitz, and
25      Mr. Epstein.
```

ESQUIRE DEPOSITION SOLUTIONS
(954) 331-4400

```
1          Another thing that I had, and I will not
2     reveal any privileged communications here or any
3     confidential information, but on December 30th, I
4     was aware that one of the preeminent lawyers in
5     the United States, David Boies, had agreed to
6     represent Virginia Roberts.  And given the vast
7     amount of business that -- that, you know, tries
8     to get in the door --
9          MR. SIMPSON:  Could I interrupt?  I mean, I
10    think we are going towards a waiver here.
11         MS. McCAWLEY:  Yeah.  No, no, no, I do not --
12         MR. SIMPSON:  We can't have testimony
13    about --
14         MS. McCAWLEY:  Yeah.
15         MR. SIMPSON:  -- this is one of the most
16    respected people in the country, or lawyers in
17    the country, and then you won't answer the
18    questions --
19         THE WITNESS:  Okay.
20         MR. SIMPSON:  -- you said not to answer.
21         MS. McCAWLEY:  Oh.  Well, describing David
22    Boies in general --
23         MR. SIMPSON:  I agree with the description.
24         MS. McCAWLEY:  -- doesn't constitute a
25    waiver.
```

1        MR. SIMPSON:  He's a distinguished lawyer.

2        MR. SCAROLA:  And I don't think we are

3    getting beyond anything that is a matter of

4    public record.

5        MR. SIMPSON:  I just -- I --

6        MS. McCAWLEY:  But I appreciate you --

7        MR. SIMPSON:  Be aware of waiver.

8        MS. McCAWLEY: -- letting me know that.

9        THE WITNESS:  All right.  I will be -- I will

10    not waive anything, and if I start to do that, I

11    would certainly request the opportunity to -- to

12    retract what I'm doing, but I was aware -- since

13    the issue is, well, what's in the public record,

14    I was aware that, you know, probably the most

15    significant United States Supreme Court case

16    argued in the last 20 years was Bush versus Gore,

17    which was a case that essentially determined who

18    was going to be President of the most powerful

19    country in the world.

20        There were two attorneys who argued that case

21    in front of the United States Supreme Court, and

22    arguing for the Democratic Presidential

23    Candidate, Al Gore, was David Boies.

24        He had put his credibility on the line in

25    arguing the Bush versus Gore case, and without

1    going into any confidential communications or
2    trying to waive in any way, I knew that David
3    Boies had agreed to represent Virginia Roberts,
4    which gave me additional confidence in the fact
5    that I was also representing this young woman in
6    her effort to bring sex traffickers to justice,
7    and those who had sexually abused her to justice.
8         And so those are things that come to mind
9    immediately as -- let me just take a second and
10   see if there were other things regarding
11   Dershowitz that -- that come immediately --
12   immediately to mind.
13        Oh, one of the things was in the Jane Doe 102
14   complaint, which alleged academicians that had --
15   that had abused -- sexually abused Jane Doe 3,
16   there -- there were -- so that raises a question,
17   obviously, of who were the academicians that Bob
18   Josefsberg had identified?
19        I can't recall, actually.  Let me -- the
20   record should be clear, I can't recall
21   immediately whether it was singular or plural.
22   It may have been plural, but if it's singular, I
23   don't want to suggest that there were other
24   academicians, but at least one academician had
25   sexually abused Jane Doe 3, according to the

GM_00434

1    complaint that had been filed by Bob Josefsberg.

2        There were two things that were of interest

3    to that:  One was that Mr. Epstein, the man that

4    I wasn't able to get information from because he

5    was invoking the Fifth, had refused or declined

6    to file an answer to that complaint.

7        Rather than deny the allegations, he had,

8    ultimately, it's my understanding -- I don't have

9    inside information and I'm not trying to waive

10   any information, but my understanding is that

11   rather than answer the complaint, he settled the

12   case through the payment of some kind of

13   compensation that Jane Doe 102 found desirable

14   for dropping her claim.

15       The other thing that I found interesting is

16   that Josefsberg's partner, I believe it is,

17   Miss Ezell, had been to some of the depositions

18   of, for example, I believe Juan Alessi and

19   Alfredo Rodriguez.  And I believe at least one of

20   those, and perhaps both of those.  And she had

21   asked questions about Alan Dershowitz in those

22   depositions, but had not asked questions about

23   other academics in those depositions.

