# EXHIBIT P

# U.S. District Court
## Southern District of Florida (West Palm Beach)
## CIVIL DOCKET FOR CASE #: 9:08-cv-80736-KAM

| | |
|---|---|
| Doe v. United States of America | Date Filed: 07/07/2008 |
| Assigned to: Judge Kenneth A. Marra | Jury Demand: None |
| Case in other court: USCA, 13-12923-C | Nature of Suit: 440 Civil Rights: Other |
| USCA, 13-12926-C | Jurisdiction: U.S. Government Defendant |
| USCA, 13-12928-C | |
| Cause: no cause specified | |

**Petitioner**

**Jane Doe**     represented by     **Bradley James Edwards**
Farmer Jaffe Weissing Edwards Fistos & Lehrman PL
425 N Andrews Avenue
Suite 2
Fort Lauderdale, FL 33301
954-524-2820
Fax: 954-524-2822
Email: brad@pathtojustice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay C. Howell**
Jay Howell & Associates PA
644 Cesery Boulevard
Suite 250
Jacksonville, FL 32211
Email: jay@jayhowell.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul G. Cassell**
Email: cassellp@law.utah.edu
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**United States of America**     represented by     **Ann Marie C. Villafana**
United States Attorney's Office
500 South Australian Ave
Suite 400

| | | |
|---|---|---|
| | | event. The document was re-docketed by the Clerk, see 296 . It is not necessary to refile this document. (asl) (Entered: 01/26/2015) |
| 01/26/2015 | 296 | RESPONSE to 286 Order Requesting Justification for Supplemental Protective Order by Jeffrey Epstein. See 295 for image (asl) (Entered: 01/26/2015) |
| 01/26/2015 | 295 | MOTION Limited Intervenor Jeffrey Epstein's Response to Order Requesting Justification for Supplemental Protective Order re 286 Order by Jeffrey Epstein. (Black, Roy) Modified to re-docket, see 296 on 1/26/2015 (asl). (Entered: 01/26/2015) |
| 01/22/2015 | 294 | RESPONSE to Motion re 282 MOTION to Intervene *on a Limited Basis* filed by United States of America. Replies due by 2/2/2015. (Lee, Dexter) (Entered: 01/22/2015) |
| 01/22/2015 | | SYSTEM ENTRY - Docket Entry 293 [misc] restricted/sealed until further notice. (tpl) (Entered: 01/22/2015) |
| 01/21/2015 | | SYSTEM ENTRY - Docket Entry 291 [respm] restricted/sealed until further notice. (ir) (Entered: 04/07/2015) |
| 01/21/2015 | 292 | MOTION to Seal (Attachments: # 1 Text of Proposed Order)(tpl) (Entered: 01/22/2015) |
| 01/20/2015 | 290 | RESPONSE in Opposition re 280 Motion to Adopt/Join *Jane Doe #3 and Jane Doe #4* filed by United States of America. Replies due by 1/30/2015. (Attachments: # 1 Exhibit A - September 3, 2008 Notification Letter to Jane Doe #3, # 2 Exhibit B - Civil Action filed on May 1, 2009 by Jane Doe #3, # 3 Exhibit C -Extract of Phone Interview of Jane Doe #3, April 7, 2011, by Jack Scarola, Esq. and Brad Edwards, Esq.)(Lee, Dexter) (Entered: 01/20/2015) |
| 01/20/2015 | 289 | ORDER granting 288 Motion to File a Single Consolidated Pleading in Response to Alan Dershowitz's Motion for Intervention 282 and related filings. Signed by Judge Kenneth A. Marra on 1/20/2015. (ir) (Entered: 01/20/2015) |
| 01/16/2015 | 288 | Unopposed MOTION Motion of Jane Doe Nos. 1, 2, 3 and 4's to File a Single Consolidated Pleading in Response to Alan Dershowitz's Motion for Interventions, Declaration in Support of Motion and Supplement to Motion for Intervention re 285 Supplement, 282 MOTION to Intervene *on a Limited Basis* by Jane Doe. (Attachments: # 1 Text of Proposed Order)(Edwards, Bradley) (Entered: 01/16/2015) |
| 01/16/2015 | 287 | NOTICE of Attorney Appearance by Gabriel Groisman on behalf of Alan M. Dershowitz. Attorney Gabriel Groisman added to party Alan M. Dershowitz(pty:intv). (Groisman, Gabriel) (Entered: 01/16/2015) |
| 01/14/2015 | 286 | ORDER REQUESTING JUSTIFICATION FOR INTERVENOR EPSTEIN'S 261 Unopposed MOTION for Protective Order *Supplemental Protective Order* filed by Jeffrey Epstein. Signed by Judge Kenneth A. Marra on 1/14/2015. (ir) (Entered: 01/14/2015) |
| 01/12/2015 | 285 | SUPPLEMENT to 282 MOTION to Intervene *on a Limited Basis* by Alan M. Dershowitz (Groisman, Gabriel) (Entered: 01/12/2015) |
| 01/06/2015 | 284 | NOTICE of Attorney Appearance by Steven Russell Safra on behalf of Alan M. |