

HADDON
MORGAN
FOREMAN



RECEIVED
Haddon, Morgan and Foreman, P.C.
MAY 27 2016 Laura A. Menninger
JUDGE SWEET CHAMBERS
150 East 10th Avenue
Denver, Colorado 80203
PH 303.831.7364 FX 303.832.2628
www.hmflaw.com
lmenninger@hmflaw.com

May 26, 2016

**Via Facsimile (212) 805-7925**

Hon. Robert W. Sweet
United States District Judge
United States District Court
Daniel Patrick Moynihan Courthouse
Southern District of New York
500 Pearl Street, Room 1940
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/16

Re: *Giuffre v. Maxwell*, 15-cv-07433-RWS

Dear Judge Sweet:

This is a letter motion to file Ms. Maxwell's exhibits C, H, J and K to the Declaration in support of Motion to Compel All Attorney-Client Communications and Attorney Work Product Placed At Issue by Plaintiff and Her Attorneys accompanying exhibits under seal pursuant to this Court's Protective Order (Doc. #62).

The Protective Order states:

> Whenever a party seeks to file any document or material containing CONFIDENTIAL INFORMATION with the Court in this matter, it shall be accompanied by a Motion to Seal pursuant to Section 6.2 of the Electronic Case Filing Rules & Instructions for the Southern District of New York.

*See* Protective Order (Doc. # 62) signed on March 17, 2016, at 4. Exhibit C contains a public pleading from which certain paragraphs were stricken by U.S. District Court Judge Marra in the S.D. Florida. The depositions in exhibits H and J have been designated as Confidential.

Ms. Maxwell requests permission to file the Confidential information Under Seal.

So ordered
Sincerely,
[signature] USDJ
5-27-16

Hon. Robert W. Sweet
May 26, 2016
Page 2

HADDON, MORGAN AND FOREMAN, P.C.

/s/ *Laura A. Menninger*
Laura A. Menninger

### CERTIFICATE OF SERVICE

I certify that on May 26, 2016, I electronically served this *LETTER MOTION* via ELECTRONIC MAIL on the following:

Sigrid S. McCawley
Meridith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

/s/ *Nicole Simmons*
Nicole Simmons