```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------X

VIRGINIA L. GIUFFRE,

        Plaintiff,    15 Civ. 7433 (RWS)

  - against -                              O R D E R

GHISLAINE MAXWELL,

        Defendant.
------------------------------------------X

**Sweet, D.J.**

    Defendant's motion to compel, filed May 26, 2016, shall be heard at noon on Thursday June 2, 2016 in Courtroom 18C, United States Courthouse, 500 Pearl Street.

    It is so ordered.

**New York, NY**
**May 27, 2016**

                                    ROBERT W. SWEET
                                        U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/27/16