**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

VIRGINIA L. GIUFFRE,

Plaintiff,

v.

GHISLAINE MAXWELL,

Defendant.

No. 15 Civ. 07433 (RWS)

**[PROPOSED] ORDER FOR ADMISSION**
***PRO HAC VICE***

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/16

The motion of J. Stanley Pottinger, for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar(s) and the state(s) of New York; and that his contact information is as follows:

Applicant's Name:    J. Stanley Pottinger

Address:    49 Twin Lakes Road

City/State/Zip:    South Salem, NY 10590-1012

Telephone/Fax:    (914) 763-8333

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff Virginia L. Giuffre in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:    5·26·16

_____
United States District/Magistrate Judge

**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

        Plaintiff,              Case No.: 15-cv-07433-RWS

v.                    **MOTION FOR ADMISSION PRO HAC VICE**

Ghislaine Maxwell,

        Defendant.

_____/

      Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and

Eastern Districts of New York, I, Stan Pottinger, hereby move this Court for an Order for

Admission to Practice Pro Hac Vice to appear as counsel for Plaintiff, Virginia L. Giuffre in the

above-captioned action.

      I am in good standing in the bar(s) of the state(s) of New York and there are no pending

disciplinary proceedings against me in any state or federal court.

      Dated: May 24, 2016

                          Respectfully Submitted,

                          Applicant Signature

                          Applicant's Name: J. Stanley Pottinger

                          Firm Name: N/A

                          Address: 49 Twin Lakes Road

                          City/State/Zip: South Salem, NY 10590-1012

                          Telephone/Fax: (914) 763-8333

                          E-Mail: StanPottinger@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 25, 2016, I served the attached document Motion For

Admission *Pro Hac Vice* of J. Stanley Pottinger via e-mail to the following counsel of record.

Laura A. Menninger, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com

Jeffrey S. Pagliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: jpagliuca@hmflaw.com

_____
Abigail C. Tudor