# BOIES, SCHILLER & FLEXNER LLP

401 EAST LAS OLAS BOULEVARD • SUITE 1200 • FORT LAUDERDALE, FL 33301-2211 • PH. 954.356.0011 • FAX 954.356.0022

Sigrid S. McCawley, Esq.
Email: smccawley@bsfllp.com

May 27, 2016

**Via CM/ECF**

Honorable Judge Robert W. Sweet
District Court Judge
United States District Court
500 Pearl Street
New York, NY 10007

      Re:    ***Giuffre v. Maxwell,***
            **Case no. 15-cv-07433-RWS – Regarding Protective Order**

Dear Judge Sweet:

      This is a letter motion to file Ms. Giuffre's Motion to Exceed Presumptive Ten Deposition Limit in Federal Rule Civil Procedure 30(A)(2)(a)(ii) and certain accompanying exhibits under seal pursuant to this Court's Protective Order (DE 62).

The Protective Order states:

> Whenever a party seeks to file any document or material containing CONFIDENTIAL INFORMATION with the Court in this matter, it shall be accompanied by a Motion to Seal pursuant to Section 6.2 of the Electronic Case Filing Rules & Instructions for the Southern District of New York.

*See* Protective Order (DE 62) signed on March 17, 2016, at p. 4. Defendant has designated Defendant's entire deposition testimony as confidential. Ms. Giuffre takes no position at this time on whether Defendant's designations are proper. Because of the Protective Order, however, Ms. Giuffre believes that she cannot presently produce or reference such documents in public court filings. Ms. Giuffre has designated a third-party witness deposition as confidential. As Ms. Giuffre's Motion contains material that the parties have designated as confidential, she seeks leave to file the Non-Redacted Motion and certain related exhibits under seal.

                                        Respectfully submitted,

                                        Sigrid S. McCawley, Esq.

cc:    Laura Menninger, via CM/ECF
        Jeffrey Pagliuca, via CM/ECF