# EXHIBIT 9

# Sigrid McCawley

| | |
|---|---|
| **From:** | Sigrid McCawley |
| **Sent:** | Thursday, May 05, 2016 7:01 PM |
| **To:** | Laura Menninger; Jeff Pagliuca; Brenda Rodriguez |
| **Cc:** | 'brad@pathtojustice.com'; 'Paul Cassell (cassellp@law.utah.edu)'; Meredith Schultz; Sigrid McCawley |
| **Subject:** | RE: Depositions |

Hello Laura,

As is becoming clear, both sides are going to need to be coordinating a number of depositions. We have done our best to make ourselves available on the dates you have noticed. It would be helpful since I will need to coordinate with other witnesses counsel if you and Jeff could provide a list of 20 date options from mid-May until the end of June when you are available and then I can try to pull together a proposed schedule depending on witnesses availability. For example, I sent Mr. Rizzo's subpoena date almost a month ago and I am only now understanding that you have a conflict. If I start by going to the witnesses and then back to you – you may already have a conflict with a given date so that is probably not the most efficient course. If you can provide me with a grouping of date options that is likely the smoothest way to coordinate.

As to the upcoming depositions that you scheduled, I believe we can cover all the dates with the exception of the depo on May 19th in Ocala Florida. I know this scheduling stuff can be difficult but if we work together I think we should be able to accommodate everyone's schedules.

Thank you,
Sigrid

Sigrid S. McCawley
Partner
**BOIES, SCHILLER & FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Phone: 954-356-0011 ext. 4223
Fax: 954-356-0022
http://www.bsfllp.com

**From:** Laura Menninger [mailto:lmenninger@hmflaw.com]
**Sent:** Wednesday, May 04, 2016 4:14 PM
**To:** Sigrid McCawley; Jeff Pagliuca; Brenda Rodriguez
**Cc:** 'brad@pathtojustice.com'; 'Paul Cassell (cassellp@law.utah.edu)'; Meredith Schultz
**Subject:** RE: Depositions

Sigrid –

Unfortunately, we are not available to be in Armonk next Friday for Mr. Rizzo's deposition. We will need to get a new date from you and his counsel. We did not realize that this was a firm date, as you mentioned it was tentative. Both Jeff and I scheduled other matters on that date in the interim. I apologize for any confusion.

1

I also notice that you intend to issue a number of other deposition subpoenas with deposition dates which will be difficult for us to attend given our other professional obligations and the necessary travel. I suggest that we have a conversation in which we firm up actual dates that are available for all counsel in June.

Thank you.
-Laura



**Laura A. Menninger**
**Haddon, Morgan and Foreman, P.C.**
**150 East 10th Avenue**
**Denver, Colorado 80203**
**Main 303.831.7364 FX 303.832.2628**
**lmenninger@hmflaw.com**
**www.hmflaw.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving it in any manner. Thank you.

**From:** Sigrid McCawley [mailto:Smccawley@BSFLLP.com]
**Sent:** Wednesday, May 04, 2016 6:23 AM
**To:** Laura Menninger; Jeff Pagliuca; Brenda Rodriguez
**Cc:** brad@pathtojustice.com; Paul Cassell (cassellp@law.utah.edu); Meredith Schultz; Sigrid McCawley
**Subject:** FW: Depositions

Laura – Last month, on April 11th, we served you with the subpoena for Mr. Rizzo for his deposition Friday May 13, 2016. See attached above and below. Brad informs me that you said yesterday after the deposition that you seemed unaware of the subpoena? You never raised any issue with the date we set below. Mr. Rizzo and his counsel are set to proceed on Friday May 13, 2016 at the BSF Armonk, New York office starting at 9:00 a.m. Armonk is located about 45 minutes outside of NY city and was requested by Mr. Rizzo as the location of the deposition.

Thanks,
Sigrid

Sigrid S. McCawley
Partner
**BOIES, SCHILLER & FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Phone: 954-356-0011 ext. 4223
Fax: 954-356-0022
http://www.bsfllp.com

**From:** Sigrid McCawley
**Sent:** Monday, April 11, 2016 4:34 PM
**To:** lmenninger@hmflaw.com
**Cc:** Jeff Pagliuca (jpagliuca@hmflaw.com)
**Subject:** Depositions

Hello Laura,

Per your request we re-scheduled Allyson Chambers and Johanna Sjorberg's deposition to accommodate your need to travel on Monday. Attached are the revised deposition notices.

We have also attached a deposition notice for Rinaldo Rizzo. We have tentatively set the date for May 13, 2016 as a placeholder and the witness' counsel informs he is available that day so kindly let me know if that works with your schedule.

Thank you,
Sigrid


Sigrid S. McCawley
Partner
**BOIES, SCHILLER & FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Phone: 954-356-0011 ext. 4223
Fax: 954-356-0022
http://www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

3