UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X

VIRGINIA L. GIUFFRE,

                Plaintiff,

  - against -

GHISLAINE MAXWELL,

                Defendant.
---------------------------------------X

15 Civ. 7433 (RWS)

O R D E R

**Sweet, D.J.**

    All pending motions scheduled to be heard at noon on Thursday June 2, 2016 in Courtroom 18C, United States Courthouse, 500 Pearl Street are advanced to 10:00 am.

        It is so ordered.

**New York, NY**
**May 27, 2016**

ROBERT W. SWEET
U.S.D.J.