# United States District Court
# Southern District of New York

Virginia L. Giuffre,

       Plaintiff,                  Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.

_____/

## NOTICE OF ACCEPTANCE OF SERVICE

      Plaintiff, Virginia Giuffre, hereby files this Notice to inform the Court that, since filing Ms. Giuffre's Motion for Leave to Serve Three Deposition Subpoenas by Means Other than Personal Service [DE 160] ("Motion for Alternative Service") on May 25, 2016, counsel for Jeffrey Epstein has agreed to accept service of Jeffrey Epstein's deposition subpoena on the express condition that the deposition take place in the United States Virgin Islands. Accordingly, Ms. Giuffre's Motion for Alternative Service now only seeks leave service by other means for two witnesses: Nadia Marcinkova and Sarah Kellen.

Dated: May 27, 2016.

                                          Respectfully Submitted,

                                          BOIES, SCHILLER & FLEXNER LLP

                            By:  <u>/s/ Sigrid McCawley</u>
                                  Sigrid McCawley (Pro Hac Vice)
                                  Meredith Schultz (Pro Hac Vice)
                                  Boies Schiller & Flexner LLP
                                  401 E. Las Olas Blvd., Suite 1200
                                  Ft. Lauderdale, FL 33301

(954) 356-0011

David Boies
Boies Schiller & Flexner LLP
333 Main Street
Armonk, NY 105

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 27th day of May, 2016, I served the attached document via Email to the following counsel of record.

Laura A. Menninger, Esq.
Jeffrey Pagliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com
       jpagliuca@hmflaw.com

/s/ Sigrid S. McCawley
Sigrid S. McCawley

2