**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

       Plaintiff,          Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.

_____/

**NON-REDACTED DECLARATION OF MEREDITH L. SCHULTZ IN SUPPORT OF PLAINTIFF VIRGINIA GIUFFRE'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL NON-PRIVILEGED DOCUMENTS**

      I, Meredith L. Schultz, declare that the below is true and correct to the best of my knowledge as follows:

      1.    I am an associate with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's March 28, 2016, Order granting my Application to Appear Pro Hac Vice.

      2.    I respectfully submit this Declaration in support of Plaintiff Virginia Giuffre's Response in Opposition to Defendant's Motion to Compel Non-Privileged Documents.



■■ ████████████████████████████████████████████████

6. Attached hereto as Exhibit 4, Affidavit of J. Stanley Pottinger.

■ ████████████████████████████████████████
████████

■ ██████████████████████████████████████
████████████████████████████████
██████

9. Attached hereto as Exhibit 7 is a true and correct copy of the Privilege Log Identities.

I declare under penalty of perjury that the foregoing is true and correct.

                                                     /s/ Meredith L. Schultz_____
                                                     Meredith L. Schultz, Esq.

Dated: May 4, 2016.

          Respectfully Submitted,

          BOIES, SCHILLER & FLEXNER LLP

By:  /s/ Sigrid McCawley
      Sigrid McCawley (Pro Hac Vice)
      Meredith Schultz (Pro Hac Vice)
      Boies, Schiller & Flexner LLP
      401 E. Las Olas Blvd., Suite 1200
      Ft. Lauderdale, FL 33301
      Tel: (954) 356-0011
      Email: smccawley@bsfllp.com

David Boies
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

Paul G. Cassell (Pro Hac Vice)
Ronald N. Boyce Presidential Professor of
Criminal Law
S.J. Quinney College of Law at the
University of Utah
383 S. University St.
Salt Lake City, UT 84112-0730
(801) 585-5202 (phone)
(801) 585-2750 (fax)
Email: cassellp@law.utah.edu

Bradley Edwards (Pro Hac Vice)
Farmer, Jaffe, Weissing, Edwards,
  Fistos & Lehrman, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
Tel: (954) 524-2820
Fax: (954) 524-2822
Email: brad@pathtojustice.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 4, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

Laura A. Menninger, Esq.
Jeffrey Paliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com

/s/ Sigrid S. McCawley
Sigrid S. McCawley, Esq.