# EXHIBIT 7

Identification Information from Privilege Log for Plaintiff's First Production

David Boies, Esq. - Boies Schiller & Flexner, LLP, counsel for Virginia Giuffre

Stan Pottinger, Esq. - counsel for Virginia Giuffre

Sigrid McCawley, Esq. - Boies Schiller & Flexner, LLP, counsel for Virginia Giuffre

Ellen Brockman, Esq. - Boies Schiller & Flexner, LLP, counsel for Virginia Giuffre

Stephen Zach, Esq. - Boies Schiller & Flexner, LLP, for Virginia Giuffre

Erika Perez - Boies Schiller & Flexner, LLP, legal assistant

Megan Hirsh - Boies Schiller & Flexner, LLP, legal intern

Brad Edwards, Esq. - Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L., counsel for Virginia Giuffre

Brittany Henderson, Esq. - Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L., counsel for Virginia Giuffre

Paul Cassell, Esq. - counsel for Virginia Giuffre

Bob Josefsberg, Esq. - Podhurst Orseck, PA, counsel for Virginia Giuffre

Katherine W. Ezell, Esq. - formerly, Podhurst Orseck, PA, counsel for Virginia Giuffre

Amy Ederi, Esq. - formerly, Podhurst Orseck, PA (not on website)

VRS - acronym for "Victims Refuse Silence"

Meg Garvin - attorney giving advice to VRS

Douglas Beloof - attorney giving advice to VRS

Rebecca Boylan - former board member of VRS