EXHIBIT 12

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT, IN
AND FOR BROWARD COUNTY, FLORIDA

CASE NO.: CACE 15-000072

BRADLEY J. EDWARDS and PAUL G.
CASSELL,

      Plaintiff,

vs.

ALAN M. DERSHOWITZ,

      Defendant,

_____/

## NOTICE OF WITHDRAWAL OF MOTION FOR
## PARTIAL SUMMARY JUDGMENT

Plaintiffs, Edwards and Cassell, by and through their undersigned counsel, and pursuant to the terms of the confidential settlement agreement and mutual release between the parties to this action, do hereby give notice of the withdrawal of the motion for partial summary judgment they filed in this lawsuit and all supporting documents.

In the event that the noticed withdrawal is determined to be subject to Court approval, the Plaintiffs would show in support of this notice that Edwards and Cassell continue to represent Virginia Giuffre in separate pending matters, and shall continue to advance her legitimate legal interests in those matters. As expressly understood by the parties upon the execution of the Confidential Settlement Agreement and Mutual Release, Ms. Giuffre reaffirms her allegations, and the withdrawal of the referenced filings is not intended to be, and should not be construed as being, an acknowledgement by Edwards and Cassell that the allegations made by Ms. Giuffre were mistaken. Edwards and Cassell do acknowledge that the public filing in the Crime Victims'

Edwards/Cassell vs. Dershowitz
Case No.:  CACE 15-000072
Notice of Withdrawal of Motion for Partial Summary Judgment
Page 2 of 3

Rights Act case of their client's allegations against Defendant Dershowitz became a major

distraction from the merits of the well-founded Crime Victims' Rights Act case by causing delay

and, as a consequence, turned out to have been a tactical mistake.  For that reason, Edwards and

Cassell have chosen to withdraw the referenced filing as a condition of settlement.

   I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via E-Serve

to all Counsel on the attached list, this ___8TH___ day of ___APRIL___, 2016.


JACK SCAROLA
Florida Bar No.: 169440
Attorney E-Mail(s):  jsx@searcylaw.com and
mep@searcylaw.com
Primary E-Mail: _scarolateam@searcylaw.com
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Phone: (561) 686-6300
Fax:    (561) 383-9451
Attorneys for Edwards and Cassell

Edwards/Cassell vs. Dershowitz
Case No.:  CACE 15-000072
Notice of Withdrawal of Motion for Partial Summary Judgment
Page 3 of 3

## COUNSEL LIST

Sigrid Stone McCawley, Esquire
smccawley@bsfllp.com;
sperkins@bsfllp.com; ftleserve@bsfllp.com
Boies Schiller & Flexner, LLP
401 E Las Olas Boulevard., Suite 1200
Fort Lauderdale, FL  33301
Phone: (954)-356-0011

Bruce S. Rogow, Esquire
Bruce S. Rogow, P.A.
100 NE 3rd Avenue, Suite 1000
Fort Lauderdale, FL  33301
Phone: (954)-767-8909
Fax: (954)-764-1530
Attorneys for Alan M. Dershowitz

Thomas Emerson Scott, Jr., Esquire
Thomas.scott@csklegal.com;
Steven.safra@csklegal.com;
Renee.nail@csklegal.com;
shelly.zambo@csklegal.com
Cole Scott & Kissane P.A.
9150 S Dadeland Boulevard, Suite 1400
Miami, FL  33156
Phone: (305)-350-5329
Fax: (305)-373-2294
Attorneys for Alan M. Dershowitz

Bradley J. Edwards, Esquire
staff.efile@pathtojustice.com;
brad@pathtojustice.com;
maria@pathtojustice.com
Farmer Jaffe Weissing Edwards Fistos &
Lehrman, P.L.
425 N Andrews Avenue, Suite 2
Fort Lauderdale, FL  33301
Phone: (954)-524-2820
Fax: (954)-524-2822

Kenneth A. Sweder, Esquire
ksweder@sweder-ross.com
Sweder & Ross, LLP
131 Oliver Street
Boston, MA  02110
Phone: (617)-646-4466
Fax: (617)-646-4470
Attorneys for Alan M. Dershowitz

Ashley Eiler, Esquire
AEiler@wileyrein.com
Mary E. Borja, Esquire
MBorja@wileyrein.com
Richard A. Simpson, Esquire
RSimpson@wileyrein.com
Wiley Rein, LLP
1776 K Street NW
Washington, DC  20006
Phone: (202)-719-4252
Fax: (202)-719-7049
Attorneys for Alan M Dershowitz