# BOIES, SCHILLER & FLEXNER LLP

401 EAST LAS OLAS BOULEVARD • SUITE 200 • FORT LAUDERDALE, FL 33301-2211 • PH. 954.356.0011 • FAX 954.356.0022

Sigrid S. McCawley, Esq.
Email: smccawley@bsfllp.com

June 1, 2016

**Via CM/ECF**

Honorable Judge Robert W. Sweet
District Court Judge
United States District Court
500 Pearl Street
New York, NY 10007

    Re:    *Giuffre v. Maxwell*,
           **Case no. 15-cv-07433-RWS – Regarding Protective Order**

Dear Judge Sweet:

    This is a letter motion to file Ms. Giuffre's Response in Opposition to Defendant's Motion to Compel Attorney-Client Communications and Attorney Work Product Materials and certain accompanying exhibits under seal pursuant to this Court's Protective Order (DE 62).

The Protective Order states:

> Whenever a party seeks to file any document or material containing CONFIDENTIAL INFORMATION with the Court in this matter, it shall be accompanied by a Motion to Seal pursuant to Section 6.2 of the Electronic Case Filing Rules & Instructions for the Southern District of New York.

*See* Protective Order (DE 62) signed on March 17, 2016, at p. 4. The parties have designated certain documents confidential pursuant to the Protective Order; accordingly, Ms. Giuffre seeks leave to file the Response and certain related exhibits under seal.

                                        Respectfully submitted,

                                        Sigrid S. McCawley, Esq.

cc:    Laura Menninger, via CM/ECF
       Jeffrey Pagliuca, via CM/ECF

*So Ordered*
*Sweet*
*6.3.16*