UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

VIRGINIA L. GIUFFRE,

         Plaintiff,

 - against -

GHISLAINE MAXWELL,

         Defendant.

------------------------------------------X

15 Civ. 7433 (RWS)

O R D E R

**Sweet, D.J.**

    Plaintiff's motion to exceed the ten deposition limit shall be returnable on submission on June 16, 2016.  All papers shall be served in accordance with Local Civil Rule 6.1.

    It is so ordered.

**New York, NY**
**June 6 , 2016**

                                  ROBERT W. SWEET
                                      U.S.D.J.