# REDACTED
# EXHIBIT A