# REDACTED
# EXHIBIT L