# REDACTED
# EXHIBIT M