UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.                                                                                    15-cv-07433-RWS

GHISLAINE MAXWELL,

    Defendant.

---------------------------------------------------X

# DECLARATION OF LAURA A. MENNINGER IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO COMPEL ALL ATTORNEY-CLIENT COMMUNICATIONS AND ATTORNEY WORK PRODUCT
## PLACED AT ISSUE BY PLAINTIFF AND HER ATTORNEYS

I, Laura A. Menninger, declare as follows:

1. I am an attorney at law duly licensed in the State of New York and admitted to practice in the United States District Court for the Southern District of New York. I am a member of the law firm Haddon, Morgan & Foreman, P.C., counsel of record for Defendant Ghislaine Maxwell in this action. I respectfully submit this declaration in support of Reply in Support of Motion To Compel All Attorney-Client Communications and Attorney Work Product Placed At Issue By Plaintiff And Her Attorneys.

2. Attached as Exhibit Q is a true and correct copy of portions of Defendant Ghislaine Maxwell's Responses and Objections to Plaintiff's Second Request for Production of Documents, served May 16, 2016.

3.     Attached as Exhibit R is a true and correct copy the Complaint filed in *Jane Doe 102 v. Epstein*, Case 9:09-cv-80656-KAM, in the United States District Court for the Southern District of Florida, filed on May 1, 2009.

4.     Attached as Exhibit S (filed under seal) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

By:  /s/ *Laura A. Menninger*
Laura A. Menninger

# CERTIFICATE OF SERVICE

I certify that on June 6, 2016, I electronically served this *Declaration Of Laura A. Menninger In Support Of Reply In Support Of Motion To Compel All Attorney-Client Communications And Attorney Work Product Placed At Issue By Plaintiff And Her Attorneys* via ECF on the following:

Sigrid S. McCawley
Meridith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

*/s/ Nicole Simmons*
Nicole Simmons