# REDACTED
# EXHIBIT S