

HADDON
MORGAN
FOREMAN



RECEIVED
Haddon Morgan and Foreman, P.C
Laura A. Menninger
JUN 0 7 2016
150 East 10th Avenue
Denver, Colorado 80203
JUDGE SWEET CHAMBERS 303.832.2628
www.hmflaw.com
lmenninger@hmflaw.com

June 6, 2016

**Via Facsimile (212) 805-7925**

Hon. Robert W. Sweet
United States District Judge
United States District Court
Daniel Patrick Moynihan Courthouse
Southern District of New York
500 Pearl Street, Room 1940
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/16

Re: *Giuffre v. Maxwell*, 15-cv-07433-RWS

Dear Judge Sweet:

This is a letter motion to file Ms. Maxwell's exhibit A to the Declaration In Support of Defendant's Response in Opposition to Motion to Exceed Presumptive Ten Deposition Limit under seal pursuant to this Court's Protective Order (Doc. # 62).

The Protective Order states:

> Whenever a party seeks to file any document or material containing CONFIDENTIAL INFORMATION with the Court in this matter, it shall be accompanied by a Motion to Seal pursuant to Section 6.2 of the Electronic Case Filing Rules & Instructions for the Southern District of New York.

*See* Protective Order (Doc. # 62) signed on March 17, 2016, at p.4. The deposition has been designated as Confidential.

Ms. Maxwell requests permission to file the Confidential information under seal.

So ordered
Sweet USDJ
6-7-16

Sincerely,

HADDON, MORGAN AND FOREMAN, P.C.

Hon. Robert W. Sweet
June 6, 2016
Page 2

*/s/ Laura A. Menninger*
Laura A. Menninger

## CERTIFICATE OF SERVICE

I certify that on June 6, 2016, I electronically served this *LETTER MOTION* via ELECTRONIC MAIL on the following:

Sigrid S. McCawley
Meridith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
S.J. Quinney College of Law, University of Utah
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons