# United States District Court
# Southern District of New York

Virginia L. Giuffre,

Plaintiff,                    Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

Defendant.

_____/

## DECLARATION OF SIGRID S. McCAWLEY IN SUPPORT OF PLAINTIFF'S REPLY TO MOTION TO EXCEED PRESUMPTIVE TEN DEPOSITION LIMIT

I, Sigrid S. McCawley, declare that the below is true and correct to the best of my knowledge as follows:

1. I am a partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's September 29, 2015 Order granting my Application to Appear Pro Hac Vice.

2. I respectfully submit this Declaration in Support of Plaintiff's Reply to Motion to Exceed Presumptive Ten Deposition Limit.

3. Attached hereto as Exhibit 1 is a true and correct copy of ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ .

4. Attached hereto as Exhibit 2 is a true and correct copy of ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ .

5. Attached hereto as Exhibit 3 is a true and correct copy of ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ .

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Sigrid S. McCawley
Sigrid S. McCawley, Esq.

Dated: June 13, 2016.

                              Respectfully Submitted,

                              BOIES, SCHILLER & FLEXNER LLP

                  By: /s/ Sigrid McCawley
                       Sigrid McCawley (Pro Hac Vice)
                       Meredith Schultz (Pro Hac Vice)
                       Boies Schiller & Flexner LLP
                       401 E. Las Olas Blvd., Suite 1200
                       Ft. Lauderdale, FL 33301
                       (954) 356-0011

                       David Boies
                       Boies Schiller & Flexner LLP
                       333 Main Street
                       Armonk, NY 10504

                       Bradley J. Edwards (Pro Hac Vice)
                       FARMER, JAFFE, WEISSING,
                       EDWARDS, FISTOS & LEHRMAN, P.L.
                       425 North Andrews Avenue, Suite 2
                       Fort Lauderdale, Florida 33301
                       (954) 524-2820

                       Paul G. Cassell (Pro Hac Vice)
                       S.J. Quinney College of Law
                       University of Utah
                       383 University St.
                       Salt Lake City, UT 84112
                       (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 13th day of June, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

    Laura A. Menninger, Esq.
    Jeffrey Pagliuca, Esq.
    HADDON, MORGAN & FOREMAN, P.C.
    150 East 10th Avenue
    Denver, Colorado 80203
    Tel: (303) 831-7364
    Fax: (303) 832-2628
    Email: lmenninger@hmflaw.com
           jpagliuca@hmflaw.com

                                        /s/ Sigrid S. McCawley
                                          Sigrid S. McCawley