# BOIES, SCHILLER & FLEXNER LLP

401 EAST LAS OLAS BOULEVARD • SUITE 200 • FORT LAUDERDALE, FL 33301-2211 • PH. 954.356.0011 • FAX 954.356.0022

Meredith Schultz, Esq.
Email: mschultz@bsfllp.com

June 13, 2016



**Via CM/ECF**

Honorable Judge Robert W. Sweet
District Court Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re: *Giuffre v. Maxwell*
**Case no. 15-cv-07433-RWS – Regarding Protective Order**

Dear Judge Sweet,

This is a letter motion to file Ms. Giuffre's Reply in support of her Motion to Exceed Presumptive Ten Deposition Limit in Federal Rule Civil Procedure 30(A)(2)(a)(ii) and certain accompanying exhibits under seal pursuant to this Court's Protective Order (DE 62).

The Protective Order states:

Whenever a party seeks to file any document or material containing CONFIDENTIAL INFORMATION with the Court in this matter, it shall be accompanie3d by a Motion to Seal pursuant to Section 6.2 of the Electronic Case Filing Rules & Instructions for the Southern District of New York.

*See* Protective Order (DE 62) signed on March 17, 2016, at p. 4.

Various depositions have been marked as confidential in this case. As Ms. Giuffre's Reply contains material that the parties have designated as confidential, she seeks leave to file the Non-Redacted Reply and certain related exhibits under seal.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/16

Respectfully submitted,

Meredith Schultz, Esq.

So ordered
/s/ Sweet
USDJ
6-14-16

SSM:sp