UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

VIRGINIA L. GIUFFRE,

            Plaintiff,

   - against -

GHISLAINE MAXWELL,

            Defendant.

------------------------------------------X

15 Civ. 7433 (RWS)

O R D E R

**Sweet, D.J.**

    Plaintiff's motions for a protective order, to maintain the confidentiality designations, and for an extension of time shall be heard at noon on Thursday June 23, 2016 in Courtroom 18C, United States Courthouse, 500 Pearl Street.

    It is so ordered.

New York, NY
June 14, 2016

                                  ROBERT W. SWEET
                                      U.S.D.J.

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 6/14/16]