UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---------------------------------------------------------------- x
VIRGINIA GIUFFRE,

           Plaintiff,

   - against -                        Index No. 15 Civ. 7433 (RWS)

GHISLAINE MAXWELL,             **ECF CASE**

           Defendant.           **NOTICE OF APPEARANCE**

---------------------------------------------------------------- x

PLEASE TAKE NOTICE that Eric Feder of DAVIS WRIGHT TREMAINE LLP, who is admitted to practice in this Court, hereby enters his appearance as counsel for non-party SHARON CHURCHER in the above-captioned action, and requests that notice of all matters arising herein, and all documents and papers in this case, be served on him at the address stated below.

Dated: New York, New York
          June 15, 2016

                                            Respectfully submitted,

                                            DAVIS WRIGHT TREMAINE LLP

                                            By: /s/ Eric Feder
                                                  Eric Feder

                                            1251 Avenue of the Americas, 21st Fl.
                                            New York, New York 10020
                                            (212) 489-8230
                                            Email: ericfeder@dwt.com

                                            *Attorneys for Non-Party Sharon Churcher*