UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

----------------------------------------------------------------- x
VIRGINIA GIUFFRE,                                                 :
                                                                  :
          Plaintiff,                                             :
                                                                  :
    - against -                                                 :  Index No. 15 Civ. 7433 (RWS)
                                                                  :
GHISLAINE MAXWELL,                                                :  **ECF CASE**
                                                                  :
          Defendant.                                              :  **NOTICE OF APPEARANCE**
                                                                  :
----------------------------------------------------------------- x

    PLEASE TAKE NOTICE that Laura R. Handman of DAVIS WRIGHT TREMAINE LLP, who is admitted to practice in this Court, hereby enters her appearance as counsel for non-party SHARON CHURCHER in the above-captioned action, and requests that notice of all matters arising herein, and all documents and papers in this case, be served on her at the address stated below.

Dated: New York, New York
       June 15, 2016

                                                      Respectfully submitted,

                                                      DAVIS WRIGHT TREMAINE LLP

                                                      By: /s/ Laura R. Handman
                                                          Laura R. Handman

                                                     1919 Pennsylvania Ave NW, 8th fl..
                                                     Washington, D.C. 20006
                                                     (202) 973-4224
                                                     Email: laurahandman@dwt.com

                                                     *Attorneys for Non-Party Sharon Churcher*