UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---------------------------------------------------------------- x
VIRGINIA GIUFFRE, :
:
               Plaintiff, :
:
     - against - : Index No. 15 Civ. 7433 (RWS)
:
GHISLAINE MAXWELL, : **ECF CASE**
:
               Defendant. : **ORAL ARGUMENT REQUESTED**
:
---------------------------------------------------------------- x

## NOTICE OF MOTION TO QUASH SUBPOENA

PLEASE TAKE NOTICE that upon the accompanying declarations of Sharon Churcher and Laura R. Handman, sworn to June 15, 2016, and the exhibits annexed thereto, the accompanying Memorandum of Law, and all prior pleadings and proceedings heretofore had herein, the undersigned will move this Court, before the Honorable Robert W. Sweet, United States District Judge, Southern District of New York, for an order pursuant to Rule 45(d)(3) of the Federal Rules of Civil Procedure quashing the subpoena served by defendant Ghislaine Maxwell on non-party Sharon Churcher, and for such other and further relief as the Court shall deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to S.D.N.Y. Local Civil Rule 6.1 and Rule 6(d) of the Federal Rules of Civil Procedure, opposing papers, if any, must be served upon the undersigned on or before June 27, 2016; and reply papers, if any, must be served on or before July 1, 2016; with argument to be heard on July 7, 2016 (the first Thursday following the completion of briefing) or a later date convenient for the Court.

Dated: New York, New York
June 15, 2016

                            Respectfully submitted,

                            DAVIS WRIGHT TREMAINE LLP


                            By: /s/ Eric J. Feder

                            Laura R. Handman
                            Eric J. Feder
                            1251 Avenue of the Americas, 21st Floor
                            New York, New York 10020
                            Tel:    (212) 489-8230
                            Fax:   (212) 489-8340
                            laurahandman@dwt.com
                            ericfeder@dwt.com

                            *Attorneys for Non-Party Sharon Churcher*


TO:     Laura Menninger
          HADDON MORGAN & FOREMAN, PC
          150 E. 10th Ave.
          Denver, CO 80203
          303-831-7364
          Email: lmenninger@hmflaw.com

          *Attorneys for Defendant Ghislaine Maxwell*


          Sigrid S. McCawley
          BOIES, SCHILLER & FLEXNER LLP
          401 East Las Olas Boulevard, Suite 1200
          Fort Lauderdale, FL 33301
          954-356-0011
          Email: smccawley@bsfllp.com

          *Attorneys for Plaintiff Virginia Giuffre*