# EXHIBIT 4

Feedback    Like 4.4M    Follow @MailOnline    Wednesday, Jun 15th 2016 5PM 82°F    8PM 71°F    5-Day Forecast



Home | U.K. | News | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Columnists

Latest Headlines | News | World News | Arts | Headlines | Pictures | Most read | News Board | Wires    Login

# Epstein's Girl Friday 'fixer': Dead tycoon's daughter Ghislaine Maxwell and the girls she hired for paedophile's stable

By SHARON CHURCHER
UPDATED: 05:23 EST, 7 March 2011

**25**
View comments

One woman has been a constant in the ever-shifting cast of females with which Jeffrey Epstein surrounds himself.

Ghislaine Maxwell, glamorous daughter of the late, disgraced newspaper tycoon Robert Maxwell, is different from the other women in Epstein's life in many ways but, most obviously, at 49, she is a lot older. She is also Epstein's Girl Friday, his fixer – central to his operation.

It was Ghislaine who, in 1998, recruited the 15-year-old Virginia Roberts to work as Epstein's 'masseuse'.

Meeting Epstein for the first time at his Palm Beach mansion, Virginia was led into the massage room by Ghislaine. After a bizarre interview conducted by a naked Epstein, Ghislaine told Virginia to follow her instructions.

'She had me put oil on my hand, then she grabbed one of his feet and started to massage it. She told me to take his other foot,' says Virginia. 'Then she told me to take off my clothes. He had sex with me.

'Ghislaine said, "She's got a knack for it." And I thought, "These are important people. I must be doing something right." '

Ghislaine had fled to New York after the death of her father, who fell off his yacht – named the Lady Ghislaine after his favourite child – in mysterious circumstances in 1991.

His death revealed a vast financial black hole at the heart of his Mirror Group, including the employees' pension scheme.

In Britain, the Maxwell name was mud as fraud trials, bankruptcy and disgrace swirled around the family, but in America – with her charisma, love of the high life and an address book stuffed with well-connected friends – Ghislaine became a fixture on the Manhattan social scene.

She and Epstein soon became inseparable. There was talk first of marriage, then it was said that they were like 'an old married couple' but that Epstein would not marry her. It emerged only after an

FBI investigation into his sexual exploitation of teenagers that his interest lay in underage girls.

According to Virginia, Ghislaine helped smooth the way for Epstein to sexually molest the young girls recruited to 'massage' him.



Exile in New York: Ghislaine Maxwell, who fled Britain after her father's death uncovered a pensions black hole, became Jeffrey Epstein's trusted assistant

Like Daily Mail    Follow @DailyMail
Follow Daily Mail    +1 Daily Mail

**FEMAIL TODAY**

Jennifer Aniston emerges as rep denies pregnancy... claiming actress, 47, had 'just enjoyed a big lunch' on bikini break with Justin Theroux

Shock split: RHONY's Jules Wainstein's husband Michael files for divorce after she busted him cheating The couple have two children



Luck be a ROYAL lady! The Duchess of

But she also provided him with an entry into British society – including the friendship with Prince Andrew that lasted until Friday, when the Prince dramatically announced he was breaking off all contact.

Between 2000 and 2001, Andrew and Ghislaine were together on no fewer than eight occasions.

Epstein was present at four of the meetings – at the Mar-a-Lago club in Florida (from where Virginia was recruited), in Phuket, at a weekend party at Sandringham, and at Windsor Castle. In addition, Andrew has often been seen at Epstein's grand New York townhouse.

SHARE THIS ARTICLE

RELATED ARTICLES

 FBI to reopen case against sex offender friend of Prince...

 Bill Clinton and the 15-year-old 'masseuse': I met him...

Virginia says: 'I once asked Ghislaine why she got as many girls as she did for Jeffrey, as she supposedly had been his girlfriend and they seemed to have a grounded but non-monogamous relationship. She replied, "It takes the pressure off me to have sex with him."

'She said she'd hit hard times. She had no money to her name. She was disgraced. Jeffrey offered her a job and then, I guess, because of her ability to procure girls for him and to teach us what he liked, she became a vital asset to him.

 

Different stories: Virginia Roberts had to dress as a schoolgirl while Nadia Bjorlin narrowly escaped at age 13

'The training she gave me was very thorough. It started on my first day at work following the "interview". I began learning legitimate massage techniques.

'She also taught me how to keep him emotionally happy. She said, "Be compliant. Always be cheerful. Always smile a lot."

'She told me that I should bring along any girlfriends I had who might be suitable. She said he liked white girls – no black girls, ever. If a girl was of any other heritage, she had to be a knockout beauty.

