# EXHIBIT 5



Feedback | Like 4.4M | Follow @MailOnline | Wednesday, Jun 15th 2016 5PM 82°F | 8PM 71°F | 5-Day Forecast

Home | U.K. | News | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Columnists
Latest Headlines | News | World News | Arts | Headlines | Pictures | Most read | News Board | Wires | Login

# WORLD EXCLUSIVE: The first full account of the masseuse at the center of the explosive Prince Andrew 'sex slave' drama... but is she telling the truth?

- Prince accused of abusing 'Jane Doe 3' at orgy where she was 'sex slave'
- Jane Doe 3 is Virginia Roberts, whose story was first uncovered in 2007
- She told extraordinary story of three years working for billionaire Epstein
- Said that she was paid to give erotic massages to tycoon and associates
- Claimed Ghislaine Maxwell, daughter of Robert, acted as his 'madame'
- Palace has emphatically denied Prince had relations with underage girls
- Now the most complete story yet of this young woman can be published

By SHARON CHURCHER FOR THE MAIL ON SUNDAY
PUBLISHED: 17:30 EST, 3 January 2015 | UPDATED: 13:47 EST, 4 January 2015

4k shares



Site / Web | Enter your search

Like Daily Mail | Follow @DailyMail
Follow Daily Mail | +1 Daily Mail

**FEMAIL TODAY**


**Jennifer Aniston emerges as rep denies pregnancy... claiming actress, 47, had 'just enjoyed a big lunch' on bikini break with Justin Theroux**


**Shock split: RHONY's Jules Wainstein's husband Michael files for divorce after she busted him cheating**
The couple have two children


**Luck be a ROYAL lady! The Duchess of Cambridge can't contain her excitement as her horse wins at Royal Ascot races**
Whooped and cheered


**Taylor Swift and Tom Hiddleston are enjoying a secret romance after they were seen kissing on beach... following her split from Calvin Harris a fortnight ago**


**CONFIRMED: Nicole Brown Simpson DID have an affair with OJ's best friend Marcus Allen - and OJ 'threatened to kill her if she saw him again... one month before her death'**

It is the most extraordinary story of sex, power, influence and the abuse of young girls and it has already sent Jeffrey Epstein, one of the richest men in America, to jail.

And today this sordid saga erupted once again with Prince Andrew sensationally forced to deny having any sexual contact with the woman whose claims have dogged him for years. Last week, the Prince was accused of abusing 'Jane Doe 3' – an anonymous name used in American court papers – at an orgy where she was being used as a sex slave. Jane Doe 3 is Virginia Roberts, whose story was first uncovered in 2007 by The Mail on Sunday following a painstaking investigation by our reporter Sharon Churcher, who tracked her to Australia.

The story Miss Roberts told was extraordinary – how she spent three years as an under-age 'sex slave' working for billionaire Epstein, a friend of the Prince, and paid to give erotic massages to the tycoon and his associates. She also claimed that Ghislaine Maxwell, daughter of disgraced tycoon Robert Maxwell, acted as Epstein's 'madame'.

The allegations by Miss Roberts are threatening the reputation of the Queen's second son. The Palace has emphatically denied that the Prince has had relations with underage girls.

Now, thanks to the court documents Miss Roberts lodged in Florida last week, The Mail on Sunday can publish the most complete story yet of how this young woman was exploited by Epstein's shuttered world of seedy sex and influence. We spoke to Miss Roberts twice, the last time just 12 months ago. While fragments of her testimony to us were reproduced last week, only now can we present her comprehensive account with previously unpublished material.

Last week it was sensationally claimed that Prince Andrew had taken part in what, it was implied, was sex with a girl who was under the age of consent according to the law in Florida. As the papers lodged in the Palm Beach court spell out: 'Epstein forced Jane Doe 3 to have sexual relations with a member of the British Royal Family, Prince Andrew (aka Duke of York).'

