# EXHIBIT 6



**CHER    O.J. SIMPSON**

SUBSCRIBE

# WORLD EXCLUSIVE: PRINCE ANDREW TEEN 'SEX SLAVE' TELLS ALL



By dsiegel
Jan 6, 2015 @ 3:05AM

0

0

SHARE



Elegant Rock Brazilian Panties
$22.00

The British Monarchy is facing new humiliation as the fetish secrets of Prince Andrew are laid embarrassingly bare.



**CHER     O.J. SIMPSON**

**SUBSCRIBE**

A Florida lawsuit this week named the woman "Jane Doe 3," but The National ENQUIRER has identified the woman as Virginia Roberts.

In interviews with The ENQUIRER's Investigative Editor Sharon Churcher, published here for the first time, Virginia claimed billionaire Jeffrey Epstein paid her after her trysts with Queen Elizabeth's son.

"I was a pedophile's top girl," she said of Epstein, a registered sex offender.

"He was addicted to sex, and he started to ask me to 'entertain' his friends.

"He didn't spell out what I had to do with them. He didn't have to. He'd trained me up to do whatever a man wanted."

Virginia claimed that in 2001, when she was 17, Epstein escorted her to the home of socialite Ghislaine Maxwell, where she was introduced to the heir to the throne.

"Ghislaine played one of her favorite guessing games," Virginia recalled.

"She asked Andrew how old he thought I was. He guessed 17. They all kind of laughed about it and Ghislaine made a joke that I was getting 'too old' for Jeffrey."

Later, she was driven to dinner and a club with him.

"He got me a cocktail from the bar and then asked me to dance," she recounted.

"He was groping me. He touched my breasts. He touched my a**.

"He was not my type but I'd been trained not only to not show my emotions but to do what (was) wanted.



CHER    O.J. SIMPSON

SUBSCRIBE

They returned to Ghislaine's home, where Queen Elizabeth's second son undressed and got into a bathtub, she said.

"He started licking my toes, between my toes, the arches of my feet," Virginia said.

"And we went into the bedroom and he proceeded to make love to me, so to speak. He wasn't rude. It wasn't like rape. But it wasn't like love, either.

"It was more like, 'I'm getting my business done.' I'm pretty sure he didn't use a condom. None of the men ever did.

"Jeffrey knew I was on the pill. In the morning, Ghislaine said, 'You did well. He had fun.'"

Buckingham Palace has hotly denied the allegations.

"This relates to long-running and ongoing civil proceedings in the U.S. to which the Duke of York is not a party," a royal spokesman said in a statement on Friday.

"As such we would not comment on the detail. However, for the avoidance of doubt, any suggestion of impropriety with underage minors is categorically untrue."

A source close to Andrew also said: "It is emphatically denied that The Duke of York had any form of sexual contact or relationship with Virginia Roberts.

"Any claim to the contrary is false and without foundation," the insider added.

But according to Virginia, she was also summoned to Epstein's Manhattan mansion in 2001 and told to escort Andrew to a dungeon-like room used for "erotic massages," where they had sex on a massage table.

Her third and final sexual encounter with Andrew came during an orgy on a private Caribbean



**CHER**    **O.J. SIMPSON**

and touching and to use (sex toys) or ~~SUBSCRIBE~~ recall

"Jeffrey and the Prince were laughing and then they stripped and I performed a sex act on Andrew.

"There was a dinner the next day and then Andrew was gone."

**YOU MAY LIKE**      Sponsored Links by Taboola

**28 Awkward Child Stars That Are Now Crazy Hot**
Viral Piranha

**21 Stars of the 60's You Need To See Today**
ItsTheVibe

**Cyber Blowout. KitchenAid Mixers Going for Next to Nothing**
QuiBids

**Start Eating Them And See Your Belly Shrinking**
Fitness Daily

**New York: A No Interest Credit Card Is a Great Way to Pay Off Debt**
NerdWallet

**Single and over 50 in New York?**
OurTime.com

**You're In For A Big Surprise in 2016 If You Own A Home in NEW YORK**
Comparisons.org Quotes



**CHER    O.J. SIMPSON**

**SUBSCRIBE**

Photoshop Experiment Shows Every Country Has A Different Standard of Beauty
Daily Bananas

5 Signs You're Drinking Too Much Alcohol
About.com Health

## FROM THE WEB

Sponsored Links by Taboola

- 28 Awkward Child Stars That Are Now Crazy Hot (Viral Piranha)
- 21 Stars of the 60's You Need To See Today (ItsTheVibe)
- Cyber Blowout. KitchenAid Mixers Going for Next to Nothing (QuiBids)
- 30 Terrifying Trails (Active Junky)
- Start Eating Them And See Your Belly Shrinking (Fitness Daily)
- Single and over 50 in New York? (OurTime.com)
- You're In For A Big Surprise in 2016 If You Own A Home in NEW YORK (Comparisons.org Quotes)
- 10 Online Dating Sites that Really Work in New York (Top 10 Online Dating Sites)
- Photoshop Experiment Shows Every Country Has A Different Standard of Beauty (Daily Bananas)
- 5 Signs You're Drinking Too Much Alcohol (About.com Health)



**CHER**    **O.J. SIMPSON**

**SUBSCRIBE**

Write a comment

0 Comments    Subscribe   RSS

© 2016 National Enquirer, LLC    Powered by BS

Advertisers    Privacy Policy    Terms of Use