# EXHIBIT 7



**WORLD EXCLUSIVE**

# 'He Was Caressing Every Part Of My Naked Body And Filling My Head With Endless Compliments About My Blossoming Figure': Diary Entries Of 'Teen Sex Slave' Detail Sordid Hook-Up With Prince Andrew — In Her Own Handwriting

 By Sharon Churcher
Posted on Jan 13, 2015 @ 11:00AM



Radar Online, Splash News, AP

The never-before-seen diary of a teenage "sex slave" spells out the "fearful" moment when she was coldly ordered to allow Britain's **Prince Andrew** to have sex with her.

In a bombshell world exclusive, RadarOnline.com has exclusively obtained the secret journal of the then 17-year-old employed to have sex with billionaire pedophile **Jeffrey Epstein** and his rich and powerful pals — and it's packed with scandalous claims about her illicit trysts, including with Andrew, the fifth in line to the British throne.

In 24 jaw-dropping pages, **Virginia Roberts** details the whirlwind 2001 sex trip she took with Epstein, and she dishes the dirt on how her master passed her off for a night of sordid sex with the British royal.

**PHOTOS: Shocking Scandals Of The Royal Family**

Epstein and his right-hand woman, **Ghislaine Maxwell**, who had allegedly fooled Roberts' parents into believing she was training with them to become a professional masseuse, helped their underage plaything get a passport for the sick vacation.

"I was heading over to my first overseas trip to Europe, 1st stop off Paris, France," the excited teen wrote.

Once abroad, Roberts' daily list of chores included "massages, sex, and even dressing [Epstein]."

**PHOTOS: The Royal Family Revealed: Secrets William, Kate & Harry Don't Want You To Know**

Radar can also reveal that another important duty called for Roberts to score new sex slaves for her boss, just as she was required to do in the United States. "I would offer [girls] money to come meet my gentlemen friend and tell them I'd show them how to massage," wrote Roberts.

"I never brought back a girl that ever said no, or didn't want to participate in an erotic massage."



From Paris, Roberts traveled to Spain, Morocco and, finally, England. That first night in London, she stayed with her "madam," Maxwell, who had reportedly recruited her at age 15 to be the "top girl" in Epstein's twisted harem.

**PHOTOS: 25 Moments That Shocked & Rocked 2014**

"The next morning, Ghislaine, chirpy, came into my room," Roberts chronicled in her diary.

"She sat down next to me, as I was just starting to uncover the sheets and told me told me excitedly we were going shopping because I needed a new dress I could wear to dance with a prince. 'Wow, what?' were the first words that popped into my head, not knowing that meant using my body as entertainment for another rich pedophile, or worst, being convinced it was exciting."



Roberts, feeling insecure, revealed that Epstein and his sick pals could make her feel special, yet terrible at the same time.

**PHOTOS: 40 Of The Biggest Secrets & Scandals Of 2014!**

"But the way these men adored me, and many others like me, kind of made us feel like we weren't so awkward after all. That was the nice side to these predators, the other side was learning to accept money to degrade ourselves morally [and] end up another lost girl down a chain of statutory rape victims."



But Maxwell didn't seem to care about anything but pleasing Epstein — and Prince Andrew. So she accompanied Roberts to buy everything from expensive dresses and embroidered jeans to makeup and perfume.

After Roberts had showered and got ready in her new clothes, "Ghislaine made it very apparent I needed to be very bubbly and energetic for our special guest tonight as she told me he was expecting me and needed to be royally entertained…we were expecting his royal highness, Prince Andrew."

Like clockwork, the guest of honor knocked at the door just after 6 p.m., and Maxwell ushered him inside.

**PHOTOS: The Top 30 Celebrity Fights & Feuds Of 2014**

"They spoke kindly of his daughters … [and] the conversation turned to me next, starting with Ghislaine playing the 'guess my age' game, which was one of her favorite's among her morally impaired friends," sniped Roberts.

"He guessed 17 and Ghislaine chuckled, 'She'll be too old soon,' and told him I was really only 16."

From there the group headed to dinner, where "the Prince's attention towards me amplified… making eye contact at every given chance and concentrating at my plunging V-neck top," Roberts recounted.

**PHOTOS: Cheating, Gay Lovers, Incest, Drugs & Lip Synching! 50 Of Hollywood's Juiciest Confessions**

The titillated Prince later took the teen to Club Tramp, where he grabbed them both an "alcoholic cocktail," she wrote in the diary obtained by Radar.

