# EXHIBIT 8



RICHARD SIMMONS SEX CHANGE     JOE GIUDICE PRISON UPDATE                    EMAIL US A TIP

### EXCLUSIVE

# Bill Accused! Jeffrey Epstein 'Sex Slave' Demands 'Criminal Charges' Against Clinton, Dershowitz, & Prince Andrew — Explosive New Affidavit

2K

66
SHARE

By Sharon Churcher
Posted on Jan 21, 2015 @ 13:18PM



AP, Splash

An explosive new development in the ongoing royal sex scandal could torpedo **Hillary Clinton**'s White House run once and for all: RadarOnline.com has obtained a 15-page affidavit from former "sex slave" **Virginia Roberts**, in which she instructs a top legal team to seek criminal charges against **Prince Andrew**, **Alan Dershowitz**, and other high-powered pals of billionaire pedophile **Jeffrey Epstein** — including, potentially, **Bill Clinton**!

In her affidavit, Roberts clearly refers to Dershowitz, Prince Andrew, and Clinton, and reveals that she has instructed her lawyers — who include former federal judge, **Paul Cassell**, and victims' rights expert **Bradley Edwards** — to bring the men to justice.

"I have directed my attorneys … to pursue all reasonable and legitimate means to have **criminal charges brought against**

6/10/2016 Bill Clinton Sex Scandal: Prince Andrew's Alleged Sex Slave Claims She Met Former President In New Court Documents | Radar Online

Case 1:15-cv-07433-LAP Document 216-8 Filed 06/15/16 Page 3 of 4

RICHARD SIMMONS SEX CHANGE    JOE GIUDICE PRISON UPDATE    EMAIL US A TIP

wrong."

**READ The Bombshell Court Documents**

Roberts declared, "I will cooperate fully in the investigation and prosecution of Epstein, **[Ghislaine] Maxwell**, or any of their friends who participated in the sexual abuse of minors."

Roberts — named as Jane Doe #3 in the documents — has accused Prince Andrew of **having sex with her** "three times, including an orgy" when she was under the U.S. federal age of majority of 18. According to the affidavit, she was paid $15,000 for their first alleged encounter, in the U.K., and $400 for a subsequent **alleged sex session** at Epstein's NYC mansion. A third encounter, she claimed, happened on Epstein's tropical orgy island, where the two had sex with "approximately eight other girls," according to the affidavit.

She also alleged that renowned attorney and former Harvard Law professor Alan Dershowitz had underage sex with her six times. According to documents filed by her attorneys, he had a "conspiracy with Epstein to engage in and conceal sex trafficking," a claim Dershowitz hotly denies.

**PHOTOS: Pervy Politicos? 30 Elected Officials Who Got Caught Up in X-Rated Scandals**

Dershowitz "was around Epstein all the time," Roberts alleged in the affidavit. "Dershowitz was so comfortable with the sex that was going on that he would even come and chat with Epstein while **I was giving oral sex to Epstein**. I had sexual intercourse with Dershowitz at least six times. The first was when I was 16 … and it continued until I was 19."

As for Clinton, Roberts claims she met him at a U.S. Virgin Islands estate owned by Epstein, who allegedly hired her as his top sex slave when she was just 15. Although she did not have sex with the former president, and never saw him engage in sex with anyone, according to the affidavit, the island was allegedly rife with illegal sexual acts and plastered with pornographic photos of her and other alleged teen victims.

A legal expert told Radar, "If Clinton flew to an island where minors were being sexually molested, and did not report this to the authorities, he could have committed a criminal offense."

**PHOTOS: Other Women: The 9 Most Infamous Celebrity Mistresses Revealed!**

"The next logical step will be for her legal team to go to the FBI and file charges," said a source familiar with the case. "Because she was flown across state lines and to London for sex, Homeland Security may have jurisdiction."

Epstein and his potential co-conspirators were granted immunity from prosecution for various federal offenses, including sex trafficking, in a highly controversial immunity agreement. But former federal prosecutor **Robert Y. Lewis** contends that if Roberts decides to press criminal charges the agreement may not stand.

"The immunity was granted by the U.S. Attorney for one district in Florida," he told Radar. "As a general matter, a U.S. Attorney in one district is not able to bind U.S. Attorneys in other districts."

**PHOTOS: The Heat Is On: Bill Cosby Accuser Chloe Goins At Police Station To File Charges Over Playboy Mansion Episode**

Prince Andrew and Dershowitz, meanwhile, have both categorically denied having sex with Roberts. Dershowitz also spoke on behalf of Clinton, insisting he never "set foot" on the island of sin.

"I never met this woman. I never touched her. I was never massaged by her. There was no contact," Dershowitz insisted, calling her a "serial liar, serial prostitute." But her lawyers insisted in the new court documents that "Dershowitz's name

Case 1:15-cv-07433-LAP Document 316-8 Filed 06/15/16 Page 4 of 4

6/10/2016 Bill Clinton Sex Scandal - Prince Andrew's Alleged Sex Slave Claims She Met Former President In New Court Documents | Radar Online

RICHARD SIMMONS SEX CHANGE    JOE GIUDICE PRISON UPDATE    EMAIL US A TIP

Meanwhile, royal reps for Prince Andrew said, "It is emphatically denied that HRH The Duke of York had any form of sexual contact or relationship with Virginia Roberts. The allegations made are false and without any foundation."

**PHOTOS: 'Cosby' Actress Secretly Told Cops About Unwanted 'Sexual Contact' With Bill — Read The Shocking Police Report**

That denial is "false and hurtful to me," Roberts said in the affidavit. "I did have sexual contact with him as I have described here, under oath … I hope my attorneys can interview Prince Andrew under oath about the contacts and that he will tell the truth."

"Her allegations against Prince Andrew are strongly corroborated," her attorneys claimed in newly filed court documents. "For example, while Buckingham Palace has recently denied that Prince Andrew had sexual contact with [Roberts], it has not attempted to explain what led to the prince having his picture taken with his arm around a 17-year-old American girl at night in London in an intimate setting in a private residence."

*Story developing.*

Bill Clinton    Jeffrey Epstein    Prince Andrew

**YOU MAY LIKE**                                             Sponsored Links by Taboola

**5 Signs You're Drinking Too Much Alcohol**
About.com Health

**How To Fix Your Fatigue And Get More Energy**
Gundry MD

**"Shark Tank" Star Reveals Brilliant Mortgage Payoff Tip**
The Easy Loan Site

**Oprah Surprisingly Says Goodbye To Her Neighbor Ellen Degeneres**
Lonny

**The 15 Greatest Films of All Time According to 358 Directors**
LifehackLane

**Did the Government Just Declare War on Cash?**
Bonner & Partners

**FROM THE WEB**                                             Promoted Links by Taboola

- **How To Fix Your Fatigue And Get More Energy**  (Gundry MD)
- **"Shark Tank" Star Reveals Brilliant Mortgage Payoff Tip**
  (The Easy Loan Site)