UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Virginia Giuffre
     Plaintiff,

-against-

Ghislaine Maxwell Defendant.

15 cv 07433 ( RWS )

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I __Gregory L. Poe__, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __Non-party Jeffrey Epstein__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __the District of Columbia__ and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:

Respectfully Submitted,

_[signature]_

Applicant Signature

Applicant's Name: Gregory L. Poe
Firm Name: Law Offices of Gregory L. Poe PLLC
Address: 1030 15th St., NW, Suite 580W
City / State / Zip: Washington, DC 20005
Telephone / Fax: 202-583-2500
E-Mail: gpoe@gpoelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on this 16th day of June, 2016, I caused a true and correct copy of Gregory L. Poe's Motion for Admission *Pro Hac Vice* and supporting documents to be served via the Court's CM/ECF system on the following:

Sigrid S. McCawley
Meridith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Laura A. Menninger
Jeffrey S. Pagliuca
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue Denver, CO 80203
Phone:   303.831.7364
Fax:     303.832.2628
lmenninger@hmflaw.com

                                             /s/ Rachel S. Li Wai Suen
                                            Rachel S. Li Wai Suen