

# District of Columbia Court of Appeals
## Committee on Unauthorized Practice of Law
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2777

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## GREGORY L. POE

was on **DECEMBER 10, 1990** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **June 13, 2016**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk