UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Virginia Giuffre
          Plaintiff,

-against-

Ghislaine Maxwell   Defendant.

15 cv 07433 ( RWS)

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of __Gregory L. Poe__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __the District of Columbia__; and that his/her contact information is as follows (please print):

Applicant's Name: __Gregory L. Poe__
Firm Name: __Law Offices of Gregory L. Poe PLLC__
Address: __1030 15th St. NW, Suite 580W__
City / State / Zip: __Washington, DC 20005__
Telephone / Fax: __202-583-2500__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Non-party Jeffrey Epstein__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
United States District / Magistrate Judge