AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Virginia Giuffre | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   15-cv-07433-RWS |
| Ghislaine Maxwell | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Jeffrey Epstein

Date:    06/16/2016

*Attorney's signature*

Rachel Li Wai Suen (RS-1145)
*Printed name and bar number*

Law Offices of Gregory L. Poe PLLC
1030 15th St., NW, Suite 580W
Washington, DC 20005

*Address*

rliwaisuen@gpoelaw.com
*E-mail address*

(202) 583-2500
*Telephone number*

(202) 583-0565
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 16th day of June, 2016, I caused a true and correct copy of Rachel S. Li Wai Suen's Appearance of Counsel form to be served via the Court's CM/ECF system on the following:

Sigrid S. McCawley
Meridith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Laura A. Menninger
Jeffrey S. Pagliuca
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue Denver, CO 80203
Phone:   303.831.7364
Fax:       303.832.2628
lmenninger@hmflaw.com

   /s/ Rachel S. Li Wai Suen\_\_\_\_
Rachel S. Li Wai Suen