# EXHIBIT 3

-----Original Message-----
From: Martin Weinberg
Sent: Monday, April 11, 2016 8:45 AM
To: Sigrid McCawley
Cc: Martin Weinberg
Subject: Giuffre v maxwell

Sigrid, if you will agree to schedule the depo near his Virgin Island residence for a mutually agreeable date in June I can accept service so long as it is further agreed that the acceptance of service is subject to a reservation of rights to make any and all objections to the taking/scope of the deposition. Let me know. Available to discuss at 6179013472. Marty

Sent from my iPhone=

1