# EXHIBIT 4

-----Original Message-----
From: Martin G. Weinberg
Sent: Wednesday, May 25, 2016 2:58 PM
To: Smccawley@BSFLLP.com ; owlmgw@att.net
Subject: Fw: Giuffre v maxwell

Hi Sigrid. I found the April 11 pre-court morning email, see below. As I emailed earlier, I will either be able to inform you that I can or instead that I am not authorized to accept service not later than 5-31 i.e. the day after the Memorial Day weekend. Marty

-----Original Message-----
From: Martin Weinberg
Sent: Monday, April 11, 2016 8:45 AM
To: Sigrid McCawley
Cc: Martin Weinberg
Subject: Giuffre v maxwell

Sigrid, if you will agree to schedule the depo near his Virgin Island residence for a mutually agreeable date in June I can accept service so long as it is further agreed that the acceptance of service is subject to a reservation of rights to make any and all objections to the taking/scope of the deposition. Let me know. Available to discuss at 6179013472. Marty

Sent from my iPhone=

1