# EXHIBIT 5

**From:** Meredith Schultz
**Sent:** Thursday, May 26, 2016 4:25 PM
**To:** Martin G. Weinberg ; Sigrid McCawley
**Subject:** RE: SERVICE - Epstein Deposition

OK, thanks.

Meredith L. Schultz
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Phone: 954-356-0011 ext. 4204
Fax: 954-356-0022
http://www.bsfllp.com

---

**From:** Martin G. Weinberg [mailto:owlmgw@att.net]
**Sent:** Thursday, May 26, 2016 4:24 PM
**To:** Sigrid McCawley; Meredith Schultz; owlmgw@att.net
**Subject:** Fw: SERVICE - Epstein Deposition

Ms Schultz, just wanting to be sure there are no email issues between Sigrid and myself. Below is an email sent to Sigrid shortly after noon today.
Martin Weinberg

**From:** Martin Weinberg
**Sent:** Thursday, May 26, 2016 12:11 PM
**To:** Sigrid McCawley ; Martin Weinberg
**Subject:** SERVICE - Epstein Deposition

1

Sigrid, I am authorized to accept service conditioned on the deposition being located near Mr. Epstein's Virgin Island residence which you indicated in your email of May 25 was acceptable to you, on a date and location (close to but not at the residence) that would be agreeable to all parties, and on Mr. Epstein's reservation of all rights to contest the breadth of the subpoena and whether a deposition should be required at all given his articulated and principled intention to assert the Fifth Amendment in response to questions addressing the subject matter of the Giuffre v Maxwell lawsuit. Let me know if this resolves the service issue and if so a good time to discuss or exchange emails on dates and other specifics.
  Marty
Martin G. Weinberg, Esq.
20 Park Plaza
Suite 1000
Boston, MA 02116
(617) 227-3700 - Office
(617) 901-3472 - Cell

==================================This Electronic Message contains information from the Law Office of Martin G. Weinberg, P.C., and may be privileged. The information is intended for the use of the addressee only. If you are not the addressee, please note that any disclosure, copying, distribution, or use of the contents of this message is prohibited.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]