# EXHIBIT 6

**From:** Martin G. Weinberg
**Sent:** Thursday, May 26, 2016 6:13 PM
**To:** Sigrid McCawley
**Cc:** lmenninger@hmflaw.com ; jpagliuca@hmflaw.com ; brad@pathtojustice.com ; cassellp@law.utah.edu ; Meredith Schultz ; owlmgw@att.net
**Subject:** Re: SERVICE - Epstein Deposition

Hi Sigrid. Mr. Epstein is in agreement to proceed with a VI deposition and to accept service for that deposition. I understand the issue expressed below and will promptly communicate with Ms Maxwell's counsel in order to determine her position.
Thanks, Marty

**From:** Sigrid McCawley
**Sent:** Thursday, May 26, 2016 5:45 PM
**To:** Martin Weinberg
**Cc:** lmenninger@hmflaw.com ; mailto:jpagliuca@hmflaw.com ; brad@pathtojustice.com ; mailto:cassellp@law.utah.edu ; Meredith Schultz
**Subject:** RE: SERVICE - Epstein Deposition

Hello Marty,

Thank you for your response regarding our subpoena to Jeffrey Epstein. You have represented that Mr. Epstein will agree to accept service of the subpoena, "reserving his rights to contest the breadth of the subpoena and whether a deposition should be required at all given his articulated and principled intention to assert the Fifth Amendment in response to questions addressing the subject matter of the Giuffre v. Maxwell lawsuit" if we can accommodate his request to have the deposition take place near Mr. Epstein's Virgin Island residence.

We can agree on behalf of Ms. Guiffre to accommodate Mr. Epstein's location request, however, in an abundance of caution so that there is no misunderstanding, I have copied

1

counsel for Ms. Maxwell for whom Mr. Epstein is in a joint defense agreement with, to confirm their agreement. If Ms. Maxwell's counsel does not agree to Mr. Epstein's deposition location request, then I will have to proceed with the Alternative Service Motion relating to Mr. Epstein that we have filed to have the Court confirm alternative service of Mr. Epstein in NY and the deposition in NY.

If you have not already done so, I ask that you please confer with your joint defense counsel and confirm with us that both Ms. Maxwell and Mr. Epstein are in agreement to proceed as you proposed with the deposition location in the Virgin Islands.

Thank you,
Sigrid

Sigrid S. McCawley
Partner
**BOIES, SCHILLER & FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Phone: 954-356-0011 ext. 4223
Fax: 954-356-0022
http://www.bsfllp.com

---

**From:** Martin Weinberg [mailto:owlmgw@att.net]
**Sent:** Thursday, May 26, 2016 12:11 PM
**To:** Sigrid McCawley; Martin Weinberg
**Subject:** SERVICE - Epstein Deposition

Sigrid, I am authorized to accept service conditioned on the deposition being located near Mr. Epstein's Virgin Island residence which you indicated in your email of May 25 was acceptable to you, on a date and location (close to but not at the residence) that would be agreeable to all parties, and on Mr. Epstein's reservation of all rights to contest the breadth of the subpoena and whether a deposition should be required at all given his articulated and principled intention to assert the Fifth Amendment in response to questions addressing the subject matter of the Giuffre v Maxwell lawsuit. Let me know if this resolves the service issue and if so a good time to discuss or exchange emails on dates and other specifics.
  Marty

2

Martin G. Weinberg, Esq.
20 Park Plaza
Suite 1000
Boston, MA 02116
(617) 227-3700 - Office
(617) 901-3472 - Cell

==================================This Electronic Message contains information from the Law Office of Martin G. Weinberg, P.C., and may be privileged. The information is intended for the use of the addressee only. If you are not the addressee, please note that any disclosure, copying, distribution, or use of the contents of this message is prohibited.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]