UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

VIRGINIA L. GIUFFRE,

        Plaintiff,

  - against -

GHISLAINE MAXWELL,

        Defendant.

------------------------------------------

15 Civ. 7433 (RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-20-16

**Sweet, D.J.**

    Jeffrey Epstein's motion to quash shall be heard at noon on Thursday June 23, 2016 in Courtroom 18C, United States Courthouse, 500 Pearl Street.

    It is so ordered.

New York, NY
June 20, 2016

                                 _____
                                 ROBERT W. SWEET
                                    U.S.D.J.