# REDACTED
# EXHIBIT B