# REDACTED
# EXHIBIT D