# United States District Court
## Southern District of New York

Virginia L. Giuffre,

        Plaintiff,           Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

        Defendant.

_____/

### PLAINTIFF, VIRGINIA GIUFFRE'S REVISED DISCLOSURE
### PURSUANT TO FED. R. CIV. P. 26

    COMES NOW the Plaintiff, Virginia L. Giuffre, by and through her undersigned counsel,

and serves this revised disclosure pursuant to Fed. R. Civ. P. 26 and states as follows:

**A.**     **Witnesses:**

    1.    Virginia L. Giuffre
        c/o Sigrid S. McCawley, Esq.
        Boies, Schiller & Flexner LLP
        401 East Las Olas Boulevard, Suite 1200
        Miami, Florida 33301
        Tel: (954) 356-0011
        Email: smccawley@bsfllp.com

        Plaintiff - information regarding Defendant, Ghislaine Maxwell's conduct that is
        the subject of this action

    2.    Ghislaine Maxwell
        c/o Laura A. Menninger, Esq.
        HADDON, MORGAN & FOREMAN, P.C.
        150 East 10th Avenue
        Denver, Colorado 80203
        Tel: (303) 831-7364
        Email: lmenninger@hmflaw.com

        Defendant in this action.

3.      Juan Alessi
        6791 Fairway Lakes Drive, Boynton Beach, FL 33472
        Telephone number unknown at this time

        May have information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.


4.      Maria Alessi
        6791 Fairway Lakes Drive, Boynton Beach, FL 33472
        Telephone number unknown at this time

        May have information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.


5.      Doug Band
        President of Teneo Holdings, 601 Lexington Avenue, 45th Floor,
        New York, NY 10022, Tel: (212) 886-1600

        Was present on flights with Jeffrey Epstein and Ghislaine Maxwell and President Clinton and may have knowledge of Jeffrey Epstein and Ghislaine Maxwell's sexual trafficking conduct and interactions with minors.


6.      Gwendolyn Beck
        P.O. Box 705, Arlington, VA 22216
        (703) 656-6007

        May have information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.


7.      Sophie Biddle
        388 W. Carmel Valley Road, Carmel Valley, CA 93924
        Tel: (310) 394-7048

        May have information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.


8.      Nadia Bjorlin
        c/o Cris Armenta, Esq.
        11900 Olympic Blvd., Suite 730, Los Angeles, CA 90064
        Tel: (310) 826-2826

Was present on flights with Jeffrey Epstein, Ghislaine Maxwell and Virginia Guiffre and may have information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

9.      Kelly Bovino
        16694 Via La Costa, Pacific Palisades, CA 90272
        Telephone number unknown at this time

May have information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

10.     Jean Luc Brunel
        c/o Joe Titone, Esq.
        621 South East 5th Street, Pompano Beach, FL 33060
        Tel: (954) 729-6490

Was present on flights with Jeffrey Epstein, Ghislaine Maxwell and Virginia Guiffre and has information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

11.     Ron Burkle
        Address unknown at this time
        Telephone number unknown at this time

Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct.

12.     Dana Burns
        Address unknown at this time.
        Telephone number unknown at this time

Worked for Ghislaine Maxwell and has information about Ghislaine Maxwell's recruiting of girls for Jeffrey Epstein.

13.     Alyson Chambers
        c/o Marshall Dore Louis, Esq.
        Sinclair, Louis & Zavertnik, P.A.
        40 N.W. 3rd Street, Suite 200, Miami, FL 33128
        Tel: (305) 374-0544

Worked for Jeffrey Epstein as a masseuse during the time that Virginia Giuffre was living and traveling with Jeffrey Epstein and Ghislaine Maxwell, and has information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct.

14.    Maximilia Cordero
       Address unknown at this time
       Telephone number unknown at this time

       May have information about Ghislaine Maxwell and Jeffrey Epstein's sexual
trafficking conduct.


15.    Valdson Cotrin
       Address unknown at this time
       Telephone number unknown at this time

       May have information about Ghislaine Maxwell and Jeffrey Epstein's sexual
trafficking conduct.


