# REDACTED
# EXHIBIT G