# REDACTED
# EXHIBIT I