# B O I E S ,    S C H I L L E R    &    F L E X N E R    L L P

401 EAST LAS OLAS BOULEVARD • SUITE 1200 • FORT LAUDERDALE, FL 33301-2211 • PH. 954.356.0011 • FAX 954.356.0022

Sigrid S. McCawley, Esq.
E-mail: smccawley@bsfllp.com

May 12, 2016

Via E-Mail

Laura A. Menninger, Esq.
Jeffrey Pagliuca, Esq.
Haddon, Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, Colorado 80203

Re:   *Giuffre v. Maxwell*
      Case No. 15-cv-07433-RWS

Dear Ms. Menninger:

Please find enclosed Bates-stamped GIUFFRE005370 through GIUFFRE005438, which are being produced pursuant to Defendant's Request for Production. Certain of the documents within this production have been designated as CONFIDENTIAL in accordance with the Protective Order. Please treat these documents accordingly.

If you have any questions concerning the foregoing, or if there are any issues with the media, please do not hesitate to contact me at (954) 356-0011.

Sincerely,

Sigrid S. McCawley

SSM/ep
Enclosures



GIUFFRE005370

GIUFFRE005371



GIUFFRE005372

GIUFFRE005373



GIUFFRE005374

GIUFFRE005375



GIUFFRE005376



GIUFFRE005377



GIUFFRE005378

GIUFFRE005379



GIUFFRE005380

GIUFFRE005381



GIUFFRE005382



GIUFFRE005383



GIUFFRE005384



GIUFFRE005385



GIUFFRE005386



GIUFFRE005387



GIUFFRE005388



GIUFFRE005389



GIUFFRE005390



GIUFFRE005391



GIUFFRE005392



GIUFFRE005393



GIUFFRE005394



GIUFFRE005395



GIUFFRE005396



GIUFFRE005397



GIUFFRE005398



GIUFFRE005399



GIUFFRE005400



GIUFFRE005401



GIUFFRE005402



GIUFFRE005403



GIUFFRE005404



GIUFFRE005405



GIUFFRE005406



GIUFFRE005407



GIUFFRE005408



GIUFFRE005409



GIUFFRE005410

GIUFFRE005411



GIUFFRE005412



GIUFFRE005413



GIUFFRE005414



GIUFFRE005415



GIUFFRE005416



GIUFFRE005417



GIUFFRE005418



GIUFFRE005419



GIUFFRE005420



GIUFFRE005421



GIUFFRE005422



GIUFFRE005423



GIUFFRE005424



GIUFFRE005425



GIUFFRE005426



GIUFFRE005427



GIUFFRE005428



GIUFFRE005429



GIUFFRE005430