# EXHIBIT 1

# Sigrid McCawley

**From:** Sigrid McCawley
**Sent:** Monday, March 07, 2016 2:22 PM
**To:** 'marty@martinweinberglaw.com'
**Subject:** Giuffre v. Maxwell
**Attachments:** 2015-09-21 [DE 1] Complaint.pdf

Hello Marty,

I understand that you are one of the lawyer who represent Jeffrey Epstein. My firm is representing Virginia Giuffre in her defamation action against Ghislaine Maxwell pending in federal court in New York – case number 15-cv-07433-RWS. ( If I am incorrect in my understanding that you represent Jeffrey Epstein kindly let me know.)

We would like to take the deposition of Jeffrey Epstein and want to confirm whether you will be willing to accept service of a subpoena on his behalf. Kindly let me know and we can discuss a date for the deposition.

If you have any questions, I can be reached at (954) 356-0011. I have included a copy of the complaint for your review.

Thank you,
Sigrid

Sigrid S. McCawley
Partner
**BOIES, SCHILLER & FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Phone: 954-356-0011 ext. 4223
Fax: 954-356-0022
http://www.bsfllp.com