# EXHIBIT 5 PART 1

## Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 08-CV-80119-MARRA/JOHNSON

JANE DOE NO. 2,
    Plaintiff,
vs.
JEFFREY EPSTEIN,
    Defendant.

Related Cases:
08-80232, 08-80380,08-80381,08-80994,
08-80993, 08-80811,08-80893,09-80469,
09-80591,09-80656,09-80802,09-81092.

VIDEOTAPED DEPOSITION OF JEFFREY EDWARD EPSTEIN
VOLUME I
(Pages 1 - 189)

Monday, March 8, 2010
301 Clematis Street
Suite 3000
West Palm Beach, Florida 33401
10:05 a.m. - 6:17 p.m.

Reported By:
Vicki L. Lima, Court Reporter
Notary Public, State of Florida
Universal Legal Reporting
Phone - (954) 712-2600
Job #92076-A

## Page 2

1
2    APPEARANCES:
3
4    On behalf of the Plaintiffs, Jane Doe 2 through 8:
        ADAM HOROWITZ, ESQUIRE
5        JESSICA D. ARBOUR, ESQUIRE
        MERMELSTEIN & HOROWITZ, P.A.
6        18205 Biscayne Boulevard
        Suite 2218
7        Miami, Florida 33160
8    On behalf of the Plaintiffs, Jane Doe, L.M. and E.W.:
        BRAD EDWARDS, ESQUIRE
9        FARMER, JAFFE, WEISSING,
        EDWARDS, FISTOS & LEHRMAN, P.L.
10       425 North Andrews Avenue
       Suite 2
11       Fort Lauderdale, Florida 33301
12    On behalf of the Plaintiff, Jane Doe 103:
       KATHERINE W. EZELL, ESQUIRE
13      PODHURST ORSECK
       City National Bank Building
14      25 West Flagler Street
       Suite 800
15      Miami, Florida 33130
16    On behalf of the Defendant and Witness:
17      MICHAEL J. PIKE, ESQUIRE
       BURMAN, CRITTON, LUTTIER & COLEMAN
18      303 Banyan Boulevard
       Suite 400
19      West Palm Beach, Florida 33401
20      JACK A. GOLDBERGER, ESQUIRE
       ATTERBURY, GOLDBERGER & WEISS, P.A.
21      One Clearlake Centre
       250 Australian Avenue South
22      Suite 1400
       West Palm Beach, Florida 33401
23
24    ALSO PRESENT:
25      Alex Ayala, Videographer

## Page 3

                VOLUME I
             (Pages 1 - 189)

          EXAMINATION INDEX

    JEFFREY EDWARD EPSTEIN
     DIRECT BY MR. HOROWITZ . . . . . . . 5

                - - -

    N O  E X H I B I T S  M A R K E D
                - - -

## Page 4

          P R O C E E D I N G S
               - - -

3     Videotaped deposition taken before Vicki L. Lima, Court

4    Reporter, and Notary Public in and for the State of

5    Florida at Large, in the above cause.

7     THE VIDEOGRAPHER:  We are now on the record.

8    This is the videotaped deposition of Jeffrey

9    Epstein, taken in the matter of Jane Doe Number 2

10    vs. Jeffrey Epstein, Case Number 08-CV-80119.

11     We are here at 301 Clematis Street, Suite 3000,

12    West Palm Beach, Florida 33401.  It is Monday,

13    March 8th, 2010.  The time is 10:05.  The court

14    reporter is Vicki Lima.  The videographer is Alex

15    Ayala.

16     Will counsel please introduce themselves?

17     MR. HOROWITZ:  Sure.  My name is Adam Horowitz

18    from Mermelstein & Horowitz, counsel for Plaintiffs

19    Jane Doe 2 through 8.  And just for record

20    purpOses, the deposition is taken -- being taken in

21    those cases as well.

22     MR. PIKE:  Please introduce yourself.

23     MS. ARBOUR:  Jessica Arbour, Mermelstein &

24    Horowitz.

25     MR. EDWARDS:  Brad Edwards.  I represent Jane

Page 5

1    Doe.  It's also been cross-noticed in that case as
2    well, but I think it's styled in the Jane Doe 2
3    case.
4        MS. EZELL:  Katherine Ezell.  I represent Jane
5    Doe 103.
6        MR. PIKE:  Michael Pike on behalf of Jeffrey
7    Epstein.
8        THE VIDEOGRAPHER:  Will the court reporter
9    please swear in the witness?
10       THE REPORTER:  Raise your right hand, please.
11                         - - -
12   THEREUPON:
13           JEFFREY EDWARD EPSTEIN
14   having been first duly sworn or affirmed, was examined
15   and testified as follows:
16       THE WITNESS:  Yes, ma'am.
17           DIRECT EXAMINATION
18   BY MR. HOROWITZ:
19    Q   Please tell us your full name?
20    A   Jeffrey Edward Epstein.
21    Q   And is your date of birth January 20, 1953?
22    A   Yes.
23    Q   Okay.  And I guess that makes you 57 years old
24   at the present time?
25    A   Correct.

Page 6

1    Q   And you are, sir, a registered sex offender in
2    the State of Florida?
3    A   Correct.
4    Q   Okay.  How long have you been a sex offender in
5    the State of Florida?
6        MR. PIKE:  Form.
7        THE WITNESS:  I registered on -- in, I believe,
8    '08, July of '08.
9    BY MR. HOROWITZ:
10    Q   Okay.  Are you married?
11    A   No.
12    Q   Have you ever been married?
13    A   No.
14    Q   Are you engaged?
15    A   No.
16    Q   Have you ever been engaged?
17       MR. PIKE:  Form.
18       THE WITNESS:  On advice of counsel, I'm going
19   to assert my Fifth Amendment Right as to that.
20   BY MR. HOROWITZ:
21    Q   Are you suffering from any physical illness or
22   injury today that would prevent you from sitting for a
23   full day of deposition?
24    A   No.
25    Q   Your hearing is okay?

Page 7

1    A   What's that?  Yes.
2    Q   Okay.  No back or neck pain at the present
3    time?
4    A   No.
5    Q   Do you have a girlfriend at the present time?
6        MR. PIKE:  Form.
7        THE WITNESS:  On advice of counsel, I'm going
8    to assert my Fifth Amendment Right.
9    BY MR. HOROWITZ:
10    Q   Do you have a driver's license in any state?
11    A   Yes.
12    Q   In what state?
13    A   The United States Virgin Islands.
14    Q   Okay.  How long have you had a driver's license
15   in the Virgin Islands?
16    A   I believe twelve years.
17    Q   Okay.  Have you ever had a driver's license in
18   the State of Florida?
19    A   Yes, sir.
20    Q   Okay.  And during what years did you have a
21   driver's license in the State of Florida?
22    A   I don't remember.
23    Q   Okay.  What address appears on your driver's
24   license in the Virgin Islands?
25       MR. PIKE:  Form.

Page 8

1        THE WITNESS:  I don't remember.
2    BY MR. HOROWITZ:
3    Q   Is it the address that you reside in?
4        MR. PIKE:  Form.
5        THE WITNESS:  On advice of counsel, I am going
6    to assert my Fifth Amendment Right.
7    BY MR. HOROWITZ:
8    Q   Okay.  Did you review any documents in
9    preparation for today's deposition?
10    A   No.
11    Q   Okay.  Did you meet with your attorneys
12   concerning this deposition at any time before it
13   started?
14    A   At any time I've -- over the past couple of
15   months, but not specifically with this deposition.
16    Q   Okay.  I'm asking about -- concerning this
17   deposition?
18    A   No.
19    Q   Okay.  In June of 2008, you pled guilty to two
20   felonies; is that correct?
21    A   Correct.
22    Q   Okay.  One of those felonies involved procuring
23   a person under the age of 18 for prostitution, correct?
24    A   Yes.
25    Q   You pled guilty to that charge, correct?

Page 9

1    A    That's correct.
2    Q    Okay.  And you were represented by legal
3  counsel at the time of your plea?
4    A    That's correct.
5    Q    Okay.  In that particular charge the person
6  under the age of 18 who you allegedly procured for
7  prostitution, was a female, correct?
8    A    On advice of counsel, I am going to have to
9  assert my Fifth Amendment, Sixth Amendment and
10  Fourteenth Amendment Right.
11    Q    In June of 2008, you also pled guilty to a
12  felony charge of solicitation of a prostitute, correct?
13    A    No, solicitation of prostitution, correct.
14    Q    Okay.  And to make sure we're on the same page,
15  in June of 2008, you pled guilty to a felony of
16  solicitation of prostitution, correct?
17    A    Yes.
18    Q    Okay.  And you were represented by counsel at
19  the time of that guilty plea as well?
20    A    Yes, sir.
21    Q    Okay.  And you were sentenced in Palm Beach
22  County for both of those felonies, correct?
23    A    That's correct.
24    Q    Okay.  You actually served your time in Palm
25  Beach County?

Page 10

1    A    That's correct.
2    Q    Okay.  And at the time of your sentence, did
3  the Judge advise you as to what your sentence would be?
4    A    I believe so.
5    Q    You were there when the Judge entered the
6  sentence?
7        MR. PIKE:  Form.
8        THE WITNESS:  Yes.
9  BY MR. HOROWITZ:
10    Q    Okay.  Your sentence included jail time; is
11  that right?
12    A    That's correct.
13    Q    Okay.  And the sentence you received was twelve
14  months, followed by six months; is that correct?
15    A    I believe so.
16    Q    Uh-huh.  And was it at -- part of that
17  sentence, that you were designated as a sex offender?
18        MR. PIKE:  Form.
19        THE WITNESS:  As a result of that sentence.
20  BY MR. HOROWITZ:
21    Q    You were designated as a sex offender?
22    A    That's correct.
23    Q    Okay.  So that would have been that June/July
24  2008 time frame?
25    A    I believe so.

Page 11

1    Q    Okay.  Do you register your home address as
2  part of your sex offender designation?
3        MR. PIKE:  Form.
4        THE WITNESS:  I believe so.
5  BY MR. HOROWITZ:
6    Q    Okay.  What address do you provide as your home
7  address as part of your sex offender registration?
8        MR. PIKE:  Form.
9        THE WITNESS:  On advice of counsel, I will have
10  to assert my Fifth Amendment, Sixth Amendment and
11  Fourteenth Amendment Right.
12  BY MR. HOROWITZ:
13    Q    Okay.  Do you tell the State of Florida where
14  you live as part of your sex offender registration?
15    A    Do I tell the State of Florida?
16    Q    Any department within the State of Florida
17  where you live as part of your sex offender
18  registration?
19    A    I believe so.
20    Q    What address do you tell them that you live in?
21        MR. PIKE:  Form, same objection.
22        THE WITNESS:  And I am going to assert my Fifth
23  Amendment, Sixth Amendment and Fourteenth Amendment
24  Rights.
25  BY MR. HOROWITZ:

Page 12

1    Q    Do you tell any departments of the State of
2  Florida what vessels or vehicles you own as part of your
3  sex offender registration?
4    A    My sex offender registration will speak for
5  itself, but I believe so.  I don't remember.
6    Q    Okay.  What vehicles or vessels do you inform
7  the State of Florida that you own or have an interest in
8  as part of your sex offender registry?
9        MR. PIKE:  Form, same objection.
10        THE WITNESS:  I don't recall.
11        THE REPORTER:  What did you say?
12        THE WITNESS:  I don't recall.
13  BY MR. HOROWITZ:
14    Q    If you know, are there locations that you
15  cannot live in because of your status as a sex
16  offender?
17    A    I believe I --
18        MR. PIKE:  Form.
19        THE WITNESS:  -- I believe I can live in any
20  location.
21  BY MR. HOROWITZ:
22    Q    Any location?
23    A    Yes, sir.
24    Q    If you know, are there places you cannot work
25  because of your status as a sex offender?

3  (Pages 9 to 12)

Page 13

```
1         MR. PIKE:  Form.
2         THE WITNESS:  I don't believe so.
3    BY MR. HOROWITZ:
4         Q   If you know, are there people that you cannot
5    come into contact with because of your status as a sex
6    offender?
7         MR. PIKE:  Form.
8         THE WITNESS:  I do not know.
9    BY MR. HOROWITZ:
10        Q   Okay.  Since being sentenced -- strike that.
11        As part of your sentence, are you forbidden
12   from having sexual contact with minors?
13        MR. PIKE:  Form, argumentative.
14        THE WITNESS:  I'm sorry?
15   BY MR. HOROWITZ:
16        Q   As part of your sentence, are you forbidden
17   from having sexual contact with minors?
18        MR. PIKE:  Same objection.
19        THE WITNESS:  I don't know -- I believe that
20   sexual contact with minors is against the law, so I
21   would assume so.
22   BY MR. HOROWITZ:
23        Q   Okay.  As part of registering as a sex
24   offender, do you have to provide the State of Florida
25   with your business address?
```

Page 14

```
1         A   Yes, I believe so.
2         Q   Okay.  And what business address do you provide
3    the State of Florida --
4         MR. PIKE:  Form.
5    BY MR. HOROWITZ:
6         Q   -- as part of your registry with the -- as a
7    sex offender?
8         THE WITNESS:  On advice of counsel, I am going
9    to assert my Fifth Amendment, Fourteen Amendment
10   and Sixth Amendment Right.
11   BY MR. HOROWITZ:
12        Q   How many vehicles do you tell the State of
13   Florida that you own as part of your registration as a
14   sex offender?
15        A   I don't know.  I -- I don't know.  I don't
16   recall.
17        Q   With respect to those matters that you -- you
18   do know that you provide to the State of Florida --
19        A   Yes.
20        Q   -- who provides that information, meaning you
21   or someone on your behalf?
22        MR. PIKE:  Form.
23        THE WITNESS:  I do.
24   BY MR. HOROWITZ:
25        Q   Okay.  And where do you send in that
```

Page 15

```
1    information?
2         A   It's done at the Stockade in Palm Beach County.
3         Q   Okay.  So since being released, you travel to
4    the Stockade to provide that information?
5         A   On advice of counsel, I am going to assert my
6    Fifth Amendment, Fourteen Amendment and Sixth Amendment
7    Right.
8         THE VIDEOGRAPHER:  Sorry to interrupt.  I need
9    to go off the record for a second because of
10   sound.
11        MR. HOROWITZ:  All right.
12        THE VIDEOGRAPHER:  Time off the record 10:14.
13        (Thereupon, a short break was taken.)
14        THE VIDEOGRAPHER:  Time on the record 10:15.
15   BY MR. HOROWITZ:
16        Q   Sir, as part of your sentence in 2008, you also
17   had to provide a DNA sample to the court; is that
18   correct?
19        MR. PIKE:  Form.
20        THE WITNESS:  That's correct.
21   BY MR. HOROWITZ:
22        Q   And per the sentence in the summer of 2008, you
23   were to be under community control after your time in
24   jail; is that correct?
25        MR. PIKE:  Form.
```

Page 16

```
1         THE WITNESS:  That's correct.
2    BY MR. HOROWITZ:
3         Q   Are you still under community control?
4         A   Yes, sir.
5         Q   Okay.  When does that end?
6         A   July 21st --
7         Q   2010?
8         A   -- July 10 -- yes, 2010.
9         Q   July 21st, 2010, your community control
10   ceases?
11        A   That's correct.
12        Q   Okay.  Do you have a community control
13   officer?
14        A   Yes, sir.
15        Q   What is his or her name?
16        A   Miss Elkins, Officer Elkins.
17        Q   How often do you see Miss Elkins in person?
18        A   At least twice a week.
19        Q   Okay.  How much time do you spend with Miss
20   Elkins when you see her?
21        A   It varies --
22        Q   And --
23        A   -- up to an hour each time.
24        Q   Okay.  And the typical occasion which you come
25   face-to-face with Miss Elkins, what -- what -- what do
```

Page 17

1  you do?
2      MR. PIKE:  Form.
3      THE WITNESS:  I talk to Miss Elkins.
4  BY MR. HOROWITZ:
5      Q   What do you talk about?
6      A   If there's -- my schedule.  I -- I prepare a
7  schedule for Miss Elkins.
8      Q   Okay.  A written schedule?
9      A   Yes, sir.
10     Q   Okay.  And you do that every week, or twice a
11 week?
12     A   Every week.
13     Q   Okay.  When was the last time you provided Miss
14 Elkins with a copy of your schedule?
15     A   Last Monday.
16     Q   Okay.  What is Miss Elkins' first name?
17     A   I don't know.
18     Q   Okay.  And so do you drive or get driven to the
19 Stockade to see Miss Elkins?
20     A   Yes.
21     Q   Okay.  And has that been true since you were
22 released from jail?
23     MR. PIKE:  Form.
24     THE WITNESS:  No.
25 BY MR. HOROWITZ:

Page 18

1      Q   Okay.  For how long have you been seeing Miss
2  Elkins one to two times per week?
3      A   Miss Elkins was -- had replaced my former
4  probation officer, which is Carmine Sloan (phonetic),
5  about a month ago.
6      Q   Okay.  Did you have a -- another probation
7  officer before Carmine Sloan?
8      A   No, sir.
9      Q   Okay.  And when Carmine Sloan was your
10 probation officer, were you also seeing -- were you
11 seeing him one to two times a week?
12     A   It's her, but yes.
13     Q   Okay.  And were you providing Miss Sloan with a
14 -- a written schedule?
15     A   Yes.
16     Q   Okay.  Other than providing Miss Sloan with a
17 written schedule, what else -- what else do you talk
18 about?
19     A   Just my daily activities.
20     Q   Well, what do you tell her about your daily
21 activities?
22     A   Where I will be.  Just my schedule.  Where I
23 will be.
24     Q   Okay.  Is that the subject matter each time
25 that you go see her?

