# EXHIBIT 5 PART 2

Page 117

1  Amendment privilege, that you sexually abused Jane Doe 3
2  when she was a child?
3       MR. PIKE: Form, speculation, calls for a legal
4  conclusion.
5       THE WITNESS: The Supreme Court has said that
6  the Fifth Amendment should be used by people who
7  are innocent, Mr. Horowitz. That's one of the
8  benefits of the Fifth Amendment. My counsel has
9  advised me I cannot answer your questions here
10 today, though I'd like to. I'm sure this -- these
11 sort of embarrassing questions posed for the jury
12 where your partner has been disbarred since filing
13 this claim, or Mr. Edwards' partner who sits in
14 jail probably for the rest of his life for crafting
15 cases of a sexual nature to fleece people for -- of
16 money, just money, money, money. His firm is
17 bankrupt. So, yes, I'd like to answer these
18 questions, and all your questions here today, but
19 unfortunately, on advice of counsel, I cannot.
20 BY MR. HOROWITZ:
21     Q  Sir, are you asserting your Fifth, Sixth and
22 Fourteenth Amendment privileges because you're
23 innocent? Is that what you're telling us?
24     MR. PIKE: Form.
25     THE WITNESS: I would like to answer every one

Page 118

1  of your questions posed by you, your partner, Mr.
2  Herman, who's been disbarred by the Florida Bar
3  after filing this claim, Mr. Edwards' partner who
4  sits in jail, his firm accused by the U.S. Attorney
5  -- accused by the U.S. Attorney of being a criminal
6  enterprise, for fleecing South Florida investors
7  out of millions of dollars by crafting, malicious,
8  fabricated cases of a sexual nature against people
9  -- other people -- me and others, I would like to
10 answer each and every one of your questions.
11 However today, on advice of counsel, I cannot
12 answer any of your questions that may be relevant
13 to this lawsuit.
14 BY MR. HOROWITZ:
15     Q  Sir, you know I also represent Jane Doe Number
16 4, do you understand that?
17     MR. PIKE: Form.
18     THE WITNESS: Yes.
19 BY MR. HOROWITZ:
20     Q  Okay. Isn't it true, sir, that a girl named
21 Jane Doe 4 came to your Palm Beach home on multiple
22 occasions between 2003 and 2005?
23     A  Could we take a break? Is that it?
24     Q  I would like you to answer that question.
25     A  Sorry. I'd like to answer that question. I'd

Page 119

1  like to answer every question you've posed here today
2  about you -- about these girls you say came to my
3  house. However, on advice of counsel, I cannot answer
4  that question today. I have to assert, on the advice --
5  my Sixth Amendment, Fifth Amendment and Fourteenth
6  Amendment Rights.
7       I'd like to answer that question about Jane Doe
8  4, and I believe she was represented by your partner,
9  Jeffrey Herman, who after representing her was disbarred
10 by the Florida Bar Association.
11      Mr. Rothstein -- or Mr. Edwards' partner,
12 Mr. Rothstein, who sits in jail accused by the Florida
13 U.S. Attorney of running a criminal enterprise in
14 Mr. Edwards' firm, fabricating malicious cases to fleece
15 investors out of millions of dollars, fabricating cases
16 of a sexual nature, I would like to answer every one of
17 your questions here today. However, on advice of
18 counsel, I cannot do so.
19      MR. HOROWITZ: Did you want that break now?
20      THE WITNESS: Yes, please.
21      MR. PIKE: No, actually before we take a
22 break --
23      MR. HOROWITZ: Okay.
24      MR. PIKE: -- my understanding was, is that you
25 wanted to take a break around 12:30 or 12:45 for

Page 120

1  lunch. It is 12:35 right now. If you want to keep
2  going for another 10 minutes, we'll go for another
3  10 minutes, or if you want to just break now for 30
4  minutes, go grab something to eat, and then come
5  back.
6       MR. HOROWITZ: Yeah. I mean, this line of
7  questioning is going to be more than 10 minutes, so
8  I would suggest we take our break now.
9       MR. PIKE: You want to take lunch right now?
10      MR. HOROWITZ: Yeah.
11      MR. PIKE: Okay.
12      THE WITNESS: All right. Thank you.
13      THE VIDEOGRAPHER: Time off the record 12:30.
14 (Thereupon, a lunch break was taken.)
15      THE VIDEOGRAPHER: Time on the record 1:11.
16 This is Tape 3.
17 BY MR. HOROWITZ:
18     Q  Mr. Epstein, did you pay H.R. $200 to bring a
19 girl named Jane Doe 4 to your home so that you could
20 engage Jane Doe 4 in sexual activity?
21      MR. PIKE: Form.
22      THE WITNESS: Mr. Horowitz, I'd like to answer
23 that. I am going to have to answer that question,
24 as I've answered most of your questions here today,
25 which is upon advice of counsel, I am going to have

## Page 121

```
 1      to assert my Sixth Amendment, Fourteenth Amendment
 2      and Fifth Amendment Right, though I'd like to
 3      answer that question.
 4          I'd also like to correct some of the -- a
 5      previous statement I made regarding your partner
 6      that he had been disbarred.  I understand he wasn't
 7      disbarred, but he was simply suspended for improper
 8      behavior, suspended by the Florida Bar.  So I would
 9      like to make the correction that he's not totally
10      disbarred, but he's no longer practicing for the
11      time being.  So -- but on advice of counsel, at
12      least with respect to this question, or any
13      question that may be relevant to this lawsuit, my
14      counsel has told me I must assert those rights.
15  BY MR. HOROWITZ:
16      Q   Okay.  And if I'm hearing you correct, your
17  testimony that Mr. Herman was disbarred is -- was
18  erroneous; is that right?
19          MR. PIKE:  Form.
20          THE WITNESS:  My testimony that your partner
21      who filed these lawsuits was disbarred seems to be
22      incorrect.  He was -- according to what I was told,
23      he has only been disbarred for his greatly improper
24      behavior, but -- and so he -- one day he will, in
25      fact, be practicing law again in South Florida --
```

## Page 122

```
 1          MR. HOROWITZ:  Okay.
 2          THE WITNESS:  -- unlike Mr. Edwards' partner
 3      who currently sits in jail for perpetrating one of
 4      the largest frauds in South Florida's history.
 5  BY MR. HOROWITZ:
 6      Q   Okay.  I'm glad we got that squared away.
 7          Did you pay Jane Doe 4 to bring other minor
 8  girls to your home for your own sexual gratification?
 9          MR. PIKE:  Form.
10          THE WITNESS:  That question I believe would --
11      is -- is -- I would like to answer that question.
12      Unfortunately, my counsel has advised me that I
13      cannot answer any questions today that may become
14      relevant to any of your lawsuits filed by you and
15      your currently suspended partner, suspended by the
16      Florida Bar, or answer questions relevant to Mr.
17      Edwards who is sitting on your right, his firm's
18      partner who's sitting in jail for fabricating cases
19      of a sexual nature against people like me and
20      others.
21          I'd like to answer -- as you might imagine, I'd
22      like to answer these questions, but I risk losing
23      my counsel if you do so, so I must accept their
24      advice today.
25  BY MR. HOROWITZ:
```

## Page 123

```
 1      Q   Mr. Epstein, at any time before May 2005, did
 2  you receive a phone call from H.R. that she was bringing
 3  Jane Doe 4 to your home so that Jane Doe 4 could give
 4  you a massage?
 5          MR. PIKE:  Form.
 6          THE WITNESS:  I'd like to answer that question,
 7      but unfortunately, I am going to have to answer
 8      that question as I've answered most of your
 9      questions here today, Mr. Horowitz, which is upon
10      advice of counsel, they've told me I cannot answer
11      your questions no matter how much I want to.  They
12      told me I have to assert my Sixth Amendment, Fifth
13      Amendment and Fourteenth Amendment Rights.
14          Though you're currently suspended -- I keep
15      saying "disbarred," but I'm not a lawyer, so I
16      don't really understand the difference between
17      disbarred and suspended -- he seems to be only
18      suspended by the Florida Bar, I -- I cannot answer
19      that question today upon advice of counsel.
20  BY MR. HOROWITZ:
21      Q   Okay.  Sir, at any time before May 2005, did
22  you instruct S.K. to place a telephone call to H.R., so
23  that H.R. could arrange for Jane Doe 4 to come to your
24  home for sexual activity with you?
25          MR. PIKE:  Form.
```

## Page 124

```
 1          THE WITNESS:  I'd like to answer that
 2      question.  I'd like to answer every specific --
 3      every question you've asked me here today, but I am
 4      going to have to respond as I've done with most of
 5      your questions here today, Mr. Horowitz, which is
 6      that upon advice of counsel, I am going to have to
 7      assert my Sixth Amendment Rights, my Fourteenth
 8      Amendment Rights and my Fifth Amendment Rights.
 9      Though I'd like to answer the question, though I'm
10      sure the jury will understand your partner has been
11      suspended from practicing law in the State of
12      Florida, Mr. Edwards' partner is in jail for
13      fabricating cases of a sexual nature, so, though
14      I'd like to answer that question as your other
15      questions today with specificity, my counsel has
16      advised me that if I do so, I risk losing their
17      representation, so I must decline to answer.
18  BY MR. HOROWITZ:
19      Q   Did you inform S.K. that the massage Jane Doe 4
20  was to give you would be sexual in nature?
21          MR. PIKE:  Form.
22          THE WITNESS:  I'd like to answer that question,
23      just like I'd like to answer each and every one of
24      your questions here today, Mr. Horowitz.
25      Unfortunately, my counsel has advised me I cannot
```

Page 125

1    answer any questions that may become relevant to
2    this lawsuit, or any of the lawsuits filed by you,
3    or your partner that's been suspended by the
4    Florida Bar from practicing law in the State of
5    Florida after he's had conferences, held public
6    conferences accusing me of things, of Mr. Edwards'
7    partner who sits in jail probably for the rest of
8    his life for fabricating cases against people like
9    me and others.  So, though I'd like to answer that
10   question, I'm going to have to answer that question
11   as I've answered most of your questions here today,
12   which is upon advice of counsel, I must refrain
13   from answering.
14   BY MR. HOROWITZ:
15       Q   Did you either observe or overhear S.K.
16   speaking with H.R. making arrangements for Jane Doe 4 to
17   come to your home for sexual activity?
18       MR. PIKE:   Form.
19       THE WITNESS:   I'd like to answer that
20   question.  I'd really like to answer that
21   question.  However, today, my counsel has advised
22   me that I cannot.  And they've advised me I must
23   assert my rights under the Sixth Amendment,
24   Fourteenth Amendment and Fifth Amendment of the
25   U.S. constitution.  So, though I'd like to answer

Page 126

1    questions posed by you, your partner that's been
2    suspended by the Florida Bar after filing these
3    types of cases, cases against me, Mr. Edwards who
4    sits next to you, his partner in jail for filing
5    cases, fabricating cases of a sexually charged
6    nature against me and others.  The U.S. Attorney
7    has accused his firm, his former firm, the firm he
8    left now because the firm went bankrupt, for being
9    a criminal enterprise, perpetrated one of the
10   largest frauds in South Florida's history, fleecing
11   investors out of millions and millions of dollars.
12   I'd like to answer each and every one of your
13   questions, but my counsel has advised me today that
14   I cannot.
15   BY MR. HOROWITZ:
16       Q   Prior to May 2005 didn't you instruct Jane Doe
17   4 to place phone calls to you on your home phone in
18   order to schedule visits to your home?
19       MR. PIKE:   Form.
20       THE WITNESS:   I'd like to answer each one of
21   your questions here today, Mr. Horowitz, that
22   question specifically.  However, my counsel has
23   advised me that today I cannot, and he advised me I
24   must assert my Sixth Amendment Rights, my
25   Fourteenth Amendment Rights and my Fifth Amendment

Page 127

1    Rights.  So, though I'd would like to answer
2    questions posed by you, your partner who has been
3    suspended by the Florida Bar, Mr. Edwards' partner,
4    Scott Rothstein, that many people have read about,
5    has perpetrated the largest fraud in Florida
6    history, specifically for fabricating such cases of
7    a sexual nature, fabricating malicious cases in
8    order to get money, money, money from people here
9    in South Florida.  I'd like to answer each and
10   every one of your questions, however, upon advice
11   of my counsel, they've advised me today I cannot do
12   so.
13   BY MR. HOROWITZ:
14       Q   Prior to May 2005 did you ever observe S.K.
15   speaking with Jane Doe 4 by telephone to arrange for
16   Jane Doe 4 to come to your home so that Jane Doe 4 could
17   give you a massage?
18       THE WITNESS:   May I -- excuse me, may I have a
19   moment with my attorney?
20       MR. HOROWITZ:   Yes.
21       THE VIDEOGRAPHER:   Time off the record 1:20.
22   (Thereupon, a short break was taken.)
23       THE VIDEOGRAPHER:   Time on the record 1:23.
24   BY MR. HOROWITZ:
25       Q   Mr. Epstein, you had a moment to speak with

Page 128

1    counsel.  Do you need me to repeat that question to
2    refresh your recollection?
3        A   Yes, please.
4        Q   Prior to May 2005 did you ever observe S.K.
5    speaking with Jane Doe 4 by telephone to arrange for
6    Jane Doe 4 to come to your home to give you a massage?
7        A   I would like to answer that question -- I
8    assume this is the Jane Doe 4 who in her testimony wrote
9    a note to me that said "for a good time, call Jane Doe
10   4."  I assume that's the same Jane Doe 4.
11   Unfortunately, I'd like to answer all your questions
12   with specificity today, Mr. Horowitz.  However, on
13   advice of counsel, I cannot.
14       Q   "Good time" --
15       A   Excuse me?
16       Q   Continue, please.
17       A   So, therefore, the -- and I represent -- I
18   understand you represent Jane Doe 4.  I understand your
19   partner that's been suspended by the Florida Bar who
20   represented Jane Doe 4 in this case -- I'd like to
21   answer each one of your questions with respect to Jane
22   Doe 4.  However, I cannot based on advice of counsel,
23   and I must assert at their request my Sixth Amendment,
24   Fifth Amendment and Fourteenth Amendment Rights under
25   the U.S. Constitution.

