# EXHIBIT 5 PART 3

Page 230

1    THE WITNESS: I'd like to answer every one of
2  the claims of your clients today. However, my
3  attorneys have counseled me that today at least,
4  that I must simply assert my Fifth, Sixth and
5  Fourteenth Amendment Right.
6  BY MR. HOROWITZ:
7    Q   At any time prior to 2005 did you instruct S.K.
8  -- strike that.
9    At any time prior to 2005 did you instruct S.K.
10 to communicate with H.R. by telephone to arrange for
11 Jane Doe 7 to come to your home for a massage in which
12 you would pay her money?
13   MR. PIKE: Form.
14   THE WITNESS: I would very much like to answer
15 each and every question you've asked me here today,
16 but like many of your other questions, I am going
17 to have to assert my Fourteenth -- excuse me --
18 Fourteenth, Fifth and Sixth Amendment Rights as
19 advised by my counsel. Though I choose and prefer
20 to answer that question, my attorney said that if I
21 do so, I risk losing their counsel and waiving
22 those rights.
23 BY MR. HOROWITZ:
24   Q   Did you inform S.K. that the massage Jane Doe 7
25 was to give you would be sexual in nature?

Page 231

1    MR. PIKE: Form.
2    THE WITNESS: I'm sure the claims of sexual --
3  the claims -- the sexual claims made by your
4  client, Jane Doe 7, that would give me great
5  pleasure to answer with specificity. However,
6  today, I may -- I cannot do so on advice of my
7  counsel who's instructed me to assert my Fifth,
8  Sixth and Fourteenth Amendment Right. He told me
9  that if I choose to answer those questions, which
10 is my preference, that I would risk losing his
11 representation and waiving those rights.
12 BY MR. HOROWITZ:
13   Q   Did you observe S.K. speaking with H.R. by
14 telephone while making arrangements for Jane Doe 7 to
15 come to your home for a massage?
16   MR. PIKE: Form.
17   THE WITNESS: I would very much like to answer
18 each and every one of your questions today
19 especially with respect to Jane Doe 7 and her
20 claims. However, today, on advise of my counsel,
21 they've asked me to assert my Fourteenth, Sixth and
22 Fifth Amendment Rights. So, though I'd prefer to
23 answer those questions, I'm told that if I choose
24 to do so, I risk losing their representation and
25 waiving those rights.

Page 232

1  BY MR. HOROWITZ:
2    Q   At any time prior to May 2005 did you confirm
3  with S.K. that she had spoken to Jane Doe 7 by telephone
4  and that Jane Doe 7 would be coming to your home to give
5  you a massage?
6    MR. PIKE: Form.
7    THE WITNESS: I'd very much like to answer
8  every one of Jane Doe 7's claims with specificity,
9  but unfortunately, like many of your other
10 questions today, Mr. Horowitz, my attorneys have
11 counseled me that I may not answer any questions
12 that may be relevant to a lawsuit, or any of your
13 lawsuits.
14   Unfortunately, your partner after he filed this
15 lawsuit was suspended by the Florida Bar, so he's
16 not here. Mr. Edwards's partner, who sits in jail,
17 is not here. So these claims of a sexual nature
18 would give me great pleasure to be able to answer
19 with specificity, but I'm told that if I choose to
20 do so today, my -- I risk losing the representation
21 of my counsel and waiving my rights.
22 BY MR. HOROWITZ:
23   Q   Was it your intent during the course of Jane
24 Doe 7's visit to your home, that you would either
25 persuade, induce or entice her to engage in sexual

Page 233

1  activity with you?
2    MR. PIKE: Form.
3    THE WITNESS: I'd very much like to answer
4  every one of Jane Doe 7's claims with respect to
5  any sexual nature of any of her claims. However,
6  my attorneys have counseled me that today at least,
7  I may not, and must assert my rights under the
8  Fifth, Fourteenth and Sixth Amendment. And though
9  I'd prefer to answer those questions, they've told
10 me that if I choose to do so, I risk losing those
11 rights and their representation.
12 BY MR. HOROWITZ:
13   Q   During the course of Jane Doe 7's visits to
14 your home, did you succeed in persuading, inducing or
15 enticing her to engage in sexual activity with you?
16   MR. PIKE: Form.
17   THE WITNESS: Mr. Horowitz, I'd like to answer
18 each and every one of your questions posed here
19 today, but like most of the other questions, I am
20 going to have to answer the same way because my
21 attorneys have counseled me that I must assert my
22 Fifth, Sixth and Fourteenth Amendment Rights.
23 Though I prefer to answer those questions, and I'd
24 be -- much prefer the fact to answer it to your
25 partner who filed this claim against me, but he's

11  (Pages 230 to 233)

Page 234

```
 1    been suspended since filing a claim by the Florida
 2    bar.
 3        I would also like to speak directly to
 4    Mr. Edwards' partner, but he's in jail for
 5    falsifying claims of a sexual nature against
 6    wealthy people, stealing investors' monies and from
 7    people in South Florida, and Mr. Edwards' firm
 8    being accused by the U.S. Attorney of being a
 9    criminal enterprise, and perpetrating one of the
10    largest frauds in South Florida histories by just
11    these types of cases.
12  BY MR. HOROWITZ:
13      Q   Mr. Epstein, you asked Jane Doe 7 how old she
14    was in 2003; isn't that right?
15        MR. PIKE:  Form.
16        THE WITNESS:  I would like to answer each and
17    every one of your questions, Mr. Horowitz.
18    However, today, my attorneys have counseled me that
19    I may not answer any questions that may be relevant
20    to any of your lawsuits, so I must assert my Fifth,
21    Sixth and Fourteenth Amendment Rights.  And though
22    I would prefer to answer those questions, each
23    question, my attorneys have told me that if I
24    choose to do so, I risk losing their representation
25    and waiving those rights.
```

Page 235

```
 1  BY MR. HOROWITZ:
 2      Q   Mr. Epstein, Jane Doe 7 never told you she was
 3    18 years old or older; isn't that right?
 4        MR. PIKE:  Form.
 5        THE WITNESS:  It would give me great pleasure
 6    to be able to answer every one of Jane Doe 7's
 7    claims here today.  However, my attorneys have
 8    advised me that I must assert my Fourteenth, Sixth
 9    and Fifth Amendment Rights, because if I choose to
10    answer those questions, I risk losing their
11    representation and/or waiving those rights.
12  BY MR. HOROWITZ:
13      Q   When Jane Doe 7 came to your home between 2003
14    and May of 2005, she appeared to you -- to you to be
15    younger than 18 years old; isn't that right?
16        MR. PIKE:  Form.
17        THE WITNESS:  I'd like to answer each and every
18    one of your questions here today, Mr. Horowitz.
19    However, my attorneys have counseled me that I may
20    not; I must assert my Fifth Amendment, Fourteenth
21    Amendment and Sixth Amendment Rights.  And though
22    I'd rather -- and I prefer to answer each one of
23    Jane Doe 7's claims, my attorneys told me that if I
24    choose to do so here today, I risk losing their
25    representation and waiving those rights.
```

Page 236

```
 1  BY MR. HOROWITZ:
 2      Q   Jane Doe 7 told you she was in school at Royal
 3    Palm Beach High School; isn't that true?
 4        MR. PIKE:  Form.
 5        THE WITNESS:  As most of your other questions
 6    here today, Mr. Horowitz, I'd like to answer all of
 7    those questions, each question, especially with
 8    respect to Jane Doe 7.  However, my attorneys have
 9    counseled me that at least today, I must assert my
10    rights under the Sixth, Fifth and Fourteenth
11    Amendment.  Because though I prefer to answer the
12    questions, they have told me that if I choose to do
13    so, I risk losing their representation and/or
14    waiving those rights.
15  BY MR. HOROWITZ:
16      Q   Prior to May of 2005 were you ever nude in
17    front of Jane Doe 7?
18        MR. PIKE:  Form.
19        THE WITNESS:  I'd like to answer each one of
20    Jane Doe 7's claims, each one specifically.
21    However, today, my attorneys have counseled me that
22    I may not, and that I must assert my Fourteenth --
23    my Fourteenth, Sixth and Fifth Amendment Rights as
24    provided by the Constitution.  They've told me that
25    I choose to answer that question, which is my
```

Page 237

```
 1    preference, I risk losing their representation
 2    and/or waiving those rights.
 3  BY MR. HOROWITZ:
 4      Q   Prior to May of 2005 did you instruct Jane Doe
 5    7 to remove her clothing during your massage?
 6        MR. PIKE:  Form.
 7        THE WITNESS:  It would give me great pleasure
 8    to answer every one of Jane Doe 7's claims, each
 9    one, with specificity.  However, today, my
10    attorneys have counseled me that I may not, and
11    they've instructed me that I must assert my Fifth
12    Amendment, Fourteenth Amendment and Sixth Amendment
13    Rights under the U.S. Constitution.  Though I'd
14    like to answer the question, they told me that if I
15    do so, I risk losing their representation and
16    waiving those rights.
17  BY MR. HOROWITZ:
18      Q   Prior to May of 2005 did you instruct Jane Doe
19    7 to pinch your nipples and rub your chest?
20        MR. PIKE:  Form.
21        THE WITNESS:  I'd like to answer each one of
22    Jane Doe 7's claims with specificity.  However,
23    today my attorneys have counseled me that I may
24    not, and that I must assert my rights under the
25    Fourteenth, Sixth and Fifth Amendment.  Though I'd
```

12 (Pages 234 to 237)

Page 238

1  prefer to answer the question, my attorneys have
2  counseled me that if I choose to do so, I risk
3  losing their representation and waiving those
4  rights.
5  BY MR. HOROWITZ:
6     Q   Did you prior to May 2005 ask Jane Doe 7
7  questions about her sexual experience and preferences?
8        MR. PIKE:  Form.
9        THE WITNESS:  Mr. Horowitz, as you probably --
10 probably know, I'd like -- I'd like to answer each
11 one of your questions today, especially Jane Doe
12 7's claims.  However, my counsel has advised me
13 that I must assert my rights under the Fourteenth,
14 Fifth and Sixth Amendment.  And though I would
15 prefer to answer that question, he has counseled me
16 that if I choose to do so, I risk losing his
17 representation and waiving those rights.
18 BY MR. HOROWITZ:
19    Q   Mr. Epstein, prior to May of 2005 did you touch
20 Jane Doe 7's breasts?
21       MR. PIKE:  Form.
22       THE WITNESS:  Mr. Horowitz, I'd like to answer
23 each one of your questions posed here today, but I
24 am going to have to respond as I've done to most of
25 your questions here today, the same exact way,

Page 239

1  which is unfortunately my counsel has told me that
2  I may not answer any questions that may be relevant
3  to any one of the lawsuits filed by you or your
4  partner that -- or your partner who was suspended
5  from the -- by the Florida Bar, or Mr. Edwards's --
6  Edwards' clients -- excuse me -- Mr. Edwards'
7  partner, Scott Rothstein, who sits in jail.  They
8  said, "I'm sorry, you can't -- you have to assert
9  your rights under the Fourteenth, Sixth and Fifth
10 Amendment."  And though I would choose to answer
11 the question, I've been advised I risk losing their
12 representation and/or waiving those rights.
13 BY MR. HOROWITZ:
14    Q   Prior to May 2005 did you attempt to remove the
15 bra off -- remove a bra off of Jane Doe 7?
16       MR. PIKE:  Form.
17       THE WITNESS:  I would very much like to respond
18 to the claims made by Jane Doe 7 with specificity.
19 However, today, my counsel has advised me that I
20 must assert my rights under the Fourteenth, Sixth
21 and Fifth Amendment.  And though I'd much prefer to
22 answer those questions, I -- if I do so, I'm told
23 that I risk losing their representation and/or
24 waiving those rights.
25 BY MR. HOROWITZ:

Page 240

1     Q   Prior to May 2005 did you touch Jane Doe 7's
2  breasts, even after she made repeated attempts to stop
3  you?
4        MR. PIKE:  I apologize, form.
5        THE WITNESS:  It would give me great pleasure
6  to answer each and every one of Jane Doe 7's
7  claims, each and every one.  However, today, my
8  counsel has advised that I may not.  I must assert
9  my rights under the Fourteenth, Sixth and Fifth
10 Amendment.  And though I prefer to answer, my
11 counsel has told me that if I choose to do so, I
12 risk losing his representation and/or waiving those
13 rights.
14 BY MR. HOROWITZ:
15    Q   Mr. Epstein, prior to May 2005 did you rub Jane
16 Doe 7's vagina?
17       MR. PIKE:  Form.
18       THE WITNESS:  It would give me great pleasure
19 to answer the questions and claims of Jane Doe 7,
20 your questions.  It would give me great pleasure to
21 answer the questions of your partner, Jeffrey
22 Herman, who filed Jane Doe 7's lawsuit before he
23 was suspended by the Florida Bar.  It would give me
24 great pleasure to, in fact, answer the questions
25 posed by Mr. Edwards' partner, Scott Rothstein, who

Page 241

1  sits in jail.
2        His other partner is on the way to jail for
3  fabricating cases of a sexual nature against
4  wealthy people.  However, my attorneys have
5  counseled me here today, I have to assert my
6  Fourteenth, Sixth and Fifth Amendment Rights.  And
7  though I'd very much like to answer those
8  questions, he's informed me that if I choose to do
9  so, I risk losing his representation and/or waiving
10 those rights.
11 BY MR. HOROWITZ:
12    Q   Prior to May of 2005 did you rub Jane Doe 7's
13 buttocks?
14       MR. PIKE:  Form.
15       THE WITNESS:  Again?
16 BY MR. HOROWITZ:
17    Q   Prior to May of 2005 did you rub Jane Doe 7's
18 buttocks?
19       MR. PIKE:  Form.
20       THE WITNESS:  It would give me great pleasure
21 to be able to answer each one of Jane Doe 7's
22 claims here today with specificity.  However, my
23 counsel has advised me that I must assert my
24 Fourteenth, Sixth and Fifth Amendment Right, so I'm
25 -- I'm going to respectfully refuse to answer.

13  (Pages 238 to 241)

Page 242

BY MR. HOROWITZ:

 2   Q   Prior to May 2005 did you masturbate by
 3  stroking your penis in front of Jane Doe 7?
 4       MR. PIKE: Form.
 5       THE WITNESS: I'd like to answer each one of
 6  your sexually charged questions, Mr. Horowitz. I
 7  would -- I would -- it would give me pleasure to be
 8  able to respond directly to your other partner --
 9  at least in this question -- who's now been
10  unfortunately suspended practicing law in the
11  State of Florida after he filed this claim, or the
12  partner of Mr. Edwards who sits in jail for filing
13  claims of a sexual nature against wealthy people in
14  Florida in order to fleece unsuspecting South
15  Floridians, his firm accused of filing and
16  fabricating sexual cases, called by the U.S.
17  Attorney a criminal enterprise. So, though I'd
18  like to answer each one of your questions, my
19  attorneys will advise me that if I do so, I risk losing their
20  representation and/or waiving those rights.
21  BY MR. HOROWITZ:
22   Q   Prior to May of 2005 did you ejaculate after
23  masturbating, stroking your penis in front of Jane
24  7?
25       MR. PIKE: Form.

