UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.                                                                          15-cv-07433-RWS

GHISLAINE MAXWELL,

    Defendant.

---------------------------------------------------X

**Declaration Of Laura A. Menninger In Support Of Defendant's Motion
to Reopen Deposition of Plaintiff Virginia Giuffre**

I, Laura A. Menninger, declare as follows:

1.    I am an attorney at law duly licensed in the State of New York and admitted to practice in the United States District Court for the Southern District of New York. I am a member of the law firm Haddon, Morgan & Foreman, P.C., counsel of record for Defendant Ghislaine Maxwell ("Maxwell") in this action. I respectfully submit this declaration in support of Defendant's Motion to Reopen Deposition of Plaintiff Virginia Giuffre.

2.    Attached as Exhibit A is a true and correct copy of the transcript of the hearing held before this Court on April 21, 2016.

3.    Attached as Exhibit B is a true and correct copy of a letter from Laura A. Menninger to Sigrid McCawley dated April 25, 2016 concerning discovery.

4.    Attached as Exhibit C is a true and correct copy of Plaintiff's Second Amended Supplemental Response and Objections to Defendant's First Set of Discovery Requests to Plaintiff, served April 29, 2016.

5. Attached as Exhibit D (filed under seal) █████████████████

██████████████████████████████████

████████████████████████

6. Attached as Exhibit E (filed under seal) █████████████████

██████████████████████████████████

7. Attached as Exhibit F (filed under seal) █████████████████

██████████████████████████████████

8. Attached as Exhibit G (filed under seal) █████████████████

██████████████████████████████████

████████████████████████████

9. Attached as Exhibit H (filed under seal) █████████████████

██████████████████████████████████

10. Attached as Exhibit I (filed under seal) █████████████████

██████████████████████████████████

████████████████████████████

11. Attached as Exhibit K (filed under seal) i█████████████████

██████████████████████████████████

████████████████████

12. Attached as Exhibit L is a true and correct copy of a letter from Laura A. Menninger to Sigrid McCawley and Meredith Shultz dated June 13, 2016 concerning discovery.

13. Attached as Exhibit M (filed under seal) i█████████████████

██████████████████████████████████

████████████

14. Attached as Exhibit N (filed under seal) ███████████████████
███████████████████

By: */s/ Laura A. Menninger*
Laura A. Menninger

### CERTIFICATE OF SERVICE

I certify that on June 21, 2016, I electronically served this *Declaration Of Laura A. Menninger In Support Of Defendant's Motion* to *Reopen Deposition of Plaintiff Virginia Giuffre* via ECF on the following:

Sigrid S. McCawley
Meridith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons