# REDACTED
# EXHIBIT F