# REDACTED
# EXHIBIT N