

HADDON
MORGAN
FOREMAN





June 20, 2016

**Via Facsimile (212) 805-7925**

Hon. Robert W. Sweet
United States District Judge
United States District Court
Daniel Patrick Moynihan Courthouse
Southern District of New York
500 Pearl Street, Room 1940
New York, New York 10007-1312

        Re:    *Giuffre v. Maxwell*, 15-cv-07433-RWS

Dear Judge Sweet:

    This is a letter motion to file under seal the following Motions, as well as Declarations and certain exhibits thereto, under seal pursuant to this Court's Protective Order (Doc. # 62):

- Defendant's Combined Memorandum of Law In Opposition to Extending Deadline to Complete Depositions and Motion for Sanctions for Violations of Rule 45;

- Motion to Reopen Deposition of Plaintiff Virginia Giuffre;

- Motion for Rule 37(b) &(c) Sanctions for Failure to Comply with Court Order and Failure to Comply with Rule 26(a).

The Protective Order states:

> Whenever a party seeks to file any document or material containing CONFIDENTIAL INFORMATION with the Court in this matter, it shall be accompanied by a Motion to Seal pursuant to Section 6.2 of the Electronic Case Filing Rules & Instructions for the Southern District of New York.

*See* Protective Order (Doc. #62) signed on March 17, 2016 at 4. These Motions, Declarations and Exhibits contain content designated as Confidential by the parties pursuant to the Protective Order.

*So ordered*
*Sweet USDJ*
*6-20-16*

Hon. Robert W. Sweet
June 20, 2016
Page 2

Ms. Maxwell therefore requests permission to file the Confidential information under seal.

Sincerely,

HADDON, MORGAN AND FOREMAN, P.C.

/s/ Laura A. Menninger
Laura A. Menninger

## CERTIFICATE OF SERVICE

I certify that on June 20, 2016, I electronically served this *LETTER MOTION* via ELECTRONIC MAIL on the following:

Sigrid S. McCawley
Meridith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

/s/ Nicole Simmons
Nicole Simmons