UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

VIRGINIA L. GIUFFRE,

              Plaintiff,

   - against -

GHISLAINE MAXWELL,

              Defendant.

----------------------------------------X

15 Civ. 7433 (RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/21/16

**Sweet, D.J.**

    Defendant's motion to reopen Plaintiff's deposition and motion for sanctions shall be taken on submission returnable Thursday, June 30, 2016 in Courtroom 18C, United States Courthouse, 500 Pearl Street. All papers shall be served in accordance with Local Civil Rule 6.1.

    It is so ordered.

**New York, NY**
**June 21, 2016**

                                  ROBERT W. SWEET
                                       U.S.D.J.