UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA GIUFFRE, : | |
| : | |
| Plaintiff, : | |
| v. : | No.15-cv-07433-RWS |
| : | |
| GHISLAINE MAXWELL, : | |
| : | |
| Defendant. : | |

### SUPPLEMENTAL DECLARATION OF GREGORY L. POE IN SUPPORT OF MOTION TO QUASH (OR IN THE ALTERNATIVE MODIFY) SUBPOENA AND FOR A PROTECTIVE ORDER

I, Gregory L. Poe, hereby declare as follows:

1. I am the sole member of the Law Offices of Gregory L. Poe PLLC in Washington, D.C. I represent non-party Jeffrey Epstein with respect to a Fed. R. Civ. P. 45 subpoena in the above-referenced matter.

2. I am admitted to practice in the District of Columbia. My D.C. Bar number is 426020. I am a member in good standing of the D.C. Bar. The Court granted my application to appear *pro hac vice* in the above-referenced matter on June 20, 2016 (Dkt. 225).

3. I respectfully submit this supplemental declaration pursuant to 28 U.S.C. § 1746 in support of Mr. Epstein's motion to quash (or in the alternative modify) the subpoena and for a protective order (Dkt. 222).

4. Attached hereto as Exhibit 1 is a true and correct copy of an email chain that includes communications among counsel from June 12-14, 2016.

I declare under penalty of perjury on this 21st day of June 2016 that the foregoing is true and correct.

>   */s/ Gregory L. Poe*
>   Gregory L. Poe
>   *Counsel for Non-Party Jeffrey Epstein*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 21st day of June, 2016, I caused a true and correct copy of the foregoing Supplemental Declaration of Gregory L. Poe in Support of Jeffrey Epstein's Motion to Quash (or in the Alternative Modify) Subpoena and for a Protective Order to be served via the Court's CM/ECF system on the following:

>Sigrid S. McCawley
>Meridith Schultz
>BOIES, SCHILLER & FLEXNER, LLP
>401 East Las Olas Boulevard, Ste. 1200
>Ft. Lauderdale, FL 33301
>smccawley@bsfllp.com
>mschultz@bsfllp.com
>
>Paul G. Cassell
>383 S. University Street
>Salt Lake City, UT 84112
>cassellp@law.utah.edu
>
>Bradley J. Edwards
>FARMER, JAFFE, WEISSING, EDWARDS,
>FISTOS & LEHRMAN, P.L.
>425 North Andrews Ave., Ste. 2
>Ft. Lauderdale, FL 33301
>brad@pathtojustice.com
>
>Laura A. Menninger
>Jeffrey S. Pagliuca
>HADDON, MORGAN AND FOREMAN, P.C.
>150 East 10th Avenue Denver, CO 80203
>Phone:   303.831.7364
>Fax:     303.832.2628
>lmenninger@hmflaw.com

>>*/s/ Rachel S. Li Wai Suen*
>>Rachel S. Li Wai Suen