UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.                                                  15-cv-07433-RWS

GHISLAINE MAXWELL,

    Defendant.

---------------------------------------------------X

**Declaration Of Laura A. Menninger In Support Of Defendant's Response
in Opposition to Non-Party Sharon Churcher's
<u>Motion to Quash Subpoena</u>**

    I, Laura A. Menninger, declare as follows:

    1.    I am an attorney at law duly licensed in the State of New York and admitted to practice in the United States District Court for the Southern District of New York. I am a member of the law firm Haddon, Morgan & Foreman, P.C., counsel of record for Defendant Ghislaine Maxwell ("Maxwell") in this action. I respectfully submit this declaration in support of Defendant's Response in Opposition to Non-Party Sharon Churcher's Motion to Quash Subpoena.

    2.    Attached as Exhibit A (filed under seal) are true and correct copies of Plaintiff's communications with Sharon Churcher.

    3.    Attached as Exhibit B (filed under seal) are true and correct copies ███

4.  Attached as Exhibit C (filed under seal) is a ████████████████████
████████████████████████████████████████████████████████████████████
███████████████.

5.  Attached as Exhibit D is a true and correct copy of Ross Gow statement to the press concerning Ms. Maxwell.

By:  /s/ Laura A. Menninger
Laura A. Menninger

# CERTIFICATE OF SERVICE

I certify that on June 22, 2016, I electronically served this *Declaration Of Laura A. Menninger In Support Of Defendant's Response in Opposition to non-party Sharon Churcher Motion to Quash Subpoena* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons