# EXHIBIT 2

# Sigrid McCawley

| | |
|---|---|
| **From:** | Martin Weinberg <owlmgw@att.net> |
| **Sent:** | Wednesday, May 25, 2016 1:18 PM |
| **To:** | Sigrid McCawley; Martin Weinberg |
| **Subject:** | Epstein - Deposition and Service |

Sigrid, I will forward you a copy of the 4-11 email later today. I will not have any answer on the threshold question of whether or not I am authorized to accept service until after the holiday weekend i.e. on Tuesday May 31st. If I am authorized by Mr. Epstein to accept service, we can talk then about dates, terms, specifics etc. Marty

Martin G. Weinberg, Esq.
20 Park Plaza
Suite 1000
Boston, MA 02116
(617) 227-3700 - Office
(617) 901-3472 - Cell

===================================This Electronic Message contains information from the Law Office of Martin G. Weinberg, P.C., and may be privileged. The information is intended for the use of the addressee only. If you are not the addressee, please note that any disclosure, copying, distribution, or use of the contents of this message is prohibited.

1