# EXHIBIT 7

MAY. 24. 2016  4:50PM                                                    NO. 980   P. 1

UNITED STATES DISTRICT COURT
for the
Southern District of New York

Virginia L. Giuffre,  Plaintiff

V.                                            Civil Action No. 15-CV-07433-RWS

Ghislaine Maxwell, Defendant                         AFFIDAVIT

Douglas G. Mercer, being duly sworn deposes and states:

1. I am employed as the Chief Investigator by Alpha Group Investigations, an investigative and security services company. I supervised the service of subpoenas upon Jeffrey Epstein, Sarah Kellen-Vickers and Nadia Marcinkova.

2. On Monday, April 25th, 2016 Alpha Group's Research Coordinator Enza Miller conducted research to determine current reported addresses in New York for Jeffrey Epstein, Sarah Kellen-Vickers and Nadia Marcinkova. Ms. Miller determined the following:

Jeffrey Epstein:

457 Madison Avenue, Apt 4, New York, New York 10022
9 E. 71st Street, New York, New York 10021
301 E. 66th Street, Apt 10F, New York, New York 10065

Sarah Kellen-Vickers:

92 Greene Street, Front 2, New York, New York 10012
9 E. 71st Street, New York, New York, 10012
301 E. 66th Street, Apt 14G, New York, New York 10065

Nadia Marcinkova:

301 E. 66th Street, Apt 11E/10N, New York, New York 10065

3. On Tuesday, April 26th, at 12:21pm, Alpha Group Investigator Kevin Murphy arrived at 92 Greene Street, New York, New York to attempt to serve a subpoena on Sarah Kellen-Vickers. Investigator Murphy was advised by a doorman that Sarah Kellen-Vickers resides at the location, in Penthouse 2, but had not been staying at the location due to construction.

4. On Tuesday, April 26th, 2016 at 1:44 pm, Investigator Kevin Murphy arrived at 457 Madison Avenue, New York, New York to attempt to serve a subpoena on Jeffrey Epstein. Investigator Murphy observed that the location was called the Trunk Club, which was a private clothing retailer, not a residence.

5. On Tuesday, April 26th, 2016, at 2:16 pm, Investigator Kevin Murphy arrived at 301 E. 66th Street, New York, New York to attempt to serve subpoenas on Jeffrey Epstein, Sarah Kellen-Vickers and Nadia Marcinkova. Investigator Murphy was informed by a doorman that the doorman had observed Sarah Kellen-Vickers earlier in the day. The doorman called Sarah Kellen-Vickers apartment, but no one answered the phone. The doorman did not recognize the names of Jeffrey Epstein, or Nadia Marcinkova.

6. On Tuesday, April 26th, 2016, at 2:34 pm, Investigator Kevin Murphy arrived at 9 E. 71st Street, New York, New York to attempt to serve subpoenas on Jeffrey Epstein and Sarah Kellen-Vickers. Investigator Murphy knocked on the door and rang the bell and he finally spoke to an Asian Male, 40-45 years of age, 5'5"-5'8" tall, 150 pounds, who told the investigator that neither Jeffrey Epstein, nor Sarah Kellen-Vickers were at the residence.

7. On Thursday, April 28th, 2016, at 6:00 pm, Investigator Kevin Murphy arrived at 301 E. 66th Street, New York, New York to attempt to serve subpoenas on Jeffrey Epstein, Sarah Kellen-Vickers and Nadia Marcinkova. A doorman at the location called apartment 14G for Sarah Kellen-Vickers, but no one answered the phone. The doorman would not supply Investigator Murphy with any additional information.

8. On Thursday, April 28th, 2016 at 6:17 pm, Investigator Kevin Murphy arrived at 9 E. 71st Street, New York, New York to attempt to serve subpoenas on Jeffrey Epstein and Sarah Kellen-Vickers. Investigator Murphy was advised by an unknown female on the intercom that Jeffrey Epstein was not home, but would return to the residence sometime on Monday, May 2nd, 2016.

9. On Thursday, April 28th, 2016 at 6:56 pm, Investigator Kevin Murphy arrived at 92 Greene Street, New York, New York to attempt to serve a subpoena on Sarah Kellen-Vickers. A doorman at the building called several phone numbers to contact Sarah Kellen-Vickers and after apparently speaking to Sarah Kellen-Vickers, the doorman advised Investigator Murphy that Sarah Kellen-Vickers was not home.

