# EXHIBIT 8

Sigrid McCawley

| | |
|---|---|
| **From:** | Jack Goldberger <jgoldberger@agwpa.com> |
| **Sent:** | Monday, May 23, 2016 1:44 PM |
| **To:** | Sigrid McCawley |
| **Cc:** | Meredith Schultz |
| **Subject:** | RE: Nadia Marcinkova |

thank you for your email Sigrid,
I represented Nadia Marcinkova for a short period of time but do not currently represent her, nor do I know her whereabouts. Accordingly, I cannot accept service on her behalf.
Thank you
Jack goldberger

**From:** Sigrid McCawley [mailto:Smccawley@BSFLLP.com]
**Sent:** Monday, May 23, 2016 9:47 AM
**To:** Jack Goldberger
**Cc:** Meredith Schultz
**Subject:** Nadia Marcinkova

Hello Jack,

I represent Virginia Giuffre in the case of Giuffre v. Maxwell pending in the Southern District of New York Case No. 15 cv 07433. I understand that you previously represented Nadia Marcinkova. We have made a number of subpoena service attempts on Ms. Marcinkova and are writing you to confirm whether you will accept service of our subpoena for Nadia Marcinkova or if not, we will need to seek leave with the Court for alternative service. If you can accept service, we can work with you to make the time/location convenient for your client.

Thank you,
Sigrid

Sigrid S. McCawley
Partner
**BOIES, SCHILLER & FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Phone: 954-356-0011 ext. 4223
Fax: 954-356-0022
http://www.bsfllp.com

[illegible confidentiality notice]

1