# EXHIBIT 10

# Sigrid McCawley

| | |
|---|---|
| **From:** | Meredith Schultz |
| **Sent:** | Monday, May 23, 2016 4:18 PM |
| **To:** | rhantman@hantmanlaw.com; Laura Menninger (lmenninger@hmflaw.com); jpagliuca@hmflaw.com |
| **Cc:** | Sigrid McCawley; 'brad@pathtojustice.com' (brad@pathtojustice.com); Paul Cassell (cassellp@law.utah.edu) |
| **Subject:** | Notice of Taking Deposition |
| **Attachments:** | 2016-05-23 Notice of Taking Deposition of Jean Luc Brunel- (June 7 2016).pdf |

Dear Counsel,

Please see the attached.

Thanks,

Meredith

Meredith L. Schultz
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Phone: 954-356-0011 ext. 4204
Fax: 954-356-0022
http://www.bsfllp.com

1

United States District Court
Southern District of New York

Virginia L. Giuffre,

        Plaintiff,        Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

        Defendant.
_____/

## PLAINTIFF'S NOTICE OF TAKING VIDEOTAPED DEPOSITION OF JEAN LUC BRUNEL

**PLEASE TAKE NOTICE THAT**, pursuant to the subpoena we served counsel, the undersigned counsel provides this Notice of Taking the Videotaped Deposition of the below-named individual on the date and hour indicated.

| | |
|---|---|
| **NAME:** | Jean Luc Brunel |
| **DATE AND TIME:** | June 7, 2016 at 9:00 a.m. |
| **LOCATION:** | Boies Schiller & Flexner, LLP<br>575 Lexington Avenue<br>New York, NY 10022 |

The videotaped deposition will be taken upon oral examination before Magna Legal Services, or any other notary public authorized by law to take depositions. The oral examination will continue from day to day until completed.

The video operator shall be provided by Magna Legal Services. This deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the rules of this Court.

Dated: May 23, 2016.

                              BOIES, SCHILLER & FLEXNER LLP

By: /s/ Sigrid McCawley
     Sigrid McCawley (Pro Hac Vice)
     Meredith Schultz (Pro Hac Vice)
     Boies Schiller & Flexner LLP
     401 E. Las Olas Blvd., Suite 1200
     Ft. Lauderdale, FL 33301
     (954) 356-0011

     David Boies
     Boies Schiller & Flexner LLP
     333 Main Street
     Armonk, NY 10504

     Bradley J. Edwards (Pro Hac Vice)
     FARMER, JAFFE, WEISSING,
     EDWARDS, FISTOS & LEHRMAN, P.L.
     425 North Andrews Avenue, Suite 2
     Fort Lauderdale, Florida 33301
     (954) 524-2820

     Paul G. Cassell (Pro Hac Vice)
     S.J. Quinney College of Law
     University of Utah
     383 University St.
     Salt Lake City, UT 84112
     (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 23rd day of May, 2016, I served the attached document PLAINTIFF'S NOTICE OF TAKING VIDEOTAPED DEPOSITION OF JEAN LUC BRUNEL via Email to the following counsel of record.

Robert Hantman, Esq.
Hantman & Associates
1120 Avenue of the Americas, 4th Floor
New York, NY 10036
Tel: (212) 684-3933
Email: rhantman@hantmanlaw.com

Laura A. Menninger, Esq.
Jeffrey Pagliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com
Email: jpagliuca@hmflaw.com

/s/ Sigrid S. McCawley
Sigrid S. McCawley