# COMPOSITE EXHIBIT 14

# (Filed Under Seal)