```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

 - against -

GHISLAINE MAXWELL,

    Defendant.
------------------------------------X

15 Civ. 7433 (RWS)

ORDER

**Sweet, D.J.**

 Allegations implicating absent third-parties have been made in connection with this defamation action. Some of these allegations implicate and potentially irreparably intrude on the privacy of individuals not present before this Court.

 With these privacy concerns in mind, the names and identifying information of individuals alleged to be involved or otherwise implicated by the underlying factual circumstances of this case will be subject to the Protective Order, ECF No. 62, agreed upon by the parties.

 To maintain the public record with respect to any such filings, the filing party shall serve a proposed redacted

version (if applicable) upon the non-filing party contemporaneously with unredacted filings. The non-filing party will be permitted 72 hours (or more as necessary upon good cause shown) to review the version proposed to be filed publically for compliance with this Order and the Protective Order. Within that period, the non-filing party shall either propose additional redactions or indicate that no further redaction is necessary. Any additional redactions proposed by the non-filing party shall be made. Redacted filings shall not be made on the Electronic Case Management System until after this process has been completed. Any party that seeks to challenge the original or additional redactions may do so by motion.

Filing of redacted papers on the Electronic Case Management System shall be considered certification by filing counsel of review for compliance with this Order and the Protective Order, including the procedures of conferral with opposing counsel set forth above.

With respect to filing deadlines, the time of electronic filing shall control for purposes of ordered briefing schedules, which shall accommodate this process as follows: Motion papers shall be electronically filed 72 hours after service upon counsel. Oppositions shall be served upon opposing counsel

fourteen days after the motion has been served, and electronically filed fourteen days after a motion is filed. Replies shall be served upon opposing counsel seven days after the opposition has been served, and electronically filed seven days after the opposition has been filed. All other aspects of Local Civil Rule 6.1 shall apply unless otherwise ordered. All deadlines shall be at the close of business in the Southern District of New York, 5:00 PM Eastern Daylight Time, on the appropriate day set forth by scheduling order. After-hours filings shall be considered untimely and will not be considered. As previously ordered, the parties are directed to submit courtesy copies of unredacted papers at the time of service on opposing counsel, with the proposed redactions indicated by highlighting as has been done thus far.

The Court directs the Clerk of Court and Records Department to unseal the docket and seal ECF No. 246.

It is so ordered.

New York, NY
June 24, 2016

_____
ROBERT W. SWEET
U.S.D.J.