UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

VIRGINIA L. GIUFFRE,

               Plaintiff,

  - against -

GHISLAINE MAXWELL,

               Defendant.
------------------------------------------X

15 Civ. 7433 (RWS)

ORDER

**Sweet, D.J.**

    The Clerk of Court is directed to place the above entitled docket under seal.

    It is so ordered.

New York, NY
June 23, 2016

                                    ROBERT W. SWEET
                                    U.S.D.J.