# BOIES, SCHILLER & FLEXNER LLP

401 EAST LAS OLAS BOULEVARD • SUITE 1200 • FORT LAUDERDALE, FL 33301 2211 • PH. 954-356-0011 • FAX 954-356-0022



Sigrid S. McCawley, Esq.
Email: smccawley@bsfllp.com

RECEIVED
JUN 23 2016
JUDGE SWEET CHAMBERS

June 22, 2016

**Via CM/ECF**

Honorable Judge Robert W. Sweet
District Court Judge
United States District Court
500 Pearl Street
New York, NY 10007

    Re:    *Giuffre v. Maxwell*,
            **Case no. 15-cv-07433-RWS – Regarding Protective Order**

Dear Judge Sweet:

    This is a letter motion to file Ms. Giuffre's Reply in Opposition to Defendant's Motion to Extend the Deadline to Complete Depositions and Opposition to Motion for Sanctions for Violation of Rule 45 and certain accompanying exhibits under seal pursuant to this Court's Protective Order (DE 62).

The Protective Order states:

> Whenever a party seeks to file any document or material containing CONFIDENTIAL INFORMATION with the Court in this matter, it shall be accompanied by a Motion to Seal pursuant to Section 6.2 of the Electronic Case Filing Rules & Instructions for the Southern District of New York.

*See* Protective Order (DE 62) signed on March 17, 2016, at p. 4. The parties have designated certain documents confidential pursuant to the Protective Order; accordingly, Ms. Giuffre seeks leave to file the Response and certain related exhibits under seal.

                            Respectfully submitted,

                            Sigrid S. McCawley, Esq.

cc:    Laura Menninger, via CM/ECF
        Jeffrey Pagliuca, via CM/ECF

So ordered
Sweet␣ USDJ
6.23.16