

HADDON
MORGAN
FOREMAN



RECEIVED
Haddon, Morgan and Foreman, P.C.
Laura A. Menninger
JUN 23 2016
JUDGE SWEET / CHAMBERS
150 East 10th Avenue
Denver, Colorado 80203
[phone] 1428
www.hmflaw.com
lmenninger@hmflaw.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-23-16

June 22, 2016

**Via Facsimile (212) 805-7925**

Hon. Robert W. Sweet
United States District Judge
United States District Court
Daniel Patrick Moynihan Courthouse
Southern District of New York
500 Pearl Street, Room 1940
New York, New York 10007-1312

      Re:    *Giuffre v. Maxwell*, 15-cv-07433-RWS

Dear Judge Sweet:

    This is a letter motion to file under seal the Defendant's Response to Non-party Sharon Churcher's Motion to Quash Subpoena, as well as Declaration and certain exhibits thereto, under seal pursuant to this Court's Protective Order (Doc. # 62):

The Protective Order states:

> Whenever a party seeks to file any document or material containing CONFIDENTIAL INFORMATION with the Court in this matter, it shall be accompanied by a Motion to Seal pursuant to Section 6.2 of the Electronic Case Filing Rules & Instructions for the Southern District of New York.

*See* Protective Order (Doc. #62) signed on March 17, 2016 at 4. This Motion, Declaration and Exhibits contain content designated as Confidential by the parties pursuant to the Protective Order.

Ms. Maxwell therefore requests permission to file the Confidential information under seal.

*So ordered*
*[signature] USDJ*
*6-23-16*

Hon. Robert W. Sweet
June 22, 2016
Page 2

                Sincerely,

                HADDON, MORGAN AND FOREMAN, P.C.

                */s/ Laura A. Menninger*
                Laura A. Menninger

## CERTIFICATE OF SERVICE

I certify that on June 22, 2016, I electronically served this *LETTER MOTION* via ELECTRONIC MAIL on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons