# EXHIBIT 2

# (File Under Seal)