# EXHIBIT 3

# (File Under Seal)