# EXHIBIT 4
# (File Under Seal)