# COMPOSITE

# EXHIBIT 5

# (File Under Seal)