COMPOSITE

# EXHIBIT 6

# (File Under Seal)