COMPOSITE
# EXHIBIT 7
(File Under Seal)