# EXHIBIT 9

# (File Under Seal)