# EXHIBIT 10
# (File Under Seal)