# BOIES, SCHILLER & FLEXNER LLP

401 EAST LAS OLAS BOULEVARD · SUITE 1200 · FORT LAUDERDALE, FL 33301-2211 · PH. 954.356.0011 · FAX 954.356.0022

Sigrid S. McCawley, Esq.
Email: smccawley@bsfllp.com

June 28, 2016

**Via CM/ECF**

Honorable Judge Robert W. Sweet
District Court Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re: *Giuffre v. Maxwell*,
    Case no. 15-cv-07433-RWS – Regarding Protective Order

Dear Judge Sweet:

This is a letter motion to file Ms. Giuffre's Response in Opposition to Defendant's Motion for Defendant's Rule 37(b) &(c) Sanctions for Failure to Comply with Court Order and Failure to Comply to Rule 26(a) and certain accompanying exhibits under seal pursuant to this Court's Protective Order (DE 62).

The Protective Order states:

> Whenever a party seeks to file any document or material containing CONFIDENTIAL INFORMATION with the Court in this matter, it shall be accompanied by a Motion to Seal pursuant to Section 6.2 of the Electronic Case Filing Rules & Instructions for the Southern District of New York.

*See* Protective Order (DE 62) signed on March 17, 2016, at p. 4. The parties have designated certain documents confidential pursuant to the Protective Order; accordingly, Ms. Giuffre seeks leave to file the Response and certain related exhibits under seal.

Respectfully submitted,

Meredith Schultz, Esq.

So ordered
Sweet USDJ
7-5-16

cc: Laura Menninger, via CM/ECF
    Jeffrey Pagliuca, via CM/ECF