# REDACTED
# EXHIBIT O