# REDACTED
# EXHIBIT P