# REDACTED
# EXHIBIT Q