# REDACTED
# EXHIBIT R