# EXHIBIT S

# BOIES, SCHILLER & FLEXNER LLP

401 EAST LAS OLAS BOULEVARD • SUITE 1200 • FORT LAUDERDALE, FL 33301-2211 • PH. 954.356.0011 • FAX 954.356.0022

Meredith Schultz, Esq.
E-mail: mschultz@bsfllp.com

May 25, 2016

<u>VIA E-MAIL</u>

Laura A. Menninger, Esq.
Jeffrey Pagliuca, ESQ.
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado  80203

      Re:    *Giuffre v. Maxwell*
            <u>Case No. 15-cv-07433-RWS</u>

Dear Counsel:

On behalf of the Plaintiff, Virginia Giuffre, documents, Bates-stamped GIUFFRE005439 through GIUFFRE005497, are being produced pursuant to Defendant's Request for Production.

Certain documents are designated confidential pursuant to this Court's Protective Order; please treat them accordingly.

If you have any questions concerning the foregoing, or if there are any issues with the media, please do not hesitate to contact me at (954) 356-0011.

Sincerely,

Meredith Schultz

MS/ep
Enclosures

# BOIES, SCHILLER & FLEXNER LLP

401 EAST LAS OLAS BOULEVARD • SUITE 1200 • FORT LAUDERDALE, FL 33301-2211 • PH. 954.356.0011 • FAX 954.356.0022

Meredith Schultz, Esq.
E-mail: mschultz@bsfllp.com

June 1, 2016

**VIA E-MAIL**

Laura A. Menninger, Esq.
Jeffrey Pagliuca, ESQ.
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado  80203

Re:     ***Giuffre v. Maxwell***
        **Case No. 15-cv-07433-RWS**

Dear Counsel:

On behalf of the Plaintiff, Virginia Giuffre, documents, Bates-stamped GUIFFRE005498- GIUFFRE005569; GIUFFRE005570- GIUFFRE005580; GIUFFRE005581- GIUFFRE005606 are being produced pursuant to Defendant's Request for Production.

Documents are designated confidential pursuant to this Court's Protective Order; please treat them accordingly.

If you have any questions concerning the foregoing, or if there are any issues with the media, please do not hesitate to contact me at (954) 356-0011.

Sincerely,

Meredith Schultz

MS/sp
Enclosure