# REDACTED
# EXHIBIT T