# BOIES, SCHILLER & FLEXNER LLP

401 EAST LAS OLAS BOULEVARD • SUITE 1200 • FORT LAUDERDALE, FL 33301-2211 • PH. 954.356.0011 • FAX 954.356.0022

Meredith Schultz, Esq.
Email: mschultz@bsfllp.com

July 12, 2016

**Via CM/ECF**

Honorable Judge Robert W. Sweet
District Court Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re:   *Giuffre v. Maxwell*
      Case no. 15-cv-07433-RWS -- Regarding Protective Order

Dear Judge Sweet,

This is a letter motion to file Ms. Giuffre's Plaintiff's Motion for Leave to File a Sur-Reply and accompanying exhibit under seal pursuant to this Court's Protective Order (DE 62).

The Protective Order states:

> Whenever a party seeks to file any document or material containing CONFIDENTIAL INFORMATION with the Court in this matter, it shall be accompanie3d by a Motion to Seal pursuant to Section 6.2 of the Electronic Case Filing Rules & Instructions for the Southern District of New York.

*See* Protective Order (DE 62) signed on March 17, 2016, at p. 4.

Numerous materials have been marked as confidential in this case. As Ms. Giuffre's Motion for Leave to File a Sur-Reply and accompanying exhibit contain material that the parties have designated as confidential, she seeks leave to file it under seal.

Respectfully submitted,

Meredith Schultz, Esq.


cc: Laura Menninger and Jeffrey Pagliuca via CM/ECF