# BOIES, SCHILLER & FLEXNER LLP

401 EAST LAS OLAS BLVD.* SUITE 1200* FT. LAUDERDALE, FL 33301* PH. 954-356-0011* FAX 954-356-0022

Sigrid S. McCawley, Esq.
Email: smccawley@bsfllp.com

July 12, 2016

**Via CM/ECF**

Honorable Judge Robert W. Sweet
District Court Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re: *Giuffre v. Maxwell*
    Case no. 15-cv-07433-RWS

Dear Judge Sweet,

    This is a letter motion to file a Sur-Reply to Defendant's Reply in Support of Motion for Sanctions. The Reply brief contains many, material factual misrepresentations. Accordingly, Ms. Giuffre seeks leave to file the attached a brief Sur-Reply which corrects some of the factual misrepresentations, a correction of which Ms. Giuffre believes is necessary in order to create an accurate factual record.

Respectfully submitted,

Sigrid S. McCawley, Esq.

SSM:dk

cc: Laura Menninger and Jeffrey Pagliuca via CM/ECF