**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

Plaintiff, Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

Defendant.
________________________________/

**PLAINTIFF VIRGINIA GIUFFRE'S SUR-REPLY IN RESPONSE TO DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR SANCTIONS**

Plaintiff, Virginia Giuffre, hereby submits this sur-reply in response to Defendant's Reply in Support of Motion for Sanctions, responding to Defendant's new – and inaccurate – representation of facts.

## I. CORRECTIONS TO DEFENDANT'S FACTUAL MISREPRESENTATIONS

Ms. Giuffre does not make new arguments in this brief, but, instead, rebuts some of the most significant factual inaccuracies throughout Defendant's reply brief.

[redacted]







[redacted]

[redacted]

[redacted]

Curiously, in the "Argument" section of her reply brief, Defendant also raises a host additional – and new – factual claims about allegedly withheld records. Reply Br. at 9. Here again, Defendants' claims are inaccurate.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

There are multiple other inaccuracies throughout Defendant's brief, but in the interest of brevity and addressing only the most material inaccuracies, Ms. Giuffre has not addressed each one.

**CONCLUSION**

Ms. Giuffre has properly disclosed her medical care providers to Defendant and, accordingly, Defendant's motion for sanction should be denied.

Dated: July 12, 2016.

Respectfully Submitted,
BOIES, SCHILLER & FLEXNER LLP

By: /s/ Sigrid McCawley

Sigrid McCawley (Pro Hac Vice)
Meredith Schultz (Pro Hac Vice)
Boies Schiller & Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

David Boies
Boies Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

Bradley J. Edwards (Pro Hac Vice)
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
(954) 524-2820

Paul G. Cassell (Pro Hac Vice)
S.J. Quinney College of Law
University of Utah
383 University St.
Salt Lake City, UT 84112
(801) 585-5202[5]

[5] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 12th day of July, 2016, I served the attached document via Email and CM/ECF to the following counsel of record.

Laura A. Menninger, Esq.
Jeffrey Pagliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com
jpagliuca@hmflaw.com

/s/ Sigrid S. McCawley
Sigrid S. McCawley