United States District Court
Southern District of New York

Virginia L. Giuffre,

Plaintiff,                                              Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

Defendant.

_____/

**DECLARATION OF SIGRID S. McCAWLEY IN SUR-REPLY IN RESPONSE TO DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR SANCTIONS**

I, Sigrid S. McCawley, declare that the below is true and correct to the best of my knowledge as follows:

1. I am a partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's September 29, 2015 Order granting my Application to Appear Pro Hac Vice.

2. I respectfully submit this Declaration in response to Defendant's Reply in Support of Motion for Sanctions.

3. Attached hereto as Sealed Exhibit 1, is a true and correct copy of ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

4. Attached hereto as Sealed Exhibit 2 is a true and correct copy of ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

5. Attached hereto as Sealed Exhibit 3 is a true and correct copy of ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

6. Attached hereto as Sealed Exhibit 4 is a true and correct copy of ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

7. Attached hereto as Sealed Exhibit 5 is a true and correct copy of ▮▮▮▮▮

8. Attached hereto as Sealed Exhibit 6 is a true and correct copy ▮▮▮▮▮

9. Attached hereto as Sealed Exhibit 7 is a true and correct copy of

10. Attached hereto as Sealed Exhibit 8 is a true and correct copy of ▮▮▮▮▮

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Sigrid S. McCawley
Sigrid S. McCawley, Esq.

Dated: July 12, 2016.

                                         Respectfully Submitted,

                                         BOIES, SCHILLER & FLEXNER LLP

By:   /s/ Sigrid McCawley
       Sigrid McCawley (Pro Hac Vice)
       Meredith Schultz (Pro Hac Vice)
       Boies Schiller & Flexner LLP
       401 E. Las Olas Blvd., Suite 1200
       Ft. Lauderdale, FL 33301
       (954) 356-0011

       David Boies
       Boies Schiller & Flexner LLP
       333 Main Street
       Armonk, NY 10504

       Bradley J. Edwards (Pro Hac Vice)
       FARMER, JAFFE, WEISSING,
       EDWARDS, FISTOS & LEHRMAN, P.L.
       425 North Andrews Avenue, Suite 2
       Fort Lauderdale, Florida 33301
       (954) 524-2820

       Paul G. Cassell (Pro Hac Vice)
       S.J. Quinney College of Law
       University of Utah
       383 University St.
       Salt Lake City, UT 84112
       (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

3

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 12th day of July, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system.  I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

>Laura A. Menninger, Esq.
>Jeffrey Pagliuca, Esq.
>HADDON, MORGAN & FOREMAN, P.C.
>150 East 10th Avenue
>Denver, Colorado 80203
>Tel: (303) 831-7364
>Fax: (303) 832-2628
>Email: lmenninger@hmflaw.com
>       jpagliuca@hmflaw.com

/s/ Sigrid S. McCawley

Sigrid S. McCawley

4