Exhibit 5

(File Under Seal)