# Exhibit 6

# (File Under Seal)