United States District Court
Southern District of New York

RECEIVED
JUL 06 2016
JUDGE SWEET CHAMBERS

Virginia L. Giuffre,

    Plaintiff,

v.

Ghislaine Maxwell,

    Defendant.
_____/

Case No.: 15-cv-07433-RWS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/16

### THE PARTIES' AGREED NOTICE OF FILING REDACTED OPINION

Pursuant to this Court's June 20, 2016, Opinion, Plaintiff, Virginia Giuffre, and Defendant, Ghislaine Maxwell, hereby files with the Court a proposed redacted version of its June 20, 2016, Opinion with agreed upon redactions. The Court ordered as follows:

> This matter being subject to a Protective Order, the parties are directed to meet and confer regarding redactions to this Opinion consistent with that Order. The parties are further directed to jointly file a proposed redacted version of this Opinion or Notify the Court that none are necessary within two weeks of the date of receipt of this Opinion.

June 20, 2016, Order at p. 19.

Accordingly, attached please find a proposed redacted version of this Court's Opinion.

Dated: July 5, 2016.

                Respectfully Submitted,

So ordered
Sweet
USDJ
7-11-16

BOIES, SCHILLER & FLEXNER LLP

By: /s/ Sigrid McCawley
    Sigrid McCawley (Pro Hac Vice)
    Meredith Schultz (Pro Hac Vice)
    Boies Schiller & Flexner LLP
    401 E. Las Olas Blvd., Suite 1200
    Ft. Lauderdale, FL 33301
    (954) 356-0011

1

David Boies
Boies Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

Bradley J. Edwards (Pro Hac Vice)
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
(954) 524-2820

Paul G. Cassell (Pro Hac Vice)
S.J. Quinney College of Law
University of Utah
383 University St.
Salt Lake City, UT 84112
(801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 5th day of July, 2016, I served the attached document via CM/ECF to the following counsel of record.

Laura A. Menninger, Esq.
Jeffrey Pagliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com
          jpagliuca@hmflaw.com

                              /s/ Sigrid S. McCawley
                              Sigrid S. McCawley

3