# BOIES, SCHILLER & FLEXNER LLP

401 EAST LAS OLAS BOULEVARD • SUITE 1200 • FORT LAUDERDALE, FL 33301-2211 • PH. 954.356.0011 • FAX 954.356.0022

Meredith Schultz, Esq.
E-mail: mschultz@bsfllp.com

June 8, 2016

**VIA E-MAIL**

Laura A. Menninger, Esq.
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203

**Re:   *Giuffre v. Maxwell*
       Case No. 15-cv-07433-RWS**

Dear Laura:

I am writing to follow up on my June 30, 2016, letter. In addition to any other email account that Ms. Maxwell may have, please include a search of Ms. Maxwell's GNMM@earthlink.net email account.

Sincerely,

Meredith Schultz

MS:dk

WWW.BSFLLP.COM