Meredith Schultz, Esq.
Email: mschultz@bsfllp.com

July 13, 2016

<u>Via CM/ECF</u>

Honorable Judge Robert W. Sweet
District Court Judge
United States District Court
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/15/16
```

    Re:    *Giuffre v. Maxwell*
           <u>Case no. 15-cv-07433-RWS – Regarding Protective Order</u>

Dear Judge Sweet,

    This is a letter motion to file Ms. Giuffre's Motion for an Adverse Inference Instruction Pursuant to Rule 37(b), (e), and (f), Fed. R. Civ. P., and certain accompanying exhibits under seal pursuant to this Court's Protective Order (DE 62).

The Protective Order states:

Whenever a party seeks to file any document or material containing CONFIDENTIAL INFORMATION with the Court in this matter, it shall be accompanie3d by a Motion to Seal pursuant to Section 6.2 of the Electronic Case Filing Rules & Instructions for the Southern District of New York.

*See* Protective Order (DE 62) signed on March 17, 2016, at p. 4.

    Numerous materials have been marked as confidential in this case. As Ms. Giuffre's Motion for an Adverse Inference Instruction Pursuant to Rule 37(b), (e), and (f), Fed. R. Civ. P., and certain accompanying exhibits contain material that the parties have designated as confidential, she seeks leave to file it under seal.

                          Respectfully submitted,

                          /s/ Meredith Schultz

                          Meredith Schultz, Esq.

cc: Laura Menninger and Jeffrey Pagliuca via CM/ECF
\

*[Handwritten: So ordered. Sweet USDJ 7-15-16]*