```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

VIRGINIA L. GIUFFRE,

                    Plaintiff,                 15 Civ. 7433 (RWS)

     - against -                                    O R D E R

GHISLAINE MAXWELL,

                    Defendant.
------------------------------------------X
```

**Sweet, D.J.**

Plaintiff's motion for an adverse inference instruction shall be taken in submission returnable August 11, 2016. All papers shall be served in accordance with Local Civil Rule 6.1 and pursuant to this Court's previous orders.

It is so ordered.

New York, NY
July 15, 2016

ROBERT W. SWEET
U.S.D.J.