# BOIES, SCHILLER & FLEXNER LLP

401 EAST LAS OLAS BOULEVARD • SUITE 1200 • FORT LAUDERDALE FL 33301-2211 • PH 954.356.00·· • FAX 954.356.0022

Meredith Schultz, Esq.
Email: mschultz@bsfllp.com

July 18, 2016

**Via CM/ECF**

Honorable Judge Robert W. Sweet
District Court Judge
United States District Court
500 Pearl Street
New York, NY 10007

RECEIVED JUL 18 2016 JUDGE SWEET CHAMBERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/16

Re: *Giuffre v. Maxwell*
   <u>Case no. 15-cv-07433-RWS – Regarding Protective Order</u>

Dear Judge Sweet,

    This is a letter motion to file Ms. Giuffre's Response in Opposition to Defendant's improper letter motion to strike Plaintiff Virginia Giuffre's Motion for an Adverse Inference Instruction Pursuant to Rule 37(B), (E), and (F), Fed. R. Civ. P., and certain accompanying exhibits under seal pursuant to this Court's Protective Order (DE 62).

    The Protective Order states:

> Whenever a party seeks to file any document or material containing CONFIDENTIAL INFORMATION with the Court in this matter, it shall be accompanie3d by a Motion to Seal pursuant to Section 6.2 of the Electronic Case Filing Rules & Instructions for the Southern District of New York.

*See* Protective Order (DE 62) signed on March 17, 2016, at p. 4.

    Numerous materials have been marked as confidential in this case. As Ms. Giuffre's Motion for an Adverse Inference Instruction Pursuant to Rule 37(b), (e), and (f), Fed. R. Civ. P., and certain accompanying exhibits contain material that the parties have designated as confidential, she seeks leave to file it under seal.

Respectfully submitted,

*/s/ Meredith Schultz*

Meredith Schultz, Esq.

So Ordered
/s/ *[illegible]* USDJ
7-19-'16

cc: Laura Menninger and Jeffrey Pagliuca via CM/ECF

WWW.BSFLLP.COM