```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------X

VIRGINIA L. GIUFFRE,

                Plaintiff,
                                                15 Civ. 7433 (RWS)
     - against -

                                                     ORDER

GHISLAINE MAXWELL,

                Defendant.
-----------------------------------------X
```

**Sweet, D.J.**

Defendant's motion to strike Plaintiff's motion for an Adverse Inference Instruction, ECF No. 288 is denied. The parties are directed to submit proposed search terms and any briefs in support for court determination within ten days of the date of filing of this order.

The briefing schedule and submission date for Plaintiff's motion for an Adverse Inference Instruction, ECF No. 279, set forth in the Court's July 15, 2016 Order, ECF No. 287, is adjourned. A briefing schedule and submission date will be set after search terms are determined.

It is so ordered.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/16
```

New York, NY
July 2·C, 2016

_____
ROBERT W. SWEET
U.S.D.J.