# REDACTED
# EXHIBIT U