# REDACTED EXHIBIT V