# REDACTED
# EXHIBIT W