# REDACTED EXHIBIT X