United States District Court
Southern District of New York

Virginia L. Giuffre,

       Plaintiff,                Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.

_____/

**DECLARATION OF MEREDITH SCHULTZ IN SUPPORT OF
PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME
TO SERVE PROCESS UPON AND DEPOSE ROSS GOW**

      I, Meredith L. Schultz, declare that the below is true and correct to the best of my knowledge as follows:

      1.      I am a associate with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's March 28, 2016 Order granting my Application to Appear Pro Hac Vice.

      2.      I respectfully submit this Declaration in Support of Plaintiff's Motion for an Extension of time to Serve Process Upon and Depose Ross Gow.

      3.      Attached hereto as Exhibit 1 are true and correct copies of July 12, 2016 and July 13, 2016 emails to Ross Gow.

      4.      Attached hereto as Exhibit 2 is a true and correct copy of Request for Service Abroad of Judicial or Extrajudicial Documents.

      5.      Attached hereto as Exhibit 3 is a true and correct copy of Acknowledgment of Receipt from Senior Courts of England and Wales Foreign Process Section.

      6.      Attached hereto as Exhibit 4 are true and correct copies of July 13, 2016 emails from Phillip Barden

7. Attached hereto as Exhibit 5 is a true and correct copy of Affidavit of Cesar Agusto Sepulveda.

8. Attached hereto as Exhibit 6 is a true and correct copy of July 14, 2016 letter to Phillip Barden

9. Attached hereto as Exhibit 7 is a true and correct copy of excerpt from Defendant's Response to Plaintiff's First Set of Requests for Admissions.

10. Attached hereto as Exhibit 8 is a true and correct copy of excerpt from Defendant's Rule 26 Disclosures.

11. Attached hereto as Exhibit 9 is a true and correct copy of July 19, 2016 letter from Philip Barden.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Meredith L. Schultz_____
Meredith L. Schultz, Esq.

Dated: July 25, 2016.

                                          Respectfully Submitted,

                                          BOIES, SCHILLER & FLEXNER LLP

By:  /s/ Meredith Schultz
     Meredith Schultz (Pro Hac Vice)
     Meredith Schultz (Pro Hac Vice)
     Boies Schiller & Flexner LLP
     401 E. Las Olas Blvd., Suite 1200
     Ft. Lauderdale, FL 33301
     (954) 356-0011

     David Boies
     Boies Schiller & Flexner LLP
     333 Main Street
     Armonk, NY 10504

     Bradley J. Edwards (Pro Hac Vice)
     FARMER, JAFFE, WEISSING,
     EDWARDS, FISTOS & LEHRMAN, P.L.
     425 North Andrews Avenue, Suite 2
     Fort Lauderdale, Florida 33301
      (954) 524-2820

     Paul G. Cassell (Pro Hac Vice)
     S.J. Quinney College of Law
     University of Utah
     383 University St.
     Salt Lake City, UT 84112
     (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 25th day of July, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

>   Laura A. Menninger, Esq.
>   Jeffrey Pagliuca, Esq.
>   HADDON, MORGAN & FOREMAN, P.C.
>   150 East 10th Avenue
>   Denver, Colorado 80203
>   Tel: (303) 831-7364
>   Fax: (303) 832-2628
>   Email: lmenninger@hmflaw.com
>          jpagliuca@hmflaw.com

/s/ Meredith L. Schultz
   Meredith L. Schultz