# EXHIBIT 4

**Deborah Knowlton**

| | |
|---|---|
| **From:** | Philip Barden <Philip.Barden@devonshires.co.uk> |
| **Sent:** | Wednesday, July 13, 2016 4:16 PM |
| **To:** | Meredith Schultz |
| **Cc:** | Sigrid McCawley; 'brad@pathtojustice.com' (brad@pathtojustice.com); Paul Cassell (cassellp@law.utah.edu); Sandra Perkins; Aneisha Christie; Laura Menninger (lmenninger@hmflaw.com); jpagliuca@hmflaw.com |
| **Subject:** | Re: Acceptance of Service of Process |

Dear Madam

Please answer my earlier email and provide the documents required to evidence that you have complied with The Hague Convention and UK law.

Absent this your process is invalid as I am sure you know.

It looks like you have issued a subpoena in the US and sought to serve that here without compliance with international and UK law.

Regards

Philip Barden

Sent from my iPhone

On 13 Jul 2016, at 18:09, Meredith Schultz <mschultz@BSFLLP.com<mailto:mschultz@bsfllp.com>> wrote:

Dear Mr. Barden,

You are in receipt of a valid subpoena, though I understand that you contest that service has been properly effectuated. Despite this opinion, my London office has informed me that, pursuant to English law, Mr. Gow may waive service of process by giving you permission to accept the subpoena on his behalf. Please advise at your earliest convenience whether you accept service of process of the subpoena on behalf of Mr. Gow. In addition, I would be happy to work with Mr. Gow's schedule to find a day that is mutually convenient for the deposition.

Thanks,

Meredith

Meredith L. Schultz
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Phone: 954-356-0011 ext. 4204
Fax: 954-356-0022

1

http://www.bsfllp.com<https://fttmail.bsfllp.com/exchweb/bin/redir.asp?URL=http://www.bsfllp.com>

From: Philip Barden [mailto:Philip.Barden@devonshires.co.uk]
Sent: Wednesday, July 13, 2016 1:13 AM
To: Meredith Schultz
Cc: Sigrid McCawley; 'brad@pathtojustice.com<mailto:brad@pathtojustice.com>' (brad@pathtojustice.com<mailto:brad@pathtojustice.com>); Paul Cassell (casselllp@law.utah.edu<mailto:casselllp@law.utah.edu>); Sandra Perkins; Aneisha Christie; Laura Menninger (lmenninger@hmflaw.com<mailto:lmenninger@hmflaw.com>); jpagliuca@hmflaw.com<mailto:jpagliuca@hmflaw.com>
Subject: Re: Acceptance of Service of Process

Dear Ms Schultz

Would you please provide me with the Letter of Request, enabling England & Wales High Court order with supporting documents and I will take instructions.

I see no evidence that you have followed the correct process in this matter and without compliance with The Hague Convention, as implemented in the UK, there can be no valid service.

Once I can see that you have a valid subpoena then I will ensure Mr Gow is available for service. I cannot be served in his place as that is not valid service.

You will appreciate many people are away on holiday now.

Further service has to be effected no less than 7 days before any hearing (subject to challenge) and so 20 July is not a valid date.

I would add that the subpoena I have seen does not comply with UK laws and so if issued in this form will be challenged and that challenge must be determined before any deposition.

These matters are usually dealt with in the first instance by inter lawyer correspondence and so I await your reply.

Regards

Philip Barden

Sent from my iPhone

On 12 Jul 2016, at 23:02, Meredith Schultz <mschultz@BSFLLP.com<mailto:mschultz@bsfllp.com<mailto:mschultz@BSFLLP.com%3cmailto:mschultz@bsfllp.com>>> wrote:

Dear Mr. Barden,

Please see the attached correspondence on behalf of Sigrid McCawley.

