# EXHIBIT 9



Meredith L. Schultz
Boies, Schiller & Flexner LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301

Our Ref: PTB\MAX15\1\10097899

**Also by Email: mschultz@BSFLLP.com**

19 July 2016

Dear Sirs

**Ross Gow**

We acknowledge receipt of your letter dated 14 July 2016.

Whilst you state that you would prefer for this matter to proceed in a sensible and efficient matter for all concerned, your conduct to date has been anything but sensible and efficient.

To remind you, you did not write to Mr Gow asking for his cooperation. Rather, you arranged for a US Subpoena to be left at his reception desk in London without any cover letter.

We had to contact your London office in order to enquire as to the basis upon which a Subpoena had been left and to seek confirmation that you had complied with UK law.

It is only now that you finally admit that you have not made any application to the High Court under the Evidence (Foreign Proceedings) Act 1975.

Your statement that if Mr Gow requires you to make such an application that you will seek a costs order against him is improper.

As you know, it is incumbent upon your clients to comply with UK law and you are not entitled to issue a threat that if you have to do so you will seek a costs order.

We have already advised you that your request for documents does not comply with UK law.

If you choose to proceed in the manner in which you have done to date and you issue an application under the Evidence (Foreign Proceedings) Act 1975 for disclosure in the form attached to your Subpoena then we will seek an order to strike that down with an order for costs. Given that your client is not in the United Kingdom we will ask the Court to order security for costs in that application.

So if you wish to proceed you must engage UK law.

30 Finsbury Circus, London EC2M 7DT
Tel 020 7 628 7576   Fax 0870 608 9390   DX 33856 Finsbury Square
www.devonshires.com



Devonshires Solicitors is the trading name of Devonshires Solicitors LLP, registered in England and Wales at the address above with company number OC397401.
A list of members is open for inspection at our offices. This firm does not accept service by electronic mail or facsimile.
This Firm is authorised and regulated by the Solicitors Regulation Authority under the name of Devonshires Solicitors LLP and registration number 519881

Please note that our client is away on holiday and is not back in London until September.

Yours faithfully

*Devonshires*

**Devonshires Solicitors LLP**

Direct tel: 020 7880 4280
Direct fax: 0870 608 9390
e-mail. philip.barden@devonshires.co.uk