# COMPOSITE EXHIBIT 1

| U.S. District Court | Southern Dist County | Index / case # 15-cv-07433-RWS |

Virginia L. Giuffre
*Plaintiff*

**AFFIDAVIT OF SERVICE**

Ghislaine Maxwell
*Defendant*

Suffolk County, State of: New York, Anna Intriago being sworn, says: Deponent is not a party herein; is over the age of 18 years and resides in the State of New York

On 7/7/16 at 2:42 pm am / pm at: 301 E. 66th Street, New York, New York 10012

Deponent served the within Subpoena to Testify at a Deposition at a Civil Action

On: Sarah Kellen-Vickers (herein after called the recipient) therein named.

☐ **Individual** — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein

☑ **Suitable Age person** — by delivering thereat a true copy of each to Hector-doorman a person of suitable age and discretion. Said premises is defendants ☑ Actual Place of Residence ☐ Actual Place of Business within the State

☐ **Affixing to Door** — By affixing a true copy of each to the door of said premises which is defendants ☐ Actual Place of Residence ☐ Actual Place of Business, within the State. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there

☐ **Corporation or Partnership** — by delivering thereat a true copy of each to _____ personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said defendant and knew said individual to be _____ thereof.

☑ **Mailing** — Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known ☑ Actual Place of Residence ☐ Actual Place of Business, at 301 E. 66th Street, apt 14G, New York, NY 10065 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☑ **Description**

| | | | | | |
|---|---|---|---|---|---|
| ☑ Male | ☑ white skin | ☐ black hair | ☐ 14-20 Yrs | ☐ Under 5' | ☐ Under 100 Lbs |
| ☐ Female | ☐ black skin | ☐ brown hair | ☐ 21-35 Yrs | ☐ 5'0"-5'3" | ☐ 100-130 Lbs |
| | ☐ yellow skin | ☐ gray hair | ☐ 36-50 Yrs | ☑ 5'4"-5'8" | ☑ 131-160 Lbs |
| | ☐ brown skin | ☐ blonde hair | ☑ 51-65 Yrs | ☐ 5'9"-6'0" | ☐ 161-200 Lbs |
| | ☐ red skin | ☐ red hair | ☐ Over 65 Yrs | ☐ Over 6' | ☐ Over 200 Lbs |

Other Identifying Features: white hair

☐ **Military Service** — I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☑ Subpoena Fee Tendered in the amount of $41.14

Sworn to before me on 7/8/16

Anna Intriago

DOUGLAS G. MERCER
Notary Public- State of New York
No. 01ME4862262
Qualified In Nassau County
My Commission Expires June 16, 2018

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 15-cv-07433-RWS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* SARAH KELLEY VICKERS on *(date)* 7/7/16.

☒ I served the subpoena by delivering a copy to the named individual as follows: HECTOR - DOORMAN @ 301 E. 66TH STREET, NEW YORK, NEW YORK, 10065 & BY MAILING A COPY TO MRS. VICKERS @ THE ABOVE ADDRESS, APT 14G on *(date)* 7/7/16 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 41.10

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 7/8/16

_____
Server's signature

ANNA INTRIAGO - INVESTIGATOR
Printed name and title

ALPHA GROUP, 100 BROADHOLLOW Rd SUITE 200, FARMINGDALE N.Y. 11735
Server's address

Additional information regarding attempted service, etc.:

## AFFIDAVIT OF SERVICE BY MAIL

UNITED STATES DISTRICT COURT
for the
Southern District of New York

Civil Action NO. 15-cv-07433-RWS

Virginia L. Giuffre, Plaintiff

V.

Ghislaine Maxwell, Defendant

Douglas G. Mercer, being duly sworn, deposes and says:

    I am not a party to this action, I am over 18 years of age and I reside at Farmingdale, Suffolk County, New York.

