# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - x
VIRGINIA L. GIUFFRE,

       Plaintiff,

                        Case No.:

  -against-             15-cv-07433-RWS

GHISLAINE MAXWELL,

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - x

       Statement on the record, was held at the law offices of BOIES SCHILLER & FLEXNER, 575 Lexington Avenue, New York, New York, commencing July 21, 2016, 9:35 a.m., on the above date, before Leslie Fagin, a Court Reporter and Notary Public in the State of New York.

MAGNA LEGAL SERVICES
1200 Avenue of the Americas
New York, New York 10026
(866) 624-6221



```
                                                              Page 2
 1
 2    APPEARANCES:
 3
      BOIES SCHILLER & FLEXNER, LLP
 4    Attorneys for Plaintiff
               401 East Las Olas Boulevard
 5             Fort Lauderdatle, Florida, 33301
      BY:      MEREDITH SCHULTZ, ESQUIRE
 6
 7
 8    FARMER JAFFE WEISSING EDWARDS FISTOS &
      LEHRMAN, P.L.
 9             Attorneys for Plaintiff
               425 N. Andrews Avenue
10             Fort Lauderdale, Florida 33301
      BY:      BRAD EDWARDS, ESQUIRE
11
12
      PAUL G. CASSELL, ESQUIRE
13    Attorneys for Plaintiff
               383 South University Street
14             Salt Lake City, Utah 84112
15
16    HADDON MORGAN FOREMAN
      Attorneys for Defendant
17             150 East 10th Avenu
               Denver, Colorado 80203
18    BY:      JEFFREY S. PAGLIUCA, ESQUIRE
               LAURA A. MENNIGER, ESQUIRE
19
20
      Also Present:
21
          Rodolfo Duran, videographer
22
23
24
25
```



```
                                              Page 3
 1
 2         MS. SCHULTZ:  In accordance with
 3    the court's order, granting alternative
 4    service, we complied with the order and
 5    served Ms. Sarah Kellen in the following
 6    manner.
 7         We delivered a copy of the subpoena
 8    to Mike Viandi, a doorman associated
 9    with one of her residences and mailed it
10    to that residence and that address is 92
11    Green Street, Front 2, New York, New
12    York 10012.
13         We delivered another copy to
14    another doorman associated with one of
15    her other residences.  His name is
16    Hector, last name unknown.  We also
17    mailed to that address and that address
18    is 301 East 66th Street, New York, New
19    York.
20         I need to back up.  The first
21    address 92 Green Street, that was given
22    to the doorman at 1:54 p.m. on July 7,
23    2016.
24         With regard to the 301 East 66th
25    Street address, that was given to the
```



Page 4

```
 2      doorman on July 7, 2016 at 2:42 p.m. It
 3      was mailed the same day.
 4           A copy of the subpoena was
 5      delivered to another residence
 6      associated with the witness.  This one
 7      was 9 East 71st Street, New York, New
 8      York also on July 7, 2016 at 2:53 p.m.
 9      This time the subpoena was affixed to
10      the door and it was mailed to that
11      residence on the same day.
12           A process server has sworn an
13      affidavit on July 8, 2016 with regard to
14      the delivering, posting and mailing to
15      the aforementioned addresses which
16      include 9 East 71st Street, 92 Green
17      Street and 301 East 66th Street and
18      those proofs of service affidavits are
19      sworn by Anna Intriago.
20           Subpoenas were also mailed to the
21      following addresses, and these addresses
22      are associated with the witness'
23      residences, they are her residences,
24      from what we can tell.  100 South
25      Pointe, with an E at the end, Drive,
```



```
 1
 2      Apartment 1701, Miami Beach, Florida
 3      33139.
 4           Also to 27 High Tech Boulevard,
 5      Thomasville, North Carolina 27360 and to
 6      435 South Tryron Street, Unit 7,000,
 7      Charlotte, North Carolina 28202.
 8           A copy of the subpoena was also
 9      emailed to the witnesses professional
10      email address which is
11      sarah@slkdesignstudio.com.
12           A witness check was issued and
13      attached to the subpoena that was mailed
14      to 301 East 66th Street.
15           Counsel for the plaintiff caused
16      the court order allowing alternative
17      service to be sent to the witness at
18      multiple addresses, just put on the
19      record.
20           We have affidavits of service by
21      mail executed by Douglas G. Mercer for
22      the 301 East 66th Street address, for
23      the 92 Green Street, Front 2 address,
24      for the 9 East 71st Street address, for
25      the 100 South Pointe Drive, Apartment
```



