# EXHIBIT 5

# Meredith Schultz

| | |
|---|---|
| **From:** | Meredith Schultz |
| **Sent:** | Friday, July 08, 2016 8:24 AM |
| **To:** | breinhart@mcdonaldhopkins.com |
| **Subject:** | Re-Notice of Subpoena (Kellen) |
| **Attachments:** | 2016-07-06 Re-NOS_Re-Notice of Deposition_Sarah Kellen (July 21, 2016) (....pdf |

Bruce,

I wanted to send you a copy of this should circumstances change.

I hope you're having a good summer.

Take care,

Meredith

Meredith L. Schultz
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Phone: 954-356-0011 ext. 4204
Fax: 954-356-0022
http://www.bsfllp.com