# COMPOSITE EXHIBIT 1

| | | | |
|---|---|---|---|
| U.S. District Court | Southern Dist County | | Index / case # 15-cv-07433-RWS |

Virginia L. Giuffre
*Plaintiff*

**AFFIDAVIT OF SERVICE**

Ghislaine Maxwell
*Defendant*

Suffolk County, State of: New York    Anna Intriago    being sworn,
says: Deponent is not a party herein; is over the age of 18 years and resides in the State of New York

On 7/7/16    at 2:42 pm    am / pm    at: 301 E. 66th Street, New York, New York 10012

Deponent served the within    Subpoena to Testify at a Deposition at a Civil Action

On: Nadia Marcinkova    (herein after called the recipient) therein named.

☐ **Individual** — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein

☑ **Suitable Age person** — by delivering thereat a true copy of each to Hector-doorman  a person of suitable age and discretion. Said premises is defendants ☑ Actual Place of Residence ☐ Actual Place of Business within the State

☐ **Affixing to Door** — By affixing a true copy of each to the door of said premises which is defendants
☐ Actual Place of Residence ☐ Actual Place of Business, within the State
Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there

☐ **Corporation or Partnership** — by delivering thereat a true copy of each to _____ personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said defendant and knew said individual to be _____ thereof.

☑ **Mailing** — Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known ☑ Actual Place of Residence ☐ Actual Place of Business, at 301 E. 66th Street, apt 11E/10N, New York, NY 10065
and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☑ **Description**
☑ Male    ☑ white skin    ☐ black hair    ☐ 14-20 Yrs    ☐ Under 5'    ☐ Under 100 Lbs
☐ Female  ☐ black skin    ☐ brown hair   ☐ 21-35 Yrs    ☐ 5'0"-5'3"   ☐ 100-130 Lbs
          ☐ yellow skin   ☐ gray hair    ☐ 36-50 Yrs    ☑ 5'4"-5'8"   ☑ 131-160 Lbs
          ☐ brown skin    ☐ blonde hair  ☑ 51-65 Yrs    ☐ 5'9"-6'0"   ☐ 161-200 Lbs
          ☐ red skin      ☐ red hair     ☐ Over 65 Yrs  ☐ Over 6'    ☐ Over 200 Lbs

Other Identifying Features: white hair

☐ **Military Service** — I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☑ Subpoena Fee Tendered in the amount of $41.1

Sworn to before me on 7/8/16

Anna Intriago

DOUGLAS G. MERCER
Notary Public- State of New York
No. 01ME4862262
Qualified In Nassau County
My Commission Expires June 16, 2018

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 15-cv-07433-RWS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* NADIA MARCINKOVA
on *(date)* 7/7/16

☑ I served the subpoena by delivering a copy to the named individual as follows: HECTOR - DOORMAN AT 301 E. 66TH STREET, NY, NY 10065 & BY MAILING A COPY TO MRS. MARCINKOVA AT THE ABOVE ADDRESS APT 11E/10A on *(date)* 7/7/16 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 41.10

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 7/8/16

*Server's signature*

ANNA INTRIAGO - INVESTIGATOR
*Printed name and title*

ALPHA GROUP, 100 BROADHOLLOW RD, SUITE 200, FARMINGDALE, N.Y. 11735
*Server's address*

Additional information regarding attempted service, etc.:

## AFFIDAVIT OF SERVICE BY MAIL

Civil Action NO. 15-cv-07433-RWS

UNITED STATES DISTRICT COURT
for the
Southern District of New York

Virginia L. Giuffre, Plaintiff

V.

Ghislaine Maxwell, Defendant

Douglas G. Mercer, being duly sworn, deposes and says:

I am not a party to this action, I am over 18 years of age and I reside at Farmingdale, Suffolk County, New York.

On July 7th, 2016 I served the within Subpoena to Testify at a Deposition in a Civil Action by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within the New York State, addressed to each of the following persons at the last known address set forth after the name.:

Nadia Marcinkova
301 E. 66th Street
Apt 11E/10N
New York, New York 10065

_____
Douglas G. Mercer

Sworn to before me on the
7th day of July, 2016

_____
Enza Miller

NOTARY PUBLIC

ENZA M MILLER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MI6137216
Qualified in Suffolk County
My Commission Expires November 21, 2017

## AFFIDAVIT OF SERVICE BY MAIL

Civil Action NO. 15-cv-07433-RWS

UNITED STATES DISTRICT COURT
for the
Southern District of New York

Virginia L. Giuffre, Plaintiff

V.

Ghislaine Maxwell, Defendant

Douglas G. Mercer, being duly sworn, deposes and says:

    I am not a party to this action, I am over 18 years of age and I reside at Farmingdale, Suffolk County, New York.

    On July 7th, 2016 I served the within Subpoena to Testify at a Deposition in a Civil Action by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within the New York State, addressed to each of the following persons at the last known address set forth after the name.:

Nadia Marcinkova
63 Kidder Street
Manchester, New Hampshire 03010

_____
Douglas G. Mercer

Sworn to before me on the
7th day of July, 2016

_____
Enza Miller

NOTARY PUBLIC

ENZA M MILLER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MI6137216
Qualified in Suffolk County
My Commission Expires November 21, 2017

## AFFIDAVIT OF SERVICE BY MAIL

Civil Action NO. 15-cv-07433-RWS

UNITED STATES DISTRICT COURT
for the
Southern District of New York

Virginia L. Giuffre, Plaintiff

V.

Ghislaine Maxwell, Defendant

Douglas G. Mercer, being duly sworn, deposes and says:

I am not a party to this action, I am over 18 years of age and I reside at Farmingdale, Suffolk County, New York.

On July 7th, 2016 I served the within Subpoena to Testify at a Deposition in a Civil Action by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within the New York State, addressed to each of the following persons at the last known address set forth after the name.:

Nadia Marcinkova
38 Hawthorne Drive
Unit E312
Bedford, New Hampshire 03110

_____
Douglas G. Mercer

Sworn to before me on the
7th day of July, 2016

_____
Enza Miller

NOTARY PUBLIC

ENZA M MILLER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MI6137216
Qualified in Suffolk County
My Commission Expires November 21, 2017