# EXHIBIT 2

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
VIRGINIA L. GIUFFRE,

       Plaintiff,

                          Case No.:
  -against-               15-cv-07433-RWS

GHISLAINE MAXWELL,

       Defendants.

- - - - - - - - - - - - - - - - - - - x

       Statement on the record, was held at the law offices of BOIES SCHILLER & FLEXNER, 575 Lexington Avenue, New York, New York, commencing July 21, 2016, 1:26 p.m., on the above date, before Leslie Fagin, a Court Reporter and Notary Public in the State of New York.

MAGNA LEGAL SERVICES
1200 Avenue of the Americas
New York, New York 10026
(866) 624-6221



```
                                                              Page 2
 1
 2    APPEARANCES:
 3
      BOIES SCHILLER & FLEXNER, LLP
 4    Attorneys for Plaintiff
              401 East Las Olas Boulevard
 5            Fort Lauderdatle, Florida, 33301
      BY:     MEREDITH SCHULTZ, ESQUIRE
 6
 7
 8    FARMER JAFFE WEISSING EDWARDS FISTOS &
      LEHRMAN, P.L.
 9            Attorneys for Plaintiff
              425 N. Andrews Avenue
10            Fort Lauderdale, Florida 33301
      BY:     BRAD EDWARDS, ESQUIRE
11
12
      PAUL G. CASSELL, ESQUIRE
13    Attorneys for Plaintiff
              383 South University Street
14            Salt Lake City, Utah 84112
15
16    HADDON MORGAN FOREMAN
      Attorneys for Defendant
17            150 East 10th Avenu
              Denver, Colorado 80203
18    BY:     JEFFREY S. PAGLIUCA, ESQUIRE
              LAURA A. MENNIGER, ESQUIRE
19
20
      Also Present:
21
          Rodolfo Duran, videographer
22
23
24
25
```



Page 3

1
2        MS. SCHULTZ: Nadia Marcinkova was
3    served with a rule 45 subpoena pursuant
4    to this court's June 20, 2016 order
5    authorizing alternative service for her
6    subpoena.
7        We have an affidavit of service
8    from Anna Intriago stating that on July
9    7, 2016 at 2:42 p.m. she went to 301
10   East 66th Street, New York, New York and
11   gave the subpoena to Hector who is a
12   doorman of Ms. Marcinkova's residential
13   building. She also mailed the subpoena
14   to that address on the same day and the
15   subpoena fee -- the witness fee was
16   tendered on that day as well.
17       The affidavit was executed on July
18   8, 2016.
19       I have an affidavit of service by
20   mail signed by Douglas G. Mercer stating
21   that the subpoena for Ms. Marcinkova
22   was mailed to her at a residential
23   address at 38 Hawthorne Drive, Unit
24   E312, Bedford, New Hampshire 03110 and
25   that was mailed on July 7, 2016 and the



```
 1
 2      affidavit was executed on the same day
 3      by a Notary Public for the State of New
 4      York.
 5           Doug Mercer executed another
 6      affidavit of service by mail for Ms.
 7      Marcinkova.  This time to the 301 East
 8      66th Street, Apartment 11E and 10N, New
 9      York, New York 10065 and caused that
10      subpoena to be mailed on July 7, 2016
11      and that was sworn before a New York
12      State Notary Public.
13           Doug Mercer executed another
14      affidavit of service by mail whereon
15      July 7, 2016 he served a subpoena by
16      mail to Ms. Marcinkova at 63 Kidder
17      Street, Manchester, New Hampshire 03010
18      and that affidavit is sworn before a
19      Notary Public for the State of New York.
20           Anna Intriago executed a proof of
21      service for Nadia Marcinkova on July 8,
22      2016 stating that she served a subpoena
23      on July 7, 2016 at 301 East 66th Street,
24      New York, New York 10065 and also served
25      it by mailing to the same address.
```



