# EXHIBIT 5

# Meredith Schultz

| | |
|---|---|
| **From:** | Meredith Schultz |
| **Sent:** | Friday, July 08, 2016 3:35 PM |
| **To:** | jgoldberger@agwpa.com |
| **Cc:** | Sigrid McCawley |
| **Subject:** | Re-Notice of Subpoena (Marcinkova) |
| **Attachments:** | 2016-07-05 [DE 264-1] Text of Redacted Opinion.pdf; 2016-07-06 Re-NOS_Re-Notice of Deposition_ Nadia Marcinkova (July 21, 20....pdf |

Jack,

Please see the attached Re-Notice of Issuance of Subpoena for Nadia Marcinkova. Also, please see the June 20, 2016, Order issued by Judge Sweet, United States District Court Judge for the Southern District of New York, allowing alternative service. Accordingly, this is a validly served subpoena under FRCP 45 commanding the presence of Ms. Marcinkova at her deposition scheduled in New York on July 21, 2016, at 1:00 PM.

Thanks,

Meredith Schultz

Meredith L. Schultz
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Phone: 954-356-0011 ext. 4204
Fax: 954-356-0022
http://www.bsfllp.com

1