# COMPOSITE EXHIBIT 1

(File Under Seal)