# COMPOSITE EXHIBIT 2

(File Under Seal)