# COMPOSITE EXHBIT 3

(File Under Seal)