COMPOSITE

EXHIBIT 4

(File Under Seal)