COMPOSITE EXHIBIT 8

(File Under Seal)