UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

VIRGINIA L. GIUFFRE,

          Plaintiff,

  - against -

GHISLAINE MAXWELL,

          Defendant.

------------------------------------------X

15 Civ. 7433 (RWS)

O R D E R

**Sweet, D.J.**

    Plaintiff's motions for a finding of civil contempt against Sarah Kellen and Nadia Marcinkova shall be taken on submission returnable August 25, 2016. All papers shall be served in accordance with Local Civil Rule 6.1 and pursuant to this Court's previous orders.

    It is so ordered.

**New York, NY**
**July 30, 2016**

_____
ROBERT W. SWEET
U.S.D.J.