# BOIES,  SCHILLER  &  FLEXNER  LLP

401 EAST LAS OLAS BLVD.* SUITE 1200* FT. LAUDERDALE, FL 33301* PH. 954-356-0011* FAX 954-356-0022

Meredith Schultz, Esq.
Email: mschultz@bsfllp.com

August 1, 2016

<u>Via CM/ECF</u>

Honorable Judge Robert W. Sweet
District Court Judge
United States District Court
500 Pearl Street
New York, NY 10007

      Re: *Giuffre v. Maxwell*
           <u>Case No. 15-cv-07433-RWS – Regarding Protective Order</u>

Dear Judge Sweet,

    This is a letter motion to file Plaintiff's Proposed Search Terms under seal pursuant to this Court's Protective Order (DE 62).

    The Protective Order states:

Whenever a party seeks to file any document or material containing CONFIDENTIAL INFORMATION with the Court in this matter, it shall be accompanied by a Motion to Seal pursuant to Section 6.2 of the Electronic Case Filing Rules & Instructions for the Southern District of New York.

*See* Protective Order (DE 62) signed on March 17, 2016, at p. 4.

    Numerous materials have been marked as confidential in this case. As Plaintiff's Proposed Search Terms and certain accompanying exhibits contain material that the parties have designated as confidential, she seeks leave to file it under seal.

                                    Respectfully submitted,

                                    /s/ Meredith Schultz
                                  Meredith Schultz, Esq.

cc: Laura Menninger and Jeffrey Pagliuca via CM/ECF