UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------

VIRGINIA L. GIUFFRE,

        Plaintiff,

  - against -

GHISLAINE MAXWELL,

        Defendant.
------------------------------------------X

15 Civ. 7433 (RWS)

O R D E R

Sweet, D.J.

    Plaintiff's second motion to compel defendant to answer deposition questions shall be taken on submission returnable August 18, 2016. All papers shall be served in accordance with Local Civil Rule 6.1 and pursuant to this Court's previous orders.

    It is so ordered.

New York, NY
August 2, 2016

                                ROBERT W. SWEET
                                  U.S.D.J.