UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

VIRGINIA L. GIUFFRE,

          Plaintiff,

  - against -

GHISLAINE MAXWELL,

          Defendant.

------------------------------------X

15 Civ. 7433 (RWS)

O R D E R

Sweet, D.J.

    Plaintiff's motion for an extension of time to serve process upon and depose Ross Gow shall be taken on submission returnable August 11, 2016. All papers shall be served pursuant to this Court's previous orders.

    It is so ordered.

New York, NY
~~August~~ , ~~2016~~

ROBERT W. SWEET
U.S.D.J.

8.2.16