

HADDON
MORGAN
FOREMAN



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/02/16

Haddon, Morgan and Foreman, P.C
Laura A. Menninger

150 East 10th Avenue
Denver, Colorado 80203
PH 303.831.7364  FX 303.832.2628
www.hmflaw.com
lmenninger@hmflaw.com

August 1, 2016



RECEIVED
AUG 01 2016
JUDGE SWEET CHAMBERS

<u>Via Facsimile (212) 805-7925</u>

Hon. Robert W. Sweet
United States District Judge
United States District Court
Daniel Patrick Moynihan Courthouse
Southern District of New York
500 Pearl Street, Room 1940
New York, New York 10007-1312

Re:  <u>Giuffre v. Maxwell</u>, 15-cv-07433-RWS

Dear Judge Sweet:

This is a letter motion to file Ms. Maxwell's Submission Regarding "Search Terms" and Notice of Compliance with Court Order Concerning Forensic Examination of Computer Device and supporting exhibits under seal pursuant to this Court's Protective Order (Doc. # 62).

The Protective Order states:

> Whenever a party seeks to file any document or material containing CONFIDENTIAL INFORMATION with the Court in this matter, it shall be accompanied by a Motion to Seal pursuant to Section 6.2 of the Electronic Case Filing Rules & Instructions for the Southern District of New York.

*See* Protective Order (Doc. # 62) signed on March 17, 2016, at p. 4. The Submission and exhibits contain content designated as Confidential by the parties pursuant to the Protective Order.

Ms. Maxwell therefore requests permission to file the Submission and exhibits under seal.

So ordered.
[signature]
8-2-16

Hon. Robert W. Sweet
August 1, 2016
Page 2

Sincerely,

HADDON, MORGAN AND FOREMAN, P.C.

/s/ *Laura A. Menninger*
Laura A. Menninger

## CERTIFICATE OF SERVICE

I certify that on August 1, 2016, I electronically served this *LETTER MOTION* via ELECTRONIC MAIL on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

/s/ *Nicole Simmons*
Nicole Simmons