# COMPOSITE EXHIBIT 1

**Deborah Knowlton**

| | |
|---|---|
| **From:** | Brad Edwards <brad@pathtojustice.com> |
| **Sent:** | Tuesday, July 19, 2016 11:29 AM |
| **To:** | Meredith Schultz |
| **Subject:** | FW: Giuffre v. Maxwell |

Brad Edwards
Board Certified Trial Attorney
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
Toll Free: 800-400-1098 | Local: 954-524-2820
Cell: 954-294-9544 | Facsimile: 954-524-2822
brad@pathtojustice.com | www.pathtojustice.com

-----Original Message-----
From: Brad Edwards
Sent: Sunday, June 12, 2016 11:41 AM
To: ross@acuityreputation.com
Subject: Giuffre v. Maxwell

Hi Mr. Gow,

Ms. Maxwell has listed you as a witness in this case. Consequently, we would like to set up a convenient time and place to take your deposition. We understand you are in London. We will take it there for your convenience.

Currently the Judge in our case has given the parties until the end of June to complete depositions. The last two days of this month - the 29th and 30th - appear to be the only remaining available days for both parties. If you can confirm that one of those days works for you then we will make arrangements for a precise location and schedule the deposition with a local court reporting agency as well as coordinate with Ms. Maxwell's counsel.

Thank you in advance for your anticipated cooperation. Please confirm a date as soon as possible so that we can make arrangements.

Sincerely,

Brad Edwards
(counsel for Virginia Giuffre)

Sent from my iPhone

**Deborah Knowlton**

| | |
|---|---|
| **From:** | Brad Edwards <brad@pathtojustice.com> |
| **Sent:** | Tuesday, July 19, 2016 11:29 AM |
| **To:** | Meredith Schultz |
| **Subject:** | FW: Giuffre v. Maxwell |

 **Farmer, Jaffe, Weissing,**
**Edwards, Fistos & Lehrman, P.L.**

**Brad Edwards**
**Board Certified Trial Attorney**

425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301

Toll Free: 800-400-1098 | Local: 954-524-2820
Cell 954-294-8544 | Facsimile: 954-524-2822

brad@pathtojustice.com | www.pathtojustice.com

 ... (no content)

**From:** Brad Edwards
**Sent:** Tuesday, June 14, 2016 10:00 AM
**To:** 'ross@acuityreputation.com' <ross@acuityreputation.com>
**Subject:** Giuffre v. Maxwell

Hello Mr. Gow,

I sent an email last week asking for a convenient date for us to take your deposition in this matter. I did not hear back. If you have legal counsel with whom I could speak and possibly coordinate then please have that person call me. If you can provide your counsel's phone number I would be more than happy to reach out. As I believe I mentioned last time, we are under a tight time schedule so I'd like to set this up as soon as possible. Thank you.

Sincerely,

 **Farmer, Jaffe, Weissing,**
**Edwards, Fistos & Lehrman, P.L.**

**Brad Edwards**
**Board Certified Trial Attorney**

425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301

Toll Free: 800-400-1098 | Local: 954-524-2820
Cell 954-294-8544 | Facsimile: 954-524-2822

brad@pathtojustice.com | www.pathtojustice.com

