# EXHIBIT 3

30.6.2000 EN  Official Journal of the European Communities L 160/47

**Reference No of the receiving agency:**   SFP 2016-11706

**Transmitting Agency Reference:**

ACKNOWLEDGEMENT OF RECEIPT

Article 6(1) of Council Regulation (EC) No 1348/2000

This acknowledgement must be sent by the swiftest possible means of transmission as soon as possible after receipt of the document and in any event within seven days of receipt.

8. DATE OF RECEIPT:   **29/06/2016**

Done at:   **London**

Date:   **01/07/2016**

Signature and / or stamp:

Sigrid McCawley on Behalf of Virgina Giuffre
Boies Schiller & Flexner LLP
401 E.Las Olas Blvd, Suite 401
Ft. Lauderdale, FL 33301

USA

