# BOIES, SCHILLER & FLEXNER LLP

401 EAST LAS OLAS BOULEVARD • SUITE 1200 • FORT LAUDERDALE, FL 33301-2211 • PH. 954.356.0011 • FAX 954.356.0022

Meredith Schultz, Esq.
Email: mschultz@bsfllp.com

RECEIVED
AUG 01 2016
JUDGE SWEET CHAMBERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/16

July 29, 2016

Via CM/ECF

Honorable Judge Robert W. Sweet
District Court Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re:   *Giuffre v. Maxwell*
      Case no. 15-cv-07433-RWS – Regarding Protective Order

Dear Judge Sweet,

This is a letter motion to file the exhibit accompanying Ms. Giuffre's Notice of Supplemental Authority under seal pursuant to this Court's Protective Order (DE 62).

The Protective Order states:

Whenever a party seeks to file any document or material containing CONFIDENTIAL INFORMATION with the Court in this matter, it shall be accompanied by a Motion to Seal pursuant to Section 6.2 of the Electronic Case Filing Rules & Instructions for the Southern District of New York.

*See* Protective Order (DE 62) signed on March 17, 2016, at p. 4.

Numerous materials have been marked as confidential in this case. As the exhibit accompanying Ms. Giuffre's Notice of Supplemental Authority contains material designated as confidential, she seeks leave to file it under seal.

So ordered
[signature] Sweet USDJ
8-3-16

Respectfully submitted,

[signature]
Meredith Schultz, Esq.

cc: Laura Menninger and Jeffrey Pagliuca via CM/ECF