United States District Court
Southern District of New York

Virginia L. Giuffre,

       Plaintiff,                    Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.

_____/

**DECLARATION OF SIGRID S. MCCAWLEY IN SUPPORT OF PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND MOTION FOR THE COURT TO DIRECT DEFENDANT TO DISCLOSE ALL INDIVIDUALS TO WHOM DEFENDANT HAS DISSEMINATED CONFIDENTIAL INFORMATION**

      I, Sigrid S. McCawley, declare that the below is true and correct to the best of my knowledge as follows:

      1.      I am a partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's September 29, 2015 Order granting my Application to Appear Pro Hac Vice.

      2.      I respectfully submit this Declaration in Support of Plaintiff's Motion for Protective Order and Motion for The Court to Direct Defendant To Disclose All Individuals To Whom Defendant Has Disseminated Confidential Information.

      3.      Attached hereto as Sealed Exhibit 1 is a true and correct copy of ████████ ████████████████████████████████████████

      4.      Attached hereto as Sealed Exhibit 2 is a true and correct copy of ████████ ████████████████████████████████████████

      5.      Attached hereto as Exhibit 3 is a true and correct copy of ████████ ████████████████████████████

1

I declare under penalty of perjury that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　　 /s/ Sigrid S. McCawley_____
　　　　　　　　　　　　　　　　　Sigrid S. McCawley, Esq.

Dated: August 8, 2016.

　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　BOIES, SCHILLER & FLEXNER LLP

　　　　　　　　　　　　　By: 　 /s/ Sigrid S. McCawley_____
　　　　　　　　　　　　　　　　Sigrid McCawley (Pro Hac Vice)
　　　　　　　　　　　　　　　　Meredith Schultz (Pro Hac Vice)
　　　　　　　　　　　　　　　　Boies Schiller & Flexner LLP
　　　　　　　　　　　　　　　　401 E. Las Olas Blvd., Suite 1200
　　　　　　　　　　　　　　　　Ft. Lauderdale, FL 33301
　　　　　　　　　　　　　　　　(954) 356-0011

　　　　　　　　　　　　　　　　David Boies
　　　　　　　　　　　　　　　　Boies Schiller & Flexner LLP
　　　　　　　　　　　　　　　　333 Main Street
　　　　　　　　　　　　　　　　Armonk, NY 10504

　　　　　　　　　　　　　　　　Bradley J. Edwards (Pro Hac Vice)
　　　　　　　　　　　　　　　　FARMER, JAFFE, WEISSING,
　　　　　　　　　　　　　　　　EDWARDS, FISTOS & LEHRMAN, P.L.
　　　　　　　　　　　　　　　　425 North Andrews Avenue, Suite 2
　　　　　　　　　　　　　　　　Fort Lauderdale, Florida 33301
　　　　　　　　　　　　　　　　 (954) 524-2820

　　　　　　　　　　　　　　　　Paul G. Cassell (Pro Hac Vice)
　　　　　　　　　　　　　　　　S.J. Quinney College of Law
　　　　　　　　　　　　　　　　University of Utah
　　　　　　　　　　　　　　　　383 University St.
　　　　　　　　　　　　　　　　Salt Lake City, UT 84112
　　　　　　　　　　　　　　　　(801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 8th day of August, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

>Laura A. Menninger, Esq.
>Jeffrey Pagliuca, Esq.
>HADDON, MORGAN & FOREMAN, P.C.
>150 East 10th Avenue
>Denver, Colorado 80203
>Tel: (303) 831-7364
>Fax: (303) 832-2628
>Email: lmenninger@hmflaw.com
>          jpagliuca@hmflaw.com

>                         /s/ Sigrid S. McCawley
>                         Sigrid S. McCawley