# Exhibit 1
# (File Under Seal)