UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.                                      15-cv-07433-RWS

GHISLAINE MAXWELL,

    Defendant.

---------------------------------------------------X

### Declaration Of Jeffrey S. Pagliuca In Support Of Defendant's Response in Opposition to Plaintiff's Motion to Enforce the Court's Order and Direct Defendant to Answer Deposition Questions Filed Under Seal

I, Jeffrey S. Pagliuca, declare as follows:

1. I am an attorney at law duly licensed in the State of Colorado and admitted to practice in the United States District Court for the Southern District of New York pro hac vice. I am a member of the law firm Haddon, Morgan & Foreman, P.C., counsel of record for Defendant Ghislaine Maxwell ("Maxwell") in this action. I respectfully submit this declaration in support of Response In Opposition to Plaintiff's Motion to Enforce the Court's Order and Direct Defendant to Answer Deposition Questions Filed Under Seal.

2. Attached as Exhibit A (filed under seal) are true and correct copies of excerpts ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

3. Attached as Exhibit B are true and correct copies of Bates stamped documents GM_00523-00528.

4. Attached as Exhibit C (filed under seal) are true and correct copies of excerpts ████████████████████████████████████████████████████████████████████
████████████

5. Attached as Exhibit D (filed under seal) is a true and correct copy of ████████
████████████████████████████████████████████████████████████████████

6. Attached as Exhibit E (filed under seal) are true and correct copies of excerpts
████████████████████████████████████████████████████████████████████

7. Attached as Exhibit F (filed under seal) are true and correct copies of excerpts
████████████████████████████████████████████████████████████████████
████

8. Attached as Exhibit G (filed under seal) are true and correct copies of excerpts
████████████████████████████████████████████████████████████████████

9. Attached as Exhibit H (filed under seal) are true and correct copies of excerpts
████████████████████████████████████████████████████████████████████

10. Attached as Exhibit I (filed under seal) are true and correct copies of excerpts
████████████████████████████████████████████████████████████████████

Dated:  August 8, 2016

By: */s/ Jeffrey S. Pagliuca*
Jeffrey S. Pagliuca

## CERTIFICATE OF SERVICE

I certify that on August 8, 2016, I electronically served this *Declaration Of Jeffrey S. Pagliuca In Support Of Defendant's Response in Opposition to Plaintiff's Motion to Enforce the Court's Order and Direct Defendant to Answer Deposition Questions Filed Under Seal* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons