**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

               Plaintiff,                  Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

               Defendant.

_____/

**PLAINTIFF'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS**
**SUBJECT TO IMPROPER OBJECTION AND IMPROPER CLAIM OF PRIVILEGE**

      Plaintiff Virginia Giuffre, by and through her undersigned counsel, respectfully submits

this Motion to Compel Production of Documents █████████████████████████████████

███████████████████████████████████████████████████████████████████████████████

███████████████For the reasons set forth below, this Court should grant Plaintiff's

Motion in its entirety.

**I.    FACTUAL BACKGROUND[1]**

                                          _____

█████████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████

████████████████████████████

## II.   <u>LEGAL ARGUMENT</u>



















14

setup



███████████████████████████████████████████████████

██████████████████████████████████ ███████████████████

██████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████████████

█████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████

    █████████████████████████████████████████████████████
██████████████████████████████████████████████████████████

    ███████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████

## III.   <u>CONCLUSION</u>

_____

█ ████████████████████████████████████████████████
████████████████████

███████████████████████████████████

███████████████████████████████

███████████████████████████████████

█████████████████████████████████████

████████████████████████████████████

████████████████████████

Dated: August 9, 2016

Respectfully Submitted,
BOIES, SCHILLER & FLEXNER LLP

By:   /s/ Sigrid McCawley
Sigrid McCawley (Pro Hac Vice)
Meredith Schultz (Pro Hac Vice)
Boies Schiller & Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

David Boies
Boies Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

Bradley J. Edwards (Pro Hac Vice)
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
 (954) 524-2820

Paul G. Cassell (Pro Hac Vice)
S.J. Quinney College of Law
University of Utah
383 University St.
Salt Lake City, UT 84112
(801) 585-5202[6]

---

[6] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 9th day of August, 2016, I electronically filed the

foregoing document with the Clerk of Court by using the CM/ECF system.  I also certify that the

foregoing document is being served this day on the individuals identified below via transmission

of Notices of Electronic Filing generated by CM/ECF.

Laura A. Menninger, Esq.
Jeffrey Pagliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com
        jpagliuca@hmflaw.com

/s/ Sigrid S. McCawley
    Sigrid S. McCawley