United States District Court
Southern District of New York

Virginia L. Giuffre,

       Plaintiff,          Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.

_____/

**DECLARATION OF MEREDITH SCHULTZ IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS SUBJECT TO IMPROPER OBJECTION AND IMPROPER CLAIMS OF PRIVILEGE**

    I, Meredith L. Schultz, declare that the below is true and correct to the best of my knowledge as follows:

    1.    I am a associate with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's March 28, 2016 Order granting my Application to Appear Pro Hac Vice.

    2.    I respectfully submit this Declaration in Support of Plaintiff's Motion to Compel the Production of Documents Subject to Improper Objection and Improper Claims of Privilege.

    3.    Attached hereto as Sealed Exhibit 1 ███████████████████████████████████████

    4.    Attached hereto as Sealed Exhibit 2 ███████████████████████████████████████

    5.    Attached hereto as Sealed Composite Exhibit 3 ███████████████████████████████

    6.    Attached hereto Exhibit 4 ███████████████████████████████

7. Attached hereto as Sealed Exhibit 5 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Meredith L. Schultz_____
Meredith L. Schultz, Esq.

Dated: August 9, 2016.

                                 Respectfully Submitted,

                                 BOIES, SCHILLER & FLEXNER LLP

                    By:  /s/ Meredith Schultz
                          Meredith Schultz (Pro Hac Vice)
                          Meredith Schultz (Pro Hac Vice)
                          Boies Schiller & Flexner LLP
                          401 E. Las Olas Blvd., Suite 1200
                          Ft. Lauderdale, FL 33301
                          (954) 356-0011

                          David Boies
                          Boies Schiller & Flexner LLP
                          333 Main Street
                          Armonk, NY 10504

                          Bradley J. Edwards (Pro Hac Vice)
                          FARMER, JAFFE, WEISSING,
                          EDWARDS, FISTOS & LEHRMAN, P.L.
                          425 North Andrews Avenue, Suite 2
                          Fort Lauderdale, Florida 33301
                           (954) 524-2820

                          Paul G. Cassell (Pro Hac Vice)
                          S.J. Quinney College of Law
                          University of Utah
                          383 University St.
                          Salt Lake City, UT 84112
                          (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 9th day of August, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

    Laura A. Menninger, Esq.
    Jeffrey Pagliuca, Esq.
    HADDON, MORGAN & FOREMAN, P.C.
    150 East 10th Avenue
    Denver, Colorado 80203
    Tel: (303) 831-7364
    Fax: (303) 832-2628
    Email: lmenninger@hmflaw.com
           jpagliuca@hmflaw.com

                                      /s/ Meredith L. Schultz
                                          Meredith L. Schultz