COMPOSITE

EXHIBIT 3

(File Under Seal)