UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

VIRGINIA L. GIUFFRE,

        Plaintiff,

- against -

        15 Civ. 7433 (RWS)

        STANDING ORDER

GHISLAINE MAXWELL,

        Defendant.
------------------------------------------X

**Sweet, D.J.**

    To reduce unnecessary filings and delay, it is hereby ordered that letter motions to file submissions under seal pursuant to the Court's Protective Order, ECF No. 62, are granted. The Protective Order is amended accordingly such that filing a letter motion seeking sealing for each submission is no longer necessary. A party wishing to challenge the sealing of any particular submission may do so by motion.

    It is so ordered.

New York, NY
August 9, 2016

        _____
        ROBERT W. SWEET
        U.S.D.J.