# BOIES, SCHILLER & FLEXNER LLP

401 EAST LAS OLAS BOULEVARD • SUITE 1200 • FORT LAUDERDALE, FL 33301-2211 • PH. 954.356.0011 • FAX 954.356.0022

Sigrid S. McCawley, Esq.
Email: smccawley@bsfllp.com

RECEIVED AUG 0 8 2016 JUDGE SWEET CHAMBERS

August 8, 2016

**Via CM/ECF**

Honorable Judge Robert W. Sweet
District Court Judge
United States District Court
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/9/16

Re: *Giuffre v. Maxwell*
**Case No. 15-cv-07433-RWS – Regarding Protective Order**

Dear Judge Sweet,

This is a letter motion to file Ms. Giuffre's Motion for Protective Order And Motion For the Court To Direct Defendant To Disclose All Individuals To Whom Defendant Has Disseminated Confidential Information and certain accompanying exhibits under seal pursuant to this Court's Protective Order (DE 62).

The Protective Order states:

Whenever a party seeks to file any document or material containing CONFIDENTIAL INFORMATION with the Court in this matter, it shall be accompanied by a Motion to Seal pursuant to Section 6.2 of the Electronic Case Filing Rules & Instructions for the Southern District of New York.

*See* Protective Order (DE 62) signed on March 17, 2016, at p. 4.

Numerous materials have been marked as confidential in this case. As Ms. Giuffre's Giuffre's Motion for Protective Order And Motion For the Court To Direct Defendant To Disclose All Individuals To Whom Defendant Has Disseminated Confidential Information and certain accompanying exhibits contain material that the parties have designated as confidential, she seeks leave to file it under seal.

Respectfully submitted,

/s/ Sigrid S. McCawley
Sigrid S. McCawley, Esq.

cc: Laura Menninger and Jeffrey Pagliuca via CM/ECF