UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

VIRGINIA L. GIUFFRE,

               Plaintiff,

    - against -

GHISLAINE MAXWELL,

               Defendant.

----------------------------------------X

15 Civ. 7433 (RWS)

O R D E R

Sweet, D.J.

    Plaintiff's motion to compel shall be taken on submission returnable Thursday, September 1, 2016. All papers shall be served pursuant to Local Civil Rule 6.1 and this Court's previous orders.

    It is so ordered.

New York, NY
August // , 2016

_____
ROBERT W. SWEET
U.S.D.J.