# Exhibit N

# Lichtenstein, Alexander

| | |
|---|---|
| **From:** | Susan Moss <smoss@17th.flcourts.org> |
| **Sent:** | Wednesday, November 04, 2015 11:23 AM |
| **To:** | Thomas E. Scott; Steven R. Safra; Simpson, Richard; Borja, Mary; Eiler, Ashley; Jack Scarola; Mary E. Pirrotta; smccawley@bsfllp.com |
| **Subject:** | Edward & Cassell v. Dershowitz CACE 15-000072 (05) |

Good morning,

I am advising of Judge Lynch's rulings on the above referenced case.  His rulings are as follows:

Non Party's motion to quash, or for protective order, regarding subpoena served on non party law firm Boies Schiller:   The subpoena, as to the law firm, is quashed

As to the "Jane Doe #3" subpoena:   The motion is granted as to request #9, 17, 18, 20 and 23.

The motion is denied as to the other requests, but a confidentiality order shall be entered.

Regarding the deposition:   The depo shall be limited to 4 hours without prejudice to request additional time in the future.

The Defendant can be present at the depo.

The depo will be taken at the law firm representing the witness.

There shall be a special master, paid by the Defendant, present at the depo, to rule on objections.

The depo will be limited to the issues of this case without prejudice for another depo, if required, in the future.

The issues and said limitations will be determined by the special master.

Each attorney who had a motion heard, is to prepare the order on their motion for the judges signature, along with sufficient copies, self addressed, self stamped envelopes for all parties.

These orders cannot be submitted through the order portal.

Respectfully,


Susan Moss
Judicial Assistant to Judge Thomas M. Lynch, IV
201 S.E. 6th Street, Rm 920B
Fort Lauderdale, Florida  33301
954-831-7831

1