UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| VIRGINIA GIUFFRE,<br><br>             Plaintiff,<br><br>     -against-<br><br>GHISLAINE MAXWELL,<br><br>             Defendant. | No. 15 Civ. 7433 (RWS)<br><br>**NOTICE OF APPEARANCE** |

      **PLEASE TAKE NOTICE** that **Andrew G. Celli, Jr.** of EMERY CELLI BRINCKERHOFF & ABADY LLP hereby appears as counsel for **Proposed Intervenor Alan M. Dershowitz** in the above-entitled action and requests that all filings and correspondence be served upon him at the following address and electronically via the following e-mail address:

Andrew G. Celli, Jr.
EMERY CELLI BRINCKERHOFF & ABADY LLP
600 Fifth Avenue, 10th Floor
New York, NY 10020
Telephone: (212) 763-5000
Facsimile: (212) 763-5001
acelli@ecbalaw.com

Dated: August 11, 2016
       New York, New York

                                            EMERY CELLI BRINCKERHOFF
                                            & ABADY LLP

                                                  /s/
                                            Andrew G. Celli, Jr.
                                            600 Fifth Avenue, 10th Floor
                                            New York, NY 10020
                                            (212) 763-5000

                                            *Attorneys for Proposed Intervenor*
                                            *Alan M. Dershowitz*