UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA GIUFFRE,

                              Plaintiff,                        No. 15 Civ. 7433 (RWS)

          -against-                                            **NOTICE OF APPEARANCE**

GHISLAINE MAXWELL,

                              Defendant.

          **PLEASE TAKE NOTICE** that **David A. Lebowitz** of EMERY CELLI
BRINCKERHOFF & ABADY LLP hereby appears as counsel for **Proposed Intervenor Alan
M. Dershowitz** in the above-entitled action and requests that all filings and correspondence be
served upon him at the following address and electronically via the following e-mail address:

David A. Lebowitz
EMERY CELLI BRINCKERHOFF & ABADY LLP
600 Fifth Avenue, 10th Floor
New York, NY 10020
Telephone: (212) 763-5000
Facsimile: (212) 763-5001
dlebowitz@ecbalaw.com

Dated: August 11, 2016
          New York, New York

                              EMERY CELLI BRINCKERHOFF
                              & ABADY LLP

                              _____/s/_____
                              David A. Lebowitz
                              600 Fifth Avenue, 10th Floor
                              New York, NY 10020
                              (212) 763-5000

                              *Attorneys for Proposed Intervenor*
                              *Alan M. Dershowitz*