United States District Court
Southern District of New York

Virginia L. Giuffre,

    Plaintiff,                  Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

    Defendant.

_____/

**DECLARATION OF MEREDITH SCHULTZ IN SUPPORT OF PLAINTIFF'S MOTION TO ENFORCE THE COURT'S ORDER AND DIRECT DEFENDANT TO ANSWER DEPOSITON QUESTIONS FILED UNDER SEAL**

I, Meredith L. Schultz, declare that the below is true and correct to the best of my knowledge as follows:

1. I am a associate with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's March 28, 2016 Order granting my Application to Appear Pro Hac Vice.

2. I respectfully submit this Declaration in Support of Plaintiff's Motion to Enforce the Court's Order and Direct Defendant to Answer Deposition Questions Filed Under Seal.

3. Attached hereto as Sealed Composite Exhibit 1 ███████████████████████████████████████████

4. Attached hereto as Sealed Composite Exhibit 2 ███████████████████████████████████████████

5. Attached hereto as Sealed Composite Exhibit 3 ███████████████████████████████████████████

6. Attached hereto as Sealed Composite Exhibit 4 ███████████████████████████████████████████

Case 1:15-cv-07433-RWS   Document 357   Filed 08/12/16   Page 2 of 4

7. Attached hereto as Sealed Composite Exhibit 5 ███████████████████ ███████████████████████████████████

8. Attached hereto as Sealed Exhibit 6 ████████████████████ █████████████

9. Attached hereto as Sealed Composite Exhibit 7 ████████████ ████████████████████████████████

10. Attached hereto as Sealed Composite Exhibit 8 is a true and correct copy of ████ █████████

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Meredith L. Schultz_____
Meredith L. Schultz, Esq.

Dated: July 29, 2016.

                                                  Respectfully Submitted,

                                                  BOIES, SCHILLER & FLEXNER LLP

                                    By: /s/ Meredith Schultz
                                          Meredith Schultz (Pro Hac Vice)
                                          Meredith Schultz (Pro Hac Vice)
                                          Boies Schiller & Flexner LLP
                                          401 E. Las Olas Blvd., Suite 1200
                                          Ft. Lauderdale, FL 33301
                                          (954) 356-0011

                                          David Boies
                                          Boies Schiller & Flexner LLP
                                          333 Main Street
                                          Armonk, NY 10504

                                          Bradley J. Edwards (Pro Hac Vice)
                                          FARMER, JAFFE, WEISSING,
                                          EDWARDS, FISTOS & LEHRMAN, P.L.
                                          425 North Andrews Avenue, Suite 2
                                          Fort Lauderdale, Florida 33301
                                          (954) 524-2820

                                          Paul G. Cassell (Pro Hac Vice)
                                          S.J. Quinney College of Law
                                          University of Utah
                                          383 University St.
                                          Salt Lake City, UT 84112
                                          (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 29th day of July, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

    Laura A. Menninger, Esq.
    Jeffrey Pagliuca, Esq.
    HADDON, MORGAN & FOREMAN, P.C.
    150 East 10th Avenue
    Denver, Colorado 80203
    Tel: (303) 831-7364
    Fax: (303) 832-2628
    Email: lmenninger@hmflaw.com
           jpagliuca@hmflaw.com

                                              /s/ Meredith L. Schultz
                                                Meredith L. Schultz