Case 1:15-cv-07433-RWS   Document 355-8   Filed 08/29/16   Page 1 of 1

COMPOSITE

EXHIBIT 8

(File Under Seal)