**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

      Plaintiff,                 Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

      Defendant.

_____/

**DECLARATION OF SIGRID S. MCCAWLEY IN SUPPORT OF**
**PLAINTIFF'S MOTION TO ENFORCE THE COURT'S ORDER AND DIRECT**
**DEFENDANT TO ANSWER DEPOSITION QUESTIONS**

    I, Sigrid S. McCawley, declare that the below is true and correct to the best of my knowledge as follows:

    1.    I am a Partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's September 29, 2015 Order granting my Application to Appear Pro Hac Vice.

    2.    I respectfully submit this Declaration in Support of Plaintiff's Motion to Enforce the Court's Order and Direct Defendant to Answer Deposition Questions.

    3.    Attached hereto as Sealed Composite Exhibit 1 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

    4.    Attached hereto as Sealed Exhibit 2 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

    5.    Attached hereto as Sealed Composite Exhibit 3 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

    6.    Attached hereto as Sealed Exhibit 4 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

██████████████████████████

7. Attached hereto as Sealed Exhibit 5 ████████████████████████
████████████████████████

8. Attached hereto as Sealed Exhibit 6 ████████████████████████
████████████████████

9. Attached hereto as Sealed Exhibit 7 ████████████████████████
████████████████████████

10. Attached hereto as Sealed Exhibit 8 ████████████████████████
████████████████████████

11. Attached hereto as Sealed Exhibit 9 ████████████████████████
████████████████

12. Attached hereto as Sealed Exhibit 10 ████████████████████████
████████████████████████████████

13. Attached hereto as Sealed Exhibit 11 ████████████████████████
████████████████████████

14. Attached hereto as Sealed Exhibit 12 ████████████████████████
████████████████████████

15. Attached hereto as Sealed Exhibit 13 ████████████████████████
████████████████████

16. Attached hereto as Sealed Exhibit 14 ████████████████████████
████████████████████

17. Attached hereto as Sealed Exhibit 15 ████████████████████████
████████████████████████

18. Attached hereto as Sealed Exhibit 16 ███████████████ ████████████████████████████████████

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 12, 2016.

/s/ Sigrid S. McCawley_____
Sigrid S. McCawley, Esq.

Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP

By: /s/ Sigrid S. McCawley
Sigrid S. McCawley (Pro Hac Vice)
Meredith Schultz (Pro Hac Vice)
Boies Schiller & Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

David Boies
Boies Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

Bradley J. Edwards (Pro Hac Vice)
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
(954) 524-2820

Paul G. Cassell (Pro Hac Vice)
S.J. Quinney College of Law
University of Utah
383 University St.
Salt Lake City, UT 84112
(801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 12th day of August, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system.  I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

>Laura A. Menninger, Esq.
>Jeffrey Pagliuca, Esq.
>HADDON, MORGAN & FOREMAN, P.C.
>150 East 10th Avenue
>Denver, Colorado 80203
>Tel: (303) 831-7364
>Fax: (303) 832-2628
>Email: lmenninger@hmflaw.com
>           jpagliuca@hmflaw.com

>>/s/ Sigrid S. McCawley
>>Sigrid S. McCawley