# COMPOSITE EXHIBIT 1
# (Filed Under Seal)