# COMPOSITE EXHIBIT 3

# (Filed Under Seal)