```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/16

-----------------------------------X

VIRGINIA L. GIUFFRE,

        Plaintiff,

  - against -

GHISLAINE MAXWELL,

        Defendant.

-----------------------------------X

15 Civ. 7433 (RWS)

O R D E R

**Sweet, D.J.**

Proposed Intervenor Alan Dershowitz's motion for permissive intervention and unsealing shall be taken on submission returnable Thursday, September 8, 2016. All papers shall be served pursuant to Local Civil Rule 6.1 and this Court's previous orders.

    It is so ordered.

**New York, NY**
**August 15, 2016**

_____
ROBERT W. SWEET
U.S.D.J.