USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/16

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK



VIRGINIA GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

No. 15-cv-07433-RWS

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR NON-PARTY JEFFREY EPSTEIN

Undersigned counsel and non-party Jeffrey Epstein, through counsel, respectfully submit this notice of withdrawal and substitution of counsel. Upon approval of this Court, the Law Offices of Gregory L. Poe PLLC (including Gregory L. Poe and Rachel S. Li Wai Suen) shall withdraw from the representation of Mr. Epstein in connection with this action and Jack Goldberger, Atterbury, Goldberger & Weiss, P.A., 250 N. Australian Avenue #1400, West Palm Beach, Florida 33401, (561) 207-8305, shall enter an appearance on behalf of Mr. Epstein as a non-party in this action.

_____
Jeffrey Epstein

Respectfully submitted,

_____
Gregory L. Poe (admitted *pro hac vice*)

_____
Rachel S. Li Wai Suen (RS-1145)

Law Offices of Gregory L. Poe PLLC
The Executive Building
1030 15th Street, N.W., Suite 580 West
Washington, D.C. 20005
(202) 583-2500
gpoe@gpoelaw.com
rliwaisuen@gpoelaw.com

So ordered
Sweet USDJ
8-17-16