**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

        Plaintiff,                      Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

        Defendant.

_____/

**DECLARATION OF SIGRID MCCAWLEY  IN SUPPORT OF**
**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDNAT'S SECOND MOTION**
**TO COMPEL AND FOR SANCTIONS**

     I, Sigrid McCawley, declare that the below is true and correct to the best of my

knowledge as follows:

     1.       I am a Partner with the law firm of Boies, Schiller & Flexner LLP and duly

licensed to practice in Florida and before this Court pursuant to this Court's Order granting my

Application to Appear Pro Hac Vice.

     2.       I respectfully submit this Declaration in Support of Plaintiff's Response in

Opposition to Defendant's Second Motion to Compel and for Sanctions.

     3.       Attached ███████████████████████████████████

████████████████████████████████████

     4.       Attached hereto as Exhibit 2 is a true and correct copy of December 29, 2005,

Discovery Order, *American Civil Liberties Union, et al. v. Alberto R. Gonzales*, No. 98- -5591

(E.D. Pa. Dec. 29, 2005.)

     5.       Attached hereto ███████████████████████████

████████████████████████

     6.       Attached hereto as ███████████████████████

███████████████████████████████████

7.    Attached hereto as ███████████████████████████████████████

███████████████████████████████████████

8.   Attached hereto as ████████████████████████████████████████

█████████

I declare under penalty of perjury that the foregoing is true and correct.


/s/ Sigrid McCawley_____
Sigrid McCawley, Esq.

Dated: August 17, 2016.

                                                      Respectfully Submitted,

                                              BOIES, SCHILLER & FLEXNER LLP

By:  /s/ Meredith Schultz
        Meredith Schultz (Pro Hac Vice)
        Meredith Schultz (Pro Hac Vice)
        Boies Schiller & Flexner LLP
        401 E. Las Olas Blvd., Suite 1200
        Ft. Lauderdale, FL 33301
        (954) 356-0011

        David Boies
        Boies Schiller & Flexner LLP
        333 Main Street
        Armonk, NY 10504

        Bradley J. Edwards (Pro Hac Vice)
        FARMER, JAFFE, WEISSING,
        EDWARDS, FISTOS & LEHRMAN, P.L.
        425 North Andrews Avenue, Suite 2
        Fort Lauderdale, Florida 33301
        (954) 524-2820

        Paul G. Cassell (Pro Hac Vice)
        S.J. Quinney College of Law
        University of Utah
        383 University St.
        Salt Lake City, UT 84112
        (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

3

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 17th day of August, 2016, I electronically filed the

foregoing document with the Clerk of Court by using the CM/ECF system.  I also certify that the

foregoing document is being served to all parties of record via transmission of the Electronic

Court Filing System generated by CM/ECF.

Laura A. Menninger, Esq.
Jeffrey Pagliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com
        jpagliuca@hmflaw.com


/s/ Meredith L. Schultz
       Meredith L. Schultz