UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

15-cv-07433-RWS

---------------------------------------------------X

**Declaration Of Laura A. Menninger In Support Of Defendant's Response In Opposition To Motion For Protective Order And Motion For the Court toDirect Defendant to Disclose <u>All Individuals to Whom Defendant Has Disseminated Confidential Information</u>**

I, Laura A. Menninger, declare as follows:

1. I am an attorney at law duly licensed in the State of New York and admitted to practice in the United States District Court for the Southern District of New York. I am a member of the law firm Haddon, Morgan & Foreman, P.C., counsel of record for Defendant Ghislaine Maxwell ("Maxwell") in this action. I respectfully submit this declaration in support of Defendant's Reponse in Opposition to Motion for Protective Order and Motion for the Court to Direct Defendant to Disclose All Individuals Whom Defendant has Disseminated Confidential Information.

2. Attached as Exhibit A is a true and correct copy of records from ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬, designated as Confidential by Plaintiff in this case. Such Confidential designation has been challenged by the defense.

3. Attached as Exhibit B is a true and correct copy of records from ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬, designated as Confidential by Plaintiff in this case. Such Confidential designation has been challenged by the defense.

4. Attached as Exhibit C is a true and correct copy of records from ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, designated as Confidential by Plaintiff in this case. Such Confidential designation has been challenged by the defense.

5. Attached as Exhibit D is a true and correct copy of records from ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, designated as Confidential by Plaintiff in this case. Such Confidential designation has been challenged by the defense.

6. Attached as Exhibit E is a true and correct copy of records from ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, designated as Confidential by Plaintiff in this case. Such Confidential designation has been challenged by the defense.

7. Attached as Exhibit F is a true and correct copy of records from ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, designated as Confidential by Plaintiff in this case. Such Confidential designation has been challenged by the defense.

8. Attached as Exhibit G is a true and correct copy of records from ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, designated as Confidential by Plaintiff in this case. Such Confidential designation has been challenged by the defense.

Dated: August 18, 2016

By: */s/ Laura A. Menninger*
Laura A. Menninger

## CERTIFICATE OF SERVICE

      I certify that on August 18, 2016, I electronically served this *Declaration Of Laura A. MenningerIn Support Of Defendant's Defendant's Reponse in Opposition to Motion for Protective Order and Motion for the Court to Direct Defendant to Disclose All Individuals Whom Defendant has Disseminated Confidential Information.* via ECF on the following:

| | |
|---|---|
| Sigrid S. McCawley<br>Meredith Schultz<br>BOIES, SCHILLER & FLEXNER, LLP<br>401 East Las Olas Boulevard, Ste. 1200<br>Ft. Lauderdale, FL 33301<br>smccawley@bsfllp.com<br>mschultz@bsfllp.com | Paul G. Cassell<br>383 S. University Street<br>Salt Lake City, UT 84112<br>cassellp@law.utah.edu |
| Bradley J. Edwards<br>FARMER, JAFFE, WEISSING, EDWARDS,<br>FISTOS & LEHRMAN, P.L.<br>425 North Andrews Ave., Ste. 2<br>Ft. Lauderdale, FL 33301<br>brad@pathtojustice.com | J. Stanley Pottinger<br>49 Twin Lakes Rd.<br>South Salem, NY 10590<br>StanPottinger@aol.com<br><br>*/s/ Nicole Simmons* |