# EXHIBIT C

| NEW YORK | NEWS | POLITICS | SPORTS | ENTERTAINMENT | OPINI |

U.S. | **WORLD** | CRIME | THE WEEK | NEWS PICS | BLOGS




# EXCLUSIVE: Alleged 'sex slave' of Jeffrey Epstein, Prince Andrew accused 2 men of rape in 1998, but was found not credible

BY OREN YANIV    Follow    /    NEW YORK DAILY NEWS    /    Monday, February 23, 2015, 2:30 AM        A A A

SHARE THIS URL
nydn.us/1DMB8jr

30



Months before Virginia Roberts became a "sex slave" of moneyman Jeffrey Epstein and allegedly later took part in orgies with Prince Andrew and others, she accused two young men of raping her but was found not credible, records obtained by the Daily News reveal.

The official documents shed new light on the timeframe before the now 31-year-old Roberts came to work for the freaky financier who allegedly pimped her out to his powerful friends, including the Prince and famed attorney Alan Dershowitz — claims she made in a sensational federal suit that was met with vehement denials.

In 1998, a 14-year-old Roberts swore that two acquaintances sexually assaulted her inside a

**EDIT**

Texas
Cancu

Missir
Belgiu

Ohio v
friend

Food
murde

Woma
pulled

GM_00120

COLEMAN-RAYNER

**Virginia Roberts accused two men of rape in 1998, but was found not credible.**

car at a wooded area near West Palm Beach, Fla. But following a months-long investigation, prosecutors declined to pursue the case "due to the victim's lack of credibility and no substantial likelihood of success at trial," court records state.

The girl's mom, who pushed police to investigate the incident after a social worker at a group home reported it, told a detective "about her daughter's past drug abuse and also how many kids in Royal Palm Beach are involved in drugs, witchcraft and animal sacrifice," according to a confidential report by the Palm Beach County Sheriff's Office.



BHENDERSON

**Virginia Roberts allegedly took part in orgies with Prince Andrew (right).**

Sigrid McCawley, one of Roberts' current lawyers, stood by her client's account and slammed the release of the documents.

"For the prosecutors to describe her as not credible means only that they did not think they had sufficient evidence to win. But she was raped," the lawyer said in a statement. "And to be victimized all over again with the leak of sealed juvenile records is disgraceful."



Roberts claimed that in early February 1998, boys she knew



JAE DONNELLY/JAE DONNELLY

**Prince Andrew walks in Central Park with Jeffrey Epstein in this 2010 photo.**

as Josh, 18, and Kevin, 17, drank alcohol and smoked pot with her before she passed out.

She recalled waking up as the two took turns having sex with her. She estimated the ordeal "lasted around five to seven hours" and she was then dropped off at Josh's house where she had sex with him again.

An officer commented it was difficult to get in touch with her "because she is housed in a confidential location and calls to the patients are strictly limited."

When the accused teenagers were located that summer, both volunteered their versions, contending the encounter was a boozy consensual threesome.

Josh conceded in a lengthy police interview the girl was tired, said he urged her not to go to sleep and added she then "said to him something to the effect of 'why don't you keep me awake' " before they had sex, a detective wrote. "Josh went on to tell me that 'at no point did I hear no, I guess that's the important thing.' "

Josh surrendered to police in August 1998 and was booked for probable cause on a charge of lewd assault upon a child. Kevin also denied the rape and was processed as a juvenile, the report says.





SWEN PFÖRTNER/SWEN PFÖRTNER/PICTURE-ALLIANCE/

**Prince Andrew visits Georg August University June 3, 2014.**

"I wasn't hiding anything," Josh, 35, told The News, adding he only knew the teen as Jen, never saw her again after the one night and that her accusation caught him by surprise.

"Of course I was concerned — somebody tried to press serious charges against me," he said.

In October 1998, prosecutors decided to drop the case against him, said Mike Edmondson, spokesman for the Palm Beach state attorney's office. He could not find a record for Kevin.



GM_00123



LINKEDIN

**Sigrid McCawley, pictured, is a lawyer for Virginia Roberts.**

The News is withholding the suspects' full names because they were not formally charged with a crime.

Roberts has given interviews to the press describing three years of sexual exploitation at the hands of Epstein.

In 1999, she was working in a Palm Beach club when socialite Ghislaine Maxwell recruited her to Epstein's harem of adolescents, according to an affidavit filed last month. Roberts, identified as "Jane Doe No. 3," filed the affidavit to try to join an ongoing suit against the U.S. government for violating victims' rights by signing a lenient plea deal with Epstein, an admitted pedophile.



ANDREW INNERARITY/REUTERS

**Roberts was allegedly pimped out to famed lawyer Alan Dershowitz.**

Epstein, 61, ended up pleading guilty in 2008 for soliciting sex from an underage girl and did 13 months behind bars. He agreed not to challenge liability if victims sued him, and over a dozen, including Roberts, settled civil suits for undisclosed sums.

In her latest filing, Roberts brought up salacious allegations of orgies and sexual trysts she says she was forced to engage in with other men, naming the playboy prince and Dershowitz.

The law professor — who is trying to intervene in that suit to expunge his name from it — said his case is different from the 1998 probe, when the dispute was about factual details.



RICHARD GRAULICH/ASSOCIATED PRESS

**Michael Salnick was the defense lawyer who represented Kevin, one of the men Roberts accused of rape.**

"In my case, she made up the whole story," Dershowitz said.

Michael Salnick, the defense lawyer who represented Kevin, explained that even a statutory rape rap based on age alone would have been up to prosecutors' discretion and noted Roberts now faces scrutiny after lodging serious allegations

GM_00125

against additional individuals.

"She needs to be careful the past doesn't come back to haunt her," he said.



ANDREW SAVULICH/NEW YORK DAILY NEWS

**Ghislaine Maxwell recruited Roberts to Epstein's harem of adolescents, according to an affidavit filed last month.**

McCawley said Roberts won't be cowered by revelations about her youth.

"Blaming a girl, who by age 14 had been sexually abused, and who finally went to the police for help, is both wrong and hurtful," she stated.

"Despite the efforts of her critics, she will not be silenced."

*With Dareh Gregorian*

oyaniv@nydailynews.com

TAGS: prince andrew , jeffrey epstein

**JOIN THE CONVERSATION:**

GM_00126