UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.                                               15-cv-07433-RWS

GHISLAINE MAXWELL,

    Defendant.

---------------------------------------------------X

**Declaration of** ▬▬▬▬▬▬

    I, ▬▬▬▬▬▬, declare as follows:

1. I am an attorney at law duly licensed in the District of Columbia.

2. I am familiar generally with the subject matter of this action, No. 15-cv-07433-RWS (S.D.N.Y.).

3. From 2015 to the present time I have been representing ▬▬▬▬▬▬ ▬▬▬▬▬▬. Although Ms. Giuffre is not a ▬▬▬▬▬▬, central to that action are her allegations that she was the victim of "sexual trafficking."

4. Based on my knowledge of the ▬▬ action and this action, I ▬▬▬▬▬▬ ▬▬▬▬▬▬ and Defendant Ghislaine Maxwell have a ▬▬▬▬▬▬, namely, of defending against allegations by and on behalf of Ms. Giuffre regarding alleged abuse.

5. During the course of my representation ▬▬▬▬▬▬, I have on various occasions exchanged information via email with Ms. Maxwell's counsel Laura Menninger. These emails are attorney work product because the information we exchanged implicates my or

Ms. Menninger's or both of our mental impressions, conclusions, opinions and/or theories concerning the defense of Ms. Giuffre's allegations and related factual and legal matters.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 19, 2016.

*s/* ███████████
███████

### CERTIFICATE OF SERVICE

I certify that on August 19, 2016, I electronically served this *Declaration of*  via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons