UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.                                                    15-cv-07433-RWS

GHISLAINE MAXWELL,

    Defendant.

---------------------------------------------------X

**Declaration of** ▆▆▆▆▆▆▆▆

I, ▆▆▆▆▆▆▆▆, declare as follows:

1.     I am an attorney at law duly licensed in the State of Massachusetts.

2.     I have provided legal representation to ▆▆▆▆▆▆▆▆ as to specific past and ongoing legal matters both before and after April 2015.  I regularly communicated with ▆▆▆▆▆▆▆▆ regarding my legal representation of ▆▆ via email with the intention that such email communications remain confidential and privileged. As counsel for ▆▆▆▆▆▆▆▆, I intended all my emails to ▆▆ to be kept confidential, regularly marking the communications "Attorney-Client Privilege".

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 17, 2016.

                                                    s/ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
                                                       ▆▆▆▆▆▆▆▆▆

## CERTIFICATE OF SERVICE

I certify that on August 19, 2016, I electronically served this *Declaration of* [REDACTED] via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons