UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

15-cv-07433-RWS

------------------------------------------------X

**Declaration of** ▮▮▮▮▮▮▮▮

I, ▮▮▮▮▮▮▮▮, declare as follows:

1. I am an attorney at law duly licensed in the State of New York.

2. I am familiar generally with the subject matter of this action, No. 15-cv-07433-RWS (S.D.N.Y.).

3. Before, during and subsequent to April 2015, I was representing ▮▮▮▮▮▮ in specific ongoing legal matters. As of that time, ▮▮▮▮▮▮ and Ghislaine Maxwell were parties to a ▮▮▮▮▮▮▮▮▮▮, to which I am a party as ▮▮▮▮▮▮▮▮.

4. As ▮▮▮▮▮▮ legal counsel, I consider ▮▮▮▮▮▮ and ▮ lawyers and Ms. Maxwell and her lawyers to have a ▮▮▮▮▮▮ under the ▮▮▮▮▮▮▮▮▮ with respect to the plaintiff Virginia Giuffre's allegations relating to ▮▮▮▮▮▮ in "sexual trafficking" and related matters.

5. During the course of my representation of ▮▮▮▮▮▮, my communication with Ms. Menninger, including email communication, has involved the exchange of information that I deem to be attorney work product because it implicates my or Ms. Menninger's or both of our

2

mental impressions, conclusions, opinions and/or theories concerning legal matters within the

████████████████

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 19, 2016.

████████████████████████████

2

## CERTIFICATE OF SERVICE

I certify that on August 19, 2016, I electronically served this *Declaration of* ▮▮▮▮▮ via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons