United States District Court
Southern District of New York

Virginia L. Giuffre,

       Plaintiff,                   Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.

_____/

**DECLARATION OF SIGRID MCCAWLEY IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER REGARDING FINANCIAL INFORMATION**

I, Sigrid McCawley, declare that the below is true and correct to the best of my knowledge as follows:

1. I am a Partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's Order granting my Application to Appear Pro Hac Vice.

2. I respectfully submit this Declaration in Support of Plaintiff's Response in Opposition to Defendant's Motion for Protective Order Regarding Financial Information.

3. Attached hereto as Sealed Composite Exhibit 1 is a true and correct copy of

4. Attached hereto as Sealed Composite Exhibit 2 is a true and correct copy of

.

5. Attached hereto as Sealed Composite Exhibit 3 is a true and correct copy of

.

6. Attached hereto as Sealed Composite Exhibit 4 is a true and correct copy of

7. Attached hereto as Sealed Composite Exhibit 5 is a true and correct copy of ███████████████████████████████████████████████████████████████ ███████████████████████.

8. Attached hereto as Sealed Exhibit 6 is a true and correct copy of ████████ ██████████████████████████████████████.

9. Attached hereto as Sealed Exhibit 7 is a true and correct copy of E███████ ██████████████████████████████████████.

10. Attached hereto as Sealed Exhibit 8 is a true and correct copy of ████████ ██████████████████████████████████████.

11. Attached here to as Sealed Composite Exhibit 9 are true copies ████████ ██████████████████████████████.

I declare under penalty of perjury that the foregoing is true and correct.


/s/ Sigrid S. McCawley_____
Sigrid S. McCawley, Esq.

Dated: August 22, 2016.

Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP

By: /s/ Sigrid S. McCawley
Sigrid S. McCawley (Pro Hac Vice)
Meredith Schultz (Pro Hac Vice)
Boies Schiller & Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

David Boies
Boies Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

Bradley J. Edwards (Pro Hac Vice)
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
(954) 524-2820

Paul G. Cassell (Pro Hac Vice)
S.J. Quinney College of Law
University of Utah
383 University St.
Salt Lake City, UT 84112
(801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 22nd day of August, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

    Laura A. Menninger, Esq.
    Jeffrey Pagliuca, Esq.
    HADDON, MORGAN & FOREMAN, P.C.
    150 East 10th Avenue
    Denver, Colorado 80203
    Tel: (303) 831-7364
    Fax: (303) 832-2628
    Email: lmenninger@hmflaw.com
           jpagliuca@hmflaw.com

                                                    /s/ Sigrid S. McCawley
                                                        Sigrid S. McCawley