# COMPOSITE EXHIBIT 2
# (Filed Under Seal)