# COMPOSITE EXHIBIT 4
# (Filed Under Seal)