# COMPOSITE EXHIBIT 5
# (Filed Under Seal)