# COMPOSITE EXHIBIT 9
# (Filed Under Seal)