**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

                Plaintiff,               Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

                Defendant.

_____/


**REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND
TO DIRECT THE DEFENDANT TO DISCLOSE ALL INDIVIDUALS TO WHOM
DEFENDANT HAS DISSIMINATED CONFIDENTIAL INFORMATION (DE 335)**


Sigrid McCawley (Pro Hac Vice)
Meredith Schultz (Pro Hac Vice)
BOIES, SCHILLER & FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

Plaintiff Virginia Giuffre, by and through her undersigned counsel, hereby files this Reply in Support of her Motion for Protective Order and Motion for the Court to Direct Defendant to Disclose All Individuals to whom Defendant has Disseminated Confidential Information (DE 335).

## I.    INTRODUCTION

*"The nature of this case concerns highly personal and sensitive information from both parties. In this action, both parties have sought and will seek confidential information in the course of discovery from the other party and from non-party witnesses. Release of such confidential information outside of the litigation could expose the parties to 'annoyance, embarrassment, [and] oppression and result in significant injury to one or more of the parties' business or privacy interests."*

- Defendant, Ghislaine Maxwell, March 2, 2016[1]



---

[1] DE 38 at 1.





---

[3] *Id.*  Ms. Giuffre will be filing an opposition to Dershowitz's motion to intervene shortly.



[5] *Id.*
[6] *Id.*
[7] *Id.*
[8] *Id.*
[9] *See* McCawley Dec. at Exhibit 3,



███████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████

## II.    DISCUSSION

███████████████████████████████████

████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████

Given the extremity of the position she is staking out, it is unsurprising that Defendant's

entire brief cites no case law, and presents no argument to refute Ms. Giuffre's case law. ███

██████████████████████████████████████████

███████████████████████████████████

███ ██████████████████████████████████████

█████████████████████████████████████

████████████████████████████████████████

█████████████████████████████████████

_____

█ ███████████████████████████████





## III.   CONCLUSION

Ms. Giuffre was a child victim of sexual abuse, which is undisputed. Upon Defendant's own motion, this Court entered a Protective Order in this matter.  Ms. Giuffre has shown good cause for confidentiality of the materials at issue. Therefore, the Court should hold that these materials are confidential. This Court should also direct Defendant to disclose all the individuals to whom she has already disseminated the material at issue, and direct the Defendant to recall such material forthwith.

DATED:  August 23, 2016.

                    Respectfully Submitted,

                    BOIES, SCHILLER & FLEXNER LLP

                    By:  /s/ Meredith Schultz
                        Sigrid McCawley (Pro Hac Vice)

---
15

Meredith Schultz (Pro Hac Vice)
Boies Schiller & Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

David Boies
Boies Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

Bradley J. Edwards (Pro Hac Vice)
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
 (954) 524-2820

Paul G. Cassell (Pro Hac Vice)
S.J. Quinney College of Law
University of Utah
383 University St.
Salt Lake City, UT 84112
(801) 585-5202[16]

---

[16] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

10

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 23, 2016, I electronically filed the foregoing

document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing

document is being served to all parties of record via transmission of the Electronic Court Filing

System generated by CM/ECF.

> Laura A. Menninger, Esq.
> Jeffrey Pagliuca, Esq.
> HADDON, MORGAN & FOREMAN, P.C.
> 150 East 10th Avenue
> Denver, Colorado 80203
> Tel: (303) 831-7364
> Fax: (303) 832-2628
> Email: lmenninger@hmflaw.com
>          jpagliuca@hmflaw.com


                              /s/ Meredith Schultz
                                Meredith Schultz