

HADDON
MORGAN
FOREMAN

Haddon, Morgan and Foreman, P.C
Laura A. Menninger

150 East 10th Avenue
Denver, Colorado 80203
303.831.7364 fx 303.832.2628
www.hmflaw.com
lmenninger@hmflaw.com

RECEIVED AUG 22 2016 JUDGE SWEET CHAMBERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/16

August 22, 2016

**Via Facsimile (212) 805-7925**

Hon. Robert W. Sweet
United States District Judge
United States District Court
Daniel Patrick Moynihan Courthouse
Southern District of New York
500 Pearl Street, Room 1940
New York, New York 10007-1312

Re: *Giuffre v. Maxwell*, 15-cv-07433-RWS (S.D.N.Y.)

Dear Judge Sweet:

Today is the deadline to submit our reply in support of Ms. Maxwell's Motion to Compel Responses to her Second Set of Discovery Requests. I write to request a 3--day extension of time, to and including August 25, 2016, to file the reply.

We have conferred with Plaintiff's counsel. Plaintiff does not oppose the relief requested.

There is good cause for granting the extension of time. Because of defense counsel's travel schedule last week and the length of the response (42 pages), we have not had adequate time to prepare the reply. None of the parties will be prejudiced by this request.

Accordingly, Ms. Maxwell respectfully requests that she be permitted to submit her reply by close of business on August 25.

Sincerely,

HADDON, MORGAN AND FOREMAN, P.C.

/s/ Laura A. Menninger
Laura A. Menninger

So ordered
R. Sweet
USDJ
8.23.16

Hon. Robert W. Sweet
August 22, 2016
Page 2

c/c:
Sigrid S. McCawley
Boies, Schiller & Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301-2211
smccawley@bsfllp.com