United States District Court
Southern District of New York



Virginia L. Giuffre,

        Plaintiff,

v.

Ghislaine Maxwell,

        Defendant.
_____/

Case No.: 15-cv-07433-RWS

## MS. GIUFFRE'S MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR RESPONSE BRIEF TO MOTION

Plaintiff Virginia L. Giuffre, by and through her undersigned counsel, hereby request that the Court permit the filing of a response memorandum in excess of the 25 pages permitted pursuant to this Court's Practice Standard 2D, and states as follows.

Defendant filed an approximately 37 page Defendant's Motion to Compel Responses to Defendant's Second Set of Discovery Requests to Plaintiff and for Sanctions (DE 354). In order to respond to the various issues raised in that motion (which, itself, exceeds this Court's page limits), the Response brief requires excess pages.

Accordingly, based on the foregoing, Ms. Giuffre respectfully requests the Court grant her request to exceed the page limit to thoroughly rebut the ungrounded arguments in Defendant's Motion to Compel Responses to Defendant's Second Set of Discovery Requests to Plaintiff, and for Sanctions.

DATED: August 17, 2016.

*So ordered*
*Sweet*
*USDJ*
*8.23.16*

Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP

1

By: /s/ Meredith Schultz
Sigrid McCawley (Pro Hac Vice)
Meredith Schultz (Pro Hac Vice)
Boies Schiller & Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

David Boies
Boies Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

Bradley J. Edwards (Pro Hac Vice)
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
(954) 524-2820

Paul G. Cassell (Pro Hac Vice)
S.J. Quinney College of Law
University of Utah
383 University St.
Salt Lake City, UT 84112
(801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 17, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

    Laura A. Menninger, Esq.
    Jeffrey Pagliuca, Esq.
    HADDON, MORGAN & FOREMAN, P.C.
    150 East 10th Avenue
    Denver, Colorado 80203
    Tel: (303) 831-7364
    Fax: (303) 832-2628
    Email: lmenninger@hmflaw.com
           jpagliuca@hmflaw.com

                                            /s/ Meredith Schultz
                                            Meredith Schultz