UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

VIRGINIA L. GIUFFRE,

         Plaintiff,

  - against -

GHISLAINE MAXWELL,

         Defendant.

------------------------------------------X

15 Civ. 7433 (RWS)

O R D E R

Sweet, D.J.

    Plaintiff's motion to compel defendant to produce financial information, seeking relief oppositional to Defendant's motion for a protective order regarding financial information, shall be taken on submission the same date returnable Thursday, September 8, 2016.

    It is so ordered.

New York, NY
August 23 , 2016

ROBERT W. SWEET
U.S.D.J.