United States District Court
Southern District of New York

Virginia L. Giuffre,

       Plaintiff,                 Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.
_____/

**REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL (DE 345)**

                                Sigrid McCawley (Pro Hac Vice)
                                Meredith Schultz (Pro Hac Vice)
                                BOIES, SCHILLER & FLEXNER LLP
                                401 E. Las Olas Blvd., Suite 1200
                                Ft. Lauderdale, FL 33301
                                (954) 356-0011

Plaintiff Virginia Giuffre ("Ms. Giuffre"), by and through her undersigned counsel, hereby files this Reply in Support of her Motion to Compel (DE 345).

I.   ARGUMENT

    A.   **This Court should Order Production of Documents Responsive to Requests Nos. 1-3**

████████████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████
    ████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████████████████
    ████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████

1

████████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

████████████████

    **B.**    **This Court should Order Production of Documents Responsive to Requests Nos. 6-7; 9-10; and 11.**

████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████



4

███████████████████████████████████████████

███████████████████████████████████████████

█████████

**C.    This Court should Order Production of Documents Responsive to Requests No 12.**

████████████████████████████████

███████████████████████████████████

███████████████████████████████████

████████████████████████████████████

████████████████████████████████████

█████████████████████████████

███████████████████████████████

████████████████████████████████████

██████████████████████████

████████████████████████████

████████████████████████████

████████████████████████████

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

4



**D.     This Court Should Order Production of Documents Responsive to Requests No 17 and 18.**

[Redacted]

███████████████████████████████████████

████████

   ███████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████

   ████████████████████████████████████

██████████████████████████████████████

█████████████████████████████████████████

████████████████████████████████████████

█████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████

### E.   The Documents Improperly Logged

   ████████████████████████████████████

█████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████

   ████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

█████████████████████

**F.     A Forensic Review is Appropriate in these Circumstances**

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████





[Page content redacted]

Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP

By: /s/ Meredith Schultz
 Sigrid McCawley (Pro Hac Vice)
 Meredith Schultz (Pro Hac Vice)
 Boies Schiller & Flexner LLP
 401 E. Las Olas Blvd., Suite 1200
 Ft. Lauderdale, FL 33301
 (954) 356-0011

 David Boies
 Boies Schiller & Flexner LLP
 333 Main Street
 Armonk, NY 10504

 Bradley J. Edwards (Pro Hac Vice)
 FARMER, JAFFE, WEISSING,
 EDWARDS, FISTOS & LEHRMAN, P.L.
 425 North Andrews Avenue, Suite 2
 Fort Lauderdale, Florida 33301
 (954) 524-2820

 Paul G. Cassell (Pro Hac Vice)
 S.J. Quinney College of Law
 University of Utah
 383 University St.
 Salt Lake City, UT 84112
 (801) 585-5202[8]

---

[8] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 24, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

>Laura A. Menninger, Esq.
>Jeffrey Pagliuca, Esq.
>HADDON, MORGAN & FOREMAN, P.C.
>150 East 10th Avenue
>Denver, Colorado 80203
>Tel: (303) 831-7364
>Fax: (303) 832-2628
>Email: lmenninger@hmflaw.com
>　　　　jpagliuca@hmflaw.com

>　　　　　　　　　　　　　　　/s/ Meredith Schultz
>　　　　　　　　　　　　　　　　　Meredith Schultz