UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

15-cv-07433-RWS

---------------------------------------------------X

**Declaration Of Laura A. Menninger In Support Of
Defendant's Motion For Leave to File A Sur-Reply Or, Alternatively,
to Strike Plaintiff's Misrepresentations of Fact to the Court**

    I, Laura A. Menninger, declare as follows:

    1.    I am an attorney at law duly licensed in the State of New York and admitted to practice in the United States District Court for the Southern District of New York. I am a member of the law firm Haddon, Morgan & Foreman, P.C., counsel of record for Defendant Ghislaine Maxwell in this action. I respectfully submit this Declaration in support of Ms. Maxwell's Motion for Leave to File A Sur-Reply Or, Alternatively, to Strike Plaintiff's Misrepresentations of Fact to the Court.

    2.    Attached as Exhibit A (filed under seal) are true and correct copies of excerpts

3. Attached as Exhibit B (filed under seal) are true and correct copies of excerpts ▮

4. Attached as Exhibit C (filed under seal) are true and correct copies of excerpts ▮

5. Attached as Exhibit D (filed under seal) are true and correct copies of excerpts ▮

6. Attached as Exhibit E (filed under seal) are true and correct copies of excerpts ▮

7. Attached as Exhibit F (filed under seal) are true and correct copies of excerpts ▮

Executed on August 25, 2016

By: /s/ Laura A. Menninger
Laura A. Menninger

## CERTIFICATE OF SERVICE

      I certify that on August 25, 2016, I electronically served this *Declaration Of Laura A. Menninger In Support Of Defendant's Motion for Leave to File A Sur-Reply Or, Alternatively, to Strike Plaintiff's Misrepresentations of Fact to the* Court via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons