# EXHIBIT A

## VIRGINIA L. GIUFFRE
## v.
## GHISLAINE MAXWELL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 15-CV-07433-RWS

Voicemail of Sharon Churcher to Paul G. Cassell

| Speaker | |
|---|---|
| Sharon Churcher | Paul, it's Sharon. Sorry about that. Listen, call me anyway. I wanted to discuss something on a deep background basis that's in my files. Um, I, ah, as you know, um, feel almost like a friend of Virginia's. Uh, I have got something. I think the FBI affidavit was pretty close to perjury. Give me a call when you get a chance, um, on a deep background basis if it's not going to be a conflict for you. Um, it's something that I wanted to get your advice on. Take care. Bye-bye [Talking in Background] |