# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

15-cv-07433-RWS

---------------------------------------------------X

## Declaration of Nicole D. Simmons

I, Nicole D. Simmons, declare as follows:

1. I am a Legal Assistant of the law firm Haddon, Morgan & Foreman, P.C.

2. I prepared the transcript attached as Exhibit A to Declaration of Laura A. Menninger in Support of Reply In Support of Motion to Compel Responses to Second Set of Discovery Requests, and for Sanctions

3. I prepared the transcript from a digital audio recording provided to me. I understand the recording is a voicemail left by Sharon Churcher for Paul Cassell.

4. Exhibit A to the Menninger Declaration is a complete, true and accurate transcription of the digital recording.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of August 2016.

Respectfully submitted,

*Nicole Simmons*

Nicole Simmons
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
Phone:   303.831.7364
Fax:       303.832.2628
nsimmons@hmflaw.com

STATE OF COLORADO        )
                         ) ss.
COUNTY OF DENVER         )

Subscribed and sworn to before me by Nicole Simmons on this 25th day of August, 2016.

Witness my hand and official seal.

*Holly Rogers*
Notary Public
My commission expires:   01/07/2017

HOLLY ROGERS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20094000643
MY COMMISSION EXPIRES JANUARY 7, 2017

2