United States District Court
Southern District of New York

Virginia L. Giuffre,

       Plaintiff,            Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.

_____/

**DECLARATION OF SIGRID MCCAWLEY IN SUPPORT OF
PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION TO INTERVENE (DE 362)**

    I, Sigrid McCawley, declare that the below is true and correct to the best of my knowledge as follows:

    1.    I am a partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's September 29, 2015 Order granting my Application to Appear Pro Hac Vice.

    2.    I respectfully submit this Declaration in Support of Plaintiff's Response in Opposition to Motion to Intervene (DE 362).

    3.    Attached hereto as Exhibit 1 is a true and correct copy of ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮

    4.    Attached hereto as Sealed Exhibit 2 is a true and correct copy of ▮▮▮▮▮▮

    5.    Attached hereto as Exhibit 3 is a true and correct copy of ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮

    6.    Attached hereto as Sealed Exhibit 4 is a true and correct copy of ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

    7.    Attached hereto as Exhibit 5 are a true and correct copies of ▮▮▮▮▮▮▮

████████

8. Attached hereto as Sealed Exhibit 6 is a true and correct copy of ████████ ████████████████████████████████

9. Attached hereto as Exhibit 7 is a true and correct copy of ████████ ████████

10. Attached hereto as Sealed Composite ████████████████████████████ ████████

11. Attached hereto as Composite Sealed Exhibit 9 is a true and correct copy of ████████████████████████████████████████████████████

12. Attached hereto as Sealed Composite Exhibit 10 is a true and correct copy of ████████████████████████████████████████████ ████████████████████████

13. Attached hereto as Exhibit 11 is a true and correct copy of ████████ ████████

14. Attached hereto as Exhibit 12 is a true and correct copy of November 12, 2015 ████████████

15. Attached hereto as Exhibit 13 is a true and correct copy of ████████ ████████████████

16. Attached hereto as Exhibit 14 is a true and correct copy of ████████ ████████████████

17. Attached hereto as Exhibit 15 is a true and correct copy of ████████ ████████

18. Attached hereto as Exhibit 16 is a true and correct copy of ████████ ████████

19. Attached hereto as Exhibit 17 is a true and correct copy of ████████ ████████████.

20. Attached hereto as Exhibit 18 is a true and correct copy of ████████ ██████████████████████.

21. Attached hereto as Exhibit 19 is a true and correct copy of ████████ ██████████████████.

22. Attached hereto as Exhibit 20 is a true and correct copy of ████████ ████████████.

23. Attached hereto as Exhibit 21 is a true and correct copy of ████████ ██████████████████████.

24. Attached hereto as Exhibit 22 is a true and correct copy of ███████ ████████████████████████████████.

25. Attached hereto as Exhibit 23 is a true and correct copy of ████████ ██████████████.

I declare under penalty of perjury that the foregoing is true and correct.

                                                   /s/ Sigrid S. McCawley_____
                                                   Sigrid S. McCawley, Esq.

Dated: August 29, 2016.

                                Respectfully Submitted,

                                BOIES, SCHILLER & FLEXNER LLP

By: /s/ Sigrid McCawley
     Sigrid McCawley (Pro Hac Vice)
     Meredith Schultz (Pro Hac Vice)
     Boies Schiller & Flexner LLP
     401 E. Las Olas Blvd., Suite 1200
     Ft. Lauderdale, FL 33301
     (954) 356-0011

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 29th day of August, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

>   Laura A. Menninger, Esq.
>   Jeffrey Pagliuca, Esq.
>   HADDON, MORGAN & FOREMAN, P.C.
>   150 East 10th Avenue
>   Denver, Colorado 80203
>   Tel: (303) 831-7364
>   Fax: (303) 832-2628
>   Email: lmenninger@hmflaw.com
>   　　　　jpagliuca@hmflaw.com

　　　　　　　　　　　　　　　　　　　　/s/ Meredith L. Schultz
　　　　　　　　　　　　　　　　　　　　　　Meredith L. Schultz