COMPOSITE

EXHIBIT 9

(File Under Seal)