# COMPOSITE EXHIBIT 10

# (File Under Seal)