# EXHIBIT 12

# (File Under Seal)