IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 15-cv-07433-RWS

VIRGINIA GIUFFRE,

    Plaintiff,

vs.

GHISLAINE MAXWELL,

    Defendant.
_____/

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, JACK A. GOLDBERGER, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear for Jeffrey Epstein in the above captioned action.

I am in good standing for the bar of the State of Florida and there are no pending disciplinary proceedings against me in any state or federal court.

    s/ Jack A. Goldberger
    JACK A. GOLDBERGER, ESQ.
    Atterbury, Goldberger & Weiss, P.A.
    250 Australian Avenue South, Suite 1400
    West Palm Beach, Florida 33401
    (561) 659-8300
    (561) 835-8691 (fax)
    jgoldberger@agwpa.com
    Florida Bar No.  262013

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of August, 2016, I electronically filed the foregoing with the Clerk of Court using CM/ECF.

I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

    s/Jack A. Goldberger
    ATTERBURY, GOLDBERGER & WEISS, P.A.