IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 15-cv-07433-RWS

VIRGINIA GIUFFRE,

    Plaintiff,

vs.

GHISLAINE MAXWELL,

    Defendant.
_____/

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Jack A. Goldberger, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Florida; and that his contact information is as follows:

    Jack A. Goldberger
    Atterbury, Goldberger & Weiss, P.A.
    250 Australian Avenue South, Suite 1400
    West Palm Beach, Florida 33401
    (561) 659-8300
    (561) 835-8691 (fax)
    jgoldberger@agwpa.com

Applicant having requested admission Pro Hac Vice to appear for all purpose as counsel for Jeffrey Epstein in the entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DONE AND ORDERED on this _____ day of August, 2016.

                                                _____
                                                ROBERT W. SWEET
                                                United States District Court Judge