

Haddon, Morgan and Foreman, P.C
Laura A. Menninger

150 East 10th Avenue
Denver, Colorado 80203
PH 303.831.7364 FX 303.832.2628
www.hmflaw.com
lmenninger@hmflaw.com

August 29, 2016

**Via Facsimile (212) 805-7925**

Hon. Robert W. Sweet
United States District Judge
United States District Court
Daniel Patrick Moynihan Courthouse
Southern District of New York
500 Pearl Street, Room 1940
New York, New York 10007-1312



RECEIVED AUG 29 2016 JUDGE SWEET CHAMBERS

Re: *Giuffre v. Maxwell*, 15-cv-07433-RWS

Dear Judge Sweet:

By this letter motion, counsel for Ms. Maxwell hereby requests that the Court permit the filing of Ms. Maxwell's Reply In Support Of Motion for Protective Order Regarding Personal Financial Information in excess of the 10 pages permitted pursuant to this Court's Practice Standard 2D.

As grounds, she further avers as follows: Plaintiff's Response and the issues presented therein require more than 10 pages in order to properly reply. Ms. Maxwell requests leave of the Court to therefore reply within 13 pages.

So ordered.
/s/ Sweet USDJ
8·30·16

Sincerely,

HADDON, MORGAN AND FOREMAN, P.C.

/s/ Laura A. Menninger
Laura A. Menninger

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/16

Hon. Robert W. Sweet
August 29, 2016
Page 2

## CERTIFICATE OF SERVICE

I certify that on August 29, 2016, I electronically served this *LETTER MOTION* via ELECTRONIC MAIL on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons