RECEIVED
AUG 26 2016
JUDGE SWEET CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

15-cv-07433-RWS

-------------------------------------------------X

### DEFENDANT'S MOTION FOR LEAVE TO FILE A SUR-REPLY OR, ALTERNATIVELY, TO STRIKE PLAINTIFF'S MISREPRESENTATIONS OF FACT TO THE COURT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/16

*Leave granted to file sur-reply. So ordered.*
*Sweet USDJ 8/30/16*

Laura A. Menninger
Jeffrey S. Pagliuca
HADDON, MORGAN, AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
303.831.7364