

**HADDON**
**MORGAN**
**FOREMAN**



Haddon, Morgan and Foreman, P.C.
Laura A. Menninger

150 East 10th Avenue
Denver, Colorado 80203
PH 303.831.7364  FX 303.832.2628



August 25, 2016

**Via Facsimile (212) 805-7925**

Hon. Robert W. Sweet
United States District Judge
United States District Court
Daniel Patrick Moynihan Courthouse
Southern District of New York
500 Pearl Street, Room 1940
New York, New York 10007-1312

        Re:    *Giuffre v. Maxwell*, 15-cv-07433-RWS

Dear Judge Sweet:

This is a letter motion concerns Ms. Maxwell's Reply In Support of her Motion to Compel Responses to Defendant's Second Set of Discovery Requests to Plaintiff, and for Sanctions. We request that the defense be permitted to exceed the 10-page limit.

There is good cause to grant this motion. The reply addresses facts and arguments in a response that exceeds 40 pages. We could not adequately address the response within 10 pages.

Accordingly, we request that the Court permit Ms. Maxwell to exceed the 10-page limit for the reply.

*[signature]*
Sweet
USDJ
8.30.16

Sincerely,

HADDON, MORGAN AND FOREMAN, P.C.

/s/ *Laura A. Menninger*
Laura A. Menninger

Hon. Robert W. Sweet
August 25, 2016
Page 2

## CERTIFICATE OF SERVICE

I certify that on August 25, 2016, I electronically served this *LETTER MOTION* via ELECTRONIC MAIL on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons