# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

_____/

Case No.: 15-cv-07433-RWS

## *UNOPPOSED* MOTION TO MODIFY PREVIOUSLY FILED PROPOSED SCHEDULING ORDER

Plaintiff, by and through the undersigned attorney, hereby requests that the Court enter an order modifying its Order filed August 1, 2016, ECF #317, for the following reasons:

The parties filed a proposed scheduling order on July 25, 2016 in preparation for a December 12, 2016 trial date. Pursuant to that proposal, the parties previously agreed upon Expert Disclosures per 26(a)(2)(A) and (B) being made by August 31, 2016. The parties have now agreed to extend such deadline to September 8, 2016. All remaining deadlines will be unaffected by this agreement.

WHEREFORE, the parties request that the Court adopt the proposed schedule and modify the Court's Order of August 1, 2016 to reflect the above deadline modification.

Respectfully Submitted,

*/s/ Bradley J. Edwards*
Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

1

        Sigrid McCawley (Pro Hac Vice)
Meredith Schultz (Pro Hac Vice)
Boies Schiller & Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

David Boies
Boies Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

Paul G. Cassell (Pro Hac Vice)
S.J. Quinney College of Law
University of Utah
383 University St.
Salt Lake City, UT 84112
(801) 585-5202[1]

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 31st day of August, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

Laura A. Menninger, Esq.
Jeffrey Pagliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com
jpagliuca@hmflaw.com

        */s/ Bradley J. Edwards*
        Bradley J. Edwards

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.