# BOIES, SCHILLER & FLEXNER LLP

401 EAST LAS OLAS BOULEVARD • SUITE 1200 • FORT LAUDERDALE, FL 33301-2211 • PH. 954.356.0011 • FAX 954.356.0022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/6/16

Sigrid S. McCawley, Esq.
Email: smccawley@bsfllp.com

June 28, 2016

**Courtesy Copy**

**Via CM/ECF**

Honorable Judge Robert W. Sweet
District Court Judge
United States District Court
500 Pearl Street
New York, NY 10007

RECEIVED JUN 29 2016 JUDGE SWEET CHAMBERS

Re:   *Giuffre v. Maxwell*,
      <u>Case no. 15-cv-07433-RWS – Regarding Protective Order</u>

Dear Judge Sweet:

This is a letter motion to file Ms. Giuffre's Response in Opposition to Defendant's Motion to Reopen Plaintiff's Deposition and certain accompanying exhibits under seal pursuant to this Court's Protective Order (DE 62).

The Protective Order states:

> Whenever a party seeks to file any document or material containing CONFIDENTIAL INFORMATION with the Court in this matter, it shall be accompanied by a Motion to Seal pursuant to Section 6.2 of the Electronic Case Filing Rules & Instructions for the Southern District of New York.

*See* Protective Order (DE 62) signed on March 17, 2016, at p. 4. The parties have designated certain documents confidential pursuant to the Protective Order; accordingly, Ms. Giuffre seeks leave to file the Response and certain related exhibits under seal.

Respectfully submitted,

*Meredith Schultz*

Meredith Schultz, Esq.

cc:   Laura Menninger, via CM/ECF
      Jeffrey Pagliuca, via CM/ECF

WWW.BSFLLP.COM