UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

15-cv-07433-RWS

---------------------------------------------------X

### Declaration of Laura A. Menninger in Support of
### Defendant's Renewed Motion to Compel Settlement Agreement

I, Laura A. Menninger, declare as follows:

1. I am an attorney at law duly licensed in the State of New York and admitted to practice in the United States District Court for the Southern District of New York. I am a member of the law firm Haddon, Morgan & Foreman, P.C., counsel of record for Defendant Ghislaine Maxwell in this action. I respectfully submit this Declaration in support of Ms. Maxwell's Renewed Motion to Compel Settlement Agreement.

2. Attached as Exhibit A (filed under seal) is a true and correct copy of Plaintiff's Response And Objections To Defendant's First Set Of Discovery Requests To Plaintiff, served March 16, 2016.

3. Attached as Exhibit B (filed under seal) are true and correct copies of conferral communication between counsel, including a true and correct copy of Jeffrey Epstein's written

waiver of claims concerning settlement agreement's confidentiality provision dated August 16, 2016.

4. Attached as Exhibit C (filed under seal) is a true and correct copy of the Complaint in *Jane Doe 102 v. Jeffery Epstein*, Case 9:09- cv-80656- KAM, filed in the United States District Court for the Southern District of Florida, on May 4, 2009.

5. Attached as Exhibit D (filed under seal) is true and correct copy of Plaintiff's Fourth Revised Rule 26(a) Disclosures served on June 24, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 6, 2016.

*s/ Laura A. Menninger*
Laura A. Menninger


## CERTIFICATE OF SERVICE

I certify that on September 6, 2016, I electronically served this *Declaration of Laura A. Menninger in Support of Defendant's Renewed Motion to Compel Settlement Agreement* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu


J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com


*/s/ Nicole Simmons*
Nicole Simmons