UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

VIRGINIA L. GIUFFRE,

              Plaintiff,

   - against -

GHISLAINE MAXWELL,

              Defendant.

------------------------------------------X

15 Civ. 7433 (RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/16

Sweet, D.J.

    Defendant's renewed motion to compel production of the settlement agreement shall be heard at noon on Thursday, September 22, 2016 in Courtroom 18C, United States Courthouse, 500 Pearl Street. All papers shall be served in accordance with Local Civil Rule 6.1.

    It is so ordered.

New York, NY
September 7, 2016

                                   ROBERT W. SWEET
                                   U.S.D.J.