# BOIES, SCHILLER & FLEXNER LLP

401 EAST LAS OLAS BOULEVARD · SUITE 1200 · FORT LAUDERDALE, FL 33301-2211 · PH. 954.356.0011 · FAX 954.356.0022

Sigrid S. McCawley, Esq.
Email: smccawley@bsfllp.com

September 6, 2016

**Via CM/ECF**

Honorable Judge Robert W. Sweet
District Court Judge
United States District Court
500 Pearl Street
New York, NY 10007

> **Re:** ***Giuffre v. Maxwell***
> **Case no. 15-cv-07433-RWS**

Dear Judge Sweet,

This is a letter motion to exceed the page limits with Ms. Giuffre's Reply in Support of her Motion to Compel Defendant to Produce Financial Information. Ms. Giuffre had previously understood that submission of the same document (the responses and objections to Ms. Giuffre's discovery requests) by opposing counsel as an attachment satisfied the Local Rules; however, opposing counsel is taking the position that the document itself must actually be included in Ms. Giuffre's briefing papers. Therefore, Ms. Giuffre is incorporating the document into her reply brief as an addendum and, accordingly, must move to exceed page limits. Ms. Giuffre respectfully requests to exceed the page limit by 8 pages.

Respectfully submitted,

Sigrid S. McCawley, Esq.

SSM:dk

RECEIVED
SEP 06 2016
JUDGE SWEET CHAMBERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/16

So ordered
Weit
SDJ
9.7.16