

# EMERY CELLI BRINCKERHOFF & ABADY LLP

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO
ALISON FRICK
DAVID LEBOWITZ
HAYLEY HOROWITZ
DOUGLAS E. LIEB
ALANNA SMALL
JESSICA CLARKE

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE
(212) 763-5000
FACSIMILE
(212) 763-5001
WEB ADDRESS
www.ecbalaw.com

CHARLES J. OGLETREE, JR.

September 7, 2016

**By ECF**

The Honorable Robert W. Sweet
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/16

Re:   *Giuffre v. Maxwell*, No. 15 Civ. 7433

Dear Judge Sweet:

This firm represents Proposed Intervenor Alan M. Dershowitz, whose motion for permissive intervention and related relief was filed in this case on August 11, 2016. We write to request a one-week extension of the time to file Professor Dershowitz's reply papers.

Under Local Civil Rule 6.1 and Federal Rule of Civil Procedure 6(d), Professor Dershowitz's reply is currently due on Thursday, September 7. Because long-scheduled travel plans occupied members of our litigation team over the Labor Day holiday weekend, an additional week is needed to permit Professor Dershowitz to respond adequately to Plaintiff's extensive opposition papers. We request an extension through and including Thursday, September 15.

There have been no previous requests for an extension of this deadline. We contacted the parties' counsel yesterday seeking their consent to this request. Defendant's counsel consents to the requested extension; as of this writing, Plaintiff's counsel has not responded to our request. We thank the Court for its attention to this matter.

So ordered
Sweet USDJ
9-8-16

Respectfully submitted,

/s/

Andrew G. Celli, Jr.
David A. Lebowitz

c.   All Counsel of Record (by ECF)