09/13/2016 18:14 FAX   Case 1:15-cv-07433-LAP   Document 433   Filed 09/15/16   Page 1 of 2   ☒0002/0003

# BOIES, SCHILLER & FLEXNER LLP

401 EAST LAS OLAS BOULEVARD • SUITE 1200 • FORT LAUDERDALE, FL 33301-2211 • PH. 954.356.0011 • FAX 954.356.0022

Sigrid S. McCawley, Esq.
E-mail: smccawley@bsfllp.com

September 13, 2016



RECEIVED SEP 14 2016 JUDGE SWEET CHAMBERS

**VIA FASCIMILE [212-805-7925]**

Honorable Judge Robert W. Sweet
District Court Judge
United States District Court
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/16

Re:   *Giuffre v. Maxwell*,
      **Case No.: 15-cv-07433-RWS**

Dear Judge Sweet:

   Plaintiff, Virginia Giuffre provides this Court with Notice of Non-Response to the Court's July 30, 2016 Order. Specifically, on June 20, 2016, this Court authorized the subpoenas to Nadia Marcinkova and Sarah Kellen to be served by alternative means. Ms. Giuffre served subpoenas as directed by the Court and set the depositions of Nadia Marcinkova and Sarah Kellen for July 21, 2016 at the Boies Schiller & Flexner offices in New York City. Neither of the witnesses appeared for their depositions.

   On July 25, 2016, Ms. Giuffre filed Plaintiff's Motion for a Finding of Civil Contempt Against Sarah Kellen For Ignoring Subpoena and For Associated Sanctions (308) and Plaintiff's Motion for a Finding of Civil Contempt Against Nadia Marcinkova For Ignoring Subpoena and For Associated Sanctions (310). In her motions, Plaintiff sought the following relief in order to compel the depositions of Nadia Marckinkova and Sarah Kellen: (1) that Nadia Marcinkova and Sarah Kellen be directed to appear for deposition (2) that Nadia Marcinkova and Sarah Kellen pay Giuffre's costs and reasonable attorney's fees associated with bringing the motion, and that (3) Nadia Marcinkova and Sarah Kellen be ordered to pay a civil penalty of $2500 per day for each day after which they fail to appear at the rescheduled deposition and any other sanction the court believes is just and proper.

   On July 30, 2016 the Court issued the following order: "ORDER: Plaintiff's Motions for a Finding of Civil Contempt against Sarah Kellen and Nadia Marcinkova shall be taken on submission returnable August 25, 2016. All papers shall be served in accordance with Local Civil Rule 6.1 and pursuant to this Court's previous orders. (Signed by Judge Robert W. Sweet on 7/30/2016) (cf)".

BOIES, SCHILLER & FLEXNER LLP

Honorable Judge Sweet
District Court Judge
September 13, 2016
Page 2

    Neither Nadia Marcinkova nor Sarah Kellen filed any response to the Plaintiff's Motion on or before August 25, 2016.

    In light of these facts, Ms. Giuffre provides notice to this Court that Plaintiff's Motion for a Finding of Civil Contempt as to Nadia Marcinkova and Sarah Kellen remain pending. As indicated in that motion, Ms. Giuffre would respectfully request that the Court Order that (1) that Nadia Marcinkova and Sarah Kellen be directed to appear for deposition (2) that Nadia Marcinkova and Sarah Kellen pay Giuffre's costs and reasonable attorney's fees associated with bringing the motion, and that (3) Nadia Marcinkova and Sarah Kellen be ordered to pay a civil penalty of $~~2500~~ per day for each day after which they fail to appear at the rescheduled deposition and any other sanction the court believes is just and proper.

[handwritten: $200]

Sincerely,

[signature]

Sigrid S. McCawley, Esq.

SSM
Enclosure

cc:    Counsel of Record

[handwritten: So ordered
Sweet USDJ
9.15.16]