

PAUL G. CASSELL
Ronald N. Boyce Presidential Professor of Criminal Law
S.J. Quinney College of Law at the University of Utah
383 S. University St.
Salt Lake City, UT 84112
Telephone: 801-585-5202
cassellp@law.utah.edu*

September 13, 2016

Via email: SweetNYSDChambers@nysd.uscourts.gov

Honorable Judge Robert W. Sweet
District Court Judge
United States District Court
500 Pearl Street
New York, NY 10007

    Re:    *Giuffre v. Maxwell*
             Case no. 15-cv-07433-RWS – Regarding Redactions in Sealed Opinion
             Regarding Subpoena to Paul G. Cassell

Dear Judge Sweet,

       On August 30, 2016, the Court issues a ruling on Cassell's motion to quash and directed the parties to meet and confer within two weeks as to whether any redaction were required in the Court's opinion before it was made public. That same day, undersigned counsel sent an email to counsel for defendant Maxwell, indicating that it was Cassell's position that no further redactions were necessary. Undersigned counsel also asked defendant's counsel to either advise the Court that it was both sides' position that no redactions were necessary or to contact the undersigned.

       In the two weeks since that email was sent, defense counsel has not responded. Accordingly, undersigned counsel sends this letter advising that Cassell believes no redactions are required to the Court's opinion.

                                         Respectfully submitted,

                                         Paul G. Cassell, Esq.- pro se

So ordered
[signature] Sweet
USDJ
9.15.16

cc: Jeff Pagliuca, Esq. (via email)

---

* This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah.