# Exhibit O

```
 1            IN THE CIRCUIT COURT OF THE SEVENTEENTH
                 JUDICIAL CIRCUIT IN AND FOR
 2                   BROWARD COUNTY, FLORIDA

 3              CASE NO.  CACE 15-000072

 4

 5   BRADLEY J. EDWARDS and PAUL G. CASSELL,

 6
              Plaintiffs/Counterclaim Defendants,
 7
         vs.
 8

 9   ALAN M. DERSHOWITZ,

10
              Defendant/Counterclaim Plaintiff.
11   _____/

12

13

14              VIDEOTAPED DEPOSITION OF

15                 PAUL G. CASSELL

16         TAKEN ON BEHALF OF THE DEFENDANT

17            VOLUME I, PAGES 1 to 151

18

19

20            Friday, October 16, 2015

21             1:33 p.m. - 4:31 p.m.

22
              110 Southeast 6th Street
23              110 Tower - Suite 1850
           Fort Lauderdale, Florida  33301
24

25            Theresa Tomaselli, RMR
```

ESQUIRE DEPOSITION SOLUTIONS

(954) 331-4400

1       That is the basis for that particular
2  allegation.
3       Q.   Mr. Cassell, does the police report you're
4  referring to, at any point, say Professor Dershowitz
5  abused any of these particular minors -- not were they
6  abused at the mansion -- but did it say anywhere that
7  Professor Dershowitz did that?
8       A.   The police report itself does not refer to
9  Professor Dershowitz abusing these girls.  However, when
10 you look at the police report, what it shows is a
11 pattern of egregious sexual abuse of approximately 23 to
12 24 young girls over an extended period of time at a
13 mansion that was owned by Jeffrey Epstein, who was one
14 of the closest personal friends, from what I could
15 gather, of Mr. Dershowitz.
16           And so that was -- there -- there's other
17 information.  I don't want to filibuster you on that.  I
18 would be happy to elaborate on that, but that is the
19 first piece of evidence that I would begin referring to.
20           If you want a more -- if you want -- just so
21 the record is clear, if you want to know all the
22 bases -- all the grounds for which that allegation
23 appears, then I would like to make a more extended
24 presentation.
25      Q.   We -- we will get there.  But my -- my -- I

1   think you will need a standing objection.
2           MR. SIMPSON:  Well, I'll just make the
3   objection there and --
4           MR. SCAROLA:  Thank you.
5           MR. SIMPSON:  -- I will go back to my
6   question.
7   BY MR. SIMPSON:
8       Q.  My question had nothing to do with whether
9   you could identify girls that Jeffrey Epstein abused.
10  My question was:  As of December 30th, 2014 -- and you
11  don't have to give me the name right now -- is there any
12  specific girl that you had evidence Professor Dershowitz
13  abused?
14      A.  What I had was the police report moving girls
15  and the girls were named in the police report, although
16  the police report that I think has been made public has
17  the names redacted.  Those girls were moving through the
18  mansion at the time when, for example, household staff
19  were saying that Mr. Dershowitz was receiving massages.
20          And so, yes, I have 24 names in mind as
21  possible sexual abuse victims that Dershowitz may or may
22  not have abused.  And I have not been able to pinpoint
23  exactly what happened, because the people who would be
24  in the best position to help me sort out what the names
25  were, specifically Jeffrey Epstein, among others, have

