# Exhibit P

```
    IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL
        CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

                 CASE NO.:  CACE 15-000072


BRADLEY J. EDWARDS and PAUL G.
CASSELL,,

              Plaintiffs,
vs.

ALAN M. DERSHOWITZ,

              Defendant.
_____/



              CONTINUED VIDEOTAPE DEPOSITION OF

                    ALAN M. DERSHOWITZ


                         VOLUME 2
                  Pages 180 through 333


                 Friday, October 16, 2015
                  9:18 a.m. - 12:26 p.m.


                    Cole Scott & Kissane
                  110 Southeast 6th Street
                  Fort Lauderdale, Florida


                Stenographically Reported By:
                 Kimberly Fontalvo, RPR, CLR
                Realtime Systems Administrator
```

1    conclusively prove that Bill Clinton was never on
2    Jeffrey Epstein's island, yes.
3        Q.   And you were denied those records,
4    correct?
5        A.   No, no, no.
6        Q.   Oh, you got them?
7             MR. SCOTT: Well, wait a minute. Let's
8        take it slow. Ask a question.
9        A.   As any lawyer knows, FOIA requests take a
10   long, long period of time. So they were neither
11   denied nor were they given to us. They are very
12   much in process.
13     BY MR. SCAROLA:
14       Q.   When was --
15       A.   While we're talking about -- may I
16   complete -- I want to amend one answer I gave
17   previously.
18            While we're talking about the plane logs,
19   I must say that during the recess, my wife Googled
20   Tatiana and found out that she was, in fact, 24
21   years old in 1995, at the time she flew on that
22   airplane. So that my characterization of her as
23   about 25 years old is absolutely correct.
24            And the implication that you sought to
25   draw by showing me those pictures was not only

1   demonstrably false, but you could have easily
2   discovered that the implication you were drawing was
3   demonstrably false by simply taking one second and
4   Googling her name as my wife did.
5     BY MR. SCAROLA:
6        Q.   **And so at 25 years old, she wasn't a young**
7   **woman?**
8        A.   She was not the kind of woman that I was
9   describing as underage.  She was a mature, serious,
10  I think I said in my public statements a model.  I
11  wasn't aware at the time that see was working for
12  Victoria's Secrets, but Google demonstrates that.
13  And I described her exactly, in exactly the right
14  terms, a serious person.
15            I always saw her dressed when I saw her --
16  I saw her maybe on two or three occasions, dressed
17  appropriately.  She was a serious adult worker and I
18  think you insult and demean her when you suggest
19  that anything other than that she was a serious
20  adult when she flew on that airplane.
21       Q.   **You were asked on the occasion of that**
22  **same Don Lemon CNN interview what possible motive**
23  **the attorneys, Brad Edwards and Paul Cassell, could**
24  **have had to have identified you in the pleading that**
25  **was filed in the Crime Victim's Rights Act case.**