# Exhibit R

```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA

           CASE NO. 08-CIV-80119-MARRA/JOHNSON


JANE DOE NO. 2,

         Plaintiff,

-vs-

JEFFREY EPSTEIN,

         Defendant.
_____/


Related cases:

08-80232, 08-08380, 08-80381, 08-80994
08-80993, 08-80811, 08-80893, 09-80469
09-80591, 09-80656, 09-80802, 09-81092


_____/



                  VIDEOTAPED DEPOSITION OF

                        SARAH KELLEN

    EXCERPT - CROSS-EXAMINATION BY MR. GARCIA - VOL I



                 Wednesday, March 24, 2010
                    10:37 - 6:51 p.m.

                  250 Australian Avenue South
                         Suite 1500
                West Palm Beach, Florida 33401


Reported By:
Cynthia Hopkins, RPR, FPR
Notary Public, State of Florida
Prose Court Reporting Services
Job No.:  1484
```

(561) 832-7500    PROSE COURT REPORTING AGENCY, INC.    (561) 832-7506

Electronically signed by cynthia hopkins (601-051-976-2934)                           18d6512b-a8c7-4cca-9f2d-2e183b47e8dd

1       the dental work done?
2              MR. RHEINHART:  Instruct the witness not
3          to answer.  Objection to the form, instruct the
4          witness not to answer.
5              THE WITNESS:  On the instruction of my
6          lawyer, I must assert my Fifth Amendment right.
7       BY MR. GARCIA:
8          Q.   Do you know Kevin Spacey?
9              MR. RHEINHART:  Are you asking if she's
10         ever met Kevin Spacey?
11             MR. GARCIA:  Yes, I'm sorry.
12             MR. KUVIN:  There you go.
13             MR. RHEINHART:  Instruct the witness not
14         to answer the question.
15             THE WITNESS:  At the instruction of my
16         lawyer, I must invoke my Fifth Amendment right.
17      BY MR. GARCIA:
18         Q.   Did you ever met Chris Tucker?
19             MR. RHEINHART:  Same instruction.
20             THE WITNESS:  At the instruction of my
21         lawyer I must invoke my Fifth Amendment
22         privilege.
23      BY MR. GARCIA:
24         Q.   Did you ever meet Bill Clinton?
25             MR. RHEINHART:  Same instruction.

Electronically signed by cynthia hopkins (601-051-976-2934)    18d6512b-a8c7-4cca-9f2d-2e183b47e8dd

```
                                                           Page 40
 1            THE WITNESS:  On the instruction of my
 2       lawyer, I must invoke my Fifth Amendment right.
 3   BY MR. GARCIA:
 4       Q.   Did you ever fly with these three
 5   gentlemen and Jeffrey Epstein to Africa on Jeffrey
 6   Epstein's 727 airplane?
 7            MR. RHEINHART:  Objection to the form.
 8       It's a compound question.  Instruct the witness
 9       not to answer based on the Fifth Amendment.
10            THE WITNESS:  At the instruction of my
11       lawyer, I must invoke my Fifth Amendment right.
12   BY MR. GARCIA:
13       Q.   Has Mr. Epstein ever told you that he had
14   any type of surgical procedure performed on his
15   penis?
16            MR. RHEINHART:  Objection to the form to
17       the extent it assumes any knowledge of
18       Mr. Epstein and instruct the witness not to
19       answer.
20            THE WITNESS:  On the instruction of my
21       lawyer, I must invoke my Fifth Amendment right.
22   BY MR. GARCIA:
23       Q.   Has he ever told you that he's ever had a
24   penile implant added to his penis?
25            MR. RHEINHART:  Same instruction, same
```