# Exhibit S

# ALAN M. DERSHOWITZ

1575 MASSACHUSETTS AVENUE
CAMBRIDGE · MASSACHUSETTS · 02138

August 15, 2011

Jack Scarola, Esq.
Searcy Denney Scarola Barnhart & Shipley
2139 Palm Beach Lakes Blvd.
West Palm Beach, Florida 33409

Re: Edwards adv. Epstein

Dear Mr. Scarola:

As you may know, I was Jeffrey Epstein's attorney when he submitted his guilty plea. Accordingly, "any knowledge" I may have in connection with that plea is privileged information. If you would let me know what non-privileged information you would seek from me, I would then be able to decide whether to cooperate.

Sincerely,

Alan M. Dershowitz

---

Dear Mr. Dershowitz:

We do not intend to inquire about any privileged communications or attorney work product. We do, however, have reason to believe that you have personally observed Jeffrey Epstein in the presence of underage females, and we would like the opportunity to question you under oath about those observations. Thank you for your anticipated cooperation.

Sincerely,

J.S.

cc: client

SCAROLA 016566



**WEST PALM BEACH OFFICE:**

2139 PALM BEACH LAKES BLVD.
WEST PALM BEACH, FLORIDA 33409

P.O. BOX 3626
WEST PALM BEACH, FLORIDA 33402

(561) 686-6300
1-800-780-8607
1-800-220-7006 Spanish

☐ **TALLAHASSEE OFFICE:**

THE TOWLE HOUSE
517 NORTH CALHOUN STREET
TALLAHASSEE, FL 32301-1231

P.O. BOX 1230
TALLAHASSEE, FLORIDA 32302

(850) 224-7600
1-888-549-7011

ATTORNEYS AT LAW:

ROSALYN SIA BAKER-BARNES
*F. GREGORY BARNHART
T. HARDEE BASS, III
LAURIE J. BRIGGS
BRIAN R. DENNEY
*EARL L. DENNEY, JR.[5]
BRENDA S. FULMER
JAMES W. GUSTAFSON, JR.
JACK P. HILL
DAVID K. KELLEY, JR.
WILLIAM B. KING[7]
DARRYL L. LEWIS[1]
*WILLIAM A. NORTON
PATRICK E. QUINLAN[9]
EDWARD V. RICCI
*JOHN SCAROLA
*CHRISTIAN D. SEARCY
*JOHN A. SHIPLEY III
CHRISTOPHER K. SPEED [B6]
BRIAN P. SULLIVAN [246]
KAREN E. TERRY
*C. CALVIN WARRINER III

SHAREHOLDERS
*BOARD CERTIFIED

ALSO ADMITTED
[1] KENTUCKY
[2] MAINE
[3] MARYLAND
[4] MASSACHUSETTS
[5] MISSISSIPPI
[6] NEW HAMPSHIRE
[7] NEW JERSEY
[8] VIRGINIA
[9] WASHINGTON DC

PARALEGALS:

VIVIAN AYAN-TEJEDA
RANDY M. DUFRESNE
DAVID W. GILMORE
JOHN C. HOPKINS
DEBORAH M. KNAPP
VINCENT L. LEONARD, JR.
JAMES PETER LOVE
ROBERT W. PITCHER
MARK P. PONCY
KATHLEEN SIMON
STEVE M. SMITH
BONNIE S. STARK
WALTER A. STEIN

August 23, 2011

Alan M. Dershowitz, Esquire
Hauser Hall 520
1575 Massachusetts Avenue
Cambridge, MA  02138

Re:   Edwards adv. Epstein
      Our File No.:  291874

Dear Mr. Dershowitz:

We do not intend to inquire about any privileged communications or attorney work product. We do, however, have reason to believe that you have personally observed Jeffrey Epstein in the presence of underage females, and we would like the opportunity to question you under oath about those observations.

Thank you for your anticipated cooperation.

Sincerely,

JACK SCAROLA
JS/mep

cc:   Bradley J. Edwards, Esq.

WWW.SEARCYLAW.COM

SCAROLA 016567

**Mary E. Pirrotta**

**From:** dersh@law.harvard.edu
**Sent:** September 07, 2011 6:50 PM
**To:** Mary E. Pirrotta
**Subject:** Re: Edwards adv. Epstein: Letter from Jack Scarola, Esq. to Alan Dershowitz, Esq. 9/7/11

**CaseId:** 10201635
**CategoryID:** 0
**oCaseId:** -1

If you in fact have such testimony it is perjurious. I have never seen Epstein in the presence of an underage female.

**From:** "Mary E. Pirrotta" <MEP@Searcylaw.com>
**Date:** Wed, 7 Sep 2011 15:49:15 -0400
**To:** <dersh@law.harvard.edu>
**Subject:** Edwards adv. Epstein: Letter from Jack Scarola, Esq. to Alan Dershowitz, Esq. 9/7/11

*Copitrak Scan Notification*

copitrak

*Your Scanned File is Attached*

1