# Exhibit U

```
                                                     Page 2
 1   JANE DOE NO. 6,        Case No: 08-CV-80994
 2        Plaintiff,
 3   Vs
 4   JEFFREY EPSTEIN,
 5        Defendant.
     _____/
 6
     JANE DOE NO. 7,        Case No: 08-CV-80993
 7
          Plaintiff,
 8
     Vs
 9
     JEFFREY EPSTEIN,
10
          Defendant.
11   _____/
12   C.M.A.,                Case No: 08-CV-80811
13        Plaintiff,
14   Vs
15   JEFFREY EPSTEIN,
16        Defendant.
     _____/
17
     JANE DOE,              Case No: 08-CV-80893
18
          Plaintiff,
19
     Vs
20
     JEFFREY EPSTEIN,
21
          Defendant.
22   _____/
23
24
25
```

```
                                                     Page 3
 1   JANE DOE NO. II,       Case No: 08-CV-80469
 2        Plaintiff,
 3   Vs
 4   JEFFREY EPSTEIN,
 5        Defendant.
     _____/
 6
     JANE DOE NO. 101,      Case No: 09-CV-80591
 7
          Plaintiff,
 8
     Vs
 9
     JEFFREY EPSTEIN,
10
          Defendant.
11   _____/
12   JANE DOE NO. 102,      Case No: 09-CV-80656
13        Plaintiff,
14   Vs
15   JEFFREY EPSTEIN,
16        Defendant.
     _____/
17
18
19
20              1031 Ives Dairy Road
                Suite 228
21              North Miami, Florida
                July 29, 2009
22              11:00 a.m. to 5:30 p.m.
23
24
25
```

```
                                                     Page 4
 1              V I D E O T A P E D
 2              D E P O S I T I O N
 3                       of
 4              ALFREDO RODRIGUEZ
 5
 6       taken on behalf of the Plaintiffs pursuant
 7   to a Re-Notice of Taking Deposition (Duces Tecum)
 8
 9                       - - -
10   APPEARANCES:
11
             MERMELSTEIN & HOROWITZ, P.A.
12           BY: STUART MERMELSTEIN, ESQ.
             18205 Biscayne Boulevard
13           Suite 2218
             Miami, Florida 33160
14           Attorney for Jane Doe 2, 3, 4, 5,
             6, and 7.
15
             ROTHSTEIN ROSENFELDT ADLER
16           BY: BRAD J. EDWARDS, ESQ., and
             CARA HOLMES, ESQ.
17           Las Olas City Centre
             Suite 1650
18           401 East Las Olas Boulevard
             Fort Lauderdale, Florida 33301
19           Attorney for Jane Doe and E.W.
20           And L.M.
21           PODHURST ORSECK
             BY: KATHERINE W. EZELL
22           25 West Flagler Street
23           Suite 800
             Miami, Florida 33130
24           Attorney for Jane Doe 101 and 102.
25
```

```
                                                     Page 5
 1
     APPEARANCES:
 2
 3           LEOPOLD-KUVIN
             ADAM J. LANGINO, ESQ.
 4           2925 PGA Boulevard
             Suite 200
 5           Palm Beach Gardens, Florida 33410
             Attorney for B.B.
 6
 7           RICHARD WILLITS, ESQ.
             2290 10th Avenue North
 8           Suite 404
             Lake Worth, Florida 33461
 9           Attorney for C.M.A.
10
             BURMAN, CRITTON, LUTTIER &
11           COLEMAN, LLP
             BY: ROBERT CRITTON, ESQ.
12           515 North Flagler Drive
             Suite 400
13           West Palm Beach, Florida 33401
             Attorney for Jeffrey Epstein.
14
15
16
     ALSO PRESENT:
17
         JOE LANGSAM, VIDEOGRAPHER
18
19                       - - -
20
21
22
23
24
25
```

Page 26

1  with a copy.
2  Q. Were you the only one who was allowed to
3  answer the phone?
4  A. Yes.
5  Q. I'm sorry, what would you do --
6  A. I would leave it on the counter next to
7  the kitchen so when I find that piece all crumbled
8  I knew that Mr. Epstein saw the message, so we
9  communicated like that.
10 Q. Now, you mentioned Mr. Epstein would give
11 you instructions during the course of the day.
12 A. Through his assistant.
13 Q. And his assistant was whom?
14 A. Sarah Kellen.
15 Q. But you didn't view her as your
16 supervisor?
17 A. She take orders from Mrs. Maxwell but she
18 will tell me, Alfredo, we need to buy this, we
19 need to do this, and so and so was coming. I
20 couldn't talk directly to Mr. Epstein.
21 Q. Okay. So any communications from Mr.
22 Epstein always came through Ms. Kellen?
23 A. Or from the office in New York. Lesley,
24 his secretary, or somebody else, the comptroller,
25 the architect, any lawyer.

