# BOIES, SCHILLER & FLEXNER LLP

401 EAST LAS OLAS BOULEVARD • SUITE 1200 • FORT LAUDERDALE, FL 33301-2211 • PH. 954.356.0011 • FAX 954.356.0022

Sigrid S. McCawley, Esq.
E-mail: smccawley@bsfllp.com

September 16, 2016

VIA Email: SweetNYSDChambers@nysd.uscourts.gov

Honorable Judge Robert W. Sweet
District Court Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re: *Giuffre v. Maxwell,*
Case No.: 15-cv-07433-RWS

Dear Judge Sweet:

In light of the Defendant's Renewed Motion to Compel Settlement Agreement, Ms. Giuffre stipulates to the motion to the extent that it asks for a Court order directing her to produce the agreement, subject to the confidentiality order previously entered in this case. Ms. Giuffre asks for the Court to endorse this letter, which has been reviewed and approved by defense counsel, as the direction that she produce the settlement agreement, subject to the confidentiality order. The parties have stipulated that the endorsement of this letter resolves the Defendant's motion and renders the need for any further proceedings on it moot and that Ms. Giuffre will produce the settlement agreement to defense counsel immediately after the endorsement of this letter. The Parties jointly request that the hearing scheduled for next week be vacated.

Respectfully submitted,

Sigrid S. McCawley, Esq.

SSM:dk
Enclosure
Cc: Jeff Pagliuca, Esq. (via email)