UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------------------------- x
VIRGINIA GIUFFRE, :
:
            Plaintiff, :
:
- against - :  Index No. 15 Civ. 7433 (RWS)
:
GHISLAINE MAXWELL, :  **ECF CASE**
:
            Defendant. :
------------------------------------------------------------------- x

## THE PARTIES' AGREED NOTICE OF FILING REDACTED OPINION

Pursuant to this Court's September 1, 2016 Opinion (the "Opinion"), which the parties received on September 6, 2016, Non-Party Sharon Churcher and the parties, Plaintiff Virginia Giuffre and Defendant Ghislaine Maxwell, hereby file with the Court a proposed redacted version of the Opinion with agreed-upon redactions. The Court ordered as follows:

> The parties are directed to jointly file a proposed redacted version of this Opinion consistent with the Protective Order or notify the Court that none are necessary within two weeks of the date of receipt of this Opinion.

Accordingly, attached please find a proposed redacted version of the Opinion.

Dated:  September 20, 2016

                                        Respectfully submitted,

                                        DAVIS WRIGHT TREMAINE LLP

                                        By: /s/ Eric Feder
                                              Eric Feder

                                        1251 Avenue of the Americas, 21st Fl.
                                        New York, New York 10020
                                        (212) 489-8230
                                        Email: ericfeder@dwt.com

                                        *Attorneys for Non-Party Sharon Churche*