United States District Court
Southern District of New York

Virginia L. Giuffre,

       Plaintiff,                  Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.

_____/

## DECLARATION OF SIGRID MCCAWLEY IN SUPPORT OF PLAINTIFF'S MOTION FOR COURT APPROVAL FOR PLAINTIFF'S CERTIFICATION OF PRODUCTION

I, Sigrid McCawley, declare that the below is true and correct to the best of my knowledge as follows:

1. I am a Partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's Order granting my Application to Appear Pro Hac Vice.

2. I respectfully submit this Declaration in Support of Plaintiff's Motion for Court Approval for Plaintiff's Certification of Production.

3. Attached hereto as Exhibit 1 is a true and correct copy of April 21, 2016 Hearing Transcript.

4. Attached hereto as Sealed Exhibit 2 is a true and correct copy of [REDACTED]

5. Attached hereto as Sealed Exhibit 3 is a true and correct copy of [REDACTED]

6. Attached hereto as Sealed Exhibit 4 is a true and correct copy of [REDACTED]

7.      Attached hereto as Sealed Exhibit 5 is a true and correct copy of ███████, ████████████████.


I declare under penalty of perjury that the foregoing is true and correct.


              /s/ Sigrid McCawley_____
              Sigrid McCawley, Esq.

Dated: September 21, 2016.

                    Respectfully Submitted,

                    BOIES, SCHILLER & FLEXNER LLP

By:  /s/ Sigrid S. McCawley
     Sigrid S. McCawley (Pro Hac Vice)
     Meredith Schultz (Pro Hac Vice)
     Boies Schiller & Flexner LLP
     401 E. Las Olas Blvd., Suite 1200
     Ft. Lauderdale, FL 33301
     (954) 356-0011

     David Boies
     Boies Schiller & Flexner LLP
     333 Main Street
     Armonk, NY 10504

     Bradley J. Edwards (Pro Hac Vice)
     FARMER, JAFFE, WEISSING,
     EDWARDS, FISTOS & LEHRMAN, P.L.
     425 North Andrews Avenue, Suite 2
     Fort Lauderdale, Florida 33301
     (954) 524-2820

     Paul G. Cassell (Pro Hac Vice)
     S.J. Quinney College of Law
     University of Utah
     383 University St.
     Salt Lake City, UT 84112
     (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 21st day of September, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system.  I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

    Laura A. Menninger, Esq.
    Jeffrey Pagliuca, Esq.
    HADDON, MORGAN & FOREMAN, P.C.
    150 East 10th Avenue
    Denver, Colorado 80203
    Tel: (303) 831-7364
    Fax: (303) 832-2628
    Email: lmenninger@hmflaw.com
           jpagliuca@hmflaw.com

                                            /s/ Sigrid S. McCawley
                                               Sigrid S. McCawley