# EXHIBIT 1

```
                                                                    1
     G4LMGIUC

 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   VIRGINIA L. GIUFFRE,

 4              Plaintiff,

 5         v.                              15 Civ. 7433 (RWS)

 6   GHISLAINE MAXWELL,

 7              Defendant.

 8   ------------------------------x
                                           New York, N.Y.
 9                                         April 21, 2016
                                           11:05 a.m.
10
     Before:
11
                      HON. ROBERT W. SWEET,
12
                                           District Judge
13
                         APPEARANCES
14
     BOIES, SCHILLER & FLEXNER LLP
15        Attorneys for Plaintiff
     BY:  SIGRID STONE McCAWLEY
16        -and-
     FARMER, JAFFE, WEISSING, EDWARDS, FISTOS & LEHRMAN, P.L.
17   BY:  BRAD EDWARDS
          -and-
18   PAUL G. CASSELL

19   HADDON, MORGAN & FOREMAN
          Attorneys for Defendant
20   BY:  LAURA A. MENNINGER
          JEFF PAGLUICA
21

22

23

24

25
                   SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300
```

```
                                                                    20
      G4LMGIUC
 1              The plaintiff has told me that they have now supplied
 2    all the education and employment records that they have.  I
 3    think if there is any question about that, if the defense is
 4    skeptical, I would ask the counsel for the plaintiffs to make
 5    that statement on the record, not necessarily here, but by way
 6    of a statement to the Court and principally to the defendant.
 7              On the question of residences, that's, in my view, not
 8    a contention interrogatory because of the nature of this case.
 9    I think it's more like listing witnesses.  So I would say that
10    the plaintiff should supply all residences.
11              The Dershowitz deposition will be produced under the
12    confidentiality provision.  As I read what I've been given,
13    it's to be held in confidence and it will remain in confidence,
14    but it will be produced.
15              Yes, the tax returns should be produced.  15 years
16    seems like -- I see.  Ok.  15 years.
17              The medical records of the period '99 to 2002 will be
18    produced and the plaintiff will indicate whether that
19    production is complete or, if it isn't complete, when it will
20    be complete.
21              As for the pre-'99 medical records, based on where we
22    are at the moment, I do not believe that those are relevant.
23    Because the damage issue relates, in my view, solely to the
24    defamation.  If that changes in any way, I will revisit that
25    issue.
                      SOUTHERN DISTRICT REPORTERS, P.C.
                                (212) 805-0300
```