# EXHBIT 3

## (File Under Seal)