```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

VIRGINIA L. GIUFFRE,

                Plaintiff,

  - against -

                              15 Civ. 7433 (RWS)

                              O R D E R

GHISLAINE MAXWELL,

                Defendant.

------------------------------------------X

**Sweet, D.J.**

    Plaintiff's Motion for Court Approval of Plaintiff's Certification of Production shall be heard at noon on Thursday, October 13, 2016 in Courtroom 18C, United States Courthouse, 500 Pearl Street. All papers shall be served in accordance with Local Civil Rule 6.1.

    It is so ordered.

**New York, NY**
**September 23, 2016**

                                          ROBERT W. SWEET
                                             U.S.D.J.