UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.                                               15-cv-07433-RWS

GHISLAINE MAXWELL,

    Defendant.

---------------------------------------------------X

**Declaration Of Jeffrey S. Pagliuca In Support Of
Defendant's Motion to Compel Testimony of Jeffrey Epstein**

I, Jeffrey S. Pagliuca, declare as follows:

1.    I am an attorney at law duly licensed in the State of Colorado and admitted to practice in the United States District Court for the Southern District of New York *pro hac vice*. I am a member of the law firm Haddon, Morgan & Foreman, P.C., counsel of record for Defendant Ghislaine Maxwell ("Maxwell") in this action. I respectfully submit this declaration in support of the Motion to Compel Testimony of Jeffrey Epstein.

2.    Attached as Exhibit A (filed under seal) is a true and correct copy of the ███████████████████████████████████████████████████████████████ ███

3.    Attached as Exhibit B (filed under seal) is a true and correct copy of ██████ ████████████████████████████████████████, Bates stamped GM_01085-01087.

4.    Attached as Exhibit C (filed under seal) is a true and correct copy of ██████ ████████████████████████████████████████, Bates stamped GM_01098.

5. Attached as Exhibit D is a true and correct copy of an email dated September 24, 2007 from A.U.S.A Ann Marie Villafana.

6. Attached as Exhibit E (filed under seal) is a true and correct copy of the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Bates stamped GIUFFRE007597-007605.

7. Attached as Exhibit F (filed under seal) are true and correct copies of excerpts ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Dated: September 30, 2016

By: /s/ Jeffrey S. Pagliuca
Jeffrey S. Pagliuca

## CERTIFICATE OF SERVICE

I certify that on September 30, 2016, I electronically served this *Declaration Of Jeffrey S. Pagliuca In Support Of Defendant's Motion to Compel Testimony of Jeffrey Epstein* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Jack Goldberger
Atterbury, Goldberger & Weiss, P.A.
250 N. Australian Avenue, #1400
West Palm Beach, FL 33401
jgoldberger@agwpa.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons