UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X

VIRGINIA L. GIUFFRE,

        Plaintiff,

  - against -

GHISLAINE MAXWELL,

        Defendant.
-----------------------------------------X

15 Civ. 7433 (RWS)

O R D E R

**Sweet, D.J.**

Proposed Intervenor Alan M. Dershowitz's September 26, 2016 letter motion for leave to publicly file a less-redacted version of Dershowitz's Reply Declaration shall be heard at noon on Thursday, October 13, 2016 in Courtroom 18C, United States Courthouse, 500 Pearl Street. All papers shall be served in accordance with Local Civil Rule 6.1.

    It is so ordered.

**New York, NY**
**September 30, 2016**

                              ROBERT W. SWEET
                                 U.S.D.J.