# BOIES, SCHILLER & FLEXNER LLP

401 EAST LAS OLAS BOULEVARD • SUITE 1200 • FORT LAUDERDALE, FL 33301-2211 • PH. 954.356.0011 • FAX 954.356.0022

Sigrid S. McCawley, Esq.
E-mail: smccawley@bsfllp.com

October 3, 2016

**VIA CM/ECF**

Honorable Judge Robert W. Sweet
District Court Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re: *Giuffre v. Maxwell*,
Case No.: 15-cv-07433-RWS

Dear Judge Sweet:

We write to withdraw Ms. Giuffre's letter in opposition to Proposed Intervenor Alan M. Dershowitz's letter motion of September 26, 2016 (DE 444), for leave to publicly file a less-redacted version of Dershowitz's Reply Declaration, and stipulate to the relief sought. Specifically, Dershowitz requested to re-file Dershowitz's Reply Declaration with all references to paragraphs 20 and 21 of Mr. Cassell's declaration unredacted and not under seal, and Ms. Giuffre stipulates to that relief. Pursuant to SDNY Electronic Case Filing and Instructions 18.3, Ms. Giuffre has sent a Proposed Order granting the relief sought in Dershowitz's letter motion to Chambers. This stipulation resolves Dershowitz's letter motion and renders the need for any further proceedings on it moot. Ms. Giuffre requests that the hearing scheduled for Thursday October 13, 2016 on this letter motion be vacated (DE 452).

Sincerely,

Sigrid McCawley