UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

VIRGINIA L. GIUFFRE,

          Plaintiff,

  - against -

GHISLAINE MAXWELL,

          Defendant.

------------------------------------------X

15 Civ. 7433 (RWS)

O R D E R

**Sweet, D.J.**

    Defendant's motion to compel the testimony of Jeffrey Epstein shall be heard at noon on Thursday, October 20, 2016 in Courtroom 18C, United States Courthouse, 500 Pearl Street. All papers shall be served in accordance with Local Civil Rule 6.1.

    It is so ordered.

**New York, NY**
**October 3, 2016**

                                      ROBERT W. SWEET
                                      U.S.D.J.