RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO
ALISON FRICK
DAVID LEBOWITZ
HAYLEY HOROWITZ
DOUGLAS E. LIEB
ALANNA SMALL
JESSICA CLARKE

# EMERY CELLI BRINCKERHOFF & ABADY LLP

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK  10020

TELEPHONE
(212) 763-5000
FACSIMILE
(212) 763-5001
WEB ADDRESS
www.ecbalaw.com

CHARLES J. OGLETREE, JR.
DIANE L. HOUK

October 6, 2016

**By ECF**

The Honorable Robert W. Sweet
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

     Re:    *Giuffre v. Maxwell*, No. 15 Civ. 7433

Dear Judge Sweet:

     This firm represents Proposed Intervenor Alan M. Dershowitz, whose motion for permissive intervention and related relief was filed in this case on August 11, 2016.

     We have reviewed Plaintiff's correspondence withdrawing her opposition to Professor Dershowitz's letter-motion for leave to file a less redacted version of his previously filed Reply Declaration, as well as the Proposed Order submitted by Plaintiff that would grant the stipulated relief. Professor Dershowitz has no objection to the Proposed Order and consents to its entry by the Court.

     We thank the Court for its attention to this matter.

               Respectfully submitted,

               /s/

               Andrew G. Celli, Jr.
               David A. Lebowitz

c.    All Counsel of Record (by ECF)