

* JOSEPH R. ATTERBURY
*† JACK A. GOLDBERGER
* JASON S. WEISS

* Board Certified Criminal Trial Attorney
† Member of New Jersey & Florida Bars

October 11, 2016

<u>Via Email: SweetNYSDChambers@nysd.uscourts.gov</u>

Honorable Judge Robert W. Sweet
District Court Judge
United States District Court
500 Pearl Street
New York, NY 10007

RE:   Giuffre v. Maxwell
      Case No.  15-cv-07433-RWS

**Agreed request for adjournment of October 20, 2016 hearing**

Dear Judge Sweet,

This firm along with attorney Martin Weinberg, represent witness Jeffrey Epstein, concerning issues relating to a Motion to Compel Testimony of Jeffrey Epstein filed by Defendant Maxwell, D.E.449. The Court set a hearing on this matter for October 20, 2016 at 12:00 p.m., D.E. 456.

Both Defendant Maxwell and the witness Jeffrey Epstein are respectfully requesting a two week adjournment of the hearing. There have been no previous adjournments of this matter.

The reason for the request is that an unopposed request for extension of time to file a response to Defendant Maxwell's Motion to Compel Testimony of Jeffrey Epstein is pending before the court. In order for the matter to be fully briefed, it is requested that a two week adjournment of the hearing be granted,

Accordingly, it is jointly respectfully requested that the October 20, 2016 hearing on Defendant Maxwell's Motion to Compel be rescheduled for November 2, 2016 so the parties have sufficient time to fully brief the issues for the court.

Respectfully submitted,

Jack A. Goldberger
Admitted Pro hac vice

JAG/slm
cc:   Jeff Pagliuca, Esquire
      Martin Weinberg, Esquire

One Clearlake Centre, Suite 1400   250 Australian Avenue South   West Palm Beach, FL 33401

p 561.659.8300   f 561.835.8691   www.agwpa.com