United States District Court
Southern District of New York

Virginia L. Giuffre,

    Plaintiff,

v.

Ghislaine Maxwell,

    Defendant.

Case No.: 15-cv-07433 



## [PROPOSED] ORDER GRANTING DERSHOWITZ'S SEPTEMBER 26, 2016, LETTER MOTION TO PUBLICALLY FILE A LESS REDACTED VERSION OF DERSHOWITZ'S REPLY DECLARATION

**Sweet, D.J.**

THIS CAUSE comes before the Court upon Proposed Intervenor Alan M. Dershowitz's letter motion of September 26, 2016, for leave to publicly file a less-redacted version of Dershowitz's Reply Declaration. Plaintiff stipulates to Dershowitz's request to re-file Dershowitz's Reply Declaration with all references to paragraphs 20 and 21 of Mr. Cassell's declaration unredacted and not under seal.

Proposed Intervenor Alan M. Dershowitz's Motion to re-file Dershowitz's Reply Declaration with all references to paragraphs 20 and 21 of Mr. Cassell's declaration unredacted and not under seal is GRANTED: Proposed Intervenor Alan M. Dershowitz is directed to re-file Dershowitz's Reply Declaration with all references to paragraphs 20 and 21 of Mr. Cassell's declaration unredacted and not under seal. The hearing scheduled for Thursday, October 13, 2016, is hereby vacated.

It is so ordered.

**New York, NY**

October 6, 2016.

_____
Robert W. Sweet
UNITED STATES DISTRICT JUDGE