# BOIES, SCHILLER & FLEXNER LLP

401 EAST LAS OLAS BOULEVARD • SUITE 1200 • FORT LAUDERDALE, FL 33301-2211 • PH. 954.356.0011 • FAX 954.356.0022

Sigrid S. McCawley, Esq.
E-mail: smccawley@bsfllp.com

October 11, 2016

**VIA CM/ECF**

Honorable Judge Robert W. Sweet
District Court Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re:   *Giuffre v. Maxwell*, Case No.: 15-cv-07433-RWS
        Agreed request for extension of time

Dear Judge Sweet:

We write to request an extension to file Plaintiff's Response to Defendant's Motion to Compel Testimony of Jeffrey Epstein filed by Defendant Maxwell (DE 449).

On October 11, 2016, counsel for witness Jeffrey Epstein filed a similar request (DE 459) asking the court for a 10 day extension of time (until October 17, 2016) to file their response as well as a request for a two week adjournment of the related hearing (*see* DE 460) requesting that the hearing be rescheduled for November 2, 2016.

I have discussed this matter with counsel for Witness Jeffrey Epstein and Defendant Maxwell, Jeff Pagliuca[1], who have no objection to the granting of a ten day extension for filing Plaintiff's Response to Defendant's Motion to Compel Testimony of Jeffrey Epstein.

Accordingly, Plaintiff Giuffre requests that the time period for filing her response be extended until October 17, 2016.

Sincerely,

/s/ Sigrid McCawley
Sigrid McCawley

---

[1] Defendant Maxwell does not oppose an extension of time but reserves the right to object to the pleading based on standing.