**ATTERBURY GOLDBERGER & WEISS, P.A.**

* JOSEPH R. ATTERBURY
*† JACK A. GOLDBERGER
* JASON S. WEISS

* Board Certified Criminal Trial Attorney
† Member of New Jersey & Florida Bars

October 5, 2016

Via Email: SweetNYSDChambers@nysd.uscourts.gov

Honorable Judge Robert W. Sweet
District Court Judge
United States District Court
500 Pearl Street
New York, NY 10007

RE: Giuffre v. Maxwell
Case No. 15-cv-07433-RWS

RECEIVED
OCT 06 2016
JUDGE SWEET CHAMBERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-11-16

Dear Judge Sweet,

This firm represents witness Jeffrey Epstein in the above referenced matter.

On September 30, 2016, Defendant Maxwell filed a Motion to Compel Testimony of Jeffrey Epstein. Mr. Epstein's response pursuant to Local Civil Rule 6.1 would be due on October 7, 2016.

I have discussed this matter with counsel for Defendant Maxwell, Jeff Pagliuca, who has no objection to the granting of a ten day extension for filing a response to Defendant's Motion to Compel Testimony of Jeffrey Epstein. Accordingly, Mr. Epstein requests that the time period for filing his response be extended until October 17, 2016.

Very truly yours,

Jack A. Goldberger
Admitted Pro hac vice

JAG/slm
cc: Jeff Pagliuca, Esq.

So ordered
Sweet USDJ
10-7-16

One Clearlake Centre, Suite 1400   250 Australian Avenue South   West Palm Beach, FL 33401

p 561.659.8300   f 561.835.8691   www.agwpa.com