UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

VIRGINIA L. GIUFFRE,

        Plaintiff,

    - against -

GHISLAINE MAXWELL,

        Defendant.

------------------------------------------X

15 Civ. 7433 (RWS)

O R D E R

**Sweet, D.J.**

    Defendant's motion to compel the testimony of Jeffrey Epstein previously scheduled for October 20 shall instead be heard at noon on Thursday, November 3, 2016 in Courtroom 18C, United States Courthouse, 500 Pearl Street.

    It is so ordered.

**New York, NY**
**October 12, 2016**

ROBERT W. SWEET
U.S.D.J.