**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

Plaintiff, Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

Defendant.
____________________________________/

# PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL TESTIMONY OF JEFFREY EPSTEIN

Sigrid McCawley
BOIES, SCHILLER & FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

## I. Introduction

Plaintiff Ms. Virginia Giuffre respectfully submits this response to Maxwell's Motion to Compel Testimony of Jeffrey Epstein in order to alert the Court to the fact [redacted] It is Ms. Giuffre's position that if Jeffrey Epstein is compelled to testify about Defendant, the testimony will incriminate Defendant. [redacted]

## II. Background

As the Court is aware from Maxwell's motion, on September 9, 2016, Epstein appeared pursuant to the subpoena and was deposed in the Southern District of Florida. After Epstein was sworn in, [redacted]

---

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

## III. Plaintiff's Future Request upon the Court Regarding the Hearing on the Instant Motion and Request Regarding Sealing of the Records

[redacted]

[redacted]

## IV. CONCLUSION

[redacted]

Dated: October 17, 2016.

Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP

By: /s/ Sigrid McCawley

Sigrid McCawley (Pro Hac Vice)
Boies Schiller & Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

David Boies
Boies Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

Bradley J. Edwards (Pro Hac Vice)
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
(954) 524-2820

Paul G. Cassell (Pro Hac Vice)
S.J. Quinney College of Law
University of Utah
383 University St.
Salt Lake City, UT 84112
(801) 585-5202[3]

[3] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 17, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

Laura A. Menninger, Esq.
Jeffrey Pagliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com
jpagliuca@hmflaw.com

/s/ Sigrid S. McCawley
Sigrid S. McCawley