United States District Court
Southern District of New York

Virginia L. Giuffre,

      Plaintiff,                         Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

      Defendant.

_____/

### DECLARATION OF SIGRID MCCAWLEY IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL TESTIMONY OF JEFFREY EPSTEIN

I, Sigrid McCawley, declare that the below is true and correct to the best of my knowledge as follows:

1. I am a Partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's Order granting my Application to Appear Pro Hac Vice.

2. I respectfully submit this Declaration in Support of Plaintiff's Response to Defendant's Motion to Compel Testimony of Jeffrey Epstein.

3. Attached hereto as Sealed Composite Exhibit 1 are true and correct copies of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

I declare under penalty of perjury that the foregoing is true and correct.

                                          /s/ Sigrid McCawley
                                          Sigrid McCawley, Esq.

Dated: October 17, 2016.

                              Respectfully Submitted,

                              BOIES, SCHILLER & FLEXNER LLP

By:  /s/ Sigrid S. McCawley
      Sigrid S. McCawley (Pro Hac Vice)
      Meredith Schultz (Pro Hac Vice)
      Boies Schiller & Flexner LLP
      401 E. Las Olas Blvd., Suite 1200
      Ft. Lauderdale, FL 33301
      (954) 356-0011

      David Boies
      Boies Schiller & Flexner LLP
      333 Main Street
      Armonk, NY 10504

      Bradley J. Edwards (Pro Hac Vice)
      FARMER, JAFFE, WEISSING,
      EDWARDS, FISTOS & LEHRMAN, P.L.
      425 North Andrews Avenue, Suite 2
      Fort Lauderdale, Florida 33301
      (954) 524-2820

      Paul G. Cassell (Pro Hac Vice)
      S.J. Quinney College of Law
      University of Utah
      383 University St.
      Salt Lake City, UT 84112
      (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 17th day of October, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system.  I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

>Laura A. Menninger, Esq.
>Jeffrey Pagliuca, Esq.
>HADDON, MORGAN & FOREMAN, P.C.
>150 East 10th Avenue
>Denver, Colorado 80203
>Tel: (303) 831-7364
>Fax: (303) 832-2628
>Email: lmenninger@hmflaw.com
>        jpagliuca@hmflaw.com

>                /s/ Sigrid S. McCawley
>                Sigrid S. McCawley