UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

Plaintiff

Case No. 15-cv-07433-RWS

vs.

GHISLAINE MAXWELL,

Defendant
_______________________/

**NON-PARTY JEFFREY EPSTEIN'S RESPONSE IN OPPOSITION TO MOTION TO COMPEL TESTIMONY OF JEFFREY EPSTEIN**

Atterbury, Goldberger & Weiss, P.A.
250 Australian Avenue South, #1400
West Palm Beach, Florida 33401
(561) 659-8300
(561) 835-8691 (fax)

TABLE OF CONTENTS

INTRODUCTION 1

I. BACKGROUND 2

[redacted] 4

[redacted] 8

[redacted] 9

[redacted] 13

CONCLUSION 16

CERTIFICATE OF SERVICE 17

i

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

Plaintiff

v. Case No. 15-cv-07433-RWS

GHISLAINE MAXWELL,

Defendant

______________________________/

**NON-PARTY JEFFREY EPSTEIN'S RESPONSE IN OPPOSITION TO MOTION TO COMPEL TESTIMONY OF JEFFREY EPSTEIN**

Non-party Jeffrey Epstein, by and through undersigned counsel, hereby files this Response in Opposition to defendant Ghislaine Maxwell's Motion to Compel Testimony of Jeffrey Epstein. Defendant's Motion to Compel should be denied in its entirety. [redacted]



2



[Page contents redacted]







6





8

Page fully redacted.





10



11





13



14

[Page content redacted]



**CONCLUSION**

For all the foregoing reasons, Defendant's motion to compel should be denied in its entirety.



**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by CM/ECF on October 17, 2016.

Respectfully submitted,
JEFFREY EPSTEIN
By his attorneys,

/s/ Jack A. Goldberger

Jack Alan Goldberger
Atterbury, Goldberger & Weiss, P.A.
250 Australian Avenue South, #1400
West Palm Beach, Florida 33401
(561) 659-8305
(561) 835-8691 (fax)
jgoldberger@agwpa.com

Martin G. Weinberg
*Pro hac vice pending*
20 Park Plaza, Suite 1000
Boston, Massachusetts 02116
(617) 227-8616
(617) 338-9538 (fax)
owlmgw@att.net