UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

Plaintiff

v. Case No. 15-cv-07433-RWS

GHISLAINE MAXWELL,
Defendant
_________________________/

**DECLARATION OF JACK ALAN GOLDBERGER IN SUPPORT OF NON-PARTY JEFFREY EPSTEIN'S RESPONSE IN OPPOSITION TO MOTION TO <u>COMPEL TESTIMONY OF JEFFREY EPSTEIN</u>**

I, Jack Alan Goldberger, declare that the below is true and correct to the best of my knowledge and belief:

1. I am a partner in the law firm of Atterbury, Goldberger & Weiss, P.A., 250 Australian Avenue South, #1400, West Palm Beach, Florida 33401. I am an attorney duly licensed to practice law in Florida and represent non-party deponent Jeffrey Epstein in this matter. Pursuant to court order, I have been admitted *pro hac vice* into the Bar of the Southern District of New York for the purpose of representing Jeffrey Epstein in this matter.

2. I respectfully submit this declaration in support of Non-Party Jeffrey Epstein's Response in Opposition to Motion to Compel Testimony of Jeffrey Epstein.

[redacted]

[redacted]

I declare under penalty of perjury that the foregoing is true and correct.

**/s/ Jack Alan Goldberger**
Jack Alan Goldberger

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,
JEFFREY EPSTEIN
By his attorneys,

/s/ Jack A. Goldberger
Jack Alan Goldberger
Atterbury, Goldberger & Weiss, P.A.
250 Australian Avenue South, #1400
West Palm Beach, Florida 33401
(561) 659-8305
(561) 835-8691 (fax)
jgoldberger@agwpa.com

Martin G. Weinberg
*Pro hac vice pending*
20 Park Plaza, Suite 1000
Boston, Massachusetts 02116
(617) 227-8616
(617) 338-9538 (fax)
owlmgw@att.net

**EXHIBIT A**

[redacted]

**[FILED UNDER SEAL]**

**EXHIBIT B**

**[FILED UNDER SEAL]**