UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA GIUFFRE,

      Plaintiff,

vs.                                                 Case No.: 15-cv-07433-RWS

GHISLAINE MAXWELL,

      Defendant.
_____/

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Martin G. Weinberg, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear for Jeffrey Epstein, respondent, in the above captioned matter.

I am in good standing of the bar of the Commonwealth of Massachusetts and there are no pending disciplinary actions against me in any state or federal court.

                                                            Respectfully submitted,

                                                            /s/Martin G. Weinberg
                                                            Martin G. Weinberg, Esq.
                                                            Massachusetts Bar No. 519480
                                                           Martin G. Weinberg, P.C.
                                                           20 Park Plaza, Suite 1000
                                                           Boston, Massachusetts 02116
                                                           (617) 227-3700 (tel.)
                                                           (617) 338-9538 (fax)
                                                           owlmgw@att.net

## **CERTIFICATE OF SERVICE**

I, Martin G. Weinberg, hereby certify that on this 20th day of October, 2016, I served the forgoing document on all counsel of record via CM/ECF electronic filing.

/s/Martin G. Weinberg
Martin G. Weinberg