UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA GIUFFRE,

        Plaintiff,

vs.                              Case No.: 15-cv-07433-RWS

GHISLAINE MAXWELL,

        Defendant.

_____/

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Martin G. Weinberg, for admission to practice Pro Hac Vice in the above captioned action is **GRANTED**.

Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Massachusetts; and that his contact information is as follows:

    Applicant's Name: Martin G. Weinberg

    Firm Name: Martin G. Weinberg, P.C.

    Address: 20 Park Plaza, Suite 1000

    City/State/Zip: Boston, Massachusetts 02116

    Telephone/Fax: (617) 227-3700 (tel.), (617) 338-9538 (fax)

    E-mail: owlmgw@att.net

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Jeffrey Epstein, respondent, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District for the Southern District of New York.  All

2

attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                                               United States District / Magistrate Judge