

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Eric J. Feder**
212.603.6483 tel
212.379.5279 fax

ericfeder@dwt.com

October 20, 2016

Hon. Robert W. Sweet
U.S. District Court
  for the Southern District of New York
500 Pearl Street
New York, New York

Re:     *Giuffre v. Maxwell*, No. 15-cv-7433 – Subpoena to Sharon Churcher

Dear Judge Sweet:

This firm represents non-party Sharon Churcher, who was subpoenaed in the above-referenced case. On September 1, 2016, the Court granted Churcher's motion to quash the subpoena (Dkt. No. 215) (the "Motion") in a Sealed Opinion (the "Decision"), which the Court's Deputy provided to the parties via email. The Decision instructed the parties to submit a proposed redacted version of the Decision consistent with the Protective Order. On September 20, 2016, we filed a proposed redacted version of the Decision on behalf of all the parties. (*See* Dkt. No. 440 Ex. 1.)

We write now to respectfully request that the Court formally issue the redacted version of the Decision as its Opinion resolving the Motion, so that the Decision can be cited in future cases and, as appropriate, included in legal reporters and online databases of court decisions.

We thank Your Honor for your time and attention to this request, and are prepared to submit or discuss anything further if it would be helpful to the Court.

Respectfully Submitted,

Davis Wright Tremaine LLP

/s/ Eric J. Feder

cc:     Parties' counsel (*via* CM/ECF)

Anchorage   New York   Seattle
Bellevue    Portland   Shanghai
Los Angeles San Francisco Washington, D.C.

www.dwt.com