UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA GIUFFRE,

    Plaintiff,

vs.      Case No.: 15-cv-07433-RWS

GHISLAINE MAXWELL,

    Defendant.

_____/

**RECEIVED OCT 21 2016 JUDGE SWEET CHAMBERS**

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 10/21/16**

### ORDER FOR ADMISSION PRO HAC VICE

The motion of Martin G. Weinberg, for admission to practice Pro Hac Vice in the above captioned action is **GRANTED**.

Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Massachusetts; and that his contact information is as follows:

    Applicant's Name: Martin G. Weinberg

    Firm Name: Martin G. Weinberg, P.C.

    Address: 20 Park Plaza, Suite 1000

    City/State/Zip: Boston, Massachusetts 02116

    Telephone/Fax: (617) 227-3700 (tel.), (617) 338-9538 (fax)

    E-mail: owlmgw@att.net

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Jeffrey Epstein, respondent, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District for the Southern District of New York. All

attorneys appearing before this court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys.

Dated: __10.21.16__                          _____
                                             United States District / Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
OCT 21 2016
JUDGE SWEET CHAMBERS

VIRGINIA GIUFFRE,

       Plaintiff,

vs.

       Case No.: 15-cv-07433-RWS

GHISLAINE MAXWELL,

       Defendant.

_____/

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Martin G. Weinberg, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear for Jeffrey Epstein, respondent, in the above captioned matter.

I am in good standing of the bar of the Commonwealth of Massachusetts and there are no pending disciplinary actions against me in any state or federal court.

                                      Respectfully submitted,

                                      /s/Martin G. Weinberg
                                      Martin G. Weinberg, Esq.
                                      Massachusetts Bar No. 519480
                                      Martin G. Weinberg, P.C.
                                      20 Park Plaza, Suite 1000
                                      Boston, Massachusetts 02116
                                      (617) 227-3700 (tel.)
                                      (617) 338-9538 (fax)
                                      owlmgw@att.net

## CERTIFICATE OF SERVICE

I, Martin G. Weinberg, hereby certify that on this 20th day of October, 2016, I served the forgoing document on all counsel of record via CM/ECF electronic filing.

/s/Martin G. Weinberg
Martin G. Weinberg

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-fourth** day of **April** A.D. **1972**, said Court being the highest Court of Record in said Commonwealth:

### Martin G. Weinberg

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **seventeenth** day of **October** in the year of our Lord **two thousand and sixteen.**

MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.
X3116