# EXHBIT 3

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
CASE NO. 15-CV-07433-RWS

- - - - - - - - - - - - - - - - - - - - - - - -x

VIRGINIA L. GIUFFRE,

                Plaintiff,

    -against-

GHISLAINE MAXWELL,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - -x

STATEMENT ON THE RECORD

575 Lexington Avenue
New York, New York 10022

Date: October 12, 2016
Reported By: Amanda McCredo

- - -

MAGNA LEGAL SERVICES
(866) 624-6221
www.MagnaLS.com



```
 1   A P P E A R A N C E S:
 2   BOIES SCHILLER & FLEXNER, LLP
               Attorneys for Plaintiff
 3             401 East Las Olas Boulevard
               Fort Lauderdale, Florida 33301
 4   BY: SIGRID S. McCAWLEY, ESQ.
         NAFEES SYED, ESQ.
 5   smccawley@bfsllp.com
     (954)356-0011
 6
 7
 8   HADDON MORGAN FOREMAN
               Attorneys for Defendant
 9             150 East 10th Avenue
               Denver, Colorado 80203
10   BY: JEFFREY PAGLIUCA, ESQ.
     jpagliuca@hmflaw.com
11   (303)831-7364
     (via teleconference)
12
13
14   ALSO PRESENT:
15   RODOLFO DURAN - videographer
16
17
18
19
20
21
22
23
24
25
```



Page 3

```
 1        MS. McCAWLEY:  This is Sigrid McCawley.
 2   I'm counsel for Virginia Giuffre in the matter
 3   of Giuffre versus Maxwell, which is case number
 4   15-cv-07433.
 5        MR. PAGLIUCA:  Jeff Pagliuca appearing on
 6   behalf of the defendant by telephone.
 7        MS. McCAWLEY:  We had noticed for
 8   deposition today, which is October 12, 2016, at
 9   9:30 a.m. the deposition of Nadia Marcinkova.
10        I'm going to mark as Exhibit 1 to this
11   deposition, a composite exhibit which contains
12   an order from Judge Sweet dated September 15,
13   2016, the plaintiff's re-notice of Rule 45
14   subpoena and re-notice of taking videotaped
15   deposition duces tecum of Nadia Marcinkova,
16   a.k.a. Nadia Marcinko; and an affidavit of
17   service from Doug Mercer dated October 10,
18   2016.
19        The notice of deposition was submitted to
20   Nadia Marcinkova, and that is outlined in the
21   affidavit of service which I'll read into the
22   record.
23        The affidavit of service from Doug Mercer
24   reads as follows:  I am employed as a chief
25   investigator by Alpha Group Investigations, an
```



Page 4

```
 1    investigative and security services company.  I
 2    supervised the service of a court order and a
 3    subpoena upon Sarah Kellen Vickers and Nadia
 4    Marcinkova.
 5          Paragraph 3 reads:  "On Wednesday,
 6    September 29, 2016, at 12:21 p.m., Alpha Group
 7    investigator Anna Intriago arrived at 301 East
 8    66th Street, New York, New York, to attempt to
 9    serve a court order and subpoena on Nadia
10    Marcinkova.  Investigator Intriago was advised
11    by the doorman that Nadia Marcinkova was not
12    in.  Investigator Intriago served the court
13    order and the subpoena for Nadia Marcinkova to
14    the doorman, Hector Santiago, a white Hispanic
15    male, white hair, 56-65 years old, 5'4" to 5'8"
16    tall, 131-160 pounds."
17          Paragraph 7 reads:  "On Wednesday,
18    September 29, 2016, your deponent mailed a copy
19    of the court order and the subpoena for Nadia
20    Marcinkova to the following locations; 301 East
21    66th Street, Apartment 11E/10N, New York, New
22    York 10065; 38 Hawthorne Drive, Unit E312,
23    Bedford, New Hampshire, 03110.
24          "A witness fee check in the amount of $41
25    was attached to the subpoena that was mailed to
```



