# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X

VIRGINIA L. GIUFFRE,

       Plaintiff,

v.

GHISLAINE MAXWELL,

       Defendant.

-------------------------------------------------X

**15-cv-07433-RWS**

### Declaration of Laura A. Menninger in Support of Defendant's Response in Opposition to Plaintiff's Motion to Reopen Defendant's Deposition

I, Laura A. Menninger, declare as follows:

1.   I am an attorney at law duly licensed in the State of New York and admitted to practice in the United States District Court for the Southern District of New York. I am a member of the law firm Haddon, Morgan & Foreman, P.C., counsel of record for Defendant Ghislaine Maxwell in this action. I respectfully submit this Declaration in support of Ms. Maxwell's Response to Plaintiff's Motion to Reopen Defendant's Deposition.

2.   Attached as Exhibit A (filed under seal) are true and correct copies of excerpts ███ ███████████████████████████████████████████████████████ ████████████.

3.   Attached as Exhibit B (filed under seal) are true and correct copies of ███████████████████████████████████████ Bates stamped GM_01036-01044.

4.   Attached as Exhibit C (filed under seal) are true and correct copies of ██████

██████████████████████████ Bates stamped GM_01060-01068,00594.

5.   Attached as Exhibit D (filed under seal) are true and correct copies of

██████████████████████████████████ Bates stamped GM_01069-

01072;01084-01099.

6.   Attached as Exhibit E (filed under seal) are true and correct copies of ██████

███████████████████████████ Bates stamped

GIUFFRE009094-009102.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 24, 2016.

*s/ Laura A. Menninger*
Laura A. Menninger

## CERTIFICATE OF SERVICE

I certify that on October 24, 2016, I electronically served this *Declaration of Laura A. Menninger in Support of Defendant's Response in Opposition to Plaintiff's Motion to Compel Data from Defendant's (Non-Existent) Undisclosed Email Account and For an Adverse Inference Instruction* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS, FISTOS
& LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons

3