UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

VIRGINIA L. GIUFFRE,

              Plaintiff,

                                 15 Civ. 7433 (RWS)

   - against -

                                    O R D E R

GHISLAINE MAXWELL,

              Defendant.

------------------------------------------X

**Sweet, D.J.**

     Defendant's letter dated October 26, 2016 shall be designated as confidential pursuant to the Protective Order.

     It is so ordered.

**New York, NY**
**October 27, 2016**

                                    ROBERT W. SWEET
                                    U.S.D.J.