UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

VIRGINIA L. GIUFFRE,

                Plaintiff,

                                        15 Civ. 7433 (RWS)

   - against -

                                                O R D E R

GHISLAINE MAXWELL,

                Defendant.

------------------------------------------X

**Sweet, D.J.**

      Non-party Sharon Churcher's request for issuance of the redacted version of the Court's opinion, previously scheduled to be heard on November 3, shall instead heard at noon on Thursday, November 10, 2016 in Courtroom 18C, United States Courthouse, 500 Pearl Street.

      It is so ordered.

**New York, NY**
**October 27, 2016**

                                                ROBERT W. SWEET
                                                   U.S.D.J.