UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
---------------------------------x
VIRGINIA L. GIUFFRE,

              Plaintiff,

                              Index No. 1:15-cv-7433(RWS)

    -against-

GHISLAINE MAXWELL,
                                   **ECF CASE**

              Defendant.         **NOTICE OF APPEARANCE**
---------------------------------x

    PLEASE TAKE NOTICE that Erica T. Dubno of HERALD PRICE FAHRINGER, PLLC d/b/a FAHRINGER & DUBNO, who is admitted to practice in this Court, hereby enters her appearance as counsel for non-party NADIA MARCINKO in the above-captioned action, and requests that notice of all matters arising herein, and all documents and papers in this case be served on her at the address stated below.

Dated: New York, New York
       October 27, 2016

                                    Respectfully submitted,

                                    /s/ Erica T. Dubno_____
                                  Erica T. Dubno, Esq.
                                  FAHRINGER & DUBNO
                                  767 Third Avenue, Suite 3600
                                  New York, New York 10017
                                  (212) 319-5351
                                  (212) 319-6657 (fax)
                                  erica.dubno@fahringerlaw.com

                         *Attorney for Non-Party Nadia Marcinko*