UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

VIRGINIA L. GIUFFRE,

        Plaintiff,

  - against -

GHISLAINE MAXWELL,

        Defendant.

------------------------------------------X

15 Civ. 7433 (RWS)

O R D E R

**Sweet, D.J.**

The portions of the November 2, 2016 Opinion pertaining to ECF No. 354 were issued in error and are hereby withdrawn.

    It is so ordered.

**New York, NY**
**November 7, 2016**

_____
ROBERT W. SWEET
U.S.D.J.

