UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA GIUFFRE,<br><br>                Plaintiff,<br><br>  -against-<br><br>GHISLAINE MAXWELL,<br><br>                Defendant. | No. 15 Civ. 7433 (RWS) |

       Notice is hereby given that Intervenor Alan M. Dershowitz appeals to the United States Court of Appeals for the Second Circuit from the order entered on November 2, 2016 denying his motion to unseal or to modify the protective order.

Dated:  November 16, 2016
          New York, New York

                              EMERY CELLI BRINCKERHOFF & ABADY LLP

                                    /s/
                              Andrew G. Celli, Jr.
                              David A. Lebowitz
                              600 Fifth Avenue, 10th Floor
                              New York, New York 10020
                              (212) 763-5000

                              *Attorneys for Intervenor Alan M. Dershowitz*