UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

VIRGINIA L. GIUFFRE,

        Plaintiff,

  - against -

GHISLAINE MAXWELL,

        Defendant.

------------------------------------------x

15 Civ. 7433 (RWS)

O R D E R

**Sweet, D.J.**

    Defendant's motion for reconsideration of portions of the Court's November 2, 2016 opinion shall be heard at noon on Thursday, December 8, 2016 in Courtroom 18C, United States Courthouse, 500 Pearl Street. All papers shall be served in accordance with Local Civil Rule 6.1.

    It is so ordered.

**New York, NY**
**November 17, 2016**

_____
ROBERT W. SWEET
U.S.D.J.