UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA GIUFFRE,

    Plaintiff,

-against-

GHISLAINE MAXWELL,

    Defendant.

No. 15 Civ. 7433 (RWS)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 23 2016

    Notice is hereby given that Intervenor Alan M. Dershowitz appeals to the United States Court of Appeals for the Second Circuit from the order entered on November 2, 2016 denying his motion to unseal or to modify the protective order.

Dated: November 21, 2016
       New York, New York

                      EMERY CELLI BRINCKERHOFF & ABADY LLP

                      Andrew G. Celli, Jr.
                      David A. Lebowitz
                      600 Fifth Avenue, 10th Floor
                      New York, New York 10020
                      (212) 763-5000

                      *Attorneys for Intervenor Alan M. Dershowitz*