# BOIES, SCHILLER & FLEXNER LLP

401 EAST LAS OLAS BLVD.* SUITE 1200* FT. LAUDERDALE, FL 33301* PH.954-356-0011* FAX 954-356-0022

Meredith L. Schultz, Esq.
Email: mschultz@bsfllp.com

November 28, 2016



**Via Email**

Honorable Judge Robert W. Sweet
District Court Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re: *Giuffre v. Maxwell*
**Case no. 15-cv-07433-RWS – Agreed Motion for Extension of Time**

Dear Judge Sweet,

This is an agreed letter motion to extend the time to file the Plaintiff's Response in Opposition to Defendant's Motion for Reconsideration to Monday, December 5, 2016. Counsel's travel schedule combined with the holiday necessitates the extension. Accordingly, based upon the agreement of the parties, and for good cause shown, Ms. Giuffre respectfully requests that this Court grant this agreed motion for an extension of time.

Respectfully submitted,

/s/ Meredith L. Schultz

Meredith L. Schultz, Esq.

*So Ordered*
USDJ
11.29.16

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/16