UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

VIRGINIA L. GIUFFRE,

        Plaintiff,

  - against -

GHISLAINE MAXWELL,

        Defendant.

------------------------------------------X

15 Civ. 7433 (RWS)

O R D E R

**Sweet, D.J.**

    Defendant's motion for reconsideration previously scheduled to be heard on December 8, 2016 shall instead be taken on submission.

    It is so ordered.

**New York, NY**
**November 30, 2016**

                                    ROBERT W. SWEET
                                        U.S.D.J.

[USDC SDNY / DOCUMENT ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 11/30/16]