

**HADDON**
**MORGAN**
**FOREMAN**

Haddon, Morgan and Foreman, p.c
Laura A. Menninger

150 East 10th Avenue
Denver, Colorado 80203
PH 303.831.7364 FX 303.832.2628
www.hmflaw.com
lmenninger@hmflaw.com



December 7, 2016

**Via Email**

Hon. Robert W. Sweet
United States District Judge
United States District Court
Daniel Patrick Moynihan Courthouse
Southern District of New York
500 Pearl Street, Room 1940
New York, New York 10007-1312

Re:     *Giuffre v. Maxwell*, 15-cv-07433-RWS

Dear Judge Sweet:

This is an agreed letter motion to extend the time to file the Defendant's Reply in Support of her Motion for Reconsideration or Clarification of Portion of Court's November 2, 2016 Order to December 14, 2016. Counsel's other case commitments necessitates the extension. Accordingly, based upon the agreement of the parties, and for good cause shown, Ms. Maxwell respectfully requests that this Court grant this agreed motion for an extension of time.

Respectfully Submitted,

HADDON, MORGAN AND FOREMAN, P.C.

/s/ Laura A. Menninger
Laura A. Menninger

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
C #:
TE FILED: 12-8-16

So ordered
Sweet
12-8-16

Hon. Robert W. Sweet
December 7, 2016
Page 2

## CERTIFICATE OF SERVICE

I certify that on December 7, 2016, I electronically served this *LETTER TO THE COURT* via ELECTRONIC MAIL on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Jack Goldberger
Atterbury, Goldberger & Weiss, P.A.
250 N. Australian Avenue, #1400
West Palm Beach, FL 33401
jgoldberger@agwpa.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

/s/ *Nicole Simmons*
Nicole Simmons