# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X

VIRGINIA L. GIUFFRE,

      Plaintiff,

v.                                      **15-cv-07433-RWS**

GHISLAINE MAXWELL,

      Defendant.

-------------------------------------------------X

### Declaration of Laura A. Menninger in Support of Defendant's Motion
### For Sanctions Based On Plaintiff's Intentional Destruction Of Evidence

I, Laura A. Menninger, declare as follows:

1.   I am an attorney at law duly licensed in the State of New York and admitted to practice in the United States District Court for the Southern District of New York. I am a member of the law firm Haddon, Morgan & Foreman, P.C., counsel of record for Defendant Ghislaine Maxwell in this action. I respectfully submit this Declaration in Support of Defendant's Motion for Sanctions Based on Plaintiff's Intentional Destruction of Evidence.

2.   Attached as Exhibit A (filed under seal) is a true and correct copy of Plaintiff's Second Amended Supplemental Response and Objections to Defendant's First Set of Discovery Requests to Plaintiff, Interrogatory Response 3, dated April 29, 2016.

3.   Attached as Exhibit B (filed under seal) are true and correct copies of excerpts █████
████████████████████████████████████████████████████████████████
███████████████████████████████████████████

4.   Attached as Exhibit C (filed under seal) are true and correct copies of excerpts ██

████████████████████████████████████████████████████████████

███

5.   Attached as Exhibit D (filed under seal) is a true and correct copy of Plaintiff's

Second Amended Supplemental Response and Objections to Defendant's First Set of Discovery

Request to Plaintiff, dated April 29, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 9, 2016.

*s/ Laura A. Menninger*
Laura A. Menninger

## CERTIFICATE OF SERVICE

I certify that on December 9, 2016, I electronically served this *Declaration of Laura A. Menninger in Support of Defendant's Motion For Sanctions Based on Plaintiff's Intentional Destruction of Evidence* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons