UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

15-cv-07433-RWS

-------------------------------------------------X

**Declaration of Laura A. Menninger in Support of Defendant's Reply In Support Of Motion For Sanctions Based On Plaintiff's Intentional Destruction Of Evidence**

    I, Laura A. Menninger, declare as follows:

    1.  I am an attorney at law duly licensed in the State of New York and admitted to practice in the United States District Court for the Southern District of New York. I am a member of the law firm Haddon, Morgan & Foreman, P.C., counsel of record for Defendant Ghislaine Maxwell in this action. I respectfully submit this Declaration in Support of Defendant's Reply in Support of Motion for Sanctions Based on Plaintiff's Intentional Destruction of Evidence.

    2.  Attached as Exhibit E (filed under seal) is a true and correct copy ▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

    3.  Attached as Exhibit F (filed under seal) are true and correct copies of excerpts ▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬

4. Attached as Exhibit G (filed under seal) are true and correct copies of excerpts ▇

▇

▇

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 20, 2016.

*s/ Laura A. Menninger*
Laura A. Menninger

## CERTIFICATE OF SERVICE

I certify that on December 20, 2016, I electronically served this *Declaration of Laura A. Menninger in Support of Defendant's Reply in Support of Motion For Sanctions Based on Plaintiff's Intentional Destruction of Evidence* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons