

**Haddon, Morgan and Foreman, P.C**
Laura A. Menninger

150 East 10th Avenue
Denver, Colorado 80203
PH 303.831.7364 FX 303.832.2628
www.hmflaw.com
lmenninger@hmflaw.com

December 19, 2016

**Via Email**

Hon. Robert W. Sweet
United States District Judge
United States District Court
Daniel Patrick Moynihan Courthouse
Southern District of New York
500 Pearl Street, Room 1940
New York, New York 10007-1312



Re: *Giuffre v. Maxwell*, 15-cv-07433-RWS

Dear Judge Sweet:

    This is an agreed letter motion to file the Reply in Support of Defendant's Motion for Sanctions Based on Plaintiff's Intentional Destruction of Evidence to and including December 20, 2016. Accordingly, based upon the agreement of the parties, Ms. Maxwell respectfully requests that this Court grant this agreed motion to permit the Reply to be filed on that date.

Respectfully Submitted,

HADDON, MORGAN AND FOREMAN, P.C.

*/s/ Laura A. Menninger*
Laura A. Menninger



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/17

So ordered
Sweet USDJ
12/29/16

Hon. Robert W. Sweet
December 19, 2016
Page 2

## CERTIFICATE OF SERVICE

I certify that on December 19, 2016, I electronically served this *LETTER TO THE COURT* via ELECTRONIC MAIL on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons