

**HADDON
MORGAN
FOREMAN**



RECEIVED
DEC 29 2016
JUDGE SWEET CHAMBERS

Haddon, Morgan and Foreman, P.C
Jeffrey S. Pagliuca

150 East 10th Avenue
Denver, Colorado 80203
PH 303.831.7364 FX 303.832.2628
www.hmflaw.com
jpagliuca@hmflaw.com

December 29, 2016

**Via Facsimile (212) 805-7925**

Hon. Robert W. Sweet
United States District Judge
United States District Court
Daniel Patrick Moynihan Courthouse
Southern District of New York
500 Pearl Street, Room 1940
New York, New York 10007-1312



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/17

Re: *Giuffre v. Maxwell*, 15-cv-07433-RWS

Dear Judge Sweet:

I am writing to request the Court to extend the deposition deadline of Plaintiff's designated expert Dianne Flores from December 29, 2016 to January 5, 2017. Counsel for Ms. Maxwell was unable to complete this deposition by the previous extension deadline due to the deponent's holiday schedule. The extension is unopposed.

I have conferred with counsel for Ms. Giuffre who has agreed to relief requested herein.

Respectfully Submitted,

HADDON, MORGAN AND FOREMAN, P.C.

/s/ *Jeffrey S. Pagliuca*
Jeffrey S. Pagliuca

So ordered
Sweet
USDJ
1-4-17

Hon. Robert W. Sweet
December 29, 2016
Page 2

## CERTIFICATE OF SERVICE

I certify that on December 29, 2016, I electronically served this *LETTER TO THE COURT* via ELECTRONIC MAIL on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Jack Goldberger
Atterbury, Goldberger & Weiss, P.A.
250 N. Australian Avenue, #1400
West Palm Beach, FL 33401
jgoldberger@agwpa.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

/s/ Nicole Simmons
Nicole Simmons