UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

---------------------------------------------------X

**15-cv-07433-RWS**

# DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY AND OPINION OF CHRIS ANDERSON

Laura A. Menninger
Jeffrey S. Pagliuca
HADDON, MORGAN, AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
303.831.7364

# TABLE OF CONTENTS

INTRODUCTION ........................................................................................................... 1

I. PLAINTIFF HAS FAILED TO PLEAD THE SPECIAL DAMAGES CATEGORY OF REPUTATIONAL CLEAN UP COSTS .................................................................................. 1

II. PLAINTIFF FAILED TO DISCLOSE REPUTATIONAL CLEAN-UP COSTS IN HER RULE 26(a) DISCLOSURES ........................................................................................ 4

III. MR. ANDERSON'S OPINION FAILS TO MEET THE REQUIREMENT OF FED. R. EVID. 702 ........................................................................................................... 7

   A. Mr. Anderson's opinion is not helpful because it is not related to a fact at issue in this case ................................................................................................................... 7

   B. Mr. Anderson relies on insufficient facts, including an inability to identify the alleged defamatory statement ........................................................................................... 9

   C. Mr. Anderson's testimony is not the product of reliable principles or methodology ........ 13

   D. Mr. Anderson has not applied the principles and methods reliably to the case. ................. 20

CONCLUSION ............................................................................................................ 20

CERTIFICATE OF SERVICE .......................................................................................... 22

# PAGES 1-20 REDACTED

Ms. Maxwell requests a pre-trial hearing on this issue and that the Court issues a ruling that the opinions expressed in Exhibit A are inadmissible at trial for the above stated reasons.

Dated: January 5, 2017

Respectfully submitted,

*/s/ Jeffrey S. Pagliuca*
Laura A. Menninger (LM-1374)
Jeffrey S. Pagliuca (*pro hac vice*)
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
Phone:   303.831.7364
Fax:      303.832.2628
lmenninger@hmflaw.com

*Attorneys for Ghislaine Maxwell*

## CERTIFICATE OF SERVICE

I certify that on January 5, 2017, I electronically served this *Defendant's Motion in Limine to Exclude Expert Testimony and Opinion of Chris Anderson* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons