**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

      Plaintiff,

v.                                                                                   **15-cv-07433-RWS**

GHISLAINE MAXWELL,

      Defendant.

---------------------------------------------------X

**Declaration Of Jeffrey S. Pagliuca In Support Of Defendant's**
**Motion in Limine to Exclude Expert Testimony and Opinions of William F. Chandler**

I, Jeffrey S. Pagliuca, declare as follows:

1.      I am an attorney at law duly licensed in the State of Colorado and admitted to

practice in the United States District Court for the Southern District of New York *pro hac vice*.  I

am a member of the law firm Haddon, Morgan & Foreman, P.C., counsel of record for

Defendant Ghislaine Maxwell ("Maxwell") in this action. I respectfully submit this declaration

in support of the Motion in Limine to Exclude Expert Testimony and Opinions of William F.

Chandler.

2.      Attached as Exhibit A (filed under seal) is a true and correct copy of ███████
████████████████████████████████████████████

3.      Attached as Exhibit B (filed under seal) is a true and correct copy of ████████
████████████████████████████████████████████
██████████████

Dated:  January 5, 2017

By:  */s/ Jeffrey S. Pagliuca*  _____
Jeffrey S. Pagliuca

## CERTIFICATE OF SERVICE

I certify that on January 5, 2017, I electronically served this *Declaration Of Jeffrey S. Pagliuca In Support Of Defendant's Motion in Limine to Exclude Expert Testimony and Opinions of William F. Chandler* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons

3