UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

**15-cv-07433-RWS**

---------------------------------------------------X

**DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EXPERT
TESTIMONY AND OPINION OF PROFESSOR TERRY COONAN, J.D.**

Laura A. Menninger
Jeffrey S. Pagliuca
HADDON, MORGAN, AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
303.831.7364

# TABLE OF CONTENTS

INTRODUCTION ................................................................................................................ 1

LEGAL STANDARD......................................................................................................... 1

ARGUMENT...................................................................................................................... 4

I. PROFESSOR COONAN ATTEMPTS TO USURP THE ROLE OF BOTH THE COURT AND THE JURY................................................................................................. 4

II. SUMMARY TESTIMONY IN THE FORM OF COONAN'S "EXPERT" OPINION IS IMPERMISSABLE AND VIOLATES MS. MAXWELL'S RIGHT TO CONFRONT AND CROSS EXAMINE WITNESSES ................................................................................. 7

III. PROFESSOR COONAN'S OPINION ON PLAINTIFF'S CREDIBILITY IS IMPROPER .. ................................................................................................................................. 10

IV. COONAN'S OPINIONS ARE NOT BASED ON RELIABLE FACTS AND DATA ........ 10

V. COONAN IS NOT QUALIFIED AS AN EXPERT ON THE MATTER ON WHICH HE OPINES ................................................................................................................... 16

CONCLUSION................................................................................................................. 19

CERTIFICATE OF SERVICE .......................................................................................... 20

# PAGES 1-18 REDACTED

## CONCLUSION

As the proponent of the testimony the Plaintiff bears the burden of establishing an appropriate evidentiary basis for each and every opinion it intends to offer. The opinions violate numerous rules of evidence and fundamental rights.

Ms. Maxwell requests a pre-trial hearing on this issue and that the Court issues a ruling that the opinions expressed in Exhibit A are inadmissible at trial for the above stated reasons.

Dated: January 5, 2017

                Respectfully submitted,

                */s/ Jeffrey S. Pagliuca*
                Laura A. Menninger (LM-1374)
                Jeffrey S. Pagliuca (*pro hac vice*)
                HADDON, MORGAN AND FOREMAN, P.C.
                150 East 10th Avenue
                Denver, CO 80203
                Phone:   303.831.7364
                Fax:     303.832.2628
                lmenninger@hmflaw.com

                *Attorneys for Ghislaine Maxwell*

## CERTIFICATE OF SERVICE

      I certify that on January 5, 2017, I electronically served this *Defendant's Motion In Limine to Exclude Expert Testimony and Opinion of Professor Terry Coonan, J.D.* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

                                                */s/ Nicole Simmons*
                                                Nicole Simmons