UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v().

GHISLAINE MAXWELL,

    Defendant.

15-cv-07433-RWS

---------------------------------------------------X

# DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY AND OPINION OF DIANNE C. FLORES

Laura A. Menninger
Jeffrey S. Pagliuca
HADDON, MORGAN, AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
303.831.7364

# TABLE OF CONTENTS

INTRODUCTION .................................................................................................................. 1

ARGUMENT .......................................................................................................................... 3

I.  THE "DISPUTED DOCUMENTS" ARE UNAUTHENTICATED, LACK ANY EVIDENTIARY FOUNDATION, HEARSAY, AND NOT RELEVANT. ........................... 3

II. THE TESTIMONY IS INADMISSIBLE UNDER RULE 702 OF THE FEDERAL RULES OF EVIDENCE ................................................................................................................. 4

    A.  Handwriting Analysis Lacks Any Scientific Basis, Precluding Admission Of "Expert" Testimony ............................................................................................................. 6

    B.  Lack of Testing and Lack of Error Rates .......................................................... 8

    C.  A Lack of Standards Creates Conclusions That Are Always Subjective .......... 10

    D.  Handwriting Analysis Lacks Peer Review and Lacks Acceptance by Neutral, Financially Disinterested Community ............................................................. 11

    E.  One-on-One Handwriting Comparisons Are Unduly Suggestive ..................... 12

CONCLUSION ..................................................................................................................... 13

CERTIFICATE OF SERVICE .............................................................................................. 15

# PAGES 1-13 REDACTED

Dated: January 5, 2017

Respectfully submitted,

*/s/ Jeffrey S. Pagliuca*
Laura A. Menninger (LM-1374)
Jeffrey S. Pagliuca (*pro hac vice*)
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
Phone:   303.831.7364
Fax:       303.832.2628
lmenninger@hmflaw.com

*Attorneys for Ghislaine Maxwell*

## CERTIFICATE OF SERVICE

   I certify that on January 5, 2017, I electronically served this *Defendant's Motion in Limine to Exclude Expert Testimony and Opinion of Dianne C. Flores* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

          */s/ Nicole Simmons*
          Nicole Simmons