UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

**15-cv-07433-RWS**

---------------------------------------------------X

**DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EXPERT
TESTIMONY AND OPINION OF DR. BERNARD JANSEN**

Laura A. Menninger
Jeffrey S. Pagliuca
HADDON, MORGAN, AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
303.831.7364

## TABLE OF CONTENTS

INTRODUCTION ................................................................................................................. 1

I.  DR. JANSEN'S OPINION FAILS TO MEET THE REQUIREMENTS OF FED. R. EVID. 702 ........................................................................................................................... 1

   A.  Dr. Jansen's Opinion is not Helpful because it does not Relate to Facts at Issue in this Case ............................................................................................................................. 2

   B.  Dr. Jansen Methodology is Neither Reliable or Reliably Applied ....................................... 9

CONCLUSION ................................................................................................................... 13

CERTIFICATE OF SERVICE ............................................................................................ 15

# PAGES 1-13 REDACTED

Dated: January 5, 2017

        Respectfully submitted,

        */s/ Jeffrey S. Pagliuca*
        Laura A. Menninger (LM-1374)
        Jeffrey S. Pagliuca (*pro hac vice*)
        HADDON, MORGAN AND FOREMAN, P.C.
        150 East 10th Avenue
        Denver, CO 80203
        Phone:   303.831.7364
        Fax:     303.832.2628
        lmenninger@hmflaw.com

        *Attorneys for Ghislaine Maxwell*

## CERTIFICATE OF SERVICE

I certify that on January 5, 2017, I electronically served this D*efendant's Motion in Limine to Exclude Expert Testimony and Opinion of Dr. Bernard Jansen* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons