UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

15-cv-07433-RWS

---------------------------------------------------X

**Declaration Of Jeffrey S. Pagliuca In Support Of Defendant's**
**Motion in Limine to Exclude Expert Testimony and Opinion of Dr. Bernard Jansen**

I, Jeffrey S. Pagliuca, declare as follows:

1.    I am an attorney at law duly licensed in the State of Colorado and admitted to practice in the United States District Court for the Southern District of New York *pro hac vice*. I am a member of the law firm Haddon, Morgan & Foreman, P.C., counsel of record for Defendant Ghislaine Maxwell ("Maxwell") in this action. I respectfully submit this declaration in support of the Motion in Limine to Exclude Expert Testimony and Opinion of Dr. Bernard Jansen.

2.    Attached as Exhibit A (filed under seal) is a true and correct copy of ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

3.    Attached as Exhibit B (filed under seal) are true and correct copies ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

4. Attached as Exhibit C (filed under seal) is a true and correct copy of a BBC News article titled: Q&A: Prince Andrew claims, dated April 8, 2015.

5. Attached as Exhibit D (filed under seal) are true and correct copies ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

6. Attached as Exhibit E (filed under seal) is a true and correct copy of a Reuters U.S. article titled: British socialite to face Epstein accuser"s defamation lawsuit, dated March 1, 2016.

7. Attached as Exhibit F (filed under seal) are true and correct copies of a compliation of articles cited in ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ .

8. Attached as Exhibit G (filed under seal) is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Dated: January 5, 2017

By: /s/ Jeffrey S. Pagliuca
Jeffrey S. Pagliuca

## CERTIFICATE OF SERVICE

I certify that on January 5, 2017, I electronically served this *Declaration Of Jeffrey S. Pagliuca In Support Of Defendant's Motion in Limine to Exclude Expert Testimony and Opinion Of Dr. Bernard Jansen* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons