Case 1:15-cv-07433-LAP   Document 529-2   Filed 01/05/17   Page 1 of 1

# REDACTED
# EXHIBIT B