UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

VIRGINIA L. GIUFFRE,

                    Plaintiff,                    15 Civ. 7433 (RWS)

        - against -                                  O R D E R

GHISLAINE MAXWELL,

                    Defendant.
----------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11 6 17
```

**Sweet, D.J.**

        The motion to quash filed by Bradley J. Edwards in the

Southern District of Florida under case number 16-mc-61292-JG has

been transferred to this Court. Therefore, the motion, which was

originally filed June 13, 2016, shall be heard at noon on Thursday,

February 2, 2017 in Courtroom 18C, United States Courthouse, 500

Pearl Street. All papers shall be served in accordance with Local

Civil Rule 6.1.


        It is so ordered.


**New York, NY**
**January 6 , 2017**                        **ROBERT W. SWEET**
                                                **U.S.D.J.**