United States District Court
Southern District of New York

Virginia L. Giuffre,

       Plaintiff,                 Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.

_____/

**DECLARATION OF SIGRID MCCAWLEY IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE AND INCORPORATED MEMORANDUM OF LAW**

I, Sigrid McCawley, declare that the below is true and correct to the best of my knowledge as follows:

1. I am a Partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's Order granting my Application to Appear Pro Hac Vice.

2. I respectfully submit this Declaration in Support of Plaintiff's Motion in Limine and Incorporated Memorandum of Law.

3. Attached hereto as Sealed Exhibit 1 is a true and correct copy of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

4. Attached hereto as Sealed Exhibit 2 is a true and correct copy of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

5. Attached hereto as Sealed Exhibit 3 is a true and correct copy of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

6. Attached hereto as Sealed Exhibit 4 is a true and correct copy of ▓▓▓▓▓

███████████████████████

7. Attached hereto as Sealed Exhibit 5 is a true and correct copy of ████████
█

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Sigrid McCawley_____
Sigrid McCawley, Esq.

Dated: January 6, 2016.

        Respectfully Submitted,

        BOIES, SCHILLER & FLEXNER LLP

By:  /s/ Sigrid McCawley
      Sigrid McCawley (Pro Hac Vice)
      Meredith Schultz (Pro Hac Vice)
      Boies Schiller & Flexner LLP
      401 E. Las Olas Blvd., Suite 1200
      Ft. Lauderdale, FL 33301
      (954) 356-0011

      David Boies
      Boies Schiller & Flexner LLP
      333 Main Street
      Armonk, NY 10504

      Bradley J. Edwards (Pro Hac Vice)
      FARMER, JAFFE, WEISSING,
      EDWARDS, FISTOS & LEHRMAN, P.L.
      425 North Andrews Avenue, Suite 2
      Fort Lauderdale, Florida 33301
      (954) 524-2820

      Paul G. Cassell (Pro Hac Vice)
      S.J. Quinney College of Law
      University of Utah
      383 University St.
      Salt Lake City, UT 84112
      (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 6th day of January, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system.  I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

    Laura A. Menninger, Esq.
    Jeffrey Pagliuca, Esq.
    HADDON, MORGAN & FOREMAN, P.C.
    150 East 10th Avenue
    Denver, Colorado 80203
    Tel: (303) 831-7364
    Fax: (303) 832-2628
    Email: lmenninger@hmflaw.com
           jpagliuca@hmflaw.com

                                    /s/ Sigrid McCawley
                                        Sigrid McCawley