# REDACTED EXHIBITS G-KK