# REDACTED EXHIBIT MM