UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

15-cv-07433-RWS

---------------------------------------------------X

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

PLESE TAKE NOTICE THAT, upon the pleadings and papers in this matter, the accompanying Memorandum of Law, the Declaration of Laura A. Menninger and the exhibits annexed thereto, and Defendant's Statement of Material Undisputed Facts Pursuant to Local Civil Rule 56.1, Defendant Ghislaine Maxwell respectfully moves this Court, before the Honorable Robert W. Sweet, for an order pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 56.1, granting Defendant's motion for summary judgment and dismissing the Complaint filed on September 21, 2015 in its entirety with prejudice. The grounds for this motion are set forth in the accompanying memorandum of law.

Dated: January 6, 2017

Respectfully submitted,

*/s/ Laura A. Menninger*
Laura A. Menninger (LM-1374)
Jeffrey S. Pagliuca (*pro hac vice*)
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
Phone:   303.831.7364
Fax:       303.832.2628
lmenninger@hmflaw.com

*Attorneys for Ghislaine Maxwell*

# CERTIFICATE OF SERVICE

I certify that on January 6, 2017, I electronically served this *Defendant's Notice of Motion for Summary Judgment* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons