# EXHIBIT C

# PR Hub

Subscribe by Email...

**Share this page**

Breaking News | Entertainment | Sports | Business | Politics | Science | Technology | Odd News | Health | Law    More

## Statement on Behalf of Ghislaine Maxwell

BY DEVONSHIRES SOLICITORS, PRNE
WEDNESDAY, MARCH 9, 2011

LONDON, March 10, 2011 - Ghislaine Maxwell denies the various allegations about her
that have appeared recently in the media. These allegations are all entirely
false.

It is unacceptable that letters sent by Ms Maxwell's legal representatives to certain newspapers pointing out the truth and asking for
the allegations to be withdrawn have simply been ignored.

In the circumstances, Ms Maxwell is now proceeding to take legal action against those newspapers.

"I understand newspapers need stories to sell copies. It is well known that certain newspapers live by the adage, "why let the truth get
in the way of a good story." However, the allegations made against me are
abhorrent and entirely untrue and I ask that they stop," said Ghislaine
Maxwell.

"A number of newspapers have shown a complete lack of accuracy
in their reporting of this story and a failure to carry out the most
elementary investigation or any real due diligence. I am now taking action to
clear my name," she said.

```
Media contact:

Ross Gow
Acuity Reputation
Tel: +44-203-008-7790
Mob: +44-7778-755-251
Email: ross@acuityreputation.com
```

Media contact: Ross Gow, Acuity Reputation, Tel: +44-203-008-7790, Mob: +44-7778-755-251, Email: ross at acuityreputation.com

Filed under: Government and Policy, Law, Media

Tags: Devonshires Solicitors, London, March 10, United Kingdom

### GOVERNMENT AND POLICY NEWS

CSA Group Selects Frankfurt, Germany for new European Headquarters

The First International Gateway to Africa Conference in Geneva: Africa&apos;s Challenges Today and Tomorrow

Central Saint Martins and Method Launch Accelerator to Drive Innovation and Support UK Economic Growth

North East Lincolnshire Council Employees&apos; Ideas Win Votes

### MARCH 10 NEWS

Tech Mahindra Opens a new Development Centre in Bonn, Germany

Website Optimisation and Internet Marketing From Weblinx

Sir Paul McCartney Supports BUAV Campaign to end Cruel



**Older News**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 20 | 21 | 22 | 23 | **24** | **25** | **26** |
| **27** | **28** | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |

EXHIBIT 26
Giuffre
AGREN BLANDO REPORTING
5/3/16  KAM

GIUFFRE001067