AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Virginia L. Giuffre <br> *Plaintiff* <br> v. <br> Ghislaine Maxwell <br> *Defendant* | Case No.   15cv7433 (RWS) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Sarah Vickers.

Date:     01/17/2017

s/ Alexander S. Lorenzo
*Attorney's signature*

Alexander S. Lorenzo
*Printed name and bar number*
Alston & Bird LLP
90 Park Avenue
New York, NY 10016

*Address*

alexander.lorenzo@alston.com
*E-mail address*

(212) 210-9400
*Telephone number*

(212) 210-9444
*FAX number*