UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

VIRGINIA L. GIUFFRE,

           Plaintiff,

   - against -

GHISLAINE MAXWELL,

           Defendant.

------------------------------------------X

15 Civ. 7433 (RWS)

O R D E R

**Sweet, D.J.**

     Defendant's motions *in limine* shall be heard at noon on Thursday, February 2, 2017 in Courtroom 18C, United States Courthouse, 500 Pearl Street. All papers shall be served in accordance with Local Civil Rule 6.1.

     It is so ordered.

**New York, NY**
**January 18, 2017**

                                    ROBERT W. SWEET
                                       U.S.D.J.