UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
VIRGINIA L. GUIFFRE,                          :
                                              :
             Plaintiff,                       :
                                              :    Case No.: 15-cv-7433 (RWS)
    -against-                                 :
                                              :
GHISLAINE MAXWELL,                            :    **NOTICE OF APPEARANCE**
                                              :    **OF COUNSEL**
             Defendant.                       :
                                              :
------------------------------------------------------------x

     PLEASE TAKE NOTICE that Jay M. Wolman of Randazza Legal Group, PLLC, is admitted to practice in this court and hereby enters his appearance in this action as counsel for Proposed Intervenor Michael Cernovich d/b/a Cernovich Media and requests that all pleadings and papers in this action be served upon the undersigned.

Dated: January 19, 2017.                      Respectfully submitted,

                                                   */s/ Jay M. Wolman*
                                                   Jay M. Wolman (JW0600)
                                                   RANDAZZA LEGAL GROUP, PLLC
                                                   100 Pearl Street, 14th Floor
                                                   Hartford, CT 06103
                                                   Tele:   702-420-2001
                                                   Fax:   305-437-7662
                                                   Email: ecf@randazza.com

                                                   *Attorneys for Proposed Intervenor,*
                                                   *Michael Cernovich d/b/a Cernovich Media*

CASE NO. 15-cv-7433 (RWS)

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of January 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

/s/ Jay M. Wolman
Jay M. Wolman