```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
VIRGINIA L. GIUFFRE,

                    Plaintiff,
                                              15 Civ. 7433 (RWS)
        - against -
                                                  O R D E R
GHISLAINE MAXWELL,

                    Defendant.
---------------------------------------X
```

Sweet, D.J.

       The letters regarding page limits shall be treated as a motion and heard at noon on Thursday, January 26, 2017 in Courtroom 18C, United States Courthouse, 500 Pearl Street. All papers shall be served in accordance with Local Civil Rule 6.1.

       It is so ordered.

New York, NY  
January 18, 2017

                                                      ROBERT W. SWEET  
                                                             U.S.D.J.