UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

                Plaintiff,

      -against-

GHISLAINE MAXWELL,

                Defendant.

15-cv-07433 (RWS)

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I __John E. Stephenson, Jr.__, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __Sarah Vickers__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __Georgia__ and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: January 20, 2017

Respectfully Submitted,

Applicant Signature
Applicant's Name: John E. Stephenson, Jr.
Firm Name: Alston & Bird LLP
Address: 1201 West Peachtree Street, N.W.
City / State / Zip: Atlanta, Georgia 30309
Telephone / Fax: (404) 881-7697 / (404) 881-7777
E-Mail: john.stephenson@alston.com