UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VIRGINIA L. GIUFFRE,

          Plaintiff,

v.

GHISLAINE MAXWELL,

          Defendant.

Case No.: 15-cv-07433-RWS

### AFFIDAVIT OF JOHN E. STEPHENSON, JR.

I, John E. Stephenson, Jr., hereby declare as follows:

1. I am a partner with the law firm Alston & Bird LLP. I am admitted to practice law in Georgia. I make this declaration in connection with my motion for admission *pro hac vice* in the above-captioned matter.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are no disciplinary proceedings pending against me.

5. Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 20, 2017

_Johnny Stephenson_
John E. Stephenson, Jr.