UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

VIRGINIA L. GIUFFRE,

        Plaintiff,

   - against -

GHISLAINE MAXWELL,

        Defendant.

------------------------------------------X

15 Civ. 7433 (RWS)

O R D E R

**Sweet, D.J.**

    The arguments for the motion to quash filed by Bradley J. Edwards, Defendant's motions *in limine*, and Plaintiff's motions *in limine*, previously scheduled for February 2, and the argument for Defendant's motion for summary judgment, previously scheduled for February 9, shall instead be heard at noon on Thursday, February 16, 2017 in Courtroom 18C, United States Courthouse, 500 Pearl Street. All papers shall be served in accordance with Local Civil Rule 6.1.

    It is so ordered.

**New York, NY**
**January 20, 2017**

_____
ROBERT W. SWEET
U.S.D.J.