UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

        Plaintiff,

-against-

GHISLAINE MAXWELL,

        Defendant.

15 cv 07433 (RWS)

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of _____ John E. Stephenson, Jr. _____ for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of _____ Georgia _____; and that his/her contact information is as follows (please print):

Applicant's Name: John E. Stephenson, Jr.
Firm Name: Alston & Bird LLP
Address: 1201 West Peachtree Street, N.W.
City / State / Zip: Atlanta, Georgia 30309
Telephone / Fax: (404) 881-7697 / (404) 881-7777

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/17

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for _____ Sarah Vickers _____ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 1-23-17

_____ Sweet _____
United States District/Magistrate Judge