UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

VIRGINIA L. GIUFFRE,

                Plaintiff,

      - against -

GHISLAINE MAXWELL,

                Defendant.

------------------------------------------X

15 Civ. 7433 (RWS)

O R D E R

**Sweet, D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/17

      The sealed letter motion submitted by Plaintiff on January 20, 2017 shall be heard at noon on Thursday, February 2, 2017 in Courtroom 18C, United States Courthouse, 500 Pearl Street. The motion to intervene filed January 19, 2017 shall be heard at noon on Thursday, February 16, 2017 in Courtroom 18C, United States Courthouse, 500 Pearl Street. All papers shall be served in accordance with Local Civil Rule 6.1.

      It is so ordered.

**New York, NY**
**January 23, 2017**

                        **ROBERT W. SWEET**
                          **U.S.D.J.**