UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOC...
ELEC
DOC
DATE ... 1-24-17
Y FILED

-----------------------------------------X

VIRGINIA L. GIUFFRE,

                              Plaintiff,

                                              15 Civ. 7433 (RWS)

        - against -

                                                O R D E R

GHISLAINE MAXWELL,

                              Defendant.

-----------------------------------------X

**Sweet, D.J.**

        Per the Agreed Letter Motion filed by the parties, the

hearing scheduled to take place on Thursday, January 26, 2017 is

hereby vacated. The Plaintiff is granted leave to file a response

in opposition to the Defendant's motion for summary judgment that

is the same page length as the Defendant's motion on the same.

        It is so ordered.

**New York, NY**
**January 2 6, 2017**

                                              ROBERT W. SWEET
                                                U.S.D.J.