# BOIES, SCHILLER & FLEXNER LLP

401 EAST LAS OLAS BOULEVARD • SUITE 1200 • FORT LAUDERDALE, FL 33301-2211 • PH 954.356.0011 • FAX 954.356.0022

Meredith Schultz, Esq.
mschultz@bsfllp.com

January 23, 2017

**VIA FACSIMILE (212) 805-7925**

Hon. Robert W. Sweet
United States District Judge
United States District Court
Daniel Patrick Moynihan Courthouse
Southern District of New York
500 Pearl Street, Room 1940
New York, New York 10007-1312

      Re:    *Giuffre v. Maxwell*,
             **Case No.: 15-cv-07433-RWS**

Dear Judge Sweet:

      This letter constitutes an Agreed Letter Motion, and an Agreed Notice of Withdrawal, and an Agreed Request to Vacate Hearing, and states as follows.

1.      This letter constitutes an Agreed Notice of Withdrawal of Ms. Giuffre's January 11, 2017, letter motion regarding the excess pages in Defendant's Motion for Summary Judgment.

2.      This letter constitutes an Agreed Letter Motion for leave of Court for Ms. Giuffre to file a response in opposition to Defendant's motion for summary judgment that is the same page length as Defendant's motion on the same.

3.      This letter constitutes an Agreed Request to Vacate the hearing on Ms. Giuffre's January 11, 2017 letter motion, scheduled to take place on Thursday, January 26, 2017.

                            Sincerely,

                            Meredith Schultz

MS/

cc:      Counsel of Record