United States District Court
Southern District of New York

Virginia L. Giuffre,
    Plaintiff,

Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

    Defendant.
_____/

### DECLARATION OF SIGRID MCCAWLEY IN SUPPORT OF PLAINTIFF'S MOTION TO EXCLUDE DEFENDANT'S DESIGNATION OF DEPOSITION EXCERPTS OF ALAN DERSHOWITZ IN AN UNRELATED CASE

I, Sigrid McCawley, declare that the below is true and correct to the best of my knowledge as follows:

1. I am a Partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's Order granting my Application to Appear Pro Hac Vice.

2. I respectfully submit this Declaration in Support of Plaintiff's Motion to Exclude Defendant's Designation of Deposition of Excerpts of Alan Dershowitz in an Unrelated Case.

3. Attached hereto as Exhibit 1 is a true and correct copy of September 21, 2015, Complaint (DE 1).

4. Attached hereto as Sealed Exhibit 2 is a true and correct copy of November 25, 2015, Plaintiffs' Motion for Summary Judgment on Liability.

5. Attached here to as Sealed Composite Exhibit 3 are true and correct copies of

1

███████████████████

    6.        Attached hereto as Sealed Exhibit 4 is a true and correct copy of ███████

████████████████████████████████████████

I declare under penalty of perjury that the foregoing is true and correct.

                                /s/ Sigrid McCawley
                                Sigrid McCawley, Esq.

Dated: January 27, 2017.

                                Respectfully Submitted,
                                BOIES, SCHILLER & FLEXNER LLP

                                By:  /s/ Sigrid McCawley
                                Sigrid S. McCawley(Pro Hac Vice)
                                Meredith Schultz (Pro Hac Vice)
                                Boies Schiller & Flexner LLP
                                401 E. Las Olas Blvd., Suite 1200
                                Ft. Lauderdale, FL 33301
                                (954) 356-0011

                                David Boies
                                Boies Schiller & Flexner LLP
                                333 Main Street
                                Armonk, NY 10504

                                Bradley J. Edwards (Pro Hac Vice)
                                FARMER, JAFFE, WEISSING,
                                EDWARDS, FISTOS & LEHRMAN, P.L.
                                425 North Andrews Avenue, Suite 2
                                Fort Lauderdale, Florida 33301
                                (954) 524-2820

                                Paul G. Cassell (Pro Hac Vice)
                                S.J. Quinney College of Law
                                University of Utah
                                383 University St.
                                Salt Lake City, UT 84112

(801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 27th day of January, 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system.  I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.


Laura A. Menninger, Esq.
Jeffrey Pagliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com
    jpagliuca@hmflaw.com


/s/ Sigrid McCawley
Sigrid McCawley, Esq