United States District Court
Southern District of New York

Virginia L. Giuffre,

       Plaintiff,                   Case No: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.

_____/

## PLAINTIFF'S OBJECTIONS TO DEFENDANT'S DEPOSITION DESIGNATIONS AND PLAINTIFF'S CROSS DESIGNATIONS

      Plaintiff Virginia Giuffre, hereby submits the following objections to Defendant's Deposition Designations and submits the following cross designations. Contemporaneously with the submission of these objections, Plaintiff is filing two Motions in Limine to exclude Defendant's attempt to use prior deposition testimony from other matters at the March 13, 2017 trial in this case. Specifically, Plaintiff is filing Plaintiff's Motion to Exclude Defendant's Designations of Deposition Excerpts of Alan Dershowitz in an Unrelated Case and Plaintiff's Motion to Exclude Defendant's Designations of Deposition Excerpts of Virginia Giuffre in an Unrelated Case. Because these motions in limine deal with a vast amount of testimony, Ms. Giuffre reserves her right to supplement these objections and cross designations should the Court deny the motions in limine. Ms. Giuffre also reserves the right to supplement these objections based on objections that might be made by Defendant.

# PAGE 2-PAGE 38

## (FILED UNDER SEAL)

**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S DEPOSITION DESIGNATION AND PLAINTIFF'S CROSS DESIGNATIONS**

Dated: January 27, 2016.

        Respectfully Submitted,

        BOIES, SCHILLER & FLEXNER LLP

By: /s/ Sigrid S. McCawley
    Sigrid S. McCawley (Admitted Pro Hac Vice)
    Meredith Schultz (Admitted Pro Hac Vice)
    Boies Schiller & Flexner LLP
    401 E. Las Olas Blvd., Suite 1200
    Ft. Lauderdale, FL 33301
    (954) 3560011

    David Boies
    Boies Schiller & Flexner LLP
    333 Main Street
    Armonk, NY 10504

    Bradley J. Edwards (Admitted Pro Hac Vice)
    FARMER, JAFFE, WEISSING,
    EDWARDS, FISTOS & LEHRMAN, P.L.
    425 North Andrews Avenue, Suite 2
    Fort Lauderdale, Florida 33301
    (954) 5242820

    Paul G. Cassell (Admitted Pro Hac Vice)
    S.J. Quinney College of Law
    University of Utah
    383 University St.
    Salt Lake City, UT 84112
    (801) 5855202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 27th day of January, 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

>Laura A. Menninger, Esq.
>Jeffrey Pagliuca, Esq.
>HADDON, MORGAN & FOREMAN, P.C.
>150 East 10th Avenue
>Denver, Colorado 80203
>Tel: (303) 8317364
>Fax: (303) 8322628
>Email: lmenninger@hmflaw.com
>           jpagliuca@hmflaw.com

>/s/ Sigrid S. McCawley
>Sigrid S. McCawley