UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

VIRGINIA L. GIUFFRE,

     Plaintiff,

v.

GHISLAINE MAXWELL,

     Defendant.

**15-cv-07433-RWS**

------------------------------------------------X

**DEFENDANT'S SPECIFIC OBJECTIONS TO PLAINTIFF'S
<u>DEPOSITION DESIGNATIONS</u>**

Laura A. Menninger
Jeffrey S. Pagliuca
HADDON, MORGAN, AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
303.831.7364

# TABLE OF CONTENTS
# and

# PAGES 1-107

# FILED UNDER SEAL



Dated: January 27, 2017

                    Respectfully submitted,

                    */s/ Laura A. Menninger*
                    Laura A. Menninger (LM-1374)
                    Jeffrey S. Pagliuca (*pro hac vice*)
                    HADDON, MORGAN AND FOREMAN, P.C.
                    150 East 10th Avenue
                    Denver, CO 80203
                    Phone:   303.831.7364
                    Fax:     303.832.2628
                    lmenninger@hmflaw.com

                    *Attorneys for Ghislaine Maxwell*

## CERTIFICATE OF SERVICE

I certify that on January 27, 2017, I electronically served this *Defendant's Objections to Plaintiff's Designation of Deposition Testimony* via email on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons