# United States District Court
# Southern District of New York

Virginia L. Giuffre,

       Plaintiff,                    Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.
_____/

**PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION IN LIMINE TO EXCLUDE EXPERT TESTMONY AND OPINION OF DOCTOR GILBERT KLIMAN**

                                            Sigrid McCawley
                                            BOIES, SCHILLER & FLEXNER LLP
                                            401 E. Las Olas Blvd., Suite 1200
                                            Ft. Lauderdale, FL 33301
                                            (954) 356-0011

TABLE OF CONTENTS

AND

PAGES 1 -19

FILE UNDER SEAL

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 30, 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

    Laura A. Menninger, Esq.
    Jeffrey Pagliuca, Esq.
    HADDON, MORGAN & FOREMAN, P.C.
    150 East 10th Avenue
    Denver, Colorado 80203
    Tel: (303) 831-7364
    Fax: (303) 832-2628
    Email: lmenninger@hmflaw.com
           jpagliuca@hmflaw.com

                                        /s/ Sigrid S. McCawley
                                        Sigrid S. McCawley