```
                                         ╔══════════════════════════════╗
UNITED STATES DISTRICT COURT             ║ USDC SDNY                    ║
SOUTHERN DISTRICT OF NEW YORK            ║ DOCUMENT                     ║
                                         ║ ELECTRONICALLY FILED         ║
-------------------------------------X   ║ DOC #: _____         ║
                                         ║ DATE FILED: 1 30 17          ║
VIRGINIA L. GIUFFRE,                     ╚══════════════════════════════╝

                    Plaintiff,
                                            15 Civ. 7433 (RWS)
        - against -
                                            O R D E R

GHISLAINE MAXWELL,

                    Defendant.
-------------------------------------X
```

**Sweet, D.J.**

        Plaintiff's and Defendant's motions *in limine* filed
January 27, 2017, and all issues related to deposition
designations, shall be heard at noon on Thursday, February 23,
2017 in Courtroom 18C, United States Courthouse, 500 Pearl Street.
All papers shall be served in accordance with Local Civil Rule
6.1.


        It is so ordered.


**New York, NY**
**January 30 , 2017**                    _____
                                         ROBERT W. SWEET
                                         U.S.D.J.