**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

      Plaintiff,               Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

      Defendant.
_____/

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S**
**MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY AND OPINIONS OF**
**REBUTTAL EXPERT WILLIAM F. CHANDLER**

Sigrid McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

TABLE OF CONTENTS

AND

PAGES 1 -9

FILE UNDER SEAL

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 30th day of January, 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

    Laura A. Menninger, Esq.
    Jeffrey Pagliuca, Esq.
    HADDON, MORGAN & FOREMAN, P.C.
    150 East 10th Avenue
    Denver, Colorado 80203
    Tel: (303) 831-7364
    Fax: (303) 832-2628
    Email: lmenninger@hmflaw.com
           jpagliuca@hmflaw.com

                                        /s/ Sigrid McCawley
                                            Sigrid McCawley, Esq.