# BOIES, SCHILLER & FLEXNER LLP

401 EAST LAS OLAS BOULEVARD • SUITE 1200 • FORT LAUDERDALE, FL 33301-2211 • PH. 954.356.0011 • FAX 954.356.0022

Sigrid McCawley, Esq.
smccawley@bsfllp.com

January 30, 2017

*Confidential Sealed Filing*

**VIA EMAIL & FACSIMILE: (212) 805-7925**

Honorable Judge Robert W. Sweet
District Court Judge
United States District Court
500 Pearl Street
New York, NY 10007
SweetNYSDChambers@nysd.uscourts.gov

      Re:   *Giuffre v. Maxwell*,
            **Case No.: 15-cv-07433-RWS**

# REDACTED