# United States District Court
## Southern District of New York

Virginia L. Giuffre,

        Plaintiff,             Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

        Defendant.

_____/

## PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY AND OPINION OF DIANNE C. FLORES

Sigrid McCawley
BOIES, SCHILLER & FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

# TABLE OF CONTENTS

# AND

# PAGES 1 -19

# FILE UNDER SEAL

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on January 31, 2017, I electronically filed the foregoing

document with the Clerk of Court by using the CM/ECF system.  I also certify that the foregoing

document is being served to all parties of record via transmission of the Electronic Court Filing

System generated by CM/ECF.

>Laura A. Menninger, Esq.
>Jeffrey Pagliuca, Esq.
>HADDON, MORGAN & FOREMAN, P.C.
>150 East 10th Avenue
>Denver, Colorado 80203
>Tel: (303) 831-7364
>Fax: (303) 832-2628
>Email: <u>lmenninger@hmflaw.com</u>
>        <u>jpagliuca@hmflaw.com</u>

>/s/ Sigrid S. McCawley
>    Sigrid S. McCawley