# United States District Court
# Southern District of New York

Virginia L. Giuffre,

      Plaintiff,           Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

      Defendant.

_____/

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EXPERT OPINION OF CHRIS ANDERSON**

           Sigrid McCawley
           BOIES, SCHILLER & FLEXNER LLP
           401 E. Las Olas Blvd., Suite 1200
           Fort Lauderdale, FL  33301
           (954) 356-0011

TABLE OF CONTENTS

AND

PAGES 1 -19

FILE UNDER SEAL

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 31st day of January, 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

> Laura A. Menninger, Esq.
> Jeffrey Pagliuca, Esq.
> HADDON, MORGAN & FOREMAN, P.C.
> 150 East 10th Avenue
> Denver, Colorado 80203
> Tel: (303) 831-7364
> Fax: (303) 832-2628
> Email: lmenninger@hmflaw.com
>            jpagliuca@hmflaw.com

>                                                                   */s/ Sigrid S. McCawley*
>                                                                   Sigrid S. McCawley