# United States District Court
# Southern District of New York

Virginia L. Giuffre,

       Plaintiff,                Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.

_____/

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY AND OPINIONS OF REBUTTAL EXPERT BERNARD J. JANSEN**

 

Sigrid McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL  33301
(954) 356-0011

TABLE OF CONTENTS

AND

PAGES 1 -9

FILE UNDER SEAL

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 31st day of January, 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system.  I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

>Laura A. Menninger, Esq.
>Jeffrey Pagliuca, Esq.
>HADDON, MORGAN & FOREMAN, P.C.
>150 East 10th Avenue
>Denver, Colorado 80203
>Tel: (303) 831-7364
>Fax: (303) 832-2628
>Email: lmenninger@hmflaw.com
>           jpagliuca@hmflaw.com

>*/s/ Sigrid McCawley*
>Sigrid McCawley