UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

15-cv-07433-RWS

---------------------------------------------------X


# DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE REGARDING DR. PHILLIP ESPLIN


Laura A. Menninger
Jeffrey S. Pagliuca
HADDON, MORGAN, AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
303.831.7364

# REDACTED PAGES 1-5



Dated: January 31, 2017

                Respectfully submitted,

                */s/ Jeffrey S. Pagliuca*
                Laura A. Menninger (LM-1374)
                Jeffrey S. Pagliuca (*pro hac vice*)
                HADDON, MORGAN AND FOREMAN, P.C.
                150 East 10th Avenue
                Denver, CO 80203
                Phone:   303.831.7364
                Fax:     303.832.2628
                lmenninger@hmflaw.com

                *Attorneys for Ghislaine Maxwell*

## CERTIFICATE OF SERVICE

  I certify that on January 31, 2017, I electronically served this *Defendant's Response In Opposition to Plaintiff's Motion in Limine Regarding Dr. Phillip Esplin* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons