**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

    Plaintiff,             Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

    Defendant.

_____/

# DECLARATION OF SIGRID MCCAWLEY IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND UNDISPUTED FACTS

# [REDACTED]