EXHIBITS 1-50

FILE UNDER SEAL