# BOIES, SCHILLER & FLEXNER LLP

401 EAST LAS OLAS BOULEVARD • SUITE 1200 • FORT LAUDERDALE, FL 33301-2211 • PH. 954.356.0011 • FAX 954.356.0022

*FILED UNDER SEAL*

Sigrid McCawley, Esq.
E-mail: smccawley@bsfllp.com

January 19, 2017

**VIA EMAIL**

Honorable Judge Robert W. Sweet
District Court Judge
United States District Court
500 Pearl Street
New York, NY 10007

      Re:   *Giuffre v. Maxwell*,
              Case No.: 15-cv-07433-RWS

Dear Judge Sweet,

This is a letter motion to reopen discovery



BOIES, SCHILLER & FLEXNER LLP

Honorable Judge Robert W. Sweet
January 19, 2017
Page -2-



BOIES, SCHILLER & FLEXNER LLP

Honorable Judge Robert W. Sweet
January 19, 2017
Page -3-



BOIES, SCHILLER & FLEXNER LLP

Honorable Judge Robert W. Sweet
January 19, 2017
Page -4-



Respectfully submitted,

s/ Sigrid McCawley
Sigrid McCawley, Esq.

SMC/akc

cc:     All Counsel of Record