# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------X

VIRGINIA L. GIUFFRE,

     Plaintiff,

v.

GHISLAINE MAXWELL,

     Defendant.

                                                    **15-cv-07433-RWS**

----------------------------------------------------X


## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Ty Gee for admission to appear and practice *pro hac vice* in this action is

GRANTED.

Applicant has declared that he is a member in good standing of the bar of the state of

Colorado; and that his contact information is as follows:

> Ty Gee, Colorado Atty. Reg. #19772
> HADDON, MORGAN AND FOREMAN, P.C.
> 150 East 10th Avenue
> Denver, CO 80203
> Phone:   303.831.7364
> Fax:   303.832.2628
> tgee@hmflaw.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel

for defendant Ghislaine Maxwell in this action,

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in his

action in the United States District Court for the Southern District of New York.  All attorneys

1

appearing before this Court are subject to the Local Rules of this Court, including the Rules

governing discipline of attorneys.


Date: _____       _____

                                             United States District Judge
                                             Robert W. Sweet