UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.                                                                                                    15-cv-07433-RWS

GHISLAINE MAXWELL,

    Defendant.

----------------------------------------------------X

### Declaration of Ty Gee in Support of Motion to Appear *Pro Hac Vice*

I, Ty Gee, declare as follows:

1. I am an attorney at law duly licensed in the State of Colorado. I am a member of the law firm Haddon, Morgan & Foreman, P.C., I respectfully submit this Declaration in support of my Motion to Appear *Pro Hac Vice*.

2. I have not ever been convicted of a felony.

3. I have not ever been censured, suspended, disbarred or denied admission or readmission by any court.

4. There are no disciplinary proceedings presently against me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 8, 2017.

                                                      *s/ Ty Gee*

**Certificate of Service**

I certify that on February 8, 2017, I electronically served this *Declaration of Ty Gee in Support of Motion to Appear Pro Hac Vice* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
Boies, Schiller & Flexner, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu


J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com


*s/ Nicole Simmons*