UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

------------------------------------------------X

15-cv-07433-RWS

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Ty Gee for admission to appear and practice *pro hac vice* in this action is GRANTED.

Applicant has declared that he is a member in good standing of the bar of the state of Colorado; and that his contact information is as follows:

> Ty Gee, Colorado Atty. Reg. #19772
> HADDON, MORGAN AND FOREMAN, P.C.
> 150 East 10th Avenue
> Denver, CO 80203
> Phone:  303.831.7364
> Fax:  303.832.2628
> tgee@hmflaw.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for defendant Ghislaine Maxwell in this action,

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in his action in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Date: _____     _____
United States District Judge
Robert W. Sweet