# <u>**EXHIBIT 1**</u>

Daily Mail Article
Jan. 27, 2017

2/9/2017
Case 1:15-cv-07433-RWS Document 605-1 Filed 02/09/17 Page 2 of 33
Pedophile Jeffrey Epstein accused of new sex trafficking case | Daily Mail Online

Feedback    Like 8.6M    Follow @MailOnline    DailyMail

Thursday, Feb 9th 2017 10AM 61°F    1PM 69°F    5-Day Forecast

# Daily **Mail**
.com


HARRY'S
HANDSOMER    SHARPERER    LESS EXPENSIVER    TRY HARRY'S

## EXCLUSIVE: Pedophile Jeffrey Epstein is accused of luring an underage girl into his elaborate sex trafficking enterprise under the guise of using his wealth and connections to get her into a prestige NYC college



- A woman who calls herself Jane Doe 43 has slapped Jeffrey Epstein with a federal lawsuit is demanding damages for forcing her to perform sex acts on him
- In court papers obtained by DailyMail.com she accuses Epstein of giving her no choice but to participate in the sexual acts
- Over time she claims she was intimidated, threatened, humiliated and verbally abused
- Ghislaine Maxwell, Sarah Kellen, Lesley Groff and Natalya Malyshev are also named in the lawsuit
- In 2005 Epstein was investigated for hiring underage girls to massage him in their underwear or totally naked
- Epstein pleaded guilty to a single charge of soliciting an under-age prostitute and was sentenced to 18 months in prison
- The billionaire served 13 months and had to register as a sex offender

By MARTIN GOULD FOR DAILYMAIL.COM
PUBLISHED: 09:26 EST, 27 January 2017 | UPDATED: 11:29 EST, 27 January 2017

**2.1k** shares        **185** View comments

Disgraced Wall Street mogul Jeffrey Epstein is being accused by a woman of luring her into his elaborate sex trafficking enterprise under the ruse he would use his wealth and connections to get her into college.

She has slapped him a federal lawsuit in US District Court in New York demanding damages for forcing her to perform sex acts on him, according to documents filed Thursday and obtained by DailyMail.com.

Using the alias 'Jane Doe 43,' the woman filed a federal lawsuit against Epstein, Ghislaine Maxwell, Sarah Kellen, Lesley Groff and Natalya Malyshev.

She describes then 64-year-old Epstein - then 50 - as a billionaire who usesd his wealth to commit illegal sex crimes in violation of the law. and accuses him of having a compulsive sexual preference for young girls as young as 13 and as 'old' as 25.

Enter your search



United States Drivers Born Between 1936 and 1966 are in for a big surprise

Like Daily Mail    Follow @DailyMail
Follow Daily Mail    +1 Daily Mail

### FEMAIL TODAY


Let's get spiritual! Kourtney Kardashian, 37, reunites with former fling Justin Bieber, 22, at a church service after Scott Disick's romps with models


'It feels like a racial issue': Jason Derulo slams American Airlines after being 'disrespected' by captain and met with 15 cops after disembarking


Sports Illustrated's Hailey Clauson teases a glimpse of her ample bust as she models VERY raunchy swimsuit
Used just her hands to protect her modest


'I'm going to kill myself': Mischa Barton threatened suicide during meltdown and said that she 'wanted to die' neighbors reveal in 911 calls


Christie Brinkley's ex, 58, pictured cuddling up to a 21-year-old college student who he pursued through Instagram and she's just three years older than his daughter


Can a mattress help you have better sex? From keeping you cool to the perfect bounce, how your bed could hold the key to your love life
SPONSORED

Both Jeffrey Epstein and Ghislaine Maxwell (above) are being accused by a woman of luring her into his elaborate sex trafficking enterprise under the guise of Epstein using his wealth and connections to get her into college

In an affidavit filed last year Virginia Roberts claims to have been used as a sex slave by Jeffrey Epstein when she was underage-

In 2008 Epstein pleaded guilty to a single charge of soliciting an under-age prostitute and was sentenced to 18 months in prison, in a deal that was heavily

▶ 'I don't have to lie about nothing': New York Knicks star Charles Oakley, 54, says he was unfairly targeted during arrest after 'hurling abuse at team owner'

▶ Kanye West hits the gym for a solo session after enjoying a date night and ice cream with wife Kim Kardashian
The 39-year-old, who suffered breakdown

▶ 'We're back to reality': Tom Brady's dad reveals burden of returning to wife's cancer treatment after Super Bowl and calls NFL commissioner a 'meathead'

▶ How to get a perky butt without EVER doing a squat: Celebrity trainer who helped sculpt Elle Macpherson's body reveals the five moves for an A-list behind

▶ 'You make it work': Heidi Klum discusses co-parenting with ex-husband Seal
The couple split in 2012 after seven years of marriage

vitapulse
3 Warning Signs Before a Heart Attack
Are You at Risk?

▶ 'I chose to pose like that': Ashley Graham defends Vogue cover after critics accused magazine of trying to make her look slimmer
Model hits back

▶ Tara Palmer-Tomkinson was 'last seen with a mystery new boyfriend' four days before a crying cleaner found her dead in her London home

▶ East vs West! Chris Rock can't hide his emotions as he watches the Knicks lose to the Clippers with VIP pals
Comedy actor didn't hold back courtside

▶ Model on the move! Suki Waterhouse displays her sculpted abs in a skimpy crop top as she works up a sweat on a grueling hike
Bradley Cooper's ex, 25

▶ 'I don't want my daughter to see my sex scenes': Girls star Jemima Kirke hopes her children will eventually 'understand' raunchy TV displays

criticized as being overly lenient. He served 13 months and had to register as a sex offender.

Epstein, a former friend of Prince Andrew, served just 13 months but dozens of women came forward claiming he abused them at his mansion in Palm Beach, Florida.

The new court papers state: When she [Jane Doe 43] knew him he'd have sex virtually every day and assisted in the development and execution of a sex trafficking scheme designed to fulfill his sexual desires.'

The woman describes Epstein's inner circle in the documents who she claims helped with the alleged trafficking. Included in the circle are Ghislaine Maxwell, a high-ranking employee of the enterprise.

Jane Doe 43 claims Maxwell would recruit the young girls and scheme to conceal the crimes.

According to the legal papers, the woman alleges Sarah Kellen worked as a recruiter for Epstein but also maintained his sex schedule in order to ensure that he was not without sexual favors of young females for an extended period of time.

Back in 2006, Jane Doe 43 explains she was recruited into the sexual enterprise by false promises that Epstein would use his connections and resources to get her into The Fashion Institute of Technology.

**Sarah Kellen is also named in the new lawsuit**

The woman says she would continue in the enterprise until April 2007.

Natalya Malyshev – another alleged recruiter – informed Jane Doe 43 that Epstein was a wealthy philanthropist who used his influence and money to help financially poor females to achieve their goals.

- Madonna's adoption bid: How pop queen charmed Malawian judge who feared star was 'robbing country's greatest asset'... its children

- Reunited and it feels so good? NeNe Leakes and Kim Zolciak return for the upcoming season 10 of Real Housewives of Atlanta
The reality TV pair

- Grey Gardens, the Hamptons home made famous by documentary about eccentric relatives of Jackie Onassis, goes on the market for $19.95M

- 'I'm just a psycho myself!' Actress Bella Heathcote dishes about taking on the role of 'completely unhinged' Leila in Fifty Shades Darker

- Bikini-clad Doutzen Kroes showcases her flawless physique as she models her new swimwear range in Cuba
Netherlands born model



**United States Drivers Born Between 1936 and 1966 are in for a big surprise**

- 'I'm barely holding it together': Scarlett Johansson reveals the challenges of motherhood after reports she's broken up from husband Romain

- 'He wasn't interested in me': Nicole Kidman reveals it took husband Keith Urban four months to call after their first meeting
The 49-year-old

- Fifty Shades FITTER: On-set personal trainer reveals how she prepped Dakota Johnson and Jamie Dornan for THOSE steamy sex scenes

- Blooming beautiful! Maggie Gyllenhaal flaunts her enviable figure in clingy floral dress at Berlinale Film Festival photocall
The 39-year-old actress

- Jennifer Lopez flaunts her ample cleavage and tiny waist as she shares a saucy snap of her new stage costume
She always pulls out the stops

**Jeffrey Epstein is pictured in New York leaving his home and saying goodbye to a young unidentified blonde. Epstein cupped her bottom as she gave him a kiss goodbye before leaving from Teterboro Airport**

However, she was told she would need to provide body massages to Epstein in order to reap the benefits. She claims they threatened if she didn't provide sexual favors that they would use their connection to make sure she didn't get into the school or a modeling contract.

She believed that her compliance with their demands were crucial to her physical, psychological, financial and 'reputational' survival.

