# **EXHIBIT 2**

Palm Beach Daily News Article
Feb. 2, 2017



CLASSIFIEDS    HOMES    PUBLIC NOTICES    ADVERTISE    79°

NEWS   SHINY SHOTS   REAL ESTATE   SOCIETY   LIFESTYLES   ARTS   FASHION   MORE   EPAPER   **SUBSCRIBE** as low as $9.99   **LOG IN**



# High-profile cases: Crimes that shook Palm Beach through the decades

**Palm Beach Daily News celebrates 120 years of covering the island.**

NEWS    By PBDN         2



Richard Sullivan is shown after his arrest in 1971. His prison sentence of 35 years was reduced by 15 years after he cooperated with authorities and told them where to find the near $600,000 he took from The Bank of Palm Beach and Trust Co. An accomplice, Gary Allen Ansin, held bank President Jake Morgan's family hostage during the robbery. The man escorting Sullivan is unidentified. Daily News File Photo

Posted: 11:32 a.m. Thursday, February 02, 2017

Palm Beach is known as a safe enclave but there have been some standout crimes through the decades. Here are some of them:

**Jamaica Lane shooting, 1951.** Eighteen-year-old Hugh Berry, who was committed to a sanitarium but was turned away because of a shortage of beds, went on a shooting spree that left his grandmother dead. News reports at the time characterized the hunt for Berry as "the greatest manhunt in the history of the Palm Beaches." Hugh Berry was ruled "mentally incompetent" and committed to a mental-health facility in Chicago. He was eventually released and died in Mexico on Dec. 31, 1963, of complications from pneumonia.

**> Special Section: 120 years of Palm Beach Daily News**

**JFK assassination plot, 1960.** A Palm Beach police officer foiled a Dec. 15, 1960, assassination plot on then President-elect John F. Kennedy, while he and his family were staying at the Kennedy home on North Ocean Boulevard. Richard Paul Pavlick, a 73-year-old retired postal clerk from New Hampshire, was arrested in a car filled with sticks of dynamite. Pavlick had stalked Kennedy's Palm Beach surroundings, including St. Edward Catholic Church, which the family attended. Pavlick was committed to a mental-health facility

and criminal charges against him were dropped after President Kennedy was assassinated. He died in 1975.

**Palm Beach Bank and Trust Co. heist, 1971.** Characterized by the FBI as the "biggest single bank robbery in South Florida history" at the time, the nearly $600,000 heist began with a hostage situation at the home of the bank's president. Two gunmen posing as policemen took off with the money after abducting James E. Morgan Jr. at gunpoint from his West Palm Beach home March 3, 1971. Gary Allen Ansin and Richard Michael Sullivan eventually were caught and convicted.

**Council candidate murder, 1976.** When Richard Kreusler, an oil executive, opened his door around 10 p.m. Jan. 16, 1976, he was met by three shotgun blasts. Mark Herman was convicted in 1978 and sentenced to life in prison. In 1992, Gov. Lawton Chiles said he had "serious doubts" about his guilt and commuted his sentence to time served and freed him.

### Related


PHOTOS: Palm Beach Daily News celebrates 120 years


120 years: Shiny Sheet has been voice of Palm Beach for more than a lifetime


'Shiny Sheet' celebrates 120 years


Inspiration for Monopoly's Mr. Moneybags had eye-popping estates


Donald Trump's top 10 reasons he loves Palm Beach, as we see it

**Palm Beach Towers heist, 1976.** The Palm Beach Towers robbery — when three or four thieves netted $4 million in jewelry, money and stocks — remains unsolved. Posing as security guards, the robbers overpowered and disarmed the real guards, who were bound and gagged along with the switchboard operator in the early morning hours of April 14, 1976. The bandits pried open nearly 200 of the 305 safety-deposit boxes at the Towers and made off with the loot. At the time, the heist was the largest in Palm Beach history.

**Trojan Horse Caper, 1979.** Law student William Brent McFarlan, 23, packed himself into a crate equipped with drinking water, a urinal and a wig and had it delivered to the First National Bank on April 26, 1979. That night McFarlan popped out of the crate, forced the night watchman into a vault and took upwards of $50,000 in gold coins. One item missing after the theft was a coin collection owned by former Palm Beach Mayor Earl E.T. Smith, which he valued at $170,000. It was never recovered. McFarlan was convicted at trial but disappeared while out on bond awaiting sentencing. His whereabouts remain a mystery.

**William Kennedy Smith rape case, 1991.** A Jupiter woman said she met William Kennedy Smith at Au Bar and went back to the Kennedy estate



NEWLY REMODELED BERMUDA STYLE
Joe DeFina | 561.313.6781

We celebrate the rare, the beautiful and the exceptional in all things, including the most desirable homes in the world.

VIEW LISTING

### Sign up for Newsletters

Want more news? Sign up for newsletters to get more of The Shiny Sheet delivered to your inbox.

### Popular in News

**1**

Donald Trump in Palm Beach: Expect traffic delays through May

**2**

Breaking: Palm Beach announces


William Kennedy Smith. Lannis Waters / Daily News

with him after the nightclub closed at 3 a.m. She claimed Smith raped her near the pool about 4 a.m. After a high-profile trial, Smith was acquitted.

