# EXHIBIT 3

Cast and Crew of
*Silenced: Our War on Free Speech*

# Silenced.

*our war on free speech*

Home » Cast / Crew


## Cast / Crew


### Father John Bakas
*1 Sep, 2016  in Cast / Crew by Loren*


### Goldmund
*26 Aug, 2016  in Cast / Crew by Loren*


### Melissa Chen
*26 Aug, 2016  in Cast / Crew by Loren*


### AJ Fouladpour
*22 Aug, 2016  in Cast / Crew by Loren*


### Chuck Ludwig
*18 Aug, 2016  in Cast / Crew by Loren*


### Eric Holland
*3 Aug, 2016  in Cast / Crew by Loren*


### Dulce Sloan
*28 Jul, 2016  in Cast / Crew by Loren*


### Michael Stutz
*28 Jul, 2016  in Cast / Crew by Loren*


### Scott Greenfield
*27 Jul, 2016  in Cast / Crew by Loren*


### Harrison Slater Van Pelt
*22 Jul, 2016  in Cast / Crew by Loren*


### Julie Foster
*8 Jul, 2016  in Cast / Crew by Loren*


### Rachel Marsden
*8 Jul, 2016  in Cast / Crew by Loren*


### Ariana Rowlands
*8 Jul, 2016  in Cast / Crew by Loren*


### Paul Provenza
*8 Jul, 2016  in Cast / Crew by Loren*


### Sherrod Small / Kurt Metzger
*23 Jun, 2016  in Cast / Crew by Loren*


### Dr. Michael Goldberg
*23 Jun, 2016  in Cast / Crew by Loren*


### Bosch Fawstin
*23 Jun, 2016  in Cast / Crew by Loren*


### David Horowitz
*18 Jun, 2016  in Cast / Crew by Loren*





#### Alan Dershowitz
*12 Jun, 2016  in Cast / Crew by Loren*

#### Catherine Fitzpatrick
*12 Jun, 2016  in Cast / Crew by Loren*

#### Justine Tunney
*12 Jun, 2016  in Cast / Crew by Loren*



#### Brian Tannebaum
*12 Jun, 2016  in Cast / Crew by Loren*



#### Mary Schubert
*12 Jun, 2016  in Cast / Crew by Loren*



#### T.O.N.E.-z
*11 Jun, 2016  in Cast / Crew by Loren*



#### John Schubert
*6 Jun, 2016  in Cast / Crew by Loren*



#### James Altucher
*5 Jun, 2016  in Cast / Crew by Loren*



#### Milo Yiannopoulos
*4 Jun, 2016  in Cast / Crew by Loren*



#### Scott Adams
*4 Jun, 2016  in Cast / Crew by Loren*



#### Jason Pontin
*31 May, 2016  in Cast / Crew by Loren*



#### Dave Rubin
*31 May, 2016  in Cast / Crew by Loren*



### Head Researcher – Christopher Seaton
*28 May, 2016 in Cast / Crew by Loren*



### Aedonis Bravo
*26 May, 2016 in Cast / Crew by Loren*



### Candace Owens
*26 May, 2016 in Cast / Crew by Loren*



### Rabbi Moshe Taub
*26 May, 2016 in Cast / Crew by Loren*



### Demond Handy
*26 May, 2016 in Cast / Crew by Loren*



### Ricky Vaughn
*26 May, 2016 in Cast / Crew by Loren*



### Miriam Seddiq
*26 May, 2016 in Cast / Crew by Loren*



### Oz Sultan
*26 May, 2016 in Cast / Crew by Loren*



### Gavin McInnes
*26 May, 2016 in Cast / Crew by Loren*







#### Anthony Cumia
26 May, 2016  in Cast / Crew by Loren

#### Scooter Downey
21 May, 2016  in Cast / Crew by Loren

#### Thai Rivera
5 May, 2016  in Cast / Crew by Loren



#### Art Director – Larry Rosenthal
28 Apr, 2016  in Cast / Crew by Loren



#### Andrew Auernheimer
27 Apr, 2016  in Cast / Crew by Loren



#### Scott Barrows
27 Apr, 2016  in Cast / Crew by Loren



#### Pax Dickinson
27 Apr, 2016  in Cast / Crew by Loren



#### Charles C. Johnson
27 Apr, 2016  in Cast / Crew by Loren



#### Mike Rotondo
27 Apr, 2016  in Cast / Crew by Loren



#### @ProfJeffJarvis
27 Apr, 2016  in Cast / Crew by Loren



#### Elissa Shevinsky
26 Apr, 2016  in Cast / Crew by Loren

## Post navigation

← Older posts

· © 2017 Silenced. · Designed by Press Customizr · Powered by Ⓦ ·