United States District Court
Southern District of New York

Virginia L. Giuffre,

       Plaintiff,                 Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.

_____/

**DECLARATION OF SIGRID MCCAWLEY IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION IN LIMINE TO EXCLUDE IN TOTO CERTAIN DEPOSITIONS DESIGNATED BY PLAINTIFF FOR USE AT TRAIL**

I, Sigrid McCawley, declare that the below is true and correct to the best of my knowledge as follows:

1. I am a Partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's Order granting my Application to Appear Pro Hac Vice.

2. I respectfully submit this Declaration in Support of Plaintiff's Response in Opposition to Defendant's Motion in Limine to Exclude in Toto Certain Deposition Designated by Plaintiff for Use at Trial.

3. Attached hereto as Sealed Exhibit 1 is a true and correct copy of ███████ ███████████████████████████████.

4. Attached hereto as Sealed Exhibit 2 is a true and correct copy of ███████ █████████████████████.

5. Attached hereto as Sealed Exhibit 3 is a true and correct copy of ███████ ████████████████████████████.

I declare under penalty of perjury that the foregoing is true and correct.


                                  /s/ Sigrid McCawley_____
                                  Sigrid McCawley, Esq.

Dated: February 10, 2017.

                            Respectfully Submitted,

                            BOIES, SCHILLER & FLEXNER LLP

                By:  <u>/s/ Sigrid McCawley</u>
                      Sigrid McCawley (Pro Hac Vice)
                      Meredith Schultz (Pro Hac Vice)
                      Boies Schiller & Flexner LLP
                      401 E. Las Olas Blvd., Suite 1200
                      Ft. Lauderdale, FL 33301
                      (954) 356-0011

                      David Boies
                      Boies Schiller & Flexner LLP
                      333 Main Street
                      Armonk, NY 10504

                      Bradley J. Edwards (Pro Hac Vice)
                      FARMER, JAFFE, WEISSING,
                      EDWARDS, FISTOS & LEHRMAN, P.L.
                      425 North Andrews Avenue, Suite 2
                      Fort Lauderdale, Florida 33301
                       (954) 524-2820

                      Paul G. Cassell (Pro Hac Vice)
                      S.J. Quinney College of Law
                      University of Utah
                      383 University St.
                      Salt Lake City, UT 84112
                      (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 10th day of February, 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

>Laura A. Menninger, Esq.
>Jeffrey Pagliuca, Esq.
>HADDON, MORGAN & FOREMAN, P.C.
>150 East 10th Avenue
>Denver, Colorado 80203
>Tel: (303) 831-7364
>Fax: (303) 832-2628
>Email: lmenninger@hmflaw.com
>       jpagliuca@hmflaw.com

>/s/ Sigrid McCawley
>Sigrid McCawley