# REDACTED EXHIBIT NN