# REDACTED EXHIBIT OO