# REDACTED EXHIBIT PP