# REDACTED EXHIBIT QQ