# REDACTED EXHIBIT RR