# United States District Court
# Southern District of New York

Virginia L. Giuffre,

              Plaintiff,                    Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

              Defendant.

_____/

## JOINT PRETRIAL STATEMENT

      Pursuant to this Court's individual practice rules, the parties hereby submit the following

Joint Pretrial Statement as follows:

      **i.**      **Full Caption of the Action**

      Virginia L. Giuffre, Plaintiff v. Ghislaine Maxwell, Defendant, Case No.: 15-cv-07433-RWS.

      ii.      **The Names and Addresses and Telephone and Fax Numbers of Trial Counsel**:

            <u>**Plaintiff's Trial Counsel**</u>:

| | |
|---|---|
| David Boies: | Boies Schiller & Flexner |
| | 333 Main Street |
| | Armonk, NY 10504 |
| | Tel: 914-749-8200 |
| | Fax: 914-749-8300 |
| | dboies@bsfllp.com |
| | |
| Sigrid McCawley: | Boies Schiller & Flexner |
| | 401 E. Las Olas Boulevard, Suite 1200 |
| | Ft. Lauderdale, FL 33301 |
| | Tel: 954-356-0011 |
| | Fax: 954-356-0022 |
| | smccawley@bsfllp.com |

1

Meredith Schultz:    Boies Schiller & Flexner
401 E. Las Olas Boulevard, Suite 1200
Ft. Lauderdale, FL 33301
Tel: 954-356-0011
Fax: 954-356-0022
mschultz@bsfllp.com

Paul Cassel:    University of Utah
383 University Street
Salt Lake City, UT 84112
Tel: 801-585-5202
Fax: 801-585-2750
cassellp@law.utah.edu

Bradley Edwards:    Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman
425 North Andrews Avenue, Suite 2
Ft. Lauderdale, FL 33301
Tel: 954-524-2820
Fax: 954-524-2822
brad@pathtojustice.com

J. Stan Pottinger:    49 Twin Lakes Road
South Salem, NY 10590
Tel: 914-763-8333
stanpottinger@aol.com

**<u>Defendant's Trial Counsel</u>**:

Laura Menninger:    Haddon, Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO 80203
Tel: 303-831-7364
Fax: 303-832-2628
lmenninger@hmflaw.com

Jeffrey S. Pagliuca:    Haddon, Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO 80203
Tel: 303-831-7364
Fax: 303-832-2628
jpagliuca@hmflaw.com

Ty Gee:    Haddon, Morgan and Foreman, P.C.
150 East 10th Avenue

Denver, CO 80203
Tel: 303-831-7364
Fax: 303-832-2628
tgee@hmflaw.com

iii.   **A brief statement by each party as to the basis of subject matter jurisdiction
and a brief statement by each other party as to the presence or absence of
subject matter jurisdiction.  Such a statement shall include citations to all
statutes relied on and relevant facts as to citizenship and jurisdictional
amount.**



























Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP

By:  /s/ Sigrid McCawley
Sigrid S. McCawley(Pro Hac Vice)
Meredith Schultz (Pro Hac Vice)
Boies Schiller & Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

David Boies
Boies Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

Bradley J. Edwards (Pro Hac Vice)
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
(954) 524-2820

Paul G. Cassell (Pro Hac Vice)
S.J. Quinney College of Law
University of Utah
383 University St.
Salt Lake City, UT 84112
 (801) 585-5202[1]
 *Counsel for Plaintiff, Virginia Giuffre*

By:  /s/ Jeffrey S. Pagliuca
 Laura A. Menninger, Esq.
 Jeffrey Pagliuca, Esq.
 Ty Gee (*pro hac vice pending*)
 HADDON, MORGAN & FOREMAN, P.C.
 150 East 10th Avenue
 Denver, Colorado 80203
 Tel: (303) 831-7364

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

Fax: (303) 832-2628
*Counsel for Defendant, Ghislaine Maxwell*

I certify that on February 10, 2017, I electronically served this *Joint Pretrial Statement* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu


J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com


*s/ Nicole Simmons*
Nicole Simmons