UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

15-cv-07433-RWS

------------------------------------------------------X

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Ty Gee for admission to appear and practice *pro hac vice* in this action is GRANTED.

Applicant has declared that he is a member in good standing of the bar of the state of Colorado; and that his contact information is as follows:

> Ty Gee, Colorado Atty. Reg. #19772
> HADDON, MORGAN AND FOREMAN, P.C.
> 150 East 10th Avenue
> Denver, CO 80203
> Phone: 303.831.7364
> Fax: 303.832.2628
> tgee@hmflaw.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for defendant Ghislaine Maxwell in this action,

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in his action in the United States District Court for the Southern District of New York. All attorneys

1

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Date: 2/10/17

_____
United States District Judge
Robert W. Sweet