


**Haddon, Morgan and Foreman,** P.C
Jeffrey S. Pagliuca

150 East 10th Avenue
Denver, Colorado 80203
PH 303.831.7364 FX 303.832.2628
www.hmflaw.com
pagliuca@hmflaw.com



February 10, 2017

<u>Via Email</u>

Hon. Robert W. Sweet
United States District Judge
United States District Court
Daniel Patrick Moynihan Courthouse
Southern District of New York
500 Pearl Street, Room 1940
New York, New York 10007-1312

    Re: <u>Giuffre v. Maxwell</u>, 15-cv-07433-RWS

Dear Judge Sweet:

I am writing to request a five day, unopposed, extension of time to respond to "Plaintiff's Motion to Exclude Designation of Deposition Excerpts of Alan Dershowitz in an Unrelated Case" (ECF 561) and "Plaintiff's Motion to Exclude Defendant's Designation of Deposition Excerpts of Virginia Giuffre in an Unrelated Case" (ECF 563).

A number of filings by Defendant were due on February 10, 2017 (today) including Defendant's replies to six motions related to expert testimony and her reply in support of her motion for summary judgment. In addition, the Joint Pretrial Order is also due today and will be submitted by the parties. The issues raised by motions in limine and summary judgment are scheduled to be argued on February 16, 2016, making these responses a priority. In addition, I am hopeful that the issues raised in the motions to exclude the designations can be resolved between the parties after a conferral. On February 10, 2016 I conferred with counsel for the Plaintiff, Ms. McCawley, who indicated that she had no objection to this request.

So ordered.
/s/ Judge Sweet USDJ
2/13/17

Respectfully Submitted,

HADDON, MORGAN AND FOREMAN, P.C.

/s/ Jeffrey S. Pagliuca
Jeffrey S. Pagliuca

Hon. Robert W. Sweet
February 10, 2017
Page 2

## CERTIFICATE OF SERVICE

I certify that on February 10, 2017, I electronically served this *LETTER MOTION* via ELECTRONIC MAIL on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons