

HADDON
MORGAN
FOREMAN



Haddon, Morgan and Foreman, P.C
Jeffrey S. Pagliuca

150 East 10th Avenue
Denver, Colorado 80203
PH 303.831.7364 FX 303.832.2628
www.hmflaw.com
jpagliuca@hmflaw.com

February 10, 2017

**Via Email**

Hon. Robert W. Sweet
United States District Judge
United States District Court
Daniel Patrick Moynihan Courthouse
Southern District of New York
500 Pearl Street, Room 1940
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/17

Re:   *Giuffre v. Maxwell*, 15-cv-07433-RWS

Dear Judge Sweet:

I am writing to request that the Court grant an unopposed extension of the page limit for Ms. Maxwell's Reply in Support of Summary Judgment. Contemporaneous with this letter motion Ms. Maxwell has filed her Reply in Support of Motion for Summary Judgment which is 30 pages in length. Counsel for Ms. Maxwell made substantial edits and page reductions to the Reply prior to submitting it to the Court.

The legal issues in this matter are significant and it was necessary to exceed the page limit to appropriately respond to the Response filed by the Plaintiff, ECF 586.

On February 8, 2016 I conferred with counsel for the Plaintiff, Ms. McCawley and Mr. Edwards, who have no objection to this request. Accordingly, Ms. Maxwell respectfully requests that the Court grant this request.

So ordered
[signature] Sweet USDJ
2-13-17

Respectfully Submitted,

HADDON, MORGAN AND FOREMAN, P.C.

*/s/ Jeffrey S. Pagliuca*
Jeffrey S. Pagliuca

Hon. Robert W. Sweet
February 10, 2017
Page 2

## CERTIFICATE OF SERVICE

I certify that on February 10, 2017, I electronically served this *LETTER MOTION* via ELECTRONIC MAIL on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons