```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

VIRGINIA L. GIUFFRE,

                Plaintiff,
                                          15 Civ. 7433 (RWS)
     - against -
                                              O R D E R

GHISLAINE MAXWELL,

                Defendant.
---------------------------------------X
```

**Sweet, D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/17

Plaintiff's motion *in limine* filed February 10, 2017 shall be heard at noon on Thursday, February 23, 2017 in Courtroom 18C, United States Courthouse, 500 Pearl Street. Any opposition shall be filed by February 16, 2017; any reply shall be filed by February 20, 2017.

It is so ordered.

**New York, NY**
**February 13, 2017**

_____
ROBERT W. SWEET
U.S.D.J.