**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

       Plaintiff,                Case No: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.

_____/

**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S COUNTER DESIGNATIONS TO PLAINTIFF'S INITIAL DEPOSITION DESIGNATIONS FOR USE AT TRIAL**

# PAGES 1-20
# FILE UNDER SEAL

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 17th of February, 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

    Laura A. Menninger, Esq.
    Jeffrey Pagliuca, Esq.
    HADDON, MORGAN & FOREMAN, P.C.
    150 East 10th Avenue
    Denver, Colorado 80203
    Tel: (303) 831-7364
    Fax: (303) 832-2628
    Email: lmenninger@hmflaw.com
           jpagliuca@hmflaw.com

                                            /s/ Sigrid McCawley
                                            Sigrid McCawley