```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

VIRGINIA L. GIUFFRE,

                    Plaintiff,
                                           15 Civ. 7433 (RWS)
     - against -
                                               O R D E R
GHISLAINE MAXWELL,

                    Defendant.
------------------------------------X
```

**Sweet, D.J.**

      Plaintiff's motion *in limine* filed February 10, 2017 and previously scheduled to be heard February 23, 2017 shall instead be heard at noon on Thursday, March 9, 2017 in Courtroom 18C, United States Courthouse, 500 Pearl Street. Opposition papers shall be due by February 24, 2017 and reply papers shall be due by March 2, 2017.

      It is so ordered.

**New York, NY**
**February 21, 2017**

                                                       ROBERT W. SWEET
                                                         U.S.D.J.