United States District Court
Southern District of New York

Virginia L. Giuffre,

       Plaintiff,                    Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.

_____/

**DECLARATION OF MEREDITH SCHULTZ IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL ALL WORK PRODUCT AND ATTORNEY CLIENT COMMUNICATIONS WITH PHILIP BARDEN**

    I, Meredith Schultz, declare that the below is true and correct to the best of my knowledge as follows:

    1.    I am a Counsel with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's Order granting my Application to Appear Pro Hac Vice.

    2.    I respectfully submit this Declaration in Support of Plaintiff's Motion to Compel Communication All Work Product and Attorney Client Communications with Philip Barden.

    3.    Attached hereto as Sealed Composite Exhibit 1 is a true and correct copy of ████████████████████████████████████████████████████ ██.

    4.    Attached hereto as Sealed Exhibit 2 is a true and correct copy of ███████ █████████████████.

    5.    Attached hereto as Sealed Exhibit 3 is a true and correct copy of ███████ ██████████████████████████.

    6.    Attached hereto as Sealed Exhibit 4 is a true and correct copy of ████████

████████████████████████████.

      7.      Attached hereto as Sealed Exhibit 5 is a true and correct copy of ████████ ██████████████████████████.


I declare under penalty of perjury that the foregoing is true and correct.


                              /s/ Meredith Schultz_____
                              Meredith Schultz, Esq.

Dated: February 22, 2017.

>Respectfully Submitted,
>
>BOIES, SCHILLER & FLEXNER LLP
>
>By: /s/ Meredith Schultz
>      Meredith Schultz (Pro Hac Vice)
>      Sigrid McCawley (Pro Hac Vice)
>      Boies Schiller & Flexner LLP
>      401 E. Las Olas Blvd., Suite 1200
>      Ft. Lauderdale, FL 33301
>      (954) 356-0011
>
>      David Boies
>      Boies Schiller & Flexner LLP
>      333 Main Street
>      Armonk, NY 10504
>
>      Bradley J. Edwards (Pro Hac Vice)
>      FARMER, JAFFE, WEISSING,
>      EDWARDS, FISTOS & LEHRMAN, P.L.
>      425 North Andrews Avenue, Suite 2
>      Fort Lauderdale, Florida 33301
>      (954) 524-2820
>
>      Paul G. Cassell (Pro Hac Vice)
>      S.J. Quinney College of Law
>      University of Utah
>      383 University St.
>      Salt Lake City, UT 84112
>      (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 22nd day of February, 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

    Laura A. Menninger, Esq.
    Jeffrey Pagliuca, Esq.
    HADDON, MORGAN & FOREMAN, P.C.
    150 East 10th Avenue
    Denver, Colorado 80203
    Tel: (303) 831-7364
    Fax: (303) 832-2628
    Email: lmenninger@hmflaw.com
           jpagliuca@hmflaw.com

                                        /s/ Meredith Schultz
                                           Meredith Schultz