

**HADDON
MORGAN
FOREMAN**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/17

**Haddon, Morgan and Foreman, p.c**
**Jeffrey S. Pagliuca**

150 East 10th Avenue
Denver, Colorado 80203
PH 303.831.7364 FX 303.832.2628
www.hmflaw.com
jpagliuca@hmflaw.com



February 21, 2017

**Via Email**

Hon. Robert W. Sweet
United States District Judge
United States District Court
Daniel Patrick Moynihan Courthouse
Southern District of New York
500 Pearl Street, Room 1940
New York, New York 10007-1312

Re:    *Giuffre v. Maxwell*, 15-cv-07433-RWS

Dear Judge Sweet:

The parties write jointly to request that the Court vacate the hearing to rule on
deposition objections currently scheduled for this Thursday, February 23, 2017, to a
date after the Court enters rulings on other pending motions for the following reasons.

A number of legal issues currently before the Court will likely impact various
portions of deposition testimony designated by the parties. In addition, the parties
shortly will be filing motions *in limine* that also will impact the designated testimony.
*See* ECF 455 at 2.

In the interests of judicial economy, the parties believe it would be appropriate to
have the benefit of the Court's rulings on these other issues, review the designated
testimony in light of such rulings and then address any unresolved designation
objections.

The parties expect to submit in the next few days a proposed schedule for hearings on
remaining legal issues in this matter and a revised proposed scheduling order in light
of the new anticipated trial date of May 15, 2017.

Accordingly, the parties request that the Court vacate the hearing scheduled for
February 23, 2017 in this case to be rescheduled by agreement of the parties and
consistent with the Court's schedule.

So ordered
Sweet
USDJ
2.22.17

Hon. Robert W. Sweet
February 21, 2017
Page 2


Respectfully Submitted,

FARMER, JAFFE, WEISSING, EDWARDS,          HADDON, MORGAN AND FOREMAN, P.C.
FISTOS & LEHRMAN


*/s/ Bradley J. Edwards*                    */s/ Jeffrey S. Pagliuca*
Bradley J. Edwards                          Jeffrey S. Pagliuca


## CERTIFICATE OF SERVICE

        I certify that on February 21, 2017, I electronically served this *LETTER MOTION* via ELECTRONIC MAIL on the following:

Sigrid S. McCawley                          Paul G. Cassell
Meredith Schultz                            383 S. University Street
BOIES, SCHILLER & FLEXNER, LLP              Salt Lake City, UT 84112
401 East Las Olas Boulevard, Ste. 1200      cassellp@law.utah.edu
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

                                            J. Stanley Pottinger
Bradley J. Edwards                          49 Twin Lakes Rd.
FARMER, JAFFE, WEISSING, EDWARDS, FISTOS    South Salem, NY 10590
& LEHRMAN, P.L.                             StanPottinger@aol.com
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

                                            */s/ Nicole Simmons*
                                            Nicole Simmons