United States District Court
Southern District of New York

Virginia L. Giuffre,

       Plaintiff,                Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.

_____/

## DECLARATION OF STAN POTTINGER IN SUPPORT OF
## MOTION FOR PROTECTIVE ORDER FOR NON PARTY WITNESS

I, Stan Pottinger, declare that the below is true and correct to the best of my knowledge as follows:

1. I am a lawyer and duly licensed to practice in New York before this Court pursuant to this Court's Order granting my Application to Appear Pro Hac Vice.

2. I respectfully submit this Declaration in Support of Motion for Protective Order for Non-Party Witness.

3. Attached hereto as Sealed Exhibit 1 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

4. Attached hereto as Sealed Exhibit 2 are true and correct copies of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

I declare under penalty of perjury that the foregoing is true and correct.

                                        /s/ J. Stanley Pottinger_____
                                        J. Stanley Pottinger, Esq.
                                        *Counsel for Sarah Ransome*

Dated: February 22, 2017.

                                  Respectfully Submitted,

                    By: <u>/s/ J. Stanley Pottinger</u>
                        J. Stanley Pottinger
                        *Counsel for Sarah Ransome*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 22nd day of February 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

    Laura A. Menninger, Esq.
    Jeffrey Pagliuca, Esq.
    HADDON, MORGAN & FOREMAN, P.C.
    150 East 10th Avenue
    Denver, Colorado 80203
    Tel: (303) 831-7364
    Fax: (303) 832-2628
    lmenninger@hmflaw.com
    jpagliuca@hmflaw.com

    Sigrid McCawley (Pro Hac Vice)
    Meredith Schultz (Pro Hac Vice)
    Boies Schiller & Flexner LLP
    401 E. Las Olas Blvd., Suite 1200
    Ft. Lauderdale, FL 33301
    Tel: (954) 356-0011
    Tel: (954) 356-0022
    smccawley@bsfllp.com
    mschultz@bsfllp.com

    David Boies
    Boies Schiller & Flexner LLP
    333 Main Street
    Armonk, NY 10504
    dboies@bsfllp.com

    Bradley J. Edwards (Pro Hac Vice)
    FARMER, JAFFE, WEISSING,
    EDWARDS, FISTOS & LEHRMAN, P.L.
    425 North Andrews Avenue, Suite 2
    Fort Lauderdale, Florida 33301
    (954) 524-2820
    brad@pathtojustice.com

Paul G. Cassell (Pro Hac Vice)
S.J. Quinney College of Law
University of Utah
383 University St.
Salt Lake City, UT 84112
(801) 585-5202[1]
cassellp@law.utah.edu

Peter Guirguis, Esq.
MINTZ & GOLD, LLP
600 Third Avenue
New York, NY 10016
(212) 696-4848
guirguis@mintzandgold.com

                                                /s/ J. Stanley Pottinger
                                                     J. Stanley Pottinger, Esq.

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.