UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

VIRGINIA L. GIUFFRE,

                Plaintiff,

                                          15 Civ. 7433 (RWS)

    - against -

                                                O R D E R

GHISLAINE MAXWELL,

                Defendant.

------------------------------------------X

**Sweet, D.J.**

        Plaintiff's motion to compel and the non-party witness's motion for a protective order, both filed February 22, 2017, shall be heard at noon on Thursday, March 9, 2017 in Courtroom 18C, United States Courthouse, 500 Pearl Street. Opposition papers shall be due March 2, 2017, and reply papers shall be due March 7, 2017.

        It is so ordered.

**New York, NY**
**February 23, 2017**

                                                        ROBERT W. SWEET
                                                           U.S.D.J.