UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

15-cv-07433-RWS

------------------------------------------------X

**DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF GIUFFRE'S MOTION TO PRESENT TESTIMONY FROM JEFFREY EPSTEIN FOR PURPOSES OF OBTAINING AN ADVERSE INFERENCE**

Laura A. Menninger
Jeffrey S. Pagliuca
Ty Gee
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
303.831.7364

# TABLE OF CONTENTS

# and

# PAGES 1-20

# REDACTED

Dated: February 24, 2017

                                          Respectfully submitted,

                                          */s/ Laura A. Menninger*
                                          Laura A. Menninger (LM-1374)
                                          Jeffrey S. Pagliuca (*pro hac vice*)
                                          *Ty Gee (pro hac vice)*
                                          HADDON, MORGAN AND FOREMAN, P.C.
                                          150 East 10th Avenue
                                          Denver, CO 80203
                                          Phone:   303.831.7364
                                          Fax:     303.832.2628
                                          lmenninger@hmflaw.com

                                          *Attorneys for Ghislaine Maxwell*

## CERTIFICATE OF SERVICE

I certify that on February 24, 2017, I electronically served this *Defendant's Response in Opposition to Plaintiff Giuffre's Motion to Present Testimony from Jeffrey Epstein for Purposes of Obtaining an Adverse Inference* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons