UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

15-cv-07433-RWS

---------------------------------------------------X

**RESPONSE TO PLAINTIFF'S NOTICE OF INTENT TO OFFER STATEMENTS
<u>UNDER, IF NECESSARY, THE RESIDUAL HEARSAY RULE</u>**


    Laura A. Menninger
    Jeffrey S. Pagliuca
    Ty Gee
    HADDON, MORGAN AND FOREMAN, P.C.
    150 East 10th Avenue
    Denver, CO 80203
    303.831.7364

# PAGES 1-5

# REDACTED

Dated: February 24, 2017

                              Respectfully submitted,

                              */s/ Laura A. Menninger*
                              Laura A. Menninger (LM-1374)
                              Jeffrey S. Pagliuca (*pro hac vice*)
                              Ty Gee (*pro hac vice*)
                              HADDON, MORGAN AND FOREMAN, P.C.
                              150 East 10th Avenue
                              Denver, CO 80203
                              Phone:   303.831.7364
                              Fax:       303.832.2628
                              lmenninger@hmflaw.com

                              *Attorneys for Ghislaine Maxwell*

## CERTIFICATE OF SERVICE

I certify that on February 24, 2017, I electronically served this *Response to Plaintiff's Notice Of Intent To Offer Statements Under, If Necessary, The Residual Hearsay Rule* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons