**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

          Plaintiff,               Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

          Defendant.

_____/

**<u>PLAINTIFF GIUFFRE'S REPLY IN SUPPORT OF MOTION TO PRESENT
TESTIMONY FROM JEFFREY EPSTEIN FOR PURPOSES OF OBTAINING AN
ADVERSE INFERENCE INSTRUCTION</u>**

Sigrid McCawley
BOIES, SCHILLER & FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

## **TABLE OF CONTENTS**

Page

TABLE OF AUTHORITIES ........................................................................................................... ii

INTRODUCTION ......................................................................................................................... 1

DISCUSSION ................................................................................................................................ 2

CONCLUSION ............................................................................................................................ 19

# <u>TABLE OF AUTHORITIES</u>

<u>Page</u>

**<u>Cases</u>**

*Cerro Gordo Charity v. Fireman's Fund Am. Life Ins. Co.*,
   819 F.2d 1471 (8th Cir. 1987) ................................................................. 7, 8

*Denney v. Jenkens & Gilchrist*,
   362 F. Supp. 2d 407 (S.D.N.Y. 2004) ......................................................... 6

*F.D.I.C. v. Fidelity & Deposit Co. of Maryland*,
   45 F.3d 969 (5th Cir. 1995) ....................................................................... 6

*In re WorldCom, Inc. Securities Litigation*,
   2005 WL 375315 (S.D.N.Y. Feb. 17, 2005) .............................................. 17

*LiButti v. United States*,
   107 F.3d 110 (2d Cir. 1997) .............................................................. *passim*

**<u>Rules</u>**

Fed. R. Evid. 611(c)................................................................................... 16

Plaintiff Ms. Giuffre respectfully submits her reply in support of her Motion to Present Testimony from Jeffrey Epstein for Purposes of Obtaining an Adverse Inference.

## **INTRODUCTION**



























16



██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

████

Dated:  March 2, 2017

Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP

By:  /s/ Sigrid McCawley
Sigrid McCawley (Pro Hac Vice)
Boies Schiller & Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

David Boies
Boies Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

Bradley J. Edwards (Pro Hac Vice)
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
(954) 524-2820

Paul G. Cassell (Pro Hac Vice)
S.J. Quinney College of Law
University of Utah
383 University St.
Salt Lake City, UT 84112
(801) 585-5202[4]

---

[4] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

20

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on the 2nd of March, 2017, I electronically filed the

foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the

foregoing document is being served this day on the individuals identified below via transmission

of Notices of Electronic Filing generated by CM/ECF.

Laura A. Menninger, Esq.
Jeffrey Pagliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com
          jpagliuca@hmflaw.com

/s/ Sigrid S. McCawley
Sigrid S. McCawley