# BOIES, SCHILLER & FLEXNER LLP

401 EAST LAS OLAS BOULEVARD • SUITE 1200 • FORT LAUDERDALE, FL 33301-2211 • PH. 954.356.0011 • FAX 954.356.0022

Sigrid S. McCawley, Esq.
E-mail: smccawley@bsfllp.com

March 2, 2017



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-3-17

**VIA ECF**

Honorable Judge Robert W. Sweet
District Court Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re:   *Giuffre v. Maxwell*,
        Case No.: 15-cv-07433-RWS

Dear Judge Sweet:

This is a letter motion to exceed the page limits with Ms. Giuffre's Reply in Support of her Motion to Present Testimony from Jeffrey Epstein for Purposes of Obtaining an Adverse Inference. Ms. Giuffre respectfully requests the Court grant her request to exceed the page limit by 11 pages to sufficiently address the complex legal standards involved in this case and the discursive arguments in Defendant's response to Plaintiff's Motion to Present Testimony from Jeffrey Epstein for Purposes of Obtaining an Adverse Inference. Ms. Giuffre attempted to confer with Defendant on whether Defendant objects to the motion to exceed the page limit but did not receive a response in advance of this filing.

Respectfully submitted,

Sigrid S. McCawley, Esq.

SSM:akc

cc:   Jeff Pagliuca, Esq. (via E-mail)
        Laura Menninger, Esq. (via E-mail)

So ordered
[signature] Sweet
USDJ
3.3.17

WWW.BSFLLP.COM