```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X

VIRGINIA L. GIUFFRE,

                    Plaintiff,
                                            15 Civ. 7433 (RWS)
                                            17 Mc. 25 (RWS)
    - against -
                                              O R D E R

GHISLAINE MAXWELL,

                    Defendant.
-------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-3-17

**Sweet, D.J.**

Motions shall be heard on the following dates:

Thursday, March 9: Motions corresponding to ECF Nos. 608, 637, 640, and the motion to quash in *Bradley v. Maxwell*, 17-mc-00025.

Thursday, March 23: Motions corresponding to ECF Nos. 520, 522, 524, 526, 528, 530, 533, 535, 561, 563, and 567.

Thursday, March 30: Defendant's motion to compel filed March 2, 2017 and all motions filed March 3, 2017.

Wednesday, April 5: Objections to deposition designations.

It is so ordered.

New York, NY
March 3, 2017

ROBERT W. SWEET
U.S.D.J.