UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

----------------------------------------------------X

15-cv-07433-RWS

**Defendant's Motion For Bifurcated Trial Relating To Punitive Damages and Exclusion Of Any Reference To Defendant's Financial Information in the Liability Phase**

Laura A. Menninger
Jeffrey S. Pagliuca
Ty Gee
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
303.831.7364

**PAGES 1-2**

**REDACTED**

Dated: March 3, 2017

          Respectfully submitted,

          */s/ Laura A. Menninger*
          Laura A. Menninger (LM-1374)
          Jeffrey S. Pagliuca (*pro hac vice*)
          *Ty Gee (pro hac vice)*
          HADDON, MORGAN AND FOREMAN, P.C.
          150 East 10th Avenue
          Denver, CO 80203
          Phone:   303.831.7364
          Fax:        303.832.2628
          lmenninger@hmflaw.com

*Attorneys for Ghislaine Maxwell*

## CERTIFICATE OF SERVICE

I certify that on March 3, 2017, I electronically served this *Defendant's Motion for Bifurcated Trial Relating to Punitive Damages and Exclusion of any Reference to Defendant's Financial Information in the Liability Phase* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons

4