UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

15-cv-07433-RWS

------------------------------------------------------X

**DEFENDANT'S MOTION IN *LIMINE* TO EXCLUDE JEFFREY EPSTEIN PLEA AND NON-PROSECUTION AGREEMENT AND SEX OFFENDER REGISTRATION**

Laura A. Menninger
Jeffrey S. Pagliuca
Ty Gee
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
303.831.7364

PAGES 1-6

REDACTED

█████████████████████████████████████████████████████████

████████████████████████████████

Dated: March 3, 2017

                                        Respectfully submitted,

                                        */s/ Laura A. Menninger*
                                      Laura A. Menninger (LM-1374)
                                      Jeffrey S. Pagliuca (*pro hac vice*)
                                      *Ty Gee (pro hac vice)*
                                      HADDON, MORGAN AND FOREMAN, P.C.
                                      150 East 10th Avenue
                                      Denver, CO 80203
                                      Phone:   303.831.7364
                                      Fax:     303.832.2628
                                      lmenninger@hmflaw.com

                                      *Attorneys for Ghislaine Maxwell*

# CERTIFICATE OF SERVICE

I certify that on March 3, 2017, I electronically served this *Defendant's Motion in Limine to Exclude Jeffrey Epstein Plea and Non-Prosecution Agreement and Sex Offender Registration* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons