UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

15-cv-07433-RWS

------------------------------------------------------X

**Defendant's Motion *in Limine* to Permit Questioning Regarding Plaintiff's Sexual History And Reputation**

Laura A. Menninger
Jeffrey S. Pagliuca
Ty Gee
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
303.831.7364

PAGES 1-5

REDACTED

███████████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

██████████████████████████████████

████████████████████████████████████

██████

**CONCLUSION**

████████████████████████████████████

█████████████████████████████

██████████████████████████████

███████████████████████

Dated: March 3, 2017

                                              Respectfully submitted,

                                              */s/ Laura A. Menninger*
                                              Laura A. Menninger (LM-1374)
                                              Jeffrey S. Pagliuca (*pro hac vice*)
                                              *Ty Gee (pro hac vice)*
                                              HADDON, MORGAN AND FOREMAN, P.C.
                                              150 East 10th Avenue
                                              Denver, CO 80203
                                              Phone:   303.831.7364
                                              Fax:     303.832.2628
                                              lmenninger@hmflaw.com

                                            *Attorneys for Ghislaine Maxwell*

**CERTIFICATE OF SERVICE**

I certify that on March 3, 2017, I electronically served this *Defendant's Motion in Limine to Permit Questioning Regarding Plaintiff's Sexual History and Reputation* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons