UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.                                                                                          15-cv-07433-RWS

GHISLAINE MAXWELL,

    Defendant.

---------------------------------------------------X

**Declaration of Laura A. Menninger in Support of Defendant's
Motion in Limine to Permit Questioning Regarding
<u>Plaintiff's Sexual History and Reputation</u>**

    I, Laura A. Menninger, declare as follows:

    1.  I am an attorney at law duly licensed in the State of New York and admitted to practice in the United States District Court for the Southern District of New York. I am a member of the law firm Haddon, Morgan & Foreman, P.C., counsel of record for Defendant Ghislaine Maxwell in this action. I respectfully submit this Declaration in support of Ms. Maxwell's Motion in Limine to Permit Questioning Regarding Plaintiff's Sexual History and Reputation.

    2.  Attached as Exhibit A (filed under seal) is a true and correct copy of the ▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3. Attached as Exhibit B (filed under seal) are true and correct copy of ████████ ████████████████████████████████████████████████████████████ ██████

4. Attached as Exhibit C (filed under seal) are true and correct copy of ████████ ████████████████████████████████████████████████████████████ ██████

5. Attached as Exhibit D (filed under seal) are true and correct copies of records from ████████████████████████████████████████████████████████████

6. Attached as Exhibit E (filed under seal) is a true and correct copy of the ████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████

7. Attached as Exhibit F (filed under seal) are true and correct copies of records from ████████████████████████████████████████████████████████████

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2017.

*s/ Laura A. Menninger*
Laura A. Menninger

## CERTIFICATE OF SERVICE

I certify that on March 3, 2017, I electronically served this *Declaration of Laura A. Menninger in Support of Defendant's Motion in Limine to Permit Questioning Regarding Plaintiff's Sexual History and Reputation* via ECF on the following:

Sigrid S. McCawley  
Meredith Schultz  
BOIES, SCHILLER & FLEXNER, LLP  
401 East Las Olas Boulevard, Ste. 1200  
Ft. Lauderdale, FL 33301  
smccawley@bsfllp.com  
mschultz@bsfllp.com  

Bradley J. Edwards  
FARMER, JAFFE, WEISSING, EDWARDS, FISTOS & LEHRMAN, P.L.  
425 North Andrews Ave., Ste. 2  
Ft. Lauderdale, FL 33301  
brad@pathtojustice.com  

Paul G. Cassell  
383 S. University Street  
Salt Lake City, UT 84112  
cassellp@law.utah.edu  

J. Stanley Pottinger  
49 Twin Lakes Rd.  
South Salem, NY 10590  
StanPottinger@aol.com  

*/s/ Nicole Simmons*  
Nicole Simmons