UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

15-cv-07433-RWS

---------------------------------------------------X

**Defendant's Motion *in Limine* to Exclude
<u>Police Reports and Other Inadmissible Hearsay</u>**

Laura A. Menninger
Jeffrey S. Pagliuca
Ty Gee
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
303.831.7364

## TABLE OF CONTENTS

INTRODUCTION ........................................................................................................................ 1

ARGUMENT ................................................................................................................................ 2

I.   THE DOCUMENTS, STATEMENTS AND RECORDINGS ARE INADMISSIBLE HEARSAY ........................................................................................................................ 6

II.   THERE IS NO APPLICABLE HEARSAY EXCEPTION ...................................................... 8

    A.   The Documents Are Not Business Records ........................................................ 8

    B.   The Documents Are Not Public Records ............................................................ 9

    C.   The Residual Exception Does Not Apply ........................................................... 9

    D.   Rules 401, 403, and 404(b) Require Exclusion of the Documents and Statements ........... 11

CONCLUSION ............................................................................................................................ 11

CERTIFICATE OF SERVICE ................................................................................................... 13

**PAGES 1-11**

**REDACTED**

Dated: March 3, 2017

                                    Respectfully submitted,

                                    */s/ Jeffrey S. Pagliuca*
Laura A. Menninger (LM-1374)
Jeffrey S. Pagliuca (*pro hac vice*)
*Ty Gee (pro hac vice)*
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
Phone:   303.831.7364
Fax:       303.832.2628
lmenninger@hmflaw.com

*Attorneys for Ghislaine Maxwell*

## CERTIFICATE OF SERVICE

      I certify that on March 3, 2017, I electronically served *this Defendant's Motion in Limine to Exclude Police Reports and Other Inadmissible Hearsay* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

      */s/ Nicole Simmons*
      Nicole Simmons