UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

15-cv-07433-RWS

---------------------------------------------------X

**Defendant's Motion *in Limine* to Exclude**
**"Victim Notification" Letter**

Laura A. Menninger
Jeffrey S. Pagliuca
Ty Gee
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
303.831.7364

**PAGES 1-5**

**REDACTED**

Dated: March 3, 2017

                                                                   Respectfully submitted,

                                                                   */s/ Laura A. Menninger*
                                                                   Laura A. Menninger (LM-1374)
                                                                   Jeffrey S. Pagliuca (*pro hac vice*)
                                                                   *Ty Gee (pro hac vice)*
                                                                   HADDON, MORGAN AND FOREMAN, P.C.
                                                                   150 East 10th Avenue
                                                                   Denver, CO 80203
                                                                   Phone:   303.831.7364
                                                                   Fax:       303.832.2628
                                                                   lmenninger@hmflaw.com

                                                                   *Attorneys for Ghislaine Maxwell*

## CERTIFICATE OF SERVICE

I certify that on March 3, 2017, I electronically served this *Defendant's Motion in Limine to Exclude "Victim Notification" Letter* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons