**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

    Plaintiff,          Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

    Defendant.
_____/

**PLAINTIFF'S MOTION IN LIMINE TO ADMIT**
**THE "BLACK BOOK" AS EVIDENCE AT TRIAL**

Sigrid McCawley
BOIES, SCHILLER & FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

# **TABLE OF CONTENTS**

Page

BACKGROUND ................................................................................................................ 1

STANDARD .................................................................................................................... 3

CONCLUSION ................................................................................................................ 12

CERTIFICATE OF SERVICE ...................................................................................... 12

# TABLE OF AUTHORITIES

Page

**Cases**

*Arlio v. Lively*,
   474 F.3d 46 (2d Cir. 2007) ................................................................................................ 3

*Carofino v. Forester*,
   450 F. Supp.2d 257 (S.D.N.Y. 2006) ................................................................................. 3

*Ferring B.V. v. Allergan, Inc.*,
   No. 12 CIV. 2650, 2016 WL 6441567 ............................................................................... 3

*John Paul Mitchell Sys. v. Quality King Distribs. Inc.*,
   106 F. Supp. 2d 462 (S.D.N.Y. 2000) ................................................................................ 7

*Palmieri v. Defaria*,
   88 F.3d 136 (2d Cir. 1996) ................................................................................................. 3

*United States v. Dhinsa*,
   243 F.3d 635 (2d Cir. 2001) ............................................................................................... 7

*Wechsler v. Hunt Health Sys., Ltd.*,
   381 F. Supp. 2d 135 (S.D.N.Y. 2003) ................................................................................ 7

**Rules**

Fed. R. Evid. 401 .......................................................................................................................... 3

Fed. R. Evid. 402 .......................................................................................................................... 3

Fed. R. Evid. 801(d)(2)(B) ........................................................................................................... 9

Fed. R. Evid. 801(d)(2)(C) ........................................................................................................... 9

Fed. R. Evid. 801(d)(2)(D) ........................................................................................................... 9

Fed. R. Evid. 801(d)(2)(E) ........................................................................................................... 9

Fed. R. Evid. 803 ........................................................................................................................ 10

Fed. R. Evid. 803(6) ..................................................................................................................... 8

Fed. R. Evid. 803(17) ............................................................................................................. 9, 10

Fed. R. Evid. 804 ........................................................................................................................ 10

Fed. R. Evid. 807 .................................................................................................................. 10

Fed. R. Evid. 901 .................................................................................................................... 7

Fed. R. Evid. 901(b)(1) ........................................................................................................... 4

Plaintiff, Virginia Giuffre, respectfully submits this Motion in Limine to Admit the "Black Book" as Evidence at Trial.

**BACKGROUND**

On February 6, 2017, the Court requested a hearing on the admissibility of the "black book" before it could proceed with the qualification of Ms. Giuffre's forensic document expert Dianne Flores. *See* Transcript of 2017-02-16 Hearing at 7. Accordingly, Ms. Giuffre affirmatively moves in limine for the Court to allow the "black book" to be admitted as evidence at trial.

[redacted]

1




██████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████

## **STANDARD**

The purpose of a motion in limine "is to aid the trial process by enabling the Court to rule in advance of trial on the relevance of certain forecasted evidence ... without lengthy argument at, or interruption of, the trial." *Palmieri v. Defaria*, 88 F.3d 136, 141 (2d Cir. 1996) (internal quotation marks omitted). The power to rule on motions in limine lies within the district court's 'inherent authority to manage the course of its trials." *Carofino v. Forester*, 450 F. Supp.2d 257, 270 (S.D.N.Y. 2006). Only relevant evidence is admissible. Fed. R. Evid. 402. Evidence is relevant if 'it has any tendency to make a fact more or less probable than it would be without the evidence.' Fed. R. Evid. 401. 'If an item of evidence tends to prove a fact that is of consequence to the determination of the action, it is relevant. If it does not tend to prove a material fact, it is irrelevant.' *Arlio v. Lively*, 474 F.3d 46, 52 (2d Cir. 2007) (internal citation omitted). 'A material fact is one that would affect the outcome of the suit under the governing law.' *Id.*" *Ferring B.V. v. Allergan, Inc.*, No. 12 CIV. 2650, 2016 WL 6441567, at *1 (Sweet, J.) (S.D.N.Y. Oct. 28, 2016).

██████████████████████████████████████████████████
██

██████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████

████████████████████████████████████████

██████████████████████████████████████████████████



















## **CONCLUSION**

For all of the foregoing reasons, Ms. Giuffre respectfully requests that the Court grant this Motion in Limine to Admit the "Black Book" as Evidence at Trial.

Dated: March 3, 2017

                        Respectfully Submitted,

                        BOIES, SCHILLER & FLEXNER LLP

                    By: /s/ Sigrid McCawley
                        Sigrid McCawley (Pro Hac Vice)
                        Boies Schiller & Flexner LLP
                        401 E. Las Olas Blvd., Suite 1200
                        Ft. Lauderdale, FL 33301

(954) 356-0011

David Boies
Boies Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

Bradley J. Edwards (Pro Hac Vice)
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
(954) 524-2820

Paul G. Cassell (Pro Hac Vice)
S.J. Quinney College of Law
University of Utah
383 University St.
Salt Lake City, UT 84112
(801) 585-5202[2]

---

[2] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 3rd of March, 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

>Laura A. Menninger, Esq.
>Jeffrey Pagliuca, Esq.
>HADDON, MORGAN & FOREMAN, P.C.
>150 East 10th Avenue
>Denver, Colorado 80203
>Tel: (303) 831-7364
>Fax: (303) 832-2628
>Email: lmenninger@hmflaw.com
>       jpagliuca@hmflaw.com

>/s/ Sigrid S. McCawley
>Sigrid S. McCawley