# United States District Court
# Southern District of New York

Virginia L. Giuffre,

       Plaintiff,                Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.

_____/

**PLAINTIFF MS. GIUFFRE'S MEMORANDUM OF LAW IN SUPPORT OF HER MOTION *IN LIMINE* TO PRESENT ALL EVIDENCE OF DEFENDANT'S INVOLVEMENT IN EPSTEIN SEXUAL ABUSE AND SEX TRAFFICKING**

Sigrid McCawley
BOIES, SCHILLER & FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

# TABLE OF CONTENTS

Page


TABLE OF AUTHORITIES .......... ii

PRELIMINARY STATEMENT .......... 1

FACTUAL BACKGROUND .......... 1

ARGUMENT .......... 4

I. TO SUPPORT MS. GIUFFRE'S ALLEGATIONS OF DEFENDANT'S INVOLVEMENT IN EPSTEIN'S SEXUAL ABUSE AND TRAFFICKING, SHE SHOULD BE PERMITTED TO PRESENT ALL EVIDENCE OF DEFENDANT'S INVOLVEMENT WITH JEFFREY EPSTEIN'S ORGANIZATION, INCLUDING IN THE ABUSE AND TRAFFICKING. .......... 4

A. Evidence of Defendant's Involvement in the Sex Trafficking Organization and Scheme Is Directly Relevant to Prove the Truth of Ms. Giuffre's Allegations Against Defendant. .......... 4

B. Evidence of Defendant's Involvement in Epstein's Sex Trafficking Organization Is Also Admissible Under Rule 404(b) to Show Motive and Plan. .......... 7

C. Evidence of Defendant's Involvement in Epstein's Sex Trafficking Organization Is Also Admissible Under Rule 404(b) to Show Opportunity, Knowledge, and Ability. .......... 8

D. Evidence of Defendant's Involvement in Epstein's Sex Trafficking Organization Is Also Admissible Under Rule 415 as Related Sex Crimes Evidence .......... 10

CONCLUSION .......... 13

CERTIFICATE OF SERVICE .......... 14

# TABLE OF AUTHORITIES

Page

**Cases**

*Blind-Doan v. Sanders*,
   291 F.3d 1079 (9th Cir. 2002) ............................................................................... 12

*Dosier v. Miami Valley Broadcasting Corp.*,
   656 F.2d 12954 (9th Cir. 1981) ................................................................................. 9

*Jane Does v. United States*,
   No. 9:08-cv-80736-KAM (S.D. Fla. Dec. 30, 2014) ................................................. 3

*Martinez v. Cui*,
   608 F. 3d 54 (1st Cir. 2010) ..................................................................................... 11

*McMahon v. Valenzuela*,
   2015 WL 7573620, Case No. 2:14 CV-02085 CAS (C.D. Ca. Nov. 25, 2015) ............ 11

*Morris v. Eversley*,
   2004 WL 856301, No. 00 Civ. 8166 DC (S.D.N.Y. Apr. 20, 2004) .......................... 11

*Roshan v. Fard*,
   705 F.2d 102 (4th Cir. 1983) ..................................................................................... 7

*United States v. Barnason*,
   852 F. Supp. 2d 367 (S.D.N.Y. 2012) ........................................................... 10, 11, 12

*United States v. Larson*,
   112 F.3d 600 (2d Cir. 1997) .................................................................................... 11

*United States v. Levy*,
   731 F.2d 997 (2d Cir. 1984) ...................................................................................... 9

**Rules**

Fed. R. Evid. 401 .............................................................................................................. 6

Fed. R. Evid. 402 .............................................................................................................. 6

Fed. R. Evid. 403 ..................................................................................................... 10, 11

Fed. R. Evid. 413-415 .................................................................................................... 11

Fed. R. Evid. 415 .................................................................................................... *passim*

Plaintiff, Ms. Virginia Giuffre, respectfully submits this memorandum of law in support of her motion *in limine* to admit at trial all evidence concerning Defendant's involvement in Epstein's sexual abuse and trafficking organization.

**PRELIMINARY STATEMENT**

[redacted]

**FACTUAL BACKGROUND**

[redacted]

1







**ARGUMENT**

I. **TO SUPPORT MS. GIUFFRE'S ALLEGATIONS OF DEFENDANT'S INVOLVEMENT IN EPSTEIN'S SEXUAL ABUSE AND TRAFFICKING, SHE SHOULD BE PERMITTED TO PRESENT ALL EVIDENCE OF DEFENDANT'S INVOLVEMENT WITH JEFFREY EPSTEIN'S ORGANIZATION, INCLUDING IN THE ABUSE AND TRAFFICKING.**

A. **Evidence of Defendant's Involvement in the Sex Trafficking Organization and Scheme Is Directly Relevant to Prove the Truth of Ms. Giuffre's Allegations Against Defendant.**





**B.     Evidence of Defendant's Involvement in Epstein's Sex Trafficking Organization Is Also Admissible Under Rule 404(b) to Show Motive and Plan.**

[redacted]

[redacted]

**C.     Evidence of Defendant's Involvement in Epstein's Sex Trafficking Organization Is Also Admissible Under Rule 404(b) to Show Opportunity, Knowledge, and Ability.**

[redacted]

███████████████████████████████████████
███████████████████████████████████████
██████████████████████████████████
███████████████████████████████
████████████████████████████████████
█████████████████████████████████████
████████████████████████████████████
███████████████████████████████████
████████████████████████



████████████████████████████████████
█████████████████████████████████████
██████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████

[REDACTED]

**D. Evidence of Defendant's Involvement in Epstein's Sex Trafficking Organization Is Also Admissible Under Rule 415 as Related Sex Crimes Evidence**

[REDACTED]





## CONCLUSION

For all of the foregoing reasons, Ms. Giuffre respectfully requests that the Court permit her to introduce all evidence concerning Defendant's participation in her and Epstein's sexual abuse of females, and all evidence concerning Defendant's participation and role in her and Epstein's sex trafficking organization.

Dated: March 3, 2017

                                                      Respectfully Submitted,

                                                      BOIES, SCHILLER & FLEXNER LLP

By: /s/ Sigrid McCawley
     Sigrid McCawley (Pro Hac Vice)
     Boies Schiller & Flexner LLP
     401 E. Las Olas Blvd., Suite 1200
     Ft. Lauderdale, FL 33301
     (954) 356-0011

     David Boies
     Boies Schiller & Flexner LLP
     333 Main Street
     Armonk, NY 10504

     Bradley J. Edwards (Pro Hac Vice)
     FARMER, JAFFE, WEISSING,
     EDWARDS, FISTOS & LEHRMAN, P.L.
     425 North Andrews Avenue, Suite 2
     Fort Lauderdale, Florida 33301
     (954) 524-2820

     Paul G. Cassell (Pro Hac Vice)
     S.J. Quinney College of Law
     University of Utah
     383 University St.
     Salt Lake City, UT 84112
     (801) 585-5202[3]

---

[3] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 3rd day of March, 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

>Laura A. Menninger, Esq.
>Jeffrey Pagliuca, Esq.
>HADDON, MORGAN & FOREMAN, P.C.
>150 East 10th Avenue
>Denver, Colorado 80203
>Tel: (303) 831-7364
>Fax: (303) 832-2628
>Email: lmenninger@hmflaw.com
>      jpagliuca@hmflaw.com

/s/ Sigrid S. McCawley
Sigrid S. McCawley