# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

15-cv-07433-RWS

------------------------------------------------X

### Declaration of Laura A. Menninger in Support of Defendant's
### Motion to Exclude EvidencePursuant to Fed. R. Evid. 404(B)

I, Laura A. Menninger, declare as follows:

1. I am an attorney at law duly licensed in the State of New York and admitted to practice in the United States District Court for the Southern District of New York. I am a member of the law firm Haddon, Morgan & Foreman, P.C., counsel of record for Defendant Ghislaine Maxwell in this action. I respectfully submit this Declaration in support of Ms. Maxwell's Motion to Exlude Evidence Pursuant to Fed. R. Evid. 404(b).

2. Attached as Exhibit A (filed under seal) are true and correct copy of ▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉

3. Attached as Exhibit B (filed under seal) are true and correct copy of ▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉

4. Attached as Exhibit C (filed under seal) is a true and correct copy of ███████ ████████████████████████████████████████████████████████████████ ███

5. Attached as Exhibit D (filed under seal) is a true and correct copy of the ████████ ████████████████████████████████████████████████████████████████ ████████████████████████

6. Attached as Exhibit E (filed under seal) is a true and correct copy of ████████ ████████████████████████████████████████████████████████████████ ██████████████

7. Attached as Exhibit F (filed under seal) are true and correct copy of ████████ ████████████████████████████████████████████████████████████████ ██████████████

8. Attached as Exhibit G (filed under seal) is a true and correct copy of ████████ ████████████████████████████████████████████████████████████████ ██████████

9. Attached as Exhibit H (filed under seal) are true and correct copy of ██████ ████████████████████████████████████████████████████████████████ ████████████████████████████

10. Attached as Exhibit I (filed under seal) is a true and correct copy of ████████ ████████████████████████████████████████████████████████████████ ██████████████

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2017.

                                      *s/ Laura A. Menninger*
                                      Laura A. Menninger

**CERTIFICATE OF SERVICE**

I certify that on March 3, 2017, I electronically served this *Declaration of Laura A. Menninger in Support of Defendant's Motion to Exclude Evidence Pursuant to Fed. R. Evid. 404(b)* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons