# BOIES, SCHILLER & FLEXNER LLP

401 EAST LAS OLAS BOULEVARD • SUITE 1200 • FORT LAUDERDALE, FL 33301-2211 • PH. 954.356.0011 • FAX 954.356.0022



Sigrid S. McCawley, Esq.
E-mail: smccawley@bsfllp.com

March 3, 2017

**VIA ECF**

Honorable Judge Robert W. Sweet
District Court Judge
United States District Court
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3|6|17
```

Re: *Giuffre v. Maxwell*,
**Case No.: 15-cv-07433-RWS**

Dear Judge Sweet:

This is a letter motion to exceed the page limits for two motions: Ms. Giuffre's Omnibus Motion *in Limine* and Ms. Giuffre's Motion to Present Testimony from Sarah Kellen and Nadia Marcinkova for Purposes of Obtaining an Adverse Inference.

Regarding the Omnibus Motion *in Limine*, in an attempt to combine as many motions *in limine* as practical into one motion, pursuant to this Court's suggestion, Ms. Giuffre's Omnibus Motion *in Limine* exceeds the allowable page limits. Accordingly, Ms. Giuffre seeks leave of Court to exceed the page limits for that combined, omnibus motion.

Additionally, Ms. Giuffre respectfully requests the Court grant her request to exceed the page limits for Ms. Giuffre's Motion to Present Testimony from Sarah Kellen and Nadia Marcinkova for Purposes of Obtaining an Adverse Inference. This motion exceeds page limits due to the inclusion of a demonstrative chart that Ms. Giuffre believes will assist the Court in assessing the issues presented. Accordingly, Ms. Giuffre seeks leave of Court to exceed the page limit for that motion.

Respectfully submitted,

Sigrid S. McCawley, Esq.

So ordered
Sweet
USDJ
3-6-17

SSM:akc
cc: Jeff Pagliuca, Esq. (via e-mail)
Laura Menninger, Esq. (via e-mail)