```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X

VIRGINIA L. GIUFFRE,

                    Plaintiff,
                                              15 Civ. 7433 (RWS)
        - against -
                                                  O R D E R

GHISLAINE MAXWELL,

                    Defendant.
-----------------------------------------X
```

Sweet, D.J.

An evidentiary hearing to determine the admissibility of the documents relied upon by proposed expert witness Dianne Flores, and to discuss the handling of Protective Order material at trial, shall be held on Thursday, March 16, 2017 at 1:00 PM in Courtroom 18C, United States Courthouse, 500 Pearl Street.

It is so ordered.

New York, NY
March 6, 2017

_____
ROBERT W. SWEET
U.S.D.J.