**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

        Plaintiff,                        Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

        Defendant.
_____/


**PLAINTIFF'S REPLY IN SUPPORT OF MOTION**
**TO COMPEL ALL WORK PRODUCT AND ATTORNEY-CLIENT**
**COMMUNICATIONS WITH PHILIP BARDEN**


Sigrid McCawley
BOIES, SCHILLER & FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

## <u>TABLE OF CONTENTS</u>

<u>Page</u>

TABLE OF AUTHORITIES ............................................................................................... ii

PRELIMINARY STATEMENT ........................................................................................ 1

███████████████████████████████████████████████████████

█   ████████████████████████████████████████████████
   ███████████████████████████████████████████████████

█   ███████████████████████████████████████████████████

█   ████████████████████████████████████████████████
   ███████████████████████████████████████████████████

   █   ██████████████████████████████████████████████

   █   ██████████████████████████████████████████████

      █   ████████████████████████████████████████████

      █   ██████████████████████████████████████
         ███████████████████████████████████████████

███████████████████████████████████████████████████████

CERTIFICATE OF SERVICE .............................................................................. 17

# TABLE OF AUTHORITIES

Page

## Cases

*Baron Philippe de Rothschild v. Paramount Distillers, Inc.*,
   No. 87 Civ. 6820, 1995 WL 86476 (S.D.N.Y. March 1, 1995)..............................................14

*Coleco Indus., Inc. v. Universal City Studios, Inc.*,
   110 F.R.D. 688 (S.D.N.Y.1986) .............................................................................................11

*Granite Partners, L.P. v. Bear Stearns & Co. Inc.*,
   184 F.R.D. 49 (S.D.N.Y.1999) ...............................................................................................11

*Guiffre v. Maxwell*,
   2016 WL 1756918 (S.D.N.Y. 2016)..........................................................................................9

*Hickman v. Taylor*,
   329 U.S. 495 (1947).................................................................................................................12

*In re Air Crash at Belle Harbor, New York on November 12, 2001*,
   241 F.R.D. 202 (S.D.N.Y. 2007) ............................................................................................14

*In re Pioneer Hi-Bred Intl. Inc.*,
   238 F.3d 1370 (Fed. Cir. 2001)...............................................................................................10

*In re Refco Inc. Securities Litigation*,
   2012 WL 678139 (S.D.N.Y. 2012)............................................................................................8

*In re Subpoena Duces Tecum*,
   99 F.R.D. 582 (D.D.C. 1983)..................................................................................................11

*Kleiman ex rel. Kleiman v. Jay Peak, Inc.*,
   2012 WL 2498872 (D. Vt. 2012)...............................................................................................8

*Leybold-Heraeus Technologies, Inc. v. Midwest Instrument Co., Inc.*,
   118 F.R.D. 609 (E.D. Wis. 1987) ...........................................................................................10

*Liz Claiborne, Inc. v. Mademoiselle Knitwear, Inc.*,
   1996 WL 668862 (S.D.N.Y. 1996)..........................................................................................14

*Norton v. Town of Islip*,
   2015 WL 5542543 (E.D.N.Y. 2015).........................................................................................11

*S.E.C. v. Gupta*,
   281 F.R.D. 169 (S.D.N.Y. 2012) ...............................................................................................8

*Strougo v. BEA Associates*,
  199 F.R.D. 515 (S.D.N.Y. 2001) ............................................................... 14

*von Bulow v. von Bulow*,
  114 F.R.D. 71 (S.D.N.Y. 1987) ................................................................. 9

## **Rules**

Fed. R. Civ. P. 26(b)(5) ............................................................................. 14

Fed. R. Civ. P. 37(a)(1) ............................................................................... 5

Fed. R. Civ. P. 37(a)(3) ............................................................................... 6

## **Other Authorities**

ABA Model Rules of Professional Conduct Rule 1.6(a) ............................ 9

Plaintiff, Virginia Giuffre, hereby files this Reply in Support of her Motion to Compel

Work Product and Attorney Client Communications with Philip Barden and states as follows.

### **PRELIMINARY STATEMENT**



1



















Dated:  March 7, 2017

Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP

By: /s/ Meredith Schultz
Meredith Schultz (Pro Hac Vice)
Boies Schiller & Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

David Boies
Boies Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

Bradley J. Edwards (Pro Hac Vice)
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
(954) 524-2820

Paul G. Cassell (Pro Hac Vice)
S.J. Quinney College of Law
University of Utah
383 University St.
Salt Lake City,
UT 84112(801) 585-5202[4]

---

[4] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

16

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on the 7th day of March, 2017, I electronically filed the

foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the

foregoing document is being served this day on the individuals identified below via transmission

of Notices of Electronic Filing generated by CM/ECF.

> Laura A. Menninger, Esq.
> Jeffrey Pagliuca, Esq.
> HADDON, MORGAN & FOREMAN, P.C.
> 150 East 10th Avenue
> Denver, Colorado 80203
> Tel: (303) 831-7364
> Fax: (303) 832-2628
> Email: lmenninger@hmflaw.com
>        jpagliuca@hmflaw.com

> /s/ Meredith Schultz
> Meredith Schultz, Esq.