



Meredith Schultz, Esq.
E-mail: mschultz@bsfllp.com

March 7, 2017

**VIA ECF**

Honorable Judge Robert W. Sweet
District Court Judge
United States District Court
500 Pearl Street
New York, NY 10007

    **Re:**    *Giuffre v. Maxwell*,
            **Case No.: 15-cv-07433-RWS**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/8/17
```

Dear Judge Sweet:

    This is a letter motion to exceed the page limits for Ms. Giuffre's Reply to Plaintiff's Motion to Compel All Work Product and Attorney-Client Communications with Philip Barden.

    Ms. Giuffre respectfully requests the Court grant her request to exceed the page limits by 7 pages to sufficiently address the complex legal standards involved in this case and the discursive arguments in Defendant's response to Plaintiff's Motion to Compel All Work Product and Attorney-Client Communications with Philip Barden.

                        Respectfully submitted,

                        /s/ Meredith Schultz
                        Meredith Schultz, Esq.

*So ordered*
*Sweet*
*USDJ*
*3-8-17*

MS:akc

cc:    Jeff Pagliuca, Esq. (via e-mail)
       Laura Menninger, Esq. (via e-mail)

BOIES SCHILLER FLEXNER LLP

401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com