**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

      Plaintiff,          Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

      Defendant.
_____/

**PLAINTIFF'S REPLY NOTICE OF INTENT TO OFFER STATEMENTS UNDER, IF NECESSARY, THE RESIDUAL HEARSAY RULE**

# PAGES 1-9

# (FILE UNDER SEAL)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 10th day of March, 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

    Laura A. Menninger, Esq.
    Jeffrey Pagliuca, Esq.
    HADDON, MORGAN & FOREMAN, P.C.
    150 East 10th Avenue
    Denver, Colorado 80203
    Tel: (303) 831-7364
    Fax: (303) 832-2628
    Email: lmenninger@hmflaw.com
           jpagliuca@hmflaw.com

                                          /s/ Sigrid McCawley
                                            Sigrid McCawley