United States District Court
Southern District of New York

Virginia L. Giuffre,

       Plaintiff,                  Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.

_____/

**DECLARATION OF SIGRID MCCAWLEY IN SUPPORT OF PLAINTIFF'S REPLY NOTICE OF INTENT TO OFFER STATEMENTS UNDER, IF NECESSARY, THE RESIDUAL HEARSAY RULE**

I, Sigrid McCawley, declare that the below is true and correct to the best of my knowledge as follows:

1. I am a Partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's Order granting my Application to Appear Pro Hac Vice.

2. I respectfully submit this Declaration in Support of Plaintiff's Reply Notice of Intent to Offer Statements Under, If Necessary, the Residual Hearsay Rule.

3. Attached hereto as Sealed Exhibit 1 is a true and correct copy of ▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆.

4. Attached hereto as Sealed Exhibit 2 is a true and correct copy of ▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆.

I declare under penalty of perjury that the foregoing is true and correct.

                                     /s/ Sigrid McCawley_____
                                     Sigrid McCawley, Esq.

Dated: March 10, 2017.

                                        Respectfully Submitted,

                                        BOIES, SCHILLER & FLEXNER LLP

                          By: <u>/s/ Sigrid McCawley</u>
                               Sigrid McCawley (Pro Hac Vice)
                               Meredith Schultz (Pro Hac Vice)
                               Boies Schiller & Flexner LLP
                               401 E. Las Olas Blvd., Suite 1200
                               Ft. Lauderdale, FL 33301
                               (954) 356-0011

                               David Boies
                               Boies Schiller & Flexner LLP
                               333 Main Street
                               Armonk, NY 10504

                               Bradley J. Edwards (Pro Hac Vice)
                               FARMER, JAFFE, WEISSING,
                               EDWARDS, FISTOS & LEHRMAN, P.L.
                               425 North Andrews Avenue, Suite 2
                               Fort Lauderdale, Florida 33301
                                (954) 524-2820

                               Paul G. Cassell (Pro Hac Vice)
                               S.J. Quinney College of Law
                               University of Utah
                               383 University St.
                               Salt Lake City, UT 84112
                               (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 10th day of March 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

    Laura A. Menninger, Esq.
    Jeffrey Pagliuca, Esq.
    HADDON, MORGAN & FOREMAN, P.C.
    150 East 10th Avenue
    Denver, Colorado 80203
    Tel: (303) 831-7364
    Fax: (303) 832-2628
    Email: lmenninger@hmflaw.com
           jpagliuca@hmflaw.com

                          /s/ Sigrid McCawley
                            Sigrid McCawley