

Meredith Schultz, Esq.<br>
E-mail: mschultz@bsfllp.com

March 13, 2017

<u>**VIA ECF**</u>

Honorable Judge Robert W. Sweet
District Court Judge
United States District Court
500 Pearl Street
New York, NY 10007

      **Re:**   *Giuffre v. Maxwell,*
            <u>**Case No.: 15-cv-07433-RWS**</u>

Dear Judge Sweet:

    As a follow up to the March 9, 2017 hearing, we submit this letter motion requesting an endorsed order for relief granted by the Court on 3/9/17 (granting Plaintiff's *ore tenus* application to redact the non-party's name from the record). *See* Hr'g Tr. at p. 8.

    Accordingly, Ms. Giuffre respectfully requests that the Court endorse this letter request so that we may provide the Clerk with the Court's permission to strike DE 700 from the docket and replace it with redacted/re-filed DE 707. No other changes were made to Plaintiff's Reply/Combined Opposition; therefore, the redaction of non-party's name on page 1 does not affect the Plaintiff's original un-redacted reply or supporting declaration submitted to the Court. Accordingly, Plaintiff's re-filed DE 707 shall be considered timely filed and linked to DE 640 and 655.

                                      Respectfully submitted,

                                        <u>/s/ Meredith Schultz</u>
                                        Meredith Schultz, Esq.

MS:spb

cc:     Jeff Pagliuca, Esq. (via e-mail)
         Laura Menninger, Esq. (via e-mail)