**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

                Plaintiff,              Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

                Defendant.

_____/


**REPLY IN SUPPORT OF NON-PARTY'S MOTION FOR PROTECTIVE ORDER AND OPPOSITION TO DEFENDANT'S COMBINED MOTION TO COMPEL NON-PARTY WITNESS TO PRODUCE DOCUMENTS AND RESPOND TO DEPOSITION**

Case 1:15-cv-07433-RWS   Document 700   Filed 03/09/17   Page 2 of 29

# TABLE OF CONTENTS

Page

TABLE OF AUTHORITIES ........................................................................................................ ii

████████████████████████████████████████████████████

████████████████████████████████████████████████████

█ ████████████████████████████████████ ████

█ ████████████████████████████████████
████████████████████████████████████████ 24

█ ████████████████████████████████████
████████████████████████████████████████ 24

███████████████████████████████████████
████████████████████████████████████████ 24

█ ████████████████████████████████████
████████████████████████████████████████

████████████████████████████████████████████

CERTIFICATE OF SERVICE ....................................................................................................... 24

# TABLE OF AUTHORITIES

Page

**Cases**

*Amini Innovation Corp. v. McFerran Home Furnishings, Inc.*,
 300 F.R.D. 406 (C.D. Cal. 2014) ............................................................................... 12

*Blodgett v. Siemens Industry, Inc.*,
 2016 WL 4203490 (E.D.N.Y. 2016) ........................................................................... 12

*Buck v. Indian Mountain Sch.*,
 2017 WL 421648 (D. Conn. Jan. 31, 2017) ................................................................ 22

*City of Pontiac Gen. Employee's Ret. Sys. v. Lockheed Martin Corp.*,
 2012 WL 4202657 (S.D.N.Y. Sept. 18, 2012) ............................................................ 22

*DaCosta v. City of Danbury*,
 298 F.R.D. 37 (D. Conn. 2014) ............................................................................ 13, 18

*Dart Industries Co., Inc. v. Westwood Chemical Co.*,
 649 F.2d 646 (9th Cir. 1980) ..................................................................................... 12

*Gerber v. Down E. Cmty. Hosp.*,
 266 F.R.D. 29 (D. Me. 2010) ...................................................................................... 22

*Hickman v. Taylor*,
 329 U.S. 495, 67 S. Ct. 385, 91 L.Ed. 451 (1947) ..................................................... 22

*Katz v. Batavia Marine & Sporting Supplies, Inc.*,
 984 F.2d 422 (Fed.Cir.1993) ...................................................................................... 12

*Liz Claiborne, Inc., v. Mademoiselle Knitwear, Inc.*,
 No. 96 CIV 2064 (RWS), 1997 WL 53184 .............................................................. 22

*Medical Components, Inc. v. Classic Medical, Inc.*,
 210 F.R.D. 175 (M.D.N.C. 2002) ............................................................................... 21

*Night Hawk Limited v. Briarpatch Limited*,
 No. 03 CIV. 1382 (RWS), 2003 WL 23018833 (S.D.N.Y. Dec. 23, 2003) ............... 23

*S.E.C. v. NIR Grp., LLC*,
 283 F.R.D. 127 (E.D.N.Y. 2012) ................................................................................ 22

*Smartix International LLC v. Garrubbo, Romankow & Capese*,
 No. 06 CIV 1501 (JGK), 2007 WL 41666035 (S.D.N.Y. Nov. 20, 2007) .................. 12

*Solarex Corp. v. Arco Solar, Inc.*,
   121 F.R.D. 163 (E.D.N.Y. 1988) ...................................................................... 21

*Tucker v. Am. Int'l Grp., Inc.*,
   281 F.R.D. 85 (D. Conn. 2012) ................................................................... 20, 21

*United States v. Jacques Dessange, Inc.*,
   2000 WL 310345 (S.D.N.Y. Mar. 27, 2000) ...................................................... 22

*Upjohn Co. v. United States*,
   449 U.S. 383 (1981) ........................................................................................... 22

*Wells Fargo Bank, N.A. v. Konover*,
   2009 WL 585434 (D. Conn. Mar. 4, 2009) ....................................................... 20

*William A. Gross Const., Assoc., Inc. v. Am. Mfrs. Mut. Ins. Co.*,
   262 F.R.D. 354 (S.D.N.Y. 2009) ........................................................................ 21

## **Rules**

Fed. R. Civ. P. 37 ..................................................................................................... 12

Non-party, ████████, by and through her undersigned counsel, hereby files this Reply in Support of Her Motion for Protective Order (DE 640) and Opposition to Defendant's Combined Motion to Compel Non-Party Witness to Produce Documents and Respond to Deposition (DE 655).

1

Case 1:15-cv-07433-RWS   Document 700   Filed 03/07/17   Page 6 of 29



Case 1:15-cv-07433-RWS   Document 700   Filed 03/07/17   Page 7 of 29







Case 1:15-cv-07433-RWS Document 700 Filed 08/07/17 Page 10 of 29



Case 1:15-cv-07433-RWS   Document 700   Filed 08/07/17   Page 11 of 29







10

Case 1:15-cv-07433-RWS Document 700 Filed 08/07/17 Page 16 of 29



Case 1:15-cv-07433-RWS   Document 700   Filed 03/07/17   Page 17 of 29



Case 1:15-cv-07433-RWS   Document 700   Filed 08/07/17   Page 18 of 29









16

Case 1:15-cv-07433-RWS   Document 700   Filed 08/07/17   Page 21 of 29

Case 1:15-cv-07433-RWS   Document 700   Filed 08/07/17   Page 22 of 29



19

Case 1:15-cv-07433-RWS   Document 700   Filed 08/07/17   Page 25 of 29

21

Dated:  March 7, 2017

Respectfully Submitted,

By:  /s/ J. Stanley Pottinger

J. Stanley Pottinger (Pro Hac Vice)
*Counsel for* ██████████

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 7th of March, 2017, I electronically filed the

foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the

foregoing document is being served this day on the individuals identified below via transmission

of Notices of Electronic Filing generated by CM/ECF.

Laura A. Menninger, Esq.
Jeffrey Pagliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com
        jpagliuca@hmflaw.com

Sigrid McCawley, Esq.
Meredith Schultz, Esq.
BOIES SCHILLER & FLEXNER, LLP
401 E. Las Olas Boulevard
Suite 1200
Fort Lauderdale, FL 33301
Tel: (954) 356-0011
Fax: (954) 956-0022
smccawley@bsfllp.com
mschultz@bsfllp.com

David Boies
BOIES SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
dboies@bsfllp.com

Bradley J. Edwards (Pro Hac Vice)
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
(954) 524-2820
brad@pathtojustice.com

Paul G. Cassell (Pro Hac Vice)
S.J. Quinney College of Law
University of Utah
383 University St.
Salt Lake City, UT 84112
(801) 585-5202[4]
cassellp@law.utah.edu

Peter Guirguis, Esq.
MINTZ & GOLD, LLP
600 Third Avenue
New York, NY 10016
(212) 696-4848
guirguis@mintzandgold.com

/s/ J. Stanley Pottinger
J. Stanley Pottinger

---

[4] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

25