Stan Pottinger
E-mail: stanpottinger@aol.com

March 13, 2017

**VIA ECF**

Honorable Judge Robert W. Sweet
District Court Judge
United States District Court
500 Pearl Street
New York, NY 10007

      Re:    *Giuffre v. Maxwell*,
            Case No.: 15-cv-07433-RWS

Dear Judge Sweet:

      I write to request withdrawal of DE 707 and DE 708 (for a scrivener's error) and submit the following corrected letter motion.

      As a follow up to the March 9, 2017 hearing, I submit this letter motion requesting an endorsed order for relief granted by the Court (*ore tenus* application to redact the non-party's name from the record).  3/9/17 Hr'g Tr. at page 8.

      Accordingly, pursuant to this Court's protective order, non-party witness respectfully requests that the Court endorse this letter request so that we may provide the Clerk with the Court's permission to strike DE 700 from the docket and replace it with redacted/re-filed DE 709.  No other changes were made to Non-Party's Reply/Combined Opposition; therefore, the redaction of non-party's name on page 1 and signature block on page 23 do not affect the original un-redacted reply or supporting declaration submitted to the Court.  Accordingly, re-filed DE 709 shall be considered timely filed and linked to DE 640 and 655.

      Respectfully submitted,

      /s/ J. Stanley Pottinger
      J. Stanley Pottinger
      *Counsel for Non-Party*

SP:spb

cc:    Jeff Pagliuca, Esq. (via ECF)
       Laura Menninger, Esq. (via ECF)