United States District Court
Southern District of New York

Virginia L. Giuffre,
    Plaintiff,

Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

    Defendant.
_____/

### DECLARATION OF SIGRID MCCAWLEY IN SUPPORT OF PLAINTIFF'S RESPONSE TO JEFFREY EPSTEIN'S MOTION TO QUASH TRIAL SUBPOENA

I, Sigrid McCawley, declare that the below is true and correct to the best of my knowledge as follows:

1. I am a Partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's Order granting my Application to Appear Pro Hac Vice.

2. I respectfully submit this Declaration in Support of Response to Jeffrey Epstein's Motion to Quash Trial Subpoena.

3. Attached hereto as Sealed Exhibit 1 is a true and correct copy of ███████ ███████████████████████████████.

4. Attached hereto as Sealed Exhibit 2 is a true and correct copy of ███████, ███████████████████████████████████.

I declare under penalty of perjury that the foregoing is true and correct.

                                              /s/ Sigrid McCawley
                                              Sigrid McCawley, Esq.

Dated: March 14, 2017

                    Respectfully Submitted,
                    BOIES, SCHILLER & FLEXNER LLP

                    By:  /s/ Sigrid McCawley
                    Sigrid S. McCawley (Pro Hac Vice)
                    Meredith Schultz (Pro Hac Vice)
                    Boies Schiller & Flexner LLP
                    401 E. Las Olas Blvd., Suite 1200
                    Ft. Lauderdale, FL 33301
                    (954) 356-0011

                    David Boies
                    Boies Schiller & Flexner LLP
                    333 Main Street
                    Armonk, NY 10504

                    Bradley J. Edwards (Pro Hac Vice)
                    FARMER, JAFFE, WEISSING,
                    EDWARDS, FISTOS & LEHRMAN, P.L.
                    425 North Andrews Avenue, Suite 2
                    Fort Lauderdale, Florida 33301
                     (954) 524-2820

                    Paul G. Cassell (Pro Hac Vice)
                    S.J. Quinney College of Law
                    University of Utah
                    383 University St.
                    Salt Lake City, UT 84112
                    (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 14th day of March, 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system.  I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.


Laura A. Menninger, Esq.
Jeffrey Pagliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com
       jpagliuca@hmflaw.com


                                                   /s/ Sigrid McCawley
                                                      Sigrid McCawley, Esq.