UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X

VIRGINIA L. GIUFFRE,

      Plaintiff,

v.

GHISLAINE MAXWELL,

      Defendant.

-----------------------------------------------------X

**15-cv-07433-RWS**

**Defendant's Reply in Support of Motion to Compel Non-Party Witness
to Produce Documents and Respond to Deposition Questions**

Laura A. Menninger
Jeffrey S. Pagliuca
Ty Gee
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
303.831.7364

# TABLE OF CONTENTS
# and
# PAGES 1-11

# REDACTED



Dated: March 14, 2017

                                                    Respectfully submitted,


                                                    */s/ Laura A. Menninger*
                                                    Laura A. Menninger (LM-1374)
                                                    Jeffrey S. Pagliuca (*pro hac vice*)
                                                    *Ty Gee (pro hac vice)*
                                                    HADDON, MORGAN AND FOREMAN, P.C.
                                                    150 East 10th Avenue
                                                    Denver, CO 80203
                                                    Phone:   303.831.7364
                                                    Fax:      303.832.2628
                                                    lmenninger@hmflaw.com

                                                    *Attorneys for Ghislaine Maxwell*

**CERTIFICATE OF SERVICE**

I certify that on March 14, 2017, I electronically served this *Defendant's Reply in Support of Motion to Compel Non-Party Witness to Produce Documents and Respond to Deposition Questions* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu


J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com


*/s/ Nicole Simmons*
Nicole Simmons

13