**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

       Plaintiff,                               Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.

_____/

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S**
**MOTION TO EXCLUDE THE "BLACK BOOK"**

Sigrid McCawley
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

Plaintiff, Virginia Giuffre, by and through her undersigned counsel, hereby files this response in opposition to Defendant's motion *in limine* (DE 679).

## PRELIMINARY STATEMENT

On February 6, 2017, the Court requested a hearing on the admissibility of the "black book," setting oral argument for this coming Thursday, March 16. Ms. Giuffre and Defendant each filed competing motions *in limine* on the issue on March 3. In the interest of brevity before the Court, Ms. Giuffre adopts all of the facts and arguments from Plaintiff's Motion in Limine to Admit the "Black Book" as Evidence at Trial (DE 683), and incorporates them by reference.

[redacted]

1





<a>Case 1:15-cv-07433-LAP Document 716 Filed 03/15/17 Page 5 of 8</a>



4

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

███

       ████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████

## **CONCLUSION**

For all the foregoing reasons, the Court should deny Defendant's motion *in limine*, and grant Ms. Giuffre's motion to admit the black book at trial.

Dated:  March 15, 2017                    Respectfully Submitted,

                                          BOIES SCHILLER FLEXNER LLP


                                          By:  /s/ Sigrid McCawley
                                               Sigrid McCawley (Pro Hac Vice)
                                               Meredith Schultz (Pro Hac Vice)
                                               Boies Schiller Flexner LLP

5

401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

David Boies
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504

Bradley J. Edwards (Pro Hac Vice)
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
(954) 524-2820

Paul G. Cassell (Pro Hac Vice)
S.J. Quinney College of Law
University of Utah
383 University St.
Salt Lake City,
UT 84112(801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 15, 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

> Laura A. Menninger, Esq.
> Jeffrey Pagliuca, Esq.
> HADDON, MORGAN & FOREMAN, P.C.
> 150 East 10th Avenue
> Denver, Colorado 80203
> Tel: (303) 831-7364
> Fax: (303) 832-2628
> Email: lmenninger@hmflaw.com
>        jpagliuca@hmflaw.com

/s/ Sigrid McCawley
Sigrid McCawley, Esq.