United States District Court
Southern District of New York

Virginia L. Giuffre,

    Plaintiff,                Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

    Defendant.

_____/

**DECLARATION OF SIGRID MCCAWLEY IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT 'S MOTION IN LIMINE TO EXCLUDE THE "BLACK BOOK"**

I, Sigrid McCawley, declare that the below is true and correct to the best of my knowledge as follows:

1. I am a Partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's Order granting my Application to Appear Pro Hac Vice.

2. I respectfully submit this Declaration in Support of Plaintiff's Response in Opposition to Motion in Limine to Exclude the "Black Book".

3. Attached hereto as Sealed Exhibit 1 is a true and correct copy of ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌.

4. Attached hereto as Sealed Exhibit 2 are true and correct copies of ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌.

I declare under penalty of perjury that the foregoing is true and correct.

                                    /s/ Sigrid McCawley_____
                                    Sigrid McCawley, Esq.

Dated: March 15, 2017.

                        Respectfully Submitted,

                        BOIES, SCHILLER & FLEXNER LLP

              By: /s/ Sigrid McCawley
                  Sigrid McCawley (Pro Hac Vice)
                  Meredith Schultz (Pro Hac Vice)
                  Boies Schiller & Flexner LLP
                  401 E. Las Olas Blvd., Suite 1200
                  Ft. Lauderdale, FL 33301
                  (954) 356-0011

                  David Boies
                  Boies Schiller & Flexner LLP
                  333 Main Street
                  Armonk, NY 10504

                  Bradley J. Edwards (Pro Hac Vice)
                  FARMER, JAFFE, WEISSING,
                  EDWARDS, FISTOS & LEHRMAN, P.L.
                  425 North Andrews Avenue, Suite 2
                  Fort Lauderdale, Florida 33301
                  (954) 524-2820

                  Paul G. Cassell (Pro Hac Vice)
                  S.J. Quinney College of Law
                  University of Utah
                  383 University St.
                  Salt Lake City, UT 84112
                  (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 15th day of March 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

> Laura A. Menninger, Esq.
> Jeffrey Pagliuca, Esq.
> HADDON, MORGAN & FOREMAN, P.C.
> 150 East 10th Avenue
> Denver, Colorado 80203
> Tel: (303) 831-7364
> Fax: (303) 832-2628
> Email: lmenninger@hmflaw.com
>         jpagliuca@hmflaw.com

/s/ Sigrid McCawley
Sigrid McCawley

3