Stan Pottinger
E-mail: stanpottinger@aol.com

March 13, 2017

**VIA EMAIL**

Hon. Robert W. Sweet
United States District Judge
United States District Court
Daniel Patrick Moynihan Courthouse
Southern District of New York
500 Pearl Street, Room 1940
New York, New York 10007-1312

Re: *Giuffre v. Maxwell*,
**Case No.: 15-cv-07433-RWS**

Dear Judge Sweet:

This is a letter motion to request a one-week continuance of the hearing on Defendant's Motion to Compel Non-Party Witness to Produce Documents and Respond to Deposition Questions (Doc. 655) and Motion for Protective Order for Non-Party Witness (Doc. 640) until March 23, 2017. The hearing currently is scheduled for this Thursday, March 16, 2017. *See* Minute Entry from proceedings held on March 9, 2017.

Non-Party Witness contends that the Motion for Protective Order (Doc. 640) has not yet been granted or denied and requests that it be heard on March 23, 2017 at the same time as the Defendant's Motion to Compel (Doc. 655). While at the hearing on March 9, 2017, the Court addressed and resolved the *ore tenus* motion requesting the redaction of the non-party's witness name, that did not address the substance of the Non-Party's Motion for Protective Order which seeks relief from requiring the non-party to sit for a second deposition or produce additional documents. *See* (Doc. 640); and Exhibit A, March 9, 2017 Court's Hearing Transcript.

Accordingly, Non-Party requests that this Court schedule the hearing on her Motion for Protective Order to occur at the same time as Defendant's Motion to Compel (Doc. 655).

So ordered
Sweet
USDJ
3.15-17

Sincerely,

/s/ J. Stanley Pottinger
J. Stanley Pottinger
*Counsel for Non-PartyWitness*