



**Haddon, Morgan and Foreman, p.c**
Laura A. Menninger

150 East 10th Avenue
Denver, Colorado 80203
PH 303.831.7364  FX 303.832.2628
www.hmflaw.com
lmenninger@hmflaw.com

March 10, 2017

<u>Via Email</u>

Hon. Robert W. Sweet
United States District Judge
United States District Court
Daniel Patrick Moynihan Courthouse
Southern District of New York
500 Pearl Street, Room 1940
New York, New York 10007-1312

      Re:    *Giuffre v. Maxwell*, 15-cv-07433-RWS

Dear Judge Sweet:

      This is a letter motion to request a one-week extension of time in which to file a Response to Plaintiff's Renewed Motion to Compel Data from Defendant's Undisclosed Email Account and for an Adverse Inference Instruction (Doc. 659), filed on March 3, 2017. An additional week is necessary to adequately brief the issues raised within that motion.

      This Court previously has ordered that all motions filed on March 3, 2017, will be heard on March 30, 2017 at noon. (Doc. 661). Counsel for Ms. Maxwell has attempted to confer with counsel for Plaintiff but has not received a position from them.

      Accordingly, Ms. Maxwell respectfully requests that she be permitted to submit her response by March 17, 2017.

So ordered.
/s/ Sweet
USDJ
3-13-17

Sincerely,

HADDON, MORGAN AND FOREMAN, P.C.

/s/ *Laura A. Menninger*
Laura A. Menninger

Hon. Robert W. Sweet
March 10, 2017
Page 2

## CERTIFICATE OF SERVICE

I certify that on March 10, 2017, I electronically served this *LETTER MOTION* via ELECTRONIC MAIL on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons