# United States District Court
## Southern District of New York

Virginia L. Giuffre,

       Plaintiff,                  Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.
_____/

## NOTICE OF INTENT TO REQUEST REDACTION OF FEBRUARY 16, 2017 HEARING TRANSCRIPT

      Petitioner, Virginia Giuffre, hereby files this Notice of Intent to Request Redaction of the February 16, 2017 transcript of proceedings pursuant to this Court's Protective Order. *See* Plaintiff's redactions attached hereto as Sealed Exhibit 1.

Dated: March 15, 2017

                                        Respectfully Submitted,

                                        /s Meredith Schultz
                    By: _____
                           Sigrid McCawley (Pro Hac Vice)
                           Meredith Schultz (Pro Hac Vice)
                           Boies Schiller Flexner LLP
                           401 E. Las Olas Blvd., Suite 1200
                           Ft. Lauderdale, FL 33301
                           (954) 356-0011

                           David Boies
                           Boies Schiller Flexner LLP
                           333 Main Street
                           Armonk, NY 10504

Bradley J. Edwards (Pro Hac Vice)
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
(954) 524-2820

Paul G. Cassell (Pro Hac Vice)
S.J. Quinney College of Law
University of Utah
383 University St.
Salt Lake City, UT 84112
(801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 15th day of March, 2017, I served the attached document via CM/ECF and e-mail to the following counsel of record.

Laura A. Menninger, Esq.
Jeffrey Pagliuca, Esq.
Ty Gee, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com
      jpagliuca@hmflaw.com
      tgee@hmflaw.com

By:   /s Meredith Schultz
      Meredith Schultz (Pro Hac Vice)
      Boies Schiller Flexner LLP
      401 E. Las Olas Blvd., Suite 1200
      Ft. Lauderdale, FL 33301
      (954) 356-0011