**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

         Plaintiff,                             Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

         Defendant.
_____/


**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S**
**MOTION TO EXCLUDE DEPOSITION TESTIMONY OF**
**SARAH KELLEN AND NADIA MARCINKOVA**


Sigrid McCawley
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

Plaintiff, Virginia Giuffre, by and through her undersigned counsel, hereby files this response in opposition to Defendant's motion *in limine* (DE 673).

## PRELIMINARY STATEMENT

Ms. Giuffre has already filed her motion *in limine* to present the testimony from Sarah Kellen and Nadia Marcinkova for purposes of obtaining an adverse inference instruction. *See* Plaintiff Giuffre's Motion to Present Testimony from Sarah Kellen and Nadia Marcinkova for Purposes of Obtaining an Adverse Inference (DE 698). In the interest of brevity before the Court, Ms. Giuffre adopts all of the facts and arguments from the aforementioned motion and incorporates them herein by reference.

1



## <u>CONCLUSION</u>

For all the foregoing reasons, the Court should deny Defendant's motion *in limine*, and grant Ms. Giuffre's Motion to Present Testimony from Sarah Kellen and Nadia Marcinkova for Purposes of Obtaining an Adverse Inference.

Dated:  March 17, 2017

Respectfully Submitted,

BOIES SCHILLER FLEXNER LLP

By:  /s/ Sigrid McCawley
     Sigrid McCawley (Pro Hac Vice)
     Meredith Schultz (Pro Hac Vice)
     Boies Schiller Flexner LLP
     401 E. Las Olas Blvd., Suite 1200
     Ft. Lauderdale, FL 33301
     (954) 356-0011

     David Boies
     Boies Schiller Flexner LLP
     333 Main Street
     Armonk, NY 10504

     Bradley J. Edwards (Pro Hac Vice)
     FARMER, JAFFE, WEISSING,
     EDWARDS, FISTOS & LEHRMAN, P.L.
     425 North Andrews Avenue, Suite 2
     Fort Lauderdale, Florida 33301
     (954) 524-2820

     Paul G. Cassell (Pro Hac Vice)
     S.J. Quinney College of Law
     University of Utah
     383 University St.
     Salt Lake City,
     UT 84112(801) 585-5202[2]

---

[2] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 17, 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

> Laura A. Menninger, Esq.
> Jeffrey Pagliuca, Esq.
> HADDON, MORGAN & FOREMAN, P.C.
> 150 East 10th Avenue
> Denver, Colorado 80203
> Tel: (303) 831-7364
> Fax: (303) 832-2628
> Email: lmenninger@hmflaw.com
>        jpagliuca@hmflaw.com

> /s/ Sigrid McCawley
> Sigrid McCawley, Esq.

5