United States District Court
Southern District of New York

Virginia L. Giuffre,

       Plaintiff,           Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.
_____/

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION IN LIMINE TO EXCLUDE THE COMPLAINT AND SETTLEMENT AGREEMENT IN JANE DOE 102 V. JEFFREY EPSTEIN**

Plaintiff, Virginia Giuffre, by and through her undersigned counsel, hereby files this Opposition to Defendant's Motion to Exclude the Complaint and Settlement Agreement in Jane Doe 102 v. Jeffrey Epstein.

**PRELIMINARY STATEMENT**

Defendant wrongly seeks to exclude the Complaint from Ms. Giuffre's action against Jeffrey Epstein which was filed on May 11, 2009, styled *Jane Doe 102 v. Jeffrey Epstein*, No. 9:09-cv-80656-KAM in the United States District Court for the Southern District of Florida.[1]

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

---

[1] At that point, many if not all of the Complaints against Epstein pursuant to his plea agreement to fund such lawsuits against him were styled as "Jane Doe" to protect the privacy of his underage victims.

1



3





5





Dated: March 17, 2017                     Respectfully Submitted,

                                                  By: /s/ Sigrid McCawley
                                                      Sigrid McCawley (Pro Hac Vice)
                                                      Meredith Schultz (Pro Hac Vice)
                                                      Boies Schiller Flexner LLP
                                                      401 E. Las Olas Blvd., Suite 1200
                                                      Ft. Lauderdale, FL 33301
                                                      (954) 356-0011

                                                      David Boies
                                                      Boies Schiller Flexner LLP
                                                      333 Main Street
                                                      Armonk, NY 10504

>Bradley J. Edwards (Pro Hac Vice)
>FARMER, JAFFE, WEISSING,
>EDWARDS, FISTOS & LEHRMAN, P.L.
>425 North Andrews Avenue, Suite 2
>Fort Lauderdale, Florida 33301
>(954) 524-2820
>
>Paul G. Cassell (Pro Hac Vice)
>S.J. Quinney College of Law
>University of Utah
>383 University St.
>Salt Lake City, UT 84112
>(801) 585-5202[2]

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 17th day of March, 2017, I served the attached document via CM/ECF and e-mail to the following counsel of record.

>Laura A. Menninger, Esq.
>Jeffrey Pagliuca, Esq.
>Ty Gee, Esq.
>HADDON, MORGAN & FOREMAN, P.C.
>150 East 10th Avenue
>Denver, Colorado 80203
>Tel: (303) 831-7364
>Fax: (303) 832-2628
>Email: lmenninger@hmflaw.com
>       jpagliuca@hmflaw.com
>       tgee@hmflaw.com

>By: /s/ Sigrid McCawley
>Sigrid McCawley (Pro Hac Vice)
>Boies Schiller Flexner LLP
>401 E. Las Olas Blvd., Suite 1200
>Ft. Lauderdale, FL 33301
>(954) 356-0011

---

[2] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.