**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

               Plaintiff,                  Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

               Defendant.

_____/

**DECLARATION OF SIGRID MCCAWLEY IN SUPPORT OF**
**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION _IN LIMINE_**
**TO EXCLUDE SUPPLEMENTAL REPORT OF DR. JAMES JANSEN AND VIDEO**
**TRIAL EXHIBIT OF DR. GILBERT KLIMAN**

      I, Sigrid McCawley, declare that the below is true and correct to the best of my

knowledge as follows:

      1.      I am a Partner with the law firm of Boies, Schiller & Flexner LLP and duly

licensed to practice in Florida and before this Court pursuant to this Court's Order granting my

Application to Appear Pro Hac Vice.

      2.      I respectfully submit this Declaration in Support of Plaintiff's Response in

Opposition to Defendant's Motion _in Limine_ to Exclude Supplemental Report of Dr. James

Jansen and Video Trial Exhibit of Dr. Gilbert Kliman.

      3.      Attached hereto as Sealed Exhibit 1 is a true and correct copy of █████████

████████████████████████████.

      4.      Attached hereto as Sealed Exhibit 2 is a true and correct copy of █████████

███████████████████████████████████.

      5.      Attached hereto as Sealed Exhibit 3 is a true and correct copy of █████████

██████████████████████.

6.      Attached hereto as Sealed Exhibit 4 is a true and correct copy of ▇▇▇▇▇▇▇ ▇▇▇▇▇▇ .

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Sigrid McCawley_____
Sigrid McCawley, Esq.

Dated: March 17, 2017.                    Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP

By:  /s/ Sigrid McCawley
Sigrid McCawley (Pro Hac Vice)
Meredith Schultz (Pro Hac Vice)
Boies Schiller & Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

David Boies
Boies Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

Bradley J. Edwards (Pro Hac Vice)
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
(954) 524-2820

Paul G. Cassell (Pro Hac Vice)
S.J. Quinney College of Law
University of Utah
383 University St.
Salt Lake City, UT 84112
(801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on the 17th day of March 2017, I electronically filed the

foregoing document with the Clerk of Court by using the CM/ECF system.  I also certify that the

foregoing document is being served to all parties of record via transmission of the Electronic

Court Filing System generated by CM/ECF.

Laura A. Menninger, Esq.
Jeffrey Pagliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com
        jpagliuca@hmflaw.com


/s/ Sigrid McCawley
    Sigrid McCawley