**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

        Plaintiff,             Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

        Defendant.

_____/

**DECLARATION OF BRADLEY EDWARDS IN SUPPORT OF**
**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION IN LIMINE**
**TO EXCLUDE REFERENCES TO "CRIME VICTIMS' RIGHTS ACT" LITIGATION**

      I, Bradley Edwards, declare that the below is true and correct to the best of my knowledge as follows:

      1.      I am a Partner with the law firm of Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman and duly licensed to practice in Florida and before this Court pursuant to this Court's Order granting my Application to Appear Pro Hac Vice.

      2.      I respectfully submit this Declaration in Support of Plaintiff's Opposition to Defendant's motion in limine to exclude references to "Crime Victims' Rights Act" Litigation.

      3.      Attached hereto as Sealed Exhibit 1 is a true and correct copy of the ██████ ████████████████████████████████████████████

      4.      Attached hereto as Sealed Exhibit 2 is a true and correct copy of ████████ ████████████ in the U.S. District Court for the Southern District of Florida action titled *Jane Does 1 and 2 v. United States of America*, No. 08-cv-80736.

      5.      Attached hereto as Sealed Exhibit 3 is a true and correct copy of ████████ █████████████████████████████ in the U.S. District Court for the Southern District

of Florida titled *Jane Does 1 and 2 v. United States of America*, No. 08-cv-80736.

      6.    Attached hereto as Sealed Exhibit 4 is a true and correct copy of the 

 in the U.S. District Court for the Southern District of New York action titled

*Giuffre v. Maxwell*, 15-cv-07433.

      7.    Attached hereto as Sealed Exhibit 5 is a true and correct copy of ██████

████████████████████

      8.    Attached hereto as Sealed Exhibit 6 is a true and correct copy of the ███████

████████████████████████████████████████

██████

      I declare under penalty of perjury that the foregoing is true and correct.


                    /s/ *Bradley Edwards*
                    Bradley Edwards, Esq.



Dated: March 17, 2017.

                    Respectfully Submitted,


               By:  /s/ *Bradley Edwards*
                   Bradley J. Edwards (Pro Hac Vice)
                   FARMER, JAFFE, WEISSING,
                   EDWARDS, FISTOS & LEHRMAN, P.L.
                   425 North Andrews Avenue, Suite 2
                   Fort Lauderdale, Florida 33301
                   (954) 524-2820

                   Sigrid McCawley (Pro Hac Vice)
                   Meredith Schultz (Pro Hac Vice)
                   Boies Schiller & Flexner LLP
                   401 E. Las Olas Blvd., Suite 1200
                   Ft. Lauderdale, FL 33301

(954) 356-0011

David Boies
Boies Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

Paul G. Cassell (Pro Hac Vice)
S.J. Quinney College of Law
University of Utah
383 University St.
Salt Lake City, UT 84112
(801) 585-5202[1]

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 17th day of March 2017, I electronically filed the

foregoing document with the Clerk of Court by using the CM/ECF system.  I also certify that the

foregoing document is being served to all parties of record via transmission of the Electronic

Court Filing System generated by CM/ECF.

Laura A. Menninger, Esq.
Jeffrey Pagliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com
       jpagliuca@hmflaw.com

/s/ *Bradley Edwards*
Bradley Edwards

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.