# EXHIBIT 1

# (FILE UNDER SEAL)