**United States District Court**
**Southern District of New York**


Virginia L. Giuffre,

           Plaintiff,                           Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

           Defendant.

_____/


### PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION IN *LIMINE* TO EXCLUDE FBI 302 STATEMENT OF PLAINTIFF

Bradley J. Edwards
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, PL
425 North Andrews Avenue, Suite 2
FORT LAUDERDALE, FL  33301
(954)524-2820 TELEPHONE













[redacted]

[redacted]

[redacted]

[redacted]

[redacted]













[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Dated:  March 17, 2017

Respectfully Submitted,

By:  */s/ Bradley J. Edwards*

Bradley J. Edwards (Pro Hac Vice)
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
(954) 524-2820

BOIES, SCHILLER & FLEXNER LLP
Sigrid McCawley (Pro Hac Vice)
Meredith Schultz (Pro Hac Vice)
Boies Schiller & Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

David Boies
Boies Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

Paul G. Cassell (Pro Hac Vice)
S.J. Quinney College of Law
University of Utah

10

383 University St.
Salt Lake City,
UT 84112(801) 585-5202[1]


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 17th day of March, 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

Laura A. Menninger, Esq.
Jeffrey Pagliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com
          jpagliuca@hmflaw.com


By:  /s/ *Bradley J. Edwards*
Bradley J. Edwards (Pro Hac Vice)

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.