# United States District Court
# Southern District of New York

Virginia L. Giuffre,

    Plaintiff,                    Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

    Defendant.

_____/

## DECLARATION OF BRADLEY EDWARDS IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE FBI 302 STATEMENT OF PLAINTIFF

I, Bradley Edwards, declare that the below is true and correct to the best of my knowledge as follows:

1. I am a Partner with the law firm of Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman and duly licensed to practice in Florida and before this Court pursuant to this Court's Order granting my Application to Appear Pro Hac Vice.

2. I respectfully submit this Declaration in Support of Plaintiff's Opposition to Defendant's Motion to Exclude FBI 302 Statement of Plaintiff.

3. Attached hereto as Sealed Exhibit 1 is a true and correct copy of ▇▇▇▇▇▇▇▇▇▇▇.

I declare under penalty of perjury that the foregoing is true and correct.

                                      /s/ *Bradley Edwards*
                                      Bradley Edwards, Esq.

Dated: March 17, 2017.

                            Respectfully Submitted,

                      By:  /s/ *Bradley Edwards*
                           Bradley J. Edwards (Pro Hac Vice)
                           FARMER, JAFFE, WEISSING,
                           EDWARDS, FISTOS & LEHRMAN, P.L.
                           425 North Andrews Avenue, Suite 2
                           Fort Lauderdale, Florida 33301
                           (954) 524-2820

                           Sigrid McCawley (Pro Hac Vice)
                           Meredith Schultz (Pro Hac Vice)
                           Boies Schiller & Flexner LLP
                           401 E. Las Olas Blvd., Suite 1200
                           Ft. Lauderdale, FL 33301
                           (954) 356-0011

                           David Boies
                           Boies Schiller & Flexner LLP
                           333 Main Street
                           Armonk, NY 10504

                           Paul G. Cassell (Pro Hac Vice)
                           S.J. Quinney College of Law
                           University of Utah
                           383 University St.
                           Salt Lake City, UT 84112
                           (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 17th day of March 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

>Laura A. Menninger, Esq.
>Jeffrey Pagliuca, Esq.
>HADDON, MORGAN & FOREMAN, P.C.
>150 East 10th Avenue
>Denver, Colorado 80203
>Tel: (303) 831-7364
>Fax: (303) 832-2628
>Email: lmenninger@hmflaw.com
>         jpagliuca@hmflaw.com

>/s/ *Bradley Edwards*
>Bradley Edwards