**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

        Plaintiff,               Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

        Defendant.

_____/

**PLAINTIFF  MS.  GIUFFRE'S  RESPONSE  TO  DEFENDANT'S  MOTION  TO**
**EXCLUDE  EVIDENCE  PURSUANT  TO  FED.  R. EVID.  404(B)**

Sigrid McCawley
BOIES  SCHILLER  FLEXNER  LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

# TABLE OF CONTENTS

Page



i

# TABLE OF AUTHORITIES

Page

**Cases**

*Blind-Doan v. Sanders,*
   291 F.3d 1079 (9th Cir. 2002) ................................................................. 24

*Dosier v. Miami Valley Broadcasting Corp.,*
   656 F.2d 12954 (9th Cir. 1981) ............................................................... 17

*Huddleston v U.S.,*
   485 U.S. 681 (1988) ................................................................................ 16

*Ismail v. Cohen,*
   706 F. Supp. 243 (S.D.N.Y.1989) .......................................................... 20

*Jane Does v. United States,*
   No. 9:08-cv-80736-KAM (S.D. Fla. Dec. 30, 2014) ................................ 3

*McMahon v. Valenzuela,*
   2015 WL 7573620, Case No. 2:14 CV-02085 CAS (C.D. Ca. Nov. 25, 2015) ......................... 23

*Morris v. Eversley,*
   2004 WL 856301, No. 00 Civ. 8166 DC (S.D.N.Y. Apr. 20, 2004) ........................... 23

*Perry v. Ethan Allen, Inc.,*
   115 F.3d 143 (2d Cir.1997) ..................................................................... 24

*Roshan v. Fard,*
   705 F.2d 102 (4th Cir. 1983) ................................................................... 19

*United States v. Abu-Jihaad,*
   630 F.3d 102 (2d Cir. 2010) .................................................................... 16

*United States v. Barnason,*
   852 F. Supp. 2d 367 (S.D.N.Y. 2012) .............................................. 22, 23

*United States v. Carboni,*
   204 F.3d 39 (2d Cir.2000) .................................................................. 15, 21

*United States v. Diaz,*
   176 F.3d 52 (2d Cir. 1999) .................................................................. 12, 18

*United States v. Figueroa,*
   618 F.2d 934 (2d Cir.1980) ..................................................................... 24

*United States v. Gilan*,
   967 F.2d 776 (2d Cir.1992) ........................................................................ 25

*United States v. Hughes*,
   310 F.3d 557 (2002) ................................................................................... 17

*United States v. Jacobs*,
   44 F.3d 1219 (2d Cir. 1995) ...................................................................... 19

*United States v. Jobson*,
   102 F.3d 214 (6th Cir. 1996) .............................................................. 19, 20

*United States v. Larson*,
   112 F.3d 600 (2d Cir. 1997) ...................................................................... 22

*United States v. Levy*,
   731 F.2d 997 (2d Cir. 1984) ...................................................................... 17

*United States v. Ozsusamlar*,
   428 F. Supp. 2d 161 (S.D.N.Y.2006) ........................................................ 24

*United States v. Pipola*,
   83 F.3d 556 (2d Cir.1996) ......................................................................... 17

*United States v. Robinson*,
   702 F.3d 22 (2d Cir. 2012) .................................................................. 15, 25

*United States v. Roldan–Zapata*,
   916 F.2d 795 (2d Cir.1990) ...................................................................... 25

*United States v. Rosa*,
   11 F.3d 315 (2d Cir.1993) ......................................................................... 18

*United States v. Senffner*,
   280 F.3d 755 (7th Cir. 2002) .................................................................... 19

*United States v. Serang*,
   156 F.3d 910 (9th Cir. 1998) .................................................................... 20

*United States v. Taylor*,
   92 F.3d 1313 (2d Cir.1996) ...................................................................... 16

## **Rules**

Fed. R. Evid. 401 ........................................................................................... 15

Fed. R. Evid. 402 ........................................................................................... 15

Fed. R. Evid. 403 ..................................................................................... 22, 24

Fed. R. Evid. 404(b) ................................................................................... *passim*

Fed. R. Evid. 404(b)(1) .......................................................................... 17

Fed. R. Evid. 404(b)(2) .......................................................................... 17

Fed. R. Evid. 413-415 ............................................................................ 22

Fed. R. Evid. 415 .................................................................................. *passim*

Plaintiff, Ms. Virginia Giuffre, respectfully submits this memorandum of law in response and opposition to Defendant's Motion to Exclude Evidence Pursuant to Fed. R. Evid. 404(b).









---

1 Each of the bullet points below represent a different witness who will testify.

4







































[2] The only evidence this Court excluded was evidence of Barnason's prior conviction that dealt with vastly different facts including his assault of a young child that came to meet Barnason's daughter to trade stickers and another incident where he played "doctor" with his daughter's young friends. *Id.* at 376. This Court excluded that evidence because the assaults were vastly different than the assaults on the tenants in the building. *Id.* at 377.



---

[3] Of course, other reasons may develop at trial for the admissibility of this evidence, but the Court can make a pre-trial ruling based upon applicable law that applies at this stage of proceedings.



## CONCLUSION

For all of the foregoing reasons, Ms. Giuffre respectfully requests that the Court deny Defendant's motion in limine and permit her to introduce all evidence concerning Defendant's participation in her and Epstein's sexual abuse of females, and all evidence concerning Defendant's participation and role in her and Epstein's sex trafficking organization.

Dated:  March 17, 2017                     Respectfully Submitted,

                                           BOIES  SCHILLER  FLEXNER  LLP

                              By:  /s/ Sigrid McCawley
                                   Sigrid McCawley (Pro Hac Vice)
                                   Boies Schiller Flexner LLP
                                   401 E. Las Olas Blvd., Suite 1200
                                   Ft. Lauderdale, FL 33301
                                   (954) 356-0011

                                   David Boies
                                   Boies Schiller Flexner LLP
                                   333 Main Street
                                   Armonk,  NY 10504

                                   Bradley J. Edwards (Pro Hac Vice)
                                   FARMER, JAFFE, WEISSING,
                                   EDWARDS, FISTOS & LEHRMAN,  P.L.
                                   425 North Andrews Avenue, Suite 2
                                   Fort Lauderdale, Florida 33301
                                   (954) 524-2820

                                   Paul G. Cassell (Pro Hac Vice)
                                   S.J. Quinney College of Law
                                   University of Utah
                                   383 University St.
                                   Salt Lake City, UT 84112
                                   (801) 585-5202[4]

---

[4] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 17, 2017, I electronically filed the foregoing

document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing

document is being served this day on the individuals identified below via transmission of Notices

of Electronic Filing generated by CM/ECF.

> Laura A. Menninger, Esq.
> Jeffrey Pagliuca, Esq.
> HADDON, MORGAN & FOREMAN, P.C.
> 150 East 10th Avenue
> Denver, Colorado 80203
> Tel: (303) 831-7364
> Fax: (303) 832-2628
> Email: lmenninger@hmflaw.com
>        jpagliuca@hmflaw.com

> /s/ Sigrid S. McCawley
> Sigrid S. McCawley