United States District Court
Southern District of New York

Virginia L. Giuffre,
    Plaintiff,

Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

    Defendant.
_____/

## DECLARATION OF SIGRID MCCAWLEY IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE PURSUANT TO FED. R. EVID. 404(B)

I, Sigrid McCawley, declare that the below is true and correct to the best of my knowledge as follows:

1. I am a Partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's Order granting my Application to Appear Pro Hac Vice.

2. I respectfully submit this Declaration in Support of Plaintiff's Response in Opposition to Defendant's Motion in Limine to Exclude Evidence Pursuant To Fed. R. Evid. 404(B).

3. Attached hereto as Sealed Exhibit 1 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ .

4. Attached here to as Sealed Composite Exhibit 2 are true and correct copies of ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1

███████████████████████████████████████████████████

█████████████.

    5. Attached hereto as Sealed Exhibit 3 is a true and correct copy of ████████████.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 17, 2017

                                           /s/ Sigrid McCawley
                                           Sigrid McCawley, Esq.

                                           Respectfully Submitted,
                                           BOIES, SCHILLER & FLEXNER LLP
                                           Sigrid S. McCawley(Pro Hac Vice)
                                           Meredith Schultz (Pro Hac Vice)
                                           Boies Schiller & Flexner LLP
                                           401 E. Las Olas Blvd., Suite 1200
                                           Ft. Lauderdale, FL 33301
                                           (954) 356-0011

                                           David Boies
                                           Boies Schiller & Flexner LLP
                                           333 Main Street
                                           Armonk, NY 10504

                                           Bradley J. Edwards (Pro Hac Vice)
                                           FARMER, JAFFE, WEISSING,
                                           EDWARDS, FISTOS & LEHRMAN, P.L.
                                           425 North Andrews Avenue, Suite 2
                                           Fort Lauderdale, Florida 33301
                                           (954) 524-2820

                                           Paul G. Cassell (Pro Hac Vice)
                                           S.J. Quinney College of Law
                                           University of Utah
                                           383 University St.
                                           Salt Lake City, UT 84112
                                           (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on the 17th day of March, 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system.  I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.


Laura A. Menninger, Esq.
Jeffrey Pagliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com
   jpagliuca@hmflaw.com


            /s/ Sigrid McCawley
             Sigrid McCawley, Esq.