**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

        Plaintiff,                Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

        Defendant.

_____/


**PLAINTIFF'S RESPONSE IN OPPOSITION**
**TO DEFENDANT'S MOTION *IN LIMINE* TO PERMIT QUESTIONING**
**REGARDING PLAINTIFF'S SEXUAL HISTORY AND REPUTATION**


Meredith Schultz
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

## <u>TABLE OF CONTENTS</u>

<u>Page</u>

TABLE OF AUTHORITIES ................................................................................................. ii

I.     PRELIMINARY STATEMENT ................................................................................. 1

II.    LEGAL STANDARD ................................................................................................. 1

III.   LEGAL ARGUMENT ................................................................................................. 1

IV.    CONCLUSION ........................................................................................................... 24

CERTIFICATE OF SERVICE .......................................................................................... 26

# TABLE OF AUTHORITIES

**Cases**                                                                                                                  **Page**

*Bennett v. Spitzer*,
   2007 WL 389213 (E.D.N.Y. 2007) ...................................................................... 10

*Grant v. Demskie*,
   75 F. Supp. 2d 201 (S.D.N.Y. 1999) ............................................................. 23

*Socialist Workers Party v. Attorney Gen. of U.S.*,
   666 F. Supp. 621 (S.D.N.Y. 1987) .............................................................. 24

*State v. Jones*,
   490 NW2d 787 (Iowa 1992) ........................................................................ 24

*State v. Mayhorn*,
   720 N.W.2d 776 (Minn. 2006) ...................................................................... 8

*United States v. Galloway*,
   937 F.2d 542 (10th Cir. 1991) ..................................................................... 19

*United States v. Rivera*,
   2015 WL 1886967 (E.D.N.Y. Apr. 24, 2015) ............................................ 23

*United States v. Torres*,
   937 F.2d 1469 (9th Cir. 1991) ..................................................................... 23

*United States v. Valenzuela*,
   967 F.2d 596 (9th Cir. 1992) ....................................................................... 23

*Weber v. Multimedia Entertainment, Inc.*,
   1997 WL 729039, (S.D.N.Y. 1997)..................................................... *passim*

**Rules**

Fed. R. Civ. P. 26 ............................................................................................ 16

Fed. R. Civ. P. 26(b)(1).................................................................................. 16

Fed. R. Evid. 403 ..................................................................................... *passim*

Fed. R. Evid. 608 ....................................................................................... 8, 10

Fed. R. Evid. 608(b)............................................................................. 8, 10, 11

Fed. R. Evid. 401 ..................................................................................... *passim*

Fed. R. Evid. 412(2).......................................................................................  21

Fed. R. Evid. 412 ...................................................................................................... *passim*

Fed. R. Evid. 412(b)(2) ........................................................................................... 22, 23

**Statutes**

Fla. Stat. § 741.0405 ................................................................................................. 9

**Other Authorities**

California Senate Bill 1322 ........................................................................................ 2

GREGORY MATOESIAN, REPRODUCING RAPE: DOMINATION THROUGH TALK
    IN THE COURTROOM (1993) ............................................................................... 1

ANDREW E. TASLITZ, RAPE AND THE CULTURE OF THE COURTROOM (1999) .......... 1

## I. PRELIMINARY STATEMENT

█████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████

██ ░░ ████████████

░░ ███████████████████████████████████████████

██████

██ ░░ ████████████

███████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████████

████████████ ████ ██████ █████████ ██████

██████ ████████ █████ ████ ████████ ██████ █████ ███

█████ ████████ ████████████████████████████████████

████████████████████████████████████████

█████████████████████████████████████████████████

████████████████████████████████████████

███████████████████████████████████

██████████████████████████████████████

█████████████████████████████████████████████████

██████████████████████████

















11





13

















Dated:  March 17, 2017                           Respectfully Submitted,

                                                  BOIES SCHILLER FLEXNER LLP

                                    By:  /s/ Meredith Schultz
                                         Meredith Schultz (Pro Hac Vice)
                                         Sigrid McCawley (Pro Hac Vice)
                                         Boies Schiller Flexner LLP
                                         401 E. Las Olas Blvd., Suite 1200
                                         Ft. Lauderdale, FL 33301
                                         (954) 356-0011

                                         David Boies
                                         Boies Schiller Flexner LLP
                                         333 Main Street
                                         Armonk, NY 10504

                                         Bradley J. Edwards (Pro Hac Vice)
                                         FARMER, JAFFE, WEISSING,
                                         EDWARDS, FISTOS & LEHRMAN, P.L.
                                         425 North Andrews Avenue, Suite 2
                                         Fort Lauderdale, Florida 33301



(954) 524-2820

Paul G. Cassell (Pro Hac Vice)
S.J. Quinney College of Law
University of Utah
383 University St.
Salt Lake City, UT 84112
(801) 585-5202[14]

---

[14] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 17, 2017, I electronically filed the foregoing

document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing

document is being served this day on the individuals identified below via transmission of Notices

of Electronic Filing generated by CM/ECF.

Laura A. Menninger, Esq.
Jeffrey Pagliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com
          jpagliuca@hmflaw.com

/s/ Meredith Schultz
Meredith Schultz