**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

        Plaintiff,              Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

        Defendant.

_____/

**PLAINTIFF MS. GIUFFRE'S RESPONSE TO DEFENDANT'S MOTION IN *LIMINE*
TO EXCLUDE JEFFREY EPSTEIN PLEA AND NON-PROSEUCTION AGREEMENT
AND SEX OFFENDER REGISTRATION**

                        Sigrid McCawley
                        BOIES SCHILLER FLEXNER LLP
                        401 E. Las Olas Blvd., Suite 1200
                        Ft. Lauderdale, FL 33301
                        (954) 356-0011

# **TABLE OF CONTENTS**

Page

TABLE OF AUTHORITIES ............................................................................................................. ii

PRELIMINARY STATEMENT ...................................................................................................... 1

CONCLUSION ............................................................................................................................... 14

CERTIFICATE OF SERVICE ...................................................................................................... 15

i

## <u>TABLE OF AUTHORITIES</u>

Page

<u>Cases</u>

*Arista Records LLC v. Lime Group LLC*,
  784 F. Supp. 2d 398 (S.D.N.Y. 2011)......................................................................... 9

*Barklay v. New York*,
  602 Fed. Appx. 7 (2d Cir. 2015)................................................................................. 10

*Clover-Green Spring Dairies, Inc. v. Pennsylvania Milk Marketing Board*,
  298 F.3d 201 (3rd Cir. 2002) .................................................................................... 10

*Crawford v. Washington*,
  541 U.S. 36 (2004)...................................................................................................... 11

*Jane Does v. United States*,
  No. 9:08-cv-80736-KAM (S.D. Fla. Dec. 30, 2014) ................................................ 2

*Perry v. Ethan Allen, Inc.*,
  115 F.3d 143 (2d Cir.1997) ....................................................................................... 12

*Ramirez Rodriguez v. Boehringer Ingelheim*,
  425 F.3d 67 (1st Cir. 2005) ........................................................................................ 10

*United States v. Diaz*,
  176 F.3d 52 (2d Cir. 1999)......................................................................................... 13

*United States v. Dupree*,
  706 F.3d 131 (2d. Cir. 2013)..................................................................................... 9

*United States v. Figueroa*,
  618 F.2d 934 (2d Cir.1980) ....................................................................................... 12

*United States v. Gilan*,
  967 F.2d 776 (2d Cir.1992) ....................................................................................... 14

*United States v. Gotti*,
  457 F. Supp. 2d 395 (S.D.N.Y. 2006)....................................................................... 9

*United States v. Ozsusamlar*,
  428 F. Supp. 2d 161 (S.D.N.Y.2006) ....................................................................... 12

*United States v. Robinson*,
  702 F.3d 22 (2d Cir. 2012)......................................................................................... 13

*United States v. Roldan–Zapata,*
  916 F.2d 795 (2d Cir.1990) ............................................................................ 13

*United States v. Serang,*
  156 F.3d 910 (9th Cir. 1998) .......................................................................... 13


**Rules**

Fed. R. Evid. 403 ............................................................................................. 12

Fed. R. Evid. 801(c) ........................................................................................... 9


**Statutes**

18 U.S.C. § 371 .............................................................................................. 3, 4

18 U.S.C. § 1591(c) ............................................................................................ 4

18 U.S.C. § 2255 ............................................................................................. 4,5

18 U.S.C. § 2422(b) ............................................................................................ 4

18 U.S.C. 2423(b) ............................................................................................... 4

18 U.S.C. § 2423(e) ......................................................................................... 3, 4

Plaintiff, Ms. Virginia Giuffre, respectfully submits this memorandum of law in response and opposition to Defendant's Motion in *Limine* to Exclude Jeffrey Epstein Plea and Non-Prosecution Agreement and Sex Offender Registration.

## PRELIMINARY STATEMENT

















Dated:  March 17, 2017

Respectfully Submitted,

BOIES SCHILLER FLEXNER LLP

By:  /s/ Sigrid McCawley
　　　Sigrid McCawley (Pro Hac Vice)
　　　Boies Schiller Flexner LLP
　　　401 E. Las Olas Blvd., Suite 1200
　　　Ft. Lauderdale, FL 33301
　　　(954) 356-0011

　　　David Boies
　　　Boies Schiller Flexner LLP
　　　333 Main Street
　　　Armonk, NY 10504

　　　Bradley J. Edwards (Pro Hac Vice)
　　　FARMER, JAFFE, WEISSING,
　　　EDWARDS, FISTOS & LEHRMAN, P.L.

14

425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
(954) 524-2820

Paul G. Cassell (Pro Hac Vice)
S.J. Quinney College of Law
University of Utah
383 University St.
Salt Lake City, UT 84112
(801) 585-5202[3]

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 17th day of March, 2017, I electronically filed the

foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the

foregoing document is being served this day on the individuals identified below via transmission

of Notices of Electronic Filing generated by CM/ECF.

Laura A. Menninger, Esq.
Jeffrey Pagliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com
        jpagliuca@hmflaw.com

/s/ Sigrid S. McCawley
Sigrid S. McCawley

---

[3] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.