United States District Court
Southern District of New York

Virginia L. Giuffre,

    Plaintiff,               Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

    Defendant.

_____/

**DECLARATION OF SIGRID MCCAWLEY IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE JEFFREY EPSTEIN PLEA AND NON-PROSEUCTION AGREEMENT AND SEX OFFENDER REGISTRATION**

    I, Sigrid McCawley, declare that the below is true and correct to the best of my knowledge as follows:

    1.    I am a Partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's Order granting my Application to Appear Pro Hac Vice.

    2.    I respectfully submit this Declaration in Support of Plaintiff's Opposition to Defendant's Motion to Jeffrey Epstein Plea and Non-Prosecution Agreement and Sex Offender Registration.

    3.    Attached hereto as Sealed Exhibit 1 is a true and correct copy of ████ ████████████.

    4.    Attached hereto as Sealed Composite Exhibit 2 are true and correct copy of ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Sigrid McCawley_____
Sigrid McCawley, Esq.

Dated: March 17, 2017.

Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP

By: /s/ Sigrid McCawley
Sigrid McCawley (Pro Hac Vice)
Meredith Schultz (Pro Hac Vice)
Boies Schiller & Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

David Boies
Boies Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

Bradley J. Edwards (Pro Hac Vice)
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
(954) 524-2820

Paul G. Cassell (Pro Hac Vice)
S.J. Quinney College of Law
University of Utah
383 University St.
Salt Lake City, UT 84112
(801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

2

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 17th day of March 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system.  I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

    Laura A. Menninger, Esq.
    Jeffrey Pagliuca, Esq.
    HADDON, MORGAN & FOREMAN, P.C.
    150 East 10th Avenue
    Denver, Colorado 80203
    Tel: (303) 831-7364
    Fax: (303) 832-2628
    Email: lmenninger@hmflaw.com
           jpagliuca@hmflaw.com

                              /s/ Sigrid McCawley
                                Sigrid McCawley