UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

15-cv-07433-RWS

---------------------------------------------------X

# Defendant's Response in Opposition to Plaintiff's Motion *In Limine* to Admit the "Black Book"

Laura A. Menninger
Jeffrey S. Pagliuca
Ty Gee
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
303.831.7364

## TABLE OF CONTENTS

INTRODUCTION ............................................................................................................. 1

I.  THE DOCUMENT CANNOT BE AUTHENTICATED ....................................... 5

II. THE DOCUMENT IS NOT A BUSINESS RECORD ............................................ 7

III. THE DOCUMENT IS NOT ADMISSIBLE AS AN ADMISSION UNDER ANY SECTION OF 801(D)(2) .............................................................................................. 9

IV. THE DOCUMENT IS NOT A LIST OR A DIRECTORY CONTEMPLATED BY RULE 803(17) ........................................................................................................ 10

V.  THE RESIDUAL EXCEPTION DOES NOT APPLY ........................................ 11

VI. THE DOCUMENT IS HEARSAY AND SHOULD BE EXCLUDED ............... 12

CONCLUSION ................................................................................................................ 12

CERTIFICATE OF SERVICE ........................................................................................ 14

# PAGES 1-13

# REDACTED

Dated: March 17, 2017

        Respectfully submitted,

        */s/ Jeffrey S. Pagliuca*
        Laura A. Menninger (LM-1374)
        Jeffrey S. Pagliuca (*pro hac vice*)
        *Ty Gee (pro hac vice)*
        HADDON, MORGAN AND FOREMAN, P.C.
        150 East 10th Avenue
        Denver, CO 80203
        Phone:   303.831.7364
        Fax:       303.832.2628
        lmenninger@hmflaw.com

        *Attorneys for Ghislaine Maxwell*

## CERTIFICATE OF SERVICE

I certify that on March 17, 2017, I electronically served this *Defendant's Response in Opposition to Plaintiff's Motion in Limine to Admit the "Black Book"* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons