# EXHIBIT B

H2G8GIUC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

VIRGINIA L. GIUFFRE,

                Plaintiff,

         v.                              15 Cv. 7433 (RWS)

GHISLAINE MAXWELL,

                Defendant.

------------------------------x

                                    February 16, 2017
                                    12:45 p.m.

Before:

                    HON. ROBERT W. SWEET

                                    District Judge

                        APPEARANCES

BOIES, SCHILLER & FLEXNER LLP
     Attorneys for Plaintiff
BY:  SIGRID S. McCAWLEY
     MEREDITH L. SCHULTZ

PAUL G. CASSELL
S.J. QUINNEY COLLEGE OF LAW AT THE UNIVERSITY OF UTAH

HADDON MORGAN AND FOREMAN, P.C.
     Attorneys for Defendant
BY:  JEFFREY S. PAGLIUCA
     LAURA A. MENNINGER
     TY GEE

RANDAZZA LEGAL GROUP, PLLC
     Attorneys for Intervenor Cernovich Media
BY:  JAY M. WOLMAN

H2G8GIUC

1    client when she was a minor.  A plethora.  We don't have to

2    prove hundreds of allegations.  All we have to prove is that my

3    client was abused and trafficked by Maxwell.  The statement

4    comes out two days after the CVRA filing where my client says

5    she was abused and trafficked by Maxwell, and that statement is

6    released and calls her allegations, plural, untrue, obvious

7    lies, etc.

8              So let's just look at what we have.  I am not going to

9    repeat it because it's in your binder, but in there you will

10   see -- and, also, because it's confidential right now -- you

11   will see a number of witnesses who corroborate the story that

12   they were similarly abused by both Maxwell and Epstein.  You

13   will see eyewitnesses at the time back in 2000 who defendant

14   asked to assist in this process with.  You will see the flight

15   log showing over 23 flights when my client was a minor flying

16   with Maxwell and Epstein.  You are going to see a number of

17   witnesses taking the Fifth when asked about Maxwell.  You're

18   going to see the house staff talking about how these things

19   occurred, that there was evidence of sexual trafficking and

20   abuse.

21             More importantly, your Honor, you're going to see the

22   hard copy documents. As my partner, David Boies, often says,

23   the documents don't lie, and in this case they prove the case.

24   It needs to go to the jury.  You will see that there are

25   pictures from early 2000.  Nothing produced by Maxwell, mind