**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

              Plaintiff,                Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

              Defendant.

_____/

**PLAINTIFF'S RESPONSE IN OPPOSITION TO**
**DEFENDANT'S MOTION TO EXCLUDE POLICE REPORTS**

Sigrid McCawley
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

# **TABLE OF CONTENTS**



# <u>TABLE OF AUTHORITIES</u>

Page

**<u>Cases</u>**

*Arista Records LLC v. Lime Group LLC*,
  784 F. Supp. 2d 398 (S.D.N.Y. 2011)................................................................ 6, 11

*Baiul v. Disson*,
  607 Fed. Appx. 18 (2d Cir.2015) ........................................................................ 1

*Bennett v. Spitzer*,
  2007 WL 389213 (E.D.N.Y. Jan. 31, 2007) ...................................................... 17

*Crescenz v. Penguin Group (USA) Inc.*,
  2012 WL 6761817 (D. N.J. 2012) ...................................................................... 12

*Elmar Contracting Corporation v. Major Machinery, Inc.*,
  849 F. Supp. 923 (S.D.N.Y. 1994)...................................................................... 20

*Kassel v. Gannett Co., Inc.*,
  875 F.2d 935 (1st Cir. 1989)............................................................................... 12

*New York Times Co. v. Sullivan*,
  376 U.S. 254, 84 S. Ct. 710, 11 L.Ed.2d 686 (1964) ......................................... 1

*People v. Swamp*,
  84 N.Y.2d 725 (N.Y. 1995) ............................................................................... 16

*Smith v. Hulihan*,
  2011 WL 4058764 (S.D.N.Y. 2011)................................................................... 16

*Tierney v. Davidson*,
  133 F.3d 189 (2d Cir.1998)................................................................................ 12

*U.S. v. Cruz*,
  508 Fed. Appx. 890, 2013 WL 323265 (11th Cir. 2013)..................................... 16

*U.S. v. Patterson*,
  2014 WL 692955 (W.D.N.Y 2014) .................................................................... 16

*U.S. v. Salim*,
  664 F. Supp. 682 (E.D.N.Y. 1987) .................................................................... 16

*United States v. Carneglia*,
  256 F.R.D. 384 (E.D.N.Y. 2009)....................................................................... 20

*United States v. Dupree*,
  706 F.3d 131 (2d. Cir. 2013).............................................................................. 6

*United States v. Gotti,*
    457 F. Supp. 2d 395 (S.D.N.Y. 2006)............................................................................. 6, 11

*Vackar v. Package Machinery Co.,*
    841 F. Supp. 310 (N.D. Cal. 1993) ................................................................................ 11, 12

## **<u>Rules</u>**

Fed. R. Evid. 401 ............................................................................................................. 20, 22

Fed. R. Evid. 403 ........................................................................................................ 20, 21, 22

Fed. R. Evid. 404(b) .................................................................................................... 20, 21, 22

Fed. R. Evid. 801(c) ........................................................................................................... 5, 11

Fed. R. Evid. 803(6) ......................................................................................................... 17, 19

Fed. R. Evid. 803(8) ............................................................................................................... 17

































19





████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████

## IV.     CONCLUSION

For the reasons stated above, the Court should deny Defendant's Motion in its entirety.

Dated:  March 17, 2017                              Respectfully Submitted,

                                                    BOIES SCHILLER FLEXNER LLP

                                    By:  /s/ Sigrid McCawley
                                         Sigrid McCawley (Pro Hac Vice)
                                         Boies Schiller Flexner LLP
                                         401 E. Las Olas Blvd., Suite 1200
                                         Ft. Lauderdale, FL 33301
                                         (954) 356-0011
                                         David Boies
                                         Boies Schiller Flexner LLP
                                         333 Main Street
                                         Armonk, NY 10504

                                         Bradley J. Edwards (Pro Hac Vice)
                                         FARMER, JAFFE, WEISSING,
                                         EDWARDS, FISTOS & LEHRMAN, P.L.
                                         425 North Andrews Avenue, Suite 2
                                         Fort Lauderdale, Florida 33301
                                         (954) 524-2820

                                         Paul G. Cassell (Pro Hac Vice)
                                         S.J. Quinney College of Law
                                         University of Utah
                                         383 University St.
                                         Salt Lake City, UT 84112
                                         (801) 585-5202[23]

---

[23] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on March 17, 2017, I electronically filed the foregoing

document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing

document is being served this day on the individuals identified below via transmission of Notices

of Electronic Filing generated by CM/ECF.

Laura A. Menninger, Esq.
Jeffrey Pagliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com
        jpagliuca@hmflaw.com


/s/ Sigrid S. McCawley
Sigrid S. McCawley