UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

15-cv-07433-RWS

---------------------------------------------------X

**Declaration of Laura A. Menninger in Support of Defendant's Response to Plaintiff's Motion to Present Testimony from Sarah Kellen and Nadia Marcinkova <u>For Purposes of Obtaining an Adverse Inference Instruction</u>**

I, Laura A. Menninger, declare as follows:

1. I am an attorney at law duly licensed in the State of New York and admitted to practice in the United States District Court for the Southern District of New York. I am a member of the law firm Haddon, Morgan & Foreman, P.C., counsel of record for Defendant Ghislaine Maxwell in this action. I respectfully submit this Declaration in support of Ms. Maxwell's Response to Plaintiff's Motion to Present Testimony from Sarah Kellen and Nadia Marcinkova For Purposes of Obtaining an Adverse Inference Instruction.

2. Attached as Exhibit A (filed under seal) are true and correct copies of ███████████████████████████████████████████████████████ ███████████.

3. Attached as Exhibit B (filed under seal) is a true and correct copy of the █████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████

4. Attached as Exhibit C (filed under seal) are true and correct copies of ████████ ████████████████████████████████████████████████████████████████ ██████████

5. Attached as Exhibit D (filed under seal) is a true and correct copy of ████████ ████████████████████████████████████████████████████████████████ ██████████████████████████████████████

6. Attached as Exhibit E is a true and correct copy of a statement on behalf of Ms. Maxwell dated January 2, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 17, 2017.

*s/ Laura A. Menninger*
Laura A. Menninger

## CERTIFICATE OF SERVICE

I certify that on March 17, 2017, I electronically served this *Declaration of Laura A. Menninger in Support of Defendant's Response to Plaintiff's Motion to Present Testimony from Sarah Kellen and Nadia Marcinkova For Purposes of Obtaining an Adverse Inference Instruction* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu


J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com


*/s/ Nicole Simmons*
Nicole Simmons