United States District Court
Southern District of New York

Virginia L. Giuffre,
  Plaintiff,

               Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

  Defendant.
_____/

**DECLARATION OF MEREDITH SCHULTZ IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION IN LIMINE TO EXCLUDE POLICE REPORTS**

I, Meredith Schultz, declare that the below is true and correct to the best of my knowledge as follows:

1. I am a Counsel with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's Order granting my Application to Appear Pro Hac Vice.

2. I respectfully submit this Declaration in Support of Plaintiff's Response in Opposition to Defendant's Motion in Limine to Exclude Police Reports.

3. Attached hereto as Sealed Exhibit 1 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮.

4. Attached here to as Sealed Exhibit 2 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮.

5. Attached hereto as Sealed Exhibit 3 are true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

6. Attached here to as Sealed Composite Exhibit 4 are true and correct copies of ▮▮▮▮

1

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████████████████████████████

7. Attached here to as Sealed Exhibit 5 is a true and correct copy of ████████████ ████████████████.

8. Attached hereto as Sealed Exhibit 6 is a true and correct copy of ████████████ ██████████████████████████████████████████████.

9. Attached hereto as Sealed Exhibit 7 is Excerpts of ████████████.

10. Attached hereto as Sealed Composite Exhibit 8 are true and correct copies of █████ ███████████████████████████████████████████████████████ ████████.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 17, 2017

/s/ Meredith Schultz
Meredith Schultz, Esq.

2

Respectfully Submitted,
BOIES, SCHILLER & FLEXNER LLP

By: /s/ Meredith Schutlz
Sigrid S. McCawley (Pro Hac Vice)
Meredith Schultz (Pro Hac Vice)
Boies Schiller & Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

David Boies
Boies Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

Bradley J. Edwards (Pro Hac Vice)
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
(954) 524-2820

Paul G. Cassell (Pro Hac Vice)
S.J. Quinney College of Law
University of Utah
383 University St.
Salt Lake City, UT 84112
(801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 17th day of March, 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system.  I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.


Laura A. Menninger, Esq.
Jeffrey Pagliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com
　　　　jpagliuca@hmflaw.com


　　　　　　　　　　　　　　　　　　/s/ Meredith Schultz
　　　　　　　　　　　　　　　　　　　　Meredith Schultz, Esq.