# COMPOSITE EXHIBIT 8
# (FILED UNDER SEAL)