# EXHIBIT G

# The Daily Telegraph

News

# The Prince, a paedophile and the sex slave teen

Sharon Churcher and Chelsea White, DailyTelegraph
February 28, 2011 6:00am

A MOTHER of three living in Australia has revealed she was a teenage prostitute flown all over the world by a convicted sex offender to meet Prince Andrew.

The revelations have rocked Buckingham Palace as the woman, Virginia Roberts, 27, confessed she was the minor identified in FBI and subsequent civil proceedings against wealthy financier and registered sex offender Jeffrey Epstein.

A photo of Epstein and the Duke of York, Prince Andrew, together last week compelled Ms Roberts to come forward.

First employed as a 15-year-old as Epstein's masseuse, she alleges he groomed her to become a prostitute, paying her for sex with him and his influential friends.

While Ms Roberts said there was never any sexual relationship between the Prince and herself, she claims that as a 17-year-old she met the Prince on three occasions - at one of which she was told to sit on his knee while he touched another woman's breast.

Pictures: Prince Andrew and Virginia Roberts

Latest from *Mail on Sunday*

Ms Roberts told London newspaper *The Mail on Sunday* she was first flown to England on a private jet to meet the Prince in March 2001.

The 17-year-old was told to dance with the Prince and even posed for a photograph.

For her time with Epstein and the Prince on that trip, Epstein paid her $US15,000.

When she next met the Prince in the US, a 21-year-old woman who was working for Epstein was sitting on Prince Andrew's knee. Ms Roberts said she was instructed to do the same while the Prince touched the older woman's breast as a "joke".

The FBI case revealed sexual allegations by at least 20 girls, however, Epstein struck a deal with prosecutors and served 13 months' jail for soliciting child prostitution.

Ms Roberts stayed working as Epstein's "masseuse" until she met an Australian martial arts expert named Robert.

The pair married, causing an enraged Epstein to cut off the then 19-year-old.

Ms Roberts said she was coming to grips with her exploitation. Three years ago she was contacted by the FBI who found photos and secret videos of her during their investigations.

The case forced Ms Roberts to deal with her abuse and also reveal it to her husband.

"I couldn't bring myself to tell him much. No man wants to know his wife has been traded out," she told *The Mail*.

While Epstein's plea deal meant her identity was hidden, Ms Roberts said after seeing a picture of the pair shopping she had to go public. "I am appalled. To me, it's saying 'We are above the law'. But Jeffrey is a monster." Both Epstein and Prince Andrew refused to comment.

Originally published as Prince Andrew and the sex slave teen