# EXHIBIT K



# Prince Andrew risks losing ambassador job as girl in underage sex case reveals meeting him

By TOM LEONARD
UPDATED: 08:07 EDT, 2 March 2011

- The Duke of York, 51, pictured with his arm around the bare midriff of Virginia Roberts
- Mother-of-three spent four years as millionaire's personal masseuse
- Epstein trained her 'as a prostitute for him and his friends'

Serious doubts are being cast on Prince Andrew's suitability to represent Britain following revelations that he spent time with a girl of 17 while she was being sexually exploited by one of his billionaire friends.

The Duke of York, 51, was pictured with his arm around the bare midriff of Virginia Roberts, a vulnerable teenager hired to work as an 'erotic masseuse' and perform sexual favours for American businessman Jeffrey Epstein and his friends.

Later, she claims, Epstein's friend Ghislaine Maxwell told her: 'You did well. He had fun.'



First meeting: Prince Andrew puts his arms around 17-year-old Virginia, centre

Andrew, who works for the Government as an ambassador for foreign trade, remains close to Epstein, 58, and stayed at his New York mansion as recently as December – despite the financier admitting to child sex crimes in 2008 and being placed on the US sex offender register.

But the full extent of the prince's proximity to Epstein's offences was not known until Miss Roberts broke her silence this weekend. In a civil writ against the businessman, she alleged that her duties included being 'sexually exploited by Epstein's adult male peers including royalty'.

**SHARE THIS ARTICLE**

Share

**RELATED ARTICLES**


Pictured: Prince Andrew and the 17-year-old girl his sex...


Sordid friends and why he isn't fit for the job: Duke of...

Here, Tom Leonard reveals the astonishing background to the case.

### The new Gatsby

Even by the rags-to-riches-to-rags mythology of New York, Jeffrey Epstein's ascent and subsequent humbling has been breathtaking.

The son of a parks department employee, he was plucked from obscurity as a Manhattan private school maths teacher by a pupil's father who got him a job on Wall Street in 1976.

He rose rapidly at the investment bank Bear Stearns but left in 1981 to set up on his own, managing the fortunes of clients with $1billion or more.

Enigmatic and mysterious about his business activities, (some compare him to the fictional millionaire The Great Gatsby) he has only ever identified one of his clients – his mentor and main patron Leslie Wexner, whose business empire includes the upmarket Victoria's Secret lingerie chain.

How rich Epstein has become is a matter of conjecture but even his rich friends talk about his wealth with awe. His 52,000 sq ft, nine-floor, 40-room mansion on East 71st Street is supposedly the biggest private residence in Manhattan.

The pavement outside is heated from beneath to melt the snow.

He also owns a 7,500-acre ranch in New Mexico, a mansion in Palm Beach, a house in Westminster, an apartment in Avenue Foch, Paris, and Little St James, one of the US Virgin Islands.

His fleet of aircraft includes a Gulfstream jet, helicopter and a Boeing 727 on which he famously flew Bill Clinton and Kevin Spacey on an Aids mission to Africa.

He is a noted patron of science and – say awed observers – has a brilliantly acute mind. One says: 'You spend time in Jeffrey's company and you come away enriched, and not diminished.'



A new life: Virgina, now a mother-of-three, in Australia

Epstein's friends include not only Mr Clinton but Donald Trump, former Israeli prime minister Ehud Barak, top White House economist Larry Summers and a host of Nobel Prize winning scientists.

### The Maxwell Connection

Despite his wealth, Epstein was for years a rare sighting on Manhattan's money-obsessed social scene. That ended in 1992 after he met Ghislaine Maxwell, glamorous and well-connected daughter of the disgraced British tycoon Robert Maxwell.

Some believe she was attracted by his resemblance to her similarly dominant and flamboyant father, but their romance reportedly ended because she wanted to marry and he wanted to see other women.

Bankrolled by Epstein, however, she established herself as a leading New York socialite and repaid the favour by putting Epstein in touch with her own well-heeled friends in Britain.

She introduced him to Prince Andrew in early 2000, quite probably during a holiday at the Mar-a-Lago Club in Palm Beach, owned by Donald Trump.

