# EXHIBIT L

# Jeffrey Epstein 'sex slave' Virginia Roberts was a 'money-hungry sex kitten', ex friends claim

www.dailymail.co.uk /news/article-2974613/Jeffrey-Epstein-sex-slave-money-hungry-sex-kitten-enjoyed-role-travelling-masseuse-former-friends-claim.html

## Jeffrey Epstein 'sex slave' lived a lavish lifestyle and enjoyed her role as his 'travelling masseuse', former friends claim

- Virginia Roberts claims she was recruited to Epstein's harem in 1999
- Named Prince Andrew and Alan Dershowitz as men she had to 'service'
- Her friends say there was no indication she was being held captive
- Asked other women if they knew anyone 'slutty' to bring to Epstein
- Would allegedly use cash she gained from sex to live a luxury lifestyle

By Wills Robinson For Dailymail.com

Published: 12:49 EDT, 1 March 2015 | Updated: 07:09 EDT, 2 March 2015

Shocking: Virginia Roberts' friends claim she was a money-hungry sex kitten' who enjoyed her lavish lifestyle

The woman who has accused Jeffery Epstein of keeping her as a sex slave was actually a money-hungry sex kitten' who enjoyed her lavish lifestyle, former friends have claimed.

Virginia Roberts is currently in the midst of a lawsuit claiming she was recruited to join Epstein's harem of underage women in 1999, naming Prince Andrew and attorney Alan Dershowitz as two of the men she was made to 'service'.

But those who used to be close to the 31-year-old say she relished her role as his 'travelling masseuse' and never acted like she was being held captive.

Philip Guderyon, who used to date Roberts and would drive her to Epstein's Pal Beach, Florida, mansion told the New York Daily News: 'She was like the head b***h. She'd have like nine or 10 girls she used to bring to him.

'She never looked like she was being held captive,' he added. 'She and the other girls would walk out of there smiling, with their little bathing suits on, like they had just come from the beach.

'She'd have like $4,000. And then I'd take them all to the mall and they'd get their nails done.'

He also said while making thousands of dollars from the relationship, she would buy fancy clothes and drive around in Epstein's Mercedes.

Crystal Figueroa, whose brother dated Roberts in the early 2000s, told the Daily News Roberts would ask if she knew anyone 'slutty' so they could be sent to Epstein.

In 2001 she was sharing a Palm Beach apartment with Anthony Valladares. He told the Daily News that she bragged about going to the 'millionaire's house' for a day or two, before returning with cash.

He did say that she tried to get out of the sex business, but was dragged back in.

Last month it was revealed Roberts accused two male acquaintances she was raped, bringing her credibility into

1/2

question.

Roberts' lawyers says the latest allegations do not contend the fact she was used for underage sex.

Attorney Sigrid McCawleysaid : 'To say that our client acquiesced in this abuse, or that the abuse was OK because she was paid for it — leaves out the fact that this is why we have laws in the United States to protect minor children who are groomed and sexually trafficked by adults.'

Epstein served 13 months in a Florida prison after pleading guilty in 2008 to soliciting a minor for prostitution.

Allegations: The 31-year-old is currently in the midst of a lawsuit claiming she was recruited to join Epstein's harem of underage women in 1999, naming Prince Andrew and attorney Alan Dershowitz as two of the men she was made to 'service'

The scandal resurfaced in January when Roberts named Prince Andrew in a lawsuit, accusing him of using her for underage sex.

According to court records connected with Roberts' current lawsuit, she maintains that she was recruited to join Epstein's harem in 1999 by his friend, the socialite Ghislaine Maxwell.

She says during the three years she worked for Epstein, she was made to entertain his friends and named Prince Andrew and Dershowitz as two men she had sex with.

Both men have denied having sex with Roberts, and Dershowitz is trying to get his name removed from the suit, claiming Roberts made the entire story up.

Read more:

- www.nydailynews....

## Share or comment on this article

Sorry we are not currently accepting comments on this article.