## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------X
                                                 :
VIRGINIA L. GIUFFRE,                             :
                                                 :
          Plaintiff,                             :
                                                 :          15-cv-07433-RWS
v.                                               :
                                                 :
GHISLAINE MAXWELL,                               :
                                                 :
          Defendant.                             :
                                                 :
-------------------------------------------------X
```

### Declaration of Laura A. Menninger in Support of Defendant's
### Motion to Strike Plaintiff's "Supplemental Authority"

I, Laura A. Menninger, declare as follows:

1.   I am an attorney at law duly licensed in the State of New York and admitted to practice in the United States District Court for the Southern District of New York. I am a member of the law firm Haddon, Morgan & Foreman, P.C., counsel of record for Defendant Ghislaine Maxwell in this action. I respectfully submit this Declaration in support of Ms. Maxwell's Motion to Strike Plaintiff's "Supplemental Authority".

2.   Attached as Exhibit A are true and correct copies of excerpts of the March 9, 2017 Hearing Transcript.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 17, 2017.

*s/ Laura A. Menninger*
Laura A. Menninger

## CERTIFICATE OF SERVICE

I certify that on March 17, 2017, I electronically served this *Declaration of Laura A. Menninger in Support of Defendant's Motion to Strike Plaintiff's "Supplemental Authority"* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons

2