# EXHIBIT A

```
                                                                     1
     H39YGIUC
1    UNITED STATES DISTRICT COURT
1    SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x
2
3    VIRGINIA L. GIUFFRE,
3
4                 Plaintiff,
4
5         v.                                15 CV 7433 (RWS)
5
6    GHISLAINE MAXWELL, et al.,
6
7                 Defendants.
7
8    ------------------------------x
8                                           New York, N.Y.
9                                           March 9, 2017
9                                           12:20 p.m.
10
10   Before:
11
11                    HON. ROBERT W. SWEET,
12
12                                          District Judge
13
13                         APPEARANCES
14
14   STANLEY POTTINGER PLLC
15        Attorneys for Plaintiff
15   BY:  STANLEY POTTINGER
16
16   S.J. QUINNEY COLLEGE OF LAW AT THE UNIVERSITY OF UTAH
17        Attorneys for Plaintiff
17   BY:  PAUL G. CASSELL
18
18   HADDON MORGAN AND FOREMAN, P.C.
19        Attorneys for Defendant Ghislaine Maxwell
19   BY:  LAURA A. MENNINGER
20        JEFFREY S. PAGLIUCA
21
22
23
24
25
                    SOUTHERN DISTRICT REPORTERS, P.C.
                             (212) 805-0300
```

```
                                                                    2
     H39YGIUC
 1              THE COURT:  Giuffre.  I was thinking the two
 2   plaintiff's motions with respect to Epstein and Barden and then
 3   the Ransome application and the Edwards application.  That's
 4   what I was thinking, but I'll be guided by you all.
 5              How does that sound to you, all?
 6              MR. CASSELL:  That sounds good, your Honor, although
 7   we had one small request on behalf of Mr. Pottinger here.  He
 8   is handling the one Ransome motion.  If that could be handled
 9   first, he could be returned to his office more rapidly.
10              THE COURT:  Why should we be nice to him?
11              MR. POTTINGER:  Other people have said that before,
12   your Honor.  It is entirely, of course, up to the Court.  We'll
13   accommodate you any way you want.  Ms. Menninger has been kind
14   enough to say -- I think I will speak for her to say she's
15   indifferent to going first or second with this particular
16   Ransome motion.  It's entirely up to you.
17              THE COURT:  Sure.
18              MS. MENNINGER:  Your Honor, I did have one small
19   concern about the Ransome motion that might foreshorten the
20   hearing on this topic.  As Your Honor is aware, at the time
21   plaintiff filed a motion for a protective order about
22   Ms. Ransome's discovery, I had been in the process of trying to
23   confer with them about some discovery issues.
24              THE COURT:  I think we can cut through that pretty
25   easy by simply saying that I believe that as for any of the
                      SOUTHERN DISTRICT REPORTERS, P.C.
                                (212) 805-0300
```

H39YGIUC
```
 1              THE COURT:  I understand.
 2              MS. MENNINGER:  Your Honor, I actually believe that
 3   these emails were some that your Honor had reviewed because we
 4   had asserted a joint defense agreement privilege, and your
 5   Honor reviewed these emails, and they were produced last April,
 6   the ones that Mr. Cassell is talking about right now.
 7              THE COURT:  I see.  Okay.
 8              MR. CASSELL:  Of course it's our position that there
 9   are email accounts and things like that, as you know from our
10   other papers, where we think -- so the fact that we have emails
11   on January 15, 21, and 27 and they're discussing this very
12   issue, we think a reasonable inference could be drawn by the
13   jury, and we'll be arguing at trial that there may well be
14   other smoking-gun emails that haven't been produced by the
15   defendant in this case.  I'm not attacking the lawyers here.
16   I'm saying we believe there's been inadequate production, as
17   you know from our other papers.
18              In addition, with regard to the financial information,
19   your Honor has directed the defense to produce all of the
20   financial information but just shortly before trial.  So we
21   haven't had an opportunity to look at, for example, the
22   $17,000,000 townhouse to see if there is any financial
23   connection between Maxwell and Epstein.  She's a coconspirator.
24   We're told that the plaintiffs are somehow responsible for
25   Epstein taking the Fifth.
```
                     SOUTHERN DISTRICT REPORTERS, P.C.
