UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
---------------------------------x
VIRGINIA L. GIUFFRE,

               Plaintiff,

  -against-

GHISLAINE MAXWELL,

              Defendant.
---------------------------------x

Index No. 1:15-cv-7433(RWS)

**STIPULATION AND [PROPOSED] ORDER VACATING CIVIL CONTEMPT FINDING AND ORDER AS TO NADIA MARCINKOVA**

    WHEREAS on September 15, 2016, this Court ordered, inter alia, that non-party witness Nadia Marcinkova be directed to appear for deposition; and

    WHEREAS on January 17, 2017, non-party witness Nadia Marcinko (formerly known as Nadia Marcinkova) did appear as directed for deposition held at the office of Boies, Schiller & Flexner LLP, located at 575 Lexington Avenue, New York, New York;

    THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties through their undersigned counsel, that the Plaintiff's Motion for a Finding of Civil Contempt against Nadia Marcinkova shall be withdrawn without costs to any party; and



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-20-17

IT IS FURTHER STIPULATED AND AGREED, by and among the parties, subject to the Order of the Court, that the Order dated September 15, 2016 [Docket No. 433], as to Nadia Marcinkova shall be vacated in its entirety.

Dated: New York, New York
March 17, 2017

/s/ Bradley James Edwards
Bradley James Edwards, Esq.
Farmer, Jaffe, Weissing, Edwards,
Fistos, Lehrman, P.L.
425 N. Andrews Ave., Suite 2
Fort Lauderdale, Florida 33301
(954)524-2820
(954)524-2822 (fax)
Brad@pathotojustice.com
*Attorney for Plaintiff*

/s/ Jeffrey S. Pagliuca
Jeffrey S. Pagliuca, Esq.
Haddon Morgan and Foreman
150 East 10th Avenue
Denver, Colorado 80203
(303)831-7364
(303)832-2628 (fax)
jpagliuca@hmflaw.com
*Attorney for Defendant*

/s/ Erica T. Dubno
Erica T. Dubno, Esq.
FAHRINGER & DUBNO
767 Third Avenue, Suite 3600
New York, New York 10017
(212) 319-5351
(212) 319-6657 (fax)
erica.dubno@fahringerlaw.com
*Attorney for Non-Party Nadia Marcinko*

So Ordered:

_____
U.S.D.J.
3.20.17