

**Haddon, Morgan and Foreman, P.C**
**Laura A. Menninger**

HADDON
MORGAN
FOREMAN

150 East 10th Avenue
Denver, Colorado 80203
PH 303.831.7364 FX 303.832.2628
www.hmflaw.com
lmenninger@hmflaw.com

March 17, 2017

**Via Email**

Hon. Robert W. Sweet
United States District Judge
United States District Court
Daniel Patrick Moynihan Courthouse
Southern District of New York
500 Pearl Street, Room 1940
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-20-17
```

    Re: *Giuffre v. Maxwell*, 15-cv-07433-RWS

Dear Judge Sweet:

By this letter motion, counsel for Ms. Maxwell hereby requests that the Court permit the filing of Ms. Maxwell's Response in Opposition to Plaintiff's Omnibus *Motion in Limine* in excess of the 25 pages permitted pursuant to this Court's Practice Standard 2D.

As grounds, she further avers as follows: Plaintiff's Omnibus Motion was 45 pages in length and the issues presented therein require more than 25 pages in order to properly respond. Ms. Maxwell requests leave of the Court to therefore respond within 36 pages.

            Sincerely,

            HADDON, MORGAN AND FOREMAN, P.C.

            */s/ Laura A. Menninger*
            Laura A. Menninger

*So ordered*
*Preseet*
USDJ
3·20·17

Hon. Robert W. Sweet
March 17, 2017
Page 2

## CERTIFICATE OF SERVICE

I certify that on March 17, 2017, I electronically served this *LETTER MOTION* via ELECTRONIC MAIL on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons