
BOIES
SCHILLER
FLEXNER

Sigrid McCawley, Esq.
smccawley@bsfllp.com

RECEIVED
MAR 2017
JUDGE SWEET CHAMBERS

March 17, 2017

**VIA ECF**

Hon. Robert W. Sweet
United States District Judge
United States District Court
Daniel Patrick Moynihan Courthouse
Southern District of New York
500 Pearl Street, Room 1940
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-20-17

Re:   *Giuffre v. Maxwell*,
      **Case No.: 15-cv-07433-RWS**

Dear Judge Sweet:

This is an unopposed letter motion for an extension of time in which Ms. Giuffre requests to file a Response to (1) Defendant's Motion to Bifurcate Trial Relating to Punitive Damages and Exclusion of any Reference to Defendant's Financial Information in the Liability Phase (DE 662); (2) Defendant's Motion *in Limine* to Prohibit Questioning Regarding Defendant's Adult Consensual Sexual Activities (DE 665); and (3) Defendant's Motion *in Limine* to Exclude Evidence Barred as a Result of Plaintiff's Summary Judgment Concessions (DE 666). An additional three business days is necessary to adequately brief the issues raised within these motions.

Counsel for Ms. Giuffre has conferred with counsel for Defendant and are in agreement to this three-business-day extension.

Accordingly, Ms. Giuffre respectfully requests that she be permitted to submit her responses by March 22, 2017.

Respectfully submitted,

Sigrid McCawley, Esq.

So ordered
Sweet
US DJ
3-20-17

SSM:akc

cc: Counsel of Record