UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Virginia L Giuffre,
Plaintiff

Case No. 15-cv-07433-RWS

v.

**HEARING REQUESTED**

Ghislaine Maxwell,
Defendant
_______________________/

**[redacted] REPLY TO PLAINTIFF'S RESPONSE TO HIS MOTION TO QUASH TRIAL SUBPOENA**

[redacted]













[redacted]

[redacted]

[redacted]

[redacted]

By his attorneys,

**/s/ Jack Alan Goldberger**
Jack Alan Goldberger
Atterbury, Goldberger & Weiss, P.A.
250 Australian Avenue South, #1400
West Palm Beach, Florida 33401
(561) 659-8305
(561) 835-8691 (fax)
jgoldberger@agwpa.com

**/s/ Martin G. Weinberg**
Martin G. Weinberg
20 Park Plaza, Suite 1000
Boston, Massachusetts 02116
(617) 227-3700
(617) 338-9538 (fax)
owlmgw@att.net

**CERTIFICATE OF SERVICE**

I, Martin G. Weinberg, hereby certify that on this 21st day of March, 2017, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system, thus effecting service on counsel of record:

Sigrid McCauley
Boies, Schiller & Flexner LLP
401 E. Las Olas Bivd., Suite 1200
Ft. Lauderdale, FL 33301

Jeffrey S. Pagliucca
Laura A. Menninger
Haddon, Morgan and Foreman, P.C.
150 East Tenth Ave.
Denver CO 80203

Bradley James Edwards
Farmer, Jaffe, Weissing. Edwards, Fistos, Lehrman, P.L.
425 N. Andrews Ave., Suite 2
Fort Lauderdale, FL 33301

Paul G. Cassell
S.J. Quinney College of Law At The University of Utah
383 S. University Street
Salt Lake City, UT 84112-0730

**/s/ Martin G. Weinberg**
Martin G. Weinberg