**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

       Plaintiff,                Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.

_____/

**MS. GIUFFRE'S MOTION TO EXCLUDE PROPOSED INTERVENER MICHAEL CERNOVICH D/B/A CERNOVICH MEDIA'S OPPOSITION TO NOTICE OF INTENT TO REQUEST REDACTION OF FEBRAUARY 16, 2017 HEARING <u>TRANSCRIPT [DE 725]</u>**

Ms. Giuffre hereby requests that this Court exclude Proposed Intervener Michael Cernovich D/B.A Cernovich Media's Opposition to Notice of Intent to Request Redaction of February 16, 2017 Hearing Transcript.

On January 19, 2017, Mr. Cernovich moved the Court to be allowed to intervene in this case for the purported purpose of publishing confidential materials [DE 550]. This Court has not granted Mr. Cernovich intervention under Rule 24(b).

Accordingly, he is not a party of this litigation, and has no standing to bring the instant motion. *See Esther Sadowsky Testamentary Trust v. Federal Housing Finance Agency*, 412 Fed.Appx. 361, 363, 2011 WL 744962, at *1 (2d Cir. March 4, 2011) (third party lacked standing to appeal district court's ruling where the third party's motion to intervene was not granted).

Accordingly, for the reasons stated above, Ms. Giuffre respectfully requests that this Court Exclude Proposed Intervener's Opposition to Notice of Intent to Request Redaction of the February 16, 2017 Hearing Transcript.

Dated: March 21, 2017

          Respectfully Submitted,

          BOIES, SCHILLER & FLEXNER LLP

By: /s/ Meredith Schultz
    Meredith Schultz (Pro Hac Vice)
    Sigrid McCawley (Pro Hac Vice)
    Boies Schiller & Flexner LLP
    401 E. Las Olas Blvd., Suite 1200
    Ft. Lauderdale, FL 33301
    (954) 356-0011

    David Boies
    Boies Schiller & Flexner LLP
    333 Main Street
    Armonk, NY 10504

    Bradley J. Edwards (Pro Hac Vice)
    FARMER, JAFFE, WEISSING,
    EDWARDS, FISTOS & LEHRMAN, P.L.
    425 North Andrews Avenue, Suite 2
    Fort Lauderdale, Florida 33301
    (954) 524-2820

    Paul G. Cassell (Pro Hac Vice)
    S.J. Quinney College of Law
    University of Utah
    383 University St.
    Salt Lake City, UT 84112
    (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 21st day of March, 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

>Laura A. Menninger, Esq.
>Jeffrey Pagliuca, Esq.
>HADDON, MORGAN & FOREMAN, P.C.
>150 East 10th Avenue
>Denver, Colorado 80203
>Tel: (303) 831-7364
>Fax: (303) 832-2628
>Email: lmenninger@hmflaw.com
>       jpagliuca@hmflaw.com

>/s/ Meredith Schultz
>Meredith Schultz, Esq.