**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

           Plaintiff,                 Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

           Defendant.

_____/


**MS. GIUFFRE'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION IN**
**LIMINE TO EXCLUDE EVIDENCE BARRED AS A RESULT OF PLAINTIFF'S**
**[ALLEGED] SUMMARY JUDGMENT CONCESSIONS [DE 666]**


Sigrid McCawley
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

# **TABLE OF CONTENTS**

Page

TABLE OF AUTHORITIES ................................................................................................ ii

I.       PRELIMINARY STATEMENT OF LAW ..................................................................1

II.      LEGAL ARGUMENT .................................................................................................2

███ ██████ ████████████████████████████████████████████████████ ███

███ ██████ ████████████████████████████████████████████████████ ███

        ██ ██ ██████████████████████████████████████████ ███

        ██ ██ ██████████████████████████████████████████████ ███

        ██ ██ ████████████████████████████████████████ █

███ ██████ █ ████████████████████████████████████████████ ██ ███

███ ██████ ███████████████████████████████████████████████ ███

III.       CONCLUSION...........................................................................................................10

CERTIFICATE OF SERVICE ............................................................................................ 11

i

## **TABLE OF AUTHORITIES**

Page

**Cases**

*Arlio v. Lively*,
    474 F.3d 46 (2d Cir. 2007) .......................................................................................... 6

*Baxter Diagnostics, Inc. v. Novatek Med., Inc.*,
    1998 WL 665138 (S.D.N.Y. Sept. 25, 1998) .............................................................. 7

*Carofino v. Forester*,
    450 F. Supp. 2d 257 (S.D.N.Y. 2006) ........................................................................ 6

*Cowen v. City of Mount Vernon*,
    95 F. Supp. 3d 624 (S.D.N.Y. 2015) .................................................................... 10, 11

*Davis v. Costa-Garvas*,
    580 F. Supp. 1082 (S.D.N.Y. 1984) .......................................................................... 13

*Ferring B.V. v. Allergan, Inc.*,
    2016 WL 6441567 (S.D.N.Y. Oct. 28, 2016) .............................................................. 6

*Hein v. Cuprum, S.A.*,
    2002 WL 34453309 (S.D.N.Y. Jan. 23, 2002) ......................................................... 2, 7

*In re WorldCom, Inc. Sec. Litig.*,
    No. 02 Civ. 3288 (DLC), 2005 WL 578109 (S.D.N.Y. Mar. 4, 2005) ....................... 6

*NIC Holding Corp. v. Lukoil Pan Americas*,
    2009 WL 996408 (S.D.N.Y. April 14, 2009) .............................................................. 7

*Palmieri v. Defaria*,
    88 F.3d 136 (2d Cir. 1996) .......................................................................................... 6

*Rattigan v. Commodore Int'l Ltd.*,
    1989 WL 151678 (S.D.N.Y. Dec. 8, 1989) ................................................................. 7

*Rivera v. Incorporated Village of Farmingdale*,
    29 F. Supp. 3d 121 (E.D.N.Y. 2013) .......................................................................... 8

*U.S. Underwriters Ins. Co. v. Falcon Constr. Corp.*,
    2006 WL 3146422 (S.D.N.Y. Oct. 30, 2006) ............................................................. 7

*Wheelings v. Iacuone*,
    2015 WL 5306602 (D. Conn. Sept. 10, 2015) ............................................................ 1

**Statutes**

42 U.S. Code § 1983 .................................................................................................. 10

**Rules**

Fed. R. Evid. 401 ............................................................................................... 6, 14

Fed. R. Evid. 402 ................................................................................................... 6

Plaintiff, Ms. Giuffre hereby files her response in opposition to Defendant's Motion in Limine to Exclude Evidence Barred as a Result of Plaintiff's [Alleged] Summary Judgment Concessions, and states as follows.

## I.   PRELIMINARY STATEMENT OF LAW

As the Court is aware,

## II.   LEGAL ARGUMENT











███████████████████████████████████████████

████████████████████

## III.    CONCLUSION

For the reasons stated above, Ms. Giuffre respectfully asks this Court to deny

Defendant's motion in its entirety.

Dated:  March 21, 2017                     Respectfully Submitted,

                                           BOIES SCHILLER FLEXNER LLP


                                    By:  /s/ Sigrid McCawley
                                         Sigrid McCawley (Pro Hac Vice)
                                         Boies Schiller Flexner LLP
                                         401 E. Las Olas Blvd., Suite 1200
                                         Ft. Lauderdale, FL 33301
                                         (954) 356-0011

                                         David Boies
                                         Boies Schiller Flexner LLP
                                         333 Main Street
                                         Armonk, NY 10504

                                         Bradley J. Edwards (Pro Hac Vice)
                                         FARMER, JAFFE, WEISSING,
                                         EDWARDS, FISTOS & LEHRMAN, P.L.
                                         425 North Andrews Avenue, Suite 2
                                         Fort Lauderdale, Florida 33301
                                         (954) 524-2820

                                         Paul G. Cassell (Pro Hac Vice)
                                         S.J. Quinney College of Law
                                         University of Utah
                                         383 University St.
                                         Salt Lake City, UT 84112
                                         (801) 585-5202[2]

---

[2] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 21, 2017, I electronically filed the foregoing

document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing

document is being served this day on the individuals identified below via transmission of Notices

of Electronic Filing generated by CM/ECF.

> Laura A. Menninger, Esq.
> Jeffrey Pagliuca, Esq.
> HADDON, MORGAN & FOREMAN, P.C.
> 150 East 10th Avenue
> Denver, Colorado 80203
> Tel: (303) 831-7364
> Fax: (303) 832-2628
> Email: lmenninger@hmflaw.com
>         jpagliuca@hmflaw.com


                                        /s/ Sigrid S. McCawley
                                        Sigrid S. McCawley

11