UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

VIRGINIA L. GIUFFRE,

                Plaintiff,

   - against -

GHISLAINE MAXWELL,

                Defendant.

----------------------------------------X

15 Civ. 7433 (RWS)

O R D E R

**Sweet, D.J.**

        The Defendant's motion to strike the Plaintiff's Notice of Supplemental Authority, ECF No. 711, is granted. The cited authority is inadmissible, and has been submitted previously in connection with Plaintiff's motion seeking financial information from the Defendant.

        It is so ordered.

**New York, NY**
**March 22, 2017**

                              ROBERT W. SWEET
                                  U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/17