**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

                 Plaintiff,                          Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

                 Defendant.

_____/

**PLAINTIFF'S RESPONSE TO DEFENDANT'S**
**MOTION FOR BIFURCATED TRIAL RELATING TO PUNITIVE DAMAGES**
**AND EXCLUSION OF REFERENCES TO DEFENDANT'S**
**FINANCIAL INFORMATION**

Sigrid McCawley
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

Plaintiff, Virginia Giuffre, by and through her undersigned counsel, hereby files this response in opposition to Defendant's motion *in limine* (DE 662).

## PRELIMINARY STATEMENT

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████

    ██████████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████████

███████████████████████████████████████████

    ██████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████

████████████████████████████████████████████████████

1



███████████████████████████████████████████

████████████████████████████████

**<u>ARGUMENT</u>**

███████████████████████████████████████████

██████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████

██████████████████████████████████████████

███████████████████████████████████████████

█████████████████████████████████████

████████████████████████████████████

█████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████

██████████████████████████████████████

█████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████

█████████████████████████████████

████████████████████████████████████

███████████████████████████████████







Dated:  March 22, 2017

Respectfully Submitted,

BOIES SCHILLER FLEXNER LLP

By:  /s/ Sigrid McCawley
Sigrid McCawley (Pro Hac Vice)
Meredith Schultz (Pro Hac Vice)
Boies Schiller Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

David Boies
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504

Bradley J. Edwards (Pro Hac Vice)
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
(954) 524-2820

Paul G. Cassell (Pro Hac Vice)
S.J. Quinney College of Law
University of Utah
383 University St.
Salt Lake City,

UT 84112(801) 585-5202[5]

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 22, 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

> Laura A. Menninger, Esq.
> Jeffrey Pagliuca, Esq.
> HADDON, MORGAN & FOREMAN, P.C.
> 150 East 10th Avenue
> Denver, Colorado 80203
> Tel: (303) 831-7364
> Fax: (303) 832-2628
> Email: lmenninger@hmflaw.com
>          jpagliuca@hmflaw.com

> /s/ Sigrid McCawley
> Sigrid McCawley, Esq.

---

[5] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.