



U.S.D.C. SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-22-17

Sigrid McCawley, Esq.
smccawley@bsfllp.com

March 21, 2017

**VIA ECF**

Hon. Robert W. Sweet
United States District Judge
United States District Court
Daniel Patrick Moynihan Courthouse
Southern District of New York
500 Pearl Street, Room 1940
New York, New York 10007-1312

So ordered

Swect

US DJ

3-22-17

    Re:   *Giuffre v. Maxwell,*
          **Case No.: 15-cv-07433-RWS**

Dear Judge Sweet:

On March 15, 2017, this Court granted Defendant's request for an extension of time until March 23, 2017, to file (1) Defendant's Response to Plaintiff's Motion to Compel Data from Defendant's Undisclosed E-mail Account and for an Adverse Inference Instruction and (2) Defendant's Response to Plaintiff's Motion in Limine to Preclude Defendant from Calling Plaintiff's Attorneys as Witnesses at Trial.

Accordingly, Plaintiff requests that she be granted a similar extension of time to file her corresponding reply briefs on April 3, 2017. Plaintiff also requests that the hearing on Plaintiff's Motion to Compel Data from Defendant's Undisclosed E-mail Account and for an Adverse Inference Instruction (DE 659) and (2) Defendant's Response to Plaintiff's Motion in Limine to Preclude Defendant from Calling Plaintiff's Attorneys as Witnesses at Trial (DE 685) be moved from March 30, 2017 to the hearing on April 5, 2017 that was previously set by the Court on other matters. Defendant does not object to the requested extension or the corresponding revision to the hearing date.

Plaintiff also requests a one (1) business day extension of time to file her Reply in Support of her Omnibus Motion in Limine to be filed on Monday, March 27, 2017. Defendant does not oppose Plaintiff's requested one (1) business day extension.

BOIES SCHILLER FLEXNER LLP

401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com

# BSF

Hon. Robert W. Sweet
United States District Judge
March 21, 2017
Page -2

Respectfully submitted,

Sigrid McCawley, Esq.

SSM:akc

cc: Counsel of Record