# United States District Court
# Southern District of New York

Virginia L. Giuffre,

               Plaintiff,                    Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

               Defendant.

_____/

## PLAINTIFF MS. GIUFFRE'S RESPONSE TO DEFENDANT'S MOTION TO PROHIBIT QUESTIONING REGARDING DEFENDANTS' ADULT CONSENSUAL ACTIVITIES

Sigrid McCawley
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

## **TABLE OF CONTENTS**

Page

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

█ ▓▓ ████████████████████████████████
█████████

█ ▓▓ ████████████████████████████████
████████

█ ▓▓ ████████████████████████████████
███████

█ ▓▓ ████████████████████████████████
███████

█ ▓▓ ████████████████████████████████
█████

CONCLUSION ................................................................................................ 19

CERTIFICATE OF SERVICE ........................................................................ 20

i

## <u>TABLE OF AUTHORITIES</u>

<u>Page</u>

**<u>Cases</u>**

*Jane Does v. United States*,
  No. 9:08-cv-80736-KAM (S.D. Fla. Dec. 30, 2014) ........................................................ 11, 16

**<u>Statutes</u>**

18 U.S.C. § 1591 ................................................................................................................. 8

18 U.S.C. § 2421 ................................................................................................................. 8

**<u>Rules</u>**

Fed. R. Evid. 401 ................................................................................................................ 18

Fed. R. Evid. 403 ................................................................................................................ 18

Plaintiff, Ms. Virginia Giuffre, respectfully submits this memorandum of law in response and opposition to Defendant's Motion to Prohibit Questioning Regarding Defendant's Adult Consensual Activities.

## PRELIMINARY STATEMENT

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████

████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████

██████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

████████████████████████





d























## <u>CONCLUSION</u>

For all of the foregoing reasons, Ms. Giuffre respectfully requests that the Court

deny Defendant's motion in limine and permit her to question Defendant about her relevant

alleged consensual adult activities.

Dated:  March 22, 2017                              Respectfully Submitted,

                                                    BOIES SCHILLER FLEXNER LLP

                              By:  /s/ Sigrid McCawley
                                   Sigrid McCawley (Pro Hac Vice)
                                   Boies Schiller Flexner LLP
                                   401 E. Las Olas Blvd., Suite 1200
                                   Ft. Lauderdale, FL 33301
                                   (954) 356-0011

                                   David Boies
                                   Boies Schiller Flexner LLP
                                   333 Main Street
                                   Armonk, NY 10504

                                   Bradley J. Edwards (Pro Hac Vice)
                                   FARMER, JAFFE, WEISSING,
                                   EDWARDS, FISTOS & LEHRMAN, P.L.
                                   425 North Andrews Avenue, Suite 2
                                   Fort Lauderdale, Florida 33301
                                   (954) 524-2820

                                   Paul G. Cassell (Pro Hac Vice)
                                   S.J. Quinney College of Law
                                   University of Utah
                                   383 University St.
                                   Salt Lake City, UT 84112
                                   (801) 585-5202[2]

---

[2] This daytime business address is provided for identification and correspondence purposes only
and is not intended to imply institutional endorsement by the University of Utah for this private
representation.

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on March 22, 2017, I electronically filed the foregoing

document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing

document is being served this day on the individuals identified below via transmission of Notices

of Electronic Filing generated by CM/ECF.

> Laura A. Menninger, Esq.
> Jeffrey Pagliuca, Esq.
> HADDON, MORGAN & FOREMAN, P.C.
> 150 East 10th Avenue
> Denver, Colorado 80203
> Tel: (303) 831-7364
> Fax: (303) 832-2628
> Email: lmenninger@hmflaw.com
>         jpagliuca@hmflaw.com


/s/ Sigrid S. McCawley
Sigrid S. McCawley