United States District Court
Southern District of New York

Virginia L. Giuffre,

       Plaintiff,                Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.

_____/

**DECLARATION OF SIGRID MCCAWLEY IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO PROHIBIT QUESTIONING REGARDING DEFENDANT'S ADULT CONSENSUAL ACTIVITIES**

I, Sigrid McCawley, declare that the below is true and correct to the best of my knowledge as follows:

1. I am a Partner with the law firm of Boies, Schiller & Flexner LLP duly licensed to practice in Florida and before this Court pursuant to this Court's Order granting my Application to Appear Pro Hac Vice.

2. I respectfully submit this Declaration in Support of Plaintiff's Response to Defendant's Motion to Prohibit Questioning Regarding Defendant's Adult Consensual Activities.

3. Attached hereto as Sealed Composite Exhibit 1 is a true and correct copy of ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

4. Attached hereto as Sealed Exhibit 2 is a true and correct copy of █████████████████████████████████████████.

1

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 22, 2017

                                        Respectfully Submitted,

                                        BOIES, SCHILLER & FLEXNER LLP

                              By: /s/ Sigrid McCawley
                                  Sigrid McCawley (Pro Hac Vice)
                                  Meredith Schultz (Pro Hac Vice)
                                  Boies Schiller & Flexner LLP
                                  401 E. Las Olas Blvd., Suite 1200
                                  Ft. Lauderdale, FL 33301
                                  (954) 356-0011

                                  David Boies
                                  Boies Schiller & Flexner LLP
                                  333 Main Street
                                  Armonk, NY 10504

                                  Bradley J. Edwards (Pro Hac Vice)
                                  FARMER, JAFFE, WEISSING,
                                  EDWARDS, FISTOS & LEHRMAN, P.L.
                                  425 North Andrews Avenue, Suite 2
                                  Fort Lauderdale, Florida 33301
                                   (954) 524-2820

                                  Paul G. Cassell (Pro Hac Vice)
                                  S.J. Quinney College of Law
                                  University of Utah
                                  383 University St.
                                  Salt Lake City, UT 84112
                                  (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 22nd day of March 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

>   Laura A. Menninger, Esq.
>   Jeffrey Pagliuca, Esq.
>   HADDON, MORGAN & FOREMAN, P.C.
>   150 East 10th Avenue
>   Denver, Colorado 80203
>   Tel: (303) 831-7364
>   Fax: (303) 832-2628
>   Email: lmenninger@hmflaw.com
>           jpagliuca@hmflaw.com

>                               /s/ Sigrid McCawley
>                                 Sigrid McCawley