United States District Court
Southern District of New York

Virginia L. Giuffre,

      Plaintiff,          Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

      Defendant.

_____/

**DECLARATION OF SIGRID MCCAWLEY IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO PRESENT TESTIMONY FROM SARAH KELLEN AND NADIA MARCINKOVA FOR PURPOSES OF OBTAINING AN ADVERSE INFERENCE INSTRUCTION**

I, Sigrid McCawley, declare that the below is true and correct to the best of my knowledge as follows:

1. I am a Partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's Order granting my Application to Appear Pro Hac Vice.

2. I respectfully submit this Declaration in Support of Plaintiff's Reply to Motion to Present Testimony of Sarah Kellen and Nadia Marcinkova for Purposes of Obtaining an Adverse Inference Instruction.

3. Attached hereto as Sealed Composite Exhibit 1 are true and correct copies of ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

4. Attached hereto as Sealed Exhibit 2 is a true and correct copy of ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

I declare under penalty of perjury that the foregoing is true and correct.


                    /s/ Sigrid McCawley_____
                    Sigrid McCawley, Esq.

Dated: March 23, 2017.

                    Respectfully Submitted,

                    BOIES, SCHILLER & FLEXNER LLP

              By: /s/ Sigrid McCawley
                  Sigrid McCawley (Pro Hac Vice)
                  Meredith Schultz (Pro Hac Vice)
                  Boies Schiller & Flexner LLP
                  401 E. Las Olas Blvd., Suite 1200
                  Ft. Lauderdale, FL 33301
                  (954) 356-0011

                  David Boies
                  Boies Schiller & Flexner LLP
                  333 Main Street
                  Armonk, NY 10504

                  Bradley J. Edwards (Pro Hac Vice)
                  FARMER, JAFFE, WEISSING,
                  EDWARDS, FISTOS & LEHRMAN, P.L.
                  425 North Andrews Avenue, Suite 2
                  Fort Lauderdale, Florida 33301
                   (954) 524-2820

                  Paul G. Cassell (Pro Hac Vice)
                  S.J. Quinney College of Law
                  University of Utah
                  383 University St.
                  Salt Lake City, UT 84112
                  (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 23rd day of March 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

    Laura A. Menninger, Esq.
    Jeffrey Pagliuca, Esq.
    HADDON, MORGAN & FOREMAN, P.C.
    150 East 10th Avenue
    Denver, Colorado 80203
    Tel: (303) 831-7364
    Fax: (303) 832-2628
    Email: lmenninger@hmflaw.com
           jpagliuca@hmflaw.com

                                          /s/ Sigrid McCawley
                                              Sigrid McCawley