# EXHIBIT E

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT, IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO.: 502009CA040800XXXXMBAG

JEFFREY EPSTEIN,

        Plaintiff,

vs.

SCOTT ROTHSTEIN, individually,
BRADLEY J. EDWARDS, individually,
and L.M., individually,

        Defendants.

_____/

## NOTICE OF FILING

COMES NOW the Defendant/CounterClaimant, BRADLEY EDWARDS, by and through his undersigned counsel, and hereby files the attached transcript of the telephone interview of Virginia Roberts to supplement the proffer made in support of Counter-Claimant's Motion for Leave to Amend to Assert Punitive Damages.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to all Counsel on the attached list on this ___17___ day of May 2011.

        _____

        Jack Scarola
        Florida Bar No.: 169440
        Searcy Denney Scarola Barnhart & Shipley, P.A.
        2139 Palm Beach Lakes Boulevard
        West Palm Beach, Florida 33409
        Phone: (561) 686-6300
        Fax:(561) 383-9451
        Attorney for Defendant/CounterClaimant
        Edwards

Edwards adv. Epstein
Case No.:  502009CA040800XXXXMBAG
Notice of Filing Supplement

### COUNSEL LIST

Jack A. Goldberger, Esquire
jgoldberger@agwpa.com;
smahoney@agwpa.com
Atterbury, Goldberger & Weiss, P.A.
250 Australian Avenue South, Suite 1400
West Palm Beach, FL  33401
Phone: (561)-659-8300
Fax: (561)-835-8691
Attorneys for Jeffrey Epstein


Farmer, Jaffe, Weissing, Edwards, Fistos &
Lehrman, PL
425 N. Andrews Avenue, Suite 2
Fort Lauderdale, FL  33301
Phone: (954)-524-2820
Fax: (954)-524-2822
Attorneys for Jeffrey Epstein

Joseph L. Ackerman, Jr., Esquire
jla@fowler-white.com
Fowler White Burnett, P.A.
901 Phillips Point West
777 S Flagler Drive
West Palm Beach, FL  33401-6170
Phone: (561)-802-9044
Fax: (561)-802-9976
Attorneys for Jeffrey Epstein

Marc S. Nurik
marc@nuriklaw.com
Law Offices of Marc S. Nurik
One E Broward Blvd., Suite 700
Fort Lauderdale, FL  33301
Phone: (954)-745-5849
Fax: (954)-745-3556
Attorneys for Scott Rothstein

Martin Weinberg, Esquire
Martin Weinberg, P.C.
20 Park Plaza, Suite 1000
Suffolk, MA  02116
Attorneys for Jeffrey Epstein

Edwards adv. Epstein
Case No.:  502009CA040800XXXXMBAG
Notice of Filing Supplement