**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

          Plaintiff,                Case No.: 15-cv-07433-RWS

v .

Ghislaine Maxwell,

          Defendant.

_____/

**DECLARATION OF SIGRID MCCAWLEY IN SUPPORT OF**
**PLAINTIFF'S REPLY IN SUPPORT OF MOTION IN LIMINE TO ADMIT THE**
**"BLACK BOOK" AS EVIDENCE AT TRIAL**

      I, Sigrid McCawley, declare that the below is true and correct to the best of my

knowledge as follows:

      1.      I am a Partner with the law firm of Boies, Schiller & Flexner LLP and duly

licensed to practice in Florida and before this Court pursuant to this Court's Order granting my

Application to Appear Pro Hac Vice.

      2.      I respectfully submit this Declaration in Support of Plaintiff's Reply in Support

of Motion in Limine to Admit the "Black Book" as Evidence in Trial.

      3.      Attached hereto as Sealed Composite Exhibit 1 are true and correct copies of

████████████████████████████████████████████████

███████████████

      I declare under penalty of perjury that the foregoing is true and correct.

          /s/ Sigrid McCawley_____
          Sigrid McCawley, Esq.

Dated: March 24, 2017

Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP

By:  /s/ Sigrid McCawley
     Sigrid McCawley (Pro Hac Vice)
     Meredith Schultz (Pro Hac Vice)
     Boies Schiller & Flexner LLP
     401 E. Las Olas Blvd., Suite 1200
     Ft. Lauderdale, FL 33301
     (954) 356-0011

     David Boies
     Boies Schiller & Flexner LLP
     333 Main Street
     Armonk, NY 10504

     Bradley J. Edwards (Pro Hac Vice)
     FARMER, JAFFE, WEISSING,
     EDWARDS, FISTOS & LEHRMAN, P.L.
     425 North Andrews Avenue, Suite 2
     Fort Lauderdale, Florida 33301
      (954) 524-2820

     Paul G. Cassell (Pro Hac Vice)
     S.J. Quinney College of Law
     University of Utah
     383 University St.
     Salt Lake City, UT 84112
     (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on the 24th day of March 2017, I electronically filed the

foregoing document with the Clerk of Court by using the CM/ECF system.  I also certify that the

foregoing document is being served to all parties of record via transmission of the Electronic

Court Filing System generated by CM/ECF.

> Laura A. Menninger, Esq.
> Jeffrey Pagliuca, Esq.
> HADDON, MORGAN & FOREMAN, P.C.
> 150 East 10th Avenue
> Denver, Colorado 80203
> Tel: (303) 831-7364
> Fax: (303) 832-2628
> Email: lmenninger@hmflaw.com
>          jpagliuca@hmflaw.com

> /s/ Sigrid McCawley
>     Sigrid McCawley