

HADDON
MORGAN
FOREMAN

**Haddon, Morgan and Foreman, P.C**
Jeffrey S. Pagliuca

150 East 10th Avenue
Denver, Colorado 80203
PH 303.831.7364 FX 303.832.2628
www.hmflaw.com
jpagliuca@hmflaw.com

March 22, 2017

<u>Via Email</u>

Hon. Robert W. Sweet
United States District Judge
United States District Court
Daniel Patrick Moynihan Courthouse
Southern District of New York
500 Pearl Street, Room 1940
New York, New York 10007-1312



Re: *Giuffre v. Maxwell*, 15-cv-07433-RWS

Dear Judge Sweet:

     This is a letter motion for an extension of time in which Defendant requests to file a Reply to her Motion in Limine to Exclude Unauthenticated Hearsay Document from a Suspect Source (Doc. 679), filed on March 3, 2017. An additional week is necessary to adequately brief the issues raised within Plaintiff's Response (Doc. 716), filed on March 15, 2017.

     Accordingly, Ms. Maxwell respectfully requests that she be permitted to submit her reply by March 31, 2017.

*Extension to 3/30 is granted*

So ordered
Sweet USDJ
3-24-17

Hon. Robert W. Sweet
March 22, 2017
Page 2

                Sincerely,

                HADDON, MORGAN AND FOREMAN, P.C.

                */s/ Jeffrey S. Pagliuca*
                Jeffrey S. Pagliuca

## CERTIFICATE OF SERVICE

I certify that on March 22, 2017, I electronically served this *LETTER MOTION* via ELECTRONIC MAIL on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons