

Haddon, Morgan and Foreman, P.C
Laura A. Menninger

150 East 10th Avenue
Denver, Colorado 80203
PH 303.831.7364  FX 303.832.2628
www.hmflaw.com
lmenninger@hmflaw.com



March 23, 2017

**Via Email**

Hon. Robert W. Sweet
United States District Judge
United States District Court
Daniel Patrick Moynihan Courthouse
Southern District of New York
500 Pearl Street, Room 1940
New York, New York 10007-1312

      Re:   *Giuffre v. Maxwell*, 15-cv-07433-RWS

Dear Judge Sweet:

      This is a letter motion to request an adjournment of defendant's need to file a Response to Plaintiff's Renewed Motion to Compel Data from Defendant's Undisclosed Email Account and for an Adverse Inference Instruction (Doc. 659), filed on March 3, 2017.

      This Court issued a sealed opinion today, March 23, 2017, that ordered additional briefing and a hearing on the issues related to the search of any email accounts, on dates to be decided by the parties. In light of this Court's Order, defendant requests that any response be combined in the upcoming briefing schedule.

Sincerely,

HADDON, MORGAN AND FOREMAN, P.C.

*/s/ Laura A. Menninger*
Laura A. Menninger

So ordered
Sweet
USDJ
3-24-17

Hon. Robert W. Sweet
March 23, 2017
Page 2

## CERTIFICATE OF SERVICE

I certify that on March 23, 2017, I electronically served this *LETTER MOTION* via ELECTRONIC MAIL on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons