

BOIES
SCHILLER
FLEXNER

Sigrid McCawley, Esq.
E-mail: smccawley@bsfllp.com

March 24, 2017

**VIA ECF**

Honorable Judge Robert W. Sweet
District Court Judge
United States District Court
500 Pearl Street
New York, NY 10007

**Re: *Giuffre v. Maxwell*, Case No.: 15-cv-07433-RWS**

Dear Judge Sweet:

This is a letter motion to exceed the page limits for Plaintiff Ms. Giuffre's Reply In Support of Her Motion *in Limine* to Present All Evidence of Defendant's Involvement in Epstein Sexual Abuse and Sex Trafficking.

Ms. Giuffre respectfully requests the Court grant her request to exceed the page limits by 21 pages to sufficiently address the complex legal standards involved in this case and the arguments in Defendant's response to Plaintiff's Motion in Limine to Present All Evidence of Defendant's Involvement in Epstein Sexual Abuse and Sex Trafficking.

Respectfully submitted,

/s/ Sigrid McCawley
Sigrid McCawley, Esq.

SM:akc

cc: Jeff Pagliuca, Esq. (via e-mail)
Laura Menninger, Esq. (via e-mail)