**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

Plaintiff, Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

Defendant.
________________________________/

**PLAINTIFF MS. GIUFFRE'S REPLY IN SUPPORT OF HER MOTION *IN LIMINE* TO PRESENT ALL EVIDENCE OF DEFENDANT'S INVOLVEMENT IN EPSTEIN SEXUAL ABUSE AND SEX TRAFFICKING**

Sigrid McCawley
BOIES, SCHILLER & FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

**TABLE OF CONTENTS**

Page

TABLE OF AUTHORITIES .......... ii

PRELIMINARY STATEMENT .......... 1

CERTIFICATE OF SERVICE .......... 31

# TABLE OF AUTHORITIES

Page

**Cases**

*Doe v. Smith*,
470 F.3d 331 (7th Cir. 2006) .......... 25

*Feliciano v. State*,
937 So.2d 818 (Fla. Ct. App. 2006) .......... 25

*Giuffre v. Maxwell*,
165 F. Supp. 3d 147 (S.D.N. Y. 2016) .......... 8

*Ismail v. Cohen*,
706 F. Supp. 243 (S.D.N.Y.1989) .......... 19

*Jane Does v. United States*,
No. 9:08-cv-80736-KAM (S.D. Fla. Dec. 30, 2014) .......... 9

*Morris v. Eversley*,
2004 WL 856301 .......... 24

*Perry v. Ethan Allen, Inc.*,
115 F.3d 143 (2d Cir.1997) .......... 27

*S.E.C. v. Lyon*,
605 F.Supp.2d 531 (S.D.N.Y. 2009) .......... 22, 23

*Simcoe v. Gray*,
--- Fed. Appx. ---, 2016 WL 6917226 (2d. Cir. Nov. 23, 2016) .......... 14

*United States v. Akosa*,
205 F.3d 1325 (2d Cir. 2000) .......... 20

*United States v. Barnason*,
852 F. Supp. 2d 367 (S.D.N.Y. 2012) .......... 23, 25, 28

*United States v. Carboni*,
204 F.3d 39 (2d Cir. 2000) .......... 12, 20

*United States v. Colon*,
880 F.2d 650 (2d Cir. 1989) .......... 19

*United States v. Curley*,
639 F.3d 50 (2d Cir. 2011) .......... 13, 16

*United States v. Danzey*,
594 F.2d 905 (2d Cir. 1979) .......... 15

*United States v. Diaz*,
176 F.3d 52 (2d Cir. 1999)........................................................................................ 13

*United States v. Edwards*,
342 F.3d 168 (2d Cir. 2003)........................................................................................ 16

*United States v. Estevez*,
No. S2 16 CR 307 (CM), 2017 WL 700775 (S.D.N.Y. Feb. 16, 2017) ............................ 13, 14

*United States v. Figueroa*,
618 F.2d 934 (2d Cir.1980)........................................................................................ 27

*United States v. Gilan*,
967 F.2d 776 (2d Cir.1992)........................................................................................ 28

*United States v. Jackson*,
12 F.3d 1178 (2d Cir. 1993)........................................................................................ 18

*United States v. Jobson*,
102 F.3d 214 (6th Cir. 1996) ................................................................................ 17, 18

*United States v. LaFlam*,
369 F.3d 153 (2d Cir. 2004)........................................................................................ 14

*United States v. Larson*,
112 F.3d 600 (2d Cir. 1997)........................................................................................ 28

*United States v. Levy*,
731 F.2d 997 (2d Cir. 1984)........................................................................................ 16

*United States v. Mostafa*,
16 F. Supp. 3d 236 (S.D.N.Y. 2014)........................................................................... 16

*United States v. Ozsusamlar*,
428 F. Supp. 2d 161 (S.D.N.Y.2006)........................................................................... 27

*United States v. Pipola*,
83 F.3d 556 (2d Cir.1996)........................................................................................ 13

*United States v. Pitre*,
960 F.2d 1112 (2d Cir. 1992)...................................................................................... 14

*United States v. Quinones*,
511 F.3d 289 (2d Cir.2007)........................................................................................ 12

*United States v. Ramirez-Amaya*,
812 F.2d 813 (2d Cir. 1987)................................................................................ 18, 21

*United States v. Robinson*,
702 F.3d 22 (2d Cir. 2012)........................................................................ 12, 20, 27

*United States v. Roldan–Zapata*,
916 F.2d 795 (2d Cir.1990)........................................................................ 28

*United States v. Rosa*,
11 F.3d 315 (2d Cir.1993)........................................................................ 13

*United States v. Santa*,
180 F.3d 20 (2d Cir. 1999)........................................................................ 22

*United States v. Senffner*,
280 F.3d 755 (7th Cir. 2002) ........................................................................ 13

*United States v. Serang*,
156 F.3d 910 (9th Cir. 1998) ........................................................................ 18

*United States v. Smith*,
727 F.3d 214 (2d Cir. 1984)........................................................................ 15

*United States v. Terry*,
702 F.2d 299 (2d Cir.1983)........................................................................ 19

**Statutes**

Fla. Stat. Ann. § 794.05 ........................................................................ 25

