United States District Court
Southern District of New York

Virginia L. Giuffre,

       Plaintiff,                    Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.

_____/

**DECLARATION OF SIGRID MCCAWLEY IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION IN LIMINE TO PRESENT ALL EVIDENCE OF DEFENDANT'S INVOLVEMENT IN EPSTEIN SEXUAL ABUSE AND TRAFFICKING**

    I, Sigrid McCawley, declare that the below is true and correct to the best of my knowledge as follows:

    1.    I am a Partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's Order granting my Application to Appear Pro Hac Vice.

    2.    I respectfully submit this Declaration in Support of Plaintiff's Reply in Support of Plaintiff's Motion in Limine to Present All Evidence of Defendant's Involvement in Epstein Sexual Abuse and Sex Trafficking.

    3.    Attached hereto as Exhibit 1 is a true and correct copy of ███████████ ███████.

    4.    Attached hereto as Composite Exhibit 2 are true and correct copies of ███████████████████████████████████████████████████████████████████████████████████.

    5.    Attached hereto as Sealed Exhibit 3 is a true and correct copy of ███████

███████████████.

      6.     Attached hereto as Sealed Exhibit 4 is a true and correct copy of ██████

████████████████████████████████████████████████.

I declare under penalty of perjury that the foregoing is true and correct.


                           /s/ Sigrid McCawley_____
                           Sigrid McCawley, Esq.


Dated: March 24, 2017

                           Respectfully Submitted,
                           BOIES, SCHILLER & FLEXNER LLP

               By:  /s/ Sigrid McCawley
                     Sigrid McCawley (Pro Hac Vice)
                     Meredith Schultz (Pro Hac Vice)
                     Boies Schiller & Flexner LLP
                     401 E. Las Olas Blvd., Suite 1200
                     Ft. Lauderdale, FL 33301
                     (954) 356-0011

                     David Boies
                     Boies Schiller & Flexner LLP
                     333 Main Street
                     Armonk, NY 10504

                     Bradley J. Edwards (Pro Hac Vice)
                     FARMER, JAFFE, WEISSING,
                     EDWARDS, FISTOS & LEHRMAN, P.L.
                     425 North Andrews Avenue, Suite 2
                     Fort Lauderdale, Florida 33301
                     (954) 524-2820

                     Paul G. Cassell (Pro Hac Vice)
                     S.J. Quinney College of Law
                     University of Utah
                     383 University St.
                     Salt Lake City, UT 84112
                     (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 24th day of March 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

>   Laura A. Menninger, Esq.
>   Jeffrey Pagliuca, Esq.
>   HADDON, MORGAN & FOREMAN, P.C.
>   150 East 10th Avenue
>   Denver, Colorado 80203
>   Tel: (303) 831-7364
>   Fax: (303) 832-2628
>   Email: lmenninger@hmflaw.com
>          jpagliuca@hmflaw.com

/s/ Sigrid McCawley
Sigrid McCawley