# REDACTED APPENDIX A