# REDACTED APPENDIX B