UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

15-cv-07433-RWS

---------------------------------------------------X

**Declaration of Laura A. Menninger in Support of Defendant's Reply in Support of Motion in Limine to Exclude References to Crime Victims' Rights Act Litigation**

I, Laura A. Menninger, declare as follows:

    1. I am an attorney at law duly licensed in the State of New York and admitted to practice in the United States District Court for the Southern District of New York. I am a member of the law firm Haddon, Morgan & Foreman, P.C., counsel of record for Defendant Ghislaine Maxwell in this action. I respectfully submit this Declaration in support of Ms. Maxwell's Reply in Support of Motion in Limine to Exclude References to Crime Victims' Rights Act Litigation.

    2. Attached as Exhibit B is true and correct copy of the Declaration of Ghislaine Maxwell, dated March 24, 2017.

    3. Attached as Exhibit C is a true and correct copy of an Order Denying Motion to Join Under Rule 21, *Doe v. United States,* No. 08-80736-Civ-Marra/Johnson (S.D. Fla. Apr. 7, 2016).

    I declare under penalty of perjury that the foregoing is true and correct.

2

Executed on March 24, 2017.

*s/ Laura A. Menninger*
Laura A. Menninger

2

## CERTIFICATE OF SERVICE

I certify that on March 24, 2017, I electronically served this *Declaration of Laura A. Menninger in Support of Defendant's Reply in Support of Motion in Limine to Exclude References to Crime Victims' Rights Act Litigation* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons