# COMPOSITE EXHIBIT A

Article 1.pdf

Article 2.pdf

Article 3.pdf

Article 4.pdf

Article 5.pdf

Article 6.pdf

Article 7.pdf

Article 8.pdf

Article 9.pdf

Article 10.pdf

Receive up-to-the-minute news updates on the hottest topics with NewsHub. [Install now.](#)

Australia

## Australia

- Australia
- Brasil
- Canada
- 中国 (China)
- Danmark
- France
- Deutschland
- India
- Italia
- 日本 (Japan)
- México
- Nederland
- Perú
- Polska
- Россия (Russia)
- España
- Sverige
- **ประเทศไทย (Thailand)**
- UK
- United States
- View more...

<br>

- Video
- Photo
- Mobile version

Los Angeles
○

[Authorization](#)

- [FACEBOOK](#)
- [VK](#)
- [GOOGLE+](#)
- [TWITTER](#)

[Search](#)

Site search [Search] [Find]

- [Main](#)

- [Australia](#)

- [World](#)
- [Business](#)
- [Technology](#)
- [Entertainment](#)
- [Sports](#)
- [Health](#)
- [Science](#)

[Main](#)
[World](#)

# lurid account from alleged 'sex slave'

4 January 2015 10:37 PM



12 0

Buckingham Palace steps up its denial that Prince Andrew had sex with an underage girl and names the victim which the UK press say had wanted to remain anonymous.

London: Prince Andrew knows he could spend months and perhaps years fighting off allegations that he had sex with a 17-year-old girl who was being kept as a "sex slave" by Jeffrey Epstein, his former friend.

The prince, 54, thought he had put the matter behind him three years ago when he stood down as the UK's trade ambassador in 2011 following Virginia Roberts' claims about her encounters with him in Epstein's company.

But on Friday it emerged that an unnamed woman had alleged in court papers that she had been "sexually abused" by the prince. That woman is now known to be Ms Roberts, who has claimed that she was paid £10,000 ($19,000) by convicted sex offender Epstein as a reward for having sex with the prince at the London home of Ghislaine Maxwell in 2001.

Buckingham Palace has denied "any suggestion of impropriety with underage minors" by Prince Andrew, seen in this 2011 photo, after he was named in US court papers.

Epstein, a billionaire financier was sentenced to 18 months in prison in 2008 after pleading guilty to child sex offences, but several women want authorities to reconsider a plea deal that they said allowed Epstein to avoid more serious federal charges.

Prince Andrew is not named as a defendant in that case, and no criminal charges or formal allegations have been made against him.

Buckingham Palace was forced over the weekend to issue an outright denial that the prince had ever had "any form of sexual contact" with Ms Roberts.

That he met her, however, is not in doubt, as evidenced by a photograph of him with his arm around Ms Roberts at Ms Maxwell's home.

Ms Roberts is writing a memoir but could be tempted to speak out in the coming days after receiving large financial offers from newspapers and TV stations. If she does not, royal aides are resigned to the fact that an ongoing court case in the US will mean the story will not go away any time soon.

Ms Roberts says that having been recruited as a "sex slave" by Epstein when she was just 15, she visited London in 2001, when she was 17, and was told by Ms Maxwell: "You've got a big day. We've gotta go shopping. You need a dress because you're going to dance with a prince tonight."

Later that day the prince arrived at Ms Maxwell's flat, she says, with his police protection officers, and she was introduced to him.

Ms Maxwell is alleged to have asked the Duke how old he thought Ms Roberts was, and he correctly guessed 17. Ms Maxwell joked that Epstein "would soon have to trade her in" because she was getting too old for him, she claims.

The four went out to dinner, Ms Roberts sitting between Epstein and the prince.

"Andrew was making eye contact with me at every chance and concentrating on my plunging V-neck top," she told The Mail on Sunday.

"We went on to [the nightclub] Tramp. We were led into a VIP area and Andrew got me a cocktail from the bar and asked me to dance. He was the most hideous dancer I had ever seen. He was grabbing my hips and he was pouring with perspiration and he had this cheesy smile."

"I was used to being used for sex by men, but it was not behaviour that I was used to in public, and not from a prince who had daughters. I felt everyone was watching us."

Also read: Union official faces Perth court over $400k fraud

After the four returned to Ms Maxwell's town house, Ms Roberts said: "All of us went upstairs and I asked Jeffrey to snap a picture of me with the

prince. I wanted something to show my mom. Ghislaine and Jeffrey left us after that."

In a separate interview with a US journalist in 2011, Ms Roberts said they got into a bath together where "he started licking my toes, between my toes, the arches of my feet. And then we went into the bedroom and he proceeded to make love to me, so to speak. He wasn't rude, but it wasn't like love either. It was more like, 'I'm getting my business done.' "

She told The Mail on Sunday: "In the morning, Ghislaine said: 'You did well. He had fun.' We flew straight back to the States. I suspected that the only reason we went to London was that I was a 'gift' to Andrew. It was made clear to me that my job was to do whatever pleased him."

She now claims she was paid $US15,000 by Epstein for sleeping with the then 41-year-old prince. She does not suggest the prince knew about the payment, adding: "The prince didn't give me any money with his own hands. Jeffrey always took care of paying me."

The prince, who is Queen Elizabeth's second son and fifth in line to the throne, has been dogged for years over his relationship with Epstein.

In July 2011, the royal stepped down from his role as a UK trade ambassador following controversy over his links with the billionaire.

Ms Roberts claimed the next time she met the prince was in Easter 2001, when she was called in Florida and told she was needed at Epstein's New York mansion. When she arrived, she says, she was told "Get ready, you are meeting someone in the library".

She said: "Andrew was sitting there in a big leather armchair behind which there was a desk covered with photos of girls and young women, including one of me. I was almost nude in the picture.

"Ghislaine had just given him a present, some kind of big blow-up toy that was his Spitting Image puppet. He was smiling ear to ear."

She said a 21-year-old called Johanna Sjoberg, who worked for Epstein, was sitting on the prince's knee and Ms Maxwell told Ms Roberts to sit on his other knee. She said Ms Maxwell told her to take the prince upstairs for a massage. She says she had sex with the Duke on the massage table, but received no extra payment, "just my usual hourly rate, which at that time was $200".

Again, Buckingham Palace denies her claims outright. Ms Maxwell has also dismissed all Ms Roberts's claims as "obvious lies".

Ms Roberts claims her third and final sexual encounter with the prince came on Epstein's private island in the US Virgin Islands. She said she flew to the island with Epstein and Ms Maxwell and that "seven Russian girls who didn't speak a word of English" arrived with a modelling agent. The girls were told to pose topless in provocative positions for photographs, "then we were told to assemble in a big cabana [a thatched hut].

"When I walked in, Andrew and Jeffrey were seated in chairs. Jeffrey directed us with hand gestures to start undressing and then we were instructed to start kissing and touching each other.

"Then I stripped and I performed a sex act on Andrew. There was a dinner the next day and then Andrew was gone". Buckingham Palace denies any suggestion there was a sexual encounter between the Duke and Ms Roberts.

Ms Roberts claims she was ordered by Epstein to have sex with rich and powerful friends so he could blackmail them or exert pressure on them afterwards.

Court documents filed in Florida also state that photographs of Ms Roberts and other victims of Epstein "were taken with hidden cameras set up in his home in Palm Beach". On the day of his arrest, police found two hidden cameras and photographs of under-age girls on a computer in the defendant's home."

Prince Andrew is said to have visited the Palm Beach residence and enjoyed daily massages from young women when he was a guest of Epstein.

Four of Epstein's victims are taking legal action against the US authorities, claiming their victims' rights were violated when Florida prosecutors cut a plea deal with Epstein without any consultation with his victims.

As part of that legal action, which has already rumbled on for seven years, the women have demanded access to documents which, they claim, will show that Epstein's powerful friends, including Prince Andrew, lobbied the US Government on his behalf.

Court papers state: "These documents might bear on the way in which Epstein used his powerful political and social connections to secure a favourable plea deal".

One clear example is Request for Production No. 8, which seeks documents regarding Epstein's lobbying efforts to persuade the Government to give him a more favourable plea arrangement and/or non-prosecution agreement, including efforts on his behalf by Prince Andrew.

Buckingham Palace has responded to the claim by saying that members of the Royal family would never intervene in an ongoing court case.

Even if Virginia Roberts made a formal complaint to the US police about Prince Andrew, Epstein's 2008 plea deal would appear to give him immunity from prosecution. Court papers filed in Florida state that: "Part of the Non-Prosecution Agreement that Epstein negotiated was a provision in which the federal government agreed not to prosecute Epstein's co-conspirators".

The US Attorney who agreed the plea deal with Epstein - which also included compensation payments to 34 victims - now appears to believe it was too lenient.

Alexander Acosta wrote a letter in 2011 in which he said that: "Some may feel that the prosecution should have been tougher. Evidence has come to light since 2007 which may encourage that view.

"Many victims have since spoken out, filing detailed statements in civil cases seeking damages. Physical evidence has since been discovered.

"Had these additional statements and evidence been known, the outcome may have been different." Ms Roberts's father Sky, 58, said of the prince: "I don't care if he is prince or pauper. If what Virginia said is true he has to pay the consequences."

Ms Roberts, now aged 30 and married with three children, is working on a memoir which is likely to contain yet more details if it is ever published. She is also understood to be listening to offers from newspapers and television stations to break her three-year silence.

Speaking from Colorado, where she is staying with her mother Lynn, Ms Roberts said: "There will be a time when we explain stuff, just not this time." Her husband, Robert Giuffre, politely declined to speak, saying only: "I know there is so much interest".

Also read: Don Dale teens could face court costs

Source: theage.com.au

- Tags:
- details
- government
- appear
- photographer
- dancing
- Court

Share in social networks:



Save

## URL

http://au.newshub.org/article  [Copy](#)

URL was copied to clipboard

Comments - 0

Add new comment



[Log in](#) or authorize

Anonymous

1000 symbols left

Enter text from image

[Get another CAPTCHA](#)

Add  Add  Submit  [Cancel](#)

Please enter your text

Commented archive records



[Plucky Australia banish demons of 2016](#)

[7](#)



## Defiant Handscomb and Marsh do Australia proud

[3](#)



## Pat Cummins shines in Test return with brainy bowling

[1](#)



## Steve Smith must be punished over DRS furore

[4](#)



## Australia vs India: First Test preview

[2](#)

Viewed archive records



## Melbourne weather: Heavy rain forecast after hot night

[41](#)



## Emergency services prepare for second onslaught of storms

[40](#)



[No evidence of Trump wiretap: Senate panel](#)

[33](#)



[Dutch PM's VVD Party wins most seats: exit poll](#)

[32](#)



[Search after propeller falls off over NSW](#)

[31](#)

NewsHub archive in social networks

- [Facebook](#)
- [vkontakte](#)
- [twitter](#)
- [google+](#)

au.newshub.org
© 2012-2016 NewsHub.org.
All Rights Reserved.

- [About NewsHub](#)
- [NewsHub Extension](#)
- [Contact Us](#)
- [NewsHub Help](#)
- [Advertising](#)
- [Privacy Policy](#)

Follow us

- 
- 
-

# Bicester Advertiser


AARP Investment Services from TD Ameritrade — AARP MEMBERS GET ACCESS TO EXCLUSIVE OFFERS FROM TD AMERITRADE WITH A — EARN UP TO $1,000 IN CASH + 90 DAYS OF — START >

🏠   NEWS   SPORT   JOBS   YOUR SAY   OXFORD UTD   WHAT'S ON   PROPERTY   ANNOUNCEMENTS   CARS    SECTIONS ⌄

News › National News › National Sport › Entertainment News › Health News

## National News
# Andrew asked for sex claim response



The Duke of York denies sex claims made in the US

21 Jan 2015 / **Press Association 2017**

🗨 **7 comments**

**Don't be the last to know! Get the latest local news straight to your inbox.**

Your email address    Sign up

Lawyers for a woman who claims she was made to have under-age sex with Prince Andrew have formally requested that he respond to her

## About Cookies

We want you to enjoy your visit to our website. That's why we use cookies to enhance your experience. By staying on our website you agree to our use of cookies.

**More info about cookies.**

Accept & close



**Marcum LLP Accountants**

MARCUM   Accountants & Advisors. Marcum
provides answers to business and
litigation matters.

A letter addressed to Andrew at Buckingham Palace asking him to take part in a two-hour interview was filed today in a Florida court by lawyers acting on behalf of Virginia Roberts.

Ms Roberts - who is referred to in court as Jane Doe No 3 - claims that she was forced to have sex with the Duke of York when she was 17 by his financier friend Jeffrey Epstein, a convicted sex offender.

The letter, dated January 14, was presented in court a day before Andrew was due to carry out his first public engagement since he was embroiled in under-age sex allegations at the World Economic Forum in Davos.

It said: "This letter is a formal request ... to interview you, under oath, regarding interactions that you had with Jane Doe No 3 beginning in approximately early 2001. Jane Doe No 3 was then 17 years old."

It goes on to say: "The interview could be conducted at a time and place of your choosing, and with your co-operation, I believe the interview could be completed in two hours or less."

Prince Andrew is also asked "the favour of a prompt reply by no later than January 19".

It was part of a legal submission containing new details about Ms Roberts' alleged encounters with Andrew, which have been strenuously denied by Buckingham Palace.

In a sworn affadivit, Ms Roberts, who is now 31, said: "I have seen Buckingham Palace's recent "emphatic" denial that Prince Andrew had sexual contact with me.

"That denial is false and hurtful to me. I did have sexual contact with him as I have described here - under oath.

"Given what he knows and has seen, I was hoping that he would simply voluntarily tell the truth about everything.

"I hope my attorneys can interview Prince Andrew under oath about the contacts and that he will tell the truth."

Federal prosecutors in the US said yesterday that Ms Roberts and another woman claiming to be a victim of Epstein, known as Jane Doe No 4, should not be allowed to join a lawsuit seeking to reopen a plea agreement he reached in 2008.

Epstein pleaded guilty to state under-age sex and prostitution solicitation charges but escaped federal prosecution.

But prosecutors say that Ms Roberts and the other woman who sought late last year to take part in the case already brought by two other women should be barred by time limitations.

After Ms Roberts' papers were filed in Florida today, a spokeswoman said Buckingham Palace had nothing to add to its previous comments.

The Palace has stated that the claims are "false and without foundation".

It has been suggested the Duke will address the allegations during a reception tomorrow at the Swiss ski resort of Davos, home to the World Economic Forum annual gathering of economic and political movers and shakers.

It will be the first time the Duke has spoken publicly since it was claimed that he had sex with Ms Roberts on three separate occasions when she was a teenage minor.

A Buckingham Palace spokesman said: "We would not comment on speculation about what the Duke might say."

## About Cookies

We want you to enjoy your visit to our website. That's why we use cookies to enhance your experience. By staying on our website you agree to our use of cookies.

More info about cookies.

Accept & close

Andrew stepped down as the UK's trade envoy in July 2011 following controversy over his friendship with hedge fund tycoon Epstein.

It also emerged today that two trips taken by the Duke after he gave up his roving business ambassador role cost a Government department almost £22,000.

Business minister Matthew Hancock said UK Trade and Investment spent £21,700 as Andrew honoured two pre-existing commitments through to the end of March 2012 - a reception and other meetings at Davos and various events in Thailand.

It is understood the Duke will be privately paying for the travel and accommodation costs of himself and his small team during their visit to Davos this year.

In the legal papers, Ms Roberts says she has instructed her lawyers to "pursue all reasonable and legitimate means" to have criminal charges brought against "powerful people" whom she claims Epstein made her have sex with.

Signed "under penalty of perjury", the affidavit adds: "Since I filed my motion in this case, my credibility has been attacked.

"I am telling the truth and will not let these attacks prevent me from exposing the truth of how I was trafficked for sex to many powerful people.

"These powerful people seem to think that they don't have to follow the same rules as everyone else. That is wrong.

