**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------X
                                                 :
VIRGINIA L. GIUFFRE,                             :
                                                 :
          Plaintiff,                             :
                                                 :          15-cv-07433-RWS
v.                                               :
                                                 :
GHISLAINE MAXWELL,                               :
                                                 :
          Defendant.                             :
                                                 :
-------------------------------------------------X
```

**Declaration of Laura A. Menninger in Support of
Defendant's Maxwell's Reply in Support of Motion in *Limine* to Exclude
Jeffrey Epstein Plea and Non-Prosecution Agreement and Sex Offender Registration**

I, Laura A. Menninger, declare as follows:

1.   I am an attorney at law duly licensed in the State of New York and admitted to

practice in the United States District Court for the Southern District of New York. I am a

member of the law firm Haddon, Morgan & Foreman, P.C., counsel of record for Defendant

Ghislaine Maxwell in this action. I respectfully submit this Declaration in support of

Ms. Maxwell's Reply in Support of Motion in *Limine* to Exclude Jeffrey Epstein Plea and Non-

Prosecution Agreement and Sex Offender Registration.

2.   Attached as Exhibit C (filed under seal) are true and correct copies of ▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆.

3.   Attached as Exhibit D is true and correct copy of the Declaration of Ghislaine

Maxwell, dated March 24, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 24, 2017.

_s/ Laura A. Menninger_
Laura A. Menninger

## CERTIFICATE OF SERVICE

I certify that on March 24, 2017, I electronically served this *Declaration of Laura A. Menninger in Support of Defendant's Reply in Support of Motion in Limine to Exclude Jeffrey Epstein Plea and Non-Prosecution Agreement and Sex Offender Registration* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons

3