UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

15-cv-07433-RWS

---------------------------------------------------X

**Defendant's Reply in Support of Motion in *Limine*
to Permit Questioning of Plaintiff Regarding Her Sexual History**

Laura A. Menninger
Jeffrey S. Pagliuca
Ty Gee
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
303.831.7364

## TABLE OF CONTENTS

INTRODUCTION ................................................................................................................. 1

ARGUMENT ........................................................................................................................ 3

I.    RULE 412 DOES NOT APPLY TO THIS DEFAMATION ACTION. ................................. 3

II.   THE THREE CATEGORIES OF EVIDENCE ARE RELEVANT TO THIS
      DEFAMATION ACTION ................................................................................................ 4

CONCLUSION ..................................................................................................................... 9

CERTIFICATE OF SERVICE ............................................................................................. 10

**PAGES 1-8**

**REDACTED**



**CONCLUSION**

Dated: March 24, 2017

                                    Respectfully submitted,

                                    */s/ Laura A. Menninger*
                                    Laura A. Menninger (LM-1374)
Jeffrey S. Pagliuca (*pro hac vice*)
Ty Gee (*pro hac vice*)
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
Phone: 303.831.7364
Fax: 303.832.2628
lmenninger@hmflaw.com

*Attorneys for Ghislaine Maxwell*

9

## CERTIFICATE OF SERVICE

I certify that on March 24, 2017, I electronically served this *Defendant's Reply in Support of Motion in Limine to Permit Questioning of Plaintiff Regarding Her Sexual History via* ECF on the following:

Sigrid S. McCawley
Meredith Schultz
Boies, Schiller & Flexner, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University St.
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons