**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

       Plaintiff,                  Case No: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.

_____/

## PLAINTIFF'S MOTION FOR LEAVE TO BRING PERSONAL ELECTRONIC DEVICES AND GENERAL PURPOSE COMPUTING DEVICES INTO THE COURTHOUSE FROM MARCH 30, 2017 - JUNE 16, 2017

Plaintiff, by and through undersigned counsel, hereby moves this Court for an Order granting leave to bring Personal Electronic Devices and General Purpose Computing Device into the Courthouse for hearings and trial currently scheduled in the above-styled case from March 30, 2017 - June 16, 2017. Plaintiff has included a list of attorney names and related devices. *See* Exhibit A, Proposed Order Granting Plaintiff's Motion for Leave to Bring Personal Electronic Device and General Purpose Computing Devices to the Courthouse from March 30, 2017 - June 16, 2017.

Plaintiff and listed attorneys will comply with all of the obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.

Dated: March 27, 2017

                                                /s/ Sigrid McCawley
                                                Sigrid McCawley, Esq.

Dated: March 27, 2017

          Respectfully Submitted,
          BOIES, SCHILLER & FLEXNER LLP

          By:  /s/ Sigrid S. McCawley
          Sigrid S. McCawley (*Admitted Pro Hac Vice*)
          Meredith Schultz (*Admitted Pro Hac Vice*)
          Boies Schiller & Flexner LLP
          401 E. Las Olas Blvd., Suite 1200
          Ft. Lauderdale, FL 33301
          (954) 356-0011

          David Boies
          Boies Schiller & Flexner
          333 Main Street
          Armonk, NY 10504

          Bradley J. Edwards (*Admitted Pro Hac Vice*)
          FARMER, JAFFE, WEISSING,
          EDWARDS, FISTOS & LEHRMAN, P.L.
          425 North Andrews Avenue, Suite 2
          Fort Lauderdale, Florida 33301
          (954) 524-2820

          Paul G. Cassell (*Admitted Pro Hac Vice*)
          S.J. Quinney College of Law
          University of Utah
          383 University St.
          Salt Lake City, UT 84112
          (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 27st day of March, 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system.  I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

    Laura A. Menninger, Esq.
    Jeffrey Pagliuca, Esq.
    HADDON, MORGAN & FOREMAN, P.C.
    150 East 10th Avenue
    Denver, Colorado 80203
    Tel: (303) 831-7364
    Fax: (303) 832-2628
    Email: lmenninger@hmflaw.com
           jpagliuca@hmflaw.com