# **EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____/
IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
_____/

### [PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO BRING PERSONAL ELECTRONIC DEVICES AND GENERAL PURPOSE COMPUTING DEVICES INTO THE COURTHOUSE FROM MARCH 30, 2017 - JUNE 16, 2017

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, a Revised. Upon submission of written application to this Court, it hereby:

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned: GIUFFRE V. MAXWELL, CASE NO: 15-CV-07433-RWS. The date(s) for which such authorization is provided are: MARCH 30, 2017 - JUNE 16, 2017.

| ATTORNEYS | DEVICE(S) |
|---|---|
| David Boies, Esq.<br>**BOIES SCHILLER FLEXNER LLP**<br>333 Main Street<br>Armonk, NY 10504 | Laptop, IPAD, Tablet and Cell Phone. |
| Sigrid S. McCawley, Esq.<br>Meredith Schultz, Esq.<br>Sandra Perkins Borger, Paralegal<br>**BOIES SCHILLER FLEXNER LLP**<br>401 E. Las Olas Boulevard, Suite 1200<br>Fort Lauderdale, FL 33301 | Laptops, IPAD's, Tablets and Cell Phones. |
| Bradley Edwards, Esq.<br>Brittany Henderson, Esq.<br>**FARMER, JAFFE, WEISSING,**<br>**EDWARDS, FISTOS & LEHRMAN, P.L.** | Laptops, IPAD's, Tablets and Cell Phones. |

| ATTORNEYS | DEVICE(S) |
|---|---|
| Paul Cassell, Esq.<br>**S.J. QUINNEY COLLEGE OF LAW UNIVERSITY OF UTAH**<br>425 North Andrews Avenue, Suite 2<br>Fort Lauderdale, Florida 33301 | Laptop, IPAD, Tablet and Cell Phone. |
| J. Stanley Pottinger, Esq.<br>**J. STANLEY POTTINGER PLLC**<br>49 Twin Lakes Road, Suite 100<br>South Salem, NY 10590 | Laptop, IPAD, Tablet and Cell Phone. |

    The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

DONE AND ORDERED in chambers, in New York City, New York, this ___ day of _____ 2017.

_____
The Honorable Robert W. Sweet
United States District Judge

Copies furnished to:
All Counsel of Record