

Meredith Schultz, Esq.
E-mail: mschultz@bsfllp.com

March 27, 2017

**VIA ECF**

Honorable Judge Robert W. Sweet
District Court Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re:   *Giuffre v. Maxwell*,
      Case No.: 15-cv-07433-RWS

Dear Judge Sweet,

At the hearing on March 23, 2017, this Court directed that the hearing set for Thursday, March 30, 2017, at noon, be extended into the next day, Friday, March 31, 2017, in order to accommodate the multiple motions set for hearing. This letter respectfully requests that the hearing scheduled on Friday, March 31, 2017 commence at 10:00 a.m. due to the number of motions scheduled to be argued.

Sincerely,

Meredith L. Schultz

MS/

cc: Counsel of Record