

BOIES
SCHILLER
FLEXNER

Sigrid S. McCawley, Esq.
E-mail: smccawley@bsfllp.com

March 27, 2017

**VIA ECF**

Honorable Judge Robert W. Sweet
District Court Judge
United States District Court
500 Pearl Street
New York, NY 10007

      Re:   *Giuffre v. Maxwell*,
              Case No.: 15-cv-07433-RWS

Dear Judge Sweet:

      This is a letter motion to exceed the page limits for Ms. Giuffre's Reply in Support of Omnibus Motion *in Limine*. Ms. Giuffre is replying to a combined twenty-nine motions in limine, and, accordingly, Ms. Giuffre seeks leave of Court to exceed the page limits for that combined, omnibus motion.

      Respectfully submitted,

      Sigrid S. McCawley, Esq.

SSM/akc

cc:   Jeff Pagliuca, Esq. (via e-mail)
      Laura Menninger, Esq. (via e-mail)