United States District Court
Southern District of New York

Virginia L. Giuffre,

       Plaintiff,                    Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.

_____/

## DECLARATION OF SIGRID MCCAWLEY IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S OMNIBUS MOTION IN LIMINE

I, Sigrid McCawley, declare that the below is true and correct to the best of my knowledge as follows:

1. I am a Partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's Order granting my Application to Appear Pro Hac Vice.

2. I respectfully submit this Declaration in Support of Plaintiff's Reply in Support of Plaintiff's Omnibus Motion in Limine.

3. Attached hereto as Sealed Composite Exhibit 1 are true and correct copies of ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████.

4. Attached hereto as Sealed Exhibit 2 is a true and correct copy of ████████ ████████████████████████████████.

5. Attached hereto as Sealed Exhibit 3 is a true and correct copy of ████████ ████████████████████████████████████████████.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 27, 2017

                                                            Respectfully Submitted,

                                                            BOIES, SCHILLER & FLEXNER LLP

                     By: /s/ Sigrid McCawley
                         Sigrid McCawley (Pro Hac Vice)
                         Meredith Schultz (Pro Hac Vice)
                         Boies Schiller & Flexner LLP
                         401 E. Las Olas Blvd., Suite 1200
                         Ft. Lauderdale, FL 33301
                         (954) 356-0011

                         David Boies
                         Boies Schiller & Flexner LLP
                         333 Main Street
                         Armonk, NY 10504

                         Bradley J. Edwards (Pro Hac Vice)
                         FARMER, JAFFE, WEISSING,
                         EDWARDS, FISTOS & LEHRMAN, P.L.
                         425 North Andrews Avenue, Suite 2
                         Fort Lauderdale, Florida 33301
                         (954) 524-2820

                         Paul G. Cassell (Pro Hac Vice)
                         S.J. Quinney College of Law
                         University of Utah
                         383 University St.
                         Salt Lake City, UT 84112
                         (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 27th day of March 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

>Laura A. Menninger, Esq.
>Jeffrey Pagliuca, Esq.
>HADDON, MORGAN & FOREMAN, P.C.
>150 East 10th Avenue
>Denver, Colorado 80203
>Tel: (303) 831-7364
>Fax: (303) 832-2628
>Email: lmenninger@hmflaw.com
>           jpagliuca@hmflaw.com

>>/s/ Sigrid McCawley
>>Sigrid McCawley