United States District Court
Southern District of New York

Virginia L. Giuffre,

       Plaintiff,                Case No: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.

_____/

**PLAINTIFF'S CORRECTED MOTION FOR LEAVE TO BRING PERSONAL ELECTRONIC DEVICES AND GENERAL PURPOSE COMPUTING DEVICES INTO THE COURTHOUSE FROM MARCH 30, 2017 - JUNE 16, 2017**

    Plaintiff, by and through undersigned counsel, hereby moves this Court for an Order granting leave to bring Personal Electronic Devices and General Purpose Computing Device into the Courthouse for hearings and trial currently scheduled in the above-styled case from March 30, 2017 - June 16, 2017. Plaintiff and listed attorneys will comply with all of the obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Plaintiff has included a list of attorney names and related devices.

    *See* Exhibit A, completed Standing Order M10-468 form, as Revised.

Dated: March 28, 2016

                                                    /s/ Sigrid McCawley
                                                    Sigrid McCawley, Esq.

Dated: March 28, 2017

                Respectfully Submitted,
                BOIES, SCHILLER & FLEXNER LLP

                By:  /s/ Sigrid S. McCawley
                Sigrid S. McCawley (*Admitted Pro Hac Vice*)
                Meredith Schultz (*Admitted Pro Hac Vice*)
                Boies Schiller & Flexner LLP
                401 E. Las Olas Blvd., Suite 1200
                Ft. Lauderdale, FL 33301
                (954) 356-0011

                David Boies
                Boies Schiller & Flexner
                333 Main Street
                Armonk, NY 10504

                Bradley J. Edwards (*Admitted Pro Hac Vice*)
                FARMER, JAFFE, WEISSING,
                EDWARDS, FISTOS & LEHRMAN, P.L.
                425 North Andrews Avenue, Suite 2
                Fort Lauderdale, Florida 33301
                 (954) 524-2820

                Paul G. Cassell (*Admitted Pro Hac Vice*)
                S.J. Quinney College of Law
                University of Utah
                383 University St.
                Salt Lake City, UT 84112
                (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 28th day of March, 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

    Laura A. Menninger, Esq.
    Jeffrey Pagliuca, Esq.
    HADDON, MORGAN & FOREMAN, P.C.
    150 East 10th Avenue
    Denver, Colorado 80203
    Tel: (303) 831-7364
    Fax: (303) 832-2628
    Email: lmenninger@hmflaw.com
           jpagliuca@hmflaw.com