**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

Plaintiff,           Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

      Defendant.
_____/

**PLAINTIFF'S RESPONSE TO DEFENDANT'S OBJECTIONS**
**TO PLAINTIFF'S DEPOSITION DESIGNATIONS**

      The Court is scheduled to hold a hearing on the parties' deposition designations on April 5, 2017 (DE 661). Plaintiff Ms. Giuffre respectfully submits this Response to Defendant's Objections to Plaintiff's Deposition Designations as follows:

**PLAINTIFF'S RESPONSE TO DEFENDANT'S OBJECTIONS**
**TO PLAINTIFF'S DEPOSITION DESIGNATIONS**

# PAGES 2-147

## FILED UNDER SEAL

Dated:  March 28, 2017            Respectfully Submitted,

BOIES SCHILLER FLEXNER LLP

By:  /s/ Sigrid McCawley
Sigrid McCawley (*Admitted Pro Hac Vice*)
Meredith Schultz (*Admitted Pro Hac Vice*)
Boies Schiller Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

David Boies
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504

Bradley J. Edwards (*Admitted Pro Hac Vice*)
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
(954) 524-2820

Paul G. Cassell  (*Admitted Pro Hac Vice*)
S.J. Quinney College of Law
University of Utah
383 University St.
Salt Lake City, UT 84112
(801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 28, 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

Laura A. Menninger, Esq.
Jeffrey Pagliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com
       jpagliuca@hmflaw.com

/s/ Sigrid S. McCawley
Sigrid S. McCawley