UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

           15-cv-07433-RWS

---------------------------------------------------X

## Defendant's Motion Requesting Rulings on Her Outstanding Motions

Laura A. Menninger
Jeffrey S. Pagliuca
Ty Gee
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
303.831.7364

Defendant Ghislaine Maxwell ("Ms. Maxwell") files this Request to the Court to issue rulings to her outstanding motions, specifically her Motion for Rule 37(b) Sanctions and Failure to Comply (Doc. 231) submitted on June 20, 2016, and her Motion to Compel Responses to Defendant's Second Set of Discovery Requests and for Sanctions (Doc. 354), submitted on August 10, 2016.  As grounds, she further asserts as follows:

On June 20, 2016, Ms. Maxwell filed her Motion for Rule 37(b) & (c) Sanctions for Failure to Comply with Court Order and Failure to Comply with Rule 26(a) (Doc. 231).  The Response was submitted on June 28, 2017 (Doc. 257), with a corrected response tendered on July 1, 2017 (Doc. 261).  The defense replied on July 8, 2016 (Doc. 269).  A sur-reply (Doc. 272) and sur-sur reply (Doc. 303) followed on July 12 and July 25, respectively.  To date, the defense is unaware of any ruling by this Court in regard to her request for sanctions.

On August 10, 2016, Ms. Maxwell filed her Motion to Compel Responses to Defendant's Second Set of Discovery Requests to Plaintiff, and for Sanctions (Doc. 354).  The Response was filed on August 17, 2016 (Doc. 378), and the Reply on August 25, 2016 (Doc. 402).  In its November 2, 2016 sealed opinion, this Court granted the Motion to Compel in part.  However, inexplicably, on November 7, 2016, this Court issued an Order providing, "The portions of the November 2, 2016 Opinion pertaining to ECF No. 354 were issued in error and are hereby withdrawn."  (Doc. 497).  No subsequent order pertaining to Ms. Maxwell's motion has been received, and thus the Motion to Compel also remains outstanding.

Trial is scheduled to commence on May 15, 2017.  In order to provide due process, to adequately prepare for trial, and for the orderly presentation of evidence, rulings on these outstanding issues in advance of trial are requested.

Dated: March 28, 2017

          Respectfully submitted,

          */s/ Laura A. Menninger*
          Laura A. Menninger (LM-1374)
          Jeffrey S. Pagliuca (*pro hac vice*)
          *Ty Gee (pro hac vice)*
          HADDON, MORGAN AND FOREMAN, P.C.
          150 East 10th Avenue
          Denver, CO 80203
          Phone:   303.831.7364
          Fax:       303.832.2628
          lmenninger@hmflaw.com

          *Attorneys for Ghislaine Maxwell*

## CERTIFICATE OF SERVICE

I certify that on March 28, 2017, I electronically served this *Defendant's Motion Requesting Rulings on Her Outstanding Motions* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons