UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

15-cv-07433-RWS

---------------------------------------------------X


# DEFENDANT'S MOTION FOR LEAVE TO BRING PERSONAL ELECTRONIC DEVICES AND GENERAL PURPOSE COMPUTING DEVICES INTO THE COURTHOUSE

Defendant Ghislaine Maxwell, by and through her attorneys, hereby moves this Court for an Order granting leave to bring Personal Electronic Devices and General Purpose Computing Devices into the Courthouse for hearings and trial currently scheduled in the above-styled case from March 30, 2017 - June 16, 2017.  Defendant and listed attorneys will comply with all of the obligations and restrictions imposed pursuant to Standing Order M10-468 (Revised).  Defendant has provided the names of individuals and devices in which permission is being sought *See* Ex. A, Standing Order M10-468 form (Revised).

Dated: March 28, 2017

                                    Respectfully submitted,

                                    */s/ Laura A. Menninger*
                                    Laura A. Menninger (LM-1374)
                                    Jeffrey S. Pagliuca (*pro hac vice*)
                                    *Ty Gee (pro hac vice)*
                                    HADDON, MORGAN AND FOREMAN, P.C.
                                    150 East 10th Avenue
                                    Denver, CO 80203
                                    Phone:   303.831.7364
                                    Fax:       303.832.2628
                                    lmenninger@hmflaw.com

                                    *Attorneys for Ghislaine Maxwell*

2

## CERTIFICATE OF SERVICE

I certify that on March 28, 2017, I electronically served this *Defendant's Motion for Leave to Bring Personal Electronic Devices and General Purpose Computing Devices Into the Courthouse* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons