**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
_____ x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned VIRGINIA L. GIUFFRE v. GHISLAINE MAXWELL , No. 15-cv-07433 .

The date(s) for which such authorization is provided is (are) March 30, 2017 to June 16, 2017 .

| Attorney | Device(s) |
|---|---|
| 1. Laura A. Menninger, Esq. | Laptop, IPAD, Tablet and Cell Phone |
| 2. Jeffrey S. Pagliuca, Esq. | Laptop, IPAD, Tablet and Cell Phone |
| 3. Ty C. Gee, Esq. | Laptop, IPAD, Tablet and Cell Phone |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: _____

_____
United States Judge

Revised: February 26, 2014

Standing Order M10-468, as Revised

**PAGE 2**

<u>VIRGINIA L. GIUFFRE v. GHISLAINE MAXWELL,</u> No: <u>15-CV-07433-RWS.</u>

The date(s) for which such authorization is provided (are): <u>MARCH 30, 2017 –to JUNE 16, 2017.</u>

| **ATTORNEYS** | **DEVICE(S)** |
|---|---|
| 4.   Ann Lundberg, Paralegal | Laptop, IPAD, Portable Printer and Cell Phone |

Revised: February 26, 2014