UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

15-cv-07433-RWS

---------------------------------------------------X

**Defendant's Reply in Support of Motion *in Limine* to Exclude Evidence
Barred as a Result of Plaintiff's Summary Judgment Concessions**

Laura A. Menninger
Jeffrey S. Pagliuca
Ty Gee
HADDON, MORGAN, AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
303.831.7364

Defendant Ghislaine Maxwell submits this Reply in support of her motion *in limine* to exclude evidence barred as a result of Plaintiff's summary judgment concessions (Doc.666).

## Introduction

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

████████████████████

         █████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

         █████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████

         █████████████████████████████████████

## Argument

         █████████████████████████████████████████████████████

████████████████████████████████████

         █████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

1

[Page content fully redacted]

[Page contents redacted]

4

████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████

      ████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████

## Conclusion

      ██████████████████████████████████████████

██████████████████████

Dated: March 28, 2017.

                              Respectfully submitted,

                              */s/ Laura A. Menninger*
                              Laura A. Menninger (LM-1374)
                              Jeffrey S. Pagliuca (*pro hac vice*)
                              *Ty Gee (pro hac vice)*
                              HADDON, MORGAN AND FOREMAN, P.C.
                              150 East 10th Avenue
                              Denver, CO 80203
                              Phone: 303.831.7364
                              Fax: 303.832.2628
                              lmenninger@hmflaw.com

                              *Attorneys for Ghislaine Maxwell*

---

## CERTIFICATE OF SERVICE

I certify that on March 28, 2017, I electronically served this *Defendant's Reply in Support of Motion in Limine to Exclude Evidence Barred as a Result of Plaintiff's Summary Judgment Concessions* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons