

**Haddon, Morgan and Foreman, P.C**
Jeffrey S. Pagliuca

150 East 10th Avenue
Denver, Colorado 80203
PH 303.831.7364  FX 303.832.2628
www.hmflaw.com
jpagliuca@hmflaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/17

March 24, 2017

<u>Via Email</u>

Hon. Robert W. Sweet
United States District Judge
United States District Court
Daniel Patrick Moynihan Courthouse
Southern District of New York
500 Pearl Street, Room 1940
New York, New York 10007-1312

So ordered
Sweet
USDJ
3·28·17

Re:   *Giuffre v. Maxwell*, 15-cv-07433-RWS

Dear Judge Sweet:

    This is a letter motion for an extension of time in which Defendant requests to file Replies in Support of her Motions in *Limine* to Exclude Complaint and Settlement Agreement in Jane Doe 102 v. Jeffrey Epstein (Doc. 663), Deposition Testimony of Sarah Kellen and Nadia Marcinkova or Any Witness Invoking Their Fifth Amendment Privilege (Doc. 673), and to Exclude Evidence Pursuant to Fed. R. Evid. 404(b) (Doc. 693). A 6 day extension is necessary to adequately brief the issues raised within Plaintiff's Responses to these motions. Accordingly, Ms. Maxwell respectfully requests that she be permitted to submit her replies in support of Doc. 663, 673 and 698 by March 30, 2017.

    Ms. Maxwell also requests a 6 day extension to file her reply in support of her Motion *in Limine* to exclude Police Reports and Other Inadmissible Hearsay (Doc. 677) until March 30. Although Plaintiff apparently filed her response to that motion on March 17, she neglected to serve on counsel an unredacted copy of her pleading until today, March 24. Requests for an unredacted copy were made to her office beginning on March 20, but were not responded to. An additional 7 days is necessary to complete briefing as to Doc. 677, and Ms. Maxwell requests until March 30, 2017, to do so.

Hon. Robert W. Sweet
March 24, 2017
Page 2

                Sincerely,

                HADDON, MORGAN AND FOREMAN, P.C.

                */s/ Jeffrey S. Pagliuca*
                Jeffrey S. Pagliuca

## CERTIFICATE OF SERVICE

I certify that on March 24, 2017, I electronically served this *LETTER MOTION* via ELECTRONIC MAIL on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

                */s/ Nicole Simmons*
                Nicole Simmons