## MARTIN G. WEINBERG, P.C.
### ATTORNEY AT LAW

*20 PARK PLAZA, SUITE 1000*
*BOSTON, MASSACHUSETTS 02116*

*(617) 227-3700*

*FAX (617) 338-9538*

*NIGHT EMERGENCY:*
*(617) 901-3472*

*EMAIL ADDRESSES:*

*owlmcb@att.net*
*owlmgw@att.net*

**VIA ECF**

March 30, 2017

Honorable Judge Robert W. Sweet
District Court Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Giuffre v. Maxwell*, No. 15-cv-07433-RWS

Dear Judge Sweet:

On receiving the Court's Order of March 3, 2017, setting a hearing date of March 30, 2017, for "all motions filed on March 3, 2017," neither Mr. Goldberger nor I recognized that the motions to be heard included Mr. Epstein's Motion to Quash (Doc. 657), as opposed to just motions filed by the parties to the case. I learned only today that the Court did intend to hear Mr. Epstein's Motion to Quash today. I am not available to be in New York today to argue on behalf of Mr. Epstein, and I respectfully request that the hearing on Mr. Epstein's motion be continued to the next scheduled hearing date. Alternatively, I understand that the Court has extended the motions hearing into tomorrow, March 31, 2017, and, if necessary, I would be available then.

I sincerely apologize for any inconvenience.

Very truly yours,

Martin G. Weinberg