UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

-----------------------------------------------------X

15-cv-07433-RWS

# Reply in Support of Defendant's Motion to Exclude Evidence
## Pursuant to Fed. R. Evid. 404(b)

Laura A. Menninger
Jeffrey S. Pagliuca
Ty Gee
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
303.831.7364

## TABLE OF CONTENTS

INTRODUCTION ..................................................................................................................... 1

I. THE LEGAL CONCLUSIONS AND ATTORNEY ARGUMENT ARE IRRLEVANT TO ANYTHING ........................................................................................................................ 2

II. THE ███████████ ARE NOT "DIRECTLY RELEVANT" TO PLAINTIFF'S DEFAMATION CLAIM ......................................................................................................... 3

III. PLAINTIFF FAILED TO IDENTIFY AN APPROPRIATE NON-PROPENSITY BASIS FOR INTRODUCTION OF EVIDENCE UNDER RULE 404(B) ......................................... 6

IV. PLAINTIFF DOES NOT EVEN ATTEMPT TO SATISFY EVIDENTIARY HURDLES OF RULE 415 ................................................................................................................... 8

V. PLAINTIFF FAILED TO SATISFY BALANCING TEST OF RULE 403 FOR HER PROFFERED EVIDENCE ................................................................................................. 8

CONCLUSION ........................................................................................................................ 10

CERTIFICATE OF SERVICE ................................................................................................. 11

# PAGES 1-9

# REDACTED

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████████████

## CONCLUSION

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

Dated: March 30, 2017

Respectfully submitted,

*/s/ Laura A. Menninger*
Laura A. Menninger (LM-1374)
Jeffrey S. Pagliuca (*pro hac vice*)
*Ty Gee (pro hac vice)*
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
Phone:   303.831.7364
Fax:       303.832.2628
lmenninger@hmflaw.com

*Attorneys for Ghislaine Maxwell*

## CERTIFICATE OF SERVICE

I certify that on March 30, 2017, I electronically served this *Defendant's Reply in Support of Defendant's Motion to Exclude Evidence Pursuant to Fed. R. Evid. 404(b)* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons