UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X
                                            :
VIRGINIA L. GIUFFRE,                        :
                                            :
         Plaintiff,                         :
                                            :
v.                                          :          15-cv-07433-RWS
                                            :
GHISLAINE MAXWELL,                          :
                                            :
         Defendant.                         :
                                            :
                                            :
---------------------------------------------------X

**Declaration of Laura A. Menninger in Support of Defendant's Reply in Support of
Defendant's Motion to Exclude Evidence Pursuant to Fed. R. Evid. 404(b)**

         I, Laura A. Menninger, declare as follows:

         1.   I am an attorney at law duly licensed in the State of New York and admitted to

practice in the United States District Court for the Southern District of New York. I am a

member of the law firm Haddon, Morgan & Foreman, P.C., counsel of record for Defendant

Ghislaine Maxwell in this action. I respectfully submit this Declaration in support of

Ms. Maxwell's Reply in Support of Defendant's Motion to Exclude Evidence Pursuant to Fed.

R. Evid. 404(b).

         2.   Attached as Exhibit J is a true and correct copy of a statement on behalf of Ms.

Maxwell dated January 2, 2015.

         3.   Attached as Exhibit K (filed under seal) is true and correct copy of ██████████

██████████████████

2

4.   Attached as Exhibit L (filed under seal) is true and correct copy of ███████████

███████████████████████

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 30, 2017.

*s/ Laura A. Menninger*
Laura A. Menninger

## CERTIFICATE OF SERVICE

I certify that on March 30, 2017, I electronically served this *Declaration of Laura A. Menninger in Support of Defendant's Reply in Support of Defendant's Motion to Exclude Evidence Pursuant to Fed. R. Evid. 404(b)*via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons

3