UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

15-cv-07433-RWS

---------------------------------------------------X


**Defendant's Reply in Support of Motion for Bifurcated Trial
Relating to Punitive Damages and Exclusion of
<u>Any Reference to Financial Information in the Liability Phase</u>**



    Laura A. Menninger
    Jeffrey S. Pagliuca
    Ty Gee
    HADDON, MORGAN, AND FOREMAN, P.C.
    150 East 10th Avenue
    Denver, CO 80203
    303.831.7364

# REDACTED PAGES 1-8



**Conclusion**

Dated: March 30, 2017.

                Respectfully submitted,

                */s/ Laura A. Menninger*
                Laura A. Menninger (LM-1374)
                Jeffrey S. Pagliuca (*pro hac vice*)
                *Ty Gee (pro hac vice)*
                HADDON, MORGAN AND FOREMAN, P.C.
                150 East 10th Avenue
                Denver, CO 80203
                Phone:   303.831.7364
                Fax:       303.832.2628
                lmenninger@hmflaw.com

                *Attorneys for Ghislaine Maxwell*

**CERTIFICATE OF SERVICE**

I certify that on March 30, 2017, I electronically served this *Defendant's Reply in Support of Motion for Bifurcated Trial Relating to Punitive Damages and Exclusion of Any Reference to Financial Information in the Liability Phase* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons