# United States District Court
# Southern District of New York

Virginia L. Giuffre,

       Plaintiff,                Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.
_____/

## NOTICE OF INTENT TO REQUEST REDACTION OF
## MARCH 23, 2017 SEALED OPINION

    Plaintiff, Virginia Giuffre, hereby files this Notice of Intent to Request Redaction of the March 23, 2017 Sealed Opinion pursuant to this Court's Protective Order. *See* Plaintiff's proposed redactions attached hereto as Sealed Exhibit 1.

Dated: March 30, 2017

                              Respectfully Submitted,

                              By: /s Sigrid McCawley
                                     Boies Schiller Flexner LLP
                                     401 E. Las Olas Blvd., Suite 1200
                                     Ft. Lauderdale, FL 33301
                                     (954) 356-0011

By: /s Sigrid McCawley
Sigrid McCawley (*Admitted Pro Hac Vice*)
Meredith Schultz (*Admitted Pro Hac Vice*)
Boies Schiller Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

David Boies
Boies Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

Bradley J. Edwards (*Admitted Pro Hac Vice*)

FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
(954) 524-2820

Paul G. Cassell (*Admitted Pro Hac Vice*)
S.J. Quinney College of Law
University of Utah
383 University St.
Salt Lake City, UT 84112
(801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 30th day of March, 2017, I served the attached document via CM/ECF and e-mail to the following counsel of record.

Laura A. Menninger, Esq.
Jeffrey Pagliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com
   jpagliuca@hmflaw.com
   tgee@hmflaw.com

By: /s Sigrid McCawley
Sigrid McCawley (*Admitted Pro Hac Vice*)
Meredith Schultz (*Admitted Pro Hac Vice*)
Boies Schiller Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011