# United States District Court
# Southern District of New York

Virginia L. Giuffre,

       Plaintiff,                Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.

_____/

**PLAINTIFF'S REPLY IN SUPPORT OF MOTION *IN LIMINE* TO PRECLUDE DEFENDANT FROM CALLING PLAINTIFF'S ATTORNEYS AS WITNESSES AT TRIAL**

Sigrid McCawley
BOIES, SCHILLER & FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

# PAGES 1-10

# REDACTED

Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP

By: /s/ *Sigrid McCawley*
 Sigrid McCawley (Pro Hac Vice)
 Boies Schiller & Flexner LLP
 401 E. Las Olas Blvd., Suite 1200
 Ft. Lauderdale, FL 33301
 (954) 356-0011

 David Boies
 Boies Schiller & Flexner LLP
 333 Main Street
 Armonk, NY 10504

 Bradley J. Edwards (Pro Hac Vice)
 FARMER, JAFFE, WEISSING,
 EDWARDS, FISTOS & LEHRMAN, P.L.
 425 North Andrews Avenue, Suite 2
 Fort Lauderdale, Florida 33301
 (954) 524-2820

 Paul G. Cassell (Pro Hac Vice)
 S.J. Quinney College of Law
 University of Utah
 383 University St.
 Salt Lake City, UT 84112
 (801) 585-5202[4]

---

[4] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

11

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on 3rd day of April, 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

    Laura A. Menninger, Esq.
    Jeffrey Pagliuca, Esq.
    HADDON, MORGAN & FOREMAN, P.C.
    150 East 10th Avenue
    Denver, Colorado 80203
    Tel: (303) 831-7364
    Fax: (303) 832-2628
    Email: lmenninger@hmflaw.com
           jpagliuca@hmflaw.com

                                        /s/ *Sigrid S. McCawley*
                                        Sigrid S. McCawley