**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

        Plaintiff,                  Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

        Defendant.

_____/

### DECLARATION OF SIGRID MCCAWLEY IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION *IN LIMINE* TO PRECLUDE DEFENDANT FROM CALLING PLAINTIFF'S ATTORNEYS AS WITNESSES AT TRIAL

I, Sigrid McCawley, declare that the below is true and correct to the best of my knowledge as follows:

1.      I am a Partner with the law firm of Boies, Schiller & Flexner, LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's Order granting my Application to Appear Pro Hac Vice.

2.      I respectfully submit this Declaration in Support of Plaintiff's Reply in Support of Motion in Limine to Preclude Defendant from Calling Plaintiff's Attorneys as Witnesses at Trial.

3.      Attached hereto as Sealed Exhibit 1 ███████████████████████

████████████████

4.      Attached hereto as Sealed Exhibit 2 is a true and correct copy of the ██████████

███████████████████████████████████████████████████████████

5.      Attached hereto as Sealed Exhibit 3 is a true and correct copy of ██████████

████████████████████

I declare under penalty of perjury that the foregoing is true and correct.

/s/ *Sigrid McCawley*
Sigrid McCawley, Esq.


Dated: April 3, 2017.


Respectfully Submitted,


By:  /s/ *Sigrid McCawley*
Sigrid McCawley (Pro Hac Vice)
Meredith Schultz (Pro Hac Vice)
Boies Schiller & Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

David Boies
Boies Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

Bradley J. Edwards (Pro Hac Vice)
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
 (954) 524-2820

Paul G. Cassell (Pro Hac Vice)
S.J. Quinney College of Law
University of Utah
383 University St.
Salt Lake City, UT 84112
(801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 3rd day of April 2017, I electronically filed the

foregoing document with the Clerk of Court by using the CM/ECF system.  I also certify that the

foregoing document is being served to all parties of record via transmission of the Electronic

Court Filing System generated by CM/ECF.

Laura A. Menninger, Esq.
Jeffrey Pagliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com
        jpagliuca@hmflaw.com

/s/ *Sigrid McCawley*
Sigrid McCawley

3