United States District Court
Southern District of New York

Virginia L. Giuffre,

       Plaintiff,                Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.
_____/

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S OBJECTION TO PRODUCTION OF ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ SUBMITTED FOR *IN CAMERA* REVIEW AND SECOND MOTION TO COMPEL DEFENDANT TO PRODUCE HER ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮**

Sigrid McCawley
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

1

Plaintiff Virginia Giuffre, by and through her undersigned counsel, hereby files this Response In Opposition to Defendant's Objection to Production of ▓▓▓▓▓ Submitted for *In Camera* Review and Second Motion to Compel Defendant to Produce Her ▓▓▓▓▓

### PRELIMINARY STATEMENT

On August 9, 2016, Ms. Giuffre submitted a motion to compel seeking, among other things, ▓▓▓▓▓ This issue was fully briefed in Defendant's Response on August 19, 2016 (DE 383 at 9-11) and Ms. Giuffre's Reply on August 24, 2017 (DE 397 at 2-4).

▓▓▓▓▓

2

██████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████

## ARGUMENT

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
██

████████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████

███████████████████████████████████████████████████████
███████████████████████████████████████████
████████
███████████████████████████████████████████████
████████████████████████████████████████████████
███████████████████████████████████████████████████
██████████
███████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
█████████████████████████████████████████████████
██████████████████████████████████████████
███████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████
█████████

[Page content fully redacted]

[page content redacted]

██████████████████████████████████████████████████████████

████████████████████████████████████████████████

████

**CONCLUSION**

For the foregoing reasons, Ms. Giuffre respectfully requests that the Court affirm its March 23, 2017, holding that the ████████████████████████████ submitted by Defendant for *in camera* review is relevant to this action and Order the production of ██████████████████████████████████████████████████████

Dated: April 4, 2017                    Respectfully Submitted,

                                        BOIES SCHILLER FLEXNER LLP

                                        By: /s/ Sigrid McCawley
                                        Sigrid McCawley (Pro Hac Vice)
                                        Meredith Schultz (Pro Hac Vice)
                                        Boies Schiller Flexner LLP
                                        401 E. Las Olas Blvd., Suite 1200
                                        Ft. Lauderdale, FL 33301
                                        (954) 356-0011

                                        David Boies
                                        Boies Schiller Flexner LLP
                                        333 Main Street
                                        Armonk, NY 10504

                                        Bradley J. Edwards (Pro Hac Vice)
                                        FARMER, JAFFE, WEISSING,
                                        EDWARDS, FISTOS & LEHRMAN, P.L.
                                        425 North Andrews Avenue, Suite 2
                                        Fort Lauderdale, Florida 33301
                                        (954) 524-2820

                                        Paul G. Cassell (Pro Hac Vice)
                                        S.J. Quinney College of Law
                                        University of Utah
                                        383 University St.
                                        Salt Lake City,

7

UT 84112(801) 585-5202[2]

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 4, 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

  Laura A. Menninger, Esq.
  Jeffrey Pagliuca, Esq.
  HADDON, MORGAN & FOREMAN, P.C.
  150 East 10th Avenue
  Denver, Colorado 80203
  Tel: (303) 831-7364
  Fax: (303) 832-2628
  Email: lmenninger@hmflaw.com
     jpagliuca@hmflaw.com

                /s/ Sigrid McCawley
                Sigrid McCawley, Esq.

---

[2] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.