UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

VIRGINIA L. GIUFFRE,

         Plaintiff,

  - against -

GHISLAINE MAXWELL,

         Defendant.

------------------------------------------X

15 Civ. 7433 (RWS)

O R D E R

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/17
```

**Sweet, D.J.**

      A hearing on ECF No. 806 shall be held on Thursday, April 13, 2017 at noon in Courtroom 18C, United States Courthouse, 500 Pearl Street. Defendant's reply papers shall be due April 11, 2017.

      It is so ordered.

**New York, NY**
**April 5, 2017**

                                            _____
                                            ROBERT W. SWEET
                                                  U.S.D.J.