UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

VIRGINIA L. GIUFFRE,

               Plaintiff,

    - against -

GHISLAINE MAXWELL,

               Defendant.
------------------------------------------X

15 Civ. 7433 (RWS)

O R D E R

**Sweet, D.J.**

       The Defendant's motion for the Court to rule on outstanding motions, ECF No. 804, is denied as moot. ECF No. 231 was resolved by sealed opinion dated August 30, 2016, and ECF No. 354 was resolved by sealed opinion sent to the parties April 4, 2017.

       It is so ordered.

**New York, NY**
**April 7 , 2017**

_____
ROBERT W. SWEET
U.S.D.J.