# United States District Court
# Southern District of New York

Virginia L. Giuffre,

      Plaintiff,             Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

      Defendant.

_____/

**PLAINTIFF'S BRIEFING ON AN ADVERSE INFERENCE INSTRUCTION REGARDING DEFENDANT'S FAILURE TO COMPLY WITH THIS COURT'S ORDERS TO PRODUCE HER ELECTRONIC DOCUMENTS AND COMMUNICATIONS**

Sigrid McCawley
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

# TABLE OF CONTENTS AND PAGES 1-18 FILE UNDER SEAL

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 7th day of April, 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

>Laura A. Menninger, Esq.
>Jeffrey Pagliuca, Esq.
>HADDON, MORGAN & FOREMAN, P.C.
>150 East 10th Avenue
>Denver, Colorado 80203
>Tel: (303) 831-7364
>Fax: (303) 832-2628
>Email: lmenninger@hmflaw.com
>        jpagliuca@hmflaw.com

>/s/ Meredith Schultz
>Meredith Schultz