United States District Court
Southern District of New York

Virginia L. Giuffre,

      Plaintiff,                   Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

      Defendant.

_____/

### DECLARATION OF MEREDITH SCHULTZ IN SUPPORT OF PLAINTIFF'S BRIEFING REGARDING DEFENANT'S FAILURE TO COMPLY WITH THIS COURT'S ORDER TO PRODUCE HER ELECTRONIC DOCUMENTS AND COMMUNICATIONS

I, Meredith Schultz, declare that the below is true and correct to the best of my knowledge as follows:

1. I am a Counsel with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's Order granting my Application to Appear Pro Hac Vice.

2. I respectfully submit this Declaration in Support of Plaintiff's Briefing Regarding Defendant's Failure to Comply with This Court's Order to Produce Her Electronic Documents and Communications

3. Attached hereto as Sealed Exhibit 1 is a true and correct copy of ▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉.

4. Attached hereto as Sealed Exhibit 2 are true and correct copies of ▉▉▉▉▉▉ ▉▉▉▉▉.

5. Attached hereto as Sealed Exhibit 3 is a true and correct copy of ▉▉▉▉▉▉

██████████████████████████████████████.

    6.    Attached hereto as Sealed Exhibit 4 is a true and correct copy of ███████

██████████████████████████████████████.

    7.    Attached hereto as Sealed Exhibit 5 is a true and correct copy of ████

██████████████████.

    8.    Attached hereto as Sealed Composite Exhibit 6 are true and correct copies of

████████████████████████████████████████████████.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 7, 2017

                                Respectfully Submitted,
                                BOIES, SCHILLER & FLEXNER LLP

                  By:  <u>/s/ Meredith Schultz</u>
                        Sigrid McCawley (Pro Hac Vice)
                        Meredith Schultz (Pro Hac Vice)
                        Boies Schiller & Flexner LLP
                        401 E. Las Olas Blvd., Suite 1200
                        Ft. Lauderdale, FL 33301
                        (954) 356-0011

                        David Boies
                        Boies Schiller & Flexner LLP
                        333 Main Street
                        Armonk, NY 10504

                        Bradley J. Edwards (Pro Hac Vice)
                        FARMER, JAFFE, WEISSING,
                        EDWARDS, FISTOS & LEHRMAN, P.L.
                        425 North Andrews Avenue, Suite 2
                        Fort Lauderdale, Florida 33301
                        (954) 524-2820

                        Paul G. Cassell (Pro Hac Vice)
                        S.J. Quinney College of Law
                        University of Utah
                        383 University St.
                        Salt Lake City, UT 84112

(801) 585-5202[1]

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 7th day of April 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system.  I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

>Laura A. Menninger, Esq.
>Jeffrey Pagliuca, Esq.
>HADDON, MORGAN & FOREMAN, P.C.
>150 East 10th Avenue
>Denver, Colorado 80203
>Tel: (303) 831-7364
>Fax: (303) 832-2628
>Email: lmenninger@hmflaw.com
>           jpagliuca@hmflaw.com

>/s/ Meredith Schultz
>Meredith Schultz, Esq.

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.