UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

15-cv-07433-RWS

---------------------------------------------------X

**Declaration Of Jeffrey S. Pagliuca In Support Of Defendant's Reply
in Support of Objection to Production of ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮ Submitted for in Camera Review**

I, Jeffrey S. Pagliuca, declare as follows:

1. I am an attorney at law duly licensed in the State of Colorado and admitted to practice in the United States District Court for the Southern District of New York *pro hac vice*. I am a member of the law firm Haddon, Morgan & Foreman, P.C., counsel of record for Defendant Ghislaine Maxwell ("Maxwell") in this action. I respectfully submit this declaration in support of Ms. Maxwell's Reply in Support of Objection to Production of ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ Submitted for in Camera Review.

2. Attached as Exhibit A (filed under seal) are true and correct copies of ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 11, 2017

                                                  By: */s/ Jeffrey S. Pagliuca*
                                                      Jeffrey S. Pagliuca

## CERTIFICATE OF SERVICE

I certify that on April 11, 2017, I electronically served this *Declaration Of Jeffrey S. Pagliuca In Support Of Defendant's Reply in Support of Objection to Production of* ▆▆▆▆▆▆ ▆▆▆▆▆▆ *Submitted for in Camera Review* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons