UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

**15-cv-07433-RWS**

---------------------------------------------------X

# DEFENDANT'S MOTION FOR RECONSIDERATION OF ORDER REGARDING DEFENDANT' S MOTION REQUESTING RULING ON HER OUTSTANDING MOTIONS

Defendant Ghislaine Maxwell ("Ms. Maxwell") files this Motion for Reconsideration and states as follows:

Attached (under seal) are the two opinions dated August 30, 2016 received by the counsel for the defendant by email in this case. Neither opinion addresses Defendant's Motion for Rule 37(b) & (c) Sanctions for Failure to Comply with Court Order and Failure to Comply with Rule 26(a), Doc. 231, filed on June 20, 2016.

Accordingly, we move for reconsideration of the Order and Opinion (Doc. 837) filed April 7, 2017, denying as moot Doc. 804 by which Ms. Maxwell requested a ruling on her Motion for Sanctions, Doc. 231.

Dated: April 11, 2017

          Respectfully submitted,

          */s/ Laura A. Menninger*
          Laura A. Menninger (LM-1374)
          Jeffrey S. Pagliuca (*pro hac vice*)
          *Ty Gee (pro hac vice)*
          HADDON, MORGAN AND FOREMAN, P.C.
          150 East 10th Avenue
          Denver, CO 80203
          Phone:   303.831.7364
          Fax:        303.832.2628
          lmenninger@hmflaw.com

          *Attorneys for Ghislaine Maxwell*

## CERTIFICATE OF SERVICE

I certify that on April 11, 2017, I electronically served this *Defendant's Motion for Reconsideration of Order Regarding Defendant's Motion Requesting Ruling on Her Outstanding Motions* via ECF on the following:

| | |
|---|---|
| Sigrid S. McCawley<br>Meredith Schultz<br>BOIES, SCHILLER & FLEXNER, LLP<br>401 East Las Olas Boulevard, Ste. 1200<br>Ft. Lauderdale, FL 33301<br>smccawley@bsfllp.com<br>mschultz@bsfllp.com | Paul G. Cassell<br>383 S. University Street<br>Salt Lake City, UT 84112<br>cassellp@law.utah.edu |
| Bradley J. Edwards<br>FARMER, JAFFE, WEISSING, EDWARDS,<br>FISTOS & LEHRMAN, P.L.<br>425 North Andrews Ave., Ste. 2<br>Ft. Lauderdale, FL 33301<br>brad@pathtojustice.com | J. Stanley Pottinger<br>49 Twin Lakes Rd.<br>South Salem, NY 10590<br>StanPottinger@aol.com |

*/s/ Nicole Simmons*
Nicole Simmons