UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

**15-cv-07433-RWS**

---------------------------------------------------X

**Motion to Appoint Special Master to Preside Over Third Deposition of Defendant**

Laura A. Menninger
Jeffrey S. Pagliuca
Ty Gee
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
303.831.7364

Defendant Ghislaine Maxwell ("Ms. Maxwell"), pursuant to Federal Rule of Civil Procedure 53, files this Motion to Appoint a Special Master to Preside over the Third Deposition of Defendant Ghislaine Maxwell, and states as follows:

**STATEMENT OF CONFERRAL**

███████████████████████████████████████████████████████

███████████████████████████████████████████

**INTRODUCTION**

███████████████████████████████████████████████████████

█████████████████████████████████████████████████

███████████████████████████████████████████████████████

█████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

██████████████

- ████████████████████████████

  █████████████████████████████████████████

  ████████████████████████████

  █████████████████

  ██████████████████████

  ████████████████████████████

1

[Page contents redacted]

███████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████

  ████████████████████████

  ██████████████████████████████████████

  ████████████████████████

  ██████████████████████████████████

  ██████████████████████████████

  ██████████████████████████████████

  ████████████████████████████████████

  ██████████████████████████████████████████

  ████████████

  ██████████████████████████████████████████

  ██████████████████

  ██████████████████████████████████████████

  ████████████████████████████████████████

  ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████

  ██████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████

- ███████████████████████████████████████████████████████
███████████████████████████████████████
████████

- ███████████████████████████████████████████████████████
███████

- ███████████████████████████████████████████████
███████████████████████████████████████████████
████████████████████████████████████

- ███████████████████████████████████████████
███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████
██████████

## CONCLUSION

███████████████████████████████████████████████

███████████████████████████████████████

████████████████████████████████

4

Dated: April 11, 2017

Respectfully submitted,

*/s/ Laura A. Menninger*
Laura A. Menninger (LM-1374)
Jeffrey S. Pagliuca (*pro hac vice*)
Ty Gee *(pro hac vice)*
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
Phone:   303.831.7364
Fax:       303.832.2628
lmenninger@hmflaw.com

*Attorneys for Ghislaine Maxwell*

# CERTIFICATE OF SERVICE

I certify that on April 11, 2017, I electronically served this *Motion to Appoint Special Master to Preside Over Third Deposition of Defendant* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons