UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

VIRGINIA L. GIUFFRE,

        Plaintiff,

  - against -

GHISLAINE MAXWELL,

        Defendant.
------------------------------------------X

15 Civ. 7433 (RWS)

O R D E R

**Sweet, D.J.**

    The Defendant's motion for reconsideration, ECF No. 844, is denied. The sealed opinion dated August 30, 2016 resolving ECF No. 230 also resolved ECF No. 231. ECF No. 231, the Defendant's motion for sanctions, was denied.

    It is so ordered.

**New York, NY**
**April 12, 2017**

ROBERT W. SWEET
U.S.D.J.