# United States District Court
## Southern District of New York

Virginia L. Giuffre,

       Plaintiff,                Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.

_____/

### NOTICE OF FILING UNDER SEAL THE DECLARATION OF EXPERTS K. GUS DIMITRELOS AND STEVEN A. WILLIAMS

Plaintiff, Virginia Giuffre, hereby submits this Notice of filing under seal the Declaration of K. Gus Dimitrelos and Steven A. Williams in support of Plaintiff's Briefing on an Adverse Inference Instruction Regarding Defendant's Failure to Comply with This Court's Orders to Produce Her Electronic Documents and Communications (DE 838) filed on April 7, 2017.

Dated: April 14, 2017

                                      Respectfully Submitted,

                                By: /s Sigrid McCawley
                                       Boies Schiller Flexner LLP
                                       401 E. Las Olas Blvd., Suite 1200
                                       Ft. Lauderdale, FL 33301
                                       (954) 356-0011

By: /s Sigrid McCawley
Sigrid McCawley (*Admitted Pro Hac Vice*)
Meredith Schultz (*Admitted Pro Hac Vice*)
Boies Schiller Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

David Boies
Boies Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

Bradley J. Edwards (*Admitted Pro Hac Vice*)

FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
(954) 524-2820

Paul G. Cassell (*Admitted Pro Hac Vice*)
S.J. Quinney College of Law
University of Utah
383 University St.
Salt Lake City, UT 84112
(801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 14th day of April, 2017, I served the attached document via CM/ECF and e-mail to the following counsel of record.

Laura A. Menninger, Esq.
Jeffrey Pagliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com
        jpagliuca@hmflaw.com
        tgee@hmflaw.com


By: /s Sigrid McCawley
    Sigrid McCawley (*Admitted Pro Hac Vice*)
    Boies Schiller Flexner LLP
    401 E. Las Olas Blvd., Suite 1200
    Ft. Lauderdale, FL 33301
    (954) 356-0011