

**BSF** | BOIES SCHILLER FLEXNER

Sigrid S. McCawley, Esq.
E-mail: smccawley@bsfllp.com

April 17, 2017

**VIA CM/ECF**

Honorable Judge Robert W. Sweet
District Court Judge
United States District Court
500 Pearl Street
New York, NY 10007

RECEIVED
APR 1 2017
JUDGE SWEET CHAMBERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/18/17

Re: *Giuffre v. Maxwell*,
Case No.: 15-cv-07433-RWS

Dear Judge Sweet:

The February 23, 2017 Scheduling Order provides that Final Exhibit List shall be exchanged by April 15, 2017 and the Revised Joint Pre-Trial Order shall be submitted by April 15, 2017. The parties request a one (1) day extension of time on the schedule for completing these tasks. The parties have conferred on the matter and are in agreement with the slight modification to the schedule.

Accordingly, we request permission to be permitted to exchange the Exhibit Lists and submit the Revised Pre-Trial Order by Tuesday, April 18, 2017.

Respectfully submitted,

s/ Sigrid McCawley
Sigrid McCawley, Esq.
BOIES SCHILLER FLEXNER
*Counsel for Plaintiff*

So ordered
Sweet
USDJ
4-18-17

s/ Jeff Pagliuca
Jeff Pagliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
*Counsel for Defendant*

cc: Counsel of Record

BOIES SCHILLER FLEXNER LLP

401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com