**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

                    Plaintiff,          Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

                    Defendant

_____/


## JOINT PRETRIAL STATEMENT

        Pursuant to this Court's individual practice rules, the parties hereby submit the following

Joint Pretrial Statement as follows:

**i.**        **Full Caption of the Action**

Virginia L. Giuffre, Plaintiff v. Ghislaine Maxwell, Defendant, Case No.: 15-cv-07433-RWS.

**ii.**       **The Names and Addresses and Telephone and Fax Numbers of Trial Counsel:**


**Plaintiff's Trial Counsel:**

David Boies:        Boies Schiller & Flexner
                    333 Main Street
                    Armonk, NY 10504
                    Tel: 914-749-8200
                    Fax: 914-749-8300
                    dboies@bsfllp.com


Sigrid McCawley:    Boies Schiller & Flexner
                    401 E. Las Olas Boulevard, Suite 1200
                    Ft. Lauderdale, FL 33301
                    Tel: 954-356-0011
                    Fax: 954-356-0022
                    smccawley@bsfllp.com

Meredith Schultz:    Boies Schiller & Flexner
401 E. Las Olas Boulevard, Suite 1200
Ft. Lauderdale, FL 33301
Tel: 954-356-0011
Fax: 954-356-0022
mschultz@bsfllp.com

Paul Cassel:    University of Utah
383 University Street
Salt Lake City, UT 84112
Tel: 801-585-5202
Fax: 801-585-2750
cassellp@law.utah.edu

Bradley Edwards:    Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman
425 North Andrews Avenue, Suite 2
Ft. Lauderdale, FL 33301
Tel: 954-524-2820
Fax: 954-524-2822
brad@pathtojustice.com

J. Stan Pottinger:    49 Twin Lakes Road
South Salem, NY 10590
Tel: 914-763-8333
stanpottinger@aol.com

**Defendant's Trial Counsel:**

Laura Menninger:    Haddon, Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO 80203
Tel: 303-831-7364
Fax: 303-832-2628
lmenninger@hmflaw.com

Jeffrey Pagliuca:    Haddon Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO 80203
Tel: 303-831-7364
Fax: 303-832-2628
jpagliuca@hmflaw.com

Ty Gee:        Haddon, Morgan and Foreman, P.C.
                  150 East 10th Avenue
                  Denver, CO 80203
                  Tel: 303-831-7364
                  Fax: 303-832-2628
                  tgee@hmflaw.com









7

















Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP

By: /s/ Sigrid McCawley
Sigrid S. McCawley(Pro Hac
Vice) Meredith Schultz (Pro Hac
Vice) Boies Schiller & Flexner
LLP 401 E. Las Olas Blvd., Suite
1200 Ft. Lauderdale, FL 33301
(954) 356-0011

David Boies
Boies Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

Bradley J. Edwards (Pro Hac Vice)
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN,
P.L. 425 North Andrews Avenue, Suite
2 Fort Lauderdale, Florida 33301 (954)
524-2820

Paul G. Cassell (Pro Hac Vice)
S.J. Quinney College of Law
University of Utah
383 University St.
Salt Lake City, UT 84112
(801) 585-5202[5]
*Counsel for Plaintiff, Virginia Giuffre*

By: /s/ Jeffrey S. Pagliuca
Laura A. Menninger, Esq.
Jeffrey Pagliuca, Esq.
Ty Gee (*pro hac vice pending*)
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
*Counsel for Defendant, Ghislaine Maxwell*

[5] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on the 18th day of April, 2017, I served the attached document via CM/ECF and e-mail to the following counsel of record.

Laura A. Menninger, Esq.
Jeffrey Pagliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com
       jpagliuca@hmflaw.com
       tgee@hmflaw.com

By:  /s Sigrid McCawley
     Sigrid McCawley (*Admitted Pro Hac Vice*)
     Meredith Schultz (*Admitted Pro Hac Vice*)
     Boies Schiller Flexner LLP
     401 E. Las Olas Blvd., Suite 1200
     Ft. Lauderdale, FL 33301
     (954) 356-0011