N.Y.S.D. Case #
15-cv-7433(RWS)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of April, two thousand and seventeen,

_____

Virginia L. Giuffre,

       Plaintiff - Appellee,

v.

Ghislaine Maxwell,

       Defendant,

v.

Sharon Churcher, Jeffrey Epstein,

       Respondents,

Alan M. Dershowitz,

       Intervenor - Appellant.

_____

**ORDER**
Docket No. 16-3945

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 18, 2017

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 04/18/2017