UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

15-cv-07433-RWS

---------------------------------------------------X

# Renewed Motion to Compel Non-Party Witness to Produce Documents and Respond to Deposition Questions and <u>to Complete Search of ESI</u>

Laura A. Menninger
Jeffrey S. Pagliuca
Ty Gee
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
303.831.7364

# TABLE OF CONTENTS

INTRODUCTION ................................................................................................................ 1

ARGUMENT ...................................................................................................................... 2

Standard for Re-Opening Deposition................................................................................. 2

I. THE CONTENT OF THE IMPROPERLY WITHHELD DOCUMENTS NECESSITATES REOPENING THE DEPOSITION.................................................................................. 3

    A.    The newly produced documents require that the deposition be reopened ....................... 3

    B.    The documents confirm that Ransome's refusal to respond to questioning concerning her alleged representation by Dershowitz was improper .................................................. 9

II. MS. RANSOME MUST BE REQUIRED TO PRODUCE ALL RESPONSIVE DOCUMENTS ................................................................................................................. 11

    A.    Ms. Ransome and Plaintiff's Counsel are purposefully hiding responsive and relevant documents ........................................................................................................................ 11

    B.    Ms. Ransome should be required to search her ESI for responsive documents and log all documents withheld ................................................................................................. 13

    C.    A Privilege Log should be required ............................................................................... 14

CONCLUSION...................................................................................................................... 15

CERTIFICATE OF SERVICE .............................................................................................. 17

# PAGES 1-17
# (FILED UNDER SEAL)

Respectfully submitted,

*/s/ Laura A. Menninger*
Laura A. Menninger (LM-1374)
Jeffrey S. Pagliuca (*pro hac vice*)
Ty Gee *(pro hac vice)*
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
Phone:   303.831.7364
Fax:       303.832.2628
lmenninger@hmflaw.com

*Attorneys for Ghislaine Maxwell*

## CERTIFICATE OF SERVICE

       I certify that on April 20, 2017, I electronically served this *Defendant's Renewed Motion to Compel Non-Party Witness to Respond to Deposition Questions and Complete Search of ESI* via ECF on the following:

Sigrid S. McCawley  
Meredith Schultz  
BOIES, SCHILLER & FLEXNER, LLP  
401 East Las Olas Boulevard, Ste. 1200  
Ft. Lauderdale, FL 33301  
smccawley@bsfllp.com  
mschultz@bsfllp.com  

Bradley J. Edwards  
FARMER, JAFFE, WEISSING, EDWARDS, FISTOS & LEHRMAN, P.L.  
425 North Andrews Ave., Ste. 2  
Ft. Lauderdale, FL 33301  
brad@pathtojustice.com  

Paul G. Cassell  
383 S. University Street  
Salt Lake City, UT 84112  
cassellp@law.utah.edu  

J. Stanley Pottinger  
49 Twin Lakes Rd.  
South Salem, NY 10590  
StanPottinger@aol.com  

*/s/ Holly Rogers*  
Holly Rogers

17