

**BSF** | BOIES SCHILLER FLEXNER

Sigrid S. McCawley, Esq.
E-mail: smccawley@bsfllp.com



April 24, 2017

**VIA CM/ECF**

Honorable Judge Robert W. Sweet
District Court Judge
United States District Court
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/17

Re:  *Giuffre v. Maxwell,*
     **Case No.: 15-cv-07433-RWS**

Dear Judge Sweet:

The February 23, 2017 Scheduling Order provides that the proposed agreed upon/disputed Jury Instruction and Verdict forms be submitted by April 24, 2017. The parties request a four (4) business day extension of time on the schedule for completing these tasks. The parties have conferred on the matter and are in agreement with the slight modification to the schedule.

Accordingly, the parties request permission to be permitted to submit the proposed Jury Instruction and Verdict forms by Friday, April 28, 2017.

So ordered
Sweet
USDJ
4-25-17

Respectfully submitted,

s/ Sigrid McCawley
Sigrid McCawley, Esq.
BOIES SCHILLER FLEXNER
*Counsel for Plaintiff*

s/ Jeff Pagliuca
Jeff Pagliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
*Counsel for Defendant*

cc: Counsel of Record

BOIES SCHILLER FLEXNER LLP

401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com