UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------X

VIRGINIA L. GIUFFRE,

        Plaintiff,

  - against -

GHISLAINE MAXWELL,

        Defendant.

-------------------------------------------X

15 Civ. 7433 (RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/26/17

**Sweet, D.J.**

    The defendant Ghislaine Maxwell ("Maxwell" or the "Defendant") has moved for the appointment of a special master to preside over her final deposition. The motion is denied.

    The final deposition of Maxwell will be limited to three (3) hours and will be held in Courtroom 18C at 500 Pearl Street, on a date and time on which the parties and the Court agree. The deposition will be supervised by the Court.

    It is so ordered.

**New York, NY**
**April 24, 2017**

ROBERT W. SWEET
U.S.D.J.