UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------X

VIRGINIA L. GIUFFRE,

              Plaintiff,

  - against -

GHISLAINE MAXWELL,

              Defendant.

---------------------------------------------X

15 Civ. 7433 (RWS)

O R D E R

**Sweet, D.J.**

      The motion to compel filed April 20, 2017 shall be heard on Wednesday, May 3, 2017 at 11:00 AM in Courtroom 18C, United States Courthouse, 500 Pearl Street. All papers shall be served in accordance with Local Civil Rule 6.1.

      It is so ordered.

**New York, NY**
**April 24, 2017**

ROBERT W. SWEET
U.S.D.J.