UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

      Plaintiff

vs.

                                Case No. 15-cv-07433-RWS

GHISLAINE MAXWELL,

      Defendant
_____/

## NOTICE OF ERRATA AND MOTION TO CORRECT DEPOSITION TRANSCRIPT

Comes now the deponent, 

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by CM/ECF on April 28, 2017.

Respectfully submitted,

/s/ Jack A. Goldberger
Jack Alan Goldberger
Atterbury, Goldberger & Weiss, P.A.
250 Australian Avenue South, #1400
West Palm Beach, Florida 33401
(561) 659-8305
(561) 835-8691 (fax)
jgoldberger@agwpa.com

Martin G. Weinberg
*Pro hac vice*
20 Park Plaza, Suite 1000
Boston, Massachusetts 02116
(617) 227-8616
(617) 338-9538 (fax)
owlmgw@att.net

## EXHIBIT A

## [FILED UNDER SEAL]