UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

    Plaintiff

v.

Case No. 15-cv-07433-RWS

GHISLAINE MAXWELL,
    Defendant

_____/

## DECLARATION OF JACK ALAN GOLDBERGER IN SUPPORT



I declare under penalty of perjury that the foregoing is true and correct.

**/s/ Jack Alan Goldberger**
Jack Alan Goldberger

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2017, I electronically filed a redacted version of the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that instant unredacted version of the foregoing document is being served on April 28, 2017 to all parties of record.

Respectfully submitted,



/s/ Jack Alan Goldberger
Jack Alan Goldberger
Atterbury, Goldberger & Weiss, P.A.
250 Australian Avenue South, #1400
West Palm Beach, Florida 33401
(561) 659-8305
(561) 835-8691 (fax)
jgoldberger@agwpa.com

Martin G. Weinberg
*Pro hac vice*
20 Park Plaza, Suite 1000
Boston, Massachusetts 02116
(617) 227-8616
(617) 338-9538 (fax)
owlmgw@att.net