UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

15-cv-07433-RWS

---------------------------------------------------X

**Reply in Support of Renewed Motion to Compel Non-Party Witness
to Respond to Deposition Questions and Complete Search of ESI**

Laura A. Menninger
Jeffrey S. Pagliuca
Ty Gee
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
303.831.7364

# PAGES 1-6

# REDACTED



**CONCLUSION**

Dated: April 28, 2017

                Respectfully submitted,

                */s/ Laura A. Menninger*
                Laura A. Menninger (LM-1374)
                Jeffrey S. Pagliuca (*pro hac vice*)
                Ty Gee (*pro hac vice*)
                HADDON, MORGAN AND FOREMAN, P.C.
                150 East 10th Avenue
                Denver, CO 80203
                Phone:   303.831.7364
                Fax:     303.832.2628
                lmenninger@hmflaw.com

                *Attorneys for Ghislaine Maxwell*

## CERTIFICATE OF SERVICE

I certify that on April 28, 2017, I electronically served this *Defendant's Reply in Support of Renewed Motion to Compel Non-Party Witness to Respond to Deposition Questions and Complete Search of ESI* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons