UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

15-cv-07433-RWS

---------------------------------------------------X

**Defendant's Motion to Exclude Undisclosed Witnesses and Exhibits
Pursuant to Fed. R. Civ. P. 37(c)**

Laura A. Menninger
Jeffrey S. Pagliuca
Ty Gee
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
303.831.7364

# TABLE OF CONTENTS
# and
# PAGES 1-13

# REDACTED

[redacted]

Dated: April 28, 2017

                                              Respectfully submitted,

                                              */s/ Laura A. Menninger*
                                              Laura A. Menninger (LM-1374)
                                              Jeffrey S. Pagliuca (*pro hac vice*)
                                              Ty Gee *(pro hac vice)*
                                              HADDON, MORGAN AND FOREMAN, P.C.
                                              150 East 10th Avenue
                                              Denver, CO 80203
                                              Phone:   303.831.7364
                                              Fax:       303.832.2628
                                              lmenninger@hmflaw.com

                                              *Attorneys for Ghislaine Maxwell*

## CERTIFICATE OF SERVICE

I certify that on April 28, 2017, I electronically served this *Defendant's Motion to Exclude Undisclosed Witnesses and Exhibits Pursuant to Fed. R. Civ. P. 37(c)* via ECF on the following:

Sigrid S. McCawley  
Meredith Schultz  
BOIES, SCHILLER & FLEXNER, LLP  
401 East Las Olas Boulevard, Ste. 1200  
Ft. Lauderdale, FL 33301  
smccawley@bsfllp.com  
mschultz@bsfllp.com  

Bradley J. Edwards  
FARMER, JAFFE, WEISSING, EDWARDS,  
FISTOS & LEHRMAN, P.L.  
425 North Andrews Ave., Ste. 2  
Ft. Lauderdale, FL 33301  
brad@pathtojustice.com  

Paul G. Cassell  
383 S. University Street  
Salt Lake City, UT 84112  
cassellp@law.utah.edu  

J. Stanley Pottinger  
49 Twin Lakes Rd.  
South Salem, NY 10590  
StanPottinger@aol.com  

*/s/ Nicole Simmons*  
Nicole Simmons