UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------X
                                              :
VIRGINIA L. GIUFFRE,                          :
                                              :
          Plaintiff,                          :
                                              :          15-cv-07433-RWS
v.                                            :
                                              :
GHISLAINE MAXWELL,                            :
                                              :
          Defendant.                          :
                                              :
-------------------------------------------------X
```

**Declaration of Laura A. Menninger in Support of Defendant's Motion to Exclude
Undisclosed Witnesses and Exhibits Pursuant to Fed. R. Civ. P. 37(c)**

I, Laura A. Menninger, declare as follows:

1.   I am an attorney at law duly licensed in the State of New York and admitted to

practice in the United States District Court for the Southern District of New York. I am a

member of the law firm Haddon, Morgan & Foreman, P.C., counsel of record for Defendant

Ghislaine Maxwell in this action. I respectfully submit this Declaration in support of

Ms. Maxwell's Motion to Exclude Undisclosed Witnesses and Exhibits Pursuant to Fed. R. Civ.

P. 37(c).

2.   Attached as Exhibit A is a true and correct copy of ████████████████████
█████████████████████████████████████████

3.   Attached as Exhibit B is a true and correct copy of ████████████████████
█████████████████████████████████████

4.    Attached as Exhibit C is a true and correct list of ████████████████████
████████████████

5.    Attached as Exhibit D is a true and correct list of ████████████████████
████████████████

6.    Attached as Exhibit E is a true and correct list of ████████████████████
████████████████████████

7.    Attached as Exhibit F is a true and correct list of ████████████████████
██████████████████

8.    Attached as Exhibit G is a true and correct list of ████████████████████
████████████████████

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 28, 2017.

*s/ Laura A. Menninger*
Laura A. Menninger

## CERTIFICATE OF SERVICE

I certify that on April 28, 2017, I electronically served this *Declaration of Laura A. Menninger in Support of Defendant's Motion to Exclude Undisclosed Witnesses and Exhibits Pursuant to Fed. R. Civ. P. 37(c)* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons

3