United States District Court

Southern District of New York

Virginia L. Giuffre,

        Plaintiff,                Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

        Defendant.

_____/

**PLAINTIFF MS. GIUFFRE'S PROPOSED JURY QUESTIONS**

                                    **BRADLEY J. EDWARDS**
                                    FARMER, JAFFE, WEISSING,
                                    EDWARDS, FISTOS & LEHRMAN, PL
                                    Attorneys for Defendant
                                    425 North Andrews Avenue, Suite 2
                                    FORT LAUDERDALE, FL 33301
                                    (954)524-2820 TELEPHONE
                                    (954)524-2822 Fax

# VOIR DIRE

## BASICS

Age, where do you live, where do you or your spouse work, do you have children (how old), what are your hobbies, have you ever worked in the legal field.

## AGREE TO BE HONEST AND FORTHRIGHT

- ➢ Does everyone agree that they will tell us if they have feelings that may impact their ability to be impartial in this trial for any reason, based on life experiences, knowledge of the case, or beliefs?

- ➢ If you are a Yankees fan and we had a trial on an issue that could eliminate the franchise then that may not be the right case for you, agree?

- ➢ You are not going to hurt anyone's feelings but this is the only time we get to hear about your life experiences and how that might impact your ability to be impartial in this case; is there anyone right now that due to the very limited information you have heard believes you cannot be fair or impartial in this case?.

## BURDEN OF PROOF

- ➢ Does everyone understand the difference between the degree of proof required in a civil case versus a criminal case?

- ➢ The proof needed in a Criminal case is beyond all reasonable doubt. A Civil case needs to be proven by a preponderance of the evidence or the mere greater weight of the evidence.

- ➢ How many feel that regardless of that legal standard you will have to be convinced beyond just the greater weight of the evidence, to render a verdict for the Plaintiff?

- How many of you believe you will even subconsciously require more than just the greater weight of the evidence even if the court instructs you that that is all that is required?

- Who has a problem with this lower burden of proof?

## THE DEFENDANT GHISLAINE MAXWELL

- Does anyone know the Defendant Ghislaine Maxwell? Has anyone heard anything about her? Have you read anything about her?

## THE PLAINTIFF VIRGINIA GIUFFRE

- Does anyone know her? Has anyone heard anything about her? Have you read anything about her?

## OTHER WITNESSES

- Does anyone know Jeffrey Epstein? Heard about him? Know him personally?

- Glenn Dubin?

- Alan Dershowitz? Have any opinions about him, one way or the other?

- Anyone who believes because you are wealthy, you are already more believable?

- Anyone who believes because you went to a great college or school, you are automatically more believable?

- Anyone who thinks that because you are on TV or radio frequently, that you are more believable?

- Anyone who is going to give greater weight to the testimony of someone who is wealthy? Famous? A professor? An Author? A member of the Royal family? A foreigner?

## SEXUAL ASSAULT

- Has anyone been accused of being involved in sexual assault or sexual abuse of any type or had a family member involved? (If so, we need to speak to that person alone)

2

- If so, who made the allegations?
- What happened with the allegations?
- Does anyone tend to disbelieve allegations of sexual assault?
- What are your feelings about sexual assault allegations?
- Does anyone have the belief that a female is often to blame for being sexually assaulted?
- Does anyone have the belief that what a female wears or how she acts factors into whether she deserves to be sexually assaulted or "has it coming to her?"

## NEWSPAPER OR TV

- Anyone ever had a story written about them publicly?  Positive or negative?
- Anyone appeared on TV?
- Anyone been publicly accused of anything?
- Has anyone publicly accused someone of something?

## DEFAMATION

- Is there anyone who believes, regardless of the law, that a person should not be allowed to sue another person for saying something false about them?
- Anyone have strong feelings about accusing someone of sexual abuse?  Any strong feelings about accusing someone of lying about being sexually abused?  What are those feelings?
- Anyone who believes that nobody can be harmed by something that someone else says about them?

