United States District Court
Southern District of New York

Virginia L. Giuffre,

      Plaintiff,                      Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

      Defendant.

_____/

### DECLARATION OF SIGRID MCCAWLEY IN SUPPORT OF PLAINTIFF'S MOTION TO EXCLUDE PHILIP BARDEN FROM TESTIFYING AT TRIAL, TO EXCLUDE DEFENSES BASED UPON CERTAIN DOCUMENTS AND TO EXCLUDE THEIR PRESENTATION AT TRIAL, FOR AN ADVERSE INFERENCE JURY INSTRUCTION, AND FOR ATTORNEY'S FEES

I, Sigrid McCawley, declare that the below is true and correct to the best of my knowledge as follows:

1. I am a Partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's Order granting my Application to Appear Pro Hac Vice.

2. I respectfully submit this Declaration in Support of Plaintiff's Motion to Exclude Philip Barden from Testifying at Trial, To Exclude Defenses Based upon Certain Documents and to Exclude Their Presentation at Trial, For an Adverse Inference Jury Instruction, and For Attorney's Fees.

3. Attached hereto as Sealed Exhibit 1 is a true and correct copy of ▇▇▇▇▇▇ ▇▇▇▇▇▇▇.

4. Attached hereto as Sealed Composite Exhibit 2 are true and correct copies of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

     5.     Attached hereto as Sealed Exhibit 3 is a true and correct copy of ███████ ███████████████████████████████ .

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 1, 2017.

                                          Respectfully Submitted,

                                          BOIES, SCHILLER & FLEXNER LLP

                            By:  <u>/s/ Sigrid McCawley</u>
                                      Sigrid McCawley (Pro Hac Vice)
                                      Meredith Schultz (Pro Hac Vice)
                                      Boies Schiller & Flexner LLP
                                      401 E. Las Olas Blvd., Suite 1200
                                      Ft. Lauderdale, FL 33301
                                      (954) 356-0011

                                      David Boies
                                      Boies Schiller & Flexner LLP
                                      333 Main Street
                                      Armonk, NY 10504

                                      Bradley J. Edwards (Pro Hac Vice)
                                      FARMER, JAFFE, WEISSING,
                                      EDWARDS, FISTOS & LEHRMAN, P.L.
                                      425 North Andrews Avenue, Suite 2
                                      Fort Lauderdale, Florida 33301
                                       (954) 524-2820

                                      Paul G. Cassell (Pro Hac Vice)
                                      S.J. Quinney College of Law
                                      University of Utah
                                      383 University St.
                                      Salt Lake City, UT 84112
                                      (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 1st day of May 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system.  I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

    Laura A. Menninger, Esq.
    Jeffrey Pagliuca, Esq.
    HADDON, MORGAN & FOREMAN, P.C.
    150 East 10th Avenue
    Denver, Colorado 80203
    Tel: (303) 831-7364
    Fax: (303) 832-2628
    Email: lmenninger@hmflaw.com
            jpagliuca@hmflaw.com

                                        /s/ Sigrid McCawley
                                          Sigrid McCawley