**Juror Questionnaire – Please Print Answers**

JUROR NO. _____

You will help save time selecting a jury when you complete this questionnaire completely and accurately. Do not show this questionnaire to anyone or discuss it with other jurors. Your answers will be shared with the lawyers for the parties but will not be shared with other potential jurors in this case. If you need more space for your answers, please ask for additional paper. The completed questionnaire is NOT A PUBLIC RECORD. Please **DO NOT WRITE ON THE BACK OF THE QUESTIONNAIRE.**

Name: _____  Date of Birth: _____  Sex: M  or  F

1. Have you seen news stories with respect to this case? If so, please describe: _____
_____

2. Have you, a family member or close friend been the victim of a abuse? If so who, what, when, where? _____
_____

3. Have you ever worked/volunteered for or with a victim service organization or social service department? If so, when and where? _____
_____

4. Have you, a family member or close friend been the victim of a sexual assault? If so, who, what, when, where? _____
_____

5. Do you know anyone who has been falsely accused of sexual assault? If so, who, what, when, where? _____
_____

6. If your answer to question (6) or (7) is yes, please answer the following:

Were the police involved? _____

Was there any formal court action?_____

Is there anything about this situation which would prevent you from being a fair juror to both the plaintiff and the defendant?_____

7. Is there anything else in your life experience which raises a concern in your own mind about your ability to be a fair and impartial juror in a case involving accusations of sexual assault and allegations involving sex with underage participants? If so, please explain. _____
_____

Date: _____  Signature: _____