UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GUIFFRE,

           Plaintiff,

v.

GHISLAINE MAXWELL,

           Defendant.

**NOTICE OF APPEARANCE**

No. 15 Civ. 07433 (RWS)

    **COMES NOW** Paul G. Cassell, having previously been admitted *pro hac vice* in this action, to enter a notice appearance for material witness Sarah Ransome.

Dated: May 2, 2017

                                          Respectfully submitted,

                                          By:   /s/ Paul G. Cassell
                                                      Paul G. Cassell

                                          S.J. Quinney College of Law
                                          University of Utah
                                          383 University St.
                                          Salt Lake City, UT 84112
                                          (801) 585-5202[1]
                                          cassellp@law.utah.edu

                                          *COUNSEL FOR MATERIAL WITNESS*
                                          *SARAH RANSOME*
                                          *Admitted Pro Hac Vice*

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## *CERTIFICATE* OF SERVICE

**I HEREBY CERTIFY** that on May 2, 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

    Laura A. Menninger, Esq.
    Jeffrey Pagliuca, Esq.
    HADDON, MORGAN & FOREMAN, P.C.
    150 East 10th Avenue
    Denver, Colorado 80203
    Tel: (303) 831-7364
    Fax: (303) 832-2628
    Email: lmenninger@hmflaw.com
           jpagliuca@hmflaw.com

 

                                                      /s/    Paul G. Cassell
                                                            Paul G. Cassell