UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

    Plaintiff

v.

Case No. 15-cv-07433-RWS

GHISLAINE MAXWELL,
    Defendant
_____/

**AMENDED DECLARATION OF JACK ALAN GOLDBERGER IN SUPPORT**



[redacted]

I declare under penalty of perjury that the foregoing is true and correct.

**/s/ Jack Alan Goldberger**
Jack Alan Goldberger

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2017, I electronically filed a redacted version of the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that instant unredacted version of the foregoing document is being served on May 2, 2017 to all parties of record.

Respectfully submitted,
[redacted]

/s/ Jack Alan Goldberger
Jack Alan Goldberger
Atterbury, Goldberger & Weiss, P.A.
250 Australian Avenue South, #1400
West Palm Beach, Florida 33401
(561) 659-8305
(561) 835-8691 (fax)
jgoldberger@agwpa.com

Martin G. Weinberg
*Pro hac vice*
20 Park Plaza, Suite 1000
Boston, Massachusetts 02116
(617) 227-8616
(617) 338-9538 (fax)
owlmgw@att.net

# EXHIBIT A

Relevant page of Jeffrey Epstein's deposition

**[REDACTED]**

```
                                                    Page 217
 1              J. Epstein - Confidential
 2         THE WITNESS: ▮
 3    BY MR. CASSELL:
 4       Q. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 5    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 6    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 7         MR. PAGLIUCA: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 8    ▮▮▮▮▮▮▮▮
 9         THE WITNESS: ▮
10    BY MR. CASSELL:
11       Q. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
12    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
13         MR. PAGLIUCA: ▮▮▮▮▮▮▮▮▮▮▮▮
14    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
15         THE WITNESS: ▮
16    BY MR. CASSELL:
17       Q. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
18    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
19       A. ▮▮▮▮
20       Q. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
21    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
22         MR. PAGLIUCA: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
23    ▮▮▮▮▮▮▮
24         THE WITNESS: ▮
25
```

MAGNA LEGAL SERVICES