```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/17

-------------------------------------X

VIRGINIA L. GIUFFRE,

               Plaintiff,

  - against -

GHISLAINE MAXWELL,

               Defendant.

-------------------------------------X

15 Civ. 7433 (RWS)

O R D E R

**Sweet, D.J.**

        The Defendant's motion filed April 28, 2017 shall be heard on Wednesday, May 10, 2017 at 11:00 AM in Courtroom 18C, United States Courthouse, 500 Pearl Street. All papers shall be served in accordance with Local Civil Rule 6.1.

        It is so ordered.

**New York, NY**
**May 2, 2017**

                                     ROBERT W. SWEET
                                             U.S.D.J.