

**HADDON**
**MORGAN**
**FOREMAN**

Haddon, Morgan and Foreman, p.c
Laura A. Menninger

150 East 10th Avenue
Denver, Colorado 80203
PH 303.831.7364  FX 303.832.2628
www.hmflaw.com
lmenninger@hmflaw.com



May 1, 2017

<u>Via Email</u>

Hon. Robert W. Sweet
United States District Judge
United States District Court
Daniel Patrick Moynihan Courthouse
Southern District of New York
500 Pearl Street, Room 1940
New York, New York 10007-1312

Re:   *Giuffre v. Maxwell*, 15-cv-07433-RWS

Dear Judge Sweet:

This is a letter motion for a one-day extension of time to submit Ms. Maxwell's financial affidavit. Pursuant to this Court's November 2 Opinion at page 15, Ms. Maxwell was directed to submit an affidavit of total net worth, subject to the Protective Order, attorneys' eyes only, "two weeks prior to the trial." Trial is scheduled to commence on May 15, 2017. A final review of the affidavit and supporting documents is being conducted by accountants in the United Kingdom. Unfortunately, the affidavit is not complete due to a bank holiday in the United Kingdom today. The affidavit will be complete tomorrow.

The defense therefore respectfully requests a one day extension of time until May 2, 2017 to submit defendant's financial affidavit.

Sincerely,

HADDON, MORGAN AND FOREMAN, P.C.

*/s/ Laura A. Menninger*
Laura A. Menninger

So ordered
Sweet
USDJ
5.2.17

Hon. Robert W. Sweet
May 1, 2017
Page 2

## CERTIFICATE OF SERVICE

I certify that on May 1, 2017, I electronically served this *LETTER MOTION* via ELECTRONIC MAIL on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

/s/ Nicole Simmons
Nicole Simmons