UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

VIRGINIA L. GIUFFRE,

        Plaintiff,

  - against -

GHISLAINE MAXWELL,

        Defendant.

------------------------------------------X

15 Civ. 7433 (RWS)

O R D E R

**Sweet, D.J.**

      The Plaintiff's motion in limine filed May 1, 2017 shall be heard on Wednesday, May 10, 2017 at 11:00 AM in Courtroom 18C, United States Courthouse, 500 Pearl Street. All papers shall be served in accordance with Local Civil Rule 6.1.

      It is so ordered.

**New York, NY**
**May   , 2017**

                                     ROBERT W. SWEET
                                            U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/17