UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

15-cv-07433-RWS

---------------------------------------------------X

**Renewed Motion to Compel Non-Party Witness
to Produce Documents and Respond to Deposition Questions and
to Complete Search of ESI**

 

Laura A. Menninger
Jeffrey S. Pagliuca
Ty Gee
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
303.831.7364

# TABLE OF CONTENTS

INTRODUCTION ................................................................................................................. 1
ARGUMENT ....................................................................................................................... 2
Standard for Re-Opening Deposition................................................................................. 2
I. THE CONTENT OF THE IMPROPERLY WITHHELD DOCUMENTS NECESSITATES REOPENING THE DEPOSITION................................................................................. 3
    A.    The newly produced documents require that the deposition be reopened ....................... 3
    B.    The documents confirm that Ransome's refusal to respond to questioning concerning her alleged representation by Dershowitz was improper .................................. 9
II. MS. RANSOME MUST BE REQUIRED TO PRODUCE ALL RESPONSIVE DOCUMENTS .................................................................................................................. 11
    A.    Ms. Ransome and Plaintiff's Counsel are purposefully hiding responsive and relevant documents ........................................................................................ 11
    B.    Ms. Ransome should be required to search her ESI for responsive documents and log all documents withheld ....................................................... 13
    C.    A Privilege Log should be required ................................................................ 14
CONCLUSION .................................................................................................................... 15
CERTIFICATE OF SERVICE ............................................................................................ 17

# PAGES 1-17
# (FILED UNDER SEAL)

Respectfully submitted,

*/s/ Laura A. Menninger*
Laura A. Menninger (LM-1374)
Jeffrey S. Pagliuca (*pro hac vice*)
Ty Gee *(pro hac vice)*
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
Phone: 303.831.7364
Fax: 303.832.2628
lmenninger@hmflaw.com

*Attorneys for Ghislaine Maxwell*

16

## CERTIFICATE OF SERVICE

   I certify that on April 20, 2017, I electronically served this *Defendant's Renewed Motion to Compel Non-Party Witness to Respond to Deposition Questions and Complete Search of ESI* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Holly Rogers*
Holly Rogers

17