UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

15-cv-07433-RWS

---------------------------------------------------X

**Declaration of Laura A. Menninger in Support of Defendant's Renewed Motion to Produce Documents and Respond to Deposition Questions and to Complete Search of ESI**

I, Laura A. Menninger, declare as follows:

1. I am an attorney at law duly licensed in the State of New York and admitted to practice in the United States District Court for the Southern District of New York. I am a member of the law firm Haddon, Morgan & Foreman, P.C., counsel of record for Defendant Ghislaine Maxwell in this action. I respectfully submit this Declaration in support of Ms. Maxwell's Renewed Motion to Compel Non-Party Witness to Produce Documents and to Respond to Deposition Questions and Complete Search of ESI.

2. Attached as Exhibit A is a true and correct copy of ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

3. Attached as Exhibit B is a true and correct copy of ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

2

4. Attached as Exhibit C are true and correct copies of █████████████████

████████████████████████████████████████████████████████████████

5. Attached as Exhibit D is a true and correct copy of ████████████████

████████████████████████████████████████████████████████████████

███████████████████████

6. Attached as Exhibit E is a true and correct copy of ████████████████

████████████████████████████████████████████████████████████████

7. Attached as Exhibit F are a list of additional proposed search terms for purposes of a search of Ms. Ransome's ESI.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 20, 2017.

*s/ Laura A. Menninger*
Laura A. Menninger

## CERTIFICATE OF SERVICE

I certify that on April 20, 2017, I electronically served this *Declaration of Laura A. Menninger in Support of Defendant's Renewed Motion to Compel Non-Party Witness to Respond to Deposition Questions and Complete Search of ESI* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Holly Rogers*
Holly Rogers

3