**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

Plaintiff, Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

Defendant.

______________________________/

**MOTION FOR ORDER TO SHOW CAUSE AND TO ENFORCE COURT'S MARCH 22, 2017 ORDER PURSUANT TO FED. R. CIV. P. 37(b)(2)(A)(vii) AND FOR OTHER EXPEDITED RELIEF AT DEFENDANT'S THIRD DEPOSITION ON MAY 11, 2017**

## I. PROCEDURAL HISTORY

███████████████████████████████████████████████████████████

███

 ███████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████████████████████

**II.     LEGAL ARGUMENT**

 ██████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

 ████████████████████████████████████████████████████

██████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

██████████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████████████████████████

 ███████████████████████████████████████████

  █████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

[redacted]

### III.    RELIEF REQUESTED

Due of this flagrant and material violations of this Court's Order, combined with Defendant's willful violations of this Court's previous Orders, Ms. Giuffre hereby moves the Court to enforce its Order and issue an Order to Show Cause why Defendant should not be held in civil contempt for violation of this Court's Order under Fed. R. Civ. P. 37(b)(2)(A)(vii).

[redacted]

### IV.  CONCLUSION

For the foregoing reasons, Ms. Giuffre respectfully requests that the Court issue an Order to Show Cause why Defendant should not be held in civil contempt pursuant to Fed. R. Civ. P. 37(b)(2)(A)(vii) for her willful violation of this Court's Order, leave to ask Defendant questions about ▮▮▮▮ at her May 11, 2017 deposition, and such further relief that this Court deems just and appropriate.

Dated: May 5, 2017

        Respectfully Submitted,

        BOIES, SCHILLER & FLEXNER LLP

    By: /s/ Meredith Schultz
        Sigrid McCawley (Pro Hac Vice)
        Meredith Schultz (Pro Hac Vice)
        Boies Schiller & Flexner LLP
        401 E. Las Olas Blvd., Suite 1200
        Ft. Lauderdale, FL 33301
        (954) 356-0011

        David Boies
        Boies Schiller & Flexner LLP
        333 Main Street
        Armonk, NY 10504

        Bradley J. Edwards (Pro Hac Vice)
        FARMER, JAFFE, WEISSING,
        EDWARDS, FISTOS & LEHRMAN, P.L.
        425 North Andrews Avenue, Suite 2
        Fort Lauderdale, Florida 33301
        (954) 524-2820

        Paul G. Cassell (Pro Hac Vice)
        S.J. Quinney College of Law
        University of Utah
        383 University St.

Salt Lake City, UT 84112
(801) 585-5202[1]

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 5th day of May, 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

Laura A. Menninger, Esq.
Jeffrey Pagliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com
       jpagliuca@hmflaw.com

/s/ *Meredith Schultz*
Meredith Schultz

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

5