**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

            Plaintiff,                    Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

            Defendant.

_____/

**DECLARATION OF MEREDITH SCHULTZ IN SUPPORT OF
PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE AND TO ENFORCE
COURT'S MARCH 22, 2017 ORDER PURSUANT TO FED. R. CIV. P. 37 (b)(2)(A)(vii)
AND FOR OTHER EXPEDITED RELIEF AT DEFENDANT'S THIRD DEPOSITION
ON MAY 11, 2017**

I, Meredith Schultz, declare that the below is true and correct to the best of my knowledge as follows:

1.      I am a Counsel with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's Order granting my Application to Appear Pro Hac Vice.

2.      I respectfully submit this Declaration in Support of Plaintiff's Motion for Order to Show Cause and to Enforce Court's March 22, 2017 Order Pursuant To Fed. R. Civ. P. 37 (b)(2)(A)(vii) And for Other Expedited Relief at Defendant's Third Deposition On May 11, 2017.

3.      Attached hereto as Exhibit 1 is a true and correct copy of ███████████ ████████████

1

I declare under penalty of perjury that the foregoing is true and correct.


/s/ Meredith Schultz_____
Meredith Schultz, Esq.



Dated: May 5, 2017.

Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP

By:  /s/ Meredith Schultz
     Sigrid McCawley (Pro Hac Vice)
     Meredith Schultz (Pro Hac Vice)
     Boies Schiller & Flexner LLP
     401 E. Las Olas Blvd., Suite 1200
     Ft. Lauderdale, FL 33301
     (954) 356-0011

     David Boies
     Boies Schiller & Flexner LLP
     333 Main Street
     Armonk, NY 10504

     Bradley J. Edwards (Pro Hac Vice)
     FARMER, JAFFE, WEISSING,
     EDWARDS, FISTOS & LEHRMAN, P.L.
     425 North Andrews Avenue, Suite 2
     Fort Lauderdale, Florida 33301
      (954) 524-2820

     Paul G. Cassell (Pro Hac Vice)
     S.J. Quinney College of Law
     University of Utah
     383 University St.
     Salt Lake City, UT 84112
     (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 5th day of May, 2017, I electronically filed the

foregoing document with the Clerk of Court by using the CM/ECF system.  I also certify that the

foregoing document is being served to all parties of record via transmission of the Electronic

Court Filing System generated by CM/ECF.

      Laura A. Menninger, Esq.
      Jeffrey Pagliuca, Esq.
      HADDON, MORGAN & FOREMAN, P.C.
      150 East 10th Avenue
      Denver, Colorado 80203
      Tel: (303) 831-7364
      Fax: (303) 832-2628
      Email: lmenninger@hmflaw.com
            jpagliuca@hmflaw.com

                       /s/ Meredith Schultz
                         Meredith Schultz, Esq.