**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

       Plaintiff,            Case No: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.

_____/

## PLAINTIFF'S MOTION FOR LEAVE TO PERMIT MAGNA LEGAL SERVICES TO BRING PERSONAL ELECTRONIC DEVICES AND VIDEO EQUIPMENT INTO THE COURTHOUSE FOR COURT SUPERVISED DEPOSITION

      Pursuant to this Court's April 26, 2017 Order (DE 869), Plaintiff, by and through undersigned counsel, hereby moves this Court for an Order granting leave for Magna Legal Services to bring Personal Electronic Devices and Video Equipment into the Courthouse for Defendant's deposition scheduled on May 11, 2017 at 10:00am in Judge Sweet's Courtroom 18C. Videographer from Magna Legal Services will comply with all of the obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.

      *See* Exhibit A, completed Standing Order M10-468 form, as Revised.

Dated: May 5, 2017

                                                              /s/ Sigrid McCawley
                                                             Sigrid McCawley, Esq.

Respectfully Submitted,
BOIES, SCHILLER & FLEXNER LLP

By: /s/ Sigrid S. McCawley
Sigrid S. McCawley(*Admitted Pro Hac Vice*)
Meredith Schultz (*Admitted Pro Hac Vice*)
Boies Schiller & Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

David Boies
Boies Schiller & Flexner
333 Main Street
Armonk, NY 10504

Bradley J. Edwards (*Admitted Pro Hac Vice*)
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
 (954) 524-2820

Paul G. Cassell (*Admitted Pro Hac Vice*)
S.J. Quinney College of Law
University of Utah
383 University St.
Salt Lake City, UT 84112
(801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 5th day of May, 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

    Laura A. Menninger, Esq.
    Jeffrey Pagliuca, Esq.
    HADDON, MORGAN & FOREMAN, P.C.
    150 East 10th Avenue
    Denver, Colorado 80203
    Tel: (303) 831-7364
    Fax: (303) 832-2628
    Email: lmenninger@hmflaw.com
           jpagliuca@hmflaw.com

                                      /s/ Sigrid McCawley
                                      Sigrid McCawley, Esq.