United States District Court
Southern District of New York

Virginia L. Giuffre,

       Ms. Giuffre,            Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.
_____/

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE WITNESSES AND EXHIBITS PURSUANT TO FED. R. CIV. P. 37(C)**

                          Sigrid McCawley
                          BOIES SCHILLER FLEXNER LLP
                          401 E. Las Olas Blvd., Suite 1200
                          Ft. Lauderdale, FL 33301
                          (954) 356-0011

# TABLE OF CONTENTS AND PAGES 1-25

# (FILED UNDER SEAL)

### III. CONCLUSION

For the reasons stated above, Ms. Giuffre requests that this Court deny Defendant's motion to exclude in its entirety.

Dated: May 5, 2017

                                Respectfully Submitted,

                                BOIES SCHILLER FLEXNER LLP

                    By: /s/ Sigrid McCawley
                                Sigrid McCawley (Pro Hac Vice)
                                Boies Schiller Flexner LLP
                                401 E. Las Olas Blvd., Suite 1200
                                Ft. Lauderdale, FL 33301
                                (954) 356-0011

                                David Boies
                                Boies Schiller Flexner LLP
                                333 Main Street
                                Armonk, NY 10504

                                Bradley J. Edwards (Pro Hac Vice)
                                FARMER, JAFFE, WEISSING,
                                EDWARDS, FISTOS & LEHRMAN, P.L.
                                425 North Andrews Avenue, Suite 2
                                Fort Lauderdale, Florida 33301
                                (954) 524-2820

                                Paul G. Cassell (Pro Hac Vice)
                                S.J. Quinney College of Law
                                University of Utah
                                383 University St.
                                Salt Lake City, UT 84112
                                (801) 585-5202[2]

---

[2] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 5th day of May, 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

>Laura A. Menninger, Esq.
>Jeffrey Pagliuca, Esq.
>HADDON, MORGAN & FOREMAN, P.C.
>150 East 10th Avenue
>Denver, Colorado 80203
>Tel: (303) 831-7364
>Fax: (303) 832-2628
>Email: lmenninger@hmflaw.com
>         jpagliuca@hmflaw.com

>/s/ *Sigrid S. McCawley*
>Sigrid S. McCawley