# EXHIBIT 11

# (File Under Seal)