United States District Court
Southern District of New York

Virginia L. Giuffre,

       Plaintiff,           Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.
_____/

## DECLARATION OF SIGRID S. MCCAWLEY IN SUPPORT OF PLAINTIFF VIRGINIA GIUFFRE'S MOTION FOR ORDER DIRECTING THE FBI IN MIAMI, FLORIDA TO PRODUCE PHOTOGRAPHS TO THE COURT

I, Bradley Edwards, declare that the below is true and correct to the best of my knowledge as follows:

1. I am a partner with the law firm of Farmer, Jaffe, Wessing, Edwards, Fistos & Lehrman, P.L. and duly licensed to practice in Florida and before this Court pursuant to this Court's September 29, 2015 Order granting my Application to Appear Pro Hac Vice.

2. I respectfully submit this Declaration in support of Plaintiff Virginia Giuffre's Motion for Order Directing the FBI in Miami, Florida to Produce Photographs to the Court.

3. Attached hereto as Exhibit A, is a true and correct copy of the ▇▇▇▇▇.

4. Attached hereto as Exhibit B, is a true and correct copy of a ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

I declare under penalty of perjury that the foregoing is true and correct.

                                            */s/ Bradley Edwards*
                                            Bradley Edwards, Esq.

Dated: May 5, 2017

        Respectfully Submitted,

        BOIES, SCHILLER & FLEXNER LLP

By: /s/ *Bradley Edwards*
    Bradley J. Edwards (Pro Hac Vice)
    FARMER, JAFFE, WEISSING,
    EDWARDS, FISTOS & LEHRMAN, P.L.
    425 North Andrews Avenue, Suite 2
    Fort Lauderdale, Florida 33301
    (954) 524-2820

    Sigrid McCawley (Pro Hac Vice)
    Boies Schiller & Flexner LLP
    401 E. Las Olas Blvd., Suite 1200
    Ft. Lauderdale, FL 33301
    (954) 356-0011

    David Boies
    Boies Schiller & Flexner LLP
    333 Main Street
    Armonk, NY 10504

    Paul G. Cassell (Pro Hac Vice)
    S.J. Quinney College of Law
    University of Utah
    383 University St.
    Salt Lake City, UT 84112
    (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 5th day of May, 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

>Laura A. Menninger, Esq.
>Jeffrey Pagliuca, Esq.
>HADDON, MORGAN & FOREMAN, P.C.
>150 East 10th Avenue
>Denver, Colorado 80203
>Tel: (303) 831-7364
>Fax: (303) 832-2628
>Email: lmenninger@hmflaw.com
>        jpagliuca@hmflaw.com

>/s/ *Bradley Edwards*
>Bradley Edwards