

Sigrid McCawley, Esq.
E-mail: smccawley@bsfllp.com

May 8, 2017

**VIA ECF**

Honorable Judge Robert W. Sweet
District Court Judge
United States District Court
500 Pearl Street
New York, NY 10007

    Re:   *Giuffre v. Maxwell*,
           **Case No.: 15-cv-07433-RWS**

Dear Judge Sweet,

In accordance with the phone conference today with the Court, the parties agree that the hearing set for Wednesday, May 10, 2017 and the trial date set for Monday, May 15, 2017 will be adjourned until May 25, 2017.

           Respectfully submitted,

           */s/ Sigrid McCawley*
           Sigrid McCawley, Esq.
           *Counsel for Plaintiff, Virginia Giuffre*

           */s/ Jeff Pagliuca*
           Jeff Pagliuca, Esq.
           *Counsel for Defendant, Ghislaine Maxwell*

SM:akc

cc:   Jeff Pagliuca, Esq. (via e-mail)
      Laura Menninger, Esq. (via e-mail)