

Meredith Schultz, Esq.
E-mail: mschultz@bsfllp.com

May 5, 2017

**VIA ECF**

Honorable Judge Robert W. Sweet
District Court Judge
United States District Court
500 Pearl Street
New York, NY 10007

    Re:    *Giuffre v. Maxwell*,
              **Case No.: 15-cv-07433-RWS**

Dear Judge Sweet:

    This is a letter motion to exceed the page limits for Plaintiff's Response in Opposition to Defendant's Motion to Exclude Witnesses and Exhibits Pursuant to Fed. R. Civ. P. 37(c).

    Ms. Giuffre respectfully requests the Court to grant her request to exceed the page limits by 5 pages to sufficiently address the complex legal standards involved in this case and the discursive arguments in Defendant's Motion.

Respectfully submitted,

/s/ Meredith Schultz
Meredith Schultz, Esq.

So ordered
Sweet
USDJ
5-8-17

MS:akc

cc:    Jeff Pagliuca, Esq. (via e-mail)
        Laura Menninger, Esq. (via e-mail)