

Sigrid McCawley, Esq.
E-mail: smccawley@bsfllp.com

May 10, 2017

**VIA ECF**

Honorable Judge Robert W. Sweet
District Court Judge
United States District Court
500 Pearl Street
New York, NY 10007

    **Re:**   *Giuffre v. Maxwell*,
          **Case No.: 15-cv-07433-RWS**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/17
```

Dear Judge Sweet,

    In accordance with the phone conference on May 8, 2017 with the Court, the parties agree and respectfully request that the deposition set for Thursday, May 11, 2017 will be adjourned until May 25, 2017.

Respectfully submitted,

/s/ *Sigrid McCawley*
Sigrid McCawley, Esq.
*Counsel for Plaintiff, Virginia Giuffre*

/s/ *Jeff Pagliuca*
Jeff Pagliuca, Esq.
*Counsel for Defendant, Ghislaine Maxwell*

SM:akc

cc:   Jeff Pagliuca, Esq. (via e-mail)
      Laura Menninger, Esq. (via e-mail)

So ordered
Sweet USDJ
5-11-17

BOIES SCHILLER FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com