UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA GIUFFRE,<br><br>    Plaintiff,<br><br> -against-<br><br>GHISLAINE MAXWELL,<br><br>    Defendant;<br><br>and<br><br>ALAN DERSHOWITZ and MICHAEL CERNOVICH,<br><br>    Intervenors. | No. 15 Civ. 7433 (RWS) |

  Notice is hereby given that Intervenor Alan M. Dershowitz appeals to the United States Court of Appeals for the Second Circuit from the order dated May 2, 2017 and filed on May 3, 2017 (ECF No. 892), which construed the motion to unseal made by Intervenor Michael Cernovich on January 19, 2017 (ECF No. 550) and joined by Dershowitz on February 10, 2017 (ECF No. 610) as a motion to modify the protective order and, so construed, denied the motion, and from each and every part thereof.

Dated: May 19, 2017
    New York, New York

            EMERY CELLI BRINCKERHOFF & ABADY LLP

                /s/
            Andrew G. Celli, Jr.
            David A. Lebowitz
            600 Fifth Avenue, 10th Floor
            New York, New York 10020
            (212) 763-5000
            *Attorneys for Intervenor Alan M. Dershowitz*