# United States District Court
# Southern District of New York

VIRGINIA GIUFFRE,

        Plaintiff,                Case No.: 15-cv-07433-RWS

v.

GHISLAINE MAXWELL,

        Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL

Plaintiff, VIRGINIA GIUFFRE, and Defendant, GHISLAINE MAXWELL, by and through their undersigned counsel, hereby stipulate and agree that pursuant to the Settlement Agreement entered into between the parties and Fed. R. Civ. P. 41(a)(1)(A)(ii), this action shall be DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

Dated: May 24, 2016

                                                        Respectfully Submitted,
                                                        FARMER, JAFFE, WEISSING
                                                        EDWARDS, FISTOS & LEHRMAN, P.L.

*/s/ Jeffrey S. Pagliuca*                     By:  */s/ Bradley J. Edwards*
Laura A. Menninger (LM-1374)              Bradley J. Edwards (Pro Hac Vice)
Jeffrey S. Pagliuca (*pro hac vice*)           425 North Andrews Avenue, Suite 2
Ty Gee (*pro hac vice*)                              Fort Lauderdale, Florida 33301
Haddon, Morgan and Foreman, P.C.       (954) 524-2820
150 East 10th Avenue
Denver, CO 80203                                   Sigrid McCawley (Pro Hac Vice)
Phone:   303.831.7364                   Meredith Schultz (Pro Hac Vice)
Fax:      303.832.2628                   Boies Schiller & Flexner LLP
lmenninger@hmflaw.com                  401 E. Las Olas Blvd., Suite 1200
                                                       Ft. Lauderdale, FL 33301
*Attorneys for Ghislaine Maxwell*             (954) 356-0011

                                                       David Boies
                                                       Boies Schiller & Flexner LLP
                                                       333 Main Street

Armonk, NY 10504

Paul G. Cassell (Pro Hac Vice)
S.J. Quinney College of Law
University of Utah
383 University St.
Salt Lake City, UT 84112
(801) 585-5202[1]

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 24th day of May, 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

Laura A. Menninger, Esq.
Jeffrey Pagliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com
         jpagliuca@hmflaw.com

/s/ *Bradley J. Edwards*
Bradley J. Edwards

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.