United States District Court
Southern District of New York

VIRGINIA GIUFFRE,

        Plaintiff,

v.

GHISLAINE MAXWELL,

        Defendant.
_____/

Case No.: 15-cv-07433-RWS



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/25/17

## JOINT STIPULATION FOR DISMISSAL

Plaintiff, VIRGINIA GIUFFRE, and Defendant, GHISLAINE MAXWELL, by and through their undersigned counsel, hereby stipulate and agree that pursuant to the Settlement Agreement entered into between the parties and Fed. R. Civ. P. 41(a)(1)(A)(ii), this action shall be DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

Dated: May 24, 2016

                                Respectfully Submitted,
                                FARMER, JAFFE, WEISSING
                                EDWARDS, FISTOS & LEHRMAN, P.L.

/s/ Jeffrey S. Pagliuca
Laura A. Menninger (LM-1374)
Jeffrey S. Pagliuca (*pro hac vice*)
Ty Gee (*pro hac vice*)
Haddon, Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO 80203
Phone: 303.831.7364
Fax:    303.832.2628
lmenninger@hmflaw.com

*Attorneys for Ghislaine Maxwell*

By: /s/ Bradley J. Edwards
Bradley J. Edwards (Pro Hac Vice)
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
(954) 524-2820

Sigrid McCawley (Pro Hac Vice)
Meredith Schultz (Pro Hac Vice)
Boies Schiller & Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

David Boies
Boies Schiller & Flexner LLP
333 Main Street

So ordered.
/s/ Sweet
5-25-17

Armonk, NY 10504

Paul G. Cassell (Pro Hac Vice)
S.J. Quinney College of Law
University of Utah
383 University St.
Salt Lake City, UT 84112
(801) 585-5202[1]

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 24th day of May, 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

Laura A. Menninger, Esq.
Jeffrey Pagliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com
jpagliuca@hmflaw.com

/s/ *Bradley J. Edwards*
Bradley J. Edwards

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.