UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
VIRGINIA L. GUIFFRE,

               Plaintiff,

                      Case No.: 15-cv-7433 (RWS)

-against-

GHISLAINE MAXWELL,              **NOTICE OF APPEAL**

             Defendant.

-----------------------------------------------------------x

      Notice is hereby given that Intervenor Michael Cernovich d/b/a Cernovich Media ("Cernovich Media") appeals to the United States Court of Appeals for the Second Circuit from the Order dated May 2, 2017 and filed on May 3, 2017 (ECF No. 892), which construed Cernovich Media's Motion to Unseal (ECF No. 550) as a motion to modify the protective order and, so construed, denied the motion, and from each and every part thereof denying the said motion.  Cernovich Media further appeals the implicit order pursuant to which the Opinion (ECF No. 872) setting forth the denial of summary judgment was filed in redacted form on April 27, 2017, implicitly denying Cernovich Media's Opposition to Notice of Plaintiff's Proposed Redactions to this Court's Order Denying Summary Judgment (ECF No. 833).

Dated: May 31, 2017.                    Respectfully submitted,

                                                 */s/ Jay M. Wolman*
                                                 Jay M. Wolman (JW0600)
                                                 RANDAZZA LEGAL GROUP, PLLC
                                                 100 Pearl Street, 14th Floor
                                                 Hartford, CT 06103
                                                 Tele:   702-420-2001
                                                 Fax:   305-437-7662
                                                 Email:  ecf@randazza.com

                                                 *Attorneys for Intervenor,*
                                                 *Michael Cernovich d/b/a Cernovich Media*

CASE NO. 15-cv-7433 (RWS)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of May 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

/s/ Jay M. Wolman
Jay M. Wolman