UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

10/6/17

VIRGINIA GIUFFRE,

              Plaintiff,

    - against -

GHISLAINE MAXWELL,

             Defendant.
------------------------------------------X

15 Civ. 7433 (RWS)

O R D E R

**Sweet, D.J.**

      The motion for leave to intervene and to modify the protective order by proposed Intervenors Jeffrey Epstein and Lesley Groff shall be heard at 11:00 AM on Wednesday, November 8, 2017 in Courtroom 18C, United States Courthouse, 500 Pearl Street.

      It is so ordered.

**New York, NY**
**October 6, 2017**

                                        ROBERT W. SWEET
                                           U.S.D.J.