# United States District Court
# Southern District of New York

Virginia L. Giuffre,

       Plaintiff,              Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.
_____/

## NOTICE OF INTENT TO REQUEST REDACTION OF
## NOVEMBER 8, 2017 HEARING TRANSCRIPT

    Plaintiff, Virginia Giuffre, hereby files this Notice of Intent to Request Redaction of the November 8, 2017 transcript of proceedings pursuant to this Court's Protective Order. *See* Plaintiff's proposed redactions attached hereto as Sealed Exhibit 1.

Dated: November 28, 2017

                              Respectfully Submitted,

                    By: */s Sigrid McCawley*
                        Boies Schiller Flexner LLP
                        401 E. Las Olas Blvd., Suite 1200
                        Ft. Lauderdale, FL 33301
                        (954) 356-0011

By: /s Sigrid McCawley
Sigrid McCawley (*Admitted Pro Hac Vice*)
Meredith Schultz (*Admitted Pro Hac Vice*)
Boies Schiller Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

David Boies
Boies Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

Bradley J. Edwards (*Admitted Pro Hac Vice*)

FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
(954) 524-2820

Paul G. Cassell (*Admitted Pro Hac Vice*)
S.J. Quinney College of Law
University of Utah
383 University St.
Salt Lake City, UT 84112
(801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 28th day of November, 2017, I served the attached document via CM/ECF and e-mail to the following counsel of record.

Laura A. Menninger, Esq.
Jeffrey Pagliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com
           jpagliuca@hmflaw.com


Michael C. Miller
Justin Y.K. Chu, Esq.
Michael A. Keough, Esq.
STEPTOE & JOHNSON LLP
1114 Avenues of the Americas
New York, NY 100036
Email: mmiller@steptoe.com
           jchu@steptoe.com


By:  */s Sigrid McCawley*
       Sigrid McCawley