S.D.N.Y.-N.Y.C.
15-cv-7433
Sweet, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of February, two thousand eighteen.

Present:
  Amalya L. Kearse,
  Debra Ann Livingston,
   *Circuit Judges*,
  Jeffrey Alker Meyer,*
   *District Judge.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Feb. 20, 2018

Virginia L. Giuffre,

    *Plaintiff-Appellee*,

 v.

16-3945 (L),
17-1625 (Con),
17-1722 (Con)

Ghislaine Maxwell,

    *Defendant*,

 v.

Sharon Churcher, Jeffrey Epstein,

    *Respondents*,

Alan M. Dershowitz, Michael Cernovich, DBA Cernovich Media,

    *Intervenors-Appellants*.

---

* Judge Jeffrey Alker Meyer, of the United States District Court for the District of Connecticut, sitting by designation.

CERTIFIED COPY ISSUED ON FEBRUARY 20, 2018

Appellee moves to file her appellate brief under seal. Upon due consideration, it is hereby ORDERED that the motion is GRANTED. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 126 (2d Cir. 2006). To the extent that they have not yet done so, the parties are also hereby instructed to brief for the merits panel the question of appellate jurisdiction in this case. *See, e.g., Nosik v. Singe*, 40 F.3d 592, 596–67 (2d Cir. 1994).

                                      FOR THE COURT:
                                      Catherine O'Hagan Wolfe, Clerk of Court