UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

VIRGINIA L. GIUFFRE,

            Plaintiff,

  - against -

GHISLAINE MAXWELL,

            Defendant.

------------------------------------------X

15 Civ. 7433(RWS)

O R D E R

**Sweet, D.J.**

     The motion to intervene and unseal brought by proposed intervenors Julie Brown and the Miami Herald Media Company shall be heard at 12:00 PM on Wednesday, May 9th, 2018 in Courtroom 18C, United States Courthouse, 500 Pearl Street. All papers shall be served in accordance with Local Civil Rule 6.1.

     It is so ordered.

**New York, NY**
**April 9, 2018**

                                          ROBERT W. SWEET
                                              U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

    Plaintiff,

- against -

GHISLAINE MAXWELL,

    Defendant.

Case No. 15-cv-7433 (RWS)



## NOTICE OF MOTION TO INTERVENE AND UNSEAL

**PLEASE TAKE NOTICE**, that upon the memorandum of law in support of proposed intervenors Julie Brown and the Miami Herald Media Company's Motion to Intervene and Unseal, dated April 6, 2018, and all prior papers and proceedings in this action, Julie Brown and the Miami Herald Media Company move to intervene and for an order unsealing all of the documents in the above-captioned action that have been filed under seal or redacted, and granting such other and further relief as this Court deems just and proper.

Dated: April 6, 2018
   New York, New York

              Respectfully Submitted,

              /s Christine N. Walz
              HOLLAND & KNIGHT LLP
              Sanford L. Bohrer
              Christine N. Walz
              31 West 52nd Street
              New York, NY  10019
              Telephone:  (212) 513-3200

              *Attorneys for Movants/Intervenors*
              *Julie Brown and Miami Herald Media Company*

#56344674_v1