UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| VIRGINIA L. GIUFFRE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| - against - | : | Case No. 15-cv-7433 (RWS) |
| | : | |
| GHISLAINE MAXWELL, | : | **NOTICE OF APPEARANCE** |
| | : | |
| Defendant. | : | |
| | : | |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Christine N. Walz, of the firm Holland & Knight LLP, hereby appears in the above-captioned action on behalf of proposed intervenors Julie Brown and Miami Herald Media Company, and accordingly respectfully requests that she be electronically served (at the e-mail address listed below) with a copy of any future pleadings, filings and submission to the Court.

Dated:  April 10, 2018
New York, New York

Respectfully Submitted,

/s Christine N. Walz
HOLLAND & KNIGHT LLP
Sanford L. Bohrer
Christine N. Walz
31 West 52nd Street
New York, NY  10019
Telephone:  (212) 513-3200
Email: christine.walz@hklaw.com

*Attorneys for Movants/Intervenors*
*Julie Brown and Miami Herald Media Company*