UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE, | : |
| Plaintiff, | : |
| - against - | : Case No. 15-cv-7433 (RWS) |
| GHISLAINE MAXWELL, | : **NOTICE OF APPEARANCE** |
| Defendant. | : |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Sanford L. Bohrer, of the firm Holland & Knight LLP, hereby appears in the above-captioned action on behalf of proposed intervenors Julie Brown and Miami Herald Media Company, and accordingly respectfully requests that he be electronically served (at the e-mail address listed below) with a copy of any future pleadings, filings and submission to the Court.

Dated:  April 10, 2018
         New York, New York

Respectfully Submitted,

/s Sanford L. Bohrer
HOLLAND & KNIGHT LLP
Sanford L. Bohrer
Christine N. Walz
31 West 52nd Street
New York, NY  10019
Telephone:  (212) 513-3200
Email: sandy.bohrer@hklaw.com

*Attorneys for Movants/Intervenors*
*Julie Brown and Miami Herald Media Company*

#56441224_v1