UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>    Plaintiff,<br><br> - against -<br><br>GHISLAINE MAXWELL,<br><br>    Defendant. | Case No. 15-cv-7433 (RWS) |

**RULE 7.1 STATEMENT**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Proposed Intervenor Miami Herald Media Company, by and through its attorneys, Holland & Knight LLP, states that it is a wholly-owned subsidiary of the McClatchy Company, which is publically traded on the New York Stock Exchange.

Dated: April 10, 2018
   New York, New York

                  Respectfully Submitted,

                  /s Christine N. Walz
                  HOLLAND & KNIGHT LLP
                  Sanford L. Bohrer
                  Christine N. Walz
                  31 West 52nd Street
                  New York, NY 10019
                  Telephone: (212) 513-3200

                  *Attorneys for Movants/Intervenors*
                  *Julie Brown and Miami Herald Media Company*