



Haddon, Morgan and Foreman, P.C
Laura A. Menninger

150 East 10th Avenue
Denver, Colorado 80203
PH 303.831.7364 FX 303.832.2628
www.hmflaw.com
lmenninger@hmflaw.com

April 19, 2018

**Via Email**

Hon. Robert W. Sweet
United States District Judge
United States District Court
Daniel Patrick Moynihan Courthouse
Southern District of New York
500 Pearl Street, Room 1940
New York, New York 10007-1312



Re:   *Giuffre v. Maxwell*, 15-cv-07433-RWS

Dear Judge Sweet:

This is an unopposed letter motion for an extension of time for Defendant Ghislaine Maxwell to file a response to Intervenors Julie Brown and the Miami Herald Media Company's Motion to Intervene and Unseal (Doc. 935), filed April 6, 2018.

Defendant's response is currently due April 20, 2018. Defendant seeks a one week extension up to and including April 27, 2018. Counsel for Intervenors Christine Walz do not oppose this request.

We appreciate the Court's consideration of this letter motion.

So ordered
Sweet
USDJ
4·20-18

Sincerely,

HADDON, MORGAN AND FOREMAN, P.C.

*/s/ Laura A. Menninger*
Laura A. Menninger

Hon. Robert W. Sweet
April 19, 2018
Page 2

## CERTIFICATE OF SERVICE

      I certify that on April 19, 2018, I electronically served this *LETTER MOTION* via ELECTRONIC MAIL on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Christine N. Walz
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
Christine.walz@hklaw.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

                                     */s/ Brenda Rodriguez*
                                     Brenda Rodriguez