


Sigrid McCawley, Esq.
Email: smccawley@bsfllp.com

April 20, 2018

**Via Email**

Honorable Judge Robert W. Sweet
United States District Judge
United States District Court
Daniel Patrick Moynihan Courthouse
Southern District of New York
500 Pearl Street, Room 1940
New York, NY 10007

    Re:   *Giuffre v. Maxwell*,
           Case No.: 15-cv-07433-RWS

Dear Judge Sweet,

    This is an unopposed letter motion for an extension of time for Plaintiff Virginia Giuffre to file a response to Intervenors Julie Brown and The Miami Herald Media Company's Motion to Intervene and Unseal (Doc. 935), filed April 6, 2018.

    Plaintiff's response is currently due April 20, 2018. Plaintiff seeks a one week extension up to and including April 27, 2018. Counsel for Intervenors Christine Walz does not oppose this request.

    We appreciate the Court's consideration of this letter motion.

                               Respectfully submitted,

                               /s/ *Sigrid McCawley*

                             Sigrid McCawley, Esq.
                             *Counsel for Plaintiff, Virginia Giuffre*

SSM:dck

*So ordered*
*Sweet*
*USDJ*
*4-23-18*

BOIES SCHILLER FLEXNER LLP

401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com

**BSF**

Honorable Judge Sweet
District Court Judge
April 20, 2018
Page 2

## CERTIFICATE OF SERVICE

I certify that on April 20, 2018, I electronically served this LETTER MOTION via ELECTRONIC MAIL on the following:

Laura A. Menninger
Haddon, Morgan and Foreman, PC
150 East 10th Avenue
Denver, CO 80203
lmenninger@hmflaw.com

Bradley J. Edwards
Farmer, Jaffe, Weissing, Edwards,
Fistos & Lehrman, PL
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
Brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
stanpottinger@aol.com

Christine N. Walz
Holland & Knight LLP
31 West 52nd Street
New York, NY 10019
Christine.walz@hklaw.com

/s/ *Sigrid McCawley*
Sigrid McCawley, Esq.