# EXHIBIT A

# EMERY CELLI BRINCKERHOFF & ABADY LLP

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO
ALISON FRICK
DAVID LEBOWITZ
HAYLEY HOROWITZ
DOUGLAS E. LIEB
ALANNA KAUFMAN
JESSICA CLARKE
EMMA L. FREEMAN

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE
(212) 763-5000
FACSIMILE
(212) 763-5001
WEB ADDRESS
www.ecbalaw.com

CHARLES J. OGLETREE, JR.
DIANE L. HOUK

**FILED UNDER SEAL**

June 21, 2017

**By ECF**

Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Giuffre v. Maxwell*, No. 15 Civ. 7433 (RWS)

Dear Judge Sweet:

    This firm represents Intervenor Professor Alan M. Dershowitz, and we write in anticipation of the parties' forthcoming motion practice concerning the confidentiality of the ▮▮▮▮▮▮▮▮▮▮ deposition.[1]



---

[1] Intervenor Dershowitz respectfully submits that issues concerning the confidentiality of particular materials under the protective order are not mooted by the settlement of the underlying action. *See Gambale v. Deutsche Bank AG*, 377 F.3d 133, 140-41 (2d Cir. 2004).

EMERY CELLI BRINCKERHOFF & ABADY LLP
Page 2



EMERY CELLI BRINCKERHOFF & ABADY LLP
Page 2



Respectfully submitted,

Andrew G. Celli, Jr.

c: Counsel for Plaintiff and Defendant (by Email)

# Exhibit 1 Redacted – Filed Under Seal

# Exhibit 2 Redacted – Filed Under Seal

# Exhibit 3 Redacted – Filed Under Seal

# Exhibit 4 Redacted – Filed Under Seal

# Exhibit 5 Redacted – Filed Under Seal

# Exhibit 6 Redacted – Filed Under Seal