**UNITED STATES DISTRICT COURT**
NEW YORK, NY 10007

CHAMBERS OF
ROBERT W. SWEET
DISTRICT JUDGE

August 22, 2018

Christine N. Walz
Sanford L. Bohrer
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10014

Re:  Giuffre v. Maxwell, 15 Civ. 7433, ECF No. 951

Dear Ms. Walz,

    Thank you for your letter of August 21, 2018. The motion is under advisement.

Sincerely,

Robert W. Sweet, U.S.D.J.

# Holland & Knight

31 West 52nd Street | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Christine N. Walz
+1 212-513-3368
Christine.Walz@hklaw.com

August 21, 2018

***VIA ECF***

The Honorable Robert W. Sweet
United States District Court
 for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street., Courtroom 18C
New York, NY 10007-1312

    Re:    *Giuffre v. Maxwell*, No. 15 Civ. 7433 (RWS)

Dear Judge Sweet:

    My firm represents the movants and proposed intervenors Julie Brown and Miami Herald Media Company in the above-captioned action. On April 6, 2018, we moved to intervene and unseal all of the documents in the above-captioned action that have been filed under seal or redacted. On May 9, 2018, oral argument was held. On behalf of my clients, we are writing to respectfully request the status of the motion. We can provide you with a courtesy copy of the fully submitted motion at your convenience.

    Thank you and we look forward to hearing from you.

                      Sincerely yours,

                      HOLLAND & KNIGHT LLP

                      /s/ Christine N. Walz
                      Christine N. Walz
                      Sanford L. Bohrer
                      HOLLAND & KNIGHT LLP
                      31 West 52nd Street
                      New York, NY 10014
                      T: 212.513.3200 / F: 212.385.9010
                      *Attorneys for Movants/Intervenors*
                      *Julie Brown and Miami Herald Media Company*