UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VIRGINIA GIUFFRE,                                :
                                                 :
                                                 :
                Plaintiff,                       :   Case No. 15-cv-7433 (RWS)
                                                 :
        against                                  :
                                                 :
GHISLAINE MAXWELL,                               :
                                                 :
                                                 :
                Defendant.                       :
-------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Madelaine J. Harrington of Holland & Knight LLP hereby appears in this action on behalf of Intervenors Julie Brown and Miami Herald Media Company, and requests that she be served with copies of all future pleadings, discovery and submissions to the Court.

Dated: September 25, 2018
       New York, New York

                                        Respectfully submitted,

                                        HOLLAND & KNIGHT LLP

                                        By:  /s/ Madelaine J. Harrington
                                             Madelaine J. Harrington
                                             31 West 52nd Street
                                             New York, NY 10019
                                             Telephone: 212.513.3200
                                             Fax:  212.385.9010

                                        *Attorneys for Intervenors Julie Brown
                                        and Miami Herald Media Company*