UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

15-cv-07433-RWS

------------------------------------------------X

**Declaration of Ty Gee in Support of Ms. Maxwell's
Motion for an Order to Show Cause re Protective Order**

I, Ty Gee, declare as follows:

1. I am an attorney at law duly licensed in the State of Colorado and admitted to practice in the United States District Court for the Southern District of New York *pro hac vice*. I am a member of the law firm Haddon, Morgan & Foreman, P.C., counsel of record for Defendant Ghislaine Maxwell ("Maxwell") in this action. I respectfully submit this declaration in support of Ms. Maxwell's Motion for an Order to Show Cause re Protective Ordwer.

2. Attached as Exhibit A is a true and correct copy of Ms. Menninger's correspondence to Ms. MCawley dated July 6, 2017.

3. Attached as Exhibit B is a true and correct copy of Mr. Cassell's correspondence to Ms. Menninger dated July 7, 2017.

4. Attached as Exhibit C is a true and correct copy of Ms. Menninger's correspondence to Ms. MCawley dated September 6, 2018.

2

5. Attached as Exhibit D is a true and correct copy of Mr. Cassell's correspondence to Ms. Menninger dated September 26, 2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 4, 2018

*s/ Ty Gee*

## CERTIFICATE OF SERVICE

I certify that on December 4, 2018, I electronically served this *Declaration Of Ty Gee In Support Of Ms. Maxwell's Motion for and Order to Show Cause re Protective Order* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons