```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
VIRGINIA L. GIUFFRE,

        Plaintiff,                          15 Civ. 7433

   - against -                              ORDER

GHISLAINE MAXWELL,

        Defendant.
-------------------------------------------X
```

**Sweet, D.J.**

Defendant's motion for an order to show cause, Dkt. No. 957, shall be heard at 12:00PM on Wednesday, January 9, 2019 in Courtroom 18C, United States Courthouse, 500 Pearl Street. All papers shall be served in accordance with Local Civil Rule 6.1.

It is so ordered.

**New York, NY**
**December 6, 2018**

ROBERT W. SWEET
U.S.D.J.