

Sigrid S. McCawley, Esq.<br>
Telephone: (954) 356-0011<br>
Email: smccawley@bsfllp.com

December 10, 2018

**VIA CM/ECF**

Honorable Judge Robert W. Sweet
District Court Judge
United States District Court
500 Pearl Street
New York, NY 10007

    Re:    ***Giuffre v. Maxwell*,**
              **Case No.: 15-cv-07433-RWS**

Dear Judge Sweet,

     We are in receipt of Intervenor Dershowitz's letter (DE 956) filed on December 3, 2018. Intervenor Dershowitz has made serious allegations against Plaintiff and her counsel regarding an alleged leak of sealed materials. Because Intervenor Dershowitz has failed to provide any details whatsoever concerning his allegations (which appear to have been made as part of his press strategy in responding to public criticism over his work for Jeffrey Epstein), it is difficult for Plaintiff to respond with specificity. Plaintiff and her counsel are committed to fulfilling their obligations under the Court's protective order, and we take Intervenor Dershowitz's allegations seriously. We request that the Court allow us to take Intervenor Dershowitz's deposition to ascertain with as much detail as possible what he is alleging, and what basis, if any, he has for what he has alleged.

                          Respectfully Submitted,

                          *Sigrid S. McCawley*
                          Sigrid S. McCawley