**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------X

VIRGINIA L. GIUFFRE,

      Plaintiff,

v.                                                                        **15-cv-07433-RWS**

GHISLAINE MAXWELL,

      Defendant.

-------------------------------------------------X

**Declaration of Ty Gee in Support of Ms. Maxwell's Reply to Her**
**Motion for an Order to Show Cause re Protective Order**

I, Ty Gee, declare as follows:

1.      I am an attorney at law duly licensed in the State of Colorado and admitted to practice in the United States District Court for the Southern District of New York *pro hac vice*.  I am a member of the law firm Haddon, Morgan & Foreman, P.C., counsel of record for Defendant Ghislaine Maxwell ("Maxwell") in this action. I respectfully submit this declaration in support of Ms. Maxwell's Reply to Her Motion for an Order to Show Cause re Protective Order.

2.      Attached as Exhibit E is a true and correct copy of excerpts from Ms. Guiffre's Redacted Plaintiff-Appellee Brief, *Giuffre v. Maxwell*, No. 16-3945 (2d Cir. Dec. 13, 2017)

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 18, 2018

                          *s/ Ty Gee*
_____

## CERTIFICATE OF SERVICE

I certify that on December 18, 2018, I electronically served this *Declaration Of Ty Gee In Support Of Ms. Maxwell's Reply to Her Motion for an Order to Show Cause re Protective Order* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons