# EXHIBIT E

# 16-3945-cv(L),
## 17-1625(CON), 17-1722(CON)

## United States Court of Appeals
### *for the*
## Second Circuit

———— • ————

VIRGINIA L. GIUFFRE,

*Plaintiff-Appellee,*

– v. –

GHISLAINE MAXWELL,

*Defendant,*

– v. –

SHARON CHURCHER, JEFFREY EPSTEIN,

*Respondents,*

ALAN M. DERSHOWITZ, MICHAEL CERNOVICH, DBA Cernovich Media,

*Intervenors-Appellants.*

———————————

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

## BRIEF FOR PLAINTIFF-APPELLEE
## [REDACTED]

<div style="display:flex; justify-content:space-between;">

SIGRID S. MCCAWLEY
BOIES SCHILLER FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
(954) 356-0011

PAUL CASSELL
UNIVERSITY OF UTAH, S.J. QUINNEY
  COLLEGE OF LAW
332 South 1400 East, Room 101
Salt Lake City, Utah 84112
(801) 585-5202

</div>

*Attorneys for Plaintiff-Appellee*

## VII. THE DISTRICT COURT REFUSES TO MODIFY THE PROTECTIVE ORDER.

### A.     The Dershowitz Intervention.

On August 11, 2016, Dershowitz sought permission to intervene in the case

for purposes of obtaining an order unsealing certain documents previously filed

with the district or, in the alternative, for an order modifying the protective order

previously entered by the District Court.  J.A.-197.  On November 2, 2016, the

District Court entered an order granting intervention but denying substantive relief.

Sp.A.-16-26.

21

[redacted]

## B.    The Cernovich Intervention.

After the District Court denied Dershowitz's motion, the underlying case between Ms. Giuffre and Ms. Maxwell moved forward.  On January 9, 2017, Maxwell (with whom Dershowitz was working as witness) filed a motion for summary judgment, attaching many of the documents Dershowitz sought, including the so-called memoir document.  C.M.A.- 117.  Then, as if on cue, ten days later, an "investigative journalist" (C.M.A.-096) appeared on the scene claiming a right to access to these materials.  Cernovich's motion sought essentially the same relief Dershowitz requested.  This remarkable concidence becomes less remarkable, given the strong ties between Dershowitz and Cernovich.

Cernovich is the executive producer of a film starring none other than Alan Dershowitz.  C.M.A.-118.

Case 16-3945, Document 132, 12/13/2017, 2193326, Page70 of 72

December 13, 2017

Respectfully Submitted,

*/s/ Paul G. Cassell*
PAUL G. CASSELL
S.J. Quinney College of Law
University of Utah
383 S. University St.
Salt Lake City, UT 84112
(801) 585-5202[13]
BOIES SCHILLER FLEXNER LLP

Sigrid McCawley
Boies Schiller & Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

---

[13] This daytime business address is provided for contact purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.