```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
VIRGINIA L. GIUFFRE,
                                           15 Civ. 7433
         Plaintiff,
                                           ORDER
    - against -

GHISLAINE MAXWELL,

         Defendant.
----------------------------------------X
```

**Sweet, D.J.**

Previously scheduled for January 9, 2019, Defendant's motion for an order to show cause, Dkt. No. 957, shall be heard at 12:00PM on Wednesday, February 6, 2019 in Courtroom 18C, United States Courthouse, 500 Pearl Street.

It is so ordered.

**New York, NY**
**January 15, 2019**

ROBERT W. SWEET
U.S.D.J.