UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VIRGINIA GIUFFRE,

        Plaintiff,

-against-

GHISLAINE MAXWELL,

        Defendant.

---

15 Civ. 7433 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and appear for a conference on July 11 at 2:15 in courtroom 12A to discuss how to proceed.

SO ORDERED.

Dated:    New York, New York
           July 9, 2019

                         _____
                         LORETTA A. PRESKA
                         Senior United States District Judge

1