

Sigrid S. McCawley, Esq.
Telephone: (954) 356-0011
Email: smccawley@bsfllp.com

July 10, 2019

**VIA ECF**

The Honorable Judge Loretta A. Preska
District Court Judge
United States District Court
500 Pearl Street
New York, NY 10007

    Re:    *Giuffre v. Maxwell*,
           Case no. 15-cv-07433-LAP

Dear Judge Preska:

    This firms represents the plaintiff, Virginia Giuffre. We welcome a conference with the Court tomorrow at 2:15 as scheduled. If the Court is inclined to move the conference, we request that it be scheduled as soon as possible. We also note that on the dates proposed by Maxwell's counsel in its letter to the Court, we are not available on August 6-8th but can be available on August 16, 2019.

                Sincerely,

                */s/ Sigrid McCawley*
                Sigrid S. McCawley, Esq.

SSM/

cc:    Counsel of Record    (via ECF)