```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-24-19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

            Plaintiff,

-against-

GHISLAINE MAXWELL,

            Defendant.

15 Civ. 7433 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    In light of the fact that a mandate has not yet issued from the Court of Appeals, the conference currently scheduled for tomorrow is adjourned sine die.

    SO ORDERED.

Dated:    New York, New York
          July 24, 2019

                        *Loretta A. Preska*
                        LORETTA A. PRESKA
                        Senior United States District Judge

1