UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

                Plaintiff,

-against-

GHISLAINE MAXWELL,

                Defendant.

15 Civ. 7433 (LAP)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/19

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and appear for a conference on September 4, 2019 at 9:00AM in courtroom 12A to discuss how to proceed.

SO ORDERED.

Dated:    New York, New York
          August 9, 2019

                              *Loretta A. Preska*
                              LORETTA A. PRESKA
                              Senior United States District Judge

1