UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VIRGINIA GIUFFRE,

        Plaintiff,

-against-

GHISLAINE MAXWELL,

        Defendant.

15 Civ. 7433 (LAP)

AMENDED ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    For the avoidance of doubt, counsel shall agree on the categories of documents (judicial documents, non-judicial documents, and something in between) within two weeks of September 4, 2019. No later than one week thereafter, the proponent of sealing shall submit papers no longer than 5 double-spaced pages, 12-point type, including footnotes, arguing for sealing; no later than one week thereafter, any opponents of sealing (including non-parties) may submit papers no longer than 5 double-spaced pages, 12-point type, including footnotes; and no later than one week thereafter, the proponent of sealing may reply in a letter no longer than 3 double-spaced pages, 12-point type, including footnotes.

SO ORDERED.

Dated:    New York, New York
           September 5, 2019

                              *Loretta A. Preska*
                              LORETTA A. PRESKA
                              Senior United States District Judge