N.Y.S.D. Case #
15-cv-7433(RWS)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of September, two thousand and nineteen.

Before:     José A. Cabranes,
                Rosemary S. Pooler,
                Christopher F. Droney,
                   *Circuit Judges.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sep 13 2019

_____

Julie Brown, Miami Herald Media Company,

         Intervenors - Appellants.

v.

Ghislaine Maxwell,

         Defendant - Appellee,

v.

Virginia L. Giuffre,

         Plaintiff - Appellee.

_____

**STATEMENT OF COSTS**

Docket No. 18-2868

IT IS HEREBY ORDERED that costs are taxed against Defendant-Appellee Ghislaine Maxwell and in favor of Intervenors-Appellants Julie Brown and the Miami Herald Media Company in the amount of $1,604.80.

                                                    For the Court:
                                                    Catherine O'Hagan Wolfe,
                                                    Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 09/13/2019