

Sigrid McCawley<br>
Telephone: (954) 356-0011<br>
Email: smccawley@bsfllp.com

September 20, 2019

**VIA ECF**

The Honorable Judge Loretta A. Preska
District Court Judge
United States District Court
500 Pearl Street
New York, NY 10007

  **Re:** *Giuffre v. Maxwell*,
     **Case No. 15-cv-07433-LAP**

Dear Judge Preska:

  Plaintiff submits this response to Defendant's September 18, 2019, letter (Dkt. 987) in order to correct the record concerning Judge Sweet's handling of deposition materials that were designated for use at trial. Defendant acknowledges that Plaintiff's counsel provided the Court with "more than a dozen boxes of material, presumably all of the deposition transcripts," but then speculates that the transcripts were "unread" and asserts that "[t]he parties do not know whether Judge Sweet ever reviewed any of the deposition designations, counter-designations, or objections." *Id*. at 3.

  Contrary to Defendant's suggestion, Judge Sweet actively reviewed the materials submitted. *See* Dkt. 903 (Apr. 5, 2017, Tr.) at 31 (Court noting it had "two and a half feet of depositions to review with objections"); Ex. A (correspondence between Chambers and Plaintiff's counsel stating: "I just want to make sure that there is nothing MISSING from the Binder that the Judge needs to rule on"). The Court's review of these materials makes clear that these are judicial documents. In addition, the fact that Court reviewed the transcripts, designations, counter-designations, and objections at the same time weighs in favor of grouping these materials in the same category. Ex. A at 1-3. The fact that there is not a separate docket entry for the initial trial deposition designations and instead the Court had the depositions delivered to chambers does not mean that they are not part of the record to be considered for unsealing. The trial deposition designations are clearly part of the court record, as were the objections and the testimony of the counter-designations which have docket entry numbers, were considered by the Court and are subject to the same unsealing review process as other documents in the court record.

       Sincerely,

       */s/ Sigrid McCawley*

       Sigrid S. McCawley, Esq.

BOIES SCHILLER FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com