# EXHIBIT 1

| | |
|---|---|
| **From:** | Laura Menninger <lmenninger@hmflaw.com> |
| **Sent:** | Wednesday, March 1, 2017 9:27 PM |
| **To:** | Sigrid McCawley; Jeff Pagliuca; Ty Gee; Nicole Simmons |
| **Cc:** | Meredith Schultz; Brad Edwards (brad@pathtojustice.com); Paul Cassell (cassellp@law.utah.edu) |
| **Subject:** | RE: Giuffre v. Maxwell, Case No.: 15-cv-07433-RWS |
| **Categories:** | Red Category |

Sigrid –

Thank you for offering to jointly submit typographical corrections to the deposition designations for both parties.  We will be happy to join in a request for correction, but due to scheduling conflicts including (as you know) Jeff's daughter's wedding this week, we are unable to do so by your proposed date of March 3.

Since the depo objections are not being argued until April 6, I propose that both sides aim to submit any changes, as well as one set of depo transcripts marked with both sides designations and objections, by March 24th.

Will you agree to that date?

Thanks,
Laura



**Laura A. Menninger**
**Haddon, Morgan and Foreman, P.C.**
**150 East 10th Avenue**
**Denver, Colorado 80203**
**Main 303.831.7364 FX 303.832.2628**
**lmenninger@hmflaw.com**
**www.hmflaw.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving it in any manner. Thank you.