# EXHIBIT 2

| | |
|---|---|
| **From:** | Sandra Perkins |
| **Sent:** | Friday, March 31, 2017 11:11 AM |
| **To:** | nsimmons@hmflaw.com; lmenninger@hmflaw.com; jpagliuca@hmflaw.com; tgee@hmflaw.com |
| **Cc:** | Meredith Schultz; Sigrid McCawley; Aneisha Christie |
| **Subject:** | Giuffre v. Maxwell re Service of Highlighted Transcript Designations (via secured FTP Site) |

Nicole, please see directions below for obtaining copies of the highlighted transcript designations that are being provided to the Judge today for next week's hearing. Please kindly reply to this e-mail once you have downloaded the materials so that I know that you have received them.
I will send you a password in a separate e-mail for security reasons. Thank you, Sandra

Instructions on accessing the BSF FTP server.

If it's only a couple of files to access, you may use https://bsfftp.bsfllp.com/thinclient/ to upload or download the files with the credentials provided below. For multiple files and folders we recommend using an FTP Client like FileZilla.

Please consult with your IT department before downloading and installing ANY software.

1) Download FileZilla Client here: https://filezilla-project.org/download.php?show_all=1

2) Open FileZilla and click on "File" then "Site Manager" then click on "New Site"
   FileZilla Client Settings:
   Host: bsfftp.bsfllp.com
   Port: 22
   Protocol: SFTP – SSH File Transfer Protocol
   Username: **yam9ftl**
   Password: supplied in a separate email



3) File may be copied and pasted over to your folder of preference on your own computer (i.e. downloads, documents, etc.).

**Sandra Perkins Borger**
Paralegal

**BOIES SCHILLER FLEXNER** LLP
401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL, 33301
(t)  +1 954 377 4219
(m) +1 954 356 0011
sperkins@bsfllp.com
www.bsfllp.com

2