

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA GIUFFRE,

        Plaintiff,

-against-

GHISLAINE MAXWELL,

        Defendant.

15 Civ. 7433 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

It is hereby ordered that:

1. Counsel shall confer and inform the Court by letter no later than November 12 of the motions that were decided in this case (by docket number) together with the docket numbers of the motion papers associated with each such motion.

2. Counsel shall confer and inform the court by letter under seal no later than November 19 of the names and, if known, contact information of any non-parties mentioned in the motion papers listed in paragraph one.

3. Counsel shall confer and inform the Court by letter no later than November 19 of any material in the motion papers listed in paragraph one that should not be unsealed and the reason therefore.

4. Counsel shall submit letters of no more than five double-spaced pages in 12-point type, text and footnotes, no

   later than November 12 informing the Court of their views of the effect of a motion's being undecided on whether the motion papers are or are not a judicial document.

5. To the extent that the parties disagree on items three or four, the party favoring sealing shall submit its letter on November 19, and the party opposing sealing shall submit its letter on November 26.

SO ORDERED.

Dated:   New York, New York
         October 28, 2019

                          _____
                          LORETTA A. PRESKA
                          Senior United States District Judge