# LIST OF DECIDED MOTIONS FILED UNDER SEAL