UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-13-19
```

VIRGINIA L. GIUFFRE,

              Plaintiff,

-against-

GHISLAINE MAXWELL,

              Defendant.

15 Civ. 7433 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The parties have jointly requested clarification of the Court's directive that counsel inform the Court of the names and contact information of non-parties mentioned in the motions previously decided in this case. (See Dkt. No. 1004). Counsel are only required to log the information of non-parties mentioned in filings or materials that remain sealed. Counsel are not required to log the information of any non-parties discussed in materials that have already been unsealed in this litigation. Similarly, counsel are not required to log information of non-parties discussed in otherwise unsealed materials that are included in sealed filings.

    **SO ORDERED.**

Dated:    New York, New York
               November 13, 2019

                                          *Loretta A. Preska*
                                       LORETTA A. PRESKA
                                       Senior United States District Judge