

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA GIUFFRE,

          Plaintiff,

-against-

GHISLAINE MAXWELL,

          Defendant.

15 Civ. 7433 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has reviewed Defendant's letter dated November 18, 2019 [dkt. no. 1010].  First, the Court clarifies that the reasons proffered for maintaining the documents under seal may be stated in summary fashion sufficient for the Court to make a ruling.  Second, time to submit letters in favor of sealing is extended to December 5, 2019.

SO ORDERED.

Dated:    New York, New York
          November 19, 2019

                            LORETTA A. PRESKA
                            Senior United States District Judge

1