UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Virginia L. Giuffre,<br><br>  *Plaintiff*,<br><br>v.<br><br>Ghislaine Maxwell,<br><br>  *Defendant*. | Case No.: 15-cv-07433-RWS |

## NOTICE OF MOTION FOR RECONSIDERATION

PLEASE TAKE NOTICE, upon the accompanying Memorandum in Support, pursuant to Local Rule 6.3 of the Local Rules of the United States District Court for the Southern District of New York, Intervenors Julie Brown and Miami Herald Media Co., hereby move this Court for reconsideration of this Court's Opinion and Order (Dkt. 1018), dated January 13, 2020.

Dated: New York, New York
   January 27, 2020

Respectfully submitted,

/s/ Christine N. Walz
Sanford L. Bohrer
Christine N. Walz
31 West 52nd Street
New York, NY 10019
Telephone: 212.513.3200
Fax:  212.385.9010

*Attorneys for Intervenors*
*Julie Brown and Miami Herald Media Company*