# EXHIBIT C
# (FILE UNDER SEAL)