

Sigrid McCawley, Esq.
Telephone: (954) 356-0011
Email: smccawley@bsfllp.com

March 18, 2020

**VIA ECF**

The Honorable Judge Loretta A. Preska
District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   **Re:**  ***Giuffre v. Maxwell*,**
      <u>**Case No. 15-cv-7433-LAP**</u>

Dear Judge Preska:

   Plaintiff Virginia Giuffre hereby submits her List of Decided Motions pursuant to the Court's instructions at the January 16, 2020 status conference. This document lists which portions of decided motions and their accompanying papers have already been released by the Second Circuit in this matter, with the goal of easing the Court's burden of reviewing the documents to be unsealed. Plaintiff's list is identical to Defendant's list, except that Defendant has failed to include two decided motions: Dkts. 468 & 567. As Plaintiff explained in her February 5, 2020 letter, Dkt. 1029, Judge Sweet decided both motions, and they should be considered in the Court's initial unsealing protocol.

   Plaintiff requests leave to file the List of Decided Motions under seal as it contains information about documents that are currently under seal or redacted.

       Sincerely,

       */s/ Sigrid S. McCawley*

       Sigrid S. McCawley, Esq.

cc:  Counsel of Record  (via ECF)

BOIES SCHILLER FLEXNER LLP

401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com