# Holland & Knight

701 Brickell Avenue, Suite 3300 | Miami, FL 33131 | T  | F 305.789.7799
Holland & Knight LLP | www.hklaw.com

Christine N. Walz
+1 305-789-7678
Sandy.Bohrer@hklaw.com

Sanford L. Bohrer
+1 305-789-7678
Sandy.Bohrer@hklaw.com

March 19, 2020

<u>Via ECF</u>

The Honorable Loretta A. Preska
District Court Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: **List of Decided Motions**
     *Giuffre v. Maxwell*, **Case No. 15-cv-7433-LAP**

Dear Judge Preska:

  Both Plaintiff Virginia Giuffre and Defendant Ghislaine Maxwell have asked for this Court's permission to file a List of Decided Motions under seal because the list contains information that is currently subject to the Sealing Order in this case.  *See* Dkt. 132 and 133.

  "It is the clear law of this Circuit that civil docket sheets 'enjoy a presumption of openness and that the public and the media possess a qualified First Amendment right to inspect them.'" *Bernstein v. Bernstein Litowitz Berger & Grossmann LLP*, No. 14-CV-6867 (VEC), 2016 WL 1071107, at *6 (S.D.N.Y. Mar. 18, 2016), *aff'd*, 814 F.3d 132 (2d Cir. 2016) (disclosing docket sheets after finding there are no "compelling private interests favoring sealing"). Where a presumption of the highest weight exists, "[t]he Court is required to order disclosure absent compelling reasons to deny access and *even then must employ the least restrictive possible means of doing so*." *United States v. All Funds on Deposit at Wells Fargo Bank in San Francisco, California, in Account No. 7986104185*, 643 F. Supp. 2d 577, 585 (S.D.N.Y. 2009)(emphasis added).

  Interveners therefore respectfully request that the List of Decided Motions be filed publicly.  It is unclear to Intervenors what information in the title of any decided motions could be properly sealed.  However, if such information exists, a redacted version of the list or a version of

The Honorable Loretta A. Preska
March 19, 2020
Page 2

the list that replaces names with personal identifiers (*i.e.* John Doe #1) should be publicly filed pending the Court's ruling on whether this information should be unsealed.

        Respectfully submitted,

        HOLLAND & KNIGHT LLP

        /s/ Christine N. Walz
        Sanford L. Bohrer
        Christine N. Walz
        31 West 52nd Street
        New York, NY 10019
        Telephone: 212.513.3200
        Fax:  212.385.9010

        *Attorneys for Intervenors*
        *Julie Brown and Miami Herald Media Company*