```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>            Plaintiff,<br><br>-against-<br><br>GHISLAINE MAXWELL,<br><br>            Defendant. | No. 15 Civ. 7433 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of the parties' letters in response to the Court's March 19, 2020 order on the procedures to be utilized in the unsealing process.  (See dkt. nos. 1037, 1038.) The parties shall confer and shall file on the public docket a dial-in number for a teleconference to take place on March 31, 2020 at 1:00 PM.

**SO ORDERED.**

Dated:   New York, New York
         March 30, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge