# KRIEGER KIM & LEWIN LLP

500 Fifth Avenue  
New York, NY 10110

Telephone: (212) 390-9550  
www.KKLllp.com

March 30, 2020

<u>By ECF</u>

The Honorable Loretta A. Preska  
United States District Judge  
Southern District of New York  
500 Pearl Street, Room 2220  
New York, NY 10007-1312

      Re:    *Giuffre v. Maxwell*, 15 Civ. 07433 (LAP)

Dear Judge Preska:

      We write on behalf of a non-party, John Doe, in response to the parties' submissions, dated March 26, 2020 (DE 1037; DE 1038), and in advance of the conference scheduled for March 31, 2020, *see* Order, dated Mar. 30, 2020, DE 1039, at 1; those submissions regarded additional changes to the protocol for notification of non-parties of the potential unsealing of certain filed documents.  Non-party John Doe concurs with the modifications proposed by the defendant, for the reasons set forth in her submissions.  *See* Defendant's Letter dated Mar. 26, 2020, DE 1037, at 1-2.

      We respectfully propose one additional change to the protocol.  In light of the extraordinary challenges, logistical and otherwise, presented by the ongoing coronavirus/COVID-19 pandemic – as have been formally recognized by this District, *see, e.g.*, *In Re: Coronavirus/COVID-19*, 20-mc-00173 (S.D.N.Y.) – we submit that it is necessary and appropriate to provide at least non-parties with additional accommodations to meet the deadlines and requirements presently provided for under the protocol.

      To that end, we propose the following: that paragraph 2(c) be revised to provide 30 days (rather than 14 days) for non-parties to submit a request for excerpts; that the first sentence of paragraph 2(f) be revised to reflect the same 30-day deadline; and that paragraph 2(d) be similarly revised to provide 30 days (rather than 14 days) for non-parties to submit an objection to unsealing/unredacting and 14 days (rather than 7 days) for non-parties to file a reply in support of their position.

      Respectfully Submitted,  
      KRIEGER KIM & LEWIN LLP

By: _____  
      Nicholas J. Lewin  
      Paul M. Krieger

cc (by ECF):   All counsel of record