

Sigrid S. McCawley<br>
Telephone: (954) 356-0011<br>
Email: smccawley@bsfllp.com

March 30, 2020

**VIA ECF**

The Honorable Loretta A. Preska
District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: *Giuffre v. Maxwell*,
     **Case No. 15-cv-7433-LAP**

Dear Judge Preska,

  Pursuant to the Court's March 30, 2020 Order, Dkt. 1039, the parties hereby provide the following dial-in number for the teleconference on March 31, 2020 at 1:00 PM EST:

      **US Toll**: +1-719-325-2765
      **US Toll Free**: 1-877-211-3621
      **Guest Passcode**: 371662

      Sincerely,

      */s/ Sigrid S. McCawley*

      Sigrid S. McCawley, Esq.

cc: Counsel of Record (via ECF)

BOIES SCHILLER FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com