UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA GIUFFRE,

                              Plaintiff,

        -against-

GHISLAINE MAXWELL,

                              Defendant.

No. 15 Civ. 7433

## **MOTION TO WITHDRAW APPEARANCE BY DAVID A. LEBOWITZ**

Upon the accompanying affirmation of David A. Lebowitz, the undersigned

respectfully moves this Court to withdraw the appearance of David A. Lebowitz on behalf of

Intervenor Alan M. Dershowitz.

Dated: March 31, 2020
        New York, New York

                              KAUFMAN LIEB LEBOWITZ &
                              FRICK LLP


                              By:_____/s/_____
                              David A. Lebowitz
                              10 East 40th St.
                              Suite 3307
                              New York, NY 10016
                              (212) 660-2332

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA GIUFFRE,

                              Plaintiff,

          -against-

GHISLAINE MAXWELL,

                              Defendant.

No. 15 Civ. 7433

## AFFIRMATION OF DAVID A. LEBOWITZ
## IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE

DAVID A. LEBOWITZ, an attorney duly admitted to practice before this Court,

affirms the following to be true under penalty of perjury:

1.      I am a partner in the law firm of Kaufman Lieb Lebowitz & Frick LLP.

Until March 27, 2020, I was an associate with the law firm Emery Celli Brinckerhoff

& Abady LLP ("ECBA"), attorneys for Intervenor Alan M. Dershowitz.

2.      As of March 27, 2020, I have left my employment with ECBA.

3.      Andrew G. Celli is attorney of record for Dershowitz and ECBA continues to

represent him in this action.

4.      I respectfully request that the Court grant the motion to withdraw my appearance

for in this action.

Dated: March 31, 2020
         New York, New York

                              _____
                                          /s/
                              David A. Lebowitz