UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE

               Plaintiff,

-against-

GHISLAINE MAXWELL,

               Defendant.

15 Civ. 7433 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court has considered the parties' submissions regarding the next steps in the Court's individualized review of the sealed materials, (dkt. nos. 1045, 1046), and rules as follows:

1. **Selection of Motions:** The Court will consider the sealed materials in chronological order. While the Court sees some merit to the process proposed by Ms. Giuffre, whereby the Court would select the most docket entries that involve the non-parties and would allow the parties to attempt to reach agreement on motions, (dkt. no. 1046 at 1)[1], it finds that proceeding chronologically will minimize disputes during the motion selection process and will streamline the unsealing process in the long run. The Court may solicit the parties' input as to how many motions to review in a given batch based on the relative volume and complexity of the materials.

2. **First Set of Motions:** The Court will first consider docket entries 143, 164, 172, 199, and 230, as proposed by Ms. Maxwell. (See dkt. no. 1045.)

---

[1] The Court sees no reason to question the motives of Ms. Giuffre in proposing this alternative process, as Ms. Maxwell does in her submission. (See dkt. no. 1045 (noting that Ms. Giuffre selected filings "to speed up review of materials that [she] would like to see unsealed first.")) The present unsealing process is in many ways a cooperative effort between the Court and the parties. It will be completed with greater efficiency if the parties keep the sniping to a minimum.

3. **Notification of Non-Parties:** The Court agrees with Ms. Maxwell's suggestion that "all excerpts applicable to a particular J. Doe be provided at one time, irrespective of whether the Court is then considering all motions and pleadings associated with that [Doe]."  (Dkt. no. 1045 at 2.)  To the extent that this requires substantive changes to the March 31, 2020 Protocol and attached Notices, (dkt. no. 1044), the parties shall submit updated versions by no later than April 16, 2020.

**SO ORDERED.**

Dated:   New York, New York
         April 9, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge