UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA GIUFFRE,

                Plaintiff,

-against-

GHISLAINE MAXWELL,

                Defendant.

No. 15 Civ. 7433

## MOTION TO WITHDRAW APPEARANCE BY DAVID A. LEBOWITZ

Upon the accompanying affirmation of David A. Lebowitz, the undersigned respectfully moves this Court to withdraw the appearance of David A. Lebowitz on behalf of Intervenor Alan M. Dershowitz.

Dated: March 31, 2020
       New York, New York

KAUFMAN LIEB LEBOWITZ &
FRICK LLP

**The motion to withdraw is granted.**
**SO ORDERED.**

*Loretta A. Preska*  4/9/2020

By: _____/s/_____
David A. Lebowitz
10 East 40th St.
Suite 3307
New York, NY 10016
(212) 660-2332

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA GIUFFRE,

                Plaintiff,

   -against-

GHISLAINE MAXWELL,

                Defendant.

No. 15 Civ. 7433

### AFFIRMATION OF DAVID A. LEBOWITZ
### IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE

    DAVID A. LEBOWITZ, an attorney duly admitted to practice before this Court, affirms the following to be true under penalty of perjury:

    1.    I am a partner in the law firm of Kaufman Lieb Lebowitz & Frick LLP. Until March 27, 2020, I was an associate with the law firm Emery Celli Brinckerhoff & Abady LLP ("ECBA"), attorneys for Intervenor Alan M. Dershowitz.

    2.    As of March 27, 2020, I have left my employment with ECBA.

    3.    Andrew G. Celli is attorney of record for Dershowitz and ECBA continues to represent him in this action.

    4.    I respectfully request that the Court grant the motion to withdraw my appearance for in this action.

Dated: March 31, 2020
       New York, New York

                                      /s/
                               David A. Lebowitz