```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>                Plaintiff,<br><br>-against-<br><br>GHISLAINE MAXWELL,<br><br>                Defendant. | 15 Civ. 7433 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court has reviewed the parties' joint letter seeking clarification of the review protocol. (See dkt. no. 1052.) Defendant's position accurately interprets the protocol, i.e., the Court will only review Docket Entries 143, 164, 172, 199, and 230 with respect to Does 1 and 2, meaning only Does 1 and 2 will be notified in the first instance. However, the Court acknowledges the practical difficulties with this process as explained by Plaintiff in her submission, (dkt. no. 1052 at 2), and is thus amenable to unsealing portions of documents mentioning non-parties rather than waiting to unseal the entirety of a given document until all non-parties have provided input. This will hopefully allow the materials to be unsealed on a rolling basis and at a rate somewhat coextensive with that of the review process.

    Moreover, as the Court noted in a previous order, this process is a "cooperative effort between the Court and the parties." (See dkt. no. 1047 at 1 n.1.) Should the current process prove

1

unworkable or inefficient, the Court is happy to revisit the review protocol with the parties' input.

**SO ORDERED.**

Dated:    New York, New York
          May 1, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge