UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA GIUFFRE,

               Plaintiff,

vs.

GHISLAINE MAXWELL,

               Defendant.

Case No. 15-cv-7433 (LAP)

## CERTIFICATE OF SERVICE

I, Sigrid S. McCawley, do hereby certify that on May 11, 2020, pursuant to the Court's Protocol for Unsealing Decided Motions, ECF No. 1044, I served J. Doe 1 with the following documents by first class certified mail with a return receipt requested:

(1) Notice to Non-Parties of Possible Unsealing of Sealed Documents;

(2) Non-Party's Request for Excerpts of Sealed Documents and Acknowledgment of Court Order and Protocol Governing the Excerpts;

(3) Non-Party's Objection to Unsealing; and

(4) Order and Protocol for Unsealing Decided Motions.

Dated: May 15, 2020

                                          /s/ Sigrid S. McCawley
                                          Sigrid S. McCawley