UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA GIUFFRE,<br><br>      Plaintiff,<br><br>vs.<br><br>GHISLAINE MAXWELL,<br><br>      Defendant. | Case No. 15-cv-7433 (LAP) |

**CERTIFICATE OF SERVICE**

  I, Sigrid S. McCawley, do hereby certify that on May 11, 2020, pursuant to the Court's Protocol for Unsealing Decided Motions, ECF No. 1044, I served J. Doe 2 with the following documents by first class certified mail with a return receipt requested:

(1) Notice to Non-Parties of Possible Unsealing of Sealed Documents;

(2) Non-Party's Request for Excerpts of Sealed Documents and Acknowledgment of Court Order and Protocol Governing the Excerpts;

(3) Non-Party's Objection to Unsealing; and

(4) Order and Protocol for Unsealing Decided Motions.

Dated:  May 15, 2020

              /s/ Sigrid S. McCawley
              Sigrid S. McCawley