UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Virginia L. Giuffre,

    *Plaintiff*,

v.

Ghislaine Maxwell,

    *Defendant*.

Case No.: 15-cv-07433-LAP

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Cynthia A. Gierhart of the law firm of Holland & Knight LLP hereby appears in this action as counsel for Intervenors Julie Brown and Miami Herald Media Company and accordingly respectfully requests that she be electronically served (at the e-mail address listed below) with a copy of any future pleadings, filings and submission to the Court.

Dated: June 22, 2020

Respectfully submitted,

s/ Cynthia A. Gierhart
Cynthia A. Gierhart
HOLLAND & KNIGHT, LLP
800 17th Street, N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 469-5416
Email: cindy.gierhart@hklaw.com

*Attorney for Intervenors Julie Brown and Miami Herald Media Company*