UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
VIRGINIA GIUFFRE,                                             1:15-cv-7433 (LAP)

                           Plaintiff,

            - against -                                          **STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL FOR INTERVENOR ALAN M. DERSHOWITZ**

GHISLAINE MAXWELL,

                          Defendant.
------------------------------------------------------------------------X

     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, pursuant to Local Rule 1.4, that Aidala Bertuna & Kamins, P.C. shall be substituted in the place and stead of Emery Celli Brinckerhoff & Abady LLP as counsel of record for intervenor Alan M. Dershowitz in the above-captioned matter.

     Intervenor enters into this substitution of counsel knowingly and voluntarily.

| | |
|---|---|
| EMERY CELLI BRINCKERHOFF & ABADY LLP | AIDALA, BERTUNA & KAMINS, P.C. |
| By: /s/*Andrew G. Celli, Jr.*<br>Andrew G. Celli, Jr., Esq.<br>600 Fifth Avenue, 10th Floor<br>New York, New York 10020<br>(212) 763-5000<br>acelli@ecbalaw.com | By: *Imran H. Ansari*<br>Imran H. Ansari, Esq.<br>546 Fifth Avenue, 6th Floor<br>New York, New York 10036<br>(212) 486-0011<br>iansari@aidalalaw.com |
| *Outgoing Counsel for Intervenor* | *Incoming Counsel for Intervenor* |
| Dated: June 23, 2020 | Dated: June 23, 2020 |

SO ORDERED;

_____
                    U.S.D.J.

Dated: _____

1