UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
VIRGINIA L. GIUFFRE,

                        Plaintiff,

      - against -

GHISLAINE MAXWELL,

                        Defendant.
----------------------------------------------------------------------X

Case No.1:15-cv-07433-LAP

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE,** that **IMRAN H. ANSARI** of **AIDALA, BERTUNA & KAMINS, P.C**. hereby appears as counsel for intervenor, **ALAN M. DERSHOWITZ**, in the above-entitled action.   Please enter this appearance, and service of all papers in this action should be served upon the undersigned at the office stated below.

Dated:  New York, New York
          June 24, 2020

Yours, etc.

**AIDALA, BERTUNA & KAMINS, PC**

By:

*Imran H. Ansari*

IMRAN H. ANSARI, ESQ.
*Attorneys for Intervenor*
*Alan M. Dershowitz*
546 Fifth Avenue, 6th Floor
New York, New York 10036
(212) 486-0011

CC: *All Counsel of Record via ECF*

1

## CERTIFICATE OF SERVICE

    I, Imran H. Ansari, certify that on June 24, 2020, a copy of the foregoing was filed electronically and emailed via the Court's CM/ECF electronic noticing system. Parties may access this filing through the Court's CM/ECF System.

                      Respectfully submitted,

                      **AIDALA, BERTUNA & KAMINS, P.C.**

By:    /s/*Imran H. Ansari*
        Imran H. Ansari
        *Attorneys for Defendant*
        546 Fifth Avenue
        New York, New York 10036
        (212) 486-0011