UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
VIRGINIA GIUFFRE,                                        1:15-cv-7433 (LAP)

                    Plaintiff,

        - against -                                **STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL FOR INTERVENOR ALAN M. DERSHOWITZ**

GHISLAINE MAXWELL,

                  Defendant.
------------------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, pursuant to Local Rule 1.4, that Aidala Bertuna & Kamins, P.C. shall be substituted in the place and stead of Emery Celli Brinckerhoff & Abady LLP as counsel of record for intervenor Alan M. Dershowitz in the above-captioned matter.

Intervenor enters into this substitution of counsel knowingly and voluntarily.

| EMERY CELLI BRINCKERHOFF & ABADY LLP | AIDALA, BERTUNA & KAMINS, P.C. |
|---|---|
| By: /s/*Andrew G. Celli, Jr.*<br>    Andrew G. Celli, Jr., Esq.<br>    600 Fifth Avenue, 10th Floor<br>    New York, New York 10020<br>    (212) 763-5000<br>    acelli@ecbalaw.com | By: *Imran H. Ansari*<br>    Imran H. Ansari, Esq.<br>    546 Fifth Avenue, 6th Floor<br>    New York, New York 10036<br>    (212) 486-0011<br>    iansari@aidalalaw.com |
| *Outgoing Counsel for Intervenor* | *Incoming Counsel for Intervenor* |
| Dated: June 23, 2020 | Dated: June 23, 2020 |

SO ORDERED;

_____*Loretta A. Preska*_____
                U.S.D.J.

Dated: _____June 24, 2020_____

1