**Exhibit A**
**Plaintiff's Position on Docket Entries 143, 164, 172, 199, & 230**

| Docket Entry | Plaintiff's Position |
|---|---|
| **143: Plaintiff's Motion to Compel Defendant to Answer Deposition Questions** | • Unseal with applicable *Brown* minimal redactions (if any) and redactions of yet-to-be-noticed Non-Party names (if any) |
| **144** | • Unseal in full (no applicable *Brown* minimal redactions or yet-to-be-noticed Non-Party names) |
| **144-1** | • Unseal with applicable *Brown* minimal redactions (if any) and redactions of yet-to-be-noticed Non-Party names (if any) |
| **144-2** | • Unseal with applicable *Brown* minimal redactions (if any) and redactions of yet-to-be-noticed Non-Party names (if any) |
| **144-4** | • Unseal with applicable *Brown* minimal redactions (if any) and redactions of yet-to-be-noticed Non-Party names (if any) |
| **144-5** | • Unseal with applicable *Brown* minimal redactions (if any) and redactions of yet-to-be-noticed Non-Party names (if any) |
| **144-6** | • Unseal with applicable *Brown* minimal redactions (if any) and redactions of yet-to-be-noticed Non-Party names (if any) |
| **144-7** | • Unseal with applicable *Brown* minimal redactions (if any) and redactions of yet-to-be-noticed Non-Party names (if any) |
| **149** | • Unseal with applicable *Brown* minimal redactions (if any) and redactions of yet-to-be-noticed Non-Party names (if any) |
| **150** | • Unseal in its entirety (no applicable *Brown* minimal redactions or yet-to-be-noticed Non-Parties) |
| **150-1** | • Unseal pages released by Second Circuit (*see* List of Decided Motions)<br>• Unseal remainder of the document with applicable *Brown* minimal redactions (if any) and redactions of yet-to-be-noticed Non-Party names (if any) |
| **152** | • Unseal portions summarizing Doe 1's public statements (pg. 6)<br>• Unseal portions summarizing deceased Non-Party's public statements (pg. 6) |

**Exhibit A**
**Plaintiff's Position on Docket Entries 143, 164, 172, 199, & 230**

|  |  |
|---|---|
|  | • Unseal remainder of the document with applicable *Brown* minimal redactions (if any) and redactions of yet-to-be-noticed Non-Party names (if any) |
| **153** | • Unseal in full (no applicable *Brown* minimal redactions or yet-to-be-noticed Non-Party names) |
| **153-1** | • Unseal with applicable *Brown* minimal redactions (if any) and redactions of yet-to-be-noticed Non-Party names (if any) |
| **164: Defendant's Motion to Compel all Attorney-Client Communications and Work Product Put At Issue by Plaintiff and Her Attorneys** | • Unseal in full (no applicable *Brown* minimal redactions or yet-to-be-noticed Non-Party names) |
| **165** | • Unseal in full (no applicable *Brown* minimal redactions or yet-to-be-noticed Non-Party names) |
| **165-3** | • Unseal in full (document is already public) |
| **165-8** | • Unseal with applicable *Brown* minimal redactions (if any) and redactions of yet-to-be-noticed Non-Party names (if any) |
| **165-10** | • Unseal with applicable *Brown* minimal redactions (if any) and redactions of yet-to-be-noticed Non-Party names (if any) |
| **165-11** | • Unseal in full (no applicable *Brown* minimal redactions or yet-to-be-noticed Non-Party names) |
| **184** | • Unseal portions mentioning Doe 1 or Doe 2 (pg. 3)<br>• Unseal with applicable *Brown* minimal redactions (if any) and redactions of yet-to-be-noticed Non-Party names (if any) |
| **185** | • Unseal in full (no applicable *Brown* minimal redactions or yet-to-be-noticed Non-Party names) |
| **185-2** | • Unseal in full (document is already public) |
| **185-3** | • Unseal in full (document is already public) |
| **185-11** | • Unseal pages released by Second Circuit (*see* List of Decided Motions)<br>• Unseal remainder of document with applicable *Brown* minimal redactions (if any) and redactions of yet-to-be-noticed Non-Party names (if any) |
| **185-13** | • Unseal in full (no applicable *Brown* minimal redactions or yet-to-be-noticed Non-Party names) |

