UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>               Plaintiff,<br><br>-against-<br><br>GHISLAINE MAXWELL,<br><br>               Defendant. | No. 15 Civ. 7433 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court will rule telephonically on the unsealing of materials relevant to docket entries 143, 164, 172, 199, and 230, with respect to Does 1 and 2, on July 23, 2020, at 11:30 a.m. EST. The Court will communicate separately to counsel information for joining the teleconference. Members of the media and the general public may join the teleconference using the following listen-only line: (888) 363-4734, access code: 4645450.

**SO ORDERED.**

Dated:    New York, New York
            July 21, 2020

                                      *Loretta A. Preska*
                                  LORETTA A. PRESKA
                                  Senior United States District Judge