UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

15-cv-07433-LAP

------------------------------------------------X

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Ghislaine Maxwell, Defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from the district court's Order of July 23, 2020, unsealing the deposition materials and the Order of July 29, 2020, denying Ms. Maxwell's motion to reconsider.

Dated: July 29, 2020.

Respectfully submitted,

*s/ Laura A. Menninger*
Laura A. Menninger (LM-1374)
Jeffrey S. Pagliuca (*pro hac vice*)
Ty Gee (*pro hac vice*)
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
Phone:   303.831.7364
Fax:       303.832.2628
lmenninger@hmflaw.com

*Attorneys for Ghislaine Maxwell*

1

## CERTIFICATE OF SERVICE

  I certify that on July 29, 2020, I filed this *Notice of Appeal* with the Clerk of Court through CM/ECF, which will send notice of the filing to all parties of record.

                      */s/ Nicole Simmons*