

**Haddon, Morgan and Foreman,** P.C
**Laura A. Menninger**

150 East 10th Avenue
Denver, Colorado  80203
PH  303.831.7364  FX  303.832.2628
www.hmflaw.com
LMenninger@hmflaw.com

July 30, 2020

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  Motion to File Under Seal
     *Giuffre v. Ghislaine Maxwell*, No. 15 Civ. 7433 (LAP)

Dear Judge Preska:

This is a letter motion seeking leave to permit Ms. Maxwell to file a redacted Letter to the
Court and her proposed redactions to Sealed Materials under seal.

The Protective Order governing this case states:

> Whenever a party seeks to file any document or material containing CONFIDENTIAL
> INFORMATION with the Court in this matter, it shall be accompanied by a Motion to
> Seal pursuant to Section 6.2 of the Electronic Case Filing Rules & Instructions for the
> Southern District of New York.

Doc. # 62 at 4.  The Letter to the Court and the proposed unredactions contain information
deemed CONFIDENTIAL by the parties pursuant to the Protective Order.  References to and
discussion of specific CONFIDENTIAL materials are necessary to support Ms. Maxwell's
request that certain materials remain under seal pending notification to other Nonparties.

Ms. Maxwell intends to file the redacted version of the Letter publicly on ECF and seeks
leave only to file the unredacted version and the proposed unredactions under seal.

                    Respectfully submitted,

                    Laura A. Menninger

CC: Counsel of Record *via* ECF