

July 30, 2020

**VIA ECF**

The Honorable Loretta A. Preska
District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: *Giuffre v. Maxwell*,
     **Case No. 15-cv-7433-LAP**

Dear Judge Preska,

 Plaintiff files this letter motion seeking leave to file her second July 30, 2020 letter on the public docket with redactions. The letter contains certain information deemed confidential pursuant to the Protective Order and that Maxwell redacted in her July 30, 2020 letter. DE 1083. Plaintiff intends to file the redacted version of the letter publicly on ECF and seeks leave only to file the unredacted version under seal.

          Sincerely,

          /s/ Sigrid S. McCawley

          Sigrid S. McCawley, Esq.

cc: Counsel of Record (via ECF)

BOIES SCHILLER FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com