

**Haddon, Morgan and Foreman,** P.C
**Laura A. Menninger**

150 East 10th Avenue
Denver, Colorado  80203
PH  303.831.7364  FX  303.832.2628
www.hmflaw.com
LMenninger@hmflaw.com

July 30, 2020

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  July 23 and July 29, 2020 Orders (Docs. 1077, 1079)
    *Giuffre v. Ghislaine Maxwell*, No. 15 Civ. 7433 (LAP)

Dear Judge Preska:

  Ms. Maxwell writes to request an emergency forthwith phone conference with the Court regarding the materials ordered to be released.  Many of the materials Plaintiff proposes to release are subject to the Court's stay of yesterday, July 29, 2020.  If those materials are released in violation of the stay, Ms. Maxwell and many non-parties' rights will be irreparably harmed.  Counsel is available at any time convenient to the Court.

      Very truly yours,

      Laura A. Menninger

CC: Counsel of Record *via* ECF