UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

                    Plaintiff,

 -against-

GHISLAINE MAXWELL,

                    Defendant.

No. 15 Civ. 7433 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

     The Court has conferred with counsel regarding Defendant Ghislaine Maxwell's request for an emergency conference.  (Dkt. no. 1088.)  At this juncture, the Court has determined that an emergency conference is not necessary.  Counsel shall proceed with unsealing as previously ordered.

**SO ORDERED.**

Dated:     New York, New York
           July 30, 2020

           _____
           LORETTA A. PRESKA
           Senior United States District Judge