

July 30, 2020

**VIA ECF**

The Honorable Loretta A. Preska
District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Giuffre v. Maxwell*,
              **Case No. 15-cv-7433-LAP**

Dear Judge Preska,

    Pursuant to the Court's orders dated July 28, 29, and 30, 2020 (ECF Nos. 1077, 1079, and 1087), Plaintiff files the documents listed in Exhibit A to Plaintiff Virginia Giuffre's Opposition to Defendant Ghislaine Maxwell's Objections to Unsealing Docket Entries 143, 164, 172 199, and 230 (ECF No. 1068-1), as attachments hereto.

    Plaintiff will file "Ms. Maxwell's and Doe 1's deposition transcripts and any sealed materials that quote or disclose information from them . . . on Monday, August 3, 2020, subject to any further stay ordered by the Court of Appeals." ECF No. 1079 at 3-4.

                                             Sincerely,

                                             /s/ Sigrid S. McCawley
                                             Sigrid S. McCawley, Esq.

    cc:  Counsel of Record  (via ECF)