# United States District Court
## Southern District of New York

Virginia L. Giuffre,

        Plaintiff,         Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

        Defendant.

_____/

**DECLARATION OF SIGRID S. McCAWLEY IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF HER MOTION TO COMPEL DEFENDANT TO ANSWER DEPOSITION QUESTIONS FILED UNDER SEAL**

I, Sigrid S. McCawley, declare that the below is true and correct to the best of my knowledge as follows:

1. I am a partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's September 29, 2015 Order granting my Application to Appear Pro Hac Vice.

2. I respectfully submit this Declaration in support of Plaintiff's Reply in Support of her Motion to Compel Defendant To Answer Deposition Questions Filed Under Seal.

3. Attached hereto as Exhibit 1, is a true and correct copy of Excerpts from the April 22, 2016 Deposition Transcript of Ghislaine Maxwell.

4. Attached hereto as Composite Exhibit 2, are true and correct copies of the Flight Logs of Jeffrey Epstein's private planes and summary charts.

5. Attached hereto as Exhibit 3, is a true and correct copy of the Palm Beach Police Report.

6. Attached hereto as Exhibit 4, are true and correct copies of Excerpts from the July 29, 2009 Deposition Transcript of Alfredo Rodriguez.

7. Attached hereto as Exhibit 5, is a true and correct copy of Excerpts from Juan Alessi's November 21, 2005 Sworn Statement.

8. Attached hereto as Exhibit 6, is a true and correct copy of Excerpts from the September 8, 2009 Deposition Transcript of Juan Alessi.

9. Attached hereto as Exhibit 7, is a true and correct copy of Excerpts from the August 7, 2009 Deposition Transcript of Alfredo Rodriguez.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Sigrid S. McCawley
Sigrid S. McCawley, Esq.

Dated: May 11, 2016.

                                      Respectfully Submitted,

                                      BOIES, SCHILLER & FLEXNER LLP

                        By: /s/ Sigrid McCawley
                              Sigrid McCawley (Pro Hac Vice)
                              Boies, Schiller & Flexner LLP 401 E.
                              Las Olas Blvd., Suite 1200 Ft.
                              Lauderdale, FL 33301
                              (954) 356-0011

                              David Boies
                              Boies, Schiller & Flexner LLP 333
                              Main Street
                              Armonk, NY 10504

                              Bradley J. Edwards (Pro Hac Vice)
                              FARMER, JAFFE, WEISSING,
                              EDWARDS, FISTOS & LEHRMAN, P.L.
                              425 North Andrews Avenue, Suite 2
                              Fort Lauderdale, Florida 33301
                              (954) 524-2820

                              Paul G. Cassell (Pro Hac Vice)
                              S.J. Quinney College of Law
                              University of Utah
                              383 University St.
                              Salt Lake City, UT 84112
                              (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 11, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

Laura A. Menninger, Esq.
Jeffrey Paliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com
jpagliuca@hmflaw.com

/s/ Sigrid S. McCawley
Sigrid S. McCawley, Esq.