**EXHIBIT J**

```
To:         Brad Edwards[brad@pathtojustice.com]
Cc:         Sharon Churcher[Sharon.Churcher@mailonsunday.co.uk]
From:       Virginia Giuffre
Sent:       Thur 6/9/2011 9:41:33 PM
Importance: Normal
Subject:    Fw:
Received:   Thur 6/9/2011 9:41:33 PM
```

Hello,
Please see below message from a paper in London. I don't know how they got this info, but it's a bit frightening to me. What do you think?

Thanks,
Jenna

--- On Thu, 9/6/11, Sandra White <██████████> rote:

From: Sandra White <██████████>
Subject:
To: ██████████
Received: Thursday, 9 June, 2011, 4:37 PM

Hi Virginia
This was in the Daily telegraph here today and followed up by other papers. Did you know about it?
s x

## Question Duke of York over sex abuser, says victim

The Duke of York "knows the truth" about the sexual abuse of under-age girls by his friend Jeffrey Epstein and should be made to testify about him, a former "sex slave" of the billionaire financier has claimed.



Jeffrey Epstein Photo: REX



By Jon Swaine

6:30AM BST 09 Jun 2011

GIUFFRE004875
CONFIDENTIAL

Virginia Roberts told lawyers in Florida that the Duke could give a "valuable" insight into the behaviour of Epstein, a convicted sex offender.

She said she was afraid to name friends of Epstein whom she was made to massage because some were "influential" and she was "scared".

Miss Roberts, who was born in California, alleges that, from the age of 15, she was paid to follow Epstein around the world and be sexually exploited by him and his "adult male peers, including royalty".

She was one of at least 17 women anonymously to settle lawsuits with the former Wall Street money manager after alleging in a criminal inquiry in 2005 that he had abused them as under-age girls.

Epstein was sentenced to 18 months in prison in 2008 after admitting soliciting prostitution and soliciting a minor for prostitution.

Miss Roberts, who is now 27 and lives in Australia with her young family, revived the case in February when she admitted she was "Jane Doe 102" and claimed she had met the Duke three times.

She was interviewed last month by a lawyer for a Florida attorney who represents several of the alleged victims and is being sued by Epstein, who claims the cases against him are bogus. She was read a short list of Epstein's male friends and asked which "would have relevant information about Jeffrey's taking advantage of under-age girls" if they were asked to give "sworn testimony".

"Prince Andrew," suggested the lawyer, Jack Scarola. "Yes, he would know a lot of the truth," she said.

"I don't know how much he would be able to help you with. But seeing he's in a lot of trouble himself these days ... I think he may be valuable. I'm not too sure of him."

Miss Roberts described how she was made to gratify Epstein sexually, and that he paid her to do the same to about eight of his male friends. "Are you able to name those people for me?" asked Mr Scarola. "No, not at this stage," she said. "I just, some of these people are really influential in power ... I'm just afraid to say it to you." She added: "I'm really scared of where this is gonna go."

Asked about Epstein's friendship with the Duke, Miss Roberts said: "I am angry about how they are still up to their old ways together and that they're still hanging out."

The pair were pictured walking in Central Park in New York in December. It was later claimed that the Duke was asking Epstein to help pay £15,000 of the debts of his former wife, Sarah Ferguson.

Miss Roberts indicated she had given fresh evidence to FBI agents, who are looking again at Epstein's case.

There is no suggestion that the Duke of York has done anything wrong. Epstein's attorney did not respond to a request for comment.

A source close to the Duke of York stressed that he had no involvement with young girls and insisted that he had "no knowledge whatsoever" of Mr Epstein's activities until they appeared in the media.

GIUFFRE004876
CONFIDENTIAL

To:       Sharon Churcher[Sharon.Churcher@mailonsunday.co.uk]
From:     Virginia Giuffre
Sent:     Thur 6/9/2011 11:59:52 PM
Importance:   Normal
Subject:  Re: draft...how about this?
Received: Thur 6/9/2011 11:59:52 PM

Sorry took so long to reply, my computer was frozen. I think it's absolutely perfect...thank you for sending me this. I found the "Telecon Interview" and it says nothing about being a sworn statement or testimony, and whoever published that article took the phrase about ▮▮▮ straight out of my captions. Not cool!!
Anyways I am sending this to Brad right now...Many Thanks!!!

