# EXHIBIT K

# *GIUFFRE*

# *VS.*

# *MAXWELL*

Deposition

# **VIRGINIA GIUFFRE**

05/03/2016

_____

*Agren Blando Court Reporting & Video, Inc.*

*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

| | |
|---|---|
| **Page 297** | **Page 299** |
| 1 e-mailing and speaking with Sharon Churcher in 2011 | 1     A    I believe there was -- and this is just |
| 2 about the Vanity Fair possibly purchasing your | 2 going off my recollection. |
| 3 photograph -- | 3     Q    Um-hum. |
| 4     A    Um-hum. | 4     A    I believe there was a time when she was -- |
| 5     Q    -- do you recall whether you shared with | 5 oh, God, I can't remember. I really can't remember |
| 6 Sharon Churcher anything that you had discussed with | 6 and don't want to say anything without looking at |
| 7 your attorney, Mr. Edwards? | 7 that exact e-mail. Do you have it to show me? |
| 8     A    In relationship to what? Like, have I | 8     Q    Well, I'm sure it's probably in there but |
| 9 identified people to her? | 9 I don't want to take the time to look for it now. |
| 10     Q    Right. | 10     A    Okay. |
| 11     A    Yes. | 11     Q    So I understand you're just repeating what |
| 12     Q    Okay. So you -- you identified people to | 12 you recall from your memory. |
| 13 her and you then looped back to her about your | 13     A    Yes. |
| 14 conversations with Mr. Edwards, correct? | 14     Q    And it may not be accurate because you're |
| 15     MR. EDWARDS: Object to the form. | 15 not looking at the document. I've got that caveat. |
| 16     A    I'm sorry, can you rephrase? I don't | 16     What do you recall, just as you're sitting |
| 17 understand. | 17 there? |
| 18     Q    (BY MS. MENNINGER) All right. So you | 18     A    I know there was e-mails that Sharon sent |
| 19 were e-mailing with her -- | 19 to me suggesting to say to Brad Edwards, I know that. |
| 20     A    Um-hum. | 20 I don't remember or recall exactly what was in those |
| 21     Q    -- getting her advice about whether or not | 21 statements. |
| 22 to sell your [redacted] picture to Vanity Fair? | 22     Q    Okay. And did you send those e-mails to |
| 23     A    Right. | 23 Mr. Edwards, as you recall today? |
| 24     Q    She asked you to run some information by | 24     A    I don't know. I'm sorry. |
| 25 Brad -- | 25     Q    And do you know if you went back to Sharon |
| **Page 298** | **Page 300** |
| 1     A    Yes. | 1 Churcher and told her about the conversations or |
| 2     Q    -- Edwards. And you said that you were | 2 e-mails you had with Mr. Edwards? |
| 3 going to do that? | 3     A    Some of them, I'm sure, yes. |
| 4     A    Um-hum. | 4     Q    Because you were in fairly regular contact |
| 5     Q    And then you spoke to Mr. Edwards, | 5 with Sharon Churcher at that time, correct? |
| 6 correct? | 6     A    Right, at that time. |
| 7     A    I don't know if I spoke to him or if I | 7     Q    All right. I want to introduce to you |
| 8 e-mailed him. | 8 Defendant's Exhibit 26. |
| 9     Q    Okay. And then did you report back to | 9     (Exhibit 26 marked.) |
| 10 Sharon Churcher what you had discussed with | 10     Q    (BY MS. MENNINGER) Have you seen this |
| 11 Mr. Edwards? | 11 document before? |
| 12     A    I'm not too sure. Like I said, going back | 12     A    I don't know if I've seen this specific |
| 13 to the 2011 e-mails, look at this pile here. It's | 13 document before, but I've seen something close to it, |
| 14 impossible for me to know. | 14 I think. |
| 15     Q    So you were having a lot of communications | 15     Q    All right. Do you see the date on the |
| 16 with Sharon Churcher in 2011? | 16 document? |
| 17     A    In 2011, yes. | 17     A    March 10th, 2011. |
| 18     Q    All right. And Mr. Edwards was your | 18     Q    March 9th? |
| 19 attorney in 2011, correct? | 19     A    I see March 10th, sorry. |
| 20     A    Yes. | 20     Q    Hmm. |
| 21     Q    And did you ever have Sharon Churcher | 21     A    London, March 10th, 2011. |
| 22 draft for you e-mail to send to Mr. Edwards? | 22     MR. EDWARDS: Both dates are there. |
| 23     A    Yes, I believe -- I believe she did. | 23     MS. MENNINGER: I'm sure they are. I'm |
| 24     Q    And why did she draft e-mails for you to | 24 just not seeing the one that you're seeing. |
| 25 send to Mr. Edwards? | 25     THE DEPONENT: Oh, I'm sorry. |