**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

       Plaintiff,               Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.

_____/

### NON-REDACTED DECLARATION OF SIGRID S. MCCAWLEY IN SUPPORT OF PLAINTIFF VIRGINIA GIUFFRE'S RESPONSE TO MOTION TO COMPEL ATTORNEY-CLIENT COMMUNICATIONS AND ATTORNEY WORK PRODUCT MATERIALS

I, Sigrid S. McCawley, declare that the below is true and correct to the best of my knowledge as follows:

1. I am an associate with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's Order granting my Application to Appear Pro Hac Vice.

2. I respectfully submit this Declaration in support of Plaintiff Virginia Giuffre's Response in Opposition to Defendant's Motion to Compel Attorney Client Communications and Attorney Work Product Materials.

3. Attached hereto as Exhibit 1, is a true and correct copy of Emergency Petition (CVRA Complaint) filed in Jane Doe 1 v. United States, No. 9:08-cv-80736 (S.D. Fla. July 7, 2008.

4. Attached hereto as Exhibit 2, is a true and correct copy of the Jane Does' 3 and 4 Corrected Joinder Motion (filed under seal).

5. Attached hereto as Exhibit 3, Response to Motion to Intervene (filed under seal).

6. Attached hereto as Exhibit 4, Order denying Jane Doe 3's motion to join.

7. Attached hereto as Exhibit 5, is a true and correct copy of the Complaint in Edwards and Cassell v. Dershowitz.

8. Attached hereto as Exhibit 6 is a true and correct copy of Motion to Compel.

9. Attached hereto as Exhibit 7 is a true and correct copy of Response in Opposition to Motion to Compel.

10. Attached hereto as Exhibit 8 is a true and correct copy of Reply in Support of Motion to Compel.

11. Attached hereto as Exhibit 9 is a true and correct copy of Sur-Reply in Support Opposition to Motion to Compel

12. Attached hereto as Exhibit 10 is a true and correct copy of Order Denying Motion to Compel.

13. Attached hereto as Exhibit 11 is a true and correct copy of Composite Exhibit of Deposition Excerpts from the Deposition of Virginia Giuffre, at 22-23, 131-32; 173-74; 183; 200-12 (filed under seal).

14. Attached hereto as Exhibit 12 is a true and correct copy of Notice of Withdrawal of Summary Judgment Motion.

15. Attached hereto as Exhibit 13 is a true and correct copy of Affidavit of Ms. Giuffre (May 30, 2016).

16. Attached hereto as Exhibit 14 is a true and correct copy of Deposition excerpt of Paul Cassell, Volume I, dated Oct. 16, 2015, at 39:24 – 40:2.

17. Attached hereto as Exhibit 15 is a true and correct copy of Transcript of Scarola/Edwards interview on April 7, 2011.

18. Attached hereto as Exhibit 16 is a true and correct copy of Common interest agreement.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Sigrid McCawley
Sigrid McCawley

Dated: June 1, 2016

        Respectfully Submitted,

        BOIES, SCHILLER & FLEXNER LLP

By: /s/ Sigrid McCawley
        Sigrid McCawley (Pro Hac Vice)
        Meredith Schultz (Pro Hac Vice)
        Boies, Schiller & Flexner LLP
        401 E. Las Olas Blvd., Suite 1200
        Ft. Lauderdale, FL 33301
        Tel: (954) 356-0011
        Email: smccawley@bsfllp.com

        David Boies
        Boies, Schiller & Flexner LLP
        333 Main Street
        Armonk, NY 10504

        Paul G. Cassell (Pro Hac Vice)
        Ronald N. Boyce Presidential Professor of
        Criminal Law
        S.J. Quinney College of Law at the
        University of Utah
        383 S. University St.
        Salt Lake City, UT 84112-0730
        (801) 585-5202 (phone)
        (801) 585-2750 (fax)
        Email: cassellp@law.utah.edu

        Bradley Edwards (Pro Hac Vice)
        Farmer, Jaffe, Weissing, Edwards,
          Fistos & Lehrman, P.L.
        425 North Andrews Avenue, Suite 2
        Fort Lauderdale, Florida 33301
        Tel: (954) 524-2820
        Fax: (954) 524-2822
        Email: brad@pathtojustice.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 4, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

Laura A. Menninger, Esq.
Jeffrey Paliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com

/s/ Sigrid S. McCawley
Sigrid S. McCawley, Esq.