# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Civil Action No. 15-cv-07433-RWS

---

CONFIDENTIAL VIDEOTAPED DEPOSITION OF
VIRGINIA GIUFFRE                    May 3, 2016

---

VIRGINIA L. GIUFFRE,

Plaintiff,

v.

GHISLAINE MAXWELL,

Defendant.

---

APPEARANCES:

    FAMER, JAFFE, WEISSING, EDWARDS, FISTOS &
    LEHRMAN, P.L.
        By Brad Edwards, Esq.
           425 N. Andrews Avenue
           Suite 2
           Fort Lauderdale, FL 33301
           Phone: 954.524.2820
           brad@pathtojustice.com
           Appearing on behalf of the
           Plaintiff


    BOIES, SCHILLER & FLEXNER LLP
        By Sigrid S. McCawley, Esq. (For Portion)
           401 East Las Olas Boulevard
           Suite 1200
           Fort Lauderdale, FL 33301-2211
           Phone: 954.356.0011
           smccawley@bsfllp.com
           Appearing on behalf of the
           Plaintiff

1  APPEARANCES: (Continued)

2  HADDON, MORGAN AND FORMAN, P.C.
       By Laura A. Menninger, Esq.
3         Jeffrey S. Pagliuca, Esq.
       150 East 10th Avenue
4      Denver, CO 80203
       Phone: 303.831.7364
5      lmenninger@hmflaw.com
       jpagliuca@hmflaw.com
6      Appearing on behalf of the
       Defendant

7

   Also Present:
8       Brenda Rodriguez, Paralegal
        Nicholas F. Borgia, CLVS Videographer

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1        Q     And you're talking about line 4?
 2        A     Line 4.
 3        Q     Paragraph 4 or line 4?
 4        A     Oh, sorry.  Number 4, the paragraph
 5   number 4.
 6        Q     Okay.  And what part of paragraph 4 do you
 7   now believe to be untrue?
 8        A     In approximately --
 9              MR. EDWARDS:  Object to the form.
10              You can answer.
11        A     In approximately 1999 when I was 15 years
12   old I met Ghislaine Maxwell.
13        Q     (BY MS. MENNINGER)  Okay.
14        A     I now know that it was 2000, that I was 16
15   years old when I met Ghislaine Maxwell.
16        Q     So when you signed this document under
17   penalty of perjury stating that it was true, you no
18   longer believe that to be true, correct?
19        A     It was an honest mistake.  We had no idea
20   how to pinpoint without any kind of records or dates
21   or anything like that.  I was just going back
22   chronologically through time.  And that's the best
23   time that I thought it was.  And now I know the
24   facts, so it's good to know.
25        Q     So you now believe that a document you
```

1    filed under oath is no longer true, correct?
2             MR. EDWARDS:  Object to the form.
3       A    I wouldn't say that it wasn't true.  I was
4    just unaware of the times and the dates.
5       Q    (BY MS. MENNINGER)  Again, is there more
6    than one truth, Ms. Roberts?
7       A    No, there's no more than one truth.
8       Q    All right.  So a document in which you
9    swore that you were 15 years old when you met
10   Ms. Ghislaine Maxwell is an untrue statement,
11   correct?
12            MR. EDWARDS:  Object to the form.
13      A    It's not that it's an untrue statement.
14   It was a mistake.  So it wasn't intentionally trying
15   to say something that wasn't true.  It was to my best
16   knowledge that I thought it was 1999.  And when I got
17   my records from Mar-a-Lago I was able to find out
18   that it was 2000.  And this was entered before I
19   found out the actual dates that I did work at
20   Mar-a-Lago.
21      Q    (BY MS. MENNINGER)  Okay.  So a document
22   that you filed under oath --
23      A    Um-hum.
24      Q    -- is now, you believe to be untrue,
25   correct?

1           MR. EDWARDS:  Objection.  Asked and
2  answered.
3       Q    (BY MS. MENNINGER)  You may answer.
4           MR. EDWARDS:  Answer again.
5       A    Again, I wouldn't say it's untrue.  Untrue
6  would mean that I would have lied.  And I didn't lie.
7  This was my best knowledge at the time.  And I did my
8  very best to try to pinpoint time periods going back
9  such a long time ago.
10           It wasn't until I found the facts that I
11  worked at Mar-a-Lago in 2000 that I was able to
12  figure that out.
13       Q    (BY MS. MENNINGER)  And approximately when
14  did you learn those facts about the dates you worked
15  at Mar-a-Lago?
16       A    I would say it was mid-2015.
17       Q    Mid-2015 is the first time you became
18  aware of the dates --
19       A    I don't know the exact --
20       Q    If you could just let me finish.
21       A    I'm sorry.
22       Q    That's all right.  Approximately mid-2015
23  when you learned the true dates that you had worked
24  at Mar-a-Lago?
25       A    That's correct.  Sorry.

1      Q      And based on the fact that you learned the
2    fact you had worked at Mar-a-Lago in 2000 -- you
3    became aware in mid-2015 --
4      A      Um-hum.
5      Q      -- that you had met Ms. Maxwell in 2000,
6    correct?
7      A      That's --
8             MR. EDWARDS:   Object to the form.
9      A      That's correct.
10     Q      (BY MS. MENNINGER)   All right.   And you
11   became aware in mid-2015 that you were not 15 years
12   old when you met Ghislaine Maxwell, correct?
13            MR. EDWARDS:   Object to the form.
14     A      That's correct.
15     Q      (BY MS. MENNINGER)   Okay.   And who
16   provided you those Mar-a-Lago records in
17   approximately mid-2015?
18            MR. EDWARDS:   I'm going to object.
19            And to the extent that this invades the
20   attorney-client privilege, if it was your attorneys
21   that you spoke to and learned this information or
22   received this information from, then you're
23   instructed not to answer.
24     A      I cannot answer that question.
25     Q      (BY MS. MENNINGER)   Did you yourself look