United States District Court
Southern District of New York

Virginia L. Giuffre,

Plaintiff,   Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

Defendant.

_____/

**DECLARATION OF SIGRID S. McCAWLEY IN SUPPORT OF PLAINTIFF'S REPLY TO MOTION TO EXCEED PRESUMPTIVE TEN DEPOSITION LIMIT**

I, Sigrid S. McCawley, declare that the below is true and correct to the best of my knowledge as follows:

1. I am a partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's September 29, 2015 Order granting my Application to Appear Pro Hac Vice.

2. I respectfully submit this Declaration in Support of Plaintiff's Reply to Motion to Exceed Presumptive Ten Deposition Limit.

3. Attached hereto as Exhibit 1 is a true and correct copy of ▮▮▮▮▮ Deposition Transcript excerpts dated May 18, 2016.

4. Attached hereto as Exhibit 2 is a true and correct copy of ▮▮▮▮▮ Rough Deposition Transcript excerpts dated June 10, 2016.

5. Attached hereto as Exhibit 3 is a true and correct copy of Juan Alessi's Deposition Transcript excerpts dated June 1, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Sigrid S. McCawley
Sigrid S. McCawley, Esq.

Dated: June 13, 2016.

                          Respectfully Submitted,

                          BOIES, SCHILLER & FLEXNER LLP

           By:  /s/ Sigrid McCawley
                Sigrid McCawley (Pro Hac Vice)
                Meredith Schultz (Pro Hac Vice)
                Boies Schiller & Flexner LLP
                401 E. Las Olas Blvd., Suite 1200
                Ft. Lauderdale, FL 33301
                (954) 356-0011

                David Boies
                Boies Schiller & Flexner LLP
                333 Main Street
                Armonk, NY 10504

                Bradley J. Edwards (Pro Hac Vice)
                FARMER, JAFFE, WEISSING,
                EDWARDS, FISTOS & LEHRMAN, P.L.
                425 North Andrews Avenue, Suite 2
                Fort Lauderdale, Florida 33301
                 (954) 524-2820

                Paul G. Cassell (Pro Hac Vice)
                S.J. Quinney College of Law
                University of Utah
                383 University St.
                Salt Lake City, UT 84112
                (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 13th day of June, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

>Laura A. Menninger, Esq.
>Jeffrey Pagliuca, Esq.
>HADDON, MORGAN & FOREMAN, P.C.
>150 East 10th Avenue
>Denver, Colorado 80203
>Tel: (303) 831-7364
>Fax: (303) 832-2628
>Email: lmenninger@hmflaw.com
>         jpagliuca@hmflaw.com

>/s/ Sigrid S. McCawley
>Sigrid S. McCawley