# EXHIBIT K

|  |  |
|---|---|
| **From:** | Meredith Schultz |
| **To:** | Laura Menninger |
| **Cc:** | Sigrid McCawley; Paul Cassell (cassellp@law.utah.edu); "brad@pathtojustice.com" (brad@pathtojustice.com); Jeff Pagliuca |
| **Subject:** | Notice of Subpoena |
| **Date:** | Tuesday, May 17, 2016 5:10:02 AM |
| **Attachments:** | 2016-05-16 Notice of Service & Subpoena for Deposition to ▮▮▮▮▮ |

Laura,

Please see the attached.

Thanks,

Meredith

**Meredith L. Schultz**
**BOIES, SCHILLER & FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Phone: 954-356-0011 ext. 4204
Fax: 954-356-0022
http://www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]