# EXHIBIT I

Page 33

1  document that in the computer.
2  Q  All right.  So you might take notes while
3  you're meeting with a patient?
4  A  (Indicating.)
5  Q  And then when do you enter it into a
6  computer?
7  A  I'd say the majority of the time it's
8  either right after if I can, if I have time, or at
9  lunch if I can.  If it's at the end of the day, it
10 would probably be the next morning.  I'd show up at
11 least an hour early to do the afternoon notes in the
12 morning, the following morning.  But there are
13 occasions where I catch up a good day or two later on
14 the weekends.
15 Q  It doesn't sound like you're a person who
16 dictates?
17 A  No, I don't dictate.
18 Q  So you, yourself, are the one who enters
19 it --
20 A  Yeah.
21 Q  -- into a computer?
22 A  Yes.
23 Q  And do you make a notation when you enter
24 it into the computer as to the time you entered it
25 relative to the time the information was taken?

Page 34

1  A  No.
2  Q  So, for example, in old school medical
3  records where it might say dictated on a later date,
4  your system doesn't reflect that?
5  A  I have to go in -- there might be a thing
6  that says when it was signed.
7  Q  So there was a provision for an electronic
8  signature?
9  A  Yeah, I mean, I electronically sign all
10 the notes.  So that might say the time.  I guess I
11 look at it.
12 Q  And what is the purpose in your mind of
13 keeping good records of your patient visits?
14 A  One, so that I or somebody else can see
15 what happened at the visit to see what happened and
16 get an idea of what happened in the past and what to
17 do going forward.
18 Q  Fair to say it's important for purposes of
19 future treatment of that patient, correct?
20 A  Yes.
21 Q  For example, medications need to be well
22 documented?
23 A  Yes.
24 Q  And complaints of symptoms would be
25 documented?

Page 35

1  A  Um-hum, yes.
2     I would say that the majority of the notes
3  get done immediately because the medical assistant is
4  writing down in the, oh, the HPI section why they're
5  there.  And the assessments, I do everything
6  electronic.  I put all the orders in.  I put all the
7  labs in, medications, and I make sure that the
8  assessment plan is laid out that -- that day so that
9  if I do get behind, I have to do it later or a couple
10 days later on the weekend.
11    Basically it's just clicking a button, but
12 all of the pertinent information is already filled
13 out in the assessment plan.
14 Q  Okay.
15 A  So it's mostly done.  I would say if
16 they're not done, they're 70 percent complete and I
17 just -- there's a lot of radial buttons for us to
18 click to complete the medical record.
19 Q  Okay.  And I presume during the course of
20 your work as a resident and then at Saint Thomas
21 More, you strive to keep accurate records in your
22 practice?
23 A  Yes.
24 Q  You've been trained to do that?
25 A  Yes.

Page 36

1  Q  All right.  Do you know how you came to be
2  the doctor for Virginia Giuffre?
3  A  No.  I -- she would have filled out a new
4  patient packet and showed up for a new patient
5  appointment for a particular reason.  I reviewed it.
6  [redacted]
7  [redacted]
8  Q  Do you know where that new patient packet
9  is now?
10 A  It's going to be scanned in the computer.
11 If you don't have it, I brought my computer.  I can
12 probably scan it and print it out or just print it
13 out.
14 Q  Is that among the documents that you have
15 next to you?
16 A  The new patient packet isn't here, but I
17 have it -- I should have it on my computer.  I could
18 probably log in and print it, to be honest.  It
19 wouldn't be that hard.  I assumed that the hospital
20 is taking care of all the documentation that was
21 requested.  So I didn't actually bring it.
22 Q  I understand.
23 A  I actually have it, happen to have it with
24 me.
25 Q  All right.  Why don't we -- we can