# EXHIBIT M

Confidential/Sealed Transcript Pursuant to Court Order
May 3, 2016 Videotaped Deposition of Virginia Giuffre
-AMENDMENT/ERRATA SHEET-

May 31, 2016

Agren Blando Court Reporting & Video, Inc.
Production Department
216 16th Street, Suite 600
Denver, Colorado 80202
Attn: Lauren Cheney

Re: *Giuffre v. Maxwell,* Case No. 15-cv-07433-RWS

The deponent wishes to make the following changes in the testimony as originally given:

| Beg Pg:Ln | End Pg:Ln | Change | Reason for Change |
|---|---|---|---|
| 28:16 | 28:16 | A: I would say it was approximately mid-February 2016. | Clarification of answer |
| 28:25 | 28:25 | A: No. | Clarification of answer |
| 29:4 | 29:4 | A: No. | Clarification of answer |
| 29:14 | 29:14 | A: No. I became aware approximately mid-February 2016. | Clarification of answer |
| 62:19 | 62:20 | A: I believe I found out approximately mid-February of this year. | Clarification of answer |
| 64: 14 | 64: 15 | A: To the best of my recollection, it was approximately mid-February of this year. | Clarification of answer |
| 66:13 | 66:17 | A: I don't know exactly when. It was approximately mid-February 2016. I just know that I've learned about it recently. I'm not too sure exactly what date I did learn about it. | Clarification of answer |
| 91:4 | 91:4 | ▇▇▇▇▇▇▇▇ | Name misspelled |
| 96:21 | 96:21 | A: It was approximately mid-February 2016. I can't tell you the date that I actually saw them. | Clarification of answer |
| 97:18 | 97:24 | A: I don't remember where I saw these records or when I saw these records. I know it wasn't a year ago. I know it was more recent. I can't pinpoint the date that I actually saw them, but I believe it was approximately mid-February of this year. I don't want to sit here and speculate and then give you the wrong answer. It's just new knowledge for me. | Clarification of answer |
| 120:16 | 120:18 | A: I think the title was put in my name. My dad was with me. I've never registered a car or anything like that before. So it's possible the title was in his name. | Clarification of answer |
| 139:9 | 139:9 | ▇▇▇▇▇▇▇▇ | Name misspelled |
| 148:22 | 148:22 | A: I am 100 percent sure it happened in the U.S. V.I. | Clarification of answer |
| 155:4 | 155:4 | A: No. | Clarification of answer |
| 157:1 | 157:1 | A: I think I've been to France a few times. | Clarification of answer |
| 157:13 | 157:13 | A: I believe I've been to France a few times. | Clarification of answer |

Confidential/Sealed Transcript Pursuant to Court Order
May 3, 2016 Videotaped Deposition of Virginia Giuffre
-AMENDMENT/ERRATA SHEET-

| | | | |
|---|---|---|---|
| 175:12 | 175:12 | ███████████████ | Name misspelled |
| 309:6 | 309:6 | She's a psychologist. | Clarification of answer |
| 311:13 | 311:13 | Psychologist, yeah. | Clarification of answer |
| 311:16 | 311:16 | Omit "I'm sure she is." | Clarification of answer |

Signature of Deponent: *[signature]*

31st day of May, 2016.