**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

Plaintiff,          Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

Defendant.

_____/

# DECLARATION OF SIGRID S. McCAWLEY IN PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO REOPEN DEPOSITION OF PLAINTIFF

I, Sigrid S. McCawley, declare that the below is true and correct to the best of my knowledge as follows:

1. I am a partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's September 29, 2015 Order granting my Application to Appear Pro Hac Vice.

2. I respectfully submit this Declaration in Opposition of Defendant's Motion to Reopen Deposition of Plaintiff.

3. Attached hereto as Sealed Exhibit 1 is a true and correct copy of Judith Lightfoot Redacted Medical Records (Giuffre005431-005438).

4. Attached hereto as Sealed Exhibit 2 is a true and correct copy of Judith Lightfoot's June 27, 2016 Correspondence (GIUFFRE006636).

I declare under penalty of perjury that the foregoing is true and correct.

             /s/ Sigrid S. McCawley
             Sigrid S. McCawley, Esq.

Dated: June 28, 2016.

                          Respectfully Submitted,

                          BOIES, SCHILLER & FLEXNER LLP

By: /s/ Sigrid McCawley
     Sigrid McCawley (Pro Hac Vice)
     Meredith Schultz (Pro Hac Vice)
     Boies Schiller & Flexner LLP
     401 E. Las Olas Blvd., Suite 1200
     Ft. Lauderdale, FL 33301
     (954) 356-0011

     David Boies
     Boies Schiller & Flexner LLP
     333 Main Street
     Armonk, NY 10504

     Bradley J. Edwards (Pro Hac Vice)
     FARMER, JAFFE, WEISSING,
     EDWARDS, FISTOS & LEHRMAN, P.L.
     425 North Andrews Avenue, Suite 2
     Fort Lauderdale, Florida 33301
     (954) 524-2820

     Paul G. Cassell (Pro Hac Vice)
     S.J. Quinney College of Law
     University of Utah
     383 University St.
     Salt Lake City, UT 84112
     (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 28th day of June, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

    Laura A. Menninger, Esq.
    Jeffrey Pagliuca, Esq.
    HADDON, MORGAN & FOREMAN, P.C.
    150 East 10th Avenue
    Denver, Colorado 80203
    Tel: (303) 831-7364
    Fax: (303) 832-2628
    Email: lmenninger@hmflaw.com
           jpagliuca@hmflaw.com

                                          /s/ Sigrid S. McCawley
                                             Sigrid S. McCawley