# EXHIBIT 1
(File Under Seal)

## Authorization to Disclose Protected Health Information

Name:         <u>Virginia Giuffre</u>
Address:
Date of Birth:
Soc. Sec. #

I hereby authorize the use and/or disclosure of my protected health information as described in this authorization.

1.      Specific person/organization (or class of persons) authorized to provide the information:

**Judith Lightfoot**

2.      Specific person/organization (or class of persons) authorized to receive and use the information:

**Sigrid McCawley**
**Boies, Schiller & Flexner LLP**
**401 East Las Olas Blvd., Suite 1200**
**Fort Lauderdale, FL 33301**

3.      Specific description of the information: **Medical records from 1999 to the present,** including, but not limited to, all of my office medical records, hospital medical records, patient information sheets, questionnaires, x-rays, other diagnostic studies and laboratory tests, emergency room records, out-patient records, consultation records, therapy records, and all other in-patient or out-patient hospital notes, charts, documents, all personal notes and all billing records.

4.      Specific purpose for the use and/or disclosure of the protected health information: At my request in connection with litigation pending in the County District Court.

5.      I understand this authorization will expire, without my express revocation, one year from the date of signing, or if I am a minor, on the date I become an adult according to state law. I understand that I may revoke this authorization in writing at any time except to the extent that action has been taken based on this authorization. I understand that revocation will not apply to information that has already been released as specified by this authorization or to my insurance company when the law provides my insurer with the right to contest a claim under my policy or the policy itself.

GIUFFRE005431
CONFIDENTIAL

6.    I understand that the medical information released by this authorization may include information concerning treatment of physical and mental illness, alcohol/drug abuse and past medical history.

7.    I understand that after this information is disclosed, federal law might not protect it and the recipient might disclose it.

8.    I understand that I am entitled to receive a copy of this authorization.

9.    I understand that I may refuse to sign this authorization and that my refusal to sign will not affect my ability to obtain treatment from the above-named medical provider.

10.    Photocopies of this authorization are to be given the same effect as the original.

_____          _____
Signature                                                          Date

GIUFFRE005432
CONFIDENTIAL

EXHIBIT 2

(File Under Seal)

## Meredith Schultz

**From:** Bernadette Martin <bernadette@mbe-accounting.com.au>
**Sent:** Monday, June 27, 2016 10:33 PM
**To:** Meredith Schultz
**Subject:** Virginia Giuffre

Dear Sir/Madam

Ms Judith A Lightfoot has requested I forward this to you:

This will serve to advise all records of a psychological nature have been presented.
Judith A Lightfoot
Consulting Psychologist
28 June 2016

Kind Regards

**Bernadette Martin**

Ph: 02 43533630
Fax: 02 43533629
Bernadette@mbe-accounting.com.au



Suite 1g
154-156 Pacific Highway
TUGGERAH 2259
PO Box 3435, TUGGERAH 2259

This email message and any accompanying attachments may contain information this is confidential and is subject to legal privilege. If you are not the intended recipient, do not read, use, disseminate, distribute or copy this message or attachments. If you have received this message in error, please notify the sender immediately and delete this message together with any attachments.

GIUFFRE006636
CONFIDENTIAL