UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>                    Plaintiff,<br><br>-against-<br><br>GHISLAINE MAXWELL,<br><br>                    Defendant. | No. 15 Civ. 7433 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    For reasons that the Court has discussed with counsel, the Clerk of the Court is directed to strike docket entries 1090-38 and 1090-41 in the above-captioned action.  Counsel shall re-file the stricken documents as soon as is practicable.

**SO ORDERED.**

Dated:   New York, New York
         July 31, 2020

                                              _____
                                              LORETTA A. PRESKA
                                              Senior United States District Judge