

July 31, 2020

**VIA ECF**

The Honorable Loretta A. Preska
District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *Giuffre v. Maxwell*,
             **Case No. 15-cv-7433-LAP**

Dear Judge Preska,

    Pursuant to the Court's order dated July 31, 2020 (ECF No. 1091), Plaintiff is filing renewed versions of the materials previously sealed at ECF Nos. 235-13 and 249-13 as attachments hereto.

                           Sincerely,

                           /s/ Sigrid S. McCawley
                         Sigrid S. McCawley, Esq.

    cc:  Counsel of Record  (via ECF)

BOIES SCHILLER FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com