UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
VIRGINIA L. GIUFFRE,

                    Plaintiff,

-against-

GHISLAINE MAXWELL,

                    Defendant.
```

No. 15 Civ. 7433 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

For reasons that the Court has discussed with counsel, the Clerk of the Court is directed to strike docket entries 143, 728, and 730 in the above-captioned action.  Counsel shall re-file the stricken documents as soon as is practicable.

**SO ORDERED.**

Dated:    New York, New York
          August 1, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge

1