**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

       Plaintiff,

v.

Ghislaine Maxwell,

       Defendant.

_____/

Case No.: 15-cv-07433-RWS

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S**
**MOTION IN *LIMINE* TO EXCLUDE FBI 302 STATEMENT OF PLAINTIFF**

Bradley J. Edwards
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, PL
425 North Andrews Avenue, Suite 2
FORT LAUDERDALE, FL 33301
(954)524-2820 TELEPHONE



i

Case 1:15-cv-07433-LAP Document 1034-3 Filed 08/01/20 Page 2 of 14







2



3



4



5



6



7



8



9



Dated: March 17, 2017

Respectfully Submitted,

By: /s/ Bradley J. Edwards

Bradley J. Edwards (Pro Hac Vice)
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
(954) 524-2820

BOIES, SCHILLER & FLEXNER LLP
Sigrid McCawley (Pro Hac Vice)
Meredith Schultz (Pro Hac Vice)
Boies Schiller & Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

David Boies
Boies Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

Paul G. Cassell (Pro Hac Vice)
S.J. Quinney College of Law
University of Utah

10

383 University St.<br>
Salt Lake City,<br>
UT 84112(801) 585-5202[1]

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 17th day of March, 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

> Laura A. Menninger, Esq.
> Jeffrey Pagliuca, Esq.
> HADDON, MORGAN & FOREMAN, P.C.
> 150 East 10th Avenue
> Denver, Colorado 80203
> Tel: (303) 831-7364
> Fax: (303) 832-2628
> Email: lmenninger@hmflaw.com
>        jpagliuca@hmflaw.com

By: /s/ <i>Bradley J. Edwards</i><br>
Bradley J. Edwards (Pro Hac Vice)

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

11