N.Y.S.D. Case #
15-cv-7433(LAP)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of July, two thousand twenty.

Before:     José A. Cabranes,
              Rosemary S. Pooler,
                    *Circuit Judges.*

Virginia L. Giuffre,

        Plaintiff - Appellee,

v.

Ghislaine Maxwell,

        Defendant - Appellant,

Sharon Churcher, Jeffrey Epstein,

        Respondents,

Julie Brown, Miami Herald Media Company,
Alan M. Dershowitz, Michael Cernovich,
DBA Cernovich Media,

        Intervenors.

**ORDER**

Docket No. 20-2413

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 31, 2020

Defendant-Appellant Ghislaine Maxwell moves for a stay pending appeal of the district court's order of July 23, 2020, unsealing deposition materials and the order of July 29, 2020, denying her motion to reconsider the July 23 order. In the alternative, she requests a temporary administrative stay pending full consideration of the motion for a stay pending appeal. She also requests leave to file under seal the unredacted copy of Exhibit 7 to her stay motion.

It is hereby ORDERED that the motion for a stay pending appeal is GRANTED. The stay will remain in effect until further order of this Court. The motion for leave to file the exhibit under seal is GRANTED pending review of the matter and without prejudice to reconsideration *nostra sponte*. It is further ORDERED that the appeal is expedited. Appellant's principal brief must be filed on or before August 20, 2020; Appellee's and Intervenors' briefs must be filed on or before

CERTIFIED COPY ISSUED ON 07/31/2020

September 9, 2020; and a reply brief, if any, must be filed on or before September 15, 2020. The appeal will be heard on September 22, 2020 at 2:00 pm.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 07/31/2020