UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

        Plaintiff,

-against-

GHISLAINE MAXWELL,

        Defendant.

No. 15 Civ. 7433 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

Pursuant to the Court of Appeals' order (dkt. no. 1095), the unsealing of the transcripts of Doe 1's and Ms. Maxwell's depositions (and all materials quoting those transcripts or disclosing information from those transcripts) is stayed pending further order by the Court of Appeals.

Notwithstanding the stay, the parties shall confer and report to the Court by letter no later than August 10, 2020, (1) their suggestions for streamlining the unsealing process, as discussed by the Court at the July 23 hearing, and (2) their proposed next set of docket entries to be reviewed for potential unsealing.

**SO ORDERED.**

Dated:   New York, New York
          August 3, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge

1