# Holland & Knight

701 Brickell Avenue, Suite 3300 | Miami, FL 33131 | T  | F 305.789.7799
Holland & Knight LLP | www.hklaw.com

Sanford L. Bohrer
+1 305.789.7678
Sandy.Bohrer@hklaw.com

Christine N. Walz
+1 305.789.7678
Christine.Walz@hklaw.com

August 7, 2020

<u>**Via ECF**</u>

The Honorable Loretta A. Preska
District Court Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    **INTERVENORS' LETTER IN RESPONSE TO COURT'S AUGUST 4, 2020 ORDER (DKT. 1097)**
             ***Giuffre v. Maxwell***, Case No. 15-cv-7433-LAP

Dear Judge Preska:

Intervenors Julie Brown and Miami Herald Media Co. respectfully submit this letter in response to the Court's order dated August 4, 2020 (Dkt. 1097), filed both in the above-captioned matter and in Giuffre v. Dershowitz, No. 19-cv-3377.  The Court invited any Doe who wishes to be heard on potential disclosure to Mr. Dershowitz to submit his or her objections or other comments directly to the Court via email, for the Court's *in camera* review. (Dkt. 1097, at 2).  The Court noted it will "at the least, inform the parties generally of the nature of any comments received."  *Id.*  Intervenors respectfully request that the nature and quantity of comments received be reflected on the public docket, at well.

Anchorage | Atlanta | Austin | Boston | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Houston | Jacksonville | Lakeland
Los Angeles | Miami | New York | Orlando | Philadelphia | Portland | San Francisco | Stamford | Tallahassee | Tampa | Tysons
Washington, D.C. | West Palm Beach

The Honorable Loretta A. Preska
August 7, 2020
Page 2

Sincerely yours,

HOLLAND & KNIGHT LLP

/s/ Christine N. Walz
Sanford L. Bohrer
Christine N. Walz
31 West 52nd Street
New York, NY 10019
Telephone: 212.513.3200
Fax:  212.385.9010

*Attorneys for Intervenors*
*Julie Brown and Miami Herald Media Company*