```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>            Plaintiff,<br><br>-against-<br><br>ALAN DERSHOWITZ,<br><br>            Defendant. | No. 19 Civ. 3377 (LAP) |
| VIRGINIA L. GIUFFRE,<br><br>            Plaintiff,<br><br>-against-<br><br>GHISLAINE MAXWELL,<br><br>            Defendant. | No. 15 Civ. 7433 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

   Certain Does have contacted the Court to request additional time to comment on the disclosure of sealed materials from <u>Giuffre v. Maxwell</u>, No. 15 Civ. 7433, to Alan Dershowitz, Defendant in <u>Giuffre v. Dershowitz</u>, No. 19 Civ. 3377, as discussed in the Court's Order dated August 4, 2020 [dkt. no. 154].  Accordingly, the Does shall submit comments about the proposed disclosure to the Court's email address at PreskaNYSDChambers@nysd.uscourts.gov by no later than August 25, 2020.  No further extensions will be granted.

**SO ORDERED.**

Dated:   New York, New York

1

August 14, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge