UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
VIRGINIA L. GIUFFRE

                    Plaintiff,

 -against-

 GHISLAINE MAXWELL,

                    Defendant.
```

15 Civ. 7433 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court has considered the parties' submissions concerning (1) the next steps in the Court's individualized review of the sealed materials and (2) suggestions for updating the Order and Protocol for Unsealing Decided Motions (the "Protocol," dkt. no. 1044)[1] to streamline the unsealing process, (dkt. nos. 1099, 1100). The Court rules as follows:

1. **Next Set of Motions:** The Court will continue to review motions for Does 1 and 2 in chronological order.  The Court will next review docket entries 231, 279, 315, 320, and 335, as well as documents relevant to those motions.

2. **Notification of Non-Parties:** The Original Parties shall send the Non-Party Notice to all remaining Non-Parties.

3. **Response Times:** Paragraphs 2(d) and 2(e) of the Protocol will be modified to shorten the time period for the Original Parties to object and to respond to any objections from 14 days to 7 days.  The time period for Non-Parties to object shall remain 14 days.

4. **Briefing Length:** Paragraph 2(g) of the Protocol will be modified to reduce the page limit for memoranda in support of

---

[1] Unless noted otherwise, defined terms mentioned in this order shall have the same meaning that they do under the Protocol.

Non-Party or Original Party Objections or in opposition to Non-Party or Original Party Objections to 15 pages per set of motions.  The page limit for reply memoranda shall also be reduced to 10 pages per set of motions.  Applications for increased pages for articulated reasons may be made ad hoc.

5. **Proposed Redactions:** The Court will not require the Original Parties to include with any brief in support of unsealing a sealed set of proposed redactions for in camera review.

6. **Appeals:** Counsel for Ms. Maxwell has requested that the Protocol be updated to provide a one-week window for appealing any ruling ordering documents unsealed.  Because time to appeal can be requested on an ad hoc basis, that request is denied.

7. **Doe 1 Non-Party Notice:** Because paragraph 2(b) of the Protocol requires the Original Parties to use their "best efforts" to provide notice to Non-Parties and specifically includes in the definition of "best efforts" identifying the most current address for a given Non-Party, Doe 1 shall be provided the Non-Party Notice at his/her new address going forward.

A revised Order and Protocol for Unsealing Decided Motions, reflecting the changes above, will be docketed.

**SO ORDERED.**

Dated:    New York, New York
          August 26, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge