## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Virginia L. Giuffre,

      Plaintiff,                                  Case No.: 15-cv-07433-LAP

v.

Ghislaine Maxwell,

      Defendant.

_____/

## THE GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS'
## NOTICE OF EX PARTE MOTION TO INTERVENE AND FOR CONFIDENTIAL
## ACCESS TO JUDICIAL RECORDS AND DISCOVERY DOCUMENTS

PLEASE TAKE NOTICE THAT, upon the pleadings and papers in this matter, the accompanying Memorandum of Law, and the exhibit annexed thereto, Proposed Intervenor the Government of the United States Virgin Islands (the "USVI") respectfully moves this Court, before the Honorable Loretta A. Preska, for an order pursuant to Federal Rule of Civil Procedure 24 granting the USVI's motion to intervene and for confidential access to judicial records and discovery documents.  The grounds for this motion are set forth in the accompanying memorandum of law.

Dated: September 1, 2020

                                Respectfully submitted,

                                */s/ William H. Narwold*
                                William H. Narwold, Esq.
                                Motley Rice LLC
                                One Corporate Center
                                20 Church Street, 17th Floor
                                Hartford, CT 06103
                                Tel:    860-882-1676
                                Fax:    860-882-1682
                                Email: bnarwold@motleyrice.com

                                *Counsel of Record for Proposed Intervenor*
                                *Government of the United States Virgin Islands*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on September 1, 2020, I electronically served this Notice of Ex Parte Motion to Intervene and for Confidential Access to Judicial Records and Discovery Documents, and all papers submitted in support thereof, via ECF upon counsel of record for all parties.

/s/ <i>William H. Narwold</i>
William H. Narwold