UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE

              Plaintiff,

-against-

GHISLAINE MAXWELL,

              Defendant.

15 Civ. 7433 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the motion to intervene in the above-captioned action and for confidential access to judicial records and discovery documents which was filed by the Government of the United States Virgin Islands (the "USVI"). (See dkt. no. 1110.) The parties may, but are not required to, comment on the USVI's motion no later than September 16, 2020. The USVI may reply to any comment by the parties no later than September 23, 2020.

**SO ORDERED.**

Dated:    New York, New York
            September 2, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge

1