UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.                                                                                          15-cv-07433-LAP

GHISLAINE MAXWELL,

    Defendant.

---------------------------------------------------X

## DECLARATION OF LAURA A. MENNINGER

I, Laura A. Menninger, declare as follows:

    1.   I represent Ghislaine Maxwell in the above-captioned matter.

    2.   Pursuant to this Court's August 26, 2020 Order (Doc. #1107), directing the Original Parties to serve Non-Party Notices on all remaining Non-Parties, as well as to Does 1 and 2 at newly obtained addresses, and after conferral with Plaintiff's counsel, undersigned counsel agreed to serve Non-Party Notices to J. Doe 1 through J. Doe 92.

    3.   Pursuant to the Order and Protocol for Unsealing Decided Motions (Doc. # 1108), I used best efforts to obtain the most current addresses for J. Does 1 through J. Doe 92.

    4.   I mailed each of the following documents to the Non-Parties listed below in the manner described below: (1) Notice to Non-Parties of Possible Unsealing of Sealed Documents (Doc. # 1044); (2) Non-Party's Request for Excerpts of Sealed Documents and Acknowledgement of Court Order and Protocol Governing the Excerpts (*Id.*); (3) Non-Party's

Objection to Unsealing (*Id.*); and (4) Order and Protocol for Unsealing Decided Motions (Updated August 27, 2020) (Doc. # 1108) (collectively, "Non-Party Notices").

5. On September 11, 2020, I sent Non-Party Notices via first-class certified mail (return receipt requested) and, for international addresses via UPS, to the following Non-Parties:

- J. Does 1 – 9
- J. Does 11 – 23
- J. Does 25 – 28
- J. Doe 30
- J. Doe 32
- J. Doe 34 – 39
- J. Doe 41 – 45
- J. Doe 47 – 50
- J. Doe 52 – 58
- J. Doe 60
- J. Doe 63 – 73
- J. Doe 75 – 76
- J. Doe 78 – 79
- J. Doe 82 – 84
- J. Doe 89 – 92
- J. Doe 105

6. On September 11, I sent Non-Party Notices via e-mail to the following Non-Parties for whom only an email address was available despite best efforts to locate a physical address:

- J. Doe 10
- J. Doe 77
- J. Doe 81

7. For the following Non-Parties, I have not been able to locate an address and therefore have not provided them a Non-Party Notice:

- J. Doe 29
- J. Doe 31
- J. Doe 33
- J. Doe 40
- J. Doe 46
- J. Doe 51

- J. Doe 61 – 62
- J. Doe 74
- J. Doe 80
- J. Doe 85
- J. Doe 86
- J. Doe 88

8. I have not sent a Non-Party to the following Non-Parties who are deceased:

- J. Doe 24
- J. Doe 59
- J. Doe 87

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Dated:  September 11, 2020.

Respectfully submitted,

*s/ Laura A. Menninger*
Laura A. Menninger (LM-1374)
Jeffrey S. Pagliuca (*pro hac vice*)
*Ty Gee (pro hac vice)*
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
Phone:   303.831.7364
Fax:       303.832.2628
lmenninger@hmflaw.com

*Attorneys for Ghislaine Maxwell*