

Sigrid S. McCawley<br>
Telephone: (954) 356-0011<br>
Email: smccawley@bsfllp.com

September 16, 2020

**VIA ECF**

The Honorable Loretta A. Preska
District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    ***Giuffre v. Maxwell*, Case No. 15-cv-7433-LAP**

Dear Judge Preska,

    Plaintiff writes pursuant to the Court's September 2, 2020 order inviting the parties to comment on the Government of the United States Virgin Islands' (the "USVI") motion to intervene in the above-captioned action and for confidential access to judicial records and discovery documents. ECF No. 1112. Plaintiff does not oppose the USVI's motion and supports its effort to conduct a full investigation into the Estate of Jeffrey E. Epstein and Epstein-controlled entities.

                          Sincerely,

                          /s/ Sigrid S. McCawley
                          Sigrid S. McCawley, Esq.

cc:  Counsel of Record   (via ECF)