UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>                  Plaintiff,<br><br>-against-<br><br>GHISLAINE MAXWELL,<br><br>                  Defendant. | 15 Civ. 7433 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

     The Court is in receipt of non-party John Doe's letter dated September 22, 2020, opposing the Government of the United States Virgin Islands' (the "USVI") Motion to Intervene and for Confidential Access to Judicial Records and Discovery Documents. (See dkt. no. 1119.)  The USVI was originally ordered to reply to a separate opposition filed by Defendant Ghislaine Maxwell no later than September 23, 2020. (Dkt. no. 1112.)  In order to provide the USVI with adequate time also to address the points raised in John Doe's filing in that reply memorandum, the deadline for the USVI to file reply papers is extended to September 25, 2020.

**SO ORDERED.**

Dated:   New York, New York
          September 22, 2020

        *Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge

1