**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Virginia L. Giuffre,
    Plaintiff,

v.

Ghislaine Maxwell,
    Defendant.
_____/

Case No.: 15-cv-07433-LAP

## NOTICE OF APPEARANCE

**To the Clerk of Court and all parties of record:**

PLEASE TAKE NOTICE THAT the undersigned hereby appears in the above-captioned action as counsel for Proposed Intervenor the Government of the United States Virgin Islands.

<u>Dated</u>: September 24, 2020

Respectfully submitted,

/s/ *Michael J. Quirk*
Michael J. Quirk, Esq.
Motley Rice LLC
40 West Evergreen Avenue, Suite 104
Philadelphia, PA 19118-3324
Tel:    610-579-9932
Fax:   856-667-5133
Email: mquirk@motleyrice.com

*Counsel for Proposed Intervenor*
*Government of the United States Virgin Islands*

1

## **CERTIFICATE OF SERVICE**

I certify that on September 24, 2020, I electronically served this *Notice of Appearance* via the Court's CM/ECF System upon counsel of record for all parties.

/s/ *Michael J. Quirk*
Michael J. Quirk