UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>                    Plaintiff,<br><br>-against-<br><br>GHISLAINE MAXWELL,<br><br>                    Defendant. | 15 Civ. 7433 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    In light of the Court of Appeals' mandate affirming this Court's July 23, 2020 order (dkt. no. 1126), the parties shall, as soon as is practicable, prepare for unsealing (1) the transcripts of Ms. Maxwell's and Doe 1's depositions and (2) all materials quoting those transcripts or disclosing information from those transcripts.  The documents shall be unsealed in the manner prescribed by the Court's July 28, 2020 order (dkt. no. 1077), and shall include minimal redactions for personally identifiable information, the names of nonparties as well as the families of nonparties' that could be used to identify the nonparties, and descriptions of nonparty conduct that would allow readers to discern the identity of a given nonparty, (dkt. no. 1087 at 2-4).  See also Brown v. Maxwell, 929 F.3d 41, 48 n.22.  In order to hasten the unsealing process and to avoid any last-minute disputes,

the Court advises the parties that the necessary redactions are intended to be as limited in scope as is workable.

**SO ORDERED.**

Dated:   New York, New York
         October 20, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge