```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>                    Plaintiff,<br><br>-against-<br><br>GHISLAINE MAXWELL,<br><br>                    Defendant. | 15 Civ. 7433 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court received notice of the filing of Ms. Maxwell's letter of today (dkt. no. 1129) after its order directing Ms. Giuffre to post the relevant materials (dkt. no. 1130) had been docketed. In light of Ms. Maxwell's letter, counsel shall confer, and the material previously ordered unsealed shall be posted on the docket no later than 9:00 a.m. on Thursday, October 22, 2020.

**SO ORDERED.**

Dated:   New York, New York
         October 20, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge

1