UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE

               Plaintiff,

-against-

GHISLAINE MAXWELL,

               Defendant.

15 Civ. 7433 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    In light of the Court's order dated October 2, 2020, declining to construe an email to the Court from Does 1 and 2 as a formal objection to unsealing and giving Does 1 and 2 14 days after service of requested excerpts to file a formal objection to unsealing (dkt. no. 1125), the transcript of Doe 1's deposition and materials quoting that transcript or disclosing information from that transcript shall not be unsealed tomorrow.  The Court received word from the parties that Does 1 and 2 would be served with the relevant excerpts today, after which Does 1 and 2 will have 14 days to lodge a formal objection to unsealing.  Should Does 1 and 2 fail to file an objection to unsealing in that timeframe, the transcript of Doe 1's deposition and related materials shall be unsealed as soon as practicable after the 14-day clock has run.

    Notwithstanding the above, the transcript of Ms. Maxwell's April 2016 deposition and materials quoting that transcript or

1

disclosing information from that transcript shall be posted on the public docket no later than tomorrow, October 22, at 9:00 a.m.

**SO ORDERED.**

Dated:    New York, New York
          October 21, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge