UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>　　　　　　Plaintiff,<br><br>-against-<br><br>GHISLAINE MAXWELL,<br><br>　　　　　　Defendant. | 15 Civ. 7433 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　　The Court has reviewed the parties' proposed redactions that were provided to the Court for in camera review on the evening of October 21, 2020.  The Court has approved Ms. Giuffre's proposed redactions and has ordered limited additional redactions, identified by the Court in its review of both parties' proposed redactions, relating to (1) personally identifiable information and (2) the identities of certain nonparties mentioned in the materials.  The Court provided details of those additional redactions to the parties by email.  As the Court has discussed in prior orders, the relevant materials shall be posted on the docket no later than 9:00 a.m. on October 22, 2020.[1]

**SO ORDERED.**

Dated:　　New York, New York
　　　　　October 21, 2020

---

[1] Given the possibility that this order would not be docketed until the morning of October 22, 2020, the Court provided by email a copy of this order to counsel on the evening of October 21, 2020.

1

_____
LORETTA A. PRESKA
Senior United States District Judge