

October 22, 2020

**VIA ECF**

The Honorable Loretta A. Preska
District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *Giuffre v. Maxwell*,
             **Case No. 15-cv-7433-LAP**

Dear Judge Preska,

    Pursuant to the Court's orders dated July 28, 29, and 30, and October 20 and 21, 2020 (ECF Nos. 1077, 1079, 1087, 1127, 1130, 1131, and 1136), Plaintiff files additional documents listed in Exhibit A to Plaintiff Virginia Giuffre's Opposition to Defendant Ghislaine Maxwell's Objections to Unsealing Docket Entries 143, 164, 172 199, and 230 (ECF No. 1068-1), as attachments hereto.

    Plaintiff will file "the transcript of Doe 1's deposition and materials quoting that transcript or disclosing information from that transcript" on a timeline consistent with that set forth in the Court's October 21, 2020, order. ECF No. 1133.

                                 Sincerely,

                                 /s/ Sigrid McCawley
                                 Sigrid S. McCawley, Esq.

    cc: Counsel of Record   (via ECF)

BOIES SCHILLER FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com