# EXHIBIT 1

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
VIRGINIA L. GIUFFRE,

       Plaintiff,

                        Case No.:

  -against-             15-cv-07433-RWS

GHISLAINE MAXWELL,

       Defendants.

- - - - - - - - - - - - - - - - - - - - - x

          **CONFIDENTIAL**

    Videotaped deposition of GHISLAINE
MAXWELL, taken pursuant to subpoena, was
held at the law offices of BOIES
SCHILLER & FLEXNER, 575 Lexington
Avenue, New York, New York, commencing
April 22, 2016, 9:04 a.m., on the above
date, before Leslie Fagin, a Court
Reporter and Notary Public in the State
of New York.

               - - -

     MAGNA LEGAL SERVICES
  1200 Avenue of the Americas
   New York, New York 10026



```
                                                              Page 2
 1
 2    APPEARANCES:
 3
      BOIES SCHILLER & FLEXNER, LLP
 4    Attorneys for Plaintiff
                401 East Las Olas Boulevard
 5              Fort Lauderdatle, Florida, 33301
      BY:       SIGRID McCAWLEY, ESQUIRE
 6              MEREDITH SCHULTZ, ESQUIRE
                EMMA ROSEN, PARALEGAL
 7
 8
      FARMER JAFFE WEISSING EDWARDS FISTOS &
 9    LEHRMAN, P.L.
                Attorneys for Plaintiff
10              425 N. Andrews Avenue
                Fort Lauderdale, Florida 33301
11    BY:       BRAD EDWARDS, ESQUIRE
12
13    PAUL G. CASSELL, ESQUIRE
      Attorneys for Plaintiff
14              383 South University Street
                Salt Lake City, Utah 84112
15
16
      HADDON MORGAN FOREMAN
17    Attorneys for Defendant
                150 East 10th Avenu
18              Denver, Colorado 80203
      BY:       JEFFREY S. PAGLIUCA, ESQUIRE
19              LAURA A. MENNINGER, ESQUIRE
20
21    Also Present:
22        James Christe, videographer
23
24
25
```



```
1          G Maxwell - Confidential
2       understand the bounds that I put on it.
3            MS. McCAWLEY:  No, I don't.  I will
4       continue to ask my questions and you can
5       continue to make your objections.
6       Q.   Did you ever participate from the
7  time period of 1992 to 2009, did you ever
8  participate in a massage with Jeffrey Epstein
9  and another female?
10           MR. PAGLIUCA:  Objection.  Do not
11      answer that question.  Again, to the
12      extent you are asking for some sort of
13      illegal activity as you've construed in
14      connection with this case I don't have
15      any problem with you asking that
16      question.  To the extent these questions
17      involve consensual acts between adults,
18      frankly, they're none of your business
19      and I will instruct the witness not to
20      answer.
21           MS. McCAWLEY:  This case involves
22      sexual trafficking, sexual abuse,
23      questions about her having interactions
24      with other females is relevant to this
25      case.  She needs to answer these
```


MAGNA
LEGAL SERVICES