# EXHIBIT 2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - x

VIRGINIA L. GIUFFRE,

        Plaintiff,

                    Case No.:

  -against-           15-cv-07433-RWS

GHISLAINE MAXWELL,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - x

**\*\*CONFIDENTIAL\*\***

      Videotaped deposition of GHISLAINE
MAXWELL, taken pursuant to subpoena, was
held at the law offices of BOIES
SCHILLER & FLEXNER, 575 Lexington
Avenue, New York, New York, commencing
April 22, 2016, 9:04 a.m., on the above
date, before Leslie Fagin, a Court
Reporter and Notary Public in the State
of New York.

              - - -

      MAGNA LEGAL SERVICES
    1200 Avenue of the Americas
   New York, New York 10026



```
 1
 2    APPEARANCES:
 3
      BOIES SCHILLER & FLEXNER, LLP
 4    Attorneys for Plaintiff
                 401 East Las Olas Boulevard
 5               Fort Lauderdatle, Florida, 33301
      BY:        SIGRID McCAWLEY, ESQUIRE
 6               MEREDITH SCHULTZ, ESQUIRE
                 EMMA ROSEN, PARALEGAL
 7
 8
      FARMER JAFFE WEISSING EDWARDS FISTOS &
 9    LEHRMAN, P.L.
                 Attorneys for Plaintiff
10               425 N. Andrews Avenue
                 Fort Lauderdale, Florida 33301
11    BY:        BRAD EDWARDS, ESQUIRE
12
13    PAUL G. CASSELL, ESQUIRE
      Attorneys for Plaintiff
14               383 South University Street
                 Salt Lake City, Utah 84112
15
16
      HADDON MORGAN FOREMAN
17    Attorneys for Defendant
                 150 East 10th Avenu
18               Denver, Colorado 80203
      BY:        JEFFREY S. PAGLIUCA, ESQUIRE
19               LAURA A. MENNINGER, ESQUIRE
20
21    Also Present:
22       James Christe, videographer
23
24
25
```



Page 19

```
 1          G Maxwell - Confidential
 2    absolutely everything that took place in that
 3    first meeting.  She has lied repeatedly,
 4    often and is just an awful fantasist.  So
 5    very difficult for anything to take place
 6    that she repeated because I was with her
 7    mother the entire time.
 8          Q.   So did you have -- did you give a
 9    massage with Virginia Roberts and Mr. Epstein
10    during the first time Virginia Roberts was at
11    the West Palm Beach house?
12          MR. PAGLIUCA:  Object to the form
13        and foundation.
14          Q.   Yes or no?
15          A.   No.
16          Q.   Have you ever given a massage with
17    Virginia Roberts in the room and Jeffrey
18    Epstein?
19          MR. PAGLIUCA:  Object to the form
20        and foundation.
21          A.   No.
22          Q.   Have you ever given Jeffrey Epstein
23    a massage?
24          MR. PAGLIUCA:  Object to the form,
25        foundation.  And I'm going to instruct
```



```
 1          G Maxwell - Confidential
 2     you not to answer that question.  I
 3     don't have any problem with you asking
 4     questions about what the subject matter
 5     of this lawsuit is, which would be, as
 6     you've termed it, sexual trafficking of
 7     Ms. Roberts.
 8          To the extent you are asking for
 9     information relating to any consensual
10     adult interaction between my client and
11     Mr. Epstein, I'm going to instruct her
12     not to answer because it's not part of
13     this litigation and it is her private
14     confidential information, not subject to
15     this deposition.
16          MS. McCAWLEY:  You can instruct her
17     not to answer.  That is your right.  But
18     I will bring her back for another
19     deposition because it is part of the
20     subject matter of this litigation so she
21     should be answering these questions.
22     This is civil litigation, deposition and
23     she should be responsible for answering
24     these questions.
25          MR. PAGLIUCA:  I disagree and you
```



Page 21

```
 1          G Maxwell - Confidential
 2     understand the bounds that I put on it.
 3          MS. McCAWLEY:  No, I don't.  I will
 4     continue to ask my questions and you can
 5     continue to make your objections.
 6     Q.   Did you ever participate from the
 7     time period of 1992 to 2009, did you ever
 8     participate in a massage with Jeffrey Epstein
 9     and another female?
10          MR. PAGLIUCA:  Objection.  Do not
11     answer that question.  Again, to the
12     extent you are asking for some sort of
13     illegal activity as you've construed in
14     connection with this case I don't have
15     any problem with you asking that
16     question.  To the extent these questions
17     involve consensual acts between adults,
18     frankly, they're none of your business
19     and I will instruct the witness not to
20     answer.
21          MS. McCAWLEY:  This case involves
22     sexual trafficking, sexual abuse,
23     questions about her having interactions
24     with other females is relevant to this
25     case.  She needs to answer these
```



Page 22

```
 1        G Maxwell - Confidential

 2      questions.

 3          MR. PAGLIUCA:  I'm instructing her

 4      not to answer.

 5          MS. McCAWLEY:  Then we will be back

 6      here again.

 7      Q.   Have you ever given a massage to

 8  Mr. Epstein with a female that was under the

 9  age of 18?

10      A.   Can you repeat the question?

11      Q.   Yes.  Have you ever given a massage

12  to Mr. Epstein with a female that was under

13  the age of 18?

14      A.   No.

15      Q.   Have you ever observed Mr. Epstein

16  having a massage given by an individual, a

17  female, who was under the age of 18?

18      A.   No.

19      Q.   Have you ever observed females

20  under the age of 18 in the presence of

21  Jeffrey Epstein at his home?

22          MR. PAGLIUCA:  Object to the form

23      and foundation.

24      A.   Again, I have friends that have

25  children --
```

