# EXHIBIT 4

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x
VIRGINIA L. GIUFFRE,

        Plaintiff,

                        Case No.:
  -against-          15-cv-07433-RWS

GHISLAINE MAXWELL,

        Defendants.

- - - - - - - - - - - - - - - - - - - -x

          **CONFIDENTIAL**

    Videotaped deposition of GHISLAINE
MAXWELL, taken pursuant to subpoena, was
held at the law offices of BOIES
SCHILLER & FLEXNER, 575 Lexington
Avenue, New York, New York, commencing
April 22, 2016, 9:04 a.m., on the above
date, before Leslie Fagin, a Court
Reporter and Notary Public in the State
of New York.

            - - -

     MAGNA LEGAL SERVICES
  1200 Avenue of the Americas
   New York, New York 10026



```
 1
 2    APPEARANCES:
 3
      BOIES SCHILLER & FLEXNER, LLP
 4    Attorneys for Plaintiff
              401 East Las Olas Boulevard
 5            Fort Lauderdatle, Florida, 33301
      BY:     SIGRID McCAWLEY, ESQUIRE
 6            MEREDITH SCHULTZ, ESQUIRE
              EMMA ROSEN, PARALEGAL
 7
 8
      FARMER JAFFE WEISSING EDWARDS FISTOS &
 9    LEHRMAN, P.L.
              Attorneys for Plaintiff
10            425 N. Andrews Avenue
              Fort Lauderdale, Florida 33301
11    BY:     BRAD EDWARDS, ESQUIRE
12
13    PAUL G. CASSELL, ESQUIRE
      Attorneys for Plaintiff
14            383 South University Street
              Salt Lake City, Utah 84112
15
16
      HADDON MORGAN FOREMAN
17    Attorneys for Defendant
              150 East 10th Avenu
18            Denver, Colorado 80203
      BY:     JEFFREY S. PAGLIUCA, ESQUIRE
19            LAURA A. MENNINGER, ESQUIRE
20
21    Also Present:
22        James Christe, videographer
23
24
25
```



Page 60

1      G Maxwell - Confidential
2      A.   She was tasked to answer
3   telephones.
4      Q.   Did you ever ask her to rub
5   Jeffrey's feet?
6           MR. PAGLIUCA:  Objection to the
7       form and foundation.
8      A.   I believe that I have read that,
9   but I don't have any memory of it.
10     Q.   Did you ever tell ▮▮▮▮ that she
11  would get extra money if she provided Jeffrey
12  massages?
13     A.   I was always happy to give career
14  advice to people and I think that becoming
15  somebody in the healthcare profession, either
16  exercise instructor or nutritionist or
17  professional massage therapist is an
18  excellent job opportunity.  Hourly wages are
19  around 7, 8, $9 and as a professional
20  healthcare provider you can earn somewhere
21  between as we have established 100 to $200
22  and to be able to travel and have a job that
23  pays that is a wonderful job opportunity.  So
24  in the context of advising people for
25  opportunities for work, it is possible that I



```
                                                    Page 61
1            G Maxwell - Confidential
2      would have said that she should explore that
3      as an option.
4           Q.   Did you tell her she would get
5      extra money if she massaged Jeffrey?
6           A.   I'm just saying, I cannot recall
7      the exact conversation.  I give career advice
8      and I have done that.
9           Q.   Did you ever have      ███ massage
10     you?
11          A.   I did.
12          Q.   How many times?
13          A.   I don't recall how many times.
14          Q.   Was there sex involved?
15          A.   No.
16          Q.   Did you ever instruct ███ to
17     massage ███
18          A.   I don't believe -- I have no
19     recollection of it.
20          Q.   Did you ever have sexual contact
21     with ███
22               MR. PAGLIUCA:  Object to the form
23          and foundation.  You need to give me an
24          opportunity to get in between the
25          questions.
```



```
                                                          Page 62
 1              G Maxwell - Confidential
 2                   Anything that involves consensual
 3      sex on your part, I'm instructing you
 4      not to answer.
 5           Q.    Did you ever have sexual contact
 6      with ▇▇▇▇▇
 7           A.    Again, she is an adult --
 8           Q.    I'm asking you, did you ever have
 9      sexual contact with ▇▇▇▇▇
10           A.    I've just been instructed not to
11      answer.
12           Q.    On what basis?
13           A.    You have to ask my lawyer.
14           Q.    Did you ever have sexual contact
15      with ▇▇▇▇▇ that was not consensual on
16      ▇▇▇▇▇ part?
17                 MR. PAGLIUCA:  You can answer
18      nonconsensual.
19           A.    I've never had nonconsensual sex
20      with anybody.
21           Q.    Not ▇▇▇▇▇
22                 MR. PAGLIUCA:  Objection.
23           A.    I just testified I never had
24      nonconsensual sex with anybody ever, at any
25      time, at anyplace, at any time, with anybody.
```

