# EXHIBIT 5

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x
VIRGINIA L. GIUFFRE,

       Plaintiff,

                       Case No.:

  -against-            15-cv-07433-RWS

GHISLAINE MAXWELL,

       Defendants.

- - - - - - - - - - - - - - - - - - - -x

         **CONFIDENTIAL**

    Videotaped deposition of GHISLAINE MAXWELL, taken pursuant to subpoena, was held at the law offices of BOIES SCHILLER & FLEXNER, 575 Lexington Avenue, New York, New York, commencing April 22, 2016, 9:04 a.m., on the above date, before Leslie Fagin, a Court Reporter and Notary Public in the State of New York.

          - - -

    MAGNA LEGAL SERVICES
  1200 Avenue of the Americas
   New York, New York 10026



```
                                                              Page 2
 1
 2    APPEARANCES:
 3
      BOIES SCHILLER & FLEXNER, LLP
 4    Attorneys for Plaintiff
               401 East Las Olas Boulevard
 5             Fort Lauderdatle, Florida, 33301
      BY:      SIGRID McCAWLEY, ESQUIRE
 6             MEREDITH SCHULTZ, ESQUIRE
               EMMA ROSEN, PARALEGAL
 7
 8
      FARMER JAFFE WEISSING EDWARDS FISTOS &
 9    LEHRMAN, P.L.
               Attorneys for Plaintiff
10             425 N. Andrews Avenue
               Fort Lauderdale, Florida 33301
11    BY:      BRAD EDWARDS, ESQUIRE
12
13    PAUL G. CASSELL, ESQUIRE
      Attorneys for Plaintiff
14             383 South University Street
               Salt Lake City, Utah 84112
15
16
      HADDON MORGAN FOREMAN
17    Attorneys for Defendant
               150 East 10th Avenu
18             Denver, Colorado 80203
      BY:      JEFFREY S. PAGLIUCA, ESQUIRE
19             LAURA A. MENNINGER, ESQUIRE
20
21    Also Present:
22        James Christe, videographer
23
24
25
```



```
                                                      Page 82
 1          G Maxwell - Confidential
 2      Q.   Did you train Virginia on how to
 3   recruit other girls to perform sexual
 4   massages?
 5          MR. PAGLIUCA:  Objection to the
 6      form and foundation.
 7      A.   No.  And it's absurd and her entire
 8   story is one giant tissue of lies and
 9   furthermore, she herself has -- if she says
10   that, you have to ask her about what she did.
11      Q.   Does Jeffrey like to have his
12   nipples pinched during sexual encounters?
13          MR. PAGLIUCA:  Objection to form
14      and foundation.
15      A.   I'm not referring to any advice on
16   my counsel.  I'm not talking about any adult
17   sexual things when I was with him.
18      Q.   When Jeffrey would have a massage,
19   would he request that the masseuse pinch his
20   nipples while he was having a massage?
21      A.   I'm not talking about anything with
22   consensual adult situation.
23      Q.   What about with underage --
24      A.   I am not aware of anything.
25      Q.   You are not aware of Jeffrey
```

