# EXHIBIT 7

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - -x
VIRGINIA L. GIUFFRE,

        Plaintiff,

                          Case No.:
  -against-           15-cv-07433-RWS

GHISLAINE MAXWELL,

        Defendants.

- - - - - - - - - - - - - - - - - - - - -x

              **CONFIDENTIAL**

    Videotaped deposition of GHISLAINE
MAXWELL, taken pursuant to subpoena, was
held at the law offices of BOIES
SCHILLER & FLEXNER, 575 Lexington
Avenue, New York, New York, commencing
April 22, 2016, 9:04 a.m., on the above
date, before Leslie Fagin, a Court
Reporter and Notary Public in the State
of New York.

               - - -

     MAGNA LEGAL SERVICES
  1200 Avenue of the Americas
   New York, New York 10026



```
                                                              Page 2
 1
 2    APPEARANCES:
 3
      BOIES SCHILLER & FLEXNER, LLP
 4    Attorneys for Plaintiff
              401 East Las Olas Boulevard
 5            Fort Lauderdatle, Florida, 33301
      BY:     SIGRID McCAWLEY, ESQUIRE
 6            MEREDITH SCHULTZ, ESQUIRE
              EMMA ROSEN, PARALEGAL
 7
 8
      FARMER JAFFE WEISSING EDWARDS FISTOS &
 9    LEHRMAN, P.L.
              Attorneys for Plaintiff
10            425 N. Andrews Avenue
              Fort Lauderdale, Florida 33301
11    BY:     BRAD EDWARDS, ESQUIRE
12
13    PAUL G. CASSELL, ESQUIRE
      Attorneys for Plaintiff
14            383 South University Street
              Salt Lake City, Utah 84112
15
16
      HADDON MORGAN FOREMAN
17    Attorneys for Defendant
              150 East 10th Avenu
18            Denver, Colorado 80203
      BY:     JEFFREY S. PAGLIUCA, ESQUIRE
19            LAURA A. MENNINGER, ESQUIRE
20
21    Also Present:
22        James Christe, videographer
23
24
25
```



```
                                                      Page 51
 1          G Maxwell - Confidential
 2     therapists paid?
 3          MR. PAGLIUCA:  Object to the form
 4     and foundation.
 5     A.   They get paid between 100 and $200.
 6     Q.   Did it vary based on what sexual
 7     acts they performed?
 8          MR. PAGLIUCA:  Object to the form
 9     and foundation.
10     A.   No.  It varied depending how much
11     time, some massage therapists charge more and
12     some charge less.
13     Q.   Did the massage therapists that
14     were hired to come to the home perform sexual
15     acts for Jeffrey Epstein?
16          MR. PAGLIUCA:  Object to the form
17     and foundation.
18     A.   What are you asking me?
19     Q.   I'm asking if the massage
20     therapists --
21     A.   Are you asking me about underage
22     girls?
23     Q.   I'm asking in general, did any of
24     the massage therapists in the home --
25     A.   Are you asking if they were paid
```

