# EXHIBIT 1

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

VIRGINIA L. GIUFFRE,

    Plaintiff,

           Case No.:

  -against-     15-cv-07433-RWS

GHISLAINE MAXWELL,

    Defendants.

- - - - - - - - - - - - - - - - - - - x

       **CONFIDENTIAL**

    Videotaped deposition of GHISLAINE
MAXWELL, taken pursuant to subpoena, was
held at the law offices of BOIES
SCHILLER & FLEXNER, 575 Lexington
Avenue, New York, New York, commencing
April 22, 2016, 9:04 a.m., on the above
date, before Leslie Fagin, a Court
Reporter and Notary Public in the State
of New York.

        - - -

    MAGNA LEGAL SERVICES
   1200 Avenue of the Americas
   New York, New York 10026



1          G Maxwell - Confidential

2          form and foundation of the question.

3          Q.    You can answer the question.

4          A.    First of all, can you please

5     clarify the question.  I don't understand

6     what you mean by female, I don't understand

7     what you mean by recruit.  Please be more

8     clear and specific about what you are

9     suggesting.

10          Q.    Are you a female, is that the sex

11    that you are?

12          A.    I am a female.

13          Q.    That's what I'm referring to a

14    female and I'm asking you when you first, the

15    very first time you recruited a female to

16    work for Mr. Epstein?

17          A.    Again, I don't understand what

18    female -- I am a 54 year old women.

19          Q.    I'm not making it age, any age of a

20    female that you recruited to work for Mr.

21    Epstein?

22          A.    Again, I was somebody who hired a

23    number of people to work for Mr. Epstein and

24    hiring is one of my functions.

25          Q.    And when is the first time you



          1          G Maxwell - Confidential

          2     hired someone to work for Mr. Epstein, a

          3     female?

          4          A.   As best as I can recollect, a woman

          5     the age probably of about 40 or 50 was in

          6     sometime in 1992.

          7          Q.   How long did you work for Mr.

          8     Epstein?

          9          A.   I started working for him at some

         10     point in 1992 and the nature of my work

         11     relationship with him changed over time so

         12     from around 2002, 2003, the work lessened

         13     considerably.

         14          Q.   When did you --

         15              MR. PAGLIUCA:  Can I interject for

         16          a moment.  If we are talking about

         17          background --

         18              MS. McCAWLEY:  I'm in the middle of

         19          a question.  Let me finish it and then

         20          can you interject.

         21          Q.   When you say 2002 to 2003 that the

         22     work lessened, when did you complete working

         23     for Mr. Epstein; when was the last time you

         24     were employed by him, the last date?

         25          A.   I believe I still was doing --



```
 1          G Maxwell - Confidential
 2    helping him in a very nominal way, maybe an
 3    hour or two a year at sometime 2008 and 2009.
 4              MR. PAGLIUCA:  So if you are going
 5         to be talking about general background,
 6         I don't need to designate that as
 7         confidential.  So if you want to have
 8         them come back in, that's fine.
 9              I assumed by your first question
10         you were going into more sensitive
11         areas.  I will leave it up to you, but
12         if this is general background it will
13         not be designated as confidential.
14              MS. McCAWLEY:   I appreciate that.
15         I will jump back into my other
16         questions.
17              MR. PAGLIUCA:  So we will keep it
18         as confidential.
19         Q.   When you were first employed by him
20    in 1992, what were you hired to do?
21         A.   First, I was consulting and what I
22    did was I helped with decorating houses and
23    in hiring staff to help run those houses.
24         Q.   Did your duties change over the
25    course of 1992 to 2009?
```



```
 1            G Maxwell - Confidential

 2                MR. PAGLIUCA:  Object to the form

 3         and foundation.

 4         A.    My job entailed running the homes

 5    that he had but much more importantly, most

 6    of the houses had construction and so whilst

 7    in 1992 there was no construction project,

 8    there was construction projects that began

 9    after that time and I was in charge not only

10    of hiring architects, I was also in charge of

11    all the filings or overseeing that, like a

12    general contractor would.

13                I also helped with hiring the

14    architects, hiring the builders, reviewing

15    the contracts for the builders, coordinating

16    the building projects, coordinating how the

17    projects would layout, the timing of the

18    projects and all the various materials that

19    they would require to run a very substantial

20    building project.  That's the nature of the

21    job I was dealing with.

22         Q.    How old was the youngest female you

23    ever hired to work for Jeffrey?

24                MR. PAGLIUCA:  Object to the form

25         and foundation.
```



