UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>              Plaintiff,<br><br>-against-<br><br>GHISLAINE MAXWELL,<br><br>              Defendant. | 15 Civ. 7433 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Plaintiff's letter dated November 10, 2020.  (Dkt. no. 1143.).  As to the deadlines for the next set of motions, pursuant to the Court's October 2, 2020 Order (dkt. no. 1125) and the Protocol (dkt. no. 1108), the original parties to this action may file their own objections to the unsealing of the materials served on Doe 1 no later than November 12, 2020, as provided by Paragraph 2(f) of the Protocol.  Any opposition to such an objection shall be filed no later than November 19, 2020.

    **SO ORDERED.**

Dated:    New York, New York
           November 11, 2020

                                              */s/ Loretta A. Preska*
                                              LORETTA A. PRESKA
                                              Senior United States District Judge