# EXHIBIT A

**Defendant's Position on Docket Entries 231, 279, 315, 320, & 335**

| DOCKET # | DATE FILED | DEFENDANT'S POSITION | COUNTERVAILING INTERESTS[1] |
|---|---|---|---|
| 231 | 6.20.16 | Redact all quotes from Ms. Maxwell and Non-Party deposition testimony, Non-Party identifying information, and argument of counsel violative of Local Criminal Rule 23.1. | C1-1 C1-2 C1-3 C1-4 |
| 232 | 6.20.16 | Redact all Non-Party witness names and identifying information. | C1-1 C1-2 C1-3 C1-4 |
| 232-7 | 6.20.16 | Redact all Non-Party witness names and identifying information. | C1-1 C1-2 C1-3 C1-4 |
| 232-8 | 6.20.16 | Keep sealed – Non-Party reliance on Protective Order | C1-1 C1-2 C1-3 C1-4 |
| 232-9 | 6.20.16 | No objection to unsealing | |
| 232-10 | 6.20.16 | No objection to unsealing | |
| 232-11 | 6.20.16 | No objection to unsealing | |

---

[1] Key:

CI-1 - Reasonable reliance the Protective Order by a party or non-party.

CI-2 - Prevention of the abuse of court records and files.

CI-3 - Annoyance, embarrassment, oppression, undue burden ("Privacy Interests").

CI-4 - Preserving the fundamental rights of suspects or others under criminal investigation – including due process right to a fair trial and impartial jury unimpaired by excessive publicity, release of potentially inadmissible evidence for the Criminal Action, or improper revelation of a potential witness or their potential testimony.

CI-5 - Improper submission of documents thereby weaponizing judicial documents.

CI-6 - Untrustworthy, unreliable, and incorrect information.

CI-7 - Non-Judicial Documents.

**Defendant's Position on Docket Entries 231, 279, 315, 320, & 335**

| | | | |
|---|---|---|---|
| 255 | 6.28.16 | No objection to unsealing | |
| 257 | 6.28.16 | Redact all quotes from Ms. Maxwell and Non-Party deposition testimony, Non-Party identifying information, and argument of counsel violative of Local Criminal Rule 23.1. | **CI-2**[2]<br>CI-3<br>CI-4<br>**CI-5**<br>CI-6<br>CI-7 |
| 258 | 6.28.16 | Keep sealed – Non-Party reliance on Protective Order | **CI-2**<br>CI-3<br>CI-4<br>**CI-5**<br>CI-6<br>CI-7 |
| 258-1 | 6.28.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1. | CI-1<br>**CI-2**<br>CI-3<br>CI-4<br>**CI-5**<br>CI-6<br>**CI-7** |
| 258-2 | 6.28.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1. | **CI-2**<br>CI-3<br>CI-4<br>**CI-5**<br>CI-6 |

---

[2] Ms. Maxwell notes that Response Brief is filled with irrelevant information and misleading deposition excerpts that are wholly irrelevant to the underlying motion for sanctions for failure to comply with discovery obligations relating to plaintiff's medical information.  These arguments were made, and documents filed, for purposes of distraction and harassment, and have nothing to do with the issues presented by the motion.  This is classic abuse of the courts records and files. The Response and Exhibits were not referenced in the Order, and the exhibits are not properly considered judicial documents.

