# EXHIBIT B

Confidential

Page 1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x
VIRGINIA L. GIUFFRE,

            Plaintiff,
                                    Case No.:
    -against-                       15-cv-07433-RWS

GHISLAINE MAXWELL,

            Defendant.

- - - - - - - - - - - - - - - - - - - -x

                **CONFIDENTIAL**

        Continued Videotaped Deposition of
    GHISLAINE MAXWELL, the Defendant herein,
    taken pursuant to subpoena, was held at
    the law offices of Boies, Schiller &
    Flexner, LLP, 575 Lexington Avenue, New
    York, New York, commencing July 22,
    2016, 9:04 a.m., on the above date,
    before Leslie Fagin, a Court Reporter
    and Notary Public in the State of New
    York.

                    - - -
            MAGNA LEGAL SERVICES
       1200 Avenue of the Americas
          New York, New York 10026
               (866) 624-6221
```



Confidential

Page 44
1        G. Maxwell - Confidential
2    thought.  I really don't recall her, so it's
3    hard for me to testify what I thought about
4    her age at the time.
5        Q.   Was Virginia, in the period of
6    around 2000, the youngest person that, as you
7    understood it, was giving Mr. Epstein
8    massages?
9            MR. PAGLIUCA:  Object to the form
10       and foundation.
11       A.   Again, I can't testify to her age,
12   but everybody else that I can recall seemed
13   to be again, like I would say, adults.
14       Q.   You didn't think Virginia was an
15   adult, did you?
16           MR. PAGLIUCA:  Object to the form
17       and foundation.
18       A.   Like I said, I don't recall her.  I
19   don't recall thinking about -- my memory is
20   of adults giving Jeffrey massages, and as I
21   don't really remember Virginia around that
22   time, I don't know what I think.
23       Q.   You do remember Virginia, about
24   that time back in the 2000s, giving
25   Mr. Epstein massages?



Confidential

Page 45

```
 1        G. Maxwell - Confidential
 2            MR. PAGLIUCA:  Object to the form
 3      and foundation.
 4      A.    I barely remember her at all.
 5      Q.    Whether you barely remember her or
 6  not, you do remember that back in the period
 7  around 2000, Virginia was giving Mr. Epstein
 8  massages, right?
 9            MR. PAGLIUCA:  Objection to form
10      and foundation.
11      A.    Only in the most general terms.  It
12  would be somebody who would give him a
13  massage, and that's it.
14      Q.    During the period of time back in
15  the period around 2000, when you knew that
16  Virginia was somebody who would give
17  Mr. Epstein a massage, was she somebody who
18  you considered an adult?
19            MR. PAGLIUCA:  Objection to form
20      and foundation.
21      A.    I didn't consider her at all
22  because she is not somebody that I really
23  interacted with.
24      Q.    It is your testimony that Virginia
25  was not somebody that you interacted with, is
```



Confidential

Page 55

```
 1         G. Maxwell - Confidential
 2     Epstein's home in Palm Beach?
 3             MR. PAGLIUCA:  Objection to form
 4       and foundation.
 5       A.     ███████
         █     █     ████████
         █     █     ████████████████
         █     █     ██████████████████████
         █     █     █████████████
         █     █     ███████████
         █     █     █████████████████████
         █    █████████████████
13       Q.   ██████████████████████████
         █   ████████████████████████████
         █   ███████████████████████████
         █   ██████  █████████████████████
         █   █████████████
         █   █  █
         █   █  ██████████████
         █   ██████████████████████████
         █   ██████████████████████████
         █   █████████
         █   █   ██████
         █   █  ─███████████
         █   █   █████████████████
```



MAGNA LEGAL SERVICES

Confidential

Page 56

```
 1            G. Maxwell - Confidential
 2        Q.  ███████████████
           ███  ███████████
           ███  ███████████
 5        A.  ███████████████
           ███  ████████████████████
 7        A.  ██████████████████████
           ███  ████████████████████████
           ███  ████████████
           ███  ██  █
11        Q.  ██████████████████████
           ███  █████████
           ███  ███  ██████████████
           ███  ███  ████████████████████
           ███  ████████████████████████
16        ███  ██  ████████████
           ███  ██  ████████████████
           ███  ████████████████████
           ███  ██  ████████████████
           ███  ██████  ████████████████
           ███  ████████████████████████
22        ███  ██  ████████████████████
           ███  ██████████████████████
           ███  ██████████████████████
           ███  ████
```



MAGNA
LEGAL SERVICES

Confidential

Page 57

