# EXHIBIT C

| # | Url |
|---|---|
| 1 | https://www.theguardian.com/uk-news/2020/oct/23/prince-andrew-asked-ghislaine-maxwell-about-accuser-documents-suggest |
| 2 | https://www.newsweek.com/ghislaine-jeffery-biography-1545135 |
| 3 | https://filmdaily.co/news/maxwell-lawsuits-dropped/ |
| 4 | https://www.npr.org/2020/10/22/926590153/jeffrey-epstein-update-read-the-deposition-that-ghislaine-maxwell-fought-to-hide |
| 5 | https://www.insider.com/ghislaine-maxwell-deposition-forensic-psychologist-analysis-2020-10 |
| 6 | https://www.youtube.com/watch?v=Nlt2HzAMmEM |
| 7 | https://www.youtube.com/watch?v=1VUqJxF-aco |
| 8 | https://www.cnn.com/2020/10/22/us/ghislaine-maxwell-deposition-transcript-release/index.html |
| 9 | https://www.vanityfair.com/style/2020/10/ghislaine-maxwell-unsealed-epstein-deposition |
| 10 | https://www.bbc.com/news/world-us-canada-54647570 |
| 11 | https://www.theguardian.com/us-news/2020/oct/22/ghislaine-maxwell-deposition-unsealed-jeffrey-epstein |
| 12 | https://www.youtube.com/watch?v=Jgj-GEsgUsM |
| 13 | https://www.youtube.com/watch?v=ZFefTM1VAow |
| 14 | https://nypost.com/tag/ghislaine-maxwell/ |
| 15 | https://nypost.com/2020/11/03/two-epstein-victims-drop-cases-against-estate-ghislaine-maxwell/ |
| 16 | https://apnews.com/article/new-york-jeffrey-epstein-ghislaine-maxwell-manhattan-ec7b6b0a07aa51bb7c0147d473535bcb |
| 17 | https://www.nytimes.com/2020/10/22/nyregion/ghislaine-maxwell-epstein-deposition.html |
| 18 | https://www.insider.com/ghislaine-maxwell-testimony-jeffrey-epstein-released-2020-10 |
| 19 | https://slate.com/news-and-politics/2020/10/ghislaine-maxwell-deposition-redactions-epstein-how-to-crack.html |
| 20 | https://www.independent.co.uk/news/world/ghislaine-maxwell-deposition-jeffrey-epstein-accuser-rape-paedophile-virginia-giuffre-b1262891.html |
| 21 | https://nypost.com/2020/10/24/operation-underway-to-spring-ghislaine-maxwell-from-jail/ |
| 22 | https://filmdaily.co/news/maxwell-epstein-victims/ |
| 23 | https://filmdaily.co/news/ghislaine-maxwell-deposition/ |
| 24 | https://www.insider.com/ghislaine-maxwell-epstein-questions-dodged-unsealed-deposition-2020-10 |
| 25 | https://www.msn.com/en-us/news/crime/why-ghislaine-maxwell-was-just-as-much-a-predator-as-jeffrey-epstein-author/ar-BB1aNWEb |
| 26 | https://www.today.com/video/ghislaine-maxwell-deposition-gives-insight-into-epstein-relationship-94465093962 |
| 27 | https://pagesix.com/2020/10/26/alan-dershowitz-seeks-to-unredact-name-in-ghislaine-maxwell-deposition/ |
| 28 | https://www.reuters.com/article/people-ghislaine-maxwell/ghislaine-maxwell-repeatedly-denies-witnessing-underage-sex-other-misconduct-in-epstein-deposition-id |
| 29 | https://www.nbcnews.com/news/us-news/ghislaine-maxwell-epstein-accuser-s-account-prince-andrew-tryst-ludicrous-n1244272 |
| 30 | https://www.businessinsider.com/ghislaine-maxwell-deposition-hints-at-jeffrey-epstein-les-wexner-link-2020-10 |
| 31 | https://www.miamiherald.com/news/state/florida/article246624308.html |
| 32 | https://torontosun.com/news/world/ghislaine-maxwell-pal-pleads-for-release-says-jailed-heiress-starving-in-humiliating-clothes |
| 33 | https://www.unionleader.com/news/courts/no-one-knew-epsteins-secrets-like-ghislaine-maxwell-how-much-did-her-testimony-reveal/article_02cf16d0-bdb7-5009- |
| 34 | https://www.insider.com/ghislaine-maxwell-denied-gifting-prince-andrew-puppet-sexual-abuse-deposition-2020-10 |
| 35 | https://www.insider.com/epstein-accuser-virginia-giuffre-jubilant-tweets-ghislaine-maxwell-deposition-unsealed-2020-10 |
| 36 | https://www.smh.com.au/world/north-america/ghislaine-maxwell-denied-inappropriate-action-by-jeffrey-epstein-in-newly-unsealed-deposition-20201023-p567t2.h |

| | |
|---|---|
| 37 | https://abcnews.go.com/US/ghislaine-maxwell-inappropriate-underage-activities/story?id=73762889 |
| 38 | https://www.thecut.com/2020/10/the-deposition-ghislaine-maxwell-doesnt-want-you-to-see.html |
| 39 | https://www.newyorker.com/magazine/2020/11/09/a-speed-reading-app-condenses-the-jeffrey-epstein-saga |
| 40 | https://www.wpr.org/jeffrey-epstein-update-read-deposition-ghislaine-maxwell-fought-hide |
| 41 | https://nypost.com/article/who-is-ghislaine-maxwell-jeffrey-epstein-confidante/ |
| 42 | https://nypost.com/2020/10/22/inside-ghislaine-maxwells-absurd-deposition/ |
| 43 | https://www.kpbs.org/news/2020/oct/22/jeffrey-epstein-update-read-the-deposition-that/ |
| 44 | https://www.dailymail.co.uk/news/article-8879663/Prince-Andrew-faces-pressure-second-Ghislaine-Maxwell-deposition.html |
| 45 | https://www.independent.co.uk/news/ghislaine-maxwell-deposition-virginia-roberts-giuffre-epstein-prince-andrew-clinton-b1235076.html |
| 46 | https://www.washingtonpost.com/politics/ghislaine-maxwell-jeffrey-epstein-minors-unsealed-testimony/2020/10/22/8681039c-1475-11eb-ba42-ec6a580836ed_sto |
| 47 | https://www.eonline.com/news/1201123/ghislaine-maxwells-deposition-unsealed-what-she-alleged-about-jeffrey-epstein-and-prince-andrew |
| 48 | https://www.forbes.com/sites/lisettevoytko/2020/10/22/ghislaine-maxwell-deposition-released-after-protracted-court-battle/ |
| 49 | https://www.irishtimes.com/news/world/us/a-wall-of-evasions-and-denials-ghislaine-maxwell-s-deposition-revealed-1.4389184 |
| 50 | https://www.cnbc.com/2020/10/22/jeffrey-epstein-case-ghislaine-maxwell-deposition-released.html |
| 51 | https://nationalpost.com/news/world/ghislaine-maxwells-deposition-reveals-prince-andrew-asked-her-about-his-accuser |
