# EXHIBIT D
# CONVENTIONALLY SUBMITTED
# FILED UNDER SEAL