**Exhibit A**
**Plaintiff's Position on Docket Entries 231, 279, 315, 320, & 335**

| Docket Entry[1] | Plaintiff's Position |
|---|---|
| **231: Defendant's Motion for Rule 37(b) & (c) for Failure to Comply with Court Order and Sanctions for Failure to Comply with Rule 26(a)** | Unseal and redact only (1) medical information and (2) names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |
| **232** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |
| **232-7** | Unseal and redact only (1) medical information and (2) names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired.<br><br>**Note:** The full version of this deposition transcript was unsealed by this Court on July 30, 2020, DE 1090-32. If this excerpt of the transcript is unsealed, it should be redacted in the same way as DE 1090-32, but the redactions of the names of Non-Parties whose time to object has expired should be removed. |
| **232-8** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired.<br><br>**Note**: The Original Parties sent the Non-Party deponent (Doe 131) notice of unsealing, and the Non-Party deponent did not request excerpts. |
| **232-9** | Keep sealed (medical records). |
| **232-10** | Keep sealed (medical records). |
| **232-11** | Unseal.<br>**Note**: Original Parties agree. |
| **257** | Unseal and redact only (1) medical information and (2) names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |

---

[1]     Plaintiff has omitted documents that are not currently sealed or redacted from this chart

**Exhibit A**
**Plaintiff's Position on Docket Entries 231, 279, 315, 320, & 335**

| | |
|---|---|
| **258** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |
| **258-1** | Keep sealed until Non-Party deponent (Doe 151) time to object expires.<br><br>**Note**: Original Parties agree to keep sealed, but for different reasons. |
| **258-2** | Keep sealed until Non-Party deponent (Doe 160) time to object expires.<br><br>**Note**: Original Parties agree to keep sealed, but for different reasons. |
| **258-3** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired.<br><br>**Note**: The Original Parties sent the Non-Party deponent (Doe 83) notice of unsealing, and the Non-Party deponent did not request excerpts. |
| **258-4** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired.<br><br>**Note:** The deponent is not on the Non-Party notification list because he is a law enforcement officer. |
| **258-5** | Unseal but redact medical information and addresses. |
| **258-6** | Unseal but redact medical information and addresses. |
| **258-7** | Unseal but redact tax returns and addresses. |
| **258-8** | Keep sealed (medical records). |
| **258-9** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired.<br><br>**Note**: The Original Parties sent the Non-Party deponent (Doe 67) notice of unsealing, and the Non-Party deponent did not request excerpts. |

**Exhibit A**
**Plaintiff's Position on Docket Entries 231, 279, 315, 320, & 335**

| | |
|---|---|
| **258-10** | Unseal but redact medical information. |
| **261** | Unseal and redact only (1) medical information and (2) names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |
| **269** | Unseal but redact medical information. |
| **270** | Unseal.<br><br>**Note**: Original Parties agree. |
| **270-1** | Keep sealed (medical records). |
| **270-2** | Unseal and redact only (1) medical information and (2) names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired.<br><br>**Note:** The full version of this deposition transcript was unsealed by this Court on July 30, 2020, DE 1090-32. If this excerpt of the transcript is unsealed, it should be redacted in the same way as DE 1090-32, but the redactions of the names of Non-Parties whose time to object has expired should be removed. |
| **270-3** | Unseal but redact address. |
| **270-4** | Unseal.<br><br>**Note**: Original Parties agree. |
| **270-6** | Unseal.<br><br>**Note**: Original Parties agree. |
| **272** | Unseal.<br><br>**Note**: Original Parties agree. |

