

Sigrid S. McCawley
Telephone: (954) 356-0011
Email: smccawley@bsfllp.com

December 2, 2020

**VIA ECF**

The Honorable Loretta A. Preska
District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   *Giuffre v. Maxwell*,
             **Case No. 15-cv-7433-LAP**

Dear Judge Preska,

     Plaintiff writes with respect to Defendant's Reply Memorandum of Law in Support of Objections to Unsealing Materials Related to Docket Entries 231, 279, 315, 320, and 335 filed last night (ECF No. 1166) and her proposed redactions to Defendant's July 2016 deposition transcript filed as an exhibit. ECF No. 1167-1. For the avoidance of any doubt, Defendant submitted her proposed redactions on her own, and Plaintiff was not consulted about the redactions nor does she agree with the redactions.

                  Sincerely,

                  /s/ Sigrid S. McCawley
                  Sigrid S. McCawley, Esq.

cc: Counsel of Record  (via ECF)

BOIES SCHILLER FLEXNER LLP

401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com