UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>                    Plaintiff,<br><br> -against-<br><br> GHISLAINE MAXWELL,<br><br>                    Defendant. | 15 Civ. 7433 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

   The parties shall confer and report to the Court by letter, no later than January 8, 2021, their proposed next set of docket entries to be reviewed for potential unsealing.

   **SO ORDERED.**

Dated:    New York, New York
          December 14, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge

1