```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>                    Plaintiff,<br><br> -against-<br><br> GHISLAINE MAXWELL,<br><br>                    Defendant. | 15 Civ. 7433 (LAP) |

LORETTA A. PRESKA, Senior United States District Judge:

　　Having considered the parties' proposals regarding the next set of docket entries to be reviewed for unsealing (dkt. no. 1188), the Court will continue its current course of considering for unsealing the decided motions for Does 1 and 2.  The Court next will consider for unsealing docket entries 345, 356, 362, 370, 422, 468, and 640, as well as documents relevant to those motions.

　　Additionally, the Court will rule telephonically on the unsealing of materials relevant to docket entries 231, 279, 315, 320 and 335, with respect to Does 1 and 2, on January 19, 2021, at 10:00 a.m. EST.  The Court will communicate separately to counsel information for joining the teleconference.  Members of the media and the general public may join the teleconference using the following listen-only line: (888) 363-4734, access code: 4645450.

　　**SO ORDERED.**

Dated:      New York, New York
            January 11, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge