# EXHIBIT K

Agren & Blando Court Reporting & Video, Inc.

| Page 33 | Page 35 |
|---|---|
| 1  document that in the computer. | 1   A   Um-hum, yes. |
| 2   Q   All right. So you might take notes while | 2       I would say that the majority of the notes |
| 3  you're meeting with a patient? | 3  get done immediately because the medical assistant is |
| 4   A   (Indicating.) | 4  writing down in the, oh, the HPI section why they're |
| 5   Q   And then when do you enter it into a | 5  there. And the assessments, I do everything |
| 6  computer? | 6  electronic. I put all the orders in. I put all the |
| 7   A   I'd say the majority of the time it's | 7  labs in, medications, and I make sure that the |
| 8  either right after if I can, if I have time, or at | 8  assessment plan is laid out that -- that day so that |
| 9  lunch if I can. If it's at the end of the day, it | 9  if I do get behind, I have to do it later or a couple |
| 10 would probably be the next morning. I'd show up at | 10 days later on the weekend. |
| 11 least an hour early to do the afternoon notes in the | 11      Basically it's just clicking a button, but |
| 12 morning, the following morning. But there are | 12 all of the pertinent information is already filled |
| 13 occasions where I catch up a good day or two later on | 13 out in the assessment plan. |
| 14 the weekends. | 14  Q   Okay. |
| 15  Q   It doesn't sound like you're a person who | 15  A   So it's mostly done. I would say if |
| 16 dictates? | 16 they're not done, they're 70 percent complete and I |
| 17  A   No, I don't dictate. | 17 just -- there's a lot of radial buttons for us to |
| 18  Q   So you, yourself, are the one who enters | 18 click to complete the medical record. |
| 19 it -- | 19  Q   Okay. And I presume during the course of |
| 20  A   Yeah. | 20 your work as a resident and then at Saint Thomas |
| 21  Q   -- into a computer? | 21 More, you strive to keep accurate records in your |
| 22  A   Yes. | 22 practice? |
| 23  Q   And do you make a notation when you enter | 23  A   Yes. |
| 24 it into the computer as to the time you entered it | 24  Q   You've been trained to do that? |
| 25 relative to the time the information was taken? | 25  A   Yes. |

| Page 34 | Page 36 |
|---|---|
| 1   A   No. | 1   Q   All right. Do you know how you came to be |
| 2   Q   So, for example, in old school medical | 2  the doctor for Virginia Giuffre? |
| 3  records where it might say dictated on a later date, | 3   A   No. I -- she would have filled out a new |
| 4  your system doesn't reflect that? | 4  patient packet and showed up for a new patient |
| 5   A   I have to go in -- there might be a thing | 5  appointment for a particular reason. I reviewed it. |
| 6  that says when it was signed. | 6  It was essentially getting refill of medications and, |
| 7   Q   So there was a provision for an electronic | 7  you know, to address her problems. |
| 8  signature? | 8   Q   Do you know where that new patient packet |
| 9   A   Yeah, I mean, I electronically sign all | 9  is now? |
| 10 the notes. So that might say the time. I guess I | 10  A   It's going to be scanned in the computer. |
| 11 look at it. | 11 If you don't have it, I brought my computer. I can |
| 12  Q   And what is the purpose in your mind of | 12 probably scan it and print it out or just print it |
| 13 keeping good records of your patient visits? | 13 out. |
| 14  A   One, so that I or somebody else can see | 14  Q   Is that among the documents that you have |
| 15 what happened at the visit to see what happened and | 15 next to you? |
| 16 get an idea of what happened in the past and what to | 16  A   The new patient packet isn't here, but I |
| 17 do going forward. | 17 have it -- I should have it on my computer. I could |
| 18  Q   Fair to say it's important for purposes of | 18 probably log in and print it, to be honest. It |
| 19 future treatment of that patient, correct? | 19 wouldn't be that hard. I assumed that the hospital |
| 20  A   Yes. | 20 is taking care of all the documentation that was |
| 21  Q   For example, medications need to be well | 21 requested. So I didn't actually bring it. |
| 22 documented? | 22  Q   I understand. |
| 23  A   Yes. | 23  A   I actually have it, happen to have it with |
| 24  Q   And complaints of symptoms would be | 24 me. |
| 25 documented? | 25  Q   All right. Why don't we -- we can |