EXHIBIT 5

(File Under Seal)

| | |
|---|---|
| **From:** | Meredith Schultz |
| **Sent:** | Friday, May 20, 2016 4:00 PM |
| **To:** | Laura Menninger; Sigrid McCawley |
| **Cc:** | Jeff Pagliuca; Nicole Simmons; Brenda Rodriguez; Paul Cassell (cassellp@law.utah.edu); 'brad@pathtojustice.com' (brad@pathtojustice.com) |
| **Subject:** | RE: Giuffre v. Maxwell [Centura Health Release] |

Laura,

Today I spoke with various individuals at Centura Health, which describes itself as "the region's largest health care network" on its website. Based on those conversations, it is also our understanding that records concerning Ms. Giuffre possessed by Centura Health are not necessarily co-extensive with those possessed by Dr. Olson's office. However, it's my understanding that the records Centura Health possess that are not co-extensive with those possessed by Dr. Olson's office are records, instead, pertaining to different providers within the Centura Health network. It was explained to me that Centura owns multiple hospitals and facilities, and employs multiple physicians. Therefore, if a patient of Dr. Olson was treated by another provider within the Centura Health network, that patient's treatment record would not be part of Dr. Olson's office records. Instead, it would be part of Centura Health's records and that provider's records. By way of example, it was further explained to me that if Ms. Giuffre sought treatment from an ear nose and throat (ENT) physician, and the ENT was employed by a facility within the Centura Health network, those ENT records would not be possessed by Dr. Olson, but would be possessed by Centura Health (and the treating ENT). Accordingly, based on my understanding of my conversations with Centura Health, we have received and produced all records pertaining to Dr. Olson's treatment of Ms. Giuffre, and that any records pertaining to Ms. Giuffre that Centura Health possesses that Dr. Olson's office does not also possess, do not pertain to Dr. Olson's treatment of Ms. Giuffre, but, instead, pertain to treatment by other providers within the network. In short, it's my understanding that, while we may not have records from other providers within the Centura Health network, we have all of Dr. Olson's records.

Notwithstanding the foregoing, and in an abundance of caution, I am in the process of having Ms. Giuffre sign the release you provided, which will then be faxed to the Centura Health records office. If you have a different understanding than the above, please let me know, and please let me know the individual with whom you spoke.

Thanks,

Meredith

Meredith L. Schultz
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Phone: 954-356-0011 ext. 4204
Fax: 954-356-0022
http://www.bsfllp.com

**From:** Laura Menninger [mailto:lmenninger@hmflaw.com]
**Sent:** Thursday, May 19, 2016 5:19 PM
**To:** Sigrid McCawley; Meredith Schultz

**Cc:** Jeff Pagliuca; Nicole Simmons; Brenda Rodriguez
**Subject:** Giuffre v. Maxwell [Centura Health Release]

In speaking to counsel for Centura Health, the provider of Dr. Olson's services, I have learned that the records that are "possessed" by Centura Health are not co-extensive with those "possessed" by Dr. Olson. The records you previously provided related to his care are his alone and do not encompass those in Centura's custody and control.

The attached release was provided to me by Centura Health and needs to be signed by your client and returned to me as soon as possible, given Dr. Olson's upcoming deposition.

-Laura



**Laura A. Menninger**
**Haddon, Morgan and Foreman, P.C.**
**150 East 10th Avenue**
**Denver, Colorado 80203**
**Main 303.831.7364 FX 303.832.2628**
**lmenninger@hmflaw.com**
**www.hmflaw.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving it in any manner. Thank you.

| | |
|---|---|
| **From:** | Meredith Schultz |
| **Sent:** | Monday, May 23, 2016 9:46 AM |
| **To:** | Laura Menninger; Sigrid McCawley |
| **Cc:** | Jeff Pagliuca; Nicole Simmons; Brenda Rodriguez; Paul Cassell (cassellp@law.utah.edu); 'brad@pathtojustice.com' (brad@pathtojustice.com) |
| **Subject:** | RE: Giuffre v. Maxwell [Centura Health Release] |
| **Attachments:** | Centura Health Fax Transmittal Document.pdf |

Laura,

To follow up on my email below, attached please find the signed release form that has been faxed to the records department for Centura Health.

Thanks,

Meredith

Meredith L. Schultz
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Phone: 954-356-0011 ext. 4204
Fax: 954-356-0022
http://www.bsfllp.com

**From:** Meredith Schultz
**Sent:** Friday, May 20, 2016 4:00 PM
**To:** 'Laura Menninger'; Sigrid McCawley
**Cc:** 'Jeff Pagliuca'; 'Nicole Simmons'; 'Brenda Rodriguez'; Paul Cassell (cassellp@law.utah.edu); 'brad@pathtojustice.com' (brad@pathtojustice.com)
**Subject:** RE: Giuffre v. Maxwell [Centura Health Release]

Laura,

Today I spoke with various individuals at Centura Health, which describes itself as "the region's largest health care network" on its website. Based on those conversations, it is also our understanding that records concerning Ms. Giuffre possessed by Centura Health are not necessarily co-extensive with those possessed by Dr. Olson's office. However, it's my understanding that the records Centura Health possess that are not co-extensive with those possessed by Dr. Olson's office are records, instead, pertaining to different providers within the Centura Health network. It was explained to me that Centura owns multiple hospitals and facilities, and employs multiple physicians. Therefore, if a patient of Dr. Olson was treated by another provider within the Centura Health network, that patient's treatment record would not be part of Dr. Olson's office records. Instead, it would be part of Centura Health's records and that provider's records. By way of example, it was further explained to me that if Ms. Giuffre sought treatment from an ear nose and throat (ENT) physician, and the ENT was employed by a facility within the Centura Health network, those ENT records would not be possessed by Dr. Olson, but would be possessed by Centura Health (and the treating ENT). Accordingly, based on my understanding of my conversations with Centura Health, we have received and produced all records pertaining to Dr. Olson's treatment of Ms. Giuffre, and that any records pertaining to Ms. Giuffre that Centura Health possesses that Dr. Olson's office does not also possess, do not pertain to Dr. Olson's treatment of Ms. Giuffre, but, instead, pertain to

treatment by other providers within the network. In short, it's my understanding that, while we may not have records from other providers within the Centura Health network, we have all of Dr. Olson's records.

