EXHIBIT 10

(File Under Seal)

# GIUFFRE

# VS.

# MAXWELL

Deposition

# STEVEN W OLSON

05/26/2016

---

**Agren Blando Court Reporting & Video, Inc.**
216 16th Street, Suite 600
Denver Colorado, 80202
303-296-0017

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Civil Action No. 15-cv-07433-RWS

---

CONFIDENTIAL DEPOSITION OF DR. STEVEN W. OLSON
May 26, 2016

---

VIRGINIA L. GIUFFRE,

Plaintiff,

v.

GHISLAINE MAXWELL,

Defendant.

---

APPEARANCES:

    S.J. QUINNEY COLLEGE OF LAW, UNIVERSITY OF UTAH
       By Paul G. Cassell, Esq.
          383 S. University Street
          Salt Lake City, UT 84112
          Phone: 801.585.5202
          Cassellp@law.utah.edu
          Appearing on behalf of the
          Plaintiff

    HADDON, MORGAN AND FORMAN, P.C.
       By Laura A. Menninger, Esq.
          150 East 10th Avenue
          Denver, CO 80203
          Phone: 303.831.7364
          lmenninger@hmflaw.com
          Appearing on behalf of the
          Defendant

1  Pursuant to Subpoena, Notice and the
2  Federal Rules of Civil Procedure, the DEPOSITION OF
3  DR. STEVEN W. OLSON, called by Defendant, was taken
4  on Thursday, May 26, 2016, commencing at 8:54 a.m.,
5  at 150 East 10th Avenue, Denver, Colorado, before
6  Kelly A. Mackereth, Certified Shorthand Reporter,
7  Registered Professional Reporter, Certified Realtime
8  Reporter and Notary Public within Colorado.
9
10  \* \* \* \* \* \* \*
    I N D E X
11

    EXAMINATION                                    PAGE
12
       MS. MENNINGER                                  4
13     MR. CASSELL                                  109
       MS. MENNINGER                                127
14     MR. CASSELL                                  136

15
    PRODUCTION REQUEST(S):
16
                                                    44
17
18
19
20
21
22
23
24
25

1                        INDEX OF EXHIBITS

2
                                                    INITIAL
3     DESCRIPTION                                   REFERENCE

4
      Exhibit 1    Authorization for the Release       7
5                  and Disclosure of Protected
                   Health Information and Medical
6                  Records

7     Exhibit 2    Subpoena to Produce Documents,      7
                   Information, or Objects or to
8                  Permit Inspection of Premises in
                   a Civil Action
9
      Exhibit 3    Subpoena to Testify at a            8
10                 Deposition in a Civil Action

11    Exhibit 4    Document titled Centura Health     40
                   Physician Group Patient
12                 Information

13    Exhibit 5    Visit note for Dr. Olson           43

14    Exhibit 6    Document titled Patient Health    100
                   Summary, The Entrance Medical
15                 Centre

16    Exhibit 7    Document titled Patient Health    105
                   Summary from Central Coast
17                 Family Medicine

