UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.                                             15-cv-07433-RWS

GHISLAINE MAXWELL,

    Defendant.

------------------------------------------------------X

### Declaration Of Laura A. Menninger In Support Of
### Reply to Plaintiff's Opposition to Defendant's Motion for Rule 37(b) Sanctions

I, Laura A. Menninger, declare as follows:

1.     I am an attorney at law duly licensed in the State of New York and admitted to practice in the United States District Court for the Southern District of New York. I am a member of the law firm Haddon, Morgan & Foreman, P.C., counsel of record for Defendant Ghislaine Maxwell ("Maxwell") in this action. I respectfully submit this declaration in support of Reply to Plaintiff's Opposition to Defendant's Motion for Rule 37(b) Sanctions.

2.     Attached as Exhibit O (filed under seal) are true and correct copies of medical records bates labeled GIUFFRE 6631-6635, designated as Confidential under the Protective Order.

3.     Attached as Exhibit P (filed under seal) are true and correct copies of excerpts from the deposition of Plaintiff Virginia Giuffre, designated as Confidential under the Protective Order.

4. Attached as Exhibit Q (filed under seal) is a true and correct copy of a subpoena served on Dr. Steven Olson on April 6, 2016.

5. Attached as Exhibit R (filed under seal) is a chart reflecting Plaintiff's counsel's statements concerning their production of health care providers' identities and records.

6. Attached as Exhibit S is a true and correct copy of letters from Meredith Schultz to Laura Menninger dated May 25, 2016 and June 1, 2016, producing documents by Plaintiff bates labeled GIUFFRE 005439- 005606.

7. Attached as Exhibit T (filed under seal) is a true and correct copy of GIUFFRE 006636 produced on June 28, 2016 by Plaintiff and designated as Confidential under the Protective Order.

Dated: July 8, 2016

By: /s/ Laura A. Menninger
Laura A. Menninger

## CERTIFICATE OF SERVICE

I certify that on July 8, 2016, I electronically served this *Declaration Of Laura A. Menninger In Support Of Reply to Plaintiff's Opposition to Defendant's Motion for Rule 37(b) Sanctions* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons