# EXHIBIT P

*GIUFFRE*

*VS.*

*MAXWELL*

**Deposition**

*VIRGINIA GIUFFRE*

*05/03/2016*

———————————————————

*Agren Blando Court Reporting & Video, Inc.*
*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

Agress Blando Court Reporting & Video Inc.

1        A      No, I was not diagnosed as a drug addict.

2        Q      Were you sent to live at a rehabilitation

3    facility because of your use of drugs?

4        A      No, that was more of a group home.  Yes,

5    it was also a rehab facility, but it wasn't because I

6    was a drug addict.  I wasn't coming off of anything.

7        Q      Had you abused drugs prior to meeting

8    Jeffrey Epstein?

9        A      I took drugs.  I didn't abuse them, but I

10   took them.

11       Q      Okay.

12       A      Recreationally.

13       Q      How often do you see Dr. Lightfoot?

14       A      Once a week every Monday.  I've skipped

15   this week because I've been over here and it's

16   expensive to call back home right now, unless you

17   FaceTime, but --

18       Q      Has Dr. Lightfoot recommended that you see

19   a treating doctor in person?

20       A      No, she's -- she knows my history pretty

21   well.  And she's a very wonderful woman and I

22   honestly wouldn't -- Dr. Donahue wants me to go see

23   another psychiatrist in person, but I prefer to stay

24   with Judith because she's someone I can personally

25   relate to.

Agren Blando Court Reporting & Video Inc.

1    doctor.

2         Q    Is there anything that she's recommended

3    that you do that you're not doing?

4         A    Is there anything that I do that she

5    recommends I don't?  Sorry, say that one more time.

6         Q    That's okay.  Is there anything that

7    Dr. Lightfoot has recommended that you do that you

8    are not actually doing?

9              Are you following her advice?

10        A    Yes, I am.

11        Q    Okay.  And what has Dr. Donahue

12   recommended that you do?

13

14

15

16

17

18

19

20

21

22

23

24

25

Orlando Count Reporting & Video, Inc.



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

