# EXHIBIT R

**Summary of Plaintiff's Statements Concerning Disclosure of HealthCare Information**

| Date | Plaintiff's Statement | Truth | Sources |
|---|---|---|---|
| March 16 | Refusal to identify any health care providers or records because "privileged" | Privilege waived by Plaintiff when suing for $30 million of medical and mental injury | Plaintiff's Responses & Objections to First Discovery Requests |
| April 4 | Plaintiff "has sent written requests to her providers, paid the fees associated with copying her files, and is awaiting her providers responses." | Plaintiff had sent only one release to Dr. Olsen.<br><br>On April 5, Plaintiff sent out releases to five new providers. | Plaintiff's Response to Defendant's Motion to Compel (DE #78) at 18;<br><br>Response at 7 (chart); McCawley Decl. in Reply to this Motion, Ex. 6 (releases dated April 5) |
| April 21 | "We have disclosed the names. She has those names. We have also disclosed records, the more recent records. We have not contested that. … We have disclosed the names of the providers." | Plaintiff had disclosed two providers, Dr. Olsen and Hayek in her Addendum to Rule 26 Disclosures on March 22.<br><br>Plaintiff's other 15 doctors were not disclosed in response until April 29 | Transcript of April 21 Hrg. at 21-22<br><br>Menninger Decl. Exs. B & F |
| April 21 | Only doctors not yet disclosed were "in the past. We are talking about years and years ago." | Doctors from 2015-2016 not then disclosed: Del Mar, Lightfoot, Donohue, Oliver, Streeter, Geiger, Heaney. | Transcript of April 21 Hrg. at 22-23<br><br>Menninger Decl. Ex. B |

| | | |
|---|---|---|
| | <ul><li>Del Mar – name included in document production of June 28;</li><li>Lightfoot – deposition May 4; Records on June 1 and 28</li><li>Donohue – deposition May 4; Records on June 28</li><li>Oliver, Streeter, Geiger, Heaney – records requested May 23, produced June 1</li></ul> | |
| | Doctors from 2008-2015 not then disclosed: Lightfoot (2011-13), Harris (2011 – 2012), Lee (2011), Mahaliyana (2012), San (2013), Bowen (2009). Psychiatrist from 2008 ███████. Therapist pre-2011.<br><br>Doctors from 1999-2002 not then disclosed: Devanasan, Kutikoff, Growing Together, Wellington Imaging. | Resp. at 3.<br><br>Menninger Decl. Ex. P. |
| June 28 | Plaintiff "innocently forgot" name of Judith Lightfoot until May 3 deposition ███████ with Lightfoot from October 2015 – May 2016 | Resp. at 9<br><br>Menninger Decl. Ex. O |
| June 28 | Donohue records have been disclosed<br><br>Disclosed that same day, June 28 | |
| June 28 | Hospital doctors were disclosed by Plaintiff and their records produced<br><br>Defense served subpoena on Olsen and learned of undisclosed Centura records, provided release to Plaintiff. | Resp. at 3, 6, 9<br><br>Menninger Decl. Ex. S |