United States District Court
Southern District of New York

Virginia L. Giuffre,

Plaintiff,

Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

Defendant.

_____/

## DECLARATION OF SIGRID S. McCAWLEY IN SUR-REPLY IN RESPONSE TO DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR SANCTIONS

I, Sigrid S. McCawley, declare that the below is true and correct to the best of my knowledge as follows:

1. I am a partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's September 29, 2015 Order granting my Application to Appear Pro Hac Vice.

2. I respectfully submit this Declaration in response to Defendant's Reply in Support of Motion for Sanctions.

3. Attached hereto as Sealed Exhibit 1, is a true and correct copy of Dr. Christopher Donahue Medical Records.

4. Attached hereto as Sealed Exhibit 2 is a true and correct copy of Excerpts from the May 26, 2016 Deposition of Dr. Steven W. Olson.

5. Attached hereto as Sealed Exhibit 3 is a true and correct copy of Defendant's Supplemental Memorandum of Law in Response to Plaintiff's Motion to Compel Production of Documents Subject to Improper Objections.

6. Attached hereto as Sealed Exhibit 4 is a true and correct copy of January 14, 2016 Hearing Transcript.

7.  Attached hereto as Sealed Exhibit 5 is a true and correct copy of Defendant's Response to Plaintiff's First Set of Interrogatories.

8.  Attached hereto as Sealed Exhibit 6 is a true and correct copy of Dr. Hayek Medical Records. (Guiffre007567-007576)

9.  Attached hereto as Sealed Exhibit 7 is a true and correct copy of Correspondence from Dr. Judith Lightfoot. (Giuffre006636)

10.  Attached hereto as Sealed Exhibit 8 is a true and correct copy of Excerpts from the May 3, 2016 Deposition of Virginia Giuffre.

I declare under penalty of perjury that the foregoing is true and correct.

Sigrid S. McCawley, Esq.

Dated: July 12, 2016.

                Respectfully Submitted,

                BOIES, SCHILLER & FLEXNER LLP

By: _____
      Sigrid McCawley (Pro Hac Vice)
      Meredith Schultz (Pro Hac Vice)
      Boies Schiller & Flexner LLP
      401 E. Las Olas Blvd., Suite 1200
      Ft. Lauderdale, FL 33301
      (954) 356-0011

      David Boies
      Boies Schiller & Flexner LLP
      333 Main Street
      Armonk, NY 10504

      Bradley J. Edwards (Pro Hac Vice)
      FARMER, JAFFE, WEISSING,
      EDWARDS, FISTOS & LEHRMAN, P.L.
      425 North Andrews Avenue, Suite 2
      Fort Lauderdale, Florida 33301
      (954) 524-2820

      Paul G. Cassell (Pro Hac Vice)
      S.J. Quinney College of Law
      University of Utah
      383 University St.
      Salt Lake City, UT 84112
      (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 12th day of July, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

    Laura A. Menninger, Esq.
    Jeffrey Pagliuca, Esq.
    HADDON, MORGAN & FOREMAN, P.C.
    150 East 10th Avenue
    Denver, Colorado 80203
    Tel: (303) 831-7364
    Fax: (303) 832-2628
    Email: lmenninger@hmflaw.com
           jpagliuca@hmflaw.com

                                                  Sigrid S. McCawley