Exhibit 2

(File Under Seal)

# *GIUFFRE*

# *VS.*

# *MAXWELL*

<u>Deposition</u>

## *STEVEN W OLSON*

*05/26/2016*

_____

*Agren Blando Court Reporting & Video, Inc.*
*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

1      A      Yes.  Yeah.

2      Q      For example, if someone had a panic attack

3 so severe that they were unable to breathe, would you

4 have noted that?

5      A      That -- to me that's what a panic attack

6 is that your heart is just racing and you're having

7 difficulty breathing.  It lasts 10 minutes, 15

8 minutes typically.

9             So that's kind of -- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

11 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

12 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

13 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14      Q      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

15 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

16 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

17      ▮      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

18 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

19 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

20 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

21      ▮      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

22 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

23      ▮      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

24 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

25      ▮      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



1      ▮ ███████████████████████████████

2  ███████████████████████████████████████

3  ███████████

4      A    Yeah.

5      Q    And you --

6      A    And for new people it would get done 100

7  percent of the time.

8      Q    Okay.

9      A    I look everybody up that's new.  I even

10 have people that I've seen for many years monthly,

11 and I check them most of the time but not all the

12 time.

13     Q    And I'm just going to draw your attention

14 back to page 1 of your report.

15     A    Um-hum, yep.

16     ▮ ███████████████████████████████

17 ███████████████████████████████████████

18 ███████████████████████

19     ▮ ██████████

20     ▮ ███████████████████████████████

21 ███████████████████████████████████████

22     A    Correct.

23     Q    All right.

24     ▮ ███████████████████████████████

25 ████████████████████████████    ████████

      19      Q    Okay. Let me just ask you a couple

      20  questions about that.

      24      A    Yeah.



1  ██████████████████████████████████████████

2  ████████████████████████████

3       A     Correct.

4       Q     It may have not shown anything in the past

5  year, correct?

6  ██ ██████████████████████████████████

7  ████████████████████████████████████████████

8  ████████████   ████████████████    ████ld

9  ████████████████████████████

10 ██ ████████████████████████████████████████

11 ████████████████████████████████████████████

12 ██████████████████

13      A     Correct, that's what it's showing,

14 correct.

15      Q     Other than that, you don't know what it

16 said?

17      A     I don't remember, no.

18      Q     Do you know whether Ms. Giuffre had lived

19 in Colorado very long?

20      A     I don't know.

21      Q     Do you know that Ms. Giuffre had actually

22 moved from Florida a few months earlier?

23      A     I think she might have mentioned that,

24 actually.  That sounds familiar.  I do remember her

25 saying that she had moved at some point recently, but

Agren Blando Court Reporting & Video, Inc.

```
AGREN BLANDO COURT REPORTING & VIDEO, INC.
216 - 16th Street, Suite 600
Denver, Colorado  80202
4450 Arapahoe Avenue, Suite 100
Boulder, Colorado  80303




             DR. STEVEN W. OLSON
                May 26, 2016
              Giuffre v. Maxwell
           Case No. 15-cv-07433-RWS



The original deposition was filed with

Laura Menninger, Esq., on approximately the

31st day of May, 2016.

_XXX_  Signature waived.

_____  Unsigned; signed signature page and
       amendment sheets, if any, to be filed at
       trial.

_____  Reading and signing not requested pursuant
       to C.R.C.P. Rule 30(e).

_____  Unsigned; amendment sheets and/or signature
       pages should be forwarded to Agren Blando to
       be filed in the envelope attached to the
       sealed original.



Thank you.

AGREN BLANDO COURT REPORTING & VIDEO, INC.

cc:  All Counsel
```