# Exhibit 7
# (File Under Seal)

## Meredith Schultz

| | |
|---|---|
| From: | Bernadette Martin <bernadette@mbe-accounting.com.au> |
| Sent: | Monday, June 27, 2016 10:33 PM |
| To: | Meredith Schultz |
| Subject: | Virginia Giuffre |

Dear Sir/Madam

Ms Judith A Lightfoot has requested I forward this to you:

This will serve to advise all records of a psychological nature have been presented.
Judith A Lightfoot
Consulting Psychologist
28 June 2016



Kind Regards

**Bernadette Martin**

Ph: 02 43533630
Fax: 02 43533629
Bernadette@mbe-accounting.com.au



Suite 1g
154-156 Pacific Highway
TUGGERAH 2259
PO Box 3435, TUGGERAH 2259

This email message and any accompanying attachments may contain information this is confidential and is subject to legal privilege.  If you are not the intended recipient, do not read, use, disseminate, distribute or copy this message or attachments.  If you have received this message in error, please notify the sender immediately and delete this message together with any attachments.

GIUFFRE006636
CONFIDENTIAL