Exhibit 8

(File Under Seal)

# *GIUFFRE*

# *VS.*

# *MAXWELL*

Deposition

# *VIRGINIA GIUFFRE*

*05/03/2016*

_____

*Agren Blando Court Reporting & Video, Inc.*
*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*



1   2011 over this.

2   Q   Where were you living in 2011 when Shaza

3   came to see you --

4   A   Oh, ████████████████████████

5   Q   Do you recall applying for any job in or

6   around 2011 and someone referencing Defendant's

7   Exhibit 26 and denying you a job?

8   A   I don't -- I don't think I applied for a

9   job in 2011.

10  Q   Okay.  Did you go see a doctor and talk to

11  any doctor about Defendant's Exhibit 26?

12  A   Not about this.  Not about this paper

13  right here.  But I have talked to doctors about my

14  abuse at the hands of Ghislaine and Jeffrey.

15  Q   Have you talked to a doctor about any

16  statements in the press made by Ghislaine Maxwell?

17  A   Recent statements, yes.

18  Q   Which doctor did you speak to about that?

19  A   Her name is Judith Lightfoot.

20  Q   And where is she?

21  A   She's in Australia.

22  Q   Where in Australia?

23  A   She's in Sydney, but we do phone

24  conversations.

25  Q   Have you ever met her in person?

1      A      Yes.

2      Q      When?

3      A      In 2011.

4      Q      All right. And is she affiliated with an

5 office or a hospital or what?

6      A      She's a psychiatrist.

7      Q      All right. Have you seen her in person

8 since 2011?

9      A      No, because I've lived so far away and

10 she's kind of the only person that -- like, I've seen

11 a lot of doctors. And I can honestly tell you --

12 it's really hard for them to break down the walls and

13 be comfortable enough to talk to them about this

14 stuff. Judith is different. She's somebody that I

15 feel I can trust. She's 76 and she's just a very

16 lovely lady.

17           And she offers me other ways to deal with

18 my pain and suffering. And I continue to see her

19 over the phone because I can't see her in person.

20      Q      Do you recall ever discussing with her

21 Defendant's Exhibit 26?

22      A      I can't recall ever seeing this exhibit.

23 So --

24      Q      Okay.

25           (Exhibit 27 marked.)



```
1   STATE OF COLORADO)
2                    )  ss.    REPORTER'S CERTIFICATE
3   COUNTY OF DENVER )
4              I, Kelly A. Mackereth, do hereby certify
5   that I am a Registered Professional Reporter and
6   Notary Public within the State of Colorado; that
7   previous to the commencement of the examination, the
8   deponent was duly sworn to testify to the truth.
9              I further certify that this deposition was
10  taken in shorthand by me at the time and place herein
11  set forth, that it was thereafter reduced to
12  typewritten form, and that the foregoing constitutes
13  a true and correct transcript.
14             I further certify that I am not related to,
15  employed by, nor of counsel for any of the parties or
16  attorneys herein, nor otherwise interested in the
17  result of the within action.
18             In witness whereof, I have affixed my
19  signature this 11th day of May, 2016.
20             My commission expires April 21, 2019.
21
22
                   _____
                   Kelly A. Mackereth, CRR, RPR, CSR
23                 216 - 16th Street, Suite 600
                   Denver, Colorado  80202
24
25
```