UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

15-cv-07433-RWS

---------------------------------------------------X

**Declaration Of Laura A. Menninger In Support Of
Defendant's Sur Sur Reply In Support of Motion for Rule 37(b) & (c) Sanctions**

I, Laura A. Menninger, declare as follows:

1. I am an attorney at law duly licensed in the State of New York and admitted to practice in the United States District Court for the Southern District of New York. I am a member of the law firm Haddon, Morgan & Foreman, P.C., counsel of record for Defendant Ghislaine Maxwell ("Maxwell") in this action. I respectfully submit this declaration in support of Reply to Plaintiff's Opposition to Defendant's Motion To Reopen Plaintiff's Deposition.

2. Attached as Exhibit U (filed under seal) are true and correct copies of excerpts from the deposition of Dr. Steven Olson, designated as Confidential under the Protective Order.

3. Attached as Exhibit V (filed under seal) are true and correct copies of Exhibit 6 from the deposition of Dr. Steven Olson, designated as Confidential under the Protective Order.

4. Attached as Exhibit W (filed under seal) are true and correct copies of Exhibit 7 from the deposition of Dr. Steven Olson, designated as Confidential under the Protective Order.

5.      Attached as Exhibit X (filed under seal) is a true and correct copy of a letter from Laura A. Menninger to Meredith Schultz dated July 14, 2016.

Dated: July 25, 2016

By: */s/ Laura A. Menninger*
Laura A. Menninger

## CERTIFICATE OF SERVICE

I certify that on July 25, 2016, I electronically served this *Declaration Of Laura A. Menninger In Support Of Defendant's Sur Sur Reply In Support of Motion for Rule 37(b) & (c) Sanctions* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons

2