# EXHIBIT U

# *GIUFFRE*

# *VS.*

# *MAXWELL*

Deposition

### *STEVEN W OLSON*

*05/26/2016*

_____

## *Agren Blando Court Reporting & Video, Inc.*

*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

## Page 1

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Civil Action No. 15-cv-07433-RWS
_____

CONFIDENTIAL DEPOSITION OF DR. STEVEN W. OLSON
May 26, 2016
_____

VIRGINIA L. GIUFFRE,

Plaintiff,

v.

GHISLAINE MAXWELL,

Defendant.
_____

APPEARANCES:

    S.J. QUINNEY COLLEGE OF LAW, UNIVERSITY OF UTAH
      By Paul G. Cassell, Esq.
      383 S. University Street
      Salt Lake City, UT 84112
      Phone: 801.585.5202
      Cassellp@law.utah.edu
      Appearing on behalf of the
      Plaintiff

    HADDON, MORGAN AND FORMAN, P.C.
      By Laura A. Menninger, Esq.
      150 East 10th Avenue
      Denver, CO 80203
      Phone: 303.831.7364
      lmenninger@hmflaw.com
      Appearing on behalf of the
      Defendant

## Page 2

1       Pursuant to Subpoena, Notice and the
2  Federal Rules of Civil Procedure, the DEPOSITION OF
3  DR. STEVEN W. OLSON, called by Defendant, was taken
4  on Thursday, May 26, 2016, commencing at 8:54 a.m.,
5  at 150 East 10th Avenue, Denver, Colorado, before
6  Kelly A. Mackereth, Certified Shorthand Reporter,
7  Registered Professional Reporter, Certified Realtime
8  Reporter and Notary Public within Colorado.

        \* \* \* \* \* \* \*
        I N D E X

| EXAMINATION | PAGE |
|---|---|
| MS. MENNINGER | 4 |
| MR. CASSELL | 109 |
| MS. MENNINGER | 127 |
| MR. CASSELL | 136 |

PRODUCTION REQUEST(S):
        44

## Page 3

        INDEX OF EXHIBITS

| DESCRIPTION | INITIAL REFERENCE |
|---|---|
| Exhibit 1  Authorization for the Release and Disclosure of Protected Health Information and Medical Records | 7 |
| Exhibit 2  Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action | 7 |
| Exhibit 3  Subpoena to Testify at a Deposition in a Civil Action | 8 |
| Exhibit 4  Document titled Centura Health Physician Group Patient Information | 40 |
| Exhibit 5  Visit note for Dr. Olson | 43 |
| Exhibit 6  Document titled Patient Health Summary, The Entrance Medical Centre | 100 |
| Exhibit 7  Document titled Patient Health Summary from Central Coast Family Medicine | 105 |

## Page 4

      \* \* \* \* \* \* \*
      P R O C E E D I N G S

      (Exhibits 1 through 3 marked.)

      EXAMINATION

BY MS. MENNINGER:

    **Q**    All right. Good morning.

    A    Hi.

    **Q**    As we mentioned off the record, my name is Laura Menninger --

    A    Um-hum.

    **Q**    -- and I represent the defendant, Ghislaine Maxwell, in this litigation.

        MR. CASSELL: This is Paul Cassell. I represent Virginia Giuffre, the plaintiff in this action.

    **Q**    (BY MS. MENNINGER) Dr. Olson, have you been deposed previous to today?

    A    No.

    **Q**    Okay. So just a couple ground rules for purposes of the deposition, if I could ask you not to read any documents --

    A    All right.

    **Q**    -- unless we talk about that on the record.

    A    All right.

Page 77

3   A  Correct.

4   **Q**  **It may have not shown anything in the past**
5 **year, correct?**

13   A  Correct, that's what it's showing,
14 correct.
15   **Q**  **Other than that, you don't know what it**
16 **said?**
17   A  I don't remember, no.
18   **Q**  **Do you know whether Ms. Giuffre had lived**
19 **in Colorado very long?**
20   A  I don't know.
21   **Q**  **Do you know that Ms. Giuffre had actually**
22 **moved from Florida a few months earlier?**
23   A  I think she might have mentioned that,
24 actually. That sounds familiar. I do remember her
25 saying that she had moved at some point recently, but

Page 78

1 I don't remember. I can't say that for certain.
2   **Q**  **Did you --**
3   A  Right, so I couldn't check with Florida.
4 So --

Page 79

Page 80

*Orlando Court Reporting & Video, Inc.*

| Page 101 | Page 103 |
|---|---|
| [redacted] | [redacted] |

| Page 102 | Page 104 |
|---|---|
| [redacted] | [redacted] |

Agresti/Blando Court Reporting & Video, Inc.

Page 105

Page 106

Page 107

Page 108