United States District Court
Southern District of New York

Virginia L. Giuffre,

       Plaintiff,                   Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.

_____/

**DECLARATION OF SIGRID S. MCCAWLEY IN SUPPORT OF PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND MOTION FOR THE COURT TO DIRECT DEFENDANT TO DISCLOSE ALL INDIVIDUALS TO WHOM DEFENDANT HAS DISSEMINATED CONFIDENTIAL INFORMATION**

      I, Sigrid S. McCawley, declare that the below is true and correct to the best of my knowledge as follows:

      1.      I am a partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's September 29, 2015 Order granting my Application to Appear Pro Hac Vice.

      2.      I respectfully submit this Declaration in Support of Plaintiff's Motion for Protective Order and Motion for The Court to Direct Defendant To Disclose All Individuals To Whom Defendant Has Disseminated Confidential Information.

      3.      Attached hereto as Sealed Exhibit 1 is a true and correct copy of May 18, 2016, Correspondence from Jeff Pagliuca to Meredith Schultz.

      4.      Attached hereto as Sealed Exhibit 2 is a true and correct copy of May 20, 2016, Correspondence from Meredith Schultz to Jeff Pagliuca.

      5.      Attached hereto as Exhibit 3 is a true and correct copy of July 29, 2016, Correspondence from Ty Gee to Meredith Schultz.

I declare under penalty of perjury that the foregoing is true and correct.

   /s/ Sigrid S. McCawley\
Sigrid S. McCawley, Esq.

Dated: August 8, 2016.

Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP

By:    /s/ Sigrid S. McCawley\
Sigrid McCawley (Pro Hac Vice)\
Meredith Schultz (Pro Hac Vice)\
Boies Schiller & Flexner LLP\
401 E. Las Olas Blvd., Suite 1200\
Ft. Lauderdale, FL 33301\
(954) 356-0011

David Boies\
Boies Schiller & Flexner LLP\
333 Main Street\
Armonk, NY 10504

Bradley J. Edwards (Pro Hac Vice)\
FARMER, JAFFE, WEISSING,\
EDWARDS, FISTOS & LEHRMAN, P.L.\
425 North Andrews Avenue, Suite 2\
Fort Lauderdale, Florida 33301\
(954) 524-2820

Paul G. Cassell (Pro Hac Vice)\
S.J. Quinney College of Law\
University of Utah\
383 University St.\
Salt Lake City, UT 84112\
(801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 8th day of August, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

    Laura A. Menninger, Esq.
    Jeffrey Pagliuca, Esq.
    HADDON, MORGAN & FOREMAN, P.C.
    150 East 10th Avenue
    Denver, Colorado 80203
    Tel: (303) 831-7364
    Fax: (303) 832-2628
    Email: lmenninger@hmflaw.com
           jpagliuca@hmflaw.com

                                            /s/ Sigrid S. McCawley
                                           Sigrid S. McCawley