# Exhibit 1



**Haddon, Morgan and Foreman, P.C**
**Jeffrey S. Pagliuca**

150 East 10th Avenue
Denver, Colorado 80203
PH 303.831.7364 FX 303.832.2628
www.hmflaw.com
jpagliuca@hmflaw.com

May 18, 2016

**VIA EMAIL**

Meredith Schultz, Esq.
Boies, Schiller & Flexner LLP
401 E. Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
mschultz@bsfllp.com

Re:     *Giuffre v. Maxwell*

Dear Ms. Schultz:

Pursuant to paragraph 11 of the Protective Order in this case Ms. Maxwell disputes the confidential designation of documents produced by Ms. Maxwell to the Plaintiff, GM 748-849. Your email does not provide any good faith basis for the assertion, likely because there is none. GM 748-840 are various police reports that have been publicly available for years. GM 841-849 are public comments about your client's story which are available to the world by a simple Google search.

This designation, done without any good faith basis, is another disappointing example of the lack of professionalism demonstrated by Plaintiff in this case. Please withdraw it immediately.

Very truly yours,

Jeffrey S. Pagliuca

JSP/BR