# EXHIBIT B

```
        PALM BEACH COUNTY SHERIFF'S OFFICE           PAGE    1
                    OFFENSE REPORT              CASE NO. 98027604

                                       DISPOSITION: ZULU
                                       DIVISION: ROAD PATROL

MISSING-PERSON                        CODE:       DATE: 01/29/98  THURSDAY
ZONE: A82 GRID: 3C34   DEPUTY ID.:   4291 ASSIST:    TIME D 1734 A 1752 C 1829
OCCURRED BETWEEN DATE: 01/29/98 , 0730 HOURS AND  DATE: 01/29/98 , 1600 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: [redacted]
          CITY: [redacted]
NO. OFFENSES: 00  NO. OFFENDERS: UK  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: RESIDENCE - SINGLE FAMILY
NO. VICTIMS: 00  NO. ARRESTED:  0  FORCED ENTRY:  0

OFFENSE NO. 1  FLORIDA STATE STATUTE:  777 7777 7777 CIS CODE 900A
..
RUNAWAY                    VIRGINIA L ROBERTS
           SEX: F RACE: W HT: 504 WT: 108 HR: BLOND    EYE: BLUE
RESIDENTIAL ADDRESS: [redacted]
       HOME PHONE: [redacted]
BUSINESS NAME ADDRESS: NONE
     BUSINESS PHONE: 561 000-0000
OTHER                      LYNN T ROBERTS
           SEX: F RACE: W HT: 508 WT: 140 HR: BLOND    EYE: BLUE
RESIDENTIAL ADDRESS: [redacted]
       HOME PHONE: [redacted]
BUSINESS NAME ADDRESS: [redacted]
     BUSINESS PHONE: [redacted]
..
..
..
   MISSING TYPE: RUNAWAY        MISSING NUMBER: 1
MISSING CODE: RECOVERED MISSING    OFFENSE INDICATOR: OFFENSE 1
MISSING PREVIOUSLY: YES
LAST SEEN DATE: 012998            TIME: 730
DESTINATION: UNKNOWN
DESCRIPTION: BLUE JEANS W/ WHITE STRIPE/BLUE FLANNEL
FOUL PLAY: NO       RECOVERY INFORMATION: RETURNED TO
DOCUMENTATION: Y    PHOTO ATTACH: Y      FINGERPRINTS AVAILABLE: Y
FINGERPRINTS LOCATION: [redacted]         MARITAL STATUS: SINGLE
OCCUPATION: STUDENT       SCHOOL NAME: ROYAL PALM BCH H.S.
..
             ********  P E R S O N   D E S C R I P T I O N  ********

    T Y P E      NO.    R A C E     SEX     AGE  HAIR    EYES     WEIGHT   HEIGH
MISSING PERSON    1     WHITE      FEMALE    14  BLOND   BLUE      120      5 8

        *****  DESCRIPTION FOR MISSING PERSON  1 *****

COMPLEXION ......: LIGHT/FAIR

BODY SCARS ON ...: WRIST
```

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF

```
..
     ON JANUARY 29, 1998 AT APPROXIMATELY 1815 HOURS, I RESPONDED TO [redacted]
```

