# EXHIBIT C

Revised 03/04/2011

## PALM BEACH COUNTY SHERIFF'S OFFICE
### CENTRAL RECORDS
### FSS EXEMPTIONS/CONFIDENTIAL

☐ 119.071(2)(c) Active criminal intelligence/active criminal investigative Information

☐ 119.071(2)(e) Confession

☐ 365.171(15) Identity of 911 caller or person requesting emergency service

☐ 119.071(2)(d) Surveillance techniques, procedures, and personnel inventory of law enforcement resources, policies or plans pertaining to mobilization, deployment or tactical operations

☐ 119.071(2)(l) Assets of crime victim

☐ 119.071(5)(a)(5) Social security numbers held by agency

☐ 119.071(5)(b) Bank account #, debit charge and credit card numbers held by an agency

☐ 395.3025(7)(a) and/or 456.057(7)(a) Medical information

☐ 943.053/943.0525 NCIC/FCIC/FBI and in-state FDLE/DOC

☐ 119.07(4)(d) Extra fee if request is voluminous or requires extensive personnel, technology

☐ 119.071(5)(g)1 Biometric Identification Information (Fingerprints, palm prints, and footprints)

☐ 119.071(2)(f) Confidential informants

☐ 316.066(5)(a) Crash reports are confidential for period of 60 days after the report is filed

☑ 119.071(2)(h)(1) Identity of victim of sexual battery, lewd and lascivious offense upon a person less than 16 years old, child abuse, sexual offense

☐ 985.04(1) Juvenile offender records

☐ 119.0712(2) Personal information contained in a motor vehicle record

☐ 119.071(2)(k) Criminal intelligence/investigative information from a non-Florida criminal justice agency

☐ 394.4615(7) Mental health information

☐ 119.071(4)(c) Undercover personnel

☐ 119.071(4)(d)(1) Home address, telephone, soc. security #, photos of active/former LE personnel, spouses and children

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF

Date: 04/25/2016

Tracking 16-04-2729    CN: 98-041883    Clerk Name/ID: M Tooks #8557

GM_00755

```
           P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E        PAGE   1
   CASE NO. 98041883                    O F F E N S E   R E P O R T                CASE NO. 98041883
                                                                        DISPOSITION: INACTIVE
                                                                        DIVISION: ROAD PATROL
911: N                            C O N F I D E N T I A L
SEXUAL BATTERY                          *                    *                    *
SIGNAL CODE: 35    CRIME CODE: 1  NON CRIME CODE:       CODE: 110A  02/28/98      SATURDAY
ZONE: B71 GRID: WPB    DEPUTY I.D.:   3257 NAME: BURES DAVID    ASSIST:    TIME D 1603 A 1618 C 1705
OCCURRED BETWEEN DATE: 02/28/98 , 1630 HOURS AND  DATE:         , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION:

NO. OFFENSES: 01 NO. OFFENDERS: 02 NO. VEHICLES STOLEN:  0  NO. PREMISES ENTERED:  0
LOCATION: PARK / WOODLANDS / FIELD
NO. VICTIMS: 01 NO. ARRESTED:  0  FORCED ENTRY: 0  WEAPON TYPE: HANDS / FISTS / FEET

OFFENSE NO. 1  FLORIDA STATE STATUTE:  794 011      CIS CODE 110A
 ..
NAME LIST:
    ROLE:
VICTIM  NO. 001

COMPLAINANT

ARRESTEE              JOSHUA B BUNNER
                SEX: M RACE: W HT: 601 WT: 155 HR: BLOND     EYE: BLUE
RESIDENTIAL  ADDRESS:                                              HOME PHONE:561 000-0000
BUSINESS PHONE: 561 000-0000
SUSPECT              KEVIN P THOMPSON
                SEX: M RACE: W HT: 602 WT: 230 HR: BLOND     EYE: BLUE
RESIDENTIAL  ADDRESS:                                              HOME PHONE:561 000-0000
BUSINESS PHONE: 561 000-0000
 ..
 ..
   OFFENSE INDICATOR: OFFENSE 1    VICTIM NUMBER: 1
VICTIM TYPE: JUVENILE
RESIDENCE TYPE: COUNTY    RESIDENCE STATUS: FULL YEAR
EXTENT OF INJURY: NONE
INJURY TYPE(1): NOT APPLICABLE
INJURY TYPE(2): NOT APPLICABLE
VICTIM RELATION: ACQUAINTANCE

-----------------------------------------------------------------------------------------------
                                     printed by Employee Id #: 8557  on  April 25, 2016 11:05:24AM
-----------------------------------------------------------------------------------------------
```

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF

GM_00756

```
              P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E        PAGE   2
CASE NO. 98041883                  O F F E N S E   R E P O R T                CASE NO. 98041883
                                                                         DISPOSITION: INACTIVE
```

REPORT NUMBER: 1
FLORIDA VICTIM ? N
WEATHER: CLOUDY

WITNESS TO CRIME KNOWN ?. N          SUSPECT NAME KNOWN ?...... Y
CAN VICTIM I.D. SUSPECT ? Y          SUSPECT LOCATION KNOWN ?... N
WILL VICTIM PROSECUTE ?.. Y          STOLEN PROPERTY TRACEABLE ? N
IS M.O. SIGNIFICANT ?.... N          EVIDENCE LEFT AT SCENE ?.. N
LATENTS LIFTED ?......... N          SUSPECT'S VEHICLE KNOWN ?.. N
TAG NUMBER KNOWN ?...... N           PROPERTY DAMAGE ?......... N

        ON 2/28/98 AT 1600 HOURS I RESPONDED TO A CONFIDENTIAL LOCATION
REFERENCE A COMPLAINT OF SEXUAL BATTERY.
        UPON ARRIVAL I MET WITH THE ON-DUTY COUNSELOR, WHITE FEMALE, ▓▓▓▓▓
▓▓▓▓▓, DOB 122864.  MS. ▓▓▓▓▓▓ STATED, EARLIER IN THE DAY SHE LEARNED FROM
ONE OF THE OCCUPANTS OF THE GROUP HOME THAT THE OCCUPANT WAS RAPED APPROXI-
MATELY THREE AND A HALF WEEKS AGO AT AN UNKNOWN LOCATION IN LOXAHATCHEE.
▓▓▓▓▓ IDENTIFIED THE VICTIM AS WHITE FEMALE, ▓▓▓▓▓▓▓▓▓. ▓.
        I THEN MET WITH MS. ▓▓▓▓▓▓, WHO STATED THAT APPROXIMATELY THREE AND A
HALF WEEKS AGO SHE WAS PICKED UP FROM HER BOYFRIEND'S HOUSE (WHICH IS IN THE
CITY OF ROYAL PALM BEACH, FLORIDA), BY TWO WHITE MALE ACQUAINTANCES OF HERS.
▓▓▓▓▓ STATED THAT BOTH WERE IN THEIR TWENTIES. ▓▓▓▓▓ REFUSED TO PROVIDE
IDENTIFICATION OR A DESCRIPTION OF THE TWO WHITE MALES.
        ▓▓▓▓▓ STATED THAT SHE WAS DRIVEN BY THE TWO WHITE MALES TO A WOODED
AREA SOMEWHERE IN LOXAHATCHEE.  SHE ALSO STATED THAT THEY ALL CONSUMED ALCOHOL
AND SMOKED MARIJUANA, AND THAT MS. ▓▓▓▓▓ WAS INTOXICATED DURING THIS
INCIDENT.
        ▓▓▓▓▓ STATED ONCE THE VEHICLE WAS PARKED IN THE WOODED AREA, BOTH WHITE
MALES HAD FORCED SEXUAL INTERCOURSE WITH MS. ▓▓▓▓▓. ▓▓▓▓▓ STATED SHE DID
RESIST BOTH WHITE MALES BY STATING TO THEM, NO.
        ▓▓▓▓▓ STATED AFTER THE SEXUAL INTERCOURSE, ONE OF THE WHITE MALES WAS
DROPPED OFF, AND SHE WENT HOME WITH THE OTHER WHITE MALE TO HIS RESIDENCE AT
AN UNKNOWN LOCATION.  MS. ▓▓▓▓▓ STATED ONCE IN THE BEDROOM OF THE RESIDENCE,
ONCE AGAIN THE WHITE MALE HAD FORCED SEXUAL INTERCOURSE WITH HER. ▓▓▓▓▓
STATED THAT SHE WAS NOT INJURED AS A RESULT.
        WHEN ASKED ONCE AGAIN TO PROVIDE INFORMATION ON THE IDENTITY OR THE
DESCRIPTION OF THE SUSPECTS, SHE REFUSED.  SGT. ST. CYR, ID 359, WAS NOTIFIED
AND RESPONDED.  THE DETECTIVE BUREAU WAS NOTIFIED.  THEY STATED THEY WOULD
CONDUCT A FOLLOW-UP REFERENCE THIS CASE.  CASE INFORMATION WAS GIVEN.  THE
DISPOSITION IN THIS CASE WILL BE CLASSIFIED AS INACTIVE PENDING FURTHER

-------------------------------------------------------------------------------
                        printed by Employee Id #: 8557  on  April 25, 2016 11:05:24AM
-------------------------------------------------------------------------------

                                              CERTIFIED
                                          TO BE A TRUE COPY
                                       RIC L. BRADSHAW, SHERIFF

P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E          PAGE    3
CASE NO. 98041883                    O F F E N S E   R E P O R T              CASE NO. 98041883
                                                                    DISPOSITION: INACTIVE

        INVESTIGATIVE LEADS.  END OF NARRATIVE.
        D/S D. BURES/ID 3257/TRANS: 3/3/98/PS/#7543
        DICT: 2/28/98/1730 HRS.

