**EXHIBIT D**

```
Date:   4/25/16           ROYAL PALM BEACH POLICE DEPARTMENT         Page:         1
Time:   8:52:02                      Offense Report                  Program: CMS301L
--------------------------------------------------------------------------------
Day Of Week     . : Sunday              Report Date   . : 6/10/01 21:25
Occur From Date:  6/10/01 21:00         Occur To Date  : 6/10/01 21:05
Dept Class . .  : BURGLARY - Non-Vehicle
Street Number   :
City . . . . .  :
Zone/division   : Zone One (1)  (No of Okee)
Location Type   : APARTMENT/CONDO       Case Status   . : EXCEPTIONALLY CLEARED
Report Officer  : WOOD, FRANK           Supervisory Emp: HUGHES, THOMAS  6/17/01
Case Status Dt  : 8/21/01

************ C A S E    M A N A G E M E N T    I N F O R M A T I O N *************
Case Number   . : 1-01-002214           Dept Class . . : BURGLARY - Non-Vehicle
Case Status   . : EXCEPTIONALLY CLEARED Case Status Dt : 8/21/01
Investigator  . : KACZOR, K.

                        ***ASSIGNMENT HISTORY***
Case Number   . : 1-01-002214           Dept Unit  . . : DETECTIVE
Investigator  . : KACZOR, KENNETH       Supervisor . . : ROBKIN, ROBERT
Assignment Date: 6/19/01

********************* O F F E N S E      R E P O R T  #   1 ******************
State Class   . : Burglary  - Non-Vehicle
Attmpt/Committ  : Committed             Statute/Ordin  : 810.02(4B)
Forced Entry .  : Yes                   Premises Enter : 1
Structure Occup: Unoccupied

********************* O F F E N S E      R E P O R T  #   2 ******************
State Class   . : Assault Simple        Attmpt/Committ : Committed
Statute/Ordin   : 784.03(1A)            Weapon Type  . : Hands/Fists/Feet

********* O F F E N S E    P R I M A R Y    R E L A T I O N S H I P S ***********
Offense #:   001 Burglary  - Non-Vehicle / / 810.02(4B)
    Name #...:   001     (SUSP) UNKNOWN,
    Name #...:   001     (VICT) AUSTRICH, JAMES M.
Offense #:   002 Assault Simple / / 784.03(1A)
    Name #...:   001     (SUSP) UNKNOWN,
    Name #...:   001     (VICT) AUSTRICH, JAMES M.

************** S U S P E C T / A R R E S T E E    I N F O R M A T I O N -  # 1 **
Case Number   . : 1-01-002214           Prompt valid in: UNKNOWN,
City . . . . .  : ROYAL PALM BEACH, FL 33411
Home Phone No.  : 561/000-0000          Business Phone : 561/000-0000
Race . . . . .  : Unknown               Sex  . . . . . : Unknown
Ethnic Origin   : Hispanic

************** W I T N E S S    I N F O R M A T I O N -  # 1 *******************
Case Number   . : 1-01-002214           Last Name  . . : PERKINS JR, JOHN MARTIN
Street Number   :
City . . . . .  :
County . . . .  : PALM BEACH            Home Phone No. :
Business Phone  :                       Birth Date . . :
Birth Country   : Unknown
Oper Lic No. .  : P625473824200  FL United States
Race . . . . .  : White                 Sex  . . . . . : Male
```

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF
GM_00780

```
Date:  4/25/16           ROYAL PALM BEACH POLICE DEPARTMENT            Page:         2
Time:  8:52:02                      Offense Report                     Program: CMS301L
```

1-01-002214  (Continued)

Ethnic Origin   : WHITE

************** V I C T I M    I N F O R M A T I O N  - # 1 ********************
Case Number    : 1-01-002214          Prompt valid in: AUSTRICH, JAMES MICHAEL
Street Number  :
City . . . . . :
County . . . . : PALM BEACH           Home Phone No. :
Business Phone : 561/000-0000         Birth Date . . :
Birth Country  : Unknown              Oper Lic Cntry : Unknown
Race . . . . . : White                Sex  . . . . . : Male
Ethnic Origin  : WHITE                Victim Type  . : Adult

********* O T H E R     P E R S O N   I N F O R M A T I O N  - # 1 *********
Case Number    : 1-01-002214          Last Name  . . : ROBERTS, VIRGINIA L
Person Type  . : OTHER PERSON
Street Number  :
City . . . . . :
County . . . . : PALM BEACH           Home Phone No. :
Business Phone :                      Birth Date . . :
Birth Country  : Unknown              Oper Lic Cntry : Unknown
Race . . . . . : White                Sex  . . . . . : Female
Ethnic Origin  : WHITE                Height . . . . : 506
Weight . . . . : 103

