# EXHIBIT E

```
Date:  4/25/16              ROYAL PALM BEACH POLICE DEPARTMENT           Page:         1
Time:  8:51:59                       Offense Report                      Program: CMS301L
-------------------------------------------------------------------------------------
Day Of Week   . : Friday                  Report Date  . : 8/03/01 23:43
Occur From Date: 8/03/01 20:00            Occur To Date  : 8/03/01 23:42
Dept Class . . : THEFT/LARCENY
Street Number  : HIDDEN HARBOR, ▮▮▮▮▮▮
City . . . . . : ROYAL PALM BEACH, FL 33411
Zone/division  : Zone Two (2) (So of Okee/E thr Wil)
Location Type  : APARTMENT/CONDO          Case Status  . : OPEN / NOT ACTIVE
Report Officer : LLEWELLYN, CRAIG         Supervisory Emp: MURPHY, THOMAS  8/06/01
Case Status Dt : 8/03/01

************ C A S E    M A N A G E M E N T    I N F O R M A T I O N *************
Case Number   . : 1-01-003008             Dept Class . . : THEFT/LARCENY
Case Status   . : OPEN / NOT ACTIVE       Case Status Dt : 8/03/01

******************** O F F E N S E       R E P O R T  #   1 ********************
State Class   . : Larceny - From Building
Attmpt/Committ : Committed                Statute/Ordin  : 812.014(2C1)

********* P R O P E R T Y    I N F O R M A T I O N    #   1 ********************
Category . . . : STOLEN                   UCR Prop Type  : CURRENCY, NOTE, ETC.
Quantity . . . : 5                        Description  . : US CURRENCY
Value    . . . : 500.00                   Property type  : CURRENCY/NEGOTIABLE

************** S U S P E C T / A R R E S T E E    I N F O R M A T I O N - # 1 **
Case Number   . : 1-01-003008             Prompt valid in: UNKNOWN,
City . . . . . : ROYAL PALM BEACH, FL 33411
Home Phone No. : 561/000-0000             Business Phone : 561/000-0000
Race . . . . . : Unknown                  Sex  . . . . . : Unknown
Ethnic Origin  : Hispanic

************** V I C T I M    I N F O R M A T I O N  - # 1 *******************
Case Number   . : 1-01-003008             Prompt valid in: ROBERTS, VIRGINIA L
Street Number  : ▮▮▮▮▮▮
City . . . . . : ROYAL PALM BEACH, FL 33411
County . . . . : PALM BEACH
Business Phone : 561/714-5252
Birth Country  : Unknown
Race . . . . . : White
Ethnic Origin  : WHITE
Weight . . . . : 103                      Victim Type  . : Juvenile

********* O T H E R      P E R S O N     I N F O R M A T I O N - # 1 *********
Case Number   . : 1-01-003008             Last Name  . . : FIGUEROA, ANTHONY L
Person Type   . : OTHER PERSON
Street Number  : ▮▮▮▮▮▮
City . . . . . : ROYAL PALM BEACH, FL 33411
County . . . . : PALM BEACH
Business Phone : 561/000-0000
Birth Country  : Unknown                  Oper Lic Cntry : Unknown
Race . . . . . : White                    Sex  . . . . . : Male
Ethnic Origin  : WHITE                    Juvenile . . . : ADULT

********* O T H E R      P E R S O N     I N F O R M A T I O N - # 2 *********
Case Number   . : 1-01-003008             Last Name  . . : SWITZER, KYLE M
```

