# EXHIBIT F



```
                        IN THE COUNTY COURT,                              994U X
         IN AND FOR PALM BEACH COUNTY, FLORIDA (CRIMINAL DIVISION)

CASE NO. 02011621MM A02KK       ARREST NO.  0       0           CAPIAS
GREENACRES
```

TO ALL AND SINGULAR THE SHERIFFS OF THE STATE OF FLORIDA, GREETING:

YOU ARE HERE COMMANDED TO TAKE
          VIRGINIA LEE ROBERTS

ADDRESS: ███████████████████████████████████████

    RACE: WHITE      SEX: FEMALE   ████████████████   HEIGHT:         WEIGHT:

IF SUCH PERSON BE FOUND IN YOUR COUNTY, ARREST AND SAFELY KEEP SO THAT YOU
HAVE SUCH PERSON BEFORE A JUDGE OF THE COUNTY COURT, IN AND FOR PALM BEACH
COUNTY, FLORIDA (CRIMINAL DIVISION) TO ANSWER UNTO THE STATE OF FLORIDA FOR

     FAILURE TO APPEAR   FOR ARRAIGNMENT                    ON 06/18/02

     812.014        PETIT THEFT

APPEARANCE BOND SET BY COURT ORDER AT $         O.R.

                              DONE THIS 22 DAY OF JUNE          , 2002.

                              ------------------------------------
                                           JUDGE

EXECUTED ON THE     DAY OF          ,        , BY ARRESTING THE WITHIN NAMED.

                              EDWARD W. BIELUCH, SHERIFF
                                                              RECALLED
                              BY ------------------------------- WAS SCANNED
                                           DEPUTY SHERIFF
                                                              MAY 26 2009

                                                              GM_00803

IN THE COUNTY COURT,
IN AND FOR PALM BEACH COUNTY, FLORIDA (CRIMINAL DIVISION)

9940 X

CASE NO. 02011621MM A02KK    ARREST NO. 0    0    CAPIAS
GREENACRES

TO ALL AND SINGULAR THE SHERIFFS OF THE STATE OF FLORIDA, GREETING:

YOU ARE HERE COMMANDED TO TAKE
VIRGINIA LEE ROBERTS

ADDRESS: ▮▮▮▮▮

RACE: WHITE    SEX: FEMALE    ▮▮▮▮▮    HEIGHT:    WEIGHT:

IF SUCH PERSON BE FOUND IN YOUR COUNTY, ARREST AND SAFELY KEEP SO THAT YOU HAVE SUCH PERSON BEFORE A JUDGE OF THE COUNTY COURT, IN AND FOR PALM BEACH COUNTY, FLORIDA (CRIMINAL DIVISION) TO ANSWER UNTO THE STATE OF FLORIDA FOR

FAILURE TO APPEAR   FOR ARRAIGNMENT                    ON 06/18/02

812.014    PETIT THEFT

APPEARANCE BOND SET BY COURT ORDER AT $       O.R.

STATE OF FLORIDA • PALM REACH COUNTY
I hereby certify that the foregoing is a true copy of the record in my office with redactions, if any, as required by law.
THIS ___ DAY OF May 14 ___, 10
SHARON R. BOCK
CLERK & COMPTROLLER
By _____
DEPUTY CLERK

DONE THIS 22 DAY OF JUNE , 2002

_____
JUDGE

EXECUTED ON THE     DAY OF     ,     , BY ARRESTING THE WITHIN NAMED.

PBSO-WARRANTS
2002 JUL -5 AM 8:54
RECEIVED

EDWARD W. BIELUCH, SHERIFF

BY _____
       DEPUTY SHERIFF

RECALLED
MAY C 26 2009
SCANNED
MAY 26 2009

2009 MAY 22 PM 4:30
PALM BEACH COUNTY FLORIDA
COUNTY CRIMINAL

GM_00804
DT

# OFFENSE REPORT

**Juvenile** ☐    1. Original ☒    2. Supplement ☐

Incident # ____

**Agency ORI Number:** FLO 501200
**GREENACRES DEPT. OF PUBLIC SAFETY**
**Agency Report Number:** 02-4029

**Reported:** Day MON  Date 03/04/02  Time (mil) 1100  Time Dispatched 1105  Time Arrived 1117  Time Completed 1137

**Incident Type:** 1. Felony ☐  2. Traffic Felony ☐  3. Misdemeanor ☒  4. Traffic ☐  5. Ordinance ☐  9. Other ☐

**Incident:** Day SUN  Date 03/03/02  Time 1945  To: —

| # | Type | Description | Attempted/Committed | Statute Violation No. | NCIC/UCR Code |
|---|---|---|---|---|---|
| #1 | 1 | Grand Theft | C | 812.014 112.C.1 | 2306 |
| #2 | | | | | |

