# EXHIBIT G

```
                    PALM BEACH COUNTY SHERIFF'S OFFICE              PAGE    1
   CASE NO. 02075321                  OFFENSE REPORT              CASE NO. 02075321
                                                        DISPOSITION: ZULU
                                                        DIVISION: ROAD PATROL

CIVIL MATTER              *                *                *
SIGNAL CODE: 66    CRIME CODE:    NON CRIME CODE: CC   CODE: 9566  06/02/02    SUNDAY
ZONE: A81 GRID: 3C21   DEPUTY I.D.:  6933 NAME: WIKSE JOHN   ASSIST:   TIME D 2148 A 2159 C 2249
OCCURRED BETWEEN DATE: 06/02/02 , 2148 HOURS AND  DATE:          , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION:  ███████████████████████     APT. NO.:
            CITY: ████████        STATE: FL   ZIP: 33470

NO. OFFENSES: 00 NO. OFFENDERS: 00 NO. VEHICLES STOLEN:  0  NO. PREMISES ENTERED:  0
LOCATION:
NO. VICTIMS: 00 NO. ARRESTED:  0  FORCED ENTRY: 0


NAME LIST:
    ROLE:
OTHER              PHILLIP E RATCLIFFE           █████████████
RESIDENTIAL ADDRESS ████████████████████████████████████    HOME PHONE: █████████
BUSINESS PHONE: 561 000-0000
OTHER              LORRI M DEPASQUA              █████████████
RESIDENTIAL ADDRESS ████████████████████████████████████    HOME PHONE: █████████
BUSINESS PHONE: 561 000-0000
OTHER              VIRGINIA L ROBERTS            █████████████
RESIDENTIAL ADDRESS ████████████████████████████████████    HOME PHONE: █████████
BUSINESS PHONE: 561 000-0000
COMPLAINANT        ANTHONY L FIGUEROA            █████████████
RESIDENTIAL ADDRESS ████████████████████████████████████    HOME PHONE: █████████
BUSINESS PHONE: 561 000-0000


        ON JUNE 2, 2002 AT 2148 HOURS, I WAS DISPATCHED TO ████████████
        ████████████, FLORIDA IN REFERENCE TO A REPORT OF A CIVIL DISPUTE.
        UPON ARRIVAL, I MET WITH WHITE FEMALE, VIRGINIA L. ROBERTS, DATE OF BIRTH
        ████████ AND WHITE MALE, ANTHONY L. FIGUEROA, DATE OF BIRTH ████████ WHO WERE
        STANDING AT THE END OF THE DRIVEWAY ACCESS TO THE PROPERTY.
        THERE WAS A PILE OF PERSONAL EFFECTS (I.E. A LAMP, CLOTHING AND OTHER
```

---
                                                    printed by Employee Id #: 8557 on April 22, 2016 03:09:29PM
---

**CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF**

```
                    PALM BEACH COUNTY SHERIFF'S OFFICE            PAGE   2
CASE NO. 02075321                  OFFENSE REPORT          CASE NO. 02075321
                                                           DISPOSITION: ZULU
```

MISCELLANEOUS ITEMS) NEXT TO THEM.

VIRGINIA EXPLAINED THAT THEY HAD BEEN LIVING AT THE RESIDENCE FOR APPROXIMATELY FOUR MONTHS AND THAT THEY HAD MADE AN AGREEMENT WITH THE LANDLORD TO VACANT THE PROPERTY AS OF 060102. SHE CONCLUDED BY STATING THEY HAD TRANSPORTED ONE LOADED OF THEIR BELONGINGS AND HAD RETURNED FOR THE REMAINING ITEMS WHEN THEY FOUND THEM AT THE END OF THE DRIVEWAY IN DAMAGE CONDITION. ADDITIONALLY, THEY HAD LEFT A MATTRESS THAT WAS NOW BURNING ON THE PROPERTY.

I WENT OUT TO THE PROPERTY AND MADE CONTACT WITH THE LANDLORD, A WHITE MALE, PHILLIP E. RADCLIFFE, III, DATE OF BIRTH ███████ PHILLIP STATED THAT PRIOR TO LEAVING, ANTHONY AND VIRGINIA MADE STATEMENTS SUCH AS "YOU CAN KEEP THE REST YOU BASTARD!" THIS STATEMENT AS WELL AS OTHERS WERE WITNESS BY WHITE FEMALE, LORRI M. DESPAQUA, DATE OF BIRTH ███████ PHILLIP STATED THAT THERE WAS A SUBSTANTIAL AMOUNT OF TIME SINCE THEIR DEPARTURE FROM PHILLIP. HE FELT THAT THEY HAD DISCARDED THE ITEMS SO HE PLACED THEM OUT FOR TRASH PICKUP. HE ALSO STATED THAT THE MATTRESS WAS COVERED IN CAT URINE SO HE BURNED IT FOR SANITARY PURPOSES.

ALL PARTIES WERE ADVISED THAT AN INFORMATION REPORT WILL BE COMPLETED IN REGARD TO THE INCIDENT AND EXPLANATION OF CIVIL REMEDIES WERE GIVEN.

IT SHOULD NE NOTED THAT VIRGINIA PRIOR TO LEAVING ADVISED ME THAT SHE WOULD PROVIDE ME WITH A LIST OF DAMAGE AND/OR RUIN ITEMS AS SOON AS POSSIBLE.
D/S J. WIKSE/ID 6933/TRANS: 060502/BH
DICT: 060302/1418 HRS.

```
                        printed by Employee Id #: 8557  on  April 22, 2016  03:09:29PM
```

**CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF**