# EXHIBIT 2
# (File Under Seal)

| Date 1995 Nov | Aircraft Make and Model | Aircraft Identification Mark | From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category AEROPLANE |
|---|---|---|---|---|---|---|---|---|---|
| 17 | G1159B | N908JE | CMH | PBI | | 779 | JE | | 2  0 |
| 20 | " | " | PBI | TEB | | 780 | JE, AS | | 2  2 |
| 21 | " | " | TEB | PBI | | 781 | JE, AS, EVA, Glenn, BABY, 1 Female | | 2  4 |
| 26 | " | " | PBI | TEB | | 782 | GM, Maris, GRIFFIT, AS, ALAN C RESNICKS, MR. GREENBERG, EVA, GLENN, BABY, NANNY | | 2  4 |
| 29 | " | " | TEB | CMH | | 783 | JE, SOPHIE BIDDLE, 3 MALES | | 1  3 |
| 30 | " | " | CMH | PBI | | 784 | JE, SOPHIE BIDDLE | 1/1 | 2  0 |
| Dec 3 | " | " | PBI | TEB | | 785 | JE, SOPHIE BIDDLE | | 2  2 |
| 5 | " | " | TEB | PBI | | 786 | JE, AS | | 2  3 |
| 1996 JAN | " | " | PBI | TEB | | 787 | JE, GM, GWONDOLYN BECK, DYLAN SAUMS, DAVID AMBN | | 2  1 |
| 4 | " | " | TEB | PBI | | 788 | JE, SOPHIE BIDDLE | | 2  5 |
| 9 | " | " | PBI | TEB | | 789 | JE, AS, SOPHIE BIDDLE | | 2  3 |
| 12 | " | " | TEB | PBI | | 790 | JE, GM, DESIGNER(s) | CONFIDENTIAL DR_000001 4  0 |
| 20 | " | " | PBI | SAF | | 795 | JE, GM | 1/1 | 2  0 |
| 21 | " | " | SAF | LAX | | 796 | JE, GM | 1/1 | 4  4 |
| 23 | " | " | LAX | TEB | | 797 | JE | | 2  3 |
| 25 | " | " | TEB | PBI | | 798 | JE | | 2  0 |
| 28 | " | " | PBI | CMH | | 799 | JE, GM | 1/1 | 1  0 |
| 28 | " | " | CMH | TEB | | 800 | GM JE, GM | | 2  3 |
| 31 | " | " | TEB | PBI | | 801 | JE | | 4  4  2 |

Page Total: 4/4

Amount Forward: 5822 / 5593 / GSSB 6

Total to Date: 5826 / 5597 / 6602 8

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

DEPOSITION EXHIBIT 1  6-3-16
GIUFFRE007055
CONFIDENTIAL

CONFIDENTIAL DR_000041

| Date 2000 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category AIRPLANE | GLIDER | HELICOPTER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Nov 19 | G-1159B | N908JE | BCD | TEB | | 1418 | JG, SHELLEY LEWIS | | 1 | | |
| 22 | " | " | TEB | DCA | | 1419 | JG, AP, SHELLEY LEWIS | 1/1 | 1 0 | | |
| 22 | " | " | DCA | PBI | | 1420 | JG, AP, S HELLEY LEWIS | 1/1 | 2 2 | | |
| 28 | " | " | PBI | TIST | | 1421 | JG, GM | | 2 4 | | |
| 30 | " | " | TIST | PBI | | 1422 | JG, GM | 1/1 | 2 7 | | |
| Dec 1 | " | " | PBI | DFW | | 1423 | JG, GM | 1/1 | 2 7 | | |
| 1 | " | " | DFW | ABQ | | 1423 | JG, GM, RICARDO LEGORETTA | | 1 8 | | |
| 2 | " | " | ABQ | SAF | | 1425 | REPOSITION | 1/1 | 5 | | |
| 2 | " | " | SAF | TEB | | 1426 | JG, GM | | 3 5 | | |
| 5 | " | " | TEB | LFPB | | 1427 | JG, GM, ET, KELLY SPAMM | | 6 8 | | |
| 6 | " | " | LFPB | EGGW | | 1428 | JG, GM, ET, KELLY SPAMM | 1 | 1 0 | | |
| 7 | " | " | EGGW | EGYM | | 1429 | JG, GM, KELLY SPAMM, TOM PRITZKER + FAMILY (MARSHAM DRESSAGE MEW) | | 5 | | |
| 7 | " | " | EGYM | EGSH | | 1430 | REPOSITION (NORWICH ENGLAND) SANDRINGHAM | | 4 | | |
| 9 | " | " | EGSH | CYQX | | 1431 | JG, GM, ET, KELLY SPAMM (FLOWICK SHOW ON RUNWAY) | | 5 0 | | |
| 9 | " | " | CYQX | PBI | | 1432 | JG, GM, ET, KELLY SPAMM | | 4 7 | | |
| 11 | " | " | PBI | TCB | | 1433 | JG, GM, ET, VIRGINIA | 1/1 | 2 6 | | |
| 14 | " | " | TCB | TIST | | 1434 | JG, GM, AP, VIRGINIA | 1/1 | 3 5 | | |
| 14 | " | " | TIST | PBI | | 1435 | REPOSITION FOR OPS 2 +TCAS | | 2 4 | | |
| 2000 30/1/13 | " | " | PBI | PBI | | 1436 | TCAS CERTIFICATION | 1/1 | 7 | | |
| | | | | | | | Page Total | 9/16 | 455 | | |
| | | | | | | | Amount Forward | 6342 6024 6151 | 7991 9 | 3 3 | 1/2 6 |

