# EXHIBIT 4
# (File Under Seal)

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
VIRGINIA L. GIUFFRE,

       Plaintiff,

                        Case No.:
  -against-            15-cv-07433-RWS

GHISLAINE MAXWELL,

       Defendants.

- - - - - - - - - - - - - - - - - - - - x

             **CONFIDENTIAL**

    Videotaped deposition of GHISLAINE
MAXWELL, taken pursuant to subpoena, was
held at the law offices of BOIES
SCHILLER & FLEXNER, 575 Lexington
Avenue, New York, New York, commencing
April 22, 2016, 9:04 a.m., on the above
date, before Leslie Fagin, a Court
Reporter and Notary Public in the State
of New York.

               - - -
      MAGNA LEGAL SERVICES
   1200 Avenue of the Americas
    New York, New York 10026



1        G Maxwell - Confidential
2             MR. PAGLIUCA:  Object to the form
3        and foundation.
4        A.   If you want to ask Jeffrey
5   questions about me, you would have to ask
6   him.
7        Q.   Have you ever been involved in any
8   illegal activity in your lifetime?
9             MR. PAGLIUCA:  Objection to the
10       form and foundation.
11       A.   I can't think of anything I have
12  done that is illegal.
13       Q.   Have you ever been arrested?
14       A.   I have a DUI in the U.K. a long
15  time ago.
16       Q.   Is that the only arrest you have on
17  your record?
18       A.   Yes.
19       Q.   I will mark as Maxwell 22 this
20  email?
21            (Maxwell Exhibit 22, email, marked
22       for identification.)
23       Q.   This is dated January 21, 2015.
24  It's from Jeffrey Epstein to you, forwarding
25  the Guardian and I would like you to look at



Page 416

2   CERTIFICATE

5   I HEREBY CERTIFY that the witness,
6   GHISLAINE MAXWELL, was duly sworn by me and
7   that the deposition is a true record of the
8   testimony given by the witness.

10   _____
11   Leslie Fagin,
     Registered Professional Reporter
12   Dated: April 22, 2016

15   (The foregoing certification of
16   this transcript does not apply to any
17   reproduction of the same by any means, unless
18   under the direct control and/or supervision
19   of the certifying reporter.)

