UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.                                                                                                      15-cv-07433-RWS

GHISLAINE MAXWELL,

    Defendant.

------------------------------------------------X

**Declaration Of Laura A. Menninger In Support Of
Defendant's Motion For Leave to File A Sur-Reply Or, Alternatively,
to Strike Plaintiff's Misrepresentations of Fact to the Court**

I, Laura A. Menninger, declare as follows:

1. I am an attorney at law duly licensed in the State of New York and admitted to practice in the United States District Court for the Southern District of New York. I am a member of the law firm Haddon, Morgan & Foreman, P.C., counsel of record for Defendant Ghislaine Maxwell in this action. I respectfully submit this Declaration in support of Ms. Maxwell's Motion for Leave to File A Sur-Reply Or, Alternatively, to Strike Plaintiff's Misrepresentations of Fact to the Court.

2. Attached as Exhibit A (filed under seal) are true and correct copies of excerpts from the July 22, 2016 deposition of Ghislaine Maxwell, designated as Confidential under the Protective Order.

3. Attached as Exhibit B (filed under seal) are true and correct copies of excerpts from the April 22, 2016 deposition of Ghislaine Maxwell, designated as Confidential under the Protective Order.

4. Attached as Exhibit C (filed under seal) are true and correct copies of excerpts from the deposition of Detective Joseph Recarey designated as Confidential under the Protective Order.

5. Attached as Exhibit D (filed under seal) are true and correct copies of excerpts from the deposition of [redacted], designated as Confidential under the Protective Order.

6. Attached as Exhibit E (filed under seal) are true and correct copies of excerpts from the deposition of Juan Alessi, designated as Confidential under the Protective Order.

7. Attached as Exhibit F (filed under seal) are true and correct copies of excerpts from the deposition of [redacted], designated as Confidential under the Protective Order.

Executed on August 25, 2016

By: /s/ Laura A. Menninger
Laura A. Menninger

## CERTIFICATE OF SERVICE

      I certify that on August 25, 2016, I electronically served this *Declaration Of Laura A. Menninger In Support Of Defendant's Motion for Leave to File A Sur-Reply Or, Alternatively, to Strike Plaintiff's Misrepresentations of Fact to the* Court via ECF on the following:

Sigrid S. McCawley  
Meredith Schultz  
BOIES, SCHILLER & FLEXNER, LLP  
401 East Las Olas Boulevard, Ste. 1200  
Ft. Lauderdale, FL 33301  
smccawley@bsfllp.com  
mschultz@bsfllp.com  

Bradley J. Edwards  
FARMER, JAFFE, WEISSING, EDWARDS, FISTOS & LEHRMAN, P.L.  
425 North Andrews Ave., Ste. 2  
Ft. Lauderdale, FL 33301  
brad@pathtojustice.com  

Paul G. Cassell  
383 S. University Street  
Salt Lake City, UT 84112  
cassellp@law.utah.edu  

J. Stanley Pottinger  
49 Twin Lakes Rd.  
South Salem, NY 10590  
StanPottinger@aol.com  

*/s/ Nicole Simmons*  
Nicole Simmons