# EXHIBIT A

Confidential

Page 1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
VIRGINIA L. GIUFFRE,

          Plaintiff,
                                  Case No.:
    -against-                     15-cv-07433-RWS

GHISLAINE MAXWELL,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - x

              **CONFIDENTIAL**

        Continued Videotaped Deposition of
   GHISLAINE MAXWELL, the Defendant herein,
   taken pursuant to subpoena, was held at
   the law offices of Boies, Schiller &
   Flexner, LLP, 575 Lexington Avenue, New
   York, New York, commencing July 22,
   2016, 9:04 a.m., on the above date,
   before Leslie Fagin, a Court Reporter
   and Notary Public in the State of New
   York.

                    - - -
          MAGNA LEGAL SERVICES
       1200 Avenue of the Americas
        New York, New York 10026
             (866) 624-6221
```



```
Page 57
  1            G. Maxwell - Confidential
  2                MR. PAGLIUCA:  Objection to form
  3        and foundation.
  4
  
  
  
  8                MR. PAGLIUCA:  Objection to form
  9        and foundation.
 10        A.
```



Case 1:15-cv-07433-LAP Document 1199-24 Filed 01/27/21 Page 4 of 4

Confidential

Page 62



