# EXHIBIT B

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x
VIRGINIA L. GIUFFRE,

        Plaintiff,

                        Case No.:
  -against-              15-cv-07433-RWS

GHISLAINE MAXWELL,

        Defendants.

- - - - - - - - - - - - - - - - - - - -x

             **CONFIDENTIAL**

    Videotaped deposition of GHISLAINE
MAXWELL, taken pursuant to subpoena, was
held at the law offices of BOIES
SCHILLER & FLEXNER, 575 Lexington
Avenue, New York, New York, commencing
April 22, 2016, 9:04 a.m., on the above
date, before Leslie Fagin, a Court
Reporter and Notary Public in the State
of New York.

               - - -
      MAGNA LEGAL SERVICES
   1200 Avenue of the Americas
    New York, New York 10026



Page 75

```
 1          G Maxwell - Confidential
 2       Q.   Do you recall having a basket full
 3   of sex toys?
 4       A.   I already told you I did not.
 5       Q.   We were talking a moment ago about
 6   Ms. Roberts and her position as a masseuse,
 7   do you know what she was paid for working as
 8   a masseuse for Jeffrey Epstein?
 9       A.   I do not.
10       Q.   Did you ever pay her?
11       A.   I don't ever recall paying her.
12       Q.   Do you know what happened during
13   the massage appointments with Jeffrey Epstein
14   and Virginia Roberts?
15            MR. PAGLIUCA:  Objection to the
16        form and foundation.
17       A.   No.
18       Q.   Were you ever present to view a
19   massage between Jeffrey Epstein and Virginia
20   Roberts?
21       A.   I don't recollect ever seeing
22   Virginia and Jeffrey in a massage situation.
23       Q.   Do you ever recollect seeing them
24   in a sexual situation?
25       A.   I never saw them in a sexual
```



Page 76

```
 1            G Maxwell - Confidential
 2   situation.
 3        Q.   Did you ever participate in sex
 4   with Virginia Roberts and Jeffrey Epstein?
 5        A.   I never ever at any single time at
 6   any point ever at all participated in
 7   anything with Virginia and Jeffrey.  And for
 8   the record, she is an absolute total liar and
 9   you all know she lied on multiple things and
10   that is just one other disgusting thing she
11   added.
12        Q.   Did you help her obtain an
13   apartment in Palm Beach to live in?
14            MR. PAGLIUCA:  Objection to the
15        form and foundation.
16        Q.   Was that part of your
17   responsibilities for Jeffrey?
18        A.   First of all, I didn't know she had
19   an apartment in Palm Beach.  I only learned
20   that from the many times you guys have gone
21   to the press to sell stories, so no.
22        Q.   Did you help her get a cell phone,
23   was that one of your responsibilities for
24   Jeffrey, to get her is a cell phone as part
25   of her masseuse obligations?
```

