# EXHIBIT C

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 15-CV-07433-RWS

------------------------------------------x

VIRGINIA L. GIUFFRE,

                Plaintiff,

v.

GHISLAINE MAXWELL,

                Defendant.

------------------------------------------x

June 21, 2016
9:17 a.m.

C O N F I D E N T I A L

Deposition of JOSEPH RECAREY, pursuant to notice, taken by Plaintiff, at the offices of Boies Schiller & Flexner, 401 Las Olas Boulevard, Fort Lauderdale, Florida, before Kelli Ann Willis, a Registered Professional Reporter, Certified Realtime Reporter and Notary Public within and for the State of Florida.



Page 194

1    JOSEPH RECAREY - CONFIDENTIAL
2         MS. SCHULTZ:  Object to form and
3    foundation.
4         THE WITNESS:  And Venero, Christina
5    Venero.
6  BY MR. PAGLIUCA:
7    Q.  Who is an adult as well?
8         MS. O'CONNOR:  Object to form.
9         THE WITNESS:  Yes.
10 BY MR. PAGLIUCA:
11   Q.  So out of your entire report, the only two
12 people who ever said anything about Ms. Maxwell were
13 Ms. Sjoberg, who I believe was 23 when you
14 interviewed her?
15   A.  Right, but she was --
16        MS. SCHULTZ:  Object to form and
17   foundation.
18        THE WITNESS:  She was -- she had worked
19   there for quite some time, so you would have to
20   back up, I think, a year or two.
21 BY MR. PAGLIUCA:
22   Q.  She was an adult when she worked there?
23   A.  Right.  She was over the age of 18, right,
24 let's put it that way.
25   Q.  And she was not listed by you as a victim



```
 1            JOSEPH RECAREY - CONFIDENTIAL
 2    as part of this case, right?
 3        A.   Correct, because it was between two
 4    consenting adults.
 5        Q.   Exactly.
 6             And so that's Ms. Sjoberg, and then the
 7    other individual, I think you said Bolero; is that
 8    right?
 9        A.   Venero, Christina Venero.  She's a --
10        Q.   Adult masseuse, correct?
11        A.   Yes.  I remember she had lots of tattoos.
12        Q.   Tatts, right.
13             But the 17 individuals that you listed in
14    Exhibit 1, none of those individuals ever said the
15    word -- the words "Ghislaine Maxwell" during the
16    course of this investigation to you, correct?
17             MS. SCHULTZ:  Object to form and
18        foundation.
19             THE WITNESS:  I don't believe so.  It
20        would be on the tapes if they did.
21    BY MR. PAGLIUCA:
22        Q.   Well, or it would be in your report,
23    right?
24             MS. SCHULTZ:  Object to form and
25        foundation.
```

