# Exhibit 2
# (File Under Seal)



## VEHICLES

| Vehicle | Phone | Service/Notes |
|---|---|---|
| Mercedes Benz 600<br>2001 Black<br>Licence: EO3PRU<br>*Gone to NYC*<br>→ Lic: U90-BQL */98* | (561) 309-6415 Rear<br>(561) 379-9390 Front<br>*(taken by Doug)* | Mercedes Benz of Palm Beach<br>4000 Okeechobee Boulevard<br>West Palm Beach, FL 33409<br>Att: Shawn Adison<br>Tel: (561) 689-6363 |
| Mercedes Benz 600<br>1997 Black<br>Licence: G14KCT | (561) 758-1672 Rear<br>(561) 818-8867 Front | |
| Mercedes Benz 600 Conv<br>1998 Silver<br>Licence: RAS85L  *Gone* | (561) 346-7141 | Paint work & Body shop<br>Coach work<br>contact Dominique<br>[redacted] |
| Suburban<br>2001 Black<br>Licence: WGE53R  *Gone to Volvo* | (561) 371-1686 | Roger Dean Chevrolet<br>2235 Okeechobee Boulevard<br>West Palm Beach, FL 33409<br>Tel: (561) 683-8100 |
| Crysler Mini Van<br>1996 White<br>Licence: WGE52R  *Gone* | (561) 308-5700 | Nestor Auto Repairs<br>2600 Florida Avenue<br>West Palm Beach, FL 33401<br>Tel: (561) 835-0809 |
| *(circled)* Cobra Grand<br>1993 Green<br>C97CRJ  *Larry's Garage* | | Nestor Auto Repairs<br>2600 Florida Avenue<br>West Palm Beach, FL 33401<br>Tel: (561) 835-0809 |
| Volvo<br>1998 Gold<br>Mrs Epstein | (561) 686-3707 | Volvo Palm Beach<br>5544 Okeechobee Boulevard<br>West Palm Beach, FL 33417<br>Tel: (561) 471-7600 |
| Oil Well | 900 Southern Boulevard<br>West Palm Beach, FL 33405<br>Tel: (561) 835-9374 | Oil change every 3 000 miles |

Registration, insurance and yearly inspection papers to be kept in the glove compartment of each vehicle
Spare keys are kept in the key box in the office

GIUFFRE007590
Confidential

| Muvico Parisian | City Place<br>545 Hibiscus Street<br>West Palm Beach, FL 33401<br><br>Tel: (561) 833-0400 | |

## GROCERY STORES

| Bishop Water Co | Tel: (561) 582-1367 *Sharon* | *Evian* ~~Eli~~ bottled water (large and small) |
|---|---|---|
| Carmine Giardini's | 2401 PGA Boulevard, Suite 172<br>Palm Beach Gardens, FL 33410<br><br>Tel: (561) 775-0105<br>*Fax (561) 775-9233* | Fish, meat, gourmet foods<br><br>[redacted] |
| C'est Si Bon | 280 Sunset Avenue<br>Palm Beach, FL 33480<br><br>Tel: (561) 659-6503 | Gourmet foods |
| Publix Super Market | 265 Sunset Avenue<br>Palm Beach, FL 33480<br><br>Tel: (561) 655-4120 | General, cleaning, toiletries |
| Wild Oats | 7735 South Dixie Highway<br>West Palm Beach, FL 33405<br><br>Tel: (561) 585-8800 | Health Foods |

## HEALTH & BEAUTY

| Pharmacy | Greens Pharmacy<br>151 North County Road<br>Palm Beach, FL 33480<br><br>Tel: (561) 832-4443 | |
| | Lewis Pharmacy<br>235 South County Road<br>Palm Beach, FL 33480<br><br>Tel: (561) 655-7867 | |

## UTILITIES

| | | |
|---|---|---|
| Water | City of West Palm Beach<br>226 Cypress Lane<br>Palm Springs, FL 33461<br><br>Tel: (561) 965-5770 | Water shut-off for entire property is located next to the mailbox on the sidewalk. |
| Electricity | Florida Power and Light<br>General Mailing Facility<br>Miami, FL 33188-0001<br><br>Tel: (561) 697-8000 | |
| Gas | Florida Gas Company<br>401 South Dixie Highway<br>West Palm Beach, FL 33401<br><br>Tel: (561) 832-0872 | |
| Sewer | City of West Palm Beach<br>226 Cypress Lane<br>Palm Springs, FL 33461<br><br>Tel: (561) 965-5770 | |
| Trash Removal | City of West Palm Beach<br>226 Cypress Lane<br>Palm Springs, FL 33461<br><br>Tel: (561) 965-5770 — Water Dpt<br>(561) 965-4022 Trash Removal | Daily (Monday - Friday)<br><br>Recyclables (Thurs bef Noon) |
| Telephone | ETC<br>2921 N Australian Avenue<br>West Palm Beach, FL 33407<br><br>Tel: (561) 881-8118 | |
| | Bell South<br><br>Tel: (561) 780-2611 | |

