→ Colonial Bank / Worth Ave.
- Ben Levin
- Leonor

## BANKING

| | | |
|---|---|---|
| Household Banking Account | Palm Beach National Bank<br>125 Worth Avenue<br>Palm Beach, FL 33480<br><br>Tel: (561) 653-5594 | Account No: ████<br>Send to Eric Gany for reconciliation<br>$1,000 Petty Cash Float |

## BICYCLES

| | | |
|---|---|---|
| Bicycles | Palm Beach Bicycle Trail Shop<br>223 Sunrise Avenue<br>Palm Beach, FL 33480<br><br>Tel: (561) 659-4583 | Mongoose Crossway 450<br>Raleigh Aluminium 300<br>Mercedes Benz<br>Cignal Sports Bike<br>Schwinn World<br>Huffy Santa Fe<br>Raleigh Sport<br>Scott Boston |

## BOOKSTORES

| | | |
|---|---|---|
| Newspapers | Publix Super Market<br>265 Sunset Avenue<br>Palm Beach, FL 33480<br><br>Tel: (561) 655-4120 | |
| Magazines | Main Street News<br>255 Royal Poinciana Way<br>Palm Beach, FL 33480<br><br>Tel: (561) 833-4027 | |

## CLEANING SERVICE

| | | |
|---|---|---|
| Francis Peadon<br>House Cleaning Services | ████ Coll. 1.<br>" 2. | Every Tuesday and Wednesday<br>8:00am - 4:00pm<br>(Francis and Pastora Peadon) |

## ENTERTAINMENT

| | | |
|---|---|---|
| The Breakers | One South County Road<br>Palm Beach, FL 33480<br><br>Tel: (561) 655-6611 | Renew car park stickers every September |
| Comedy Corner | 2000 South Dixie Highway<br>West Palm Beach, FL 33401<br><br>Tel: (561) 833-1812 | |
| The Mar-a-Lago Club | 1100 South Ocean Boulevard<br>Palm Beach, FL 33480<br><br>Tel: (561) 832-2600 | |

GIUFFRE007590
Confidential

*Sam Co. System (561) 715-4832  Sam*

| | | |
|---|---|---|
| Electrician | Energy Efficient Electric<br>Tel: (561) 655-7211 | *Changed* |
| Exterminator | Palm Beach Exterminating<br><br>Tel: (561) 689-0808 | Contact is Ken<br>First Monday of every month at 10:30am<br>Also use for termite tent |
| Garden Service | Alan Stopek<br><br>Efflorescence<br><br>███████████<br>Wellington, FL 33414<br><br>███████████ | |
| | Jerome Pierre<br><br>███████████ | Part-time help. Billed through Alan Stopek.<br>In residence: Daily from 6.30am<br>Not in residence: Mon - Fri from 2pm - 5pm<br>Also maintains Mrs Epstein's property on<br>Saturday mornings. |
| Garage Doors | The Doorsmith<br>4160 NW First Avenue<br>Boca Raton, FL 33431<br><br>Tel: (561) 391-7768 | |
| Gates | Reich Metal Fabricators  *Tom*<br>Tel: (561) 585-3173  *John ✓* | Back door gate switch - above garage door controls. When open, round red light is on.<br><br>Front door gate switch - in telephone outlet above the kitchen telephone |
| Irrigation | Dolphin Sprinkler Inc<br>Tel: (561) 844-8082  *Janet* | *Alan Bontz* |
| Landscape Spraying | Academy Services<br><br>Tel: (561) 478-4629 | Arrange through Alan Stopek |
| Locksmith | Wilson Rowan Locksmiths<br>625 South Dixie Highway<br>West Palm Beach, FL 33401<br><br>Tel: (561) 655-3637 | |
| Painter | ███████████ | Bill  *Changed* |

GIUFFRE007590
Confidential
Public Records Request No.: 16-268

Suburb of (Sunrock) ▬▬▬

Sarah ▬▬

* Adriana ▬▬
* Alan Stopoke ▬▬
- Bolk ▬▬
- Benjamin State Dept ▬▬
* - Bruno ▬▬
- Dave (Pilot) ▬▬
- David (Cook) ▬▬
- Mollico ▬▬
* - George Meartens ▬▬
- Ghislaine ▬▬
- Hellen ▬▬
- Jean Luc (Karen Models) ▬▬
* - Jorge Meartens ▬▬
- Larry (Pilot) ▬▬
- Lenny (Electric) ▬▬
- Miguel ▬▬
- Miko Pecali ▬▬

Mom's
1. ▬▬
2. ▬▬
3. ▬▬

Sarah ▬▬

- Nadia ▬▬
- Omar ▬▬

PB Stell ▬▬
P.B Hawi ▬▬
P.B Fay ( ▬▬
P.B (305) ▬▬

GIUFFRE007590
Confidential
Page 2304

**Address / Telephone Sheet**   Sarah's E Mail: ███

# 358 El Brillo Way, Palm Beach Fl, 33480

| Name | Address | Telephone/Fax |
|---|---|---|
| Mr. Jeffrey Epstein (NYSG LLC ) Office<br>457, Madison Avenue 4th Floor<br>New York, NY 10021. | Email ███ | Leslie<br>Jenn (Scty)<br>Helen Fox |
| Ms. Ghislaine Maxwell | Email ███ | |

**Accountants**

- Eric Gany — Email ███  — EMAD HANNA (St. Rep.) — (Deutche Bank)
- Bella Klein-Accountants — Email ███  (Petty Cash Rep.)

