Marina ▓▓▓▓▓

\* <u>INTEL</u> \*

\* From Sgt Dan Szarzewski
▓▓▓▓▓ w/F⟩ ▓▓▓▓▓

Per Curtis
↓
could talk w/ EPSTEIN knows him well. INFO passed on to Capt.

~~~~~~~~~~

GIUFFRE007590
Confidential

- ▮▮▮
- 12:50 pm ▮▮▮
- ▮▮▮ — wants to talk to you @ something private
- ▮▮▮ Friday
- 6/19 7:15 pm ▮▮▮
- 6/17 5:55 pm ▮▮▮
- 12:30 ▮▮▮ has a Q for you — can you please call her ▮▮▮
- 6/19 1020pm Jean Luc
- Signed Neiman Marcus 6/4/05 $33.02 Amex ▮▮▮ 01/06
- ▮▮▮ will be here @ 6:30 am
- 6/19/05 1:00pm Jean Luc
- Four season ▮▮▮ Waitt
- 6/18/05 6:40 ▮▮▮
- 914 ▮▮▮
- 6/19/05 ▮▮▮
- TonyAworld.com

▮▮▮

Tranns▮▮▮

▮▮▮

GIUFFRE007590
Confidential

02/11/2015   Page 2309   Public Records Request No.: 16-268