**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

        Plaintiff,                Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

        Defendant.

_____/

**DECLARATION OF SIGRID S. MCCAWLEY IN SUPPORT OF PLAINTIFF'S SUPPLEMENT TO MOTION FOR ADVERSE INFERENCE INSTRUCTION BASED ON NEW INFORMATION**

I, Sigrid S. McCawley, declare that the below is true and correct to the best of my knowledge as follows:

1. I am a Partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's September 29, 2015 Order granting my Application to Appear Pro Hac Vice.

2. I respectfully submit this Declaration in Support of Plaintiff's Supplement to Motion for Adverse Inference Instruction Based on New Information.

3. Attached hereto as Exhibit 1 is a true and correct copy of July 29, 2016, Correspondence from Ty Gee.

4. Attached hereto as Sealed Exhibit 2 is a true and correct copy of Excerpt from April 22, 2016, Deposition of Ghislaine Maxwell.

5. Attached hereto as Sealed Exhibit 3 is a true and correct copy of Excerpt from July 22, 2016, Deposition of Ghislaine Maxwell.

6. Attached hereto as Sealed Exhibit 4 is a true and correct copy of Excerpts from June 10, 2016, Deposition of ▓▓▓▓▓▓▓▓.

7. Attached hereto as Sealed Exhibit 5 is a true and correct copy of Excerpts from June 21, 2016, Deposition of Detective Joseph Recarey.

8. Attached hereto as Sealed Exhibit 6 is a true and correct copy of Excerpts from May 18, 2016, Deposition of ▮▮▮▮▮▮▮▮▮.

9. Attached hereto as Sealed Exhibit 7 is a true and correct copy of Excerpts from June 1, 2016, Deposition of Juan Alessi.

10. Attached hereto as Sealed Exhibit 8 is a true and correct copy of the sworn testimony of ▮▮▮▮▮▮▮▮▮.

11. Attached hereto as Exhibit 9 is a true and correct copy of Rule 45 Subpoena to Microsoft.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Sigrid S. McCawley
Sigrid S. McCawley, Esq.

Dated: August 8, 2016.

                                            Respectfully Submitted,

                                            BOIES, SCHILLER & FLEXNER LLP

                            By: /s/ Sigrid S. McCawley
                                Sigrid S. McCawley (Pro Hac Vice)
                                Meredith Schultz (Pro Hac Vice)
                                Boies Schiller & Flexner LLP
                                401 E. Las Olas Blvd., Suite 1200
                                Ft. Lauderdale, FL 33301
                                (954) 356-0011

                                David Boies
                                Boies Schiller & Flexner LLP
                                333 Main Street
                                Armonk, NY 10504

                                Bradley J. Edwards (Pro Hac Vice)
                                FARMER, JAFFE, WEISSING,
                                EDWARDS, FISTOS & LEHRMAN, P.L.
                                425 North Andrews Avenue, Suite 2
                                Fort Lauderdale, Florida 33301
                                (954) 524-2820

                                Paul G. Cassell (Pro Hac Vice)
                                S.J. Quinney College of Law
                                University of Utah
                                383 University St.
                                Salt Lake City, UT 84112
                                (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 8th day of August, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

> Laura A. Menninger, Esq.
> Jeffrey Pagliuca, Esq.
> HADDON, MORGAN & FOREMAN, P.C.
> 150 East 10th Avenue
> Denver, Colorado 80203
> Tel: (303) 831-7364
> Fax: (303) 832-2628
> Email: lmenninger@hmflaw.com
>         jpagliuca@hmflaw.com

/s/ Sigrid S. McCawley
Sigrid S. McCawley

4