# EXHIBIT 2

# (Filed Under Seal)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

VIRGINIA L. GIUFFRE,

        Plaintiff,

                           Case No.:

   -against-              15-cv-07433-RWS

GHISLAINE MAXWELL,

        Defendants.

- - - - - - - - - - - - - - - - - - - x

                **CONFIDENTIAL**

       Videotaped deposition of GHISLAINE
MAXWELL, taken pursuant to subpoena, was
held at the law offices of BOIES
SCHILLER & FLEXNER, 575 Lexington
Avenue, New York, New York, commencing
April 22, 2016, 9:04 a.m., on the above
date, before Leslie Fagin, a Court
Reporter and Notary Public in the State
of New York.

                  - - -

        MAGNA LEGAL SERVICES
      1200 Avenue of the Americas
      New York, New York 10026



Page 57

```
 1        G Maxwell - Confidential

 2        asked and answered already.

 3        Q.   You can answer the question.

 4        A.   I have no idea what ████████████

 5   did.

 6        Q.   You never observed ████████████

 7   with girls under the age of 18 at Jeffrey's

 8   home?

 9             MR. PAGLIUCA:  Object to the form

10        and foundation.

11        A.   The answer is no, I have no idea.

12        Q.   Do you know ████████████

13        A.   I do.

14        Q.   What is your relationship with

15   ████████████

16             MR. PAGLIUCA:  Object to the form.

17        A.   What do you mean what is my

18   relationship.

19        Q.   Are you friendly with him, how do

20   you know him?

21        A.   He is the husband of ██████████.

22        Q.   Is ██████████ one of your friends?

23        A.   Yes.

24        Q.   Did you ever send Virginia to

25   ████████████████████████ to give him a
```



1              G Maxwell - Confidential

2         A.    She helps with my not-for-profit

3    ocean foundation and any other related

4    activities that I may have.

5         Q.    Is she paid for by Jeffrey Epstein?

6         A.    No.

7         Q.    She is paid for by you?

8         A.    Yes.

9         Q.    When did you first meet ████

10   ████?

11        A.    I don't recollect exactly, sometime

12   maybe 2002, 2003.

13        Q.    How did you meet her?

14        A.    I don't recollect exactly how we

15   met.

16        Q.    Did Jeffrey introduce you to her?

17        A.    I don't recollect how we met.

18        Q.    Does she know Jeffrey Epstein?

19             MR. PAGLIUCA:   Objection to the

20        form and foundation.

21        A.    Can you ask again, please?

22        Q.    Does ████████    know Jeffrey

23   Epstein?

24        A.    What do you mean by know?

25        Q.    Has she met her him before?



```
 1            G Maxwell - Confidential
 2            MR. PAGLIUCA:  Objection to the
 3       form and foundation.
 4       A.   I can't recollect a time when
 5   ████ -- I've seen ████ with Jeffrey but --
 6       Q.   You are not sure --
 7       A.   I know they know either other.  I
 8   can't testify to a meeting between them.
 9       Q.   Do you know where in New Jersey she
10   lives?
11       A.   No
12       Q.   You don't know a city?
13       A.   No.
14       Q.   How long has she worked for you?
15       A.   Sometime 2002, 2003.
16       Q.   To the present?
17       A.   Yeah.
18       Q.   Why do you think that ████████
19   might know Jeffrey?
20            MR. PAGLIUCA:  Objection to the
21       form and foundation.
22       A.   Because you know, I know Jeffrey.
23       Q.   Have you seen them together?
24       A.   I already testified I have not seen
25   them together, to my recollection.
```



```
 1          G Maxwell - Confidential
 2          Q.   Is it your testimony that ███
 3     ███   knows Jeffrey Epstein through the work
 4    that she does for you?
 5               MR. PAGLIUCA:  Objection to the
 6          form and foundation.
 7          A.   I don't recollect, and I don't
 8    recollect how I met ███ and I can't testify
 9    to what ███ relationship is or is not with
10    Jeffrey.
11          Q.   Have you ever talked to Jeffrey
12    about Dana?
13          A.   I don't know what you mean.
14          Q.   In any way, have you ever had a
15    conversation with Jeffrey about ████████?
16          A.   In what context.
17          Q.   In any context.  Have you ever
18    talked to Jeffrey Epstein about ████████?
19          A.   ███   works for me so it's entirely
20    possible that in the course of conversations
21    since 2002, 2003 that a conversation in which
22    ███   name would have come up is entirely
23    possible.
24          Q.   I provided you with and I'm sorry,
25    I don't know all the numbers, but the
```



