# EXHIBIT 3

# (Filed Under Seal)

Confidential

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
VIRGINIA L. GIUFFRE,

            Plaintiff,

                              Case No.:
      -against-               15-cv-07433-RWS

GHISLAINE MAXWELL,

            Defendant.

- - - - - - - - - - - - - - - - - - - - - x

                **CONFIDENTIAL**

        Continued Videotaped Deposition of
    GHISLAINE MAXWELL, the Defendant herein,
    taken pursuant to subpoena, was held at
    the law offices of Boies, Schiller &
    Flexner, LLP, 575 Lexington Avenue, New
    York, New York, commencing July 22,
    2016, 9:04 a.m., on the above date,
    before Leslie Fagin, a Court Reporter
    and Notary Public in the State of New
    York.

                  - - -
          MAGNA LEGAL SERVICES
       1200 Avenue of the Americas
        New York, New York 10026
            (866) 624-6221



Confidential

Page 163

```
 1            G. Maxwell - Confidential
 2       and foundation.
 3       A.   Can you repeat the question,
 4  please?
 5       Q.   Sure.
 6            You remember from time to time
 7  being at                    , correct?
 8       A.   I do.
 9       Q.   And I think you testified that you
10  don't remember whether            was present
11  on any of those occasions, although he might
12  have been, correct?
13       A.   If          was standing right
14  here in front of me, I wouldn't know who he
15  is.
16       Q.   Does that mean you are saying that
17  you never met him or simply that you don't
18  remember him?
19       A.   I don't know if I ever met him, but
20  if I saw him in a picture, maybe I would
21  recognize it, but I don't believe I'd
22  remember him.
23       Q.   Did you ever go to the
24            with some woman who had previously
25  been with Mr. Epstein?
```



Confidential

Page 197

```
 1

 2                           CERTIFICATE

 3

 4

 5             I HEREBY CERTIFY that GHISLAINE

 6    MAXWELL, was duly sworn by me and that the

 7    deposition is a true record of the testimony

 8    given by the witness.

 9

10    _____

11    Leslie Fagin,

          Registered Professional Reporter

12        Dated:   July 22, 2016

13

14

15             (The foregoing certification of

16    this transcript does not apply to any

17    reproduction of the same by any means, unless

18    under the direct control and/or supervision

19    of the certifying reporter.)

20

21

22

23

24

25
```

