# EXHIBIT 5

# (Filed Under Seal)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 15-CV-07433-RWS

------------------------------------------x
VIRGINIA L. GIUFFRE,

                Plaintiff,

v.

GHISLAINE MAXWELL,

                Defendant.

------------------------------------------x

June 21, 2016
9:17 a.m.

C O N F I D E N T I A L
Deposition of JOSEPH RECAREY, pursuant
to notice, taken by Plaintiff, at the
offices of Boies Schiller & Flexner, 401
Las Olas Boulevard, Fort Lauderdale, Florida,
before Kelli Ann Willis, a Registered
Professional Reporter, Certified Realtime
Reporter and Notary Public within and
for the State of Florida.



```
                                              Page 106
 1        JOSEPH RECAREY - CONFIDENTIAL
 2      Q.   Do you remember speaking with a female by
 3  the name of ████████████?
 4      A.   Yes.
 5      Q.   And is that -- did you learn from ██████
 6  ██████ about ████████████?
 7           MR. PAGLIUCA:  Object to form and
 8      foundation.
 9           THE WITNESS:  That's correct.
10  BY MR. EDWARDS:
11      Q.   And what did you understand ██████
12  ████████ interaction with Jeffrey Epstein to be?
13           MR. PAGLIUCA:  Object to form and
14      foundation.
15           THE WITNESS:  ████████████ was allegedly
16      dating Jeffrey Epstein at the time.  And █████
17      and ██████ were roommates.
18           During that time, █████ had met with █████
19      and went shopping with her at the Palm Beach
20      Mall, where they purchased items from
21      Victoria's Secrets.
22           After spending the day together, they went
23      over to the Palm Beach house, where Epstein
24      requested to see what was purchased.  She was a
25      little reluctant initially, but because of the
```



```
 1           JOSEPH RECAREY - CONFIDENTIAL
 2      fact that it was his money that purchased the
 3      items, she showed the outfit that she had
 4      purchased at Victoria's Secrets.  He had asked
 5      her to try it on, at which time she did.
 6           She went back to the house at another
 7      time, where she was going to meet with ████
 8      and Epstein.  They went for a bike ride, but
 9      ████ had a massage, which Epstein walked in on
10      while she was getting a massage.
11           He asked her to turn over, expose her
12      breasts to him.  I think he performed a
13      chiropractic move on her.  And she was
14      completely uncomfortable with the whole
15      situation.
16  BY MR. EDWARDS:
17      Q.   Did you ever attempt to interview ████
18  ████?
19      A.   I'm trying to recall.  I believe I may
20  have.  I just -- off the top of my head, I can't
21  remember whether I did or didn't.
22      Q.   Okay.  At some point in time did you
23  encounter Alan Dershowitz?
24           MR. PAGLIUCA:  Object to form and
25      foundation.
```



```
 2
 3                    CERTIFICATE OF OATH
 4   STATE OF FLORIDA      )
 5   COUNTY OF MIAMI-DADE  )
 6
 7            I, the undersigned authority, certify
 8       that JOSEPH RECAREY personally appeared before me
 9       and was duly sworn.
10            WITNESS my hand and official seal this
11       24th day of June, 2016.
12
13
                      KELLI ANN WILLIS, RPR, CRR
14                    Notary Public, State of Florida
                      My Commission No. EE911443
15                    Expires: 2/16/16
16       + + + + + + + + + + + + + + + + + + +
17
18
19
20
21
22
23
24
25
```

