COMPOSITE

EXHIBIT 5

(File Under Seal)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 15-CV-07433-RWS

------------------------------------------x
VIRGINIA L. GIUFFRE,

                Plaintiff,

v.

GHISLAINE MAXWELL,

                Defendant.

------------------------------------------x

June 1, 2016
9:12 a.m.

C O N F I D E N T I A L

Deposition of JOHN ALESSI, pursuant to notice, taken by Plaintiff, at the offices of Boies Schiller & Flexner, 401 Las Olas Boulevard, Fort Lauderdale, Florida, before Kelli Ann Willis, a Registered Professional Reporter, Certified Realtime Reporter and Notary Public within and for the State of Florida.



```
 1                    JOHN ALESSI
 2      Q.   And where did the massage therapists --
 3 where did they come from?
 4      A.   Most, they came from Palm Beach.  Palm
 5 Beach County.
 6      Q.   And over the course of that 10-year period
 7 of time while Ms. Maxwell was at the house, do you
 8 have an approximation as to the number of different
 9 females -- females that you were told were massage
10 therapists that came to the house?
11           MR. PAGLIUSCA:  Object to form and
12      foundation.
13           THE WITNESS:  I cannot give you a number,
14      but I would say probably over 100 in my stay
15      there.
16 BY MR. EDWARDS:
17      Q.   And many of the times would the females
18 come only one time and not return?
19           MR. PAGLIUSCA:  Object to form and
20      foundation.
21 BY MR. EDWARDS:
22      Q.   Let me ask that a different way.
23           Were there times when some of these
24 females that would come to the house, and you were
25 told that they were massage therapists, would come
```



1                    JOHN ALESSI
2   BY MR. EDWARDS:
3       Q.   Okay.  And who would find the massage
4   therapist to bring to the house?
5       A.   They would call me in my office, and they
6   would say, Get me a massage at 10:00 with this
7   person.
8            I have a list of the massage therapists, a
9   Rolodex, or a card, and I would call them for the
10  specific time they want a massage.  And I would do
11  that.
12      Q.   I don't think I asked the right -- the
13  question that I was looking to ask, so let me go
14  back.
15           Did you go out looking for the girls --
16      A.   No.
17      Q.   -- to bring --
18      A.   Never.
19      Q.   -- as the massage therapists?
20      A.   Never.
21      Q.   Who did?
22      A.   Ms. Maxwell, Mr. Epstein and their
23  friends, because their friends relayed to other
24  friends they knew a massage therapist and they would
25  send to the house.  So it was referrals.



```
 1                    JOHN ALESSI
 2                 CERTIFICATE OF OATH
 3   STATE OF FLORIDA      )
 4   COUNTY OF MIAMI-DADE  )
 5
              I, the undersigned authority, certify
 6   that JOHN ALESSI personally appeared before    me
     and was duly sworn.
 7            WITNESS my hand and official seal
     this 1st day of June, 2016.
 8
 9
                   Kelli Ann Willis, RPR, CRR
10                 Notary Public, State of Florida
                   Commission FF928291, Expires 2-16-20
11      + + + + + + + + + + + + + + + + + +
12                    CERTIFICATE
13   STATE   OF   FLORIDA  )
14   COUNTY OF MIAMI-DADE  )
15            I, Kelli Ann Willis, Registered
     Professional Reporter and Certified Realtime
16   Reporter do hereby certify that    I was
     authorized to and did stenographically report the
17   foregoing deposition of JOHN ALESSI; that a review
     of the transcript was not requested; and that the
18   transcript is a true record of my stenographic
     notes.
19            I FURTHER CERTIFY that I am not a
     relative, employee, attorney, or counsel of    any
20   of the parties, nor am I a relative or employee of
     any of the parties' attorney or counsel connected
21   with the action, nor am I financially interested
     in the action.
22            Dated this 1st day of June, 2016.
23
24                 KELLI ANN WILLIS, RPR, CRR
25
```

