COMPOSITE

EXHIBIT 7

(File Under Seal)

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
VIRGINIA L. GIUFFRE,

       Plaintiff,

                    Case No.:
   -against-           15-cv-07433-RWS

GHISLAINE MAXWELL,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - x

**CONFIDENTIAL**

Continued Videotaped Deposition of
GHISLAINE MAXWELL, the Defendant herein,
taken pursuant to subpoena, was held at
the law offices of Boies, Schiller &
Flexner, LLP, 575 Lexington Avenue, New
York, New York, commencing July 22,
2016, 9:04 a.m., on the above date,
before Leslie Fagin, a Court Reporter
and Notary Public in the State of New
York.

MAGNA LEGAL SERVICES
1200 Avenue of the Americas
New York, New York 10026
(866) 624-6221



Page 18

```
 1        G. Maxwell - Confidential
 2        A.    I think everyone here can
 3  understand what intercourse is, is when you
 4  have sex.  I don't know how to say
 5  intercourse any other way, having sex with
 6  somebody.  Perhaps you would like to define
 7  it for me.
 8        Q.    I'm trying to get your definition
 9  right now because you are the witness.  When
10  you use the term intercourse, what are you
11  referring to?
12        A.    I'm referring to a penis entering
13  someone's vagina.
14
15
16
17
18
19
20
21
22
23
24
25
```



Page 20

```
 1            G. Maxwell - Confidential
 2
 3
 4
 5
 6
 7
 8
 9
10
11            MR. PAGLIUCA:  I'm going to
12       instruct you not to answer, unless you
13       tie it to a specific individual related
14       to this case per the court's order.
15            MR. BOIES:  I think the court's
16       order specifically permits this question
17       with respect to occasions related to
18       this case.  If you instruct her not to
19       answer, all you're going to do is bring
20       her back.  That's up to you.
21            MR. PAGLIUCA:  It's up to you as
22       the questioner, Mr. Boies.
23
24
25
```



Page 78

```
 1        G. Maxwell - Confidential
 2    ███████████████
 3        A.    I would not know.  I would say no.
 4        Q.    Did you engage in sexual activities
 5    with ███████
 6        A.    No.
 7        Q.    Do you know how ████████ came to
 8    know Mr. Epstein?
 9        A.    I met her at her university ████████
10    ████████████████████
11        Q. ████████████████████████
12    ████████████████
13        A.    In Palm Beach.
14        Q.    At Mr. Epstein's home in Palm
15    Beach?
16        A.    Yes.
17        Q.    So is it fair to say that ████████
18    ████████████████████████████
19    ████████████████
20        MR. PAGLIUCA:  This has already
21    been testified to Mr. Boies.  We are
22    repeating testimony now.
23        MR. BOIES:  I think in the context
24    of the witness' answers, these are fair
25    questions.
```



Page 79

1          G. Maxwell - Confidential

2              Now, I've asked you before, if you

3          want to instruct her not to answer, if

4          you want to go to the judge, we are

5          happy to do that, but I would suggest,

6          in the interest of moving it along, that

7          you stop these speeches.

8              MR. PAGLIUCA:  You are not moving

9          it along is the problem, so maybe we

10         should call the court and get some

11         direction here, because I am not going

12         to sit here and rehash the testimony we

13         already gave.

14             MR. BOIES:  That's fine.

15             THE VIDEOGRAPHER:  The time is

16         10:51 a.m. and we are going off the

17         record.

18             (Whereupon, an off-the-record

19         discussion was held.)

20             THE VIDEOGRAPHER:  The time is

21         10:56 a.m. and we are going back on the

22         record.  This begins DVD No. 3.

23             MR. BOIES:  We have just had a call

24         with Judge Sweet's chambers, Judge Sweet

25         is not available and his chambers


MAGNA
LEGAL SERVICES

Page 81

```
 1          G. Maxwell - Confidential
 2          or argue this in front of Judge Sweet.
 3             But I will simply start referring
 4          you back to the transcript and
 5          instructing the witness not to answer
 6          when I think we are getting into some
 7          things that have been asked and answered
 8          already.
 9             MR. BOIES:  Exactly the procedure
10          that I have proposed from the beginning.
11          If you think a question is out of
12          bounds, instruct not to answer and we
13          will then let the judge decide it.
14     BY MR. BOIES:
15          Q.   How did it happen, Ms. Maxwell,
16     that
17                          ended up giving massages to you
18     and Mr. Epstein?
19             MR. PAGLIUCA:  I'm going to
20          instruct you not to answer the question.
21          This has been previously, the subject of
22          your former deposition, it doesn't fall
23          into any of the categories ordered by
24          the court, and so you don't need to
25          answer that.
```