24       So that led me to conclude that Bob

25   Josefsberg and his outstanding law firm had

1            identified Alan Dershowitz as someone who had

2            information relevant -- and let's be clear, that

3            this is not a lawsuit about some contract dispute

4            or something -- that he was someone who had

5            information relevant to the sexual abuse of

6            underage girls and, indeed, they were asking

7            questions about what information -- what

8            information he might have.

9                Another -- I know, I remember now, there's a

10           whole other line of things that -- that I had in

11           mind at the time, and I think since you want to

12           test my memory -- I'm not -- let me be clear.

13           I'm not claiming I have a superb memory.  I have

14           an average memory, but this is a subject that's

15           very important to me, and so I've worked, you

16           know, very hard to get all the information.

17                I would like to take a break.

18                MR. SCAROLA:  Sure.  Take a break.

19                THE VIDEOGRAPHER:  We are going off the video

20           record, 3:27 p.m.

21                (Thereupon, a recess was taken.)

22                THE VIDEOGRAPHER:  We are back on the video

23           record, 3:41 p.m.

24                THE WITNESS:  I want to continue my answer.

25           I'm sorry.  I got emotional there for a moment.

1          I want to do a good job for Virginia Roberts

2          on -- on representing all the -- the evidence

3          that is available to support her.

4               The next thing that I was thinking of was,

5          all right, then the question is:  Well, what does

6          Mr. Dershowitz have to say about all this?  So I

7          started to look at the information on that as

8          well.

9               In 2009, there had been a deposition request

10         sent to Mr. Dershowitz, and I -- I saw a document

11         showing that that had actually been served on --

12         on him, and, you know, to the extent that what I

13         saw was a -- I think a receipt from the process

14         server, or something along those lines, so I saw

15         attempt to contact him in -- in 2009.

16              And then I saw an additional attempt to

17         contact him in 2011.  Mr. Scarola had sent him a

18         note and there was, you know, some back and

19         forth.  The -- the one note that -- that jumped

20         out to me was one in which Mr. Scarola had

21         written to Mr. Dershowitz, I think the phrase

22         was:  Multiple witnesses have placed you in the

23         presence of Jeffrey Epstein and underage girls; I

24         would like to depose you about those subjects.

25              And the answer that came back was not, well,

1        let me clear all of that misunderstanding up.

2        You know, that's -- frankly, if I had gotten

3        something like that, that's what I would have

4        said.

5            The answer that came back was -- from

6        Mr. Dershowitz was something along the lines of,

7        if I remember correctly, well, tell me what

8        you -- you -- tell me what you want to know and

9        I'll decide whether to cooperate, was I think

10       the phrase that was used.  And -- and so there

11       was an attempt, you know, a 2009 attempt, a 2011

12       attempt to get information from Mr. Dershowitz.

13           Then there was another subpoena without

14       deposition for -- for documents.  You know, we

15       have heard a lot about records in this case that

16       could prove innocence.  There was a records

17       request to Mr. Dershowitz in 2013.  And, again,

18       my understanding was that there was no -- you

19       know, no documents were provided on that.

20           And so those -- I had that information.

21       Another bit of information that I had was that in

22       2011, I believe in early April -- this is not

23       attorney/client privileged information from

24       Virginia Roberts.  This is a telephone call that

25       she placed from Australia where she had been

1          essentially forced into hiding by Jeffrey
2          Epstein.  She managed to escape and was hiding
3          out in -- in Australia, and that she would --
4          that somehow, you know, Mr. Scarola and
5          Mr. Edwards were able to reach her and there was
6          a telephone call that was made.
7               And in that telephone call she identified
8          Alan Dershowitz as someone who would have
9          relevant information about Jeffrey Epstein and
10         the sexual abuse of underage girls.
11              And so I had that information as well.  So
12         that, as I understand, the question was:  What
13         could I recall off the top of my head with regard
14         to the factual basis for information connecting
15         Mr. Dershowitz with the sexual abuse of minor
16         girls, plural, and that, sitting here at this
17         moment, is the best that I can recall for the
18         information along those lines.
19    BY MR. SIMPSON:
20         Q.   Was that answer --
21              MR. SCAROLA:  Excuse me.  Before -- before
22         you go on to another subject, Professor Cassell
23         is entitled to refresh his recollection to give
24         you a complete response.  So why don't you go
25         ahead and do that now.  Make sure you've covered

```
 1          everything.
 2              MR. SIMPSON:  I'm -- I think I get to ask the
 3          questions, but I was going to ask the same
 4          question.