'She also taught me what kind of clothes to buy. His favourite was to dress me as a schoolgirl, in pigtails and little pleated skirts, and knee socks. Ghislaine sent me to a dentist to have my teeth whitened and I went for Brazilian waxes. He wanted me to look pre-pubescent.

'Ghislaine herself had flings with men, including a famous Hollywood star. Jeffrey didn't mind that. He was very good to her.

> Ghislaine sent me to a dentist to have my teeth whitened and I went for Brazilian waxes. He wanted me to look pre-pubescent

'He bought her a house in New York, a house in London, a helicopter and a Mercedes convertible.

'A British girl, Emmy Tayler, was very close to Ghislaine. Her job was to run errands for Ghislaine and do paperwork.

'Emmy wasn't really Jeffrey's type, being voluptuous and older. [She is now 36]. Jeffrey liked girls like me, with ballerina figures.

'Emmy and I were very close but I didn't tell her much about my background and she didn't tell me much about hers.


Cambridge can't contain her excitement as her horse wins at Royal Ascot races
Whooped and cheered


Taylor Swift and Tom Hiddleston are enjoying a secret romance after they were seen kissing on beach... following her split from Calvin Harris a fortnight ago


CONFIRMED: Nicole Brown Simpson DID have an affair with OJ's best friend Marcus Allen - and OJ 'threatened to kill her if she saw him again... one month before her death'


'I've been doing him forever:' Awkward moment Sonja Morgan discovers Luann de Lesseps' 'soul mate' is her old 'hook up' Thomas D'Agostino


She really IS a lady in waiting! Amelia Windsor - Tatler's most beautiful royal - swaps high glamour for WAITRESSING as she helps out at a launch


New beau? Ashley Olsen, 30, is romantically linked to artist George Condo, 59, after they are spotted 'looking romantic' at NYC's Mercer Hotel


'Ladies' man in the making!' Lauren Bush Lauren shares sweet snap of baby James 'flirting' as she catches up with friends on front stoop of her NYC home


'We did it!' Controversial Big Brother star Aaryn Gries welcomes a baby girl... after documenting the delivery on Snapchat
Has already named her


In full bloom! Pregnant Nicky Hilton is pretty as a pedal in floral babydoll dress that nicely showcases her bump as she strolls in NYC
Due date getting closer...

Advertisement

'She came to the States to become a model or actress and said she met Ghislaine in New York. Ghislaine promised her a great lifestyle, like she'd promised me. She was given an apartment in the same New York building as me.'

Last week, The Mail on Sunday tracked Emmy down to a house in an exclusive Oxford street. When asked to comment on her involvement with Epstein and Maxwell, she said: 'I don't want to talk to you.'

Ghislaine also held 'auditions' for masseurs to work for Epstein on his private Caribbean island, Little Saint James.





Scandal: Prince Andrew first meets Virginia at age 17 in 2001 as Ghislaine Maxwell looks on

The interviews would take place on the neighbouring US Virgin Island of St. Thomas, and candidates would be chosen on the basis of their appearance.

According to an American male masseur, who worked for Epstein from 1998 to 2001, giving him the strong, deep rub-downs the young women were unable to provide, Ghislaine also demanded regular massages.

Now 38, the therapist, who does not wish to be named, says: 'Whenever they were on the island, they'd call up and ask when I could go over. It was great money, $100 an hour.

'I'll never forget the first time I massaged Ghislaine. I walked into the room to set up the table and she was standing there stark naked. I was extremely embarrassed, but she was totally uninhibited.'

When he visited Epstein's five-bedroom mansion, which boasts coral walls and stunning 360-degree ocean views, he says: 'I'd regularly see up to a dozen naked young women lounging around. The house is open-plan, so you can see out on the patios and the pool deck.

Ghislaine 'put the puppet's hand on Virginia's breast, then Andrew put his hand on my breast'

'There'd be classical music playing in the background to set a very relaxed ambience. If the women were ever introduced to me, it was as his "secretaries".'

According to Virginia, Ghislaine was the undisputed leader of the girls in Epstein's entourage. 'She was funny. She was boisterous.

'I was scared of ever saying no to her. I was always compliant. I knew if I said no to anything, I would be on the street,' she says.

She adds: 'Ghislaine was a photographer and she took many of the nude pictures that were all over the houses, including the ones of me in a hammock that Bill Clinton and Andrew and all their visitors had to have seen.

'One year, I couldn't think what to give Jeffrey for his birthday and Ghislaine said: "Just give him a photograph of you." I had a nice picture of myself, lying against a tree, fully clothed, but when

'I showed it to her, she said, "No, you can't give him that." She took me and laid me naked across a hammock and put a sheer piece of net across me and posed me with my legs open, a bit provocatively, and that was the picture she had me give Jeffrey.'