'Epstein instructed Jane Doe 3 that she was to give the Prince whatever he demanded and required Jane Doe 3 to report back to him on the details of the sexual abuse. Maxwell facilitated Prince Andrew's acts of sexual abuse by acting as a "madame" for Epstein.'

In response, Buckingham Palace issued a strongly worded denial.

But Miss Roberts's account differs. She says she first encountered Epstein and later Prince Andrew through Ghislaine Maxwell, daughter of the disgraced newspaper tycoon Robert Maxwell.




+9
© Michael Thomas

Breaking her silence: Miss Roberts when she spoke to the Mail on Sunday in 2011


'I've been doing him forever:' Awkward moment Sonja Morgan discovers Luann de Lesseps' 'soul mate' is her old 'hook up' Thomas D'Agostino


She really IS a lady in waiting! Amelia Windsor - Tatler's most beautiful royal - swaps high glamour for WAITRESSING as she helps out at a launch


New beau? Ashley Olsen, 30, is romantically linked to artist George Condo, 59, after they are spotted 'looking romantic' at NYC's Mercer Hotel


'Ladies' man in the making!' Lauren Bush Lauren shares sweet snap of baby James 'flirting' as she catches up with friends on front stoop of her NYC home


'We did it!' Controversial Big Brother star Aaryn Gries welcomes a baby girl... after documenting the delivery on Snapchat
Has already named her


In full bloom! Pregnant Nicky Hilton is pretty as a pedal in floral babydoll dress that nicely showcases her bump as she strolls in NYC
Due date getting closer...

Advertisement

**SHARE THIS ARTICLE**

4k shares

**RELATED ARTICLES**

 'No, I did not have sex with that girl': Palace sensation as...

 Harvard law professor named alongside Prince Andrew in...

 Andrew and the under-age 'sex slave': Duke denies claim in...

 Maxwell's daughter the 'high-class madame': Court papers say...

She was working as a changing room assistant in the spa at Donald Trump's palatial Florida country club, Mar-A-Lago, where her father was a maintenance manager. Soon after her 15th birthday, in 1998, she says she met Ghislaine at the club.

The socialite was a friend of Epstein's and the pair were known in New York and London for their hedonistic lifestyle, which concerned Royal courtiers after Andrew began to associate with them. Andrew was photographed surrounded by topless women during one holiday with them in Thailand and was pictured sweatily cavorting with Ghislaine at a Halloween sado-masochistic-themed party in Manhattan, reinforcing his public image as a party loving playboy.

**Scroll down for video**



Teen: Miss Roberts pictured aged 15 at her mother's home in Palm Beach, Florida, in 1998

Miss Roberts says she had no idea of the risks she was running when she leapt at an invitation from Ghislaine to work for Epstein. 'I was wearing my sexy white Mar-A-Lago uniform – a white miniskirt and a skintight white polo top – and studying an anatomy book when I was approached by this striking woman in her mid-40s with a very proper British accent – Ghislaine,' Miss Roberts told The Mail on Sunday.

'She noticed what I was reading and I told her I wanted to become a masseuse and she said she worked for a very wealthy gentleman called Jeffrey Epstein who was looking for a travelling masseuse and I'd get training and be paid large amounts of money.'

Miss Roberts was told she could start work immediately and was driven to Epstein's sugar-pink mansion on the Palm Beach waterfront. The stairway was decorated with photos of naked young girls and Miss Roberts eventually would learn that she, too, was being photographed by hidden cameras.

'But I was too nervous to take it in,' she says. 'Another lady led me into Jeffrey's bedroom. It had a king-size bed, and a spiral staircase that led down to a pool.

'The lady walked me straight through into the massage room. It was part of a suite – a shower room, a steam room and another closet-sized room where I later learned the sex toys were kept.

'Jeffrey was lying face-down on a table, completely naked. He asked me a whole bunch of questions and within the first hour, he knew my life story. I told him I'd been a runaway and I'd lived on the street and I'd taken ecstasy tablets and I wasn't a virgin and he said, "So you're a bad girl in a good girl's body".'