"He was the most incredibly hideous dancer I had ever seen and not to mention how embarrassing it was to have to be the one he was smashing pelvics with, even if he was a prince."



"We only stayed at the club for a little over an hour before his highness was dripping from sweat and ready to embark to another quieter setting, where we could get to know each other better, and from the way he was fondling me on the dance floor, I knew that was a man's polite way of saying he wanted to intimately get acquainted."

> was a prince'. We only stayed at the club for a little over an hour before his highness was dripping from sweat and ready to embark to another quieter setting, where we could get to know eachother better, and from the way he was fondling me on the dance floor, I knew that was a man's polite way of saying he wanted to intimately get acquainted.

The randy royal and his young prey soon headed to Maxwell's private townhouse to get down to business, she recalled.

"I led him into the upstairs bathroom next to the room I was staying in," revealed Roberts.

"I was doing my best trying to put on a good show for him by slowly undressing and started to pour a bath. The room quickly filled with steam from the hot water as I turned to Andrew and began to kiss his neck and undress him.

**PHOTOS: On The Kourt Docket: 17 Times The Kardashians Were Sued**

"He was caressing every part of my naked body and filling my head with endless compliments about my blossoming figure."

> Seperate directions. I led him into the upstairs bathroom next to the room I was staying in. I was doing my best trying to put on a good show for him by slowly undressing and started to pour a bath. The room quickly filled with steam from the hot water as I turned to Andrew and began to kiss his neck and undress him. He was caressing every part of my naked body and filling my head with endless compliments about my blossoming figure.

In the bath, the two "continued with back and forth foreplay, touching, kissing, and him even licking my toes. 'I love your feet,' he whispered, 'they are so irresistible,'" Roberts recalled the Prince saying.

"That was definitely a 1st for me, but I went with it all, fearful of letting down the Prince and in turn Jeffrey and Ghislaine."

> I had poured in. We continued with back and forth foreplay, touching, kissing, and him even licking my toes. I love your feet he whispered, they are so irresistable. That was defenitley a 1st for me, but I went with it all, fearful of letting down the Prince and in turn Jeffrey and Ghislane.

Once the foreplay was over, the two had sex, she claimed.

"The entire affair was short-lived, when his climax was achieved he was not the same attentive guy I had know for the last few hours," Roberts detailed. "Instead, [he] quickly got dressed, said his goodbyes and slipped out of my bedroom to the driver still waiting for him outside."

Andrew, son of **Queen Elizabeth II** and a brother of **Prince Charles**, has labeled accusations that he slept with Roberts — claims resurfaced in a federal court filing in early January — as "categorically untrue."

"It is emphatically denied that HRH The Duke of York had any form of sexual contact or relationship with Virginia Roberts. The allegations made are false and without any foundation," a palace spokesman has said.

Maxwell and Epstein have also dismissed the allegations, with the investment banker declaring: "These are stale, rehashed allegations that lawyers are now attempting to repackage and spice up by adding the names of prominent people," said Epstein's attorney, **Jack Goldberger**.

**PHOTOS: See How Fame — And Plastic Surgery — Transformed Kris & Bruce Jenner Over 22 Years Of Marriage Before Divorce**

"The allegations, which are outlandish on their face and discredited by the evidence, were made in a civil case in which Mr. Epstein is not a party."

*Keep checking RadarOnline.com for more explosive revelations from the secret private diary of Epstein's "sex slave."*

Jeffrey Epstein     Prince Andrew

---

**YOU MAY LIKE**                                                                 Sponsored Links by Taboola

**Are You Ignoring This Once-A-Year Stock Buy Signal?**
The Motley Fool

**Former Congressman: Financial Martial Law Is Coming**
Stansberry Research

**Here's What Happened When I Tried Dollar Shave Club**
Dollar Shave Club

**21 Duggar Family Secrets That Will Send Chills Down Your Spine!**
Womens Forum

**Free Guide: From Intern to Employee - How to Invest in Next Gen Talent**
Yello

**How To Fix Your Fatigue And Get More Energy**

ONLINE    **RICHARD SIMMONS SEX CHANGE    JOE GIUDICE PRISON UPDATE**                    **EMAIL US A TIP**