16.    Chauntae Davies
       1017 N. Spaulding Avenue, #8, West Hollywood, CA 90056
       Telephone number unknown at this time

       Was present on flights with Jeffrey Epstein, Ghislaine Maxwell and may have
information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and
interaction with underage minors.


17.    Teala Davies
       1212 N. Clark Street, Apt. #7, West Hollywood, CA 90069
       Telephone number unknown at this time

       Was present on flights with Jeffrey Epstein, Ghislaine Maxwell and may have
information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and
interaction with underage minors.


18.    Anouska DeGeorgieou
       536 N. Edinburgh Avenue, Los Angeles, CA 90048
       Telephone number unknown at this time

       May have information about Ghislaine Maxwell and Jeffrey Epstein's sexual
trafficking conduct and interaction with underage minors.


19.    Alan Dershowitz
       c/o Richard A. Simpson, Esq.
       WILEY REIN, LLP
       1776 K Street NW
       Washington, D.C. 20006
       Tel: (202) 719-7000

Has knowledge of Defendant's conduct that is the subject of this action.

20.     Ryan Dionne
        Address unknown at this time
        Telephone number unknown at this time

May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct.

21.     Eva Anderson Dubin
        1090 N. Lake Way, Palm Beach, FL 33480
        1040  5th Avenue, #15, New York, NY 10028
        Telephone number unknown at this time

Was present on flights with Jeffrey Epstein, Ghislaine Maxwell and has information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

22.     Glen Dubin
        1090 N. Lake Way, Palm Beach, FL 33480
        1040  5th Avenue, #15, New York, NY 10028
        Telephone number unknown at this time

Was present on flights with Jeffrey Epstein, Ghislaine Maxwell and has information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

23.     Prince Andrew Albert Christian Edward, Duke of York
        Buckingham Palace Rd, London SW1A 1AA
        Tel: 020 7766 7300

Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors, including Virginia Giuffre.

24.     Jeffrey Epstein
        c/o Tonja Haddad Coleman, Esq.
        315 SE 7th Street, Suite 301
        Fort Lauderdale, FL 33301
        Tel: (954) 467-1223
        and
        c/o Marty Weinberg, Esq.
        20 Park Plaza, Suite 1000, Boston, MA 02116
        Tel: (617) 227-3700

Has knowledge of Defendant's conduct that is the subject of this action and knowledge of his sexual trafficking operation and other co-conspirators.

25.     Tatiana Espinoza
        Address unknown at this time
        Telephone number unknown at this time

May have information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

26.     Frederic Fekkai
        Address unknown at this time
        Telephone number unknown at this time

Has knowledge of Defendant's conduct that is the subject of this action.

27.     Tony Figueroa
        104 Houston School Ct, Red Oak, TX 75154
        Telephone number unknown at this time

Has knowledge of Defendant's conduct that is the subject of this action.

28.     Luciano "Jojo" Fontanilla
        18 Teneyck Avenue, Valley Stream, NY 11580-4016
        917-975-4500

Jeffrey Epstein's staff member in his various homes and may have knowledge of Defendant and Jeffrey Epstein's inappropriate conduct with underage girls.

29.     Lynn Fontanilla
        18 Teneyck Avenue, Valley Stream, NY 11580-4016
        Telephone number unknown at this time

May have knowledge of Defendant's conduct that is the subject of this action.

30.     Michael Friedman
        53320 Avenida Madero, La Quinta, CA 92253
        Telephone number unknown at this time

Former house staff and may have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with minors.

31.     Rosalie Friedman
        53320 Avenida Madero, La Quinta, CA 92253
        Telephone number unknown at this time

        Former house staff and may have knowledge of Ghislaine Maxwell and Jeffrey
Epstein's sexual trafficking conduct and interaction with minors.