Page 19

1      A   Basically, yes.
2      Q   And that takes up to an hour?
3      A   Yes.
4      Q   Okay.  Anything else that you talk about other
5  than your schedule with either Miss Sloan or your --
6  your current -- Miss Elkins?
7      A   Not that I can recall.
8      Q   And it takes an hour approximately to talk
9  about your schedule?
10     MR. PIKE:  Asked and answered.
11     THE WITNESS:  Up to an hour.
12 BY MR. HOROWITZ:
13     Q   Up to an hour?
14     A   Yes.
15     Q   Up to an hour?
16     A   Yes.
17     Q   Okay.  Is anyone else with you when you meet --
18 when you met with Miss Elkins or Miss Sloan?
19     MR. PIKE:  Form.
20     THE WITNESS:  Which time?
21 BY MR. HOROWITZ:
22     Q   Typically.  It -- do you go alone?
23     A   It's -- it's -- it's in the office.
24     MR. PIKE:  Same objection.
25     THE WITNESS:  It's at the probation office.

Page 20

1  BY MR. HOROWITZ:
2      Q   Okay.  Is anyone within earshot such that they
3  can hear your conversation?
4      A   I don't know.
5      Q   Okay.  Do you travel to go see Miss Elkins or
6  Miss Sloan with anybody else?
7      MR. PIKE:  Form.
8      THE WITNESS:  On advice of counsel, I am going
9  to assert my Fifth Amendment, Sixth Amendment and
10 Fourteenth Amendment Right.
11 BY MR. HOROWITZ:
12     Q   Other than the probation officer, whether it be
13 Miss Sloan or Miss Elkins, is there anyone else from
14 their office that is present when you meet with them?
15     MR. GOLDBERGER:  From their office, did you
16 say?
17     MR. HOROWITZ:  Yes.
18     THE WITNESS:  Maybe a couple of times, maybe
19 another probation officer.
20 BY MR. HOROWITZ:
21     Q   Okay.  And who is that?
22     A   I don't know.
23     Q   Is there anything else, other than your written
24 schedule, that you provide to Miss Elkins or Miss Sloan
25 during the course of your community control?

5 (Pages 17 to 20)

Page 21

```
 1       A   Not that I can recall.
 2       Q   Okay.  What sort of things would we find on
 3   that schedule?
 4       MR. PIKE:  Form.
 5       THE WITNESS:  Where I intend to be.
 6   BY MR. HOROWITZ:
 7       Q   Okay.  So it would have a physical location --
 8       MR. PIKE:  Form.
 9   BY MR. HOROWITZ:
10       Q   -- such as "office," or would it say an
11   address?
12       A   It just might say "office."  It might say an
13   address.
14       Q   Okay.  What addresses do you provide Miss Sloan
15   or Miss Elkins as your address when you are providing
16   your written schedule?
17       MR. PIKE:  Form.
18       MR. GOLDBERGER:  Form.
19       THE WITNESS:  On advice of counsel, I am going
20       to have to assert my Fifth Amendment, Sixth
21       Amendment and Fourteenth Amendment Right.
22   BY MR. HOROWITZ:
23       Q   Other than telling Miss Elkins and Miss Sloan
24   that you're at the office, where else do you tell them
25   that you will be?
```

Page 22

```
 1       MR. PIKE:  Same objection.
 2       THE WITNESS:  I am going to have to assert my
 3       Fifth Amendment, Fourteenth Amendment and Sixth
 4       Amendment Right.
 5   BY MR. HOROWITZ:
 6       Q   Does the schedule -- written schedule that you
 7   provide to Miss Elkins and Miss Sloan simply say a
 8   location, or do you also describe your activities?
 9       A   Just the location.
10       Q   Okay.  Other than "office," what other
11   locations do you from time to time provide to Miss
12   Elkins or Miss Sloan?
13       MR. PIKE:  Form.
14       THE WITNESS:  I'm going -- I am going to, on
15       advice of counsel, assert my Fifth Amendment, Sixth
16       Amendment and Fourteenth Amendment Right.
17   BY MR. HOROWITZ:
18       Q   Okay.  Does your community control officer --
19   is that -- is that the correct term, "community control
20   officer"?
21       MR. PIKE:  Form.
22       THE WITNESS:  I believe so.
23   BY MR. HOROWITZ:
24       Q   Okay.  Does your community control officer ever
25   make unannounced visits to your home?
```

Page 23

```
 1       A   Yes.
 2       Q   Well, where do they travel to to see you?
 3       MR. PIKE:  Form.
 4       THE WITNESS:  On advice of counsel, I am going
 5       to assert my Fifth Amendment, Sixth Amendment and
 6       Fourteenth Amendment Right.
 7   BY MR. HOROWITZ:
 8       Q   Okay.  Other than your own office, are there
 9   any other locations where you have met Miss Sloan or
10   Miss Elkins to discuss your schedule?
11       A   My probation office.
12       Q   Other than the probation office, are there any
13   other locations where you've met them?
14       A   On advice of counsel, I am going to assert my
15   Sixth Amendment, Fourteenth Amendment and Fifth
16   Amendment Right.
17   BY MR. HOROWITZ:
18       Q   Okay.  Do you anticipate that you'll be seeing
19   Miss Elkins one to two times per week until your
20   community control expires?
21       A   Yes.
22       Q   You were also ordered at the time of your
23   sentence to have no contact, direct or indirect, with
24   various girls; is that correct?
25       MR. PIKE:  Form, confusing.
```

Page 24

```
 1       THE WITNESS:  I'm sorry, I don't understand the
 2       question.
 3   BY MR. HOROWITZ:
 4       Q   Sure.  At the time of your sentence -- we
 5   talked about that a few times already, that was in
 6   June/July of 2008?
 7       A   Uh-huh.
 8       Q   My question is:  Isn't it true you were ordered
 9   at that time to have no contact, direct or indirect,
10   with various girls?
11       MR. PIKE:  Objection.
12       THE WITNESS:  I don't recall.
13   BY MR. HOROWITZ:
14       Q   Do you know --
15       A   I don't recall.
16       Q   Do you know whether the Judge announced that in
17   Court to you on the date of your sentence?
18       A   I don't recall.
19       Q   Do you recall a document saying that you were
20   directed to have no contact, direct or indirect, with
21   various girls as part of your criminal sentence?
22       MR. PIKE:  Form.
23       THE WITNESS:  I believe that was much later.
24   BY MR. HOROWITZ:
25       Q   Okay.  At some point -- that happened later?
```

6 (Pages 21 to 24)

Page 25

1    A   That's correct.
2    Q   Okay.  What do you understand to be the terms
3  of this no-contact order that you believe you were
4  provided at a later date?
5        MR. PIKE:  Form.
6        MR. GOLDBERGER:  If you know.
7        THE WITNESS:  Just to have no affirmative
8  contact --
9        MR. GOLDBERGER:  Be specific.
10       THE WITNESS:  -- with -- with -- with three
11  specific girls.
12       MR. HOROWITZ:  Let me just nip this in the
13  bud.  A witness --
14       MR. GOLDBERGER:  I -- I am just trying to help
15  you along here.
16       MR. HOROWITZ:  Okay.
17       MR. GOLDBERGER:  No problem.  You can -- you
18  can ask the questions, and it will take an hour
19  later.  I'm trying to get you an answer that you
20  want.
21       MR. HOROWITZ:  I appreciate that.  If I -- and
22  if I'm having a hard time, that's my problem.  Not
23  yours.
24       MR. GOLDBERGER:  Okay.
25       MR. HOROWITZ:  But what I was addressing was

Page 26

1  not your assistance, but the fact that you're
2  speaking up, and you're familiar with the local
3  rules.
4        MR. PIKE:  Yeah, let me --
5        MR. HOROWITZ:  No, no, no.
6        MR. PIKE:  I know.  I understand.
7        MR. HOROWITZ:  No, no --
8        MR. PIKE:  Listen, we have got a -- we've got a
9  long day ahead of us, so let's move along.
10       MR. HOROWITZ:  This is -- this is in the
11  interest of efficiency.
12       MR. PIKE:  Okay.  Let's go.
13       MR. HOROWITZ:  Per witness, one attorney, okay?
14  I don't care who it is, but it can only be one of
15  you.
16       MR. GOLDBERGER:  Okay.  So here's the deal:  I
17  represent Mr. Epstein on his criminal cases.  If I
18  feel it is important for me to interject on issues
19  relevant to his criminal case, I'll do so.
20  Mr. Pike has taken the -- the lead role in
21  representing Mr. Epstein civilly.
22       MR. HOROWITZ:  Well --
23       MR. GOLDBERGER:  If there are issues relevant
24  to the criminal case, I'm going interject.
25       As far as your concern about what just occurred

Page 27

1  now, I'm just trying to help you along.
2        MR. HOROWITZ:  I appreciate that.
3        MR. GOLDBERGER:  That's the only reason I did
4  it.
5        MR. HOROWITZ:  All right.  I'm going to put
6  this on the record again.  The local rules provide
7  that in a deposition in a civil case one witness,
8  one attorney who can object, period.  It doesn't
9  say if there is also a criminal case, two attorneys
10  can speak.  So if Mr. Epstein wanted to hire an
11  attorney familiar with his criminal case for his
12  civil case, he could have done so.  If he didn't,
13  that was at his own peril.  So I'm just going to
14  ask you to refrain, and I'm just going to put you
15  on notice that if you -- if you interject an
16  objection --
17       MR. GOLDBERGER:  Uh-huh.
18       MR. HOROWITZ:  -- I'll seek the relief from the
19  Court, and that's -- that's it, but --
20       MR. GOLDBERGER:  That's fine.  And I'm going to
21  continue to do so, and if you want to adjourn at
22  this point, we can do that.  But if I think it's an
23  issue relevant to my representation of him on a
24  pending criminal case, I'm going to do so, okay?
25       MR. HOROWITZ:  Okay.

Page 28

1        MR. GOLDBERGER:  And you'll -- you're free to
2  seek whatever relief you want.
3        MR. PIKE:  And -- and let me -- let me put
4  something on the record, since you chose to do so.
5  One, this is -- this proceeding has a quasi-
6  criminal component to it, and your questions today,
7  Mr. Horowitz, are interjected in a manner in an
8  attempt to cause Mr. Epstein to waive his Fifth
9  Amendment Right, along with his Sixth and his
10  Fourteenth which are incorporated therein.  So the
11  fact that Mr. Goldberger is here making sure that
12  his client and my mutual client maintain and
13  preserve those privileges that are afforded under
14  the United States Constitution, he will continue to
15  do that today, okay?
16       Now, we're here to answer your questions.
17  We're here to move forward with the depo.  We'd
18  like to do that.  If you'd like to adjourn take
19  this up with the Court today, we could do that as
20  well, but it was -- it's your choice.
21       MR. HOROWITZ:  Okay.
22       MR. PIKE:  Okay?
23  BY MR. HOROWITZ:
24    Q   One girl that you were ordered to have no
25  contact with is Jane Doe 2, correct?

7 (Pages 25 to 28)

Page 29

1      MR. PIKE: Form.
2      THE WITNESS: I don't know.
3   BY MR. HOROWITZ:
4      Q   Another girl that you were ordered to have no
5   contact with is Jane Doe 4, correct?
6      MR. PIKE: Form.
7      THE WITNESS: No, I don't -- you -- you've
8   asked me a question regarding a criminal case?
9      MR. HOROWITZ: Correct.
10     THE WITNESS: So regarding my criminal case, I
11  believe the answers to the both of those questions
12  are no.
13  BY MR. HOROWITZ:
14     Q   Okay. I have some more questions about your
15  criminal case.
16     A   Okay.
17     Q   Another girl that you were ordered to have no
18  contact with as a result of your -- following your
19  sentence is Jane Doe 6; is that correct?
20     MR. PIKE: Form.
21     THE WITNESS: I don't believe so.
22  BY MR. HOROWITZ:
23     Q   Okay. And another girl that you were ordered
24  to have no contact with as a result of your criminal
25  case is Jane Doe 7, correct?

Page 30

1      A   I don't believe so.
2      Q   Okay. Another girl that you were ordered to
3   have no contact with is Jane Doe 5?
4      MR. PIKE: Form.
5      THE WITNESS: As far as my criminal case, I
6   don't believe so.
7   BY MR. HOROWITZ:
8      Q   Okay. Another girl you were ordered to have no
9   contact with is Jane Doe 8, correct?
10     MR. PIKE: Form.
11     THE WITNESS: I'm sorry, who?
12     MR. HOROWITZ: Jane Doe 8.
13     THE WITNESS: I don't believe so.
14  BY MR. HOROWITZ:
15     Q   Okay. Another girl you were ordered to have no
16  contact with is Jane Doe 3, correct?
17     MR. PIKE: Same objection.
18     THE WITNESS: I don't believe so.
19  BY MR. HOROWITZ:
20     Q   Okay. Are you aware of the names of any girls
21  who you were ordered to have no contact with as part of
22  your criminal case?
23     MR. PIKE: Form.
24     THE WITNESS: On the advice of counsel, I am
25  going to assert my Fifth Amendment, Sixth Amendment

Page 31

1   and Fourteenth Amendment Right.
2      MR. HOROWITZ: Okay. I mentioned seven girls'
3   names. I'll just put them on the record so you
4   know what seven girls I'm talking about.
5      THE WITNESS: Okay.
6      MR. HOROWITZ: Jane Doe 5, Jane Doe 8, Jane Doe
7   6, Jane Doe 2, Jane Doe 3, Jane Doe 7.
8   BY MR. HOROWITZ:
9      Q   Is it your testimony today that you were not
10  ordered as a result of a criminal case to have no
11  contact with them?
12     MR. PIKE: Form.
13     THE WITNESS: That's my best recollection.
14  BY MR. HOROWITZ:
15     Q   Okay. And, therefore, since you have no
16  recollection of being ordered, you've made no
17  affirmative attempt to have no contact with them; is
18  that correct?
19     MR. PIKE: Form, asked and answered. I am
20  going to instruct him not to answer that question.
21  If you want to rephrase it, go ahead.
22     MR. HOROWITZ: Are you going to accept --
23  accept his advice?
24     MR. PIKE: Yeah.
25     THE WITNESS: Yes.