32  (Pages 125 to 128)

Page 129

```
1        Q   When is it that you believe Jane Doe 4 wrote
2    you the message you just referred to?
3        MR. PIKE:  Form.
4        THE WITNESS:  You know, I'd like to answer all
5    those questions with respect to the note that she
6    testified she wrote saying "for a good time
7    call Jane Doe 4."  However, on advice of counsel, I
8    cannot answer any questions that may be relevant to
9    this lawsuit.  I'd like to answer each one of your
10   questions, but as I've done with most of your other
11   questions here today, or those to be posed by
12   Mr. Edwards whose partner sits in jail probably for
13   the rest of his life to try to get money from
14   residents of South Florida, and the biggest fraud
15   in South Florida's history, called by the U.S.
16   attorney a criminal -- the firm is called a
17   criminal enterprise, and I'd like -- so I'd surely
18   like to answer your question, Mr. Horowitz,
19   regarding Jane Doe 4, and -- however, on advice of
20   counsel at least today, I cannot.
21   BY MR. HOROWITZ:
22       Q   Sir, you said that Jane Doe 4 testified that
23   she had written a note to you.  Is -- was that truthful
24   testimony?  You acknowledge that she did write such a
25   note?
```

Page 130

```
1        MR. PIKE:  Form.
2        THE WITNESS:  Mr. Horowitz, I'd like to answer
3    each and every one of your questions.  However, on
4    the advice of counsel, I can't answer any of your
5    questions with respect to the note that she
6    testified she wrote.  I can't answer any questions
7    separate from -- that may be relevant to your
8    lawsuit.  I can't answer any questions posed by
9    you, the attorney sitting next to you whose partner
10   sits in jail, your former partner suspended or --
11   for improper behavior after filing this lawsuit,
12   and suspended by the Florida Bar.  I'd like to
13   answer every question you ask.  However today,
14   Mr. Horowitz, I cannot because my counsel is
15   telling me if I -- if I do, I risk losing their
16   representation.
17   BY MR. HOROWITZ:
18       Q   You've read the deposition transcript of Jane
19   Doe 4; is that correct?
20       MR. PIKE:  Form.
21       THE WITNESS:  You know, again, Mr. Horowitz, I
22   would like to answer every one of your questions;
23   however, my counsel has told me I cannot.  They
24   told me I must assert my Fifth Amendment, Sixth
25   Amendment and Fourteenth Amendment Rights under the
```

Page 131

```
1    U.S. Constitution.  So in response to that
2    question, as in response to most of your other
3    questions here today, no matter how much I would
4    like to answer those questions, answer those
5    questions specifically with respect to Jane Doe 4
6    and the -- your former partner -- wait -- as a
7    current partner, you won't tell me -- but your
8    partner who brought the lawsuit who the Florida Bar
9    suspended for improper behavior, Mr. Edwards'
10   partner who sits in jail for fabricating cases,
11   stealing millions of dollars from unsuspecting
12   Florida investors, I'd like to answer every one of
13   your questions.  However, my counsel told me today
14   that I cannot answer any questions that may be
15   relevant to the lawsuit.
16   BY MR. HOROWITZ:
17       Q   Prior to May 2005 did you instruct S.K. to get
18   Jane Doe 4's phone number, so that S.K. could
19   communicate with Jane Doe 4 to schedule Jane Doe 4 for
20   massages with you?
21       MR. PIKE:  Form.
22       THE WITNESS:  I'd like to answer that
23   question.  I would like to answer your other
24   questions posed here today.  However, my -- on
25   advice of counsel, they've instructed me that I
```

Page 132

```
1    must assert my Sixth Amendment, Fourteenth
2    Amendment and Fifth Amendment Rights.  So then my
3    -- I would like to answer questions posed by you.
4    I know your partner could not be here since he was
5    suspended by the Florida Bar after filing these
6    cases, after holding press conferences he was
7    suspended by the Florida Bar.  Mr. Edwards, who
8    sits on your right, his partner is sitting in jail,
9    I'd like to answer every one of your questions.
10   However, my counsel said at least today, I cannot.
11   So I must accept their advice or risk losing their
12   representation.
13   BY MR. HOROWITZ:
14       Q   Did S.K. tell you that she confirmed by
15   telephone that Jane Doe 4 would be coming to your home
16   at a specific time to give you a massage?
17       MR. PIKE:  Form.
18       THE WITNESS:  Again.  I'm sorry, could you
19   repeat the question?
20   BY MR. HOROWITZ:
21       Q   Did S.K. tell you that she had confirmed by
22   telephone with Jane Doe 4 that Jane Doe 4 would be
23   coming to your home at a particular time to receive a
24   massage?
25       MR. PIKE:  Form.
```

33  (Pages 129 to 132)

Page 133

1    THE WITNESS: I assume when you say "Jane Doe
2  4," this is Jane Doe 4, a girl who testified that
3  she wrote a note to me that said "for a good time,
4  call Jane Doe 4." I assume that's the same Jane
5  Doe 4. I'd like to answer all questions about Jane
6  Doe 4, her notes, anything that she said. However,
7  my attorneys told me I cannot, and they advised me
8  I must assert my rights under the Sixth Amendment,
9  Fourteenth Amendment and Fifth Amendment, though
10  your partner who filed the lawsuit was suspended by
11  the Florida Bar after filing the lawsuit, holding
12  press conferences. Mr. Edwards' partner sits in
13  jail for fabricating cases of a sexual nature
14  against me and others. So, though I would like to
15  answer those questions, as you might imagine,
16  Mr. Horowitz, is I'd like to answer --
17  unfortunately, as I've had to answer most of your
18  questions here today, I cannot under advice of
19  counsel.
20  BY MR. HOROWITZ:
21    Q   Was it your intent during the course of Jane
22  Doe 4's visits to your home that you would persuade,
23  induce or entice her to engage in sexual activity with
24  you?
25    MR. PIKE: Form.

Page 134

1    THE WITNESS: Well, I assume this the Jane Doe
2  4 who wrote a note to me, according to her
3  testimony that said, "for a good time, call Jane
4  Doe 4." I assume that's the same Jane Doe 4 you're
5  referring to.
6    Unfortunately, your partner couldn't be here
7  referring to it because he's been suspended by the
8  Florida Bar after filing Jane Doe 4's case.
9    Mr. Edwards' partner can't be here because he's
10  in jail for filing cases of a malicious nature, of
11  sexual cases, fabricated cases. The U.S. Attorney
12  Has referred to the entire firm as a criminal
13  enterprise, a criminal enterprise of the large --
14  purporting to have the largest fraud in South
15  Florida's history. So, though I would like to
16  answer each one of your questions, on advice of
17  Counsel today, I cannot.
18  BY MR. HOROWITZ:
19    Q   During the course of Jane Doe 4's visits to
20  your home, did you in fact persuade, induce or entice
21  her to engage in sexual activity with you?
22    A   I'd very much like to answer each one of your
23  questions here today, Mr. Horowitz. However, as I've
24  done for mostly all of your other questions, on advice
25  of counsel, they've told me I cannot answer those

Page 135

1  questions. I'd love to answer the questions directly to
2  you.
3    I'd like to answer the questions to your
4  partner, Jeffrey Herman. Jeffrey Herman who was --
5  after he filed this Jane Doe 4 case against me -- was
6  suspended by the Florida Bar for improper behavior, or
7  Mr. Edwards' partner who sits in jail. I much prefer to
8  be talking to them. However, I cannot answer questions
9  to you, and on advice of counsel, I must assert my
10  rights, or risk losing their representation.
11  BY MR. HOROWITZ:
12    Q   You knew that Jane Doe 4 was younger than 18
13  when she came to your home in 2003 and 2004, correct?
14    MR. PIKE: Form.
15    THE WITNESS: I'd like to answer that
16  question. I'd like to answer each and every one of
17  your questions. However, on advice of counsel,
18  they've instructed me that I cannot answer any
19  questions that may be relevant to any of your
20  lawsuits brought by either you, your partner that's
21  been suspended by the Florida Bar for improper
22  behavior, Mr. Edwards, who sits to your right,
23  whose partner sits in jail for bringing fabricated
24  cases of a sexual nature against people like me and
25  others, called -- his firm called a criminal

Page 136

1  enterprise by the U.S. attorney for stealing
2  millions of dollars from South Florida residents.
3  I'd like to answer every one of your questions.
4  However, today, under advice of counsel, I cannot.
5  BY MR. HOROWITZ:
6    Q   Jane Doe 4 told you that she attended Royal
7  Palm Beach High School when she was in your home; is
8  that right?
9    MR. PIKE: Form.
10    THE WITNESS: I'd like to answer that
11  question. I'd like to answer every question you've
12  asked me here today. However, upon advice of
13  counsel at least today, I cannot, according to
14  their advice, answer any questions that may be
15  relevant to this lawsuit -- excuse me -- I would
16  prefer to have had your partner, Jeffrey Herman,
17  who -- who I actually believe filed the suit, but
18  he's been disbarred in the interim -- I'm sorry,
19  not disbarred. He's been suspended. I'm not
20  really sure what the difference is, but he's been
21  suspended from practicing law, while Mr. Edwards'
22  partner sits in jail for fabricating cases of a
23  sexual nature against people like me and others.
24  So, though I would like to answer that question, as
25  you probably understand, on the advice of counsel

Page 137

1    today, I cannot.
2    BY MR. HOROWITZ:
3        Q   Isn't it true, sir, that on multiple occasions
4    Jane Doe 4 discussed her activities at Royal Palm Beach
5    High School with you?
6        MR. PIKE:  Form.
7        THE WITNESS:  Again?
8    BY MR. HOROWITZ:
9        Q   Isn't it true, sir, that on multiple occasions
10   Jane Doe 4 discussed her activities at Royal Palm Beach
11   High School with you?
12       MR. PIKE:  Form.
13       THE WITNESS:  Royal Palm Beach High School with
14   me?
15       MR. HOROWITZ:  Yes.
16       THE WITNESS:  I don't understand the question.
17   BY MR. HOROWITZ:
18       Q   Okay.  You know, in your mind, who Jane Doe 4
19   is, correct?
20       MR. PIKE:  Form.
21       THE WITNESS:  Jane Doe 4 is the one girl you
22   told -- I believe was the one who testified that
23   she wrote a note to me that said "for a good time,
24   call Jane Doe 4."  Is that the Jane Doe 4 -- you
25   can't testify, I'm sorry.  Yes, I believe that's

Page 138

1    correct.
2    BY MR. HOROWITZ:
3        Q   Is it your testimony that Jane Doe 4 did not
4    write such a note after a massage at your house?
5        MR. PIKE:  Form.
6        THE WITNESS:  Which question would you like me
7    to answer, the first one or --
8        MR. HOROWITZ:  The one I just asked.
9        THE WITNESS:  I'd like to answer every question
10   with respect to everything with respect to Jane Doe
11   4, every single thing.  However, my attorneys today
12   told me that I cannot, and they instructed me to
13   assert the Sixth Amendment, Fourteenth and Fifth
14   Amendment.
15   BY MR. HOROWITZ:
16       Q   Isn't it true that Jane Doe 4 regularly
17   discussed with you her activities at Royal Palm Beach
18   High School?
19       MR. PIKE:  Form.
20       THE WITNESS:  My attorneys told me that, though
21   I'd like to answer that question, as I'd like to
22   answer all your other questions, I have to answer
23   it the same way I've answered the others, which is
24   asserting my Sixth Amendment, Fourteenth Amendment
25   and Fifth Amendment Rights.

Page 139

1    BY MR. HOROWITZ:
2        Q   Jane Doe 4 told you she could not travel with
3    you over -- overseas because she was not yet 18; isn't
4    that true?
5        MR. PIKE:  Form.
6        THE WITNESS:  I'd like to answer that
7    question.  I'd like to answer every one of your
8    questions.  However, my attorneys today have
9    instructed me, at least for today, I can't answer
10   any questions that may become relevant to your --
11   one of your lawsuits brought by your firm and at --
12   your partner that's been suspended by the Florida
13   Bar.
14   BY MR. HOROWITZ:
15       Q   Between 2003 and May 2005, were you ever nude
16   in front of Jane Doe 4?
17       MR. PIKE:  Form.
18       THE WITNESS:  I would like to answer that
19   question.  I'd like to answer every one of your
20   questions here today.  However, my attorneys, who
21   have advised me, that I cannot answer any questions
22   that may be relevant to this or any of your other
23   lawsuits brought by you and your partner that was
24   suspended from the practice of the law in Florida,
25   so I must respectfully decline.

Page 140

1    BY MR. HOROWITZ:
2        Q   Between 2003 and May 2005, did you ever
3    instruct Jane Doe 4 to remove her clothing?
4        MR. PIKE:  Form.
5        THE WITNESS:  Again, I would like to answer
6    every one of your questions, every one, every
7    specific one, but my attorneys have advised me that
8    today at least, I cannot answer any questions
9    relevant, or may be relevant to your lawsuit.
10   They've instructed me that I must assert my Sixth
11   Amendment, Fourteenth Amendment and Fifth Amendment
12   Rights.  So, though I'd like to answer the
13   question, Mr. Horowitz, I cannot do so.
14   BY MR. HOROWITZ:
15       Q   Between 2003 and May 2005, did you instruct
16   Jane Doe 4 to pinch your nipples --
17       MR. PIKE:  Form.
18   BY MR. HOROWITZ:
19       Q   -- and rub your chest?
20       MR. PIKE:  Same objection.
21       THE WITNESS:  Is it -- is it one or the other?
22       MR. HOROWITZ:  It's both.
23       THE WITNESS:  I see.  No.  I would --
24   BY MR. HOROWITZ:
25       Q   No you did not, sir?

UNIVERSAL COURT REPORTING
(954) 712-2600   (877) 291-DEPO (3376)

Page 141

```
1      A   I said -- I'm sorry, I couldn't hear.
2      Q   I thought you said "no" to my question?
3      A   No.  I'll -- I'll tell when my -- I said no.
4    I'd like to answer that question.  I'd like to answer
5    every one of your questions.  I'd like to answer each
6    and every one.  However, my counsel today told me I
7    cannot.  They told me I have to assert my Sixth
8    Amendment, Fourteenth and Fifth Amendment Rights.  And
9    if I didn't, and if I chose to answer the question, I
10   would risk losing their representation.  So at least for
11   today, I have to assert those rights.
12   BY MR. HOROWITZ:
13     Q   Prior to June of 2005, did you ask Jane Doe 4
14   questions about her sexual experience and preferences?
15         MR. PIKE:  Form.
16         THE WITNESS:  I would be happy to answer that
17   question, if I could.  My attorneys have told me I
18   can't.  They've instructed me that I have to assert
19   my Sixth Amendment, Fourteenth Amendment and Fifth
20   Amendment Rights.  I would like to answer the
21   question.  However, they told me that if I do, I
22   risk losing their representation.
23   BY MR. HOROWITZ:
24     Q   Prior to June 2005 did you touch Jane Doe 4's
25   breasts?
```

Page 142

```
1          MR. PIKE:  Form.
2          THE WITNESS:  I'd like to answer that
3    question.  I'd like to answer all your other
4    questions here today.  However, my counsel has told
5    me, at least today, I cannot.  I have -- they've
6    instructed me to assert my Fourteenth Amendment, my
7    Sixth Amendment and my Fifth Amendment Right.  And
8    they told me that if I chose to answer, I would
9    risk losing their representation, so therefore, I
10   must respectfully decline to answer them.
11   BY MR. HOROWITZ:
12     Q   Prior to June 2005 did you rub Jane Doe 4's
13   vagina?
14         MR. PIKE:  Form.
15         THE WITNESS:  I would like to answer that
16   question with specificity.  However, my attorneys
17   have told me at least today that I must
18   respectfully decline and assert my Fifth Amendment,
19   Sixth Amendment and Fourteenth Amendment Right.  I
20   would have preferred that your partner, who after
21   he filed the lawsuit, was suspended by the Florida
22   Bar for improper practice, or Mr. Edwards' partner,
23   who sits in jail, to have been here to at least ask
24   some of the questions, but my attorneys have told
25   me I cannot answer those questions today, sir.
```

Page 143

```
1    BY MR. HOROWITZ:
2      Q   Prior to June 2005 did you perform oral sex on
3    Jane Doe 4?
4          MR. PIKE:  Form.
5      A   I'd like to answer that question.  I'd very
6    much like to answer that question, but I cannot today,
7    because on advice of my counsel, they have told me that
8    I must assert my Sixth Amendment, Fourteenth Amendment
9    and Fifth Amendment Rights.  And if I chose to answer,
10   if I did answer that question, I risk losing their
11   representation, so at least for that -- for today, I
12   must respectfully decline, sir.
13   BY MR. HOROWITZ:
14     Q   Prior to June 2005 did you place your mouth on
15   Jane Doe 4's genitals?
16         MR. PIKE:  Form.
17         THE WITNESS:  You know, I'd like to answer that
18   question.  I would have preferred that either your
19   partner, who was here, would have been here, the
20   one who filed the lawsuit, who is suspended by the
21   Florida Bar, or Mr. Edwards' partner, Scott
22   Rothstein, who sits in jail, was to be here.  I
23   would prefer to respond to them.  However, today, I
24   cannot answer those questions based on advice of
25   counsel, so I must respectfully decline.
```

Page 144

```
1    BY MR. HOROWITZ:
2      Q   Prior to June 2005 did you place a vibrator on
3    Jane Doe 4's genitals?
4          MR. PIKE:  Form.
5          THE WITNESS:  I'd like to answer that
6    question.  I'd like to answer every question you've
7    asked here today.  I'd like to respond to you -- to
8    your partner who's been suspended.  I apologize,
9    before I said he was disbarred, but -- for improper
10   behavior after filing this lawsuit.  On advice of
11   counsel, they've instructed me that I must assert
12   my Fourteenth Amendment, Fifth Amendment and Sixth
13   Amendment Rights to any question that may become
14   relevant to this lawsuit or risk losing their
15   representation, therefore, I would have to
16   respectfully, respectfully decline.
17   BY MR. HOROWITZ:
18     Q   Prior to June 2005 did you give lingerie to
19   Jane Doe 4 to wear for you?
20         MR. PIKE:  Form.
21         THE WITNESS:  I would like to answer that
22   question.  I would like to answer all your
23   questions.  However, I am going to have to respond
24   to that question, as I responded to all your other
25   questions here today, Mr. Horowitz, which is on
```