Page 243

 1       THE WITNESS: Again, your questions of a
 2  sexually charged nature in -- in order to either
 3  embarrass me -- I would greatly like to answer
 4  those questions. I'd like to answer it to your
 5  partner who has been disbarred -- sorry, not
 6  disbarred -- you've told me he's been suspended and
 7  not disbarred -- I keep getting it confused --
 8  after he filed this Jane Doe 7's claims, or similar
 9  claims filed by Mr. Edwards and his partner, Scott
10  Rothstein, but his partner, Scott Rothstein, sits
11  in jail. So, though I'd like to answer each one of
12  these claims, my counsel has told me that at least
13  today, at least today, I must assert my rights
14  under the Fourteenth, Sixth and Fifth Amendment.
15  And if I choose to answer, I risk losing his
16  representation and/or waiving those rights. I'm
17  going to need five minutes.
18  BY MR. HOROWITZ:
19   Q   Prior -- do you need five minutes now?
20       THE WITNESS: Sure.
21       THE VIDEOGRAPHER: Time off the record 4:05.
22       (Thereupon, a short break was taken.)
23       THE VIDEOGRAPHER: Time on the record 4:14.
24  BY MR. HOROWITZ:
25   Q   Mr. Epstein, I am going pick up with the

Page 244

 1  questions about Jane Doe 7, okay?
 2   A   Thank you.
 3   Q   Prior to May 2005 did you walk across the room
 4  naked and enter a shower in front of Jane Doe 7?
 5       MR. PIKE: Form.
 6       THE WITNESS: I would greatly like to -- I
 7  would actually like to answer each one of your
 8  questions today, Mr. Horowitz, especially all the
 9  claims made by Jane Doe 7. However, at least
10  today, my counsel has advised me that I must assert
11  my rights under the Fifth, Sixth and Fourteenth
12  Amendment. Though I prefer to answer the question,
13  he's informed me that if I choose to do so, I risk
14  losing his representation and/or waiving those
15  rights.
16  BY MR. HOROWITZ:
17   Q   Mr. Epstein, did you have sex -- sexual contact
18  with Jane Doe 7 at your Palm Beach home on multiple
19  occasions between 2003 and 2005?
20       MR. PIKE: Form.
21       THE WITNESS: Mr. Horowitz, these claims of a
22  sexual nature I'd very much like to answer,
23  especially with respect to Jane Doe 7. I'd like to
24  answer those questions, if your partner was here
25  who filed the claim, but he's been suspended by the

Page 245

 1  Florida Bar for improper behavior. I'd like to
 2  answer those questions to Mr. Edwards' partner, but
 3  he sits in jail for crafting cases -- and if I
 4  misspoke before, it's crafting cases where he told
 5  people that he had settled cases against me and
 6  others. Not filed cases, but crafted total
 7  fictitious cases of a sexual nature in order to
 8  convince and fleece people of thousands and
 9  millions of dollars in South Florida. So those I'd
10  like -- though I'd like to answer these questions
11  of a sexually charged nature, my counsel has
12  advised me that today at least, I must assert my
13  rights under the Sixth, Fifth and Fourteenth
14  Amendment. And though I'd prefer to answer those
15  questions, he has told me that if I choose to do so
16  -- if I choose to so, I risk losing his
17  representation and/or waiving those rights.
18  BY MR. HOROWITZ:
19   Q   Did you pay $200 to Jane Doe 7 after each
20  occasion in which you had sexual contact with her --
21       MR. PIKE: Form.
22  BY MR. HOROWITZ:
23   Q   -- between 2003 and 2000 -- and May 2005?
24       MR. PIKE: Form.
25       THE WITNESS: I'd like to answer that question,

                              14 (Pages 242 to 245)

Page 246

1   as I'd like to answer each and every question
2   regarding Jane Doe 7 and her claims. However, my
3   counsel has advised me that at least today, I may
4   not answer any questions relevant to this lawsuit
5   or any other lawsuits, so that I must assert my
6   rights under the Sixth, Fifth and Fourteenth
7   Amendment. Though I'd prefer to answer, he's told
8   me that if I choose to do so, I risk losing his
9   representation and potentially waiving those
10  rights.
11  BY MR. HOROWITZ:
12     Q   Did you ask Jane Doe 7 for permission to touch
13  either her breasts or vagina or both?
14     A   Again, Mr. Horowitz, as I've answered most of
15  your questions here today, I'd very much like to answer
16  the claims of Jane Doe 7 and your firm and your partner,
17  Jeffrey Herman, who was suspended by the Florida Bar
18  after he filed these claims on behalf of Jane Doe 7.
19  However, my counsel at least today has advised me that I
20  must assert my rights under the Fourteenth, Fifth and
21  Sixth amendment. And though I prefer to answer those
22  questions, he's told me that if I choose to do so, I
23  risk losing his representation and/or waiving those
24  rights.
25     MR. PIKE: Form to that question as well.

Page 247

1   BY MR. HOROWITZ:
2      Q   When Jane Doe 7 was still a minor, she
3   indicated to you that she did not want you to touch her
4   body; isn't that true?
5      MR. PIKE: Form.
6      THE WITNESS: It would give me -- I would like
7   to answer these questions and claims of Jane Doe
8   7. However, today, my attorneys have counseled me
9   that I must assert my rights under the Sixth, Fifth
10  and Fourteenth Amendment. Though I would prefer to
11  give the answers directly to the -- your partner
12  who filed this claim on behalf of Jane Doe 7, but
13  the Florida Bar has suspended his license for
14  improper behavior after he filed this claim. I'd
15  prefer to give it to Mr. Edwards' partner, but he
16  sits in jail, and his other partner is on the way
17  to jail from -- for basically fabricating malicious
18  claims of a sexual nature against people in South
19  Florida. So, though I'd like to answer that
20  question, I'd prefer to answer that question, I'm
21  told that if I do so, I risk losing my counsel's
22  representation and/or waiving those rights.
23  BY MR. HOROWITZ:
24     Q   Isn't it true, sir, you touched Jane Doe 7's
25  breasts and genitals when she was still a child after

Page 248

1   she indicated she did not want you to touch her?
2      MR. PIKE: Form.
3      THE WITNESS: Mr. Horowitz, I'd like to answer
4   each one of Jane Doe 7's claims. However, today,
5   my counsel has advised me that I must assert my
6   rights under the Fourteenth, Sixth and Fifth
7   Amendment. Though I'd prefer to answer these
8   questions directly to your partner that was
9   suspended or disbarred or -- I keep getting it
10  confused -- since he filed these claims of Jane Doe
11  7, or Mr. Edwards' partner who sits in jail for
12  fabricating malicious claims of a sexual nature --
13  I'm -- I'm -- I'm sorry, if you find this very
14  funny. I don't. However, my attorneys have
15  counseled me, I -- I must not answer that question
16  today, and if I choose to do so, I risk losing his
17  representation and/or waiving those rights.
18  BY MR. HOROWITZ:
19     Q   When Jane Doe 7 was under the age of 18, did
20  you try to persuade her that it was okay for you to
21  touch her breasts and vagina and to masturbate in front
22  of her?
23     MR. PIKE: Form.
24     THE WITNESS: Are you serious? Is -- can I
25  hear that question again?

Page 249

1   BY MR. HOROWITZ:
2      Q   Do you deny that when she was still a child --
3      A   Can I -- I need to hear the question again,
4   sorry.
5      Q   Oh, I thought you said your hearing was okay.
6      MR. PIKE: Let's just go forward with the
7   question --
8   BY MR. HOROWITZ:
9      Q   When Jane Doe 7 was still --
10     MR. PIKE: -- and stop harassing the witness.
11  BY MR. HOROWITZ:
12     Q   When --
13     MR. HOROWITZ: Harassing?
14     MR. PIKE: Yes.
15     MR. HOROWITZ: Is that what I'm doing, or is --
16  -- or is harassing pinching --
17     MR. PIKE: Let's move to strike.
18     MR. HOROWITZ: -- the -- the --
19     MR. PIKE: All right. Let's just go.
20     MR. HOROWITZ: All right. I just want to know
21  what's -- which is harassing.
22  BY MR. HOROWITZ:
23     Q   Okay. When Jane Doe 7 was still a child, did
24  you try to persuade her that it was okay for you to
25  touch her vagina, breasts, and to masturbate?

15 (Pages 246 to 249)

Page 250

```
 1        MR. PIKE:  Form.
 2        THE WITNESS:  I would very much like to answer
 3   the claims of Jane Doe 7 and your firm, but your --
 4   unfortunately your partner has -- is not here
 5   because he's been suspended by the Florida Bar for
 6   improper behavior.  I'd prefer to answer that
 7   question of a sexually charged nature to
 8   Mr. Edwards' partner, who unfortunately couldn't be
 9   here because he's in jail for potentially the rest
10   of his life for fabricating cases of a sexual
11   nature against people in South Florida, stealing
12   investors' monies, fleecing people out of millions
13   of dollars, creating sexually charged cases in
14   order to sort of fleece people.  However, my
15   attorneys have told me that today I must assert my
16   rights under the Sixth, Fifth and fourteenth
17   Amendment.  And if I choose to answer those
18   questions, which is my preference, I risk losing
19   his counsel and waiving those rights.
20   BY MR. HOROWITZ:
21        Q   Did you pay H.R. to bring Jane Doe 7 to your
22   home for sexual activity?
23        MR. PIKE:  Form.
24        THE WITNESS:  I would very much like to answer
25   all questions regarding H.R. and Jane Doe 7's
```

Page 251

```
 1   claims regarding H.R.  However, today, my counsel
 2   has advised me that I must assert my rights under
 3   the Fifth, Fourteenth and Sixth Amendment.
 4   BY MR. HOROWITZ:
 5        Q   Did you instruct S.K. to write down Jane Doe
 6   7's name and telephone number so that you could call
 7   Jane Doe 7 to come to your home for more sexual
 8   activity?
 9        MR. PIKE:  Form.
10        THE WITNESS:  Again, these charges of a sexual
11   nature that you and your firm have lodged against
12   me, it would give me great pleasure to specifically
13   answer those questions with respect to Jane Doe 7's
14   claims.  I would like to answer it directly to your
15   partner, Mr. Herman, who filed the claim, but he's
16   been suspended or disbarred by the Florida Bar.
17   I'd like to respond to these sexually charged
18   questions to Mr. Edwards' partner, Scott Rothstein,
19   but he's in jail for fabricating malicious cases of
20   a sexual nature against wealthy people in South
21   Florida.  So, though I would like to answer these
22   questions, I have been informed by my attorneys
23   that I must assert my privileges.  And if I choose
24   to answer, which is my preference, I risk losing
25   his representation and/or waiving my rights.
```

Page 252

```
 1   BY MR. HOROWITZ:
 2        Q   Did you instruct S.K. to call Jane Doe 7 --
 3   strike that.
 4        Did you instruct S.K. to tell Jane Doe 7 to
 5   mislead the police with regard to their investigation
 6   into your criminal activity?
 7        MR. PIKE:  Form.
 8        THE WITNESS:  I'd like to answer every one of
 9   your questions that you've posed here today
10   regarding Jane Doe 7 and her claims.  However, my
11   attorneys have advised me at least today, I may not
12   do so, and I must assert my privileges under the
13   Sixth, Fifth and Fourteenth Amendment.  Though I'd
14   prefer to answer those questions, I'm told that if
15   I choose to do so, I risk losing his representation
16   and potentially waiving those rights.
17   BY MR. HOROWITZ:
18        Q   Mr. Epstein, is the telephone number
19   917-855-3363 a telephone number that S.K. used at your
20   expense in 2005?
21        MR. PIKE:  Form.
22        THE WITNESS:  I don't recall.
23   BY MR. HOROWITZ:
24        Q   What telephone numbers did you use, or did you
25   pay to be used between 2001 and 2006?
```

Page 253

```
 1        A   I --
 2        MR. PIKE:  Form.
 3        THE WITNESS:  I don't recall.
 4   BY MR. HOROWITZ:
 5        Q   Okay.  Can you think of any telephone number
 6   that you either used from your home, or paid someone
 7   else to use between 2001 and 2006?
 8        A   I'd like to answer that question, but on advice
 9   of counsel I am going to have to claim my privilege
10   under the Sixth, Fourteenth and Fifth Amendment.
11        Q   Sir, you don't deny that you sexually abused
12   Jane Doe 7 when she was still a child, do you?
13        MR. PIKE:  Form.
14        THE WITNESS:  I'm sure these questions of a
15   sexually charged nature, Mr. Horowitz, are going to
16   be obvious to the jury.  I'd like to answer each
17   one of the claims that you've made of sexual abuse.
18   I'd like to answer it to your partner, Mr. Jeffrey
19   Herman, but he can't be here because he's been
20   suspended or disbarred by the Florida Bar for
21   improper behavior after he filed these claims of
22   sexual abuse.  I'd like to make -- respond to the
23   sexual abuse claims made by Mr. Edwards' partner,
24   Scott Rothstein, but he's in jail for the rest of
25   his life, and his other partner is on the way to
```

16 (Pages 250 to 253)

Page 254

1  jail for fictitiously fabricating malicious claims
2  of a sexual nature.  So, though I'd like to answer
3  those questions, my attorneys have counseled me
4  that I may not today.  And he's told me that if I
5  do so, I risk losing his representation and/or
6  waiving those rights.
7  BY MR. HOROWITZ:
8     Q   Isn't it true, sir, that you are asserting the
9  Fifth Amendment privilege with regard to my questions
10  about Jane Doe 7 because you did, in fact, sexually
11  abuse Jane Doe 7 when she was a child?
12        MR. PIKE:  Form.
13        THE WITNESS:  The polar trick of asking someone
14  why they're asserting their Fifth Amendment Right,
15  I'm -- I'm -- I'm surprised, Mr. Horowitz.  The
16  Supreme Court has made it very clear that the Fifth
17  Amendment is a right of every American who --
18  innocent American to use to protect themselves from
19  people making malicious false claims, similar to
20  the one that the U.S. Attorneys have put
21  Mr. Edwards' partner in jail for, for the rest --
22  potentially the rest of his life for making
23  malicious claims against innocent people, making
24  fictitious claims.  Your partner has been suspended
25  since filing this claim of a sexual nature.  So,

Page 255

1  though I'd like to answer that question, my
2  attorneys have advised me I may not.
3  BY MR. HOROWITZ:
4     Q   Are you asserting the Fifth Amendment because
5  you're an innocent man, or because you're a guilty man?
6        MR. PIKE:  Form.
7        THE WITNESS:  I'd like to answer that question
8  as well.  The Fifth Amendment is the right of an
9  American to protect themselves from charges --
10  false charges.  It's a right that the Supreme Court
11  says protects the innocent, Mr. Horowitz, the
12  innocent.  It's a Supreme Court case.  It's the --
13  you're the lawyer.
14        I would like to -- the jury to know that your
15  partner has been suspended for improper behavior
16  since he filed these sexual abuse claims.
17  Mr. Edwards' partner sits in jail for potentially
18  the rest of his life for fabricating malicious
19  claims of a sexual nature against wealthy people in
20  South Florida.  I would like to answer your
21  questions more specifically, but my attorneys will
22  not allow me to.  They told me I must assert my
23  rights under the Sixth, Fifth and Fourteenth
24  Amendment.  Though I would very much like to answer
25  that question, I'm told that if I do so, I risk

Page 256

1  losing his representation and waiving those rights.
2  BY MR. HOROWITZ:
3     Q   Mr. Epstein, is there any reason why the jury
4  should not infer from your testimony today that, in
5  fact, you did sexually abuse Jane Doe 7?
6        MR. PIKE:  Form.
7        THE WITNESS:  Again, these questions of a
8  sexually charged nature regarding my right to take
9  the Fifth Amendment under the advise of counsel, I
10  find disturbing.  Not -- not so much disturbing
11  than your partner who's been disbarred or suspended
12  by the Florida Bar since he filed the claim here by
13  these girls, or Mr. Edwards' partner who sits in
14  jail potentially for the rest of his life, with his
15  other partners on the way to jail for fictitious,
16  malicious claims of a sexual nature.  I'd like to
17  answer your questions with great specificity,
18  Mr. Horowitz, but my counsel has advised me that at
19  least today, I may not.  And if I do so, which is
20  my preference, I risk losing their representation
21  and/or waiving those rights.
22  BY MR. HOROWITZ:
23     Q   Mr. Epstein, you're not suggesting that Jane
24  Doe 7 fabricated or embellished her allegations of abuse
25  in light of anything done by Jeffrey Herman or Scott

Page 257

1  Rothstein, are you?
2        MR. PIKE:  Form.
3        THE WITNESS:  I think the jury is going to
4  decide that Jeffrey Herman who's been disbarred or
5  suspended by the Florida Bar for improper behavior
6  after filing this claim, or Mr. Edwards' partner
7  who sits in jail potentially for the rest of his
8  life, Mr. Horowitz, for the rest of his life, for
9  fabricating cases specifically of a sexual nature
10  -- I think the jury will decide whether these are
11  fabricated or embellished.  I'd like to answer with
12  great specificity today; however, my attorneys have
13  advised that at least today, I must respond by
14  taking -- asserting my Fifth Amendment, Fourteenth
15  and Sixth Amendment privilege.  And though I would
16  very much like to respond to that question, he's
17  told me that if I do so, I risk losing his
18  representation and/or waiving those rights.
19  BY MR. HOROWITZ:
20     Q   Well, what is it that you'd like the jury to
21  infer exactly from the fact that Jane Doe 7 had Jeffrey
22  Herman as an attorney?
23        MR. PIKE:  Form.
24        THE WITNESS:  Jeffrey Herman went -- was
25  suspended after he filed a claim on behalf of Jane