10. On Saturday, April 30th, 2016, at 2:11 pm, Investigator Kevin Murphy arrived at 301 E. 66th Street, New York, New York to attempt to serve subpoenas on Jeffrey Epstein, Sarah Kellen-Vickers and Nadia Marcinkova. Investigator Murphy was informed by a doorman that the doorman had seen Sarah Kellen-Vickers earlier in the day at the building. The investigator was informed by the doorman that the doorman believed that Sarah Kellen-Vickers uses an office and an apartment at the building. The investigator was informed by the doorman that no one answered the phone in Sarah Kellen-Vickers apartment. The doorman could not provide any further information regarding Jeffrey Epstein, or Nadia Marcinkova.

11. On Saturday, April 30th, 2016, at 2:20 pm Investigator Kevin Murphy arrived at 9 E. 71st Street, New York, New York to attempt to serve subpoenas on Jeffrey Epstein and Sarah Kellen-Vickers. Investigator Murphy rang the doorbell and knocked on the door. An unknown female responded to Investigator Murphy on the intercom and the female advised that Jeffrey Epstein was not home, but would return to the location sometime on Monday, May 2nd, 2016.

12. On Saturday, April 30th, 2016 at 3:17 pm, Investigator Kevin Murphy arrived at 92 Greene Street, New York, New York to attempt to serve a subpoena on Sarah Kellen-

Vickers. The investigator was informed by a doorman that no one was staying in Penthouse 2 due to construction. Investigator Murphy was advised that the doorman had not seen Sarah Kellen-Vickers for several weeks.

13. On Tuesday, May 3rd, 2016, at 7:40 am, Investigator Joseph Dorilio arrived at 9 E. 71st Street, New York, New York to attempt to serve subpoenas on Jeffrey Epstein and Sarah Kellen-Vickers. Investigator Dorilio knocked on the door and rang the doorbell several times, but no one from within the residence responded. Investigator Dorilio served subpoenas for Jeffrey Epstein and Sarah Kellen-Vickers by taping the subpoenas to the front door.

14. On Tuesday, May 3rd, 2016, at 8:05 am, Investigator Joseph Dorilio arrived at 301 E. 66th Street, New York, New York to attempt to serve subpoenas on Jeffrey Epstein, Sarah Kellen-Vickers and Nadia Marcinkova. Investigator Dorilio was advised by a supervisor named Andrew, to leave the subpoenas with the doorman, rather than taping them to the front door. Investigator Dorilio then served subpoenas for Jeffrey Epstein, Sarah Kellen-Vickers and Nadia Marcinkova by leaving them with the doorman at the location.

15. On Tuesday, May 3rd, 2016 at 8:45 am, Investigator Joseph Dorilio arrived at 92 Greene Street, New York, New York to attempt to serve a subpoena on Sarah Kellen-Vickers. Investigator Dorilio was informed by a doorman that Sarah Kellen-Vickers had not been at the location for several months due to construction. Investigator Dorilio then served a subpoena for Sarah Kellen-Vickers to the doorman, Mike, who advised that he would contact Sarah Kellen-Vickers and give her the subpoena.

16. On Tuesday, May 3rd, 2016, the deponent mailed copies of subpoenas to the following:

Jeffrey Epstein:

9 E. 71st Street, New York, New York 10021
301 E. 66th Street, Apt 10F, New York, New York 10065

Sarah Kellen-Vickers:

92 Greene Street, Front 2, New York, New York 10012
9 E. 71st Street, New York, New York, 10012
301 E. 66th Street, Apt 14G, New York, New York 10065

Nadia Marcinkova:

301 E. 66th Street, Apt 11E/10N, New York, New York 10065
A witness fee check in the amount of $82.80 was attached to the subpoena for Nadia Marcinkova.

17. On Saturday, May 14th, 2016 at 6:45 am, Investigator Anna Intriago arrived at 301 E. 66th Street, New York, New York to attempt to serve subpoenas on Jeffrey Epstein, Sarah Kellen-Vickers and Nadia Marcinkova. Investigator Intriago set up a surveillance position outside of the building, but did not observe Jeffrey Epstein, Sarah Kellen Vickers, or Nadia Marcinkova. At 9:00 am Investigator Intriago entered

the building at 301 E. 66th Street, New York, New York to attempt to serve the subpoenas for Jeffrey Epstein, Sarah Kellen-Vickers and Nadia Marcinkova. The doorman would not provide any information about the three subjects.

18. On Saturday, May 14th, 2016 at 9:10 am, Investigator Anna Intriago arrived at 9 E. 71st Street, New York, New York to attempt to serve subpoenas on Jeffrey Epstein and Sarah Kellen-Vickers. Investigator Intriago rang the bell and knocked on the door, but no one responded.