Sincerely,

Meredith Schultz

Meredith L. Schultz
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Phone: 954-356-0011 ext. 4204
Fax: 954-356-0022
http://www.bsfllp.com<http://www.bsfllp.com>><https://fttmail.bsfllp.com/exchweb/bin/redir.asp?URL=http://www.bsfllp.com<https://fttmail.bsfllp.com/exchweb/bin/redir.asp?URL=http://www.bsfllp.com>>

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]
<2016-07-12 Letter to Barden enclosing Subpoena.pdf>

This email is intended for the addressee named within only. It may contain legally privileged or confidential information. If you are not the named individual you should not read this email and if you do so, you must not under any circumstances make use of the information therein. If you have read this email and it is not addressed to you, please notify IT@devonshires.co.uk<mailto:IT@devonshires.co.uk> and confirm that it has been deleted from your system and no copies made.

Devonshires Solicitors is the trading name of Devonshires Solicitors LLP, registered in England and Wales with company number OC397401 at the address below. This Firm is authorised and regulated by the Solicitors Regulation Authority under the name of Devonshires Solicitors LLP and registration number 619881. This Firm does not accept service by electronic mail or facsimile. A list of members is open to inspection at the address below.

Devonshires Solicitors, 30 Finsbury Circus, London EC2M 7DT tel +44 (0)20 7628 7576 fax +44 (0)20 7256 7318

Where instructions have been given by Devonshires Solicitors to a barrister to work on a client's matter, we notify you, on behalf of that barrister, that you have the right to make a complaint about the service provided by that barrister or about the conduct of their Chambers. A copy of the barrister and / or their Chambers' complaints procedure may be obtained by contacting the Senior Clerk of that Chambers, whose contact details can be found online, or from us. Complaints may be made direct to the barrister / their Chambers. Please note that there may be a time limit for bringing your complaint. You may also have the right to ask the Legal Ombudsman to consider your complaint at the end of the complaints process. Information on complaints to the Legal Ombudsman, including the details of strict time limits to bring a complaint, may be found at http://www.legalombudsman.org.uk<http://www.legalombudsman.org.uk>>.

The Devonshires Foundation is proud to support Action for Kids (reg. charity 1068841), Wide horizons (reg. charity 1105847), and Theatre Royal Stratford East (reg. charity 233801) during 2014/2015.

Please consider the environment before printing this email.

_____

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

_____

This email is intended for the addressee named within only. It may contain legally privileged or confidential information. If you are not the named individual you should not read this email and if you do so, you must not under any circumstances make use of the information therein. If you have read this email and it is not addressed to you, please notify IT@devonshires.co.uk and confirm that it has been deleted from your system and no copies made.

Devonshires Solicitors is the trading name of Devonshires Solicitors LLP, registered in England and Wales with company number OC397401 at the address below. This Firm is authorised and regulated by the Solicitors Regulation Authority under the name of Devonshires Solicitors LLP and registration number 619881. This Firm does not accept service by electronic mail or facsimile. A list of members is open to inspection at the address below.

Devonshires Solicitors, 30 Finsbury Circus, London EC2M 7DT tel +44 (0)20 7628 7576 fax +44 (0)20 7256 7318

Where instructions have been given by Devonshires Solicitors to a barrister to work on a client's matter, we notify you, on behalf of that barrister, that you have the right to make a complaint about the service provided by that barrister or about the conduct of their Chambers. A copy of the barrister and / or their Chambers' complaints procedure may be obtained by contacting the Senior Clerk of that Chambers, whose contact details can be found online, or from us. Complaints may be made direct to the barrister / their Chambers. Please note that there may be a time limit for bringing your complaint. You may also have the right to ask the Legal Ombudsman to consider your complaint at the end of the complaints process. Information on complaints to the Legal Ombudsman, including the details of strict time limits to bring a complaint, may be found at http://www.legalombudsman.org.uk.

The Devonshires Foundation is proud to support Action for Kids (reg. charity 1098241), Wide horizons (reg. charity 1105847), and Theatre Royal Stratford East (reg. charity 233801) during 2014/2015.

Please consider the environment before printing this email.