    On July 7th, 2016 I served the within Subpoena to Testify at a Deposition in a Civil Action by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within the New York State, addressed to each of the following persons at the last known address set forth after the name.:

Sarah Kellen-Vickers
301 E. 66th Street, apt 14 G
New York, New York 10065

_____
Douglas G. Mercer

Sworn to before me on the
7th day of July, 2016

_____
Enza Miller

NOTARY PUBLIC

ENZA M MILLER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MI6137216
Qualified in Suffolk County
My Commission Expires November 21, 2017

| | | |
|---|---|---|
| U.S. District Court | Southern Dist County | Index / case # 15-cv-07433-RWS |

Virginia L. Giuffre
*Plaintiff*

**AFFIDAVIT OF SERVICE**

Ghislaine Maxwell
*Defendant*

Suffolk County, State of: New York    Anna Intriago    being sworn,
says: Deponent is not a party herein; is over the age of 18 years and resides in the State of New York

On 7/7/16 at 1:54 pm am / pm at: 92 Greene Street Front 2, New York, New York 10012

Deponent served the within Subpoena to Testify at a Deposition at a Civil Action

On: Sarah Kellen-Vickers    (herein after called the recipient) therein named.

☐ **Individual** — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein

☑ **Suitable Age person** — by delivering thereat a true copy of each to Mike Vijande-doorman a person of suitable age and discretion. Said premises is defendants ☑ Actual Place of Residence ☐ Actual Place of Business within the State

☐ **Affixing to Door** — By affixing a true copy of each to the door of said premises which is defendants ☐ Actual Place of Residence ☐ Actual Place of Business, within the State
Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there

☐ **Corporation or Partnership** — by delivering thereat a true copy of each to _____ personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said defendant and knew said individual to be _____ thereof.

☑ **Mailing** — Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known ☑ Actual Place of Residence ☐ Actual Place of Business, at 92 Greene Street Front 2, New York, New York 10012
and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☑ **Description**

| | | | | |
|---|---|---|---|---|
| ☑ Male | ☐ white skin | ☑ black hair | ☐ 14-20 Yrs | ☐ Under 5' | ☐ Under 100 Lbs |
| ☐ Female | ☑ black skin | ☐ brown hair | ☑ 21-35 Yrs | ☐ 5'0"-5'3" | ☐ 100-130 Lbs |
| | ☐ yellow skin | ☐ gray hair | ☐ 36-50 Yrs | ☑ 5'4"-5'8" | ☑ 131-160 Lbs |
| | ☐ brown skin | ☐ blonde hair | ☐ 51-65 Yrs | ☐ 5'9"-6'0" | ☐ 161-200 Lbs |
| | ☐ red skin | ☐ red hair | ☐ Over 65 Yrs | ☐ Over 6' | ☐ Over 200 Lbs |

Other Identifying Features _____

☐ **Military Service** — I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ Subpoena Fee Tendered in the amount of _____

Sworn to before me on 7/8/16

*[signature]*
Anna Intriago

*[signature]*

DOUGLAS G. MERCER
Notary Public- State of New York
No. 01ME4862262
Qualified in Nassau County
My Commission Expires June 16, 2018

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 15-cv-07433-RWS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* SARAH KELLER-VICKERS
on *(date)* 7/7/16.

☑ I served the subpoena by delivering a copy to the named individual as follows: MIKE VIJANDE - DOORMAN @ 92 GREENE STREET, NEW YORK, N.Y. 10012 & BY MAILING A COPY TO MS VICKERS @ ASME ADDRESS on *(date)* 7/7/16; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 7/8/16

*Server's signature*

ANNA INTRIAGO - INVESTIGATOR
*Printed name and title*

ALPHA GROUP, 180 BROADHOLLOW RD SUITE 200 FARMINGDALE, N.Y. 11735
*Server's address*

Additional information regarding attempted service, etc.:

## AFFIDAVIT OF SERVICE BY MAIL

UNITED STATES DISTRICT COURT
for the
Southern District of New York

Civil Action NO. 15-cv-07433-RWS

Virginia L. Giuffre, Plaintiff

V.