Page 6

1
2       1701 address, for the 27 High Tech
3       Boulevard address and for the 435 South
4       Tyron Street, Unit 7,000 address.
5            Each one of those affidavits by
6       Doug Mercer, are notarized by a Notary
7       Public for the State of New York.
8            MR. EDWARDS:  The deposition was
9       noticed for 9:00 a.m. this morning.
10      It's now 9:37 the witness nor her
11      attorney or any representative are here.
12           (Time noted:  9:37 a.m.)
13
14
15
16
17
18
19
20
21
22
23
24
25



Page 7

```
 1
 2
 3              C E R T I F I C A T E
 4   STATE OF NEW YORK    )
 5                        : ss.
 6   COUNTY OF NEW YORK   )
 7
 8        I, LESLIE FAGIN, a Notary Public
 9   within and for the State of New York, do
10   hereby certify:
11        That the proceedings are a true and
12   accurate record.
13        I further certify that I am not
14   related to any of the parties to this
15   action by blood or marriage, and that I
16   am in no way interested in the outcome
17   of this matter.
18        IN WITNESS WHEREOF, I have hereunto
19   set my hand this 21st day of July, 2016.
20
21                        _____
22                             LESLIE FAGIN
23
24
25
```



MAGNA LEGAL SERVICES

**A**
accurate 7:12
action 7:15
address 3:10,17,17 3:21,25 5:10,22 5:23,24 6:2,3,4
addresses 4:15,21 4:21 5:18
affidavit 4:13
affidavits 4:18 5:20 6:5
affixed 4:9
aforementioned 4:15
allowing 5:16
alternative 3:3 5:16
Americas 1:19
Andrews 2:9
Anna 4:19
Apartment 5:2,25
APPEARANCES 2:2
associated 3:8,14 4:6,22
attached 5:13
attorney 6:11
Attorneys 2:4,9,13 2:16
Avenu 2:17
Avenue 1:13,19 2:9
a.m 1:14 6:9,12

**B**
back 3:20
Beach 5:2
blood 7:15
BOIES 1:13 2:3
Boulevard 2:4 5:4 6:3
BRAD 2:10

**C**
C 7:3,3
Carolina 5:5,7
Case 1:7
CASSELL 2:12
caused 5:15
certify 7:10,13
Charlotte 5:7
check 5:12
City 2:14
Colorado 2:17
commencing 1:14
complied 3:4
copy 3:7,13 4:4 5:8
Counsel 5:15
COUNTY 7:6
court 1:2,15 5:16
court's 3:3

**D**
date 1:14
day 4:3,11 7:19
Defendant 2:16
Defendants 1:9
delivered 3:7,13 4:5
delivering 4:14
Denver 2:17
deposition 6:8
DISTRICT 1:2,3
door 4:10
doorman 3:8,14,22 4:2
Doug 6:6
Douglas 5:21
Drive 4:25 5:25
Duran 2:21

**E**
E 4:25 7:3,3
East 2:4,17 3:18,24 4:7,16,17 5:14,22 5:24
EDWARDS 2:8,10 6:8
email 5:10
emailed 5:9
ESQUIRE 2:5,10 2:12,18,18
executed 5:21

**F**
F 7:3
Fagin 1:15 7:8,22
FARMER 2:8
first 3:20
FISTOS 2:8
FLEXNER 1:13 2:3
Florida 2:5,10 5:2
following 3:5 4:21
FOREMAN 2:16
Fort 2:5,10
Front 3:11 5:23
further 7:13

**G**
G 2:12 5:21
GHISLAINE 1:8
GIUFFRE 1:5
given 3:21,25
granting 3:3
Green 3:11,21 4:16 5:23

**H**
HADDON 2:16
hand 7:19
Hector 3:16
held 1:12
hereunto 7:18
High 5:4 6:2

**I**
include 4:16
interested 7:16
Intriago 4:19
issued 5:12

**J**
JAFFE 2:8
JEFFREY 2:18
July 1:14 3:22 4:2,8 4:13 7:19

**K**
Kellen 3:5

**L**
L 1:5
Lake 2:14
Las 2:4
Lauderdale 2:10
Lauderdatle 2:5
LAURA 2:18
law 1:13
LEGAL 1:18
LEHRMAN 2:8
Leslie 1:14 7:8,22
Lexington 1:13
LLP 2:3

**M**
MAGNA 1:18
mail 5:21
mailed 3:9,17 4:3 4:10,20 5:13
mailing 4:14
manner 3:6
marriage 7:15
matter 7:17
MAXWELL 1:8
MENNIGER 2:18
Mercer 5:21 6:6
MEREDITH 2:5
Miami 5:2
Mike 3:8
MORGAN 2:16
morning 6:9
multiple 5:18