Page 5

1
2          And we have also caused the
3     subpoenas to be sent via email to the
4     following email addresses,
5     nadiamarcinkomodel.com@aviloop.com and
6     info@aviloop.com.
7          In addition, counsel for the
8     plaintiff caused the June 20, 2016 order
9     allowing for alternative service to be
10    mailed to Ms. Marcinkova at the three
11    addresses stated previously and counsel
12    for the plaintiff also sent the subpoena
13    and an explanatory note to Ms.
14    Marcinkova's former counsel.
15         MR. EDWARDS:  The deposition was
16    noticed for 1:00 p.m.  It's now 1:28.
17    We've given the witness 28 minutes to
18    show up.  Nobody is here on her behalf
19    and the witness is not here herself.
20         (Time noted:  1:28 p.m.)
21
22
23
24
25



---

Page 6

```
 1
 2         C E R T I F I C A T E.
 3    STATE OF NEW YORK    )
 4                         : ss.
 5    COUNTY OF NEW YORK   )
 6
 7           I, LESLIE FAGIN, a Notary Public
 8    within and for the State of New York, do
 9    hereby certify:
10           That the proceedings are a true and
11    accurate record.
12           I further certify that I am not
13    related to any of the parties to this
14    action by blood or marriage, and that I
15    am in no way interested in the outcome
16    of this matter.
17           IN WITNESS WHEREOF, I have hereunto
18    set my hand this 21st day of July, 2016.
19
20           _____
21                    LESLIE FAGIN
22
23
24
25
```



**A**
accurate 6:11
action 6:14
addition 5:7
address 3:14,23
   4:25
addresses 5:4,11
affidavit 3:7,17,19
   4:2,6,14,18
allowing 5:9
alternative 3:5 5:9
americas 1:19
andrews 2:9
anna 3:8 4:20
apartment 4:8
appearances 2:2
attorneys 2:4,9,13
   2:16
authorizing 3:5
avenu 2:17
avenue 1:13,19 2:9
aviloop 5:5,6

**B**
bedford 3:24
behalf 5:18
blood 6:14
boies 1:13 2:3
boulevard 2:4
brad 2:10
building 3:13

**C**
c 6:2,2
case 1:7
cassell 2:12
caused 4:9 5:2,8
certify 6:9,12
city 2:14
colorado 2:17
com 5:5,5,6
commencing 1:14
counsel 5:7,11,14
county 6:5
court 1:2,15
courts 3:4

**D**
date 1:14
day 3:14,16 4:2
   6:18
defendant 2:16
defendants 1:9
denver 2:17
deposition 5:15
district 1:2,3
doorman 3:12
doug 4:5,13
douglas 3:20
drive 3:23
duran 2:21

**E**
e 6:2,2
e312 3:24
east 2:4,17 3:10 4:7
   4:23
edwards 2:8,10
   5:15
email 5:3,4
esquire 2:5,10,12
   2:18,18
executed 3:17 4:2,5
   4:13,20
explanatory 5:13

**F**
f 6:2
fagin 1:15 6:7,21
farmer 2:8
fee 3:15,15
fistos 2:8
flexner 1:13 2:3
florida 2:5,10
following 5:4
foreman 2:16
former 5:14
fort 2:5,10
further 6:12

**G**
g 2:12 3:20
ghislaine 1:8

giuffre 1:5
given 5:17

**H**
haddon 2:16
hampshire 3:24
   4:17
hand 6:18
hawthorne 3:23
hector 3:11
held 1:12
hereunto 6:17

**I**
info 5:6
interested 6:15
intriago 3:8 4:20

**J**
jaffe 2:8
jeffrey 2:18
july 1:14 3:8,17,25
   4:10,15,21,23
   6:18
june 3:4 5:8

**K**
kidder 4:16

**L**
l 1:5 2:8
lake 2:14
las 2:4
lauderdale 2:10
lauderdatle 2:5
laura 2:18
law 1:13
legal 1:18
lehrman 2:8
leslie 1:14 6:7,21
lexington 1:13
llp 2:3

**M**
m 1:14 3:9 5:16,20
magna 1:18
mail 3:20 4:6,14,16

mailed 3:13,22,25
   4:10 5:10
mailing 4:25
manchester 4:17
marcinkova 3:2,21
   4:7,16,21 5:10
marcinkovas 3:12
   5:14
marriage 6:14
matter 6:16
maxwell 1:8
menniger 2:18
mercer 3:20 4:5,13
meredith 2:5
minutes 5:17
morgan 2:16