1  refused to cooperate and give me those names.
2           MR. SIMPSON: Move to strike the
3      nonresponsive portion of the answer.
4           THE WITNESS: Can I ask what part of that was
5      nonresponsive in your view?
6           MR. SCAROLA: That -- that's all right.
7           THE WITNESS: Okay.
8           MR. SCAROLA: Professor Cassell, you don't
9      need to do that.
10          THE WITNESS: Okay.
11 BY MR. SIMPSON:
12     Q.   If I understood you correctly, you said in
13 that answer, which I think -- strike that.
14          If I understood you correctly, you said in
15 that answer that there was a universe of 24 girls, I
16 believe you said, or approximately, that Professor
17 Dershowitz may or may not have abused; is that your --
18 your -- your position?
19     A.   That's correct. It's been impossible to
20 narrow down exactly what happened because of the lack of
21 cooperation from, for example, Jeffrey Epstein.
22     Q.   If as of December 30th, 2014, based on your
23 information, Professor Dershowitz may or may not have
24 abused other minors, why did you allege that he did?
25     A.   Your question, as I understood it, was did I

```
                IN THE CIRCUIT COURT OF THE SEVENTEENTH
                    JUDICIAL CIRCUIT IN AND FOR
                       BROWARD COUNTY, FLORIDA

                    CASE NO.   CACE 15-000072


        BRADLEY J. EDWARDS and PAUL G. CASSELL,

                    Plaintiffs/Counterclaim Defendants,

                vs.

        ALAN M. DERSHOWITZ,

                    Defendant/Counterclaim Plaintiff.
        _____/



                        VIDEOTAPED DEPOSITION OF

                            PAUL G. CASSELL

                    TAKEN ON BEHALF OF THE DEFENDANT

                        VOLUME II, PAGES 152 to 335



                      Saturday, October 17, 2015

                        8:32 a.m. - 12:14 p.m.


                       425 North Andrews Avenue
                              Suite 2
                    Fort Lauderdale, Florida  33301


                        Theresa Tomaselli, RMR
```

1  of the flight logs support that proposition?
2      A.   The face of the flight logs for the relevant
3  period of time, we can call it the hot period of time or
4  whatever you want, did not reveal the presence of
5  Mr. Dershowitz on those flights, yes.
6      Q.   Okay.  So during the period -- well,
7  actually, there's no flight log that shows Virginia
8  Roberts and Professor Dershowitz on the same airplane,
9  correct?
10     A.   That's my understanding, yes.
11     Q.   And --
12          MR. SCAROLA:  By name.  You're -- you're --
13          MS. McCAWLEY:  And it --
14          MR. SCAROLA:  -- asking whether she was there
15       identified by name?
16 BY MR. SIMPSON:
17     Q.   To your knowledge, isn't it correct that
18 there is no flight log that's been produced in this case
19 by any party that reflects Professor Dershowitz and
20 Virginia Roberts on the same plane, as you read the
21 flight log?
22          MR. SCAROLA:  I'm sorry.  Are you asking
23       whether those same names appear on the flight log
24       together?
25          MR. SIMPSON:  My question, I think, is

Case 1:15-cv-07433-LAP   Document 435-1   Filed 09/15/16   Page 8 of 8

233

```
1        A.   Yes.  In part.  I mean, there are other
2   reasons it's significant, as we have been talking about,
3   names are circled who appear to have relevant
4   information on Jeffrey Epstein's criminal activities.
5        Q.   Donald Trump was a friend of Jeffrey Epstein;
6   is that not correct?
7        A.   I really don't -- my understanding is, yes,
8   but I -- I don't have a lot of information about Trump.
9        Q.   It's true also, is it not, that Mr. Trump was
10  a frequent visitor to Mr. Epstein's residence?
11       A.   I -- I know that he visited frequent.  I -- I
12  don't have a lot of information about Trump.
13       Q.   And his name is circled in this book; is it
14  not?
15       A.   I believe it is.
16       Q.   Based on him -- assuming he's a frequent
17  visitor to Mr. Epstein's home, and that he's a friend of
18  Mr. Epstein's, and that his name is circled in this
19  book, do you infer that he was engaged in criminal
20  sexual abuse of minors?
21            MS. McCAWLEY:  I'm going to object to the
22        extent that your answer would reveal anything
23        that my client has told you.
24            THE WITNESS:  No.
25
```

ESQUIRE DEPOSITION SOLUTIONS
(954) 331-4400