Page 27

1  Q. Lawyer, what kind of instructions would
2  you get from lawyers?
3  A. We used to have a lot of time, for
4  instance, the dock construction, you need to have
5  a lot of permits in Palm Beach so they were there
6  for that reason.
7  Q. Okay. Now, so you would interact with
8  the staff from New York and that would include I
9  think you said Lesley?
10 A. Lesley, Bella.
11 Q. What was Lesley's position?
12 A. Lesley is the secretary, secretary to Mr.
13 Epstein.
14 Q. Okay. Is that Lesley Groff?
15 A. I believe it was, I don't remember the
16 last name.
17 Q. Bella, who was Bella?
18 A. Bella was the assistant comptroller.
19 Q. Anyone else that you dealt with in New
20 York?
21 A. Doug Shadow was the architect and he used
22 to come to the house in a regular basis because we
23 used to have a lot of projects going on.
24 Q. Okay. Would you get advance notice when
25 Mr. Epstein was going to arrive in Palm Beach?

Page 28

1  A. Yes. Sometimes very short notice but,
2  yes, I was.
3  Q. So that varied?
4  A. Yes.
5  Q. Who would give you that notice?
6  A. Mrs. Maxwell or Sarah or Larry, the
7  pilot.
8  Q. And then you would drive to pick them up
9  at the airport?
10 A. Yes.
11 Q. And who traveled with him?
12 A. The three pilots and some guests.
13 Q. What do you mean by guests?
14 A. He will have some friends from Harvard,
15 he will have -- well, very important people that,
16 you know, friends, acquaintances from New York or
17 Europe because I was just told the number of
18 people was coming on the plane.
19 Q. Were there people who were employed by
20 him who came regularly?
21 A. Yes.
22 Q. And who would they be?
23 A. Like I said, they were the pilots, Larry
24 Bisosky, George, and I don't remember the flight
25 engineer, and he will have two girlfriends.

Page 29

1  Q. The pilot would have two girlfriends?
2  A. Mr. Epstein. This is all people coming
3  in the plane together.
4  Q. Right. What do you mean by girlfriends?
5  A. Friends, you know, that he was always
6  having friends that he will befriend in New York,
7  I don't know, or some other places.
8     But I was just told -- my concern was how
9  many people I have to feed, how many cars do I
10 need to transport these people from the airport to
11 the house, and to arrange accommodations in the
12 house.
13 Q. What about Sarah Kellen, did she travel
14 with him?
15 A. Yes.
16 Q. So she was on the plane?
17 A. Yes.
18    MR. CRITTON: Form.
19 BY MR. MERMELSTEIN:
20 Q. And Ms. Maxwell?
21    MR. CRITTON: Form.
22    THE WITNESS: No, she will have different
23    plane.
24 BY MR. MERMELSTEIN:
25 Q. Okay.

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2

 3    JANE DOE NO. 2,           CASE NO: 08-CV-80119

 4       Plaintiff,

 5    Vs.

 6    JEFFREY EPSTEIN,

 7       Defendant.
      _____/
 8
      JANE DOE NO. 3,           CASE NO: 08-CV-80232
 9
         Plaintiff,
10                                            CONDENSED
      Vs.
11
      JEFFREY EPSTEIN,
12
         Defendant.
13    _____/

14    JANE DOE NO. 4,           CASE NO: 08-CV-80380

15       Plaintiff,

16    Vs.

17    JEFFREY EPSTEIN,

18       Defendant.
      _____/
19
      JANE DOE NO. 5,           CASE NO: 08-CV-80381
20
         Plaintiff,
21
      Vs
22
      JEFFREY EPSTEIN,
23
         Defendant.
24    _____/