Page 5

1    301 East 66th Street, Apartment 11E/10N, New
2    York, New York 10065."
3         Paragraph 9 reads:  "On Thursday,
4    September 30, 2016, at 11:15 a.m., your
5    deponent attempted to e-mail a copy of the
6    court order and subpoena for Nadia Marcinkova
7    to the following e-mail addresses, but the
8    addresses were no longer valid, or were not
9    accepting e-mails from dmercer@alphagp.com."
10        The e-mail addresses were:
11   Nadiamarcinkomodel.com, aviloop.com, and
12   info@aviloop.com.
13        Signed, Douglas Mercer, the 10th day of
14   October, 2016.
15        The court's order, which is dated
16   September 15, 2016, provides in the final
17   paragraphs as follows:  "So ordered."
18        And the paragraph reads:  "In light of
19   these facts, Ms. Giuffre provides notice to
20   this court that plaintiff's motion for a
21   finding of contempt as to Nadia Marcinkova and
22   Sarah Kellen remain pending.  As indicated in
23   that motion, Ms. Giuffre would respectfully
24   request that the court order that, one, Nadia
25   Marcinkova and Sarah Kellen be directed to



Page 6

```
 1       appear for their deposition; two, that Nadia
 2       Marcinkova and Sarah Kellen pay Giuffre's costs
 3       and reasonable attorneys' fees associated with
 4       bringing the motion; and three, that Nadia
 5       Marcinkova and Sarah Kellen be ordered to pay a
 6       civil penalty of --" and the Court scratched
 7       out $2,500 and inserted "-- $200 per day for
 8       each day after which they fail to appear at the
 9       rescheduled deposition and any other sanctions
10       the Court believes is just and proper."
11              And the Court so ordered that on
12       9/15/2016.
13              We are at the deposition of Nadia
14       Marcinkova, which was scheduled to begin at
15       9:30 a.m.  Ms. Marcinkova has failed to show up
16       for the deposition.  We waited for 30 minutes
17       for her to arrive and she has not arrived at
18       the deposition.
19              We are now moving to continue the
20       deposition and will re-serve a notice and make
21       our filing with the Court.
22              MR. PAGLIUCA:  I have no comments.
23              MS. McCAWLEY:  Thank you.
24                      (Time adjourned: 10:00 a.m.)
25
```



Page 7

1              C E R T I F I C A T E
2
3        I, AMANDA McCREDO, a Shorthand Reporter
4     and Notary Public of the State of New York, do
5     hereby certify:
6     That the statement hereinbefore set forth, was
7     duly sworn, and that such statement a true
8     record of the proceedings by such parties.
9     I further certify that I am not related to any
10    of the parties to this action by blood or
11    marriage; and that I am in no way interested in
12    the outcome of this matter.
13
14
15        _____
16            AMANDA McCREDO
17
18
19
20
21
22
23
24
25



### A
**accepting** 5:9
**action** 7:10
**addresses** 5:7,8,10
**adjourned** 6:24
**advised** 4:10
**affidavit** 3:16,21,23
**alpha** 3:25 4:6
**alphagp** 5:9
**amanda** 1:17 7:3
   7:16
**amount** 4:24
**anna** 4:7
**apartment** 4:21 5:1
**appear** 6:1,8
**appearing** 3:5
**arrive** 6:17
**arrived** 4:7 6:17
**associated** 6:3
**attached** 4:25
**attempt** 4:8
**attempted** 5:5
**attorneys** 2:2,8 6:3
**avenue** 1:14 2:9
**aviloop** 5:11,12

### B
**bedford** 4:23
**behalf** 3:6
**believes** 6:10
**bfsllp** 2:5
**blood** 7:10
**boies** 2:2
**boulevard** 2:3
**bringing** 6:4

### C
**c** 2:1 7:1,1
**case** 1:3 3:3
**certify** 7:5,9
**check** 4:24
**chief** 3:24
**civil** 6:6
**colorado** 2:9
**com** 1:21 2:5,10 5:9
   5:11,11,12