'Maxwell instructed Plaintiff how to massage Epstein using the techniques that he preferred. During Plaintiff's first massage, Defendant Epstein converted it into a sexual act and made it known to Plaintiff that further sex would be required in order for her to obtain the assistance he promised and to avoid Defendants' threatened retaliation if Plaintiff did not perform as demand,' according to the court papers.

The suit adds, 'The Defendants transported Plaintiff in interstate and foreign commerce, and affecting interstate and foreign commerce, for these sexual purposes.'

Jane Doe 43 accuses Epstein of giving her no option, opportunity or choice to participate in the sexual acts and over time she claims she was intimidated, threatened, humiliated and verbally abused Plaintiff in order to coerce her into sexual compliance.

▸ The boys are back in town! Tom Hardy enjoys a lads' night out in Los Angeles with Lukas Haas... after it's revealed his 'firm lost $2.5million in 12 months'

▸ 'You're like a brother to me': 'Dear John' letters written by Jackie O from yacht of her billionaire Greek husband to the besotted British lord desperate to marry her

▸ Gordon Ramsay reveals how he plans to quit swearing, what to cook to impress a date, and why he REFUSED to let his children eat at his restaurants

▸ The Crawley sisters are back! Laura Carmichael looks flirty in printed skirt while former Downton Abbey co-star Michelle Dockery goes edgy

▸ Hi Grandma! Hillary Clinton spotted arriving at Chelsea's NYC home with Secret Service in tow after it's revealed son-in-law Marc CLOSED his hedge fund

Sponsored Links

**Gigi Hadid's Go-To Shoe Is Surprisingly Affordable**
WhoWhatWear | Everlane

**Psoriasis Triggers: What to Watch Out For**
HealthCentral.com

**This Simple Skin Fix May Surprise You**
Primal Plants Dietary Supplement - Gundry MD

▸ 'I blame acting for my divorce': Girls star Jemima Kirke says profession caused her to question herself before split from Michael Mosberg

▸ Broadchurch's Phoebe Waller-Bridge is worlds away from prim barrister Abby as she unleashes her inner-dominatrix in racy sex scenes for new show

▸ Soul legend Aretha Franklin announces she's retiring this year as she plans to spend more time with family
The Queen of Soul turns 75 in March

▸ Snoop dog! Kate Beckinsale carries a puppy in her sports bra in Instagram snap, joking that 'it may have belonged to a pregnant woman in the 1800s'

▸ 'I started crying': Jessa Duggar talks about giving birth to second child as first family images emerge with baby
Proud and happy

She admits that Epstein did provide her living quarters in NY, a cell phone, car service for her to use as needed and other valuable consideration in order to make her comply sexually.

**Prince Andrew pictured with Jeffrey Epstein on a stroll in New York.  In an affidavit filed last year, one of the girls, Virginia Roberts said that she had had sex with Prince Andrew a on Epstein's properties. Prince Andrew emphatically denied her allegations**

▶ From gawky teen to Hollywood golden boy: As Dev Patel gets Oscar nod, we reveal the other awkward child stars who have blossomed into sex symbols

▶ 'Thank you, God for a happy day. Sorry if I've been naughty. Please help me to be good tomorrow': Childlike prayer said by 'troubled' TPT every night

▶ From one storm to another: Victoria Beckham gets caught in a blizzard as she braves the NYC weather amid husband David's email scandal

▶ All partied out! Kristen Stewart looks weary as she and 'girlfriend' Stella Maxwell emerge from Tommy Hilfiger bash with pal Hailey Baldwin
Hectic night for trio

▶ 'When you need some Vitamin Sea': Elizabeth Hurley, 51, flaunts her sensational figure in minuscule gold triangle bikini on sun-kissed Indian getaway

▶ Not a long day at the office! Malia Obama is spotting walking out of her Weinstein internship for the day after spending just THREE HOURS in the building

▶ First trailer for Netflix series Dear White People is unveiled... and attracts 17 TIMES more dislikes than likes on YouTube
Satirizes race relations

▶ 'There's a spark between them, but they're taking it slowly': Sir Tom Jones 'has embarked on a romance with Elvis Presley's ex Priscilla'

▶ 'I love you mama': Chloe Lattanzi snaps a selfie with mom Olivia Newton-John after revealing plans for her own WEED FARM... paid for by the Grease star

▶ Rosie laid bare! Huntington-Whiteley goes topless for new Paige Denim campaign... as pregnancy rumors continue to swirl
Jason Statham girlfriend

Sponsored Links

Gigi Hadid's Go-To Shoe Is Surprisingly Affordable
WhoWhatWear | Everlane

Psoriasis Triggers: What to Watch Out For
HealthCentral.com

This Simple Skin Fix May Surprise You
Primal Plants Dietary Supplement - Gundry MD

**Virginia Roberts (center) said that she had had sex with Prince Andrew on Epstein's properties but Prince Andrew has denied the claim**

In January 2007, Epstein sent her to South Africa in part to recruit, for a promised fee, one or more aspiring models but she refused to perform the assignment ... knowing what the girls would be in for when they came to America.

She describes while in South Africa, Epstein and Maxwell told her she would not be allowed back to America unless she lowered her body weight from 125 lbs. to 114 lbs.

She believed she had no choice but to lose the weight ... but her crash diet eventually put her in serious physical jeopardy including kidney malfunction and extreme emotional and psychological distress.

Jane Doe finally returned back to New York but was promptly ordered to have sex with Epstein upon her arrival.

Epstein once again promised to get her into F.I.T. or another college but that never happened.

The woman eventually left the United States in May 2007 and did not return.

**SHARE THIS ARTICLE**

**RELATED ARTICLES**

 Piers Morgan hits back after Ewan McGregor CANCELS his Good...

 PIERS MORGAN: Memo to anyone who voted for Trump or Brexit -...

She is suing the defendants for their role in the sex trafficking enterprise ... accusing them of violating numerous laws by transporting, soliciting, harboring, threatening and coercing young girls to engage in commercial sex acts. Jane Doe is demanding unspecified damages for the emotional and mental damage they caused.

Epstein paid off many of the girls in out-of-court settlements, however four of the underage masseuses brought a case against the federal government last year for violating the Crime Victims' Rights Act by not telling her a federal case against him had been dropped.

In an affidavit filed last year, one of the girls, Virginia Roberts said that she had had sex with Prince Andrew and renowned lawyer Alan Dershowitz — a member of OJ Simpson's Dream Team — on Epstein's properties.

Both men emphatically deny her allegations and after Dershowitz sued her lawyers, she retracted the allegation against him.

In her lawsuit, Roberts claimed that Ghislaine Maxwell brought her to Epstein's mansion to teach her how to perform massages. Inevitably they ended up in sexual

▶ One Elle of a look! Isabelle Huppert, 63, commands attention in glittering blue and peach ensemble at 32nd Santa Barbara International Film Festival

▶ EXCLUSIVE: Michael C. Hall and Jodi Balfour to play President John F. Kennedy and Jackie as America's First Family is introduced in second series of The Crown

▶ She even looks glamorous in runners! Nicole Kidman cuts a casual figure in jeans and Converse at Big Little Lies event
The 49-year-old actress

▶ Leggy Sistine Stallone displays her bra under sheer floral top as Julianne Hough flaunts her nude underwear in see-through gown at Dior party

▶ She said yes to yellow! Sara Sampaio proves she has some dangerous curves as she models bikini at Tommyland show
Raven-haired goddess

▶ 'This is bulls***': New York Knicks star Charles Oakley, 54, charged with assault after punching THREE security guards as he was dragged from Madison Square Garden

▶ Jamie Oliver's wife Jools has low-key outing with sons River Rocket and Buddy Bear... shortly after revealing she'd suffered devastating miscarriage

▶ Coordination is key! Queen Maxima matches her cape to her stylish pillbox hat as she greets well-wishers in Leipzig with King Willem-Alexander

▶ Make-up free Karlie Kloss ditches the glamour to show off her natural beauty as she steps out in bobble hat, casual coat and leggings

▶ Kardashian curves! Kim shows off her figure in velvet bottoms while sisters Kourtney and Khloe coordinate in skintight denim and nude bodysuits

▶ Is she fur-real? Ruby Rose stuns as she steps out in a fluffy white coat in New York...after opening up about her new relationship with Jessica Origliasso

▶ Justin Bieber shares shirtless selfies on newly reactivated Instagram account after six-month hiatus
Secretly reactivated it last Friday

activity. What looks like a folded up massage table is tucked away in the closet of Epstein's master bedroom.