**Lita Sullivan murder, 1987.** Former Landmarks Preservation Chairman James Sullivan became an international fugitive after being indicted in the murder of his estranged wife, Lita. From his Palm Beach mansion, officials charged, Sullivan hired a hit man to pose as a flower delivery man and kill his estranged wife at the couple's suburban Atlanta home. Sullivan fled to Thailand. After being captured and extradited, he was convicted in 2006 of first-degree murder and is serving a life sentence.

**Rosemarie Keller murder, 2003.** Real estate mogul Fred Keller killed his estranged wife Rosemarie and wounded his brother-in-law Wolfgang Keil in 2003. In May 2007, he was convicted of first-degree murder and first-degree attempted murder in the shooting. Keller, 72, died three months later from the effects of his long-standing leukemia.

**Worth Avenue art thefts, 2008.** Real-life imitated art when a print of The Frugal Repast, as well as a print of Jacqueline Reading, Picasso's portrait of his last wife, vanished from the Worth Avenue Gallery Biba. Together, the prints were valued at $540,000. Eventually they were recovered and Marcus Patmon, 37, of Miami was arrested and charged with burglary and grand theft. He was sentenced in U.S. District Court in Delaware to 23 months behind bars and ordered to pay restitution.


James Sullivan


Fred Keller

Trump traffic plan through May

**3**

Worth Avenue working to combat loss of business with Trump visit



**Jeffrey Epstein case, 2008.** Jeffrey Epstein pleaded guilty in 2008 to soliciting a minor for prostitution and to soliciting prostitution. He served 13 months of an 18-month sentence in the Palm Beach County Stockade with liberal work-release privileges. Lawsuits against him contained similar allegations: Epstein, through his employees and assistants, brought minor girls to his home for


Rosemarie Keller

erotic massages and sometimes sex. More than two dozen suits were confidentially settled.

**Bernie Madoff Ponzi scheme, 2008.** Madoff, a New York trader and part-time resident, was arrested in December 2008 and eventually tried, convicted and sentenced by a federal judge to 150 years in prison for running the biggest Ponzi scheme in U.S. history. Palm Beach victims saw it as a betrayal to his community. His homes on the island and New York were sold to repay investors. Irving Picard, the trustee recovering money for victims, has recovered billions. The Justice Department has allowed claims for losses from indirect investors.


Jeffrey Epstein

**Condo shooting, 2014.** Charles Michael Croghan of Lantana walked into The President of Palm Beach condominium, went to the office of manager Jeremy Holland and shot him point-blank in the head. He also threatened Holland's fiancée, Dana Enriquez, with a gun. A plea deal reached in March put him behind bars for 20 years.

*Compiled from Palm Beach Daily News Archives*



Bernard Madoff



Charles Michael Croghan is serving 20 years for shooting a condo manager in the head.


Jeremy Holland and Dana Enriques

## Reader Comments  2

## Next Up in Local News



### Why first-born children really do have a mental edge
*by Shelby Lin Erdman, Cox Media Group National Content Desk*

Birth order really does make a difference in intelligence levels, according to a new study. First-born children have a mental edge and "outperform their siblings" in thinking skills, researchers at the University of Edinburgh and the University of Sydney reported.  The oldest child receives "more mental stimulation from...



### President Trump to play golf in Jupiter? New advisory indicates yes
*by Kristina Webb, Palm Beach Post Staff Writer*

It looks like President Donald Trump will play golf Saturday morning with Japanese Prime Minister Shinzo Abe at Trump's Jupiter golf club. The Federal Aviation Administration issued a temporary flight restriction for the airspace over Jupiter, centered on the intersection of Frederick Small Road and A1A, right next to the Trump...

### Sinkhole opens on North Lake Way in Palm Beach
*by Eleanor Roy, Daily News Staff Writer*

High-profile cases: Crimes that shook Palm Beach through the decades
Case 1:15-cv-07433-LAP   Document 605-2   Filed 02/09/17   Page 9 of 9
2/9/17, 10:24 AM



A small section of North Lake Way will be reduced to one lane today as town utility workers fix a sinkhole. The work is being done at 445 N. Lake Way, between Via Tortuga and Via Las Brisas, where an 8-foot wide concrete storm water drain pipe runs from a pump station to the Intracoastal. Water Resources Division Manager Doug Terry said the sinkhole...



### Plane makes emergency landing after 'security issue'
by Theresa Seiger, Cox Media Group National Content Desk

An American Airlines plane that made an unscheduled stop Thursday morning in St. Louis because of an unspecified "security issue" has been cleared to continue its journey from Ohio to Arizona, airport officials said. Flight 534, headed to Phoenix from Columbus, Ohio, was diverted to Lambert-St. Louis International Airport around 8:15...



### PHOTO: Boy visiting twin's grave on first day of school breaks hearts
by Crystal Bonvillian, Cox Media Group National Content Desk

A picture of an Alabama boy visiting the grave of his twin brother on his first day of school has gone viral as the twins' mother speaks out about the condition that killed her son before he was born. Walker Myrick, of Florence, is now 9 years old, but it is a picture taken in 2012, when he was 5, that has gained international attention. Walker&rsquo...

## More Stories

INSIDE THE SHINY SHEET ▶     MARKETPLACE ▶     FOLLOW US ▶     CONTACT US ▶     TOP ▲

© 2017 Cox Media Group. By using this website, you accept the terms of our Visitor Agreement and Privacy Policy, and understand your options regarding Ad Choices ▷ . Learn about careers at Cox Media Group