Epstein joined them on four other breaks over the year, including a beach holiday in Phuket, Thailand, another holiday in Florida and two occasions in Britain.

The first was a June engagement at Windsor Castle to celebrate the Queen's birthday, the second a weekend house party at Sandringham six months later which the prince arranged to celebrate Miss Maxwell's 39th birthday.

In between, she took him to an infamous 'hookers and pimps' party at a New York nightclub hosted by the former lingerie model Heidi Klum in a black latex S&M outfit.




Jameson puts HUGE baby bump on display in revealing jumpsuit during lunch date with fiancé Lior Bitton


TAX REFUND EVENT
ALL ITALIAN LEATHER
12 SPECIAL ORDER OPTIONS
Let Your Refund go Further!
American Furniture Warehouse
SHOP NOW


From sampling wild meat to watching movies in a graveyard, the cool and crazy things you didn't know you could do in LA
SPONSORED


EXCLUSIVE: William has new 'stomach-pat ritual' to help him cope when he is anxious reveals body language expert as she gives verdict on royal pair


How could William embarrass Kate so publicly? JAN MOIR says the Prince's ski trip exposes the Duchess to speculation about their marriage


'They were afraid I was going to be too fat': Plus-size model Ashley Graham details 'torment' of being dumped by ex-boyfriends because of her body shape


Miley Cyrus and fiancé Liam Hemsworth show off their fit forms during hike in Los Angeles... days after her family denied that pair had married in secret


It's like looking in a mirror! Scarlett Johansson seems delighted with fan-made drawing of her gifted at South Korean premiere of Ghost In The Shell


'The honeymoon was a perfect opportunity to catch up on sleep': Princess Di's thoughts just days after marrying Prince Charles revealed in private letters


Emma Watson 'set to earn $15million from Beauty And The Beast' as co-star Dan Stevens reveals his daughter Willow, 7, helped design Belle's yellow dress


If it's good enough for Her Majesty! Bra expert and corsetiere to Britain's Queen Elizabeth reveals how you can achieve the PERFECT fit


Showing him what he's missing! Kourtney Kardashian shares view of her chest as she continues to spend time away from 'sex addict' Scott




SQUARESPACE














Get a Quote



Troubled teenager: Virginia on the billionaire's Zorro ranch in New Mexico in 2001

The prince was also at a Manhattan cocktail party thrown that year by Miss Maxwell which was filled with young Russian 'models' – some of the other guests were 'horrified', said an onlooker.

If the prince got the chance to party with a super-rich, never-married playboy who loved to surround himself with beautiful young women, the quid pro quo for Epstein was less obvious.

American friends noticed his delight in introducing 'Andrew' and waiting for them to make the royal connection. There have even been unsubstantiated rumours – most probably started by Epstein and on which Buckingham Palace would not comment – that he advised the Queen on her finances.

Murray Gell-Mann, a Nobel Prize-winning physicist and recipient of Epstein largesse, said he was certainly given the impression by Epstein that she was a client.

### Young girls in Palm Beach

Epstein's world began to implode in March 2005 when the mother of a 14-year-old girl went to police in Palm Beach accusing him of sexually assaulting her daughter.

The teenager told police she was taken to Epstein's mansion by an older girl and paid $300 after stripping to her knickers and massaging the man while he abused himself.

When police searched the mansion they found hidden cameras, photos of naked young girls on the walls and genitalia-shaped soap in the bathroom.

At least 40 girls aged 13 to 17 have come forward with similar stories, some saying Epstein sexually assaulted them during the massage.

According to Brad Edwards, a lawyer for some of the accusers, Epstein was molesting under-age girls every day he was in Palm Beach.

Police, who had wanted to pursue possible sex-trafficking charges, were furious and blamed Epstein's high-placed friends when he was allowed to strike a plea bargain under which he admitted two minor charges and was jailed for just 13 months.

'If you or I did this, we'd be in prison for life,' said Mr Edwards. However, the girls have been allowed to take civil action and Epstein has so far made 40 hefty out-of-court settlements. Several girls said Ghislaine Maxwell had procured them.

### Virginia's story

Of all the allegations made by anonymous girls against Epstein, one stood out as particularly earth-shattering.