                                (212) 805-0300

```
                                                                      37
        H39YGIUC
 1               THE COURT:  You just said something that I had not
 2   heard before, that you have reason to believe Epstein was
 3   involved in the townhouse?
 4               MR. CASSELL:  We believe that was a gift from Epstein
 5   to Ms. Maxwell.  It may be a payment to keep her silent.  That
 6   could be one of the arguments that would be advanced.  We
 7   haven't had a chance to look at the financial information.
 8   Once we do, we'll work with it from there.
 9               I think the speculation is that that was a gift from
10   Epstein to his loyal lieutenant in exchange --
11               THE COURT:  I hear you say that, but I haven't seen
12   anything to support it.
13               MR. CASSELL:  We haven't been given access to the
14   financial records.  Your Honor has said that that will be
15   produced shortly before trial.  That's why we're pursuing that
16   line of inquiry.  I don't believe I'm the only one who is
17   speculating --
18               THE COURT:  By the way, that was not stated with
19   respect to the financial information dispute.  Let's call it
20   that.  This is the first time I hear this.
21               MR. CASSELL:  I can't recall whether we included that
22   in our papers, that particular issue or not.  We won the
23   argument to get our -- our argument all along has been that
24   financial information is appropriate to show an inner
25   relationship.
                      SOUTHERN DISTRICT REPORTERS, P.C.
                                (212) 805-0300
```

```
                                                                    38
     H39YGIUC
 1            THE COURT:  Like a number of other things in this
 2   case, it's back before me.  Thanks very much.
 3            MR. CASSELL:  It's back before you because, I believe,
 4   once you ruled in our favor, they filed a motion to reconsider.
 5            THE COURT:  Be it right, wrong, or rain, it is back
 6   before me.  In that briefing -- correct me if I'm wrong -- I
 7   don't think I saw any reference that Epstein was involved in
 8   any way with the house.
 9            MR. CASSELL:  It's been a while since I've looked at
10   the briefing.  What I recall is we have a separate heading
11   where we say the reason we want the financial records is to
12   show a close financial relationship between Epstein and
13   Maxwell.
14            I know we made that argument generally.  I can't
15   recall, sitting here, whether we said and an illustration of
16   that general point would be the townhouse.  I think we provided
17   some illustrations.  I can't recall immediately whether that
18   was one of the illustrations.  We think their financial
19   affairs --
20            THE COURT:  It's not an issue.
21            MR. CASSELL:  We think their financial affairs are
22   interwoven, and of course, we will know that for sure once we
23   get the financial production before trial.
24            THE COURT:  It depends on what you get.
25            MR. CASSELL:  There may be.  We're, frankly,
                    SOUTHERN DISTRICT REPORTERS, P.C.
                             (212) 805-0300
```

```
                                                                    39
     H39YGIUC
 1   fearful -- as you know, we have alleged in our papers that this
 2   money is being moved offshore so that it will not be reachable
 3   in the event that Ms. Giuffre --
 4           THE COURT:  This I understand.  That point you made.
 5           MR. CASSELL:  Whether Epstein is involved in that,
 6   obviously, we'll have to see what the evidence shows.  We heard
 7   that somehow Mr. Epstein is taking the Fifth because we have
 8   this pro bono Crime Victims' Rights Act lawsuit going on down
 9   in Florida.
10           Mr. Epstein has criminal problems, frankly, all over
11   the country, in the Southern District of New York, for example.
12   So let's assume that we withdraw that lawsuit tomorrow, which
13   we won't, he would still have criminal exposure --
14           THE COURT:  Hold the phone just a second.  You just
15   said Epstein has criminal issues --
16           MR. CASSELL:  Exposure.
17           THE COURT:  -- in the Southern District of New York.
18           MR. CASSELL:  Right.
19           THE COURT:  That's the first time I hear this.
20           MR. CASSELL:  Our papers have said he's running a
21   sex-trafficking organization that included not only Florida --
22           THE COURT:  Criminal.  That means U.S. Attorney.
23           MR. CASSELL:  I can't make any representations for
24   what law enforcement in the Southern District of New York is
25   doing.
                     SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
```