**Rules**

Fed. R. Evid. 403 ........................................................................*passim*
Fed. R. Evid. 404(b)........................................................................*passim*
Fed. R. Evid. 406 ........................................................................ 23
Fed. R. Evid. 413 ........................................................................ 25, 28
Fed. R. Evid. 413(d) ........................................................................25, 26
Fed. R. Evid. 414 ........................................................................ 25
Fed. R. Evid. 415 ........................................................................*passim*
Fed. R. Evid. 415(a)........................................................................ 24, 25
Fed. R. Evid. 415(b)........................................................................ 26
Fed. R. Evid. 404(b)(2)........................................................................ 13
Fed. R. Evid. 415(d)(5)........................................................................ 26

**Other Authorities**

2 J. WIGMORE, EVIDENCE § 304, at 202 (3d ed. 1904) .......... 15
137 Cong. Rec. S4925 (daily ed. Apr. 24, 1991) .......... 24
Paul G. Cassell & Evan S. Strassberg, *Evidence of Repeated Acts of Rape and Child Molestation: Reforming Utah Law to Permit the Propensity Inference*, 1998 Utah L. Rev. 145 .......... 24

Plaintiff, Ms. Virginia Giuffre, respectfully submits this reply in support of her motion *in limine* to admit at trial all evidence concerning Defendant's involvement in Epstein's sexual abuse and trafficking organization.

**PRELIMINARY STATEMENT**















12



13



14



17













Dated: March 24, 2017

Respectfully Submitted,

BOIES SCHILLER FLEXNER LLP

By: /s/ Sigrid McCawley

Sigrid McCawley (Pro Hac Vice)
Boies Schiller Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

David Boies
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504

Bradley J. Edwards (Pro Hac Vice)
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
(954) 524-2820

Paul G. Cassell (Pro Hac Vice)
S.J. Quinney College of Law
University of Utah
383 University St.
Salt Lake City, UT 84112
(801) 585-5202[5]

[5] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 24th day of March, 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

Laura A. Menninger, Esq.
Jeffrey Pagliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com
jpagliuca@hmflaw.com

/s/ Sigrid S. McCawley
Sigrid S. McCawley

# APPENDIX A

# EVIDENCE OF DEFENDANT'S INVOLVEMENT IN EPSTEIN'S ABUSE AND TRAFFICKING

**APPENDIX A**
**EVIDENCE OF DEFENDANT'S INVOLVEMENT IN EPSTEIN'S ABUSE AND TRAFFICKING**

**APPENDIX A**

**EVIDENCE OF DEFENDANT'S INVOLVEMENT IN EPSTEIN'S ABUSE AND TRAFFICKING**



**APPENDIX A**

**EVIDENCE OF DEFENDANT'S INVOLVEMENT IN EPSTEIN'S ABUSE AND TRAFFICKING**



**APPENDIX A**
**EVIDENCE OF DEFENDANT'S INVOLVEMENT IN EPSTEIN'S ABUSE AND TRAFFICKING**



**APPENDIX A**

**EVIDENCE OF DEFENDANT'S INVOLVEMENT IN EPSTEIN'S ABUSE AND TRAFFICKING**

**APPENDIX A**

**EVIDENCE OF DEFENDANT'S INVOLVEMENT IN EPSTEIN'S ABUSE AND TRAFFICKING**



## APPENDIX A

### EVIDENCE OF DEFENDANT'S INVOLVEMENT IN EPSTEIN'S ABUSE AND TRAFFICKING

**APPENDIX A**

**EVIDENCE OF DEFENDANT'S INVOLVEMENT IN EPSTEIN'S ABUSE AND TRAFFICKING**



**APPENDIX A**
**EVIDENCE OF DEFENDANT'S INVOLVEMENT IN EPSTEIN'S ABUSE AND TRAFFICKING**



**APPENDIX A**

**EVIDENCE OF DEFENDANT'S INVOLVEMENT IN EPSTEIN'S ABUSE AND TRAFFICKING**

**APPENDIX A**

**EVIDENCE OF DEFENDANT'S INVOLVEMENT IN EPSTEIN'S ABUSE AND TRAFFICKING**



## APPENDIX A

**EVIDENCE OF DEFENDANT'S INVOLVEMENT IN EPSTEIN'S ABUSE AND TRAFFICKING**

**APPENDIX A**

**EVIDENCE OF DEFENDANT'S INVOLVEMENT IN EPSTEIN'S ABUSE AND TRAFFICKING**

**APPENDIX A**

**EVIDENCE OF DEFENDANT'S INVOLVEMENT IN EPSTEIN'S ABUSE AND TRAFFICKING**





**APPENDIX A**

**EVIDENCE OF DEFENDANT'S INVOLVEMENT IN EPSTEIN'S ABUSE AND TRAFFICKING**

**APPENDIX A**

**EVIDENCE OF DEFENDANT'S INVOLVEMENT IN EPSTEIN'S ABUSE AND TRAFFICKING**

**APPENDIX A**

**EVIDENCE OF DEFENDANT'S INVOLVEMENT IN EPSTEIN'S ABUSE AND TRAFFICKING**

## APPENDIX A

### EVIDENCE OF DEFENDANT'S INVOLVEMENT IN EPSTEIN'S ABUSE AND TRAFFICKING

**APPENDIX A**

**EVIDENCE OF DEFENDANT'S INVOLVEMENT IN EPSTEIN'S ABUSE AND TRAFFICKING**