"I hope that by coming forward, I can help expose the problem of sex trafficking and prevent the same sort of abuse and degradation that happened to me from happening to other girls."

Ms Roberts claims to have been trained to be "everything a man wanted me to be" by Epstein after she was allegedly recruited at 15 by Ghislaine Maxwell, the daughter of disgraced newspaper tycoon Robert Maxwell.

She says she had sex with Andrew "three times, including one orgy", with the first encounter allegedly taking place in Ms Maxwell's London townhouse.

"I knew he was a member of the British Royal Family, but I just called him Andy'," she said of the now 54-year-old prince.

Ms Roberts allegedly had sex with Andrew a second time at Epstein's New York mansion in spring 2001.

In her affidavit, she said: " Epstein and Maxwell were making lewd jokes about 'Randy Andy'.

"I had the impression that Andy had come there to see Epstein and to have sex me with. There was no other apparent purpose for Andy to be there.

"I was told to go upstairs with Andy and to go to the room I thought of as the ' dungeon' (the massage room, but it is really scary looking).

"I had sex with Andy there. I was only paid 400 US dollars from Epstein for servicing Andy that time."

The third and final time she claims to have had sex with the Duke of York was during an alleged orgy on Epstein's private island in the US Virgin Islands, when she was "around 18".

"Epstein, Andy, approximately eight other young girls, and I had sex together," she claimed.

"The other girls all seemed and appeared to be under the age of 18 and didn't really speak English."

Ms Maxwell has denied all the claims made against her.

A spokesman for the 53-year-old socialite said earlier this month: "The allegations made against Ghislaine Maxwell are untrue.

"The original allegations are not new and have been fully responded to and shown to be untrue.

"[The] claims are obvious lies and should be treated as such."

      💬 7 comments

---

**Sponsored stories**

Recommended by

## About Cookies

We want you to enjoy your visit to our website. That's why we use cookies to enhance your experience. By staying on our website you agree to our use of cookies.

More info about cookies.        Accept & close



**Old Wild West Photos That Will Leave You Breathless**

Deposts



**Enter Your Name, Wait 14 Seconds, Brace Yourself**

TruthFinder



**How To: Get Rid of Dark Under Eye Circles**

Health Headlines



**It's Scary What This Site Knows About You, Enter Your Name**

TruthFinder

## Popular Articles Today



**Boaters warned about risk of fire on the Thames ahead of Oxford v Cambridge race**



**'Biggest sculpture in Oxford' unveiled**

## About Cookies

We want you to enjoy your visit to our website. That's why we use cookies to enhance your experience. By staying on our website you agree to our use of cookies.

More info about cookies.

Accept & close



**TRIBUTES: Friends, actors and fellow crossword kings pay tribute to Colin Dexter**



Flushing the loo? Strange discovery in Oxford sewer stuns workers

## Most popular

1 Boaters warned about risk of fire on the Thames ahead of Oxford v Cambridge race

2 'Biggest sculpture in Oxford' unveiled

3 Thames Water fined record £20.3m for polluting River Thames

4 TERROR ALERT: Four dead and 20 hurt after police officer stabbed and car hits pedestrians

5 Nando's among top brands coming to expanded shopping centre

6 Flushing the loo? Strange discovery in Oxford sewer stuns workers

7 UPDATE: Decision on landfill homes delayed until July

8 TRIBUTES: Friends, actors and fellow crossword kings pay tribute to Colin Dexter

9 APPEAL: Heartbreak after 'wedding present' cat vanishes off A34

10 'If there is a hell, this it it' - teenagers witness the horrors of Auschwitz

11 Drivers' toll bridge 'horror' this morning after long delays

12 Scales of Justice: latest results from Oxfordshire magistrates' courts

13 First Oxford Beer Week to celebrate range of beers made in the county

14 Bee creative with fancy dress costumes for OX5 run on Sunday

15 Two men arrested in Didcot drugs bust

16 Food festival will return to caravan site

17 £120m cycling vision unveiled to get county 'riding like the Dutch'

18 FOOTBALL: Banbury United still have a lot to play for, says manager Mike Ford



## About Cookies

We want you to enjoy your visit to our website. That's why we use cookies to enhance your experience. By staying on our website you agree to our use of cookies.

More info about cookies

Accept & close

## Comments

**Sign in** or **Register** to leave a comment and/or receive comment alerts.

| Sort comments by oldest first ▼ |

**workingagepoor**                                                                    2:02pm Wed 21 Jan 15

Aides previously said the resilient Duke would "move on and push ahead" with his work promoting education, technology and enterprise. - Let's hope he doesn't end up being such a prolific offender as Saville. Association with a pimp of under age girls is enough to have any payments he receives from the civil list stopped as far as I am concerned.

Score: 2                                                                        Report

**Stevenboy**                                                                          3:28pm Wed 21 Jan 15

workingagepoor wrote…

Aides previously said the resilient Duke would "move on and push ahead" with his work promoting education, technology and enterprise. - Let's hope he doesn't end up being such a prolific offender as Saville. Association with a pimp of under age girls is enough to have any payments he receives from the civil list stopped as far as I am concerned.

Currently the Civil List is £7.9 million per year for the Queen and £359,000 per year for the Duke of Edinburgh. No other members of the Royal Family receive anything and the Queen pays their business expenses on carrying our royal engagements from her Civil List money.

Score: 2                                                                        Report

**Counterview**                                                                        6:07pm Wed 21 Jan 15

Stevenboy wrote…

workingagepoor wrote…

About Cookies

We want you to enjoy your visit to our website. That's why we use cookies to enhance your experience. By staying on our website you agree to our use of cookies.

More info about cookies.                                                          Accept & close

Aides previously said the resilient Duke would "move on and push ahead" with his work promoting education, technology and enterprise. - Let's hope he doesn't end up being such a prolific offender as Saville. Association with a pimp of under age girls is enough to have any payments he receives from the civil list stopped as far as I am concerned.

Currently the Civil List is £7.9 million per year for the Queen and £359,000 per year for the Duke of Edinburgh. No other members of the Royal Family receive anything and the Queen pays their business expenses on carrying our royal engagements from her Civil List money.

Ergo it all comes from the Civil List. Good old air miles Andy.

Score: 0

Report

**workingagepoor**                                                                6:43pm Wed 21 Jan 15

Stevenboy wrote…

workingagepoor wrote…

Aides previously said the resilient Duke would "move on and push ahead" with his work promoting education, technology and enterprise. - Let's hope he doesn't end up being such a prolific offender as Saville. Association with a pimp of under age girls is enough to have any payments he receives from the civil list stopped as far as I am concerned.

Currently the Civil List is £7.9 million per year for the Queen and £359,000 per year for the Duke of Edinburgh. No other members of the Royal Family receive anything and the Queen pays their business expenses on carrying our royal engagements from her Civil List money.

So what is the Queen's middle son's source of income and employment ?

Score: 1

Report

**Cuetip**                                                                7:05pm Wed 21 Jan 15

## About Cookies

We want you to enjoy your visit to our website. That's why we use cookies to enhance your experience. By staying on our website you agree to our use of cookies.

More info about cookies.

Accept & close

workingagepoor wrote…

Stevenboy wrote…

workingagepoor wrote…

Aides previously said the resilient Duke would "move on and push ahead" with his work promoting education, technology and enterprise. - Let's hope he doesn't end up being such a prolific offender as Saville. Association with a pimp of under age girls is enough to have any payments he receives from the civil list stopped as far as I am concerned.

Currently the Civil List is £7.9 million per year for the Queen and £359,000 per year for the Duke of Edinburgh. No other members of the Royal Family receive anything and the Queen pays their business expenses on carrying our royal engagements from her Civil List money.

So what is the Queen's middle son's source of income and employment ?

There is a medieval belief - a deference - that aristocratic blood is blue and therefore is probably very saleable to those who can afford.

Score: 2

Report

**workingagepoor**          9:06pm Wed 21 Jan 15

## About Cookies

We want you to enjoy your visit to our website. That's why we use cookies to enhance your experience. By staying on our website you agree to our use of cookies.

More info about cookies.

Accept & close

**Counterview**          9:09pm Wed 21 Jan 15



workingagepoor wrote…

Stevenboy wrote…

workingagepoor wrote…

Aides previously said the resilient Duke would "move on and push ahead" with his work promoting education, technology and enterprise. - Let's hope he doesn't end up being such a prolific offender as Saville. Association with a pimp of under age girls is enough to have any payments he receives from the civil list stopped as far as I am concerned.

Currently the Civil List is £7.9 million per year for the Queen and £359,000 per year for the Duke of Edinburgh. No other members of the Royal Family receive anything and the Queen pays their business expenses on carrying our royal engagements from her Civil List money.

So what is the Queen's middle son's source of income and employment ?

One doesn't comment on such matters.

Score: 1

Report

## About Cookies

We want you to enjoy your visit to our website. That's why we use cookies to enhance your experience. By staying on our website you agree to our use of cookies.

More info about cookies.

Accept & close

Contact Us    Subscribe    Photo Sales    Advertise    AdChoices    Archive    Topics    Announcements    Site Map    Exchange and Mart    Dating    Leap

Terms & Conditions    Contributor Terms    Cookie Policy    Privacy Policy    ©Copyright 2001-2017

This site is part of Newsquest's audited local newspaper network | A Gannett Company

Newsquest (Midlands South) Ltd, Loudwater Mill, Station Road, High Wycombe, Buckinghamshire. HP10 9TY|3223511|Registered in England & Wales



This website and associated newspapers adhere to the Independent Press Standards Organisation's Editors' Code of Practice. If you have a complaint about the editorial content which relates to inaccuracy or intrusion, then please contact the editor here. If you are dissatisfied with the response provided you can contact IPSO here

0|1|0

## About Cookies

We want to enjoy your visit to our website. That's why we use cookies to enhance your experience. By staying on our website you agree to our use of cookies.

More info about cookies.

Accept & close



Next Blog» | More | Next Blog»

Create Blog   Sign In

# Birth of a New Earth

HOME    ABOUT ME    DONATE    BIRTH TRAUMA & THE DARK SIDE OF MODERN MEDICINE    SEX, PORN, AND THE ATTACK ON HUMAN LOVE    TV SHOW

SEARCH THIS BLOG

[    Search    ]

FOLLOW BY EMAIL

Email address...    Submit

SUBSCRIBE TO

🔊 Posts        ▾
🔊 Comments     ▾

FEEDJIT

Live Traffic Feed
A visitor from Los
Angeles, California
viewed "Birth of a
New Earth: PRINCE
ANDREW COULD
HAVE..."
A visitor from
Liverpool viewed
"Birth of a New
Earth:..."

SUNDAY, JANUARY 4, 2015

## PRINCE ANDREW COULD HAVE BEEN SECRETLY FILMED HAVING SEX WITH MINORS BY HIS BUDDY, CONVICTED CHILD RAPIST JEFFREY EPSTEIN



**Source Article:**
*Royals Rocked: Immunity For Prince Andrew In Sex Case*
http://beforeitsnews.com/alternative/2015/01/royals-rocked-immunity-for-prince-andrew-
in-sex-case-3086940.html?
utm_campaign=utm_term=http%3A%2F%2Fb4in.info%2FpkXQ&utm_source=direct-
b4in.info&utm_content=beforeit39snews-
verticalresponse&utm_medium=verticalresponse

**Prince Andrew may have been secretly filmed with underage girl he is alleged
to have abused**

**Papers filed against his pervert pal Jeffrey Epstein say he recorded VIP orgies
he threw at his luxury homes using cameras hidden in the walls**

Prince Andrew's tycoon pal may have taken compromising photos of him with the
underage girl he is alleged to have abused.

Details buried in original court papers filed against pervert Jeffrey Epstein, 61, reveal
that he recorded the sordid orgies he threw for VIPs at his luxury homes using
cameras hidden in the walls of guest bedrooms.

The woman known as Jane Doe 3 – said to be 30-year-old Virginia Roberts – claims
she was held as a sex slave and forced to sleep with the Duke of York in London,
New York and the US Virgin Islands.

She says she was 17 at the time – under the age of consent in Florida.

One of the sexual encounters with the Prince, 54, is alleged to have taken place at
an orgy involving other underage girls on Epstein's private island.

The financier, who was jailed for 18 months in 2008 after pleading guilty to solicitation
for prostitution, kept a sickening stash of images on a computer seized at his Palm
Beach mansion in 2006.

Prince Andrew was a frequent guest at the house.

Lawyers representing Roberts, originally referred to as Jane Doe 102, mentioned the
hidden cameras in a 27-page filing at the Palm Beach Federal Courthouse in Florida.

The six-year-old papers, seen by the Sunday People, state: "Some of the
photographs in the defendant's possession were taken with hidden cameras set up in
[Epstein's] home in Palm Beach.

"On the Day of his arrest, police found two hidden cameras and photographs of -
underage girls on a computer in the defendant's home.

"[He] may have taken lewd photographs of Jane Doe 102 with his hidden cameras
and transported [them] to his other residences and elsewhere."

There is no suggestion that Prince Andrew knew Roberts was being held as a sex
slave by the tycoon and she claims she first met the royal when the financier took her
to Europe and North Africa in 2001.

During a stop in London they called on his former girlfriend Ghislaine Maxwell,
daughter of crooked media mogul Robert Maxwell.

G+1   28

FEATURED POST

BIRTH OF A NEW EARTH THERAPEUTIC
RINGING CEDARS COMMUNITY

FOR THE HEALING OF OUR PLANET AND THE BIRTH
OF A NEW HUMANITY Dear friends and family - thank you
for taking the time to visit this page. ...



CHECK OUT MY WEBSITE

WWW.BIRTHOFANEWEARTH.COM

TOTAL PAGEVIEWS

 4,273,058

TRANSLATE

Select Language ▾
Powered by Google Translate

POPULAR POSTS


ABORTED HUMAN FETUSES BEING USED
FOR "FLAVOR ENHANCER" RESEARCH --
ENDING UP IN THE FOOD YOU CONSUME
Folks - I know this information is hard to deal
with, but we have got to wake up to what is
happening on our planet. "Flavor enhance...


VITAMIN K SHOT AFTER BIRTH LINKED TO
EARLY CHILDHOOD LEUKEMIA
Source Article: First Strike – The Dark Side of
The Vitamin K Shot
http://vaccineresistancemovement.org/?
p=6547 Apart from the emotio...


OBAMA APPOINTS MONSANTO'S VICE
PRESIDENT AS SENIOR ADVISOR TO THE
COMMISSIONER AT THE FDA
Folks, it just keeps getting more insane.
Michael Taylor was just appointed senior
advisor to the commissioner of the FDA. This is the...


RETIRED VACCINE RESEARCHER SAYS "IF
I HAD A CHILD NOW, THE LAST THING I
WOULD ALLOW IS VACCINATION"
Source Article: Retired Vaccine Researcher to
Jon Rappoport: "If I had a child now, the last
thing I would allow is vaccination.&qu...

THEY ARE STEALING YOUR BABIES CORD BLOOD


Not only are they selling infant cord blood to
the highest bidder, but they are literally
harvesting your baby's life force. PLEAS...


HOW TO HEAL A CAVITY NATURALLY
WITHOUT DRILLING OR FILLING
Via Natural News: "(NaturalNews) Having a
dentist drill out a tooth and fill it with composite,
ceramic, or toxic amalgam is not th...


STUDY CONCLUDES MAMMOGRAPHY IS
HARMFUL AND SHOULD BE
ABANDONED… WHAT A SURPRISE!
To anyone with a clear thinking mind, it should
be a no-brainer to understand that it is not a
good idea to smash your breasts inside a de...