3

- Who believes that nobody is entitled to money from someone else just because that other person said something false about them?
- Has anyone been accused of defamation or libel?
- Has anyone been the victim of defamation or libel?  Did you sue?  What was the result?
- Has anyone been falsely accused of something?

## PERSONAL INJURY SUITS

- Who has negative feelings about lawsuits seeking compensation for damages or injury?
- Who believes there are too many lawsuits?
- Who is naturally skeptical of lawsuits that seek money damages?
- Who feels that a large number of personal injury lawsuits are frivolous?

## TRIAL ATTORNEYS

- Who here has any negative feelings about trial attorneys?
- Who here has negative feelings about injury attorneys?
- Has anyone on this jury filed a lawsuit?  What type of lawsuit?

## LARGE JURY AWARDS

- Who here believes that there should be a cap or limit on the damages awarded in an injury lawsuit?  What do you believe the cap or limit should be?
- Who believes that jury awards are too big?  Or damage the economy?
- Who will be reluctant to award a large amount in damages even if you believe the damages are significant and may warrant such an award?

## NON-ECONOMIC DAMAGES/PAIN AND SUFFERING

- Who has heard of damages for pain and suffering or mental anguish?

4

- ➤ Is there anyone who would have a difficult time giving money to compensate someone for their emotional pain and suffering?

- ➤ Or for psychological injury? Is there anyone who feels they could not assign and amount of money to a psychological injury?

- ➤ The law does not provide for any cap or limit on this type of damage; however some people feel there should be an arbitrary cap.

- ➤ Is there anyone who feels there should be a cap on this type of damage? And what should that cap be? Why should there be a cap? Is that a belief you will maintain despite that the law does not dictate any cap on damages?

- ➤ Is there anyone who thinks they would have a tough time awarding a significant amount of money even if it was shown that the Plaintiff suffered a significant injury?

### **DEPRESSION**

- ➤ Does anyone suffer from depression or have a family member who does? Can even those who have experience with it evaluate Plaintiff based on the testimony and evidence related to her injury and not compare it to someone else who may suffer from a similar injury?

- ➤ Who feels like people who suffer mental anguish should "just get over it?"
  Or that it is not a real injury?

### **COULD NOT HAPPEN TO ME**

- ➤ If you hear testimony that someone was damaged because she was called a liar, is there anyone who believes they would judge the Plaintiff by whether or not you would be damages as opposed to judging the Plaintiff?

- ➢ Similarly with the damages – is there anyone who believes the Plaintiff may be at a slight disadvantage if her emotional or psychological damages appear to be disproportionate to what yours might be under a similar circumstance?

- ➢ Can you judge and evaluate the damages of the Plaintiff without considering how you might have escaped from something similar happening or from experiencing the same degree of psychological injury?

Dated May 1, 2017

                      Respectfully Submitted,

                      FARMER, JAFFE, WEISSING,
                      EDWARDS, FISTOS & LEHRMAN, P.L.

By: */s/ Bradley J. Edwards*
    Bradley J. Edwards (Pro Hac Vice)
    425 North Andrews Avenue, Suite 2
    Fort Lauderdale, Florida 33301
    (954) 524-2820

    David Boies
    Boies Schiller & Flexner LLP
    333 Main Street
    Armonk, NY 10504

    BOIES, SCHILLER & FLEXNER LLP
    Sigrid McCawley (Pro Hac Vice)
    Boies Schiller & Flexner LLP
    401 E. Las Olas Blvd., Suite 1200
    Ft. Lauderdale, FL 33301
    (954) 356-0011

    Paul G. Cassell (Pro Hac Vice)
    S.J. Quinney College of Law
    University of Utah
    383 University St.
    Salt Lake City, UT 84112
    (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 1st day of May, 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

Laura A. Menninger, Esq.
Jeffrey Pagliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com
          jpagliuca@hmflaw.com

By: */s/ Bradley J. Edwards*
Bradley J. Edwards (Pro Hac Vice)