**Exhibit A**
**Plaintiff's Position on Docket Entries 143, 164, 172, 199, & 230**

| | |
|---|---|
| **185-14** | • Unseal with applicable *Brown* minimal redactions (if any) and redactions of yet-to-be-noticed Non-Party names (if any) |
| **185-15** | • Unseal in full (document is already public) |
| **185-16** | • Unseal with applicable *Brown* minimal redactions (if any) and redactions of yet-to-be-noticed Non-Party names (if any) |
| **194** | • Unseal in full (no applicable *Brown* minimal redactions or yet-to-be-noticed Non-Party names) |
| **194-3** | • Unseal in full (no applicable *Brown* minimal redactions or yet-to-be-noticed Non-Party names) |
| **172: Plaintiff's Motion to Exceed Presumptive Ten Deposition Limit** | • Unseal with applicable *Brown* minimal redactions (if any) and redactions of yet-to-be-noticed Non-Party names (if any)<br>• In the alternative, at a minimum, unseal bullets summarizing Maxwell's public deposition testimony |
| **173** | • Unseal with applicable *Brown* minimal redactions (if any) and redactions of yet-to-be-noticed Non-Party names (if any) |
| **173-5** | • Unseal pages released by Second Circuit (*see* List of Decided Motions)<br>• No position as to the remainder of the document |
| **173-6** | • Unseal pages released by Second Circuit (*see* List of Decided Motions)<br>• Unseal portions mentioning Doe 1 or Doe 2 (pg. 71, 72, 73, 218)<br>• Unseal the remainder of the document with applicable *Brown* minimal redactions (if any) and redactions of yet-to-be-noticed Non-Party names (if any) |
| **189** | • Unseal everything except for redaction on page 5 until Non-Party deponent receives notice |
| **190** | • Unseal in full (no applicable *Brown* minimal redactions or yet-to-be-noticed Non-Party names) |
| **190-1** | • Unseal everything except for inadvertently included letter on page 2 |
| **203** | • Unseal portions mentioning Doe 1 or Doe 2 (pp. 2, 5, 6)<br>• Unseal the remainder of the document with applicable *Brown* minimal redactions (if any) and redactions of yet-to-be-noticed Non-Party names (if any) |

**Exhibit A**
**Plaintiff's Position on Docket Entries 143, 164, 172, 199, & 230**

| | |
|---|---|
| **204** | • Unseal with applicable *Brown* minimal redactions (if any) and redactions of yet-to-be-noticed Non-Party names (if any) |
| **204-1** | • Unseal pages released by Second Circuit (*see* List of Decided Motions)<br>• No position as to the remainder of the document |
| **204-2** | • Unseal pages released by Second Circuit (*see* List of Decided Motions)<br>• No position as to the remainder of the document |
| **204-3** | • Unseal in full (no applicable *Brown* minimal redactions or yet-to-be-noticed Non-Party names) |
| **211** | • Unseal portions mentioning Doe 1 or Doe 2 (pp. 2, 5, 6)<br>• Unseal the remainder of the document with applicable *Brown* minimal redactions (if any) and redactions of yet-to-be-noticed Non-Party names (if any) |
| **212** | • Unseal portions mentioning Doe 1 or Doe 2 (pg. 2)<br>• Unseal the remainder of the document with applicable *Brown* minimal redactions (if any) and redactions of yet-to-be-noticed Non-Party names (if any) |
| **212-1** | • Unseal pages released by Second Circuit (*see* List of Decided Motions)<br>• No position as to the remainder of the document |
| **212-2** | • Unseal pages released by Second Circuit (*see* List of Decided Motions)<br>• No position as to the remainder of the document |
| **212-3** | • Unseal in full (no applicable *Brown* minimal redactions or yet-to-be-noticed Non-Party names) |
| **224** | • Unseal portions mentioning Doe 1 or Doe 2 (p. 2)<br>• Unseal the remainder of the document with applicable *Brown* minimal redactions (if any) and redactions of yet-to-be-noticed Non-Party names (if any) |
| **199: Plaintiff's Motion for Extension of Time to Complete Depositions** | • N/A (not currently sealed or redacted) |
| **228** | • Unseal with applicable *Brown* minimal redactions (if any) and redactions of yet-to-be-noticed Non-Party names (if any) |
| **229** | • Unseal with applicable *Brown* minimal redactions (if any) and redactions of yet-to-be-noticed Non-Party names (if any) |