Jenna

--- On **Thu, 9/6/11, Sharon Churcher** <*Sharon.Churcher@mailonsunday.co.uk*> wrote:

From: Sharon Churcher <Sharon.Churcher@mailonsunday.co.uk>
Subject: draft...how about this?
To: "Virginia Giuffre" ▮▮▮
Received: Thursday, 9 June, 2011, 11:34 PM

Hi Brad,

I am very upset about the fact that a purported account of an off-the-cuff conversation I believed was confidential has been filed without my knowledge or approval in a court of law.

I understood that all conversations between us were governed by attorney-client privilege. Please advise me if this is correct.

.I recall telling you and Mr. Scarola I did not wish to be involved in the proceedings in which my purported statement has been filed. I thought when you put me on the phone to him that I was giving him some confidential help as a favour to you.

I am grateful for your decision to accept me as a client but I must ask that the purported statement be withdrawn from the record.

If you continue to represent me – and I hope that you will – I must request that you inform me in writing of any filings in which my name is involved and send them to me for prior review to ensure that they are accurate.

Sincerely,

Virginia Roberts

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

GIUFFRE004877
CONFIDENTIAL

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delete it from your system. Please be advised that the views and opinions expressed in this e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachments to it for viruses as we can take no responsibility for any computer virus which may be transferred by way of this e-mail. Use of this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of these facilities.
Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121 England.

GIUFFRE004878
CONFIDENTIAL

To:        Sharon Churcher[Sharon.Churcher@mailonsunday.co.uk]
From:      Virginia Giuffre
Sent:      Fri 6/10/2011 12:15:55 AM
Importance: Normal
Subject:   RE: draft...how about this?
Received:  Fri 6/10/2011 12:15:55 AM

Too late, but i don't think he'll catch on anyways. I changed a few words around so it sounds more like a unprofessional 20 something year old. Lets see what he sends back. Will let you know. Thanks Matie!!!
xoxox Jenna

--- On Fri, 10/6/11, Sharon Churcher <Sharon.Churcher@mailonsunday.co.uk> wrote:

From: Sharon Churcher <Sharon.Churcher@mailonsunday.co.uk>
Subject: RE: draft...how about this?
To: "Virginia Giuffre"
Received: Friday, 10 June, 2011, 12:02 AM

Take the o out of favour! Gives me away!!!

From: Virginia Giuffre
Sent: 09 June 2011 20:00
To: Sharon Churcher
Subject: Re: draft...how about this?

Sorry took so long to reply, my computer was frozen. I think it's absolutely perfect...thank you for sending me this. I found the "Telecon Interview" and it says nothing about being a sworn statement or testimony, and whoever published that article took the phrase about Andrew straight out of my captions. Not cool!!

Anyways I am sending this to Brad right now...Many Thanks!!!

Jenna

--- On Thu, 9/6/11, Sharon Churcher <Sharon.Churcher@mailonsunday.co.uk> wrote:

From: Sharon Churcher <Sharon.Churcher@mailonsunday.co.uk>
Subject: draft...how about this?
To: "Virginia Giuffre"
Received: Thursday, 9 June, 2011, 11:34 PM

Hi Brad,

I am very upset about the fact that a purported account of an off-the-cuff conversation I believed was confidential has been filed without my

GIUFFRE004879
CONFIDENTIAL

knowledge or approval in a court of law.

I understood that all conversations between us were governed by attorney-client privilege. Please advise me if this is correct.

.I recall telling you and Mr. Scarola I did not wish to be involved in the proceedings in which my purported statement has been filed. I thought when you put me on the phone to him that I was giving him some confidential help as a favour to you.

I am grateful for your decision to accept me as a client but I must ask that the purported statement be withdrawn from the record.

If you continue to represent me – and I hope that you will – I must request that you inform me in writing of any filings in which my name is involved and send them to me for prior review to ensure that they are accurate.

Sincerely,

Virginia Roberts

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

---

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delete it from your system. Please be advised that the views and opinions expressed in this e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachments to it for viruses as we can take no responsibility for any computer virus which may be transferred by way of this e-mail. Use of this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of these facilities.
Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121 England.

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

GIUFFRE004880
CONFIDENTIAL

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

---

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delete it from your system. Please be advised that the views and opinions expressed in this e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachments to it for viruses as we can take no responsibility for any computer virus which may be transferred by way of this e-mail. Use of this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of these facilities.
Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121 England.

GIUFFRE004881
CONFIDENTIAL