Page 84

1          G Maxwell - Confidential

2    30 girls --

3          A.   I did not count the number of girls

4    and I did read the police report.  I can only

5    testify to what I read.

6          Q.   So you are aware that the police

7    report contains reports from 30 underage

8    girls?

9          A.   I can't testify to what the girls

10   said.  I can only testify to the fact that I

11   read a police report that stated that.

12         Q.   Were you working for Jeffrey -- you

13   said you worked for him off an on until 2009,

14   is that correct?

15         A.   I helped out from time to time.

16         Q.   So you were working with him during

17   the time period when these underage girls

18   were visiting Jeffrey's home?

19              MR. PAGLIUCA:  Objection to the

20         form and foundation.

21         A.   I was not -- what year, I need

22   years.

23         Q.   How about let's say 2005?

24         A.   I'm not sure I was at the house at

25   all in 2005, maybe one day, maybe.



Page 89

```
 1        G Maxwell - Confidential
 2        knowledge there are 30 people --
 3            MS. McCAWLEY:  Just like can you if
 4        you read through -- I will not argue
 5        with you counsel.. she can answer yes or
 6        no.
 7        Q.   Are you aware there were over 30
 8   individuals who were minors who gave reports
 9   to police just like the one we just read that
10   they were sexually assaulted by Jeffrey
11   Epstein in the Palm Beach home during the
12   years that you were working with him?
13            MR. PAGLIUCA:  Objection to the
14        form and foundation.  You can answer if
15        you have knowledge.
16        A.   I already testified I was limited
17   in the house, a couple of days, there is no
18   way I knew.  I have read these reports.  I
19   cannot testify to 30.  Given the experience
20   I've had with Virginia's lies, it's very hard
21   for me to testify about what I see.  I can
22   tell from you my personal knowledge I did not
23   know what you are referring to.
24        Q.   You did not know there were
25   underage girls in the home that were being
```



       1          G Maxwell - Confidential

       2     assaulted by Jeffrey Epstein during the time

       3     you were working there?

       4          A.   Based on the lies that I have

       5     already been told, I cannot comment on any --

       6          Q.   Are you saying these 30 girls are

       7     lying when they gave these reports to police

       8     officers?

       9          A.   I'm not testifying to their lies.

      10     I'm testifying to Virginia's lies.

      11          Q.   I am not asking about Virginia's

      12     lies.

      13          A.   I can only testify to Virginia's

      14     lies.  I can testify to having read these

      15     reports.  I cannot testify to anything else

      16     about them.

      17          Q.   So your testimony is that during

      18     the time you were working there, you did not

      19     know that these minor children were being

      20     abused in the home while you were there?