**Defendant's Position on Docket Entries 231, 279, 315, 320, & 335**

|  |  |  | **CI-7** |
|---|---|---|---|
| 258-3 | 6.28.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1. | **CI-2** <br> CI-3 <br> CI-4 <br> **CI-5** <br> CI-6 <br> **CI-7** |
| 258-4 | 6.28.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1. | **CI-2** <br> CI-3 <br> CI-4 <br> **CI-5** <br> CI-6 <br> **CI-7** |
| 258-5 | 6.28.16 | No objection to unsealing | |
| 258-6 | 6.28.16 | No objection to unsealing | |
| 258-7 | 6.28.16 | No objection to unsealing | |
| 258-8 | 6.28.16 | No objection to unsealing | |
| 258-9 | 6.28.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1. | **CI-2** <br> CI-3 <br> CI-4 <br> **CI-5** <br> CI-6 <br> **CI-7** |
| 258-10 | 6.28.16 | No objection to unsealing | |
| 261 | 7.1.16 | Redact all quotes from Ms. Maxwell and Non-Party deposition testimony, Non-Party identifying information, and argument of counsel violative of Local Criminal Rule 23.1. | **CI-2** <br> CI-3 <br> CI-4 <br> **CI-5** <br> CI-6 <br> **CI-7** |

**Defendant's Position on Docket Entries 231, 279, 315, 320, & 335**

| | | | |
|---|---|---|---|
| 269 | 7.8.16 | No objection to unsealing | |
| 270 | 7.8.16 | No objection to unsealing | |
| 270-1 | 7.8.16 | No objection to unsealing | |
| 270-2 | 7.8.16 | Redact all Non-Party witness names and identifying information. | CI-1<br>CI-2<br>CI-3 |
| 270-3 | 7.8.16 | No objection to unsealing | |
| 270-4 | 7.8.16 | No objection to unsealing | |
| 270-6 | 7.8.16 | No objection to unsealing | |
| 272-1 | 7.12.16 | Keep Sealed | CI-6<br>CI-7 |
| 272-2 | 7.12.16 | No objection to unsealing | |
| 272-3 | 7.12.16 | No objection to unsealing | |

## Defendant's Position on Docket Entries 231, 279, 315, 320, & 335

| 272-4 | 7.12.16 | No objection to unsealing | |
|---|---|---|---|
| 272-5 | 7.12.16 | Already publicly filed (DE 45) | |
| 272-6 | 7.12.16 | Already publicly filed (DE 31) | |
| 272-7 | 7.12.16 | Keep sealed (Already released?) | CI-2<br>CI-3<br>CI-4<br>CI-5 |
| 272-8 | 7.12.16 | No objection to unsealing | |
| 272-9 | 7.12.16 | No objection to unsealing | |
| 272-10 | 7.12.16 | Redact all Non-Party witness names and identifying information. | CI-1<br>CI-2<br>CI-3 |
| 303 | 7.25.16 | No objection to unsealing | |
| 304 | 7.25.16 | No objection to unsealing | |

### Defendant's Position on Docket Entries 231, 279, 315, 320, & 335

| | | | |
|---|---|---|---|
| 304-1 | 7.25.16 | No objection to unsealing | |
| 304-2 | 7.25.16 | No objection to unsealing | |
| 304-3 | 7.25.16 | No objection to unsealing | |
| 304-4 | 7.25.16 | No objection to unsealing | |
| 313 | 7.29.16 | Already publicly filed | |
| 313-1 | 7.29.16 | No objection to unsealing | |
| 279 | 7.13.16 | Redact all quotes from Ms. Maxwell and Non-Party deposition testimony, Non-Party identifying information, and argument of counsel violative of Local Criminal Rule 23.1. | CI-1<br>CI-2<br>CI-3<br>CI-4 |
| 280 | 7.13.16 | Redact all quotes from Ms. Maxwell and Non-Party deposition testimony, Non-Party identifying information, and argument of counsel violative of Local Criminal Rule 23.1. | CI-1<br>CI-2<br>CI-3<br>CI-4 |

**Defendant's Position on Docket Entries 231, 279, 315, 320, & 335**

| 280-1 | 7.13.16 | Redact all names and identifying information for Ms. Maxwell and Non-Parties | CI-1<br>CI-2<br>CI-3<br>CI-4<br>CI-6 |
|---|---|---|---|
| 280-2 | 7.13.16 | Keep sealed | CI-1<br>CI-2<br>CI-3<br>CI-4<br>CI-6 |
| 288 | 7.15.16 | Not sealed | |
| 288-1 | 7.15.16 | Not sealed | |
| 288-2 | 7.15.16 | Not sealed. | |