```
 1        G. Maxwell - Confidential
 2           MR. PAGLIUCA:  Objection to form
 3     and foundation.
 4        A.   ▮▮▮▮▮▮▮
                ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
       ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
       ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 8           MR. PAGLIUCA:  Objection to form
 9     and foundation.
10        A.   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
       ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
       ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
       ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
14        Q.   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
       ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
       ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
       ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
       ▮   ▮▮▮   ▮▮▮▮
       ▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
       ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
21     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
       ▮   ▮▮▮▮▮▮
       ▮       ▮▮▮▮▮▮▮▮       ▮▮▮▮▮▮▮▮
       ▮     ▮▮▮▮▮▮▮▮▮▮▮
       ▮  ▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
```



MAGNA
LEGAL SERVICES

Confidential

Page 58

```
 1        G. Maxwell - Confidential
 2     Q.   ███████████████████████
            ███████████████████████
            ███████████████████████
            ███████████████████████
            ███████████████████████
 7          ███████████████████████
            ███████████████████████
            ███████████████████████
            ███████████████████████
11          ███████████████████████
            ███████████████████████
            ███████████████████████
            ███████████████████████
            ███████████████████████
            ███████████████████████
            ███████████████████████
            ███████████████████████
            ███████████████████████
20          ███████████████████████
21          MR. PAGLIUCA:  Objection to form
22     and foundation.
23          ███████████████████████
24          ███████████████████████
            ███████████████████████
```

MAGNA LEGAL SERVICES

Confidential

Page 86

1      G. Maxwell - Confidential
2      and foundation.
3      A.   No.
4      Q.   ██████████████████████
██████████████████████████████████
██████████████████████████████████
██████████████
8           MR. PAGLIUCA:  Objection to form
9      and foundation.
10     A.   I don't know.
11     ██  ██████████████████████████
██  ██  ████
██  ██  ██████████████████████████
██████████████████████████████████
██████████████████████████████████
██████████████████████████
17          MR. PAGLIUCA:  Objection to form
18     and foundation.  Asked and answered.
19     A.   No.
20     Q.   Were they ever in the Virgin
21     Islands?
22          MR. PAGLIUCA:  Objection to form
23     and foundation.
24     A.   No.
25     ██  ██████████████████████████



Confidential

Page 87



```
 1     [redacted]
 2  [redacted]
 3  [redacted]
 4  [redacted]
 5     [redacted]
 6     [redacted]
 7  [redacted]
 8  [redacted]
 9     [redacted]
10     [redacted]
11  [redacted]
12     [redacted]
13     [redacted]
14     [redacted]
15     [redacted]
16  [redacted]
17  [redacted]
18  [redacted]
19     [redacted]
20     [redacted]
21  [redacted]
22  [redacted]
23  [redacted]
24         MR. PAGLIUCA:  Objection to form
25     and foundation.
```



Confidential

```
Page 91
 1           G. Maxwell - Confidential
 2      it to something in the case.
 3           MR. BOIES:  I think it's tied, but
 4      if you instruct her not to answer, it
 5      goes into the --
 6           MR. PAGLIUCA:  Meat grinder.
 7   BY MR. BOIES:
 8      Q.   ████████████████████████████
     ████████████████████████████████
     ██████████████████████████████████
     ██████████████████████████████████
     ████████████
            ██████████████  ██████████████████.
14      A.   Can you repeat the question?
15      Q.   ██████████████████████
     █████████████████████████████████
     ██████████████████████████████████
     ██████████████████████████████████
     ██████████████
20           MR. PAGLIUCA:  Same objection.
21      A.   No.
22      Q.   ████████████████████████████
     ████████████████████████████████
24    · ██████████████████████████████████
     ██████████████████████████████████
```



Confidential

Page 197

```
 1
 2                    CERTIFICATE
 3
 4
 5        I HEREBY CERTIFY that GHISLAINE
 6   MAXWELL, was duly sworn by me and that the
 7   deposition is a true record of the testimony
 8   given by the witness.
 9
10   _____
11   Leslie Fagin,
     Registered Professional Reporter
12   Dated:  July 22, 2016
13
14
15        (The foregoing certification of
16   this transcript does not apply to any
17   reproduction of the same by any means, unless
18   under the direct control and/or supervision
19   of the certifying reporter.)
20
21
22
23
24
25
```