| 52 | https://www.rollingstone.com/culture/culture-news/ghislaine-maxwell-jeffrey-epstein-deposition-1079476/ |
| 53 | https://www.foxnews.com/us/ghislaine-maxwell-deposition-transcripts-released |
| 54 | https://www.foxnews.com/media/nancy-grace-ghislaine-maxwell-jail-release-movement |
| 55 | https://www.bloomberg.com/news/articles/2020-10-22/what-we-learned-from-ghislaine-maxwell-s-unsealed-deposition |
| 56 | https://nypost.com/2020/10/23/prince-andrew-ghislaine-maxwell-discussed-accuser-on-phone/ |
| 57 | https://torontosun.com/news/world/documents-ghislaine-maxwell-fought-to-keep-secret-now-released |
| 58 | https://www.independent.ie/style/celebrity/jeffrey-archer-trump-will-pardon-ghislaine-maxwell-but-you-have-to-ask-why-39719038.html |
| 59 | https://abc7ny.com/ghislaine-maxwell-jeffrey-epstein-ex-girlfriend-sex-scandal/7244553/ |
| 60 | https://www.mainepublic.org/post/jeffrey-epstein-update-read-deposition-ghislaine-maxwell-fought-hide |
| 61 | https://filmdaily.co/obsessions/true-crime/ghislaine-maxwell-deposition-2020/ |
| 62 | https://filmdaily.co/news/ghislaine-maxwell-prince-andrew-docs/ |
| 63 | https://www.post-gazette.com/news/crime-courts/2020/10/22/Ghislaine-Maxwell-deposition-denies-Jeffrey-Epstein-sex-unsealed-testimony/stories/202010220164 |
| 64 | https://www.peoriapublicradio.org/post/jeffrey-epstein-update-read-deposition-ghislaine-maxwell-fought-hide |
| 65 | https://www.cbsnews.com/news/ghislaine-maxwell-deposition-transcripts-released-jeffrey-epstein/ |
| 66 | https://www.nbcnews.com/nightly-news/video/testimony-from-ghislaine-maxwell-jeffrey-epstein-s-alleged-accomplice-unsealed-94434885936 |
| 67 | https://www.wrvo.org/post/jeffrey-epstein-update-read-deposition-ghislaine-maxwell-fought-hide |
| 68 | https://www.usatoday.com/story/entertainment/celebrities/2020/10/22/ghislaine-maxwells-deposition-transcripts-made-public/3726030001/ |
| 69 | https://www.abc.net.au/news/2020-10-23/ghislaine-maxwells-secret-jeffrey-epstein-documents-unsealed/12806036 |
| 70 | https://www.bloomberg.com/news/articles/2020-10-22/ghislaine-maxwell-s-testimony-cleared-for-release-by-judge |
| 71 | https://www.sun-sentinel.com/news/fl-ne-ghislane-maxwell-deposition-released-20201022-d4vffgogtbh7zeljaabdqph4k4-story.html |
| 72 | https://www.wgbh.org/news/national-news/2020/10/22/jeffrey-epstein-update-read-the-deposition-that-ghislaine-maxwell-fought-to-hide |
| 73 | https://nypost.com/2020/10/22/ghislaine-maxwells-deposition-about-sordid-sex-life-unsealed/ |

| | |
|---|---|
| 74 | https://thehill.com/regulation/court-battles/522226-read-ghislaine-maxwells-unsealed-deposition |
| 75 | https://filmdaily.co/obsessions/true-crime/maxwell-deposition-lies/ |
| 76 | https://filmdaily.co/news/dershowitz-maxwell-deposition/ |
| 77 | https://filmdaily.co/obsessions/true-crime/maxwell-investigating/ |
| 78 | https://www.nbcnewyork.com/news/local/crime-and-courts/ghislaine-maxwell-denies-helping-epstein-prince-andrew-get-underage-sex-partners/2683156/ |
| 79 | https://www.nytimes.com/interactive/2020/10/22/us/ghislaine-maxwell-deposition.html |
| 80 | https://www.ctvnews.ca/world/evidence-deadline-looms-in-case-of-epstein-s-ex-girlfriend-1.5172563 |
| 81 | https://filmdaily.co/news/ghislaine-maxwell-break-out/ |
| 82 | https://filmdaily.co/obsessions/true-crime/maxwell-bail/ |
| 83 | https://filmdaily.co/obsessions/true-crime/maxwell-prison-cameras/ |
| 84 | https://www.nbcnewyork.com/news/ghislaine-maxwell-deposition-released-denies-epstein-had-sex-with-minors/2683145/ |
| 85 | https://www.nbcnewyork.com/news/jeffrey-epstein-case-ghislaine-maxwell-deposition-goes-public/2683146/ |
| 86 | https://www.latimes.com/world-nation/story/2020-10-22/transcripts-epsteins-ex-girlfriend-combative-and-defensive |
| 87 | https://www.townandcountrymag.com/society/money-and-power/a33076249/ghislaine-maxwell-arrest-case-details/ |
| 88 | https://www.seattletimes.com/nation-world/ghislaine-maxwell-deposition-portrays-her-as-combative-loyal-defender-of-sex-offender-epstein/ |
| 89 | https://www.youtube.com/watch?v=w2761EozTvc |
| 90 | https://news.sky.com/story/ghislaine-maxwell-never-saw-jeffrey-epstein-having-sex-with-a-minor-testimony-transcripts-reveal-12111152 |
| 91 | https://filmdaily.co/obsessions/true-crime/ghislaine-maxwell-deposition-now/ |
| 92 | https://filmdaily.co/obsessions/true-crime/maxwell-net-worth/ |
| 93 | https://www.dailymail.co.uk/news/article-8884319/Ghislaine-Maxwell-two-cameras-trained-times-inside-cell-ensure-safety.html |
| 94 | https://www.kpcw.org/post/jeffrey-epstein-update-read-deposition-ghislaine-maxwell-fought-hide |
| 95 | https://www.tatler.com/article/prince-andrew-asked-ghislaine-maxwell-for-information-about-virginia-roberts-giuffre-newly-released-deposition |
| 96 | https://www.nhpr.org/post/jeffrey-epstein-update-read-deposition-ghislaine-maxwell-fought-hide |
| 97 | https://www.aljazeera.com/news/2020/10/22/court-releases-documents-ghislaine-maxwell-wanted-kept-secret |
| 98 | https://www.ccn.com/ghislaine-maxwell-deposition-has-been-unsealed/ |
| 99 | https://www.cbc.ca/news/world/maxwell-deposition-prince-andrew-epstein-1.5772606 |
| 100 | https://www.thejakartapost.com/life/2020/10/23/ghislaine-maxwell-repeatedly-denies-witnessing-underage-sex-other-misconduct.html |
| 101 | https://abc13.com/ghislaine-maxwell-jeffrey-epstein-ex-girlfriend-sex-scandal/7244553/ |
| 102 | https://www.dailymail.co.uk/news/article-8878825/French-prosecutors-probing-Jeffrey-Epstein-widen-probe-include-Ghislaine-Maxwell.html |