**Exhibit A**
**Plaintiff's Position on Docket Entries 231, 279, 315, 320, & 335**

| | |
|---|---|
| **272-1** | Unseal and redact only (1) medical information and (2) names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |
| **272-2** | Unseal.<br>**Note:** Original Parties agree. |
| **272-3** | Keep sealed (medical records). |
| **272-4** | Unseal but redact medical information. |
| **272-5** | Already publicly filed (DE 45). |
| **272-6** | Already publicly filed (DE 31). |
| **272-7** | Unseal but redact (1) information about Plaintiff when a minor and (2) medical information. |
| **272-8** | Keep sealed (medical records) |
| **272-9** | Unseal.<br>**Note**: Original Parties agree. |
| **272-10** | Unseal and redact only (1) medical information and (2) names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired.<br>**Note:** The full version of this deposition transcript was unsealed by this Court on July 30, 2020, DE 1090-32.  If this excerpt of the transcript is unsealed, it should be redacted in the same way as DE 1090-32, but the redactions of the names of Non-Parties whose time to object has expired should be removed. |
| **303** | Unseal but redact medical information. |

**Exhibit A**
**Plaintiff's Position on Docket Entries 231, 279, 315, 320, & 335**

| | |
|---|---|
| **304** | Unseal.<br><br>**Note**: Original Parties agree. |
| **304-1** | Unseal but redact medical information. |
| **304-2** | Keep sealed (medical records). |
| **304-3** | Keep sealed (medical records). |
| **304-4** | Unseal but redact medical information. |
| **313-1** | Unseal but redact medical information. |
| **279: Plaintiff's Motion for Adverse Inference Instruction** | Unseal in full. |
| **280** | Unseal in full. |
| **280-1** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |
| **280-2** | Unseal subject to Second Circuit redactions.<br><br>**Note**:  This document was released by the Second Circuit with redactions.  The redactions should match the Second Circuit redactions. |
| **288-1** | Unseal in full. |

**Exhibit A**
**Plaintiff's Position on Docket Entries 231, 279, 315, 320, & 335**

| | |
|---|---|
| **288-2** | Unseal in full. |
| **290** | Unseal in full. |
| **291-1** | Unseal in full. |
| **291-2** | Unseal in full. |
| **291-3** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |
| **338** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |
| **338-1** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |
| **338-2** | Unseal in full. |
| **338-3** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |
| **338-4** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |
| **338-5** | Unseal in full.<br><br>**Note**: These pages of this deposition transcript were released by the Second Circuit without redactions. |
| **338-6** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |

**Exhibit A**
**Plaintiff's Position on Docket Entries 231, 279, 315, 320, & 335**

|  |  |
|---|---|
|  | **Note:** The deponent is not on the Non-Party notification list because he is a law enforcement officer. |
| **338-7** | Keep sealed until Non-Party deponent (Doe 160) time to object expires. <br><br> **Note**: Original Parties agree to keep sealed, but for different reasons. |
| **338-8** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |
| **338-9** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. <br><br> **Note**: The Original Parties sent the Non-Party deponent (Doe 7) notice of unsealing, and the Non-Party deponent did not request excerpts. |
| **338-10** | Unseal. <br><br> **Note:** Original Parties agree. |
| **353** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |
| **315: Plaintiff's Motion to Enforce Court Order and Direct Defendant to Answer Deposition Questions** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |
| **316** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |
| **316-1** | Keep sealed until Non-Party deponent (Doe 160) time to object expires. <br><br> **Note**: Original Parties agree to keep sealed, but for different reasons. |
| **316-2** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |

**Exhibit A**
**Plaintiff's Position on Docket Entries 231, 279, 315, 320, & 335**

| | |
|---|---|
| | **Note**: The Original Parties sent the Non-Party deponent (Doe 67) notice of unsealing, and the Non-Party deponent did not request excerpts. |
| **316-3** | Unseal in full.<br><br>**Note**: These pages of this deposition transcript were released by the Second Circuit without redactions. |
| **316-4** | Unseal in full.<br><br>**Note**: These pages of this deposition transcript were released by the Second Circuit without redactions. |
| **316-5** | Unseal in full.<br><br>**Note**: These pages of this deposition transcript were released by the Second Circuit without redactions. |
| **316-6** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |
| **316-7** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |
| **316-8** | Unseal and redact only (1) names and identifying information of minors and (2) names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired.<br><br>**Note**: Portions of this document were redacted and released by the Second Circuit.  The redactions of the portions already released should match the Second Circuit redactions. |
| **339** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |
| **340** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |

**Exhibit A**
**Plaintiff's Position on Docket Entries 231, 279, 315, 320, & 335**

| | |
|---|---|
| **340-1** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired.<br><br>**Note:** The full version of this deposition transcript was unsealed by this Court on July 30, 2020, DE 1090-32. If this excerpt of the transcript is unsealed, it should be redacted in the same way as DE 1090-32, but the redactions of the names of Non-Parties whose time to object has expired should be removed. |
| **340-3** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |
| **340-4** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |
| **340-5** | Keep sealed until Non-Party deponent (Doe 160) time to object expires.<br><br>**Note**: Original Parties agree to keep sealed, but for different reasons. |
| **340-6** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired.<br><br>**Note:** The deponent is not on the Non-Party notification list because he is a law enforcement officer. |
| **340-7** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired.<br><br>**Note**: The Original Parties sent the Non-Party deponent (Doe 1) notice of unsealing, the Non-Party deponent requested excerpts, and the Non-Party deponent did not object to unsealing within two weeks of receiving the excerpts. |
| **340-8** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |

**Exhibit A**
**Plaintiff's Position on Docket Entries 231, 279, 315, 320, & 335**

| | |
|---|---|
| | **Note**: The Original Parties sent the Non-Party deponent (Doe 67) notice of unsealing, and the Non-Party deponent did not request excerpts. |
| **340-9** | Keep sealed until Non-Party deponent (Doe 151) time to object expires.<br><br>**Note**: Original Parties agree to keep sealed, but for different reasons. |
| **368** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |
| **369** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |
| **369-1** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired.<br><br>**Note:** This deposition transcript was unsealed on October 22, 2020, DE 1137-13. This document should be redacted in the same way as DE 1137-13, but the redactions of the names of Non-Parties whose time to object has expired should be removed. |
| **369-2** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |
| **369-3** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |
| **369-4** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired.<br><br>**Note**: The Original Parties sent the Non-Party deponent (Doe 67) notice of unsealing, and the Non-Party deponent did not request excerpts. |

## Exhibit A
## Plaintiff's Position on Docket Entries 231, 279, 315, 320, & 335

| | |
|---|---|
| **369-5** | Keep sealed until Non-Party deponent (Doe 160) time to object expires.<br><br>**Note**: Original Parties agree to keep sealed, but for different reasons. |
| **369-6** | Unseal subject to Second Circuit redactions.<br><br>**Note**: These pages of this deposition transcript were released by the Second Circuit without redactions, except for page 59 which contains redactions of a minor's name. |
| **369-7** | Unseal in full.<br><br>**Note**: These pages of this deposition transcript were released by the Second Circuit without redactions. |
| **369-8** | Unseal in full.<br><br>**Note**: These pages of this deposition transcript were released by the Second Circuit without redactions. |
| **369-9** | Unseal in full.<br><br>**Note**: This document was released by the Second Circuit without redactions. |
| **369-10** | Unseal in full. |
| **369-11** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired.<br><br>**Note:** The deponent is not on the Non-Party notification list because he is a law enforcement officer. |
| **369-12** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired.<br><br>**Note**: The Original Parties sent the Non-Party deponent (Doe 145) notice of unsealing, and the Non-Party deponent did not request excerpts. |
| **369-13** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |

**Exhibit A**
**Plaintiff's Position on Docket Entries 231, 279, 315, 320, & 335**

| | |
|---|---|
| | **Note**: The Original Parties sent the Non-Party deponent (Doe 155) notice of unsealing, and the Non-Party deponent did not request excerpts. |
| **369-14** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired.

**Note**: The Original Parties sent the Non-Party deponent (Doe 99) notice of unsealing, and the Non-Party deponent did not request excerpts. |
| **369-15** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired.