Notwithstanding the foregoing, and in an abundance of caution, I am in the process of having Ms. Giuffre sign the release you provided, which will then be faxed to the Centura Health records office. If you have a different understanding than the above, please let me know, and please let me know the individual with whom you spoke.

Thanks,

Meredith


Meredith L. Schultz
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Phone: 954-356-0011 ext. 4204
Fax: 954-356-0022
http://www.bsfllp.com

---

**From:** Laura Menninger [mailto:lmenninger@hmflaw.com]
**Sent:** Thursday, May 19, 2016 5:19 PM
**To:** Sigrid McCawley; Meredith Schultz
**Cc:** Jeff Pagliuca; Nicole Simmons; Brenda Rodriguez
**Subject:** Giuffre v. Maxwell [Centura Health Release]

In speaking to counsel for Centura Health, the provider of Dr. Olson's services, I have learned that the records that are "possessed" by Centura Health are not co-extensive with those "possessed" by Dr. Olson. The records you previously provided related to his care are his alone and do not encompass those in Centura's custody and control.

The attached release was provided to me by Centura Health and needs to be signed by your client and returned to me as soon as possible, given Dr. Olson's upcoming deposition.

-Laura


 **Laura A. Menninger**
**Haddon, Morgan and Foreman, P.C.**
**150 East 10th Avenue**
**Denver, Colorado 80203**
**Main 303.831.7364 FX 303.832.2628**
**lmenninger@hmflaw.com**
**www.hmflaw.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify the sender by

telephone or return e-mail and delete the original transmission and its attachments without reading or saving it in any manner. Thank you.

```
********************
***   TX REPORT   ***
********************


TRANSMISSION OK

TX/RX NO             3024
RECIPIENT ADDRESS    17192852030
DESTINATION ID
ST. TIME             05/23 09:02
TIME USE             01'34
PAGES SENT           2
RESULT               OK
```

# BOIES, SCHILLER & FLEXNER LLP

New York ■ Washington DC ■ Florida ■ New Hampshire ■ California ■ New Jersey ■ Nevada

401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Fax: (954) 356-0022

## FACSIMILE COVER SHEET

**TO:** **Centura Health Medical Records** **FAX: 719-285-2030**
St. Thomas More Hospital        TELEPHONE: 719-285-2000
Canon City, CO

**FROM:** Meredith Schultz

**DATE:** May 23, 2016

Total Number of Pages:
(INCLUDING THIS COVER SHEET): 2

**RE:** Patient Authorization to Disclose Protected Health Information

**MESSAGE:** Please see attached Patient Authorization to Disclose Protected Health Information. Per the attached form, please fax all records to 954-356-0022 to the attention of Meredith Schultz.

# BOIES, SCHILLER & FLEXNER LLP

New York ■ Washington DC ■ Florida ■ New Hampshire ■ California ■ New Jersey ■ Nevada

401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Fax: (954) 356-0022

# FACSIMILE COVER SHEET

**TO:**     **Centura Health Medical Records  FAX:  719-285-2030**
St. Thomas More Hospital                TELEPHONE: 719-285-2000
Canon City, CO

**FROM:**   Meredith Schultz

**DATE:**   May 23, 2016

Total Number of Pages:
(INCLUDING THIS COVER SHEET): 2

**RE:**   Patient Authorization to Disclose Protected Health Information

**MESSAGE:** Please see attached Patient Authorization to Disclose Protected Health
Information. Per the attached form, please fax all records to 954-356-0022 to
the attention of Meredith Schultz.

### THE ATTORNEY-CLIENT AND/OR ATTORNEY WORK-PRODUCT PRIVILEGES

This facsimile transmission is intended solely for the above-named recipient and may contain
confidential information which is exempt from disclosure and protected by the attorney-client
and/or attorney work-product privileges. Any unauthorized use or disclosure is strictly
prohibited and may result in civil and/or criminal liability. If any of the information contained
in this transmission is misdirected to you, please call (954) 356-0011 collect and mail such
information back to us. Thank you.

**Sandra Perkins**

---

**From:**       Meredith Schultz
**Sent:**       Wednesday, May 25, 2016 5:52 PM
**To:**         Laura Menninger (lmenninger@hmflaw.com)
**Cc:**         Sigrid McCawley; Paul Cassell (cassellp@law.utah.edu); 'brad@pathtojustice.com'
                (brad@pathtojustice.com); Sandra Perkins; jpagliuca@hmflaw.com
**Subject:**    Centura Health Patient Authorization to Disclose Protected Health Information
**Attachments:** SC45416052604280.pdf

Laura,

As an update from my last email on the same, I was informed that the form in question needed to have the St. Thomas More hospital specified, and that, instead of checking the "fax" box, I needed to check the box for mailing records. Therefore, I sent them the corrected form (attached). My assistant has been in communication with the records personnel, who have confirmed that the release is valid, and that they are processing the request. We have obtained some Centura records, which will go out shortly.

Thanks,

Meredith


Meredith L. Schultz
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Phone: 954-356-0011 ext. 4204
Fax: 954-356-0022
http://www.bsfllp.com