18

19

20

21

22

23

24

25

1  Q   All right.  Do you know how you came to be
2  the doctor for Virginia Giuffre?
3  A   No.  I -- she would have filled out a new
4  patient packet and showed up for a new patient
5  appointment for a particular reason.  I reviewed it.
6  ███████████████████████████████████████████████████
7  ███████████████████████████████████████████████████
8  Q   Do you know where that new patient packet
9  is now?
10 A   It's going to be scanned in the computer.
11 If you don't have it, I brought my computer.  I can
12 probably scan it and print it out or just print it
13 out.
14 Q   Is that among the documents that you have
15 next to you?
16 A   The new patient packet isn't here, but I
17 have it -- I should have it on my computer.  I could
18 probably log in and print it, to be honest.  It
19 wouldn't be that hard.  I assumed that the hospital
20 is taking care of all the documentation that was
21 requested.  So I didn't actually bring it.
22 Q   I understand.
23 A   I actually have it, happen to have it with
24 me.
25 Q   All right.  Why don't we -- we can

```
 1    probably do that when we take a break in just a few
 2    minutes, and I can tell you how to get on the
 3    Internet and we'll see if that works.
 4         A    Um-hum.
 5         Q    Do you know how many times that you saw
 6    Virginia Giuffre?
 7         A    Once.
 8         Q    Do you know whether she was referred to
 9    you by another doctor?
10         A    No.
11         Q    Do you mean no, you don't know or --
12         A    I have no idea.  I have no idea.  I don't
13    know why she would have been referred.  Most the time
14    people are referring out.
15         Q    Right.
16         A    They don't refer back to a general
17    practitioner.
18         Q    No one ever refers anyone to you?
19         A    It generally goes the other direction.
20    Well, other patients might refer people to me, and
21    that happens, but --
22         Q    Okay.  Do you know if you treat
23    Ms. Giuffre's children in your practice?
24         A    Not that I'm aware of.
25         Q    Do you know a woman by the name of ■
```

```
 1      ▇▇▇▇▇▇▇▇
 2      A     I know several ▇▇▇▇▇▇
 3      Q     Who works at Saint Thomas More Hospital?
 4      A     I think so, yeah.  That sounds familiar,
 5   yeah.
 6      Q     Do you know her professionally?
 7      A     Not really.
 8      Q     Okay.
 9      A     I mean, her name sounds familiar.
10      Q     Do you know of any connection between ▇▇
11   ▇▇▇▇ and Virginia Giuffre?
12      A     None.  I have met Virginia once.  I only
13   saw her once, a year ago.  That's the extent of my --
14      Q     Have you ever read any media reports about
15   Ms. Giuffre?
16      A     No.  No, I haven't.  I don't know anything
17   about it.
18      Q     Okay.  Do you know how long --
19      A     She -- I believe she mentioned that it was
20   some kind of -- mentioned something about being a
21   famous sexual abuse something.
22      Q     You haven't read any of the reports?
23      A     I have no idea.
24      Q     Okay.  I'm just trying to establish your
25   sources information.
```

```
 1        A      Yeah.
 2        Q      So if you had information about
 3   Ms. Giuffre, other than your visit --
 4        A      Yeah.
 5        Q      -- do you know another source?
 6        A      No.
 7        Q      From family members?
 8        A      No.
 9        Q      From community members, anything?
10        A      Nothing.
11        Q      Do you know how long your visit with her
12   lasted?
13        A      It -- sometimes I document time spent, but
14   not always.  I mean, it's not important.  They're
15   half-hour visits typically.  It would have been a
16   half hour or less, I would expect.
17        Q      All right.  Before looking at your
18   records, is there anything about Ms. Giuffre that you
19   recall just from the top of your head?
20               I understand you see many, many patients
21   and this was a year ago.  So you tell me.
22        A      Nothing.  I saw her once.  And when I went
23   back and read the note, I went, Oh, yeah, I remember
24   someone mentioning about being in a sexual abuse
25   trial or something, some kind of sexual abuse thing.
```

1  Q  That's the only unusual part that stuck
2  out?
3  A  Yeah, and I don't really remember anything
4  about her at all, actually, I don't.
5  Q  Do you know what she looks like?
6  A  No, I don't remember. It was one time a
7  year ago. I don't remember.
8  Q  I understand. Okay. If it's okay with
9  you, I would like to take a break and see if we can
10 pull up the other records because I don't want to go
11 through my questions and then go back and look at
12 those records. I'd rather do it one time.
13 A  Okay.
14 Q  Is that all right?
15 A  Yeah, I'm fine with that.
16    MS. MENNINGER: All right. Let's go off
17 the record.
18    (Recess taken from 9:41 a.m. to
19 10:07 a.m.)
20    (Exhibit 4 marked.)
21 Q  (BY MS. MENNINGER) So we're back on the
22 record. All right.
23    I'm going to give you a document marked as
24 Exhibit 4. And I'm going to make a small record
25 about what just took place off the record, which is

1    that you, as I understand it, and tell me if I'm
2    wrong, have access to medical records from your
3    office on your laptop, correct?
4        A    Yes.
5        Q    Okay. And you were able to get on your
6    laptop and print out records related to Ms. Giuffre
7    that you had on that laptop, correct?
8        A    Yes.
9        Q    And we printed that out and made copies
10   for everyone here, and that's what you see in front
11   of you as Exhibit 4, correct?
12       A    Yes.
13       Q    We made those printouts on a portable
14   printer. So they're not the best quality, correct?
15       A    Correct.
16       Q    And some portions are not printing out as
17   well?
18       A    Yes.
19       Q    And you, I think, would be okay with
20   sending us a more complete set later?
21       A    Yes.
22       Q    All right. I'm going to take just a
23   minute to review it.
24            Can you tell us what the records that you
25   just printed out in Exhibit 4 represent?