█████████████████████████████████████ REFERENCE A MISSING PERSON.
     UPON ARRIVAL, I MET WITH COMPLAINANT, WHITE FEMALE, LYNN ROBERTS, WHO STATED HER DAUGHTER, VIRGINIA ROBERTS, ███████████ DID NOT RETURN HOME FROM SCHOOL THIS DATE.
     MS. ROBERTS EXPLAINED TO ME SHE HAS RECENTLY BEEN HAVING PROBLEMS WITH HER DAUGHTER, VIRGINIA, REFERENCE HANGING OUT WITH THE WRONG CROWD AND POSSIBLY THE USE OF DRUGS.
     MS. ROBERTS EXPLAINED TO ME THAT SHE DROPPED HER DAUGHTER OFF AT SCHOOL AT ABOUT 0730 AND WHEN SHE RETURNED AT APPROXIMATELY 1630 HOURS TO PICK HER DAUGHTER, SHE WAS NOT AT THE SCHOOL.
     MS. ROBERTS SAID HER DAUGHTER HAS RECENTLY HAD AN ATTITUDE CHANGE AND HAS BEEN ACTING QUITE DIFFERENT AROUND THE HOUSE.
     MS. ROBERTS ALSO SAID HER DAUGHTER, VIRGINIA, HAS MADE SEVERAL COMMENTS ABOUT NOT WANTING TO LIVE AT THE RESIDENCE WITH HER PARENTS. LYNN ROBERTS STATES HER DAUGHTER, VIRGINIA, IS POSSIBLY AT ONE OF HER FRIENDS, WHICH SHE DOES NOT HAVE ANY IDEA, WHICH ONE IT COULD BE.
     VIRGINIA ROBERTS HAS RUNAWAY FROM MS. ROBERTS IN THE PAST AND HAS ALWAYS RETURNED HOME.
     IT IS NOT BELIEVED THAT THIS IS ANY WAY INVOLUNTARILY.
     VIRGINIA ROBERTS WAS ENTERED INTO TELETYPE, 01-PBCO-1093.
D/S K. ROY/ID 4291/TRANS: 020298/BH

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF

GM_00753

```
                                    DISPOSITION: ZULU
                                    DIVISION: DETECTIVE

MISSING-PERSON                        CODE:           DATE: 02/09/98  THURSDAY
ZONE: A82  GRID: 3C34   DEPUTY ID.:  2687 ASSIST:     TIME D 1734 A 1752 C 1829
OCCURRED BETWEEN DATE: 01/29/98 , 0730 HOURS AND  DATE: 01/29/98 , 1600 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: [REDACTED]
           CITY: [REDACTED]
NO. OFFENSES: 00  NO. OFFENDERS: UK  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: RESIDENCE - SINGLE FAMILY
NO. VICTIMS: 00  NO. ARRESTED:  0   FORCED ENTRY:  0

OFFENSE NO. 1  FLORIDA STATE STATUTE:  777 7777 7777  CIS CODE 900A
```

IN THE CASE OF RUNAWAY JUVENILE VIRGINIA LEE ROBERTS, REPORTED MISSING TO THIS AGENCY AS OF THE LATE AFTERNOON HOURS OF JANUARY 29TH, WHEN I SPOKE WITH VIRGINIA'S MOTHER LYNN ROBERTS ON THE AFTERNOON OF FEBRUARY 2ND, SHE ADVISED THAT THEY WERE HAVING EXTREME PROBLEMS WITH VIRGINIA. BASICALLY IT WAS HER FRIENDS. THEY FELT AT THIS POINT, THAT SHE WAS INVOLVED WITH A BUNCH OF GIRLS WHO WERE INVOLVED IN A CULT ACTIVITIES, AND THEY WERE VERY CONCERNED ABOUT VIRGINIA'S WELFARE.

THEY STATED THAT THEY WERE SEEKING A PROGRAM FOR PLACEMENT OF VIRGINIA, BUT AT THIS POINT, WERE STILL IN THE DISCUSSING STAGES, AND HAD NO POSITIVE PLAN FOR WHAT TO DO WITH VIRGINIA WHEN SHE WAS LOCATED. THEY DID STATE THAT THEY HAD TWO DIFFERENT ADDRESSES OVER THE WEEKEND WHERE THEY THOUGHT SHE WAS, BUT THEY HAD GOTTEN THERE, SHE WAS GONE. THE MOTHER DID FEEL THAT IT WAS POSSIBLE HER DAUGHTER WAS NEAR THE AREA OF THE ROYAL PALM BEACH HIGH SCHOOL IN THE MORNING WHEN SCHOOL WAS IN SESSION, BUT AT THIS POINT, THEY WERE WAITING TO HAVE A PROGRAM TO PLACE HER IN, PRIOR TO RETURNING HER HOME.