--------------------------------------------------------------------------------
                            *printed by Employee Id #: 8557  on  April 25, 2016 11:05:24AM*
--------------------------------------------------------------------------------

                                    CERTIFIED
                                TO BE A TRUE COPY
                                RIC L. BRADSHAW, SHERIFF

```
                P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E        PAGE   1
    CASE NO. 98041883      SUPPLEMENT   1   O F F E N S E   R E P O R T        CASE NO. 98041883
                                                                DISPOSITION: OPEN
                                                                DIVISION: DETECTIVE
911: N                             C O N F I D E N T I A L
SEXUAL BATTERY                   *                    *                    *
SIGNAL CODE:        CRIME CODE:   NON CRIME CODE:     CODE: 110A 03/31/98    SATURDAY
ZONE: B71 GRID:      DEPUTY I.D.:   3553 NAME: ARNOLD     ASSIST:   TIME D 1603 A 1618 C 1705
OCCURRED BETWEEN DATE: 02/28/98 , 1630 HOURS AND  DATE:          , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION:                                   APT. NO.:
           CITY:                      STATE:          ZIP:

NO. OFFENSES: 01 NO. OFFENDERS: 02 NO. VEHICLES STOLEN:  0  NO. PREMISES ENTERED:  0
LOCATION: PARK / WOODLANDS / FIELD
NO. VICTIMS: 01 NO. ARRESTED:  0  FORCED ENTRY: 0 WEAPON TYPE: HANDS / FISTS / FEET

OFFENSE NO. 1  FLORIDA STATE STATUTE:   794 011   CIS CODE 110A
   ..
```

                ON 3-12-98, I RECEIVED A CALL FROM MRS. ▓▓▓▓  ▓▓▓▓  INQUIRYING WHO
WOULD BE INVESTIGATING HER DAUGHTER'S SEXUAL BATTERY INVESTIGATION.  I
CHECKED THE SIU LOG AND FOUND THAT THE CASE HAD NOT BEEN ASSIGNED.  I
WAS NEXT UP ON THE CASE ROTATION LIST SO I ASSIGNED THE CASE TO MYSELF
AS SGT. STORMES WAS OFF.  MRS. ▓▓▓▓  TOLD ME THAT HER DAUGHTER IS
CURRENTLY RESIDING AT A CONFIDENTIAL LOCATION AND THAT I SHOULD
CONTACT ▓▓▓▓  ▓▓▓▓  TO SPEAK WITH HER DAUGHTER.
                ON 3-13-98, I CALLED ▓▓▓▓  AT (CONFIDENTIAL LOCATION) TO SET UP
AN INTERVIEW APPOINTMENT WITH ▓▓▓▓  ▓▓▓▓ .  ▓▓▓▓  IS NOT AVAILABLE AND
I LEFT A MESSAGE FOR HER TO PLEASE CALL ME BACK.
                ON 3-16-98, I RECEIVED A MESSAGE FROM ▓▓▓▓ .  I CALLED HER BACK AND
SHE WAS NOT AVAILABE.  ON 3-17-98, I LEFT FOR A CONFERENCE IN HUNSTVILLE,
ALABAMA AND DID NOT RETURN TO WORK UNTIL 3-23-98.
                ON 3-24-98, I AGAIN CALLED ▓▓▓▓  ▓▓▓▓  TO SET UP
AN APPOINTMENT WITH ▓▓▓▓  ▓▓▓▓  AND ▓▓▓▓  WAS NOT AVAILABLE AND I
LEFT A MESSAGE.
                ON 3-30-98 I WAS ABLE TO MAKE CONTACT WITH ▓▓▓▓  ▓▓▓▓  AND WE SET UP
AN INTERVIEW FOR ▓▓▓▓  ▓▓▓▓  ON 3-31-98 AT 2:30PM.
DET. ARNOLD/3553
RAMIREZ/4213/4-21-98

---

*printed by Employee Id #: 8557  on  April 25, 2016 11:05:24AM*

---

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF

Case 1:15-cv-07433-LAP Document 1199-10 Filed 01/27/21 Page 7 of 22

```
        P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E         PAGE  1
  CASE NO. 98041883          SUPPLEMENT  2  O F F E N S E  R E P O R T          CASE NO. 98041883
                                                                    DISPOSITION: OPEN
                                                                    DIVISION: DETECTIVE
911: N                          C O N F I D E N T I A L
SEXUAL BATTERY                     *                    *                    *
SIGNAL CODE:      CRIME CODE:    NON CRIME CODE:     CODE: 110A 04/06/98    SATURDAY
ZONE: B71 GRID:      DEPUTY I.D.:   3553 NAME: ARNOLD      ASSIST:    TIME D 1603 A 1618 C 1705
OCCURRED BETWEEN DATE: 02/28/98 , 1630 HOURS AND  DATE:          , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION:                                          APT. NO.:
          CITY:                        STATE:                ZIP:

NO. OFFENSES: 01 NO. OFFENDERS: 02 NO. VEHICLES STOLEN:  0  NO. PREMISES ENTERED:  0
LOCATION: PARK / WOODLANDS / FIELD
NO. VICTIMS: 01 NO. ARRESTED:  0  FORCED ENTRY: 0 WEAPON TYPE: HANDS / FISTS / FEET

OFFENSE NO. 1  FLORIDA STATE STATUTE:  794 011    CIS CODE 110A
  ..
```

ON 3-31-98 AT 3:00PM, I INITIATED A SWORN TAPED STATEMENT WITH ▓▓▓▓▓▓ ▓▓▓▓▓▓ IN REFERENCE TO A SEXUAL BATTERY INVESTIGATION. ▓▓▓▓▓▓ ▓▓▓▓▓▓ HAD A VERY QUIET DEMEANOR AND AT TIME SEEMED VERY RELUCTANT TO DISCUSS SENSITIVE FACTS ABOUT THIS CASE, WHICH IS NOT UNUSUAL. ▓▓▓▓▓▓ AT TIME WAS EMOTIONAL AND CRIED DURING THE INTERVIEW. ▓▓▓▓▓▓ SAID THAT SHE MET THE SUSPECTS FROM THIS INCIDENT AT A PARTY SEVERAL WEEKS PRIOR TO THE ASSAULTS, WHICH OCCURRED SOMETIME AROUND THE 1ST OF FEBRUARY.  ON THE NIGHT OF THE ASSAULT, ▓▓▓▓▓▓ WAS AT HER BOYFRIEND'S HOUSE PLAYING VIDEO GAMES (▓▓▓▓▓▓ DOES NOT WANT TO DISCLOSE THE IDENTITY OF HER BOYFRIEND AT THIS TIME).

THE SUSPECTS PULLED UP TO ▓▓▓▓▓▓ 'S BOYFRIEND'S HOUSE AT APPROXIMATELY 10:00PM ON THE DATE OF THE ASSAULT AND ASKED HIM IF HE WANTED TO GO OUT DRINKING. ▓▓▓▓▓▓ BOYFRIEND COULD NOT GO, BUT HE TOLD THE SUSPECTS THAT ▓▓▓▓▓▓ WAS THERE THAT SHE HAD RUN AWAY.  SUSPECTS CAME INSIDE OF THE RESIDENCE AND ASKED ▓▓▓▓▓▓ IF SHE WANTED TO GO DRINKING WITH THEM.  AS STATED EARLIER, ▓▓▓▓▓▓ HAD MET THE SUSPECT BEFORE AND SHE SAID SHE FIGURED IT WOULD MEAN FREE DRINKS SO SHE DECIDED TO GO.

▓▓▓▓▓▓ SAID THAT SHE AND THE SUSPECTS DRANK FOR ABOUT FIFTEEN MINUTES AT HER BOYFRIEND'S HOUSE PRIOR TO LEAVING. ▓▓▓▓▓▓ SAID THAT SHE DRANK A FEW SHOTS OF EITHER TEQUILLA OR VODKA BEFORE THEY LEFT.  ONCE IN THE CAR, ▓▓▓▓▓▓ SAID THAT SHE HAD ABOUT FIVE BEERS AND SHE WENT ON TO TELL ME THAT SHE BECAME VERY DRUNK.