**************************** N A R R A T I V E    # 1 ****************************
Original Report          Reported By: WOOD, FRANK T.                    6/10/01
                         Entered By.: JARRETT, DAWN M.                  6/21/01

     ON SUNDAY, JUNE 10, 2001 AT APPROXIMATELY 2124 HOURS, I
RESPONDED TO ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ IN
REFERENCE TO A BATTERY COMPLAINT. UPON MY ARRIVAL I MET WITH THE
VICTIM JAMES MICHAEL AUSTRICH.          AUSTRICH STATED THAT HIS
EX-FIANCE VIRGINIA ROBERTS, WHO ALSO RESIDES AT THE ABOVE LISTED
ADDRESS, BROUGHT HER FRIEND ANTHONY TO THE APARTMENT.  AUSTRICH AND
UNKNOWN SUSPECT ANTHONY DIDN'T GET ALONG.  THE SUSPECT THEN BECAME
VERBALLY ABUSIVE TO AUSTRICH.  AUSTRICH THEN TOLD ANTHONY TO LEAVE
THE APARTMENT.  ANTHONY THEN BECAME AGITATED AND AGAIN AUSTRICH TOLD
HIM TO LEAVE.  AUSTRICH'S FRIEND JOHN PERKINS WAS PRESENT DURING THE
ALTERCATION AND STATED IN A SWORN WRITTEN STATEMENT THAT HE ALSO TOLD
ANTHONY TO LEAVE THE APARTMENT.  PERKINS WAS IN FEAR THAT AUSTRICH
AND ANTHONY WERE GOING TO FIGHT.  ANTHONY FINALLY LEFT THE
APARTMENT.  AUSTRICH GOT THE APARTMENT DOOR CLOSED ANTHONY THEN
REOPENED THE DOOR AND ENTERED THE APARTMENT WITHOUT AUSTRICH'S
PERMISSION, AND PUNCHED AUSTRICH ON THE LEFT SIDE OF HIS FACE WITH A
CLOSED FIST CAUSING MINOR SWELLING AND A LARGE RED MARK.  PERKINS
THEN WENT TO THE TELEPHONE AND CALLED POLICE.  ANTHONY OBSERVED
PERKINS ON THE TELEPHONE AND FLED THE SCENE PRIOR TO MY ARRIVAL.

     AUSTRICH ALSO PROVIDED ME WITH A SWORN WRITTEN STATEMENT.  I
ASKED AUSTRICH IF HE NEEDED MEDICAL TREATMENT?  AUSTRICH VERBALLY
STATED THAT HE DID NOT NEED ANY MEDICAL TREATMENT.

                                             CERTIFIED
                                           TO BE A TRUE COPY
                                        RIC L. BRADSHAW, SHERIFF

GM_00781

```
---------------------------------------------------------------------------
Date:  4/25/16            ROYAL PALM BEACH POLICE DEPARTMENT       Page:       3
Time:  8:52:02                     Offense Report              Program: CMS301L
---------------------------------------------------------------------------
```

                                                    1-01-002214  (Continued)
*************************** N A R R A T I V E    # 2 ***************************
SUPPLEMENT                    Reported By: WOOD, FRANK T.                 6/16/01
                              Entered By.: JARRETT, DAWN M.               6/21/01

    SINCE 6/10/01 NUMEROUS ATTEMPTS BY TELEPHONE AND IN PERSON HAVE BEEN MADE TO GET MORE SUSPECT INFORMATION. NOR JAMES AUSTRICH, JOHN PERKINS, AND OR VIRGINIA ROBERTS HAVE BEEN AT THE RESIDENCE OR ANSWERING MY TELEPHONE MESSAGES, AT THIS TIME I WISH CLASSIFY THIS CASE AS INACTIVE DUE TO SUSPECTS LACK OF COOPERATION.

*************************** N A R R A T I V E    # 3 ***************************
SUPPLEMENT                    Reported By: KACZOR, KENNETH A.             8/14/01
                              Entered By.: KACZOR, KENNETH A.             8/14/01
                              Reviewed By: PERVENECKI, DAVID A.           8/21/01

I have attempted contact with the victim numerous times and have been unsuccessful. Messages left with roommates have been ignored and the victim has refused to call me regarding this case. This case is exceptionally cleared due to the victim's lack of cooperation.

* * * * * * * * * * * * * * * * END OF REPORT * * * * * * * * * * * * * * * * *

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF

GM_00782