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF

GM_00777

```
------------------------------------------------------------------------
Date:   4/25/16              ROYAL PALM BEACH POLICE DEPARTMENT           Page:        2
Time:   8:51:59                       Offense Report                      Program: CMS301L
------------------------------------------------------------------------

                                                    1-01-003008  (Continued)

Person Type    . : OTHER PERSON
Street Number  : ████████████████
City . . . . . : ROYAL PALM BEACH, FL 33411
County . . . . : PALM BEACH
Birth Date . . : ████████████           Birth Country  : Unknown
Oper Lic No. . : ████████████ FL United States
Race . . . . . : White                  Sex  . . . . . : Male
Ethnic Origin  : WHITE

********* O T H E R     P E R S O N      I N F O R M A T I O N  - # 3 *********
Case Number    . : 1-01-003008          Last Name  . . : RIGEL, DUSTIN
Person Type    . : OTHER PERSON
Street Number  : ████████████████
City . . . . . : LOXAHATCHEE, FL 33470
County . . . . : PALM BEACH
Business Phone : 561/000-0000
Birth Country  : Unknown                Oper Lic Cntry : Unknown
Race . . . . . : White                  Sex  . . . . . : Male
Ethnic Origin  : WHITE

********* O T H E R     P E R S O N      I N F O R M A T I O N  - # 4 *********
Case Number    . : 1-01-003008          Last Name  . . : JEFFERSON, CRAIG
Person Type    . :
Street Number  :
City . . . . . :
County . . . . :
Business Phone :
Birth Country  :
Race . . . . . :
Ethnic Origin  :

********* O T H E R     P E R S O N      I N F O R M A T I O N  - # 5 *********
Case Number    . : 1-01-003008          Last Name  . . : URVIS, SCOTT
Person Type    . :
Street Number  :
City . . . . . :
County . . . . :
Business Phone :
Birth Country  :
Race . . . . . :
Ethnic Origin  :

********* O T H E R     P E R S O N      I N F O R M A T I O N  - # 6 *********
Case Number    . : 1-01-003008          Last Name  . . : RISDEN, RICHARD ARTHUR
Person Type    . : OTHER PERSON
Street Number  : ████████████████
City . . . . . : ROYAL PALM BEACH, FL 33411
County . . . . : PALM BEACH             Home Phone No. : ████████████
Business Phone : 561/000-0000           Birth Date . . : ████████████
Birth Country  : Unknown
Oper Lic No. . : ████████████ FL United States
Race . . . . . : White                  Sex  . . . . . : Male
```

CERTIFIED TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF

GM_00778

```
Date:  4/25/16              ROYAL PALM BEACH POLICE DEPARTMENT              Page:        3
Time:  8:51:59                         Offense Report                       Program: CMS301L
```

                                                  1-01-003008  (Continued)
Ethnic Origin : WHITE             Height . . . . : 511
Weight . . . . : 160

************************ N A R R A T I V E   # 1 ****************************
Original Report              Reported By: LLEWELLYN, CRAIG R.           8/03/01
                             Entered By.: JARRETT, DAWN M.              8/16/01

   ON 080301 AT 2343 HOURS I WAS DISPATCHED TO [REDACTED] IN REFERENCE TO A SUSPICIOUS INCIDENT. UPON ARRIVAL I MADE CONTACT WITH VIRGINIA ROBERTS AND ANTHONY FIGUEROA THE RESIDENTS OF [REDACTED]. V. ROBERTS STATED THAT EARLIER IN THE EVENING SHE HAD SEVERAL PEOPLE VISITING HER AND A. FIGUEORA. V. ROBERTS STATED THAT WHILE THE PEOPLE WHERE IN HER APARTMENT, ONE OF THEM WENT INTO HER BEDROOM AND REMOVED $500.00 CASH FROM HER WALLET. V. ROBERTS STATED THAT SHE DOES NOT KNOW WHICH OF HER VISITORS TOOK THE MONEY. A. FIGUEROA STATED THAT V. ROBERTS WALLET WAS LOCATED IN A POCKET OF A SHIRT WHICH WAS INSIDE THE CLOSET OF THE MASTER BEDROOM. A. FIGUEROA STATED THAT HE SPOKE TO ALL OF THE VISITORS ABOUT THE MISSING MONEY, AND THAT NO ONE ADMITTED TO TAKING IT. V. ROBERTS AND A. FIGUEROA STATED THAT SEVERAL OF THE VISITORS HAD ALREADY LEFT PRIOR TO MY ARRIVAL, AND THAT THEY COULD NOT PROVIDE NAME OR CONTACT INFORMATION FOR THOSE THAT ALREADY LEFT.

   I THEN MADE CONTACT WITH THE REMAINING VISITORS RICHARD RISDEN, SCOTT ORVIS, CRAIG JEFFERSON, DUSTIN RIGEL, AND KYLE SWITZER, A RESIDENT OF [REDACTED] ALL INDIVIDUALS STATED THAT THEY WERE NOT RESPONSIBLE FOR TAKING THE MONEY NOR DID ANY OF THEM KNOW WHO TOOK IT.

   I TOOK THE NECESSARY INFORMATION FROM V. ROBERTS AND A. FIGUEROA AND PROVIDED ME WITH A VICTIM'S RIGHTS SHEET THAT CONTAINED A CASE NUMBER. NO FURTHER SUSPECT INFORMATION AT TIME OF REPORT.

* * * * * * * * * * * * * * END OF REPORT * * * * * * * * * * * * * * * * * *

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF

GM_00779