**Incident Location:** 3887 Jog Rd, Greenacres, FL 33463   **Geographic Indicator:** Z-3
**Business Name/Area Identifier:** Roadhouse Grill
**Forced Entry:** 0. N/A ☒   **Occupancy:** 1. Occupied ☒

**Location Type:** 99 (Other)

**# Offenses:** 01  **# Victims:** 01  **# Offenders:** 01  **# Prem. Ent.:** 00  **# Veh. Stolen:** 00  **Type Weapon:** 00 N/A  **Extent of Injury:** 0 None

## VICTIM/WITNESS

**Offense Indicator:** 1  **V/W Code:** V  **V. Type:** 4  **Name:** Roadhouse Grill
**Address:** 3887 Jog Rd, Greenacres, FL 33463  **Business Phone:** 561-965-7182
**Other Contact Info:** Jamie A. Melanson (Manager on duty)  **Synopsis of Involvement:** Victim
**Race:** N  **Sex:** N  **DOB:** N/A  **Res. Type:** 0  **Res. Status:** 0  **Extent of Injury:** 0  **Injury Type:** 00  **Relationship:** 00

## SUSPECT

**Offense Indicator:** 1  **Suspect Code:** S  **Code #:** 1  **Name:** Roberts, Virginia Lee  (See R.A.)

**Race:** W  **Sex:** F

**Report Contains:**

**Officer Reporting:** Rubin  **I.D. Number:** 1523  **Unit:** U/P  **Date:** 03/04/02
**SUPERVISOR:** [signature]  **Approved** ☒  **Correction Needed** — Circled  CIU JR

**Case Status:** Pending  **Clearance Type:** 1. Arrest

CERTIFIED TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF

GM_00805

# ARREST / NOTICE TO APPEAR
## Juvenile Referral Report

| OBTS Number | | 1. Arrest  3. Request for Warrant | Juvenile |
|---|---|---|---|
| | | 2. N.T.A.  4. Request for Capias  **3** | |

| Agency ORI Number | Agency Name | Agency Report Number (N.T.A.'s only) | If Weapon Seized | Multiple Clearance Indicator |
|---|---|---|---|---|
| FLO 5,0,1,2,0,0 | GREENACRES DEPT. OF PUBLIC SAFETY | 4,2,1-0,2,1-4,0,2,9 | | |

**Charge Type:** ☒ 1. Felony   ☐ 3. Misdemeanor   ☐ 5. Ordinance   ☐ 2. Traffic Felony   ☐ 4. Traffic Misdemeanor   ☐ 6. Other

**Location of Arrest:** 
**Location of Offense:** Roadhouse Grill, 3857 Jog Rd, Greenacres, FL 33463

**Name (Last, First, Middle):** Roberts, Virginia Lee

**Race:** W   **Sex:** F   **Height:** 5'7"

**Marital Status:** Single   **Religion:** Unknown

**Indication of Alcohol Influence / Drug Influence:** Unk ☒

**Residence Type:** 2

**Permanent Address:** Same

**Business Address:** 3857 Jog Rd, Greenacres, FL 33463

**Occupation:** Server

### Charges

| Charge Description | Counts | Domestic Violence | Statute Violation Number | Violation of ORD # |
|---|---|---|---|---|
| Grand Theft | 1 | ☐Y ☒N | 911.2,10,1,4,1,1,2,C,1,1 | |
| Drug Activity: N   Drug Type: N   Amount/Unit: N/A | | | | |

CERTIFIED TO BE A TRUE COPY BRADSHAW SHERIFF

GM_00806

| | | |
|---|---|---|
| OBTS Number | PROBABLE CAUSE AFFIDAVIT | 1. Arrest   3. Request for Warrant / 2. N.T.A.   4. Request for Copies  [3] Juvenile |

**ADMIN**

Agency ORI Number: FLO 5 0 1 2 0 0
Agency Name: GREENACRES DEPT. OF PUBLIC SAFETY
Agency Report Number: 4 2 - 0 3 - 4 0 2 9 - 0

Charge Type (Check as many as apply): [X] 1. Felony  [ ] 2. Traffic Felony  [ ] 3. Misdemeanor  [ ] 4. Traffic Misdemeanor  [ ] 5. Ordinance  [ ] 6. Other

Special Notes:

**DEF**

Name (Last, First, Middle): Roberts, Virginia Lee
Alias:
Race: W   Sex: F   Date of Birth: 08/0_/_3

**CHARGES**

Charge Description: Grand Theft
Charge Description:
Charge Description:
Charge Description:

**VICTIM**

Victim's Name (Last, First, Middle): Roadhouse Grill
Race: N   Sex: N   Date of Birth: N/A
Local Address: Same as below
Business Address: 3887 Jog Rd   (City) Greenacres   (State) FL   (Zip) 33413   Phone (561) 965-7184   Occupation: Food Service

**PROBABLE CAUSE STATEMENT**

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law. The Person taken into custody...
[ ] committed the below acts in my presence.
[ ] confessed to _____ admitting to the below facts.
[ ] was observed by _____ who told _____ that he/she saw the arrested person commit the below acts.
[X] was found to have committed the below acts, resulting from my (described) investigation.