I certify that the statements made by me on this form are true.

_David Rodgers_

CONFIDENTIAL DR_000042

| Date 2001 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | GLIDER | HELICOPTER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN 16 | G-1159B | N908JE | PBI | LCQ | | 1437 | JG, GM, ET | 1/1 | 8 | | |
| 16 | " | " | LCQ | TCB | | 1438 | JG, GM, ET | 1/1 | 2 | | |
| 17 | " | " | TCB | PBI | | 1439 | JG, SHELLEY LEWIS | | 2 4 | | |
| 22 | " | " | PBI | TCB | | 1440 | JG, GM, ET, AP | | 2 5 | | |
| 23 | " | " | TCB | LFPB | | 1441 | JE, SHELLEY LEWIS | 1/1 | 6 7 | | |
| 25 | " | " | LFPB | CYQX | | 1442 | JE, SHELLEY LEWIS | 1/1 | 5 9 | | |
| 25 | " | " | CYQX | TEB | | 1443 | JE, SHELLEY LEWIS | | 2 7 | | |
| 26 | " | " | TEB | PBI | | 1444 | JG, GM, ET, VIRGINIA ROBERTS | | 2 4 | | |
| 18 | C172 | N1446V | PBILNA | PBFLNA | | | C172 VOUT PETE SORENSON | 2/2 | 4 | | |
| 18 | " | " | LNA | LCQ | | | B727 CLOSING N505LS | 1/1 | 2 4 | | |
| 19 | " | " | LCQ | MCO | | | INSTRUMENT NAV-INSTRUMENT COMPETENCY CHECK-SATIS SPENCE | | 2 0 | | |
| 19 | " | " | MCO | LNA | | | → | | 1 9 | | |
| 22 | G1159B | N908JE | PBI | TIST | | 1445 | JG, GM, ET, VIRGINIA ROBERTS | 1/1 | 2 4 | | |
| 30 | " | " | TIST | PBI | | 1446 | JG, GM, ET, VIRGINIA ROBERTS | 1/1 | 2 6 | | |
| FEB 3 | C-421B | N908GM | SAF | DFW | | | JONATHAN MONK - FAR 61.3)(G) SATISFACTORY QUALIFICATION FL270 | | 3 0 | | |
| 17 | B-727-200 | SIMULATOR | MGM | MGM | | | STALLS, STEEP TURNS, F-ENGINE START, TURNS, CLIMBS, DESCENDS, V1 ENGINE FAILURE... | | 2 5 | | |
| 18 | " | " | " | " | | | APU FIRE, RTO, ENGINE FIRE, ONE & TWO ENGINE APPROACH, FLAP DISAGREE, RAM AIR DOOR APPROACH | | 3 0 | | |
| 19 | " | " | DFW | NGM | | | PUSH BACK, CUT OUT POWER EMERGENCY PROCEDURE CIRCLING APPROACH, MANUAL REVERSE, TCAS | | 7 2 | | |
| 20 | " | " | MGM | MGM | | | PLANNED STABILIZED SINGLE E-REFLO-ONE SENSORS, GO AROUND, ICING, STEEP TURNS, HOLDING | | 3 5 | | |
| | | | | | | | Page Total | 10 9 | 52 4 | | |
| | | | | | | | Amount Forward | 6351 6024 6361 | 8637 4 | 33 | 112 6 |
| | | | | | | | Total to Date | | | | |

I certify that the statements made by me on this form are true.