GIUFFRE007590
Confidential

| | | |
|---|---|---|
| **Plumber**<br><br>*General<br>Plumbing<br>561-585-2591* | Foster Plumbing<br>2800 Westgate Avenue<br>West Palm Beach, FL 33409<br><br>Tel: (561) 686-1721 | General plumbing repairs |
| | Roto Rooter<br>6600 NW 12th Avenue, Suite 213<br>Fort Lauderdale, FL 33309<br><br>Tel: (561) 832-1495 | Blocked drains |
| **Pool** | Hackl Pools<br>1331 Central Terrace<br>Lake Worth, FL 33460<br><br>Tel: (561) 588-7493  *Valerie* | Monday and Thursday at 10:30am<br>Clean pool, filter, add salt<br><br>*(Michelle)* ▮ ✓ |
| **Tree Trimming** | County Wide Tree Service<br><br>Tel: (561) 371-5786 | First Monday in May and November |

## STORAGE

| | | |
|---|---|---|
| **Storage USA** | 5580 Okeechobee Boulevard<br>West Palm Beach, FL 33417<br><br>Tel: (561) 683-9955 | 10 ft x 20 ft unit available |

## VEHICLES

| | | |
|---|---|---|
| **Car Detailing** | ~~Palm Beach Wash & Auto Detail<br>1229 N. Dixie Highway<br>(at Amoco Gas)~~  *James?*<br><br>~~Tel: (561) 835-8748~~ | |

*George*
*clean car services*
▮
*724 SW 1st Ave*
*Boynton Beach Fl*
*33426* ✓

*G. G.*
*724 SW 1st Av.*
*Boynton Beach, Fl*

3

## MAIL & DELIVERY SERVICES

| FedEx | 1-800-463-3339 | Account No: ▮▮▮▮▮<br><br>Drop-off box is next to Palm Beach National Bank on Worth Avenue |
|---|---|---|
| Post Office | 401 South County Road<br>West Palm Beach, FL<br><br>Tel: (561) 832-0697 | |

## MAINTENANCE

| Air Conditioning | Cassidy Air Conditioning<br>501 Fern Street<br>West Palm Beach, FL 33401<br><br>Tel: (561) 833-6331  — *Kathy*<br>— *Kary* | Monthly service contract     *A/C Payment*<br>First Monday of every month<br>— Joe (Technician)<br>* Bob (Filter Service)           *Can?* |
|---|---|---|
| Awnings | American Awning Company<br>537 Pine Terrace<br>West Palm Beach, FL 33405<br><br>Tel: (561) 832-7123 | |
| Cable Service | Adelphia Cable<br>1401 North Point Parkway<br>West Palm Beach, FL 33407<br><br>Tel: (561) 478-8300 | *Cash* |
| Carpenter | Tel: ▮▮▮▮▮ | Erwin *Roy*     *Cash* |
| Carpet Cleaners<br>*Merry Rug Clean* | Stanley Steamers<br>Tel: (561) 586-5700 | Wall to wall     *? - Cash* |
| | Merry Rugs<br>Tel: (561) 588-8588 | Loose rugs |
| Computers | ~~Bloomberg<br>499 Park Avenue<br>New York, NY 10022<br><br>Tel: (212) 318-2100~~ | Palm Beach consultants:<br>Chad Bonta<br>Peter Kapopoulos     *Changed*<br><br>Tel: ▮▮▮▮▮ |

GIUFFRE007590
**Confidential**

# TRAVEL

| | | |
|---|---|---|
| Pilots | Larry Visoski ✓ | ███ |
| | Dave Rodgers | ███ |
| | Larry Morrison | ███ |
| Mr Epstein's planes | Jet Aviation | (561) 233-7241<br><br>Procedure for leaving cars at the airport:<br>Leave car at Jet Aviation landing strip<br>Leave the keys in the car<br>Advise Jet Aviation<br>Tail #909JE or Tail #908JE<br>They will tag and pull car to plane upon arrival |
| Ms Maxwell's plane | Raytheon *Changed to:* **Fly Options** | 1-888-835-9782<br><br>Contract No: Air 4<br>Tail # …TA  *970QS*<br>Always a Beech Jet or Hawker |
| Commercial Airlines | Air France | 1-800-237-2747 |
| | American | 1-800-433-7300 |
| | British Airways | 1-800-247-9297 |
| | Continental | 1-800-525-0280 |
| | Delta | 1-800-221-1212 |
| | South African Airways | 1-800-722-9675 |
| | United | 1-800-241-6522 |
| | US Air | 1-800-428-4322 |

— Carlos Avila Handymen (561)

GIUFFRE007590
Confidential