**Assistants**

Leslie Groff (JE Sec) — Email
Cecelia
Helan Kim — Email
~~Michelle Compos~~ — Email
Jenn Doyle

**Property**

Keith Blumberg — Email

**Engineer**

Richard Barnett — (212) 249·1113 O.
DOUG SCHOETTLE  Architech  (212) 717.4672 F.   → 'Not in Service'

E 71ST, N.Y.
00

**Computers**

Mark Lumberg

**Residences of Mr. Jeffrey Epstein**
9 East 71st Street,
New York NY 10021

Mr. Jeffrey Epstein

Ms. Ghislaine Maxwell

**Staff**
House Manager Jojo
House Manger Lynn

**Staff Phone**

**Chef**   Brent Tindall

GIUFFRE007590
Confidential

*Home Depot*
*478.0783  Mon*

### Palm Beach Contractors

**General Plumbing**
Customer Service representative          Amy                      561 585 2591

**Electrical**
Reel Power Inc                           Lenny (electrician)      561 706 0827

**Gates**
Samco Systems                            Sam (owner)              561 719 4832
Service gate switch: above garage door controls, when round light is on
Front gate switch: just above the telephone outlet kitchen area

**Garage doors**
The Door Smith Inc                       Keith Kelly              █████████

**Telephones**
Southern Bell (repairs)                                           561 780 2355

**Internal Phone system ( NEC)**
Repair and Programming                                            561 881 8118

**Alarm System**
Benham Industries Inc                    Keith                    854 491 4112

**Locksmith**
Wilson & Rowan                                                    561 655 3637

**A/C Maintenance**
John C Cassidy                           24 hr service            █████████

**Handyman**
Carlos (carpenter) *avilla*                                       █████████
*Parker*

**Landscape**
Alan Stopeck                                                      █████████

**Pest Control**
Palm Beach Exterminator                  Kim                      561 844 8082

**Irrigation**
Dolphin Sprinkle                                                  561 478 4696

**Pool Heating**
National Pool Service                    When needed              561 585 8866

**Pool Maintenance**
Hack Pool Service                        Monday/ Thursday         561 588 7493

**Tree Trimming**
Country Wide Trees                       Twice, summer/winter     561 371 5786

**Carpet Cleaners**
Stanley Steamers                         wall to wall             561 586 5700
Merry Rug                                area rug                 561 588 8588

*Alarm -   954.*

GIUFFRE007590
Confidential

*POST OFFICE — 1.800.275.8777*
*561.659.0261*
*(ed 1 8-12)*

**Cable**
Adelphia cable                       Cable TV                561 ~~468-8300~~   *697.8473*
                                                                                *1.888.683.1000*
**Bottled Water.**
Bishop water company                 Avion water             561 582 1367
**Upholsterer**
Frank Jennes
**Gas**
Gas Energy Inc (Joe Di Giovanni) all gas repairs)            561 963 0505
**Laundry equipment**
May Tag                                                      1800 622 4729
**Painter**
Sam                                  Contact Lenny
**Storage**
Storage USA                                                  561 683 5835
5580, Okeechobee Blvd
Unit 6218
**Grocery & General Household items**
**General Grocery**
Publix
265, Sunset Ave                                              561 655 4120
**Gourmet food**
C' est si bon
289, Sunset Blvd                                             561 659 6503
**Carmines**
2401 PGA Blvd    Take 95 North to PGA Blvd                   561 775 9233
Too Jays          Gravelox/ Nova sliced salmon               561 655 6545
**Green Pharmacy**
151., N County Road                                          561 832 4443
**Flowers**
Extra touch Flowers                                          561 835 8000
**Hardware**
Home Depot                                                   561 832 0783
Sewell Hardware                                              561 832 7171
528, Clematis Street
**Newspapers**
Main Street News
255, Royal Poinciana Way                                     561 833 4027
**Post Office**
401, South County Road,                                      561 832 0697
**Car Detailing**        George
**Taxi Service/Limo**    Dan Tischen
**FedEx**                # 114420816 (Monday & Thursday)     1800 463 3339
**Recycling**            Every Thursday 6AM to 5PM
**Trash collection**     M-F once a day Early Morning
**Cars**
Mercedes of Palm Beach                                       561 689 6393
Chevrolet                                                    561 683 8100
Auto Repairs      Gray Sunoco 340 South County               561 655 6645
                  Nestor Auto 2600, Florida Avenue           561 835 0809
Gasoline Gray Sunoco

*ALL AMERICAN SHUTTERS*                                      *561.712.9882*

GIUFFRE007590
Confidential