Page 273

```
 1        G Maxwell - Confidential
 2   statement that was issued by ███████ that
 3   should be a single page still in your stack
 4   of exhibits there.
 5             MR. PAGLIUCA:  Exhibit 10.
 6        Q.   Did you authorize ██████ to issue
 7   that statement on your behalf in January of
 8   2015?
 9        A.   I already testified that that was
10   done by my lawyers.
11        Q.   So did you authorize your lawyers
12   to issue a statement on your behalf through
13   ████████ in January of 2015?
14        A.   It was determined that I had to
15   make a statement in the United Kingdom
16   because of the appalling lies and I just
17   thought of some new ones.
18             Virginia's statement that I
19   celebrated her 16 birthday with her.  We can
20   all agree that that's entirely impossible.  I
21   didn't meet her until she was 17 and other
22   lies she perpetrated that she had a diary and
23   we all know is a complete fake.  That's not a
24   diary.  It was just a book she was writing
25   that you helped sell to the press, as if it
```



Page 361

```
 1            G Maxwell - Confidential

 2                (Maxwell Exhibit 17, email, marked

 3         for identification.)

 4         Q.   This is an email from you on

 5    January 10, 2015 to ██████████████████

 6    ████.  The statement you had before you

 7    earlier, that, if you can pull that in front

 8    of you, the one page press release that you

 9    gave.  You might know from memory.

10              Was the press release that you

11    issued with the statement about Virginia

12    issued in or around January 2, 2015?

13         A.   As best as I can recollect.

14         Q.   I want to turn your attention to

15    the document I just handed you which is Bates

16    No. 001044, from you to ██████████████

17    ████████.  It says in the first sentence, I'm

18    out of my depth to understand defamation,

19    other legal hazards and I don't want to end

20    up in a lawsuit aimed at me from anyone, if I

21    can help it.  Apparently, even saying

22    Virginia is a liar has hazards.

23              You knew at the time you called

24    Virginia a liar in early January of 2015 that

25    that was something that would result in a
```



Page 405

```
 1        G Maxwell - Confidential
 2   with Virginia Roberts.
 3        Q.   I'm marking this as Maxwell 25.
 4             (Maxwell Exhibit 25, email, marked
 5        for identification.)
 6        Q.   I'm showing you what has been
 7   marked as Maxwell 25.
 8             This is an email dated January 11,
 9   2015 at the top?
10             Do you see that that from Jeffrey
11   to you?
12        A.   Uh-huh.
13        Q.   And then below there is an email
14   from ██████████ to you and cc'ing ██████
15   on January 11, 2015.
16             Do you see that?
17        A.   Uh-huh.
18        Q.   It says, Dear Ghislaine, as you
19   know I have been working behind the scenes
20   and this article comes from that.  It helps
21   but doesn't answer the VR claims.  I will get
22   the criminal allegations out.  This shows the
23   MOS will print truth, not just a VR voice
24   piece.  We can only make the truth by making
25   a statement.
```



Page 406

```
 1          G Maxwell - Confidential
 2              What did he mean when he said, I
 3  will get the criminal allegations out, what
 4  was he referring to?
 5              MR. PAGLIUCA:  Objection to the
 6         form and foundation.
 7         A.   I have no idea.
 8         Q.   Were there criminal allegations
 9  about Virginia that either your lawyer or
10  ███████████  were leaking to the press?
11              MR. PAGLIUCA:  Objection to form
12         and foundation.
13         A.   I have no idea.
14         Q.   Did you ask him what he meant when
15  he said, I will get the criminal allegations
16  out?
17         A.   I don't recollect the conversation.
18         Q.   Did you direct him to leak to the
19  press criminal allegations about Virginia
20  Roberts?
21         A.   I already testified that I have no
22  knowledge of what you are asking me.
23         Q.   Were you copied on this email,
24  correct?
25         A.   I was.
```



```
 1
 2                    CERTIFICATE
 3
 4
 5          I HEREBY CERTIFY that the witness,
 6   GHISLAINE MAXWELL, was duly sworn by me and
 7   that the deposition is a true record of the
 8   testimony given by the witness.
 9
10   _____
11          Leslie Fagin,
             Registered Professional Reporter
12          Dated: April 22, 2016
13
14
15          (The foregoing certification of
16   this transcript does not apply to any
17   reproduction of the same by any means, unless
18   under the direct control and/or supervision
19   of the certifying reporter.)
20
21
22
23
24
25
```