Page 82

```
1         G. Maxwell - Confidential
2         Q.   Was          paid for the massages
3    that she gave you?
4         A.   I didn't pay her, so I believe she
5    was paid.
6         Q.   Who paid her?
7         A.   I don't know who paid her.
8              MR. PAGLIUCA:  Again, you've
9         already answered that there was no
10        sexual activity between yourself and
11        Mr. Epstein related to these massages.
12        That's record testimony today.  That's
13        within the scope of the court's order.
14        The rest of this is outside the scope of
15        the court's order, and I instruct you
16        not to answer.
17             MR. BOIES:  You are taking the
18        position that as long as she said says
19        that a massage did not involve sexual
20        activity, we cannot ask about massages.
21        That's your view?
22             MR. PAGLIUCA:  On this particular
23        questioning, yes.
24   BY MR. BOIES:
25        Q.   Did Mr. Epstein pay          for the
```



Page 83

1          G. Maxwell - Confidential

2     massages that she gave Mr. Epstein?

3              MR. PAGLIUCA:  You just asked this

4         question, and I told her not to answer.

5         I will tell her not to answer again for

6         the same reasons.

7         Q.   Do you know how much Mr. Epstein

8     paid Johanna to give massages?

9              MR. PAGLIUCA:  Same instruction to

10        the witness.  Why do you believe this is

11        within the scope of the court's order?

12             MR. BOIES:  Because of the court's

13        reference to massages, and because I

14        think how much a girl

15                             was paid to give a

16        "massage" goes to whether there actually

17        was or was not sexual activity involved.

18             MR. PAGLIUCA:  The witness has

19        testified there wasn't.

20             MR. BOIES:  Perhaps it will

21        surprise you, I think it should not,

22        that I do not believe in my deposition I

23        need to simply accept her

24        characterization without

25        cross-examination.  Now, that's



Page 84

```
 1        G. Maxwell - Confidential
 2     something the judge can decide, but a
 3     question as to how much this young girl
 4     was being paid for a "massage", I think
 5     goes directly to the issue of sexual
 6     activity.
 7        MR. PAGLIUCA:  Here is the problem,
 8     Mr. Boies, at the first deposition,
 9     there were very limited instructions not
10     to answer and the witness was not told
11     not to answer questions about how much
12     people were paid or not paid or any of
13     those subject matters.  The witness was
14     only instructed not to answer about
15     sexual activity concerning adults in the
16     home.
17        None of this came up during the
18     deposition, and you just don't get a
19     chance to redo the deposition because
20     you feel like you want to.
21        So the judge's order is in the
22     context of the instructions to the
23     witness not to answer in the first
24     deposition, which is simply sexual
25     activity involving adults, which was the
```



1          G. Maxwell - Confidential
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25





Page 99

```
 1          G. Maxwell - Confidential
 2          A.    I don't recall ever hearing such a
 3     thing.
 4          Q.    You know ███████████, correct?
 5          A.    I do.
 6          Q.    Do you know whether or not ███████
 7     ████████████████████████████████████████████
 8     ███████
 9               MR. PAGLIUCA:  Can you tell me how
10          that relates to this order, counselor?
11               MR. BOIES:  Yes, I think it goes
12          directly to the sexual activity related
13          to ████████████ and what Mr. Epstein was
14          doing with ███████████
15               Again, you can instruct not to
16          answer.
17               MR. PAGLIUCA:  I'm trying to
18          understand why you are asking these
19          questions before I --
20               MR. BOIES:  I'm asking these
21          questions because these are people who
22          not only have been publicly written
23          about in terms of the sexual activity
24          that they were put into in connection
25          with Mr. Epstein, but the person who
```