 5              MR. SCAROLA:  Wonderful.  We are on the same
 6          page.
 7   BY MR. SIMPSON:
 8        Q.   Mr. Cassell, you -- you mentioned that you
 9   had something that you had prepared --
10        A.   Yes.
11        Q.   -- that would summarize --
12        A.   Right.
13        Q.   -- your knowledge.
14        A.   Right.
15        Q.   And now that you have exhausted your
16   recollection, could you produce that and let's just mark
17   it --
18        A.   Yeah, sure.
19        Q.   -- as an exhibit?
20              MR. SIMPSON:  We are up to Exhibit 3, I
21          believe.  Cassell 3.
22              THE WITNESS:  Right.  Now, there -- there are
23          two parts to this --
24              MR. SIMPSON:  Can we mark it first and
25          then --
```

GM_00440

```
 1              THE WITNESS:  Yeah.  I just want the record
 2          to be clear, that I'm only looking -- there's --
 3          there's a pre-December 30th section and a
 4          post-December 30th section, so the top part is
 5          the -- is what I was working off of.
 6   BY MR. SIMPSON:
 7      Q.    Okay.
 8      A.    Now, underneath this is -- you know, if you
 9   have questions about what happened after December 30th.
10      Q.    So you're -- you're prepared to produce the
11   entire document, but you're clarifying?  I don't -- I
12   don't want to ask you -- if you're going to use it in
13   your testimony, then we will mark the whole thing.
14              MR. SCAROLA:  Mark the whole thing.  You can
15          use it.
16              MR. SIMPSON:  Mark the whole thing and I'll
17          ask you about it.
18              THE WITNESS:  That would be great.
19          Absolutely.
20              MR. SIMPSON:  All right.  I'm going to ask
21          the court reporter to mark as Cassell Exhibit 3,
22          a one-page document that the witness has just
23          handed to me.  It's mostly typed.  It has some
24          handwriting on it.
25              (Cassell I.D. Exhibit No. 3 - one-page
```

1    document produced by the witness was marked for
2    identification.)
3            THE WITNESS:  All right.  So let me -- if I
4        could look at this to see if it -- the top
5        portion of it to see if it refreshes my
6        recollection about --
7    BY MR. SIMPSON:
8        Q.   Could I just see it for one second?
9        A.   Sure.  Absolutely.
10       Q.   All right.  Yeah.  Let me just clarify one
11   point before you do that.
12       A.   Yes, sir.
13       Q.   In your answer, were you referring to the
14   evidence you could recall or the information you could
15   recall that supported your allegations as to both
16   Virginia Roberts and other minors, or were you treating
17   those separately?
18       A.   No, I was not treating those separately.  I
19   was -- for me, there's a common -- what -- what the law
20   refers to as a common scheme or plan in a --
21       Q.   Okay.
22       A.   -- a criminal conspiracy for international
23   trafficking that involved not just a single girl, but
24   multiple girls.  So the answer was -- was with respect
25   to -- to multiple girls.

1       Q.   Okay.  So I may have some questions to

2   distinguish further between those two --

3       A.   Yes.

4       Q.   -- but is it fair to say that -- and I

5   realize you're going to refresh your recollection, but

6   that you had exhausted your recollection of the basis

7   for the allegation in this Exhibit 2, the motion to join

8   as to both Miss Roberts and other minors?

9       A.   Yes.

10       Q.   Okay.  So then, now, take a look at that and

11   tell me if there's anything there that refreshes your

12   recollection as to something that you have not yet told

13   me about.

14       A.   So this refreshes my recollection.  Sarah

15   Kellen.  I think I referred to her as Miss Kellen.

16   Sarah Kellen was the first name.

17           Nadia Marcinkova, Nadia was the first name

18   there.  Adrianna Mucinska was the full name of those --

19   that's the second echelon of the -- of the -- of the

20   criminal conspiracy.

21           Oh, this refreshes my recollection that

22   Jeffrey Epstein had answered some questions in the civil

23   litigation.  He provided, for example, names of -- of

24   some people who were involved, but he took the Fifth

25   when asked -- he took -- he provided names of some

1    people who would have relevant information in the civil

2    cases, but when asked in deposition about

3    Mr. Dershowitz, he took the Fifth.

4              So I -- I found it significant that for some

5    people, he was willing to answer questions, but with

6    regard to Mr. Dershowitz, he took his -- he invoked his

7    Fifth Amendment right against compelled

8    self-incrimination presumably because revealing what he

9    knew about Mr. Dershowitz would, you know, cause

10   criminal -- criminal charges potentially to be filed

11   against him.