Kake-gate! Kim Kardashian tries to cheat on family cake makers Hansen's by asking her followers for new bakery recommendations


Kim Kardashian's naked ambition is laid bare again as she strips off to celebrate her post-baby body with GQ cover
Gave birth in December


'I worked my a** off!': Kim Kardashian spills secrets to losing 60lbs after pregnancy as she admits 6am gym sessions and 'militant diet' did trick


They could be sisters! Princess Mary of Denmark and Duchess of Cambridge look strikingly similar as they enjoy a catch up at Royal Ascot


'We just want them to have a normal life': Blake Lively reveals her parenthood plans now that baby no.2 is on its way and why she fell in love with Ryan Reynolds


Ivanka Trump shares morning snap of baby Theo watching her get ready as she admits in that she wakes up at 5:30am and goes to work with her hair wet

Dad bod! Adam Sandler, 49, shows off his naked chest while wrapped in



His Girl Friday: Ghislaine and Epstein at Prince Andrew's shooting party at the Royals' Sandringham estate


towel during Miami vacation with his wife of 13 years
Couple looked blissful


Dame Helen Mirren confirms she'll appear in Fast 8... a year after revealing that starring in the franchise was her 'great ambition'
Actress is now 70


Catherine Zeta-Jones' daughter Carys is her doppelgänger as the pair arrive in London with Michael Douglas and son Dylan
Family trip

Does North West have her own glam squad? Kim Kardashian 'hires daughter $5k a week team including hairstylist and manicurist'




Back to work! Miley Cyrus and Liam Hemsworth temporarily go their separate ways... after very public dinner date in NYC


As Halle Berry debuts a pretty undercut tattoo, a hairstylist details what you need to know about the bold look before taking the plunge


'I'm not killing off Harrison Ford': Steven Spielberg reveals he won't end Indiana Jones' life in next film as he gives rare interview
Good news for Ford!


Yolanda Hadid QUITS Real Housewives of Beverly Hills to 'bring back privacy' to her life after dramatic season that documented her divorce and accusations she was faking illness

Another girl Ghislaine targeted for Epstein was Nadia Bjorlin, an actress who stars in the American soap opera Days Of Our Lives.

Now 30, she was just 13 when she attracted the tycoon's attention. Her mother, Iranian-born Fary, spoke last week of the family's disturbing experience. Nadia's father, celebrated classical conductor Ulf Bjorlin had died just a year earlier, and Fary says she believes the mourning schoolgirl must have appeared an easy target.

'She was at school at the famed Interlochen Music Centre in Michigan when she met Epstein,' says Fary.

'My daughter was a singer. She was a baby. She was a skinny little girl, not mature for her age. She was 13, but everyone thought she was nine or ten.

'Epstein was a big donor and he heard about Nadia and that her father had died, so she was vulnerable, and he contacted her. He said, "Here's my number."

He kept saying: "Come – will you come?" He said he wanted to help mentor her. I wouldn't let her meet him. What sort of a man approaches a young girl and asks to meet her?'

It was Ghislaine who managed to become friendly with Fary and Nadia. 'I trusted Ghislaine, she was like a mother. She was always calling my house,' says Fary.

'Ghislaine didn't want me to meet Epstein, but I did anyway, and asked what he wanted with Nadia. He said he wanted to help her singing career. He said, "I'd like to be like a godfather". It felt creepy.

'I had a bad vibe about him, and said, "Stop!" I told him, "No thank you. She doesn't need your help." I kept Nadia away from him. She never met him alone. She never went anywhere with him.'

It was not until Epstein's arrest that Fary realised the fate which could have befallen her daughter.

His disgrace began in March 2005 when the mother of a 14-year-old girl contacted Palm Beach police alleging she had been sexually molested.

When detectives quizzed the girl, she told them a friend had invited her to a rich man's house to perform a massage.

At the house, she said she was paid $300 after stripping and massaging the man, whom she identified as Epstein, while he performed a sex act.

One of the young girls successfully recruited was Johanna Sjoberg, a church-going brunette, who was hired ostensibly as an occasional home help but then induced to perform demeaning sexual services.

Johanna was studying psychology at Atlantic College, Palm Beach in February 2001, when Ghislaine approached her on campus and offered her a job. For $20 an hour, the 21-year-old was to answer the phones and serve drinks at Epstein's house.

In reality, she was expected to massage Epstein and, over time, the massages became increasingly sexual in nature.

Johanna met Prince Andrew in the library of Epstein's New York townhouse in Easter 2001, when Virginia was also present.