'The lady told me to follow her instructions. She had me put oil on my hands and then she grabbed one of his feet and started to massage it and she told me to take his other foot. Then she took off her shirt and started rubbing her breasts across Jeffrey and told me to take off my clothes. He had sex with me and the woman fondled me. I was thinking, "This is wrong. This is not legitimate massage." But they liked me. The lady said, "She's got a knack for it." And I thought, "These are important people. I must be doing something right." The lady gave me $200 [£130] and said I was to come back the next day.'

Miss Roberts was nauseated by the sexual acts that she was instructed to perform. But she was charmed by Epstein's rags-to-riches life story – which, he intimated, was an example to her. 'Jeffrey said he wanted to be my mentor,' says Miss Roberts. 'I felt that he and Ghislaine really cared for me. We'd do family things, like watch Sex And The City and eat popcorn.

'But it was a sick family. I was a paedophile's top girl, being trained up for a British Prince. He trained me to do whatever a man wanted. I was worried, but I would do anything to keep Jeffrey happy and keep my place as his No 1 girl.'

It was in 2001 that Miss Roberts was told she would be flying to London – and after they landed they drove straight to Ghislaine's house. 'Ghislaine showed me upstairs to a small bedroom. That night I gave Jeffrey an erotic massage. I was jetlagged. I went to sleep.



**Kake-gate! Kim Kardashian tries to cheat on family cake makers Hansen's by asking her followers for new bakery recommendations**



**Kim Kardashian's naked ambition is laid bare again as she strips off to celebrate her post-baby body with GQ cover**
Gave birth in December



**'I worked my a** off!': Kim Kardashian spills secrets to losing 60lbs after pregnancy as she admits 6am gym sessions and 'militant diet' did trick**



**They could be sisters! Princess Mary of Denmark and Duchess of Cambridge look strikingly similar as they enjoy a catch up at Royal Ascot**



**'We just want them to have a normal life': Blake Lively reveals her parenthood plans now that baby no.2 is on its way and why she fell in love with Ryan Reynolds**



**Ivanka Trump shares morning snap of baby Theo watching her get ready as she admits in that she wakes up at 5:30am and goes to work with her hair wet**



**Dad bod! Adam Sandler, 49, shows off his naked chest while wrapped in towel during Miami vacation with his wife of 13 years**
Couple looked blissful



**Dame Helen Mirren confirms she'll appear in Fast 8... a year after revealing that starring in the franchise was her 'great ambition'**
Actress is now 70



**Catherine Zeta-Jones' daughter Carys is her doppelgänger as the pair arrive in London with Michael Douglas and son Dylan**
Family trip



**Does North West have her own glam squad? Kim Kardashian 'hires daughter $5k a week team including hairstylist and manicurist'**



+9

Youthful pose: Virginia Roberts as a teenager in 1997, before she met Jeffrey Epstein



**Back to work!** Miley Cyrus and Liam Hemsworth temporarily go their separate ways... after very public dinner date in NYC



**As Halle Berry debuts a pretty undercut tattoo,** a hairstylist details what you need to know about the bold look before taking the plunge



**'I'm not killing off Harrison Ford':** Steven Spielberg reveals he won't end Indiana Jones' life in next film as he gives rare interview
Good news for Ford!