32.     Tiffany Kathryn Gramza
        3927 Downey Ct, Simi Valley, CA 93063-2836
        Telephone number unknown at this time

        May have information about Ghislaine Maxwell and Jeffrey Epstein's sexual
trafficking conduct and interaction with underage minors


33.     Eric Gany
        Address unknown at this time
        Telephone number unknown at this time

        May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking
conduct.


34.     Amanda Grant
        Address unknown at this time
        Telephone number unknown at this time

        May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking
conduct.


35.     Lesley Groff
        Address unknown at this time
        Telephone number unknown at this time

        May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking
conduct.


36.     Claire Hazel
        Address unknown at this time
        Telephone number unknown at this time

        Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking
conduct and interaction with underage minors

7

37.     Shelly Harrison
        Address unknown at this time
        Telephone number unknown at this time

        May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors

38.     Stephen Kaufman
        Address unknown at this time
        Telephone number unknown at this time

        Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors

39.     Sarah Kensington Vickers formerly Sarah Kellen
        50 S. Pointe Dr, Apt. 2304, Miami Beach, FL 33139
        Telephone number unknown at this time

        Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interactions with minors.

40.     Tatiana Kovylina
        1 Central Park South, #1306, New York, NY 10019-1732
        Telephone number unknown at this time

        May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors

41.     Banu Kucukkoylu
        4712 Admiralty Way, # 383, Marina Del Rey, CA 90292
        Telephone number unknown at this time

        Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors

42.     Adam Perry Lang
        Address unknown at this time
        Telephone number unknown at this time

        Traveling chef for Jeffrey Epstein and Ghislaine Maxwell and may have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

43.     Shelly Ann Lewis
        Address unknown at this time
        Telephone number unknown at this time

        May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors

44.     Michael Liffman
        Address unknown at this time
        Telephone number unknown at this time

        May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct.

45.     Peter Listerman
        Address unknown at this time
        Telephone number unknown at this time

        May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors

46.     Cindy Lopez
        Address unknown at this time
        Telephone number unknown at this time

        May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors

47.     Melinda Lutz
        Address unknown at this time
        Telephone number unknown at this time

        May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors

48.     Cheri Lynch
        Address unknown at this time
        Telephone number unknown at this time

        May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

49.    Nadia Marcinko formerly Nadia Marcinkova
       301 E. 66th Street, New York, NY 10065-6205
       Telephone number unknown at this time

       Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors

50.    Todd Meister
       101 Seminole Avenue, Palm Beach, FL 38480
       Tel: (561) 650-0083

       May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors

51.    Brahakmana Mellawa
       Address unknown at this time
       Telephone number unknown at this time

       House staff who may have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

52.    Jayarukshi Mellawa
       Address unknown at this time
       Telephone number unknown at this time

       House staff who may have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

53.    George Mitchell
       Address unknown at this time
       Telephone number unknown at this time

       Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

54.    Bill Peadon
       617 Piedmont Rd, West Palm Beach, FL 33405-1534
       Telephone number unknown at this time

       House staff that may have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

55.     Francis Peadon
        617 Piedmont Rd, West Palm Beach, FL 33405-1534
        Telephone number unknown at this time

        House staff that may have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.


56.     Tom Pritzker
        Address unknown at this time
        Telephone number unknown at this time

        Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.


57.     Louella Rabuyo
        Address unknown at this time
        Telephone unknown at this time

        House staff that may have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.


58.     Bill Richardson
        Address unknown at this time
        Telephone number unknown at this time

        Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.


59.     Rinaldo Rizzo
        Address unknown at this time
        Telephone number unknown at this time

        Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.


60.     Haley Robson
        Address unknown at this time
        Telephone number unknown at this time

        Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

61.     David Rogers
        c/o Bruce E. Reinhart, Esq.
        Tel: (561) 202-6360

        Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking
conduct and interaction with underage minors.


62.     Adriana Ross formerly Adriana Mucinska
        c/o Alan S. Ross, Esq.
        Tel: (305) 858-9550

        Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking
conduct and interaction with underage minors.