Page 32

1   BY MR. HOROWITZ:
2      Q   Okay. Have you made any affirmative attempt to
3   have no contact with Jane Doe 5, Jane Doe 8, Jane Doe 6,
4   Jane Doe 2, Jane Doe 3, Jane Doe 4 or Jane Doe 7?
5      MR. PIKE: Form, lack of predicate and
6   foundation.
7      THE WITNESS: And on the advice of counsel, I
8   am going to assert my Fifth Amendment, Sixth
9   Amendment and Fourteenth Amendment Right.
10  BY MR. HOROWITZ:
11     Q   Have you at any time known the names of the
12  girls that you were directed to have no contact with --
13     MR. PIKE: Same objection.
14  BY MR. HOROWITZ:
15     Q   -- in the criminal case?
16     A   Known the names?
17     Q   Known, known.
18     A   I was told that in fact some of your -- the
19  cases that were filed against me by your firm, a firm
20  whose partner was disbarred for his conduct, and in fact
21  Mr. Edwards sitting there with his firm who is called by
22  the U.S. Attorney to be the largest fraud in South
23  Florida's history -- I believe these girls have always
24  been -- and I believe the ladies and gentlemen of the
25  jury will eventually be aware that these girls have

Page 33

```
1   filed the claim many years after they alleged and even
2   associated with firms whose partners have been disbarred
3   and is part -- one of his partners is currently in jail,
4   yes.
5       Q   Okay.  Are you suggesting that a partner of
6   mine was disbarred?  Is that your testimony?
7       MR. PIKE:  Form.
8       THE WITNESS:  Yes, that's -- I believe that's
9   my understanding.
10  BY MR. HOROWITZ:
11      Q   Okay.  Are you suggesting that my clients
12  fabricated their claims against you after coming into
13  contact with an attorney you believe was
14  disciplined?
15      MR. PIKE:  Form.
16      THE WITNESS:  You know, I'd really like to
17  answer that question, and hopefully some day I
18  will.  I think the answer is pretty obvious to you
19  and the other people in this room, but, however,
20  today, Mr. Horowitz, I am going to, on the advice
21  of counsel, have to assert my Fifth Amendment,
22  Sixth Amendment and Fourteenth Amendment Right,
23  though I would like to -- and I'm sure you and the
24  ladies and gentlemen understand, I'd like to answer
25  that question.
```

Page 34

```
1   BY MR. HOROWITZ:
2       Q   Well, you mentioned an attorney who you believe
3   was disciplined, and you mentioned an attorney who you
4   believe --
5       A   I don't believe I said "disciplined."  I think
6   you -- I said "disbarred."
7       Q   Disbarred, okay.
8       A   Is that correct?
9       Q   No, it's wrong, but that was your words.
10      A   He was not disbarred?
11      Q   I'm not allowed to testify to those --
12      A   Oh, I'm sorry.
13      Q   I didn't create these rules.
14      A   I thought he was disbarred.  I think the paper
15  said he was disbarred.
16      Q   Okay.  You mentioned that an attorney was
17  disbarred, and another attorney --
18      A   Your partner was disbarred.  Not an attorney,
19  correct?
20      Q   You mentioned that my partner was disbarred,
21  and that's your testimony?
22      A   Yes.
23      Q   And you mentioned that another attorney
24  committed fraud?
25      A   Yes.
```

Page 35

```
1       Q   Are you suggesting that somehow the Plaintiffs
2   fabricated their allegations because of their
3   association with these lawyers?
4       MR. PIKE:  Form.
5       THE WITNESS:  In fact, according to the
6   newspapers, the attorney who's -- who is currently
7   sitting in jail, Mr. Edwards' partner, was accused
8   of fabricating many cases not only against people
9   like me, but others, of the sexual nature, very
10  similar to the ones you've filed.
11  BY MR. HOROWITZ:
12      Q   Okay.  As to my clients -- I'm not asking about
13  anybody else's clients.  As to my client, are you
14  suggesting that they fabricated any aspect of their
15  dealings with you as a result of their dealings with
16  their attorney, or some remote dealings with
17  Mr. Rothstein?  Is that -- is that your testimony?
18      A   I think that answer --
19      MR. PIKE:  Form, predicate, foundations, sorry.
20      THE WITNESS:  I think that answer is pretty
21  obvious.  But, however, on advice of counsel, I
22  cannot answer any questions today that are relevant
23  to this law -- to these lawsuits.  I would like
24  to.  I'm sure everybody knows that I would like
25  to.  You know I would like to.  But today, on the
```

Page 36

```
1   advice of counsel, I am going to have to assert my
2   Fifth Amendment, Sixteenth -- sorry -- Sixth
3   Amendment and Fourteenth Amendment Rights as
4   guaranteed by the Constitution.
5       And if I don't follow their advice and I prefer
6   -- I would actually prefer to answer the question,
7   but if I don't follow their advice, I am going to
8   risk losing my counsel, which is a violation.  So I
9   am going to have to assert those rights today.
10      MR. PIKE:  Okay.  And just for the record --
11      MR. HOROWITZ:  Move to strike the
12  non-responsive portion.
13      MR. PIKE:  Just for the record, let's try to go
14  -- take turns for the court reporter's benefit.
15  Finish your answer --
16      THE WITNESS:  Okay.
17      MR. PIKE:  -- finish your question, before both
18  of you continue to talk to -- over each other,
19  thanks.
20  BY MR. HOROWITZ:
21      Q   Mr. Epstein, if I heard you right, you said
22  that your attorneys have advised you that your -- you
23  could not answer these questions without waiving the
24  Fifth, Sixth and Fourteenth Amendment; is that right?
25      MR. PIKE:  Form.  I am going to instruct him
```

9  (Pages 33 to 36)

Page 37

1   not to answer that question because the way it's
2   phrased attempts to elicit attorney-client
3   communications.
4   BY MR. HOROWITZ:
5      Q   Did I paraphrase you correctly?
6      A   No, you did not.
7      Q   Okay. Well, sir, are you -- are you testifying
8   that Jane Doe 2 falsified a lawsuit because of her
9   association with a lawyer?
10         MR. PIKE: Form, predicate, foundation.
11         THE WITNESS: I would really like to answer
12   that question, but today, and just today at least
13   on the advice of counsel, I cannot, because they
14   have advised me that if I do, I risk losing their
15   counsel, but as I think it is going to be pretty
16   obvious, I would like to answer that question, but
17   on the advice of counsel, I am going to assert my
18   Fifth, Sixth and Fourteenth Amendment Right as
19   provided by the U.S. Constitution.
20   BY MR. HOROWITZ:
21      Q   Well, Mr. Epstein, if you continue to laugh at
22   any of my questions, shake your head, nod, it's my
23   intention to inform the Court and file a motion that
24   you've waived your Fifth Amendment Right.
25         MR. PIKE: All right. First of all, that's --

Page 38

1   that's argumentative and it's harassing, and you
2   don't have a question on the table, so let's --
3   let's --
4         MR. HOROWITZ: Why are you interrupting me?
5         MR. PIKE: Because -- because this deposition
6   is not going to be utilized as a -- as a means to
7   harass my client. Ask your questions, you'll get
8   your answers, and let's move forward.
9   BY MR. HOROWITZ:
10      Q   I'm going to ask that you not shake your head,
11   nod or laugh at my questions. Because if you do, it
12   will be at your own peril, because I'm -- I will file a
13   motion to have your Fifth Amendment Rights waived.
14         MR. PIKE: I'm going to move to strike --
15         MR. HOROWITZ: Okay.
16         MR. PIKE: -- your two last statements,
17   Mr. Horowitz. Let's get on with the deposition.
18   BY MR. HOROWITZ:
19      Q   When you said that you must accept the advice
20   of your attorney or risk waiving your Constitutional
21   Rights, what advice were you talking about?
22         MR. PIKE: Form. I'm going to instruct him not
23   to answer that question. He's asserting his
24   Constitutional Rights.
25         MR. HOROWITZ: And I want to explore what he

Page 39

1   just said about his Constitutional Rights. He said
2   he would be losing his Sixth Amendment Right to
3   effective representation. Do you understand -- is
4   that what you said, sir?
5         MR. PIKE: Form.
6         THE WITNESS: Correct.
7   BY MR. HOROWITZ:
8      Q   Okay. Okay. When you say your Sixth Amendment
9   Right to effective representation, who -- representation
10   by who? Who -- who are you talking about?
11         MR. PIKE: Form. I'm going to instruct him not
12   to answer that question.
13   BY MR. HOROWITZ:
14      Q   Are you suggesting that your attorneys would
15   not represent you if -- if you didn't assert your Sixth
16   Amendment Right?
17         MR. PIKE: Same objection. I'm going to
18   instruct him not to answer that question, attorney-
19   client.
20   BY MR. HOROWITZ:
21      Q   How do you ensure that you have no contact with
22   the various girls you've been ordered to have no contact
23   with?
24         MR. PIKE: Form, predicate, foundation.
25         THE WITNESS: On advice of counsel, I am going

Page 40

1   to have to assert my Fifth Amendment, Sixth
2   Amendment and Fourteenth Amendment Rights as
3   guaranteed by the U.S. Constitution, though I would
4   like to answer that question.
5   BY MR. HOROWITZ:
6      Q   With respect to those girls whom you've been
7   ordered to have no contact with, have you had any
8   contact, direct or indirect, with them since receiving
9   that order?
10         MR. PIKE: Same objection; form, predicate and
11   foundation.
12         THE WITNESS: I would like to answer that
13   question, however, today my -- I have been informed
14   that I cannot answer any questions that may be
15   relevant to your lawsuit. So I'm going to assert
16   my Fifth Amendment, Sixth Amendment and Fourteenth
17   Amendment Right. Excuse me, could I use the
18   restroom?
19         MR. HOROWITZ: Yes.
20         THE VIDEOGRAPHER: Time off the record 10:35.
21         (Thereupon, a short break was taken.)
22         THE VIDEOGRAPHER: Time on the record 10:42.
23   BY MR. HOROWITZ:
24      Q   As a result of your criminal sentence, how many
25   girls were you ordered to have no contact with?

10  (Pages 37 to 40)

Page 41

1    MR. PIKE: Form.
2    THE WITNESS: Three.
3    BY MR. HOROWITZ:
4    Q   Okay. And what are their names?
5    MR. PIKE: Form.
6    THE WITNESS: I believe it was Jane Doe 103,
7    A.D. and S.G.
8    MR. HOROWITZ: Can you read that back?
9    THE REPORTER: A.H. --
10   MR. HOROWITZ: No, I don't think that's right.
11   That's not what he said.
12   (The pending answer was read back by the court
13   reporter.)
14   MR. HOROWITZ: Thank you.
15   BY MR. HOROWITZ:
16   Q   Is it your testimony, sir, that those are the
17   only three girls who, as a result of a criminal case
18   against you, you've been ordered to have no contact
19   with?
20   MR. PIKE: Form.
21   THE WITNESS: That's correct.
22   BY MR. HOROWITZ:
23   Q   Okay. With respect to S.G., do you acknowledge
24   that she has been to your home?
25   MR. PIKE: Form.

Page 42

1    THE WITNESS: Sorry?
2    BY MR. HOROWITZ:
3    Q   With respect to S.G., do you acknowledge she
4    has been to your home?
5    MR. PIKE: Same objection.
6    THE WITNESS: On advice of counsel -- I would
7    like to answer all your questions today,
8    Mr. Horowitz. I'm sorry your partner that was
9    disbarred is not here, because I would like to
10   answer his questions because I believe he was the
11   one who represented S.G. So I would like to see
12   Mr. Herman at some point when he gets --
13   potentially gets his license back. But, though I
14   would like to answer your questions in more detail,
15   on advice of counsel, I am going to have to assert
16   my Fifth, Sixth and Fourteenth Amendment Rights
17   under the U.S. Constitution. I would like to
18   answer the question, but my counsel has told me
19   that I risk losing their representation if I do,
20   so, therefore, I'm going to have to assert those
21   rights.
22   BY MR. HOROWITZ:
23   Q   With respect to S.G., do you acknowledge that
24   she has -- she went to your home when she was a child?
25   MR. PIKE: Form.

Page 43

1    THE WITNESS: Again, I would like to answer
2    that question, and I'm sure you know I would like
3    to answer that question. I'm sure your partner
4    that was disbarred while he represented S.G., I
5    believe, or her parents, or he claimed he
6    represented one parent, and the other parent sued
7    him or tried to bring a lawsuit against your
8    partner -- I would like to answer any questions
9    with respect to S.G., but today on advice of
10   counsel, I'm not going to be able to do that
11   because they've advised me I must assert my Fifth,
12   Sixth and Fourteenth Amendment Right --
13   MR. HOROWITZ: Okay.
14   THE WITNESS: -- so therefore -- excuse me, I
15   am going -- should I finish?
16   MR. PIKE: Yes.
17   THE WITNESS: So, therefore -- though I would
18   like to answer that question and -- I am going to
19   have to assert those rights.
20   MR. HOROWITZ: Okay. Move to strike the
21   non-responsive -- the non-responsive portion of the
22   answer.
23   BY MR. HOROWITZ:
24   Q   Do you acknowledge, sir, that with respect to
25   S.G. during her childhood, you paid her for sexual

Page 44

1    contact?
2    MR. PIKE: Form.
3    THE WITNESS: Again, I would like to answer
4    that question, but as most of your other questions
5    here today, and I -- I understand that your partner
6    who represented this S.G. was disbarred, but at
7    some point in future I would like to answer that.
8    Today, unfortunately, I am going to have to assert
9    my Fifth, Sixth and Fourteenth Amendment Rights
10   under the U.S. Constitution because my counsel has
11   advise me that, though I would like to answer that
12   question, I cannot today.
13   BY MR. HOROWITZ:
14   Q   Are you suggesting, sir, that S.G. fabricated
15   or embellished her allegations because of her
16   association with a disbarred attorney?
17   MR. PIKE: Form, move to strike,
18   mischaracterizes the witness' testimony.
19   THE WITNESS: Can you repeat the question?
20   BY MR. HOROWITZ:
21   Q   Are you suggesting that S.G. either fabricated
22   or embellished her -- her allegations because of any
23   association she had with an attorney who's been
24   disbarred?
25   MR. PIKE: Same objection.

11 (Pages 41 to 44)

Page 45

1       THE WITNESS:  It's not an attorney who's been
2   disbarred.  I believe I said it's your partner that
3   was disbarred when -- after representing S.G., and
4   I would like -- though I would like to answer those
5   questions in detail, today I have been advised by
6   counsel that I cannot answer any questions that may
7   be relevant to your lawsuits --
8       MR. HOROWITZ:  All right.
9       THE WITNESS:  -- and -- excuse me.
10      MR. HOROWITZ:  Go ahead, finish.
11      THE WITNESS:  Thank you.  And, though I would
12  like to answer the questions, and I know you keep
13  trying to strike my answer with respect to S.G.'s
14  representation by your former partner, Jeffrey
15  Herman, who was disbarred, who held press
16  conferences to try to make a big -- so he tried to
17  embarrass me as best as he could, I'm -- I would
18  like to answer those questions, but I cannot on
19  advice of counsel.
20  BY MR. HOROWITZ:
21      Q   Okay.  And do you feel that because my partner,
22  Jeffrey Herman, was an attorney involved in S.G.'s case,
23  that somehow the allegations she's made against you are
24  fabricated or embellished?
25      A   I'd let -- the ladies and gentlemen of the jury

Page 46

1   will make that decision, I'm sure.  I can't -- I would
2   like to answer those questions.  I would really like to
3   answer -- I think those answers are obvious, frankly.
4   But today, on advice of counsel, I'm not going to be
5   able to answer those questions.  I am going --
6       Q   Well --
7       A   Mr. Horowitz, I would like to finish my answer,
8   please.  Is that okay?
9       Q   Well, you keep repeating yourself.
10      THE WITNESS:  Mr. Pike?
11      MR. PIKE:  Go ahead and finish.
12      Please allow -- allow the witness to finish his
13  answer.
14      THE WITNESS:  So let's start -- should -- could
15  you repeat the question, please?
16      MR. HOROWITZ:  Yes.
17      (The pending question was read back by the
18  court reporter.)
19      MR. HOROWITZ:  That wasn't exactly the
20  question, but I'll -- let me ask it again.  Maybe
21  it will be smoother, and just try and follow what
22  it is I'm asking.
23      THE WITNESS:  I'm trying my best.
24  BY MR. HOROWITZ:
25      Q   Do you believe, as we sit here today, that

Page 47

1   because Jeffrey Herman was involved in the
2   representation of S.G., that her allegations of abuse by
3   you are fabricated or embellished?
4       MR. PIKE:  Form, predicate, foundation.
5       THE WITNESS:  I would very much like to answer
6   the question regarding S.G. -- which
7   embellishments, as you've described them, or
8   fabrications -- at the same time she met your
9   partner that was later disbarred.  However, as of
10  today, though I would like to answer those
11  questions -- and I think those answers are pretty
12  obvious -- I am going to have to assert my Fifth
13  Amendment, Sixth Amendment and Fourteenth Amendment
14  Rights under the U.S. Constitution.
15      And, though I think again those -- that answer
16  is obvious, and will be obvious to most people here
17  on the jury, my attorneys have advised me I cannot
18  answer that question today.
19  BY MR. HOROWITZ:
20      Q   Okay.  You told us that in addition to S.G.,
21  you were also ordered to have no contact with Jane Doe
22  103 and A.D.; is that correct?
23      A   Excuse me, yes.
24      Q   And when did you receive such an order?
25      MR. PIKE:  Form.