36  (Pages 141 to 144)

Page 145

```
1    advice of counsel, they've instructed me I must
2    assert my Sixth Amendment, Fourteenth Amendment and
3    Fifth Amendment Rights.  And if I chose to answer,
4    which I prefer to do, that question, I risk losing
5    their representation.
6   BY MR. HOROWITZ:
7       Q    Prior to June 2005 was Jane Doe 4 ever nude in
8    front of you at your request?
9       A    I'd like to answer that question.  I'd very
10   much like to answer that question.  However, my
11   attorneys have counseled me that I cannot answer that
12   question or any question today that may be relevant to
13   one of the lawsuits that you've brought, or your partner
14   who has brought -- your partner who is suspended from
15   practice in Florida.  So, though I would like to answer
16   the question, Mr. Horowitz, today under the advice of
17   counsel, I cannot.
18      Q    Prior to June 2005 did you coerce Jane Doe 4
19   into putting her hands on your penis?
20      A    Again, I'm sorry?
21      Q    If -- if -- if -- if your attorney passing you
22   notes is -- is causing you to be distracted from
23   listening to my questions, I am -- I am going to ask
24   that you not do it.
25      A    I -- I understand.
```

Page 146

```
1       MR. PIKE:  Fine.
2       THE WITNESS:  It was just the fact -- it wasn't
3    that.  It was, in fact, I had put my glasses on.
4   BY MR. HOROWITZ:
5       Q    Your glasses were preventing you from hearing
6    me?
7       A    Yes.
8       MR. PIKE:  First of all, you're not going to
9    tell me how to communicate with my client.  I'm
10   trying not to take a break again, so that, you
11   know, we don't -- we can keep going forward.  If
12   you'd like me to take a break, I can take another
13   break right now.
14      MR. HOROWITZ:  Well, I'm not here to tell you
15   how to do your job, but the Rules of Civil
16   Procedure do, and what they say -- let me finish --
17   is that "if you interrupt an examination to
18   communicate with your clients, you can be
19   sanctioned for it."
20      MR. PIKE:  Okay.  Well, first of all,
21   Mr. Horowitz, I didn't interrupt any examination.
22   You interrupted the examination.  I didn't say a
23   word.  So, let's just go ahead and proceed
24   forward.  The witness asked you to repeat the
25   question, okay?
```

Page 147

```
1       As you are well aware we have hyper-technical
2    Constitutional privileges at issue here.  If I
3    choose to communicate with my client regarding
4    those privileges, I will communicate with him.  If
5    you'd like me to take breaks, I will do so.  But
6    once again, we're here to answer your questions,
7    and I would like to just move forward.
8   BY MR. HOROWITZ:
9       Q    Prior to June 2005 did you coerce Jane Doe 4
10   into putting her hands on your penis?
11      MR. PIKE:  Form.
12      THE WITNESS:  I'd like to answer that
13   question.  I cannot answer that question on advice
14   of counsel, but I'd like to answer that question.
15   My counsel has advised me that I must assert my
16   Sixth Amendment, Fifth Amendment and Fourteenth
17   Amendment Rights.  And if I choose to answer that
18   question, I risk waiving those rights, and risk
19   losing their representation.
20   BY MR. HOROWITZ:
21      Q    Prior to June 2005 did you insert your fingers
22   into Jane Doe 4's vagina?
23      MR. PIKE:  Form.
24      THE WITNESS:  I'd like to answer that question
25   about Jane Doe 4, and all the other girls you've
```

Page 148

```
1    mentioned today.  However, my counsel has told me I
2    cannot answer any questions that may be relevant to
3    the lawsuit.  I'd like to answer that question
4    directly to you, Mr. Edwards.  Mr. Edwards'
5    partner, unfortunately, is in jail, so I can't talk
6    to him directly.  Your partner has been suspended
7    after filing a lawsuit against me.  But, though I'd
8    like to answer those questions, I risk losing their
9    representation and waiving those rights, if I do
10   so.
11   BY MR. HOROWITZ:
12      Q    Prior to June 2005 did you masturbate in front
13   of Jane Doe 4?
14      MR. PIKE:  Form.
15      THE WITNESS:  I'd like to answer that
16   question.  I'd like to answer all your other
17   questions posed here today; however, I cannot do so
18   on the advice of counsel.  And they told me that if
19   I do answer the questions, I may waive those
20   rights, or risk losing their representation.
21   BY MR. HOROWITZ:
22      Q    Prior to June 2005 did you ejaculate in front
23   of Jane Doe 4?
24      MR. PIKE:  Form.
25      THE WITNESS:  I would like to answer that
```

37  (Pages 145 to 148)

Page 149

```
 1    question about Jane Doe 4, the girl who wrote "for
 2    a good time, call" -- I -- from her testimony, "for
 3    a good time, call Jane Doe 4" or "call Jane Doe
 4    4." I'm not actually sure. You maybe could clue
 5    me in. However, my counsel has told me today that
 6    I -- I must assert my Sixth Amendment, Fourteenth
 7    Amendment and Fifth Amendment Rights as provided by
 8    the U.S. constitution. And, though I would like to
 9    answer each and every one of your questions, I
10    cannot do so. I risk waive -- risk losing or
11    waiving those rights and losing their
12    representation.
13  BY MR. HOROWITZ:
14    Q   Did Jane Doe 4 come to your Palm Beach home on
15    multiple occasions between 2003 and May 2005 to give you
16    massages during which you engaged her in sexual
17    activity?
18        MR. PIKE: Form.
19        THE WITNESS: I'd like to answer each and every
20    one of your questions posed here today. I would
21    like to answer that question, and all the other
22    questions you've asked about Jane Doe 4. However,
23    upon advice of my counsel, they've instructed me to
24    assert my Fourteenth Amendment Rights, my Sixth
25    Amendment Rights and my Fifth Amendment Rights as
```

Page 150

```
 1    provided by the constitution. So, though I'd like
 2    to answer, I don't. I've been instructed that I
 3    risk waiving those rights and losing their
 4    representation.
 5  BY MR. HOROWITZ:
 6    Q   Prior to May of 2005 did you pay Jane Doe 4
 7    $200 after having had sexual contact with her?
 8        MR. PIKE: Form.
 9        THE WITNESS: Again?
10  BY MR. HOROWITZ:
11    Q   Prior to May 2005 did you ever pay Jane Doe 4
12    $200 after having had sexual contact with her?
13        MR. PIKE: Form.
14        THE WITNESS: I'd like to answer that
15    question. I'd like to answer every one of your
16    questions posed here today. However, according to
17    my counsel, he's asked me to assert my rights under
18    the Fourteenth Amendment, the Sixth Amendment, the
19    Fifth Amendment of the U.S. Constitution, and he's
20    instructed me that no matter how much I'd like to
21    answer these questions, that if I do so, I may
22    waive those rights and risk losing his
23    representation.
24  BY MR. HOROWITZ:
25    Q   Did you try to persuade Jane Doe 4 that it was
```

Page 151

```
 1    okay that you were touching her breasts and genitals
 2    while she was still a child?
 3        MR. PIKE: Form.
 4        THE WITNESS: I'd like to answer that
 5    question. I'd like to answer every question you've
 6    asked here today, every question. However, my
 7    counsel has instructed me at least today, I cannot
 8    answer those questions, and they've instructed me
 9    that I must assert my Fourteenth Amendment, Sixth
10    Amendment and Fifth Amendment Rights as provided by
11    the Constitution. And by not doing so, I may waive
12    those rights or risk losing their representation.
13  BY MR. HOROWITZ:
14    Q   Prior to June 2005 did you instruct S.K. to
15    communicate with Jane Doe 4 by telephone to schedule
16    Jane Doe 4 to come to your Palm Beach home for sexual
17    activity?
18        MR. PIKE: Form.
19        THE WITNESS: I'd like to answer that
20    question. I'd like to answer all your questions.
21    I wish your partner that had been suspended from
22    practice after he filed Jane Doe 4's lawsuit, and
23    Mr. Edwards' who's -- who sits next to you, whose
24    partner sits in jail, I would like nothing more
25    than to answer these questions today, but upon
```

Page 152

```
 1    advice of my counsel, they've told me that I must
 2    assert my Fourteenth Amendment Rights, my Sixth
 3    Amendment Rights and my Fifth Amendment Rights.
 4    And by not doing so, I may waive those rights or
 5    risk losing their representation. Adam, may I take
 6    a quick five minutes?
 7        MR. HOROWITZ: Sure.
 8        THE VIDEOGRAPHER: Time off the record 1:50.
 9        (Thereupon, a short break was taken.)
10        THE VIDEOGRAPHER: Time on the record 2:00.
11  BY MR. HOROWITZ:
12    Q   Prior to June 2005 you instructed Jane Doe 4 to
13    call you at your Palm Beach home to confirm the specific
14    dates and times you wanted her to come over for sexual
15    activity, correct?
16        MR. PIKE: Form.
17        THE WITNESS: I'd like to answer that
18    question. I'd like to answer every question you've
19    asked me here today, but I'm going to have to
20    respond the same way I've responded to most of your
21    questions, Mr. Horowitz, which is on advice of
22    counsel, I'm going to have to assert the Sixth
23    Amendment, Fourteenth Amendment and Fifth Amendment
24    Rights. Though I'd like to answer that question,
25    as all your other questions, I'm informed that if I
```

38 (Pages 149 to 152)

Page 153

1    do so, I risk waiving those rights and losing my
2    representation.
3    BY MR. HOROWITZ:
4        Q   Did you instruct Jane Doe 4 to lie to police
5    investigators during their 2005 investigation into your
6    criminal activities?
7            MR. PIKE:  Form.
8            THE WITNESS:  Did I instruct Jane Doe 4 to
9    lie?
10           MR. HOROWITZ:  That's my question, yes.
11           THE WITNESS:  I'd like to answer that
12   question.  I'd like to answer every one of your
13   questions here today.  I'd like to answer questions
14   of -- unfortunately, the -- I guess your partner
15   that filed this lawsuit was suspended by the
16   Florida Bar.  I'd like to answer.  However, my
17   counsel has advised me at least today that I must
18   assert my rights under the Fourteenth Amendment,
19   Sixth Amendment and Fifth Amendment.  And if I
20   choose to answer that question, which I prefer to
21   do, I risk losing their representation and waiving
22   those rights, so I must respectfully decline.
23   Sorry, Mr. Horowitz.
24   BY MR. HOROWITZ:
25       Q   Are you suggesting that you have some

Page 154

1    information that Jeffrey Herman was suspended from the
2    practice of law because he made false statements in a
3    lawsuit against you?
4            MR. PIKE:  Form.
5            THE WITNESS:  Jeffrey Herman was your partner?
6    Are you asking me why he was suspended?  I'm sorry,
7    are you asking me --
8    BY MR. HOROWITZ:
9        Q   I'm asking you why --
10           THE REPORTER:  Wait a second.
11           THE WITNESS:  Sorry.  Are you asking why your
12   partner suspended from the practice of law in
13   South Florida?
14   BY MR. HOROWITZ:
15       Q   I'm asking you whether you have any information
16   or you're suggesting here today that his suspension of
17   practice of law had anything to do with you or the
18   lawsuits against you?
19           MR. PIKE:  Form.
20           THE WITNESS:  Am I suggesting that his
21   disbarment -- I'm sorry -- his suspension or -- I'm
22   sorry -- can you do it again?  Was he disbarred or
23   suspended?
24   BY MR. HOROWITZ:
25       Q   Are you suggesting today in your testimony

Page 155

1    that --
2        A   Yeah.
3        Q   -- his suspension had anything to do with you
4    or the lawsuits against you?
5            MR. PIKE:  Form.
6            THE WITNESS:  I'd like to answer that question,
7    but my counsel has advised me I cannot today.  I
8    must assert the Fourteenth Amendment, Sixth
9    Amendment and Fifth Amendment Rights, though
10   obviously, I'd like to answer that question.
11   BY MR. HOROWITZ:
12       Q   Did you instruct S.K. to tell Jane Doe 4 to lie
13   to police investigators during their 2005 investigation
14   into your criminal activity?
15           MR. PIKE:  Form.
16           THE WITNESS:  I'd very much like to answer that
17   question.  I'd very much like to answer all your
18   questions here today, but as I've done with most of
19   those questions, on advice of my counsel -- it's
20   been a long day so far -- I am going to have to
21   refrain from answering, at least today, to any
22   questions that may be relevant to any of your
23   lawsuits brought by you, your suspended partner,
24   Mr. Edwards and his partner who's in jail.  So,
25   though I'd like to answer those questions, I risk

Page 156

1    losing or waiving my rights and my counsel's
2    representation, so I must respectfully decline
3    today.
4    BY MR. HOROWITZ:
5        Q   Did you instruct J.B. to rent a car for Jane
6    Doe 4?
7            MR. PIKE:  Form.
8            THE WITNESS:  I'd like to answer that question
9    -- Jane Doe 4 -- have we moved from a different
10   person, I'm sorry?
11           MR. HOROWITZ:  We're on Jane Doe 4.
12           THE WITNESS:  Okay.  I'd like to answer that
13   question.  I'd like to answer every one of your
14   questions.  However, my counsel has advised me, at
15   least today, that I cannot do so.  I must assert my
16   Fourteenth Amendment, Fifth Amendment and Sixth
17   Amendment Rights.
18   BY MR. HOROWITZ:
19       Q   Did you intend for Jane Doe 4 to use the car
20   that you rented for her, for her to come to your home to
21   give you sexual massages?
22           MR. PIKE:  Form.
23           THE WITNESS:  Did I intend a car that was
24   rented for Jane Doe 4 -- could you do the question
25   again?