17 (Pages 254 to 257)

Page 258

```
 1      Doe 7 and your other girls.  Scott Rothstein went
 2   to jail for filing fictitious, malicious claims of
 3   a sexual nature in order to simply get money, steal
 4   money, fleece people for money.  I'd like to answer
 5   every one of your questions today, Mr. Horowitz.
 6   However, my attorneys have counseled me that today
 7   at least I may not, and must assert my rights.  And
 8   if I choose to answer the question, which is my
 9   preference, I potentially might lose his
10   representation and/or waive those rights.
11   BY MR. HOROWITZ:
12      Q   Okay.  Mr. Epstein, so we're on the same page,
13   my next series of questions will involve Jane Doe Number
14   8, okay?  Have you got that name locked into your head?
15      A   I'll do my best.
16      Q   Okay.  Isn't it true, sir, that a girl named
17   Jane Doe 8 came to your Palm Beach estate in
18   approximately 2001 or 2002?
19         MR. PIKE:  Form.
20      A   I would very much like to answer the claims of
21   a Jane Doe 8.  However, my attorneys have counseled me
22   that I must assert my rights under the Fifth, Fourteenth
23   and Sixth Amendment.  I'd like to answer these claims of
24   a Jane Doe 8, but they told me if I were to do so, I
25   would risk losing their representation and/or waiving
```

Page 259

```
 1   those rights.
 2   BY MR. HOROWITZ:
 3      Q   Did you receive a phone call from a girl named
 4   C.M.A., wherein she told you she was bringing Jane Doe 8
 5   to your home for the purpose of giving you a massage?
 6      A   I would very much like to answer any question
 7   regarding C.M.A., I believe, an admitted prostitute.
 8   Her claims of bringing a Jane Doe 8 -- a girl named Jane
 9   Doe 8; is that right -- to my house.  However, my
10   attorneys have counseled with respect to all questions
11   today, all questions, I must assert my rights under the
12   Fifth, Sixth and Fourteenth Amendment.  Though I'd like
13   to answer these questions with specificity, my counsel
14   has told me that if I choose to do so, I risk losing his
15   representation -- excuse me -- or my -- and/or my --
16   waiving my rights.
17      Q   Did you instruct S.K. to place a telephone call
18   C.M.A. to arrange for C.M.A. to bring underage girls to
19   your home for sexual activity?
20         MR. PIKE:  Form.
21         THE WITNESS:  I would like to answer each and
22   every one of your questions regarding a C.M.A., who
23   I believe is an admitted prostitute, and a Jane Doe
24   8, but my attorneys have advised me at least today,
25   I must assert my rights under the Fifth, Fourteenth
```

Page 260

```
 1   and Sixth Amendment.  Though I'd very much like to
 2   answer those questions, I'm told that if I choose
 3   to do so, I risk losing his representation and/or
 4   waiving those rights.
 5   BY MR. HOROWITZ:
 6      Q   Was -- was C.M.A. your prostitute?
 7         MR. PIKE:  Form.
 8         THE WITNESS:  Again, I'm sure these -- these
 9   questions you find very clever, Mr. Horowitz.  So
10   it's -- it's questions of a sexually charged nature
11   brought by Mr. Edwards' firm, his partner sitting
12   in jail for bringing cases of a sexually charged
13   nature against wealthy people in South Florida,
14   sitting in jail for the rest of his life.  Your
15   partner being suspended by the Florida Bar for
16   improper behavior after filing of cases on behalf
17   your Jane Doe 8.  So though I'd like to answer each
18   one of your questions here today, my counsel has
19   advised me that I may not.  And -- excuse me --
20   BY MR. HOROWITZ:
21      Q   Go ahead.
22      A   -- and though I would much prefer to do so,
23   he's told me that if I do so, I risk losing his
24   representation and or waiving those rights.  I've got to
25   take five minutes, sorry.
```

Page 261

```
 1         THE VIDEOGRAPHER:  Time off the record 4:35.
 2         (Thereupon, a short break was taken.)
 3   BY MR. HOROWITZ:
 4      Q   Mr. Epstein, we're still --
 5         THE VIDEOGRAPHER:  Time on the record 4:42.
 6         MR. HOROWITZ:  Sorry.
 7   BY MR. HOROWITZ:
 8      Q   Mr. Epstein, we're still going to talk about
 9   Jane Doe 8 a little bit more, okay?  Did you instruct
10   C.M.A. to bring underage girls to your home to engage in
11   sexual activity with you?
12         MR. PIKE:  Form.
13         THE WITNESS:  I'd like to answer each question
14   being posed here today about now C.M.A., I believe,
15   an admitted prostitute and drug addict, and her
16   claims of bringing a Jane Doe 8 - I believe you
17   said her name was -- to my house.  However, at the
18   -- in the -- at the insistence of my attorney, his
19   response -- he's required me to assert my Fifth
20   Amendment, Sixth Amendment and Fourteenth Amendment
21   Right.  Though I'd like to answer each and every
22   question about your Jane Doe 8, I unfortunately
23   could not do so today.
24   BY MR. HOROWITZ:
25      Q   Mr. Epstein, you're not suggesting that
```

18  (Pages 258 to 261)

Page 262

```
 1    C.M.A.'s status as either a prostitute or drug user
 2    diminishes the credibility of Jane Doe 8's sexual abuse
 3    claim against you, are you?
 4        A   I'll let the --
 5            MR. PIKE:  Form.
 6            THE WITNESS:  -- jury decide that.
 7    BY MR. HOROWITZ:
 8        Q   Okay.  Well, I want to know what -- what --
 9    what you're trying to convey to the jury?
10            MR. PIKE:  Form.
11            THE WITNESS:  I'd like to answer that question,
12    Mr. Horowitz, like I'd like to answer every one of
13    your questions, but I think it's going to be
14    obvious about what C.M.A. and Jane Doe 8 are
15    attempting to do.  However, though I'd like to
16    answer with more specificity, my attorneys have
17    advise me I may not today, and I must assert my
18    rights under the Fifth, Sixth and Fourteenth
19    Amendment.  Though I'd like -- I'd like to answer
20    the question, my attorneys have counseled me today
21    that if I choose to do so, I risk losing their
22    representation and/or waiving those rights.
23    BY MR. HOROWITZ:
24        Q   Did you instruct S.K. to communicate with
25    C.M.A. by telephone in order to arrange for Jane Doe 8
```

Page 263

```
 1    to give you a massage?
 2            MR. PIKE:  Form.
 3            THE WITNESS:  I would like to answer every
 4    question about your Jane Doe 8 claim.  I'd like to
 5    answer every question about your C.M.A. connection,
 6    whoever, to Jane Doe 8.  However, my attorneys have
 7    advised me that I may not answer those questions
 8    today.  I must assert my rights under the
 9    Fourteenth Amendment, Sixth Amendment and Fifth
10    Amendment.  Though I think the -- I'd like to
11    answer those questions, my attorney has told me
12    that if I choose to do so, I risk losing his
13    representation and/or waiving those rights.
14    BY MR. HOROWITZ:
15        Q   Mr. Epstein, did you inform S.K. that the
16    massage that Jane Doe 8 was to give you would be sexual
17    in nature?
18            MR. PIKE:  Form.
19            THE WITNESS:  I'd like to answer every one of
20    your questions regarding the claims of your Jane
21    Doe 8.  However, my attorneys have counseled me that I
22    may not answer any questions that may be relevant
23    to any of your lawsuits.  I would prefer to have
24    given it to your partner, Jeffrey Herman, testified
25    in front of your partner, Jeffrey Herman, who
```

Page 264

```
 1    brought this claim on behalf of Jane Doe 8, I
 2    believe.  But since that claim was brought, he was
 3    suspended by the Florida Bar.  I prefer to bring it
 4    whose -- Mr. Edwards' partner, who's sitting next
 5    to you, but he's in jail for the rest of his life
 6    for bringing fictitious claims of a sexual nature
 7    against wealthy people in Florida in order to get
 8    as much money as he could.  He was accused -- and
 9    Mr. Edwards' firm was accused by the U.S. Attorney
10    of being -- and perpetrating the largest fraud in
11    South Florida's history being a criminal
12    enterprise.  And I'm -- so I'm sorry I can't answer
13    these questions with specificity today,
14    Mr. Horowitz.  But on advice of counsel, he's told
15    me that if I choose to answer, I risk losing his
16    representation and/or waiving my rights.
17    BY MR. HOROWITZ:
18        Q   Mr. Epstein, is it your sworn testimony that
19    Jane Doe 8 retained Jeffrey Herman, and that he was
20    suspended after he was retained?
21            MR. PIKE:  Form.
22            THE WITNESS:  I'm sorry, it's -- again?
23    BY MR. HOROWITZ:
24        Q   My question is -- well, I'll break it up into two
25    questions.  Is it your sworn testimony that Jane Doe 8
```

Page 265

```
 1    hired Jeffrey Herman to be her attorney?
 2        A   I only know that -- my only knowledge is that
 3    Jane Doe 8 is represented by the firm where Jeffrey
 4    Herman was -- used to be a partner.
 5        Q   Okay.  And you're not suggesting to anyone that
 6    Jeffrey Herman was suspended after Jane Doe 8 decided to
 7    file a lawsuit, are you?
 8            MR. PIKE:  Form.
 9            THE WITNESS:  I do not know when Jane Doe 8
10    decided to file a lawsuit.  If you'd like to tell
11    me, I'd be able to answer that question.
12    BY MR. HOROWITZ:
13        Q   Okay.
14        A   Would you like to tell me?
15        Q   Did S.K. tell you that she confirmed by
16    telephone that Jane Doe 8 would be coming to your home
17    at a specific time to give you a massage?
18            MR. PIKE:  Form.
19            THE WITNESS:  I'd like to respond to every
20    question regarding Jane Doe 8 and her claims;
21    however, my attorney has counseled me today that I
22    may not answer those questions today, Mr. Horowitz.
23    I must assert my rights under the Fifth, Fourteenth
24    and Sixth Amendment.  I would like to -- I'd like
25    to, in fact, know whether Mr. Herman's firm --
```

19 (Pages 262 to 265)

Page 266

1   Mr. Herman who's been disbarred, or your firm or
2   your partner, Mr. Herman, who was -- who was
3   suspended -- sorry, not disbarred -- you keep
4   correcting me.  I'm not really sure of the
5   difference -- or Mr. Edwards' partner who's in jail
6   for crafting all these fictitious lawsuits, and
7   fleecing people out of thousands of millions of
8   dollars.  I'd like to do that, however, my
9   attorneys have counseled me that I may not do that
10  today.  And if I choose to answer those questions,
11  which I prefer to do, I risk losing their
12  representation and/or waiving those rights.
13  BY MR. HOROWITZ:
14      Q   Was it your intent during the course of Jane
15  Doe 8's visit to your home, that you would persuade,
16  induce or entice her to engage in sexual activity with
17  you?
18      MR. PIKE:  Form.  I didn't know if you were
19  finished.
20      MR. HOROWITZ:  I'm finished.
21      THE WITNESS:  I'd like to answer every question
22  with respect to your Jane Doe 8 claim, every one.
23  However, today, my counsel has advised me that I
24  may not, and must assert my Sixth, Fifth and
25  Fourteenth Amendment Right.  And though I'd prefer

Page 267

1   to answer the questions, he's told me that if I
2   choose to do so, I risk losing his representation
3   and/or waiving those rights.
4   BY MR. HOROWITZ:
5       Q   During the course of Jane Doe 8's visit to your
6   home, did you succeed in persuading her, inducing her,
7   or enticing her to engage in sexual activity with you?
8       MR. PIKE:  Form.
9       THE WITNESS:  I would like to answer every
10  question about your Jane Doe 8 -- Jane Doe 8 or
11  Jane Doe 8 claim.  However, my attorneys have
12  counseled me that I may not answer any questions
13  that may be relevant to any one of your lawsuits
14  brought by you or your partner, Jeffrey Herman, but
15  he's been suspended by the Florida Bar since he
16  filed money -- many of your claims of a similar
17  nature, or Mr. Edwards's partner who sits in jail
18  for the rest of his life for crafting malicious
19  fabricated sexual natured-type claims -- sexually
20  charged claims against wealthy people in Florida in
21  order to fleece investors out of millions of
22  dollars.  So though I'd like to answer those
23  questions, Mr. Horowitz, today I cannot.
24  BY MR. HOROWITZ:
25      Q   Okay.  Jane Doe 8 never told you she was 18

Page 268

1   years old or older, did she?
2       MR. PIKE:  Form.
3       THE WITNESS:  I'd like to answer each and every
4   question about your Jane Doe 8 claim.  However,
5   today, my attorneys have counseled me that I may
6   not, and I must assert my rights under the Sixth,
7   Fourteenth and Fifth Amendment.  Though I'd like to
8   answer every question about Jane Doe 8 -- your Jane
9   Doe 8 claim, my attorneys have counseled -- said to
10  me that if I choose to answer those questions, I
11  risk losing their representation and/or waiving
12  those rights.
13  BY MR. HOROWITZ:
14      Q   When -- when you met Jane Doe 8, she appeared
15  to you to be younger than 18 years old; isn't that
16  right?
17      MR. PIKE:  Form.
18      THE WITNESS:  Again, I'd like to answer every
19  question I could possibly answer regarding your
20  Jane Doe 8 claim, and every -- and the claims
21  regarding your other people that you've brought up
22  today, but I must respond the same way I've
23  responded to most of your other questions here
24  today, Mr. Horowitz, which is on advice of my
25  counsel, I could not answer today, though I'd like

Page 269

1   to.  They've instructed me that I must assert my
2   rights under the Fourteenth, Sixth and Fifth
3   Amendment.  And if I choose to answer the
4   questions, which is my preference, they tell me
5   that I would risk losing their representation
6   and/or waiving my rights.
7   BY MR. HOROWITZ:
8       Q   Were you nude in front of Jane Doe 8 when she
9   was still a child under the age of 18?
10      MR. PIKE:  Form.
11      THE WITNESS:  Mr. Horowitz, I'm going to have
12  to answer that question the way I've answered most
13  of your questions here today.  It would give me
14  pleasure to answer the claims of Jane Doe 8.
15  However, my counsel has advised me that I may not
16  answer any questions relevant -- that may be
17  relevant to any of the lawsuits that you've
18  brought, or your partner that was subsequently
19  suspended from the practice of law in Florida has
20  brought.  And though I'd like to answer those
21  questions specifically, my counsel has told me that
22  if I do so, I risk losing his representation and/or
23  waiving those rights.
24  BY MR. HOROWITZ:
25      Q   Did you instruct Jane Doe 8 to remove her

20  (Pages 266 to 269)

Page 270

1    clothing when she was still a child?
2        MR. PIKE:  Form.
3        THE WITNESS:  I'd like to answer each one of
4    the questions you've posed about your Jane Doe 8
5    claim; however, my attorneys have counseled me that
6    I may not today -- excuse me -- I must assert my
7    rights under the Fourteenth, Fifth and Sixth
8    Amendment.  Although I'd prefer to answer the
9    question, my attorneys have counseled me that I may
10   not.
11   BY MR. HOROWITZ:
12       Q   When Jane Doe 8 was still a child, did you
13   instruct her to pinch your nipples and rub your chest?
14       MR. PIKE:  Form.
15       THE WITNESS:  It would give me pleasure to be
16   able to answer the questions regarding your Jane
17   Doe 8 claims.  However, my attorneys have counseled
18   me that today I may not answer any question that
19   may be relevant to any of the lawsuits brought by
20   your firm, your firm, including your partner,
21   Jeffrey Herman, who was subsequently suspended or
22   disbarred by the Florida legal -- by the Florida
23   Bar after bringing some of these claims, or
24   Mr. Edwards' partner that sits in jail for the rest
25   of his life for crafting and trying to convince

Page 271

1    other people that these claims were real, I
2    believe, claims -- claims like this were real, and
3    fleeced investors out of millions of dollars.  His
4    firm, Mr. Edwards' firm, of being accused by the
5    U.S. Attorney of being a criminal enterprise,
6    perpetrating one of the largest frauds in South
7    Florida's history against south Floridians.  So
8    though I'd like to answer each one of your
9    questions with great specificity, my counsel has
10   told me today at least, I may not.  And if I do so,
11   I risk losing their representation and/or waiving
12   those rights.
13   BY MR. HOROWITZ:
14       Q   During the course of her visit, did you ask
15   Jane Doe 8 questions about her sexual experience and
16   preferences?
17       MR. PIKE:  Form.
18       THE WITNESS:  I would very much like to answer
19   every question regarding the claims of your Jane
20   Doe 8 -- your Jane Doe 8 claim.  However, today, my
21   attorneys have counseled me that I may not, and I
22   must assert my rights under my Fourteenth, Sixth
23   and Fifth Amendment.  Though I'd like to answer
24   each claim, today I am going to respectfully
25   decline.