19. On Monday, May 16th, 2016 at 6:30 am Investigator Anna Intriago arrived at 301 E. 66th Street, New York, New York to attempt to serve subpoenas on Jeffrey Epstein, Sarah Kellen-Vickers and Nadia Marcinkova. Investigator Intriago spoke to a doorman who advised that Nadia Marcinkova resided within the building, but travels a lot. The doorman advised Investigator Intriago that Nadia Marcinkova was not in the building at that time. The doorman advised Investigator Intriago that Jeffrey Epstein does not reside in the building, but owns apartments. The doorman advised Investigator Intriago that Sarah Kellen-Vickers no longers resides within the building; that Sarah Kellen-Vickers moved about two years ago.

20. On Monday, May 16th, 2016 at 11:25 am Investigator Anna Intriago arrived at 9 E. 71st Street, New York, New York to attempt to serve subpoenas on Jeffrey Epstein and Sarah Kellen-Vickers. Investigator Intriago rang the doorbell and knocked on the door. An unknown male responded on the intercom and advised that neither Jeffrey Epstein, nor Sarah Kellen-Vickers were at the residence. The unknown male would not tell Investigator Intriago when Jeffrey Epstein and Sarah Kellen-Vickers were expected to return to the residence.

21. On Monday, May 16th, 2016 at 12:00 pm Investigator Anna Intriago returned to 301 E. 66th Street, New York, New York to ascertain if Nadia Marciinkova had returned to the residence. Investigator Intriago was advised by the doorman that Nadia Marcinkova had not returned to the residence. The doorman advised Investigator Intriago that no one was permitted to enter the building unless permission was given by a resident.

22. On Tuesday, May 17th, 2016, at 4:06 pm Investigator Anna Intriago arrived at 301 E. 66th Street, New York, New York to attempt to serve subpoenas on Jeffrey Epstein, Sarah Kellen-Vickers and Nadia Marcinkova. At 5:00pm, after Investigator Intriago did not observe Jeffrey Epstein, Sarah Kellen-Vickers, or Nadia Marcinkova enter or leave the building, Investigator Intriago entered the building and spoke to a doorman. The doorman would not provide any information about any resident.

23. On Tuesday, May 17th, 2016, shortly after 5:00 pm Investigator Anna Intriago responded to 9 E. 71st Street, New York, New York to attempt to locate and serve subpoenas on Jeffrey Epstein and Sarah Kellen-Vickers. The investigator did not observe Jeffrey Epstein, or Sarah Kellen Vickers enter or leave the residence.

24. On Tuesday, May 17th, 2016 at 6:21 pm, at 301 E. 66th Street, New York, New York Investigator Anna Intriago served subpoenas for Jeffrey Epstein, Sarah Kellen-Vickers and Nadia Marcinkova by delivering the subpoenas to Jose Pepin, a doorman at the 301 E. 66th Street, New York, New York.

25. On Tuesday, May 17th, 2016 at 6:39 pm, at 9 E. 71st Street, New York, New York Investigator Anna Intriago had attempted to serve subpoenas for Jeffrey Epstein and Sarah Kellen-Vickers by ringing the doorbell and knocking on the door. An unknown female answered on the intercom and advised Investigator Intriago that neither Jeffrey Epstein, nor Sarah Kellen-Vickers were at the residence. The unknown female advised that she could not accept the subpoenas for Jeffrey Epstein, or Sarah Kellen-Vickers. Investigator Intriago then served the subpoenas for Jeffrey Epstein and Sarah Kellen-Vickers by taping the subpoenas to the front door.

26. On Wednesday, May 18th, 2016 the deponent mailed copies of subpoenas to the following:

Jeffrey Epstein:

9 E. 71st Street, New York, New York 10021
301 E. 66th Street, Apt 10F, New York, New York 10065
A witness fee check in the amount of $41.10 was attached to the subpoena for Jeffrey Epstein

Sarah Kellen-Vickers:

9 E. 71st Street, New York, New York, 10012
301 E. 66th Street, Apt 14G, New York, New York 10065
A witness fee check in the amount of $41.10 was attached to the subpoena for Sarah Kellen-Vickers.

Nadia Marcinkova:

301 E. 66th Street, Apt 11E/10N, New York, New York 10065
A witness fee check in the amount of $41.10 was attached to the subpoena for Nadia Marcinkova.

_____
DOUGLAS G. MERCER

Sworn to before me this
24th Day of May, 2016.

_____
~~Enza Miller~~ ROSANNE GIESE
Notary Public

ROSANNE GIESE
Notary Public, State of New York
No. 01GI4818508, Suffolk County
Term Expires February 28, 2018