Ghislaine Maxwell, Defendant

Douglas G. Mercer, being duly sworn, deposes and says:

I am not a party to this action, I am over 18 years of age and I reside at Farmingdale, Suffolk County, New York.

On July 7th, 2016 I served the within Subpoena to Testify at a Deposition in a Civil Action by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within the New York State, addressed to each of the following persons at the last known address set forth after the name.:

Sarah Kellen-Vickers
92 Greene Street, Front 2,
New York, New York 10012

_____
Douglas G. Mercer

Sworn to before me on the
7th day of July, 2016

_____
Enza Miller

NOTARY PUBLIC

ENZA M MILLER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MI6137216
Qualified in Suffolk County
My Commission Expires November 21, 2017

| | | | |
|---|---|---|---|
| U.S. District Court | Southern Dist County | | Index / case # 15-cv-07433-RWS |

Virginia L. Giuffre
*Plaintiff*

**AFFIDAVIT OF SERVICE**

Ghislaine Maxwell
*Defendant*

Suffolk County, State of: New York          Anna Intriago          being sworn,
says: Deponent is not a party herein; is over the age of 18 years and resides in the State of New York

On 7/7/16   at 2:53 pm am / pm   at: 9 E. 71st Street, New York, New York 10021

Deponent served the within   Subpoena to Testify at a Deposition at a Civil Action

On: Sarah Kellen-Vickers                    (herein after called the recipient) therein named.

☐ **Individual** — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein

☐ **Suitable Age person** — by delivering thereat a true copy of each to [          ] a person of suitable age and discretion. Said premises is defendants ☐ Actual Place of Residence ☐ Actual Place of Business within the State

☑ **Affixing to Door** — By affixing a true copy of each to the door of said premises which is defendants
☑ Actual Place of Residence ☐ Actual Place of Business, within the State
Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there [    ] [    ] [    ] [    ]

☐ **Corporation or Partnership** — by delivering thereat a true copy of each to [          ] personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said defendant and knew said individual to be [          ] thereof.

☑ **Mailing** — Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known ☑ Actual Place of Residence ☐ Actual Place of Business, at 9 E. 71st Street, New York, New York 10021
and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☐ **Description**
☐ Male    ☐ white skin    ☐ black hair    ☐ 14-20 Yrs    ☐ Under 5'    ☐ Under 100 Lbs
☐ Female  ☐ black skin    ☐ brown hair    ☐ 21-35 Yrs    ☐ 5'0"-5'3"   ☐ 100-130 Lbs
          ☐ yellow skin   ☐ gray hair     ☐ 36-50 Yrs    ☐ 5'4"-5'8"   ☐ 131-160 Lbs
          ☐ brown skin    ☐ blonde hair   ☐ 51-65 Yrs    ☐ 5'9"-6'0"   ☐ 161-200 Lbs
          ☐ red skin      ☐ red hair      ☐ Over 65 Yrs  ☐ Over 6'     ☐ Over 200 Lbs

Other Identifying Features [          ]

☐ **Military Service** — I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ Subpoena Fee Tendered in the amount of [    ]

Sworn to before me on 7/8/16

*Anna Intriago*

DOUGLAS G. MERCER
Notary Public- State of New York
No. 01ME4862262
Qualified in Nassau County
My Commission Expires June 16, 2018

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 15-cv-07433-RWS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* __Sarah Kellen-Vickers__
on *(date)* __7/7/16__

☑ I served the subpoena by delivering a copy to the named individual as follows: __By taping a copy of the subpoena to the door at 9 E. 71st Street, N.Y. N.Y. 10021 & by mailing a copy to Ms. Vickers at the above address.__ on *(date)* __7/7/16__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: __7/8/16__

_____
Server's signature

__Anna Intriago - Investigator__
Printed name and title

__Alpha Group, 100 Broadhollow Rd, Suite 200, Farmingdale, N.Y. 11735__
Server's address

Additional information regarding attempted service, etc.:

## AFFIDAVIT OF SERVICE BY MAIL

UNITED STATES DISTRICT COURT
for the
Southern District of New York

Civil Action NO. 15-cv-07433-RWS

Virginia L. Giuffre, Plaintiff

V.