**N**
N 2:9
name 3:15,16
need 3:20
New 1:3,13,14,15 1:19,19 3:11,11 3:18,18 4:7,7 6:7 7:4,6,9
North 5:5,7
notarized 6:6
Notary 1:15 6:6 7:8
noted 6:12
noticed 6:9

**O**
offices 1:13
Olas 2:4
order 3:3,4 5:16
outcome 7:16

**P**
PAGLIUCA 2:18
parties 7:14
PAUL 2:12
plaintiff 1:6 2:4,9 2:13 5:15
Pointe 4:25 5:25
posting 4:14
Present 2:20
proceedings 7:11
process 4:12
professional 5:9
proofs 4:18
Public 1:15 6:7 7:8
put 5:18
P.L 2:8
p.m 3:22 4:2,8

**R**
R 7:3
record 1:12 5:19 7:12
regard 3:24 4:13
related 7:14
Reporter 1:15
representative 6:11
residence 3:10 4:5 4:11
residences 3:9,15 4:23,23
Rodolfo 2:21

**S**
S 2:18
Salt 2:14
Sarah 3:5
sarah@slkdesign... 5:11
SCHILLER 1:13 2:3

| | | |
|---|---|---|
| **SCHULTZ** 2:5 3:2<br>**sent** 5:17<br>**served** 3:5<br>**server** 4:12<br>**service** 3:4 4:18<br>  5:17,20<br>**SERVICES** 1:18<br>**set** 7:19<br>**South** 2:13 4:24 5:6<br>  5:25 6:3<br>**SOUTHERN** 1:3<br>**ss** 7:5<br>**State** 1:15 6:7 7:4,9<br>**Statement** 1:12<br>**STATES** 1:2<br>**Street** 2:13 3:11,18<br>  3:21,25 4:7,16,17<br>  4:17 5:6,14,22,23<br>  5:24 6:4<br>**subpoena** 3:7 4:4,9<br>  5:8,13<br>**Subpoenas** 4:20<br>**sworn** 4:12,19<br><br>**T**<br>**T** 7:3,3<br>**Tech** 5:4 6:2<br>**tell** 4:24<br>**Thomasville** 5:5<br>**time** 4:9 6:12<br>**true** 7:11<br>**Tryron** 5:6<br>**Tyron** 6:4<br><br>**U**<br>**Unit** 5:6 6:4<br>**UNITED** 1:2<br>**University** 2:13<br>**unknown** 3:16<br>**Utah** 2:14<br><br>**V**<br>**Viandi** 3:8<br>**videographer** 2:21<br>**VIRGINIA** 1:5 | **W**<br>**way** 7:16<br>**WEISSING** 2:8<br>**WHEREOF** 7:18<br>**witness** 4:6,22 5:12<br>  5:17 6:10 7:18<br>**witnesses** 5:9<br><br>**X**<br>**x** 1:4,10<br><br>**Y**<br>**York** 1:3,13,14,15<br>  1:19,19 3:11,12<br>  3:18,19 4:7,8 6:7<br>  7:4,6,9<br><br>**1**<br>**1:54** 3:22<br>**10th** 2:17<br>**100** 4:24 5:25<br>**10012** 3:12<br>**10026** 1:19<br>**1200** 1:19<br>**15-cv-07433-RWS**<br>  1:7<br>**150** 2:17<br>**1701** 5:2 6:2<br><br>**2**<br>**2** 3:11 5:23<br>**2:42** 4:2<br>**2:53** 4:8<br>**2016** 1:14 3:23 4:2<br>  4:8,13 7:19<br>**21** 1:14<br>**21st** 7:19<br>**27** 5:4 6:2<br>**27360** 5:5<br>**28202** 5:7<br><br>**3**<br>**301** 3:18,24 4:17<br>  5:14,22<br>**33139** 5:3<br>**33301** 2:5,10 | **383** 2:13<br><br>**4**<br>**401** 2:4<br>**425** 2:9<br>**435** 5:6 6:3<br><br>**5**<br>**575** 1:13<br><br>**6**<br>**624-6221** 1:20<br>**66th** 3:18,24 4:17<br>  5:14,22<br><br>**7**<br>**7** 3:22 4:2,8<br>**7,000** 5:6 6:4<br>**71st** 4:7,16 5:24<br><br>**8**<br>**8** 4:13<br>**80203** 2:17<br>**84112** 2:14<br>**866** 1:20<br><br>**9**<br>**9** 4:7,16 5:24<br>**9:00** 6:9<br>**9:35** 1:14<br>**9:37** 6:10,12<br>**92** 3:10,21 4:16<br>  5:23 |



MAGNA LEGAL SERVICES