**N**
n 2:9
nadia 3:2 4:21
nadiamarcinkom...
   5:5
new 1:3,13,14,15
   1:19,19 3:10,10
   3:24 4:3,8,9,11,17
   4:19,24,24 6:3,5,8
notary 1:15 4:3,12
   4:19 6:7
note 5:13
noted 5:20
noticed 5:16

**O**
offices 1:13
olas 2:4
order 3:4 5:8
outcome 6:15

**P**
p 1:14 2:8 3:9 5:16
   5:20
pagliuca 2:18
parties 6:13
paul 2:12
plaintiff 1:6 2:4,9
   2:13 5:8,12

present 2:20
previously 5:11
proceedings 6:10
proof 4:20
public 1:15 4:3,12
   4:19 6:7
pursuant 3:3

**Q**

**R**
r 6:2
record 1:12 6:11
related 6:13
reporter 1:15
residential 3:12,22
rodolfo 2:21
rule 3:3

**S**
s 2:18
salt 2:14
schiller 1:13 2:3
schultz 2:5 3:2
sent 5:3,12
served 3:3 4:15,22
   4:24
service 3:5,7,19 4:6
   4:14,21 5:9
services 1:18
set 6:18
show 5:18
signed 3:20
south 2:13
southern 1:3
ss 6:4
state 1:15 4:3,12,19
   6:3,8
stated 5:11
statement 1:12
states 1:2
stating 3:8,20 4:22
street 2:13 3:10 4:8
   4:17,23
subpoena 3:3,6,11
   3:13,15,21 4:10



| | | |
|---|---|---|
| 4:15,22 5:12<br>**subpoenas** 5:3<br>**sworn** 4:11,18 | **1**<br>**1** 1:14 5:16,16,20<br>**10026** 1:19<br>**10065** 4:9,24<br>**10n** 4:8<br>**10th** 2:17<br>**11e** 4:8<br>**1200** 1:19<br>**150** 2:17<br>**15cv07433rws** 1:7 | **80203** 2:17<br>**84112** 2:14<br>**866** 1:20 |
| **T**<br>**t** 6:2,2<br>**tendered** 3:16<br>**three** 5:10<br>**time** 4:7 5:20<br>**true** 6:10 | | **9** |
| **U**<br>**unit** 3:23<br>**united** 1:2<br>**university** 2:13<br>**utah** 2:14 | **2**<br>**2** 3:9<br>**20** 3:4 5:8<br>**2016** 1:14 3:4,9,18<br>  3:25 4:10,15,22<br>  4:23 5:8 6:18<br>**21** 1:14<br>**21st** 6:18<br>**26** 1:14<br>**28** 5:16,17,20 | |
| **V**<br>**videographer** 2:21<br>**virginia** 1:5 | | |
| **W**<br>**way** 6:15<br>**weissing** 2:8<br>**went** 3:9<br>**weve** 5:17<br>**whereof** 6:17<br>**whereon** 4:14<br>**witness** 3:15 5:17<br>  5:19 6:17 | **3**<br>**301** 3:9 4:7,23<br>**33301** 2:5,10<br>**38** 3:23<br>**383** 2:13 | |
| | **4**<br>**401** 2:4<br>**42** 3:9<br>**425** 2:9<br>**45** 3:3 | |
| **X**<br>**x** 1:4,10 | | |
| **Y**<br>**york** 1:3,13,14,15<br>  1:19,19 3:10,10<br>  4:4,9,9,11,19,24<br>  4:24 6:3,5,8 | **5**<br>**575** 1:13 | |
| | **6**<br>**6246221** 1:20<br>**63** 4:16<br>**66th** 3:10 4:8,23 | |
| **Z** | | |
| **0**<br>**00** 5:16<br>**03010** 4:17<br>**03110** 3:24 | **7**<br>**7** 3:9,25 4:10,15,23 | |
| | **8**<br>**8** 3:18 4:21 | |