25
```

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

PL_001431

**Page 271**

JANE DOE NO. 6,     CASE NO: 08-CV-80994
  Plaintiff,
Vs.
JEFFREY EPSTEIN,
  Defendant.
_____/

JANE DOE NO. 7,     CASE NO: 08-CV-80993
  Plaintiff,
Vs.
JEFFREY EPSTEIN,
  Defendant.
_____/

C.M.A.,             CASE NO: 08-CV-80811
  Plaintiff,
Vs.
JEFFREY EPSTEIN,
  Defendant.
_____/

JANE DOE,           CASE NO: 08-CV-80893
  Plaintiff,
Vs.
JEFFREY EPSTEIN,
  Defendant.
_____/

**Page 272**

JANE DOE NO. II,    CASE NO: 08-CV-80469
  Plaintiff,
Vs.
JEFFREY EPSTEIN,
  Defendant.
_____/

JANE DOE NO. 101    CASE NO: 08-CV-80591
  Plaintiff,
Vs.
JEFFREY EPSTEIN,
  Defendant.
_____/

JANE DOE NO. 102,   CASE NO: 08-CV-80656
  Plaintiff,
Vs.
JEFFREY EPSTEIN,
  Defendant.
_____/

**Page 273**

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA
CASE NO. 502008CA037319XXXXMB AB

B.B.,
  Plaintiff,
Vs.
JEFFREY EPSTEIN.
  Defendant.
_____/

        1031 Ives Dairy Road
        Suite 228
        North Miami, Florida
        August 7, 2009
        1:15 p.m. to 5:30 p.m.

              C O N T I N U E D
              V I D E O T A P E D
              D E P O S I T I O N
                     of
              ALFREDO RODRIGUEZ

taken on behalf of the Plaintiffs pursuant
to a Re-Notice of Taking Continued Videotaped
Deposition (Duces Tecum)
- - -

**Page 274**

APPEARANCES:

MERMELSTEIN & HOROWITZ, P.A.
BY: ADAM HOROWITZ, ESQ.
18205 Biscayne Boulevard
Suite 2218
Miami, Florida 33160
Attorney for Jane Doe 2, 3, 4, 5,
6, and 7.

ROTHSTEIN ROSENFELDT ADLER
BY: BRAD J. EDWARDS, ESQ., and
CARA HOLMES, ESQ.
Las Olas City Centre
Suite 1650
401 East Las Olas Boulevard
Fort Lauderdale, Florida 33301
Attorney for Jane Doe and E.W.
And L.M.

PODHURST ORSECK
BY: KATHERINE W. EZELL, ESQ.
25 West Flagler Street
Suite 800
Miami, Florida 33130
Attorney for Jane Doe 101 and 102.

LEOPOLD-KUVIN
BY: ADAM J. LANGINO, ESQ.
2925 PGA Boulevard
Suite 200
Palm Beach Gardens, Florida 33410
Attorney for B.B.

Page 423

1  York house?
2  A. He will have massages.
3     MR. CRITTON: Form.
4  BY MR. EDWARDS:
5  Q. And are we still talking about a habit of
6  two a day?
7     MR. CRITTON: Form.
8     THE WITNESS: I don't know that.
9  BY MR. EDWARDS:
10 Q. Okay. So for the time period when you
11 have been familiar with Mr. Epstein and known his
12 habits, is it fair to say that he would have
13 roughly two girls a day in that same age group
14 wherever he was?
15 A. Yes.
16    MR. CRITTON: Form.
17 BY MR. EDWARDS:
18 Q. All right. And have you talked to
19 anybody that has given you similar information
20 from his Island home?
21 A. No.
22 Q. Do you know any of the girls that have
23 been over to his Island?
24 A. Yes.
25 Q. And who are they?

Page 424

1  A. Nadia, the girls who used to stay at the
2  home in El Brillo used to go over there to the
3  Island.
4  Q. When he would have these girls -- I guess
5  we've kind of categorized them as the girls who
6  would come over with him on an airplane and stay
7  at the house.
8  A. Yes.
9  Q. When they would be staying at the house
10 would he also have the local Palm Beach girls
11 coming over that you were told to call masseuses?
12 A. Yes.
13 Q. So these girls that came on the airplane
14 with him, were they also -- did they also have
15 knowledge that these young girls were coming over
16 to give massages?
17    MR. CRITTON: Form.
18    THE WITNESS: Yes, sir.
19 BY MR. EDWARDS:
20 Q. Okay. Who are the girls from the
21 airplane other than Nadia that you remember?
22 A. Sarah. There were so many, sir, I don't
23 recall right now. But Sarah is for sure, Nadia
24 was one of the main girlfriends, but I don't
25 remember that.

Page 425

1  Q. And is your understanding that Mr.
2  Epstein was intimate with any of those girls?
3     MR. CRITTON: Form.
4     THE WITNESS: Yes.
5  BY MR. EDWARDS:
6  Q. With all of them?
7     MR. CRITTON: Form.
8     THE WITNESS: Yes.
9  BY MR. EDWARDS:
10 Q. With Sarah as well?
11 A. Yes.
12    MR. CRITTON: Form.
13 BY MR. EDWARDS:
14 Q. With Nadia?
15 A. Yes.
16    MR. CRITTON: Form.
17 BY MR. EDWARDS:
18 Q. And the girls who would come over on the
19 airplane?
20    MR. CRITTON: Form.
21    THE WITNESS: Yes.
22 BY MR. EDWARDS:
23 Q. Did you ever have occasion to go into the
24 bedroom and find the vibrators or back massagers
25 out after Mr. Epstein was in the room with any of

Page 426

1  the girls that came over on the plane?
2     MR. CRITTON: Form.
3     THE WITNESS: Yes.
4  BY MR. EDWARDS:
5  Q. So that's something that would be out
6  after the girls that came over on the plane or the
7  girls that came over for the massages?
8  A. Yes.
9     MR. CRITTON: Form.
10 BY MR. EDWARDS:
11 Q. And at the time when you were house
12 manager you had a 15-year old daughter?
13 A. Yes.
14 Q. Did she live down here?
15 A. In New Jersey.
16 Q. Okay. When Alan Dershowitz was at the
17 house I understood you to say that these local
18 Palm Beach girls would come over to the house
19 while he was there but you're not sure if he had a
20 massage from any of those girls.
21 A. Exactly.
22 Q. And what would he do while those girls
23 were at the house?
24    MR. CRITTON: Form.
25    THE WITNESS: He will read a book with a

Page 427