**comments** 6:22
**company** 4:1
**composite** 3:11
**contains** 3:11
**contempt** 5:21
**continue** 6:19
**copy** 4:18 5:5
**costs** 6:2
**counsel** 3:2
**court** 1:1 4:2,9,12
   4:19 5:6,20,24 6:6
   6:10,11,21
**courts** 5:15

### D
**date** 1:16
**dated** 3:12,17 5:15
**day** 5:13 6:7,8
**defendant** 1:10 2:8
   3:6
**denver** 2:9
**deponent** 4:18 5:5
**deposition** 3:8,9,11
   3:15,19 6:1,9,13
   6:16,18,20
**directed** 5:25
**district** 1:1,2
**dmercer** 5:9
**doorman** 4:11,14
**doug** 3:17,23
**douglas** 5:13
**drive** 4:22
**duces** 3:15
**duly** 7:7
**duran** 2:15

### E
**e** 2:1,1 7:1,1
**e312** 4:22
**east** 2:3,9 4:7,20
   5:1
**email** 5:5,7,10
**emails** 5:9
**employed** 3:24
**esq** 2:4,4,10
**exhibit** 3:10,11

### F
**f** 7:1
**facts** 5:19
**fail** 6:8
**failed** 6:15
**fee** 4:24
**fees** 6:3
**filing** 6:21
**final** 5:16
**finding** 5:21
**flexner** 2:2
**florida** 2:3
**following** 4:20 5:7
**follows** 3:24 5:17
**foreman** 2:8
**fort** 2:3
**forth** 7:6
**further** 7:9

### G
**ghislaine** 1:8
**giuffre** 1:5 3:2,3
   5:19,23
**giuffres** 6:2
**going** 3:10
**group** 3:25 4:6

### H
**haddon** 2:8
**hair** 4:15
**hampshire** 4:23
**hawthorne** 4:22
**hector** 4:14
**hereinbefore** 7:6
**hispanic** 4:14
**hmflaw** 2:10

### I
**ill** 3:21
**im** 3:2,10
**indicated** 5:22
**info** 5:12
**inserted** 6:7
**interested** 7:11
**intriago** 4:7,10,12
**investigations** 3:25

**investigative** 4:1
**investigator** 3:25
   4:7,10,12

### J
**jeff** 3:5
**jeffrey** 2:10
**jpagliuca** 2:10
**judge** 3:12

### K
**k** 3:16
**kellen** 4:3 5:22,25
   6:2,5

### L
**l** 1:5
**las** 2:3
**lauderdale** 2:3
**legal** 1:20
**lexington** 1:14
**light** 5:18
**llp** 2:2
**locations** 4:20
**longer** 5:8

### M
**m** 3:9 4:6 5:4 6:15
   6:24
**magna** 1:20
**magnals** 1:21
**mailed** 4:18,25
**male** 4:15
**marcinko** 3:16
**marcinkova** 3:9,15
   3:20 4:4,10,11,13
   4:20 5:6,21,25 6:2
   6:5,14,15
**mark** 3:10
**marriage** 7:11
**matter** 3:2 7:12
**maxwell** 1:8 3:3
**mccawley** 2:4 3:1,1
   3:7 6:23
**mccredo** 1:17 7:3
   7:16

**mercer** 3:17,23
   5:13
**minutes** 6:16
**morgan** 2:8
**motion** 5:20,23 6:4
**moving** 6:19

### N
**n** 2:1
**nadia** 3:9,15,16,20
   4:3,9,11,13,19 5:6
   5:21,24 6:1,4,13
**nadiamarcinkom...**
   5:11
**nafees** 2:4
**new** 1:2,15,15 4:8,8
   4:21,21,23 5:1,2
   7:4
**notary** 7:4
**notice** 3:19 5:19
   6:20
**noticed** 3:7
**number** 3:3

### O
**october** 1:16 3:8,17
   5:14
**olas** 2:3
**old** 4:15
**order** 3:12 4:2,9,13
   4:19 5:6,15,24
**ordered** 5:17 6:5,11
**outcome** 7:12
**outlined** 3:20