---

**Share or comment on this article**

| 2.1k
shares

Sponsored Links by Taboola



**2 Credit Cards Are Offering 0% Interest Until 2018**

NextAdvisor



**How To Fix Your Fatigue And Get More Energy**

Vital Reds Supplement



**Gigi Hadid's Go-To Shoe Is Surprisingly Affordable**

WhoWhatWear | Everlane



**Just Type in Your Name, Wait 10 Seconds, Then Brace Yourself**

Truthfinder People Search Subscription



**Guy Builds His Dream Home In Just 6 Weeks**

Trend-Chaser



**How To Fix Cracked Feet**

DermalMedix Skin Care



**She Had No Idea Why the Crowd Was Cheering**

LifehackLane



**Michael Jordan's Private Jet is Disgusting (Photos)**

Detonate



**American Giant just created the first real leggings designed to replace your Jeans**

WhoWhatWear | American Giant

**MOST WATCHED NEWS VIDEOS**

Embed this

Danielle Bregoli throws punches while boarding

Cameraman 'zooms in' on woman's breasts in

Caught on camera: Bystanders watch

Moment Lindsay Hoyle and Alex Salmond

Danielle Bregoli discusses fighting a

'I don't take no s***': Bus driver kicks drunk

Watch Barack Obama wipe out in kite surfing

McConnell blocks Warren from reading

---

▶ Gigi Hadid flashes a hint of underboob as she and supermodel sister Bella Hadid bring Venice Beach to a standstill at Tommy Hilfiger's Tommyland catwalk

▶ KATIE HOPKINS: I never knew Tara, and now I never will, but I dearly wish I had because there's a beautiful, crazy part of her in all of us

▶ Ryan Lochte's pregnant fiancée Kayla Rae Reid subtly shows off her baby bump in a low-key white tee as couple enjoy a romantic stroll in LA

▶ Ready for Valentine's Day! Lingerie-clad Khloe Kardashian has hearts on her nipples in new snap as it's claimed 'she wants to wed Tristan Thompson'

▶ Braless Adriana Lima flashes her assets in risqué sheer gown as she leads supermodels Heidi, Alessandra and Barbara at glitzy amfAR NY Gala

▶ Going incognito! Soccer hunk Cristiano Ronaldo and his mini-me son Jnr wear fun disguises for fancy dress day out in Madrid

▶ Little black dress! Shanina Shaik cuts a STUNNING figure in a skimpy mini dress alongside her fiance DJ Ruckus
Victoria's Secret model

▶ Michael Jackson's mother Katherine, 86, accuses nephew-in-law of elder abuse and obtains temporary restraining order
Jackson matriarch

▶ In BOLD position: Lewis Hamilton rocks a very colourful jacket as the F1 ace coxies up to Natasha Bedingfield at Tommy Hilfiger's Los Angeles show

▶ Earning her stripes! Belgium's Queen Mathilde shines in a striking striped dress on a visit to a university in Liege
The 44-year-ol royal

▶ PICTURE EXCLUSIVE: Hoping it will all workout? David Beckham hits the gym amid email hacking scandal
Troubled soccer star

▶ She's so supportive! Kristen Stewart cheers on 'girlfriend' Stella Maxwell as she walks the runway for Tommy Hilfiger
In Venice, California

Case 1:15-cv-07433-LAP Document 605-1 Filed 02/09/17 Page 9 of 33

**Ads**

**Arrest Records: 2 Secrets**
Find Addresses, Phone Numbers, Felonies, Traffic Records, DUIs and Much More!
Instant Checkmate

**Public Marriage Records**
Type Any Name & State Then Get Marriage Records Instantly
www.persopo.com

**Access Naruto Online free**
Recruit Sasuke, Sakura, Kakashi and many more in Naruto Online, Naruto's Official MMORPG.
Naruto Online

**MOST READ NEWS**



Socialite Tara Palmer-Tomkinson,

'She hit my mom and I need to

Barack Obam-AIR! New photos show

San Francisco transit janitor who

Wom... Phot...

---


**Comments (185)**
Share what you think

| Newest | Oldest | Best rated | Worst rated |

View all

The comments below have been moderated in advance.

**Nate Smith**, Melbourne Beach, 1 week ago

TThis is Bill Clintons good time buddy right .they troll the Caribbean islands for underage women its been said.

| Click to rate | **333** | **19** |


**boracare**, arlington, United States, 1 week ago

put this guy and his buddy clinton in jail

| Click to rate | **286** | **17** |

**StarsNStripes**, US of A, United States, 1 week ago

Dershowitz just intimidated her lawyers & probably had her & her family followed & harassed. Bill & Hillary have used this tactic for years. Epstein & Maxwell ought to be put on another trial & this time convicted. This will show that no one is above the law especially when it comes to the underage sexual abuse & trafficking of underage children.

| Click to rate | **220** | **10** |


**RedCoatExile**, Lost Among The Yankee Traders, United States, 1 week ago

Isn't this guy one of Bill Clinton's buddies? And some people think it's OK to put pedophile-loving Clintons back in the WH. Sick.

| Click to rate | **238** | **17** |

**Hooplehead**, North Dakota, United States, 1 week ago

Isn't he friend's with the Clintons? Ya thought so.

| Click to rate | **198** | **18** |

**MK1980**, Portland, United States, 1 week ago

Epstein and Bubba are another good reason Killary lost.

| Click to rate | **191** | **14** |

**red hot momma**, South Carolina, United States, 1 week ago

Trump and Clinton attend this guys orgies. Take what you will from that. 2 sides of the same coin, and good friends.

▸ They love Tommy! Lisa Rinna and daughters Delilah and Amelia stun in brand classics at Tommy Hilfiger's beachy runway show
Show in LA

▸ Keeping it real: Pregnant Ciara shows off her natural beauty and snubs make-up as she joins husband Russell Wilson on the red carpet

▸ Red alert! Nicki Minaj sizzles in leather one-piece as she flashes cleavage and toned torso in sexy snap
Curvaceous physique

▸ Gaga sports quirky embellished eyes as she flaunts her leg in hotpants at Tommy Hilfiger show in LA... after 'proud' star hits back at body shamers

▸ Victoria's Secret model Lameka Fox leaves nothing to the imagination as she goes braless under VERY sheer mesh dress for amfAR gala

▸ Once more onto the beach! Host Jeff Probst says newly revealed Survivor Game Changers fan favorite cast is strongest ever
Long running show

▸ Model material! Rachel McCord flashes underboob and toned abs in teeny bikini at Tommyland event in Los Angeles
Tonned abdominals too

▸ Joshua Sasse abandons his 'Say I Do Down Under' marriage equality campaign after breaking up year long engagement with Kylie Minogue

▸ Calm before the storm! Rihanna goes make-up free and covers up in comfy tracksuit as she jets to LA ahead of the Grammy Awards
The 28-year-old

▸ The look of love! Anwar Hadid lovingly gazes at new girlfriend Nicola Peltz...as he supports sisters Gigi and Bella at Tommy Hilfiger show
New couple posed up

▸ Let's do the time warp! Sarah Hyland, Ariel Winter and Julie Bowen dress up in vintage clothes for Modern Family shoot
Roaring Twenties garb

▸ Scarlett Johansson forgoes a bra (and her wedding ring) as she flashes cleavage in plunging pantsuit at amFAR...amid split rumors

2/9/2017    Pedophile Jeffrey Epstein accused new sex traffick case | Daily Mail Online



mjloehrer, Dublin, United States, 1 week ago

I think you mean Clinton. Trump's name has never been mentioned

Click to rate    153    36

christine, new york, United States, 1 week ago

This is Bill Clinton's bff. They rode down to the Bahamas together on his private plane looking for underage girls- google it!

Click to rate    167    8

thankgodforhowie, Titletown, United States, 1 week ago

in all seriousness, this is a friend of Bill Clinton. Bubba has gone on Epsteins plane with him. who knows what happened in that plane ride

Click to rate    146    7

MarkRees, San Francisco, United States, 1 week ago

Jeffrey Epstein, you mean Trumps party buddy of 15 years?

Click to rate    76    155

View all

The views expressed in the contents above are those of our users and do not necessarily reflect the views of MailOnline.

We are no longer accepting comments on this article.