Jane Doe 102, as she was known, claimed she had not only been abused by Epstein but had jetted around the world with him and was 'sexually exploited by [his] adult male peers, including royalty, politicians, academicians, businessmen and/or professional and personal acquaintances'.



Conviction: Jeffrey Epstein

She has now been identified as Virginia Roberts, a blonde, blue-eyed mother of three now living in Australia.

At the age of 15, she was working as a changing room assistant at the Mar-a-Lago club in Palm Beach.

She said she was approached by Ghislaine Maxwell, who offered her the chance to work for a wealthy 'gentleman' who needed a travelling masseuse.

They visited Epstein's pink mansion where, according to court papers, she was ordered to strip and straddle his naked body.


GET YOUR DOMAIN BEFORE IT'S GONE
GET IT NOW


Back on Broadway! Mark Ruffalo cuts an impressive figure on stage at The Price opening night alongside Jessica Hecht and Danny DeVito


A zest for life! Gigi Hadid is hard to miss in bright orange sweater as she heads to early morning photo shoot in New York City
Sporting big shades


Marilyn in color: Footage of Monroe shot by tourist between takes of Some Like It Hot shows how movie might have looked if it weren't black and white


'We eloped' Pregnant Amanda Seyfried's beau Thomas Sadoski reveals the couple have married in secret as she puts nude photo back behind her


Oh so chic: Bella Hadid puts a French twist on her look with leather beret and carries tote from her handbag collaboration
She's always busy


He's met his match! Tom Cruise, 54, will go up against Superman star Henry Cavill, 33, in Mission: Impossible 6
The 33 year old will join Tom in sixth instalment

Glowing with pride! Anna Paquin looks radiant as she poses with husband Stephen Moyer at screening of his miniseries Shots Fired

'Bieber looks like he stuck transfer tatts on to compensate his small d***': Model who joined Justin on his party boat this week takes a dig at the pop-star's manhood


Busty Jennifer Hudson battles bra wardrobe malfunction as she poses in tiny mini skirt outside radio studios
She exposed more cleavage than planned

Supermodel Elle Macpherson's personal trainer shares his tips on how you can lose 10 pounds in two weeks... and you don't have to give up wine!

Gear up & PLAY ON!
title nine


Christina Milian gives an eye-popping display by flaunting her ample assets in quirky ruffled dress as she attends nightclub opening in Los Angeles


'I am blessed to call you my son': Kris Jenner shares loving tribute to Rob Kardashian on his 30th birthday... but there's no word from Chyna

Orange is the new black: DWTS dancer Cheryl Burke goes underwear free in very sexy cut-out strapless dress at TAO launch in


Get a Quote
Get a Quote
Get a Quote










'My face was red with embarrassment but I felt under immense pressure to please them,' she told the Mail on Sunday.

'The whole time it was going on, they were promising me the world, that I'd travel with Jeffrey on his private jet and have a well-paid profession.'

Epstein paid her $200 for what he called the 'erotic massage' and told her to return the next day. She spent the next four years with Epstein, for three of which she was under Florida's age of consent – 18.

'Basically, I was training to be a prostitute for him and his friends who shared his interest in young girls,' she says.

That stage of his alleged abuse started after two years when he asked her to fly to his Caribbean island and make a friend of his 'feel how you make me feel'.

She says she was given to men, aged from their 40s to their 60s, either on the island or on Epstein's New Mexico ranch.

**Pampering a prince**

Virginia says she met Prince Andrew three times. First, when she accompanied Epstein on a six-week trip to Europe and North Africa in 2001, they went to Ghislaine Maxwell's London house.

The following day, Andrew arrived and Miss Maxwell served tea and biscuits to the four of them.

Miss Maxwell invited the prince to guess Virginia's age and he correctly said '17', at which Miss Maxwell joked that Jeffrey would 'soon have to trade her in'.

After dinner and a trip to Tramp nightclub where she danced with the prince, they returned to Miss Maxwell's house. They all went upstairs and Virginia asked Epstein to take a picture of her with Andrew to 'show my mom'.

She adds: 'Ghislaine and Jeffrey left us after that, and later Andrew left.' The following morning, Maxwell told her: 'You did well. He had fun.'