ROOT CANALS CAUSE MAJOR LONG-LIFE
PROBLEMS
"Root Canals: Are you putting a bullet in your
mouth? Of all the dental procedures and dental

BLOG ARCHIVE

► 2017 (25)
► 2016 (79)
▼ 2015 (121)
   ► December (13)
   ► November (3)
   ► October (12)
   ► September (8)
   ► August (9)
   ► July (10)
   ► June (6)
   ► May (11)
   ► April (7)
   ► March (11)
   ► February (1)
   ▼ January (30)
      WHITE COATS - BLACK
      MEDICINE -
      INTERVIEW WITH
      JEAN...

3/22/2017    Birth of a New Earth: Prince Andrew could have been secretly filmed with underage girl at Epstein's home, claims BUDDY, CONVICTE...

Case 1:15-cv-07433-LAP   Document 787-1   Filed 03/24/17   Page 26 of 73

GEO-ENGINEERED
SNOW STORM HITS
EAST COAST --
WHAT...

IN THE WORDS OF A
RITUAL
CIRCUMCISER

BIRTH TRAUMA & THE
DARK SIDE OF
MODERN MEDICINE

CONSCIOUS
CONCEPTION AND
THE HEALING OF
OUR SOULS

JOIN ME AT THE FREE
YOUR MIND
CONFERENCE IN
APRIL ...

HOW TO BREASTFEED
APPROPRIATELY --
HILARIOUS!!!

PUTIN SUPPORTS
GIVING LAND FOR
FREE TO RUSSIAN
PEO...

VACCINES PROVEN
TO CAUSE SUDDEN
INFANT DEATH IN
CH...

GLYPHOSATE POISON
BEING FED TO
BABIES IN
HOSPITALS...

CIRCUMCISION
ASSOCIATED WITH
A 46% INCREASED
RISK ...

MAJOR LIFE
TRANSITION IS
UNDER WAY -- I
REALLY NEE...

LEAVING BABIES TO
SLEEP ALONE CAN
CAUSE HIGH
STRES...

HEAVY CELL PHONE
USE CAN
QUADRUPLE YOUR
RISK OF DE...

FLU VACCINE CAUSES
5.5 TIMES MORE
RESPIRATORY
INFE...

*** MEDICAL
MONSTERS TURN
JOY INTO HORROR
*** JOHN...

OBAMA - THE FAKE
U.S. PRESIDENT

POLIO VACCINE,
SATANIC SCIENCE,
AND THE GROWING
RA...

LITTLE GIRL DIES
AFTER FLU SHOT
INJECTION --
MEDIA...

CONNECTICUT TEEN
WHO REJECTS
CHEMO
IMPRISONED IN H...

GIANT STUDY LINKS
C-SECTIONS WITH
CHRONIC
DISORDER...

LUCIFERIAN
SCIENTISTS WANT
TO VAMPIRE BLOOD
FROM Y...

BIRTH TRAUMA AND
THE DARK SIDE OF
MODERN MEDICINE

FLAWED SCIENCE
AND MASS
VACCINATION
FAILURES

NEW YORK CITY TO
FORCE
MANDATORY FLU
SHOTS ON PRES...

PRINCE ANDREW
COULD HAVE BEEN
SECRETLY FILMED
HAVI...

PRINCE ANDREW



*17 year old Virginia Roberts photographed with Prince Andrew* - Photo by Solo Syndication

Roberts claims in the latest court documents, filed on December 30, that she first slept with the prince at Maxwell's home.

Court papers also allege that Maxwell presented nude pictures of her she had taken herself to Epstein as a birthday present.

They add that Roberts' claims that she was forced to tell Epstein all about her sexual encounters so he could use the information to "blackmail" the royal.

She further claims she was sex-trafficked to "many other powerful men, including numerous prominent American politicians, powerful business executives, foreign presidents, a well known Prime Minister, and other world leaders".

Prosecutors believe Epstein, who enjoyed watching other people have sex, had cameras fitted at his other residences across the world.

Prince Andrew – who was photographed with Roberts during a party in New York – was holed up in a luxury ski chalet in Switzerland on Saturday.



*Old pals: Prince Andrew and convicted sex offender Jeffrey Epstein* - photo bt Jae Donnelly

Buckingham Palace repeated his strongly-worded denial of the allegations.

Prince Andrew holidayed with Epstein in Thailand in 2001 and was snapped surrounded by topless women on a yacht.
A handyman who spent 11 years working for the tycoon claimed Prince Andrew often had massages when he was a guest at his Palm Beach mansion.

Juan Alessi said the Prince enjoyed daily massages from young women and often emerged "smiling" after rub-downs.

He said the massages were carried out in a private part of the mansion only Epstein and selected guests could access.
Alessi also told how he witnessed parties at the waterfront mansion at which the Prince was present while young girls frolicked in the nude.

Despite his friend's 2008 conviction for child sex offences, Prince Andrew continued to see him and the pair were pictured together in Central Park, New York.

The ensuing furor led to him quitting his role as Britain's trade envoy.





RABBI ADMITS TO SUCKING 25,000 BABY
PENISES -- "IT'S A JOYOUS OCCASION" HE
SAYS
Too bad the sound on the video below is turned
off. Otherwise, we could hear the baby's
screams as the pervert mohel sucks blood off ...

materials utilized throughout the fiel...

3/22/2017    Birth of a New Earth: Prince Andrew could have been secretly filmed in bed with his SEX SLAVE 'BUDDY, CONVICTE…

Case 1:15-cv-07433-LAP   Document 787-1   Filed 03/24/17   Page 27 of 73

PRINCE ANDREW
   NAMED IN
   UNDERAGE 'SEX
   SLAVE' LAWSUI…

MANDATED
   CHICKENPOX
   VACCINE
   INCREASES
   DISEASE OUTB…

DISABLED ISRAELIS
   SUE FOR NOT
   BEING ABORTED

CLASS ACTION
   LAWSUIT FILED
   AGAINST CPS --
   THOUSAND…

► 2014 (272)
► 2013 (271)
► 2012 (491)
► 2011 (336)
► 2010 (25)

LABELS

9-11
AAP
Aborted Fetal Cells
Abortion
Abuse
ADD
Addiction
ADHD
Adult Sexual Problems
African-Americans
After-Birth Abortion
Agenda 21
Agent Orange
AIDS
Alaska
Alfred Kinsey
Allergies
Aluminum
Alzheimers
AMA
American Academy of
   Pediatrics
American Genocide
American History
American Medical Association
American Psychiatric
   Association
Amniotic Fluid Embolism
Amniotomy
Amygdala
Anastasia
Anencephaly
Animal Abuse
Animal Birth
Animal Cruelty
Animal Experimentation
Animal Healing
Animal Health
Animal Liberation
Animal Love
Animal Murder
Animal Mutilation
Animal Rescue
Animal Rights
Animal Sacrifice
Animal Shelters
Animal Testing
Animal Torture
Animal Welfare
Animals
Animals Fight Back
Animals in Captivity
Animan Torture
Annunaki
Anonymous



*Pervert and Convicted Child Molester Jeffrey Epstein* - photo by Splash

Connected: Jeffrey Epstein is a registered sex offender but still a friend of the rich and powerful

Epstein served 13 months before he was released.

Jane Doe's claims against the Prince come after she joined three women in a lawsuit against prosecutors, claiming they broke the law by failing to consult them before signing a plea deal for the tycoon.

It is understood that without the agreement he would have faced up to 15 years in jail.

The ongoing lawsuit was filed by Brad Edwards and Paul Cassell and names the US Government as the defendant.

The lawyers say Epstein's treatment was "contrary to the Government's normal

approach in prosecuting federal sex offences".

The US State Attorney's office in Florida still has the vile haul of images from Epstein's Palm Beach home, which were captured on devices hidden in walls inside guest bedrooms.

A spokesman said: "These matters are subject to ongoing litigation. We have no comment."

Ghislaine Maxwell branded claims against her as "untrue".

Her spokesman said: "The allegations… against Ghislaine Maxwell are untrue. The original allegations are not new and have been fully responded to and shown to be untrue.

"Each time the story is retold it changes with new salacious details about public figures and world leaders.

"[The woman's] claims are obvious lies and should be treated as such. Ghislaine Maxwell's original response to the lies remains the same. [She] strongly denies allegations of an unsavoury nature… and reserves her right to seek redress."

Buckingham Palace has denied "any suggestion of impropriety with underage minors" by Prince Andrew.

Prince Andrew was holed up in a luxury Swiss ski chalet tonight as the sex abuse claim hit the headlines worldwide.

He did not leave the holiday home in the posh village of Verbier, where he is on a family holiday with ex-wife Fergie and their daughters Beatrice and Eugenie.

On every other day of the New Year break he left either to ski on Verbier's famous slopes or dine at the resort's restaurants.
Some reports suggested Andrew may be preparing to fly back to the UK today.

Eugenie, 24, and her friend Cressida Bonas, 25, were seen at the chalet on Saturday afternoon.

Eugenie's sister Beatrice, 26, was in Verbier earlier last week but by yesterday had left for a break in the Caribbean.
Singer Pixie Lott, 23, is also in the resort and celebrated New Year at the exclusive Farinet hotel.

Source: http://nesaranews.blogspot.com/2015/01/royals-rocked-immunity-for-prince.html

Posted by Birth of a New Earth at 4:32 PM

G+1  Recommend this on Google

Labels: British Royal Family, Child Rape, Human Trafficking, Prince Andrew, Royal Family, Sex Abuse, Sex Slave Trafficking

Newer Post                          Home                          Older Post

Anorexia
Antibiotics
AntiChrist
Antidepressant
Antiperspirants
Antipsychotic Drugs
APA
Arsenic
ART
Artificial Reproductive
Technology
Artificial Rupture of
Membranes
Artificial Sweeteners
Artificial Wombs
Aspartame
Assassination
Asthma
Attachment Parenting
Attempted Abortion
Attunement
Aurora Shootings
Autism
Autoimmune Disorders
Babies
Babies Remember Birth
Baby born in Caul
Baby Formula
Baking Soda
Ban GMOs
Banksters
Baphomet
Batman Massacre
Beastiality
Bed Sharing
Bee Deaths
Bees
Bestiality
Beyonce
Bible
Biblical Wisdom
Big Baby
Big Pharma
Big Pharma Spies
Bill and Melinda Gates
Foundation
Bill Gates
Biological Warfare
Biotech
Bird Deaths
Birth Art
Birth Centers
Birth Certificate
Birth Control
Birth Defects
Birth in Nature
Birth in the 1900s
Birth Injuries
Birth of a New Earth
Birth of a New Earth Radio
Birth of a New Earth TV Show
Birth Rape
Birth Statistics
Birth Trauma
Bisphenol A
Black Magic
Blacks
Blindness
Blood Drinking
Blood Rituals
Blood Transfusions
Bluefin Tuna
Body Parts for Sale
Bondage
Bonding

# Real Politik

## Category Archives: Pedophile rings

**CHILD ABUSE NEWS**, **CRIMINALS IN ACTION NEWS**, **INTEL OPERATIONS**, **PEDOPHILE RINGS**

## CIA's male and female prostitution escort services…

JUNE 27, 2015 | DJ BLENDZ | LEAVE A COMMENT
**Via (http://www.waynemadsenreport.com/articles/20150624)**

In a highly revealing new book "Confessions of a DC Madam: The Politics of Sex, Lies, and Blackmail," (Trine Day Publishing) by Henry Vinson with Nick Bryant, the title may lead one to believe that the book is about the late Deborah Jeane Palfrey, the "DC Madam" whose Pamela Martin & Associates escort service ensnared for over a decade a number of DC's most powerful politicians with Palfrey's female escorts. However, the memoirs of Vinson, another sort of "Madam" describe how his escort service for DC's powerful provided young men to satiate the homosexual desires of powerful leaders, including the then-director of the Central Intelligence Agency William Casey. Casey preferred 18-year old male escorts with minimal body hair. Casey would meet the escorts at the former Ritz-Carlton Hotel near DuPont Circle and enjoyed having the young escorts rub oil on his body as he kissed and fondled them. Casey settled on 18-year old prostitutes from Vinson's service but apparently preferred them younger.

What Palfrey and Vinson had in common is that their escort services were used by the CIA to blackmail targeted politicians and diplomats in Washington, DC and New York. Vinson used his position as the funeral director of the W. W. Chambers funeral home in Washington, DC to provide a corporate cover for his gay escort service, the largest ever discovered to be operating in the nation's capital. In his book, Vinson writes: "Given my former incarnation as a DC madam, I followed the tribulations, trial, and death of Deborah Jeane Palfrey with intense interest. I marveled at the striking similarities between our cases, and I empathized with her dire circumstances." Both Palfrey and Vinson were hit multiple federal Racketeer Influenced and Corrupt Organizations (RICO) act charges, Vinson with 43 counts and Palfrey with 14, in order to squeeze them financially and psychologically. The inaptly-named Justice Department was more interested in protecting the nation's most powerful politicians than in upholding the law. In Vinson's case, they included Casey and George H. W. Bush and in Palfrey's case, Dick Cheney and CIA director Porter Goss. Vinson tends to agree with those who believe Palfrey was murdered in order to ensure her silence. WMR's investigation of the Palfrey "suicide" supports Vinson's contention.

Eventually, Vinson's escort service would count among its "frequent flyers" Representatives Barney Frank (D-MA) and Larry Craig (R-ID). Craig, according to Vinson, preferred the "hairy" or "bear" types. After years of casting votes against gay rights, Craig was arrested in 2007 in a Minneapolis airport toilet stall attempting to solicit sex from an undercover cop. Vinson also became involved with a top gay blackmailer in DC named Craig Spence, a former newsman for ABC. Spence's parties at his Kalorama Road mansion drew a number of well-known guests, including Senators John Glenn (D-OH) and Frank Murkowski (R-AK), former Attorneys General Elliott Richardson and John Mitchell, former ambassadors Robert Neumann and James Lilly, and media personalities Ted Koppel, Eric Severeid, and William Safire. Casey was also a frequent guest at Spence's "A-List" soirees.

It was Spence's and Nebraska Republican African-American leader Larry King's circles who provided underage teens to powerful politicians for the sole purpose of blackmailing them. Many of the trysts that Spence arranged for DC politicians were secretly filmed by the CIA. One of the frequent customers of Vinson's escort service was Donald Gregg, a 31-year veteran of the CIA and colleague of William Colby in the Phoenix Program, a political assassination operation in South Vietnam. Gregg was also the national security adviser to Vice President Bush and, according to Spence, it was Gregg who organized the "midnight tours" of the White House for underage male teens, including Congressional pages, that was featured in "above-the-fold" headlines in The Washington Times.

As the Vinson gay escort and Spence/King pedophile scandals, the latter becoming known as the "Franklin scandal," began to reach into the offices of Bush and Casey, the federal government struck with a vengeance. Spence was arrested on drug charges and later was said to have committed suicide in his room at the Ritz-Carlton in Boston, Vinson was arrested and even his mother was threatened with prosecution, and the U.S. Attorney for DC, Jay Stephens, decided to misuse every federal law on the books to protect Bush, Casey, and the CIA from being named in the shut down of the DC escort service and pedophile network operating out of Nebraska. The Washington Post, the CIA's always-reliable newspaper, began attacking The Washington Times's series of stories on the gay escort and pedophile networks.

Vinson also discloses that as early as 1990, after he was facing down a long prison sentence, the Secret Service asked him about an escort named Jeff Gannon. Vinson was surprised to hear the name as he only knew him as person who claimed he was both an escort and a journalist who provided services to senior-level echelons of the Bush 41 White House. On occasion, Vinson saw Gannon at Shooter's, a gay hangout in DuPont Circle. Gannon later surfaced in the Bush 43 White House as a credentialed reporter who entered the White House on 200 occasions but failed to check out of the executive mansion on 14 days, including one day that there was not even a press conference held. During his trial, Vinson was represented by Greta Van Susteren who managed to convince him to undergo therapy from her Church of Scientology colleagues who said they cleared him of "engrams" but not of the up to 78 months of prison he faced on the trumped up federal charges. Vinson served time at the federal prison in Lorton, Virginia and Morgantown, West Virginia. Van Susteren was more interested in helping the government keep Vinson in prison and out of the limelight than in seeking a minimal sentence for her client. Scientology's L. Ron Hubbard, of course, was an integral part of the CIA's MK-ULTRA program, which used sexual blackmail, in addition to drugs and psychological pressure, on its targets. However, unlike the unfortunate fate of Jeane Palfrey, Vinson lived to tell his story. Vinson was facing federal prosecution in 1990. It was the same year that Palfrey started up her female escort service, with the CIA's Kyle "Dusty" Foggo being her chief liaison to the agency.