4

**Exhibit A**
**Plaintiff's Position on Docket Entries 143, 164, 172, 199, & 230**

| | |
|---|---|
| **229-1** | • No position |
| **229-2** | • Unseal pages released by Second Circuit (*see* List of Decided Motions)<br>• Unseal the remainder of the document with applicable *Brown* minimal redactions (if any) and redactions of yet-to-be-noticed Non-Party names (if any) |
| **229-4** | • Unseal pages released by Second Circuit (*see* List of Decided Motions)<br>• Unseal the remainder of the document with applicable *Brown* minimal redactions (if any) and redactions of yet-to-be-noticed Non-Party names (if any) |
| **229-10** | • Unseal in full (no applicable *Brown* minimal redactions or yet-to-be-noticed Non-Party names) |
| **229-11** | • Unseal in full (no applicable *Brown* minimal redactions or yet-to-be-noticed Non-Party names) |
| **248** | • No position |
| **249** | • Unseal in full (no applicable *Brown* minimal redactions or yet-to-be-noticed Non-Party names) |
| **249-4** | • Unseal portions mentioning Doe 1 or Doe 2 (pp. 4, 5)<br>• Unseal the remainder of the document with applicable *Brown* minimal redactions (if any) and redactions of yet-to-be-noticed Non-Party names (if any) |
| **249-13** | • Unseal portions mentioning Doe 1 or Doe 2 (p. 2)<br>• Unseal the remainder of the document with applicable *Brown* minimal redactions (if any) and redactions of yet-to-be-noticed Non-Party names (if any) |
| **249-14** | • Unseal with applicable *Brown* minimal redactions (if any) and redactions of yet-to-be-noticed Non-Party names (if any) |
| **249-15** | • Unseal with applicable *Brown* minimal redactions (if any) and redactions of yet-to-be-noticed Non-Party names (if any) |
| **230:**<br>**Defendant's Motion to Reopen Deposition of Plaintiff Virginia Giuffre** | • Keep redactions of information related to Plaintiff's medical history<br>• Unseal the remainder of the document with applicable *Brown* minimal redactions (if any) and redactions of yet-to-be-noticed Non-Party names (if any) |

5

**Exhibit A**
**Plaintiff's Position on Docket Entries 143, 164, 172, 199, & 230**

| | |
|---|---|
| **235** | • Unseal with applicable *Brown* minimal redactions (if any) and redactions of yet-to-be-noticed Non-Party names (if any) |
| **235-4** | • Unseal pages released by Second Circuit (*see* List of Decided Motions)<br>• Unseal portions mentioning Doe 1 or Doe 2 (pp. 122, 126, 134, 138)<br>• Unseal the remainder of the document with applicable *Brown* minimal redactions (if any) and redactions of yet-to-be-noticed Non-Party names (if any) |
| **235-5** | • Medical records on pages 5-12 should remain sealed<br>• Unseal the remainder of the document with applicable *Brown* minimal redactions (if any) and redactions of yet-to-be-noticed Non-Party names (if any) |
| **235-6** | • Keep sealed |
| **235-7** | • No position |
| **235-8** | • Keep sealed |
| **235-9** | • Keep sealed |
| **235-10** | • Unseal with applicable *Brown* minimal redactions (if any) and redactions of yet-to-be-noticed Non-Party names (if any) |
| **235-12** | • Unseal with applicable *Brown* minimal redactions (if any) and redactions of yet-to-be-noticed Non-Party names (if any) |
| **235-13** | • Unseal with applicable *Brown* minimal redactions (if any) and redactions of yet-to-be-noticed Non-Party names (if any) |
| **260** | • Keep redactions |
| **260-1** | • Keep sealed |
| **260-2** | • Keep sealed |
| **267** | • Keep redactions of information related to Plaintiff's medical history<br>• Unseal the remainder of the document with applicable *Brown* minimal redactions (if any) and redactions of yet-to-be-noticed Non-Party names (if any) |

**Exhibit A**
**Plaintiff's Position on Docket Entries 143, 164, 172, 199, & 230**

| | |
|---|---|
| **268** | • Unseal with applicable *Brown* minimal redactions (if any) and redactions of yet-to-be-noticed Non-Party names (if any) |
| **268-1** | • Keep sealed |
| **268-2** | • Unseal pages released by Second Circuit (*see* List of Decided Motions)<br>• No position on the remainder of the document |