      21          A.   What I have already told you and I

      22     will repeat, I was in the house very limited

      23     times, very few times.  I do not know what

      24     you are referring to.  I've read these

      25     reports but based on the lies that Virginia



```
 1            G Maxwell - Confidential
 2   has perpetrated, cannot tell you what is true
 3   or factual or not.
 4        Q.   You said you were in the home a
 5   very limited time, so average in the year for
 6   example, 2004, how many times would you have
 7   been in his Palm Beach home?
 8        A.   Very hard for me to state but very
 9   little.
10        Q.   How about his New York home?
11        A.   Same.
12        Q.   Were you his girlfriend in that
13   year, in 2004?
14        A.   Define what you mean by girlfriend.
15        Q.   Were you in a relationship with him
16   where you would consider yourself his
17   girlfriend?
18        A.   No.
19        Q.   Did you ever consider yourself his
20   girlfriend?
21        A.   That's a tricky question.  There
22   were times when I would have liked to think
23   of myself as his girlfriend.
24        Q.   When would that have been?
25        A.   Probably in the early '90s.
```



```
 1          G Maxwell - Confidential
 2          Q.   I'm asking the questions.  I know
 3     what this case is about.  I'm trying to -- I
 4     will ask you questions if you don't
 5     understand the question I can break it down
 6     for you.  I'm happy to do that.
 7          A.   Break it down a lot please.
 8          Q.   I will do that.
 9               The question is, have you ever said
10     to anybody that you recruit other girls --
11          A.   Why don't you stop there.
12          Q.   Let me finish my question.
13               Have you ever said to anybody that
14     you recruit girls to take the pressure off
15     you, so you won't have to have sex with
16     Jeffrey, have you said that?
17               That's the question?
18          A.   You don't ask me questions like
19     that.  First of all, you are trying to trap
20     me, I will not be trapped.  You are asking me
21     if I recruit, I told you no.  Girls meaning
22     underage, I already said I don't do that with
23     underage people and as to ask me about a
24     specific conversation I had with language, we
25     talking about almost 17 years ago when this
```



1          G Maxwell - Confidential

2    took place.  I cannot testify to an actual

3    conversation or language that I used with

4    anybody at any time.

5         Q.   Have you ever said to anybody that

6    you recruit other females over the age of 18

7    to take the pressure off you to having to

8    have sex with Jeffrey?

9         A.   I totally resent and find it

10   disgusting that you use the word recruit.  I

11   already told you I don't know what you are

12   saying about that and your implication is

13   repulsive.

14        Q.   Answer my question.

15        A.   I just did.

16        Q.   Have you ever said to anybody that

17   you recruit females --

18        A.   I don't recruit anybody.

19        Q.   That's an answer.  So you never

20   said that?

21        A.   I'm testifying that I cannot

22   testify to an actual language --

23        Q.   It's a yes or no.

24        A.   I will not testify to an actual

25   statement made 17 years ago, so I cannot



```
 1          G Maxwell - Confidential
 2    that he may have met socially through me.
 3          Q.   Did you ever introduce ████
  █    ████     to Virginia in London?
 5          A.   I understand her story about London
 6    but again, her tissue of lies is extremely
 7    hard to pick apart what is true and what
 8    isn't.  Actually I wouldn't recollect her at
 9    all but for her tissue stories about this
10    situation.
11          Q.   So did you ever introduce ████
 █    ████     to Virginia in London?
13          A.   I have no recollection.
14          Q.   Did Virginia ever stay at your home
15    in London, your town home?
16          A.   I know she claims she did but if
17    you are asking me here today to remember
18    specifically, I cannot.
19          Q.   Do you remember taking a trip with
20    Virginia to travel over to Europe, including
21    London?
22          A.   So I have seen her reports and I
23    have seen the plane reports.  I see she says
24    she was on that but again, I really have no
25    recollection of her.
```



 1          G Maxwell - Confidential

 2          Q.   Did you know that she was 17 at the

 3     time of that trip?

 4               MR. PAGLIUCA:  Objection to the

 5          form and foundation.

 6          A.   I have --

 7          Q.   Did you know she was 17 at the time

 8     of that trip?

 9               MR. PAGLIUCA:  Objection to the

10          form and foundation.

11          A.   I didn't even know she was on the

12     trip.

13          Q.   Did you hold her passport for her

14     when she was traveling?

15               MR. PAGLIUCA:  Objection to the

16          form and foundation.

17          A.   I have no recollection whatsoever

18     of her even being on the trip nor holding her

19     passport.

20               (Maxwell Exhibit 4, picture, marked

21          for identification.)