**Defendant's Position on Docket Entries 231, 279, 315, 320, & 335**

| | | | |
|---|---|---|---|
| 289 | 7.18.16 | Not sealed | |
| 290 | 7.18.16 | Redact identifying information and email address. | CI-1<br>CI-2<br>CI-3 |
| 291 | 7.18.16 | Not sealed | |
| 291-1 | 7.18.16 | No position.  Not sealed at 188-1 | |
| 291-2 | 7.18.16 | Keep sealed | CI-2<br>CI-3<br>CI-4<br>CI-7 |

**Defendant's Position on Docket Entries 231, 279, 315, 320, & 335**

| | | | |
|---|---|---|---|
| 291-3 | 7.18.16 | Keep sealed | CI-2<br>CI-3<br>CI-4<br>CI-7 |
| 300 | 7.22.16 | Not sealed | |
| 300-1:2 | 7.22.16 | Not sealed | |
| 337 | 8.8.16 | Not sealed | |
| 338 | 8.8.16 | Keep sealed | CI-1<br>CI-3<br>CI-4<br>CI-6 |

**Defendant's Position on Docket Entries 231, 279, 315, 320, & 335**

| | | | |
|---|---|---|---|
| 338-2 | 8.8.16 | Keep sealed | CI-7 |
| 338-3 | 8.8.16 | Keep sealed | CI-1<br>CI-2<br>CI-3<br>CI-4<br>CI-5<br>CI-6<br>CI-7 |
| 338-4 | 8.8.16 | Keep sealed | **CI-1**<br>CI-2<br>CI-3<br>CI-4<br>CI-7 |
| 338-5 | 8.8.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1. | CI-1<br>**CI-2**<br>CI-3<br>CI-4<br>**CI-5**<br>CI-6<br>**CI-7** |
| 338-6 | 8.8.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1. | CI-1<br>**CI-2**<br>CI-3<br>CI-4<br>**CI-5**<br>CI-6<br>**CI-7** |

**Defendant's Position on Docket Entries 231, 279, 315, 320, & 335**

| | | | |
|---|---|---|---|
| 338-7 | 8.8.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1. | CI-1<br>**CI-2**<br>CI-3<br>CI-4<br>**CI-5**<br>CI-6<br>**CI-7** |
| 338-8 | 8.8.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1. | CI-1<br>**CI-2**<br>CI-3<br>CI-4<br>**CI-5**<br>CI-6<br>**CI-7** |
| 338-9 | 8.8.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1. | CI-1<br>**CI-2**<br>CI-3<br>CI-4<br>**CI-5**<br>CI-6<br>**CI-7** |
| 338-10 | 8.8.16 | No objection to unsealing | |
| 353 | 8.10.16 | Redact all Non-Party witness names and identifying information | CI-1<br>CI-3 |

**Defendant's Position on Docket Entries 231, 279, 315, 320, & 335**

| | | | |
|---|---|---|---|
| 375 | 8.17.16 | Not sealed | |
| 315 | 7.29.16 | Keep sealed | CI-1<br>CI-2<br>CI-3<br>CI-4<br>CI-5<br>CI-6 |
| 316 | 7.29.16 | Keep sealed | CI-1<br>CI-2<br>CI-3<br>CI-4<br>CI-5<br>CI-6 |
| 316-1 | 7.29.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1. | **CI-2**<br>CI-3<br>CI-4<br>**CI-5**<br>CI-6<br>**CI-7** |
| 316-2 | 7.29.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1. | **CI-2**<br>CI-3<br>CI-4<br>**CI-5**<br>CI-6<br>**CI-7** |