| 103 | https://www.dailymail.co.uk/news/article-8872327/Jeffrey-Epstein-told-Ghislaine-Maxwell-reward-discredit-Virginia-Roberts.html |
| 104 | https://globalnews.ca/news/7412928/ghislaine-maxwell-transcript-jeffrey-epstein/ |
| 105 | https://in.reuters.com/article/people-ghislaine-maxwell/ghislaine-maxwell-repeatedly-denies-witnessing-underage-sex-other-misconduct-in-epstein-deposition-idINK |
| 106 | https://www.today.com/video/the-weekly-download-grand-juror-in-breonna-taylor-case-ghislaine-maxwell-deposition-94555717842 |
| 107 | https://www.thesun.co.uk/news/13014232/ghislaine-maxwell-epstein-sex-slave-massages/ |
| 108 | https://www.theweek.co.uk/108473/what-was-in-sealed-ghislaine-maxwell-deposition |
| 109 | https://gritdaily.com/the-ghislaine-maxwell-deposition-a-breakdown/ |
| 110 | https://abc7chicago.com/ghislaine-maxwell-jeffrey-epstein-ex-girlfriend-sex-scandal/7244553/ |

| | |
|---|---|
| 111 | https://www.npr.org/2020/10/20/925739704/jeffrey-epstein-update-court-says-ghislaine-maxwells-deposition-can-t-remain-sec |
| 112 | https://www.delawarepublic.org/post/jeffrey-epstein-update-read-deposition-ghislaine-maxwell-fought-hide |
| 113 | https://www.insider.com/maxwell-avoided-deposition-went-to-chelsea-clintons-wedding-lawyers-say-2020-10 |
| 114 | https://www.bostonglobe.com/2020/10/22/metro/some-highlights-ghislaine-maxwells-deposition-civil-suit/ |
| 115 | https://www.stuff.co.nz/world/americas/300140350/ghislaine-maxwell-testimony-465-pages-of-fury-denials-glimpses-into-jeffrey-epsteins-life |
| 116 | https://www.bloomberg.com/news/articles/2020-10-22/ghislaine-maxwell-s-2016-deposition-is-unsealed-maxwell-update |
| 117 | https://www.nytimes.com/interactive/2020/10/22/nyregion/ghislaine-maxwell-deposition.html |
| 118 | https://abc7news.com/ghislaine-maxwell-jeffrey-epstein-ex-girlfriend-sex-scandal/7244553/ |
| 119 | https://www.insider.com/epstein-accuser-virginia-roberts-giuffre-qanon-slogans-ghislaine-maxwell-2020-10 |
| 120 | https://www.youtube.com/watch?v=I5xhh1JCvgI |
| 121 | https://www.courthousenews.com/flood-of-new-ghislaine-maxwell-docs-hit-public-record/ |
| 122 | https://www.businessinsider.com.au/ghislaine-maxwell-deposition-forensic-psychologist-analysis-2020-10 |
| 123 | https://www.refinery29.com/en-us/2020/10/10119286/ghislaine-maxwell-epstein-deposition-abuse-details |
| 124 | https://thehill.com/homenews/news/522253-testimony-of-epstein-associate-ghislaine-maxwell-released-to-public |
| 125 | https://www.vanityfair.com/style/2020/10/ghislaine-maxwell-sealed-deposition-appeal |
| 126 | https://www.telegraph.co.uk/women/life/behind-palace-walls-ghislaine-maxwell-files-mean-prince-andrew/ |
| 127 | https://abc30.com/ghislaine-maxwell-jeffrey-epstein-ex-girlfriend-sex-scandal/7244553/ |
| 128 | https://abcnews.go.com/GMA/News/video/judge-unseals-hundreds-pages-ghislaine-maxwell-deposition-73783050 |
| 129 | https://apnews.com/article/ghislaine-maxwell-transcripts-release-1c7caf33ced3db9ea7f4a81e5e114fb8 |
| 130 | https://www.dailymail.co.uk/news/article-8911449/Two-Jeffrey-Epstein-accusers-drop-cases-suggesting-paid-compensation-fund.html |
| 131 | https://www.thedailybeast.com/ghislaine-maxwell-deposition-discussing-her-sex-life-and-jeffrey-epstein-ordered-released-thursday-at-9-am |
| 132 | https://nypost.com/2020/10/22/ghislaine-maxwell-plays-prude-when-grilled-on-basket-of-sex-toys/ |
| 133 | https://www.northcountrypublicradio.org/news/npr/926590153/jeffrey-epstein-update-read-the-deposition-that-ghislaine-maxwell-fought-to-hide |
| 134 | https://www.nbcnewyork.com/news/local/crime-and-courts/judge-oks-release-of-transcripts-from-2016-depositions-of-ghislaine-maxwell-accuser/2679500/ |
| 135 | https://news.yahoo.com/ghislaine-maxwell-evaded-epsteins-relationship-224026285.html |
| 136 | https://www.youtube.com/watch?v=yO6IMzdd1ic |
| 137 | https://www.insider.com/ghislaine-maxwell-question-jeffrey-epstein-bill-clinton-relationship-deposition-2020-10 |
| 138 | https://www.theguardian.com/us-news/2020/oct/20/ghislaine-maxwell-deposition-should-be-unsealed-quickly-judge-rules |
| 139 | https://www.thedailybeast.com/epstein-confidant-ghislaine-maxwells-deposition-is-unsealed |
| 140 | https://news.yahoo.com/transcript-released-2016-deposition-involving-143101328.html |
| 141 | https://www.youtube.com/watch?v=ghuFsuPsrqg |
| 142 | https://www.townandcountrymag.com/society/money-and-power/a34451827/ghislaine-maxwell-unsealed-deposition/ |
| 143 | https://www.huffingtonpost.co.uk/entry/ghislaine-maxwell-unsealed-deposition_uk_5f929f26c5b695a32fb26ff9 |
| 144 | https://www.thesun.co.uk/news/12997191/ghislaine-maxwell-documents-epstein-redacted-andrew-live/ |
| 145 | https://www.wsj.com/articles/ghislaine-maxwells-2016-testimony-offers-few-answers-on-jeffrey-epstein-11603394276 |
| 146 | https://www.telegraph.co.uk/news/2020/10/22/ghislaine-maxwell-intimate-details-personal-life-released-sworn/ |
| 147 | https://www.kgw.com/article/news/nation-world/ghislaine-maxwell-transcripts-reelased/507-5adb87e0-aea3-4442-88a6-77a4e78668bc |

| | |
|---|---|
| 148 | https://www.msn.com/en-us/news/crime/ghislaine-maxwell-deposition-gives-insight-into-epstein-relationship/vi-BB1aknj0 |
| 149 | https://www.foxnews.com/us/new-york-judge-orders-ghislaine-maxwell-depositions-released-by-thursday |
| 150 | https://news.yahoo.com/epstein-ghislaine-maxwell-denies-knowledge-141244388.html |
| 151 | https://www.wkyc.com/article/news/nation-world/ghislaine-maxwell-transcripts-reelased/507-5adb87e0-aea3-4442-88a6-77a4e78668bc |
| 152 | https://gothamist.com/news/ghislaine-maxwell-2016-deposition-unsealed |