**Note**: The Original Parties sent the Non-Party deponent (Doe 122) notice of unsealing, and the Non-Party deponent did not request excerpts. |
| **369-16** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired.

**Note**: Non-Party deponent is deceased. |
| **320: Defendant's Submission Regarding "Search Terms" And Notice Of Compliance With Court Order Concerning Forensic Examination Of Devices** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |
| **321** | Retain redaction of email address. |
| **321-1** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |
| **321-2** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |

**Exhibit A**
**Plaintiff's Position on Docket Entries 231, 279, 315, 320, & 335**

| | |
|---|---|
| **321-3** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |
| **321-4** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |
| **321-5** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |
| **321-6** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |
| **323** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |
| **335: Plaintiff's Motion for Protective Order for Court to Direct Defendant to Disclose Individuals Whom Defendant Disseminated Confidential Information** | Unseal but redact information about events when Plaintiff was minor child. |
| **336** | Unseal.<br><br>**Note**: Original Parties agree. |
| **336-1** | Unseal.<br><br>**Note**: Original Parties agree. |
| **336-2** | Unseal but redact information about events when Plaintiff was minor child. |
| **336-3** | Unseal.<br><br>**Note**: Original Parties agree. |
| **380** | Unseal but redact information about events when Plaintiff was minor child. |

**Exhibit A**
**Plaintiff's Position on Docket Entries 231, 279, 315, 320, & 335**

| | |
|---|---|
| **381** | Unseal.<br><br>**Note**: Original Parties agree. |
| **381-1** | Keep sealed (information about events when Plaintiff was minor child). |
| **381-2** | Keep sealed (information about events when Plaintiff was minor child). |
| **381-3** | Keep sealed (information about events when Plaintiff was minor child). |
| **381-4** | Unseal redacted version released by Second Circuit.<br><br>**Note**: Original Parties agree. |
| **381-5** | Unseal redacted version released by Second Circuit.<br><br>**Note**: Original Parties agree. |
| **381-6** | Unseal but redact telephone numbers, email addresses, and addresses. |
| **381-7** | Unseal redacted version released by Second Circuit.<br><br>**Note**: Original Parties agree. |
| **381-8** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |
| **392** | Unseal but redact information about events when Plaintiff was minor child. |
| **393** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |

**Exhibit A**
**Plaintiff's Position on Docket Entries 231, 279, 315, 320, & 335**

| | |
|---|---|
| **393-1** | Unseal subject to Second Circuit redactions.<br><br>**Note**: These pages of these deposition transcripts were all released by the Second Circuit without redactions, except for page 24 of the composite exhibit, where the Second Circuit redacted a minor's name. |
| **393-2** | Unseal in full.<br><br>**Note:** This document was released by the Second Circuit without redactions. |
| **393-3** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |
| **393-4** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |
| **400** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |
| **401** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |
| **401-1** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |
| **401-2** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired. |
| **401-3** | Unseal in full.<br><br>**Note**: These pages of this deposition transcript were released by the Second Circuit without redactions. |
| **401-4** | Keep sealed until Non-Party deponent (Doe 160) time to object expires<br><br>**Note**: Original Parties agree to keep sealed, but for different reasons. |

**Exhibit A**
**Plaintiff's Position on Docket Entries 231, 279, 315, 320, & 335**

| | |
|---|---|
| **401-5** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired.<br><br>**Note**: The Original Parties sent the Non-Party deponent (Doe 1) notice of unsealing, the Non-Party deponent requested excerpts, and the Non-Party deponent did not object to unsealing within two weeks of receiving the excerpts. |
| **401-6** | Unseal and redact only names and identifying information of Non-Parties who have objected to unsealing or whose time to object to unsealing has not yet expired.<br><br>**Note**: The Original Parties sent the Non-Party deponent (Doe 67) notice of unsealing, and the Non-Party deponent did not request excerpts. |