1    A    Generally it's demographics information
2    and then a list of medications, a list of surgeries,
3    a list of family medical history, and then a list of
4    physical complaints that there's some -- it's called
5    review of systems, things someone has been feeling
6    and self-reported in the last two weeks.
7    Q    Okay.  So is this typically -- is this
8    patient information document typically in the
9    patient's handwriting?
10   A    Yes.
11   Q    And I presume you don't know Ms. Giuffre's
12   handwriting?
13   A    No.
14   Q    But it's a practice to ask the patient to
15   fill these forms out?
16   A    Yes, and then have it there before their
17   appointment.
18   Q    All right.  So if I see the date reflected
19   on the top of the first page as May 21st, 2015 --
20   A    Um-hum.
21   Q    -- do you believe that to be the date that
22   you actually saw Ms. Giuffre?
23   A    Probably, yes.
24   Q    Okay.
25   A    Sometimes people will bring it in early,

1    but yeah.

2    Q    Okay.  Why don't we go ahead and mark

3    Exhibit 5, which will be helpful as we're going

4    through this.

5         (Exhibit 5 marked.)

6    Q    (BY MS. MENNINGER)  And I'm going to ask

7    you to keep 4 and 5 kind of close by, and we'll talk

8    about them.

9         Do you recognize Exhibit 5?

10   A    Yes.  That's the visit note.

11   Q    And the visit note of Ms. Giuffre's visit

12   with you?

13   A    Yes.

14   Q    In your office?

15   A    Yes.

16   Q    And after looking at Exhibit 5, can you

17   tell what date it is that you actually saw

18   Ms. Giuffre?

19   A    5/21/2015.

20   Q    Okay.  Is that also the same date as the

21   patient intake form --

22   A    Yes.

23   Q    -- in Exhibit 4?

24   A    Yes.

25   Q    All right.  Do you recall whether you

```
1    STATE OF COLORADO)
2                     )  ss.    REPORTER'S CERTIFICATE
3    COUNTY OF DENVER )
```

4    I, Kelly A. Mackereth, do hereby certify that I am a Registered Professional Reporter and Notary Public within the State of Colorado; that previous to the commencement of the examination, the deponent was duly sworn to testify to the truth.

9    I further certify that this deposition was taken in shorthand by me at the time and place herein set forth, that it was thereafter reduced to typewritten form, and that the foregoing constitutes a true and correct transcript.

14   I further certify that I am not related to, employed by, nor of counsel for any of the parties or attorneys herein, nor otherwise interested in the result of the within action.

18   In witness whereof, I have affixed my signature this 31st day of May, 2016.

20   My commission expires April 21, 2019.

```
                            _____
                            Kelly A. Mackereth, CRR, RPR, CSR
                            216 - 16th Street, Suite 600
                            Denver, Colorado  80202
```

```
1   AGREN BLANDO COURT REPORTING & VIDEO, INC.
    216 - 16th Street, Suite 600
2   Denver, Colorado   80202
    4450 Arapahoe Avenue, Suite 100
3   Boulder, Colorado   80303

4

5

6              DR. STEVEN W. OLSON
                  May 26, 2016
7              Giuffre v. Maxwell
             Case No. 15-cv-07433-RWS
8

9

    The original deposition was filed with
10
    Laura Menninger, Esq., on approximately the
11
    31st day of May, 2016.
12
    _XXX_  Signature waived.
13
           Unsigned; signed signature page and
14  _____ amendment sheets, if any, to be filed at
           trial.
15
           Reading and signing not requested pursuant
16  _____ to C.R.C.P. Rule 30(e).

17         Unsigned; amendment sheets and/or signature
    _____ pages should be forwarded to Agren Blando to
18         be filed in the envelope attached to the
           sealed original.
19

20

21  Thank you.

22  AGREN BLANDO COURT REPORTING & VIDEO, INC.

23  cc:  All Counsel

24

25
```