I LEARNED THROUGH OUR COMMUNICATIONS THAT IT WAS APPROXIMATELY 1530 HOURS ON THE AFTERNOON HOURS OF FEBRUARY 3RD, OFFICER GEROULD WITH THE ROYAL PALM BEACH POLICE DEPARTMENT LOCATED VIRGINIA ROBERTS AT 1136 ROYAL PALM BEACH BOULEVARD, WHICH IS THE DRAFT HOUSE. AT THAT TIME, OFFICER GEROULD TRANSPORTED VIRGINIA ROBERTS TO THE ROYAL PALM BEACH POLICE STATION, WHERE HE MADE CONTACT WITH HER PARENTS, AND THEY RESPONDED TO TAKE CUSTODY. THE CASE NUMBER FOR THE ROYAL PALM BEACH POLICE DEPARTMENT IS 98-343.

DUE TO THE FACT THAT VIRGINIA ROBERTS IS IN THE CUSTODY OF HER PARENTS, THIS CASE IS CONSIDERED CLEAR, AND MISSING PERSON ENTRY HAS BEEN CANCELLED.
V. SMITH, #2687, SC
TRANS. 2-9-98

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF

GM_00754

```
------------------------------------------------------------------------
Date:   4/25/16              ROYAL PALM BEACH POLICE DEPARTMENT              Page:        1
Time:   8:52:04                       Offense Report                   Program: CMS301L
------------------------------------------------------------------------
Day Of Week    . : Tuesday              Report Date   . : 2/03/98 15:07
Occur From Date: 2/03/98 15:00          Occur To Date  : 2/03/98 15:00
Dept Class . .  : ASSIST OTHER DEPARTMENT
Street Number   : ROYAL PALM ALEHOUSE, 1136 ROYAL PALM BEACH BLV
City . . . . .  : ROYAL PALM BEACH, FL 33411
Zone/division   : Zone One (1) (No of Okee)
Location Type   : Other                 Report Officer : GEROULD, GLENN
Supervisory Emp : HUGHES, THOMAS  2/04/98

************ C A S E    M A N A G E M E N T    I N F O R M A T I O N *************
Case Number  . : 1-98-000343           Dept Class . . : ASSIST OTHER DEPARTMENT

********************** O F F E N S E     R E P O R T  #   1 *******************
State Class   . : Non-criminal (including traffic)
Attmpt/Committ : Committed             Statute/Ordin : 777.777(7777)

******************** M I S S I N G     P E R S O N    I N F O R M A T I O N -
Case Number  . : 1-98-000343           Last Name  . . : ROBERTS, VIRGINIA L
Street Number  :
City . . . . . :
County . . . . : PALM BEACH            Home Phone No. :
Business Phone : 561/000-0000          Birth Date . . :
Birth Country  : Unknown               Oper Lic Cntry :   Unknown
Race . . . . . : White                 Sex  . . . . . : Female
Ethnic Origin  : WHITE                 Height . . . . : 506
Weight . . . . : 103                   Hair Color . . : Blonde
Hair Length  . : Down the Back         Eye Color  . . : Green
Complexion . . : Light                 Build  . . . . : SLIGHT
Shirt  . . . . : WHT TANK TOP          Pants  . . . . : BL JEAN SHORTS
Recovery Code  : Returned to Parent    Recovery Date  : 2/03/98
Recovery By .  : OFC. GEROULD
Street Number  : 1136 ROYAL PALM BEACH BLV
City . . . . . : RPB, FL

************************** N A R R A T I V E   # 1 **************************
Original Report          Reported By: GEROULD, GLENN A.                  2/03/98
                         Entered By.: JARRETT, DAWN M.                   2/05/98

     Subject w/f, Virginia Roberts was located by her brother, w/m
  Daniel Wilson at Willows Park, 1 Wildcat Way.  He took her to the Ale
  House and called the police.  I confirmed with dispatch that subject
  was in computer as missing person PBSO case #98-27604).  Subject was
  transported to H.Q. and her parents notified.  Subject was T.O.T. to
  her father.  P.B.S.O. was notified of recovery.

* * * * * * * * * * * * * * * END OF REPORT * * * * * * * * * * * * * * * * *
```

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF

GM_00783