I ASKED ▓▓▓▓▓▓ WHICH OF THE TWO SUSPECTS WAS DRIVING THE CAR AND SHE

---------------------------------------------------------------------------------

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF

GM_00760

P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E          PAGE   2
CASE NO. 98041883          SUPPLEMENT   2   O F F E N S E   R E P O R T          CASE NO. 98041883
DISPOSITION: OPEN

REPLIED "KEVIN" (UNKNOWN LAST NAME).            SAID THAT SHE AND THE TWO
SUSPECTS ARRIVED AT A WOODED AREA IN LOXAHATCHEE CALLED "WOODSIES". I ASKED
          FOR A DESCRIPTION OF KEVIN'S CAR AND SHE SAID THE CAR HAD "NORMAL
SEATS" LIKE VELVET, WHICH INDICATES THEY PROBABLY WERE CLOTH SEATS.
          SAID THAT SHE DID NOT KNOW THE MAKE OR MODEL OF THE CAR, BUT SHE
SAID THAT IT WAS AN OLDER CAR, EITHER PURPLE OR MAROON IN COLOR.
DID NOT KNOW IF IT WAS A TWO DOOR OF FOUR DOOR OR ANY OTHER INFORMATION.
I ASKED          FOR A DESCRIPTION OF KEVIN AND SHE SAID THAT HE IS A WHITE
MALE, APPROXIMATELY TWENTY-THREE YEARS OF AGE, LONG BLONDE HAIR, MODERATELY
OVERWEIGHT, APPROXIMATELY 5'11, WITH A DIRTY BLONDE GOATEE AND DIRTY BLONDE
SIDEBURNS.          SAID THAT THE SUSPECT NEVER MENTIONED A PLACE OF
EMPLOYMENT OR JOB TYPE DURING THEIR CONVERSATION.
                    AT THIS TIME SAID SHE DID NOT FEEL COMFORTABLE
IDENTIFYING SUSPECT NUMBER 2 BECAUSE SHE IS CLOSE FRIENDS WITH HIS BROTHER
AND SHE FEELS THIS WOULD JEOPARDIZE THAT FRIENDSHIP.
     AFTER ARRIVAL AT "THE WOODSIES"          SAID THAT SHE PASSED OUT.  WHEN
SHE AWOKE, SHE WAS LYING ON THE FRONT SEAT OF KEVIN'S CAR WITH HER PANTS
AROUND HER ANKLES AND SUSPECT NUMBER 2 (THE UNIDENTIFIED SUSPECT) ON TOP
OF HER ENGAGING IN FORCED VAGINAL INTERCOURSE.          SAID THAT KEVIN
(SUSPECT 1) WAS ATTEMPTING TO FORCE HER TO PERFORM ORAL SEX ON HIM.
          SAID THAT THE SUSPECTS WOULD TAKE TURNS FORCING VAGINAL
INTERCOURSE ON HER.  I ASKED          ABOUT SUSPECT NUMBER 1 FORCING ORAL
SEX ON HER AS SHE PREVIOUSLY MENTIONED AND SHE SAID THAT HE FORCED THE HEAD
OF HIS PENIS IN HER MOUTH.          SAID THAT SHE TOLD THE SUSPECTS THAT
SHE WAS TIRED AND THAT SHE DID NOT WANT TO PARTICIPATE IN THIS ACTIVITY.
          WENT ON TO TELL ME THAT SHE WAS HAVING HER PERIOD DURING THE ASSAULT
AND SHE REMEMBERS WAKING UP AND FINDING HER PANTS AROUND HER ANKLES AND
SHE HAD A FEMININE PAD INSIDE OF HER.          SAID THAT SHE REMEMBERS
TELLING THE SUSPECTS SOMETHING TO THE EFFECT OF "YOU'RE HAVING SEX WITH ME
WHILE I'M ON MY PERIOD AND THAT'S GROSS".
     I ASKED          IF THE SUSPECTS SAID ANYTHING WHILE THIS WAS HAPPENING
AND SHE THEN SAID THAT SHE REMEMBERS THEM SAYING SOMETHING STUPID LIKE,
ARE YOU HAVING FUN BABY.          ALSO SAID KEVIN WOULD LAUGH AND MAKE
STUPID COMMENTS TO HER DURING THE ASSAULT.
     I ASKED                    IF EITHER OF THE SUSPECTS USED PROTECTION AND
SHE SAID THEY DID NOT.          WAS UNSURE IF EITHER OF THE SUSPECTS
EJACULATED INSIDE OF HER.          ESTIMATED THAT THE ASSAULT PROBABLY
LASTED AROUND FIVE TO SEVEN HOURS.
          REPORTED THAT KEVIN (SUSPECT #1) FORCED SEXUAL INTERCOURSE
WITH HER AT LEAST ONE TIME, BUT WAS UNSURE OF ANY ADDITIONAL ENCOUNTERS.
          SAID THAT SUSPECT #2 (UNIDENTIFIED SUSPECT) FORCED SEXUAL INTERCOURSE

---

*printed by Employee Id #: 8557  on  April 25, 2016 11:05:24AM*

---

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF

```
        P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E        PAGE    3
CASE NO. 98041883      SUPPLEMENT   2   O F F E N S E   R E P O R T        CASE NO. 98041883
                                                              DISPOSITION: OPEN
```

ON HER MORE THAN TWICE.

AFTER THE ASSAULT IN THE WOODED AREA, ░░░░░ RETURNED WITH SUSPECT #2 TO HIS RESIDENCE WHERE HE HAD SEXUAL INTERCOURSE WITH ░░░░░. SUSPECT #2 TOLD ░░░░░ THAT IT WAS HER TURN, (MEANING SHE WAS TO BE ON TOP DURING SEXUAL INTERCOURSE). ░░░░░ TOLD HIM SHE WAS TOO TIRED TO DO ANYTHING. ░░░░░ SAID THAT SUSPECT #2 PARENTS AND BROTHER WERE HOME AT THE TIME OF THE ENCOUNTER AT HIS RESIDENCE. ░░░░░ SAID THAT HER FRIEND (SUSPECT #2'S BROTHER) SAW HER INSIDE OF THE RESIDENCE IN THE MORNING.

I ASKED ░░░░░ IF SHE TOLD ANYONE WHAT HAPPENED AND SHE SAID SHE TOLD HER BOYFRIEND THAT SHE HAD CONSENTED TO SEXUAL INTERCOURSE WITH THE SUSPECTS. I ASKED ░░░░░ IF SHE GOT ALL OF HER CLOTHING AND PERSONAL ITEMS BACK FROM KEVIN'S CAR. SHE SAID SHE IS MISSING A CLEAR PLASTIC PURSE WITH BLACK TRIM WHICH CONTAINED MAKEUP AND OTHER PERSONAL EFFECTS. ░░░░░ DOES NOT REMEMBER IF ANY OF HER CLOTHES WERE LEFT IN KEVIN'S CAR.

IN CONCLUDING THE INTERVIEW, I ASKED ░░░░░ IF ANYTHING ELSE HAPPENED THAT WE DID NOT DISCUSS AND SHE SAID "THEY PERFORMED ORAL SEX ON ME". I ASKED ░░░░░ IF BOTH SUSPECTS DID THIS AND SHE REPLIED "KEVIN DID, I DON'T REMEMBER IF JOSH DID". WITH THAT LAST QUOTE, ░░░░░ INADVERTENTLY IDENTIFIED SUSPECT NUMBER #2 AS JOSH. AT THE TIME ░░░░░ MENTIONED JOSH'S NAME, SHE DID NOT REALIZE IT.

I ASKED ░░░░░ ABOUT THE BEER THE SUSPECTS GAVE HER AND SHE SAID THAT THEY GAVE HER FIVE BOTTLES OF BEER AND SHE SAID IT WAS EITHER MICHELOB OR BUSCH.

I ASKED ░░░░░ IF THE SUSPECTS GAVE HER ANY DRUGS AND SHE REPLIED "MARIJUANA". I ASKED HER WHO GAVE HER MARIJUANA AND SHE REPLIED "JOSH". ░░░░░ THEN REALIZED THAT SHE HAD IDENTIFIED JOSH AS THE OTHER SUSPECT AND SHE BECAME VERY UPSET WITH HERSELF AND STARTED TO CRY. I ASKED ░░░░░ HOW MUCH POT SHE SMOKED AND SHE SAID A COUPLE OF JOINTS. THIS CONCLUDED THE INTERVIEW AND I SWORE ░░░░░ IN AGAIN AFTER THE INTERVIEW TO CONFIRM THAT ALL THE INFORMATION SHE HAD GIVEN WAS THE TRUTH AND SHE SWORE THAT IT WAS.