On the __3__ day of __March__ 20_03_ at _7:45_ [ ] A.M. [X] P.M. (Specifically include facts constituting cause for arrest.)

On 03/04/03 at 1145 hours I was dispatched to 3887 Jog Rd. in reference to a theft. Upon my arrival I made contact with Jane A. McKean, manager of Roadhouse Grill. Jane stated that at approximately 1245 hours an employee (server) W/F Virginia L. Roberts 08/09/83 left her duty with money in sum of $313.84, which was to be turned in for pick up inside at the restaurant. Roberts was not given permission to leave with money, and several attempts were made to contact her at home with negative results.

I talked to Jane and she stated the server was responsible for turning in all money received in purchases during their shift at the end of the shift. The total amount of money was kept track of by computer from sales made by Roberts throughout the evening. Jane also stated that Roberts boyfriend an unknown W/M made several phone calls to her throughout the night. At the about 9 pm time Roberts left work with the boyfriend.

The total value taken was $313.84 cash money in U.S. Currency.

Best Legible Copy

**ADMINISTRATIVE**

STATE OF FLORIDA
COUNTY OF PALM BEACH
THE FOREGOING INSTRUMENT WAS SWORN TO AND SUBSCRIBED BEFORE ME THIS __03/04/03__ (DATE) BY __P.O. Roberts #1515__
WHO IS PERSONALLY KNOWN TO ME.

_Powell #1441_
NOTARY PUBLIC / CLERK OF COURT / OFFICER (F.S.S. 117.10)

SIGNATURE OF ARRESTING / INVESTIGATING OFFICER
P.O. Roberts, J.
NAME OF OFFICER (PLEASE PRINT)

CERTIFIED TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF
GM-00807

PAGE 1 OF 1

F4271  REV. 11/00   DISTRIBUTION: WHITE — Court Copy   GREEN — State Attorney   YELLOW — Agency   PINK — Agency

# VEHICLE/PROPERTY REPORT
## GREENACRES DEPT. OF PUBLIC SAFETY

Agency ORI Number: 501200 FLO
Original Date Reported: 03 04 02
Agency Report Number: 02-4029

**Property:**
- Person Code: V, Item #: 1, Status: 1, Damage: 0, Property Type: U, Quantity: 313.84, Name: Cash, Brand: U.S. Currency
- Value: 3,131.84

WILL PROSECUTE? ☒ YES ☐ NO  SIGNATURE x

Officer(s) Reporting: Rubin
ID Number: 1523
Unit: U/P
Date: 03/04/02

CERTIFIED TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF

Page 2 of 2

GM_00808

# GREENACRES DEPARTMENT OF PUBLIC SAFETY

2995 JOG ROAD, GREENACRES, FLORIDA 33467
(561) 642-2160

## WITNESS STATEMENT

VICTIM ___    WITNESS _X_         CASE NUMBER: 02-4029
DATE: 3/4/02                       TIME: 11:15

NAME: JAMIE A. MELANSON            DOB: 8/24/76
ADDRESS: [redacted]
WORK PHONE: [redacted]             HOME PHONE: [redacted]
E-MAIL: [redacted]                 CELL PHONE: [redacted]

I, JAIMIE A. MELANSON, do hereby make the following voluntary statement without threat, coercion, offer or favor by any persons whatsoever:

Virginia Roberts left in the middle of her shift on the night of 3/3/02 at approximatley @ 7:45 ish. She left with a money amount of $314.00 of Roadhouse Grill's money. I'm under the assumption that her boyfriend came up to the restaraunt and left with her. He called periodically through the night about 5 times.

Sworn to and subscribed before me,           I swear/affirm the above and/or attached
this  4  day of March , 2002 by              statements are correct and true.
PSO [signature] 1523                         Signature: [signature]
Notary public/Law Enforcement Officer                     Victim/Witness

                                             CERTIFIED
                                             TO BE A TRUE COPY

Page _1_ of _1_
Distribution: White – Records, Yellow – Filing Packet or Criminal Investigations Unit
RIC L BRADSHAW, SHERIFF

GM_00809