Pilot's Signature _David Rodgers_

| Date 2001 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | GLIDER | HELICOPTER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/21 | B-727-200 | SIMULATOR | DFW | DFW | | | RUNAWAY STAB-IDLE MANUAL GEAR/RIG-FLAMEOUT ENGL DUMPING, RTO BRAKE-COLOR, BATTERY/GPS | | 2.5 | | |
| 2/22 | " | SIMULATOR | MGM | MGM | | | STAB TRIM STALLS, SINGLE ENGINE GO AROUND HAZ. HYGIENE APPROACHES, RTO SINGLE ENG CONFIRM | | 2.5 | | |
| 2/23 | " | " | " | " | | | B727 CHECK RIDE | | 2.4 | | |
| 2/23 | C-421B | N908GM | DFW | ADS | | | JONATHAN MANO - HIGH DENSITY AIRPORTS OPERATIONS | 1/1 | 6 | | |
| 2/23 | " | " | ADS | PNS | | | JONATHAN MANO - SID, ICING OPERATIONS FUEL MANAGEMENT, PERFORMANCE CHARTS | | 3 | 2 | |
| 3/23 | " | " | PNS | PBI | | | JONATHAN MANO - LOST COMMUNICATIONS PROCEDURE WELL DONE & PATIENCE | | 3 | 1 | |
| MAR 3 | " | " | PBI | LCQ | | | KRISTY RODGERS - CLIMBS, DESCENTS STRAIGHT & LEVEL FLIGHT | | 1 | 9 | |
| 3 | " | v | LCQ | LAL | | | KRISTY RODGERS - TURNS, STRAIGHT & LEVEL | | 1 | 3 | |
| 5 | G-11598 | N908JE | LAL | PBI | | | KRISTY RODGERS - DESCENTS, S+L | | 1 | | |
| 6 | " | " | PBI | CYJT | | 1464 | JC, GM, GS, VIRGINIA ROBERTS, CORY RONDALIN | | 3 | 8 | |
| 6 | " | " | CYJT | LFPB | | 1465 | JC-GM, CS, VR | | 5 | 3 | |
| 6 | " | " | LFPB | LGGR | | 1466 | JC, GM, CS, VR, ALBERTO & LARRY PENA (CLEMENS), RICARDO & GEORGETTE FCC | | 2 | 5 | |
| 7 | " | " | LGGR | GMTT | | 1467 | JC, GM, CS, VR, ALBERTO & LARRY PENA (CLEMENS) | 1/1 | | 8 | |
| 9 | " | " | GMTT | EGGW | | 1468 | JC, GM, CS, VR | | 2 | 6 | |
| 11 | " | " | EGGW | BGR | | 1469 | JC, GM, CS, VR | RGR | 6 | | |
| 11 | " | " | BGR | TCB | | 1470 | JC, GM, CS, VR | RGR | 1 | 2 | |
| 14 | C-421B | N908GM | PBI | FLL | | | LARRY MORRISON-TAKE OFFS, STOL CLIMBS, DESCENTS, TURNS | 1/1 | | 6 | |
| 14 | " | " | FLL | PBI | | | LARRY MORRISON CLEARED & DESCEND TURNS S+L | | | 4 | |
| 15 | G-11598 | N908JE | TCB | ISP | | 1471 | JC, GM, AR, OLGA & WALLACE, BRIAN | RVR | | 6 | |

Page Total: 8/7  43 6
Amount Forward: 6368 6043  30898  33 112
Total to Date: 6349 6056  8133 4  33 112 6

I certify that the statements made by me on this form are true.