Page 100

```
 1      G. Maxwell - Confidential
 2      wrote about them is somebody who talked
 3      to this witness about it, and I think
 4      that this is more than easily understood
 5      cross-examination.
 6           MR. PAGLIUCA:  Your question was,
 7      do you know whether or not ██████████
 8      ████████████████████████████████████
 9      ██████
10           MR. BOIES:  Yes.  And if you let
11      her answer, you will see where it leads.
12      If you won't let her answer, the judge
13      is going to determine it.  And I just
14      suggest to you that you stop these
15      speeches and stop debating, because you
16      are not going to convince me not to
17      follow-up on these questions.  If you
18      can convince the court to truncate the
19      deposition, that's your right, but all
20      you're doing is dragging this deposition
21      out.
22           MR. PAGLIUCA:  You have the
23      opportunity to give me a good faith
24      basis why you are asking these
25      questions.
```



Page 101

1           G. Maxwell - Confidential

2               MR. BOIES:  I have given you a good

3           faith basis.

4               MR. PAGLIUCA:  You haven't.

5               MR. BOIES:  Then instruct not to

6           answer.

7               MR. PAGLIUCA:  I am giving you the

8           opportunity to say why you are asking

9           the question, and why I'm telling her

10          not to answer and I am entitled to know

11          that.

12              MR. BOIES:  You are not entitled to

13          know why I'm asking the question.  You

14          are only entitled to know that it

15          relates to the subject matter that I am

16          entitled to inquire about, and I don't

17          think the judge is going to think that,

18          you know, where Mr. Epstein shipped

19                              off to is outside the scope

20          of what I'm entitled to inquire about.

21              THE WITNESS:  Can we take a break?

22              MR. BOIES:  Only if you commit not

23          to talk to your counsel during the

24          break.

25              THE WITNESS:  That's ludicrous.



Page 154

1          G. Maxwell - Confidential

2          Q.    Insofar as you were aware, did

3    Virginia Roberts ever have a male friend that

4    visited her at the Epstein residences?

5          A.    I don't recall ever seeing a man

6    with Virginia.  I believe she had a fiance

7    that I was aware of, I think, but that's all.

8          Q.    When were you aware that Virginia

9    Roberts had a fiance?

10         A.    I can't say I became aware from

11   reading all this stuff, or I was aware of it

12   at the time.  I don't know.

13         Q.    Did you ever meet Virginia Roberts'

14   fiance?

15         A.    I don't think I ever did.  I don't

16   recall meeting any men with Virginia.

17         Q.    Do you know ███████████

18   ████████████

19         A.    I never heard that name before.

20         Q.    Have you ever heard the name of

21   ██████████████████

22         A.    I don't recollect that name at all.

23              MR. PAGLIUCA:  Mr. Boies, those

24         names are on Exhibit 26, which we have

25         already gone over and she said she



Page 155

1          G. Maxwell - Confidential

2      didn't recognize those people, so now we

3      are just repeating things that we went

4      over.

5          MR. BOIES:  I am in the context of

6      seeing if I can refresh her

7      recollection, because these are women

8      that ████████████ who she also does not

9      recall, brought over to Mr. Epstein's

10     residences, and I also want to make a

11     very clear record of what her testimony

12     is and is not right now.

13          Again, you can instruct her not to

14     answer if you wish.

15          MR. PAGLIUCA:  I'm trying to get to

16     nonrepetitive questions here.  You

17     basically asked the same question three

18     times.  Then we get a pile of notes that

19     get pushed up to you, you read those.

20     Then you ask those three times, and then

21     we go to another question.  So it's

22     taking an inordinately long amount of

23     time and it shouldn't.

24          MR. BOIES:  I think that is a

25     demonstrably inaccurate statement of



Page 156

```
 1        G. Maxwell - Confidential
 2        what has been going on, and I
 3        attribute -- maybe I shouldn't attribute
 4        it at all.
 5            But if you want to instruct not to
 6        answer, instruct not to answer.  If you
 7        don't, again, all I will do is request
 8        that you cease your comments.  I can't
 9        do that.  All I can do is seek sanctions
10        afterwards.
11   BY MR. BOIES:
12        Q.   Ms. Maxwell.
13        A.   Mr. Boies.
14        Q.   What?
15        A.   I'm replying.  You said Ms.
16   Maxwell, I said Mr. Boies.
17        Q.   Do you have a question?
18        A.   No.
19        Q.   I have a question.
20        A.   I'm sure you do.
21        Q.   During the time that you were in
22   the property or at the property that
23   Mr. Epstein has in the Virgin Islands, were
24   you aware of Mr. Epstein getting any
25   massages?
```