12             There was a common scheme or plan, and I'll

13   elaborate on that in a moment, but yeah, one of -- so

14   this was another point.  I mentioned that -- that there

15   had been three efforts to get information from

16   Mr. Dershowitz by way of a 2009 deposition request, a

17   2011 deposition request, and further follow-up

18   correspondence from counsel on that, and a 2013 document

19   request all propounded to Mr. Dershowitz that had not

20   gone answered.

21             Yeah, and this was -- yeah, I'm sorry, this

22   slipped my mind at the time -- but when -- when we saw

23   Mr. Dershowitz not responding to these answers, you

24   know, maybe the mail didn't get delivered to him or

25   something like that.  I don't -- I suppose that's, you

GM_00444

 1   know, a theoretical possibility.

 2          But -- but the reason I ruled out that

 3   possibility, first, it didn't seem likely; but secondly,

 4   there was a pattern of Mr. Epstein's associates evading

 5   efforts to get information from them.

 6          And so let me just go back to the earliest

 7   instance of that.  According to the Chief of Police in

 8   the Palm Beach -- of the Palm Beach Police Department,

 9   Mr. Dershowitz had said that he would make available

10   Mr. Epstein for questions about the -- the sex, you

11   know, abuse that was going on.  And, you know,

12   Mr. Dershowitz had said to the Palm Beach Police

13   Department, yeah, we will make him available; no, we got

14   to reschedule it; you know, and then another time,

15   reschedule, another time.  And so there were multiple --

16   according to the Chief of Police, there had been

17   multiple, you know, requests to interview Mr. Epstein

18   and Mr. Dershowitz had repeatedly said:  Oh, yeah, we

19   will schedule that, and then it hadn't happened.

20          Now, obviously, there could have been a

21   situation there where, you know, an emergency had come

22   up for Mr. Epstein and he wasn't able to make a schedule

23   or something like that.  But what I saw was a -- was a

24   pattern of offers to -- to meet and then withdrawals,

25   and that seemed to me to be a deliberately calculated

1   strategy to sort of stall the investigation to say:

2   Well, we will get you Epstein; oh, we can't meet now;

3   oh, we will get it now -- and then -- and so forth.

4           And one of the things that I noted from all

5   that was that Mr. Dershowitz, as Mr. Epstein's attorney,

6   never ultimately produced Epstein for a meeting with the

7   Palm Beach Police Department, having made another offer.

8           Now, obviously, something could have happened

9   there.  I mean, I don't -- you know, I don't know what

10  was the communications and so forth, but as an attorney

11  trying to get information and unable to do that, I had

12  to make some reasonable inferences.

13          And so one of the inferences I began to draw

14  was that this was a stall tactic by Mr. Dershowitz, and

15  in my view, potentially, an unethical one, but I

16  don't -- I don't think we need to get into that in this

17  litigation.

18          What I saw was a stall tactic going on,

19  and -- and the reason I think it was a stall tactic, as

20  we are sitting here now in, what is it, October of 2015,

21  and Mr. Epstein has never been willing to answer

22  questions about his sexual abuse of these girls.

23          And this was back in around -- what was it?

24  I guess it would be 2005, 2006, you know, roughly a

25  decade ago, Mr. Dershowitz was offering to make Epstein

GM_00446

1    available.  And then that never happened, and given the

2    ten-year pattern that -- that developed -- I guess I

3    should go back.  I'm sorry.  Let me correct my answer.

4         We should go back to December 30th, 2014.  So

5    there -- there appeared to be about an eight-year period

6    of time during which Mr. Epstein had refused to answer

7    any questions about his sexual abuse of girls and yet,

8    Mr. Dershowitz said, oh, it's just a scheduling issue

9    and -- and we will get the Palm Beach Police Department

10   to -- to, you know, to meet and -- and learn all this.

11        The other thing that I'm -- that I'm seeing

12   here, so now there's -- there's -- Mr. Dershowitz had

13   been involved in concealing Mr. Epstein from the Palm

14   Beach Police Department, but there were others that had

15   done similar sorts of things.

16        So one of them was a Ghislaine Maxwell.  I

17   will just call her Glenn Maxwell.  I think that's kind

18   of the nickname I understand she goes by.