Infamous: Robert Maxwel, former owner of the Daily Mirror, drowned while sailing on his yacht



Mixing business with pleasure! Bodysuit-clad EJ Johnson gets in some retail therapy before filming his yet-to-air New York reality show



Brooke Shields' stalker GRINS walking into court with trial entering third day after judge hears actress's tearful testimony about man coming to her home



Seth Myers 'bans' Trump from appearing on NBC's Late Night show - but admits the presidential hopeful wasn't going to come on anyway


Victoria Beckham shows a hint of sideboob and flash of leg as she flaunts her sartorial sass for cover of Vogue Korea
Striking shoot


A mellow day! Rumer Willis dresses down in a grey maxi dress as she hangs out with a friend in West Hollywood
Taking a break from the presidential campaign



Stephen Colbert compares Trump to a NAZI as he draws a swastika on chalkboard while trying to 'figure out' Obama's response to Orlando massacre




Mystery: The yacht Maxwell was last seen alive on was named after his favourite daughter Ghislaine

'Andrew was sitting there in a big leather armchair behind which there was a desk covered with photos of girls and young women including the one of me in a hammock,' says Virginia.

'I don't think Andrew could have missed seeing it when he walked in.'

The Prince had been given a Spitting Image puppet of himself by Ghislaine, who was also present. Johanna was sitting on Andrew's knee, and said Ghislaine made Virginia sit on his other knee.

Then, Johanna recalls, Ghislaine 'put the puppet's hand on Virginia's breast, then Andrew put his hand on my breast'.

Virginia says she was mortified when she realised she had been summoned that day to entertain the Prince.

She added: 'There were many years when I really liked these people. But now I feel angry and used.'

It was her second encounter with him. Earlier that spring, she had been introduced to the Prince at Ghislaine's London house. Andrew came round and he, Ghislaine, Epstein and Virginia, had tea before going to a restaurant and then to Tramp nightclub, where Virginia danced with Andrew.

Later all four returned to Ghislaine's house, and Epstein took a picture of Andrew with his arm around Virginia's bare midriff. Later, she was left alone with Andrew.

Virginia met Andrew one final time on Epstein's Caribbean island.


Grieving Adam Levine is pictured playing golf in first outing since Christina Grimmie's death... after offering to pay for the Voice star's funeral


The smile's back! Demi Lovato appears happy at airport while looking chic in olive coat as she recovers from Wilmer Valderrama shock split
Wore classic combo

'She's hoping for a healthy baby': Janet Jackson's brother Tito

It was during a subsequent trip to the island that Epstein said he wanted her to have his child – which finally prompted Virginia to leave.

A spokesman for Ghislaine Maxwell said last night that she has never been contacted by any police force or other law enforcement agency in connection with any allegations made against Jeffery Epstein.

- Additional reporting: Peter Sheridan, Annette Witheridge and Samantha Lawton

### Share or comment on this article

*Sponsored Links by Taboola*


**Unsecured Business Loans up to $600k in 24 hours**
Snapcap.com


**What Marcia Brady Looks Like Now Is Incredible**
Definition


**Ex-Cop: "You Don't Need A Gun. Carry These."**
Lifed


**A Dying Street Dog's Life Was Completely Transformed After This Couple Found Her**
ViralNova.com


**These Rare Historical Photos That Will Leave You Speechless**
History Fanatic


**How To Fix Your Fatigue And Get More Energy**
Gundry MD

### MOST WATCHED NEWS VIDEOS


Orlando massacre survivors on horror of that night at Pulse


Shooting victim captures terror at Orlando club on Snapchat


'Alligator' seen by Disney Orlando visitor days before…


'Obama more angry at me than the shooter': Trump in N…


confirms singer isn't using a surrogate
Singer is starting a family at the age of 50


**Got it in one! Heidi Klum steps out is some seriously sexy overalls and little else in New York**
She was a walking summer-style tip


**'I don't like to date': Orange Is The New Black's Taylor Schilling says it takes a lot for her to fall in love but she craves a 'partner in crime'**


**Celine Dion greets her fans as she dresses in chic black ensemble for an outing in Paris… ahead of her concerts there five months after her husband's death**


**'She can't watch him fall apart again': Khloe Kardashian 'kicks Lamar Odom out of $3m Calabasas home she rented for him'... amid claims of drug relapse**


**A dream in tangerine! Khloe Kardashian shows off curvaceous figure and VERY pert posterior in clinging dress with cutouts down the side in LA**

 
**Naomi Campbell flashes her bra under plunging jacket as she teams chic outfit with sporty trainers for night out**
Went shirtless

 
**Gene Simmons' stunning daughter Sophie displays some SERIOUS side-boob as she steps out in sleeveless dress at The Neon Demon premiere**

**'I want you to stay little forever!' Kim Kardashian and daughter North share sweet moment together in adorable video on toddler's 3rd birthday**


**The butt of the joke: Kate Beckinsale reveals she sends NAKED pictures of ex-boyfriend Michael Sheen to her daughter to cheer her up**
Eccentric humor

'Don't ever change':