**Yolanda Hadid QUITS Real Housewives of Beverly Hills** to 'bring back privacy' to her life after dramatic season that documented her divorce and accusations she was faking illness



**Mixing business with pleasure!** Bodysuit-clad EJ Johnson gets in some retail therapy before filming his yet-to-air New York reality show



**Brooke Shields' stalker GRINS** walking into court with trial entering third day after judge hears actress's tearful testimony about man coming to her home



**Seth Myers 'bans' Trump from appearing on NBC's Late Night show** - but admits the presidential hopeful wasn't going to come on anyway



**Victoria Beckham shows a hint of sideboob** and flash of leg as she flaunts her sartorial sass for cover of Vogue Korea
Striking shoot

**A mellow day!** Rumer Willis dresses down in a grey maxi dress as she




Her big day: Miss Roberts with her husband Robert on their wedding day in Thailand in 2002

Prince Andrew accused of abusing underage sex slave



hangs out with a friend in West Hollywood
Taking a break from the presidential campaign



Stephen Colbert compares Trump to a NAZI as he draws a swastika on chalkboard while trying to 'figure out' Obama's response to Orlando massacre



Grieving Adam Levine is pictured playing golf in first outing since Christina Grimmie's death... after offering to pay for the Voice star's funeral



The smile's back! Demi Lovato appears happy at airport while looking chic in olive coat as she recovers from Wilmer Valderrama shock split
Wore classic combo



'She's hoping for a healthy baby': Janet Jackson's brother Tito confirms singer isn't using a surrogate
Singer is starting a family at the age of 50



Got it in one! Heidi Klum steps out is some seriously sexy overalls and little else in New York
She was a walking summer-style tip



'I don't like to date': Orange Is The New Black's Taylor Schilling says it takes a lot for her to fall in love but she craves a 'partner in crime'



Celine Dion greets her fans as she dresses in chic black ensemble for an outing in Paris... ahead of her concerts there five months after her husband's death



0:00 / 2:26

'The next morning, Ghislaine came into my room. She was chirpy and really giddy. She jumped on the bed and said, "Get up, get up, sleepyhead. You've got a big day. We've gotta go shopping. You need a dress because you're going to dance with a prince tonight." She said I needed to be "smiley" and bubbly and very happy to be around him and give a lot of energy to him because he was the Queen's son. Miss Roberts said they went shopping for a £5,000 Burberry bag and other designer dresses, perfume and makeup. 'We got back to Ghislaine's house around 4pm and I ran straight upstairs to have a shower,' she said.

'When I went downstairs, Ghislaine and Jeffrey were in the lounge. No one seemed too fussed



FATHER OF ALLEGED VICTIM: 'I DON'T CARE IF HE'S A PRINCE OR A



even though we were expecting the Duke of York any minute. There was a knock at the door. There was a car outside with two men, who I think were security. Ghislaine led Andrew in and introduced me and we kissed each other on the cheek as I'd been told is the English custom.

'Ghislaine served tea. She knew Fergie, who I gathered was the Prince's ex-wife, and they talked very fondly about their daughters. Then Ghislaine played one of her favourite guessing games. She asked Andrew how old he thought I was and he guessed 17 and they all kind of laughed about it and Ghislaine made a joke that I was getting too old for Jeffrey. She said, "He'll soon have to trade her in."'

It was widely known in Jeffrey's set that he liked young girls.

Miss Roberts says she sat between Jeffrey and Andrew at dinner, claiming: 'Andrew was making eye contact with me at every chance and concentrating on my plunging V-neck top. He didn't ask me anything about myself. I just sat there with a smile frozen on my lips. Ghislaine had whispered, "The Prince seems really interested in you."

'We went on to Tramp. We were led into a VIP area and Andrew got me a cocktail from the bar then he asked me to dance. He was the most hideous dancer I had ever seen. He was grabbing my hips and he was pouring with perspiration and he had this cheesy smile. I was used to being used for sex by men but it was not behaviour that I was used to in public, and not from a Prince who had daughters. I felt everyone was watching us.'

By her account, Miss Roberts's first tryst with the then 41-year-old Prince allegedly took place later that night at Ghislaine Maxwell's London townhouse. 'All of us went upstairs and I asked Jeffrey to snap a picture of me with the Prince. I wanted something to show my Mom. Ghislaine and Jeffrey left us after that,' she said.

'In the morning, Ghislaine said, "You did well. He had fun." We flew straight back to the States. I suspected that the only reason we went to London was that I was a "gift" to Andrew.'