63.     Johanna Sjoberg
        c/o Marshall Dore Louis, Esq.
        40 N.W. 3rd Street, Suite 200, Miami, FL 33128
        Tel: (305) 374-0544

        Worked for Jeffrey Epstein during the time when Virginia Giuffre was living and
traveling with Jeffrey Epstein and Ghislaine Maxwell.  Johanna Sjobjerg was also present at an
occasion with Prince Andrew, Ghislaine Maxwell, and Virginia Giuffre when Ms. Giuffre was a
minor.


64.     Kelly Spamm
        Address unknown at this time
        Telephone number unknown at this time

        May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking
conduct and interaction with underage minors.


65.     Emmy Taylor
        Address unknown at this time
        Telephone number unknown at this time

        Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking
conduct and interaction with underage minors.


66.     Evelyn Valenzuela
        Address unknown at this time
        Telephone number unknown at this time

May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct.

67. Larry Visosky
c/o Bruce E. Reinhart, Esq.
Tel: (561) 202-6360
Telephone number unknown at this time

Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

68. Leslie Wexner
c/o John W. Zeiger, Esq., Zeiger, Tigges & Little LLP
41 South High Street, Suite 3500, Columbus, Ohio 43215
Tel: (614) 365-9900

Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors..

69. Igor Zinoview
Address unknown at this time
Telephone number unknown at this time

Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

70. All other then-minor girls, recruited by Ghislaine Maxwell, whose identities Ms. Giuffre will attempt to determine, with whom Defendant, Ghislaine Maxwell and Jeffrey Epstein, have engaged in sexual activity.

71. All pilots, chauffeurs, chefs, and other employees of either Defendant Maxwell or Jeffrey Epstein with knowledge of Defendant and Jeffrey Epstein's inappropriate conduct with underage girls.

72. All staff and employees at the Mar-a-Lago Club during 1999-2002.

73. All other witnesses learned through discovery process.

**B.**   **Exhibits:**

1. Palm Beach Police Department report and documents contained within Jeffrey Epstein's criminal files, attached hereto as Exhibit 1.

2.     March 10, 2011 Statement on behalf of Ghislaine Maxwell by Media agent Ross Gow, attached hereto as Exhibit 2.

3.     September 3, 2008 Victim Notification Letter, attached hereto as Exhibit 3.

4.     May 1, 2009 Complaint in Jane Doe No. 102 v. Jeffrey Epstein, CIV-09-80656, in the Southern District of Florida, attached hereto as Exhibit 4.

5.     FBI 302 Statement, attached hereto as Exhibit 5.

6.     Flight Logs, attached hereto as Composite Exhibit 6.

7.     Message Pads from Law Enforcement from trash pull of Jeffrey Epstein's Palm Beach home, attached hereto as Exhibit 7.

8.     Jeffrey Epstein's Phone Book, also referred to as his "Black Book," attached hereto as Exhibit 8.

9.     Deposition of Sarah Kellen, attached hereto as Composite Exhibit 9.

10.    Deposition Transcripts of Juan Alessi, attached hereto as Exhibit 10.

11.    Deposition Transcripts of Alfredo Rodriguez, attached hereto as Exhibit 11.

12.    January 2, 2015 Corrected Joinder Motion [DE 280] filed in the CVRA action pending in the Southern District of Florida, attached hereto as Exhibit 12. **[All paragraphs between "The Government then concealed from Jane Doe No. 3 the existence of the NPA (pg. 3) and "The Government was well aware of Jane Doe No. 3 when it was negotiating the NPA" (pg. 6) were stricken by Judge Marra.]**

13.    January 21, 2015 Declaration of Jane Doe No. 3 filed in the CVRA action pending in the Southern District of Florida, attached hereto as Exhibit 13. **[Paragraphs 4, 5, 7, 11, 13, 15, 19-53, and 59 were stricken by Judge Marra]**

14.    February 6, 2015 Declaration of Jane Doe No. 3 filed in the CVRA action pending in the Southern District of Florida, attached hereto as Exhibit 14. **[Paragraphs 7-12, 16, 39 and 49 were stricken by Judge Marra.]**

15.    November 25, 2015 Affidavit of Virginia Giuffre, filed in the *Bradley Edwards and Paul Cassell v. Alan Dershowitz* matter, pending in the Seventeenth Judicial Circuit, Broward County, Florida, attached hereto as Exhibit 15.