Page 48

1       THE WITNESS:  I don't recall.
2   BY MR. HOROWITZ:
3       Q   Okay.  Was it -- if I heard you correctly, it
4   was in association with your criminal case?
5       A   That's correct.
6       Q   Okay.  And with respect to Jane Doe 103, do you
7   acknowledge that she has been to your home?
8       MR. PIKE:  Form.
9       THE WITNESS:  Again, I would like to answer
10  most of your questions.  However, today, as I've
11  answered most -- almost all of your questions and
12  will continue to answer, on advice of counsel, I
13  believe, this question, I have to assert my Fifth
14  Amendment, Fourteenth Amendment and Sixth Amendment
15  Rights under the U.S. Constitution.
16  BY MR. HOROWITZ:
17      Q   Okay.  And -- are you done?
18      A   (No verbal response).
19      Q   Do you acknowledge that Jane Doe 103 came to
20  your home for sexual contact during her childhood, and
21  that you paid for her those services?
22      MR. PIKE:  Form, predicate, foundation,
23  argumentative.
24      THE WITNESS:  I'd -- I would like to answer
25  that question.  I think those questions will all

12  (Pages 45 to 48)

Page 49

1  have obvious answers and not -- however, today, I
2  am going to have to assert my Fifth Amendment,
3  Sixth Amendment and Fourteenth Amendment Rights
4  under the U.S. Constitution, because, though I
5  would like to answer that question, my attorneys
6  have advised me that I cannot -- today cannot
7  answer any questions that may be relevant to this
8  lawsuit.
9  BY MR. HOROWITZ:
10      Q   Okay.  You also told us -- provided this name
11  of A.D.  Do you acknowledge that A.D. was paid by you
12  for sexual contact during her childhood?
13          MR. PIKE:  Form, predicate, foundation,
14  argument.
15          THE WITNESS:  I would like to answer that
16  question, as I would like to answer most of your
17  other questions here today, but I, unfortunately,
18  am going to have to answer that one, as I've
19  answered most of your other questions, which is
20  unfortunately today, I cannot answer any question
21  that may be relevant to this lawsuit on advice of
22  counsel.  I must assert my Fifth Amendment, Sixth
23  Amendment and Fourteenth Amendment Right under the
24  U.S. Constitution.
25  BY MR. HOROWITZ:

Page 50

1      Q   When in the future do you presently intend to
2  stop asserting your Fifth, Sixth and Fourteenth
3  Amendment Rights, if any, and intend to start answering
4  these questions?
5          MR. PIKE:  Form.  I am going to instruct him
6  not to answer that question, attorney-client.
7  BY MR. HOROWITZ:
8      Q   Do you intend at trial to start answering these
9  questions?
10          MR. PIKE:  Same objection.  I am going to
11  instruct him not to answer, attorney-client.
12  BY MR. HOROWITZ:
13      Q   At the time of your sentence you told us --
14  which was in the summer of 2008, did you have a private
15  psychologist --
16          MR. PIKE:  Form.
17  BY MR. HOROWITZ:
18      Q   -- named Dr. Alexander?
19          MR. PIKE:  Form.  I am going to instruct him
20  not to answer that question as well because the
21  Judge has already ruled that Mr. Epstein's medical
22  history is not an element in any of these cases.
23          MR. HOROWITZ:  Well, despite -- you -- you --
24  you're aware we have a court order in which
25  Mr. Epstein was required to provide us the names of

Page 51

1  his doctors and as well as his prescriptions,
2  correct?  You're aware of that?
3          MR. PIKE:  I recall that order, but I don't
4  recall -- I don't recall -- if you have the -- if
5  you have the answers, then you can provide them to
6  me, and maybe I would be better situated to allow
7  the client to answer or not answer the questions.
8  I saw your associate reaching for something.  So
9  maybe -- maybe you do have them, you can refresh my
10  recollection.
11          MR. HOROWITZ:  Well, I'm just going to ask the
12  witness -- I'm not here to refresh his
13  recollection.  I want his --
14          MR. PIKE:  Or mine.
15          MR. HOROWITZ:  Or yours.
16          MR. PIKE:  Right.
17          MR. HOROWITZ:  I want his testimony on today's
18  date as to the truth.
19          MR. PIKE:  Okay.  Well, I'm going to instruct
20  him not to answer that question right now.  Let's
21  --
22          MR. HOROWITZ:  You guys want to talk among
23  yourselves?
24          MR. PIKE:  Sure.  I'm still going to maintain
25  the objection it's also attorney-client and work

Page 52

1  product.
2  BY MR. HOROWITZ:
3      Q   What -- are -- are you under the care of any
4  physicians at the present time other than Dr. Alexander?
5          MR. PIKE:  Form, predicate, foundation and
6  mischaracterizes, I believe, my objection.
7          THE WITNESS:  I would like to answer that
8  question, as I would like to answer most of your
9  other questions here today, but today I am going to
10  have to assert my Fifth Amendment, Sixth Amendment
11  and Fourteenth Amendment Rights under the advice --
12  on advice of counsel.
13  BY MR. HOROWITZ:
14      Q   All right.  What doctors have you been under
15  the care of in the past five years?
16          MR. PIKE:  Form.
17          THE WITNESS:  I am going to have to assert my
18  Fifth Amendment, Sixth Amendment and Fourteenth
19  Amendment Rights on advice of counsel, though I
20  would like to answer these questions.
21          MR. HOROWITZ:  Okay.  I mean, you -- you could
22  -- you can tell your client to do what you want,
23  but, I mean, we have a specific court order.
24          MR. PIKE:  Do you have a copy of it with you?
25          MR. HOROWITZ:  During the break I'll get you a

13  (Pages 49 to 52)

Page 53

```
1    copy.
2        MR. PIKE:  I mean, if you have a copy of an
3    order, and you want to refresh my recollection --
4    since the Fifth Amendment and the Sixth Amendment
5    and the Fourteenth Amendment are highly technical
6    Constitutional Amendments, if you wish to ask my
7    client questions based upon an order, I would ask
8    that you simply provide me with the order
9    beforehand, and then we can make this a much easier
10   process.  We're here for you, Adam.
11       MR. HOROWITZ:  Thanks.  I'm pretty sure the
12   Court gave you a copy of the order, but -- but it's
13   okay.  We can move on.  During the break we'll
14   address it.
15       MR. PIKE:  No -- well, wait a second --
16       MR. HOROWITZ:  During the break we'll address
17   it.
18       MR. PIKE:  -- I am not going to banter with
19   you, and nor am I going to accept this type of
20   laughing from the corner show over there
21   (indicating).  Listen, the fact remains is this:
22   There have been several orders.  That of which I
23   was the initial author of the -- of the motions
24   that resulted in the positive orders, reflective of
25   the Fifth, Sixth and Fourteenth Amendment.  So it
```

Page 54

```
1    is:  If you have some of those orders, which are
2    probably ten plus, bring them to me, and I will
3    read them, and we will make this deposition go
4    forward a lot easier.
5    BY MR. HOROWITZ:
6        Q    All right.  Are you -- have you been prescribed
7    any medications in the past five years?
8        MR. PIKE:  Form.
9        THE WITNESS:  It's the same answer.  I would
10   like to answer that question, as I would like to
11   answer most of your other questions here today.
12   However, I've been advised by counsel that at least
13   today I cannot answer those questions, and I must
14   assert my Fifth Amendment, Sixth Amendment and
15   Fourteenth Amendment Right.
16   BY MR. HOROWITZ:
17       Q    So you -- you told us in a sworn interrogatory
18   answer that you were prescribed Lipitor, and that you
19   take -- you take Lipitor.  Are there other medications
20   that you receive, for instance, to treat you for a
21   sexual disorder?
22       MR. PIKE:  Form.  I am going to instruct him
23   not to answer that question as phrased.
24   BY MR. HOROWITZ:
25       Q    Other than Lipitor, are there any other
```

Page 55

```
1    medications that you have been prescribed or have taken
2    in the past five years?
3        A    On advice of counsel, I am going to have to
4    assert my Fifth Amendment, Sixth Amendment and
5    Fourteenth Amendment Rights, though I would like to
6    answer that question.
7        Q    Okay.  Is it true, sir, that a -- a girl named
8    Jane Doe 2 came to your Palm Beach home in late 2004?
9        A    Is she someone you represent?
10       Q    Do you -- do you -- do you not know the answer?
11       A    I do not know the name.
12       Q    Okay.  Do you know we're here on a case called
13   Jane Doe 2 vs. Jeffrey Epstein?
14       MR. PIKE:  Form.
15       THE WITNESS:  Yes.
16   BY MR. HOROWITZ:
17       Q    And you've seen that on the deposition notice?
18       A    Yes.
19       Q    Are you suggesting that you -- you do not know
20   who Jane Doe 2 is?
21       MR. PIKE:  Form.
22       THE WITNESS:  I've seen it on the allegation --
23   on your complaint today.
24   BY MR. HOROWITZ:
25       Q    Okay.  So we have the answer to that question?
```

Page 56

```
1        MR. PIKE:  Form.
2        THE WITNESS:  I see it's on the complaint.
3    BY MR. HOROWITZ:
4        Q    You've been a Defendant in that lawsuit for the
5    past two years?
6        A    I don't know the time.
7        Q    Do you know who the Plaintiff is, Jane Doe 2?
8        MR. PIKE:  Form.
9        THE WITNESS:  I read the complaint.
10   BY MR. HOROWITZ:
11       Q    Okay.  All right.  My -- my earlier question to
12   you was:  Isn't it true that a girl named Jane Doe 2 --
13       A    Uh-huh.
14       Q    -- came to your Palm Beach home in -- in late
15   2004?
16       A    I -- again, I understand that Jane Doe 2 was
17   represented by my partner, Jeffrey Herman, who was
18   disbarred by The Florida Bar Association.  I believe she
19   was represented by Mr. Herman prior to his disbarment.
20   I believe he represented her in a -- in some type of
21   press conference in association with other firms later
22   where other partners have gone to jail for representing
23   claims of a sexual nature against people like me and
24   others, and the U.S. Attorney called one of the other
25   firms involved in this the largest fraud in Florida --
```

14  (Pages 53 to 56)

Page 57

1   in South Florida's history.  But separate from that,
2   unfortunately today, I am going to have to assert my
3   Fifth Amendment, Fourteen Amendment and Sixth Amendment
4   Rights on the advice of counsel.
5           MR. HOROWITZ:  Okay.  Move to strike that.
6   BY MR. HOROWITZ:
7       Q   Do you believe that Jane Doe 2's lawsuit
8   against you was either fabricated, falsified or
9   embellished due to any association she had with an
10  attorney who was suspended or disbarred, as you say?
11          MR. PIKE:  Form.
12          THE WITNESS:  Again?
13  BY MR. HOROWITZ:
14      Q   Do you believe that Jane Doe 2's lawsuit was
15  either fabricated or embellished because of her
16  association with any attorney?
17          MR. PIKE:  Form.
18          THE WITNESS:  I would like to tell you my
19  beliefs.  I would like to give you an answer to
20  that question.  I would like to -- I'm sure the
21  jury is going to want to explain -- understand that
22  she was represented by an attorney that was
23  disbarred at the time when this lawsuit, I believe,
24  got filed.  Later he was disbarred.  Today I would
25  like to answer that question, but however, today on

Page 58

1   advice of counsel I cannot, and I am going to have
2   to assert on their advice my Fifth Amendment, Sixth
3   Amendment and Fourteenth Amendment Rights under the
4   U.S. Constitution or risk losing their counsel.
5           MR. PIKE:  Let me take a break really quick.  I
6   need a 60-second break.
7           THE VIDEOGRAPHER:  Time off the record 10:59.
8           (Thereupon, a short break was taken.)
9           THE VIDEOGRAPHER:  Time on the record 11:06.
10  BY MR. HOROWITZ:
11      Q   Sir, between 2001 and 2006 did you instruct
12  S.K. to place telephone calls to arrange for girls under
13  the age of 18 to come to your home for your sexual
14  gratification?
15          MR. PIKE:  Form.
16          THE WITNESS:  Though I would like to answer
17  that question, today, on advice of counsel, I am
18  going to have to assert my Fifth Amendment, Sixth
19  Amendment and Fourteenth Amendment Rights under the
20  U.S. Constitution.  And, though I'd really much
21  like to answer that question, today, I cannot.
22  BY MR. HOROWITZ:
23      Q   Is it true, sir, that in late 2004 S.K received
24  a telephone call wherein she was told that a girl named
25  Jane Doe 3 was bringing a girl named Jane Doe 2 to your

Page 59

1   home?
2           MR. PIKE:  Form.
3           THE WITNESS:  Can you tell me who those people
4   are?  Are those two of your clients?
5           MR. HOROWITZ:  Yes, two of the three people I
6   mentioned are my clients.
7   BY MR. HOROWITZ:
8       Q   Are -- are -- are -- are -- are you denying
9   that those girls were in your home?
10      A   I'm asking you for clarification.
11      Q   Okay.  Do you want me to repeat the question?
12      A   Do I understand the question that two of your
13  clients have suggested one of your clients brought the
14  other client?
15      Q   Okay.  Let me back up.
16      A   Sorry.  Is that -- is that --
17      Q   My questions aren't suggesting anything.
18  They're asking a question.  Do you understand that?
19      A   I understand that.
20      Q   Okay.  My question is:  Is it true that in late
21  2004 --
22      A   Yes.
23      Q   -- S.K. received a telephone call wherein she
24  was told that Jane Doe 3 was bringing Jane Doe 2 to your
25  home?