39  (Pages 153 to 156)

Page 157

```
 1   BY MR. HOROWITZ:
 2      Q   Sure.  Did you intend for Jane Doe 4 to use the
 3   car you rented for her to come to your home to give you
 4   sexual massages?
 5         MR. PIKE:  Form.
 6         THE WITNESS:  You said I rented a car?
 7         MR. HOROWITZ:  I'm just asking the questions.
 8   My --
 9         THE WITNESS:  I'm sorry, you have to ask the
10   question again.
11   BY MR. HOROWITZ:
12      Q   Sure.  Previously I asked you if you rented a
13   car, and you asserted the Fifth --
14      A   I don't believe you did.
15      Q   Okay.  All right.  Did you --
16      A   You asked me if I instructed somebody --
17      Q   That's right.  You're correct.  The car that
18   you instructed J.B. to rent for Jane Doe 4.  I'm talking
19   about that -- that vehicle, okay?  Did you intend for
20   Jane Doe 4 to use that car to come to your home and give
21   you sexual massages?
22         MR. PIKE:  Form.
23         THE WITNESS:  I'd like to answer that
24   question.  I'd like to answer every question about
25   Jane Doe 4 that you asked me here today.  My
```

Page 158

```
 1   counsel has advised me that I may not.  And they've
 2   instructed me that I am to assert my Fourteenth
 3   Amendment, Sixth Amendment, Fifth Amendment
 4   Rights.  And, though I'd like to answer each one of
 5   your questions, my counsel has advised me that if I
 6   choose to do so, which is my preference, I risk
 7   waiving those rights and/or losing their
 8   representation.
 9   BY MR. HOROWITZ:
10      Q   Isn't it true that you and Jane Doe 4 watched a
11   videotape of Jane Doe 4 and her boyfriend having sexual
12   intercourse?
13         MR. PIKE:  Form.
14         THE WITNESS:  Can you describe this videotape
15   to me?
16   BY MR. HOROWITZ:
17      Q   Would that refresh your recollection?
18      A   I don't know.  Would you want to tell me about
19   it?
20      Q   My question for you is:  Isn't it true that you
21   and Jane Doe 4 watched a videotape of Jane Doe 4 and her
22   boyfriend having intercourse?  Does that refresh your
23   recollection?
24         MR. PIKE:  Same objection, form.
25         THE WITNESS:  I'd like to answer that question
```

Page 159

```
 1   -- a videotape of her and her boyfriend having sex?
 2         MR. HOROWITZ:  Yes.
 3         THE WITNESS:  Okay.  I'd like to answer that
 4   question, but my counsel has instructed me that I
 5   must assert my Fourteenth Amendment, Sixth
 6   Amendment and Fifth Amendment Rights.  And, though
 7   it's obvious I'd like to answer that question, my
 8   attorneys have counseled me that I -- by doing so,
 9   I waive those rights, or risk losing their
10   representation.
11         May I get some -- a cup?  Is this yours?
12         MR. HOROWITZ:  No.
13         THE WITNESS:  Okay.
14         MR. HOROWITZ:  It's mine.
15   BY MR. HOROWITZ:
16      Q   Sir, you don't deny that you sexually abused
17   Jane Doe 4, do you?
18         MR. PIKE:  Form, argumentative.
19         THE WITNESS:  I'd like to answer that question
20   very much so.  However, my counsel has advised me
21   today that I must assert -- at least today, I must
22   assert Sixth Amendment, Fourteenth Amendment and
23   Fifth Amendment Rights.  And by choosing to answer,
24   I may waive those rights or risk losing their
25   representation.
```

Page 160

```
 1         So, though your partner after he filed that
 2   Jane Doe 4 lawsuit was suspended from the practice
 3   of law by the Florida Bar, or some of these other
 4   cases brought by Mr. Edwards' firm who is sitting
 5   next to you, whose partner sits in jail for
 6   bringing cases of a sexual nature, accusing people
 7   fallaciously, maliciously, simply to get money, I'd
 8   like to answer each one of your questions, but
 9   today, unfortunately, I must respectfully decline.
10   BY MR. HOROWITZ:
11      Q   Sir, are you asserting your Fifth Amendment,
12   Sixth Amendment and Fourteenth Amendment Rights to
13   protect your innocence, or conceal your guilt?
14         MR. PIKE:  Form.  I'm going to instruct him not
15   to answer that question.
16   BY MR. HOROWITZ:
17      Q   Is there any reason that the jury should not
18   infer that you did in fact have sexual contact with Jane
19   Doe 4 when she was a child, given that you've asserted
20   the Fifth Amendment?
21         MR. PIKE:  Form.
22         THE WITNESS:  The Fifth Amendment has been used
23   many times to protect the innocent, especially
24   people who've been falsely accused by people like
25   your -- Mr. Edwards' partner, Scott Rothstein, who
```

40  (Pages 157 to 160)

Page 161

```
1    sits in jail accused by the U.S. Attorney of
2    running the biggest fraudulent scheme in South
3    Florida's history, stealing millions of dollars
4    from South Florida residents. The U.S. Attorney
5    called his enterprise a criminal -- his firm,
6    Mr. Edwards' firm, sitting next to you -- another
7    one of the lawsuits, a criminal enterprise.
8         I'd like to answer that question very
9    specifically. However, my attorneys have counseled
10   me that today I may not, and I may risk losing my
11   rights, my waiver -- excuse me - my rights, and
12   risk losing my representation, if I choose to
13   answer that question.
14   BY MR. HOROWITZ:
15   Q   Okay. I don't want to know why other people
16   assert the Fifth Amendment. I want to know why you're
17   asserting it. Are you asserting it because you're an
18   innocent man, or because you're a guilty man?
19        MR. PIKE:  Form.
20        THE WITNESS:  I'd love to answer that
21   question. However, my attorneys have counseled me
22   that I cannot and must assert my rights under the
23   Sixth Amendment, Fourteenth and Fifth, even to that
24   question. Though I would be more than happy to
25   answer it, my attorneys have counseled me that by
```

Page 162

```
1    doing so, I may waive those rights and risk losing
2    their representation.
3    BY MR. HOROWITZ:
4    Q   Okay. Sir, I'm going to ask you a few
5    questions about a young woman named Jane Doe 5.
6    A   Yes. Okay.
7    Q   First name is Jane Doe 5.
8         MR. PIKE:  You said her last name was Jane Doe
9    5?
10        MR. HOROWITZ:  Yes.
11   BY MR. HOROWITZ:
12   Q   So you know her as Jane Doe 5?
13        MR. PIKE:  Form, mischaracterizes the witness'
14   testimony, move to strike. Let's not play with
15   words.
16   BY MR. HOROWITZ:
17   Q   Do you recognize her name as A.G. or Jane Doe
18   5?
19   A   I don't recognize her name.
20   Q   Okay. Well, for the moment I would like you to
21   hold on to that name, so -- because I'll be asking you a
22   series of questions about it, okay?
23   A   Okay.
24   Q   Isn't it true that a girl named Jane Doe 5 came
25   to your Palm Beach estate in approximately 2001 or
```

Page 163

```
1    2002?
2         MR. PIKE:  Form.
3         THE WITNESS:  I'd like to answer that question
4    with respect to Miss Jane Doe 5.
5    Q   I asked you the right -- I know you did write
6    it down.
7    A   I know. But how did you pronounce it?
8    Q   Jane Doe 5.
9    A   Okay. However, my attorneys have counseled me
10   that at least today I cannot answer questions that may
11   become relevant to any of your lawsuits that you have
12   filed with respect to these girls, or your partner filed
13   before he became suspended by the Florida Bar for
14   improper behavior.
15        So, though I'd like to answer that question,
16   Mr. Horowitz, as I would like to answer every one of
17   your questions, at least today, I am going to have to
18   assert the rights dictated to me by my counsel, either
19   the Sixth Amendment, Fourteenth and -- or Fifth
20   Amendment, or all of the above.
21        I mean, I would like to answer each and every
22   one of your questions. If I do so, I'm told that I risk
23   waiving those rights, or losing their representation.
24   BY MR. HOROWITZ:
25   Q   All right.
```

Page 164

```
1    A   Excuse me.
2    Q   In either 2001 or 2002, did S.K. inform you
3    that she had received a telephone call in which she was
4    referred to an underage girl named Jane Doe 5 who would
5    be willing to come to your home and give you a massage
6    for money?
7         MR. PIKE:  Form.
8         THE WITNESS:  I'd like to answer that question,
9    as I'd like to answer mostly every one of your
10   questions here today. These questions, my
11   attorneys have counseled me, I cannot answer today
12   because -- as they may be relevant to the lawsuit.
13        They have instructed me that I must assert my
14   Sixth Amendment, Fourteenth Amendment and Fifth
15   Amendment Rights, though I'd very much like to
16   answer that question.
17   BY MR. HOROWITZ:
18   Q   Did S.K. inform you that she was provided with
19   Jane Doe 5's telephone number?
20        MR. PIKE:  Form.
21        THE WITNESS:  Again?
22   BY MR. HOROWITZ:
23   Q   Did S.K. inform you that she was provided with
24   Jane Doe 5's telephone number?
25   A   "Provided with" -- I -- I don't understand the
```

Page 165

```
1    question.
2         MR. PIKE: Form to that. And I know you're
3    going to ask it again.
4         THE WITNESS: Yes, he is.
5    BY MR. HOROWITZ:
6    Q    Did -- I'll try and ask it as fundamentally as
7    I can.
8    A    Okay.
9    Q    Did S.K. inform you that she had Jane Doe 5's
10   telephone number?
11   A    I'd like to answer that question. I've been
12   have -- I'd like to answer every question you've asked
13   here today. However, on advice of counsel, they've
14   instructed me that I cannot answer that question today
15   because it may be relevant to any of your lawsuits filed
16   by either you, Mr. Edwards -- Mr. Edwards' partner who
17   sits in jail, your partner who's been suspended from the
18   Florida Bar.
19        So, though I'd like to answer that question, at
20   least today, my counsel said I risk waiving those rights
21   under the Sixth, Fourteenth and Fifth, or risk losing
22   their representation.
23   Q    Did you instruct S.K. to call Jane Doe 5 to
24   come to your home and give you a massage in 2001 or
25   2002?
```

Page 166

```
1         MR. PIKE: Form.
2         THE WITNESS: This is the same Jane Doe 5 --
3    whatever her name is?
4         MR. HOROWITZ: Yes, keep that same person in
5    your head.
6         THE WITNESS: It's a little bit tough. I'd
7    like to answer that question. I'd like to answer
8    all your questions. However, today, my counsel has
9    advised me that I cannot answer any questions that
10   may be relevant to the lawsuit, and they've
11   instructed me that I must assert my Fourteenth,
12   Fifth and Sixth Amendment Rights.
13        And by answering those questions, that I choose
14   -- that prefer to do so today, they've instructed
15   me that I may waive those rights, or risk losing
16   their representation.
17   BY MR. HOROWITZ:
18   Q    Did you inform S.K. that the massage Jane Doe 5
19   was to give you would be sexual in nature?
20        MR. PIKE: Form.
21        THE WITNESS: I'd like to answer each and every
22   one of your questions. My counsel has advised me
23   -- my counsel has advised me that I cannot today,
24   and they've instructed me that I should assert my
25   Fourteenth Amendment, Sixth Amendment and Fifth
```

Page 167

```
1    Amendment rights.
2         And if I choose not to do so, I risk waiving
3    those rights, or losing their representation. So,
4    though I'd like to answer that question, I cannot.
5    BY MR. HOROWITZ:
6    Q    Did you observe S.K. speaking with Jane Doe 5
7    on the telephone to arrange for Jane Doe 5 to come to
8    your home for a massage?
9         MR. PIKE: Form.
10        THE WITNESS: I'd like to answer each one of
11   your questions, Mr. Horowitz, each and every one
12   that you've posed here today, but I am going to
13   have to answer that question, as I've answered most
14   of your other questions here today, which is my
15   counsel has advised me, at least today, at least
16   today, that I cannot answer those questions and
17   must assert my Fourteenth Amendment Rights, Sixth
18   Amendment Rights and Fifth Amendment Rights or --
19   BY MR. HOROWITZ:
20   Q    Did --
21   A    I'm sorry.
22   Q    I'm sorry, go ahead.
23   A    -- or risk waiving those rights, or losing
24   their representation.
25   Q    Did S.K. tell you that she had confirmed by
```

Page 168

```
1    telephone that Jane Doe 5 would be at your home at a
2    specific time to give you a massage?
3         MR. PIKE: Form.
4         THE WITNESS: I'd like to answer that
5    question. I'd like to answer every one of your
6    questions posed here today, Mr. Horowitz. However,
7    on advice of counsel, they've instructed me that I
8    must assert my Fifth Amendment, Sixth Amendment and
9    Fourteenth Amendment Right.
10   BY MR. HOROWITZ:
11   Q    Was it your intent during the course of Jane
12   Doe 5's visit to your home in either 2001 or 2002, that
13   you would persuade, induce or entice her to engage in
14   sexual activity?
15        MR. PIKE: Form.
16        THE WITNESS: It would give me great pleasure
17   to be able to answer that question to you, as it --
18   as all the other questions you've asked about these
19   girls here today. My counsel has told me that I
20   cannot answer those questions that may be relevant
21   to any of the lawsuits brought by you, your partner
22   that's been suspended or disbarred -- I'm not
23   really sure what the difference is -- or
24   Mr. Edwards' partner who sits in a Florida jail for
25   fleecing people out of millions of dollars by
```

42  (Pages 165 to 168)

Page 169

1   crafting cases of a sexual nature against people
2   like me and others, and those are -- though I'd
3   like to answer those questions, my counsel has
4   advised me, at least today, that I cannot.
5   BY MR. HOROWITZ:
6   Q   During the course of Jane Doe 5's visit to your
7   home in 2001 or 2002, did you, in fact, persuade, induce
8   or entice her to engage in sexual activity with you?
9       MR. PIKE: Form.
10      THE WITNESS: Though I'd like to answer that
11   question, as well as every other question you've
12   asked me here today, I am going to respond in a
13   similar fashion, which is my counsel, at least
14   today, has told me I may not, may not respond, and
15   must assert my rights under the Fourteenth, Sixth
16   and Fifth Amendment.
17      Though I'd like to respond to each question, my
18   counsel has told me that if I choose to do so, I
19   risk waiving those rights and losing their
20   representation.
21  BY MR. HOROWITZ:
22   Q   Did you pay for Jane Doe 5 to take a taxi to
23   your home in either 2001 or 2002?
24      MR. PIKE: Form.
25      THE WITNESS: I'd like to answer each question

Page 170

1   you've asked me here today.  However, on advice of
2   counsel, they've asked -- they've instructed me to
3   assert my Fifth Amendment, Sixth Amendment and
4   Fourteenth Amendment Rights under the U.S.
5   Constitution.
6       Though I'd like to answer each question, I have
7   to respond, unfortunately, the same way I've
8   responded to mostly every one of your questions
9   here today, and assert those rights on counsel's
10   advice, or risk waiving those rights and losing
11   their representation.
12  BY MR. HOROWITZ:
13   Q   During Jane Doe 5's visit to your home in
14   either 2001 or 2002, Jane Doe 5 told you she was under
15   18, didn't she?
16      MR. PIKE: Form.
17      THE WITNESS: I'd like to answer that
18   question.  I'd like to answer every question you've
19   asked me here today.  I'd like to answer the
20   questions posed by you, Mr. Edwards, your partner,
21   Mr. Herman, who unfortunately was suspended after
22   he filed these cases, Mr. Edwards's partner who's
23   sitting -- sitting in a jail for fabricating cases
24   of a sexual nature against people like me and
25   others for stealing money from people in South

Page 171

1   Florida.
2       I'd like to answer every question you've asked
3   me here today, Mr. Horowitz, but my counsel has
4   instructed me that I may not.
5   BY MR. HOROWITZ:
6   Q   When Jane Doe 5 came to your home in either
7   2001 or 2002, she appeared to you to be under the age of
8   18; isn't that right?
9       MR. PIKE: Form.
10      THE WITNESS: I'd like to answer all your
11   questions.  I'd like to answer each and every one
12   of your questions.  However, my counsel has
13   instructed me that I may not answer any questions
14   that may be relevant to this lawsuit, or any of
15   your lawsuits brought by your firm, your suspended
16   partner or Mr. Edwards' firm, his partner who sits
17   in jail -- excuse me.
18      So, though I'd like to answer those questions,
19   I was told that -- by my counsel that if I choose
20   to do so, I risk waive -- risk waiving my right and
21   risk losing their representation.
22  BY MR. HOROWITZ:
23   Q   During Jane Doe 5's visit to your home in 2001
24   and 2002, she told you she attended Wellington High
25   School; isn't that right?