Page 272

1    BY MR. HOROWITZ:
2        Q   During the course of her visit to your home,
3    did you touch Jane Doe 8's breasts?
4        MR. PIKE:  Form.
5        THE WITNESS:  Unfortunately my attorneys have
6    counseled me that today, though I'd like to answer
7    every one of your questions specifically, I'd have
8    to answer this question like I've answered most of
9    the other questions with respect to Jane Doe 8 and
10   the Jane Doe 8 claims, which is I'd have to assert
11   my rights under the Sixth, Fourteenth and Fifth
12   Amendment.  Because if I don't do so, and I choose
13   to answer, which is my preference, my counsel has
14   advised me I am in risk of losing their
15   representation and waiving those rights.
16   BY MR. HOROWITZ:
17       Q   During the course of her visit to your home,
18   did you rub Jane Doe 8's vagina?
19       MR. PIKE:  Form.
20       THE WITNESS:  Again?
21   BY MR. HOROWITZ:
22       Q   During the course of Jane Doe 8's visit to your
23   home, did you rub her vagina?
24       MR. PIKE:  Form.
25       THE WITNESS:  I'd like to answer every one of

Page 273

1    your Jane Doe 8 claims, especially your Jane Doe 8
2    claims with respect to the details of what -- these
3    questions.  However, my attorneys have counseled me
4    that today, I cannot answer those questions, at
5    least today, and I must assert my rights under the
6    Fourteenth, Fifth and Sixth Amendment.  And though
7    I'd prefer to answer those questions, especially
8    the questions of a sexually charged nature, similar
9    to the ones where Mr. Edwards, who's sitting next
10   to you, whose partner is in jail for -- for
11   crafting malicious claims of a sexual nature, or
12   your partner who you smile about while you think
13   he's been disbarred or suspended.  It's okay.  I'd
14   like to answer those questions, but today, I
15   cannot, because though I choose to do so my -- I --
16   if I choose to do so, my counsel said I risk losing
17   his representation and/or waiving those rights.
18   BY MR. HOROWITZ:
19       Q   When Jane Doe 8 was at your home, did you
20   masturbate in her presence?
21       MR. PIKE:  Form.
22       THE WITNESS:  I'd like to answer that Jane Doe
23   8 question as much as -- it's Jane Doe 8, right --
24   Jane Doe 8 question, as well as every other Jane
25   Doe 8 claim that you've put on the table here

Page 274

1  today, Mr. Horowitz. However, on the advice of my
2  counsel, I am going to have to assert my rights
3  under the Fourteenth Amendment, Sixth Amendment and
4  Fifth Amendment.  Though -- because I'd like to
5  answer that question, I'm told by my counsel that
6  if I choose to do so, I risk losing his
7  representation and/or waiving those rights.
8  BY MR. HOROWITZ:
9     Q   When Jane Doe 8 was still a child under the age
10 of 18, isn't it true, sir, you masturbated to the point
11 of ejaculation in front of her?
12     MR. PIKE:  Form.
13     THE WITNESS:  I'm sure these questions of a
14 sexually charged nature, that hopefully the jury
15 will be able to see through them, Mr. Horowitz.
16 I'd like to answer all those questions. However,
17 my counsel today has told me that I must respond by
18 asserting my rights under the Sixth, Fifth and
19 Fourteenth Amendment.
20     Sexually charged cases, similar to the ones
21 where Mr. Roth -- excuse me -- which Scott
22 Rothstein had fictitiously fabricated, who's -- he
23 is Mr. Edwards' partner, who's in jail.
24 Mr. Edwards' partners are on the way to jail for
25 simply fabricating -- trying to steal money from

Page 275

1  investors in South Florida.
2     Your partner after he filed this -- or sometime
3  during these claims has been suspended by the
4  Florida Bar.  So, though I'd like to answer these
5  questions with great specificity, my attorneys have
6  told me if I do so, I risk losing their
7  representation and/or waiving those rights.
8  BY MR. HOROWITZ:
9     Q   When Jane Doe 8 was still a child and she was
10 in your home, did you tell her that you wanted her to
11 touch your penis?
12     MR. PIKE:  Form.
13     THE WITNESS:  Again, I would like to answer
14 every question about your Jane Doe 8 claims with
15 great specificity, and I'm sure the ladies and
16 gentlemen of the jury will understand that these
17 sexually charged cases, similar to the ones where
18 Mr. Edwards' partner has gone to jail for
19 fabricating cases, trying to steal money from
20 people in South Florida, your partner after filing
21 some of these cases has been suspended, will see
22 through it.  And though I'd like to be able to
23 answer with great specificity, my counsel has told
24 me I may not and must assert my rights under the
25 Sixth, Fifth and Fourteenth Amendment.  So though I

Page 276

1  would prefer to answer those questions, today I may
2  not because I've been told that if I do so, I risk
3  losing his representation and/or waiving my rights.
4  BY MR. HOROWITZ:
5     Q   Mr. Epstein, when Jane Doe 8 was at your home
6  and was still a child, did you tell her that you wanted
7  her to give you oral sex, otherwise known as a blow
8  job?
9     MR. PIKE:  Form.
10    THE WITNESS:  Mr. Horowitz, I'd like to answer
11 -- answer every question and claim made by your
12 Jane Doe 8.  However, my attorneys have counseled
13 me that at least today, I have to assert my rights
14 under the Fourteenth Amendment, the Sixth Amendment
15 and the Fifth Amendment.  I'm told that though I'd
16 like to answer those questions, if I choose to do
17 so, I risk losing his representation and/or waiving
18 my rights.
19    I prefer to answer questions like this -- of a
20 -- sexually charged nature to your partner, Jeffrey
21 Herman, but he's been suspended by the Florida Bar
22 for improper behavior after filing many of your
23 claims.
24    I'd prefer to answer those questions to
25 Mr. Edwards' partner, Scott Rothstein, but he's in

Page 277

1  jail for the rest of his life -- it appears the
2  rest of his life.  Many of Mr. Edwards' partners
3  are on the way to jail for the rest of their life
4  for crafting cases of a sexually charged nature,
5  fictitious cases, in order to steal millions of
6  dollars form local investors.  So though I'd like
7  to answer that question, I'm told that if I do so,
8  I risk losing the representation of my counsel and
9  waiving those rights.
10 BY MR. HOROWITZ:
11    Q   Mr. Epstein, did you engage in sexual activity
12 with Jane Doe 8 during the course of a massage at your
13 Palm Beach home in 2001 or 2002?
14    MR. PIKE:  Form.
15    THE WITNESS:  When?
16    MR. HOROWITZ:  Let me start over.
17    THE REPORTER:  2001, 2002 you said.
18    MR. HOROWITZ:  I'll -- I'll -- I'll ask the
19 question again, so that the record is a little bit
20 clearer.
21 BY MR. HOROWITZ:
22    Q   Did you engage in sexual activity with Jane Doe
23 8 during the course of a massage at your Palm Beach home
24 in 2001 and 2002?
25    MR. PIKE:  Form.

22  (Pages 274 to 277)

Page 278

```
1        THE WITNESS:  I'd like answer that question.
2   I'd like to answer all the questions with respect
3   to your Jane Doe 8 claims.  However, my counsel has
4   advised me today that I must, at least today,
5   assert my rights under the Fifth, Sixth and
6   Fourteenth Amendment.  So though I'd like to answer
7   those questions, I'm told that if I do so, I risk
8   losing his representation and/or waiving those
9   rights.
10  BY MR. HOROWITZ:
11      Q   Did you --
12       THE VIDEOGRAPHER:  Three minutes --
13       MR. HOROWITZ:  I'm sorry?
14       THE VIDEOGRAPHER:  I'm sorry, three minutes of
15  tape remaining.
16       MR. HOROWITZ:  Okay.
17  BY MR. HOROWITZ:
18      Q   Did you ask Jane Doe 8 for permission to touch
19  her in a sexual manner when she was still a child?
20       MR. PIKE:  Form.
21       THE WITNESS:  I'd like to answer every one of
22  your questions, but unfortunately I am going to
23  have to answer the same way I've answered most of
24  those here today, which is my counsel has advised
25  me that I must assert my rights under the
```

Page 279

```
1   Fourteenth Amendment, the Sixth Amendment and Fifth
2   Amendment.  However, I'd like to answer those
3   questions, but he's told me that if I do so, I risk
4   losing his representation.
5        I'd like answering those questions to your
6   partner, Jeffrey Herman, but he's not here because
7   he's been suspended for improper behavior after he
8   filed these cases, after he had a press conference
9   in Palm Beach, in the streets of Palm Beach, called
10  the media.
11       I'd like to express the same answer to
12  Mr. Edwards' partner, but he's in jail for the rest
13  of his life for creating fictitious cases.  So,
14  Mr. Horowitz, though I'd like to answer the
15  question today, I must deny -- I must refrain from
16  doing so at the advice of counsel.
17       MR. HOROWITZ:  Let's change tapes.
18       THE VIDEOGRAPHER:  Time off the record 5:01.
19       (Thereupon, a short break was taken.)
20       THE VIDEOGRAPHER:  Time on the record 5:09.
21  This is Tape 6.
22  BY MR. HOROWITZ:
23      Q   Mr. Epstein, in 2001 and 2002, Jane Doe 8
24  indicated to you that she did not want you to touch her
25  body; isn't that right?
```

Page 280

```
1        MR. PIKE:  Form.
2        THE WITNESS:  In 2001, 2002 -- I'd like to
3   answer every one of your questions regarding your
4   Jane Doe 8 claims.  However, my attorneys have
5   counseled me today that I must assert my Sixth
6   Amendment, Fifth Amendment and Fourteenth Amendment
7   Right.  Though I'd prefer to answer every one of
8   your questions regarding Jane Doe 8, today I'm
9   going to have to refuse to do so.
10  BY MR. HOROWITZ:
11      Q   You touched Jane Doe 8's breasts, you touched
12  her genitals, and you did that after she indicated to
13  you that she did not want to be touched by you; isn't
14  that right?
15       MR. PIKE:  Form.
16       THE WITNESS:  I'd prefer -- excuse me -- if I
17  -- if I understood, in fact, when your partner,
18  Jeffrey Herman, filed most of his cases against me,
19  because I know he was disbarred or suspended after
20  he filed these cases of a sexual nature.  I'm not
21  sure of the time frame, or when Mr. Edwards'
22  partner got involved who's now in jail for filing
23  -- for fabricating -- sorry -- for fabricating
24  malicious cases of a sexual nature against many
25  people in South Florida, called by the U.S.
```

Page 281

```
1   Attorney -- his firm called by the U.S. Attorney, a
2   criminal enterprise.  His partner is in jail for
3   the rest of his life.  Many of his partners are on
4   the way to jail for the rest of their lives
5   potentially.  So though I'd like to answer every
6   question with respect to your Jane Doe 8 sexual
7   claim -- your Jane Doe 8 claims of a sexual nature,
8   I've been advised by my counsel at least today that
9   I may not do so.  And if I choose to do so, which
10  is my preference, I risk losing their
11  representation or waiving those rights.
12  BY MR. HOROWITZ:
13      Q   Mr. Epstein, is it your testimony that Jane Doe
14  8 has in any way fabricated or embellished her
15  allegations that you sexually abused her during her
16  childhood?
17       MR. PIKE:  Form.
18       THE WITNESS:  I believe the jury will make that
19  decision, Mr. Horowitz.  I believe that they will
20  understand that many of these claims put together
21  by your partner who was suspended for improper
22  practice in the State of Florida, who could no
23  longer practice law at least temporarily -- I
24  understand that Mr. Edwards' partner who's in jail
25  for potentially the rest of his life for
```

23 (Pages 278 to 281)

Page 282

1 fabricating cases of a sexual nature. Many of
2 Mr. Edwards' partners on their way to jail for the
3 rest of their life for fabricating cases of a
4 sexual nature. I'd like to answer each one of your
5 questions regarding Jane Doe 8 and your other
6 women, however, on advice of counsel today, I
7 cannot. And I am told that if I choose to do so,
8 and not assert my rights under the Sixth, Fifth and
9 Fourteenth Amendment, I risk waiving those rights
10 and losing his representation.
11 BY MR. HOROWITZ:
12     Q    Mr. Epstein, did you pay C.M.A. to bring Jane
13 Doe 8 to your home?
14        MR. PIKE: Form.
15        THE WITNESS: I believe -- again, I would like
16 to answer all questions regarding C.M.A., I
17 believe, an admitted prostitute, drug addict and
18 her -- and anything to do with your Jane Doe 8
19 claims. However, today, my counsel has advised me
20 that I must, at least today, assert my rights under
21 the Fifth, Sixth and Fourteenth Amendment. And
22 though I would prefer to answer each one of your
23 questions, Mr. Horowitz, he's told me that if I
24 choose to do so, I risk losing his representation
25 and/or waiving my rights.

Page 283

1 BY MR. HOROWITZ:
2     Q    Mr. Epstein, did you instruct S.K. to call
3 C.M.A. on the telephone to arrange for Jane Doe 8 to
4 come back and give you another massage?
5        MR. PIKE: Form.
6        THE WITNESS: To give me -- excuse me?
7 BY MR. HOROWITZ:
8     Q    One more time. Did you instruct S.K. to call
9 C.M.A. on the telephone to make arrangements for Jane
10 Doe 8 to come back to your home for more sexual
11 activity?
12        MR. PIKE: Form.
13        THE WITNESS: I'd like to answer every question
14 that you posed today regarding your Jane Doe 8
15 claims, of her relationship with C.M.A. However,
16 my attorneys have counseled me that at least today
17 I must assert my Fourteenth Amendment, Sixth
18 Amendment and Fifth Amendment Rights. Though I'd
19 prefer to answer each one of the questions, my
20 attorneys told me that if I choose to do so, I risk
21 losing his representation and/or waiving those
22 rights.
23        I believe the air conditioning has just gone
24 off.
25 BY MR. HOROWITZ:

Page 284

1     Q    Mr. Epstein, you don't deny that you sexually
2 abused --
3     A    Huh?
4     Q    Mr. Epstein, you don't deny that you sexually
5 abused Jane Doe 8, do you?
6        MR. PIKE: Form.
7        THE WITNESS: Mr. Horowitz, these sexually --
8 this sexual abuse types of questions, which I'd be
9 more than happy to answer, had it not been for my
10 attorneys instructing me that I must assert my
11 Fourteenth Amendment, Sixth Amendment and Fifth
12 Amendment Rights, I -- I wish I could answer the
13 question because Mr. Edwards' partner, Scott
14 Rothstein, who's in jail for fabricating cases of a
15 sexual nature against wealthy individuals in South
16 Florida -- it's no secret. Most of the people --
17 many of the people here, I'm sure, know that his
18 partners are -- many of them are in jail, many are
19 on the way to jail. Though -- though -- so though
20 I would like to answer the questions regarding
21 questions of a sexual nature, my attorneys at least
22 for today, at least for today, have said I may
23 not. And if I choose to do so, which they know is
24 my preference, they have told me I risk losing
25 their represent and/or waiving my rights.