Ghislaine Maxwell, Defendant

Douglas G. Mercer, being duly sworn, deposes and says:

I am not a party to this action, I am over 18 years of age and I reside at Farmingdale, Suffolk County, New York.

On July 7th, 2016 I served the within Subpoena to Testify at a Deposition in a Civil Action by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within the New York State, addressed to each of the following persons at the last known address set forth after the name.:

Sarah Kellen-Vickers
9 E. 71st Street
New York, New York 10012

_____
Douglas G. Mercer

Sworn to before me on the
7th day of July, 2016

_____
Enza Miller

NOTARY PUBLIC

ENZA M MILLER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MI6137216
Qualified in Suffolk County
My Commission Expires November 21, 2017

## AFFIDAVIT OF SERVICE BY MAIL

UNITED STATES DISTRICT COURT
for the
Southern District of New York

Civil Action NO. 15-cv-07433-RWS

Virginia L. Giuffre, Plaintiff

V.

Ghislaine Maxwell, Defendant

Douglas G. Mercer, being duly sworn, deposes and says:

I am not a party to this action, I am over 18 years of age and I reside at Farmingdale, Suffolk County, New York.

On July 7th, 2016 I served the within Subpoena to Testify at a Deposition in a Civil Action by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within the New York State, addressed to each of the following persons at the last known address set forth after the name.:

Sarah Kellen-Vickers
100 S. Pointe Drive, apt 1701
Miami Beach, Florida 33139

Douglas G. Mercer

Sworn to before me on the
7th day of July, 2016

Enza Miller

NOTARY PUBLIC

ENZA M MILLER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MI6137216
Qualified in Suffolk County
My Commission Expires November 21, 2017

## AFFIDAVIT OF SERVICE BY MAIL

Civil Action NO. 15-cv-07433-RWS

UNITED STATES DISTRICT COURT
for the
Southern District of New York

Virginia L. Giuffre, Plaintiff

V.

Ghislaine Maxwell, Defendant

Douglas G. Mercer, being duly sworn, deposes and says:

I am not a party to this action, I am over 18 years of age and I reside at Farmingdale, Suffolk County, New York.

On July 7th, 2016 I served the within Subpoena to Testify at a Deposition in a Civil Action by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within the New York State, addressed to each of the following persons at the last known address set forth after the name.:

Sarah Kellen-Vickers
27 High Tech Boulevard
Thomasville, North Carolina 27360

Douglas G. Mercer

Sworn to before me on the
7th day of July, 2016

Enza Miller

NOTARY PUBLIC

ENZA M MILLER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MI6137216
Qualified in Suffolk County
My Commission Expires November 21, 2017

## AFFIDAVIT OF SERVICE BY MAIL

UNITED STATES DISTRICT COURT
for the
Southern District of New York

Civil Action NO. 15-cv-07433-RWS

Virginia L. Giuffre, Plaintiff

V.

Ghislaine Maxwell, Defendant

Douglas G. Mercer, being duly sworn, deposes and says:

I am not a party to this action, I am over 18 years of age and I reside at Farmingdale, Suffolk County, New York.

On July 7th, 2016 I served the within Subpoena to Testify at a Deposition in a Civil Action by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within the New York State, addressed to each of the following persons at the last known address set forth after the name.:

Sarah Kellen-Vickers
435 S. Tryon Street
Unit 7000
Charlotte, North Carolina 28202

_____
Douglas G. Mercer

Sworn to before me on the
7th day of July, 2016

_____
Enza Miller

NOTARY PUBLIC

ENZA M MILLER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MI6137216
Qualified in Suffolk County
My Commission Expires November 21, 2017