```
 1    glass of wine by the pool, stay inside.
 2  BY MR. EDWARDS:
 3    Q.  Did he ever talk to any of the girls?
 4    A.  I don't know, sir.
 5    Q.  Certainly he knew that they were there?
 6       MR. CRITTON: Form.
 7       THE WITNESS: I don't know, sir.
 8  BY MR. EDWARDS:
 9    Q.  Do you know how Sarah Kellen knows Mr.
10  Epstein?
11    A.  No, sir.
12    Q.  Or how long she's known him?
13       MR. CRITTON: Form.
14       THE WITNESS: She was on board two years
15    or a year and a half before I came on board.
16  BY MR. EDWARDS:
17    Q.  Okay.
18    A.  So it's probably 2003 or 2.
19    Q.  All right. You mentioned this Citrix
20  system.
21    A.  Yes.
22    Q.  Is that a system that was used to operate
23  the phones and the computers?
24    A.  The computers mainly.
25    Q.  All right. But you then also described
```

Page 428

```
 1  some system where someone would call on the
 2  telephone and that would be automatically
 3  downloaded to the computer?
 4    A.  Yeah, you can retrieve who called in a
 5  transcript written who called, what's the message,
 6  the time so you have it on a piece of paper, you
 7  can print it out.
 8    Q.  Is it your understanding that is also
 9  part of the Citrix system?
10    A.  Yes.
11    Q.  All right. Did you have an e-mail?
12    A.  Right now, yes.
13    Q.  No, when you were working at --
14    A.  Yes, I did.
15    Q.  -- Mr. Epstein?
16       And did Sarah Kellen have an e-mail?
17    A.  Yes.
18    Q.  And did all of the e-mails end the same
19  way such as Epstein's house dot com or something?
20    A.  Yes.
21    Q.  Okay. What was Sarah Kellen's e-mail?
22    A.  I don't remember.
23    Q.  What was your e-mail?
24    A.  Staff house -- I don't remember, sir.
25    Q.  Do you recall how it ended? I mean
```

Page 429

```
 1  usually it's Yahoo dot com or at Bellsouth dot
 2  net.
 3    A.  It was very uncommon. I don't remember,
 4  sir.
 5    Q.  Did everybody in the -- I think you
 6  called it the organization, did everybody have
 7  e-mails?
 8    A.  Yes.
 9    Q.  Okay. Would that include Nadia?
10    A.  Yes.
11    Q.  All right. And did Mr. Epstein have an
12  e-mail?
13    A.  Yes.
14    Q.  Did you ever correspond with Mr. Epstein
15  by e-mail?
16    A.  Yes.
17       MR. EDWARDS: You can go ahead.
18       THE WITNESS: That's the only one that I
19    remember.
20       THE VIDEOGRAPHER: Okay, we're off the
21    record.
22       (Thereupon, a recess was had.)
23       THE VIDEOGRAPHER: We're back on the
24    record with tape number four.
25  BY MR. EDWARDS:
```

Page 430

```
 1    Q.  Mr. Rodriguez, what was Mr. Epstein's
 2  e-mail?
 3    A.  Jeep project at something -- Jeep
 4  project -- I can't remember it right now.
 5    Q.  Okay. In the course of this next 10 or
 6  15 minutes --
 7    A.  I can recall.
 8    Q.  -- if it comes to you just tell me. So
 9  it was Jeep project --
10    A.  Like Jeep, the brand name Jeep, Jeep
11  project at -- I can't remember.
12    Q.  Okay. Was that his only e-mail to your
13  knowledge?
14    A.  No.
15    Q.  He had other e-mail addresses?
16    A.  Yes.
17    Q.  Do you know what any of his other e-mail
18  addresses were?
19    A.  No, I don't remember.
20    Q.  Do you know who the carriers were for the
21  other e-mail addresses owned by Jeffrey Epstein?
22    A.  No, sir.
23    Q.  Whether it was Yahoo or hot mail or --
24    A.  No, none of those.
25    Q.  Okay. Was this Jeep project e-mail run
```