### P
**p** 2:1,1 4:6
**pagliuca** 2:10 3:5,5
   6:22
**paragraph** 4:5,17
   5:3,18
**paragraphs** 5:17
**parties** 7:8,10
**pay** 6:2,5
**penalty** 6:6
**pending** 5:22



**plaintiff** 1:6 2:2
**plaintiffs** 3:13 5:20
**pounds** 4:16
**present** 2:14
**proceedings** 7:8
**proper** 6:10
**provides** 5:16,19
**public** 7:4

**Q**

**R**
**r** 2:1 7:1
**read** 3:21
**reads** 3:24 4:5,17
  5:3,18
**reasonable** 6:3
**record** 1:13 3:22
  7:8
**related** 7:9
**remain** 5:22
**renotice** 3:13,14
**reported** 1:17
**reporter** 7:3
**request** 5:24
**rescheduled** 6:9
**reserve** 6:20
**respectfully** 5:23
**rodolfo** 2:15
**rule** 3:13

**S**
**s** 2:1,4
**sanctions** 6:9
**santiago** 4:14
**sarah** 4:3 5:22,25
  6:2,5
**scheduled** 6:14
**schiller** 2:2
**scratched** 6:6
**security** 4:1
**september** 3:12 4:6
  4:18 5:4,16
**serve** 4:9
**served** 4:12
**service** 3:17,21,23
  4:2
**services** 1:20 4:1
**set** 7:6
**shorthand** 7:3
**show** 6:15
**signed** 5:13
**sigrid** 2:4 3:1
**smccawley** 2:5
**southern** 1:2
**state** 7:4
**statement** 1:13 7:6
  7:7
**states** 1:1
**street** 4:8,21 5:1
**submitted** 3:19
**subpoena** 3:14 4:3
  4:9,13,19,25 5:6
**supervised** 4:2
**sweet** 3:12
**sworn** 7:7
**syed** 2:4

**T**
**t** 7:1,1
**tall** 4:16
**tecum** 3:15
**teleconference** 2:11
**telephone** 3:6
**thank** 6:23
**three** 6:4
**thursday** 5:3
**time** 6:24
**today** 3:8
**true** 7:7
**two** 6:1

**U**
**unit** 4:22
**united** 1:1

**V**
**valid** 5:8
**versus** 3:3
**vickers** 4:3
**videographer** 2:15
**videotaped** 3:14

**virginia** 1:5 3:2

**W**
**waited** 6:16
**way** 7:11
**wednesday** 4:5,17
**white** 4:14,15
**witness** 4:24
**www** 1:21

**X**
**x** 1:4,11

**Y**
**years** 4:15
**york** 1:2,15,15 4:8
  4:8,21,22 5:2,2
  7:4

**Z**

**0**
**00** 6:24
**03110** 4:23

**1**
**1** 3:10
**10** 3:17 6:24
**10022** 1:15
**10065** 4:22 5:2
**10n** 4:21 5:1
**10th** 2:9 5:13
**11** 5:4
**11e** 4:21 5:1
**12** 1:16 3:8 4:6
**131160** 4:16
**15** 3:12 5:4,16 6:12
**150** 2:9
**15cv07433** 3:4
**15cv07433rws** 1:3

**2**
**2** 6:7
**200** 6:7
**2016** 1:16 3:8,13,18
  4:6,18 5:4,14,16
  6:12

**21** 4:6
**29** 4:6,18

**3**
**3** 4:5
**30** 3:9 5:4 6:15,16
**301** 4:7,20 5:1
**303** 2:11
**33301** 2:3
**3560011** 2:5
**38** 4:22

**4**
**401** 2:3
**41** 4:24
**45** 3:13

**5**
**500** 6:7
**54** 4:15
**5665** 4:15
**575** 1:14
**58** 4:15

**6**
**6246221** 1:20
**66th** 4:8,21 5:1

**7**
**7** 4:17

**8**
**80203** 2:9
**8317364** 2:11
**866** 1:20

**9**
**9** 3:9 5:3 6:12,15
**954** 2:5