**Who is this week's top commenter?**    Find out now

**MORE TOP STORIES**

'Princess feels': Madison Beer cuts regal figure in gorgeous beige gown at amfAR Gala
Rose to fame in 2012 when Justin Bieber tweeted her music

'Kroy made $20mil': Kim Zolciak brags about husband's cash as she hits back at Kenya Moore for unemployed jibe and 'duck lips' comment

Prince Charming awaits! Heidi Klum, 43, puts on a cozy display with doting boyfriend Vito Schnabel, 30, as they leave the amfAR New York Gala

Selena Gomez says she has suffered like the characters in 13 Reasons Why as she touches on rehab, her Disney days and peer pressure

Kate Bosworth and Malin Akerman compete to flash the most flesh in racy black gowns at magazine party
Stealing the spotlight on the night

Beach babe! Hailey Baldwin strips down to a black one piece swimsuit as she plays around in the sand before Tommyland Show
Was in great spirits

Will this be where Emma Stone wins her first BAFTA? Preparations get underway as the great and good of Hollywood descend on London

Supermodel Heidi Klum reveals the motto behind her new lingerie line as she showcases her incredible physique in a photoshoot for the collection

Selena Gomez rocks a chic mustard dress, an elegant keyhole frock, florals and skinny jeans as she steps out in FOUR outfits in one day

Just U-sain'! Sprint star Bolt and Australian hurdler Michelle Jenneke look very relaxed together as they share a joke in Melbourne

White hot! Zoe Kravitz flashes nipples in sheer gown with thigh-high slit at amfAR Gala
Was with her boyfriend Karl Glusman

Audrey Hepburn's eldest son is being sued by charity he helped establish in his mother's name 'because he keeps demanding control of the money'

▶ **PICTURE EXCLUSIVE:
Beaming new mother
Geri Horner cuddles up
to husband Christian as
they register the birth of
their baby boy**
The former Spice Girl

▶ **Hot metal! Josephine
Skriver dazzles in off
the shoulder silver
gown at New York City
charity benefit**
Looked absolutely
sensational in silver

▶ **Bow down little
monster! Tommy
Hilfiger prostrates
himself in front of Lady
Gaga as she sits front
row at his Tommyland
show**

▶ **Good night, Cressida?
Prince Harry's ex wraps
up in a chic black coat
as she leaves a pre-
BAFTA party (and she
looks a little worse for
wear)**

▶ **Tommy's Angels! VS
models Joan Smalls
and Romee Strijd stun
in tight swimsuits at
Hilfiger fashion show in
LA**
Standout stunners

▶ **No bad feelings!
Yolanda Hadid and
BOTH ex-husbands
support Gigi at Tommy
Hilfiger show in LA**
Mohamed  David Foster
even posed for photos

▶ **David Bowie's long-
time love Iman, 61,
sizzles in scarlet silk
Zac Posen gown at
amfAR Gala in NYC**
The legendary Somali
supermodel

▶ **Taking a Gamble! Kris
Jenner dons denim and
cackles with joy as she
shows off younger lover
Corey at Tommy Hilfiger
show**

▶ **Liam Payne and
girlfriend Cheryl keep
their silence on social
media as Twitter goes
into meltdown over
rumors she has gone
into labor**

▶ **'I must return': Alec
Baldwin is back as host
of SNL... after his Trump
impersonation helps
boost show's ratings to
22-year high**
17th time hosting

▶ **She's a Tommy Girl all
right! Gigi Hadid is
stylish in athletic outfit
that flashes her toned
tummy as she heads to
Hilfiger runway show in
LA**

▶ **Tommy got his MILF!
Fergie shows off her
killer legs in bodysuit as
she performs at
Hilfiger's LA show**
Played in front of an
estimated 3,000 crowd

▶ **Heating up Instagram!
Khloe Kardashian
exposes her black bra
in netted top after
looking hot in a white
lace corset**
Stunned in black

▶ **Vintage vibes! Cindy
Crawford's model kids
Kaia and Presley Gerber
show off rock-and-roll
style at Tommyland
show in LA**
Rocked the scene

▶ **Former Top Gear star
Jeremy Clarkson looks
in good spirits as he
puffs on a cigarette
during dinner with
female friends**
The Grand Tour host

▶ **Sofia Richie bares her
midriff in skimpy
bralette at Tommyland
fashion show in Los
Angeles**
Amped up her look with a
statement red lip

▶ **'I might have just
fallen apart': Rosamund
Pike 'rips' dress while
competing in random
words contest with
Jimmy Fallon**

▶ **'My first debut': Kim
Kardashian shares
Snapchat video of
public premiere in 1988
special issue of Barbie
magazine**
Throwback to when

▶ **Ruby Rose writes a
message for her mother
on a T-shirt after a
'massive wardrobe
malfunction' forces the
actress to create a new
outfit**

▶ **A bit of all white!
Alessandra Ambrosio
stuns in elegant single-
strap gown at amfAR
HIV/AIDS charity event
in NYC**
Looked very glamorous

▶ **'He's immediately
mean to me
afterwards!': Kelly Ripa
blasts husband Mark
Consuelos' post-sex
behavior on morning
show**

▶ **'What happened to
Gigi's hand?': Vogue
accused of
Photoshopping cover
and trying to make
Ashley Graham appear
thinner**

▶ **Paula Patton bonds
with son Julian in LA
after ex Robin Thicke's
disastrous day in court
amid custody battle**
Beamed with her son in
LA

▶ **Judge blocks Robin
Thicke's attempt to
change visitation with
son Julian amid custody
war with Paula Patton**
Seeking changes in the
arrangement

▶ **They haven't changed a bit! Cindy Crawford, 50, reunites with longtime friend and fellow supermodel Gail Elliott, 50, to go shopping and boating**

▶ **Raising the Bar! Refaeli shows off her charms in bust-boosting bra and Rolling Stones denim jacket at Tommy Hilfiger spring collection event**
Sheer jean-ius fashion

▶ **'Working on something!' Kylie Jenner dons midnight blue wig at Hollywood studio with boyfriend Tyga**
Starlet covered her natural raven bob

▶ **It's a hit! Netflix renews Brit Marling's popular sci-fi show The OA for season two**
The show debuted in December, just four days after it was announced.

▶ **Ashley Graham teams up with two 'non-models' of different sizes and races to pose in ANOTHER stunning swimwear ad for the SI Swimsuit Issue**

▶ **Debra Messing reveals a director called for her to have a NOSE JOB while filming a love scene with Keanu Reeves, insisting it was 'ruining' the movie**

▶ **'Pool time!': Elsa Pataky sizzles in a black swimsuit as she takes a dip in the Dominican Republic... after posing for a sultry photo shoot**
Chris Hemsworth's wife

▶ **Kandi Burruss bursts into tears as insists she does NOT have a sex dungeon and admits she wants to 'choking a b****' on new RHOA trailer**

▶ **Heidi Klum flashes flesh in a plunging split-to-the-hip dress at amfAR as fashion week kicks off in New York**
The 43-year-old blonde positively stunned

▶ **Melania Trump's new social secretary married into the Mellons - and she's planned events for Republicans AND Hillary Clinton**
Prep for the White House

▶ **'What happened to your a**?': Gabrielle Union says her booty-ful Women's Health cover caused her own personal 'deflate-gate'**
On Jimmy Kimmel Live!

▶ **Oops, there goes my dress! Paris Hilton flashes thigh on her way to amfAR ball in NYC as a gust of wind lifts up her gold gown**
Always glamorous

▶ **Following her big sister! Bella Hadid tries to keep a low profile in black hat as she arrives at Tommyland Show in LA after Gigi**
In Venice, California

▶ **Lady is a vamp! Hailey Baldwin rocks edgy all-black look featuring fishnet top and mini skirt for Tommy Hilfiger show**
At the Tommyland fashion show in NYC

▶ **Model behavior! Kendall Jenner hops on pal Gigi Hadid's back as they lark about in behind the scenes video for Vogue shoot**
Having so much fun

▶ **Whisked from an orphanage onto Madonna's private jet: Twin sisters from Malawi begin their new life after the 'overjoyed' star adopts them**

▶ **Embracing the single life? Paris Jackson goes braless in hippie attire amid claims she's split from her rocker boyfriend**
Looking care-free

▶ **'You vengeful b*tches!' Nicole Kidman, Colin Farrell, Elle Fanning and Kirsten Dunst star in fiery trailer for Sofia Coppola's The Beguiled remake**

▶ **Australian model Ellie Gonsalves reveals she has been offered a role in a movie with The Rock since appearing in $10 million Super Bowl commercial**

▶ **'She is so thin I hate her!' Curvaceous Serena Williams reveals she is jealous of her sister Venus as she posts series of hilarious Snapchats**

▶ **The mane attraction! Julianne Hough shows off her bombshell locks after a hair appointment in West Hollywood**
Dancer is always on the move

▶ **It's not just Obama. Branson's shamelessly invited legions of celebs and royals to his Caribbean idyll - and all for the greater glory of one man and his brand**

▶ **'I don't obsess about what I eat!': Michelle Monaghan, 40, shows off her stunning figure in Shape as she insists she's not into diets**
Barely-there black bikini

▶ **'No baby, only cysts': My Big Fat Fabulous Life star Whitney Thore reveals she is NOT pregnant despite three positive tests**
The 32-year-old star

2/9/2017
Case 1:15-cv-07433-LAR Document 605-1 Filed 02/09/17 Page 15 of 33
Pedophile Jeffrey Epstein accused of new sex trafficking case | Daily Mail Online