On the last leg of the trip, Epstein paid her $15,000 which she described as 'amazing money, more than I'd ever made on a trip with him before'.

She says she met Andrew a second time at Easter 2001, finding him sitting in a leather armchair at Epstein's Manhattan home.

Miss Maxwell had given him the prince a Spitting Image puppet of himself and another member of Epstein's entourage, Johanna Sjoberg, was sitting on his knee.

Miss Sjoberg, who was 21, herself described the incident to the Mail on Sunday three years ago. She said Miss Maxwell made Virginia sit on Andrew's other knee and then she 'put the puppet's hand on Virginia's breast, then Andrew put his hand on my breast'.

She added: 'It was a great joke. Everybody laughed.' The 'joke' earned Virginia $400 from Epstein.

Her final encounter with the prince was on Epstein's Caribbean island, by which time she was 18.



There is no suggestion that there was ever any sexual contact between her and the prince or that Andrew knew Epstein had paid her to have sexual contact with his friends.

By now, she says, Epstein was hinting she was 'too old' for him although he and Miss Maxwell once disgusted her by suggesting she had a child by him.

'They said I would have to sign a contract relinquishing rights to the child and consenting to Jeffrey having as many relationships as he liked,' she says. 'It was a smack in the face.'

For her 19th birthday, Epstein flew her to Thailand to take a massage course. She met an Australian martial arts expert there and married him ten days later.

*Counselling: Virginia at her mother's home at Palm Beach in 1998*

Epstein's plea bargain spared Virginia the ordeal of having to testify against him in court.

But she says she is 'appalled' by the light sentence he received. 'To me it's saying, "We are above the law". Jeffrey is a monster.'

**An offender not a predator**

Friends insist Epstein is 'looking for a new beginning' but it has not started with any show of remorse from the notoriously arrogant tycoon.

Stopped by a reporter in New York last week, he insisted: 'I'm not a sexual predator, I'm an offender... it's the difference between a murderer and a person who steals a bagel.'


Michelle steps back into the spotlight: Mrs Obama makes guest appearance on MasterChef Junior telling young chefs to cook healthier food


OMGigi! Supermodel Hadid displays her cleavage, taut abs and lean legs in a range of enticing ensembles as she poses for new fashion campaign


Harper Beckham is her mother's biggest fan as the five-year-old reveals that she is 'excited' to wear Victoria's new designs for Target


'He's my soulmate': Victoria Beckham praises her 'incredible husband' David as she reveals she's inspired by his kindness every day


'I'm not sure he'll be changing diapers': Cindy Crawford's husband Rande Gerber weighs in on the type of dad his pal George Clooney, 55, will be


Fake locksmith secretly filmed Brigitte Bardot before trying to sell footage of intimate moments after tricking his way into her St Tropez home


Hey girl! Dazzling Eva Mendes returns to the spotlight after spending six months with her children while Ryan Gosling hit the La La Land promo trail


EXCLUSIVE: Meet Dushanka Foon, busty night club promoter who hand-picked sexy models for Justin Bieber's Aussie boat party


'It was a big shock': Maksim Chmerkovskiy reveals 'crazy' health scare after baby son Shai taken to ER Revealed they had a brief panic


MVeeP! Julia Louis-Dreyfus goes wild as stunning last second mistake allows Northwestern and her son to claim first ever March Madness win


Gwyneth Paltrow and Chris Martin FINALLY sell their NYC penthouse after $4million cut and a year on the market Congratulations are in order for too friendly exes


Tara Reid looks glam in sequin blazer as she cozies up to mystery man at opening of TAO venue in Hollywood The 41-year-old actress brought some chic

Aol.
Go Green
Find all things green for St. Patrick's Day.
SEARCH ST. PATRICK'S DAY ACCESSORIES


Ryan Lochte packs on the PDA with his pregnant fiancée Kayla Rae Reid as couple enjoy date night at LA bash Disgraced swimmer


'It's about 25 percent of their income': Kim, Kourtney, and Khloe Kardashian make SIX FIGURES for a sponsored post on social media

This particular bagel thief has been put in the highest re-offending risk category in the US sex offenders' register.

But while Leslie Wexner, his billionaire client, has dispensed with his services, other less wealthy friends are more than happy still to fraternise with the convicted paedophile.