A number of retired CIA officers, who have later written books and gone on the speakers circuit, claimed that because of their jobs, whether analytic or in some specialized niche, they were never aware of the CIA's seamier side, including running child prostitutes, sex escort blackmail services, and drug rings. The

intelligence agencies are no different than any other work place. Employees gossip. It's human nature. This editor witnessed CIA employees engaged in gossipy whispered conversations in the CIA's and NSA's cafeterias. At agency "hale and farewells" and retirement luncheons, where alcohol is a common denominator, the gossip gets even more interesting. At one NSA farewell luncheon, at which a Navy Commander, a former military aide to Vice President Bush, was merely transferring from one element in NSA to another, I was told by the Commander that he was going into a compartment where he could no longer have any contact with his former co-workers. After copious pints of German beer — the farewell party was at a local German restaurant — the Commander then let it slip that is new job was monitoring the communications of senior U.S. government officials, including his old boss, Bush. When former CIA officers claim they never heard of certain indiscretions by the CIA, they are being disingenuous at best and outright liars at worst.

‹ **CIA**   ‹ **HENRY VINSON**   ‹ **JEFF GANNON**   ‹ **PEDOPHILE NETWORKS CHILD ABUSE NEWS**, **PEDOPHILE RINGS**

# Hollywood's pedophilia epidemic exposed…

JUNE 6, 2015  |  DJ BLENDZ  |  LEAVE A COMMENT
**Via (http://www.thedailybeast.com/articles/2015/06/05/hollywood-s-pedophilia-epidemic-exposed-in-an-open-secret.html)**

It's been almost a year since Bryan Singer managed to weather the storms of scandal after his most public accuser dropped his lawsuits alleging years of predatory underage sexual abuse against the X-Men director and several other Hollywood players.

This month, as the Duggar family's sex abuse revelations spark a national conversation on molestation, victimization, and accountability, Singer and Co. should batten down the hatches again.

In the new scorched earth exposé An Open Secret, Oscar-nominated documentarian Amy Berg throws the curtains wide open on the alleged pedophilic ring of convicted and accused molesters linked to lavish, drug-fueled parties at the Encino mansion headquarters of now-defunct dot com web TV company Digital Entertainment Network (DEN) almost two decades ago.

Drive over the hill into Burbank and you pass the Oakwood Apartments, a sprawling 1,100-unit haven known for housing out-of-town child actors, wannabes, and their families. I always wonder how many ghosts of dreams past must still haunt the hallways at Oakwood, where a recent Deadline Hollywood investigation discovered two registered sex offenders convicted of crimes against minors were living this year.

Berg earned an Oscar nod for exposing similar pedophilic abuses within the Catholic Church in the affecting Deliver Us From Evil. Here, she's forced to rein in the glare of her excoriating gaze on Singer despite that Michael Egan, the man who sued Singer for abusing him during trips to Hawaii in 1999 when Egan was a minor, is one of the film's primary subjects.

In a moment of doc magic, Harrah actually admits to molesting Colman when he was a minor. "It's something that I shouldn't have done," he says calmly.
When Egan dropped his lawsuit against Singer last year—and then lost more cred when he was indicted

for fraud on unrelated federal charges—his narrative was edited out of the film. Now, An Open Secret merely implicates Singer by association with DEN (in which he was an investor).

That association alone is still pretty damning according to the film, which has plenty of other big fish to fry—like Singer associates and DEN founders Marc Collins-Rector, Chad Shackman, and The Mighty Ducks child actor Brock Pierce, and Brian Peck, the Nickelodeon producer and convicted sex offender who had a cameo in Singer's X-Men and inexplicably accompanied his buddy on the film's commentary track. These men and others like them, the film argues, preyed on wide-eyed, ambitious youngsters and tantalized them with parties, drugs, and promises of stardom.

The personal testimonies of five former child actors/models gives An Open Secret its gut-punching impact, as many detail the terror and confusion they felt falling victim to the managers, publicists, and agents they trusted. They recall the uncertainty of not knowing how to defend themselves against the older predatory mentors who were also helping guide their careers, many of whom spent years "grooming" the youngsters and their parents to earn their trust.

All of the now-older victims report feeling distraught, intimidated, traumatized, and even suicidal. Many of them turned to drugs and alcohol to deal with the abuse, or quit the industry altogether to sever ties to their poisoned dreams.

Actor and musician Evan H., the film's unspoken hero, tells of the first time his manager, convicted sex abuser Marty Weiss, molested him in a park after taking him and several young boys out for a game of basketball.

"He was really immature and we were all immature back then, he would crack sex jokes and I didn't think anything was wrong with it," Evan says of the talent manager who'd ingratiated himself into his family gatherings and helped him land early gigs. "We would play basketball and he would make weird jokes like, 'Evan, do you know what a blowjob is?'"

Years later, Evan H. secretly recorded Weiss confessing to his park assault on tape, only to have Weiss insist that the then-11-year-old was asking for it.

More famous actors who had brushes with Hollywood pedophiles and lived to tell also pop up in the film. Corey Feldman appears in archival footage railing against the Hollywood pedophiles who molested him and the late Corey Haim, as detailed in his 2013 memoir.

Diff'rent Strokes star Todd Bridges, who went public in 2010 with his own childhood sexual abuse at the age of 11 by his own publicist, describes begging to be written out of the show's very special pedophile episode "because I had myself gone through that, and watching it happen on the show it was like reliving that all over again."

But Berg's impassioned exposé is also a flawed piece of nonfiction cinema. She opens the film with the story of "Mark R.," an enthusiastic teen from Cincinnati with boy band good looks who dreamed of making it big in California, as told by his parents. The kicker to Mark R.'s saga of abuse, alcoholism, and tragedy lands like a sucker punch, injecting an already affecting personal tale with unnecessarily distracting cinematic manipulation.

It makes you wonder about Berg including her own line of on-camera questioning with Michael Harrah, a children's talent manager who's introduced as just another industry-expert talking head.

"Many of the kids that I worked with couldn't have even been able to take advantage of being in the industry had they had their families move here with them," says the now semi-retired Harrah, who was known to have his young clients move in with him without parental supervision.

Sitting for a separate interview, former child actor Joey Colman rings Harrah as the cameras roll. They trade polite pleasantries before Colman asks after Bob Villard, the manager whose client roster included Tobey Maguire and Leonardo DiCaprio. Villard was also known to take suggestive, half-nude pictures of young boys and sell them online.

Colman asks Harrah about the stories of Villard's documented crimes against children. "I take these things with a grain of salt," says Harrah, credited as a founder of the Screen Actors Guild's Young Performers Committee. "I'm not sure how horrible they really are."

In a moment of doc magic, Harrah actually admits to molesting Colman when he was a minor. "It's something that I shouldn't have done," he says calmly.

"These are not Pollyannas. These are smart guys," says ex-NYPD cop and investigative journalist John Connolly, who details for Berg his extensive research into the seedy underbelly of DEN.

Some of them are powerful, too. Connolly should know; after writing and fact-checking his own massive expose for Details magazine, editors killed his story.

The film ends on a PSA-style note, with a theme song titled "A Call to Arms," a pledge to donate all proceeds to charity for sex abuse victims, and a sentiment calling for more dialogue around the taboo topic: "If we don't speak out about this, then we are part of the problem."



An Open Secret- Available to screen near you today!

◀ **AMY BERG**   ◀ **BRYAN SINGER**   ◀ **HOLLYWOOD**   ◀ **PEDOPHILIA CHILD ABUSE NEWS**, **PEDOPHILE RINGS**

# '<u>Sex abuse at all levels of UK society</u>'…

<u>MARCH 16, 2015</u>  |  <u>DJ BLENDZ</u>  |  <u>LEAVE A COMMENT</u>

Via (http://www.presstv.ir/Detail/2015/03/14/401779/Sex-abuse-at-all-levels-of-UK-society)

British Home Secretary Theresa May says the ongoing child abuse inquiry targeting politicians and public figures will reveal that sexual exploitation runs through every level of society and the disclosures will change British minds forever.

May made the remarks in a report published by The Daily Telegraph on Friday, saying Britons do not yet "appreciate the true scale" of the sexual abuse and that once the inquiry is finished, "we will never look at society in the same way again."

The home secretary warned that "the trail" will lead into many public services, including schools, hospitals and youth clubs as well as "many other institutions that should have been places of safety, but instead became the setting for the most appalling abuse."

According to May, the findings already published by the panel are "only the tip of the iceberg."

In addition, May said that the inquiry, currently led by Justice Lowell Goddard, will encourage more victims of abuse to speak up and result in perpetrators being brought to justice.

"I hope and believe it will give all victims and survivors a voice," said May, adding, "For too long nobody listened, nobody wanted to admit the darkness in our midst."

The inquiry was set up following revelations about crimes committed by Jimmy Savile, a disgraced former TV host with the state-funded British Broadcasting Corporation (BBC). Savile died in 2011, but, following his death, hundreds of allegations of sex abuse and rape of minors became public.

Several high-profile figures have so far been arrested in connection with the multiple investigations into the abuse scandal surrounding Savile.

There have also been reports of other cases of child sexual abuse, including a Westminster pedophile ring, in which 40 members of parliament and peers have been accused of either knowing or taking part in the abuse network.

Furthermore, May admitted that there were failings in the way the inquiry was initially created. Goddard is the panel's third appointed chairperson. Fiona Woolf resigned last October and Baroness Elizabeth Butler-Sloss stepped down in July, 2014. The two quit following separate accusations of having ties with figures in the scandal.

◀ **CHILD SEX ABUSE**   ◀ **JIMMY SAVILE**   ◀ **THERESA MAY**   ◀ **UK PEDOPHILE RINGS**

# <u>Convicted pedophile's plea deal with feds protected Bill Clinton and House of Bush…</u>

<u>JANUARY 26, 2015</u> | <u>DJ BLENDZ</u> | <u>LEAVE A COMMENT</u>
Via (http://www.waynemadsenreport.com/articles/20150123)

WMR obtained the heretofore sealed Non-Prosecution Agreement (NPA) struck between lawyers for billionaire Florida registered sex offender Jeffrey Epstein and George W. Bush-era federal prosecutors. Epstein received the NPA after he was charged with soliciting sex from an alleged "prostitute." However, the so-called "prostitute" was actually a 14-year old girl who was recruited by a network of Epstein's employees who basically served as child sex traffickers and pimps.

Lawyers for Epstein attempted to block federal judge for the U.S. District Court for the Southern District of Florida Kenneth Marra from unsealing the NPA as per the wishes of attorneys for four child sex trafficking victims known as Jane Does 1 through 4. However, Marra decided to unseal the NPA on January 21 and WMR was present at the Paul G. Roberts Federal Building to obtain a copy of the NPA. However, it was also discovered that the publicly-accessible case database maintained in the court's clerk's office has been malfunctioning recently and court records are difficult to retrieve. An employee for the clerk's office told WMR that the computer system was to have been fixed but that no steps have been taken to restore ease of access to court records.

The NPA was agreed to on October 30, 2007 by U.S. Attorney R. Alexander Acosta. Although Acosta later criticized the plea deal in an open letter, he did not respond to WMR's request for an interview on the current case in which four of Epstein's victims are suing the U.S. government claiming that the NPA violated their rights under the Crime Victims' Rights Act. The victims, who are now adults, claim that the federal government's NPA with Epstein violated the 2004 CVRA. The government argues that because Epstein was never charged with a federal crime, the victims have no rights under the CVRA. In their request to Marra to unseal the NPA, the attorneys for the Jane Does, said that the federal government and Epstein colluded "to avoid a firestorm of public controversy that would have erupted if the sweetheart plea deal with a politically-connected billionaire had been revealed."

The NPA was signed on behalf of Acosta by A. Marie Villafana, the then-Assistant U.S. Attorney for Southern Florida who is now the U.S. Attorney under Attorney General Eric Holder. The plea deal with Epstein was concluded after the U.S. Attorney's Office in Miami and the FBI investigated Epstein separately from the investigation conducted by the Palm Beach County Police Department and the Florida Attorney's Office.  The deal cut between Acosta and Villafana and the state of Florida, which was then under the governorship of then-Republican Governor Charlie Crist and Republican Attorney-General Bill McCollum stated that the federal government would defer to Florida the prosecution of Epstein. Acosta has gone on to become the dean of the law school of Florida International University in Miami.

The NPA also stipulated that a list of individuals who the U.S. Attorney's Office in Miami and the FBI has identified as victims of Epstein's sexual abuse and trafficking would be provided to Epstein's attorneys who included Harvard law professor Alan Dershowitz. Jane Doe 3, identified as Virginia Roberts, has claimed that Dershowitz has sex with her while she was a minor. Dershowitz has vigorously denied the allegations and he has cited a "conspiracy" against him by anti-Semites who are getting even for his longtime support for Israel. Unsubstantiated conspiracy theories by Dershowitz aside, the fact remains that the NPA immunized all of Epstein's co-conspirators, who allegedly include Dershowitz, former President Bill Clinton, and Prince Andrew of Britain from future federal prosecution. The NPA states: ". . . the United States also agrees that it will not institute any criminal charges against any potential co-conspirators of Epstein, including but not limited to Sarah Kellen, Adriana Ross, Lesley Goff, or Nadia Marcinkova." The NPA also suspended the federal Grand Jury investigation against Epstein and held ion abeyance all federal Grand Jury subpoenas in the case against Epstein. These subpoenas presumably included those directed to witnesses in the case, individuals that likely include Dershowitz, Clinton, and Andrew.

Flight manifests of Epstein's Gulfstream jet and Boeing 727 indicate that Epstein's passengers were often a mix of underage sex traffic victims and some of the world's most powerful politicians and businessmen. These include Clinton, Dershowitz, former Treasury Secretary Larry Summers, Chicago Pritzker family chieftain and Hyatt Hotels executive chairman Thomas Pritzker (the first cousin of U.S. Commerce Secretary Penny Pritzker), and failed Palm Beach mayoral candidate Gerry Goldsmith.

Epstein's Gulfstream II-B (N909JE) has, along with his Boeing 727, been spotted at Paris's Le Borguet Airport in frequent occasions. Epstein's Sikorsky S-76B helicopter has been seen flying between Palm Beach International and Fort Lauderdale Executive Airport. Epstein's Cessna 172-XP has flown to and from Double Eagle II Airport outside of Albuquerque, New Mexico.

Also appearing on the flight manifests are the names of some of the alleged victims of Epstein's sex trafficking: Virginia Roberts, Cindy Lopez,   Other passengers are only listed by their first names: Colleen, Tatianna, Margarita, Carolina, Lisa, Margaret, Dana, Julie, and Jessica. Epstein's two major pimps are also frequent flyers on Epstein's "Pederast Airlines" — Ghislaine Maxwell, the daughter of the late publishing tycoon and Mossad asset Robert Maxwell, and Sarah Kellen (now Sarah Kensington), the girlfriend of NASCAR driver Brian Vickers.

It is noteworthy that Charlie Crist, who became a Democrat after leaving the Republican Party and becoming an independent, received the enthusiastic backing of Bill Clinton in Crist's failed bid to oust GOP Governor Rick Scott last year. It now appears that Clinton may have owed Crist more than a political favor as details begin to emerge of the Crist administration's deal with Acosta in Miami to immunize Clinton from any future prosecutions in the Epstein case. Although the NPA with Epstein was agreed upon during the Crist and McCollum tenure, Epstein's 2005 arrest for having sex with a 15-year old and the onset of his attorneys' back-and-forth with the government occurred during the Jeb Bush administration and his Attorney General Crist. The U.S. Attorney General from 2005, when Epstein was first charged with having sex with an underage minor, to October 2007, when the plea deal was signed with Epstein, was Alberto Gonzales, President George W. Bush's former chief counsel. The Epstein case, therefore, tarnishes both the Clintons and the Bushes.