22          Q.   I'm showing you what we marked as

23     Maxwell Exhibit 4.

24               Can you take a look at that picture

25     for me?



```
 1          G Maxwell - Confidential
 2     A.   I've looked at it.
 3     Q.   Are you in that picture?
 4     A.   I am.
 5     Q.   ████████████████████████

   █   █████████████████████

 7     A.   It is.
 8          MR. PAGLIUCA:  I don't believe this
 9     has been produced to us in discovery by
10     you.
11          MS. McCAWLEY:  The picture?
12          MR. PAGLIUCA:  Yes.
13          MS. McCAWLEY:  It has.
14          MS. MENNINGER:  Is it the same
15     exact photograph.
16          MS. McCAWLEY:  I believe so.  We
17     will find one.  The picture has been
18     produced a number of times.
19          MR. PAGLIUCA:  I've seen different
20     iterations of this, I don't believe I
21     have ever seen this.
22          MS. McCAWLEY:  We had them blow it
23     up on a page so she could see it.  We
24     could use an article.
25          While you are looking for that, I
```



Page 111

```
 1          G Maxwell - Confidential
 2          will skip ahead.  Hold that until we can
 3          find one that has the Bates range on it.
 4          Q.  Do you recall Virginia being at
 5     your London town home?
 6          A.  I do not.
 7          Q.  Do you recall going to dinner with
 8     ██████████████ Jeffrey Epstein and Virginia
 9     Roberts in London, at any time?
10          A.  I do not.
11          Q.  Do you recall going to a place
12     called ███████████ ████████████, Jeffrey
13     Epstein and yourself and Virginia Roberts?
14          A.  I would just like to state for the
15     record ██████████████████████████████
██     ████████████████████████████████████████
██     ████████████████████████████████████████
██     ████████████████████ ██████████████████
██     ██████████████████████████████████████
██     ██████    I do not have any recollection of it
21     and I doubt it actually happened.
22          Q.  You don't recall that.
23          Do you recall taking Virginia
24     shopping when you were in London to buy an
25     outfit to meet ████████████████
```



Page 120

```
 1            G Maxwell - Confidential
 2        Q.   So I'm directing your attention to
 3    the bottom, two lines up from the bottom,
 4    there is a flight --
 5            MR. PAGLIUCA:  Are you on █████
 6            MS. McCAWLEY:      █████
 7        Q.   So this flight is from, the one I'm
 8    looking at, I think it's highlighted on your
 9    copy.  On the far corner on the date, it says
10    █████ at the top and this would be the █████
11    and then the █████ are the two I'm going to
12    direct your attention to.
13        Q.   On that first one on the █████ you
14    will see the column reading PBI in the from
15    column to TEB in the to column and you will
16    see some initials, you will see JE for
17    Jeffrey Epstein, GM for Ghislaine Maxwell, ██
18    for █████████ and then Virginia?
19        A.   I have to object.
20            MR. PAGLIUCA:  You don't get to
21        object.
22        Q.   She is turning into a lawyer
23    already?
24        A.   I would like to.
25        Q.   Let me ask the question and if you
```



```
 1              G Maxwell - Confidential

 2    have an issue -- so with respect to this

 3    flight, do you recall being on a flight in

 4    the --  ████████████  going from Palm Beach to

 5    Teterboro?

 6         A.   No, I don't recall any specific

 7    flight.

 8         Q.   Do you recall flying with Virginia

 9    on a flight with  ████████████  and Jeffrey

10    Epstein at any time?

11         A.   I don't.

12         Q.   How often did you fly on a plane

13    with a 17 year old?

14              MR. PAGLIUCA:  Objection to form

15         and foundation.

16         A.   I have no idea what you are talking

17    about, other than friends of mine that had

18    kids.

19         Q.   Did you regularly fly on Jeffrey's

20    plane with individuals who were under the age

21    of 18?

22              MR. PAGLIUCA:  Objection to the

23         form and foundation.

24         A.   Can you repeat the question?

25         Q.   Did you regularly fly on Jeffrey
```