**Defendant's Position on Docket Entries 231, 279, 315, 320, & 335**

| | | | |
|---|---|---|---|
| 316-3 | 7.29.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1. | **CI-2**<br>CI-3<br>CI-4<br>**CI-5**<br>CI-6<br>**CI-7** |
| 316-4 | 7.29.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1. | **CI-2**<br>CI-3<br>CI-4<br>**CI-5**<br>CI-6<br>**CI-7** |
| 316-5 | 7.29.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1. | **CI-2**<br>CI-3<br>CI-4<br>**CI-5**<br>CI-6<br>**CI-7** |
| 316-6 | 7.29.16 | Keep sealed | CI-1 |
| 316-7 | 7.29.16 | Keep sealed –Reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1. | **CI-2**<br>CI-3<br>CI-4<br>**CI-5**<br>CI-6<br>**CI-7** |

**Defendant's Position on Docket Entries 231, 279, 315, 320, & 335**

| | | | |
|---|---|---|---|
| 316-8 | 7.29.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1. | CI-1<br>CI-2<br>CI-3<br>CI-4<br>CI-5<br>CI-6 |
| 339 | 8.8.16 | Keep sealed | CI-1<br>CI-2<br>CI-3<br>CI-4 |
| 340 | 8.8.16 | Keep sealed | CI-1<br>CI-4 |
| 340-1 | 8.8.16 | Keep sealed | CI-1<br>CI-4 |
| 340-3 | 8.8.16 | Keep sealed | CI-1<br>CI-2<br>CI-3<br>CI-4<br>CI-5<br>CI-6<br>CI-7 |

**Defendant's Position on Docket Entries 231, 279, 315, 320, & 335**

| | | | |
|---|---|---|---|
| 340-4 | | Keep sealed | CI-1<br>CI-2<br>CI-3<br>CI-4<br>CI-5<br>CI-6 |
| 340-5 | | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1. | **CI-2**<br>CI-3<br>CI-4<br>**CI-5**<br>CI-6<br>**CI-7** |
| 340-6 | | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1. | **CI-2**<br>CI-3<br>CI-4<br>**CI-5**<br>CI-6<br>**CI-7** |
| 340-7 | | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1. | **CI-2**<br>CI-3<br>CI-4<br>**CI-5**<br>CI-6<br>**CI-7** |
| 340-8 | | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1. | **CI-2**<br>CI-3<br>CI-4<br>**CI-5**<br>CI-6<br>**CI-7** |

**Defendant's Position on Docket Entries 231, 279, 315, 320, & 335**

| | | | |
|---|---|---|---|
| 340-9 | 8.8.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1. | **CI-2**<br>CI-3<br>CI-4<br>**CI-5**<br>CI-6<br>**CI-7** |
| 368 | 8.12.16 | Keep sealed | CI-1<br>CI-2<br>CI-3<br>CI-4<br>CI-5<br>CI-6 |
| 369 | 8.12.16 | Keep sealed | CI-1<br>CI-2<br>CI-3<br>CI-4<br>CI-5<br>CI-6 |
| 369-1 | 8.12.16 | Keep sealed | CI-1<br>CI-2<br>CI-3<br>CI-4<br>CI-5<br>CI-6<br>CI-7 |
| 369-2 | 8.12.16 | Keep sealed | CI-1 |

**Defendant's Position on Docket Entries 231, 279, 315, 320, & 335**

| | | | |
|---|---|---|---|
| 369-3 | 8.12.16 | Keep sealed | CI-1<br>CI-2<br>CI-3<br>CI-4<br>CI-5<br>CI-6 |
| 369-4 | 8.12.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1. | **CI-2**<br>CI-3<br>CI-4<br>**CI-5**<br>CI-6<br>**CI-7** |
| 369-5 | 8.12.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1. | **CI-2**<br>CI-3<br>CI-4<br>**CI-5**<br>CI-6<br>**CI-7** |
| 369-6 | 8.12.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1. | **CI-2**<br>CI-3<br>CI-4<br>**CI-5**<br>CI-6<br>**CI-7** |
| 369-7 | 8.12.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1. | **CI-2**<br>CI-3<br>CI-4<br>**CI-5**<br>CI-6<br>**CI-7** |