| 153 | https://www.leaderherald.com/uncategorized/2020/11/evidence-deadline-looms-in-case-of-ghislaine-maxwell/ |
| 154 | https://wgntv.com/news/ghislaine-maxwell-denied-inappropriate-action-by-jeffrey-epstein-in-newly-released-2016-deposition/ |
| 155 | https://www.wfdd.org/story/jeffrey-epstein-update-read-deposition-ghislaine-maxwell-fought-hide |
| 156 | https://www.forbes.com/sites/guymartin/2020/10/23/an-unfortunate-royal-cameo-prince-andrews-prominent-appearances-in-ghislaine-maxwells-just-released-201 |
| 157 | https://www.youtube.com/watch?v=_6TsYz8D3lI |
| 158 | https://www.kuow.org/stories/jeffrey-epstein-update-read-the-deposition-that-ghislaine-maxwell-fought-to-hide |
| 159 | https://spectrumlocalnews.com/nys/central-ny/news/2020/10/22/ghislaine-maxwell-unsealed-court-transcripts |
| 160 | https://www.dailymail.co.uk/news/article-8866733/Documents-Ghislaine-Maxwell-fought-secret-slated-release-Thursday.html |
| 161 | https://nypost.com/2020/10/22/ghislaine-maxwell-slams-virginia-giuffres-outfit-in-deposition/ |
| 162 | https://www.king5.com/article/news/nation-world/ghislaine-maxwell-transcripts-reelased/507-5adb87e0-aea3-4442-88a6-77a4e78668bc |
| 163 | https://wamu.org/story/20/10/22/jeffrey-epstein-update-read-the-deposition-that-ghislaine-maxwell-fought-to-hide/ |
| 164 | https://www.aspenpublicradio.org/post/jeffrey-epstein-update-read-deposition-ghislaine-maxwell-fought-hide |
| 165 | https://torontosun.com/news/world/ghislaine-maxwell-testimony-highlights |
| 166 | https://fox59.com/news/national-world/ghislaine-maxwell-denied-inappropriate-action-by-jeffrey-epstein-in-newly-released-2016-deposition/ |
| 167 | https://www.wbur.org/npr/926590153/jeffrey-epstein-update-read-the-deposition-that-ghislaine-maxwell-fought-to-hide |
| 168 | https://www.independent.co.uk/news/world/americas/ghislaine-maxwell-jeffrey-epstein-virginia-giuffre-court-documents-trial-sex-abuse-b1224441.html |
| 169 | https://www.youtube.com/watch?v=ERvI6p9hd2E |
| 170 | https://www.nbcphiladelphia.com/news/national-international/ghislaine-maxwell-epstein-accusers-account-of-prince-andrew-tryst-is-ludicrous/2571082/ |
| 171 | https://www.ozarksfirst.com/local-news/ghislaine-maxwell-denied-inappropriate-action-by-jeffrey-epstein-in-newly-released-2016-deposition/ |
| 172 | https://www.publicradiotulsa.org/post/jeffrey-epstein-update-read-deposition-ghislaine-maxwell-fought-hide |
| 173 | https://www.wnpr.org/post/jeffrey-epstein-update-read-deposition-ghislaine-maxwell-fought-hide |
| 174 | https://nypost.com/2020/10/22/epstein-paid-maxwell-six-figures-to-recruit-massage-therapists/ |
| 175 | https://justthenews.com/government/courts-law/courts-releases-deposition-epstein-girlfriend-ghislaine-maxwell |
| 176 | https://news.sky.com/story/prince-andrew-accuser-was-a-fantasist-who-spun-tissue-of-lies-ghislaine-maxwell-told-lawyers-12111521 |
| 177 | https://news.sky.com/story/ghislaine-maxwell-loses-fight-to-prevent-evidence-about-her-personal-life-being-used-in-epstein-trial-12108844 |
| 178 | https://www.wbrz.com/news/jeffrey-epstein-case-ghislaine-maxwell-s-2016-deposition-transcript-has-been-unsealed/ |
| 179 | https://www.wyomingpublicmedia.org/post/jeffrey-epstein-update-read-deposition-ghislaine-maxwell-fought-hide |
| 180 | https://www.wamc.org/post/jeffrey-epstein-update-read-deposition-ghislaine-maxwell-fought-hide |
| 181 | https://www.wpbf.com/article/ghislaine-maxwell-deposition-released-thursday/34451544 |
| 182 | https://www.bbc.co.uk/news/world-us-canada-54647570 |
| 183 | https://www.newsweek.com/ghislaine-maxwell-deposition-jeffrey-epstein-intimate-relationship-girlfriend-1541417 |
| 184 | https://www.wesa.fm/post/jeffrey-epstein-update-read-deposition-ghislaine-maxwell-fought-hide |

| | |
|---|---|
| 185 | https://www.telegraph.co.uk/news/2020/10/22/unsealed-ghislaine-maxwell-deposition-reveals-side-british-heiress/ |
| 186 | https://www.wflx.com/2020/10/22/page-deposition-ghislaine-maxwell-released-thursday/ |
| 187 | https://www.reuters.com/article/us-people-ghislaine-maxwell/documents-in-ghislaine-maxwell-criminal-case-expected-to-be-released-by-thursday-idUSKBN27530O |
| 188 | https://www.mynbc5.com/article/judge-approves-immediate-release-of-ghislaine-maxwell-transcripts/34430500 |
| 189 | https://radio.wosu.org/post/jeffrey-epstein-update-read-deposition-ghislaine-maxwell-fought-hide |
| 190 | https://abcnews.go.com/US/wireStory/judge-orders-speedy-release-ghislaine-maxwell-transcripts-73717681 |
| 191 | https://www.masslive.com/news/2020/10/read-ghislaine-maxwell-deposition-about-sex-trafficking-operation-she-allegedly-ran-with-late-jeffrey-epstein.html |
| 192 | https://www.pbs.org/newshour/politics/ghislaine-maxwell-denied-recruiting-girls-for-sex-with-powerful-men-in-2016-deposition |
| 193 | https://nationalpost.com/news/world/in-revealed-2016-deposition-alleged-epstein-accomplice-ghislaine-maxwell-denied-inappropriate-action-by-financier-and-pow |
| 194 | https://www.wlwt.com/article/judge-approves-immediate-release-of-ghislaine-maxwell-transcripts/34430500 |
| 195 | https://nypost.com/2020/10/22/ghislaine-maxwell-denies-she-was-on-epsteins-island-with-bill-clinton/ |
| 196 | https://www.kmuw.org/post/jeffrey-epstein-update-read-deposition-ghislaine-maxwell-fought-hide |
| 197 | https://www.usnews.com/news/world/articles/2020-10-22/documents-ghislaine-maxwell-fought-to-keep-secret-slated-for-release-thursday |
| 198 | https://www.wptv.com/news/epstein/400-page-deposition-of-ghislaine-maxwell-longtime-confidant-of-jeffery-epstein-released-thursday |