ON 4-1-98 AT 1515HRS, I SPOKE WITH MRS. ░░░░░ ABOUT MY INTERVIEW WITH ░░░░░. I ASKED HER IF SHE COULD PROVIDE ░░░'S BOYFRIEND'S NAME AND SHE SAID THAT SHE WOULD FIND HIS NAME AND CALL ME BACK.

AT 1535HRS ON 4-1-98, MRS. ░░░░░ CALLED ME BACK WITH ░░░░░'S BOYFRIEND'S NAME. MRS. ░░░░░ SAID HIS NAME IS TONY FIGUEROA AND HIS PHONE NUMBER IS ████. MRS. ░░░░░ ALSO SPOKE ABOUT HER DAUGHTER'S PAST DRUG ABUSE AND ALSO HOW MANY KIDS IN ROYAL PALM BEACH ARE INVOLVED IN DRUGS, WITCHCRAFT AND ANIMAL SACRIFICE. MRS. ░░░░░ SAID THAT SHE HAS ATTEMPTED TO DISCUSS THE DRUG PROBLEM WITH THE PRINCIPAL AT ROYAL PALM

-------------------------------------------------------------------------------------
                        *printed by Employee Id #: 8557  on  April 25, 2016 11:05:24AM*
-------------------------------------------------------------------------------------

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF

GM_00762

P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E          PAGE    4
CASE NO. 98041883      SUPPLEMENT   2   O F F E N S E   R E P O R T        CASE NO. 98041883
                                                            DISPOSITION: OPEN

BEACH HIGH SCHOOL AND SHE SAID THAT SHE HAS HAD LITTLE SUCCESS IN CONVINCING
THE PRINCIPAL THERE IS A PROBLEM.  FURTHER FOLLOW UP INVESTIGATION ON THIS
CASE WILL BE FORTHCOMING, THEREFORE CASE REMAINS CLASSIFIED AS OPEN.
DET. ARNOLD/3553
RAMIREZ/4213/4-21-98

-----------------------------------------------------------------------------------
                              *printed by Employee Id #: 8557  on  April 25, 2016 11:05:24AM*
-----------------------------------------------------------------------------------

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF

GM_00763

Case 1:15-cv-07433-LAP Document 1199-10 Filed 01/27/21 Page 11 of 22

```
            P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E        PAGE   1
    CASE NO. 98041883      SUPPLEMENT   3   O F F E N S E   R E P O R T        CASE NO. 98041883
                                                              DISPOSITION: OPEN
                                                              DIVISION: DETECTIVE
911: N                        C O N F I D E N T I A L
SEXUAL BATTERY                    *               *                 *
SIGNAL CODE:       CRIME CODE:    NON CRIME CODE:    CODE: 110A 06/16/98    SATURDAY
ZONE: B71 GRID:      DEPUTY I.D.:  3553 NAME: ARNOLD      ASSIST:    TIME D 1603 A 1618 C 1705
OCCURRED BETWEEN DATE: 02/28/98 , 1630 HOURS AND  DATE:     , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION:                                   APT. NO.:
          CITY:                     STATE:           ZIP:

NO. OFFENSES: 01 NO. OFFENDERS: 02 NO. VEHICLES STOLEN:  0  NO. PREMISES ENTERED:  0
LOCATION: PARK / WOODLANDS / FIELD
NO. VICTIMS: 01 NO. ARRESTED:  0  FORCED ENTRY: 0 WEAPON TYPE: HANDS / FISTS / FEET

OFFENSE NO. 1  FLORIDA STATE STATUTE:  794 011      CIS CODE 110A
  ..

            INVESTIGATIVE EFFORTS TO IDENTIFY THE LAST NAME OF SUSPECTS IN THIS
    CASE HAVE MET WITH NEGATIVE RESULTS AT THIS TIME.  IT SHOULD BE NOTED THAT
    IT IS DIFFICULT TO MAKE CONTACT WITH THE VICTIM BECAUSE
    SHE IS HOUSED AT A CONFIDENTIAL LOCATION AND CALLS TO
    THE PATIENTS ARE STRICTLY LIMITED.
            FURTHER INVESTIGATION WILL BE FORTHCOMING.
    DET. ARNOLD/3553
    RAMIREZ/4213/6-29-98

    ----------------------------------------------------------------------------
                              printed by Employee Id #: 8557  on  April 25, 2016 11:05:24AM
    ----------------------------------------------------------------------------
```

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF

```
              P A L M   B E A C H   C O U N T Y   S H E R I F F' S   O F F I C E        PAGE    1
  CASE NO. 98041883      SUPPLEMENT   4   O F F E N S E   R E P O R T          CASE NO. 98041883
                                                               DISPOSITION: OPEN
                                                               DIVISION: DETECTIVE
911: N                             C O N F I D E N T I A L
SEXUAL BATTERY                 *                    *                   *
SIGNAL CODE:      CRIME CODE:    NON CRIME CODE:      CODE: 110A  07/31/98    SATURDAY
ZONE: B71 GRID:       DEPUTY I.D.:  3553 NAME: ARNOLD        ASSIST:    TIME D 1603 A 1618 C 1705
OCCURRED BETWEEN DATE: 02/28/98 , 1630 HOURS AND  DATE:       , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION:                                       APT. NO.:
          CITY:                        STATE:          ZIP:

NO. OFFENSES: 01 NO. OFFENDERS: 02 NO. VEHICLES STOLEN:  0  NO. PREMISES ENTERED:  0
LOCATION: PARK / WOODLANDS / FIELD
NO. VICTIMS: 01 NO. ARRESTED:  0  FORCED ENTRY: 0 WEAPON TYPE: HANDS / FISTS / FEET

OFFENSE NO. 1  FLORIDA STATE STATUTE:  794 011     CIS CODE 110A
  ..

              WHILE CONDUCTING FOLLOW UP INVESTIGATION IN AN ATTEMPT TO OBTAIN THE
     LAST NAMES OF THE SUSPECTS IN THIS CASE, I WAS REFERRED TO A SUBJECT BY
     THE NAME OF NICHOLAS SILVAGE AS THE PERSON WHO MIGHT KNOW THE LAST NAME
     OF A SUBJECT IDENTIFIED ONLY AS JOSH IN THE REPORT.
              ON 7-29-98, I RESPONDED TO THE MCDONALDS RESTAURANT IN ROYAL PALM
     BEACH WHERE I MADE CONTACT WITH NICHOLAS SILVAGE          I ASKED SILVAGE
     IF HE WAS FAMILIAR WITH ANY SUBJECTS BY THE NAME OF JOSH.  HE INDICATED THAT
     HE KNEW A SUBJECT BY THE NAME OF JOSH BUNNER.  SILVAGE INDICATED THAT JOSH
     WAS APPROXIMATELY EIGHTEEN YEARS OF AGE AND THAT HE IS APPROXIMATELY
     SIX FEET TALL, 180LBS.  PALMS SHOWS A LAST KNOWN ADDRESS OF
         FOR JOSH'S BROTHER, NICHOLAS BUNNER.  EFFORST WILL BE MADE TO ATTEMPT TO
     LOCATE AND INTERVIEW JOSH BUNNER IN REGARDS TO THIS INVESTIGATION.  PRIOR TO
     SPEAKING TO BUNNER THOUGH, I AM ATTEMPTING TO OBTAIN A PHOTO OF HIM SO I
     CAN PRESENT A PHOTO LINEUP TO THE VICTIM TO CONFIRM THAT THIS IS THE
     PERPETRATOR OF HER CRIME BEFORE HE IS INTERVIEWED IN REGARDS TO THE
     ALLEGATIONS.  FURTHER INVESTIGATIVE LEADS WILL BE FORTHCOMING, THEREFORE CASE
     REMAINS CLASSIFIED AS OPEN.
     DET. ARNOLD/3553
     RAMIREZ/4213/8-6-98
```

---

*printed by Employee Id #: 8557  on  April 25, 2016 11:05:24AM*

---

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF

```
              P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E         PAGE   1
   CASE NO. 98041883        SUPPLEMENT   5   O F F E N S E   R E P O R T        CASE NO. 98041883
                                                              DISPOSITION: OPEN
                                                              DIVISION: DETECTIVE
911: N                            C O N F I D E N T I A L
SEXUAL BATTERY                      *                  *                  *
SIGNAL CODE:      CRIME CODE:    NON CRIME CODE:      CODE: 110A  08/12/98     WEDNESDAY
ZONE: B71 GRID:      DEPUTY I.D.:   3553 NAME: ARNOLD      ASSIST:    TIME D 1603 A 1618 C 1705
OCCURRED BETWEEN DATE: 02/28/98 , 1630 HOURS AND  DATE:        , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION:                                    APT. NO.:
         CITY:                        STATE:          ZIP:

NO. OFFENSES: 01 NO. OFFENDERS: 02 NO. VEHICLES STOLEN:  0  NO. PREMISES ENTERED:  0
LOCATION: PARK / WOODLANDS / FIELD
NO. VICTIMS: 01 NO. ARRESTED:  0  FORCED ENTRY: 0 WEAPON TYPE: HANDS / FISTS / FEET

OFFENSE NO. 1  FLORIDA STATE STATUTE:  794 011      CIS CODE 110A
  ..
```