Pilot's Signature: _Donald Rothgen_

CONFIDENTIAL DR_000043

GIUFFRE007097
CONFIDENTIAL

CONFIDENTIAL DR_000044

| Date 2001 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | G-JAR | 14SLT COPIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | G-1159B | N909JE | ISP | LCQ | | 1472 | JE,GM,AP,ALEXFO WALDREDT, RGR DANA KUCZKOWSKI | 1/1 | 2 6 | | |
| 15 | " | " | LCQ | PBI | | 1473 | JE GM, AP, GW, BK | 1/1 | 9 | | |
| 16 | " | " | PBI | IAIA | | 1474 | JE GM, AP, GW, BK, CHERS LYNCH RGR | 1/1 | 7 | | |
| 16 | " | " | MSP | TEST | | 1475 | JE,GM RF,GV, BK,CL, ED TUTTLE RGR | 1/1 | 2 2 | | |
| 19 | " | " | TIST | LGA | | 1476 | JE,GM,AP,GW,BK,CL,EJ,HW RGR | 1/1 | 3 8 | | |
| 22 | " | " | LGA | PBI | | 1477 | JE,GM ESTOE PAGANDISGVA,CELINA RGR TURNS DIARY, MYA DUBOIS 2 MANNY AW | 1/1 | 2 4 | | |
| 23 | C-421B | N908GM | PBI | OPF | | | KRISSY RODGERS - SOL, TURNS | 1/1 | 6 | | |
| 23 | " | " | OPF | FLL | | | | 1/1 | 4 | | |
| 23 | " | " | FLL | PBI | | | JONATHAN MANO - ILS-PBI | | 6 | | |
| 24 | " | " | PBI | ISM | | | JONATHAN MANO-IFR CROSS COUNTRY STAR, CROSSING NEGOTIATIONS | 1/1 | 6 | | |
| 24 | " | " | ISM | PBI | | | JONATHAN MANO-IFR CROSS COUNTRY ATC COMMUNICATIONS | 1/1 | 1 | | |
| 27 | G-1159A | N909JE | PBI | TGB | | 1478 | JE,GM,ESTOE,VR,12 FIGMANS,JANN RGR | 1/1 | 2 5 | | |
| 29 | " | " | TGB | SAF | | 1479 | JE,GM,AP VR, BK, MARVIN MSMIM HEMM,TARECKA | | 4 1 | | |
| 31 | " | " | SAF | PBI | | 1480 | JE,GM,AP,VR,NADED BJORLIN, HEMM,TARECKA, MARNEY PASHKY | 1/1 | 3 3 | | |
| 1 | " | " | PBI | LCQ | | 1481 | JE,GM,AF | 1/1 | 1 | | |
| 1 | " | " | LCQ | TGB | | 1482 | JE,GM,AP | | 2 | | |
| 3 | " | " | TGB | GAI | | 1483 | JE,HGOTHGL MANN,LYDIA | 1/1 | 9 | | |
| 3 | " | " | GAI | TGB | | 1484 | JE,HGOTIKGL MANN, LYDIA | | 8 | | |
| 4 | " | " | TGB | OCP | | 1485 | JE,RHONDA | 1/1 | 8 | | |
| | | | | | | | Page Total | 15/12 | 51 9 | | |
| | | | | | | | Amount Forward | 8364 80500 60384 | 8133 4 | 3 3 112 | |
| | | | | | | | Total to Date | 60420 | 8165 3 | 3 3 112 | 16 |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

CONFIDENTIAL DR_000045

| Date 19__ 2001 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category AIRPLANE G-SPK | | HELICOPR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| APR 4 | G-1159B | N909JE | BED | TEB | | 1486 | JC | | | 9 | |
| 5 | " | " | TEB | PBI | | 1487 | JC, GT, BK | | 2 3 | 7 | |
| 6 | C-421B | N908GM | PBI | FLL | | | LARRY MORRISON, TAXI, 6 AT, CLIMBS TURNS, DESCENTS, LANDING | 1/1 | | 6 | |
| 6 | " | " | FLL | PBI | | | LARRY MORRISON, TAKE OFF & LANDING TAXI, CHECK LIST, CLIMBS, TURNS, DESCENTS | 1/1 | 2 | 4 | |
| 9 | G-1159B | N909JE | PBI | ACY | | 1468 | JC, GT, VR, BK, JOANN | | | 7 | |
| 9 | " | " | ACY | TEB | | 1489 | JC, GT, VR, BK, JOANN | | 3 | 5 | |
| 11 | " | " | TEB | TEST | | 1490 | JC GM, AP, VR, BK, GWENDOLYN, JOANN | 1/1 | 2 | 7 | |
| 16 | " | " | TEST | PBI | | 1491 | JC GM, AP, VR, BK, GWENDOLYN BECK | 1/1 | 2 | 5 | |
| 17 | " | " | PBI | TEB | | 1492 | JC GM, GT, AP, BK, GB, JEEC, MISHAWN, MIGHELLE, KELLY, TREMONE | 1/1 | 2 | 3 | |
| 20 | " | " | TEB | PBI | | 1493 | JC, GM, GT, BK | | | 8 | |
| 23 | " | " | PBI | ORL | | 1494 | JC, GM, GT, KYLE | 1/1 | 2 | 2 | |
| 23 | " | " | ORL | TEB | | 1495 | JC, GM, GT, KYLE, HENRY, JANGGRE, STAX | 1/1 | 3 | 9 | |
| 27 | " | " | TEB | SAF | | 1496 | JC, BK | | | 1 | 7 |
| 29 | " | " | SAF | VNY | | 1497 | JC, BK, KELLY BOSANA | | | 7 | |
| MAY 2 | " | " | VNY | SAN | | 1498 | JC | | | 9 | |
| 2 | " | " | SAN | LIT | | 1499 | JC | | 3 | 9 | |
| 3 | " | " | LIT | ADS | | 1500 | JC | | | 1 | |
| 3 | " | " | ADS | SAT | | 1501 | JC, VIRGINIA ROBERTS | | 2 | 4 | |
| 5 | " | " | SAT | PBI | | 1502 | JC, VR | | | | |