Page 174

```
1        G. Maxwell - Confidential
2        court's order.
3        Q.    In terms of preparing for this
4   deposition, what documents did you review?
5            MR. PAGLIUCA:  To the extent I
6        provided you with any documents to
7        review, I will tell you that's both --
8        it's privileged and I instruct you not
9        to answer.
10       Q.    Did your lawyer provide you with
11  any documents to review in preparation for
12  this deposition that refreshed your
13  recollection about any of the events that
14  occurred?
15           MR. PAGLIUCA:  You can answer that
16       question.
17       A.    No.
18       Q.    How many documents did your lawyer
19  provide you with?
20           MR. PAGLIUCA:  You can answer.
21       A.    One, I believe.
22       Q.    One document.  Was that a document
23  that had been prepared by your attorney, or
24  was it a document from the past?
25           MR. PAGLIUCA:  I will tell you not
```



Page 177

1        G. Maxwell - Confidential

2            MR. PAGLIUCA:  Don't answer that

3        question.  It's outside the court's

4        order.

5        Q.    In 2005, were you aware of any

6    effort to destroy records of messages you had

7    taken of women who had called Mr. Epstein in

8    the prior period?

9            MR. PAGLIUCA:  Don't answer that

10        question.  It's outside the court's

11        order.

12            MR. BOIES:  I said I would give you

13        a break every hour.  It's been an hour.

14            MR. PAGLIUCA:  Do you want a break

15        or do you want to keep going?

16            THE WITNESS:  Keep going.

17            MR. BOIES:  What I told you before,

18        you asked for a break every hour.  I am

19        happy to give you a break at a fixed

20        time.  What I'm not happy to do is

21        interrupt a chain of examination.

22            So if you want a break now, we will

23        take a break now.  If you don't want a

24        break now, we will not break for another

25        hour.



Page 184

1       G. Maxwell - Confidential

2       Q.    Next one is ████  --

3       A.    ████  is Virginia's guy that you

4   asked me about.  I don't know ████

5       Q.    I asked you about a ██████████

6       A.    Right, I don't know him, so I'm

7   guessing, I don't know him.

8       Q.   ████████

9       A.    No.

10      Q.   ██████████

11      A.    No.

12      Q.   ████████

13      A.    I don't know who these people are.

14      Q.    Was there a list that was kept of

15  women or girls who provided massages?

16           MR. PAGLIUCA:  This has been

17       previously deposed on.  This is not part

18       of the court's order, I will tell her

19       not to answer.

20           MR. BOIES:  You are going to tell

21       her not to answer a question that says

22       was there a list of women or girls who

23       provided massages?

24           MR. PAGLIUCA:  She has been

25       previously deposed on this subject.



Page 185

1        G. Maxwell - Confidential

2            MR. BOIES:  I think this is

3        squarely in the court's order, but if

4        you instruct her not to answer, you

5        instruct her not to answer.

6            MR. PAGLIUCA:  We'll find out.

7    BY MR. BOIES:

8        Q.  I take it you don't know the ages

9    of any of these people?

10       A.   The ones that I did recognize were

11   roughly my age.  The ones I don't know, I

12   wouldn't have a clue.

13       Q.   Did you, or insofar as you are

14   aware anyone, maintain a list of females that

15   provided massage services to Mr. Epstein at

16   his residences?

17           MR. PAGLIUCA:  Objection to form

18       and foundation.

19           You can answer if you can.

20       A.   I don't know anything about a list.

21       Q.   Let me go back to Exhibit 28.  I

22   want to go down this list, excluding

23   Mr. Epstein himself, and just ask you a

24   series of the same essential questions about

25   each one.



Page 197

1

2                            CERTIFICATE

3

4

5            I HEREBY CERTIFY that GHISLAINE

6    MAXWELL, was duly sworn by me and that the

7    deposition is a true record of the testimony

8    given by the witness.

9

10    _____

11    Leslie Fagin,

      Registered Professional Reporter

12    Dated:  July 22, 2016

13

14

15            (The foregoing certification of

16    this transcript does not apply to any

17    reproduction of the same by any means, unless

18    under the direct control and/or supervision

19    of the certifying reporter.)

20

21

22

23

24

25