19        So Glenn Maxwell -- remember, she is -- she

20   is the one, you know, I think the record is clear, in --

21   in -- in litigation that, you know, an allegation has

22   been made that she was the one that -- that brought

23   Virginia Roberts into the -- into the sex trafficking,

24   and was heavily involved with -- you know, on all the --

25   not all the flights, but on many of the flights with

GM_00447

1    Jeffrey Epstein where -- where this seemed to be going
2    on and was very close to Epstein, staying at the mansion
3    frequently.
4         And so she would, obviously, be -- I guess if
5    you have Epstein at the -- the top of the -- you know,
6    the kingpin of the operation, Maxwell would be, you
7    know, a close second or certainly at, you know, the
8    higher echelon.
9         So, obviously, someone who would have, you
10   know, very significant information about, you know, the
11   sex trafficking, who were the other people that the --
12   the girls were being trafficked to, what kind of abuse
13   was going on, you know, what kinds of sex toys were
14   being used to abuse them, because I think it was in her
15   room or -- or adjacent to her room that many of these --
16   these devices were located, and so she would have had
17   very significant information to provide.
18        And so in connection with the civil cases
19   that some of the girls had filed against Mr. Epstein,
20   her deposition was set, in fact, by my co-counsel,
21   Mr. Edwards, and then there was some haggling over a
22   confidentiality agreement, you know, what are we
23   gonna -- and that had all been worked out, and then she
24   was set for a deposition and finally agreed, you know,
25   to a deposition.

1          And just shortly, you know, I think a couple

2     of days before that deposition, she canceled.  And well,

3     she didn't cancel.  Her -- her attorney called to cancel

4     the deposition and represented that Miss Maxwell was

5     outside the United States of America and had no plans to

6     return back to the United States.

7          And so, at that point, the deposition was --

8     was not able to go forward.  But it turned out that she

9     had not left the United States for an extended period of

10    time.  She was spotted later at a wedding of a prominent

11    person in New York.

12         And so that was Maxwell fitting into this

13    pattern of, you know, Epstein was being told -- you

14    know, the Palm Beach Police Department being told by

15    Dershowitz that Epstein will answer your questions, and

16    then, you know, not -- not getting information, Maxwell

17    evading the deposition.

18         Jean Luc Brunel was another person who seemed

19    to be very much involved in -- in trafficking the girls,

20    and it was the same situation.  A deposition was set to

21    try to get answers, you know, who is involved, which

22    girls are involved, what are their names, what's --

23    what's going on?

24         And so Brunel's deposition is set and then

25    he -- he finagles out of it too.  I don't recall exactly

1    what his excuse was, but, you know, evaded the

2    deposition and, in fact, later information came to light

3    he was hiding out in, you know, in the mansion of

4    Epstein while he's claiming he's unavailable for -- for

5    deposition.

6            So -- so this pattern of Mr. Dershowitz, you

7    know, where there were three attempts to obtain

8    information from him, if that's all I had, I guess that

9    would have been one thing.  But what I had was a pattern

10   of people who were implicated in this sex trafficking

11   ring evading questions, you know, quite in violation of

12   court orders and depositions and things -- I shouldn't

13   say court order -- in violation of the deposition

14   notices that were being sent and agreements being made,

15   you know, through counsel.

16           And then in addition to that, I had this, so

17   why -- why would you think that, you know, there's this

18   sex trafficking, you know, ring going on?  It sounds

19   kind of farfetched.

20           Well -- well, one of the things that I had

21   available to me on December 30th was a photograph that

22   was widely available on the Internet, and that

23   photograph depicted three people.

24           It depicted Glenn Maxwell, Prince Andrew, and

25   Virginia Roberts, and the -- at the time that it looked

GM_00450

1    like Virginia Roberts was an underage girl.  She was not
2    dressed in formal attire.  And Prince Andrew had his arm
3    around her, I think if memory serves, and right next --
4    smiling in the background is Miss Maxwell, and it
5    appeared that that was a private residence, presumably
6    in London, close to Buckingham Palace where -- where
7    Prince Andrew lived.

8            And so here was Prince Andrew with this
9    underage girl with Glenn Maxwell, the -- the right-hand
10   girl, if that's the right expression -- I probably
11   should say -- strike that -- right-hand woman of --
12   of -- of Mr. Epstein -- that were there and somebody had
13   taken the photograph.

14           Given the surrounding circumstances, I
15   thought perhaps Mr. Epstein had taken the photograph.