Miss Roberts makes the extraordinary claim that she was paid about $15,000 (just under £10,000) by the 58-year-old Epstein as a reward for sleeping with the Prince and other sexual services for Epstein.

There is no suggestion that the Prince knew that Epstein paid her.

'I was totally under Jeffrey's spell. I was his personal sex slave. Ghislaine joked about how young I was when they introduced me to Andrew.'

Despite the Palace's vehement denials of impropriety, Miss Roberts says: 'It was made clear to me that my job was to do whatever pleased him' – adding that she 'wouldn't have dared object' to any demand.

'The Prince didn't give me money with his own hands,' she added. 'Jeffrey always took care of paying me after I "entertained" his friends.'

Andrew was at the time a special trade envoy, but after Epstein was prosecuted he resigned. He subsequently broke off his friendship with the financier and has been working to rebuild his reputation with his charitable trust. His focus is on trying to grow British prosperity, including training young people to become 'economically active' through schemes such as apprentices and a digital enterprise award.

Speaking later, Miss Roberts said she remains mortified by her meeting with Prince Andrew.

'To be honest, I was sort of excited to meet the Prince. That was the lifestyle to which Jeffrey had accustomed me,' the blonde, now 30, said.

Miss Roberts says she met Andrew for a second time around Easter 2001, at Epstein's Manhattan mansion.

'I was in Florida when I was called up and told I was needed in New York,' she recalls. 'When I got to the mansion, I was told, "Get ready. You are meeting someone in the library." Andrew was sitting

'PRINCE OR PAUPER'



Sky Roberts, father of Virginia Roberts, who has demanded Prince Andrew face court is his daughter's claims were true

Last night, the father of alleged victim, Sky Roberts, 58, demanded the royal face court if his daughter's claims were true.

He told the Sun on Sunday: 'I don't care if he is prince or pauper. If what Virginia said is true he has to pay the consequences.

'If the Prince had sex with my daughter when she was underage, he has to be prosecuted.'

Speaking at his ranch in Summerfield, Florida, he added: 'I thought all of this was in the past. I feel sick now to think of these men and her.'

His daughter said: 'There will be a time when we explain stuff, just not this time.'

Elsewhere, Epstein's former butler Juan Alessi - who worked at his Florida mansion for 11 years - said in 2011 the Prince spent weeks there.

He claims Prince Andrew was a guest at pool parties full of naked women and also enjoyed daily $100-an-hour massages.


'She can't watch him fall apart again': Khloe Kardashian 'kicks Lamar Odom out of $3m Calabasas home she rented for him'... amid claims of drug relapse


A dream in tangerine! Khloe Kardashian shows off curvaceous figure and VERY pert posterior in clinging dress with cutouts down the side in LA


Naomi Campbell flashes her bra under plunging jacket as she teams chic outfit with sporty trainers for night out
Went shirtless


Gene Simmons' stunning daughter Sophie displays some SERIOUS side-boob as she steps out in sleeveless dress at The Neon Demon premiere


'I want you to stay little forever!' Kim Kardashian and daughter North share sweet moment together in adorable video on toddler's 3rd birthday


The butt of the joke: Kate Beckinsale reveals she sends NAKED pictures of ex-boyfriend Michael Sheen to her daughter to cheer her up
Eccentric humor


'Don't ever change': Sofia Vergara steps out to a romantic dinner with Joe Manganiello in Malibu as she marks two year relationship with sweet post


Taylor Swift's ex Calvin Harris shows off his incredibly chiseled six-pack on Snapchat ... but goes all coy and covers his face with a frog emoji


'I will not give up the wine!' Oprah Winfrey says she still indulges in bread and alcohol after losing 30lbs
Saves Weight Watchers points for them


Kardashians sued by talent agency over claims it had a verbal agreement to set up their deals... and take a 15 per cent cut
Ugly dispute

YouTube is 'built on the back of free, stolen content' claims Nine Inch Nails frontman Trent Reznor (who also

there in a big leather armchair behind which there was a desk covered with photos of girls and young women, including one of me.