16.    Virginia Roberts' passport, attached hereto as Exhibit 16.

17.    Judge Thomas Lynch's January 12, 2016 Confidentiality Order regarding Virginia Giuffre's deposition, attached hereto as Exhibit 17.

18.    Documents produced and bates labelled Non-Party VR 000001 – Non-Party VR 000644, in the *Bradley Edwards and Paul Cassell v. Alan Dershowitz* matter,

pending in the Seventeenth Judicial Circuit, Broward County, Florida, attached hereto as Exhibit 18.

19.    Victims Refuse Silence Articles of Incorporation and Amendment, attached hereto as Composite Exhibit 19.

20.    Victims Refuse Silence By-laws, attached hereto as Exhibit 20.

21.    Victims Refuse Silence 2016 Annual Report, attached hereto as Exhibit 21.

22.    January 3, 2015 Daily Mail article: "Harvard Law Professor Named Alongside Prince Andrew in 'Sex Slave' Case Accuses Alleged Victim of 'Making Up Stories,'" attached hereto as Exhibit 22.

23.    January 3, 2015 Press Statement issued by Ross Gow to Express set forth in "Ghislaine Maxwell: I was not a madam for paedophile," attached as Exhibit 23.

24.    January 4, 2015 Statement by Ghislaine Maxwell to New York Daily News Reporter "Alleged Madam Accused of Supplying Prince Andrew With Underage Teen for Sex Spotted in NYC – As He's Seen Cutting Swiss Vacation Short to Face Queen," attached hereto as Exhibit 24.

25.    February 1, 2015 Mirror article: "Prince Andrew's Pal Ghislaine Maxwell May Sue Over Madam Allegations," attached hereto as Exhibit 25.

26.    September 23, 2007 Red Ice Creations Article "Prince Andrew's Friend, Ghislaine Maxwell, Some Underage Girls, and A Very Disturbing Story," attached hereto as Exhibit 26.

27.    Photographs, attached hereto as Exhibit 27.

28.    April 13, 2010 Deposition Transcript of Nadia Marcinkova, attached hereto as Exhibit 28.

C.    **Computation of damages**:

1.    Physical, psychological and psychiatric injuries and resulting medical expenses – in an amount of approximately $ 102,200 present value.

   a.    **Computation Analysis**:

      i.    Giuffre has had to receive treatment for the psychological harm as a result of Maxwell's conduct towards Giuffre.

      ii.    The average annual expenditures for mental health services for adults 18-64 in the United States is $1,751.

15

      iii.    Giuffre needs continuing care as a result of the harm she has suffered. Ms. Giuffre was born August 9, 1983 and was 31.4 years old at the beginning of 2015 when the alleged harm occurred. The average remaining life expectancy for a 31 year old female is 51.1 years.

      iv.    Based on a remaining life expectancy of 51.1 years, annual healthcare cost growth of 3.3% and a discount rate of 2.7%, the present value of expected treatment costs is $102,200 as of 1/1/2015.

    b.   **Supporting Evidence**:

      i.    Ms. Giuffre is in the process of collecting records from her physicians

      ii.    Ms. Giuffre's testimony

      iii.    Ms. Giuffre is in the process of retaining an expert to calculate damages, and will provide further information through expert disclosure.