Page 60

1           MR. PIKE:  Form.
2           THE WITNESS:  I'd like to answer that question,
3   but unfortunately, today, at least, I am going to
4   have to answer that like I've answered many of your
5   other questions.  Unfortunately, I have to answer
6   -- on advice of counsel, I am going to have to
7   assert my Fifth Amendment, Sixth Amendment and
8   Fourteenth Amendment Rights under the U.S.
9   Constitution because I've been told that I cannot
10  answer any questions that may be relevant to any of
11  your lawsuits, or -- and if I do, I risk losing my
12  representation.
13  BY MR. HOROWITZ:
14      Q   Okay.  Did you instruct S.K. to communicate by
15  telephone to arrange for Jane Doe 2 to come to your home
16  for your own sexual gratification?
17          MR. PIKE:  Form.
18          THE WITNESS:  Who?  I'm sorry, what was the
19  name again?
20  BY MR. HOROWITZ:
21      Q   This is about the fifth time I mentioned her
22  name.  Her name is Jane Doe 2.
23      A   Uh-huh.
24          MR. PIKE:  Same objection.
25          THE WITNESS:  I'd like to answer that question,

15  (Pages 57 to 60)

Page 61

1  as I would like to answer most of your other
2  questions here today, Mr. Horowitz. However, on
3  advice of counsel, they have instructed me that I
4  cannot answer any questions that may be relevant to
5  any of your multiple lawsuits. So, though I would
6  like to answer it today, I am going to have to
7  assert my Fifth Amendment, Sixth Amendment and
8  Fourteenth Amendment Rights as provided by the U.S.
9  Constitution.
10 BY MR. HOROWITZ:
11     Q   I am going to stick with the line of questions
12 involving Jane Doe 2, so I'm just going to ask that you
13 keep that name in your head, okay? Jane Doe 2; you got
14 that?
15     A   I'll try.
16     Q   Okay. Thank you. Did you inform S.K. that
17 Jane Doe 2 would be giving you a massage that was sexual
18 in nature?
19         MR. PIKE:  Form.
20         THE WITNESS:  I have -- I'm going to have to
21 answer that question -- though I would like to
22 answer that question today, I am going to have to
23 assert my Fifth Amendment, Sixth Amendment and
24 Fourteenth Amendment Rights, because on advice of
25 counsel I cannot answer that question no matter how

Page 62

1  much I actually want to today. So, unfortunately,
2  I'll have to assert those rights.
3  BY MR. HOROWITZ:
4      Q   Did you observe S.K. speaking by telephone to
5  arrange for Jane Doe 2 to come to your home to give you
6  a sexual massage?
7          MR. PIKE:  Form.
8          THE WITNESS:  Again, I'm going to have to
9  answer that the way I've answered your other
10 questions, Mr. Horowitz, which is, though I would
11 like to answer that question today, on advice of
12 counsel, I cannot answer any questions that may be
13 relevant to any of your lawsuits. Therefore, I
14 must assert my Fifth Amendment, Sixth Amendment and
15 Fourteenth Amendment Rights as provided by the U.S.
16 Constitution. And if I don't answer that way, I
17 risk losing my counsel's representation.
18 BY MR. HOROWITZ:
19     Q   Did S.K. tell you that she confirmed by
20 telephone that Jane Doe 2 would be coming to your home
21 at a specific time to give you a massage?
22         MR. PIKE:  Form.
23         THE WITNESS:  Though I would like to answer all
24 of your questions here today, and I would like to
25 answer that question specifically, I am going to

Page 63

1  have to respond the same way I've responded to most
2  of your other questions here today, which is on
3  advice of my counsel, I am going to have to assert
4  my Fifth Amendment, Sixth Amendment and Fourteenth
5  Amendment Rights as provided by the U.S.
6  Constitution. And, though I would like to answer
7  that question, if I do so, I risk losing my
8  counsel's representation.
9  BY MR. HOROWITZ:
10     Q   Was it your intent during the course of Jane
11 Doe 2's visit to your home, that you would persuade,
12 induce or entice her to engage in sexual activity?
13         MR. PIKE:  Form.
14         THE WITNESS:  Again, I would like to answer
15 that question, as I would like to answer most of
16 your other questions here today. However, on
17 advice of my counsel, I cannot answer those
18 questions today, so I am going to have to assert my
19 Fifth Amendment, Sixth Amendment and Fourteenth
20 Amendment Rights as provided by the U.S.
21 Constitution. And, though I would like to answer
22 it, and I think -- I am going to have to assert
23 those rights.
24 BY MR. HOROWITZ:
25     Q   Okay. During the course of Jane Doe 2's visit

Page 64

1  to your home, did you, in fact, persuade, induce or
2  entice her to engage in sexual activity with you?
3          MR. PIKE:  Form.
4          THE WITNESS:  Though I would like to answer
5  that question, as I would like to answer most of
6  your other questions here today, on advice of
7  counsel, I am not going to be able to answer those
8  questions here today. They've advised me I must
9  assert my Fourth -- excuse me -- Fifth -- excuse me
10 -- Sixth and Fourteenth Amendment Rights as
11 provided by the U.S. Constitution. And if I don't
12 do so, I potentially risk losing their
13 representation, so though I'd like to answer it, I
14 must not.
15 BY MR. HOROWITZ:
16     Q   Okay. At no point did Jane Doe 2 tell you that
17 she was 18 or older, correct?
18         MR. PIKE:  Form.
19         THE WITNESS:  Again, I would like to answer --
20 I'd really like to answer that question. However,
21 I cannot, because on advice of counsel, I've been
22 advised that I must assert my Fifth Amendment,
23 Fourteenth Amendment and Sixth Amendment Rights as
24 provided by the U.S. constitution. And if I don't
25 do so, I potentially risk losing their

16 (Pages 61 to 64)

Page 65

1   representation, though I would like to answer that
2   question.
3   BY MR. HOROWITZ:
4      Q   In your own mind, you didn't believe that when
5   Jane Doe 2 came to your home that she was 18 or older,
6   correct?
7         MR. PIKE:  Form.
8         THE WITNESS:  I'd really like to answer that
9   question.  I'd really like to answer most of your
10  other questions here today.  But however, on the
11  advice of counsel, they've advised me I must assert
12  my Fifth Amendment, Sixth Amendment and Fourteenth
13  Amendment Rights as provided by the Constitution,
14  and have asked me or instructed me, not to answer
15  any questions that may be relevant to this
16  lawsuit.  So, though I would like to answer it, I
17  cannot.
18  BY MR. HOROWITZ:
19     Q   Okay.  Jane Doe 2 told you that she attended
20  Royal Palm Beach High School when she came to your home,
21  correct?
22        MR. PIKE:  Form.
23        THE WITNESS:  I would like to answer that
24  question, as I would like to answer every one of
25  your questions here today.  However, on advice of

Page 66

1   counsel, I cannot.  And, though I would like to, I
2   must assert my Fifth Amendment, the Sixth Amendment
3   and Fourteenth Amendment Rights as provided by the
4   U.S. Constitution.  And if I don't do so, I risk
5   losing their representation.  Though I would like
6   to answer, but today I cannot.
7   BY MR. HOROWITZ:
8      Q   During Jane Doe 2's visit to your home in 2004,
9   you were nude in front of her; isn't that right, sir?
10        MR. PIKE:  Form.
11        THE WITNESS:  I would like to answer that
12  question, as I would like to answer most of your
13  other questions here today.  But my answer is going
14  to be virtually the same as I've had to answer most
15  of your other questions, which is on advice of
16  counsel, I cannot answer those questions.  I must
17  assert my Fifth Amendment, Sixth Amendment and
18  Fourteenth Amendment Rights as provided by the U.S.
19  Constitution.  And if I don't do so, I've been told
20  I lose risking -- excuse me -- I risk losing their
21  representation, and so therefore, I cannot answer
22  that question.
23  BY MR. HOROWITZ:
24     Q   During Jane Doe 2's visit to your home in 2004,
25  did you instruct her to remove all of her clothing?

Page 67

1         MR. PIKE:  Form.
2         THE WITNESS:  I'd like to answer that
3   question.  I would like to answer that question, as
4   I've had -- I would like to answer most of your
5   other questions here today.  However, upon advice
6   of counsel, I have been instructed that I must
7   assert my Fifth Amendment, Sixth Amendment and
8   Fourteenth Amendment Rights as provided by the U.S.
9   constitution.  And though I would like to answer
10  that question, I cannot.
11  BY MR. HOROWITZ:
12     Q   During Jane Doe 2's visit to your home in 2004,
13  did you instruct Jane Doe 2 to pinch your nipples and
14  rub your chest?
15        MR. PIKE:  Form.
16        THE WITNESS:  I'd like to answer that question
17  here today, like I'd like to answer most of your
18  other questions here today, but, unfortunately, I
19  am going to respond, as I've responded to virtually
20  all of your questions, which is on advice of
21  Counsel today, at least today, I cannot answer
22  those questions, but must assert my Fifth
23  Amendment, Sixth Amendment and Fourteenth Amendment
24  Right as provided by the U.S. Constitution.  And
25  therefore, though I would like to answer it, I am

Page 68

1   going to be required by my counsel not to.
2   BY MR. HOROWITZ:
3      Q   During Jane Doe 2's visit to your home in 2004,
4   did you ask her questions about her sexual experiences
5   and preferences?
6         MR. PIKE:  Form.
7         THE WITNESS:  Though I would like to answer
8   your question here today, Mr. Horowitz, as I would
9   like to answer most of your other questions here
10  today, my counsel has advised me I must assert my
11  Sixth Amendment, Fourteenth Amendment and Fifth
12  Amendment Rights.  And if I don't follow their
13  advice, I risk losing their representation, so
14  therefore, I'd going to have to assert those
15  rights, though I prefer to answer the question.
16  BY MR. HOROWITZ:
17     Q   During Jane Doe 2's visit to your home in 2004,
18  did you unfasten her bra and rub her breasts?
19        MR. PIKE:  Form.
20        THE WITNESS:  Though I'd like to answer that
21  question -- I would like to answer all your
22  questions here today, I'm going to have to respond
23  as I've done to mostly all your other questions
24  here today, Mr. Horowitz, which is on advice of my
25  counsel, they've advised me I must assert my Sixth

17  (Pages 65 to 68)

Page 69

1   Amendment Rights, my Fifth Amendment Rights and my
2   Fourteenth Amendment Rights under the U.S.
3   Constitution.  And if I don't do so, and I answer
4   your question, which I would like to do, I risk
5   losing their representation, so, therefore, I must
6   just simply assert those rights.
7        THE VIDEOGRAPHER:  Three minutes of tape
8   remaining.
9        MR. HOROWITZ:  Okay.  Thanks.
10   BY MR. HOROWITZ:
11   Q   During Jane Doe 2's visit to your home in 2004,
12   did you rub Jane Doe 2's vagina?
13        MR. PIKE?  Form.
14        THE WITNESS:  I'd like to answer that question,
15   however, today, at least today, my counsel has
16   advised me that I cannot answer any questions that
17   may be relevant to your lawsuits --
18   BY MR. HOROWITZ:
19   Q   During --
20   A   -- and --
21   Q   Sorry.
22   A   Excuse me.
23   Q   Go ahead.
24   A   And, though I would like to answer each and
25   every one of your questions, I am going to have to

Page 70

1   respond as I've responded to most of your other
2   questions here today, Mr. Horowitz, which is I am going
3   to have to assert my Sixth Amendment, Fourteenth
4   Amendment and Fifth Amendment Rights as provided by the
5   U.S. Constitution.  I've been advised by counsel that if
6   I don't do so, I risk losing their representation.
7   Though I would like to answer, I cannot.
8   Q   During Jane Doe 2's visit to your home in 2004,
9   did you insert your fingers into Jane Doe 2's vagina?
10        MR. PIKE:  Form.
11        THE WITNESS:  I would like to answer that
12   question.  I would like to answer all your
13   questions here today.  However, on advice of
14   counsel, they've advised me I must assert my Fifth
15   Amendment, Sixth Amendment and Fourteenth Amendment
16   Rights as provided by the U.S. Constitution.  And,
17   though I would like to answer that question, I
18   cannot here today --
19        THE VIDEOGRAPHER:  I need to --
20        THE WITNESS:  -- sorry -- but
21        MR. PIKE:  If you need to finish, go ahead.
22        THE WITNESS:  -- based on my counsel's advice.
23        THE VIDEOGRAPHER:  Time off the record 11:59 --
24   11:19.
25        (Thereupon, a short break was taken.)

Page 71

1        THE VIDEOGRAPHER:  Time on the record 11:29.
2   This is Tape 2.
3   BY MR. HOROWITZ:
4   Q   Sir, during Jane Doe 2's visit to your home in
5   2004, did you masturbate in front of her?
6        MR. PIKE:  Form.
7        THE WITNESS:  Mr. Horowitz, I would like to
8   answer every one of your questions here today.  I
9   specifically would like to answer that question.
10   However, on advice counsel, they've advised me I am
11   going to have to assert my Fifth Amendment, Sixth
12   Amendment and Fourteenth Rights as provided by the
13   U.S. Constitution.  And if I don't follow their
14   advice, I risk losing their representation, so
15   therefore, I am going to have to assert those
16   rights.
17   BY MR. HOROWITZ:
18   Q   During Jane Doe 2's visit to your home in 2004,
19   did you ejaculate in front of her?
20        MR. PIKE:  Form.
21        THE WITNESS:  I'd like to answer that
22   question.  I'd like to answer most of your other
23   questions here today, but I am going to have to
24   respond, as I've responded to most of your other
25   questions here today, which is my counsel has

Page 72

1   advised me at least today -- excuse me -- I cannot
2   answer any questions that may be relevant to this
3   lawsuit.  And I -- if I do not follow their advice,
4   I risk losing their representation.  Therefore, I
5   am going to have to assert those rights and not
6   respond today.
7   BY MR. HOROWITZ:
8   Q   During Jane Doe 2's visit to your home in 2004,
9   did you tell her that she had a very hard clit as you
10   were rubbing it?
11   A   What?
12        MR. PIKE:  Form.
13   BY MR. HOROWITZ:
14   Q   A hard clit.
15        MR. PIKE:  Same objection.
16        THE WITNESS:  I would like to respond to that
17   question.  I would like to answer that question.
18   However, I am going to have to respond, as I've
19   responded to most of your other questions here
20   today, because my -- on advice of my counsel,
21   they've advised me I must assert my Sixth Amendment
22   Rights, my Fifth Amendment Rights and my Fourteenth
23   Amendment rights as provided by the Constitution.
24   And if I don't do so, and I answer that question, I
25   risk losing their representation.  So therefore,

18  (Pages 69 to 72)

Page 73

```
 1      unfortunately, Mr. Horowitz, though I would like to
 2      answer it, I cannot today.
 3   BY MR. HOROWITZ:
 4      Q   Did you have sexual contact with Jane Doe 2 at
 5   your Palm Beach home in late 2004?
 6         MR. PIKE:  Form, predicate, foundation.
 7         THE WITNESS:  I'd very much like to answer that
 8      question, as I would like to answer most of your
 9      other questions here today.  However, just like
10      I've answered for most of your other questions, on
11      advice of my counsel today, they've advised me that
12      I must assert my Sixth Amendment, Fifth Amendment
13      and Fourteenth Amendment Rights as provided by the
14      U.S Constitution.  And, though I would like to
15      answer it, if I do so, I risk losing their
16      representation; therefore, I must not respond.
17      Thank you.
18   BY MR. HOROWITZ:
19      Q   During Jane Doe 2's visit to your home in 2004,
20   did you pay her $200 after you had sexual contact with
21   her?
22         MR. PIKE:  Form.
23         THE WITNESS:  Could you repeat the question for
24      me?
25   BY MR. HOROWITZ:
```

Page 74

```
 1      Q   During Jane Doe 2's visit to your home in 2004,
 2   did you pay her $200 after you had sexual contact with
 3   her?
 4         MR. PIKE:  Form.
 5         THE WITNESS:  I would like to answer that
 6      question -- is she saying I paid her $200?  Is that
 7      in the allegation?
 8         MR. HOROWITZ:  I'm just asking the questions.
 9         THE WITNESS:  I know.  I'm asking you to
10      clarify.  Is that -- is it -- is it in the -- in
11      the complaint?
12         MR. HOROWITZ:  I'm not allowed to answer your
13      questions today.
14         THE WITNESS:  I'm sorry.
15         MR. HOROWITZ:  I wish I could.
16         THE WITNESS:  I'm sorry.  I wish you could
17      too.  I'm sure the jury would like to answer
18      some of my questions, but today, I'll answer that
19      question -- unfortunately, I would like to respond
20      to every one of your questions, every single one,
21      however, today, on advice of counsel, I cannot.
22      And, though I would like to answer each one of your
23      questions, on the advice of my counsel, I am going
24      to have to assert my Sixth Amendment, Fifth
25      Amendment and Fourteenth Amendment Rights not to
```

Page 75

```
 1      answer, and because -- if I answer, they've advised
 2      me I risk losing their representation.
 3   BY MR. HOROWITZ:
 4      Q   You never asked Jane Doe 2 for permission to
 5   touch her breasts and genitals, correct?
 6         MR. PIKE:  Form.
 7         THE WITNESS:  I would like to answer each one
 8      of your questions today, each one.  However, on my
 9      advice of my counsel, they've advised me I cannot
10      answer any questions that may be relevant to your
11      lawsuit, or her lawsuit, or the lawsuit -- I guess
12      it's the lawsuit brought by the same -- one of your
13      partners originally whose become disbarred.  I
14      would like to answer it; however, I cannot.  On the
15      advice of counsel, I must assert my Sixth
16      Amendment, Fourteenth Amendment and Fifth Amendment
17      Rights as provided by the Constitution, because
18      they've advised me that if I answer those
19      questions, I risk losing their representation.
20         MR. HOROWITZ:  Okay.  Move to strike.
21   BY MR. HOROWITZ:
22      Q   And isn't it true that Jane Doe 2 indicated to
23   you that she did not want you to touch her?
24      A   I would like to answer --
25         MR. PIKE:  Form.
```