Page 172

1       MR. PIKE: Form.
2       THE WITNESS: I'd like to answer that
3   question.  I'd like to answer every question you've
4   posed here today, but unfortunately, I am going to
5   have to respond the same way I've responded to most
6   of these other questions, which is my counsel has
7   advised me that at least today, I cannot answer
8   those questions.  And if I choose to do so, I may
9   waive my rights, but I -- so I must assert those
10   under the Sixth, Fourteenth and Fifth Amendment.
11  BY MR. HOROWITZ:
12   Q   During Jane Doe 5's visit to your home in 2001
13   or 2002, were you nude in front of Jane Doe 5?
14   A   I'd like to answer --
15      MR. PIKE: Form.
16      THE WITNESS: -- that question.  I'd like to
17   answer every question you've asked me here today.
18   But my counsel has advised me that I may not answer
19   any questions that may be relevant to your lawsuit,
20   Mr. Edwards' lawsuit, his partner's lawsuit who
21   sits -- his partner who sits in jail, and my
22   counsel has advised me that, though his partner
23   sits in jail for bringing fabricated cases of a
24   sexual nature against people like me and others,
25   that I still have to assert my rights under the

43  (Pages 169 to 172)

Page 173

```
1    Sixth Amendment, Fifth -- Fourteenth Amendment and
2    Fifth Amendment; otherwise, I risk waiving those
3    rights, or losing their representation.
4  BY MR. HOROWITZ:
5    Q   During the course of Jane Doe 5's visit to your
6  home in either 2001 or 2002, did you instruct Jane Doe 5
7  to remove all of her clothing?
8      MR. PIKE: Form.
9      THE WITNESS: I'd like to answer that
10   question. I'd like to answer every question you've
11   asked me here today with specificity. However, my
12   counsel has told me that I may not answer any
13   questions that may be relevant to this lawsuit,
14   must assert my rights under the Fourteenth, Sixth
15   and Fifth Amendment, so I must respectfully
16   decline, Mr. Horowitz.
17  BY MR. HOROWITZ:
18   Q   During the course of Jane Doe 5's visit to your
19  home in 2001 or 2002, did you instruct Jane Doe 5 to
20  pinch your nipples and rub your chest?
21     MR. PIKE: Form.
22     THE WITNESS: Like all the other questions --
23   questions you've asked me here today, I'd love to
24   answer that question. I'd love to answer each and
25   every one of your questions here today, but my
```

Page 174

```
1    counsel has told me I cannot. They've instructed
2    me that I have to assert my Fourteenth, Fifth and
3    Sixth Amendment Rights. And, though I'd like to
4    answer -- prefer to answer, that by doing so, I may
5    waive those rights, and risk -- and/or risk losing
6    their representation.
7  BY MR. HOROWITZ:
8    Q   Okay. During the course of Jane Doe 5's visit
9  to your home in 2001 or 2002, isn't it true you asked
10  Jane Doe 5 questions about her sexual experience and
11  preferences?
12     MR. PIKE: Form.
13     THE WITNESS: I'd like to answer each and every
14   one of your question about Jane Doe 5 -- Jane Doe 5
15   and her claims. However, my attorneys have told me
16   I cannot, at least today, answer any of those
17   questions that may be relevant to the lawsuit that
18   you have filed, your suspended partner has filed,
19   Mr. Edwards has filed, his partner in jail has
20   filed.
21     Unfortunately, there's lots of things I cannot
22   answer questions to. My partner -- my counsel has
23   told me that I risk waiving my rights and losing
24   their representations, if I choose to do so.
25  BY MR. HOROWITZ:
```

Page 175

```
1    Q   During the course of Jane Doe 5's visit to your
2  home in 2001 and 2002, did you remove Jane Doe 5's bra
3  and rub her breasts?
4      MR. PIKE: Form.
5      THE WITNESS: The answer is: I'd like to
6    answer that question. I believe Jane Doe 5
7    testified that that was not the case, or you're
8    asking me a question that she testified to
9    something else? But, though I cannot answer those
10   questions, my counsel has advised me that I have to
11   assert my rights under the Fifth, Fourteenth and
12   Sixth Amendment. So, though I'd like to answer
13   that question, I may not.
14  BY MR. HOROWITZ:
15   Q   Well, which version of events is true, that you
16  did touch her breasts, or that you did not touch her
17  breasts?
18   A   Are you asking me whether she tells the truth
19  or not in her deposition? Is that the question?
20   Q   My question is: Which version of events is
21  true, that she touched your breasts -- that you touched
22  her breasts, or that you did not touch her breasts?
23     MR. PIKE: Form.
24     THE WITNESS: I'd like to answer that
25   question. As you might imagine I'd like to answer
```

Page 176

```
1    that question very much. However, my counsel has
2    advised me I may not, today anyway, and I must
3    assert my right under the Sixth, Fourteenth or --
4    and/or Fifth Amendment.
5      And, though I'd like to answer that question
6    specifically -- I'd like to answer it to you, I'd
7    like to answer it to your partner who's not here
8    because he's been suspended from the practice of
9    law in South Florida after he filed this lawsuit.
10   I'd like to answer that question specifically to
11   Mr. Edwards' partner who remains in jail for
12   perpetrating a fraud on people in South Florida,
13   stealing money from them.
14     Unfortunately, under -- my counsel has told me
15   that I must respectfully decline and assert my
16   rights, or risk waiving those rights and losing
17   their representation.
18     THE WITNESS: I'm going to have to take a
19   break.
20     THE VIDEOGRAPHER: Going off the record. Time
21   off the record 2:25.
22     (Thereupon, a short break was taken.)
23     THE VIDEOGRAPHER: Time on the record 2:37.
24   This is Tape 4.
25  BY MR. HOROWITZ:
```

44  (Pages 173 to 176)

Page 177

```
 1      Q   Okay.  We've been discussing Jane Doe 5 for
 2   some time now.  Okay.  I'm going to ask you a few more
 3   questions about her.  During the course of Jane Doe 5's
 4   visit to your home in 2001 and 2002, did you rub Jane
 5   Doe 5's vagina over her underwear?
 6          MR. PIKE:  Form, and assumes facts not in
 7      evidence.
 8          THE WITNESS:  I'd like to answer that
 9      question.  I'd like to answer every question you've
10      asked me here today.  But on advice of counsel,
11      they've instructed me, I must assert my Sixth
12      Amendment, Fourteenth Amendment and Fifth Amendment
13      Rights.
14   BY MR. HOROWITZ:
15      Q   During the course of Jane Doe 5's visit to your
16   home in 2001 and 2002, did you rub her vagina under her
17   underwear?
18          MR. PIKE:  Form.
19          THE WITNESS:  I'm afraid it's the same answer
20      as most of the other answers I've given here
21      today.  Though I would like to answer these
22      questions with specificity, especially that
23      question, my counsel has advised me that I may not,
24      and must assert my rights under the Sixth
25      Amendment, Fourteenth and Fifth Amendment.
```

Page 178

```
 1         And if I chose to answer, which I prefer to do,
 2      they've advised me I may waive those rights, or
 3      risk losing their representation.
 4   BY MR. HOROWITZ:
 5      Q   During the course of Jane Doe 5's visit to your
 6   home in 2001 and 2002, did -- did you insert your
 7   fingers into her vagina?
 8          MR. PIKE:  Form.
 9          THE WITNESS:  I'd very much like to answer that
10      question as well, Mr. Horowitz, but my attorneys
11      have advised me today that I cannot, and I must
12      assert my rights under the Sixth, Fifth and
13      Fourteenth Amendments.
14         Though it would -- I'd prefer to answer the
15      question, they told me that if I choose to do so, I
16      risk waiving those rights.  I would prefer to have
17      that conversation with your partner that was
18      suspended or disbarred from the Florida Bar after
19      filing the lawsuit on Jane Doe 5's behalf.  I'd
20      prefer to talk to Mr. Edwards' partner, if he was
21      able to be here, except he's in jail for
22      fabricating cases of a sexual nature against people
23      like me.  So, believe me, I'd like to answer those
24      questions, but today my attorneys have told me I
25      may not.
```

Page 179

```
 1   BY MR. HOROWITZ:
 2      Q   During the course of Jane Doe 5's visit to your
 3   home in 2001 or 2002, did you place a vibrator on her
 4   vagina?
 5          MR. PIKE:  Form.
 6          THE WITNESS:  I'd like to answer that
 7          THE VIDEOGRAPHER:  Hold on.  There's major
 8      static.  Time off the record 2:40.
 9          (Thereupon, a short break was taken.)
10          THE VIDEOGRAPHER:  Time on the record 2:41.
11          MR. HOROWITZ:  Back on the record.  I don't
12      know that we did or did not get an answer to this
13      question, so I'm going to repeat it.  And if you
14      have to repeat your answer, I apologize.
15          MR. PIKE:  Thank you.
16   BY MR. HOROWITZ:
17      Q   During the course of Jane Doe 5's visit to your
18   home in 2001 or 2002, did you place a vibrator on her
19   vagina?
20          MR. PIKE:  Form.
21          THE WITNESS:  I'd like to answer the questions
22      about Jane Doe 5.  However, my attorneys have told
23      me that I may not answer any questions regarding
24      anything that may be relevant to any of the
25      lawsuits brought by you, your firm, your partner
```

Page 180

```
 1      that was suspended or disbarred after he brought
 2      these lawsuits.  So, though I'd like to answer the
 3      question, Mr. Horowitz, my attorneys have advised
 4      me, at least today, that I must assert my rights
 5      under the Sixth, Fourteenth and Fifteen -- Fifth
 6      Amendment, and I respectfully have to decline.
 7   BY MR. HOROWITZ:
 8      Q   During the course of Jane Doe 5's visit to your
 9   home in 2001 or 2002, did you masturbate in her
10   presence?
11          MR. PIKE:  Form.
12          THE WITNESS:  I'd very much like to answer
13      every question, every single question regarding
14      Jane Doe 5 and her claims.  However, my attorneys
15      have advised me, at least today, that I may not do
16      so, and must assert my rights under the Sixth
17      Amendment, Fourteenth and Fifth Amendment.
18         And, though I would prefer to answer, they have
19      advised me that if I choose to do so, I risk
20      waiving those rights and risk losing their
21      representation.
22   BY MR. HOROWITZ:
23      Q   During the course of Jane Doe 5's visit to your
24   home in 2001 or 2002, did you ejaculate in her presence?
25          MR. PIKE:  Form.
```

45  (Pages 177 to 180)

Page 181

1  THE WITNESS: Did I ejaculate in Miss Jane Doe
2  5's presence? I'd like to answer that question and
3  that all her claims -- however, today, my attorneys
4  have counseled me that I may not.
5  They've instructed me that I have to assert my
6  Sixth Amendment, Fourteenth Amendment and Fifth
7  Amendment Rights. Though I'd like to answer that
8  question, I am going to have to respond as I've
9  answered most of your other questions here today,
10  which is by asserting those rights.
11  BY MR. HOROWITZ:
12  Q   Did you have sexual contact with Jane Doe 5 in
13  your Palm Beach home in either 2001 or 2002?
14  MR. PIKE: Form.
15  THE WITNESS: "Sexual contact"?
16  MR. HOROWITZ: Yes.
17  THE WITNESS: Can you tell me what you mean by
18  that?
19  BY MR. HOROWITZ:
20  Q   Contact, sexual -- of a sexual nature. Do you
21  understand -- do you understand what that means?
22  A   I've asked you --
23  Q   Have you had sexual contact?
24  A   I've asked you to clarify what you mean,
25  please.

Page 182

1  Q   Well, I'm going to use a broad definition,
2  okay?
3  A   Yes.
4  Q   That would involve touching someone's sexual
5  organs, someone else touching your sexual organs, having
6  sexual contact together, such as intercourse or oral sex
7  or anal sex. Did you have any of those activities of a
8  sexual nature with Jane Doe 5?
9  MR. PIKE: Form.
10  THE WITNESS: I'd like to respond to every one
11  of Jane Doe 5's claims. However, today, my counsel
12  has advised me that I may not. So I am going to
13  have -- under their instructions have to assert my
14  Sixth Amendment, Fourteenth Amendment and Fifth
15  Amendment Rights. Though I'd like to answer that
16  question, I've been told that if I choose to do so,
17  I risks losing their representation and waiving
18  those rights.
19  BY MR. HOROWITZ:
20  Q   During the course of Jane Doe 5's visit to your
21  home in 2001 or 2002, did you also touch another
22  underage girl in a sexual manner in the presence of Jane
23  Doe 5?
24  MR. PIKE: Form.
25  THE WITNESS: I'd like to respond to every one

Page 183

1  of Miss Jane Doe 5's complaints or claims. My
2  attorneys have told me that, at least today, that I
3  may not do so today, and must assert my rights
4  under the Sixth Amendment, Fifth Amendment and
5  Fourteenth, and I have to respond the same way I've
6  responded to most of your -- my -- your other
7  questions posed here today.
8  BY MR. HOROWITZ:
9  Q   Did you pay Jane Doe 5 $200 after you had
10  sexual contact with her in your home?
11  MR. PIKE: Form.
12  THE WITNESS: I'd like to respond to every one
13  of Jane Doe 5's claims, but my attorneys have
14  advised me that at least today I must assert my
15  rights under the Fifth, Sixth and Fourteenth
16  Amendment. Though I'd like to answer that
17  question, I am going to have to respond similarly
18  that I've answered most of your other questions
19  here today. This is no different.
20  And I -- though I would -- I've been advised by
21  my attorneys, if I choose to answer, I risk waiving
22  my rights and/or risk losing their representation.
23  BY MR. HOROWITZ:
24  Q   You never asked Jane Doe 5 for permission to
25  touch either her breasts or genitals, correct?

Page 184

1  MR. PIKE: Form.
2  THE WITNESS: I would like to respond to every
3  single one of your client's claims. My attorneys
4  have advised me at least today, I cannot answer any
5  questions that may be relevant to those claims.
6  And, though your partner who filed this lawsuit on
7  Miss Jane Doe 5's behalf was disbarred -- suspended
8  by the Florida Bar -- suspended by the Florida Bar
9  after filing this claim, or Mr. Edwards', who filed
10  similar claims, partner who sits in jail, I'd like
11  to answer every single question. However, today,
12  my attorneys told me that if I do so, choose to do
13  so, I risk waiving my rights and risk losing their
14  representation.
15  BY MR. HOROWITZ:
16  Q   Mr. Epstein, Jane Doe 5 told you when she was
17  in your home that she did not want you to touch her
18  body, isn't that true?
19  MR. PIKE: Form.
20  THE WITNESS: I would very much like to answer
21  every question regarding Jane Doe 5's claims, but
22  today my attorneys have informed me that I may not
23  answer, and must assert my rights under the Sixth,
24  Fifth and Fourteenth Amendment. So, though I would
25  like to answer those questions, I -- my attorneys

46 (Pages 181 to 184)

Page 185

1  have informed me that if I choose to do so, which
2  is my preference, I would risk losing their
3  representation and waiving my rights.
4  BY MR. HOROWITZ:
5  Q  Mr. Epstein, you made sexual contact with Jane
6  Doe 5 after she indicated to you that she did not want
7  to be touched by you, isn't that right?
8  MR. PIKE:  Form.
9  THE WITNESS:  I'd like to answer each and every
10  one of your questions regarding Miss Jane Doe 5's
11  claims. However, my attorneys have advised me that
12  today at least, I may not answer those claims, and
13  must assert my rights under the Fourteenth
14  Amendment, Sixth Amendment and Fifth Amendment.
15  And, though as you might imagine, I would like
16  to answer those claims with -- questions with
17  specificity, my counsel has told me that if I
18  choose to do so, I waive -- I might risk losing
19  their representation and waive -- waiving some of
20  my rights.
21  BY MR. HOROWITZ:
22  Q  Did you try to persuade Jane Doe 5 that it was
23  okay for you to touch her breasts and genitals while she
24  was still a child?
25  (Videotaped deposition continued in Volume II.)