Page 285

1 BY MR. HOROWITZ:
2     Q    Isn't it true, sir, that you are asserting your
3 Fifth Amendment privilege today with regard to questions
4 about Jane Doe 8 because you did in fact sexually abuse
5 Jane Doe 8 during her childhood?
6        MR. PIKE: Form.
7        THE WITNESS: I'm asserting my Fifth Amendment
8 Sixth Amendment and Fourteenth Amendment Right as
9 advised by my counsel, as a right of every American
10 to protect themselves from malicious, false claims,
11 similar to the ones that your colleague here,
12 Mr. Edwards' partner is in jail for, fabricating by
13 sexual -- cases of a sexual nature, called by the
14 U.S. Attorney the largest fraud in South Florida's
15 history, his firm of 70 partners considered a
16 criminal enterprise for basically fabricating case
17 -- cases of a sexual nature -- sexually charged
18 nature. So though I would like nothing more than
19 to answer the questions that you've posed here
20 today regarding your cases, Mr. Horowitz, I've been
21 told that if I choose to answer those questions, I
22 risk losing my counsel's representation and waiving
23 those rights.
24 BY MR. HOROWITZ:
25     Q    Mr. Epstein, in -- in your mind, why shouldn't

24 (Pages 282 to 285)

Page 286

1  the jury infer from your testimony today that you did,
2  in fact, sexually abuse Jane Doe 8 when she was a child
3  given that you've been asserting a Fifth Amendment
4  privilege?
5       MR. PIKE:  Form.
6       THE WITNESS:  I -- I believe the jury will see
7  through your meager attempt that simply suggesting
8  that my asserting a Fifth Amendment privilege
9  that's used to protect innocent people from
10  malicious sexually charged cases similar to the
11  ones where Mr. Edwards' partner is in jail for the
12  rest of his life, with many of his other partners
13  on the way to spend the rest of their life in jail
14  for the cases of a -- for fabricating a malicious
15  case and stealing money from local Floridians.  So
16  I'd like to answer each and every one of the
17  questions posed by you here today, Mr. Horowitz.
18  However, my attorneys have instructed me that I
19  must assert my First Amendment, Sixth Amendment and
20  Fourteenth Amendment Right.  So though I'd prefer
21  to answer the question, my counsel has told me that
22  if I do so, I risk losing his representation and
23  potentially waiving those rights.
24  BY MR. HOROWITZ:
25       Q   Mr. Epstein, your counsel indicated to me that

Page 287

1  you wanted to possibly change an answer that you had
2  given me earlier concerning your health care providers
3  that you've had in the past ten years.  My question for
4  you is --
5       MR. PIKE:  Well --
6       MR. HOROWITZ:  Let me finish the question, then
7  you could --
8       MR. PIKE:  Go ahead.
9  BY MR. HOROWITZ:
10      Q   -- identify for us your health care providers
11  for -- in the past ten years, including without
12  limitation, psychologists, psychiatrists, mental health
13  counselors, physicians, medical doctors, hospitals and
14  treatment facilities?
15      MR. PIKE:  Wait a second, let me be clear.  I
16  did not tell you that Mr. Epstein wanted to change
17  his answer.  Basically I objected and instructed
18  him not to answer a particular question because you
19  did not have the order or the interrogatory or the
20  request for production that you were referencing.
21  At a break you had showed me those particular
22  documents -- two of them.  Not the order itself.
23  And as a result, I agreed to allow you to ask
24  Mr. Epstein the question so we didn't have to come
25  back as a courtesy.  So I didn't tell him to change

Page 288

1  an answer.  He never gave an answer.
2       MR. HOROWITZ:  Okay.  Are you withdrawing the
3  objection?
4       MR. PIKE:  I am going to let him respond to
5  your question.
6       MR. HOROWITZ:  So are you withdrawing the
7  objection?
8       MR. PIKE:  There's no reason to withdraw the
9  objection prior to.  You're asking the question
10  again.  I'm allowing him to answer.
11      MR. HOROWITZ:  I'll ask the question -- just to
12  be -- have a clear record, I am going to ask the
13  question again.
14      MR. PIKE:  Yes.
15  BY MR. HOROWITZ:
16      Q   Mr. Epstein, identify all of your health care
17  providers for the past ten years, including, without
18  limitation, psychologists, psychiatrists, mental health
19  counselors, physicians, hospitals and treatment
20  facilities?
21      MR. PIKE:  With respect to the order -- I
22  believe the order said psychiatrists and
23  psychologists.  I don't think it went on -- I think
24  it actually limited, and if you recall, the
25  additional hospitals and providers.  So having

Page 289

1  stated that, Mr. Epstein can identify for you the
2  psychologist and/or psychiatrist that he has been
3  seen by within the last ten years, but he will not
4  elaborate on his answer if it would invade
5  attorney-client work product.
6       MR. HOROWITZ:  Okay.  So you answer -- as to a
7  portion of the question, you're instructing him not
8  to answer; is that right?
9       MR. PIKE:  Consistent with the order.
10      MR. HOROWITZ:  That's your version of the
11  order.
12      MR. PIKE:  Do you have the order.
13      MR. HOROWITZ:  You do.  It was mailed to you.
14      MR. PIKE:  Do you have the order here today?
15      MR. HOROWITZ:  No.
16      MR. PIKE:  Okay.
17      MR. HOROWITZ:  I know what it says, though.
18  Can -- can we -- can we just get a question -- an
19  answer to the question?
20      MR. PIKE:  Sure.
21      MR. HOROWITZ:  Did you understand the question?
22      THE WITNESS:  Dr. Steve Alexander and
23  Dr. Steven Strumwasser.
24  BY MR. HOROWITZ:
25      Q   Okay.  And Dr. Steven Alexander, what is his

25 (Pages 286 to 289)

Page 290

```
1    area of practice?
2        A    Psychology.
3        Q    And where does he practice?
4        A    In Palm Beach.
5        Q    And between what period of time -- during what
6    period of time did you receive a -- either treatment or
7    a consultation from him?
8            MR. PIKE:  I'm going to instruct him not to
9    answer because that's attorney-client work product.
10           MR. HOROWITZ:  Okay.  It's attorney-client as
11   to --
12           MR. PIKE:  And work product.
13           MR. HOROWITZ:  Okay.  All right.
14           MR. PIKE:  You didn't ask him who hired those
15   individuals.
16           MR. HOROWITZ:  Okay.  I don't need to know
17   that.
18           MR. PIKE:  Sure, if -- you're raising your
19   eyebrows if you're concerned with regard to the
20   objection.  That shows -- --
21           MR. HOROWITZ:  I'm not going to deal with it
22   today with you --
23           THE REPORTER:  One at a time.
24           MR. PIKE:  -- that shows some sort of
25   bewilderment as to why I'm raising the objection.
```

Page 291

```
1    So what I'm doing is, just allowing you the
2    opportunity to ask the appropriate question so you
3    understand the objection, that's all.
4    BY MR. HOROWITZ:
5        Q    Okay.  Were you under the care of Steven
6    Alexander before any investigation into criminal
7    activity began?
8            MR. PIKE:  I'm going to instruct him not to
9    answer that question.
10   BY MR. HOROWITZ:
11       Q    Were you under the other doctor -- am I saying
12   this right, Strumwasser?
13       A    Yes, sir.
14       Q    What is his area of specialty?
15       A    Psychology.
16       Q    Does he have a subspecialty?
17       A    I don't know.
18       Q    Were you under his care or treatment before any
19   investigation into a criminal activity occurred?
20           MR. PIKE:  Again, I'm going to instruct him not
21   answer, work product.
22   BY MR. HOROWITZ:
23       Q    Okay.  And where is Dr. Strumwasser's office
24   located?
25       A    Somewhere in Florida.
```

Page 292

```
1        Q    Do you go to his office --
2        A    No.
3        Q    -- or does he come to you?
4        A    I've --
5            MR. PIKE:  I'm going to instruct him not to
6    answer that question.
7    BY MR. HOROWITZ:
8        Q    Does Doctor -- do you see Dr. Alexander at his
9    office --
10           MR. PIKE:  I'm going to instruct him --
11   BY MR. HOROWITZ:
12       Q    -- or does he come see you?
13           MR. PIKE:  I'm going to instruct him not to
14   answer that question, also overbroad.
15   BY MR. HOROWITZ:
16       Q    Okay.  Between 2001 and 2006, using those two
17   years as sort of a bookmark, did your sexual interests
18   include looking at girls under the age of 18 while they
19   were undressed?
20           MR. PIKE:  Form.
21           MR. HOROWITZ:  I'd like to answer each and
22   every one of your questions here today,
23   Mr. Horowitz.  I'm going to answer that question
24   like I've answered mostly all your other questions,
25   which is on advice of counsel, they've asked me to
```

Page 293

```
1    assert my Fourteenth Amendment Right, my Sixth
2    Amendment Right, my Fifth Amendment Right.  So
3    though I'd like to answer each and every one of
4    your questions, I'm going to have to assert those
5    rights today.
6    BY MR. HOROWITZ:
7        Q    Between 2001 and 2006 did your sexual interests
8    include looking at the breasts and vaginal area of girls
9    between the ages of 12 and 17?
10           MR. PIKE:  Form.
11           THE WITNESS:  I'm going to answer that question
12   like I've answered any -- most of your other
13   questions here today, which is on advice of
14   counsel, I'm going to have to assert my rights
15   under the Fourteenth Amendment, the Sixth Amendment
16   and Fifth Amendment.
17   BY MR. HOROWITZ:
18       Q    Between 2001 and 2006 did your sexual interests
19   include digitally penetrating the vaginas of girls
20   between the ages of 12 and 17?
21           MR. PIKE:  Form.
22           THE WITNESS:  I find these questions -- I'd
23   like to answer every one of those questions.
24   However, my counsel has told me I may not today.  I
25   wish I could answer those questions with respect --
```

Page 294

1    or directly to your partner that filed most of
2    these lawsuits, however, he's been suspended from
3    the Florida Bar.
4         I'd like to answer these questions to
5    Mr. Edwards' partner, but he's in jail for
6    fabricating cases of a sexually charged nature
7    against wealthy people and stealing millions of
8    dollars from local South Floridians. So though I
9    would prefer to answer these question, I've been
10   told by my counsel that if I choose to do so, I
11   risk losing his representation and waiving my
12   rights.
13   BY MR. HOROWITZ:
14        Q   Between 2001 and 2006 did your sexual interests
15   include masturbating on a massage table in the presence
16   of girls under the age of 18?
17        MR. PIKE: Form. And -- and -- and let me --
18   let me interject here for a second. I -- I noticed
19   that the tenor of the questions has changed since
20   we've been in deposition for over seven hours, and
21   I noticed that you have a list of questions toward
22   the back of your outline here (indicating) that
23   seems to be not really detailed or relevant to your
24   clients. Now --
25        MR. HOROWITZ: I don't know what outline you're

Page 295

1    looking at. Are you looking at my outline?
2         MR. PIKE: -- I'm not finished --
3         MR. HOROWITZ: Continue.
4         MR. PIKE: -- I just want to make a clean
5    record, okay? Mr. Edwards is very -- is very well
6    aware, and I'm very well aware, that no matter what
7    your understanding as of -- as of this case and
8    what you're trying to prove and what burden you're
9    trying to meet, cannot use this deposition as a
10   means to harass Mr. Epstein or any other client.
11        His sexual interests in general, as you're
12   asking them, is argumentative and it's harassing,
13   and I'm only going to let it go on for a little bit
14   longer, okay?
15        MR. HOROWITZ: Okay.
16        MR. PIKE: So if you would, try to rephrase
17   your question.
18        MR. HOROWITZ: Okay.
19        MR. PIKE: -- because we've been here a long
20   time, and -- and -- and I know what you're trying
21   to do here.
22   BY MR. HOROWITZ:
23        Q   Between 2001 and 2006, Mr. Epstein, would it
24   arouse you to have underage girls talk about their sex
25   life while they're undressed?

Page 296

1         MR. PIKE: Form.
2         THE WITNESS: I'd like to answer every one of
3    your questions here today regarding all your claims
4    of these girls, however, my attorneys have
5    counseled me today that I must assert my Fourteenth
6    Amendment, Sixth Amendment and Fifth Amendment
7    Right. So though I would like to answer the
8    question, I'm told that if I do so, I risk losing
9    his representation and/or waiving those rights.
10   BY MR. HOROWITZ:
11        Q   Mr. Epstein, between 2001 and 2006 did your
12   interest include paying girls under the age of 18 for
13   massages of a sexual nature?
14        MR. PIKE: Form.
15        THE WITNESS: I would really like to answer
16   every one of your questions here today,
17   Mr. Horowitz. Unfortunately I am going to have to
18   answer that question like I've answered many of
19   your other questions, on advice of my counsel who's
20   suggested that I must assert my rights under the
21   Fourteenth, Fifth Amendment and Sixth Amendment.
22   Though I would greatly prefer to answer these
23   questions, my attorneys told me that if I choose to
24   do so, I risk losing his representation and waiving
25   my rights.

Page 297

1    BY MR. HOROWITZ:
2         Q   Between 2001 and 2006 did you have a room in
3    your home in Palm Beach County where you received
4    massages?
5         MR. PIKE: Form.
6         THE WITNESS: I am going to have to answer that
7    question the same way I've answered most of your
8    other questions here today, Mr. Horowitz, which is
9    on advice of my counsel I'm told that I must assert
10   my rights under the Sixth Amendment, Fourteenth
11   Amendment and Fifth Amendment. And though I'd
12   prefer to answer those questions, my attorneys told
13   me that if I choose to do so, I risk losing my
14   representation or waiving my rights.
15   BY MR. HOROWITZ:
16        Q   Between 2001 and 2006, at your home in Palm
17   Beach, did you have sexual contact with over 30 girls
18   under the age of 18 in your massage room?
19        MR. PIKE: Form.
20        THE WITNESS: I would like to answer each one
21   of your claims today, Mr. Horowitz. However, my
22   attorneys have counseled me that I may not answer
23   any questions that may be relevant to any of your
24   lawsuits brought by you, your partner who's been
25   suspended from the practice of law in South

27 (Pages 294 to 297)

Page 298

1    Florida, Mr. Edwards' partner, Scott Rothstein, who
2    sits -- spending the rest of his life in jail for
3    fabricating cases. I'd like to answer every one of
4    your questions, but today, my attorney told me I
5    cannot, at least today. And if I choose to do so,
6    I risk losing his representation and/or waive my
7    rights.
8    BY MR. HOROWITZ:
9        Q   Isn't it true, sir, that between 2000 -- isn't
10   it true, sir, that between 2001 and 2006, you had a very
11   specific method for sexually abusing girls between the
12   ages of 12 and 13 in your Palm Beach County home?
13       A   You continue to use --
14           MR. PIKE:  Form.
15           THE WITNESS:  -- huh. Again, these questions,
16   I believe the jury is going to see through,
17   Mr. Horowitz. These are questions similar to the
18   ones that people have suggested Mr. Edwards'
19   partner, Scott Rothstein, who's spending the rest
20   of his life in jail for fabricating cases of a
21   sexually charged nature, has tried to convince
22   investors in South Florida, that he stole millions
23   of dollars based on sexually charged cases similar
24   to these claims that you've made. I'd like to
25   answer each one of your questions today. However,

Page 299

1    my attorneys have counseled me that I may not
2    answer any questions that may be relevant to any of
3    your lawsuits.
4    BY MR. HOROWITZ:
5        Q   Between 2000 --
6        A   Excuse me.
7        Q   Go ahead.
8        A   And though I'd prefer to answer the question,
9    my attorneys have counseled me that if I do so, I ask --
10   excuse me -- bless you -- I risk losing their
11   representation and/or waiving my rights.
12   BY MR. HOROWITZ:
13       Q   Between 2001 and 2006 you targeted a specific
14   age of girls between 13 and 17 for sexual abuse in your
15   home; isn't that right?
16           MR. PIKE:  Form.
17           THE WITNESS:  These type of questions, sexually
18   charged questions, I believe the jury will be able
19   to see through, Mr. Horowitz. They're similar to
20   the claims and charges and that Mr. Roth --
21   Mr. Edwards' partner, Scott Rothstein, sits
22   currently in jail for the rest of his life,
23   fabricating cases of a sexual nature simply in
24   order to steal millions of dollars from local
25   Floridians. The U.S. Attorney called some of these