▶ 'Why don't you answer my damn questions?': Dame Judi Dench grills Daisy Ridley to spill Star Wars script secrets
Hilarious clip was uploaded by Josh Gad

▶ Naomi Campbell oozes glamour while attending amfAR gala with Donatella Versace... as she vows to continue fight against lack of diversity in fashion

▶ Maggie Gyllenhaal displays her kooky flair for fashion in a long floral frock with a keyhole design at Berlinale Film Festival photocall

▶ 'Unforgivable!' Fans outraged as Donald Trump's congressional address to preempt NBC hit show This Is Us
Is slated to begin February 28 at 9/8c

▶ Costly win! Maria Menounos reveals she lost a diamond from her engagement ring as she celebrated the Patriots Super Bowl success
Patriots supporter

▶ Britney Spears reveals eight-year-old niece Maddie is 'making progress' after tragic ATV accident two days ago that left her submerged underwater

▶ 'The biggest gift is getting my sport back': Maria Sharapova smiles at LAX after Madrid Open invitation
Madrid granted her a wild card invitation

▶ The secret of La La Land Emma's perfect pout... Actress reveals she uses a Korean patch to keep her lips moisturised
Filled with collagen

▶ She's taking off! Sophie Turner flashes taut tummy while catching departing flight in sporty style in Los Angeles
Game of Thrones star

▶ 'He just doesn't give a f**k about you!' Seven Year Switch star breaks down in tears after her husband's experimental wife boldly claims 'he doesn't love her'

▶ SNL's Kate McKinnon lands Mrs. Frizzle role in Netflix reboot of Magic School Bus
Will give voice to the headmistress who drives the bus

▶ Socialite Tara Palmer-Tomkinson, 45, is found dead at her London penthouse flat five DAYS after construction workers heard a 'very loud bang' from inside

▸ **From skiing with Prince Charles to making a splash in the jungle: The moments that defined Tara Palmer-Tomkinson**
After a life in the spotlight

▸ **Party girl who longed for love: Beautiful, friend of the royals, the original It-girl had the world at her feet. So why couldn't Tara escape her downward spiral?**

▸ **She's all that! Diane Kruger rocks boldly patterned and multicolored mini dress as she stuns at amfAR gala in NYC**
Looked stunning

▸ **'I love telling people what to do': Eva Longoria says she began directing because she 'wasn't reaching her full potential' as an actress**

▸ **Bethenny Frankel steps out with daughter Bryn in NYC as more details of her ugly schoolyard showdown with ex Jason Hoppy emerge**

▸ **Fitness guru who's trained Ryan Gosling and Reese Witherspoon reveals workout tips, diet plans - and why she LOVES ice cream**
Ashley Borden

▸ **Gorgeous in leather! Heidi Klum, 43, looks half her age in motorcycle jacket and skinny jeans as she's spotted in NYC**
Knows how to style up

▸ **Katy Perry launches global scavenger hunt for fans to get a first listen to her new song Chained to the Rhythm**
Provided a map where for her devoted KatyCats

▸ **Lazy lunch: Sofia Richie looks casual in hoodie and jeans as she dines at Mauro's in West Hollywood**
Was spotted looking comfy and retro

▸ **Jamie's wife reveals tragedy of miscarriage: Jools Oliver speaks for the first time about her loss... and says a sixth child could be on the way**

▸ **'Taylor's an amazing woman': Tom Hiddleston spills on his Swift romance, THAT 'I heart T.S.' shirt and why the relationship failed**
The 35-year-old actor

▸ **EXCLUSIVE: 'I was scared Dannielynn would be the next one dead.' Anna Nicole's mother reveals her fears after grandson's mysterious overdose**

▶ Seeing double? Kylie
Jenner is being accused
of REPACKAGING old
lip kits as limited-edition
after fans point out
striking similarities on
social media

▶ EXCLUSIVE: A
custom-designed pool,
antique oil paintings
and $75,000 worth of
fake grass - Million
Dollar Listing Miami
star Chris Leavitt shows
off his mansion

▶ All eyes on me! Ashley
James puts on a very
leggy display as she
attends exclusive bash
in just a pink Tupac-
themed T-shirt with
thigh-high boots

▶ Can't stop, won't stop:
Rob Gronkowski keeps
the party going after
chugging his way
though Patriots parade
with booze-fueled night
of dancing

▶ I felt suicidal over the
guilt of cheating says
Nigel Havers: Actor
says he checked
himself into a
psychiatric ward as his
first marriage broke
down

▶ A treat after the
treadmill: Lily Collins is
in good spirits as she
grabs an iced coffee
post workout session in
West Hollywood
Treating herself

▶ Now Ivanka's in
trouble with TJ Maxx
and Marshalls: Signs
advertising her brand
are thrown out and her
displays are taken away
in 'unusual' move

▶ That's not exactly Fifty
Shades Darker! Dakota
Johnson shuns a racy
ensemble in favour of a
Victorian-style frock at
film photocall in Madrid
Unusual styling

▶ Who wore it better?
Selena Gomez greets
fans in same jacket
Drew Barrymore wore
two months ago
The Weeknd's girlfriend
stepped out in NYC

▶ Exercising up to the
last minute! Heavily
pregnant Natalie
Portman goes on hike in
LA as her due date
creeps near
The 35-year-old star

▶ 'Scott calls me his girl
and we're in love':
Model Bella Banos
claims she's the woman
Disick took to his hotel
during KUWTK Costa
Rica trip
The leggy 20-year-old

▶ Scott Disick has
turned to sexy models
like Bella Banos
'because Kourtney
Kardashian coldly
rejected his marriage
proposal in Costa Rica'

Complaint Jeffrey Epstein accused of new sex trafficking case | Daily Mail Online

▶ **Two million British viewers watch Clarkson's new show: The Grand Tour pulls in less than half of the audience of Top Gear**
Slow start for show

▶ **She's lost all the weight! Charlize Theron, 41, is slender in black leather slacks after shedding the 35lbs she gained to star in new movie Tully**

▶ **Out of work: Chelsea Clinton's husband Marc Mezvinsky shut down his hedge fund in December just weeks after Hillary lost election**

▶ **'At first it broke me down!' Justin Timberlake reveals he struggled with fatherhood and how being a dad made him confront his demons**

▶ **Ready for combat! Ruby Rose dons camouflage jacket and chunky boots as the actress layers up for Today Show appearance in New York**

▶ **Tallia Storm flashes her abs in a tiny leather bralet and high-waisted trousers as she leads the glamour at dating bash**
Scottish pop star

▶ **'I was broken': Evan Rachel Wood reveals she was so depressed when struggling with her bisexuality she didn't think she would survive**
The Westworld star

▶ **Split! Chris Evans and Jenny Slate end their relationship after less than a year of dating but are remaining 'very close friends'**
Quietly broke up

▶ **Miss Universe Denmark stripped of title over 'links to a criminal investigation' after ex-boyfriend - the son of an African dictator - has $100M yacht seized**

▶ **Oprah sells Gustav Klimt painting for whopping $150million to private buyer in China - pocketing a $63million profit in just a decade**
100-year-old painting

▶ **Don't give up the day job: Kristen Stewart's academic paper on AI in film making dismissed as 'brief and more like a case study' by experts**
Published at Cornell

▶ **GMA's Ginger Zee reveals her post-pregnancy struggle with a condition that leaves her face covered in blotchy patches**
The 36-year-old

▶ **Lady Gaga covers up in cowgirl outfit in nod to her new John Wayne music video after hitting back at body shamers**
Wearing country-inspired getup in Maliby

▶ **Houston police narrow their search for Tom Brady's missing $500,000 Super Bowl jersey as city's crime stoppers offer reward in hunt for the thief**

▶ **Run into Malia Obama! Weinstein Co. uses former first daughter as a selling point as it auctions off an internship for charity**
Cashing in on teen

▶ **Ruby Rose flashes her midriff in grey crop top and bizarre turtleneck knit for NYC outing**
The 30-year-old wore a belly baring ensemble on mild day in Big Apple

▶ **A 'daily kiss with Prince Charles' and a high profile battle with cocaine: The amazing life and tragic downfall of socialite Tara Palmer-Tomkinson**

▶ **The last photo of tragic Tara Palmer-Tomkinson: Pictured two weeks ago after revealing her battle against brain tumor**
Walking outside her London apartment

▶ **'A fun, feisty woman who battled many demons': Piers Morgan lead a host of celebrity tributes to Tara Palmer-Tomkinson as she dies aged 45**

▶ **Lady Gaga releases clip for new music video John Wayne... just days after successful Super Bowl halftime show and world tour announcement**

▶ **'I'm proud of who I am': Chrissy Metz talks finding happiness after years of depression and reveals the health scare that triggered 100lb weight loss**