They include Prince Andrew, who spent five days staying at Epstein's Manhattan mansion in December.

He was guest of honour at a party thrown by Epstein and attended by Woody Allen, CBS News presenter Katie Couric and several other broadcasters, all of them light-heartedly pestering for invitations to Prince William's wedding.



Organiser: Ghislaine Maxwell looks on as Andrew put his arm around Virginia. Robert Maxwell's daughter invited her to work as Epstein's personal masseuse soon after her 15th birthday

Rosa Monckton, the jeweller and former confidante of Diana, Princess of Wales, has been a friend of Epstein since they met at a dinner party in London in the 1980s.

She said she was not surprised that Prince Andrew was still willing to associate with him.

'It shows he's a good friend,' she says. 'Jeffrey is an extraordinarily loyal friend, and if somebody's loyal to you, you're loyal back. Whatever Jeffrey did, he's been punished for.'

As for Ghislaine Maxwell, she is still close to Epstein although, according to a member of staff at her New York home yesterday, she had conveniently 'gone away until next week'.

Epstein himself is picking up the reins of a business without its main client (Mr Wexner). Friends confide that 'it is a difficult time for him'.

Brad Edwards, the lawyer representing some of his accusers in Florida, is sceptical over whether Epstein will be able to get over his hankering for the sexual ministrations of poor, easily-exploited young girls – whatever his friends say. 'To me, it's a tough habit to break,' he says.

Share or comment on this article

     

FROM THE WEB — Sponsored Links by Taboola

 

 

Just Type in Your Name, Wait 10 Seconds, Then Brace Yourself
Truthfinder People Search Subscription

Angelina Jolie's New Go-To Travel Shoe Is Surprisingly Affordable
Vogue | Everlane

The Impossibly Comfortable Indoor-Outdoor Slipper
mahabis.com

 Nicole Scherzinger looks worse for wear as she leaves party wearing very busty leather ensemble... after flashing her underwear in semi-sheer outfit

 Nicky Hilton oozes glamour in dazzling silver floor-length gown as she attends prestigious society ball in New York
She looked stunning

 What do you mean, a quiet lunch? Hilarious photo shows Justin Bieber eating chicken at café as crowd of women watch... before he frantically sprints away

 Justin Bieber can't hide his breakouts as he eats BBQ chicken after McDonald's run the day before... while he gets close to another sexy model

 Charlotte McKinney brings bombshell look in black mini dress at Hollywood development grand opening party
The 23 year old actress wowed

 Arnold Schwarzenegger shuts down talk about Trump during interview by changing subject to bodybuilding... after saying he wanted to 'smash' Donald's face

 Double D-J! Chantel Jeffries flaunts ample assets in bondage-esque bustier as she gets ready to spin discs at Los Angeles nightclub opening

 Near designer nip slip! Chrissy Teigen almost suffers wardrobe malfunction in $7,000 Gucci outfit as she flies out of LA with John Legend and baby Luna

 90210 star AnnaLynne McCord looks stunning in a glittering semi-sheer dress and thigh high boots as she parties at beauty bash in LA

 Penelope Cruz looks chic in pinstripe suit as she arrives hand in hand with husband Javier Bardem to celebrate lookalike sister Monica's 40th birthday

 The Lord of fine dining! Scott Disick bonds with his kids and North West as he takes them to upscale sushi lunch at Nobu
Quality time with his kids

 Now that's a Full House! Lori Loughlin lists neo-Mediterranean Bel-Air mansion for $35 MILLION
Is quite the renovation queen

 Britain's Princess Beatrice is the royal belle of the ball as she mingles with New York City society at The Frick Collection Young Fellows Ball

 Down-to-earth model Hailey Baldwin hungrily tucks into pepperoni pizza in comic Snapchat...after turning heads in silver glitzy gown at party

             

 Tiny Dancer! Kim and Kanye's kid North West looks the picture of cuteness as she pirouettes along during fun-filled family outing in Malibu

 Mommy on duty! Candice Swanepoel takes a break from her high fashion shoot in Brazil to breastfeed son Anaca...while rocking a LBD

 Baby joy! Marion Cotillard, 41, welcomes a daughter with partner

  