Up to 40 women have been identified as being the victims of sexual abuse by Epstein. Court records indicate the number may be higher with one reference to a Jane Doe 103.

Epstein's 97-page address book, called the "Holy Grail," contains the personal phone numbers and email addresses for some of the world's most rich and famous, which, in addition to Clinton, includes Prince Andrew, John Kerry, Donald Trump (also a resident of Palm Beach), Tony Blair and his chief spokesman Alastair Campbell, Ehud Barak, Michael Bloomberg, Richard Branson, George Mitchell, Henry Kissinger, Andrew Cuomo, Itzhak Perlman, Dustin Hoffman, Tea party financier David Koch, former newspaper tycoon and convicted felon Conrad Black and his extreme pro-Israel wife Barbara Black, Andrew's former girlfriend and porn actress Koo Stark, and Mick Jagger. Epstein is a member of the Council of Foreign Relations and the Trilateral Commission. Prince Andrew used the World Economic Forum in Davos, Switzerland as a platform where he denied allegations that he was involved in Epstein's underage sex ring. Virginia Roberts  (Jane Doe 3) alleges that she had sex with Andrew when she was still a minor.

WMR also obtained from federal court records unsealed on January 21 a partially-released transcript of an April 7, 2011 telephone conversation between attorneys Brad Edwards, who is representing Roberts and other Jane Does, and Jack Scarola, who was representing Edwards. In the conversation, Roberts recounts that Epstein was presented with two 12-year old girls from France as a "birthday gift." The two girls were said to be from poor families in France. Roberts recalled how Epstein sent her when she was 19 to Thailand to learn Thai-style massages. However, in Thailand, Roberts said she met an Australian kick

boxer, fell in love with and married him, and moved to Australia. Before that Epstein asked Roberts to bear his child and sign it over to him and Maxwell. Epstein offered Roberts a mansion and a monthly allowance if she agreed to the terms. Roberts opted instead to move to Australia with her husband.

The victims of Epstein's sex slave ring may never see justice or adequate compensation. Attorneys for the victims, who are scattered from West Palm Beach to Fort Lauderdale, and Miami, appear as interested in grabbing hefty contingency fees in the event of successful suits against Epstein as much as Epstein's well-paid attorneys are interested in limiting Epstein's financial drain.

**BILL CLINTON** | **JEFFREY EPSTEIN** | **PEDOPHILE NETWORK** | **VIRGINIA ROBERTS** **PEDOPHILE RINGS**

# Prince Andrew named in US lawsuit over underage sex allegations…

JANUARY 2, 2015 | DJ BLENDZ | LEAVE A COMMENT
**Via (http://www.theguardian.com/uk-news/2015/jan/02/prince-andrew-named-us-lawsuit-underage-sex-allegations)**

A woman who claims that an American investment banker loaned her to rich and powerful friends as an underage "sex slave" has alleged in a US court document that she was repeatedly forced to have sexual relations with Prince Andrew.

The accusation against the Duke of York is contained in a motion filed in a Florida court this week in connection with a long-running lawsuit brought by women who say they were exploited by Jeffrey Epstein, a multi-millionaire convicted of soliciting sex with an underage girl after a plea deal.

The woman, who filed the motion anonymously, alleges that between 1999 and 2002 she was repeatedly sexually abused by Epstein who, she also alleges, loaned her out to rich and influential men around the world.

The document – a motion to expand an ongoing lawsuit relating to prosecutors' handling of Epstein's case with two new plaintiffs – alleges that the woman "was forced to have sexual relations with this prince when she was a minor" in London, New York and on a private Caribbean island owned by Epstein.

The prince is not a named party to the legal claim, which is directed against federal prosecutors. He has not had any opportunity to respond to the allegations in the legal claim.

The woman is said to have been 17 at the time, considered to be a minor in Florida.

In a 2011 Vanity Fair article, Prince Andrew denied any sexual contact with young women associated with Epstein.

Contacted on Thursday, Buckingham Palace declined to comment on the allegations contained in the court document. A palace spokesperson said the royal household would "never comment on an ongoing legal matter".

However following publication of this article on theguardian.com, Buckingham Palace issued the following statement: "This relates to long-running and ongoing civil proceedings in the United States to which the Duke of York is not a party. As such we would not comment in detail. However, for the avoidance of doubt, any suggestion of impropriety with underage minors is categorically untrue."

Another close associate of Epstein who is also accused in the lawsuit, Alan Dershowitz, told the Guardian that the woman's accusations against himself were "totally false and made up".

The Harvard law professor and esteemed criminal defence attorney who later advised Epstein on how to respond to the FBI's investigation is accused in the court motion of having sexual relations with the woman when she was a minor and of witnessing the abuse of other minors.

On Thursday he told the Guardian: "There is no more strenuous denial than the one I am giving. I never met her. I don't know her. I have never had sex with an underage person."

He added: "This person has made this up out of cloth, maliciously and knowingly in order to extort money from Mr Epstein."

Dershowitz, who has occasionally written op-ed articles for the Guardian, said he could not comment on the woman's allegations against Prince Andrew or any other men, but he said her claims against him were demonstrably false and challenged her to file criminal charges against him.

"It is a totally fabricated charge in every possible way," he said. "It just never happened."

He said he was considering taking legal action to have Brad Edwards and Paul Cassell, the lawyers who filed the motion, disbarred for "knowingly filing … a false, malicious and defamatory statement in a lawsuit".

Edwards said: "We have been informed of Mr Dershowitz's threats of legal action and bar proceedings … we carefully investigate all of the allegations in our pleadings before presenting them."

In a statement to the Guardian through her lawyers, the woman behind the allegations said she was being "unjustly victimised again".

"These types of aggressive attacks on me are exactly the reason why sexual abuse victims typically remain silent and the reason why I did for a long time," she said. "That trend should change. I'm not going to be bullied back into silence."

The Guardian is aware of the identity of the plaintiff behind the allegations, but is respecting her wish to bring the case anonymously.

Andrew's close relationship with Epstein – he visited him in New York two years after the American's release from prison in 2009 – has long been a source of controversy. The Daily Mail reported in 2011 that the prince had broken off contact with the banker.

The duke had previously been accused of meeting Epstein's young victims and possibly being aware of their sexual exploitation. However, this is the first time he has been named in a court document as a participant in any sexual activity with one of the young women allegedly trafficked by Epstein.

As the claim has only just been lodged, and as the duke is not a named party to it, he has not had the opportunity to formally file a defence or denial to the claims.

In 2006, the FBI opened an investigation into allegations that Epstein had been paying for sex with underage girls at his Palm Beach mansion for years. By the following year federal prosecutors said they had identified 40 young women who may have been illegally procured by Epstein.

In 2008, however, the federal inquiry was dropped after Epstein negotiated a deal with prosecutors in which he agreed to plead guilty to a relatively minor state charge relating to soliciting paid sex with a minor – a 14-year-old girl. He served 13 months of an 18-month sentence and is now a registered sex offender.

Many of his alleged victims have since reached out-of-court settlements with Epstein, who was once considered among the wealthiest investment bankers in the world.

However, two of Epstein's alleged victims, referred to in court documents as Jane Doe 1 and Jane Doe 2, have brought a lawsuit arguing that federal prosecutors violated a victims' rights statute by failing to consult them over Epstein's secret deal.

The pair won a significant legal victory in July last year entitling them to see previously confidential documents from the plea bargain discussions between Epstein's lawyers and federal prosecutors.

The court document filed this week containing allegations against Andrew is a motion to allow two more alleged Epstein victims, referred to as Jane Doe 3 and Jane Doe 4, to join the action.

Jane Doe 3 – the woman who made the accusations against Andrew – claims her contact with Epstein began when she was approached at the age of 15 by Ghislaine Maxwell, the daughter of the late media mogul Robert Maxwell and a close friend of Epstein.

The motion alleges that Maxwell "was one of the main women whom Epstein used to procure under-aged girls for sexual activities". With Maxwell's assistance, the document alleges, Epstein converted the girl into a "sex slave", repeatedly abusing her in his private jet or his lavish residences in New York, New Mexico, Florida and the US Virgin Islands.

"Epstein also sexually trafficked the then-minor Jane Doe, making her available for sex to politically connected and financially powerful people," the court document alleges. "Epstein's purposes in 'lending' Jane Doe (along with other young girls) to such powerful people were to ingratiate himself with them for business, personal, political, and financial gain, as well as to obtain potential blackmail information."

The motion alleges that Maxwell was "a primary co-conspirator in his sexual abuse and sex trafficking scheme" and that she also participated in the abuse.

The document goes on to allege: "Perhaps even more important to her role in Epstein's sexual abuse ring, Maxwell had direct connections to other powerful individuals with whom she could connect Epstein. For instance, one such powerful individual Epstein forced Jane Doe #3 to have sexual relations with was a member of the British royal family, Prince Andrew (aka Duke of York)."

The document lists three locations where the woman alleges she was forced to have sexual relations with Andrew: Maxwell's London apartment, Epstein's private Caribbean island in what was allegedly "an orgy with numerous other under-aged girls", and an undisclosed location in New York.

Requests made to representatives of Ghislaine Maxwell for comment had not been returned at the time of publication, but she has previously strenuously denied any involvement in procuring young girls for Epstein or any of his associates. In 2011 a spokesperson for Maxwell said she had never been contacted by

any law enforcement agency in connection with the allegations.

However a statement issued on behalf of Maxwell after the Guardian published details of the lawsuit on Friday said the claims were "not new and have been fully responded to and shown to be untrue". It added: "Ghislaine Maxwell's original response to the lies and defamatory claims remains the same."

The new motion alleges that Epstein instructed the girl "to give the prince whatever he demanded" and also instructed her to "report back on the details of the sexual abuse".

The woman's lawyers allege in their motion that, in addition to facilitating her alleged encounters with the prince and Dershowitz, Epstein trafficked her to "many other powerful men, including numerous prominent American politicians, powerful business executives, foreign presidents, a well-known prime minister, and other world leaders".

❮ **ALAN DERSHOWITZ**   ❮ **PEDOPHILE RINGS**   ❮ **PRINCE ANDREW**   ❮ **SEX TRAFFICKING PEDOPHILE RINGS**

# VIP pedophile ring inside Buckingham Palace and Balmoral Castle…

NOVEMBER 30, 2014 | DJ BLENDZ | LEAVE A COMMENT
**Via (http://www.mirror.co.uk/news/uk-news/vip-paedophile-ring-abused-teenage-4721479)**

A teenage boy working at Buckingham Palace revealed he was groomed and sexually abused by a VIP paedophile ring there.

The lad was also assaulted at the Royal Family's Scottish retreat Balmoral, according to shocking Home Office files, reports the Sunday People.

In a heartbreaking note, the boy – then just 16 – told how he was the victim of "exploitation of the highest order".

The chilling claims could now be the subject of a police investigation into historic allegations of child sex abuse in the 1970s and 80s – linked to MPs and powerful figures.

The disturbing account was passed directly to the then Home Secretary Leon Brittan but he ruled it was "not practical" to investigate.

Campaigning Labour MP Tom Watson said: "I'm sure the Palace will want to co-operate with any inquiry."

A Palace spokesman said: "The Royal Household takes any allegation of this nature seriously and would act to address any specific allegations or investigate specific information."

The Sunday People and the investigations website Exaro have established that the Home Office file contains evidence of a letter written by the boy's mother.

She wrote to campaigning MP Geoffrey Dickens, fearing that her son had been groomed by a paedophile ring while working at the Buckingham Palace kitchens.

The boy was 16 at the time, putting him below the age of homosexual consent which was then 21 in England.

In Scotland homosexuality was still totally illegal.

Mr Dickens said at the time: "The boy told his parents he had been sexually abused by members of the Royal Household at the Palace.

"I am concerned the Palace could be part of a chain supplying young men to paedophiles in the diplomatic service."

The 16-year-old went to work at the Palace in the early 1970s. After a few months his family noticed he was acting strangely.

A family friend told Exaro: "Things were OK when he first joined the Palace staff.

"After a few months, things started to turn a little strange."

After what the source described as an "incident" at Balmoral, the royal family's Scottish home, the boy's parents were told by a close friend who also worked at Buckingham Palace that their son was being sexually abused there.

The source added: "They got wind of this after an incident at Balmoral when he screamed in the night."

The concerned friend, who worked for the royals at the time, immediately alerted the boy's parents.

He told them: "This is something that you should have nothing to do with."

Reports from the time reveal further details of the boy's ordeal.

One says his parents discovered a handwritten note from him.

It read: "What Buckingham Palace did for me was exploitation of the highest order."

The boy's mother said at the time: "My son was happy and normal until he went there.

"Then he changed completely. He refused to talk to us or discuss what he was up to."

The boy's father also claimed that young Palace staff were lavished with expensive gifts for "entertaining men".

He added: "In some cases Palace officials were involved.

"Afterwards, the servants got good references to take up posts abroad with wealthy employers."

According to the Home Office files, the desperate parents wrote to Geoffrey Dickens for help.

The MP raised the mother's concerns with the Home Secretary in 1983.

But Mr Dickens received a reply saying Leon Brittan felt it would not be practical to carry out a detailed investigation.

He wrote: "I need hardly assure you that the Royal Household is extremely concerned at these unsubstantiated allegations and it is, of course, their policy to take every step to avoid an occurrence of such as is alleged.

There is nobody currently employed in the Royal Household who is under the age of 18."

Mr Brittan indicated that her son had worked at Buckingham Palace for a year, adding: "It is extremely difficult to comment on the accuracy of the allegations in the letter."

But an even more chilling development is contained in the files, lending weight to the claims that a paedophile VIP ring was linked to the Palace.

During his time at Buckingham Palace, the 16-year-old was approached by notorious paedophile Sir Peter Hayman and was asked to work for him in Canada, where he was ambassador.

Hayman has been identified as a member of the VIP paedophile ring operating in Westminster and is known to have had royal connections.

He was desperate to have the boy working for him, even writing to his parents to ask them about taking his son on as a footman. Hayman said the boy would need winter clothes.

The parents never found out how Hayman knew their son.

But the source said: "They knew there was something wrong."

The parents were so concerned by Hayman's approach that they attempted to stop their son working for him, the family friend explained.

Exaro has established that the boy's parents intervened to stop him going to Canada to work for Hayman.

Mr Watson, who has led the campaign for a full-scale inquiry into claims of child sex abuse at the heart of the Establishment, said: "In light of what we now know, any allegation of sexual crimes regarding Peter Hayman should be thoroughly investigated.

"He was protected by the Establishment at the time.

"The full extent of how his conduct was covered up has not been explained."

The parents and their son have declined to comment on the allegations.

But the revelations link Buckingham Palace to a paedophile network of MPs and powerful figures that operated over many years in the UK.

Palace officials have already been linked to the notorious brothel the Elm Guest House in South West London.

Police are investigating archives on Hayman in a bid to find his links to other Establishment paedophiles.

"An abuse survivor, known as "Nick" to protect his identity, named one of his many VIP attackers as Hayman.

Nick picked Hayman out from a collection of pictures that Exaro showed to him, placing him at abuse parties with other paedophiles.

An appendix to a review by the Home Office last year reveals one of their missing files was called: "Sir Peter Hayman (1980-81 Papers Ex-Diplomat's Intriguing Private Life)."