Page 122

```
 1          G Maxwell - Confidential
 2    Epstein's planes with individuals who were
 3    under the age of 18?
 4         A.   I regularly flew on Jeffrey
 5    Epstein's airplane but I cannot testify as to
 6    flying with people under the age.  I don't
 7    believe that I did.
 8         Q.   Why wouldn't you remember flying
 9    with a 17 year old?
10              MR. PAGLIUCA:  Objection to the
11          form and foundation.
12         A.   How would I know, one, that she is
13    17, how would you know that, how do you know
14    I'm on the plane.
15         Q.   Are you saying you are not on this
16    flight, so this is a Palm Beach to Teterboro.
17    This says the JE, GM ▇ and Virginia.  The GM
18    you are saying is not you?
19              MR. PAGLIUCA:  I object to the
20          form.  You can answer the question if
21          you know.
22         A.   How do you know the GM is me.
23         Q.   Is it your testimony that on the
24    flight logs when it represents GM that it is
25    not you flying on the plane?
```



Page 207

1          G Maxwell - Confidential

2    obvious lie that you approached Virginia

3    while she was under age at Mar-a-Lago?

4          MR. PAGLIUCA:  Objection to the

5          form and foundation.

6          A.   First of all, we can all agree

7    here, all of you sitting here that the lies

8    that you perpetrated in the press that she

9    was 15 and we should all agree now that that

10   is fake, a lie that was perpetrated between

11   all of you to make the story more exciting,

12   can we agree on that?

13         Q.   That is not my question.

14         A.   Can we agree she was not the age

15   she said and you put that in the press, that

16   is obviously, manifestly, absolutely, totally

17   a lie.

18         MS. McCAWLEY:  I am going to put on

19         the record, Ms. Maxwell very

20         inappropriately and very harshly pounded

21         our law firm table in an inappropriate

22         manner.  I ask she take a deep breath,

23         and calm down.  I know this is a

24         difficult position but physical assault

25         or threats is not appropriate, so no



Page 208

1          G Maxwell - Confidential

2          pounding, no stomping, no, that's not

3          appropriate,.

4          A.   Can we be clear, I didn't threaten

5     anybody.

6               MR. PAGLIUCA:  Stop, you made your

7          record, there is no dent in the table.

8          I don't see any chips.  Can we take a

9          break now.

10               MS. McCAWLEY:  I think it's

11          appropriate to take a break.

12               THE VIDEOGRAPHER:  It's 1:56 and we

13          are off the record.

14               (Recess.)

15               THE VIDEOGRAPHER:  It's now 2:13,

16          we're starting disk No. 5 and we are

17          back on the record.

18          Q.   Ms. Maxwell, how old was Virginia

19     Roberts when you met her in Mar-a-Lago?

20               MR. PAGLIUCA:  Objection to the

21          form and foundation.

22          A.   I know today that she was 17 years

23     old.

24          Q.   Are you saying that it's an obvious

25     lie that Virginia traveled on Jeffrey



Page 410

1          G Maxwell - Confidential

2          Q.   Were there other flights that you

3     recall flying on with Jeffrey Epstein that

4     were on flights that -- where ██████████ was

5     not the pilot?

6          A.   ██████████ was not always the

7     pilot.

8          Q.   How many planes did Jeffrey Epstein

9     have during the time you were with him?

10              MR. PAGLIUCA:  Objection to the

11          form and foundation.

12          A.   So you need to give me a date

13     range.

14          Q.   During the time period of 1992

15     through when you left your employment which I

16     think you said was in 2009?

17          A.   So in the '90s he had one plane and

18     at some point in the 2000s he had two planes

19     but I can't testify to anything past 2002,

20     2003, what happened to his planes after that.

21          Q.   Do you know what travel agency, if

22     any, Jeffrey would use when he would send

23     someone, for example, you or one of his other

24     employees on a flight somewhere?  Did he use

25     a particular travel agency to make those



Page 417

```
 1
 2              ACKNOWLEDGMENT OF DEPONENT
 3
                I,                      , do hereby
 4    certify that I have read the foregoing pages,
      and that the same is a correct transcription
 5    of the answers given by me to the questions
      therein propounded, except for the
 6    corrections or changes in form or substance,
      if any, noted in the attached Errata Sheet.
 7
 8
 9    GHISLAINE MAXWELL                DATE
10
11    Subscribed and sworn
      to before me this
12        day of                  , 2016.
13    My commission expires:
14
      Notary Public
15
16
17
18
19
20
21
22
23
24
25
```