**Defendant's Position on Docket Entries 231, 279, 315, 320, & 335**

| | | | |
|---|---|---|---|
| 369-8 | 8.12.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1. | **CI-2**<br>CI-3<br>CI-4<br>**CI-5**<br>CI-6<br>**CI-7** |
| 369-9 | 8.12.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1. | **CI-2**<br>CI-3<br>CI-4<br>**CI-5**<br>CI-6<br>**CI-7** |
| 369-10 | 8.12.16 | Keep sealed | CI-2<br>CI-6<br>CI-7 |
| 369-11 | 8.12.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1. | **CI-2**<br>CI-3<br>CI-4<br>**CI-5**<br>CI-6<br>**CI-7** |
| 369-12 | 8.12.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1. | **CI-2**<br>CI-3<br>CI-4<br>**CI-5**<br>CI-6<br>**CI-7** |

**Defendant's Position on Docket Entries 231, 279, 315, 320, & 335**

| | | | |
|---|---|---|---|
| 369-13 | 8.12.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1. | **CI-2**<br>CI-3<br>CI-4<br>**CI-5**<br>CI-6<br>**CI-7** |
| 369-14 | 8.12.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1. | **CI-2**<br>CI-3<br>CI-4<br>**CI-5**<br>CI-6<br>**CI-7** |
| 369-15 | 8.12.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1. | **CI-2**<br>CI-3<br>CI-4<br>**CI-5**<br>CI-6<br>**CI-7** |
| 369-16 | 8.12.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1. | **CI-2**<br>CI-3<br>CI-4<br>**CI-5**<br>CI-6<br>**CI-7** |
| 320 | 8.1.16 | Keep Sealed | CI-1<br>CI-3 |

**Defendant's Position on Docket Entries 231, 279, 315, 320, & 335**

| | | | |
|---|---|---|---|
| 321 | 8.1.16 | Not sealed | |
| 321-1 | 8.1.16 | Redact all names and identifying information for Ms. Maxwell and Non-Parties | CI-1<br>CI-2<br>CI-3<br>CI-4<br>CI-6 |
| 321-2 | 8.1.16 | Redact all names and identifying information for Ms. Maxwell and Non-Parties | CI-1<br>CI-2<br>CI-3<br>CI-4<br>CI-6 |
| 321-3 | 8.1.16 | Redact all names and identifying information for Ms. Maxwell and Non-Parties | CI-1<br>CI-2<br>CI-3<br>CI-4<br>CI-6 |
| 321-4 | 8.1.16 | Redact all names and identifying information for Ms. Maxwell and Non-Parties | CI-1<br>CI-2<br>CI-3<br>CI-4<br>CI-6 |

**Defendant's Position on Docket Entries 231, 279, 315, 320, & 335**

| | | | |
|---|---|---|---|
| 321-5 | 8.1.16 | Redact all names and identifying information for Ms. Maxwell and Non-Parties | CI-1<br>CI-2<br>CI-3<br>CI-4<br>CI-6 |
| 321-6 | 8.1.16 | Redact all names and identifying information for Ms. Maxwell and Non-Parties | CI-1<br>CI-2<br>CI-3<br>CI-4<br>CI-6 |
| 322 | 8.1.16 | Not sealed | |
| 323 | 8.1.16 | Redact all names and identifying information for Ms. Maxwell and Non-Parties | CI-1<br>CI-2<br>CI-3<br>CI-4<br>CI-6 |
| 329 | 8.2.16 | Not Sealed | |