| 199 | https://www.wusa9.com/article/news/nation-world/ghislaine-maxwell-transcripts-reelased/507-5adb87e0-aea3-4442-88a6-77a4e78668bc |
| 200 | https://www.kwbu.org/post/jeffrey-epstein-update-read-deposition-ghislaine-maxwell-fought-hide |
| 201 | https://www.wuwm.com/post/jeffrey-epstein-update-read-deposition-ghislaine-maxwell-fought-hide |
| 202 | https://www.nprillinois.org/post/jeffrey-epstein-update-read-deposition-ghislaine-maxwell-fought-hide |
| 203 | https://www.independent.co.uk/news/world/americas/ghislaine-maxwell-puppet-epstein-prince-andrew-virginia-giuffre-b1229587.html |
| 204 | https://nypost.com/2020/10/22/maxwell-accuser-shares-qanon-messages-before-deposition-unsealed/ |
| 205 | https://www.marketwatch.com/story/ghislaine-maxwells-deposition-from-2016-epstein-case-released-01603390625 |
| 206 | https://www.wkbn.com/news/national-world/ghislaine-maxwell-denied-inappropriate-action-by-jeffrey-epstein-in-newly-released-2016-deposition/ |
| 207 | https://www.mirror.co.uk/news/us-news/ghislaine-maxwell-12-key-things-22891262 |
| 208 | https://www.abc.net.au/news/2020-10-23/ghislaine-maxwell-deposition-documents-unsealed-jeffrey-epstein/12805024 |
| 209 | https://www.wcvb.com/article/judge-approves-immediate-release-of-ghislaine-maxwell-transcripts/34430500 |
| 210 | https://www.miamiherald.com/news/state/florida/article246584448.html |
| 211 | https://www.miamiherald.com/news/nation-world/national/article246584448.html |
| 212 | https://www.upr.org/post/jeffrey-epstein-update-read-deposition-ghislaine-maxwell-fought-hide |
| 213 | https://kvia.com/news/us-world/2020/10/22/ghislaine-maxwells-2016-deposition-transcript-has-been-unsealed/ |
| 214 | https://www.independent.co.uk/news/world/americas/ghislaine-maxwell-document-transcript-epstein-b1225472.html |
| 215 | https://www.independent.co.uk/news/world/americas/prince-andrew-ghislaine-maxwell-jeffrey-epstein-virginia-roberts-giuffre-deposition-documents-b1228084.ht |
| 216 | https://www.wyff4.com/article/judge-approves-immediate-release-of-ghislaine-maxwell-transcripts/34430500 |
| 217 | https://www.wmur.com/article/jeffrey-epstein-transcripts-ghislaine-maxwell-combative-and-defensive-during-questioning/34449898 |
| 218 | https://www.kiiitv.com/article/news/nation-world/ghislaine-maxwell-transcripts-reelased/507-5adb87e0-aea3-4442-88a6-77a4e78668bc |
| 219 | https://www.wkyufm.org/post/jeffrey-epstein-update-read-deposition-ghislaine-maxwell-fought-hide |
| 220 | https://nypost.com/2020/10/22/maxwell-flew-into-a-rage-hit-table-during-2016-deposition-docs/ |
| 221 | https://www.kanw.com/post/jeffrey-epstein-update-read-deposition-ghislaine-maxwell-fought-hide |

| | |
|---|---|
| 222 | https://www.cbsnews.com/video/jeffrey-epsteins-former-girlfriend-and-associate-ghislaine-maxwells-2016-deposition-unsealed/ |
| 223 | https://www.telegraph.co.uk/news/2020/10/22/ghislaine-maxwell-denied-witnessing-inappropriate-activities/ |
| 224 | https://www.nbcwashington.com/news/national-international/ghislaine-maxwell-epstein-accusers-account-of-prince-andrew-tryst-is-ludicrous/2451486/ |
| 225 | https://www.ketv.com/article/judge-approves-immediate-release-of-ghislaine-maxwell-transcripts/34430500 |
| 226 | https://www.thedenverchannel.com/news/national/ghislaine-maxwell-2016-deposition-transcripts-unsealed |
| 227 | https://www.wkrn.com/news/ghislaine-maxwell-denied-inappropriate-action-by-jeffrey-epstein-in-newly-released-2016-deposition/ |
| 228 | https://www.palmbeachpost.com/story/news/2020/10/22/ghislaine-maxwell-denies-knowledge-epsteins-abuse-teens/3727629001/ |
| 229 | https://news.wjct.org/post/jeffrey-epstein-update-read-deposition-ghislaine-maxwell-fought-hide-0 |
| 230 | https://www.insider.com/ghislaine-maxwell-deposition-alan-dershowitz-wants-name-unredacted-jeffrey-epstein-2020-10 |
| 231 | https://www.8newsnow.com/news/ghislaine-maxwell-denied-inappropriate-action-by-jeffrey-epstein-in-newly-released-2016-deposition/ |
| 232 | https://www.washingtonexaminer.com/policy/courts/ghislaine-maxwell-repeatedly-pushed-back-on-epstein-sexual-misconduct-allegations-unsealed-deposition-reve |
| 233 | https://www.mynspr.org/post/jeffrey-epstein-update-read-deposition-ghislaine-maxwell-fought-hide |
| 234 | https://www.dailymail.co.uk/news/article-8861285/Ghislaine-Maxwells-extremely-personal-418-page-deposition-sex-life-PUBLIC.html |
| 235 | https://www.wvxu.org/post/jeffrey-epstein-update-read-deposition-ghislaine-maxwell-fought-hide |
| 236 | https://www.bloomberg.com/news/storythreads/2020-10-22/ghislaine-maxwell-s-jeffrey-epstein-days-and-the-conspiracy-case-against-her |
| 237 | https://www.13newsnow.com/article/news/nation-world/ghislaine-maxwell-transcripts-reelased/507-5adb87e0-aea3-4442-88a6-77a4e78668bc |
| 238 | https://www.yc.news/2020/11/02/ghislaine-maxwell-epsteins-madam-reportedly-endorses-joe-biden-for-president-on-election-eve/ |
| 239 | https://www.wxxinews.org/post/jeffrey-epstein-update-read-deposition-ghislaine-maxwell-fought-hide |
| 240 | https://www.mercurynews.com/portrait-of-a-loyal-jeffrey-epstein-defender-emerges-from-unsealed-ghislaine-maxwell-deposition |
| 241 | https://www.bostonglobe.com/2020/10/22/metro/ghislaine-maxwells-2016-deposition-released-by-judge/ |
| 242 | https://www.nydailynews.com/new-york/ny-jeffrey-epstein-ghislaine-maxwell-deposition-20201022-wtdmj6xdejcvzeyydttim6oxuq-story.html |
| 243 | https://lawandcrime.com/high-profile/ghislaine-maxwells-massive-2016-deposition-finally-released-read-it-all-here/ |