              ON AUGUST 11, 1998 AT APPROXIMATELY 1800 HOURS, I RESPONDED TO (A
         CONFIDENTIAL LOCATION), WHERE I MADE CONTACT WITH ▓▓▓▓
         ▓▓▓▓ IN REGARDS TO SHOWING HER A PHOTO LINEUP OF A POSSIBLE SUSPECT IN
         HER SEXUAL BATTERY CASE.
              I PRESENTED ▓▓▓▓ A PHOTO LINEUP CONTAINING SIX YOUNG WHITE MALES
         AND ASKED HER IF THE PERTETRATOR OF HER CRIME WAS IN THIS PHOTO LINEUP AND
         ▓▓▓▓ IMMEDIATELY BECAME EMOTIONALLY UPSET AND POINTED TO THE
         SUBJECT IN THE NUMBER FOUR POSITION OF THE PHOTO LINEUP.  IT SHOULD BE NOTED
         THAT THE SUBJECT IN POSITION NUMBER FOUR OF THE PHOTO LINEUP IS JOSHUA
         B. BUNNER (WHITE MALE, ▓▓▓▓▓▓▓ .  BASED ON THE FACT THAT THE VICTIM HAS MADE
         A POSITIVE IDENTIFICATION THAT JOSH BUNNER IS ONE OF THE SUBJECTS THAT RAPED
         HER ON OR ABOUT FEBRUARY 1, 1998, I WILL ATTEMPT TO LOCATE BUNNER AND CONDUCT
         AN INTERVIEW WITH HIM IN REGARDS TO THIS CASE.  UNTIL SUCH TIME AS BUNNER IS
         LOCATED AND AN INTERVIEW IS CONDUCTED, THE CASE WILL REMAIN CLASSIFIED AS
         OPEN.
         DET. BART ARNOLD ID #3553
         TRANS. 08/17/98/DAW/#3495

```
------------------------------------------------------------------------------------------
                             printed by Employee Id #: 8557  on  April 25, 2016 11:05:24AM
------------------------------------------------------------------------------------------
```

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF

GM_00766

```
          P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E        PAGE   1
  CASE NO. 98041883      SUPPLEMENT   6   O F F E N S E   R E P O R T        CASE NO. 98041883
                                                          DISPOSITION: OPEN
                                                          DIVISION: DETECTIVE
911: N                        C O N F I D E N T I A L
SEXUAL BATTERY                        *                *                *
SIGNAL CODE:      CRIME CODE:    NON CRIME CODE:     CODE: 110A  08/20/98    WEDNESDAY
ZONE: B71 GRID:      DEPUTY I.D.:   3553 NAME: ARNOLD      ASSIST:    TIME D 1603 A 1618 C 1705
OCCURRED BETWEEN DATE: 02/28/98 , 1630 HOURS AND  DATE:         , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION:                                 APT. NO.:
          CITY:                      STATE:         ZIP:

NO. OFFENSES: 01 NO. OFFENDERS: 02 NO. VEHICLES STOLEN:  0  NO. PREMISES ENTERED:  0
LOCATION: PARK / WOODLANDS / FIELD
NO. VICTIMS: 01 NO. ARRESTED:  0   FORCED ENTRY: 0 WEAPON TYPE: HANDS / FISTS / FEET

OFFENSE NO. 1  FLORIDA STATE STATUTE:  794 011      CIS CODE 110A
```

                    AS REPORTED IN THE PREVIOUS SUPPLEMENT, ███████ ███████ MADE A
          POSITIVE IDENTIFICATION THAT JOSH BUNNER WAS ONE OF THE SUBJECTS THAT
          RAPED HER ON/OR ABOUT MARCH 1ST, 1998.  THE PBSO PALMS COMPUTER SHOWED A
          CURRENT ADDRESS OF BUNNER FOR ████████████████ IN LOXAHATCHEE.
                    ON 8-13-98, I RESPONDED TO THAT ADDRESS IN AN ATTEMPT TO MAKE CONTACT
          WITH BUNNER.  THERE WAS A LOCKED GATE AND NO ONE APPEARED TO BE HOME.
          I CONTACTED PBSO DISPATCH TO SEE IF THEY COULD FIND A NUMBER FOR THE
          RESIDENCE AND THIS MET WITH NEGATIVE RESULTS.  I LEFT MY BUSINESS CARD
          AT THE RESIDENCE WITH A NOTE TO HAVE JOSH CALL ME AT THE SHERIFF'S OFFICE.
                    ON 8-17-98 AT APPPROXIMATELY 3:30PM, I AGAIN RESPONDED TO ██████
          ████████████ IN AN ATTEMPT TO MAKE CONTACT WITH JOSHUA BUNNER AND THIS
          TIME I WAS SUCCESSFUL.  I ASKED JOSH IF HE WOULD BE WILLING TO SPEAK WITH
          ME IN REGARDS TO AN ONGOING SHERIFF'S OFFICE INVESTIGATION AND HE AGREED TO
          DO THIS.  I TOLD JOSH THAT HE WAS NOT REQUIRED TO BE SUBJECT TO THIS
          INTERVIEW AND IF HE DECIDED TO CONDUCT THE INTERVIEW HE COULD TERMINATE THE
          INTERVIEW AT ANY TIME.  PRIOR TO GOING ON TAPE, I ONLY ASKED JOSH BUNNER
          ABOUT HIS FRIEND KEVIN AND ABOUT ANY TYPE OF HOBBIES THAT HE AND THOMSPON
          ENGAGE IN TOGETHER.
                    AT 3:48PM, I INITIATED A TAPED INTERVIEW WITH JOSH BUNNER INSIDE OF
          MY UNMARKED VEHICLE PARKED IN THE FRONT OF BUNNER'S RESIDENCE AT ██████
          ████████████  AGAIN, I TOLD JOSH THAT HE COULD TERMINATE THE INTERVIEW ANY
          TIME THAT HE WANTED TO AND GO BACK INSIDE OF HIS HOUSE.  JOSH SAID THAT
          HE UNDERSTOOD THIS.

-------------------------------------------------------------------------------------
                                    *printed by Employee Id #: 8557 on April 25, 2016 11:05:24AM*
-------------------------------------------------------------------------------------

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF

P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E          PAGE   2
CASE NO. 98041883          SUPPLEMENT   6   O F F E N S E   R E P O R T          CASE NO. 98041883
DISPOSITION: OPEN

JOSH TOLD ME THAT HE HAS KNOWN KEVIN THOMPSON FOR ABOUT TWO YEARS.
I ASKED BUNNER IF HE KNEW A GIRL BY THE NAME OF ▇▇▇▇▇ AND HE
CONFIRMED THAT HE DID.  I ASKED BUNNER HOW HE KNEW ▇▇▇ AND HE SAID
THAT HE KNEW HER AS A FRIEND AND HE WENT ON TO SAY THAT THEY (BUNNER AND
KEVIN THOMPSON) TOOK HER OUT DRINKING.

I TOLD BUNNER THAT ▇▇▇▇ HAD MADE ALLEGATIONS THAT SEXUAL ACTIVITY
OCCURRED BETWEEN SHE, BUNNER AND THOMPSON AND THAT THIS SEXUAL ACTIVITY
WAS NOT CONSENSUAL ON HER PART AND JOSH BUNNER REPLIED "THAT'S NOT TRUE".
I ASKED HIM IF IT WAS CONSENSUAL AND HE REPLIED "YES".

BUNNER WENT ON TO TELL ME THAT THEY WERE DRINKING BEERS IN A WOODED
AREA IN LOXAHATCHEE CALLED THE WHOOPTIES.  JOSH INITIALLY SAID THAT ▇▇▇▇
ROBBERTS HAD TWO OR THREE BEERS.  JOSH ALSO SAID THAT ▇▇▇▇ WAS PLAYING
LIKE SHE WAS GOING TO GO TO SLEEP WHILE THEY WERE IN THE WOODS.

I ASKED JOSH BUNNER TO TELL ME EXACTLY WHAT HAPPENED THAT NIGHT AND
HE SAID "WE HAD SEX BASICALLY".  I ASKED JOSH WHO HE MEANT BY SAYING WE
HAD SEX AND HE REPLIED "ALL OF US", REFERRING TO JOSH, KEVIN THOMPSON AND
▇▇▇▇ ▇▇▇▇.  I ASKED JOSH WHERE THIS HAPPENED AND HE REPLIED "IN
THE CAR".