| | | |
|---|---|---|
| Page Total | 14/11 | 35 |
| Amount Forward | 6384 | 3 |
| Total to Date | 6298 | |

GARY RODERICK

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodriguez

GIUFFRE007099
CONFIDENTIAL

CONFIDENTIAL DR_000046

| Date 19— 2021 May | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category AIRPLANT | GLIDER | HELICOPTER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | G-1159B | N909JE | PBE | CHO | | 1503 | JE, GM, GT, JNLP ROGER JG | 1/1 | 2 | 0 | |
| 7 | " | " | CHO | TEB | | 1504 | JE, GM, GT, JNLP ROGER JG | | 1 | | |
| 6 | C421B | N908GM | PBI | MCN | | | JONATHAN MANN - CROSS COUNTRY IFR, LARRY MORRISON VDM, KRISTY | 1/1 | 2 | 6 | |
| 6 | " | " | MCN | 27K | | | JONATHAN MANN - IFR CROSS COUNTRY LARRY MORRISON PATSY, KRISTY | 1/1 | 2 | 1 | |
| 10 | " | " | 27K | OSU | | | JONATHAN MANN - SEAL XC LARRY MORRISON | | 1 | 2 | |
| 10 | " | " | OSU | JVC | | | JONATHAN MANN - GPS OPERATIONS | | 1 | 2 | |
| 11 | " | " | JVY | 27K | | | NO PASSENGERS | 1/1 | | 7 | |
| 12 | " | " | 27K | IMS | | | NO PASSENGERS | 1/1 | | 7 | |
| 13 | " | " | IMS | GNV | | | RYAN COUNGA - CLIMBS/TURNS, DESCENTS/STALL PATSY, KRISTY, ALYSSA | 1/1 | 3 | 0 | |
| 13 | " | " | GNV | PBI | | | RYAN COOPER - RADIO COMMUNICATIONS CROSS WIND PATSY, KRISTY, ALYSSA | | 1 | 8 | |
| 14 | A 1159B | N909JE | TIST | TEB | | 1506 | JE, GM, GT, BK, VR, FEMALE | 1/1 | 3 | 8 | |
| 20 | C-421B | N908GM | PBI | ISM | | | PATSY, KRISTY, ALYSSA KRISTY COOK SESSIONS, AP, PROP, MIXTURE | 1/1 | | 1 | |
| 20 | " | " | ISM | PBI | | | PATSY, KRISTY, ALYSSA | 1/1 | | 1 | |
| 24 | G-1159B | N909JE | TEB | PBI | | 1507 | JE, GM, GT, AP, FEMALE | 1/1 | 2 | 6 | |
| 25 | C421B | N908GM | PBI | LAL | | | PATSY, KRISTY, ALYSSA | 1/1 | | 3 | |
| 26 | " | " | LAL | MCN | | | PATSY, KRISTY, ALYSSA COMMS CHECK TO GEORGETOWN CORSS APCH 9PSI | 1/1 | | 8 | |
| 27 | " | " | MCN | ISM | | | PATSY, KRISTY | 1/1 | | 8 | |
| 28 | " | " | ISM | PBI | | | PATSY, KRISTY GPS OPERATIONS CROSS ESTABLISH | 1/1 | | 1 | |
| 28 | G1159B | N909JE | PBI | TEB | | 1508 | JE, GM, GT, AP, JOEL PROSH COM, INDIC a. FEMALE | 1/1 | 2 | 5 | |

Page Total: 16 / 33 5 / 3 / 112 6
Amount Forward: 6398 / 8200 4 / ...
Total to Date: 6414 / ... / ...