16   So that would have shown Virginia Roberts's sexual abuse
17   was not confined just to Florida, not confined to the
18   New York mansion; it would have -- it would have
19   presumably continued into London where one of, you know,
20   the highest, most powerful persons in the governmental
21   structure that -- that exists in England was now
22   involved in -- in sexual abuse.

23           And so that created grave concern about, how
24   far did this sex trafficking ring reach; what were their
25   connections; what were their abilities to influence, you

1  know, law enforcement agencies in those countries, you

2  know, in England, or law enforcement agencies in this

3  country, through -- through power that, you know,

4  somebody at that level, fifth I think in line to the

5  British Throne, would have, you know, presumably access

6  to levers of power that other people might not -- might

7  not have.

8        And so that is the -- I believe is the -- the

9  information that I had available to me on December 30th

10 involving not just Virginia Roberts, but the entire sex

11 trafficking organization.

12      Q.   Okay.  And that -- just to clarify again, it

13 exhausts your refreshed recollection as to both the

14 information you were relying on as to the allegations

15 about Virginia Roberts, and as to the allegations about

16 other minors; is that right?

17      A.   Correct.

18      Q.   So I don't have to ask you separately about

19 Roberts?

20      A.   That's right.  No, and I gave you a heads-up,

21 that was going to be a long answer.

22      Q.   You made Mr. Dershowitz look like an amateur.

23           If I could --

24           MR. SCAROLA:  I'm sorry.  Like a what?

25           MR. SIMPSON:  Amateur, at the long answers.

1           IN THE CIRCUIT COURT OF THE SEVENTEENTH
              JUDICIAL CIRCUIT IN AND FOR
2                BROWARD COUNTY, FLORIDA

3              CASE NO.  CACE 15-000072

4

5   BRADLEY J. EDWARDS and PAUL G. CASSELL,

6
                 Plaintiffs/Counterclaim Defendants,
7
                 vs.
8

9   ALAN M. DERSHOWITZ,

10
                 Defendant/Counterclaim Plaintiff.
11   _____/

12

13

14             VIDEOTAPED DEPOSITION OF

15                PAUL G. CASSELL

16        TAKEN ON BEHALF OF THE DEFENDANT

17          VOLUME II, PAGES 152 to 335

18

19

20          Saturday, October 17, 2015

21           8:32 a.m. - 12:14 p.m.

22
            425 North Andrews Avenue
23                 Suite 2
         Fort Lauderdale, Florida  33301
24

25          Theresa Tomaselli, RMR

1              perfectly clear.
2    BY MR. SIMPSON:
3         Q.   My question, Mr. Cassell, is:  You reviewed
4    the flight logs, correct?
5         A.   Correct.
6         Q.   You reviewed them in some detail, correct?
7         A.   Correct.
8         Q.   Is there any entry on those flight lines --
9    logs that you read as putting Professor Dershowitz and
10   Miss Roberts on the same plane?
11        A.   No.
12        Q.   And so your testimony about questions about
13   the completeness and accuracy of those flight logs goes
14   to whether the logs are -- let me rephrase that.
15             The answer that you gave about your question
16   as -- your views as to the completeness of the flight
17   logs and whether they may have been changed in some
18   ways, goes to whether those logs are conclusive, not
19   whether they, in fact, support Professor Dershowitz's
20   testimony that he was not on a plane with Virginia
21   Roberts?
22             MR. SCAROLA:  I'm going to object to the form
23        of the question as vague and ambiguous.  I don't
24        understand it.
25             THE WITNESS:  And I won't give a long answer,

1           but I -- I think, as I previously indicated, you

2           can't just look at the face of these documents

3           without -- with -- you know, against the context

4           of an international sex trafficking ring that's

5           trying to cover up what it's doing.  You can't

6           just look and documents and assume that they are

7           100 percent accurate without that -- having that

8           context in mind.

9    BY MR. SIMPSON:

10        Q.   And so am I right, that on the face of the

11   flight logs, there's nothing showing Virginia Roberts

12   and Professor Dershowitz on the same plane?

13        A.   That's correct.

14        Q.   And -- go on.

15             And so do I understand correctly that your

16   position is that the flight logs may not be complete or

17   may have been changed, but you do not dispute, that on

18   their face, they support Professor Dershowitz's

19   testimony?

20             MR. SCAROLA:  Objection.

21             MS. McCAWLEY:  Objection.

22             MR. SCAROLA:  Compound.

23             THE WITNESS:  Could you just aggregate that?

24   BY MR. SIMPSON:

25        Q.   You follow the objections very well.