'I was almost nude in the picture. I don't think Andrew could have missed seeing it when he walked in. Ghislaine had just given him a present, some kind of big blow-up toy that was his Spitting Image puppet. He was smiling ear-to-ear. He looked like a kid whose parents were taking him to Disney World.

'A beautiful girl called Johanna Sjoberg, who worked for Jeffrey, was sitting on Andrew's knee. Ghislaine guided me over to Andrew and I think he recognised me though I don't know if he remembered my name. We kissed each other on the cheek and Ghislaine placed me on his other knee.'

In an interview with The Mail on Sunday, Johanna has confirmed the encounter, saying she was 21 at the time and had been hired by Ghislaine to answer phones and serve drinks in return for $20 (£13) an hour.

Ghislaine subsequently asked her to give Epstein foot massages, she elaborated, and the tycoon tried to persuade her to 'touch his nipples'. 'He couldn't believe I refused. No one else had ever done that,' she said.

After being introduced to Andrew in the library, she sat on his lap. Miss Roberts says it was made clear to her that she was expected to have sex with Andrew – although again the Palace completely refutes any suggestion of impropriety.

'Ghislaine said, "You should take him upstairs for a massage," ' she says, burying her face in her hands. 'I took him upstairs to the Dungeon. He undressed and lay face down on the table. I started with his feet, then his calves the way Jeffrey liked it.'


© Michael Thomas +9
Going public: Miss Roberts as she is now


(who happens to be Apple Music's chief creative officer)


Christie Brinkley, 62, cuts a youthful figure in fitted bardot top and stylish flared jeans as she flashes her trademark smile ahead of lunch date


Well that confirms it! Lea Michele seen holding hands with rumoured new beau Robert Buckley on the set of their new sci-fi series


Top of the crops! Gwyneth Paltrow flashes a hint of her toned abs in knotted jumpsuit as she raises a glass at vodka launch party


Lunch on the run! Ashley Tisdale looks LA chic in an oversized hoodie and skinny jeans as she grabs a takeaway meal from Zinque cafe


He's a family man! Jack Osbourne takes wife Lisa and their two daughters to Los Angeles park as his parents Sharon and Ozzy sort split


Where's the beach? Empire's Serayah McNeill leaves her shirt at home to show off crocheted bikini top that exposes abs while at E3 party


'Summer is here!': James Franco shows off muscular body as he models woman's bra top and shorts with flower headband
Certainly got attention!


Hello petal! Jessica Alba is a sheer delight as she shows off her tiny waist in see-through blue floral dress
Is in NYC to promote her new hair care range


'We're about to become bridesmaids!' Britney Spears can't hide excitement as she makes her way to best friend's wedding in Las Vegas with pals

Awkward! Miley Cyrus' ex Nick Jonas admits he



Friends: Prince Andrew with Jeffrey Epstein in New York in 2011 after the financier's conviction

This time there was no extra payment for the session, she added. 'Because I wasn't on the road, I just got my usual hourly rate, which at that time was $200.'

She met Andrew one final time on Epstein's Caribbean island, where she says she entertained him with an 'orgy'. 'I flew there with Jeffrey and Ghislaine,' she says, 'and seven Russian girls who didn't speak a word of English turned up with a modelling agent. Jeffrey was so excited. He said, "We're going to do a big photo shoot with you and the girls." The agent took the pictures.

'They were very provocative. We were topless and he had us in sexual positions. Then were told to assemble in a big cabana. When I walked in, Andrew and Jeffrey were seated in chairs. Jeffrey directed us with hand gestures. Jeffrey and the Prince were laughing. The next day, Andrew was gone.

'I remember thinking I would never have a normal life again but, as sick as it sounds, Jeffrey was my master. I was totally in his power. I never thought of trying to escape.'