2.    Past, present and future pain and suffering, mental anguish, humiliation, embarrassment, loss of self-esteem, loss of standing in the community, loss of dignity and invasion of privacy in her public and private life not less than $30,000,000.00.

    a.   **Computation Analysis**

      i.    Under New York law, defamation per se as alleged in this case presumes damages and special damages do not need to be plead and proven. *See Celle v. Filipino Reporter Enterprises Inc.,* 209 F.3d 163, 179 (2nd Cir. 2000) (Second Circuit holding that '[i]f a statement is defamatory per se, injury is assumed.  In such a case 'even where the plaintiff can show no actual damages at all, a plaintiff who has otherwise shown defamation may recover at least nominal damages' and  the Second Circuit also confirmed an award of punitive damages).  Ms. Giuffre has been severely damaged by the defamation of the defendant, by calling her claims of sexual abuse "obvious lies". The defamation caused Ms. Giuffre to re-live the sexual abuse she previously endured.  Ms. Giuffre has suffered and continues to suffer from the pain, mental anguish, humiliation, embarrassment, loss of self-esteem, loss of standing in the community, loss of dignity and invasion of privacy in her public and private life.  The computation of this amount is in the province of the jury but Ms. Giuffre contends, including but not limited to, awards in other similar matters, that the

amount is not less than $30,000,000.00.  Ms. Giuffre is in the process
of retaining an expert, and will provide further information through
expert disclosure.

    b.   **Supporting Evidence**

       i.   Ms. Giuffre's testimony

      ii.   Witness testimony

    iii.   Awards in similar matters

    iv.   Ms. Giuffre is in the process of retaining an expert, and will provide
further information through expert disclosure.

3.    Estimated lost income of $180,000 annually.  Present value of $3,461,000 to
$5,407,000.

    a.   **Computation Analysis**

       i.   Ms. Giuffre's estimated compensation capacity is $180,000 annually.
Ms. Giuffre was born August 9, 1983 and was 31.4 years old at the
beginning of 2015 when the alleged injury occurred.  Her expected
remaining work life based on mortality and probability of continued
work was 20.2 years.  Based on these factors, a 2% annual growth rate
and a 2.4% discount rate, the present value of lost compensation is
$3,461,000 as of 1/1/2015.

      ii.   Alternatively, if Ms. Giuffre is assumed to work until a normal
retirement age of 65, or 33.6 years from her age at the beginning of
2015, and based on an annual growth rate of 2.0% and a discount rate
of 2.7%, the present value of lost compensation is $5,407,000 as of
1/1/2015.

    b.   **Supporting Evidence**

       i.   Materials regarding compensation and work life expectancy

          1)   2010 Life Table for Females, *National Vital Statistics Report*,
November 6, 2014, U.S. Department of Health & Human
Services, Centers for Disease Control & Prevention, National
Center for Health Statistics.

2) "Calculation of Work life Expectancy Using the Life, Participation, Employment Method," Vocational Econometrics, Inc.

3) Consumer Price Index for Urban Wage Earners and Clerical Workers, United States Department of Labor, Bureau of Labor Statistics.

4) Federal Reserve Statistical Release H.15, 1/5/2015.

ii. Ms. Giuffre's testimony

iii. Ms. Giuffre is in the process of retaining a damages expert and will provide further information through expert disclosures.

4. **Punitive Damages** - to be based upon all relevant factors, including the egregious nature of Defendant, Ghislaine Maxwell's conduct and the need for a large award to punish and deter conduct in view of the vast wealth of Defendant Maxwell, in an amount not less than $50,000,000.00.

a. This calculation is in the province of the jury.

Dated March 11, 2016

Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP

By:  /s/ Sigrid McCawley
    Sigrid McCawley (Pro Hac Vice)
    Boies Schiller & Flexner LLP
    401 E. Las Olas Blvd., Suite 1200
    Ft. Lauderdale, FL 33301
    (954) 356-0011

    David Boies
    Boies Schiller & Flexner LLP
    333 Main Street
    Armonk, NY 10504

    Ellen Brockman
    Boies Schiller & Flexner LLP
    575 Lexington Ave
    New York, New York 10022
    (212) 446-2300

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the above and foregoing

Disclosure Pursuant to Fed. R. Civ. P. 26 has been provided by United States mail and electronic

mail to all counsel of record identified below, on this 11th day of March, 2016.

Laura A. Menninger, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com


By:  /s/ Sigrid McCawley
          Sigrid McCawley