Page 76

```
 1         THE WITNESS:  Excuse me?
 2         MR. PIKE:  Go ahead.
 3         THE WITNESS:  I'm sorry.  I would like to
 4      answer every one of your questions today, every
 5      one.  However, on advice of my counsel, I cannot
 6      answer any questions that may be relevant to any of
 7      your lawsuits.  And so today, on advice of counsel,
 8      I must assert my Sixth Amendment, Fifth Amendment
 9      and Fourteenth Amendment Rights as provided by the
10      Constitution, because if I answer these questions,
11      I risk -- they tell me, I risk losing their
12      representation.
13   BY MR. HOROWITZ:
14      Q   All right.  Isn't it true that you touched Jane
15   Doe 2's breasts and genitals after she indicated she did
16   not want you to touch her?
17         MR. PIKE:  Form.
18         THE WITNESS:  I would like to answer that
19      question, as well as each and every question you've
20      asked me here today regarding each and one of your
21      lawsuits.  However, today, on the advice of
22      counsel, I am going to have to assert my Sixth
23      Amendment, Fifth Amendment and Fourteenth Amendment
24      Rights as provided by the Constitution.  And,
25      though I would like to answer that question, as all
```

19  (Pages 73 to 76)

Page 77

1 the other questions today, I am going to have to
2 assert those rights because I've been advised that
3 not doing so, I might risk losing their counsel.
4 BY MR. HOROWITZ:
5     Q   Did you try to persuade Jane Doe 2 that it was
6 okay for to you touch her breasts and genitals?
7         MR. PIKE: Form.
8         THE WITNESS: I'd like to answer every one of
9     your questions here today, every one. However, on
10    advice of counsel, they've advised me that I cannot
11    answer any questions that may be relevant to any of
12    your lawsuits. Therefore, I am going to have to
13    assert my Sixth Amendment, Fourteenth Amendment and
14    Fifth Amendment Rights as provided by the
15    Constitution because, though I would like to answer
16    those questions -- that question, as well as all
17    the other questions you've asked me here today, I
18    cannot do so on advice of counsel.
19 BY MR. HOROWITZ:
20    Q   Sir, you don't deny that you sexually abused
21 Jane Doe 2, do you?
22        MR. PIKE: Form.
23        THE WITNESS: I would like to answer that
24    question. I'd really like to answer that
25    question. However, I cannot on advice of counsel,

Page 78

1 because they told me that I cannot answer any
2 questions that may be relevant to any of your
3 lawsuits here today. And if I do so, I risk losing
4 their representation, so, unfortunately, Mr.
5 Horowitz, I am going to have to assert those
6 rights.
7 BY MR. HOROWITZ:
8     Q   Did you pay Jane Doe 3 for bringing Jane Doe 2
9 to your home in late 2004?
10        MR. PIKE: Form.
11        THE WITNESS: Who?
12        MR. HOROWITZ: Jane Doe 3. I may ask you a few
13    more questions about her name, so just kind of hold
14    that name in your head.
15        THE WITNESS: So it's now not Jane Doe 2?
16        MR. HOROWITZ: Well --
17        THE WITNESS: Are these two friends? I mean,
18    these are two friends here supposedly?
19        MR. HOROWITZ: I'm not allowed to answer.
20        THE WITNESS: Oh, you can't, sorry. I guess
21    one friend supposedly brought the other
22    acquaintance --
23 BY MR. HOROWITZ:
24    Q   My question -- my question --
25    A   Sorry. Okay. Sorry. What's your question?

Page 79

1     Q   Put out of your mind anything else you may
2 register. Focus on my question to you.
3     A   I am going to try.
4     Q   Did you pay Jane Doe 3 for bringing Jane Doe 2
5 to your home in late 2004?
6         MR. PIKE: Form.
7         THE WITNESS: Did I pay Jane Doe 3, Jane Doe
8     2's friend? Is that -- I'm sorry. Is that --
9 BY MR. HOROWITZ:
10    Q   Do you know them to be friends?
11    A   I'm asking you, sorry.
12    Q   I'm not allowed --
13    A   You're not allowed to testify. You can't
14    testify that they're friends, okay. I'm sorry. I would
15    like to answer those questions, Mr. Horowitz. I'm sure
16    the ladies and gentlemen of the jury -- these questions
17    -- these answers are pretty obvious. However, on advice
18    of counsel, I'm not going to be able to answer those
19    questions today. And, though I would like to, I'm going
20    to have to assert my Fifth Amendment, Sixth Amendment
21    and Fourteenth Amendment Rights as provided by the
22    Constitutions because my counsel has told me that if I
23    don't do so, I risk losing their -- potentially risk
24    losing their representation. So, though I would like to
25    answer that question, as I understand it, I cannot.

Page 80

1 BY MR. HOROWITZ:
2     Q   Okay. Did you instruct S.K. to take Jane Doe
3 2's name and number for the purpose of calling her to
4 come to your house for more sexual activity?
5         MR. PIKE: Form.
6         THE WITNESS: I'd like to answer that question,
7     as I'd like to answer most of your other questions
8     that you've asked me here today. However, based on
9     advice of counsel, they've advised me I cannot
10    answer any questions that may become relevant to
11    any of your lawsuits. So, though I would like to
12    answer the question, Mr. Horowitz, I cannot because
13    my counsel has advised me that if I do, I risk
14    losing their representation. So, unfortunately,
15    today I cannot answer that question.
16 BY MR. HOROWITZ:
17    Q   Okay. So you've asserted the Fifth Amendment
18 as to -- privilege as to my questions about Jane Doe 2.
19 Is there any reason a jury should not infer from your
20 response that you sexually abused Jane Doe 2?
21        MR. PIKE: Object to the form of that question,
22    and I'm going to instruct him not to answer simply
23    because the way the question is worded, it could
24    get into attorney-client communications and
25    potentially work product. I'm not quite sure I

20  (Pages 77 to 80)

Page 81

1   understand the question. So if you'd rephrase it,
2   possibly, if you can.
3   BY MR. HOROWITZ:
4       Q   You've asserted a Fifth Amendment privilege to
5   various questions I've asked you about Jane Doe 2. My
6   question is: Is there any reason in your mind, absent
7   anything you've spoken to with your attorney about, why
8   the jury should not infer from your assertion of the
9   Fifth Amendment privilege, that you in fact sexually
10  abused Jane Doe 2?
11      MR. PIKE: Form.
12      THE WITNESS: Well, I believe, Mr. Horowitz,
13  the Fifth Amendment is by the Supreme Court's
14  ruling. It's, in fact, used to protect the
15  innocent, as well as certain people that might be
16  not guilty. So in response to that question, with
17  the fact that Jane Doe 2 -- the jury will
18  understand that Jane Doe 2's lawsuit brought by a
19  partner of yours who's been disbarred, constant --
20  after, in fact, he brought the lawsuit, well -- the
21  jury, I have a strange feeling will -- sorry -- the
22  jury, I believe, will understand that my taking the
23  Fifth Amendment is only as a result of my counsel
24  advising me today that I must do so, because if I
25  don't do so, I risk losing their representation,

Page 82

1   though I'd like to answer each and every one of
2   your questions.
3   BY MR. HOROWITZ:
4       Q   In this case are you asserting the Fifth
5   Amendment privilege because you are in fact innocent?
6       MR. PIKE: Form.
7       THE WITNESS: Do you want me to answer that
8   question?
9       MR. PIKE: Form. It's -- it's the same
10  objection.
11      THE WITNESS: I would like to answer that
12  question. As I said before, your partner who's
13  been disbarred after filing this lawsuit,
14  Mr. Edwards who's sitting there whose partner, in
15  fact, is sitting in jail for filing lawsuits of a
16  sexual nature against people like me and others.
17  Though I would like to answer every one of your
18  questions, every single one, my counsel has advised
19  me at least today that any question that may be
20  relevant to this lawsuit, I must assert my Sixth
21  Amendment, Fourteenth Amendment and Fifth Amendment
22  Rights, and, though I would like to answer that
23  question, as well as every other question you've
24  asked here today, I am going to have to assert
25  those rights, or lose -- risk losing their

Page 83

1   representation.
2   BY MR. HOROWITZ:
3       Q   Okay. I am going to be asking you some
4   questions about Jane Doe 3. She's the Plaintiff in --
5   identified as Jane Doe Number 3. I just want you to
6   keep her name in your head so -- for this series of
7   questions, okay?
8       A   Yes.
9       Q   Sir, isn't it true that a girl named Jane Doe 3
10  came to your Palm Beach home on multiple occasions in
11  2004?
12      MR. PIKE: Form.
13      THE WITNESS: I understand that Jane Doe 3 was
14  the girl you mentioned before who was friendly with
15  Jane Doe 2. So the two friends, I believe, you're
16  just suggesting -- now, there was a question -- oh,
17  I'm asking you to testify. I'd like to answer the
18  questions about Jane Doe 3. I'd like to answer the
19  questions about your former other client you talked
20  about, Jane Doe 2, the two friends, but I cannot
21  based on my advice of counsel just today at least.
22  Though I would like to respond in detail, I am
23  going to have to assert on their opinion -- their
24  advice, the Sixth Amendment, Fifth Amendment and
25  Fourteenth Amendment Rights as provided by the U.S.

Page 84

1   Constitution. And, though I would like to answer
2   each and every one of your questions, I cannot do
3   so here today.
4   BY MR. HOROWITZ:
5       Q   Did you ever instruct a girl named H.R. to
6   bring underage girls to your home for your sexual
7   pleasure?
8       MR. PIKE: Form.
9       THE WITNESS: I'd like to answer each and every
10  one of your questions here today, Mr. Horowitz,
11  regarding these lawsuits that you and your
12  disbarred partner -- your partner who's been
13  disbarred after bringing these lawsuits has
14  brought. However, though I'd like to answer that
15  question, as you probably understand, my counsel
16  who has advised me at least today, that I cannot
17  answer any questions that may become relevant or
18  may be relevant to this lawsuit, and they've
19  advised me I must assert my Sixth Amendment, Fifth
20  Amendment and Fourteenth Amendment Rights as
21  provided by the U.S. Constitution, or risk losing
22  their representation, so unfortunately, I must
23  respond that way.
24  BY MR. HOROWITZ:
25      Q   Did you ever pay H.R. to bring you other

21 (Pages 81 to 84)

## Page 85

1   underage girls for your sexual pleasure?
2       MR. PIKE:  Form.
3       THE WITNESS:  Can you give me the question
4   again?  I'm sorry.
5   BY MR. HOROWITZ:
6       Q   H.R., the -- in your mind, do you know who that
7   is?
8       A   I'm listening.
9       Q   Well, that's my question -- it was a question.
10      A   I'm sorry, what was the question?
11      Q   Do you know who H.R. -- I mean, in your mind,
12  you can picture what that is, right?
13      MR. PIKE:  Form, move to strike.
14      THE WITNESS:  I'm going up --
15      MR. HOROWITZ:  It's a question.
16      MR. PIKE:  What is the question?
17  BY MR. HOROWITZ:
18      Q   Do you -- in your mind, can you picture -- when
19  I say "H.R.", do you know who I'm talking about?
20      MR. PIKE:  Form.
21      THE WITNESS:  I would like to answer each and
22      every one of your questions brought here today
23      under these lawsuits filed by you and your partner
24      that was disbarred, but on advice of counsel here
25      today, Mr. Horowitz, I'm going to have to assert my

## Page 86

1       Sixth Amendment, Fourteenth Amendment and Fifth
2       Amendment Rights.  Though I would like to answer
3       each and every one of your questions, I cannot do
4       so today.
5   BY MR. HOROWITZ:
6       Q   Did you ever pay H.R. to bring you underage
7   girls for your sexual pleasure?
8       MR. PIKE:  Form.
9       THE WITNESS:  I would like to answer each one
10      of your questions that you've been posing to me
11      today.  Unfortunately, my counsel has advised me
12      that today I must assert any of my rights under the
13      Sixth Amendment, Fifth Amendment and Fourteenth
14      Amendment to any questions that may become relevant
15      to this lawsuit brought by you and your firm and
16      your partner who's been disbarred.  But I would
17      like to answer that question.  However, today I
18      cannot.
19  BY MR. HOROWITZ:
20      Q   Between 2000 -- strike that.
21      In 2004 and 2005, did you pay Jane Doe 3 to
22  bring other minor girls to your home for your own sexual
23  gratification?
24      MR. PIKE:  Form.
25      THE WITNESS:  This is Jane Doe 3, the same girl

## Page 87

1   as before, who's the friend of all of the girls you
2   keep talking about; is that what you're saying?
3   BY MR. HOROWITZ:
4       Q   Is that your testimony?
5       A   This is your testimony -- I'm sorry -- this is
6   your -- I'm trying to understand the question.
7       Unfortunately, I would like to answer that
8   question.  However, on advice of counsel here today,
9   they've informed me that I must assert my Sixth
10  Amendment, Fourteenth Amendment and Fifth Amendment
11  Rights.
12      Though I would like to answer each and every
13  one of your questions, I am going to have to respond to
14  that question the same way I've responded to mostly each
15  one of your other questions here today and refuse to
16  testify.
17  BY MR. HOROWITZ:
18      Q   In 2004 did you receive a phone call from H.R.
19  In which she informed you that she was bringing Jane Doe
20  3 to your home for you to engage in sexual activity?
21      MR. PIKE:  Form.
22      THE WITNESS:  Did I receive a call?
23      MR. HOROWITZ:  That's my question.
24      THE WITNESS:  I would like to answer that
25      question, however, on advice of counsel, I cannot

## Page 88

1   because they've told me I must assert my Sixth
2   Amendment, Fourteenth Amendment and Fifth Amendment
3   Rights to any question that may become relevant to
4   one of your lawsuits.  So, though I would like to
5   answer that question, as the other questions you've
6   asked, I must assert those rights here today.
7   BY MR. HOROWITZ:
8       Q   Sir, if you shake your head after I ask a
9   question, should we infer that you're saying "no" to my
10  question?
11      MR. PIKE:  Form.  I am going to instruct him
12      not to answer that question.  It -- I'm -- I'm not
13      quite sure that you -- what you're trying to do
14      here is you're asking a -- a question.  His -- his
15      answer is his answer, and it's a verbal answer, and
16      you know the rules of deposition where nods of the
17      head, shakes of the head, um-hum and un-huns are
18      not understood by the court reporter.  So his
19      answer is his verbal response, and no such gesture
20      should be interpreted in an manner that would
21      benefit your case, Mr. Horowitz.
22      MR. HOROWITZ:  Okay.  Well, the video will --
23      will -- will be played, and persons who view the
24      video will -- will determine from themselves -- for
25      themselves --

22  (Pages 85 to 88)

Page 89

1    MR. PIKE:  Absolutely.
2    MR. HOROWITZ:  -- what to infer from nodding --
3    MR. PIKE:  But he's not --
4    THE REPORTER:  Wait --
5    MR. HOROWITZ:  -- or shaking of the head.
6    MR. PIKE:  I'm sorry.  Correct, but he's not
7    going to answer that question.
8    MR. HOROWITZ:  Okay.
9  BY MR. HOROWITZ:
10   Q   Did you instruct S.K. to communicate by
11 telephone with H.R. for the purpose of arranging for
12 underage girls to come to your home to engage in sexual
13 activity?
14   MR. PIKE:  Form.
15   THE WITNESS:  I would like to answer each and
16   every one of your questions posed today about the
17   various lawsuits brought by you and your disbarred
18   partner -- your partner who was disbarred after
19   they filed these lawsuits.  However, on advice of
20   counsel, they've told me I must assert my Sixth
21   Amendment, Fifth Amendment and Fourteenth Amendment
22   Rights as provided by the U.S. Constitution, or if
23   I testify I risk losing their representation.  So,
24   though I would like to answer each one of your
25   questions, Mr. Horowitz, I cannot do so today.