Page 186

1
2
3  STATE OF FLORIDA      )
4  COUNTY OF BROWARD    )
5
6
7  I, the undersigned authority, certify that
8  Jeffrey Edward Epstein personally appeared before me and
9  was duly sworn.
10
11  WITNESS my hand and official seal this 22nd day
12  of March, 2010.
13
14
15
16
17  Vicki L. Lima, Court Reporter
   Notary Public - State of Florida
18  Commission No: DD 882608
   Expiration Date: May 26, 2013
   Job #92076-A
19
20
21
22
23
24
25

Page 187

1
2
3  C E R T I F I C A T E
4  STATE OF FLORIDA    )
5  COUNTY OF BROWARD  )
6  I, Vicki L. Lima, Court Reporter, Notary Public
   in and for the State of Florida at Large, do hereby
7  certify that the aforementioned witness was by me first
   duly sworn to testify to the whole truth; that I was
8  authorized to and did report said deposition in
   stenotype; and that the foregoing pages are a true and
9  correct transcription of my shorthand notes of said
   deposition.
10
11  I further certify that the said deposition was
12  taken at the time and place hereinabove set forth and
   that the taking of said deposition was commenced and
13  completed as hereinabove set out.
14  I further certify that I am not an attorney or
   counsel of any of the parties, nor am I a relative or
14  employee of any attorney or counsel of any party
   connected with this action, nor am I interested in the
15  action.
16
   The foregoing certification of this transcript
17  does not apply to any reproduction of the same by any
   means unless under the direct control and/or direction
18  of the certifying reporter.
19  IN WITNESS WHEREOF, I have hereunto set my hand
   this 22nd day of March, 2010.
20
21
22  _____
   Vicki L. Lima, Court Reporter
23  Notary Public - State of Florida
   Commission No: DD 882608
24  Expiration Date: May 26, 2013
   Job #92076-A
25

Page 188

1  UNIVERSAL LEGAL REPORTING
   888 EAST LAS OLAS BOULEVARD, SUITE 508
2  FORT LAUDERDALE, FLORIDA  33301
   (954) 712-2600
3
   March 22, 2010   Job #92076-A    Volume I
4
   Jeffrey Edward Epstein, witness
5  Michael J. Pike, Esquire
   303 Banyan Boulevard, Suite 400
6  West Palm Beach, Florida 33401
   RE: Jane Doe No. 2 vs. Jeffrey Epstein
7  CASE NO: 08-CV-80119-MARRA/JOHNSON
8
   Dear Mr. Epstein:
9
   Please take notice that on March 8, 2008, you
10  gave your deposition in the above-referred matter. At
   that time, you did not waive your signature. It is now
11  necessary that you sign your deposition.
   As previously agreed to, the transcript will be
12  furnished to you through your counsel. Please read the
   following instructions:
13  At Page 189, you will find an errata sheet. As
   you read your deposition, any changes or corrections
14  that you wish to make should be noted on the errata
   sheet, citing page and line number of said change. DO
15  NOT write on the transcript itself. Once you have read
   and date the errata sheet and return these pages to us
16  at the address listed above. You need not return the
17  entire transcript.
   If you do not read and sign the deposition
18  within thirty (30) days, the original, which has already
   been forwarded to the ordering attorney, may be filed
19  with the Clerk of the Court. If you wish to waive your
   signature, sign your name in the blank at the bottom of
20  this letter and return it to us.
   Very truly yours,
21  Universal Legal Reporting,
22
23  Vicki L. Lima
   Court Reporter - Notary Public
24
   I do hereby waive my signature.
25

47  (Pages 185 to 188)

Page 189

```
 1              E R R A T A   S H E E T
 2    IN RE:  Jane Doe No. 2 vs. Jeffrey Edward Epstein
 3    DEPOSITION OF:  Jeffrey Edward Epstein, Volume I
 4    TAKEN:       March 8, 2010
 5       DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE
 6    PAGE # LINE # CHANGE        REASON
 7    _____
 8    _____
 9    _____
10    _____
11    _____
12    _____
13    _____
14    _____
15    _____
16    _____
17    _____
18    _____
19    _____
20    _____
      Please forward the original signed errata sheet to this
21    office so that copies may be distributed to all parties.
22    Under penalty of perjury, I declare that I have read my
      deposition and that it is true and correct subject to
23    any changes in form or substance entered here.
24    DATE:_____SIGNATURE OF DEPONENT_____
25    Job #92076-A
```

Page 190

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 08-CV-80119-MARRA/JOHNSON

JANE DOE NO. 2,
        Plaintiff,
vs.
JEFFREY EPSTEIN,
        Defendant.

Related Cases:
08-80232, 08-80380,08-80381,08-80994,
08-80993, 08-80811,08-80893,09-80469,
09-80591,09-80656,09-80802,09-81092.

VIDEOTAPED DEPOSITION OF JEFFREY EDWARD EPSTEIN
VOLUME II
(Pages 190 - 335)

Monday, March 8, 2010
301 Clematis Street
Suite 3000
West Palm Beach, Florida 33401
10:05 a.m. - 6:17 p.m.

Reported By:
Vicki L. Lima, Court Reporter
Notary Public, State of Florida
Universal Legal Reporting
Phone - (954) 712-2600
Job #92076-B

---

Page 191

APPEARANCES:

On behalf of the Plaintiffs, Jane Doe 2 through 8:
   ADAM HOROWITZ, ESQUIRE
   JESSICA D. ARBOUR, ESQUIRE
   MERMELSTEIN & HOROWITZ, P.A.
   18205 Biscayne Boulevard
   Suite 2218
   Miami, Florida 33160
On behalf of the Plaintiffs, Jane Doe, L.M. and E.W.:
   BRAD EDWARDS, ESQUIRE
   FARMER, JAFFE, WEISSING,
   EDWARDS, FISTOS & LEHRMAN, P.L.
   425 North Andrews Avenue
   Suite 2
   Fort Lauderdale, Florida 33301
On behalf of the Plaintiff, Jane Doe 103:
   KATHERINE W. EZELL, ESQUIRE
   PODHURST ORSECK
   City National Bank Building
   25 West Flagler Street
   Suite 800
   Miami, Florida 33130
On behalf of the Defendant and Witness:
   MICHAEL J. PIKE, ESQUIRE
   BURMAN, CRITTON, LUTTIER & COLEMAN
   303 Banyan Boulevard
   Suite 400
   West Palm Beach, Florida 33401

   JACK A. GOLDBERGER, ESQUIRE
   ATTERBURY, GOLDBERGER & WEISS, P.A.
   One Clearlake Centre
   250 Australian Avenue South
   Suite 1400
   West Palm Beach, Florida 33401

ALSO PRESENT:
   Alex Ayala, Videographer

---

Page 192

VOLUME II
(Pages 190 - 335)

EXAMINATION INDEX

JEFFREY EDWARD EPSTEIN
   CONTINUED DIRECT BY MR. HOROWITZ . . . . . . . 193

EXHIBIT INDEX
                   MAR
EXHIBIT
   1   VEHICLE AND VESSEL INFORMATION        330

---

Page 193

(Beginning of Volume II.)
        MR. PIKE:  Form.
        THE WITNESS:  I'd like to answer every question
that you posed here today, Mr. Horowitz, regarding
any of your clients, and especially Miss Jane Doe
5's claims.  However, my attorneys have advised me
that at least today, I must assert my rights under
the Sixth, Fourteenth and Fifth Amendment, or risk
losing those rights or the -- and/or their
representation.
BY MR. HOROWITZ:
   Q   Did you tell Jane Doe 5 "to relax" and quote,
just let it -- let it happen, end quote, when she
resisted your sexual advances?
        MR. PIKE:  Form.
        THE WITNESS:  It would give me great pleasure
to be able to answer Jane Doe 5's claims.  However,
my attorneys have advised me today, at least today,
that I must assert my rights under the Sixth --
excuse me -- Fourteenth and Fifth Amendment.  And,
though I'd very much like to answer those
questions, that question, and the other questions
you've posed here today, I am going to have to
assert those rights and respectfully decline.
BY MR. HOROWITZ:

Page 194

```
1       Q   Did you instruct S.K. to take Jane Doe 5's
2   telephone number so you can call Jane Doe 5 to come to
3   your home for more sexual activity?
4       MR. PIKE:  Form.
5       THE WITNESS:  I'd like to answer each one of
6   your questions, these claims made by Jane Doe 5.
7   However, today at least, my attorneys have advised
8   me that I may not answer any questions that may be
9   relevant to any of the lawsuits brought by you,
10  your partner who's been suspended after he filed
11  Miss Jane Doe 5's claim. He was suspended for
12  improper behavior by the Florida Bar. I may not
13  answer the questions of Mr. Edwards regarding his
14  -- or his partner, Mr. Scott Rothstein, who was
15  accused of the largest fraud by fabricating cases
16  of a sexual nature against people, me and
17  others, in order to steal millions of dollars from
18  unsuspecting people. So, although I would like to
19  answer those questions, my attorneys have advised
20  me that if I do so, I risk losing their
21  representation and waiving my rights.
22  BY MR. HOROWITZ:
23      Q   After Jane Doe 5 visited your home, did you
24  instruct S.K. to call Jane Doe 5 on the telephone to
25  arrange for her to come back for more sexual activity?
```

Page 195

```
1       MR. PIKE:  Form.
2       THE WITNESS:  I'd like to answer each one of
3   Miss Jane Doe 5's claims. I'd like to answer each
4   one with specificity. However, my attorneys have
5   advised me today, that I must assert my rights
6   under the Fourteenth, Sixth and Fifth Amendment.
7   And if I choose to answer, which is my preference,
8   I risk losing their representation and waiving
9   those specific rights.
10  BY MR. HOROWITZ:
11      Q   Isn't it true, sir, that you sexually abused
12  Jane Doe 5 when she was a child?
13      MR. PIKE:  Form.
14      THE WITNESS:  I'd very much like to answer that
15  question, as I'd like to answer some of the others,
16  that question in particular, it's been clear that
17  your firm, your partner who's been suspended after
18  filing such a claim of sexual abuse, Mr. Edwards'
19  partner who's in jail for probably the rest of his
20  life, probably the rest of his life for filing just
21  those types of claims, sexual abuse claims, and
22  sexual claims of -- claims of a sexual nature
23  against people, me and others, to steal money, just
24  -- it's about money from people in South Florida,
25  so I'd like to answer those questions today.
```

Page 196

```
1   However, my attorneys have counseled me that I may
2   not. And if I choose to do so, contrary to their
3   advice, I risk losing their representation and
4   waiving those rights.
5   BY MR. HOROWITZ:
6       Q   Okay. With respect to Jane Doe 5 and the
7   questions that you have asserted your Fifth Amendment
8   privilege, have you been asserting your Fifth Amendment
9   privilege to protect your innocence, or to conceal your
10  guilt?
11      MR. PIKE:  Form.
12      THE WITNESS:  That's a question obviously
13  designed to try to embarrass me. It -- what -- I'd
14  like to answer that question. However, my counsel
15  has advised me that since your firm, your partner
16  who was suspended for improper behavior since he
17  filed this claim, Mr. Edwards' partner who sits in
18  jail, the Supreme Court has said that people can
19  claim the Fifth Amendment, and should claim the
20  Fifth Amendment who are innocent. I respectfully
21  decline to answer, based on my counsel's advice,
22  because they've told me if I choose to answer, I
23  may waive those rights, but I'd like to answer.
24  BY MR. HOROWITZ:
25      Q   Sir, is there any reason you can think of as to
```

Page 197

```
1   why the jury should not infer from your testimony today
2   that you did, in fact, sexually abuse Jane Doe 5 when
3   she was a child?
4       MR. PIKE:  Form.
5       THE WITNESS:  I believe the jury will be able
6   to see what your firm, Mr. Edwards' firm, and what
7   the newspapers have referred to as part of the
8   largest fraud in South Florida's history by
9   crafting cases of a sexual nature against people
10  like me and others, simply to get money. His
11  partner sits in jail. Your partner has been
12  suspended. I'd rather -- the jury will make its
13  own decision.
14  BY MR. HOROWITZ:
15      Q   Great. The next individual I'd like to talk to
16  you about is Jane Doe 6, and if you either write that
17  down, or get that name in your head so that you remember
18  it when I ask you some questions about her, I would
19  appreciate it, okay --
20      THE WITNESS:  Mr. Pike --
21  BY MR. HOROWITZ:
22      Q   -- Jane Doe 6, okay?
23      MR. PIKE:  Proceed.
24  BY MR. HOROWITZ:
25      Q   All right. You don't deny that Jane Doe 6 came
```

2  (Pages 194 to 197)

Page 198

1  to your home in Palm Beach County in August 2004, do
2  you?
3        MR. PIKE:  Form.
4        THE WITNESS:  I would very much like to answer
5  every claim made by your client, Jane Doe 6.
6  However, today, my attorneys have advised that I
7  may not.  I must assert my rights under the Sixth,
8  Fourteenth and Fifth Amendment.
9  BY MR. HOROWITZ:
10       Q   Now, Jane Doe 6 was only 13 years old when she
11  came to your home; is that right?
12       MR. PIKE:  Form.
13       THE WITNESS:  Again, it would -- I would prefer
14  to answer every single one of your client's -- Jane
15  Doe 6's claims regarding this case, your claim
16  against me.  However, my attorneys have advised me
17  I may not do so today.  I must assert my rights
18  under the Fourteenth, Fifth, and Sixth Amendment.
19  Though I would like to answer each one of your
20  questions, Mr. Horowitz, today, I must respectfully
21  decline to do so.
22  BY MR. HOROWITZ:
23       Q   Mr. Epstein, you paid for a taxi to bring
24  13-year-old Jane Doe 6 to your home in 2004; isn't that
25  right?

Page 199

1        MR. PIKE:  Form.
2        THE WITNESS:  I'm sure, Mr. Horowitz, you're
3  aware that I'd like to answer these questions with
4  specificity.  I'm sure you're aware that I would
5  like to answer each one of these sexually charged
6  questions, questions similar to the ones you've
7  asked before.  I have to respond in a similar way,
8  which unfortunately, my counsel has advised me I
9  must take their advice, which is to claim the
10  Sixth, Fifth and Fourteenth Amendment Rights,
11  because by not doing so, I may waive those rights,
12  or risk losing their representation.
13  BY MR. HOROWITZ:
14       Q   In 2004 did you receive a phone call from a
15  girl named E.W. in which she told you she was bringing Jane
16  Doe 6 to your home for a massage?
17       MR. PIKE:  Form.
18       THE WITNESS:  E.W.?  I believe E.W. is
19  represented by the man sitting next to you,
20  Mr. Edwards, though Mr. Edwards' partner, the one
21  who's in jail for bringing cases of a sexual
22  nature, sexually charged nature against people like
23  me and others, so, though I'd like to answer all
24  your questions regarding E.W., and like Miss Jane
25  Doe 6 and her -- and their claims, my attorneys

Page 200

1  today have told me I may not, and must assert my
2  rights, or waive -- potentially waive them, or risk
3  losing their representation --
4  BY MR. HOROWITZ:
5        Q   Okay.
6        A   -- so, unfortunately, I must respectfully
7  decline to answer that question.
8        Q   Did you instruct S.K. to communicate by
9  telephone with E.W. For the purpose of arranging for
10  underage girls to come to your home to give you a
11  massage?
12       MR. PIKE:  Form.
13       THE WITNESS:  I'd like to answer each one of
14  your claims here today with specificity.  E.W.
15  represented by Mr. Edwards sitting next to you,
16  represented by the man who's currently sitting in
17  jail for the perpetrating of the largest fraud in
18  Florida's history, for creating fictitious,
19  malicious cases of a sexual nature against wealthy
20  people in order to steal money, steal money.  The
21  U.S. Attorney called E.W.'s attorneys a criminal
22  enterprise.  So, though I'd like to answer that
23  question, as all your other questions here today,
24  my attorneys have instructed me I may not do so.
25  BY MR. HOROWITZ:

Page 201

1        Q   Mr. Epstein, you paid E.W. to bring underage
2  girls to your home so you could engage in sexual
3  activity with these girls; isn't that right?
4        MR. PIKE:  Form.
5        THE WITNESS:  Again, E.W. represented by
6  Mr. Edwards' firm, and former -- her former
7  attorney, Mr. Scott Rothstein, sits in a county
8  jail probably for the rest -- well, at least a
9  federal jail for the rest of his life for
10  fabricating cases of a sexual nature against
11  wealthy people in South Florida in order to steal
12  money from unsuspecting investors.  It would give
13  me pleasure to be answer -- to be able to answer
14  your questions today with specificity.  However, my
15  attorneys have counseled me that at least today, I
16  may not do so -- excuse me -- without waiving my
17  rights and risking their representation -- risk
18  losing their representation.
19  BY MR. HOROWITZ:
20       Q   Mr. Epstein, in 2004 did you instruct S.K. to
21  make contact with E.W. by telephone so that arrangements
22  could be made for Jane Doe 6 to come to your home for
23  your sexual gratification?
24       MR. PIKE:  Form.
25       THE WITNESS:  Okay.  I would like to answer the

3  (Pages 198 to 201)

Page 202

1  claims of Jane Doe 6. I would very much like to
2  answer the claims of your -- Mr. Edward's E.W. It
3  would be nicer if Mr. -- or I would appreciate it
4  -- unfortunately -- but Mr. Edwards's partner who
5  represented E.W. along with him is in jail for
6  misrepresenting -- or the U.S. Attorney has called
7  his firm a criminal enterprise, the one
8  representing -- previously representing E.W. You
9  represent Jane Doe 6. I'd like to answer her
10  claims, but today my attorneys have counseled me
11  that I must respectfully decline and assert my
12  rights under the Fourteenth, Sixth and Fifth
13  Amendment.
14  BY MR. HOROWITZ:
15     Q   Did you inform S.K. that the massage that Jane
16  Doe 6 was to give you would be sexual in nature?
17        MR. PIKE:  Form.
18        THE WITNESS:  Unfortunately, I am going to have
19  to respond to that question the way I've responded
20  to most of your questions and claims here today
21  regarding Jane Doe 6 and some of your other clients
22  that you filed suits for, post filing the suit your
23  partner was suspended by the Florida Bar, post
24  filing the suit Mr. Edwards' partner finds himself
25  in jail.