Page 300

1    fictitious cases part of the perpetration of the
2    largest fraud in South Florida's history, calling
3    Mr. Edwards' firm a criminal enterprise.
4        Your partner is not here today because he's
5    been suspended after he filed these cases. So
6    though I'd like to answer each and every one of
7    your questions, my counsel has advised me that I
8    may not today. And though I'd prefer to do so, he
9    said if I choose to do so, I would risk losing his
10   representation and/or waiving my rights.
11   BY MR. HOROWITZ:
12       Q   Mr. Epstein, between 2001 and 2006 you paid
13   people to recruit and solicit girls to come to your home
14   who were between the ages of 13 and 17, whereupon you
15   would engage in sexual activity with them; isn't that
16   right?
17           MR. PIKE:  Form.
18           MR. HOROWITZ:  Again, I'm sure, Mr. Horowitz,
19   the jury will be able to see through your questions
20   of a sexually charged nature. I'd like to answer
21   each one of your questions. However, my attorneys
22   have counseled me that today at least, I may not.
23   I must assert my rights under the Fourteenth, Sixth
24   and Fifth Amendment. The questions of a sexually
25   charged nature don't surprise me. They're similar

Page 301

1    in nature to the sexually charged cases that
2    Mr. Edwards' partner currently sits in jail for --
3    for the rest of his life.
4        A   70-man law firm filed bankruptcy, called by
5    the U.S. Attorney a criminal enterprise,
6    perpetrating one of the largest frauds in South
7    Florida history by crafting cases of a sexually
8    charged nature in order to fleece local Floridians
9    of thousands and thousands of dollars. So though
10   I'd like to answer each one of your questions,
11   today at the advice of counsel, I cannot. And
12   though I'd like to answer it, my counsel has told
13   me that if I choose to do so, I risk losing his
14   representation and/or waiving my rights.
15   BY MR. HOROWITZ:
16       Q   Mr. Epstein, between 2001, 2006 you paid
17   someone to schedule appointments by telephone for girls
18   between the ages of 13 and 17 to come to your home for
19   sexual activity with you; isn't that right?
20           MR. PIKE:  Form.
21           THE WITNESS:  These claims of a sexually
22   charged nature I would very much like to answer
23   today with great specificity. But as most of your
24   questions have been answered today, I, on the
25   advice of counsel, have had to invoke my Sixth

28  (Pages 298 to 301)

Page 302

1    Amendment, Fourteenth Amendment and Fifth Amendment
2    Rights.  Though I'd prefer to speak to your partner
3    who's not here because he's been suspended from the
4    practice of law in South Florida after he's filed
5    these cases, held a big press conference.
6        Mr. Edwards' partner who's in jail for the rest
7    of his life it appears for fabricating fictitious
8    cases of a sexually charged nature.  So though I'd
9    like to answer every one of your questions with
10   great specificity, I've been told by my counsel if
11   I choose to do so, I risk losing his representation
12   and waiving those rights.  Five minutes?
13       MR. HOROWITZ:  If that's what you need.
14       THE WITNESS:  Is that okay?  Is that okay?
15       MR. EDWARDS:  Break.
16       THE WITNESS:  Five minutes?
17       MR. EDWARDS:  Break as long as you want.
18       THE VIDEOGRAPHER:  Okay.  Time off the record
19   5:33.
20       (Thereupon, a short break was taken.)
21       THE VIDEOGRAPHER:  Back on the record 5:41.
22   BY MR. HOROWITZ:
23   Q   Mr. Epstein, with regard to the girls who were
24   at your Palm Beach County home between 2001 and 2006
25   with whom you had sexual activity, nearly all of these

Page 303

1    girls were high school students in Palm Beach County;
2    isn't that right?
3        MR. PIKE:  Form.
4        THE WITNESS:  I'd like to answer all of your
5    questions here today, Mr. Horowitz, about all the
6    claims made by the girls you represent.  However,
7    on advice of my counsel at least today, they've
8    instructed me to assert my Fourteenth Amendment
9    Right, my Sixth Amendment Right and my Fifth
10   Amendment Right.  So though I would prefer to
11   answer the questions, if I choose to do so, I'm
12   informed that I risk losing my counsel's
13   representation and/or waiving my rights.
14   BY MR. HOROWITZ:
15   Q   And with regard to the girls under the age of
16   18 who came to your home in 2001 through 2006, your
17   purpose in having them come to your home was for sexual
18   activity, but they were told they were coming to your
19   home to give a massage; isn't that right?
20       MR. PIKE:  Form.
21       THE WITNESS:  I'd like to answer each and every
22   one of your questions about the claims of your
23   girls.  However, today, my counsel has informed me
24   that I must assert my rights under the Fourteenth,
25   Sixth and Fifth Amendment to any question that may

Page 304

1    be relevant to any of the lawsuits brought by you,
2    your partner of your firm who's been found after he
3    filed these claims to have committed improper acts
4    and has been suspended from the practice of law in
5    South Florida, or the cases brought by Mr. Edwards'
6    whose those firm has been described by the U.S.
7    Attorney as a criminal enterprise of a -- of 70
8    attorneys, where his senior partner is spending the
9    rest of his life in jail for fabricating cases of a
10   sexually charged nature against people in South
11   Florida, wealthy people, in order to fleece
12   unsuspecting investors out of their life savings.
13   So though I'd like to answer that question,
14   Mr. Horowitz, very much so like to answer that
15   question, I've been informed that if I chose to do
16   so, I risk losing the representation of my counsel
17   and waiving my rights.
18   BY MR. HOROWITZ:
19   Q   Okay.  And with regard to the underage girls
20   who you had sexual contact with at your home between
21   2001 and 2006, you had a common scheme of paying them
22   between 2 to $300 each, each time they came; is that
23   right?
24       MR. PIKE:  Form.
25       THE WITNESS:  I would very much like to answer

Page 305

1    all the questions about the claims -- the so-called
2    claims of all your girls, of all your young women,
3    represented by your firm, represented initially by
4    your partner who was suspended by the Florida Bar
5    for improper behavior.  He's not here because of
6    that -- excuse me -- the claims of Mr. Edwards'
7    clients, some admitted prostitutes.  His partner is
8    in jail for the rest of his life for fabricating
9    cases of a sexually charged nature against people
10   in South Florida in it -- in order to fleece some
11   of the people out of their life savings.  Yes, I'd
12   very much like to answer each and every one of your
13   questions, however, today, on advice of counsel, I
14   cannot.
15   BY MR. HOROWITZ:
16   Q   With regard to the underage girls who came to
17   your home between 2001 and 2006 --
18   A   Would you let me finish?  Would you mind if I
19   finish.  I'm sorry.  I choose -- I would -- I haven't
20   finished.
21   Q   You have not finished.  Would you like to
22   finish?
23   A   Yes, if I could.
24   Q   Go ahead.
25   A   And though I'd like to respond to those

29 (Pages 302 to 305)

Page 306

1  questions, my counsel has told me that if I do so, I
2  risk losing his representation and potentially waiving
3  my rights.  Sorry.  Go ahead.
4      Q  With regard to the girls who came to your home
5  between 2001 through 2006 who were under the age of 18,
6  you knew that each of them was not a trained masseuse,
7  correct?
8      MR. PIKE:  Form.
9      THE WITNESS:  I would like to answer each one
10  of the claims brought by your various girls.
11  However, today, my counsel has told me that I must
12  not answer any questions that may be relevant to
13  any of the lawsuits brought by your firm, or Mr.
14  Edwards' firm whose partner sits in jail accused by
15  the U.S. Attorney of South Florida of his firm
16  being a criminal enterprise, his partner being in
17  jail for the rest of his life accused by the United
18  States Government of fabricating cases of a
19  sexually charge nature in order to fleece local
20  investors out of their life savings.  So though I'd
21  like to answer those questions, Mr. Horowitz --
22  very much so, in fact, my attorneys have told me
23  that if I choose to do so, I risk losing their
24  representation and waiving my rights.
25  BY MR. HOROWITZ:

Page 307

1      Q  Okay.  With regard to all of the underage girls
2  who came to your home between 2001 and 2006, you knew
3  each them was under the age of 18; is that right?
4      MR. PIKE:  Form.
5      THE WITNESS:  I am going to have to respond to
6  that question the way I've responded to most of
7  your questions here today.  I'd like to respond to
8  every one of your questions with respect to all
9  these claims made by your clients, claims filed by
10  your partner who's not here because he's been
11  suspended from practicing law in the State of
12  Florida -- in fact, practicing law anywhere, or
13  Mr. Edwards' partner who's in jail for the rest of
14  his life for fleecing local investors out of their
15  life savings by crafting cases of a sexually
16  charged nature.  I'd like to answer every one of
17  your questions, but my counsel has advised me I may
18  not today.  And if I choose to do so, which is my
19  preference, I risk losing his representation and/or
20  waiving my right.
21  BY MR. HOROWITZ:
22      Q  And with regard to all of the underage girls
23  who came to your home between 2001 and 2006, you asked
24  each of them to undress in your presence while giving
25  you a massage; isn't that right?

Page 308

1      MR. PIKE:  Form.
2      THE WITNESS:  I'd like to answer that question,
3  like I'd like to answer most of your other
4  questions here today with respect to the claims of
5  all these girls.  However, my attorneys have told
6  me I may not answer those questions today and must
7  assert my rights under the Fourteenth, Fifth and
8  Sixth Amendment.
9      So though your partner can't be here -- the
10  partner that filed most of your cases -- because
11  he's been suspended from practicing law by the
12  Florida Bar, or Mr. Edwards' partner who sits to
13  your right because he's in jail for
14  fleecing people out of their entire life savings by
15  crafting cases of a sexually charged nature.  As
16  you might imagine, I would like to answer each and
17  every one of your questions, but at least today, I
18  cannot, because if I choose to do so, I'm told by
19  my counsel that I risk losing their representation
20  and waiving my rights.
21  BY MR. HOROWITZ:
22      Q  With regard to all of the underage girls who
23  came to your home between 2001 and 2006, isn't it true
24  that you touched all of them on either their breasts,
25  vagina, buttocks, or some combination of those three

Page 309

1  parts?
2      MR. PIKE:  Form.
3      THE WITNESS:  I'd like to answer every one of
4  those questions with great specificity, however,
5  today, my attorneys have advised me that any
6  question that may be relevant to any of the
7  lawsuits filed by your firm, your firm whose
8  partner has been suspended by the Florida Bar for
9  improper behavior, cases filed by Mr. Edwards' firm
10  whose partner sits in jail for the rest of his
11  life, accused and pled guilty, I believe, to
12  fleecing investors out of some of their life
13  savings and like crafting cases of a sexually
14  charged nature.  I'd like to answer every one of
15  your questions with great specificity.  However,
16  I'm told by my counsel if I choose to do so, I risk
17  losing his representation and waiving my rights.
18  BY MR. HOROWITZ:
19      Q  Between 2001 and 2006 did you keep sexual toys
20  for your own use in your Palm Beach County home?
21      MR. PIKE:  Form.
22      THE WITNESS:  I'd like to answer that
23  question.  I'd like to answer the questions of all
24  your claims regarding your girls that you're
25  representing.  Unfortunately your partner can't be

30 (Pages 306 to 309)

Page 310

```
 1   here because he's been suspended from practicing
 2   law. So though I'd like to answer your questions,
 3   I've been advised by my counsel that I cannot
 4   today. I must assert my rights under the
 5   Fourteenth, Sixth and Fifth Amendment. And though
 6   I'd like to answer each one of these questions with
 7   great specificity, I'm told that if I choose to do
 8   so, I risk losing his representation and waiving my
 9   rights.
10   BY MR. HOROWITZ:
11   Q   Between 2001 and 2006, isn't it true that you
12   used sexual toys on underage girls in Palm Beach
13   County?
14        MR. PIKE: Form.
15        THE WITNESS: I would like to answer every one
16   of your questions regarding these claims by your
17   girls, but on advice of counsel today, I've been
18   told that I must assert my rights under the Fifth,
19   Sixth and Fourteenth Amendment. I'd prefer to, in
20   fact, assert those rights to your partner who has
21   been suspended by the Florida Bar since filing
22   these sexually charged cases, or Mr. Edwards'
23   partner who sits next to you, for his partner who's
24   now sitting -- spending the rest of his life in
25   jail accused of stealing the life savings of many
```

Page 311

```
 1   Floridians by crafting sexually -- cases of a
 2   sexually charged nature. So though I would like to
 3   answer each and every one of your questions,
 4   Mr. Horowitz, today, I'm told if I choose to do so,
 5   I risk losing the representation of my counsel and
 6   waiving my rights.
 7   BY MR. HOROWITZ:
 8   Q   What is your net worth at the present time?
 9        MR. PIKE: Form. I'm going to instruct him not
10   to answer that question. There's no -- the Court
11   has already ruled on that. Pursuant to the Court's
12   order, your order, and Mr. Edwards' order.
13        MR. HOROWITZ: Are you instructing him not to
14   answer?
15        MR. EDWARDS: My order?
16        MR. PIKE: Yeah.
17        MR. HOROWITZ: Are you instructing him not to
18   answer?
19        MR. PIKE: It's already -- it's already been
20   ruled on by the Court that Mr. Epstein does not
21   have to answer any net worth information. That
22   order just came out. What's the purpose in --
23        MR. HOROWITZ: I believe what the Court said is
24   that it sustained his Fifth Amendment privilege, so
25   he's got to assert the Fifth. He can -- he can
```

Page 312

```
 1   assert the Fifth --
 2        MR. PIKE: Well, you want -- you want to be
 3   here asking the same question -- let me -- let me
 4   get this straight. Despite the fact that the Court
 5   has -- because I'm working on time, all right? So
 6   despite the fact that the Court has already made a
 7   ruling on a number of issues covered by the Fifth
 8   Amendment, you still want to ask those questions
 9   again while you're here at deposition just to have
10   Mr. Epstein invoke the Fifth Amendment, correct?
11        MR. HOROWITZ: Well, you don't know what
12   questions I intend to ask. I have some very
13   specific questions about his net worth that have
14   not been addressed by any Court.
15   BY MR. HOROWITZ:
16   Q   Okay. Is your net worth over one billion
17   dollars, sir?
18        THE WITNESS: On advise of counsel, I am going
19   to have to invoke the Fifth Amendment, Sixth
20   Amendment and Fourteenth Amendment.
21   BY MR. HOROWITZ:
22   Q   Do you either own or have a beneficial interest
23   in the property located at 358 Brillo (phonetic) Way in
24   Palm Beach, Florida?
25   A   I'm going to have to invoke my Fifth Amendment
```

Page 313

```
 1   Sixth Amendment and Fourteenth Amendment Right.
 2   Q   Do you either own or have a beneficial interest
 3   in the property located at 9 East 71st Street in New
 4   York, New York?
 5   A   On advice of my counsel, I am going to have to
 6   invoke my Fifth Amendment, Sixth Amendment and
 7   Fourteenth Amendment Right.
 8   Q   Do you either own or have a beneficial interest
 9   in the property located at 49 Zorro (phonetic) Ranch
10   Road in Stanley, New Mexico?
11   A   On advice of my counsel, Mr. Horowitz, though
12   I'd like to answer these questions, my counsel has
13   advised me that I must invoke my Fifth Amendment, Sixth
14   Amendment and Fourteenth Amendment Right.
15   Q   Do you either own or have a beneficial interest
16   in a property located at 301 East 66th Street in New
17   York, New York?
18   A   Again, Mr. Horowitz, I'll have to answer that
19   question, as I've answered mostly all your other
20   questions here today, though I'd like to answer each one
21   with specificity, my counsel has advised me that I must
22   invoke my -- excuse me -- my Sixth Amendment Right, my
23   Fifth Amendment Right and Fourteenth Amendment Right, so
24   on the -- if I -- though I'd prefer to answer these
25   questions, I'm told that if I choose to do so, I risk
```

UNIVERSAL COURT REPORTING
(954) 712-2600   (877) 291-DEPO (3376)

Page 314

1    losing the representation of my counsel and waiving
2    those rights.
3        MR. PIKE:  Before -- before you start another
4    question there, I just want to be clear for the
5    record that you said on the record that these
6    questions that you had prepared were going to be
7    specifically detailed, and that they were not
8    addressed by the Court, but, in fact, you've gone
9    on with seven to eight questions, and all of which
10   have been directly addressed by the Court.
11       Now, I'm here.  I'm here.  I'm here.  I've
12   unbuttoned my tie.  I've -- my button -- I've
13   pulled my tie out.  I'm here for the nights for
14   you, but are you really going to waste our time
15   with questions that the Court has already ruled
16   on?
17       MR. HOROWITZ:  All right.  I'm not here for the
18   entire night with you, okay?  I've got places to
19   be.  I've got a plane to catch.  I'm going to try
20   to get through as much as I can, but there's a
21   point in time where I've got to go, okay?
22       MR. PIKE:  Okay.  I understand.
23       MR. HOROWITZ:  I'm not going to get into a
24   banter with you right now.  We're going to continue
25   with these questions.  We're going to get done with

Page 315

1    as much as we can.
2        MR. PIKE:  That's fine.  I just want to bring
3    it up with the Court that you've gone on and you've
4    asked a ton of questions here today that have
5    already been covered by the Court's order that --
6    that of which you and I have spent a lot of time on
7    with regard to motion practice.
8    BY MR. HOROWITZ:
9        Q   Okay.  Do you either own or have a beneficial
10   interest in the property located at 457 Madison Avenue,
11   Fourth Floor?
12       A   Though I'd like to answer each and every one of
13   your questions with respect to these issues, on advice
14   of counsel, I'm going to have to invoke my Fourteenth
15   Amendment, Sixth Amendment and Fifth Amendment Right.
16       Q   Do you either own or have a beneficial interest
17   in the property located at 14 Wall Street?
18       A   As I said before, I'm going to -- as I've
19   answered most of these other questions, I'm going to
20   have to invoke my Sixth Amendment, Fifth Amendment and
21   Fourteenth Amendment Right, though I'd prefer to answer
22   these questions.
23       Q   Do you either own or have a beneficial interest
24   in the property located at 8000 Walton Parkway in New
25   Albany, Ohio?