▶ **She certainly doesn't travel light! Rita Ora touches back down in London with mountains of luggage after performing three outfit changes in one day**

▶ **She's gone gray! Blac Chyna calls herself a 'beauty' as she models old-lady wig and very unusual dress**
Dramatic new look for 28-year-old mom

▶ **Patrick Swayze's memorabilia to be auctioned including shirt from Ghost and leather jacket from Dirty Dancing**
Star died in 2009

Case 1:15-cv-07433-LAP Document 605-1 Filed 02/09/17 Page 20 of 33

▶'It all came down to a
desperate attempt for
stardom': Kylie
Minogue's friends were
'concerned about
Joshua Sasse's
intentions with her

▶'She loves Beyonce!':
Grey's Anatomy star
Camilla Luddington
reveals her baby kicks
when hearing the singer
as she covers Fit
Pregnancy And Baby

▶Light my fire! Charlotte
McKinney pairs
statement top with very
short leather skirt and
kinky boots as she
visits Guess offices in
NYC
Some sexy clothing

▶Suits you, Cressida!
Prince Harry's ex-
girlfriend opts for an
androgynous look in
harem pants and braces
at a Gentlemen in Film
event

▶New appointments!
Patricia Clarkson and
Campbell Scott to join
cast of House Of Cards
season five
Clarkson had recurring
role in Parks & Rec

▶Flying high! Busty
Rihanna plays the
captain in couture while
paying homage to
Amelia Earhart in
striking new photo
shoot
The 28-year-old singer

▶Now you can get the
look! Prince's iconic
Under the Cherry Moon
costume and touching
handwritten speech
among huge batch of
items up for auction

▶'I knew my heart was
stopping': Late former
cocaine addict Tara
Palmer-Tomkinson
revealed she almost
died from an overdose
in devastating interview



.                           Sponsored Links

Gigi Hadid's Go-To Shoe Is Surprisingly
Affordable

WhoWhatWear | Everlane


Psoriasis Triggers: What to Watch Out For

HealthCentral.com


This Simple Skin Fix May Surprise You

Primal Plants Dietary Supplement - Gundry MD

DON'T MISS

What WAS Tara Palmer-
Tomkinson's brain
tumor? Socialite had a
benign mass that

causes fatigue and low
blood pressure - but
deaths are very rare

'They told me my voice
was going to go away':
Country singer and
American Idol runner-up
Lauren Alaina reveals
her six-year battle with
bulimia

Dwayne 'The Rock'
Johnson set to make
cameo in wrestling
movie based on true
story of WWE standout
diva Paige
The wrestler turned actor

Well, that escalated
quickly! Robbie
Williams SNOGS the 55-
year-old host of Italy's
Sanremo Music Festival
live on stage
Surprised!

Orange Is The New
Black gets a season five
premiere date as Netflix
shares a new sneak
peek of the series
Much-awaited shows
released on June 9

Letting loose!
'Pregnant' Irina Shayk
covers up in a baggy
black top and leather
jacket as she heads out
for casual shopping trip
Bradley Cooper girlfriend

Eleven's new look:
Millie Bobby Brown
debuts curly locks as
she joins Stranger
Things cast for cover of
Entertainment Weekly
The 12-year-old actress

She's a blonde
bombshell now! Girls
star Allison Williams
reveals her beauty
secrets as she goes
platinum for new cover
shoot

'It's impossible!'
Spencer Pratt hints that
wife Heidi is PREGNANT
as he reveals he's
struggling to select a
baby name
Former The Hills stars

Doing business by
phone now, David?
Beckham smiles while
making a call... days
after being left red-faced
by hacked email
scandal
Under pressure star

RHONJ's Danielle
Staub returns to the hit
Bravo show after
her infamous table
flipping fight seven
years ago
The 54-year-old

It's the Meghan effect!
Now it's Harry's
girlfriend whose fashion
choices are driving
sales (and her tastes
are a lot more frugal
than Kate Middleton's)

2/9/2017
Case 1:15-cv-07433-LAR Document 605-1 Filed 02/09/17 Page 22 of 33
Pedophile Jeffrey Epstein accused of new sex trafficking | Daily Mail Online

Helena Christensen, 48, flaunts her phenomenal figure in lacy black lingerie as she shares raunchy behind the scenes clip at photoshoot

The final weeks of an It Girl: Tragic Tara toured Net A Porter and visited Thailand before returning to the London apartment where she was found dead

Soap actress, pop star and a super rich property developer: Tara Palmer Tomkinson's colorful love life revisited after the socialite dies aged 45

Queen Maxima swaps her somber coat for a sequinned gown as the Dutch royals make a stylish entrance at a glittering dinner in Germany

Mena Suvari beams as she goes make-up free after fitness session with friends
The American Beauty actress looked cheerful as she headed out

'Got hit by a speeding loon and he fled': Chrissy Teigen reassures fans after being involved in a hit and run car accident
Hollywood smash

Almost a mom! Makeup-free Amanda Seyfried can barely conceal her bump in tight T-shirt and winter jacket as she strolls in Los Angeles

'I'm disgusted when I look at her': Javi Marroquin slams Teen Mom ex Kailyn Lowry following bitter Twitter spat
Bitter dispute

Mackenzie Phillips, 57, reveals that members of her own family still blame HER for exposing her 10-year incestuous relationship with her father

'I must live on another planet!' Dakota Johnson is stunned to only just learn of Beyonce's pregnancy ... days after THAT Instagram announcement

Well, diamonds are a girl's best friend! Stylish Sofia Vergara shops at Beverly Hills jewelry shop
Cut a relaxed chic look in torn jeans and stilettos

▶ Doting mom Hilaria
Baldwin shares
precious bonding time
with one-year-old
son Rafael during
morning stroll in New
York

▶ Barefaced beauty
Sienna Miller cuts a chic
figure in skinny jeans
and a khaki bomber
jacket as she enjoys a
stroll
Stepped out in New York

▶ Melissa McCarthy
undergoes another
amazing transformation
on set of new film with
Richard E. Grant... after
THAT Sean Spicer
parody on SNL

▶ Dannii Minogue smiles
broadly amid claims
sister Kylie's family are
'thrilled' the Joshua
Sasse engagement is
off

▶ Daddy cool: John
Travolta cuts a stylish
figure on the slops as
he watches over son
Ben, six, during ski
lesson in Austria
The 62-year-old star

▶ 'I don't want to piss
Nicole Kidman off!'
Viola Davis jokes she
doesn't want an Oscar
win over Australian
actress as she wants to
be invited to her Sydney
mansion

▶ Xoxo! Leighton
Meester stuns in a rare
magazine shoot as she
talks going back to work
after having a baby and
growing up Blair
Waldorf

▶ Ivanka shares sweet
snap of her and
'personal assistant'
baby Theodore at the
White House as
husband Jared is seen
leaving for work early

▶ Hanging with his
second Bourne! Matt
Damon keeps it casual
as he spends quality
time with daughter Gia
in Los Angeles
The Hollywood actor

▶ 'I love looking
beautiful... but it's one
tiny piece of me': Ugly
Betty star America
Ferrera reflects on her
responsibility to women
in Hollywood

▶ The scarves!
Catherine Zeta-Jones
gives tour of her
cavernous closet
loaded with luxury
The 47-year-old Oscar
winner shared a video

▶ Could Tamron Hall be
Kelly Ripa's next co-
host? Presenter is
'being encouraged to
throw her hat in the
ring' after abruptly
quitting Today show

▸ **Aiming to please! Dakota Johnson accentuates her slender frame in quirky jumper and wide-leg pants as she promotes Fifty Shades Darker in Madrid**

▸ **In the bag! Lily-Rose Depp shows off new Chanel purse and model looks while arriving at studio in Los Angeles**
The 17-year-old was looking fabulous

▸ **Careful there! Kylie Jenner busts out of a bustier as she gives fans more than just a sneak peek of new collection from hers and sister Kendall's line**

▸ **'I'm proud of my body': Lady Gaga hits back at body shamers... while thanking fans for support after Super Bowl gig**
Sensational show

▸ **Brad Goreski of Fashion Police deems Tamra Judge as Housewives star 'most in need of a makeover' on WWHL**

▸ **Gigi Hadid and Zayn Malik head out on a low-key outing as they surface for first time since supermodel became embroiled in 'racism' accusations**

▸ **Shades of boob! Jennifer Lopez shares VERY energetic rehearsal for Vegas show... and narrowly escapes wardrobe malfunction**

▸ **Keeping it hot! Kyle Richards shares a steamy lip-lock with husband Mauricio on vacation in Cabo**
This couple keeps it hot on vacation

▸ **'I won't be offended if you untag me when making plans for my death': J.K. Rowling's VERY snippy response to a fan who made a heartwarming meme**

▸ **Michael Jackson was near bankruptcy banker testifies as court prepares to decide if his estate owes $1 BILLION in unpaid taxes**
Terrible state of affairs

▸ **'Needs to sew her f***ing lips shut': Kyle Richards lashes out at Lisa Rinna for badmouthing her sister on RHOBH**
She was not happy

▸ **'I just single white femaled my friend!' Olivia Wilde debuts new platinum bob at Tiffany bash only to find it looks EXACTLY like Kate Mara's**

Pedophile Jeffrey Epstein accused of new sex trafficking case | Daily Mail Online

▶ WATCH as Kristen
Stewart plays the
vulnerable and brittle
heroine in the new
unnerving full-length
trailer for Personal
Shopper

▶ Emily Ratajkowski
packs on the PDA with
musician boyfriend Jeff
Magid as they share
rare insight into their
romance on saucy
Snapchat

▶ An unlikely duo! Justin
Bieber appears in a
VERY bizarre Japanese
phone commercial with
eccentric comic Piko
Taro
What's he up to?