◀ **BALMORAL CASTLE**  ◀ **BUCKINGHAM PALACE**  ◀ **PEDOPHILES**  ◀ **SEXUAL ABUSE PEDOPHILE RINGS**

# X Men director Bryan Singer's connection to Hollywood kid sex scene explored in new documentary…

NOVEMBER 17, 2014 | DJ BLENDZ | LEAVE A COMMENT

**Via (http://gawker.com/bryan-singers-connection-to-hollywood-kid-sex-scene-exp-1659209024? utm_campaign=socialflow_gawker_facebook&utm_source=gawker_facebook&utm_medium=socialflo w)**

If Amy Berg's documentary An Open Secret eventually finds the distribution that is currently eluding it, it's going to mean more problems for director Bryan Singer, who earlier this year was accused of repeatedly drugging, threatening and forcibly sodomizing a minor in a lawsuit. It could mean problems, in fact, for a whole lot of people in Hollywood. Our awareness of the exploitation of minors by powerful men is just the tip of an iceberg, according to Anne Henry of the non-profit BizParentz.

Watching An Open Secret last night at its world premiere at DOC NYC, I was floored by its power. It struck me that this movie, if seen by enough people, could change things. It could contribute to making the world a better place by righting objective wrongs, a la Blackfish.

Singer's accuser Michael Egan has since dropped his case, but Singer's connection to Marc Collins-Rector's teen-filled party scene hosted at his Hollywood mansion is detailed with specificity in the damning An Open Secret. Singer, according the doc, was an investor in Collins-Rector's Digital Entertainment Network, an early purveyor of original video content on the internet a la Netflix. Collins-Rector founded DEN with Chad Shackley. Collins-Rector and Shackley became romantically involved, according to the documentary, when Shackley was 15. DEN, then, was their way of luring teen guys (some of whom were interviewed in An Open Secret) who aspired to stardom. Some of these guys would attend the parties at Collins-Rector's house—parties that Singer allegedly frequented.

Though much of our reporting focused on the "barely legal" relations at Collins-Rector's parties, An Open Secret suggests that there were decidedly illegal guys who were being preyed upon. Guys who were 14, 15, 16, 17. We see footage of a young Ben Savage being greeted by Collins-Rector at his home.

Collins-Rector's embrace drops so that he can grope Savage's ass. "Your buddy's here: Michael Huffington," says Collins-Rector. Savage replies that he's excited. Huffington, a former congressman and film producer, was another of DEN's investors.

The allegations against Singer seem like a distant memory, just months later. Egan, who's interviewed in the film and provided boxes and boxes of documents that he'd Xeroxed after sneaking into Collins-Rector's office, eventually dropped his case. Singer's X-Men: Days of Future Past was a huge hit, and he's already at work on X-Men: Apocalypse. Since the allegations, he announced that he is bisexual and having a child with a woman he says he'd previously had a romantic relationship with. Terrific timing.

But consider the company Singer has kept. Consider the fact that he enlisted his buddy Brian Peck to record the commentary for the first X-Men. In 2003, Peck was arrested for lewd acts with a child. He pled guilty to two. He is a registered sex offender. The child actor was well-known for his work on a Nickelodeon show that Peck also worked on. In his lawsuit, the kid remained anonymous so that he could continue working. Part of what complicates this particular line of abuse is that the survivors who speak out risk either never being hired or never working again. That An Open Secret presents multiple examples of kids who were abused by men of power in Hollywood is a feat in itself. The movie is brimming with courage.

Singer's attorney Marty Singer spoke to The Hollywood Reporter regarding An Open Secret:

Singer's attorney Marty Singer (no relation) has not seen the film yet, but he questions why Egan's allegations were included. "It's disappointing and pathetic that Amy Berg would rely on the word of Michael Egan, a proven liar, who recently was admonished by a federal judge for lying in court," Singer tells THR. "Egan has no credibility at all and can hardly be considered a reliable source for her so-called documentary."

The movie's climax has nothing to do with Singer, but concerns Michael Harrah, who until recently worked as the Chairperson of the Young Performers Committee at the Screen Actors Guild. When a publicist named Bob Villard was arrested for child molestation, the LAPD publicly sought additional victims of Villard to step forward. The LAPD specifically called on SAG to help with the investigation. At a meeting, Harrah "vehemently opposed SAG getting involved," according to Anne Henry, who worked on the YPC, as well.

Harrah would at times have several aspiring young actors living with him. One of them, identified in the movie as Joey C., calls Harrah on camera, and says, "I didn't like when you tried to make me sleep in your bed and touch me. I hated that."

"That was something unwanted I shouldn't have done, and there's no way you can undo that," says Harrah who doesn't know he's being recorded.

When Harrah is interviewed about the allegation he unwittingly admitted to, he says, "I don't know what Joey is remembering, but I don't remember anything that would have caused him to feel that way. All I can say is that as a result of the situation he was in, not only with me but with others, that that was how he perceived something. It certainly wasn't anything I intended and that was going to be my response to it."

Berg asks Harrah if he's attracted to young boys and his response is, "Not particularly, no."

To the Hollywood Reporter, Harrah and SAG had this to say:

"[Berg] quoted someone she had apparently talked to, and that information didn't seem to be correct," Harrah tells THR. "It's hard to respond to anything that is so nebulous." Adds a SAG-AFTRA rep, "We have not received complaints nor suggestions of any wrongdoing regarding the former committee member who resigned earlier this year."

An Open Secret does not yet have distribution, as Berg told the crowed after the screening last night. Here's more on that, again from The Hollywood Reporter:

Will a distributor now step forward, or will the film, which cost about $1 million to make, prove too hot for Hollywood, forcing the filmmakers to take the self-distribution route?

Several distributors have looked at it, and [producer Matthew] Valentinas says there is one, which he would not name, that has expressed definite interest. Says another distributor who passed, explaining there wasn't room for it on his release slate: "It's extremely compelling. How explosive it is remains to be seen. But I would not have any issue working on this film and think it would be a very interesting release." Valentinas adds, "I think it's going to come down to how courageous the executives are who look at this film. I think Hollywood is obviously nervous about the film, but I think once it is out there and everyone sees it, I'm sure we'll have a lot of suitors for the film. I'm glad it's premiering in New York, and I'm grateful for [artistic director of DOC NYC] Thom Powers for giving us this venue to get the film out there."

People need to see this movie.



(https://blendz72.files.wordpress.com/2014/11/img_0229.jpg)

**◀ AMY BERG    ◀ BRYAN SINGER    ◀ HOLLYWOOD PEDOPHILES    ◀ MARK COLLINS-RECTOR**



<input placeholder="search" /> 👤 🐦 f 🔍 | 🗓 DAY AT A GLANCE   ☀ WEATHER   ♈ HOROSCOPES

f ...nd    Business    World    Showbiz    #Discover    Sport    Tech    Ford 100    Jobs    Property

Martin McGuinness    Westminster attack    Trump presidency    Coast Guard Tragedy    World Cup 2018    Fine Gael leadership

## Buckingham Palace issues second denial of Prince Andrew sex allegations

f 1   🐦     ➕



### HIGH QUALITY FINE ART PRINTING SERVICE FOR PHOTOGRAPHERS & ARTISTS

JUST GICLEE.co.uk

### MOST READ IN WORLD    Login



**Twins found dead at White Cliffs of Dover on New Year's Day 'had ashes of parents', inquest hears**

Twins whose bodies were found at the White Cliffs of Dover in England on New Year's Day had rucksacks containing the ashes of their dead parents, an inquest heard.



**Teenager 'sexually assaulted on Facebook Live'**

Police in Chicago are searching for five or six men or boys suspected of sexually assaulting a 15-year-old girl on Facebook Live.



**This rescue dog saved a three-year-old girl after finding her shivering in a ditch**

The rescued becomes the rescuer.



**You won't believe that these foods have more salt in them than crisps or pizza**

Not cheese, please don't say cheese.

**White House announces Donald**








**Trump's first trip to Europe as president**

Nato secretary general Jens Stoltenberg announced the meeting on Tuesday.

**Double-decker bus smashes into side of house after collision with 4x4**

A double-decker bus smashed into the side of a house after colliding with a 4x4 in England.

**Greek police find eight parcel bombs headed to EU countries**

Police in Greece have discovered and neutralised eight parcel bombs, addressed to European Union finance officials and businesses in various European countries, at a postal sorting office near Athens.

**US bans gadgets from carry-on luggage on flights from eight countries**

Royal Jordanian said mobile phones and medical devices were excluded from the ban. Everything else, the airline said, would need to be packed in checked luggage.

Open

DOWNLOAD OUR APP

 

Book now and enjoy your trip!

Book now

Journeys of inspiration

PREVIOUS    NEXT



04/01/2015 - 12:45:56

Back to World  Home

Buckingham Palace has issued a second denial that the Duke of York had sexual contact with a woman who claims she was forced to have sex with him when she was underage.

It comes after several British Sunday newspapers published comments by Virginia Roberts and identified her as the woman who reportedly named Andrew in US court documents related to a convicted paedophile.

The palace initially said "any suggestion of impropriety with under-age minors" by the Duke was "categorically untrue".

In a second strongly-worded statement last night, a Buckingham Palace spokesman said: "It is emphatically denied that the Duke of York had any form of sexual contact or relationship with Virginia Roberts.

"The allegations made are false and without any foundation."

Ms Roberts, a US citizen, waived her anonymity in an interview with the Mail on Sunday in 2011, in which she claimed she had been sexually exploited by American billionaire and convicted sex offender Jeffrey Epstein - a former friend of the Duke.

Andrew was photographed with Epstein in New York two years after the American's release from prison in 2009, and their friendship was a source of controversy.

In the US court papers, the woman, reported to be Ms Roberts, claims that between 1999 and 2002 she "was forced to have sexual relations with this prince when she was a minor" in London, New York and on a private Caribbean island owned by Epstein.

The accusation is reportedly contained in a motion filed in a Florida court this week which is part of a lawsuit over how federal prosecutors handled the case of Epstein, who was jailed for 18 months in 2008 for soliciting a minor for prostitution.

The Mail on Sunday and the Sunday Mirror have since published details of interviews given by Ms Roberts in recent years, in which she discusses three alleged encounters with the Duke.

Andrew is believed to have been on a ski trip in Verbier, Switzerland, as the latest reports of the controversy broke. A royal source confirmed the Duke had been on a private holiday abroad.

It is understood that despite the controversy, he is planning to attend the World Economic Forum annual meeting in Davos, Switzerland, later this month.

In the court papers, Epstein is accused of repeatedly abusing the woman - now said to be in her 30s - on his private jet and luxury homes in New York, New Mexico, Florida and the US Virgin Islands.

The court document says: "Epstein also sexually trafficked the then-minor Jane Doe (a name used in US legal proceedings for people with anonymity), making her available for sex to politically connected and financially powerful people.

"Epstein's purposes in 'lending' Jane Doe (along with other young girls) to such powerful people were to ingratiate himself with them for business, personal, political and financial gain, as well as to obtain potential blackmail information."

It adds: "For instance, one such powerful individual Epstein forced Jane Doe #3 to have sexual relations with was a member of the British royal family, Prince Andrew (aka Duke of York)."

Open

Open

Harvard law professor Alan Dershowitz - who is also named in the court papers - said the claims against him were part of a pattern of "made-up stories" against prominent people.

Prof Dershowitz, who represented Epstein in the 2008 case, said he would not rest until he had shown that the claims regarding his conduct were false and he advised the Duke to do everything in his power to clear his name.

"My only feeling is, if she's lied about me, which I know to an absolute certainty she has, she should not be believed about anyone else," he told the BBC Radio 4 Today programme.



"We know she's lied about other public figures including a former prime minister and others who she claims to have participated in sexual activities with, so I think it must be presumed all her allegations against Prince Andrew were false as well."

In a statement released through her lawyers to several newspapers, the woman hit back, saying: "These types of aggressive attacks on me are exactly the reason why sexual abuse victims typically remain silent and the reason why I did for a long time. That trend should change. I'm not going to be bullied back into silence."

The Duke has been dogged by accusations of a lack of judgment about his links with Epstein since 2011.

In June 2011 it was announced that he was stepping down from his role as the UK's roving business ambassador.

Andrew gave up the post following the intense scrutiny he faced over his relationships with Epstein and other controversial figures.

Meanwhile, Ghislaine Maxwell, an associate of Epstein, has branded claims made against her as "untrue" and "obvious lies" after she was reportedly named in the US court papers.

Miss Maxwell, daughter of late newspaper tycoon Robert Maxwell, has previously denied any wrongdoing and said in 2011 she would take legal action over some of the reporting of the story.

Her spokesman said: "The original allegations are not new and have been fully responded to and shown to be untrue. Each time the story is retold it changes, with new salacious details about public figures and world leaders."

---

SEND US STUFF    Like 460K    Follow @breakingnewsie

Open



PREVIOUS   NEXT

Open



Want us to email you the top news stories each lunchtime?

Email                                                          GO

Duxton Hotel Perth

**A$209**   Adventure

hotel.com.au

## YOU MAY LIKE

Sponsored Links by Taboola

**See The Online Glasses Store That Has Retailers Worried**

GlassesUSA.com

**The California State No Cost Solar Program.. Is this still available ??**

Free Solar Energy

**California Homeowners Going Solar at No Cost. Here's How...**

Free Solar Quotes

**Congress Gives Homeowners Who Owe Less Than $300-625k A Once-In-A-Lifetime Mortgage Bailout**

LowerMyBills

**This is what it costs to get a dental implant**

Dental Implant Sponsored Ads

**How Car Dealers Get Rid of Unsold Inventory**

Auto Deals Ace

## More in this section



Los Angeles security beefed up as a 'precaution' says city's mayor

Woman jailed for assaulting neighbours after years of her anti-social behaviour

Trump feels 'somewhat' vindicated after surveillance briefing

Seven injured after Italian train derails in Switzerland

BreakingNEWS.ie

Landmark Digital Ltd,
Company Number 523737, Linn Dubh,
Assumption Road, Blackpool, Cork.
RCH6

+353 21 4802214
dpo@breakingnews.ie

**NEWS**
Ireland
World
Business
Tech
Weather
News Archives

**SHOWBIZ**
News
Lotto
Horoscopes

**#DISCOVER**
Main Topics
Authors
Competitions
RSS

**SPORT**
News
Soccer
GAA
Rugby
Other Sports

**OTHER**
Contact Us
Send us Stuff
Using the Site
Licence Our Content
Terms and Conditions
Privacy Policy
Cookie Policy

BreakingNews.ie 2017.

SUBSCRIBE TO NEWS ALERTS     Email     Subscribe

Open

MAKE THIS MY HOMEPAGE (HTTP://WWW.HEYTODAY.CO.UK/MAKE-

ADVERTISE YOUR EVENT
HOMEPAGE/)

(https://twitter.com/KCOMHome)    (https://www.facebook.com/KCOMhome/)





**HEY** Today
(http://www.heytoday.co.uk)

Google

Mail (//webmail.heytoday.co.uk/)

Account (www.heytoday.co.uk/kcom/)

Help (www.kc.co.uk/help-support/)

SEARCH THE WEB

Home (http://www.heytoday.co.uk/)    News    KCOM Sport    KCOM Culture

Weather (http://www.heytoday.co.uk/weather/)    Lifestyle    Local Features

What's On (http://www.heytoday.co.uk/whatson/)

Search HEY Today    SEARCH



Avenue Hotel Canberra

A$164
Adventure

hotel.com.au

# New denial over Andrew sex claims



Published: Sunday 4th January 2015 by The News Editor

Comments (0)

Buckingham Palace has issued a second denial that the Duke of York had sexual contact with a woman who claims she was forced to have under-age sex with him, branding the allegations "false and without any foundation".

It comes after two Sunday newspapers published details of interviews with the woman who reportedly named Andrew in US court documents related to a convicted paedophile.

The palace initially stated that "any suggestion of impropriety with under-age minors" by the Duke was "categorically untrue".

And in a second strongly-worded statement last night, a Buckingham Palace spokesman said: "It is emphatically denied that the Duke of York had any form of sexual contact or

relationship with (the woman).

"The allegations made are false and without any foundation."