**Defendant's Position on Docket Entries 231, 279, 315, 320, & 335**

| | | | |
|---|---|---|---|
| 335 | 8.8.16 | No objection to unsealing. | |
| 336 | 8.8.16 | No objection to unsealing. | |
| 336-1 | 8.8.16 | No objection to unsealing. | |
| 336-2 | 8.8.16 | No objection to unsealing. | |
| 336-3 | 8.8.16 | No objection to unsealing | |

**Defendant's Position on Docket Entries 231, 279, 315, 320, & 335**

| | | | |
|---|---|---|---|
| 380 | 8.18.16 | No objection to unsealing. | |
| 381 | 8.18.16 | No objection to unsealing. | |
| 381-1 | 8.8.16 | No objection to unsealing. | |
| 381-2 | 8.8.16 | No objection to unsealing. | |
| 381-3 | 8.8.16 | No objection to unsealing. | |

**Defendant's Position on Docket Entries 231, 279, 315, 320, & 335**

| | | | |
|---|---|---|---|
| 381-4 | 8.8.16 | No objection to unsealing – Redacted version released by Second Circuit | |
| 381-5 | 8.8.16 | No objection to unsealing – Redacted version released by Second Circuit | |
| 381-6 | 8.8.16 | No objection to unsealing | |
| 381-7 | 8.8.16 | No objection to unsealing – Redacted version released by Second Circuit | |
| 381-8 | 8.8.16 | No objection to unsealing | |

**Defendant's Position on Docket Entries 231, 279, 315, 320, & 335**

| | | | |
|---|---|---|---|
| 392 | 8.23.16 | Keep Sealed | CI-1<br>CI-2<br>CI-3<br>CI-4<br>CI-5<br>CI-6 |
| 393 | 8.23.16 | Keep Sealed | CI-1<br>CI-2<br>CI-3<br>CI-4<br>CI-5<br>CI-6 |
| 393-1 | 8.23.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1. | **CI-2**<br>CI-3<br>CI-4<br>**CI-5**<br>CI-6<br>**CI-7** |
| 393-2 | 8.23.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1. | **CI-2**<br>CI-3<br>CI-4<br>**CI-5**<br>CI-6<br>**CI-7** |
| 393-3 | 8.23.16 | Keep sealed | CI-1<br>CI-2<br>CI-3<br>CI-4<br>CI-5<br>CI-7 |

**Defendant's Position on Docket Entries 231, 279, 315, 320, & 335**

| | | | |
|---|---|---|---|
| 393-4 | 8.23.16 | Keep sealed | CI-1<br>CI-2<br>CI-3<br>CI-4<br>CI-5<br>CI-7 |
| 400 | 8.25.16 | Keep Sealed | CI-1<br>CI-2<br>CI-3<br>CI-4 |
| 401 | 8.25.16 | Keep Sealed | CI-1<br>CI-2<br>CI-3<br>CI-4 |
| 401-1 | 8.25.16 | Keep sealed | CI-1<br>CI-2<br>CI-3<br>CI-4<br>CI-5 |
| 401-2 | 8.25.16 | Keep sealed | CI-1<br>CI-2<br>CI-3<br>CI-4<br>CI-5 |

**Defendant's Position on Docket Entries 231, 279, 315, 320, & 335**

| | | | |
|---|---|---|---|
| 401-3 | 8.25.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1. | **CI-2**<br>CI-3<br>CI-4<br>**CI-5**<br>CI-6<br>**CI-7** |
| 401-4 | 8.25.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1. | **CI-2**<br>CI-3<br>CI-4<br>**CI-5**<br>CI-6<br>**CI-7** |
| 401-5 | 8.25.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1. | **CI-2**<br>CI-3<br>CI-4<br>**CI-5**<br>CI-6<br>**CI-7** |
| 401-6 | 8.25.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1. | **CI-2**<br>CI-3<br>CI-4<br>**CI-5**<br>CI-6<br>**CI-7** |