| 244 | https://www.bpr.org/post/jeffrey-epstein-update-read-deposition-ghislaine-maxwell-fought-hide |
| 245 | https://www.nbcboston.com/news/national-international/ghislaine-maxwell-epstein-accusers-account-of-prince-andrew-tryst-is-ludicrous/2216501/ |
| 246 | https://www.ualrpublicradio.org/post/jeffrey-epstein-update-read-deposition-ghislaine-maxwell-fought-hide |
| 247 | https://www.wglt.org/post/jeffrey-epstein-update-read-deposition-ghislaine-maxwell-fought-hide |
| 248 | https://www.newsweek.com/ghislaine-maxwell-confirms-bill-clinton-jeffrey-epstein-plane-unsealed-documents-1540852 |
| 249 | https://www.koin.com/top-stories/ghislaine-maxwell-denied-inappropriate-action-by-jeffrey-epstein-in-newly-released-2016-deposition/ |
| 250 | https://www.krwg.org/post/jeffrey-epstein-update-read-deposition-ghislaine-maxwell-fought-hide |
| 251 | https://www.mtpr.org/post/jeffrey-epstein-update-read-deposition-ghislaine-maxwell-fought-hide |
| 252 | https://www.kare11.com/article/news/nation-world/ghislaine-maxwell-transcripts-reelased/507-5adb87e0-aea3-4442-88a6-77a4e78668bc |
| 253 | https://www.wnep.com/article/news/nation-world/ghislaine-maxwell-transcripts-reelased/507-5adb87e0-aea3-4442-88a6-77a4e78668bc |
| 254 | https://www.wgrz.com/article/news/nation-world/ghislaine-maxwell-transcripts-reelased/507-5adb87e0-aea3-4442-88a6-77a4e78668bc |
| 255 | https://www.yahoo.com/entertainment/ghislaine-maxwell-knocked-court-reporter-203747048.html |
| 256 | https://www.koco.com/article/judge-approves-immediate-release-of-ghislaine-maxwell-transcripts/34430500 |
| 257 | https://www.nbcconnecticut.com/news/national-international/ghislaine-maxwell-epstein-accusers-account-of-prince-andrew-tryst-is-ludicrous/2349417/ |
| 258 | https://www.rte.ie/news/world/2020/1022/1173300-ghislaine-maxwell-deposition/ |

| | |
|---|---|
| 259 | https://www.whqr.org/post/jeffrey-epstein-update-read-deposition-ghislaine-maxwell-fought-hide |
| 260 | https://www.thinkadvisor.com/2020/10/22/what-ghislaine-maxwell-has-in-common-with-your-clients/ |
| 261 | https://www.dailymail.co.uk/news/article-8868491/The-list-lies-Virginia-Roberts-says-Ghislaine-Maxwell-told-deposition.html |
| 262 | https://www.newsweek.com/ghislaine-maxwell-contradict-prince-andrew-claim-jeffrey-epstein-1541311 |
| 263 | https://www.wgvunews.org/post/jeffrey-epstein-update-read-deposition-ghislaine-maxwell-fought-hide |
| 264 | https://www.necn.com/news/national-international/ghislaine-maxwell-epstein-accusers-account-of-prince-andrew-tryst-is-ludicrous/2338428/ |
| 265 | https://www.nbcsandiego.com/news/national-international/ghislaine-maxwell-epstein-accusers-account-of-prince-andrew-tryst-is-ludicrous/2429386/ |
| 266 | https://www.wcbe.org/post/jeffrey-epstein-update-read-deposition-ghislaine-maxwell-fought-hide |
| 267 | https://www.ctvnews.ca/world/epstein-s-ex-girlfriend-denied-getting-prince-andrew-sex-partners-1.5155972 |
| 268 | https://www.wmra.org/post/jeffrey-epstein-update-read-deposition-ghislaine-maxwell-fought-hide |
| 269 | https://www.mercurynews.com/2020/10/22/portrait-of-a-loyal-jeffrey-epstein-defender-emerges-from-unsealed-ghislaine-maxwell-deposition/ |
| 270 | https://www.publicradioeast.org/post/jeffrey-epstein-update-read-deposition-ghislaine-maxwell-fought-hide |
| 271 | https://www.wwlp.com/news/ghislaine-maxwell-denied-inappropriate-action-by-jeffrey-epstein-in-newly-released-2016-deposition/ |
| 272 | https://www.kbia.org/post/jeffrey-epstein-update-read-deposition-ghislaine-maxwell-fought-hide |
| 273 | https://fox40.com/news/ghislaine-maxwell-denied-inappropriate-action-by-jeffrey-epstein-in-newly-released-2016-deposition/ |
| 274 | https://www.nbcdfw.com/news/national-international/ghislaine-maxwell-epstein-accusers-account-of-prince-andrew-tryst-is-ludicrous/2465115/ |
| 275 | https://www.wbir.com/article/news/nation-world/ghislaine-maxwell-transcripts-reelased/507-5adb87e0-aea3-4442-88a6-77a4e78668bc |
| 276 | https://www.newsnationnow.com/us-news/northeast/documents-ghislaine-maxwell-fought-to-keep-secret-slated-for-release-thursday/ |
| 277 | https://www.concordmonitor.com/Ghislaine-Maxwell-loses-fight-to-keep-her-Jeffrey-Epstein-testimony-sealed-36929230 |
| 278 | https://www.cnn.com/2020/11/04/success/jeffrey-epstein-palm-beach-house-demolished/index.html |
| 279 | https://thehill.com/homenews/news/522116-ghislaine-maxwell-interview-transcripts-to-be-released-thursday |
| 280 | https://uk.reuters.com/article/uk-people-ghislaine-maxwell/ghislaine-maxwell-repeatedly-denies-witnessing-underage-sex-other-misconduct-in-epstein-deposition-i |
| 281 | https://www.theglobeandmail.com/world/article-prosecutors-defence-clash-as-evidence-deadline-looms-in-ghislaine/ |
| 282 | https://www.the-sun.com/news/1702216/ghislaine-maxwell-woken-up-strip-searched-jail-epstein/ |
| 283 | https://dothaneagle.com/community/jcfloridan/news/local/crime-and-courts/evidence-deadline-looms-in-case-of-epsteins-ex-girlfriend/article_bb3398e6-1e0e-11eb |
| 284 | https://www.wbtv.com/2020/11/03/evidence-deadline-looms-case-epsteins-ex-girlfriend/ |
| 285 | https://www.upi.com/Top_News/US/2020/10/21/Court-orders-Ghislaine-Maxwell-deposition-unsealed-in-sex-trafficking-case/6231603277426/ |
| 286 | https://www.kcbd.com/2020/11/03/evidence-deadline-looms-case-epsteins-ex-girlfriend/ |
| 287 | https://www.deccanherald.com/international/evidence-deadline-looms-in-case-of-jeffery-epsteins-ex-girlfriend-ghislaine-maxwell-910917.html |