I ASKED JOSH BUNNER ABOUT HIS SEXUAL ENCOUNTER WITH ▇▇▇▇▇
AND HE SAID "IT JUST HAPPENED, LIKE THAT, IT'S NOT SOMETHING YOU PLAN FOR".
I ASKED BUNNER IF HE USED ANY PROTECTION AND HE SAID THEY USED A CONDOM.
I ASKED BUNNER IF HE OR KEVIN WAS THE FIRST ONE TO HAVE SEX WITH ▇▇▇▇
AND HE SAID "THAT WOULD PROBABLY BE ME".

I ASKED BUNNER HOW THE SEXUAL ACTIVITY GOT STARTED AND HE REPLIED
"SHE WAS DRINKING AND SHE WAS ABOUT TO PASS OUT AND I SAID YOU CAN'T GO
TO SLEEP, WE'RE STILL DRINKING BEERS".  JOSH SAID ▇▇▇▇ REPLIED "I'M
GOING TO GO TO SLEEP" AND HE SAID "NO, YOU CAN'T GO TO SLEEP".  JOSH SAID
THAT ▇▇▇▇ SAID TO HIM SOMETHING TO THE EFFECT OF WHY DON'T YOU KEEP ME
AWAKE.

I ASKED BUNNER IF THEY WERE ABLE TO KEEP ▇▇▇▇ AWAKE AND HE SAID
"IT WAS AN INCENTIVE AT THE TIME, YOU KNOW WHAT I'M SAYING, IF YOU WERE IN
THE SAME POSITION".  I ASKED BUNNER IF THERE WAS ANY TALK PRIOR TO THE
ACTUAL SEXUAL ACTIVITY ABOUT THEM HAVING SEXUAL RELATIONS AND HE SAID THERE
WAS NOT ANY TALK OF THAT.  I ASKED BUNNER TO TELL ME EXACTLY WHAT HAPPENED
ABOUT HE AND ▇▇▇▇ HAVING SEX AND HE SAID "WE WERE HAVING INTERCOURSE
BASICALLY".  I ASKED HIM WHERE THAT WAS AND HE REPLIED "IN KEVIN'S CAR,
IN THE FRONT SEAT".

I ASKED BUNNER HOW THEY WERE POSITIONED AND HE SAID IT WAS HARD TO
DESCRIBE.  HE SAID THAT KEVIN WAS IN THE DRIVER'S SEAT AND THAT HE WAS
IN THE PASSENGER SEAT AND THAT SHE (▇▇▇▇) WAS IN THE MIDDLE.  I ASKED
BUNNER HOW HE WAS ABLE TO HAVE INTERCOURSE WITH ▇▇▇▇ IN THAT POSITION

---------------------------------------------------------------------------
---------------------------------------------------------------------------

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF

P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E          PAGE   3
CASE NO. 98041883         SUPPLEMENT   6   O F F E N S E   R E P O R T          CASE NO. 98041883
                                                                DISPOSITION: OPEN

AND HE SAID "LEANING OVER THE FRONT SEAT". AT THIS POINT, KEVIN ASKED
WHAT THIS (INTERVIEW) WAS ABOUT BEFORE WE CARRIED ON ANY FURTHER. I TOLD HIM
THAT ▓▓▓▓▓ MADE A REPORT THAT HE AND KEVIN RAPED HER AND I EXPLAINED I
WAS ATTEMPTING TO GET THE STATEMENTS FROM HE AND KEVIN AS TO EXACTLY WHAT
HAPPENED. AT THAT POINT, KEVIN TOLD ME THAT ▓▓▓▓▓ HAS SLEPT AROUND.
    I ASKED BUNNER IF SHE (▓▓▓▓▓) HAD CLOTHES ON AND HE SAID SHE HAD
PANTS AND A SHIRT ON. I ASKED HIM HOW HE WAS ABLE TO HAVE SEXUAL INTERCOURSE
WITH HER WITH HER CLOTHES ON AND HE SAID THAT SHE TOOK THEM OFF. JOSH
INDICATED THAT ▓▓▓▓▓ WAS ON TOP OF HIM AT ONE POINT DURING THE SEXUAL
INTERCOURSE. I ASKED JOSH BUNNER WHAT KEVIN THOMPSON WAS DOING AT THAT
POINT AND HE SAID "WATCHING". JOSH WENT ON TO TELL ME THAT "AT NO POINT
DID I HEAR NO, I GUESS THAT'S THE IMPORTANT THING".
    I ASKED JOSH BUNNER WHAT HE WITNESSED BETWEEN KEVIN AND ▓▓▓▓▓ AND
HE SAID "THEY PROCEEDED TO HAVE INTERCOURSE, I GUESS SHE DIDN'T LIKE IT WITH
KEVIN SO THAT STOPPED PRETTY QUICKLY". I ASKED JOSH IF ▓▓▓▓▓ TOLD KEVIN
NO OR TO STOP AND HE REPLIED SHE DID NOT. I ASKED JOSH WHAT HE MEANT BY
THE STATEMENT ABOUT ▓▓▓▓▓ STOPPING THE SEX QUICKLY WITH KEVIN AND HE
REPLIED "I GUESS SHE GAVE HIM THE IMPRESSION THAT SHE DID NOT WANT TO HAVE
INTERCOURSE WITH HIM, BUT SHE NEVER SAID NO, THAT'S THE MAIN THING THAT
MATTERS. I NEVER HEARD NO OUT OF HER MOUTH". I ASKED JOSH HOW KEVIN AND
▓▓▓▓▓ ENDED UP HAVING SEXUAL INTERCOURSE AND HE REPLIED "I GUESS I JUST
FINISHED AND THEY PROCEEDED".
    I ASKED JOSH BUNNER HOW KEVIN AND ▓▓▓▓▓ WERE POSITIONED AND HE SAID
"AT ONE POINT, I GUESS ▓▓▓▓▓ WAS FACING HIM, BUT THEN THEY WERE ON THE
SEAT AND THEY WERE AT AN ANGLE TOWARDS THE STEERING WHEEL I GUESS".
    I ASKED JOSH IF KEVIN THOMPSON FORCED INTERCOURSE ON ▓▓▓▓▓ AND HE
REPLIED "NO". I ASKED HIM IF HE WAS SURE AND HOW HE KNEW THAT AND HE SAID
"BECAUSE ONCE SHE GAVE UP, HE DIDN'T WANT ANYMORE TO DO WITH IT, HE KNEW
THAT SHE DIDN'T WANT HIM".
    I ASKED JOSH IF ▓▓▓▓▓ HAD SEX WITH HE AND KEVIN AT THE SAME TIME
AND HE SAID "NO". I ASKED JOSH IF HE SAW KEVIN AND ▓▓▓▓▓ HAVING ORAL
SEX AND HE SAID "NO". I ASKED JOSH WHAT HIS DEFINITION OF SEXUAL INTERCOURSE
WAS AND HE SAID "PENIS FLOWING THROUGH THE VAGINA". I ASKED JOSH WHAT HIS
DEFINITION OF ORAL SEX WOULD BE AND HE SAID "CARESSING PRIVATE PARTS".
I TOLD JOSH WHEN I USED THE TERM ORAL SEX THAT I MEAN IN REGARDS TO A FEMALE
WOULD BE HER PUTTING HER MOUTH ON A PENIS AND IN REGARDS TO A MALE IT WOULD
BE HIM PUTTING HIS MOUTH ON A VAGINA. I ASKED HIM IF HE UNDERSTOOD THAT AND
HE SAID THAT HE DID. I ASKED JOSH IF ▓▓▓▓▓ PERFORMED ORAL SEX ON KEVIN AND
HE REPLIED "NO". I ASKED JOSH IF KEVIN PERFORMED ORAL SEX ON ▓▓▓▓▓ AND
HE REPLIED "NO". I ASKED JOSH IF ▓▓▓▓▓ PERFORMED ORAL SEX ON HIM AND HE
REPLIED "NO". I ASKED JOSH IF HE PERFORMED ORAL SEX ON ▓▓▓▓▓ AND HE

-----------------------------------------------------------------------
                    printed by Employee Id #: 8557  on  April 25, 2016 11:05:24AM
-----------------------------------------------------------------------

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF

GM_00769

Case 1:15-cv-07433-LAP  Document 1199-10  Filed 01/27/21  Page 17 of 22

P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E          PAGE  4
CASE NO. 98041883        SUPPLEMENT   6   O F F E N S E   R E P O R T          CASE NO. 98041883
                                                            DISPOSITION: OPEN