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

| Date 19 2001 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... Aeroplane | Glider | Helicopter |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4-2 2001 6-1 | B727-31 G-11598 | N505LS N9097JC | LCQ TCB | PBI PBI | | 1504 | Reposition JG,CM,ET,PP, Band Knuck Royle   Gossage Wallorey | 1 1/1 | 1 2 | 0 6 | |
| 3 | " | " | PBI | TJST | | 1510 | JG, Virginia Roberts, Bam Knickson | 1/1 | 2 | 4 | |
| 5 | " | " | TJST | TCB | | 1511 | JG, VR, BK | 1/1 | 3 | 8 | |
| 8 | " | " | TCB | CYUL | | 1512 | JG,CM Naomi Campbell, Rebecca White, Andrew Lavallee, Annie Malone, Davydienko | 1/1 | 1 | 1 | |
| 12 | " | " | CYUL | TCB | | 1513 | Reposition (CPN Blood A.P. Dust) | 1/1 | 1 | 1 | |
| 12 | " | " | TCB | PBI | | 1514 | JG | 1/1 | 2 | 3 | |
| 13 | " | " | PBI | TCB | | 1515 | JG, Carol | 1/1 | 2 | 4 | |
| 15 | " | " | TCB | PBI | | 1516 | JG,CM, Shepherdan,C.Brown, Fionnoli | | 2 | 3 | |
| 18 | " | " | PBI | TCB | | 1517 | JG,CM, 1 female | 1/1 | 2 | 5 | |
| 22 | " | " | TCB | LFPO | | 1518 | Jeffrey, CM, Crystal, Washing, Shepherdan, Geneva | 1/1 | 7 | 0 | |
| 23 | " | " | LFPO | LFMN | | 1519 | JG,CM, 1 female | | 1 | 2 | |
| 25 | " | " | LFMN | LIML | | 1520 | JG,CM, 1 female | 1/1 | 1 | 7 | |
| 26 | " | " | LFML | LFPB | | 1521 | JG,CM | 1/1 | 1 | 4 | |
| 28 | " | " | LFPP | LPPZ | | 1522 | JG,CM,ET, ED Tuttle | 1/1 | 3 | 9 | |
| 28 | " | " | LPPZ | TJST | | 1523 | JG,CM,ET, ED Tuttle | | 6 | 0 | |
| 30 | " | " | TJST | PBI | | 1524 | JG, AP, VR, 1 female | 1/1 | 2 | 5 | |
| 8 | " | " | PBI | TCB | | 1525 | JG,CM, ET, AP, VR, Shepherd w/son dupr, Cary Reedy | 1/1 | 2 | 7 | |
| 11 | " | " | TCB | CPS | | 1526 | JG,CM,ET, VR   Gang Reabody N | | 2 | 3 | |
| | | | | | | | Page Total | 16/14 | 49 | 2 | |
| | | | | | | | Amount Forward | 6414 6083 | 8233 | 9 | 3 3 112 6 |
| | | | | | | | Total to Date | 6430 6102 | 8283 | 1 | 3 3 112 6 |

I certify that the statements made by me on this form are true.