For her 19th birthday, in August 2002, Epstein purchased a plane ticket to Thailand for her, where he enrolled her in a massage course.

Asked if she planned to escape, she blushes. Despite the degradation she endured, she insists that she never would have lied to her 'mentor'.

'I really did think that I could give him better massages if I studied in Thailand,' she says.

Shortly after arriving there, however, she met an Australian martial arts expert, whom we have agreed to identify only by his first name, Robert. They fell in love and, just ten days later, they married.

'Robert taught me how to live again,' says Miss Roberts.

For 11 years, they lived in virtual seclusion in a rural suburb of Sydney. But a year ago, the couple moved back to America with their three young children. 'I still dream about Jeffrey. I still wake up at night in tears,' said Miss Roberts, who is working on a memoir.



didn't talk to her current fiancé Liam Hemsworth... despite both appearing on same chat show



**Will Caitlyn Jenner win an Emmy? I Am Cait is moved from documentary to reality category and could compete with KUWTK**



**Victoria's not the only one with a secret! As Angel Martha Hunt shares a face-masking selfie, FEMAIL finds the best new masks on the market**



**Bethenny Frankel shows off her toned torso in tight cutaway dress as she steps out with banker beau Dennis Shields in New York** Real Housewife



**Explosive 911 calls and diary entries reveal OJ Simpson watched Nicole Brown have sex with men through the window and used to punch her while they made love**



**'It would be great!': Winona Ryder, 44, says she'll star in sequel to 1988's Beetlejuice if Tim Burton and Michael Keaton sign on** Was a huge hit at time



**Michelle Obama tells Oprah the first thing she wants to do when she leaves White House is go to Target and admits her husband is 'swagalicious'**



**EXCLUSIVE: Real Housewives of Beverly Hills' Kim Richard slams childhood friend who's demanded more money after the star's pit bull 'viciously' attacked her**

**Ashley Tisdale displays her slim figure in a slinky black jumpsuit as she and husband Christopher French enjoy date night at the Chateau Marmont**

**Bogged down in Brooklyn! Girls star Lena Dunham carries bag, heels and orange juice as she steps out in summery blue dress** Didn't seem fazed



**LeAnn Rimes blends**

Her memory of Prince Andrew plays heavily on her mind.

'A lot of powerful men were part of Jeffrey's scene, but I specifically remember Andrew,' she says.

But she says it is now time 'to fight', adding: 'When I think of what he and these other men did, it breaks my heart. I am going to name every guy who deserves to be named when I go to court.'

And yesterday she said she was being 'unjustly victimised again' after her account was called into question. 'These types of aggressive attacks on me are exactly the reason why sexual abuse victims typically remain silent and the reason why I did for a long time,' she says. 'That trend should change. I'm not going to be bullied back into silence.'

Epstein's lawyer Jack Goldberg said the allegations were old and salacious and had been consistently proven to have no merit.

Ghislaine Maxwell was not available for comment but has previously branded all claims against her as 'untrue' and 'obvious lies'.



Miss Roberts claims that her first tryst with the then 41-year-old Prince allegedly took place later at the London townhouse of Ghislaine Maxwell, pictured



summer style with biker chic as she wows in billowing yellow skirt and leather jacket during London trip
Fashion with an edge



'Recipes everyone can enjoy': Oprah Winfrey reveals that she is releasing her own cookbook next year
Due to be published in January



Miley Cyrus rocks engagement ring alongside Liam Hemsworth for dinner date at Soho House in NYC
$100K sparkler



Princess pals! Victoria of Sweden and her son's godmother Mette-Marit of Norway enjoy a day out at a Stockholm food festival
They are close friends



Date night! Cameron Diaz and Benji Madden look relaxed as they grab sushi in LA
The actress and bestselling author dressed low-key



'Game of Thrones' Gwendoline Christie leaves her armour at home as the star showcases her chic summer style while out and about in Hollywood