Page 90

1  BY MR. HOROWITZ:
2    Q   Did you call -- did you instruct S.K. to call
3  Jane Doe 3 by telephone to arrange for you to get a
4  massage?
5    MR. PIKE:  Form.
6    THE WITNESS:  Mr. Horowitz, I'd like to answer
7    each and every one of your questions, but I am
8    going to have to respond today like I've responded
9    to most of your other questions asked here today.
10   I am going -- by -- on the advice of counsel, I am
11   going to have to assert my Sixth Amendment,
12   Fourteenth Amendment and Fifth Amendment rights not
13   to answer any questions brought by you, your firm,
14   your partner that was disbarred from the Florida
15   Bar after bringing these lawsuits, and I am going
16   to have to refuse to answer that question, I'm
17   sorry.
18 BY MR. HOROWITZ:
19   Q   Did you inform S.K. that the massage Jane Doe 3
20 was to give you would be sexual in nature?
21   MR. PIKE:  Form.
22   THE WITNESS:  I would like to answer that
23   question, but unfortunately, I am going to have to
24   answer that question as I've answered most of your
25   other questions here today.  On advice of counsel,

Page 91

1  they've advised that I must assert my Sixth
2  Amendment Rights, my Fourteenth Amendment Rights
3  and my Fifth Amendment rights as provided by the
4  U.S. Constitution.  And, though I would like to
5  answer these questions brought by you -- you, your
6  disbarred partner, or Mr. Edwards' firm whose
7  partner sits in jail for -- for what the U.S.
8  Attorney calls a criminal enterprise, I would like
9  nothing more than to answer that question, but
10 today I am going to have to assert those rights.
11 BY MR. HOROWITZ:
12   Q   Did you observe S.K. speaking with H.R. by
13 telephone and arranging for Jane Doe 3 to come to your
14 home for a massage?
15   MR. PIKE:  Form, predicate, foundation.
16   THE WITNESS:  I will much -- I'd very much like
17   to answer that question, like most of your other
18   questions here today; however, upon advice of
19   counsel, they've advised me I must assert my Sixth
20   Amendment, Fifth Amendment and Fourteenth Amendment
21   Rights as provided by the U.S. Constitution.  And,
22   though I would like to answer each and every one of
23   your questions brought by you, your firm, your
24   partner that was disbarred after bringing these
25   claims, Mr. Edwards' firm that's been accused of

Page 92

1  creating and fabricating cases of a sexual nature
2  against me and other people, I cannot answer that
3  question today.
4  BY MR. HOROWITZ:
5    Q   Did S.K. tell you that she confirmed by
6  telephone that Jane Doe 3 would be coming to your home
7  at a specific time to give you a massage?
8    MR. PIKE:  Form.
9    THE WITNESS:  I'd like to answer that question
10   Mr. Horowitz, as I'd like to answer most of your
11   other questions posed here today, but as I've
12   responded to mostly all your questions here today,
13   on advice of counsel, they've advised me I must
14   assert my Sixth Amendment, Fifth Amendment and
15   Fourteenth Amendment Rights provided by the U.S.
16   Constitution.
17   MR. HOROWITZ:  Uh-huh.
18   THE WITNESS:  And if I don't do so, I risk
19   losing their representation.  And, though your firm
20   and its partner that was disbarred after bringing
21   these cases, Mr. Edwards' firm, his partner sits
22   in the jail accused of -- of the largest fraud in
23   South Florida's history, I would like nothing more
24   than to answer that question, but I must follow the
25   advice of counsel, or they've told me I risk losing

Page 93

1  their representation.
2  BY MR. HOROWITZ:
3     Q  Since you've mentioned my partner who you
4  describe as disbarred and you also mentioned
5  Mr. Rothstein's involvement, are you suggesting that
6  Jane Doe 3 fabricated her allegations of abuse after
7  coming into contact with one of these attorneys?
8     A  I want --
9        MR. PIKE:  Form.
10       THE WITNESS:  I believe the jury will decide
11  that.  I believe the jury will decide that
12  Mr. Rothstein, Mr. Edwards' partner who sits in
13  jail, accused by the U.S. Attorney of the largest
14  fraud in South Florida's history for crafting cases
15  of a sexual nature, crafting, fabricating -- it's
16  not my words -- it's words in the paper -- against
17  people like me and others, to try to get as much
18  money as they could according to the newspapers.
19  I'm sorry, but I would like to answer that question
20  asked to me before, but I cannot under advice of
21  counsel, who've told me I must in response to any
22  questions that may be relevant to your lawsuit,
23  today at least, to assert my Sixth Amendment,
24  Fourteenth Amendment and Fifth Amendment Rights
25  under the U.S. Constitution.  May I take a break or

Page 94

1  a rest?
2        MR. HOROWITZ:  Yes.
3        THE WITNESS:  Okay.  Thank you.
4        THE VIDEOGRAPHER:  Time off the record 11:52.
5        (Thereupon, a short break was taken.)
6        THE VIDEOGRAPHER:  Time on the record 12:00.
7  BY MR. HOROWITZ:
8     Q  Sir, we have been discussing Jane Doe 3.  Was
9  it your intent during the course of Jane Doe 3's first
10  visit to your home that you would persuade, induce or
11  entice her to engage in sexual activity?
12       MR. PIKE:  Form.
13       THE WITNESS:  I'd like to answer that question,
14  as I'd like to answer every one of your questions
15  here today, Mr. Horowitz; however, on advice of
16  counsel, I've been informed I must assert my Sixth
17  Amendment, Fourteenth Amendment and Fifth Amendment
18  Rights as provided by the U.S. Constitution.  And,
19  though I'd like to answer the questions provide --
20  asked by you, unfortunately, your -- the person who
21  filed the lawsuits on your firm's behalf, your
22  partner, Jeffrey Herman, who's been disbarred after
23  they filed this lawsuit, sued by one of your other
24  clients -- one of the girls' parents because he
25  brought a lawsuit -- some -- some craziness -- I

Page 95

1  would like to answer every one of your questions;
2  however, my counsel has told me I cannot today, so
3  I must assert those rights, or risk losing their
4  representation.
5  BY MR. HOROWITZ:
6     Q  Sir, are you testifying that my partner was
7  sued by a -- a former client?
8     A  I don't remember -- I don't recall -- I believe
9  the -- S.G.'s parents, who the first was initially --
10  this is according to the newspapers -- your -- Mr.
11  Herman's clients, I believe.  The other -- the parent --
12  the person who he represented said that in fact he never
13  represented her, but I don't have the full details.
14  BY MR. HOROWITZ:
15     Q  But are you -- are you suggesting that he was
16  sued by her -- by a former client?
17     A  I did not.
18     Q  Pardon me?
19     A  No, I did not.
20     Q  Okay.  During the course of Jane Doe 3's first
21  visit to your home, did you in fact persuade, induce or
22  entice her to engage in sexual activity with you?
23     A  I just answered that question, didn't I?
24       MR. PIKE:  Form.
25       THE WITNESS:  Wasn't that the question I just

Page 96

1  answered?
2  BY MR. HOROWITZ:
3     Q  No.  My earlier question was:  Was it your
4  intent to engage in sexual activity.  My question now,
5  it's a very specific one --
6     A  Okay.
7     Q  -- during the course of Jane Doe 3's first
8  visit to your home, did you in fact persuade, induce or
9  entice her to engage in sexual activity?
10    A  I'd like to answer that question.  I'd like to
11  answer every one of your questions here today,
12  Mr. Horowitz, and I think the answer is pretty obvious;
13  however, I cannot, because under advice of counsel,
14  they've advised me I must assert Fifth Amendment, Sixth
15  Amendment and Fourteenth Amendment Rights as provided by
16  the Constitution.  And if I choose to answer, I risk
17  losing that representation no matter how much I'd like
18  to answer that question.
19    Q  At no time did Jane Doe 3 tell you that she was
20  18 or older, correct?
21       MR. PIKE:  Form.
22       THE WITNESS:  I'd like to answer every one of
23  your questions.  I'd like to answer that question
24  specifically.  However, sitting here today, I've
25  been advised by my counsel that I cannot answer any

Page 97

```
1    questions that may be relevant to your -- one of
2    your lawsuits. And, though it was brought, I
3    believe, your partner that was later disbarred and
4    had some association with Mr. Edwards who's sitting
5    there with his partner who sits in jail accused of
6    one of the largest frauds in South Florida's
7    history. The U.S. Attorney accused his firm while
8    he's sitting there accused of being a criminal
9    enterprise, I'd like to answer each one of your
10   questions; however, my counsel has advised me today
11   that I must assert my Sixth Amendment, Fourteenth
12   Amendment and Fifth Amendment Rights, so
13   unfortunately, I cannot.
14   BY MR. HOROWITZ:
15   Q   Okay. In your own mind, when Jane Doe 3 was at
16   your home, you didn't believe that she was 18 or older,
17   did you?
18       MR. PIKE: Form.
19       THE WITNESS: I'd like to answer each one of
20   your questions, Mr. Horowitz, here today, but
21   unfortunately I'm going to have to respond to that
22   question, as I've responded to most of your other
23   questions here today, which is that at least for
24   today, my counsel has advised me that I cannot
25   answer any questions that may be relevant to any
```

Page 98

```
1    one of your lawsuits brought by your firm and your
2    partner whose -- who was disbarred after they
3    brought these lawsuits, or the questions Mr.
4    Edwards might pose via his partner sitting in jail,
5    or a new jail according to the newspapers, accused
6    of the largest fraud in South Florida's history for
7    crafting cases of sexual nature against people like
8    me and others. So, though I'd like to answer that
9    question, as your other questions, unfortunately, I
10   am going to have to assert my Fifth Amendment,
11   Sixth Amendment and Fourteenth Amendment Rights as
12   provided by the U.S. Constitution.
13   BY MR. HOROWITZ:
14   Q   Do you base your assertion of the Fifth
15   Amendment privilege on the fact that Jane Doe 3's
16   attorney was supposedly disbarred?
17       THE REPORTER: "Jane Doe 3's attorney was" --
18       MR. HOROWITZ: "Supposedly disbarred."
19       MR. PIKE: I am going to object. That could
20   get into attorney-client work product information.
21   I am going to instruct him not to answer that
22   question, Mr. Horowitz.
23   BY MR. HOROWITZ:
24   Q   Are you -- are you suggesting that Jane Doe 3
25   is lying because, in your mind, she has an attorney who
```

Page 99

```
1    was disbarred?
2        MR. PIKE: Form.
3        THE WITNESS: I would let the jury decide that
4    fact. My suggestions -- I'd like to answer every
5    one of your questions here today. I'd like to
6    respond regarding the -- her attorney that was
7    disbarred. I'd like to answer questions with
8    respect to Mr. Edwards' partner who sits in jail
9    for crafting cases of a sexual nature, making
10   allegations against people like me and others;
11   however today, on advice of counsel, Mr. Horowitz,
12   I am going to have to assert my -- under -- under
13   advice of counsel, I am going to have assert my
14   Sixth Amendment, Fourteenth Amendment and Fifth
15   Amendment Rights, and I'm told that if I choose to
16   answer that question, I risk losing their
17   representation, so unfortunately, I cannot answer
18   that today.
19   BY MR. HOROWITZ:
20   Q   Is it your contention today that Scott
21   Rothstein fabricated Jane Doe 3's lawsuit?
22       MR. PIKE: Form.
23       MR. HOROWITZ: I would like to answer that
24   question. I would like to answer -- I believe your
25   partner, Mr. Herman, was disbarred after filing the
```

Page 100

```
1    lawsuit. I'd like to answer every one of your
2    questions here today; however, on advice of my
3    counsel, I'm told that I must assert my Sixth
4    Amendment, Fourteenth Amendment and Fifth Amendment
5    Rights, and if I choose to answer that question, I
6    risk losing their representation. So, though I
7    would like to answer that question, as you probably
8    understand, I cannot do so today.
9    BY MR. HOROWITZ:
10   Q   When Jane Doe 3 was at your home, she told you
11   she attended Royal Palm Beach High School, didn't she?
12       MR. PIKE: Form.
13       THE WITNESS: I'd like to answer every one of
14   your questions here today, Mr. -- Horowitz, right,
15   Horowitz?
16       MR. HOROWITZ: (Nods head).
17       THE WITNESS: However, on advice of counsel, I
18   cannot answer those questions. They've asked me to
19   assert my Sixth Amendment, Fourteenth Amendment and
20   Fifth Amendment Rights. And if I choose to answer,
21   I risk losing my representation. Though your
22   partner after filing this lawsuit was disbarred
23   from the Florida Bar, the -- your -- the man
24   sitting to your right, his partner sits in jail
25   accused of the largest fraud in South Florida's
```

25  (Pages 97 to 100)

Page 101

```
 1        history for crafting --
 2            MR. HOROWITZ:  Uh-huh.
 3            THE WITNESS:  -- cases of a sexual nature
 4        against me and people like me.  I would like to
 5        answer those questions, but unfortunately today, I
 6        cannot do so.
 7   BY MR. HOROWITZ:
 8        Q   You were nude in front of Jane Doe 3 in 2004,
 9   weren't you?
10            MR. PIKE:  Form.
11            MR. HOROWITZ:  I'd like to answer each and
12        every one of your questions here today, Mr.
13        Horowitz; however, on the advice of my counsel, I
14        cannot.  They've advised me I must assert my Sixth
15        Amendment Rights, Sixth Amendment, Fourteenth
16        Amendment and Fifth Amendment Rights, so that to
17        any question that might be relevant to any of your
18        lawsuits crafted by your partner, who I believe has
19        been disbarred since filing the lawsuits, and
20        Mr. Edwards sitting there with his partner, Mr.
21        Rothstein, who's currently sitting in jail for
22        crafting cases of a sexual nature against people
23        like me and others, I'd like to answer each and
24        every one of your questions; however today, my --
25        on advice of counsel, I cannot do so.
```

Page 102

```
 1   BY MR. HOROWITZ:
 2        Q   In 2004 did you instruct Jane Doe 3 to remove
 3   her clothing?
 4            MR. PIKE:  Form.
 5            MR. HOROWITZ:  Can you repeat the question?
 6   BY MR. HOROWITZ:
 7        Q   Remember we -- we have been talking about Jane
 8   Doe 3.
 9        A   I'm doing my best.
10        Q   In 2004 did you instruct Jane Doe 3 to remove
11   her clothing?
12            MR. PIKE:  Form.
13            THE WITNESS:  I would like to answer that
14        question.  I would like to answer each and every
15        one of your other questions here today.  However,
16        upon advice of my counsel, they've advised me I
17        must assert my Sixth Amendment, Fourteenth
18        Amendment and Fifth Amendment Rights.  So, though
19        I'd like to answer these questions posed by you --
20        your partner who's been disbarred, Mr. Edwards'
21        partner who sits in jail for crafting lawsuits of a
22        sexual nature against people like me and others --
23        so, though I would like to answer those questions
24        with great specificity, I cannot under the advice
25        of counsel, so therefore, I'm sorry.
```

Page 103

```
 1   BY MR. HOROWITZ:
 2        Q   In 2004 did you instruct Jane Doe 3 to pinch
 3   your nipples and rub your chest?
 4            MR. PIKE:  Form.
 5            THE WITNESS:  I'd like to answer that
 6        question.  I'd like to answer that question very
 7        much.  However, on advice of counsel, they've
 8        instructed me that I cannot answer any questions
 9        today that may be relevant to any of your lawsuits
10        filed by you, your partner, Jeffrey Herman, that
11        was disbarred by the Florida Bar Association after
12        filing these lawsuits, questions posed by Mr.
13        Edwards and his firm whose partner sits in jail
14        accused by the U.S. Attorney of perpetrating the
15        largest fraud in U.S. history by fabricating --
16        totally fabricating cases against people like me
17        and others.  Though I would like to answer those
18        questions, I am going to have to assert my Sixth
19        Amendment, Fourteenth Amendment and Fifth Amendment
20        Rights as advice of -- upon advice of counsel.
21   BY MR. HOROWITZ:
22        Q   In 2004 did you ask Jane Doe 3 questions about
23   her sexual experience and preferences?
24            MR. PIKE:  Form.
25            THE WITNESS:  I'd like to answer that
```