Page 203

1        So, though I'd very much like to answer those
2  questions, my attorneys have counseled me today
3  that I cannot answer, at least today, any questions
4  relevant to these lawsuits.  And if I decide or
5  choose to answer the questions, I risk losing their
6  representation and waiving those rights.  Excuse
7  me, Adam, five?
8        THE WITNESS:  Yeah, if you need it.
9        THE VIDEOGRAPHER:  Time off the record 3:02.
10        (Thereupon, a short break was taken.)
11  BY MR. HOROWITZ:
12     Q   Did you --
13        THE VIDEOGRAPHER:  Time on the record 3:12.
14  BY MR. HOROWITZ:
15     Q   Mr. Epstein, we're still talking about Jane Doe
16  6, okay?
17     A   Yes.
18     Q   Mr. Epstein, did you observe S.K. speaking with
19  E.W. by telephone and making arrangements for Jane Doe 6
20  to come to your home to give you a massage?
21     A   I'd like to answer that question.  I'd like to
22  answer all your questions here today.  I believe Miss
23  E.W. is represented by Mr. Edwards, who's partner is in
24  jail for his wrongdoing, for creating cases of sexually
25  charged natures.  You're asking me a question of Jane

Page 204

1  Doe 6's claim, which I would like to answer, but today,
2  under advice of counsel, they have instructed me that I
3  may not, and I should claim my Sixth Amendment,
4  Fourteenth Amendment and Fifth Amendment Right.
5  BY MR. HOROWITZ:
6     Q   Did you confirm with S.K. that she did, in
7  fact, speak with E.W. by telephone to confirm a specific
8  time that Jane Doe 6 would be at your house?
9        MR. PIKE:  Form.
10        THE WITNESS:  I'd like to answer each and every
11  one of your questions, Mr. Horowitz, regarding the
12  claims of these -- of Jane Doe 6 and E.W.  However,
13  today, on advice of counsel, I am going to have to
14  simply claim the Fifth, Sixth and Fourteenth
15  Amendment Right.
16  BY MR. HOROWITZ:
17     Q   Was it your intent during the course of Jane
18  Doe 6's visit to your home that you would persuade,
19  induce or entice her to engage in sexual activity?
20     A   I'd like to answer every question you've asked
21  me here today, every single question, especially with
22  respect to Jane Doe 6's claims.  However, my attorneys
23  have instructed me that I must assert my rights under
24  the Sixth, Fourteenth and Fifth Amendment.  Though these
25  claims of a sexual nature are not that surprising since

Page 205

1  Mr. Edwards and -- who he represents E.W., who's partner
2  sits in jail for perpetrating what the U.S. Attorney
3  called the largest fraud in South Florida's history,
4  stealing millions of dollars from unsuspecting local
5  investors.  I'd very much like to answer each and every
6  one of your questions, but my attorney has told me that
7  if I choose to do so, I risk waiving my rights and risk
8  losing their representation.
9        MR. PIKE:  I --
10        THE WITNESS:  Sorry.
11        MR. PIKE:  -- object to form to that question.
12  BY MR. HOROWITZ:
13     Q   During the course of Jane Doe 6's visit to your
14  home, did you succeed in persuading, inducing or
15  enticing her to engage in sexual activity with you?
16        MR. PIKE:  Form.
17        THE WITNESS:  I would very much like to answer
18  every single question and claim of Jane Doe 6.
19  However, today, my attorneys have advised me that I
20  may not.  I must assert my rights under the Sixth,
21  Fourteenth and Fifth Amendment.  Now, I prefer to
22  answer.  They've told me that if I choose to do so, I
23  risk losing their representation and waiving those
24  rights.
25  BY MR. HOROWITZ:

4  (Pages 202 to 205)

Page 206

1     Q   All right. Did S.K. tell you that she spoke to
2 anyone on the phone who arranged for Jane Doe 6 to come
3 to your house?
4     MR. PIKE: Form.
5     THE WITNESS: Again? I'm sorry, Mr. Horowitz.
6 BY MR. HOROWITZ:
7     Q   Did S.K. tell you she spoke to anyone on the
8 phone -- on the phone to make arrangements for Jane Doe
9 6 to come to your home?
10     MR. PIKE: Same objection.
11     THE WITNESS: I'd very much like to answer
12 every question regarding these claims here today.
13 However, my attorneys have advised me that at least
14 today, I must assert my rights under the
15 Fourteenth, Sixth and Fifth Amendment. And though
16 I prefer to answer the question, if I choose to do
17 so, I risk losing those rights and their
18 representation.
19 BY MR. HOROWITZ:
20     Q   Okay. You asked Jane Doe 6 how old she was
21 when she came to your home; is that right?
22     MR. PIKE: Form.
23     THE WITNESS: Again, like the other questions
24 you've asked me regarding your claims of Jane Doe
25 6, I'd like to answer each one. However, today, my

Page 207

1 attorneys have advised me that I may not. I must
2 assert my rights under the Sixth, Fourteenth and
3 Fifth Amendment. Though I prefer to answer that
4 question, I prefer to answer that question directly
5 to the -- your partner that brought this claim, but
6 I guess he's suspended or disbarred by the
7 Florida Bar, or I'd like to answer it to
8 Mr. Edwards' partner who sits in a jail for
9 crafting, fabricating malicious claims simply to
10 get money. I'd very -- as you probably recognize,
11 I'd like to answer those questions today, but I --
12 under the instructions of counsel, I must
13 respectfully decline.
14 BY MR. HOROWITZ:
15     Q   Sir, there was never a point in time when Jane
16 Doe 6 told you that she was 18 years old or older; isn't
17 that right?
18     MR. PIKE: Form.
19     THE WITNESS: Like all your other questions
20 regarding Jane Doe 6 and her claims, I'd very much
21 like to answer each and every one. However, today,
22 my counsel has advised me that I may not, and must
23 assert my rights under the Fourteenth, Fifth and
24 Sixth Amendment. And if I choose to answer, I risk
25 losing their counsel and waiving those rights.

Page 208

1 BY MR. HOROWITZ:
2     Q   Sir, when Jane Doe 6 came to your home in 2004
3 when she was 13 years old, you didn't, in your own mind,
4 believe her to be 18 years old or older, did you?
5     MR. PIKE: Form.
6     THE WITNESS: Repeat the question, please?
7 BY MR. HOROWITZ:
8     Q   Sure. When you looked at Jane Doe 6 at age 13
9 and she was in your home, you didn't believe her to be
10 18 years old or older, did you?
11     THE WITNESS: I'd like to answer each one of
12 your --
13     MR. PIKE: Same objection.
14     THE WITNESS: -- excuse me. I'd like to answer
15 each one of your claims today. However, my
16 attorneys have counseled me that I may not. They
17 have instructed me to assert my rights under the
18 Fourteenth, Sixth and Fifth Amendment.
19     Though I'd like to answer each one of those
20 questions, I'd like to answer that question
21 directly to your partner, Jeffrey Herman, that in
22 fact brought this claim, but he has been suspended
23 by the Florida Bar, or the claims directly to
24 Mr. Edwards' partner who sits in jail for
25 fabricating cases of a sexual nature against

Page 209

1 wealthy people in South Florida.
2     I'd very much like to answer, but according to
3 my counsel I may not answer those, or I may waive
4 my rights or risk losing their representation.
5 BY MR. HOROWITZ:
6     Q   During the course of Jane Doe 6's visit to your
7 home in 2004, were you nude in her presence?
8     MR. PIKE: Form.
9     THE WITNESS: I'd very much would like to
10 answer each and every question regarding Jane Doe
11 6's claims. However, my attorneys have told me
12 today that I may not. I must assert my rights
13 under the Fourteenth, Sixth and Fifth Amendment.
14     Though I prefer to answer, I'm told that if I
15 choose to do so, I risk losing their representation
16 and waiving those rights.
17 BY MR. HOROWITZ:
18     Q   During the course of Jane Doe 6's visit to your
19 home in 2004, did you instruct Jane Doe 6 to remove her
20 clothing?
21     MR. PIKE: Form.
22     THE WITNESS: I'd like to answer each and every
23 one of your questions here today and the claims of
24 Jane Doe 6. However, my attorneys have advised me,
25 at least today, that I must assert my rights under

5 (Pages 206 to 209)

Page 210

```
 1    the Fourteenth, Sixth and Fifteenth -- and Fifth
 2    Amendments of the U.S. Constitution.  Though I
 3    prefer to answer, they've instructed me that if I
 4    choose to do so, I risk waiving those rights and
 5    losing their representation.
 6  BY MR. HOROWITZ:
 7    Q   During the course of Jane Doe 6's visit to your
 8    home in 2004, did you instruct Jane Doe 6 to pinch your
 9    nipples and rub your chest?
10        MR. PIKE:  Form.
11        THE WITNESS:  As I've answered most of your
12    other questions here today, Mr. Horowitz, it would
13    give me great pleasure to be able to answer these
14    claims of Jane Doe 6.  However, my attorneys have
15    instructed me that I may not, and that I must
16    assert my rights under the Fourteenth, Sixth and
17    Fifth Amendment because they told me that if I do
18    so, I risk losing their representation and waiving
19    those rights.
20  BY MR. HOROWITZ:
21    Q   During the course of Jane Doe 6's visit to your
22    home in 2004, did you ask Jane Doe 6 about her sexual
23    experience and preferences?
24        MR. PIKE:  Form.
25        THE WITNESS:  It would give me great pleasure
```

Page 211

```
 1    to answer each one of your questions and Jane Doe
 2    6's claims.  However, my attorneys have instructed
 3    me today that I may not, and that I must assert my
 4    rights under the Sixth -- excuse me --Fifth and
 5    Fourteenth Amendment.  Though I would prefer to
 6    choose to answer these questions, my attorneys have
 7    advised me that if I do so, I risk losing their
 8    representation and waiving those rights.
 9  BY MR. HOROWITZ:
10    Q   In 2004 did you touch Jane Doe 6's breasts?
11        MR. PIKE:  Form.
12        THE WITNESS:  Like many of your other questions
13    here today, there be -- I'd very much prefer to
14    answer that question, as your other questions with
15    specificity.  However, my counsel has advised me
16    that I may not.  I must assert my rights under the
17    Fourteenth, Sixth and Fifth amendment.  So though I
18    choose -- would choose to answer that, my attorneys
19    told me that if I do, I risk losing their
20    representation and potentially waiving those
21    rights.
22  BY MR. HOROWITZ:
23    Q   Did you touch Jane Doe 6's breasts even after
24    she made attempts to walk away from you during her visit
25    in 2004?
```

Page 212

```
 1        MR. PIKE:  Form.
 2        THE WITNESS:  I'd very much like to answer each
 3    and every one of Jane Doe 6's claims.  However, my
 4    attorneys today have instructed me that I may not
 5    answer today, and that I must assert my rights
 6    under the Sixth, Fourteenth and Fifth Amendment.
 7    Though I'd like to answer the question, they've
 8    instructed me that if I do, I risk losing their
 9    representation and waiving those rights.
10  BY MR. HOROWITZ:
11    Q   In 2004 did you rub Jane Doe 6's vagina?
12        MR. PIKE:  Form.
13        THE WITNESS:  That question, like most of your
14    other questions here today, I would prefer to
15    answer.  I'd like to answer.  I'd like to answer
16    directly to your partner who is no longer here
17    because he's been suspended after he filed this
18    claim, suspended by the Florida Bar for filing --
19    not for filing, but after he filed the claim.  I
20    prefer to answer directly to Mr. Edwards' partner
21    who sits in jail for the rest of his life, for the
22    rest of his life, for filing and misleading --
23    filing malicious claims, make -- fabricating claims
24    against people like me and others in South Florida,
25    stealing money -- millions of dollars from
```

Page 213

```
 1    investors.  So I would like to answer each one of
 2    your questions with specificity.  However, my
 3    attorneys have advised me today that I may not.
 4  BY MR. HOROWITZ:
 5    Q   In 2004 -- in 2004 did you masturbate by
 6    stroking your penis in front of Jane Doe 6?
 7        MR. PIKE:  Form.
 8        THE WITNESS:  I'd like to answer each one of
 9    your questions regarding Jane Doe 6's claims.
10    However, my attorneys have advised me that today I
11    may not.  And though your partner has been
12    suspended after he filed this claim, Mr. Edwards'
13    partner sits in jail, my attorneys have advised me
14    still that I must assert my rights under the
15    Fourteenth, Sixth and Fifth Amendment.  And if I
16    choose to answer, which is my preference, that I
17    risk losing their representation and/or waiving
18    those rights.
19  BY MR. HOROWITZ:
20    Q   In 2004 did you ejaculate after stroking the
21    shaft of your penis in front of Jane Doe 6?
22        MR. PIKE:  Form.
23        THE WITNESS:  I'd like to answer each one of
24    Jane Doe 6's claims, and all the questions -- each
25    and every question you've asked me here today.  I'd
```

Page 214

1    like to answer it directly to your partner.
2    However, he's been suspended by the Florida Bar
3    after he filed this claim.  I'd like to answer it
4    directly to Mr. Edwards' partner who sits in jail
5    for fabricating cases of a sexual nature against
6    wealthy people in South Florida, in jail
7    potentially for the rest of his life.  So though
8    I'd like to answer those questions, my attorneys
9    have counseled that I may not.  I must assert those
10   rights or risk losing their representation and/or
11   waiving those rights.
12   BY MR. HOROWITZ:
13   Q   In 2004 did you walk across the room naked and
14   enter a shower in front of Jane Doe 6?
15       MR. PIKE:  Form.
16       THE WITNESS:  Again, as I've answered most of
17   your questions here today, it would give me great
18   pleasure, in fact, to answer the claims of Jane Doe
19   6.  However, my attorneys have advised me that I
20   may not, and must assert my rights under the Sixth,
21   Fourteenth and Fifth Amendment.  Though I prefer to
22   answer those questions, my attorneys have told me
23   that if I choose to do so, I risk losing their
24   representation.  And I would prefer to tell who's
25   partner directly who filed this claim, who's

Page 215

1    subsequently suspended by the Florida Bar.  I would
2    prefer to tell Mr. Edwards' partners, but he's in
3    jail with now -- I guess most of his other -- many
4    of his other partners are on their way for filing
5    malicious claims.  So though I'd like to answer
6    that question, Mr. Horowitz, here today, I must
7    respectfully decline to do so.
8    BY MR. HOROWITZ:
9    Q   Did you have sexual contact with Jane Doe 6 at
10   your Palm Beach home in 2004?
11       MR. PIKE:  Form.
12       THE WITNESS:  I would like to answer each and
13   every claim of Jane Doe 6 and all your other
14   clients.  It would be -- give me pleasure to be
15   able to answer those questions directly to your
16   partner, but he's been suspended after he filed
17   these claims.  I must assert those rights, even
18   though I would prefer to answer the question, or
19   risk losing the representation of my counsel and
20   inadvertently waiving those rights.
21   BY MR. HOROWITZ:
22   Q   Did you pay $200 to Jane Doe 6 after having had
23   sexual activity with her?
24       MR. PIKE:  Form.
25       THE WITNESS:  I'd like to answer that question,