Page 316

1        MR. PIKE:  Form to all these net worth
2    questions.  Are we in agreement there?
3        MR. HOROWITZ:  No, I -- I think you waived it
4    when you didn't answer -- assert those before.
5        MR. PIKE:  That's fine.
6        THE WITNESS:  I'd like to answer each one of
7    those questions, but today, under advice of
8    counsel, I'm going to have to assert my Fourteenth
9    Amendment, Fifth Amendment and Sixth Amendment
10   Right, Mr. Horowitz.
11   BY MR. HOROWITZ:
12       Q   Do you either own or have a beneficial interest
13   in -- islands known as Little St. James in the U.S.
14   Virgin Islands?
15       MR. PIKE:  Form, and for the record I can't
16   waive Fifth.  Go ahead.
17       THE WITNESS:  Excuse me, but I'd like to answer
18   that question, but on advice of counsel, I'm going
19   to assert my Fifth Amendment, Sixth Amendment and
20   Fourteenth Amendment Right.
21   BY MR. HOROWITZ:
22       Q   Do you either own or have a beneficial interest
23   in the property located -- in a property located in the
24   Westminster neighborhood in London, England?
25       MR. PIKE:  Form.

Page 317

1        THE WITNESS:  On advice of counsel, I'm going
2    to invoke my Fifth Amendment, Sixth Amendment and
3    Fourteenth Amendment Right.
4    BY MR. HOROWITZ:
5        Q   Do you either own or have a beneficial interest
6    in the property located -- at a -- strike that.
7        Do you either own or have a beneficial interest
8    in any property located on Avenue Folk (phonetic) in
9    Paris, France?
10       MR. PIKE:  Form.
11       THE WITNESS:  I'm going to answer that
12   question, as I've answered all your other questions
13   with respect to these issues, which is I am going
14   to have to invoke my Fifth Amendment, Sixth
15   Amendment and Fourteenth Amendment Right.
16   BY MR. HOROWITZ:
17       Q   Sir, I am going to hand you a document -- we'll
18   mark it as Exhibit 1 -- it's -- it's -- it's from the
19   Florida Department of Law Enforcement Sexual Offender's
20   and Predator's Flyer bearing your name, and on top it
21   says, "Vehicle and Vessel Information."  You can take a
22   look at it for a moment with your -- you and counsel.
23   My question is simply going to be:  Is this an accurate
24   list of the vehicles and vessels that you own as of
25   today's date?

32  (Pages 314 to 317)

Page 318

1      A   I am going to respond to that question,
2   Mr. Horowitz, as I've responded to every other question
3   today virtually, which is I am going to have to invoke
4   my Fifth Amendment, Sixth Amendment and Fourteenth
5   Amendment Right.
6          MR. HOROWITZ:  Okay.
7          MR. PIKE:  Form.
8   BY MR. HOROWITZ:
9      Q   With respect to the vehicles and vessels listed
10  on Document 1 -- Exhibit 1, are there any vehicles on
11  that list that you do not own or have a beneficial
12  interest in at the present time?
13         MR. PIKE:  Form.
14         THE WITNESS:  I'm going to assert my Fifth
15     Amendment, Sixth Amendment and Fourteenth Amendment
16     Rights.
17  BY MR. HOROWITZ:
18     Q   And with respect to the vehicles and vessels on
19  Exhibit 1, are there any other vehicles or vessels not
20  on that list which you -- which you own?
21         MR. PIKE:  Form.
22         THE WITNESS:  I'm going to answer that
23     question, as I've answered most of your other
24     questions here today, which is I am going to have
25     to invoke my Fifth Amendment, Sixth Amendment and

Page 319

1   Fourteenth Amendment Right.
2   BY MR. HOROWITZ:
3      Q   And in the past two years isn't it true, sir,
4   that you have transferred vehicles and -- vehicles,
5   vessels or aircrafts out of your own name to other
6   parties in an effort to defraud potential creditors?
7          MR. PIKE:  Form.
8          THE WITNESS:  Unfortunately I'd like to answer
9      all of those questions, but on the advice of
10     counsel here today, I cannot answer any questions
11     that may be relevant to any of the lawsuits.
12  BY MR. HOROWITZ:
13     Q   All right.  Since the first civil lawsuit was
14  filed against you alleging childhood sexual abuse, have
15  you been taking steps to hide and conceal your assets?
16         MR. PIKE:  Form.
17         THE WITNESS:  I would like to answer that
18     question with specificity, however, my counsel has
19     advised me that I must invoke my Fourteenth
20     Amendment, Sixth Amendment and Fifth Amendment
21     Right.
22  BY MR. HOROWITZ:
23     Q   Isn't it true, sir, that your efforts to
24  conceal your assets have included placing money in
25  accounts of other people?

Page 320

1          MR. PIKE:  Form.
2          THE WITNESS:  I would like to answer that
3      question, but I am going to have to answer the same
4      way I've answered most of your other questions
5      today, which is my counsel has informed me that any
6      questions relevant to these lawsuits, I must invoke
7      my Sixth Amendment, Fifth Amendment and Fourteenth
8      Amendment Right.
9   BY MR. HOROWITZ:
10     Q   Since the first lawsuit was filed against you
11  alleging childhood sexual abuse, isn't it true that your
12  efforts to conceal your assets have included placing
13  money in the accounts of corporations in which you have
14  a beneficial interest?
15         MR. PIKE:  Form.
16         THE WITNESS:  Mr. Horowitz, I'm going to answer
17     that question, as I've answered most of your other
18     questions here today.  My counsel has informed me
19     that I cannot answer any questions that may be
20     relevant to your lawsuits, so therefore, I must
21     invoke my Fourteenth Amendment Rights, my sixth
22     Amendment Rights and my Fifth Amendment Rights.
23  BY MR. HOROWITZ:
24     Q   Since the filing of the first lawsuit against
25  you in which it was alleged that you committed sexual

Page 321

1   abuse --
2          THE REPORTER:  Committed -- I'm sorry?
3          MR. HOROWITZ:  I'm sorry, I'll slow down a
4      little bit.
5   BY MR. HOROWITZ:
6      Q   Since the filing of the first lawsuit against
7   you in which it was alleged that you committed childhood
8   sexual abuse, have you expended money to pay for the
9   lawyers of witnesses in -- in the lawsuit?
10         MR. PIKE:  Form.
11         THE WITNESS:  Mr. Horowitz, I'm going to answer
12     that question the way I've answered most of your
13     other questions here today, which is though I'd
14     like to answer those questions, I've been advised
15     by my counsel that I may not.  And if I choose to
16     do so, and not invoke my Fourteenth, Sixth and
17     Fifth Amendment Rights which I am hereby doing,
18     that if I answer those questions I lose --
19     potentially lose his representation and/or waive my
20     rights.
21  BY MR. HOROWITZ:
22     Q   Did you have surveillance cameras in either the
23  interior or exterior of your home on -- at Brillo Way
24  between 2001 and 2006?
25         MR. PIKE:  Form.

33  (Pages 318 to 321)

Page 322

```
 1        THE WITNESS: Mr. Horowitz, I'm going to answer
 2    that question the same way I've answered most of
 3    your other questions here today.  I'd like to
 4    answer each one of your questions regarding your
 5    claims with great specificity, however, my counsel
 6    has advised me that I may not today, and thereby
 7    have to invoke my Fourteenth Amendment Rights, my
 8    Sixth Amendment Rights and Fifth Amendment Rights
 9    as provided by the U.S. Constitution.  So though
10    I'd like to answer those questions, I've been
11    informed that if I do so, I risk losing his
12    representation and/or waive my rights.
13  BY MR. HOROWITZ:
14    Q    Sir, have you had sexual contact with girls
15    under the age of 18 in New York State in the past ten
16    years?
17        MR. PIKE: Form.
18        THE WITNESS: I'm sorry?
19  BY MR. HOROWITZ:
20    Q    Have you, Jeffrey Epstein, had sexual contact
21    with girls under the age of 18 in New York State within
22    the past ten years?
23        MR. PIKE: Form.
24        THE WITNESS: Mr. Horowitz, I'd like to answer
25    every one of your questions here today about the
```

Page 323

```
 1    claims made by all your girls.  However, on advice
 2    of my counsel, I've been told that I must invoke my
 3    Fourteenth Amendment, Sixth Amendment and Fifth
 4    Amendment Rights.  Though I would like to answer
 5    those questions, I've been told if I choose to do
 6    so, I risk losing my counsel's representation
 7    and/or waive those rights.
 8  BY MR. HOROWITZ:
 9    Q    Have you had sexual contact with girls under
10    the age of 18 in the State of New Mexico in the past ten
11    years?
12        MR. PIKE: Form.
13        THE WITNESS: Mr. Horowitz, I'm going to answer
14    that question the same way I've answered virtually
15    all of your questions here today.  On advice of my
16    counsel -- though I would like to answer those
17    questions -- he's informed me that I must invoke my
18    Sixth Amendment, Fifth Amendment and Fourteenth
19    Amendment Right under the U.S. Constitution.
20  BY MR. HOROWITZ:
21    Q    Sir, between 2001 and 2006 was it your practice
22    to use your wealth to influence minor girls to have
23    sexual contact with you?
24        MR. PIKE: Form.
25        THE WITNESS: Mr. Horowitz, these types of
```

Page 324

```
 1    questions of a sexual nature, I would refer to, in
 2    fact, direct it to your partner who's been
 3    suspended after he filed some of these cases from
 4    practicing law -- he got suspended from filing --
 5    practicing law in Florida.
 6        Mr. Edwards' partner who's in jail for crafting
 7    cases of a sexual nature, defrauding investors,
 8    local people, out of their life savings by
 9    fabricating malicious sexually charged cases.  So
10    though I would like to answer each and every one of
11    your questions, today I cannot do so.  And I'm told
12    that if I choose to do so, I risk losing the
13    representation of my counsel.
14  BY MR. HOROWITZ:
15    Q    Was it your practice between 2001 and 2006 to
16    use your power to influence minor girls into having
17    sexual contact with you?
18        MR. PIKE: Form.
19        THE WITNESS: I would like to answer each and
20    every one of your questions.  However, my counsel
21    has told me I may not.  And though I would prefer
22    to answer, he's told me that if I choose to, I --
23    if -- potentially will lose his representation or
24    waive my rights, therefore, I must invoke the
25    rights as protected -- under the Constitution of
```

Page 325

```
 1    the Fourteenth Amendment, Sixth Amendment and Fifth
 2    Amendment.
 3  BY MR. HOROWITZ:
 4    Q    Isn't it true, sir, that the real reason that
 5    you brought underage girls to your home in Palm Beach
 6    County between 2001 to 2006, was that you could get
 7    sexual satisfaction?
 8        MR. PIKE: Form.
 9        THE WITNESS: Mr. Horowitz, I would like to
10    answer each and every one of your questions that
11    you've raised here today.  Unfortunately my counsel
12    has advised me that I cannot, and they have
13    instructed me to assert my rights as the -- as
14    under the Fourteenth Amendment, Sixth Amendment and
15    Fifth Amendment of the U.S. constitution.  I would
16    prefer to answer those questions.  I'd really
17    prefer to answer those questions, but my attorney
18    has told me I may not.  But if I choose to do so, I
19    will risk losing his representation and/or waiving
20    those rights.  Five minutes?
21        MR. HOROWITZ: Sure.
22        THE VIDEOGRAPHER: Time off the record 6:05
23    (Thereupon, a short break was taken.)
24        MR. HOROWITZ: All right.  Let me just --
25        THE VIDEOGRAPHER: Time on the record 6:11.
```

34  (Pages 322 to 325)

Page 326

1    MR. HOROWITZ: All right. Let me just get this
2  on the record. It's now 6:11 p.m. We've been
3  working all day, as best we can, plowing through so
4  far the claims of my seven clients, and though I
5  have done my very best on my part to get through as
6  much material as I can, I simply cannot finish
7  today, number one, because we've already been
8  working an eight-hour day, and two, maybe more
9  importantly, I have a plane to catch in about a
10  little bit over an hour. So with that said, I
11  cannot complete today. You know, you can file what
12  you need to, and I'll file what I need to, but --
13    MR. EDWARDS: Well --
14    MR. HOROWITZ: Do you want to say anything?
15    MR. EDWARDS: Yeah. For the purposes of the
16  record, I'd just like to make the record in that
17  the deposition was set in nine cases today, I
18  believe. I was unable to ask any questions today,
19  and I think the record is going to be clear as to
20  the reason why that happened, both the video and
21  the transcript, in a case like this where the
22  options are answer questions, or take the Fifth,
23  and the election for the most part was take the
24  Fifth, it should be a short abbreviated
25  deposition. Instead the types of answers that we

Page 327

1  received were obstructionist in nature. I think
2  that that's -- that's going to be something that
3  the Court is going to rule upon, but that's going
4  to be our position. And that after every -- nearly
5  every question, there was some injection into the
6  record by Mr. Epstein about Jeffrey Herman and some
7  discipline that he had with the Florida Bar, as
8  well as Scott Rothstein and his being in jail, as
9  well as something to do with other partners going
10  to jail, despite the fact that I haven't asked a
11  single question, nor have any questions been asked
12  about my clients.
13    In addition to the mockery that was made of
14  this deposition by Mr. Epstein and of the overall
15  discovery process today because of the way he chose
16  to answer questions and that his counsel did not
17  instruct him to do otherwise, and instead seemed to
18  encourage those types of responses, we're unable to
19  finish today. It's going to take another day.
20    And one other thing that I think is going to be
21  clear, but I want to put on the record, is that we
22  probably took fifteen -- no exaggeration -- breaks,
23  each one of them initiated by Mr. Epstein, which
24  just also served only to obstruct the deposition
25  and cause us not to finish today. So I just want