▶ Selena Gomez puckers
up for selfie in white
halter dress... after hot
date with The Weeknd
Pop diva had just caught
a flight out of LAX Airport
that same morning

▶ Pitter patter of little
feet? Newlyweds Margot
Robbie and Tom
Ackerley start their
family as they ADOPT a
gorgeous rescue puppy
named Boo Radley

▶ 'Now is the right time':
Adele 'is planning for
baby number two' with
partner Simon Konecki
ahead of summer hiatus
Keen to extend her family

▶ Make SNL Great
Again! Alec Baldwin's
Trump impersonation
and Melissa McCarthy's
portrayal of Sean Spicer
gives show its highest
rating in 22 years

▶ What a firecracker!
Dancing With the Stars
beauty Kym Johnson is
ravishing in red at the
Woman's Day Red
Dress Awards in New
York
Ballroom queen, 40

▶ 'It was sexy': Keith
Urban surprised Nicole
Kidman with huge
fireworks display one
Valentine's Day... but
awards will keep them
apart this year

▶ Make-up free
Alessandra Ambrosio
shows off her slender
frame in tight Victoria's
Secret gym gear as she
heads for grueling
workout

▶ 'He loves getting
drunk and I love getting
drunk': Ed Sheeran, 25,
reveals he has boozy
nights out with 52-year-
old actor Russell Crowe

▶ What's your secret?
Bella Hadid and a host
of models board the Air
Tommy jet ahead of the
Hilfiger show... but does
it remind you of
something?

▶ Chip off the old block! Reese Witherspoon brings her lookalike daughter Ava to premiere of Big Little Lies
Mother-daughter duo

▶ Make-up free Jennifer Garner looks effortlessly chic in a cozy gray jumper and skinny jeans on shopping trip
She's fast approaching her 45th birthday

▶ How sweet! Busty Kim Kardashian treats Kanye West to a spa day and even makes a stop at ice cream shop so her husband can get a cone
Romantic date

▶ 'Rest with the galactic stars!' George Takei and Dirk Benedict lead tributes to Battlestar Galactica's Richard Hatch who has died from cancer at 71

▶ Patriots star James White enjoys day at Disney World after Super Bowl but reveals he lost game-winning football - and he won't be getting a car this year

▶ Living like a celebrity in the City of Angels' most heavenly hotels: Inside Kim Kardashian's favorite LA lodgings and the plush star of Pretty Woman

▶ Bethenny Frankel wears kinky knee-high boots as she steps out for a night on the town...after ex was arrested for stalking
Looking great

▶ Miley Cyrus dresses down for lunch date with fiancé Liam Hemsworth at Malibu bistro Ollo
The 24-year-old pop diva was ready for the gym in a black Vans hoodie

▶ Dressing to match your mood? Stern-faced Victoria Beckham dons somber ensemble and sneakers as she focuses on work amid David's email scandal

▶ A step Beck in time: Brooklyn Beckham shares sweet throwback snap with dad David amid email hacking scandal
Showed his loyalty

▶ Cheerful Camilla is presented with bouquets of flowers as she and Charles tour an art gallery in Hull after it's named 2017's European City of Culture

▶ So in love! Nicole Kidman flashes flesh in plunging split gown as she packs on PDA with Keith Urban at Big Little Lies premiere
Looked sensational

▶ 'It's an unfair and unwinnable game': Lena Dunham defends Taylor Swift's dating history as she brands criticism as sexist
Long list of ex lovers

▶ Why stars like David Bowie turn to sex, drugs and rock 'n' roll: Music acts on the brain in the same way as addictive pleasures
Canadian researchers

▶ Turning the street into a catwalk! Supermodel Cindy Crawford, 50, struts her stuff in tight white jeans on first visit to Australia in ten years

▶ A vision in white: Keke Palmer shows cleavage at the Young Hollywood studio as she promotes her new book I Don't Belong To You
Showed off personality

▶ Queen Maxima and King Willem-Alexander lay flowers at the Buchenwald memorial as the Dutch royals continue their official tour of Germany

▶ Long-lost 8mm footage of the Beatles performing in Canada at the height of their fame is expected to sell for $12,000 at auction
1964 show in Montreal

▶ That's the power of love! Celine Dion left flabbergasted as man proposes in front of her... and photobombs magic moment with funny facial expression

▶ Tyga sued by process server who was 'attacked by rapper's entourage' while handing him summons for another case

▶ 'Baseless rumors': Nikki Reed posts cozy photo with husband Ian Somerhalder and his ex Nina Dobrev and BLASTS speculation of a feud

▶ Jack's back! Nicholson 'set to star in English language remake of Oscar nominated German film Toni Erdmann'
Has won three Oscars

▶ Scottie Pippen and estranged wife Larsa 'halt divorce proceedings as they begin working on their marriage'
Reconciliation rumours

▶ 'She'll be taking it easier than normal': Pregnant Beyonce will tone down her performance at the Grammys
Expecting twins

Case 1:15-cv-07433-LAP Document 605-1 Filed 02/09/17 Page 28 of 33

▸ **Dev Patel jets out of LAX as he heads to London for the BAFTAs... after being tipped for Best Supporting Actor award glory for role in Lion**

▸ **'I am not overwhelmed, but I am definitely whelmed': Blazing Saddles legend Mel Brooks, 90, to receive BAFTA Fellowship at glitzy prizegiving**

▸ **She has good jeans! Sophie Turner shows off her super-slim legs in skintight denim as she steps out in LA**
Game of Thrones beauty.

▸ **Ex-Top Gear host James May itches to sell the classic 1972 Rolls Royce Corniche he dreamed of owning after finding out he is allergic to its leather seats**

▸ **Olivia Palermo is stylish in black coat and faux fur scarf at NYC launch event for Ashley Biden's hoodie collection**

▸ **Ouch! Kate Winslet appears bruised and battered on set of The Mountain Between Us in British Columbia**
That looks like it must have hurt

▸ **Top of the crops! Bella Hadid bares her toned tummy in behind-the-scenes footage for latest modeling gig with Nike**
Sexy yet sporty

▸ **Beau my word! Ellen DeGeneres' former lover Anne Heche smooches boyfriend at Big Little Lies premiere**
Was once involved with Ellen DeGeneres

▸ **Just like Kim! Kourtney Kardashian shows off her bare legs as she wears a hoodie as a dress when taking Mason out in LA**
Flashed her legs

▸ **Putting her best face forward! Melanie Griffith, 59, shows off slim figure in tight black leggings after leaving skincare salon**
Pampered herself

▸ **Shailene Woodley teams up with Zoe Kravitz as they reveal some decolletage at premiere for HBO's Big Little Lies in Hollywood**
Glamorous and beautiful

▸ **Lena Dunham wears orange silk dress as she joins business partner Jenni Konner for a talk about anxiety and OCD**
Attended talk about social difficulties

Complaint Jeffrey Epstein accused of new sex trafficking case | Daily Mail Online

▶ **Black-clad Selma Blair strolls in Beverly Hills and mourns the death of her beloved dog Wink**
It's been an emotional week for the 44-year-old Grammy nominee

▶ **What a doll! Gigi Hadid is transformed into a Barbie doll for new Tommy Hilfiger capsule collection**
One of the world's most sought after models

▶ **He's got a Passenger! Chris Pratt keeps walking as son Jack clings to his leg during fun family outing in Atlanta**
Adorable candid shots

▶ **'Don't call ME ignorant!' Zayn Malik lashes out at trolls who called him a TERRORIST... after defending girlfriend Gigi Hadid in 'racism' storm**

▶ **'Be mine, marry me' New Fifty Shades Darker trailer teases Christian's dreamy proposal... and more steamy moments from the film**
Pivotal moment

▶ **'He's eating like a little pig': Father of nine Mel Gibson, 61, says newborn son Lars is 'doing great'**
Oscar nominee is proud of his new baby boy