The woman's claim is part of a lawsuit in connection with American billionaire and convicted paedophile Jeffrey Epstein – a former friend of the Duke.

Andrew was photographed with Epstein in New York two years after the American's release from prison in 2009, and their friendship was a source of controversy.

The woman claims that between 1999 and 2002 she "was forced

Thinking Of Buying Ne...
GlassesUSA.com

New test on crime scene blood...

Drivers' brains switch off

Thousands of schools segregated

Quicken Loans
QuickenLoans

Schools funding shake-up

Great 10 Ways To
iFashionAble

UK-bound passengers 'facing ban

Cialis: 7 Important
Drugs.com

Liz Truss 'absolutely wrong' not

Column Thumbnails:)
Column Thumbnails:)
Column Thumbnails:)

to have sexual relations with his prince when she was a minor in London, New York and on a private Caribbean island owned by Epstein.

The accusation is reportedly contained in a motion filed in a Florida court this week which is part of a lawsuit over how federal prosecutors handled the case of Epstein, who was jailed for 18 months in 2008 for soliciting a minor for prostitution.

The Mail on Sunday and the Sunday Mirror have since published details of interviews given by the woman in recent years, in which she discusses three alleged encounters with the Duke.

Meanwhile, the Sunday Express reported that Andrew was due to fly back into Britain today to face the controversy following a ski trip in Switzerland.

A royal source confirmed the Duke had been away on a private holiday abroad.

In the US court papers, Epstein is accused of repeatedly abusing the woman – now said to be in her 30s – on his private jet and luxury homes in New York, New Mexico, Florida and the US Virgin Islands.

The court document says: "Epstein also sexually trafficked the then-minor Jane Doe (a name used in US legal proceedings for people with anonymity), making her available for sex to politically-connected and financially-powerful people.

"Epstein's purposes in 'lending' Jane Doe (along with other young girls) to such powerful people were to ingratiate himself with them for business, personal, political, and financial gain, as well as to obtain potential blackmail information."

It adds: "For instance, one such powerful individual Epstein forced Jane Doe #3 to have sexual relations with was a member of the British royal family, Prince Andrew (aka Duke of York)."

Harvard law professor Alan Dershowitz – who is also named in the court papers – said the claims against him were part of a pattern of "made-up stories" by the woman and her lawyers against prominent people.

Prof Dershowitz, who represented Epstein in the 2008 case, said that he would not rest until he had shown that the claims regarding his conduct were false and he advised the Duke to do everything in his power to clear his name.

"My only feeling is, if she's lied about me, which I know to an absolute certainty she has, she should not be believed about anyone else," he told the BBC Radio 4 Today programme.

"We know she's lied about other public figures including a former prime minister and others who she claims to have participated in sexual activities with, so I think it must be presumed all her allegations against Prince Andrew were false as well."

But in a statement released through her lawyers to The Guardian, the woman hit back, saying: "These types of aggressive attacks on me are exactly the reason why sexual abuse victims typically remain silent and the reason why I did for a long time. That trend should change. I'm not going to be bullied back into silence."

The Duke has been dogged by accusations of a lack of judgment about his links with Epstein since 2011.

In June 2011 it was announced that he was stepping down from his role as the UK's roving business ambassador.

Andrew gave up the post following the intense scrutiny he faced over his relationships with Epstein and other controversial figures.

Meanwhile, Ghislaine Maxwell, an associate of Epstein, has branded claims made against her as "untrue" and "obvious lies" after she was reportedly named in the US court papers by the woman.

Miss Maxwell, the daughter of the late newspaper tycoon Robert Maxwell, has previously denied any wrongdoing and said in 2011 she would take legal action over some of the reporting of the story.

Her spokesman said: " The original allegations are not new and have been fully responded to and shown to be untrue.

"Each time the story is retold it changes, with new salacious details about public figures and world leaders.

"(The woman's) claims are obvious lies and should be treated as such and not publicised as news, as they are defamatory."

*Published: Sunday 4th January 2015 by The News Editor*

SHARE:

(HTTP://TWITTER.COM/SHARE?TEXT=NEW DENIAL OVER ANDREW SEX CLAIMS&URL=HTTP://WWW.HEYTODAY.CO.UK/UK-NEWS/NEW-DENIAL-OVER-ANDREW-SEX-CLAIMS/)

(HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP? U=HTTP://WWW.HEYTODAY.CO.UK/UK-NEWS/NEW-DENIAL-OVER-ANDREW-SEX-CLAIMS&T=NEW DENIAL OVER ANDREW SEX CLAIMS)

(HTTPS://PLUS.GOOGLE.COM/SHARE? URL=HTTP://WWW.HEYTODAY.CO.UK/UK-NEWS/NEW-DENIAL-OVER-ANDREW-SEX-CLAIMS/)

(HTTPS://PINTEREST.COM/PIN/CREATE/BUTTON/? URL=HTTP://WWW.HEYTODAY.CO.UK/UK-NEWS/NEW-DENIAL-OVER-ANDREW-SEX-CLAIMS&DESCRIPTION=NEW DENIAL OVER ANDREW SEX CLAIMS)

VIEW COMMENTS (0)

**See The Glasses Site Everyone In Los Angeles Is Shopping**
GlassesUSA.com

**10 Great Dress Up Ideas For Rehearsal Dinner Event – iFashion Able**
iFashionAble

**9 Reasons Why People Buy Luxury Cars**
Carophile

**California Drivers Can't Believe This Trick Is True Until They Find Out For Themselves**
CarQuotes Instant

**Millennials are changing the housing and retail markets – is your business ready?**
The Business Journals with Esri

**Quicken Loans Urges Americans To Switch To A 15 Year Fixed**
QuickenLoans

## Comments (0)

Sponsored Links

**California Homeowners Going Solar at No Cost. Here's How...** (Free Solar Quotes)

**Quicken Loans Urges Homeowners To Switch To A 15 Year Fixed** (QuickenLoans)

**Congress Gives California Homeowners Who Owe Less Than $300-625k A Once-...** (LowerMyBills)

**Former Celebrities Who Humbly Work**

0 Comments      HeyToday       Login

♡ Recommend      ⤴ Share      Sort by Best

 Start the discussion…

Be the first to comment.

ALSO ON HEYTODAY

**MPs probe environmental damage from disposable drinks cups and plastic**

1 comment • 19 days ago•

Philip G. Coggin — MPs probe environmental damage from disposable drinks cups and plastic bottles.Published:

**Lawyer cites 'Brexit rhetoric' as youth jailed for racist 'rampage' on tram**

1 comment • a month ago•

Sean — Blaming it on Brexit is a bit of a stretch. A huge stretch, in fact.The perpetrator was Maltese. The victim was,

**Hull welcomes 250ft art work turbine blade for UK City of Culture 2017**

1 comment • 2 months ago•

Philip Hilton — Is it art, or just Siemens showing off with Hull being the City of Culture, that is the question?

**Households face 2% rise in water bills**

1 comment • 2 months ago•

Kevin Marshall — A 2 % rise,how about a rise in quality as ours tastes of chlorine so we buy bottled water from the shops.Get

✉ Subscribe   🔘 Add Disqus to your site Add Disqus Add   🔒 Privacy

## UK and World News

 Teenager's murder by obsessed stalker could have been prevented, mother claims (http://www.heytoday.co.uk/uk-and-world-news/teenagers-murder-by-obsessed-stalker-could-have-been-prevented-mother-claims/)

 Thousands of schools segregated by ethnic or social status, study shows (http://www.heytoday.co.uk/uk-and-world-news/thousands-of-schools-segregated-by-ethnic-or-social-status-study-shows/)

 Alert as 'shots' heard outside Parliament after knifeman charges into compound (http://www.heytoday.co.uk/uk-and-world-news/alert-as-shots-heard-outside-parliament-after-knifeman-charges-into-compound/)



## Local News



Training with Hull City
Ladies football team
(http://www.heytoday.co.uk/local-
news/training-with-hull-city-
ladies-football-team/)



A look into the design
process behind the Hull
2017 brand
(http://www.heytoday.co.uk/local-
news/design-process-hull-
2017-brand/)



A legacy in flowers across
Hull and East Yorkshire
(http://www.heytoday.co.uk/local-
news/flowers-hull-and-east-
yorkshire/)



Play like a kid again at this
improvised show
(http://www.heytoday.co.uk/local-

at-this-improvised-show/)



[Get involved in Down Syndrome Awareness Week](http://www.heytoday.co.uk/local-news/down-syndrome-awareness-week/)

**Local business search**

KCOM COLOURPAGES

SEARCH

Email (https://webmail.heytoday.co.uk/)

My KCOM Account (http://www.heytoday.co.uk/kcom/)

Help and Support (http://www.kc.co.uk/help-and-support/)

About (http://www.heytoday.co.uk/aboutus/)   Contact (http://www.heytoday.co.uk/contact/)

Privacy policy (http://www.heytoday.co.uk/privacy/)   Terms of use (http://www.heytoday.co.uk/terms-use/)

Cookie use policy (http://www.heytoday.co.uk/cookies-use-policy/)

Tweet this on Twitter (http://twitter.com/share?text=New denial over Andrew sex claims&url=http://www.heytoday.co.uk/local-news/andrew-sex-claims/)

Share on Facebook (https://www.facebook.com/sharer/sharer.php?u=http://www.heytoday.co.uk/local-news/andrew-sex-claims/)

Share on Google+ (https://plus.google.com/share?url=http://www.heytoday.co.uk/local-news/andrew-sex-claims/)

Part of the KCOM Group

(http://www.kcomplc.com/)

# Jeffrey Epstein sex slave accuser sues Brit socialite

BY STEPHEN REX BROWN

NEW YORK DAILY NEWS     Monday, September 21, 2015, 8:31 PM



Ghislaine Maxwell, after walking out the side door of her E65St. townhouse in Manhattan. Sunday Jan. 4 , 2015.
(ANDREW SAVULICH/NEW YORK DAILY NEWS)

The alleged former teenage sex slave of billionaire Jeffrey Epstein has sued the woman she says set up the sick encounters with the New Y...

Virgin... ...slaine Maxwell defamed her by denying

Rober...

Giuffr... ...ilence her efforts to expose sex crimes

comm...

The woman — whose allegations rocked Buckingham Palace earlier this year — cites statements by Maxwell's spokesman calling



**David Howard**

Google The FBI uses polygraphs to eliminate suspects

Visit

×

# World

## Prince Andrew's 'sex slave' girl: The first full account

Sunday, 04 January 2015



Britain's Prince Andrew. Photo / AP

It is the most extraordinary story of sex, power, influence and the abuse of young girls and it has already sent Jeffrey Epstein, one of the richest men in America, to jail.

And today this sordid saga erupted once again with Prince Andrew sensationally forced to deny having any sexual contact with the woman whose claims have dogged him for years. Last week, the Prince was accused of abusing 'Jane Doe 3' - an anonymous name used in American court papers - at an orgy where she was being used as a sex slave.

Jane Doe 3 is Virginia Roberts, whose story was first uncovered in 2007 by The Mail on Sunday following a painstaking investigation by our reporter Sharon Churcher, who tracked her to Australia.

The story Miss Roberts told was extraordinary - how she spent three years as an under-age 'sex slave' working for billionaire Epstein, a friend of the Prince, and paid to give erotic massages to the tycoon and his associates. She also claimed that Ghislaine Maxwell, daughter of disgraced tycoon Robert Maxwell, acted as Epstein's 'madame'.

The allegations by Miss Roberts are threatening the reputation of the Queen's second son. The Palace has emphatically denied that the Prince has had relations with underage girls.

Now, thanks to the court documents Miss Roberts lodged in Florida last week, *The Mail on Sunday* can publish the most complete story yet of how this young woman was exploited by Epstein's shuttered world of seedy sex and influence. We spoke to Miss Roberts twice, the last time just 12 months ago.

While fragments of her testimony to us were reproduced last week, only now can we present her comprehensive account with previously unpublished material.

Last week it was sensationally claimed that Prince Andrew had taken part in what, it was implied, was sex with a girl who was under the age of consent according to the law in Florida. As the papers lodged in the Palm Beach court spell out: 'Epstein forced Jane Doe 3 to have sexual relations with a member of the British Royal Family, Prince Andrew (aka Duke of York).

"Epstein instructed Jane Doe 3 that she was to give the Prince whatever he demanded and required Jane Doe 3 to report back to him on the details of the sexual abuse. Maxwell facilitated Prince Andrew's acts of sexual abuse by acting as a 'madame' for Epstein."

In response, Buckingham Palace issued a strongly worded denial.

But Miss Roberts's account differs. She says she first encountered Epstein and later Prince Andrew through Ghislaine Maxwell, daughter of the disgraced newspaper tycoon Robert Maxwell.

She was working as a changing room assistant in the spa at Donald Trump's palatial Florida country club, Mar-A-Lago, where her father was a maintenance manager. Soon after her 15th birthday, in 1998, she says she met Ghislaine at the club.

The socialite was a friend of Epstein's and the pair were known in New York and London for their hedonistic lifestyle, which concerned Royal courtiers after Andrew began to associate with them. Andrew was photographed surrounded by topless women during one holiday with them in Thailand and was pictured sweatily cavorting with Ghislaine at a Halloween sado-masochistic-themed party in Manhattan, reinforcing his public image as a party loving playboy.

Miss Roberts says she had no idea of the risks she was running when she leapt at an invitation from Ghislaine to work for Epstein. "I was wearing my sexy white Mar-A- Lago uniform - a white miniskirt and a skintight white polo top - and studying an anatomy book when I was approached by this striking woman in her mid-40s with a very proper British accent - Ghislaine," Miss Roberts told The Mail on Sunday.

"She noticed what I was reading and I told her I wanted to become a masseuse and she said she worked for a very wealthy gentleman called Jeffrey Epstein who was looking for a travelling masseuse and I'd get training and be paid large amounts of money."

Miss Roberts was told she could start work immediately and was driven to Epstein's sugar-pink mansion on the Palm Beach waterfront. The stairway was decorated with photos of naked young girls and Miss Roberts eventually would learn that she, too, was being photographed by hidden cameras.

"But I was too nervous to take it in," she says. "Another lady led me into Jeffrey's bedroom. It had a king-size bed, and a spiral staircase that led down to a pool.

"The lady walked me straight through into the massage room. It was part of a suite - a shower room, a steam room and another closet-sized room where I later learned the sex toys were kept.

"Jeffrey was lying face-down on a table, completely naked. He asked me a whole bunch of questions and within the first hour, he knew my life story. I told him I'd been a runaway and I'd lived on the street

Case 1:15-cv-07433-LAP   Document 787-1   Filed 03/24/17   Page 63 of 73

and I'd taken ecstasy tablets and I wasn't a virgin and he said, 'So you're a bad girl in a good girl's body'."

"The lady told me to follow her instructions. She had me put oil on my hands and then she grabbed one of his feet and started to massage it and she told me to take his other foot. Then she took off her shirt and started rubbing her breasts across Jeffrey and told me to take off my clothes. He had sex with me and the woman fondled me. I was thinking, 'This is wrong. This is not legitimate massage'. But they liked me. The lady said, "She's got a knack for it." And I thought, "These are important people. I must be doing something right." The lady gave me $200 [£130] and said I was to come back the next day.'

Miss Roberts was nauseated by the sexual acts that she was instructed to perform. But she was charmed by Epstein's rags-to-riches life story - which, he intimated, was an example to her. "Jeffrey said he wanted to be my mentor," says Miss Roberts. "I felt that he and Ghislaine really cared for me. We'd do family things, like watch *Sex And The City* and eat popcorn.

"But it was a sick family. I was a paedophile's top girl, being trained up for a British Prince. He trained me to do whatever a man wanted. I was worried, but I would do anything to keep Jeffrey happy and keep my place as his No 1 girl."

It was in 2001 that Miss Roberts was told she would be flying to London - and after they landed they drove straight to Ghislaine's house. "Ghislaine showed me upstairs to a small bedroom. That night I gave Jeffrey an erotic massage. I was jetlagged. I went to sleep.