| 288 | https://www.tatler.com/article/ghislaine-maxwell-extremely-private-deposition-made-public-court-rules |
| 289 | https://www.heraldmailmedia.com/news/nation/no-one-knew-epsteins-secrets-like-ghislaine-maxwell-how-much-did-her-testimony-reveal/article_a30a2e33-6c80-5 |
| 290 | https://www.fox19.com/2020/10/20/judge-orders-speedy-release-ghislaine-maxwell-transcripts/ |
| 291 | https://www.houstonchronicle.com/news/article/Evidence-deadline-looms-in-case-of-Epstein-s-15696997.php |
| 292 | https://www.14news.com/2020/11/03/evidence-deadline-looms-case-epsteins-ex-girlfriend/ |
| 293 | https://www.kplctv.com/2020/11/03/evidence-deadline-looms-case-epsteins-ex-girlfriend/ |
| 294 | https://www.wave3.com/2020/11/03/evidence-deadline-looms-case-epsteins-ex-girlfriend/ |
| 295 | https://www.newsweek.com/ghislaine-maxwell-loses-private-life-jeffrey-epstein-court-deposition-unsealed-virginia-giuffre-1540466 |

| | |
|---|---|
| 296 | https://www.clickorlando.com/news/national/2020/10/20/judge-oks-immediate-release-of-ghislaine-maxwell-transcripts/ |
| 297 | https://www.wgbh.org/news/national-news/2020/10/20/jeffrey-epstein-update-court-says-ghislaine-maxwells-deposition-cant-remain-secret |
| 298 | https://www.mysuncoast.com/2020/11/03/evidence-deadline-looms-case-epsteins-ex-girlfriend/ |
| 299 | https://www.wlbt.com/2020/11/03/evidence-deadline-looms-case-epsteins-ex-girlfriend/ |
| 300 | https://www.cleveland19.com/2020/11/03/evidence-deadline-looms-case-epsteins-ex-girlfriend/ |
| 301 | https://www.fox19.com/2020/11/03/evidence-deadline-looms-case-epsteins-ex-girlfriend/ |
| 302 | https://nypost.com/2020/10/20/judge-wants-quick-unsealing-of-ghislaine-maxwell-sex-life-deposition/ |
| 303 | https://www.wsfa.com/2020/11/03/evidence-deadline-looms-case-epsteins-ex-girlfriend/ |
| 304 | https://www.aljazeera.com/news/2020/10/20/judge-orders-speedy-release-of-ghislaine-maxwell-transcripts |
| 305 | https://www.youtube.com/watch?v=V9b44D2oNXk |
| 306 | https://www.startribune.com/evidence-deadline-looms-in-case-of-epstein-s-ex-girlfriend/572956982/ |
| 307 | https://www.newschannel10.com/2020/11/03/evidence-deadline-looms-case-epsteins-ex-girlfriend/ |
| 308 | https://www.cbc.ca/news/world/ghislaine-maxwell-testimony-jeffrey-epstein-1.5768985 |
| 309 | https://globalnews.ca/news/7407867/ghislaine-maxwell-testimony-jeffrey-epstein-lawsuit-public/ |
| 310 | https://www.theguardian.com/us-news/2020/oct/20/ghislaine-maxwell-deposition-should-be-unsealed-quickly-judge-rules?utm_medium=Social&utm_campaign=Ne |
| 311 | https://www.kfvs12.com/2020/11/03/evidence-deadline-looms-case-epsteins-ex-girlfriend/ |
| 312 | https://www.kold.com/2020/11/03/evidence-deadline-looms-case-epsteins-ex-girlfriend/ |
| 313 | https://www.michigansthumb.com/news/article/Evidence-deadline-looms-in-case-of-Epstein-s-15696997.php |
| 314 | https://www.kpbs.org/news/2020/oct/20/jeffrey-epstein-update-court-says-ghislaine/ |
| 315 | https://www.walb.com/2020/11/03/evidence-deadline-looms-case-epsteins-ex-girlfriend/ |
| 316 | https://www.nbc29.com/2020/11/03/evidence-deadline-looms-case-epsteins-ex-girlfriend/ |
| 317 | https://www.local10.com/news/national/2020/10/20/judge-oks-immediate-release-of-ghislaine-maxwell-transcripts/ |
| 318 | https://www.theheraldreview.com/news/article/Evidence-deadline-looms-in-case-of-Epstein-s-15696997.php |
| 319 | https://www.kait8.com/2020/11/03/evidence-deadline-looms-case-epsteins-ex-girlfriend/ |
| 320 | https://www.newmilfordspectrum.com/news/article/Evidence-deadline-looms-in-case-of-Epstein-s-15696997.php |
| 321 | https://www.nbc12.com/2020/11/03/evidence-deadline-looms-case-epsteins-ex-girlfriend/ |
| 322 | https://www.columbian.com/news/2020/nov/03/evidence-deadline-looms-in-case-of-epsteins-ex-girlfriend/ |
| 323 | https://www.westport-news.com/news/article/Evidence-deadline-looms-in-case-of-Epstein-s-15696997.php |
| 324 | https://www.fairfieldcitizenonline.com/news/article/Evidence-deadline-looms-in-case-of-Epstein-s-15696997.php |
| 325 | https://news.yahoo.com/documents-ghislaine-maxwell-criminal-case-025202186.html |
| 326 | https://www.mirror.co.uk/news/us-news/ghislaine-maxwell-denies-prince-andrew-22890230 |
| 327 | https://washingtonnewsday.com/us-politics/why-ghislaine-maxwell-was-just-as-much-a-predator-as-jeffrey-epstein-the-author/ |
| 328 | https://www.pressherald.com/2020/10/20/judge-oks-release-of-ghislaine-maxwell-transcripts/ |
| 329 | https://www.thehour.com/news/article/Evidence-deadline-looms-in-case-of-Epstein-s-15696997.php |
| 330 | https://www.clickondetroit.com/news/national/2020/11/03/evidence-deadline-looms-in-case-of-epsteins-ex-girlfriend/ |
| 331 | https://www.thejakartapost.com/life/2020/10/20/ghislaine-maxwell-loses-bid-to-keep-her-jeffrey-epstein-testimony-secret.html |
| 332 | https://www.usnews.com/news/world/articles/2020-10-20/documents-in-ghislaine-maxwell-criminal-case-expected-to-be-released-by-thursday |

| | |
|---|---|
| 333 | https://news.yahoo.com/documents-ghislaine-maxwell-criminal-case-225600371.html |
| 334 | https://www.wsfa.com/2020/10/20/judge-orders-speedy-release-ghislaine-maxwell-transcripts/ |
| 335 | https://www.insider.com/vintage-wines-stolen-cellar-holding-bottles-belonged-celebrities-2020-11 |
| 336 | https://www.wmcactionnews5.com/2020/11/03/evidence-deadline-looms-case-epsteins-ex-girlfriend/ |
| 337 | https://www.afr.com/world/north-america/ghislaine-maxwell-loses-bid-to-keep-her-jeffrey-epstein-testimony-secret-20201020-p566s0 |
| 338 | https://www.lmtonline.com/news/article/Evidence-deadline-looms-in-case-of-Epstein-s-15696997.php |