REPLIED NO.
      I WENT OFF TAPE AT 4:06PM TO LOOK OVER THE REPORT.  I WENT BACK ON TAPE
AT 4:09PM AND I DID NOT ASK JOSHBUNNER ANY QUESTIONS OFF TAPE AND WHEN
WE WERE BACK ON TAPE I ASKED HIM IF THIS WAS TRUE AND HE CONFIRMED THAT NO
QUESTIONS WERE ASKED OFF TAPE.  I ALSO RE-CONFIRMED WITH JOSH BUNNER THAT HE
COULD TERMINATE THE INTERVIEW AT ANY TIME.
      I ASKED JOSH BUNNER IF HE REMEMBERED HE AND KEVIN PICKING UP
████████ AT HER BOYFRIEND'S HOUSE AND HE DID NOT REMEMBER.  I ASKED JOSH IF HE
SAID EARLIER IN THIS INTERVIEW THAT VIRGININA ALMOST PASSED OUT AND HE SAID
"NO, SHE WAS ACTING LIKE SHE WAS GOING TO GO TO SLEEP".  I ASKED JOSH BUNNER
IF ████████ APPEARED INTOXICATED AND HE SAID "YES, I GUESS SO".
I AGAIN ASKED JOSH IF HE REMEMBERED HOW MANY BEERS ████ HAD AND HE REPLIED
NO.  I ALSO ASKED JOSH IF HE KNEW HOW OLD ████ WAS AND HE REPLIED NO.  I
ASKED JOSH IF HE HAD ANY RECOLLECTION IF ████ WAS ON HER PERIOD AND HE
SAID HE HAD NO RECOLLECTION.
      I ASKED JOSH BUNNER HOW MANY TIMES HE HAD SEXUAL INTERCOURSE WITH
████████ AND HE REPLIED "TWICE".  HE SAID ONE (ECNOUNTER) HAPPENED
IN THE FRONT SEAT AND ONE (ENCOUNTER) HAPPENED IN HIS ROOM AT HIS HOUSE
AFTER THEY LEFT THE WOODED AREA.
      JOSH BUNNER THEN SAID "MAY I ASK WHAT THIS IS ABOUT".  I REMINDED
JOSH THAT I HAD ANSWERED THAT QUESTION EARLIER AND I AGAIN WENT ON TO TELL
HIM THAT ████ REPORTED THAT SHE WAS RAPED BY HE AND KEVIN
THOMPSON.  I ASKED JOSH IF HE REMEMBERED ME TELLING HIM THAT EARLIER IN
THE INTERVIEW AND HE REPLIED "I REMEMBER NOW, I HAVE A BAD MEMORY".
      AGAIN, I ASKED JOSH BUNNER IF HE HAD ANY MEMORY OF KEVIN FORCING
SEXUAL INTERCOURSE ON ████ AND HE SAID "NO, I WAS PRETTY INTOXICATED
MYSELF, EVERYBODY WAS INTOXICATED".  I ASKED JOSH IF KEVIN COULD HAVE
FORCED INTERCOURSE ON ████ AND HE SAID "I CAN'T SAY YES AND I CAN'T
SAY NO, I WAS OUT OF THE CAR SOME OF THE TIME".
      I TOLD JOSH THAT ████ REPORTED THAT THEY RETURNED TO HIS HOUSE AND
HAD SEXUAL INTERCOURSE IN HIS ROOM AND HE CONFIRMED THAT THIS WAS TRUE.  I
ASKED JOSH HOW ████ LEFT HIS RESIDENCE AND HE SAID SHE WENT ON THE BUS
WITH HIS BROTHER.  I WENT OFF TAPE AT 4:07PM TO REVIEW MY REPORT.  I WAS
BACK ON TAPE AT 4:18PM AND I ASKED JOSH ON TAPE IF I'D ASKED HIM ANY QUESTIONS
OFF TAPE AND HE REPLIED "NO SIR".
      I TOLD JOSH BUNNER THAT ████ REPORTED THAT THEY SMOKED POT AND THAT
THEY SMOKED ONE OR TWO JOINTS AND I ASKED HIM IF HE REMEMBERED HOW MANY THEY
SMOKED AND HE SAID "NO".  I ASKED HIM IF IT WOULD HAVE BEEN AT LEAST ONE
(JOINT) AND HE REPLIED "I DON'T EVEN REMEMBER SMOKING POT".  I TOLD JOSH
BUNNER THAT ████ SAID THAT THEY HAD SMOKED TWO JOINTS AND I ASKED IF
HE REMEMBERED THAT AND HE SAID "NO".  JOSH MADE THE STATEMENT "I MAYBE

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF

GM_00770

PALM BEACH COUNTY SHERIFF'S OFFICE          PAGE   5
CASE NO. 98041883      SUPPLEMENT  6  OFFENSE REPORT       CASE NO. 98041883
                                                    DISPOSITION: OPEN

REMEMBER SMOKING A BOWL, A PIPE". I ASKED JOSH IF THE BOWL OR PIPE HAD
MARIJUANA IN IT AND HE REPLIED YES. I ASKED JOSH IF HE REMEMBERED IF KEVIN
SMOKED ANY OF THE MARIJUANA AND HE REPLIED "I'M SURE HE DID". I ASKED JOSH
IF THIS WAS BEFORE OR AFTER THE SEXUAL INTERCOURSE AND HE REPLIED "PROBABLY
BEFORE".

    PRIOR TO ENDING THE INTERVIEW, I TRIED TO ASK JOSH SOME "CLEAN UP"
QUESTIONS. I ASKED JOSH IF THE SEXUAL INTERCOURSE BETWEEN HE AND ▓▓▓▓▓▓▓
WAS FORCED AND HE REPLIED NO. I ASKED HIM HOW MANY BEERS HE HAD THAT NIGHT
AND REPLIED "ABOUT EIGHT OR NINE". I ASKED JOSH IF HE REMEMBERED HOW LONG
THEY WERE OUT IN THE WOODS AND HE REPLIED NO. I SAID THAT ▓▓▓▓▓▓▓ INDICATED
THEY WERE THERE FOR ABOUT FIVE HOURS. I ASKED JOSH IF THAT WOULD SOUND ABOUT
RIGHT AND HE REPLIED "NO, IT MIGHT HAVE BEEN AN HOUR OR TWO".

    AFTER THE INTERVIEW, JOSH WENT INSIDE AND SPOKE TO HIS FATHER. JOSH'S
FATHER RETURNED AND INFORMED ME THAT HE WANTED TO CONTACT JOSH'S ATTORNEY.
IN THE MEANTIME, I HAD PREVIOUSLY ASKED JOSH IF HE WOULD SHOW ME KEVIN
THOMPSON'S HOUSE AND HE AGREED TO DO THIS. JOSH'S FATHER DROVE WITH US AS
WE DROVE TO THE ACREAGE AREA OF ROYAL PALM BEACH WHERE JOSH IDENTIFIED
████████████████████ AS BEING THE RESIDENCE OF KEVIN THOMPSON. AN INTERVIEW
WILL BE CONDUCTED WITH KEVIN THOMSPON REGARDING THESE ALLEGATIONS. I MADE
AN AGREEMENT WITH RICK SATURN, THE ATTORNEY FOR JOSH BUNNER, THAT JOSH
CAN TURN HIMSELF IN TO MYSELF AT THE SHERIFF'S OFFICE ON MONDAY, 8-24-98
AT 2:30PM. PENDING FURTHER FOLLOW UP INVESTIGATION, CASE WILL REMAIN
CLASSIFIED AS OPEN.
DET. ARNOLD/3553/RAMIREZ/4213/8-26-98

-----------------------------------------------------------------------------
                            printed by Employee Id #: 8557  on  April 25, 2016 11:05:24AM
-----------------------------------------------------------------------------

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF

GM_00771

```
        P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E        PAGE   1
    CASE NO. 98041883      SUPPLEMENT   7   O F F E N S E   R E P O R T        CASE NO. 98041883
                                                              DISPOSITION: CLEARED BY ARREST
                                                                       DIVISION: DETECTIVE
911: N                        C O N F I D E N T I A L
SEXUAL BATTERY                       *               *               *
SIGNAL CODE:       CRIME CODE:   NON CRIME CODE:       CODE: 110A  08/25/98     WEDNESDAY
ZONE: B71 GRID:      DEPUTY I.D.:  3553 NAME: ARNOLD BART   ASSIST:   TIME D 1603 A 1618 C 1705
OCCURRED BETWEEN DATE: 02/28/98 , 1630 HOURS AND  DATE:      , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION:                                   APT. NO.:
         CITY:                          STATE:        ZIP:

NO. OFFENSES: 01 NO. OFFENDERS: 02 NO. VEHICLES STOLEN:  0  NO. PREMISES ENTERED:  0
LOCATION: PARK / WOODLANDS / FIELD
NO. VICTIMS: 01 NO. ARRESTED:  1  FORCED ENTRY: 0 WEAPON TYPE: HANDS / FISTS / FEET

OFFENSE NO. 1  FLORIDA STATE STATUTE:  794 011      CIS CODE 110A
 ..

              ON 08/24/98, AT 1430 HOURS, I MET WITH JOSHUA BUNNER IN THE LOBBY OF
         THE SHERIFF'S OFFICE.  JOSHUA BUNNER HAD COME TO TURN HIMSELF IN REGARDS
         TO PROBABLE CAUSE FOR HIS ARREST FOR A CHARGE OF LEWD ASSAULT UPON A CHILD
         UNDER 16 YEARS OF AGE.  I TOOK JOSHUA UPSTAIRS WHERE PAPERWORK CONCERNING
         HIS ARREST WAS COMPLETED.  JOSHUA WAS TRANSPORTED AND TURNED OVER TO THE
         PALM BEACH COUNTY JAIL.
              CASE IS CLEARED BY ARREST, BUT STILL REMAINS UNDER INVESTIGATION
         CONCERNING SUSPECT KEVIN THOMPSON.
         DET. BART ARNOLD (3553)/JP     TRANS. 08/28/98
```