Pilot's Signature _David Rodgers_

CONFIDENTIAL DR_000047

GIUFFRE007101
CONFIDENTIAL

CONFIDENTIAL DR_000048

| Date | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category AIRPLANE | GLIDER | HELICOPTER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JUL 11 | G-1159B | N9198JC | CPS | SAF | | 1527 | Repositional, Pitot Static Leak, Generator Replaced | 1/1 | 2 | 2 | |
| 16 | " | " | SAF | TEB | | 1528 | JC, GM, VR | 1/1 | 3 | 5 | |
| 23 | " | " | PBI | TIST | | 152q | JC, Shelley Lewis, copy Restart? | 1/1 | 2 | 5 | |
| 28 | " | " | TIST | PBI | | 1531 | JC, Virginia Roberts | 1/1 | 2 | 6 | |
| 29 | " | 4 | PBI | ISP | | 1532 | JC | 1/1 | 2 | 5 | |
| 29 | " | 1 | ISP | TEB | | 1533 | JC | 1/1 | | 7 | |
| AUG 1 | " | " | TEB | PBI | | 1534 | JC, GM, ES, 1 Female | 1/1 | 2 | 4 | |
| 3 | B-727-31 | N908JC | JAX | OBI | | | MIKE DONOVAN FW 11 SIGHT SCDT | 4/4 | | 4 | |
| 4 | B-727-100 | PANAM SIMULATOR | MDP | MFA | | | NIGHT CURRENCY | | 1 | 0 | |
| 5 | G-1159B | N909JC | PBI | TEB | | 1535 | JC, GM, DP, CS, TAYLOR | 1/1 | 2 | 6 | |
| 5 | " | " | TEB | PBI | | 1536 | no passengers | | 2 | 3 | |
| 7 | B-727-31 | N908JC | PBI | LGA | | 1 | MIKE DONOVAN | 1/1 | 2 | 6 | |
| 7 | " | " | LGA | ABQ | | 2 | JC, GM, ES, DP, 2 Females | 1/1 | 4 | 0 | |
| 14 | C-421B | N908GM | PBI | JAN | | | Jonathan Mano – Instrument Competency Check – Satisfactory | 1/1 | 3 | 9 | |
| 14 | " | " | JAN | AMA | | | Jonathan Mano – LOA WESTWCS x5 6 Nick x wind Landings | 1/1 | 3 | 6 | |
| 14 | " | " | AMA | GCG | | | Jonathan Mano | 1/1 | | 7 | |
| 15 | " | " | GCG | ABQ | | | Jonathan Mano – High Density Altitude Operations | 1/1 | | 5 | |
| 15 | " | " | ABQ | 2UF0 | | | Jonathan Mano – Short Field Takeoff – Over 81 ends | 1/1 | | 7 | |
| 16 | B-727-31 | N908JC | ABQ | PBF | | 6 | JC, GM, ES, DP, Flight, Jonathan Mano | 1/1 | | 8 | |
| | | | | | | | Page Total | 20/17 | 414 | 5 | |
| | | | | | | | Amount Forward | 6430 6462 | 8293 | 3 3 | 112 |
| | | | | | | | | 6450 | | | 6 |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

CONFIDENTIAL DR_000057

| Date 2002 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category AIRPLANE | GULFSTR | HELICOP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JUN 8 | B-727-31H | N908JE | EDIW | JFK | | 111 | JE, GM, SK | 1/1 | 6/9 | | |
| 8 | " | " | JFK | PBI | | 112 | JE, SK | 1/1 | 2 3 | | |
| 12 | G-1159B | N909JE | PBI | PBI | | 1567 | GMU FLIGHTS- SEAN RILEY, GREG GARAPOLU | 1/1 | 2 7 | | |
| 14 | B-727-31H | N908JE | PBI | BOS | | 113 | REPOSITION | | 2 6 | | |
| 14 | " | " | BOS | TIST | | 114 | JE, SK, CINDY LOPEZ, LAURA HAYNES | | 3 7 | | |
| 16 | " | " | TIST | JFK | | 115 | JE, GM, SK, CINDY LOPEZ, LAURA HAYNES PETE RODRIGUEZ | 1/1 | 3 8 | | |
| 19 | G-1159B | N909JE | PBI | TGB | | 1568 | REPOSITION PETE RODRIGUEZ | | 3 2 | | |
| 19 | " | " | TGB | PBI | | 1569 | JE, GM, SK, CINDY LOPEZ PETE RODRIGUEZ | | 2 5 | | |
| 21 | " | " | PBI | MYGF | | 1570 | JE, GM, SK, GL, JEAN-LUC BRUNEL PETE RODRIGUEZ | 1/1 | 1 | | |
| 21 | " | " | MYGF | PBI | | 1571 | REPOSITION PETE RODRIGUEZ | 0/0 | 1 2 | | |
| 23 | " | " | PBI | MYGF | | 1572 | REPOSITION PETE RODRIGUEZ | 0/0 | 1 | | |
| 23 | " | " | MYGF | TGB | | 1573 | JE, GM, SK, GL, JEAN-LUC BRUNEL, ALFRESSO STOLO PETE RODRIGUEZ | 1/1 | 2 9 | | |
| 25 | " | " | TGB | PBI | | 1574 | REPOSITION PETE RODRIGUEZ | | 2 5 | | |
| 27 | B-727-31H | N908JE | JFK | LFPB | | 116 | JE, GM, SK, AY, GREGG GARE, FERRICA, ALEXANDRE, CELINE, IGOR ONE, YANNUDON LARSSEN, SPADIE, DATA, YAN PERCE, DA, HENRY, JAMES-ET-NESTORA, MIRCELL, JULIE, CATHY, BE-LOW, CHRISTINE, TRACEE, TEATIME, BRUNI, MICH, MARELY, AMBON-A VITAMIN | 1/1 | 3 | | |
| 29 JUL 10 | | " | LFPB | LGTH | | 117 | SAME AS 116 | 1/1 | 1 3 | | |
| | | " | LGTH | LFPB | | 118 | JE, JULIE, CONCEBRUG 4 | 1/1 | 1 5 | | |
| 13 | | " | LFPB | LFMV | | 119 | JE | 0/0 | 1 2 | | |

Page Total: 47 6
Amount Forward: 8539 33
6187
6547 | | 3 3/12 |

I certify that the statements made by me on this form are true.

Daniel Rodelin

Pilot Signature

**GIUFFRE007111**
**CONFIDENTIAL**

CONFIDENTIAL DR_000058

| Date 2002 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | GLIDER | HELIC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JUL 13 | B-727-31H | N908JE | LFMN | GMTJ | | 120 | JE, GM, SK, AP, CINDY LOPEZ | | 2 | 1 | |
| 13 | " | " | GMTT | GMMC | | 121 | JE, GM, SK, CL, AP | | | 7 | |
| 13 | " | " | GMME | LPAZ | | 122 | JE, GM, SK, AP, CL, PRESIDENT CLINTON, DOUG BANDS, MIKE, & SECRET SERVICE | | 2 | 4 | |
| 13 | " | " | LPAZ | JFK | | 123 | JE, GM, SK, AP, CL, PRESIDENT BILL CLINTON, DOUG BANDS, MIKE, & SECRET SERVICE CC | | 5 | 8 | |
| 19 | " | " | JFK | PBI | | 124 | JE, SHELLEY LEWIS, 2 FEMALES | | 2 | 2 | |
| 19 | " | " | PBI | JAX | | 125 | KRISTY ROBGIRL, GREG HOUBART, ALYSSA HOLDERS — C. CHECK | | 1 | 0 | |
| AUG 4 | G-1159B | N904JE | PBI | MVY | | 1583 | JE, 1 FEMALE | | 2 | 0 | |
| 4 | " | " | MVY | BED | | 1584 | JE, 1 FEMALE | | | 7 | |
| 4 | " | " | BED | TEB | | 1585 | JE, 1 FEMALE | | | 9 | |
| 5 | " | " | TEB | SAF | | 1586 | JE, SK, 2 FEMALES | 1/1 | 3 | 9 | |
| 6 | C-172XP | N7395P | ACG | ACG | | | 172 CHECK OUT | 3/3 | | 9 | |
| 6 | 206L3 | N4774AW | ZORRO | ACG | | | | | | | |
| 15 | B-727-31H | N908JE | JAX | JAX | | 126 | C-CHECK FLIGHT TEST [RETURN] | 1/1 | 9 | | |
| 16 | " | " | JAX | PBI | | 127 | RETURN FROM C-CHECK | | 1 | 1 | |
| 17 | G1159-B | N904JE | SAF | TEB | | 1589 | JE, GM, SK, CINDY LOPEZ, VIRGINIA ROBERTS, MAXA COLLABO, ALFRED MARGARITA, MELK SINMANY | | 3 | 7 | |
| 18 | " | " | TEB | PBI | | 1590 | JE, VIRGINIA ROBERTS, 1 FEMALE | | 2 | 4 | |
| 21 | B-727-31H | N908JE | PBI | TEST | | 128 | JE, 5 HELLEY LEWIS | | 2 | 5 | |
| 25 | " | " | TEST | JFK | | 129 | JE, SK | 1/1 | 3 | 6 | |
| 28 | " | " | JFK | LFPB | | 130 | JE, SK, CINDY LOPEZ, 1 FEMALE | | 6 | 4 | |
| | | | | | | | Page Total | 6 | 44 | 0 | |
| | | | | | | | Amount Forward | 6547 6194 | 8740 | 33 | 112 |

I certify that the statements made by me on this form are true.

**GIUFFRE007112
CONFIDENTIAL**