Penny Lancaster, 45, exudes glamour in a cream lace dress that shows off her tanned legs as she joins dapper husband Rod Stewart, 77, at Royal Ascot



Ready for summer! Alessandra Ambrosio shows off naked shoulders in pulled-down top as she stuns in white ensemble while strolling in LA

What Zack Morris from Saved By The Bell looks like NOW - complete with a bushy beard and dark hair as the Nineties heartthrob prepares to make a comeback

Michael Douglas greets wife Catherine Zeta-Jones with a kiss as their children Dylan and Carys look on at JFK Airport

# THOSE INCENDIARY CLAIMS

■ The following are edited extracts of two interviews given by Virginia Roberts to the MoS in which she claims she met the Prince at Ghislaine Maxwell's London flat and two of Epstein's foreign properties

## THE LONDON ENCOUNTER

We went on to Tramp. He was the most hideous dancer I have ever seen. He was grabbing my hips and he was pouring with perspiration and he had this cheesy smile. After about half an hour we drove back to Ghislaine's. All of us went upstairs. Ghislaine and Jeffrey left us after that. In the morning, Ghislaine said: 'You did well, he had fun.'

## THE NEW YORK ENCOUNTER

Andrew was smiling ear-to-ear. A beautiful girl called Johanna Sjoberg... was sitting on Andrew's knee. Ghislaine guided me over to Andrew... we kissed each other on the cheek and Ghislaine placed me on his other knee. Ghislaine said: 'You should take him upstairs for a massage.' I took him upstairs to the Dungeon. Someone had put classical music on the speaker system. He lay face down on the table. I started with his feet, then his calves.

## THE CARIBBEAN ENCOUNTER

I flew there with Jeffrey and Ghislaine and seven Russian girls. We were told to assemble in a big cabana. When I walked in Andrew and Jeffrey were seated in chairs. Jeffrey directed us with hand gestures. Jeffrey and the Prince were laughing.

© OS


THE PRINCE, THE 'SEX SLAVE', AND THE 'MADAME' – GHISLAINE MAXWELL
MICHAEL THOMAS / SPLASH NEWS / REDUX / EYEVINE


JEFFREY EPSTEIN'S MANHATTAN MANSION...


...AND HIS VIRGIN ISLANDS HIDEAWAY  +9

Share or comment on this article

**4k** shares

Sponsored Links by Taboola


What Marcia Brady Looks


This Stock Is Eerily Similar to


A Dying Street Dog's Life Was



Leonardo DiCaprio's rumoured new flame Nina Agdal looks lithe in a polka dot summer dress as she gets back into a routine after Montauk break with star


Abs-olute perfection! Julianne Hough reveals her toned midriff in sports bra and very tight leggings for gym session
Showing off her abs


Led Zeppelin duo in court to face man accusing them of ripping off Stairway to Heaven
Jimmy Page and Robert Plant face claims they copied a guitar riff



'No one should be bullied for their sexuality': Prince William speaks out over gay bashing as he becomes first royal to be Attitude's cover star


Ab-solutely gorgeous! Charlotte McKinney flashes toned tummy in daring crop top and jeans at store opening in West Hollywood
Top swimsuit model


Below Deck star Kate Chastain 'booked for biting and choking her girlfriend' in Florida
The 33-year-old reality star reportedly posted a $5,000 bond


The Prince and the showgirls: He's been spotted canoodling with pop star Ellie Goulding - just one of nine showbiz hotties to catch Harry's eyes


Party of three! Terry Richardson and his girlfriend Alexandra Bolotow leave one of their twin sons at home as they go for a grocery run in New York City

Having a whale of a time! Christina Hendricks enjoys a action-packed day at Disneyland with husband Geoffrey Arend
Was all about the fun

Ladies (and a Count) who lunch! Kate Moss oozes indie cool as she joins Naomi Campbell and beau Nikolai von