Page 104

```
 1        question.  I'd like to answer every question you've
 2        asked here today.  However, upon advice of counsel,
 3        they've advised me I must assert my Sixth
 4        Amendment, Fifth Amendment and Fourteenth Amendment
 5        Rights -- so that cases brought by attorneys like
 6        you and your partner, Jeffrey Herman, who held a
 7        press conference on the streets outside Palm Beach,
 8        he was brought -- then later disbarred by the
 9        Florida Bar Association -- I'd like to answer every
10        one of your questions.  However, today, on advice
11        of counsel, I cannot.
12   BY MR. HOROWITZ:
13        Q   In 2004 did you touch Jane Doe 3's breasts for
14   your own sexual gratification?
15            MR. PIKE:  Form.
16            THE WITNESS:  I'd like to answer each and every
17        one of your questions posed today, Mr. Horowitz.
18        However, at least today upon advice of counsel, I
19        -- I cannot answer these questions, and I -- and I
20        must assert, on advice of my counsel, my Sixth
21        Amendment, Fifth Amendment and Fourteenth Amendment
22        Rights under the U.S. Constitution.  And though
23        this lawsuit brought by you and your partner who's
24        been disbarred by the Florida Bar Association after
25        bringing this lawsuit, sitting next to Mr. Edwards
```

UNIVERSAL COURT REPORTING
(954) 712-2600   (877) 291-DEPO (3376)

Page 105

```
 1      whose partner sits in jail for bringing cases of a
 2      sexual nature, fabricated cases of a sexual nature,
 3      and fleecing investors out of millions of dollars
 4      in South Florida, I'd like to answer each and every
 5      one of your questions.  However today, I cannot do
 6      so upon advice of counsel.
 7   BY MR. HOROWITZ:
 8      Q   In 2004 did you touch Jane Doe 3's buttocks for
 9   your own sexual gratification?
10         MR. PIKE:  Form.
11         THE WITNESS:  I'd like to answer that
12   question.  I'd very much like to answer that
13   question, like all the other questions you've asked
14   here today, questions posed by your firm, your
15   partner, Jeffrey Herman, whose been disbarred by
16   the Florida Bar Association after bringing this
17   case, Mr. Edwards' partner, Scott Rothstein, whose
18   purpose was -- according to the U.S. Attorney, ran
19   with Mr. Edwards and part of the firm, the largest
20   fraud -- one of the largest frauds in South
21   Florida's history for fabricating cases, misleading
22   investors, fleecing unsuspecting investors out of
23   millions of dollars by fabricating cases of a
24   sexual nature against people like me and others.
25   However, my counsel today has advised me that I
```

Page 106

```
 1   cannot answer those questions -- any questions that
 2   may be relevant to any of your lawsuits.  So,
 3   though I would like to answer that question today,
 4   I am going to have to rely on my counsel's advice.
 5   BY MR. HOROWITZ:
 6      Q   In 2004 did you rub Jane Doe 3's vagina?
 7         MR. PIKE:  Form.
 8         THE WITNESS:  Excuse me.  I'd like to answer
 9   that question, as I would like to answer mostly
10   every question you've asked me here today; however,
11   upon advice of counsel, I cannot answer that
12   question.  They've advised me I must assert my
13   Sixth Amendment, Fifth Amendment and Fourteenth
14   Amendment Rights against self -- excuse me, against
15   -- under the U.S. Constitution.  And though your
16   partner, Jeffrey Herman, was disbarred after filing
17   this lawsuit, Mr. Edwards' partner sits in jail for
18   fabricating cases of a sexual nature, fleecing
19   unsuspecting Florida investors and others out of
20   millions of dollars for cases of a sexual nature
21   with -- I'd like to answer your questions; however,
22   if I -- I'm told that if I do so, I risk losing my
23   counsel's representation; therefore, I must accept
24   their advise.
25   BY MR. HOROWITZ:
```

Page 107

```
 1      Q   In 2004 did you try to insert your fingers into
 2   Jane Doe 3's vagina?
 3         MR. PIKE:  Form.
 4         THE WITNESS:  I'd like to answer that
 5   question.  I'd like to answer every one of your
 6   questions here today; however, my counsel has
 7   advised me that I cannot answer any questions that
 8   may be relevant to any of your lawsuits brought by
 9   you and your disbarred partner, Jeffrey Herman, or
10   the questions by Mr. Edwards' partner, Scott -- his
11   firm, Scott Rothstein's firm, who -- Scott
12   Rothstein sits in jail for fabricating cases of a
13   sexual nature -- excuse me --
14         MR. HOROWITZ:  Continue.
15         THE WITNESS:  So, though I'd like to answer
16   that question, as I'd like to answer each and every
17   one of your questions today, I cannot do so on --
18   upon advice of counsel.
19   BY MR. HOROWITZ:
20      Q   In 2004 did you masturbate in front of Jane Doe
21   3?
22         MR. PIKE:  Form.
23         THE WITNESS:  I'd like to answer each and every
24   one of your questions, especially that one today;
25   however, my counsel has advised me that I must
```

Page 108

```
 1   assert my Sixth Amendment, Fourteenth Amendment and
 2   Fifth Amendment Rights, not to answer that
 3   question.  I'd like to answer it, though your
 4   partner who brought this lawsuit has been disbarred
 5   after bringing the lawsuit.  Mr. Edwards' partner
 6   who sits next to you, his partner sits in jail for
 7   fabricating cases of a sexual nature against people
 8   like me, fleecing people out of millions of dollars
 9   because this is about -- about -- of money.  Just a
10   money, money case.  I'd like to answer those
11   questions, Mr. Horowitz.  However, my counsel today
12   has said, I cannot answer any questions today that
13   may be relevant to this lawsuit, and I must accept
14   their advice, or risk losing their representation.
15   BY MR. HOROWITZ:
16      Q   In 2004 did you ejaculate in front of Jane Doe
17   3?
18         MR. PIKE:  Form.
19         THE WITNESS:  I'd like to answer that question.
20   However, today my counsel has advised me that I
21   cannot answer any questions that may be relevant to
22   your lawsuits, and I'm going to have to answer that
23   question as I've answered most of your other
24   questions here today.  This is no different than
25   the other questions I've had to answer where my
```

27 (Pages 105 to 108)

## Page 109

```
 1    counsel has advised me that I have to take these
 2    rights, but I prefer to answer, but if I do so, I
 3    risk losing their representation.  And, though
 4    posed by you and your partner, Jeffrey Herman, that
 5    was disbarred after filing these lawsuits, sitting
 6    next to Mr. Edwards, whose partner sits in jail
 7    accused of the largest -- perpetrating the largest
 8    -- one of the largest frauds in South Florida's
 9    history, accused by the U.S. Attorney of being a --
10    his firm of being a criminal enterprise, I'd like
11    to answer each and every one of your questions;
12    however, today under the advice of counsel, I
13    cannot.
14  BY MR. HOROWITZ:
15    Q    Did you have sexual contact with Jane Doe 3
16  during a massage in 2004?
17       MR. PIKE:  Form.
18       THE WITNESS:  I'd like to answer that question,
19    as I'd like to answer each and every one of your
20    other questions here today.  However, upon the
21    advice of counsel, I cannot.  And they've asked me
22    that -- they've required me to assert my Sixth
23    Amendment, Fourteenth Amendment and Fifth Amendmen
24    Rights as provided by the U.S. Constitution.
25    Though your firm's partner sits disbarred --
```

## Page 110

```
 1    Jeffrey Herman is disbarred after he brought this
 2    case, Mr. Edwards' partner sits in jail accused by
 3    the    1Attorney of perpetrating the largest fraud
 4    in U.S. or south Florida's history for fabricating
 5    cases of a sexually charged nature against me and
 6    people like me.  So, though I would like to answer
 7    your questions with specificity, Mr. Horowitz, I
 8    cannot do so here today upon advice of counsel.
 9  BY MR. HOROWITZ:
10    Q    During her first visit in 2004 to your home,
11  did you pay $200 to Jane Doe 3 after you had sexual
12  contact with her?
13       MR. PIKE:  Form.
14       THE WITNESS:  I'd like to answer that
15    question.  I'd really like to answer that
16    question.  I cannot do so here, because my
17    counsel has told me that I cannot answer any
18    questions relevant -- that may be relevant to any
19    of your lawsuits filed by you and your partner,
20    Jeffrey Herman, who was disbarred -- disbarred by
21    the Florida Bar Association after filing these
22    lawsuits, or Mr. Edwards' partner who sits in jail
23    accused of perpetrating one of the largest frauds
24    in South Florida's history, fleecing South Florida
25    investors of millions of dollars by crafting,
```

## Page 111

```
 1    fabricating and falsely creating cases of a sexual
 2    nature against people like me and others in order
 3    to simply gain money.  So, though I'd like to
 4    answer your questions, Mr. Horowitz, I am going to
 5    have to answer this question, as I've answered most
 6    of your questions here today, which is on the
 7    advice of counsel I cannot answer.
 8  BY MR. HOROWITZ:
 9    Q    You never asked Jane Doe 3 for permission to
10    touch her breasts and genitals, did you?
11       MR. PIKE:  Form, asked and answered.
12       THE WITNESS:  I'd like to answer that question,
13    as I would like to answer most of your other
14    questions here today.  However, upon advice of my
15    counsel -- excuse me -- they've instructed me that
16    I must assert my Sixth Amendment, Fourteenth
17    Amendment and Fifth Amendment Rights of -- provided
18    by the U.S. Constitution.  And, though you, your
19    partner, Jeffrey Herman -- excuse me -- who was
20    disbarred by the Florida Bar Association after
21    filing this case and your other cases, or Mr.
22    Edwards' partner who sits in jail -- sits in jail,
23    accused of perpetrating one of the largest frauds
24    in Florida's history by maliciously fabricating
25    cases of a sexual nature against me and other
```

## Page 112

```
 1    people like me.  So as you might imagine, I would
 2    like to answer these questions, but like the other
 3    questions I've asked -- I've answered here today, I
 4    am going to have to accept my attorney's counsel or
 5    risk losing their representation.
 6  BY MR. HOROWITZ:
 7    Q    In fact, sir, Jane Doe 3 indicated to you that
 8    she did not want you to touch her breasts; isn't that
 9  correct?
10       MR. PIKE:  Form.
11       THE WITNESS:  I'd like to answer all your
12    questions here today, Mr. Horowitz.  I would really
13    like to answer that question specifically.
14    However, as I sit here today, my counsel has
15    advised me that I must assert my Sixth Amendment
16    Rights, my Fourteenth Amendment Rights and my Fifth
17    Amendment Rights as provided by the U.S.
18    Constitution.  So, though you and your partner,
19    Jeffrey Herman, who filed this lawsuit, held a
20    press conference in Palm Beach months before he
21    became disbarred -- disbarred -- he's no longer an
22    attorney is my understanding now, but he was
23    disbarred by the Florida -- the Florida Bar
24    Association, or Mr. Edwards' partner who sits in
25    jail accused of fabricating cases strictly to get
```

28 (Pages 109 to 112)

Page 113

1  money from Florida investors, from Florida people,
2  I'd like to answer each and every one of your
3  questions, Mr. Horowitz, but today, on advice of
4  counsel, I cannot.
5  BY MR. HOROWITZ:
6  Q   Sir, you touched Jane Doe 3's breasts, buttocks
7  and genitals while she was still a minor after she told
8  you she did not want you to touch her; isn't that right?
9       MR. PIKE: Form, asked and answered.
10      THE WITNESS: I'd like to answer each and every
11  one of your questions today, Mr. Horowitz,
12  however, upon advice of my counsel I cannot.
13  They've asked me -- they've required me to assert
14  my Sixth Amendment, Fourteenth Amendment and Fifth
15  Amendment Rights as provided by the U.S.
16  Constitution to any questions that may be relevant,
17  or may become relevant to this lawsuit. So, though
18  your partner was disbarred after you filed this
19  claim, or your firm filed this claim, Mr. Edwards
20  who sits next to you, his partner sits in jail, so
21  I'd like to answer each one of these questions.
22  However, today, on the advice of counsel, I cannot.
23  BY MR. HOROWITZ:
24  Q   Did you try to persuade Jane Doe 3 that it was
25  okay for you to touch her breasts and genitals?

Page 114

1       MR. PIKE: Form.
2       THE WITNESS: I would like to answer each and
3  every one of your questions here today,
4  Mr. Horowitz, however, upon advice of counsel, I'm
5  -- they've required me to assert my Fourteenth
6  Amendment, Sixth Amendment and Fifth Amendment
7  Rights as provided by the U.S. Constitution. So,
8  although I would like to answer that question, and
9  respond to questions posed by you, for I, guess,
10  your partner, Mr. Herman, who has been disbarred by
11  the Florida Bar Association after filing these
12  cases, disbarred, so if I, Mr. Edwards' partner who sits
13  next to you, has filed other cases where his
14  partner sits in jail for fabricating cases, trying
15  to get money from Florida investors, I'd like to
16  answer each one of your questions here today Mr.
17  Horowitz, but upon advice of counsel, they've
18  advised me that if I do so, I risk losing their
19  representation, so I must accept their advice.
20  BY MR. HOROWITZ:
21  Q   Mr. Epstein, you don't deny that you sexually
22  abused Jane Doe 3 when she was a child, do you?
23      MR. PIKE: Form.
24      THE WITNESS: I would like to answer every one
25  of your questions here today, Mr. Horowitz, but

Page 115

1  like in response to most of your other questions
2  here today, I cannot. On the advice of counsel,
3  they've told me I must accept their advice or risk
4  losing their representation. They've advised me
5  that I must assert my Sixth Amendment, Fourteenth
6  Amendment and Fifth Amendment rights. So, though
7  your partner, Jeffrey Herman, was disbarred after
8  filing these cases, disbarred, no longer an
9  attorney, Mr. Edwards' partner who sits to your
10  right, his partner sits in, I believe, Saint Lucie
11  Jail according to today -- today's newspaper,
12  accused of perpetrating the largest fraud in South
13  Florida history against people like me, crafting,
14  fabricating, malicious sexually charged -- cases of
15  a sexually charged nature in order to fleece
16  investors, I would like to answer that question.
17  However today, I must accept my client's --
18  attorney's advice.
19  BY MR. HOROWITZ:
20  Q   Mr. Epstein, did you instruct S.K. to take Jane
21  Doe 3's name and telephone number for the purpose of
22  calling her home -- strike that.
23      Did you instruct S.K. to take Jane Doe 3's name
24  and telephone number for the purpose of calling Jane Doe
25  3 to come to your home for sexual activity?

Page 116

1       MR. PIKE: Form, asked and answered.
2       THE WITNESS: I would like to answer every one
3  of your questions, Mr. Horowitz, posed here today.
4  Unfortunately, I guess, your -- your other partner
5  who filed these lawsuits has been disbarred in the
6  interim by the Florida Bar Association, so he's not
7  here today. However, I'd like to answer those
8  questions, but my counsel has told me that I have
9  to assert my Sixth Amendment, Fifth Amendment and
10  Fourteenth Amendment Rights as provided by the U.S.
11  constitution. So, though I would like to answer
12  your questions, Mr. Edwards' questions whose
13  partner sits in jail for perpetrating one of the
14  largest frauds in South Florida's history, accused
15  by the U.S. Attorney -- his firm accused by the
16  U.S. Attorney is now -- the firm is bankrupt by
17  perpetrating the -- one of the largest frauds in
18  South Florida's history and being called a criminal
19  enterprise by the current South Florida's U.S.
20  Attorney, I would like to answer every one of your
21  question, very much so, however, my -- on advice of
22  counsel, I cannot do so here today.
23  BY MR. HOROWITZ:
24  Q   Sir, is there any reason in your mind that a
25  jury should not infer from your assertion of the Fifth

29 (Pages 113 to 116)