Page 216

1    as well as every other question you've asked me
2    here today, but I'm going to have to respond in a
3    similar manner to the other questions, which is
4    though I'd like to answer the question, my counsel
5    here has advised me that I may not, and must assert
6    the rights under the Sixth, Fourteenth and Fifth
7    Amendment; otherwise, risk losing their
8    representation and/or waiving those rights.
9    BY MR. HOROWITZ:
10   Q   Did you ever ask Jane Doe 6 for permission to
11   touch her breasts?
12       MR. PIKE:  Form.
13       THE WITNESS:  These claims of Jane Doe 6 would
14   give me great pleasure to answer, especially with
15   specificity with Jane Doe 6, your client.  It's
16   unfortunate that your partner couldn't be here to
17   hear some of these responses since he's been
18   disbarred -- no, not disbarred -- you've corrected
19   me -- he's only been suspended by the Florida Bar
20   for improper behavior after he filed this case.
21       Mr. Edwards's partner sits in jail.  Though I'd
22   like to answer -- as you might imagine, I'd like to
23   answer these questions.  My counsel has advised me
24   that if I do so, I risk losing his representation.
25   BY MR. HOROWITZ:

Page 217

1    Q   Isn't it true, sir, that Jane Doe 6 indicated
2    to you that she did not want you to touch her body?
3        MR. PIKE:  Form.
4        THE WITNESS:  It would give me great pleasure
5    to answer each question and claim of Jane Doe 6 and
6    your client.  However -- excuse me -- however, my
7    counselors advised me today that I may not, and
8    must assert my rights under Sixth, Fourteenth and
9    Fifth Amendment.
10   BY MR. HOROWITZ:
11   Q   Isn't it true, sir, that you touched Jane Doe
12   6's breasts after she indicated to you that you did
13   -- that she not want you to touch her?
14       MR. PIKE:  Form.
15       MR. HOROWITZ:  I am going to clean up that
16   question.  I probably didn't ask it right.
17   BY MR. HOROWITZ:
18   Q   Isn't it true, sir, that you touched Jane Doe
19   6's breast after she indicated she did not want you
20   to touch her?
21       MR. PIKE:  Form.
22       THE WITNESS:  I'd like to answer that question,
23   like every other question you've asked me here
24   today, mostly every question.  It's unfortunate I
25   can't make that answer directly to your partner who

7 (Pages 214 to 217)

## Page 218

1  was suspended by the Florida Bar, or Mr. Edwards'
2  partner who sits in jail. But though I'd like to
3  answer those questions, my counsel has advised me I
4  must assert my rights under the Sixth, Fourteenth
5  and Fifth amendment. So though I'd like to answer;
6  it would be my preference to answer. He's told me
7  that if I do so, I risk losing his representation
8  and/or waiving those rights.
9  BY MR. HOROWITZ:
10      Q   Mr. Epstein, did you try to persuade 13-year-
11  old Jane Doe 6 that it was okay for you to touch her
12  breast and masturbate by stroking your penis in front of
13  her?
14      MR. PIKE:  Form.
15      THE WITNESS:  Mr. Horowitz, it would give me
16  great pleasure to answer every one of Jane Doe 6's
17  claims, every one. However, my counsel has advised
18  me I may not do so today, and that I must assert
19  those rights. I would much prefer to answer it to
20  your partner who filed this claim, Mr. Jeffrey
21  Herman, but he's been suspended by the Florida Bar
22  after he filed this claim for improper behavior, or
23  Mr. Edwards' partner who sits in jail after he
24  filed their claims. So though I'd prefer -- I
25  would like to answer, my counsel has advised me

## Page 219

1  that if I choose to do so, I risk losing his
2  representation and/or waiving those rights.
3  BY MR. HOROWITZ:
4      Q   Okay. Sir, you don't deny that you sexually
5  abused Jane Doe 6 when she was a child, do you?
6      MR. PIKE:  Form.
7      THE WITNESS:  The question about sexually
8  abusing, which was in fact one of the cases that
9  Mr. Rothstein's -- I mean, Scott Rothstein's --
10  Mr. Edwards sits there -- Mr. Rothstein sits in
11  jail for his accusing people of sexual harassment,
12  sexual abuse, and in order to steal money from
13  local Florida investors. I'd like to answer every
14  question about Jane Doe 6's claim of sexual abuse.
15  However, my counsel today has informed me that I --
16  I may not answer today. And though as you might
17  guess, I'd like to answer those questions, he's
18  informed me if I choose to do so, I risk losing his
19  representation and/or waiving those rights.
20  BY MR. HOROWITZ:
21      Q   Sir, did you pay E.W. for bringing Jane Doe 6
22  to your home in 2004?
23      MR. PIKE:  Form.
24      THE WITNESS:  I -- if E.W. -- so I'm clear, I
25  believe E.W. has filed a claim as an admitted

## Page 220

1  prostitute, and an admitted prostitute of
2  Mr. Edwards' who sits there while his partner stays
3  in jail -- yes, he finds it, I guess, very funny.
4  I don't find it that funny.
5      Well, I'd like to answer each one of the
6  questions about Miss E.W. and Miss Jane Doe 6.
7  However, my attorneys have told me today that I may
8  not, and that I must assert my rights under the
9  Sixth, Fourteenth and Fifth Amendment. So, though
10  I'd like to answer all the questions regarding ways
11  that these girls are trying to get money, be it
12  from me, or from Mr. Rothstein's other victims, I
13  must assert those rights, or, in fact, according to
14  my counsel, lose -- risk losing his representation
15  and waiving those rights.
16      MR. PIKE:  All right. Now, that -- now, that
17  Mr. Epstein is done answering that particular
18  question and responding, do we -- do we need a
19  break, because I'm -- I'm not comfortable with the
20  way in which the laughing is going forward and
21  things of that sort?
22      MR. EDWARDS:  Okay. Well, I -- I found that
23  answer pretty funny, and I want to make sure that I
24  understand the answer so that I know if I have to
25  take any legal action whatsoever. What I

## Page 221

1  understand the answer to be was that Mr. Epstein is
2  making the accusation now that E.W. is my
3  prostitute. That's --
4      THE WITNESS:  Oh, no, that's not correct.
5      MR. EDWARDS:  -- that's what I heard, right?
6  That's what everybody in the room heard.
7      MS. EZELL:  That's -- that's -- that's what I
8  heard.
9      MR. PIKE:  Okay. First of all --
10      MR. HOROWITZ:  That's what I heard.
11      MR. EDWARDS:  That is not true.
12      MR. PIKE:  -- I'll tell you what, we're going
13  to take a break -- we're going to take a break
14  now. That is not the way that I interpreted the
15  response. The response was that she made a --
16  she's an admitted prostitute, and that she was a
17  client of yours. If we're going to be playing
18  games with semantics, then we will do that at
19  another date by motion practice, but we're not
20  going to -- this is not the form in which to do
21  this, laughing, playing games with words.
22  Everybody in this room knew exactly what the
23  response was. And remember something, this is --
24      MR. EDWARDS:  Right, it is --
25      MR. PIKE:  Remember something, this is a case,

8 (Pages 218 to 221)

Page 222

1  and you represent someone, and as a result, no
2  matter which way you interpret some response, there
3  are various privileges that attach to litigation.
4      If you want to threaten legal action here in
5  this form, then you can go ahead and do so on
6  record. So is that what you were doing?
7      MR. EDWARDS: Well --
8      MR. PIKE: Were you threatening -- were you
9  threatening -- I want to be clear --
10     MR. EDWARDS: If --
11     MR. PIKE: -- in this deposition right now,
12 were --
13     MR. EDWARDS: Oh, I'll be very clear.
14     MR. PIKE: -- were with threatening Mr. Epstein
15 with legal action?
16     MR. EDWARDS: If the accusation is that E.W. is
17 a prostitute of mine, then I want to know that that
18 is the -- the allegation, and that is clearly his
19 position, so that if legal action is to be taken,
20 it can be, but I was giving him a chance to clarify
21 that or correct that, if that was not the correct
22 interpretation, but that's what everybody in the
23 room heard. That's what's going to be very clear
24 on the record. Ms. Ezell is nodding her head.
25 Everybody heard --

Page 223

1      MR. PIKE: Listen --
2      MR. EDWARDS: -- that statement or sentence.
3      MR. PIKE: -- this --
4      MR. HOROWITZ: Can we -- can we move on?
5      MR. PIKE: No, we can't. Once again --
6      MR. HOROWITZ: It's not your deposition.
7      THE REPORTER: Wait a second.
8      MR. PIKE: Once again, this is not --
9      MR. EDWARDS: Let's read it back.
10     MR. PIKE: No, we're not going to reread it.
11 We're not going to go back and reread it.
12     Mr. Epstein not only answered the question, but
13 then he also corrected you and said that was not
14 the appropriate response.
15     MR. HOROWITZ: Okay.
16     MR. PIKE: Now, if you would --
17     MR. HOROWITZ: That's fine.
18     MR. PIKE: Now, if you would, you can rephrase
19 your response briefly to --
20     THE WITNESS: Mr. Edwards represents an
21 admitted prostitute, E.W. These claims are made by
22 admitted prostitutes. They filed claims under a
23 section of the Florida's law of admitted
24 prostitutes. So the claims here that -- it was his
25 client as opposed to his prostitute, and I -- if I

Page 224

1  -- if I misspoke, I apologize. Your client is an
2  admitted prostitute, and that's what I meant to
3  say.
4      MR. HOROWITZ: Okay. Move to strike. Okay. I
5  --
6      MR. PIKE: Wait, wait. Hold on one second.
7      MR. HOROWITZ: -- I know you want to take a
8  break, but --
9      MR. PIKE: No, I -- I -- I don't want to take a
10 -- you just moved to strike something that we just
11 spent seven minutes going back and forth with
12 pursuant to Mr. Edwards' request. Do you want to
13 withdraw that?
14     MR. HOROWITZ: No. But if you want to -- no.
15     MR. PIKE: Okay. All right. Next question.
16 BY MR. HOROWITZ:
17     Q  Mr. Epstein, we've been -- we've been talking
18 about Jane Doe 6 a bit, and you've mentioned names like
19 Jeffrey Herman and Scott Rothstein. Are you suggesting
20 that in any way her allegations of sexual abuse were
21 fabricated or embellished by virtue of her attorney or
22 -- or somehow through Mr. Rothstein's dealings?
23     MR. PIKE: Form.
24     THE WITNESS: It's been validly reported that
25 Mr. Rothstein crafted, fabricated malicious

Page 225

1  lawsuits of a sexual nature in order to steal
2  millions of dollars from local Florida investors.
3  With respect to any question with -- that may be
4  relevant to this lawsuit. However, my attorneys
5  have advised me today that I must respond by taking
6  the Sixth, Fourteenth and Fifth Amendment.
7      Though I choose to -- I would prefer to answer
8  the questions, Mr. Horowitz, that you've asked me
9  regarding your claims -- your client's claims, my
10 attorneys have told me that if I choose to do so, I
11 risk losing their representation and waiving those
12 rights.
13 BY MR. HOROWITZ:
14     Q  All right. Are -- I want to be clear about
15 this one. Are you --
16     A  Okay.
17     Q  -- suggesting that Miss Jane Doe 6 in any way
18 fabricated or embellished her claim after retaining an
19 attorney?
20     MR. PIKE: Form, asked and answered.
21     THE WITNESS: The partner of -- your partner
22 has been suspended from the practice of -- Florida
23 Bar practice after he filed Jane Doe 6's claim.
24     Mr. Edwards' partner, Scott Rothstein, sits in
25 jail probably for the rest of his life for

9 (Pages 222 to 225)

Page 226

1   fabricating malicious claims of a sexual nature
2   against wealthy people in South Florida.
3      I'd like to answer your questions with more
4   specificity. However, my attorneys have counseled
5   me that I may not today; I must assert my rights
6   under the Fourteenth, Sixth, Fifth Amendment. And
7   I -- though I choose -- prefer to answer those
8   questions, Mr. Horowitz, my attorney said that if I
9   choose to do so, I risk losing their representation
10   and waiving those rights.
11 BY MR. HOROWITZ:
12    Q   Given that you have asserted your Fifth
13 Amendment privilege, is there any reason a jury should
14 not infer from your testimony that you did in fact
15 sexually abuse Jane Doe 6 when she was just a 13-year-
16 old girl?
17      MR. PIKE: Form.
18      THE WITNESS: The Fifth Amendment, of my
19 understanding, is to be used as well to protect
20 innocent people from claims, from malicious claims,
21 from malicious false claims, including those made
22 by Mr. Edwards' partner, Scott Rothstein, who sits
23 in jail at the moment probably for the rest of his
24 life for crafting these malicious false claims.
25 The U.S Attorney called his firm one of the largest

Page 227

1 criminal enterprises in South Florida's history. I
2 will be -- my -- I would prefer to answer your
3 questions with specificity, but my counsel today
4 has told me that I may not, and I must -- excuse me
5 -- assert my rights under the Sixth, Fourteenth and
6 Fifth Amendment. Though I prefer to answer those
7 questions, he's advised me that if I choose to do
8 so, I risk losing those rights and losing his
9 representation.
10 BY MR. HOROWITZ:
11    Q   In this case are you asserting the Fifth
12 Amendment in order to protect your innocence or to
13 conceal your guilt?
14      MR. PIKE: I am going to instruct him not to
15 answer that question. It's attorney-client work
16 product.
17 BY MR. HOROWITZ:
18    Q   Isn't it true, sir, that you're asserting the
19 Fifth Amendment privilege here to conceal your own
20 wrongdoing?
21      MR. PIKE: Same objection.
22      THE WITNESS: May I answer?
23      MR. PIKE: This one, yeah.
24      THE WITNESS: I think -- I -- Mr. Horowitz, to
25 assume simply that I'm asserting my Fifth Amendment

Page 228

1 privilege as anything but the rights of an
2 American, to assert rights under the Constitution,
3 I find disturbing. I find it disturbing that your
4 partner who's been suspended, the claims of your
5 clients, Mr. Edwards' client -- whose partner and
6 his law firm -- his partner in jail and his law
7 firm that's been called by the U.S. Attorney as the
8 largest criminal enterprise, or the largest fraud
9 in South Florida's history. I -- I find it
10 disturbing that you'd question the reasons I would
11 assert my Constitutional rights.
12 BY MR. HOROWITZ:
13    Q   Okay. And you're -- but you're -- you're
14 refusing to tell us why you're asserting the Fifth
15 Amendment; is that right?
16    A   I've answered your question.
17      MR. PIKE: It's attorney-client work product.
18      MR. HOROWITZ: How much time left on the tape?
19      THE VIDEOGRAPHER: Nine minutes on this tape.
20      MR. HOROWITZ: Nine minutes. Do you want to
21 change tapes?
22      MR. PIKE: Yes.
23      MR. HOROWITZ: Let's change tapes because --
24      THE VIDEOGRAPHER: Time off the record 3:41.
25      MR. HOROWITZ: Great.

Page 229

1      (Thereupon, a short break was taken.)
2      THE VIDEOGRAPHER: Time on the record 3:47.
3 This is Tape 5.
4 BY MR. HOROWITZ:
5    Q   Mr. Epstein, my next series of questions
6 involves a -- one of our clients by the name of Jane Doe
7 7. You may know her as Jane Doe 7 as well. So if you
8 can either write that name down or keep it in your mind
9 so we're on the same page as to who -- who we're talking
10 about, I would appreciate it, okay?
11    A   (Witness complying).
12    Q   Isn't it true that a girl named Jane Doe 7 came
13 to your home on multiple occasions between 2003 and May
14 of 2005?
15      MR. PIKE: Form.
16      THE WITNESS: I'd like to answer your -- those
17 questions -- excuse me -- Mr. Horowitz, but today
18 my attorney has counseled me that I must assert my
19 Sixth Amendment, Fourteenth Amendment and Fifth
20 Amendment Right.
21 BY MR. HOROWITZ:
22    Q   Prior to May of 2005 did you receive a phone
23 call from a girl named H.R. advising you that she was
24 bringing Jane Doe 7 to your home to give you a massage?
25      MR. PIKE: Form.

10 (Pages 226 to 229)