Page 328

1  to put that on the record, so that it's clear why
2  we're not finishing, at least from my vantage
3  point.
4    MS. EZELL: And I'd to add that I had cross-
5  noticed on behalf of our client in the one filed
6  case we have. We also represent three other
7  clients, and we do not yet have filed cases. We
8  certainly want a chance to ask our questions as
9  well. I do think we wasted a great deal of time
10  today in very self-serving answers that did nothing
11  to advance the discovery in this matter.
12    MR. PIKE: Is everybody done?
13    MR. HOROWITZ: Yes.
14    MR. EDWARDS: I'll just join in on the comments
15  by defense counsel.
16    MR. PIKE: Okay. I'm just going to move to
17  strike for purposes of the trial. I understand
18  that everybody is trying to make a record for any
19  future motion, but I move to strike everybody's
20  comments for purpose -- purposes of the trial in
21  this matter.
22    We're here right now, Mr. Edwards, for you to
23  begin and finish your deposition. We're here right
24  now for you, Mrs. Ezell, to begin and finish your
25  deposition of Mr. Epstein. And Mr. Horowitz, this

Page 329

1  case has been -- this deposition has been set for
2  some time, and, you know, whether or not you have a
3  flight plan, or whether or not it was prearranged,
4  I do not know. But we are here right now to finish
5  your deposition for your clients. So I see that
6  everybody is standing, with the exception of
7  Ms. Ezell. I'm sitting, and I'm ready to finish
8  this deposition and let you guys commence.
9    MS. EZELL: We've been going for eight hours
10  and fifteen minutes. The facility here is in all
11  closed down. The lights are off everywhere. We
12  can't get in and out of doors. I think to suggest
13  we proceed for what would be another eight hours at
14  this point is just not workable.
15    MR. EDWARDS: And I probably have five hours of
16  questions, and that's assuming that the answers
17  that we receive were less elongated than the ones
18  we received already. So given the circumstances
19  and the nature of the responses and how long it
20  takes to respond, we would not finish until next
21  Thursday at this pace so I just don't think it
22  would be fruitful to continue.
23    MR. PIKE: I understand your statement.
24    MR. EDWARDS: Right.
25    MR. PIKE: The facility here we have arranged

35 (Pages 326 to 329)

Page 330

```
 1   to have it after hours.  Our particular area is --
 2   is -- area is not closed down, so if you'd like to
 3   go forth with the deposition, we are here, as I've
 4   said.
 5        MR. HOROWITZ:  Let me say this.  You know, my
 6   -- nearly all of my clients have had two days of
 7   depositions, despite the fact that they're parties
 8   to only one case.  Mr. Epstein is a party to a
 9   dozen cases just for -- on the lawyers who are here
10   today.  So given the practice of parties' appearing
11   for two days of depositions in the past, it makes
12   sense particularly in the case of Mr. Epstein who's
13   a party in multiple cases to do at least two days
14   of depositions for the same reasons.  There's just
15   a lot of material to cover.
16        MR. PIKE:  I think everybody has said their
17   piece.
18        MR. EDWARDS:  Yep.
19        MR. PIKE:  Are we going off the record?
20        MR. HOROWITZ:  Yes, we can go off the record.
21        THE VIDEOGRAPHER:  Time off the record 6:17.
22        (Videotaped deposition was concluded.)
23        (Thereupon, Exhibit No. 1 was marked for
24   identification.)
25        THE REPORTER:  Do you want to order this,
```

Page 331

```
 1   Mr. Horowitz?
 2        MR. HOROWITZ:  Yes.
 3        MS. EZELL:  We'll take a copy.
 4        MR. PIKE:  We'll take a copy.
 5        MR. EDWARDS:  Copy, please.
 6        (Proceedings were concluded.)
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 332

```
 1
 2
 3   STATE OF FLORIDA    )
 4   COUNTY OF BROWARD   )
 5
 6
 7        I, the undersigned authority, certify that
 8   Jeffrey Edward Epstein personally appeared before me and
 9   was duly sworn.
10
11        WITNESS my hand and official seal this 22nd day
12   of March, 2010.
13
14
15
16
17        Vicki L. Lima, Court Reporter
          Notary Public - State of Florida
18        Commission No:  DD 882608
          Expiration Date:  May 26, 2013
19        Job #92076-B
20
21
22
23
24
25
```

Page 333

```
 1           C E R T I F I C A T E
 2
 3   STATE OF FLORIDA    )
 4   COUNTY OF BROWARD   )
 5        I, Vicki L. Lima, Court Reporter, Notary Public
     in and for the State of Florida at Large, do hereby
 6   certify that the aforementioned witness was by me first
     duly sworn to testify to the whole truth; that I was
 7   authorized to and did report said deposition in
     stenotype; and that the foregoing pages are a true and
 8   correct transcription of my shorthand notes of said
     deposition.
 9
10        I further certify that the said deposition was
     taken at the time and place hereinabove set forth and
11   that the taking of said deposition was commenced and
     completed as hereinabove set out.
12
          I further certify that I am not an attorney or
13   counsel of any of the parties, nor am I a relative or
     employee of any attorney or counsel of any party
14   connected with this action, nor am I interested in the
     action.
15
          The foregoing certification of this transcript
16   does not apply to any reproduction of the same by any
     means unless under the direct control and/or direction
17   of the certifying reporter.
18        IN WITNESS WHEREOF, I have hereunto set my hand
     this 22nd day of March, 2010.
19
20
21        Vicki L. Lima, Court Reporter
          Notary Public - State of Florida
22        Commission No:  DD 882608
          Expiration Date:  May 26, 2013
23        Job #92076-B
24
25
```

Page 334

1    UNIVERSAL LEGAL REPORTING
     888 EAST LAS OLAS BOULEVARD, SUITE 508
2       FORT LAUDERDALE, FLORIDA 33301
          (954) 712-2600
3
     March 22, 2010   Job #92076-B   Volume II
4
     Jeffrey Edward Epstein, witness
5    Michael J. Pike, Esquire
     303 Banyan Boulevard, Suite 400
6    West Palm Beach, Florida 33401
7    RE: Jane Doe No. 2 vs. Jeffrey Epstein
         CASE NO: 08-CV-80119-MARRA/JOHNSON
8
     Dear Mr. Epstein:
9
          Please take notice that on March 8, 2008, you
10   gave your deposition in the above-referred matter.  At
     that time, you did not waive your signature.  It is now
11   necessary that you sign your deposition.
          As previously agreed to, the transcript will be
12   furnished to you through your counsel.  Please read the
     following instructions:
13        At Page 335, you will find an errata sheet.  As
     you read your deposition, any changes or corrections
14   that you wish to make should be noted on the errata
     sheet, citing page and line number of said change.  DO
15   NOT write on the transcript itself.  Once you have read
     the transcript and noted any changes, be sure to sign
16   and date the errata sheet and return these pages to us
     at the address listed above.  You need not return the
17   entire transcript.
          If you do not read and sign the deposition
18   within thirty (30) days, the original, which has already
     been forwarded to the ordering attorney, may be filed
19   with the Clerk of the Court.  If you wish to waive your
     signature, sign your name in the blank at the bottom of
20   this letter and return it to us.
21        Very truly yours,
          Universal Legal Reporting,
22
23        Vicki L. Lima
          Court Reporter - Notary Public
24
     I do hereby waive my signature.
25

Page 335

1       E R R A T A   S H E E T
2    IN RE: Jane Doe No. 2 vs. Jeffrey Edward Epstein
3    DEPOSITION OF: Jeffrey Edward Epstein, Volume II
4    TAKEN:    March 8, 2010
5       DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE
6    PAGE #  LINE #  CHANGE      REASON

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____
     Please forward the original signed errata sheet to this
21   office so that copies may be distributed to all parties.
22   Under penalty of perjury, I declare that I have read my
     deposition and that it is true and correct subject to
23   any changes in form or substance entered here.
24   DATE:_____  SIGNATURE OF DEPONENT_____
25   Job #92076-B

37  (Pages 334 to 335)

FDLE Sexual Offenders and Predators Flyer          http://offender.fdle.state.fl.us/offender/flyerVehicleVesselInfo.do?pers...

# Vehicle and Vessel Information

This information is for the following offender:



**JEFFREY E EPSTEIN**

EPSTEIN is registered as a Sexual Offender.

The following information reflects only those vehicles and/or vessels registered to or owned by the
specific offender or predator. Please be aware that this individual may drive or operate vehicles or
vessels other than those listed here.

## Vehicle Information

| Vehicle Make: | Vehicle Type: | Vehicle Color: |
|---|---|---|
| CHEVROLET | AUTO | BLACK |
| Vehicle Year: | Vehicle Body: | Tag Number: |
| 2004 | UTILITY | 441WEN |

| Vehicle Make: | Vehicle Type: | Vehicle Color: |
|---|---|---|
| CONTINENTAL | VEHICLE TRAILER | Not Available |
| Vehicle Year: | Vehicle Body: | Tag Number: |
| 2004 | TRAILER | I96VBK |

| Vehicle Make: | Vehicle Type: | Vehicle Color: |
|---|---|---|
| MERCEDES-BENZ | AUTO | BLACK |
| Vehicle Year: | Vehicle Body: | Tag Number: |
| 2005 | 2 DOOR | Not Available |

| Vehicle Make: | Vehicle Type: | Vehicle Color: |
|---|---|---|
| JEEP | AUTO | GREEN |
| Vehicle Year: | Vehicle Body: | Tag Number: |
| 1987 | UTILITY | J18VLH |

| Vehicle Make: | Vehicle Type: | Vehicle Color: |
|---|---|---|
| CADILLAC | AUTO | BLACK |
| Vehicle Year: | Vehicle Body: | Tag Number: |
| 2005 | 4 DOOR | Q299GT |

| Vehicle Make: | Vehicle Type: | Vehicle Color: |
|---|---|---|
| MERCEDES-BENZ | AUTO | GRAY |
| Vehicle Year: | Vehicle Body: | Tag Number: |
| 2005 | 2 DOOR | X20BQZ |

| Vehicle Make: | Vehicle Type: | Vehicle Color: |
|---|---|---|
| HARLEY-DAVIDSON | MOTORCYCLE | BLACK |

EXHIBIT VLL
1
3/8/10 EPSTEIN
PENGAD 800-631-6989

3/5/2010 10:25 AM

| Vehicle Year: | Vehicle Body: | Tag Number: |
|---|---|---|
| 1973 | MOTORCYCLE | 47857G |

| Vehicle Make: | Vehicle Type: | Vehicle Color: |
|---|---|---|
| CHEVROLET | AUTO | BLACK |
| Vehicle Year: | Vehicle Body: | Tag Number: |
| 2001 | 2 DOOR | U11AFM |

| Vehicle Make: | Vehicle Type: | Vehicle Color: |
|---|---|---|
| MERCEDES-BENZ | AUTO | BLACK |
| Vehicle Year: | Vehicle Body: | Tag Number: |
| 2002 | 4 DOOR | Not Available |

| Vehicle Make: | Vehicle Type: | Vehicle Color: |
|---|---|---|
| HARLEY-DAVIDSON | MOTORCYCLE | GREEN |
| Vehicle Year: | Vehicle Body: | Tag Number: |
| 2000 | MOTORCYCLE | 63445F |

| Vehicle Make: | Vehicle Type: | Vehicle Color: |
|---|---|---|
| FORD | AUTO | GREEN |
| Vehicle Year: | Vehicle Body: | Tag Number: |
| 1991 | 4 DOOR | Not Available |

| Vehicle Make: | Vehicle Type: | Vehicle Color: |
|---|---|---|
| MERCEDES-BENZ | AUTO | BLACK |
| Vehicle Year: | Vehicle Body: | Tag Number: |
| 1992 | 4 DOOR | Not Available |

| Vehicle Make: | Vehicle Type: | Vehicle Color: |
|---|---|---|
| HARLEY-DAVIDSON | MOTORCYCLE | UNKNOWN COLOR |
| Vehicle Year: | Vehicle Body: | Tag Number: |
| 1992 | MOTORCYCLE | 00601T |

| Vehicle Make: | Vehicle Type: | Vehicle Color: |
|---|---|---|
| CHEVROLET | AUTO | WHITE |
| Vehicle Year: | Vehicle Body: | Tag Number: |
| 1991 | STATION WAGON | Not Available |

| Vehicle Make: | Vehicle Type: | Vehicle Color: |
|---|---|---|
| MERCEDES-BENZ | AUTO | RED |
| Vehicle Year: | Vehicle Body: | Tag Number: |
| 1986 | 2 DOOR | Not Available |

| Vehicle Make: | Vehicle Type: | Vehicle Color: |
|---|---|---|
| ROLLS-ROYCE | AUTO | UNKNOWN COLOR |
| Vehicle Year: | Vehicle Body: | Tag Number: |
| 1991 | 4 DOOR | Not Available |

| Vehicle Make: | Vehicle Type: | Vehicle Color: |
| --- | --- | --- |
| **MERCEDES-BENZ** | **AUTO** | **ALUMINUM / SILVER** |
| Vehicle Year: | Vehicle Body: | Tag Number: |
| **1998** | **ROADSTER** | **RAS85L** |

| Vehicle Make: | Vehicle Type: | Vehicle Color: |
| --- | --- | --- |
| **MERCEDES-BENZ** | **AUTO** | **BLACK** |
| Vehicle Year: | Vehicle Body: | Tag Number: |
| **1997** | **4 DOOR** | **Not Available** |

| Vehicle Make: | Vehicle Type: | Vehicle Color: |
| --- | --- | --- |
| **MERCEDES-BENZ** | **AUTO** | **BLACK** |
| Vehicle Year: | Vehicle Body: | Tag Number: |
| **1999** | **4 DOOR** | **C194SP** |

| Vehicle Make: | Vehicle Type: | Vehicle Color: |
| --- | --- | --- |
| **VOLKSWAGEN** | **AUTO** | **BLUE** |
| Vehicle Year: | Vehicle Body: | Tag Number: |
| **1964** | **CONVERTIBLE** | **ILO20F** |

| Vehicle Make: | Vehicle Type: | Vehicle Color: |
| --- | --- | --- |
| **CHEVROLET** | **AUTO** | **BLACK** |
| Vehicle Year: | Vehicle Body: | Tag Number: |
| **2001** | **UTILITY** | **F972TH** |

| Vehicle Make: | Vehicle Type: | Vehicle Color: |
| --- | --- | --- |
| **ROADSTER** | **AUTO** | **GREEN** |
| Vehicle Year: | Vehicle Body: | Tag Number: |
| **1993** | **CONVERTIBLE** | **F970TH** |

| Vehicle Make: | Vehicle Type: | Vehicle Color: |
| --- | --- | --- |
| **FAST LOAD AUTO HAULERS** | **VEHICLE TRAILER** | **Not Available** |
| Vehicle Year: | Vehicle Body: | Tag Number: |
| **2000** | **TRAILER** | **G172JC** |

| Vehicle Make: | Vehicle Type: | Vehicle Color: |
| --- | --- | --- |
| **MERCEDES-BENZ** | **AUTO** | **BLACK** |
| Vehicle Year: | Vehicle Body: | Tag Number: |
| **2002** | **4 DOOR** | **C165SP** |

| Vehicle Make: | Vehicle Type: | Vehicle Color: |
| --- | --- | --- |
| **JEEP** | **AUTO** | **RED** |
| Vehicle Year: | Vehicle Body: | Tag Number: |
| **1985** | **2 DOOR** | **G751913** |

| Vehicle Make: | Vehicle Type: | Vehicle Color: |
| --- | --- | --- |
| **BENTLEY** | **AUTO** | **BLACK** |

| Vehicle Year: | Vehicle Body: | Tag Number: |
|---|---|---|
| **2006** | **4 DOOR** | **V752DS** |

| Vehicle Make: | Vehicle Type: | Vehicle Color: |
|---|---|---|
| **CHEVROLET** | **AUTO** | **BLACK** |

| Vehicle Year: | Vehicle Body: | Tag Number: |
|---|---|---|
| **2003** | **UTILITY** | **V99YEE** |

## Vessel Information

Vessel Make:
**YAMAHA MOTOR CORP USA**

Vessel Type:
**PERSONAL WATERCRAFT (JETSKI)**

Vessel Color:
**Not Available**

Motor Type:
**INBOARD**

Hull Material:
**FBGlass**

Vessel Year:
**2002**

Registration Number:
**Not Available**