▶ **Peep show! Kelly Rutherford flashes her bra in semi-sheer jumpsuit at the Epson Digital Couture**
Made quite the appearance

▶ **Scarlett Johansson and 'estranged' husband Romain Dauriac keep a low profile as they jet into New York following rumors of split**
Traveling together

▶ **Hitting the ground running! Cindy Crawford looks amazing as the supermodel arrives in Australia for the first time in 10 years wearing a leather jacket**

▶ **'I've got two words for you my friend - the gym!': Denzel Washington pokes fun at Mel Gibson's weight at the Oscar nominees luncheon in Beverly Hills**

▶ **Did YOU spot them? Fashion fan highlights secret details in Lady Gaga's Super Bowl outfit that he believes are signs of her support for the LGBT community**

▶ **'Get a life!': Sharon Osbourne SHAMES David Beckham over 'shallow' calls to get a knighthood in furious rant over his leaked email scandal**

2/9/2017
Case 1:15-cv-07433-LAP Document 605-1 Filed 02/09/17 Page 30 of 33
Complaint Jeffrey Epstein accused of new sex trafficking case | Daily Mail Online

**'You need to be single!': Kelly Ripa and husband Mark Consuelos roast Bachelor star Nick Viall during his Live! appearance**
Honest advice

**'I grew up not loving how I looked': Christie Brinkley's daughters Sailor and Alexa plead for women to accept their bodies after starring in SI**

**EXCLUSIVE PICTURES: Flaunting it! Hailey Baldwin splashes around in the water on bikini break in Hawaii**
The 20-year-old model
Guess in Waikiki

**Full of youthful exuberance! Sarah Silverman grins with glee at airport... after being mistaken for Kate Beckinsale's daughter**
Beamed a huge smile

**Queens, start your engines! Lady Gaga is to guest judge season premiere of RuPaul's Drag Race after delivering ace Super Bowl performance**

**'Hopefully she turns a corner': Tom Brady says prognosis of mom's cancer battle is good... and he's praying Super Bowl win provides 'healing energy'**

**Bottoms up! Jimmy Fallon flaunts his delightful derriere as Joe Jonas gives him underwear modelling lesson**
Passing on tips

**Comedian Irwin Corey known as The World's Foremost Authority dies in New York aged 102**
The Brooklyn native passed away at his home in Manhattan

**Beyoncé 'being sued by estate of New Orleans rapper Messy Mya for sampling the artist's work without permission in Formation'**
Heading to court

**Taking it hard? Amy Adams looks downcast leaving grocery store after being snubbed for an Oscar nomination for Arrival**
Looked mellow

**Gabrielle Union shows stylish side in green overcoat while arriving for Jimmy Kimmel Live show in Hollywood**
Actress arrived in style for her guest slot

**There he goes! Ed Sheeran takes selfies with fans at Sydney Airport as he wraps up Australian promotional tour for his upcoming album**

▶ **'Who's this cruel f**k?': Ed Sheeran forced to make rude remarks in VERY awkward interview with Australian radio hosts Hughesy and Kate**

▶ **Ed Sheeran worries that Sunrise's Sam and Kochie playing a viral video of Donald Trump 'singing' his hit Shape Of You has 'ruined his chances' at Number One**

▶ **Buxom Pamela Anderson writhes around in skimpy lace lingerie as she performs solo sex act for a VERY raunchy anti-Valentine's Day video**

▶ **Tom Brady reveals Gisele Bundchen asked him to retire THREE TIMES the night of Super Bowl win... but he is 'having too much fun'**
The 39-year-old

▶ **Eva Mendes looks fresh faced and happy as she visits celeb hot spot Epione in Beverly Hills**
Was out getting lunch in LA

▶ **She's Taken again! Maggie Grace shares snap of herself with fiance Brent Bushnell after getting engaged**
Posted a pictured to Instagram

▶ **Mischa Barton looks in good spirits as she emerges make-up free in LA following shocking 'meltdown'**
The 31-year-old was spotted running errands

▶ **Seeking frills! Braless Pamela Anderson teases her famous cleavage in nothing but high-waisted knickers and a sheer lace frock**
Rolling back the years

▶ **Hats off! Princess Mary steps out in her favorite purple pillbox... appearing to take style inspiration from the late Jackie Kennedy at exhibition opening**

▶ **Human Ken Doll Rodrigo Alves steps out in blazer and skinny jeans during night out in London... after denying he's addicted to plastic surgery**

▶ **Katy Perry asks 'why are we all so chained?' as she teases new song Chained To The Rhythm written by Sia**
A silver disco ball that is chained to her ankle

| Today's headlines | Most Read |
| --- | --- |


**'Links to the Illuminati', Masonic masters and a corpse that was evicted a year after being buried: The...**


'Go buy Ivanka's stuff': Kellyanne breaks federal regulations to shamelessly plug Trump daughter's fashion...

Pedophile Jeffrey Epstein accused in new sex trafficking case | Daily Mail Online


**Top U.S. general says thousands more troops are needed in Afghanistan and Russia is causing problems in...**


Russian newspaper tells women beaten by their husbands to 'be proud of their bruises' after Putin...


**I'm putting it off until I get my birthday gift': People reveal their VERY cold-hearted reasons for waiting...**


Trafficked by her own family: Brave survivor of sexual abuse reveals how paedophiles made her 'star' in vile...


**Mother-of-two is charged in child pornography case involving an ex-firefighter who dressed as clown for...**


Michigan mother, 19, 'sexually abused her three-month-old son and created child porn'


**Married couple in their 40s arrested after 'offering to pay their 16-year-old daughter's two friends for...**


Mother of girl, 14, 'molested by a female teacher for months found sexts from the married 32-year-old woman...


**What a difference a day makes! Schools closed, more than 3,500 flights cancelled as huge storm dumps up to a...**


Madonna's adoption bid: How pop queen charmed Malawian judge who feared star was 'robbing country's greatest...


**Mystery red sprites and blue jets are spotted in space: Astronaut captures best ever images of the strange...**


Can YOU spot all TWELVE members of the Household Cavalry hiding in the Brunei jungle in this amazing...


**'I know this wasn't your intention': Mom FORGIVES home invaders for killing her nine-year-old daughter as...**


Pictured: Former auctioneer, 51, who 'hijacked a taxi while drunk and went on a naked joyride through a...


**Are these the worst selfie fails EVER? Hilarious images sweeping the web feature rogue photobombers...**


Experienced sheriff is sacked after he was filmed pinning an inmate to a metal table and smashing him in the...


**Luxury cars, flash hotels and celebrity links: Inside the high-flying lifestyle of a suspected Asian 'drug...**


'I don't have to lie about nothing': New York Knicks star Charles Oakley, 54, says he was unfairly targeted...


**Filming in the eye of the storm: Footage gets VERY close to a tornado that destroyed homes in Louisiana and...**


Fifty Shades FITTER: On-set personal trainer reveals how she prepped Dakota Johnson and Jamie Dornan for...


**'I'm going to kill myself': Mischa Barton threatened suicide during meltdown and said that she 'wanted to...**


'I'd slept with the boss': Applicants reveal their most embarrassing job interviews EVER (including falling...


**El Chapo's sons are injured in cartel attack: Relatives of jailed drug lord 'are wounded by their father's...**


'I'm a lawyer too you stupid woman!' Astonishing video captures two legal workers in furious row over an ARM...


**Putin apologises after a Russian air strike accidentally kills three Turkish soldiers while trying to hit...**

Pentagon says airstrikes in Syria killed 11 al-Qaeda operatives - including 'a senior leader who once had...


**Terror mastermind Khalid Sheikh Mohammed sent a letter to Obama days before the ex-President left office...**

▶ MORE HEADLINES

Sponsored Links

**Gigi Hadid's Go-To Shoe Is Surprisingly
Affordable**
WhoWhatWear | Everlane

**Psoriasis Triggers: What to Watch Out For**
HealthCentral.com

**This Simple Skin Fix May Surprise You**
Primal Plants Dietary Supplement - Gundry MD

FROM THE
MAKERS OF
CANDY CRUSH

**Farm Heroes Saga, the #4
Game on iTunes. Play it
now!**



more

Back to top

Sitemap | Archive | Video Archive | Topics Index | Mobile Apps | Screensaver | RSS | Text-based site | Reader Prints | Our Papers | Top of page
Daily Mail | Mail on Sunday | This is Network | This is Money
Metro | Jobsite | Mail Travel | Zoopla.co.uk | Prime Location

Published by Associated Newspapers Ltd
Part of the Daily Mail, The Mail on Sunday & Metro Media Group

© Associated Newspapers Ltd
Contact us   How to complain   Advertise with us   Contributors   Work with Us   Terms   Privacy policy & cookies