"The next morning, Ghislaine came into my room. She was chirpy and really giddy. She jumped on the bed and said, 'Get up, get up, sleepyhead. You've got a big day. We've gotta go shopping. You need a dress because you're going to dance with a prince tonight.' She said I needed to be 'smiley' and bubbly and very happy to be around him and give a lot of energy to him because he was the Queen's son."

Miss Roberts said they went shopping for a £5,000 Burberry bag and other designer dresses, perfume and makeup. "We got back to Ghislaine's house around 4pm and I ran straight upstairs to have a shower," she said.

"When I went downstairs, Ghislaine and Jeffrey were in the lounge. No one seemed too fussed even though we were expecting the Duke of York any minute. There was a knock at the door. There was a car outside with two men, who I think were security. Ghislaine led Andrew in and introduced me and we kissed each other on the cheek as I'd been told is the English custom.

"Ghislaine served tea. She knew Fergie, who I gathered was the Prince's ex-wife, and they talked very fondly about their daughters. Then Ghislaine played one of her favourite guessing games. She asked Andrew how old he thought I was and he guessed 17 and they all kind of laughed about it and Ghislaine made a joke that I was getting too old for Jeffrey. She said, "He'll soon have to trade her in."

It was widely known in Jeffrey's set that he liked young girls.

Miss Roberts says she sat between Jeffrey and Andrew at dinner, claiming: "Andrew was making eye contact with me at every chance and concentrating on my plunging V-neck top. He didn't ask me anything about myself. I just sat there with a smile frozen on my lips." Ghislaine had whispered, "The Prince seems really interested in you."

"We went on to Tramp. We were led into a VIP area and Andrew got me a cocktail from the bar then he asked me to dance. He was the most hideous dancer I had ever seen. He was grabbing my hips and he was pouring with perspiration and he had this cheesy smile. I was used to being used for sex by men but it was not behaviour that I was used to in public, and not from a Prince who had daughters. I felt everyone was watching us."

By her account, Miss Roberts's first tryst with the then 41-year-old Prince allegedly took place later that night at Ghislaine Maxwell's London townhouse. "All of us went upstairs and I asked Jeffrey to snap a

picture of me with the Prince. I wanted something to show my Mom. Ghislaine and Jeffrey left us after that," she said.

"In the morning, Ghislaine said, 'You did well. He had fun'. We flew straight back to the States. I suspected that the only reason we went to London was that I was a "gift" to Andrew.'

Miss Roberts makes the extraordinary claim that she was paid about $15,000 (just under £10,000) by the 58-year-old Epstein as a reward for sleeping with the Prince and other sexual services for Epstein.

There is no suggestion that the Prince knew that Epstein paid her.

*Continued below.*

## Related Content



**I'm not going to be bullied, says woman who claims Prince Andrew abused her**



**Prince Andrew denies claims he used teenage girl as a sex slave**

---

"I was totally under Jeffrey's spell. I was his personal sex slave. Ghislaine joked about how young I was when they introduced me to Andrew."

Despite the Palace's vehement denials of impropriety, Miss Roberts says: "It was made clear to me that my job was to do whatever pleased him" - adding that she "wouldn't have dared object" to any demand.

"The Prince didn't give me money with his own hands," she added. "Jeffrey always took care of paying me after I 'entertained' his friends."

Andrew was at the time a special trade envoy, but after Epstein was prosecuted he resigned. He subsequently broke off his friendship with the financier and has been working to rebuild his reputation with his charitable trust. His focus is on trying to grow British prosperity, including training young people to become "economically active" through schemes such as apprentices and a digital enterprise award.

Speaking later, Miss Roberts said she remains mortified by her meeting with Prince Andrew.

"To be honest, I was sort of excited to meet the Prince. That was the lifestyle to which Jeffrey had accustomed me," the blonde, now 30, said.

Miss Roberts says she met Andrew for a second time around Easter 2001, at Epstein's Manhattan mansion.

"I was in Florida when I was called up and told I was needed in New York," she recalls. "When I got to the mansion, I was told, 'Get ready. You are meeting someone in the library'. Andrew was sitting there in a big leather armchair behind which there was a desk covered with photos of girls and young women, including one of me.

"I was almost nude in the picture. I don't think Andrew could have missed seeing it when he walked in. Ghislaine had just given him a present, some kind of big blow-up toy that was his Spitting Image puppet. He was smiling ear-to-ear. He looked like a kid whose parents were taking him to Disney World.

"A beautiful girl called Johanna Sjoberg, who worked for Jeffrey, was sitting on Andrew's knee. Ghislaine guided me over to Andrew and I think he recognised me though I don't know if he remembered my name. We kissed each other on the cheek and Ghislaine placed me on his other knee."

In an interview with *The Mail on Sunday*, Johanna has confirmed the encounter, saying she was 21 at the time and had been hired by Ghislaine to answer phones and serve drinks in return for $20 (£13) an hour.

Ghislaine subsequently asked her to give Epstein foot massages, she elaborated, and the tycoon tried to persuade her to "touch his nipples".

"He couldn't believe I refused. No one else had ever done that,' she said.

After being introduced to Andrew in the library, she sat on his lap. Miss Roberts says it was made clear to her that she was expected to have sex with Andrew - although again the Palace completely refutes any suggestion of impropriety.

"Ghislaine said, 'You should take him upstairs for a massage,' she says, burying her face in her hands. "I took him upstairs to the Dungeon. He undressed and lay face down on the table. I started with his feet, then his calves the way Jeffrey liked it."

This time there was no extra payment for the session, she added. 'Because I wasn't on the road, I just got my usual hourly rate, which at that time was $200.'

She met Andrew one final time on Epstein's Caribbean island, where she says she entertained him with an "orgy".

"I flew there with Jeffrey and Ghislaine," she says, "and seven Russian girls who didn't speak a word of English turned up with a modelling agent. Jeffrey was so excited. He said, 'We're going to do a big photo shoot with you and the girls'. The agent took the pictures"

"They were very provocative. We were topless and he had us in sexual positions. Then were told to assemble in a big cabana. When I walked in, Andrew and Jeffrey were seated in chairs. Jeffrey directed us with hand gestures. Jeffrey and the Prince were laughing. The next day, Andrew was gone.

"I remember thinking I would never have a normal life again but, as sick as it sounds, Jeffrey was my master. I was totally in his power. I never thought of trying to escape."

For her 19th birthday, in August 2002, Epstein purchased a plane ticket to Thailand for her, where he enrolled her in a massage course.

Asked if she planned to escape, she blushes. Despite the degradation she endured, she insists that she never would have lied to her "mentor".

"I really did think that I could give him better massages if I studied in Thailand," she says.

Shortly after arriving there, however, she met an Australian martial arts expert, whom we have agreed to identify only by his first name, Robert. They fell in love and, just ten days later, they married.

"Robert taught me how to live again," says Miss Roberts.

For 11 years, they lived in virtual seclusion in a rural suburb of Sydney. But a year ago, the couple moved back to America with their three young children. "I still dream about Jeffrey. I still wake up at night in tears," said Miss Roberts, who is working on a memoir.

Her memory of Prince Andrew plays heavily on her mind.

"A lot of powerful men were part of Jeffrey's scene, but I specifically remember Andrew," she says.

But she says it is now time "to fight", adding: "When I think of what he and these other men did, it breaks my heart. I am going to name every guy who deserves to be named when I go to court.'

And yesterday she said she was being "unjustly victimised again" after her account was called into question. "These types of aggressive attacks on me are exactly the reason why sexual abuse victims typically remain silent and the reason why I did for a long time," she says. "That trend should change. I'm not going to be bullied back into silence."

Epstein's lawyer Jack Goldberg said the allegations were old and salacious and had been consistently proven to have no merit.

Ghislaine Maxwell was not available for comment but has previously branded all claims against her as "untrue" and "obvious lies".

- Daily Mail

---

**Share this article**

---

**Recommended**



Promoted

**How To Fix Your Fatigue (Do This Every Day)**
Gundry MD



**An Insane 40,000 Point Bonus Has Arrived**
Credit Cards



**How to 'Fix' Crepey Skin**
Health Headlines



Promoted

**Meet the bomber we're sending to crush ISIS**
CNET



Promoted

**Keep tabs on your field workers with these 4 simple apps**
GetApp



Promoted

**Reclusive Millionaire Warns: "Get Out Of Cash Now"**
The Crux



Promoted

**This is the last U.S. battleship ever made. And one of the most important.**
CNET



Promoted

**California Approves No Cost Solar for Homeowners**
The Solar Institute

Recommended by

## Most Popular



**1** How mum of 8 bought 5-bedroom home

**2** Live: London terror - Possible suspect identified

**3** Terror in London: Four dead, 20 injured

**4** NZ rugby players held in French rape case

**5** 'Wife jumped in Thames to avoid killer'

Case 1:15-cv-07433-LAP Document 787-1 Filed 03/24/17 Page 71 of 73

**MUCK RACK**

Alleged ex-teen 'sex slave' use of 'Cosby defense' hits snag

By Victoria Bekiempis

nydailynews.com — The Bill Cosby defense is now the Bill Cosby offense. Virginia Roberts is suing British socialite Ghislaine Maxwell - whom she accuses of pimping her out as a teen "sex slave" to sleazy billionaire Jeffrey Epstein - for defamation because the media heiress called the allegations "obvious lies."

ABOUT A YEAR AGO    f  in  ⅋    Who shared?                                                    Wrong byline?

ABOUT US

About Muck Rack
Press Coverage
Contact Us
Work at Muck Rack

FOR JOURNALISTS

Create Portfolio
Muck Rack Daily
The Newsroom
Beats
Media Outlets

FOR COMMUNICATION PROS

Benefits
Advanced Search
Media Lists
Bookmarklet

CONTACT US

❓ Feedback/Support
✉ hello@muckrack.com
🐦 Twitter
f  Facebook
📞 (212) 500-1883
   (855) MUCK-RACK

Privacy Policy  •  Terms & Conditions

Copyright 2017 Sawhorse Media  •  Made in NYC

3/22/2017
British socialite to face Epstein accuser's defamation lawsuit
Case 1:15-cv-07433-LAP Document 787-1 Filed 03/24/17 Page 72 of 73

# British socialite to face Epstein accuser's defamation lawsuit

Tuesday, March 1, 2016 11:38 AM

NEW YORK (Reuters) - A woman who claimed that New York financier Jeffrey Epstein trafficked her for sex when she was a teenager may pursue a lawsuit accusing British socialite Ghislaine Maxwell of defamation for calling her allegations lies, a U.S. judge ruled.

In a decision on Monday night, U.S. District Judge Robert Sweet in Manhattan denied Maxwell's request to dismiss Virginia Giuffre's lawsuit.

Maxwell had argued that she was simply defending herself against allegations that she helped set up the encounters.

But the judge said that to suggest Giuffre lied about being sexually assaulted as a minor "alleges something deeply disturbing about the character of an individual willing to be publicly dishonest about such a reprehensible crime."

Lawyers for Maxwell and Giuffre did not immediately respond on Tuesday to requests for comment.

Epstein spent a year in jail after pleading guilty in 2008 to procuring an underage girl for prostitution. He is not a defendant in Giuffre's lawsuit. His lawyer declined to comment.

Giuffre, now in her 30s, claimed that Maxwell recruited her into Epstein's circle, where she said Epstein forced her to have sex with him and friends like Britain's Prince Andrew.

A lawyer for Epstein has called the trafficking allegations old and discredited. Prince Andrew has denied the allegations concerning him.

Giuffre sued over statements in January 2015 by Maxwell's agent, and later referred to by Maxwell, that said her allegations "against Ghislaine Maxwell are untrue" and have been "shown to be untrue," and that her "claims are obvious lies."

Sweet said such statements could support a defamation claim if Giuffre could prove it.

"Society takes accusations of pedophilia and sexual abuse sufficiently seriously that it is plausible to allege that to claim an individual has made false accusations of underage sex abuse would expose that individual to public contempt, ridicule, aversion, and disgrace in the minds of right-thinking persons," the judge wrote.

Sweet distinguished the case from the Jan. 21 dismissal of a defamation lawsuit by Renita Hill against comedian Bill Cosby and his representatives after she accused him of sexual assault.

The judge said Hill's case differed because the statements in question were that the sexual assault allegations were merely unsubstantiated. He called the difference "slight but significant," because both true and false allegations could be described accurately as "unsubstantiated."

The case is Giuffre v. Maxwell, U.S. District Court, Southern District of New York, No. 15-07433.

(Reporting by Jonathan Stempel and David Ingram; Editing by Bill Rigby)

Copyright (2016) Thomson Reuters. Click for restrictions

This article was written by Jonathan Stempel from Reuters and was legally licensed through the NewsCred publisher network. Please direct all licensing questions to legal@newscred.com.

## Latest Headlines



### Hospital, Medicaid insurer shares set for volatility as health vote nears

NEW YORK (Reuters) - The slumping U.S. healthcare stocks at the center of efforts to dismantle the Affordable Care Act are expected to stay volatile as Republican legislation heads into a vote on Thur...



### Verizon says it has suspended some digital advertising

(Reuters) - Verizon has suspended digital advertising outside of spots that show up in searches, citing brand safety concerns, the number one U.S. wireless carrier said on Wednesday. (Reporting by J...

### If healthcare vote fails, would jeopardize 'Trump trades': Gundlach

---

### Hospital, Medicaid insurer shares set for volatility as health vote nears

NEW YORK (Reuters) - The slumping U.S. healthcare stocks at the center of efforts to dismantle the Affordable Care Act are expected to stay volatile...

Verizon says it has suspended some digital advertising

Retirement dreams and 'Obamacare' repeal

Indexes inch back as Nike plunges

Ex-pharmacy exec outbreak

Germans see rising

Sears, once a stalwart about future

AP FACT CHECK: doctors rings false

Uber vows to change humane company

Stock Market C

### Save Money Mortgage

For most people, the month. How nice would payment? You could

Financial Advisors More Money, And T

The Travel Ban Ha Expedia

Nike Remains A To

Nike's 'Triple Doub Win In Q4

A More Favorable Telecom ETFs

A Peek Into The M Down Ahead Of Ex

Kevin Kelly's Micro

Exclusive: FireEye Transition, What Ke

What's A Constituti Headed For One O

Apple Holding Up D



NEW YORK (Reuters) - If the U.S. healthcare legislation overhaul is not passed, or is postponed, it will put "a lot of doubt" on the "Trump trades," which include higher U.S. equities and bond yields,...



**If healthcare vote fails, would jeopardize 'Trump trades': Gundlach**

NEW YORK (Reuters) - If the U.S. healthcare legislation overhaul is not passed, or is postponed, it will put "a lot of doubt" on the "Trump trades," which include higher U.S. equities and bond yields,...



**Brazil scandal tests JBS, BRF push for overseas units IPOs**

SAO PAULO (Reuters) - Brazil's two largest food processors are striving to restore confidence in their quality controls as they pursue plans to list overseas units after a scandal over alleged bribery...

## Sponsored Financial Content

**A massive stock market rally is at our doorsteps, according to ...**
(Banyan Hill)

**Brexit: A shock for markets, or a crisis?** (J.P. Morgan Funds)

**Motley Fool issues buy alert on this "Millionaire-Maker" stock**
(The Motley Fool)

**Ron Paul: "Buying Gold Will Not Be Enough -- Here's Next Step To Take"** (Stansberry Research)

**Before Applying For A Credit Card, Check If You Pre-Qualify** (Citi)

**Pay Off Your House At A Furious Pace If You Owe Less Than $300k**
(Innovative Metrics)

**Top (2017) Savings & MMA Accounts** (smartasset)

**Mainland legal expert questions Hong Kong's foreign judges**
(South China Morning Post)



Home
Premarket
Free Education
Contact Us

Stock Market News © 2016. All Rights Reserved.