| 339 | https://www.smh.com.au/world/north-america/ghislaine-maxwell-loses-court-bid-to-keep-her-jeffrey-epstein-deposition-secret-20201020-p566nk.html |
| 340 | https://www.ourmidland.com/news/article/Evidence-deadline-looms-in-case-of-Epstein-s-15696997.php |
| 341 | https://www.theglobeandmail.com/world/video-court-rules-ghislaine-maxwell-cant-keep-epstein-testimony-secret/ |
| 342 | https://www.bigrapidsnews.com/news/article/Evidence-deadline-looms-in-case-of-Epstein-s-15696997.php |
| 343 | https://avenuemagazine.com/ghislaine-maxwell-deposition-to-be-released/ |
| 344 | https://wgnradio.com/bob-sirott/the-latest-on-ghislaine-maxwell-eddie-johnson-breonna-taylor/ |
| 345 | https://www.live5news.com/2020/11/03/evidence-deadline-looms-case-epsteins-ex-girlfriend/ |
| 346 | https://www.wect.com/2020/11/03/evidence-deadline-looms-case-epsteins-ex-girlfriend/ |
| 347 | https://www.wtoc.com/2020/11/03/evidence-deadline-looms-case-epsteins-ex-girlfriend/ |
| 348 | https://www.wcjb.com/2020/11/03/evidence-deadline-looms-in-case-of-epsteins-ex-girlfriend/ |
| 349 | https://www.ctpost.com/news/article/Evidence-deadline-looms-in-case-of-Epstein-s-15696997.php |
| 350 | https://www.spokesman.com/stories/2020/nov/03/evidence-deadline-looms-in-case-of-epsteins-ex-gir/ |
| 351 | https://www.whsv.com/2020/11/03/evidence-deadline-looms-in-case-of-epsteins-ex-girlfriend/ |
| 352 | https://www.wcax.com/2020/11/03/evidence-deadline-looms-in-case-of-epsteins-ex-girlfriend/ |
| 353 | https://www.wwnytv.com/2020/11/03/evidence-deadline-looms-case-epsteins-ex-girlfriend/ |
| 354 | https://www.ksat.com/news/national/2020/11/03/evidence-deadline-looms-in-case-of-epsteins-ex-girlfriend/ |
| 355 | https://www.abc27.com/news/us-world/national/evidence-deadline-looms-in-case-of-epsteins-ex-girlfriend/ |
| 356 | https://www.startribune.com/judge-orders-speedy-release-of-ghislaine-maxwell-transcripts/572805702/ |
| 357 | https://www.kcbd.com/2020/10/20/judge-orders-speedy-release-ghislaine-maxwell-transcripts/ |
| 358 | https://www.amny.com/news/ghislaine-maxwell-loses-bid-to-keep-her-jeffrey-epstein-testimony-secret/ |
| 359 | https://www.local10.com/news/national/2020/11/03/evidence-deadline-looms-in-case-of-epsteins-ex-girlfriend/ |
| 360 | https://www.kob.com/national-news/evidence-deadline-looms-in-case-of-epsteins-ex-girlfriend/5914314/?cat=600 |
| 361 | https://www.stamfordadvocate.com/news/article/Evidence-deadline-looms-in-case-of-Epstein-s-15696997.php |
| 362 | https://www.beaumontenterprise.com/news/article/Evidence-deadline-looms-in-case-of-Epstein-s-15696997.php |
| 363 | https://www.wabi.tv/2020/11/03/evidence-deadline-looms-in-case-of-epsteins-ex-girlfriend/ |
| 364 | https://www.cbs42.com/news/u-s-world/evidence-deadline-looms-in-case-of-epsteins-ex-girlfriend/ |
| 365 | https://www.wistv.com/2020/10/22/transcripts-epsteins-ex-girlfriend-combative-defensive/ |
| 366 | https://nbcmontana.com/news/nation-world/evidence-deadline-looms-in-case-of-epsteins-ex-girlfriend |
| 367 | https://www.wiltonbulletin.com/news/article/Evidence-deadline-looms-in-case-of-Epstein-s-15696997.php |
| 368 | https://www.kalb.com/2020/11/03/evidence-deadline-looms-in-case-of-epsteins-ex-girlfriend/ |
| 369 | https://www.wdbj7.com/2020/11/03/evidence-deadline-looms-in-case-of-epsteins-ex-girlfriend/ |

| | |
|---|---|
| 370 | https://www.news4jax.com/news/national/2020/11/03/evidence-deadline-looms-in-case-of-epsteins-ex-girlfriend/ |
| 371 | https://www.sfgate.com/news/article/Evidence-deadline-looms-in-case-of-Epstein-s-15696997.php |
| 372 | https://www.theintelligencer.com/news/article/Evidence-deadline-looms-in-case-of-Epstein-s-15696997.php |
| 373 | https://www.timesunion.com/news/article/Evidence-deadline-looms-in-case-of-Epstein-s-15696997.php |
| 374 | https://www.manisteenews.com/news/article/Evidence-deadline-looms-in-case-of-Epstein-s-15696997.php |
| 375 | https://www.sheltonherald.com/news/article/Evidence-deadline-looms-in-case-of-Epstein-s-15696997.php |
| 376 | https://www.prpeak.com/evidence-deadline-looms-in-case-of-epstein-s-ex-girlfriend-1.24232213 |
| 377 | https://www.seattlepi.com/news/article/Evidence-deadline-looms-in-case-of-Epstein-s-15696997.php |
| 378 | https://www.milfordmirror.com/news/article/Evidence-deadline-looms-in-case-of-Epstein-s-15696997.php |
| 379 | https://www.nsnews.com/evidence-deadline-looms-in-case-of-epstein-s-ex-girlfriend-1.24232213 |
| 380 | https://www.greenwichtime.com/news/article/Evidence-deadline-looms-in-case-of-Epstein-s-15696997.php |
| 381 | https://oklahoman.com/article/feed/10111933/evidence-deadline-looms-in-case-of-epsteins-ex-girlfriend |
| 382 | https://www.facebook.com/WIONews/videos/setback-for-ghislaine-maxwell/363197738467716/ |
| 383 | https://www.everythinglubbock.com/news/national/evidence-deadline-looms-in-case-of-epsteins-ex-girlfriend/ |
| 384 | https://www.uppermichiganssource.com/2020/11/03/evidence-deadline-looms-in-case-of-epsteins-ex-girlfriend/ |
| 385 | https://www.newstimes.com/news/article/Evidence-deadline-looms-in-case-of-Epstein-s-15696997.php |
| 386 | https://www.wflx.com/2020/11/03/evidence-deadline-looms-case-epsteins-ex-girlfriend/ |
| 387 | https://www.cbs7.com/2020/11/03/evidence-deadline-looms-in-case-of-epsteins-ex-girlfriend/ |
| 388 | https://www.wtoc.com/2020/10/20/judge-orders-speedy-release-ghislaine-maxwell-transcripts/ |
| 389 | https://globalnews.ca/video/7408248/ghislaine-maxwell-loses-bid-to-keep-epstein-testimony-secret/ |