---

*printed by Employee Id #: 8557  on  April 25, 2016 11:05:24AM*

---

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF

GM_00772

```
                 P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E         PAGE   1
     CASE NO. 98041883      SUPPLEMENT   8   O F F E N S E   R E P O R T        CASE NO. 98041883
                                                           DISPOSITION: CLEARED BY ARREST
                                                                  DIVISION: DETECTIVE
911: N                            C O N F I D E N T I A L
SEXUAL BATTERY                    *                    *                    *
SIGNAL CODE:      CRIME CODE:    NON CRIME CODE:      CODE: 110A 09/14/98    WEDNESDAY
ZONE: B71 GRID:        DEPUTY I.D.:   3553 NAME: ARNOLD      ASSIST:    TIME D 1603 A 1618 C 1705
OCCURRED BETWEEN DATE: 02/28/98 , 1630 HOURS AND  DATE:     , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION:                                         APT. NO.:
          CITY:                         STATE:             ZIP:


NO. OFFENSES: 01 NO. OFFENDERS: 02 NO. VEHICLES STOLEN:  0  NO. PREMISES ENTERED:  0
LOCATION: PARK / WOODLANDS / FIELD
NO. VICTIMS: 01 NO. ARRESTED:  1  FORCED ENTRY: 0 WEAPON TYPE: HANDS / FISTS / FEET

OFFENSE NO. 1  FLORIDA STATE STATUTE:  794 011    CIS CODE 110A
  ..
```

ON 9-3-98, I WAS FINALLY ABLE TO MAKE CONTACT WITH KEVIN P. THOMPSON IN REGARDS TO THIS INVESTIGATION.  I INFORMED KEVIN THAT I NEEDED TO SPEAK WITH HIM ABOUT A CRIMINAL INVESTIGATION AND ASKED HIM WHEN HE WOULD BE AVAILABLE TO COME TO THE SHERIFF'S OFFICE FOR AN INTERVIEW.  THOMPSON INFORMED ME THAT HE WAS AVAILABLE ON THIS SAME DATE (9-3-98) AND WE AGREED TO MEET AT THE SHERIFF'S OFFICE AT 6:00PM.

I MET WITH KEVIN THOMPSON AND HIS FATHER IN A CONFERENCE ROOM AT THE SHERIFF'S OFFICE AT APPROXIMATELY 6:00PM.  I EXPLAINED TO MR. THOMPSON AND TO KEVIN THE ALLEGATIONS IN THIS CASE CONCERNING THE FACT THAT ▒▒▒▒▒▒ ▒▒▒▒▒▒ WAS REPORTING THAT SHE HAD BEEN RAPED BY KEVIN THOMPSON AND JOSHUA BUNNER.  I ASKED KEVIN THOMPSON IF HE WOULD BE WILLING TO PROVIDE ME A STATEMENT IN REGARDS TO THESE ALLEGATIONS AND HE WAS AGREEABLE TO THIS.  KEVIN'S FATHER, MR. THOMPSON WAS ALSO IN AGREEMENT THAT KEVIN SHOULD PROVIDE A STATEMENT.  MR. THOMPSON REQUESTED TO LEAVE THE BUILDING TO SMOKE A CIGARRETTE, DURING WHICH TIME I CONDUCTED A TAPED INTERVIEW WITH KEVIN THOMPSON.

PRIOR TO ASKING KEVIN THOMPSON THE FACTS CONCERNING THE ALLEGATIONS IN THIS CASE, I READ HIM HIS MIRANDA RIGHTS AND HE CONFIRMED THAT HE UNDERSTOOD THOSE MIRANDA RIGHTS AND SIGNED A MIRANDA RIGHTS CARD.  KEVIN THOMPSON ADMITTED THAT HE HAD ENGAGED IN SEXUAL RELATIONS WITH ▒▒▒▒▒▒ ON OR ABOUT THE DATE IN QUESTION AND THOMPSON ADMITTED THAT JOSHUA BUNNER WAS THERE ALSO.  KEVIN THOMPSON INDICATED IN HIS INTERVIEW THAT THE SEXUAL ACTIVITY BETWEEN HE AND ▒▒▒▒▒▒ WAS CONSENSUAL AND NOT

-------------------------------------------------------------------------------------
                    *printed by Employee Id #: 8557  on  April 25, 2016 11:05:24AM*
-------------------------------------------------------------------------------------

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF

P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E        PAGE   2
CASE NO. 98041883      SUPPLEMENT   8   O F F E N S E   R E P O R T        CASE NO. 98041883
                                                      DISPOSITION: CLEARED BY ARREST

FORCED AS REPORTED BY [redacted].
    ON OR ABOUT 9-14-98, I CONFERRED WITH SGT. NEIGHBORS CONCERNING HOW
KEVIN THOMPSON WAS TO BE PROCESSED BASED ON THE FACT THAT HE WAS NOW AN
ADULT, BUT THAT HE WAS A JUVENILE AT THE TIME THE CRIME WAS COMMITTED.
SGT. NEIGHBORS INFORMED ME THAT THOMPSON SHOULD THEREFORE BE PROCESSED
AS A JUVENILE.  I ASKED SGT. NEIGHBORS IF IT WAS PERMISSIBLE TO PROCESS
THOMPSON AT THE JAIL AND THEN RELEASE HIM TO HIS FATHER AND SGT. NEIGHBORS
INFORMED ME THAT THIS WAS OKAY.
    ON 9-14-98, KEVIN THOMPSON WAS BROUGHT TO THE SHERIFF'S OFFICE BY HIS
FATHER AND ALSO ATTORNEY MICHAEL SALNICK.  I TOOK THOMPSON TO THE JAIL
WHERE HE WAS PHOTOGRAPHED AND PRINTED AND THEN RELEASED BACK TO HIS FATHER'S
CUSTODY.  CASE REMAINS CLEARED BY ARREST.
    FOR VERBATIM STATEMENT OF KEVIN THOMPSON'S INTERVIEW, PLEASE REFER TO
THE VIDEO TAPE ON FILE IN THE SHERIFF'S OFFICE EVIDENCE ROOM.
DET. ARNOLD/3553
RAMIREZ/4213/9-30-98

------------------------------------------------------------------------------
                        *printed by Employee Id #: 8557  on  April 25, 2016 11:05:24AM*
------------------------------------------------------------------------------

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF

GM_00774

```
             P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E        PAGE   1
     CASE NO. 98041883      SUPPLEMENT   9   O F F E N S E   R E P O R T         CASE NO. 98041883
                                                            DISPOSITION: CLEARED BY ARREST
                                                               DIVISION: DETECTIVE
911: N                      C O N F I D E N T I A L
SEXUAL BATTERY                        *              *              *
SIGNAL CODE:       CRIME CODE:   NON CRIME CODE:    CODE: 110A 12/03/98    WEDNESDAY
ZONE: B71 GRID:      DEPUTY I.D.:   3553 NAME: ARNOLD     ASSIST:   TIME D 1603 A 1618 C 1705
OCCURRED BETWEEN DATE: 02/28/98 , 1630 HOURS AND  DATE:    , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION:                              APT. NO.:
          CITY:                     STATE:        ZIP:


NO. OFFENSES: 01 NO. OFFENDERS: 02 NO. VEHICLES STOLEN:  0  NO. PREMISES ENTERED:  0
LOCATION: PARK / WOODLANDS / FIELD
NO. VICTIMS: 01 NO. ARRESTED:  1  FORCED ENTRY: 0 WEAPON TYPE: HANDS / FISTS / FEET

OFFENSE NO. 1  FLORIDA STATE STATUTE:  794 011     CIS CODE 110A
  ..


         I RECEIVED A LETTER FROM ASA TERESA BOWMAN CONCERNING THE FILING
      DISPOSITION ON THIS CASE.  BOWMAN'S LETTER SAID THAT THIS CASE IS NO FILED
      DUE TO THE VICTIM'S LACK OF CREDIBILITY AND NO SUBSTANTIAL LIKELIHOOD OF
      SUCCESS AT TRIAL.  A COPY OF THIS LETTER HAS BEEN FORWARDED TO CENTRAL
      RECORDS.
      DET. ARNOLD/3553
      RAMIREZ/4213/12-8-98


---------------------------------------------------------------------------------
                           printed by Employee Id #: 8557  on  April 25, 2016 11:05:24AM
---------------------------------------------------------------------------------
```

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF