COMPOSITE

EXHIBIT 8

(File Under Seal)

① I sent ████████ mail to their correct address and called Post office to make sure all future mail will be sent to them.

② I Scheduled the cable company to come on Thursday. This is their soonest appointment. Ghislaine asked me to make an appointment because the TV in the Blue Room does not get a clear reception.

③ SHUTTER COMPANY WILL COME EARLY THURSDAY TO MEASURE SHUTTER NEXT TO GHISLAINE'S DESK.. THE SHUTTER WILL NOT ROLL DOWN.

* BOTH CABLE COMPANY & SHUTTER COMPANY WILL CALL ME ON MY CELL PHONE TO MAKE SURE JEFFREY & GHISLAINE ARE NOT HERE.

Jeffrey E. Epstein

# 301.3101

SAO2969

GIUFFRE001523

## IMPORTANT MESSAGE

FOR _TR Fstein_
DATE _02/02/03_ TIME _8:51_ A.M. ~~P.M.~~
M. ss ▮▮▮▮▮▮
OF _____
PHONE _____
AREA CODE    NUMBER    EXTENSION

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____ Could
_you_ Please call back,
its very important

SIGNED ▮▮▮▮▮▮▮

1184

---

## IMPORTANT MESSAGE

FOR _JE_
DATE _01/02/03_ TIME _16:30_ A.M. ~~P.M.~~
M. ▮▮▮▮▮▮
OF _____
PHONE ▮▮▮▮▮▮
AREA CODE    NUMBER    EXTENSION

| TELEPHONED | | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | ✓ |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _GM_

1184

---

## IMPORTANT MESSAGE

FOR _Ghil_
DATE _____ TIME _____ A.M. P.M.
M. _____
OF _____
PHONE _____
AREA CODE    NUMBER    EXTENSION

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAG ▮▮▮▮▮▮ _PHONED_
To confirm 10:00

SIGNED _____

1184

---

## IMPORTANT MESSAGE

FOR _JE_
DATE _01/02/03_ TIME _21:06_ A.M. ~~P.M.~~
M. ▮▮▮▮▮▮
OF _____
PHONE ▮▮▮▮▮▮
AREA CODE    NUMBER    EXTENSION

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _WANTS TO KNOW
IF SHE SHOULD BRING
HER FRIEND ▮▮▮▮
WITH TONIGHT_

**SAO01456**

SIGNED ▮▮▮▮▮▮

1184

GIUFFRE001427

## IMPORTANT MESSAGE

FOR **DR. Epstein**

DATE 4/23/04    TIME 6:10   A.M. / P.M.

M ▮▮▮▮▮▮▮▮▮▮

OF

PHONE/ MOBILE

| TELEPHONED | | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _fyi YOUR emails_

SIGNED

1184

---

## IMPORTANT MESSAGE

FOR **Mr. Maxwell**

DATE 4/23/04    TIME 5:25   A.M. / P.M.

M ▮▮▮▮▮▮▮▮▮

OF

PHONE/ MOBILE _Office_

| TELEPHONED | ✗ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED

1184

---

## IMPORTANT MESSAGE

FOR **MR Epstein**

DATE _____    TIME _____   A.M. / P.M.

M ▮▮▮▮▮▮▮▮▮▮

OF

PHONE/ MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED

1184

---

## IMPORTANT MESSAGE

FOR **Mr Maxwell**

DATE 4/23/04    TIME 5:37   A.M. / P.M.

M ▮▮▮▮▮▮▮▮

OF

PHONE/ MOBILE

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SAO2827

SIGNED

1184

GIUFFRE001451

## IMPORTANT MESSAGE

FOR **GM**

DATE 4/28/04    TIME 2⁰⁰ A.M. / P.M.

M **Martha**

OF **Colonial Bank**

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR **MS. MAXWELL**

DATE 04/25/04    TIME 6·55 A.M. / P.M.

M █████████

OF —

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE   RETURNIN YOUR CALL

SIGNED █████ 1184

---

## IMPORTANT MESSAGE

FOR _____

DATE _____    TIME _____ A.M. / P.M.

M █████████

OF █████████

| | | |
|---|---|---|
| TELEPHONED | PLEASE CALL | X |
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOUR CALL | SPECIAL ATTENTION | |

MESSAGE

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR **Jeffrey**

DATE _____    TIME _____ A.M. / P.M.

M **Ghislaine**

OF _____

PHONE/MOBILE _____

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE  would be helpful to
have & _____ come to
Palm Beach today to stay
here and help train new
staff with Ghislaine.

SAO2830

SIGNED _____

GIUFFRE001454

## IMPORTANT MESSAGE

FOR 05/21/04

DATE FOR MR EPSTEIN TIME 5.37 ☐ A.M. ☐ P.M.

M █████████████████████

OF _____

PHONE/ MOBILE ███████████████

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE " PLEASE CALL ME "

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR MR EPSTEIN

DATE _____ TIME 8.30 ☐ A.M. ☐ P.M.

M █████████████████████

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE WILL CALL BACK

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR MR EPSTEIN

DATE 05/21/04 TIME 4.38 ☐ A.M. ☐ P.M.

M █████████████████████

PHONE/ MOBILE ████████████████

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE " CALLED "
" CALL BACK "

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR 05/21/04

DATE TO MR EPSTEIN TIME 12.45 ☐ A.M. ☐ P.M.

M █████████████████████

O █████████████████████

P M █████████████████████

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE CALLED

SAO2833

SIGNED _____ 1184

GIUFFRE001457

## IMPORTANT MESSAGE

FOR Jeffrey

DATE _____ TIME _____ A.M. P.M.

M Ghislaine
OF called
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR 06/06/04

DATE FOR MR EPSTEIN TIME 7.44 A.M. P.M.

M MS. MAXWELL
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE "CALLED BUT NOT VERY IMPORTENT"

SIGNED R 1184

---

## IMPORTANT MESSAGE

FOR MR EPSTEIN

DATE 06/11/04 TIME 1.48 A.M. P.M.

M _____
OF _____
PHONE/MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE 'CALL BACK'

SIGNED R 1184

---

## IMPORTANT MESSAGE

FOR MR. EPSTEIN

DATE 6/6/04 TIME 8.57 A.M. P.M.

M _____
OF _____
PHONE/MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE "WILL BE COMING AT 11 A.M. TODAY"

SAO2836

SIGNED _____ 1184

GIUFFRE001460

## IMPORTANT MESSAGE

FOR █████████████

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _____

PHONE/MOBILE █████████████████████

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

_____

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR █████████████

DATE 6.12.2004 TIME 3.55 A.M. / P.M.

M █████████

OF _____

PHONE/MOBILE ███████████████

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE CALLE D. SAYING

SOME ONE CalleD
FROM PALM BEACH

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR █████████████

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She'll be here

at 5.30

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR MR Epstein

DATE _____ TIME _____ A.M. / P.M.

M _____

OF Ms. Maxwell

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

_____

SAO2837

SIGNED _____ 1184

GIUFFRE001461

## IMPORTANT MESSAGE

FOR **MR EPSTEIN**

DATE 7.9.2004  TIME 1.30 A.M./P.M.

M ▓▓▓▓▓▓▓▓

OF ▓▓▓▓▓▓▓▓

PHONE/MOBILE ▓▓▓▓▓▓▓▓

| | | | |
|---|---|---|---|
| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | ✓ | SPECIAL ATTENTION | |

MESSAGE _CALLED_

SIGNED _____  1184

---

## IMPORTANT MESSAGE

FOR _Epstein_

DATE 7/13  TIME 6.95 A.M./P.M.

M ▓▓▓▓▓▓▓▓

OF _____

PHONE/MOBILE ▓▓▓▓▓▓▓▓

| | | | |
|---|---|---|---|
| TELEPHONED | ✓ | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____  1184

---

## IMPORTANT MESSAGE

FOR ▓▓▓▓▓▓▓▓

DATE 7/9/04  TIME 10.36 A.M./P.M.

M ▓▓▓▓▓▓▓▓

OF ▓▓▓▓▓▓▓▓

PHONE/MOBILE ▓▓▓▓▓▓▓▓

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _SHE IS WORKING FROM HOME TODAY PL CALL THE ABOVE # ASAP_

SIGNED _____  1184

---

## IMPORTANT MESSAGE

FOR _MR. EPSTEIN_

DATE 7/9  TIME 6.35 A.M./P.M.

M _MAXWELL E_

OF ▓▓▓▓▓▓▓▓

PHONE/MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | ✓ | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _PLEASE CALL WHEN POSSIBLE_

SAO2840

SIGNED _____  1184

GIUFFRE001464

## IMPORTANT MESSAGE

FOR ▓▓▓▓▓▓▓

DATE 07/10/2014 4   TIME 6·33 A.M.

M ▓▓▓▓▓▓▓

OF ▓▓▓▓▓▓▓

PHONE/MOBILE ▓▓▓▓▓▓▓

| | | | |
|---|---|---|---|
| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE PL CALL

I CALLED

SIGNED _____   1184

---

## IMPORTANT MESSAGE

FOR MR EPSTEIN

DATE _____   TIME 9 A.M.

M ▓▓▓▓▓▓▓

OF _____

PHONE/MOBILE ▓▓▓▓▓▓▓

| | | | |
|---|---|---|---|
| TELEPHONED | ✓ | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _____   1184

---

## IMPORTANT MESSAGE

FOR ▓▓▓▓▓▓▓

DATE 7/9/04   TIME 10·36 A.M.

M ▓▓▓▓▓▓▓

OF _____

PHONE/MOBILE ▓▓▓▓▓▓▓

| | | | |
|---|---|---|---|
| TELEPHONED | ✓ | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE SHE IS WORKING
FROM HOME ALL DAY
PL CALL THE ABOVE
# ASAP

SIGNED R   1184

---

## IMPORTANT MESSAGE

FOR MR EPSTEIN

DATE 7/9/04   TIME 7·50 P.M.

M MAXWELL E

OF _____

PHONE/MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | ✓ | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ▓▓▓▓▓▓ IS
AVAILABLE ON TUESDAY
NO ONE FOR TOMORROW

SAO2841

SIGNED R   1184

GIUFFRE001465

## IMPORTANT MESSAGE

FOR Mr Epstein
M. E.

DATE _____ TIME _____ A.M. / P.M.

M _____

OF Ms Maxwell

PHONE/MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR JE

DATE _____ TIME 7 __ A.M. / P.M.

M _____

OF ████████████████████

PHONE/MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She said if she
can't e-mail earlier her it
before then she has later
after 10 (6:30 or so)
coz she has b-day
dinner with her grandpa.

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR Mr Epstein

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _____

PHONE/MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE she will see you
at 7.30

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR Mr Epstein

DATE ████████ TIME 248 A.M. / P.M.

M ████████████████

OF _____

PHONE/MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She said that sophie
got her messages & said
that she's sorry for
not seeing you in
California

SAO01465

SIGNED _____ 1184

GIUFFRE001436

## IMPORTANT MESSAGE

FOR **JEFFREY**
DATE Aug 2   TIME 12:45 ☑A.M. / P.M.
M ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
OF ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE **THEY ARE AVAILABLE ALL WEEKEND AND ~~EITHER~~ MAYBE** ▮▮▮▮▮▮ ~~~~

SIGNED ▮▮▮▮▮▮▮▮▮  1184

---

## IMPORTANT MESSAGE

FOR **MR EPSTEIN**
DATE 7/25/04   TIME 5.08 ☑A.M. / P.M.
M
OF **SNYDER**
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE **"RETUNING YOUR CALL"**

SIGNED ▮  1184

---

## IMPORTANT MESSAGE

FOR **SARA**
DATE Aug. 2   TIME 2:00 ☑A.M. / P.M.
M ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
OF ▮▮▮▮▮▮▮▮▮▮
PHONE/MOBILE ▮▮▮▮▮▮▮▮▮▮▮▮

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | ✓ |

MESSAGE **Please call in reference to ... the around ... ... 1 ... ... over the Maxwell's request.**

SIGNED ▮▮▮▮▮▮▮  1184

---

## IMPORTANT MESSAGE

FOR **MR EPSTEIN**
DATE 7/25/04   TIME 1.48 ☑A.M. / P.M.
M
OF **MS MAXWELL**
PHONE/MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE **"TELL HIM TO CALL ME"**

**SAO01464**

SIGNED ▮▮  1184

GIUFFRE001435

## IMPORTANT MESSAGE

FOR ▮▮▮▮▮
DATE 8/6/04   TIME 12:06 ☑AM ☐PM
M ▮▮▮▮▮
OF ▮▮▮▮▮
PHONE/
MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Arriving at
Customs at 8:15

Need 2 vehicles
(5) people

SIGNED_____  1184

---

## IMPORTANT MESSAGE

FOR JE
DATE ▮▮▮▮▮   TIME 9:30 ☑AM ☐PM
M ▮▮▮▮▮
OF
PHONE/
MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE will phone again
in 1/2 hr.

SIGNED_____  1184

---

## IMPORTANT MESSAGE

FOR JE
DATE _____   TIME _____ ☐A.M. ☐P.M.
M ▮▮▮▮▮
OF ▮▮▮▮▮
PHONE/
MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED_____  1184

---

## IMPORTANT MESSAGE

FOR JE
DATE ▮▮▮▮▮   TIME 11:30 ☐A.M. ☐P.M.
M ▮▮▮▮▮
OF ▮▮▮▮▮
PHONE/
MOBILE ▮▮▮▮▮

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | X |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SAO2845

SIGNED_____  1184

GIUFFRE001469



## IMPORTANT MESSAGE

FOR ___ J☐ ☐
DATE __ 20 AUG ☐ TIME __ 9.00 A.M. / P.M.
M ___
OF ___
PHONE/MOBILE ___

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ___ CALLED,
SHE WAS ALL THE INFO
YOU NEED
CALL AT ███████

SIGNED ___ ███████    1184

## IMPORTANT MESSAGE

FOR ___ J☐ ☐
DATE __ 20 AUG TIME __ 3.00 A.M. / P.M.
M ___
OF ___
PHONE/MOBILE ___

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ███████
Call HER BACK
███████

SIGNED ___ ███████    1184

## IMPORTANT MESSAGE

FOR ___ J☐ ☐
DATE __ 20 AUG TIME __ 3.40 A.M. / P.M.
M ___ ███████
OF ___
PHONE/MOBILE ___

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ___
Returns your call
███████

SIGNED ___ SAO2848    1184

## IMPORTANT MESSAGE

FOR ___ ██ ME
DATE __ 20 AUG TIME __ 3.40 A.M. / P.M.
M ___ Christine
OF ___
PHONE/MOBILE ✓

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE SHE LET ███████ GO
THE ONLY FLIGHT TO PB leaves
at 3.15
Not heard from ███████
If you call it means she will pick
up ███████ alone in the chopper.
If you want to change please
SIGNED ___ Call GMT back

GIUFFRE001472

## IMPORTANT MESSAGE

FOR MR. EPSTEIN

DATE MR 02 TIME 2:4_ A.M./P.M.

M MS. MAXWELL

OF

PHONE/MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR JE

DATE _____ TIME 9:2_ A.M./P.M.

M Sarah ▮▮▮▮▮

OF ▮▮▮▮▮▮▮▮▮▮

| | | |
|---|---|---|
| TELEPHONED | PLEASE CALL | |
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOUR CALL | SPECIAL ATTENTION | |

MESSAGE She said if she
could contact her jet
before she goes can she has a
after 4:00 (6:00 or you
b'coz she has birthday
dinner w/ her grandpa

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR MR EPSTEIN

DATE ▮▮▮▮▮▮ TIME ▮▮▮▮ A.M./P.M.

M ▮▮▮▮▮▮▮▮▮▮

OF ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| | | |
|---|---|---|
| TELEPHONED | PLEASE CALL | |
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOUR CALL | SPECIAL ATTENTION | |

MESSAGE she will see you
at 7:30

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR MR. Epstein

DATE ▮▮▮▮▮▮ TIME 2:48 A.M./P.M.

M ▮▮▮▮▮▮▮▮▮▮

OF

PHONE/MOBILE

| | | |
|---|---|---|
| TELEPHONED | PLEASE CALL | |
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOUR CALL | SPECIAL ATTENTION | |

MESSAGE She said that sophie
got her messages & said
that she's sorry for
not seeing you in
California

SAO2850

SIGNED _____ 1184



GIUFFRE001474

## IMPORTANT MESSAGE

FOR ██████

DATE 11-4-04    TIME 2:40 ☑P.M.

M _____

OF _____

PHONE/MOBILE ██████

| TELEPHONED | ☑ PLEASE CALL |
|---|---|
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE

Return ██████ Call

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR Jeffrey

DATE 12-01-04    TIME 2:55 ☑P.M.

M _____

OF From ██████

PHONE/MOBILE _____

| TELEPHONED | PLEASE CALL |
|---|---|
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE

██████ would like to work @ 4:00 if possible.

[ is scheduled for 5:00 today ]

the movie is @ 7:30

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR ██████

DATE 12/6/04    TIME 1:00 ☑P.M.

M _____

OF ██████

PHONE/MOBILE ██████

| TELEPHONED | PLEASE CALL |
|---|---|
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE

Please call her

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR Mr. J.E.

DATE 12/6/04    TIME 1:30 ☑P.M.

M ██████

OF ██████

PHONE/MOBILE ██████

| TELEPHONED | PLEASE CALL |
|---|---|
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE

Returning your Call

SAO2939

SIGNED _____ 1184

GIUFFRE001493

## IMPORTANT MESSAGE

FOR Mr. J.E.

DATE 12/04/04  TIME 2:40 AM/PM

M ⌐ ▓▓▓▓▓▓▓▓▓▓▓▓

OF ▓▓▓▓▓▓▓▓▓▓▓▓

PHONE/MOBILE ▓▓▓▓▓▓▓▓▓▓▓▓

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Please Call him

SIGNED

---

## IMPORTANT MESSAGE

FOR Mr. J.E.

DATE 12/04/04  TIME 4:20 AM/PM

M s G. Maxwell

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Please Call her.

SIGNED

---

## IMPORTANT MESSAGE

FOR Mr. J.E.

DATE 12/04/04  TIME 5:30 AM/PM

M s G. Maxwell

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Please Call her

SIGNED

---

## IMPORTANT MESSAGE

FOR Mr. J.E.

DATE 12/04/04  TIME 5:40 AM/PM

M ▓▓▓▓▓▓▓▓▓▓

OF ▓▓▓▓▓▓▓▓▓▓

PHONE/MOBILE ▓▓▓▓▓▓▓▓▓▓

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Please Call her

SAO2938

SIGNED

GIUFFRE001492

## IMPORTANT MESSAGE

FOR ████████

DATE 12/9/04    TIME 10:20 A.M. / P.M.

M ████████

OF ████████

PHONE/MOBILE ████████

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Scheduling for going thru Palm Beach House"

SIGNED _R_    1184

---

## IMPORTANT MESSAGE

FOR Mr. J. E.

DATE 12/9/04    TIME 5:00 A.M. / P.M.

M r. ████████

OF ████████

PHONE/MOBILE ████████

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Please Call him

SIGNED _R_    1184

---

## IMPORTANT MESSAGE

FOR Mr. J. E.

DATE 12/09/04    TIME 830 A.M. / P.M.

M s. ████████

OF ████████

PHONE/MOBILE ████████

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE "Tell him that I Called"

SIGNED _R_    1184

---

## IMPORTANT MESSAGE

FOR Mr. J. E.

DATE 12/09/04    TIME 8:00 A.M. / P.M.

M rs. ████████

OF ████████

PHONE/MOBILE ████████

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Please She will call back

SAO2943

SIGNED _R_    1184

GIUFFRE001497

## IMPORTANT MESSAGE

FOR **J. E.**
DATE **1·8·05** TIME **4:05** A.M./P.M.

M ▢ (redacted)

OF
PHONE/MOBILE ▢ (redacted)

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Please call me back!

SIGNED
1184

---

## IMPORTANT MESSAGE

FOR **Jeffrey**
DATE **01/08/05** (redacted) TIME **10:1** A.M./P.M.

M ▢ (redacted)

OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Please call her

SIGNED
1184

---

## IMPORTANT MESSAGE

FOR **J. E**
DATE **1·8·05** TIME **4:55** A.M./P.M.

M ▢ (redacted)

OF
PHONE/MOBILE ▢ (redacted)

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Please call him

SIGNED
1184

---

## IMPORTANT MESSAGE

FOR **Jeffrey** **01/04/05** **9:00**
▢ (redacted) TIME A.M./P.M.

OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ing if you have called him he has st for some message for you

SAO2949

SIGNED
1184

GIUFFRE001503

## IMPORTANT MESSAGE

FOR J.E
DATE 2/24/05 TIME 4:18 A.M.

M █████████

OF
PHONE/ █████████
MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
Please Call her
Tomorrow is her
birthday

SIGNED J.
1184

---

## IMPORTANT MESSAGE

FOR J.E
DATE 2/23 TIME 12:45 P.M.

M █████████

OF
PHONE/ █████████
MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
Please Call her.

SIGNED J.
1184

---

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 2/5/05 TIME 01:10 A.M.

M █████████

OF
PHONE/ █████████
MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | ✓ |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
Please call
him back

SIGNED
1184

---

## IMPORTANT MESSAGE

FOR Mr. Epstein
DATE 2/24/05 TIME 11:19 P.M.

M █████████

OF
PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
She needs Lin's
telephone number.
Left her #
█████████

SIGNED LER
1184

SAO2967

GIUFFRE001521

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _2/25/05_ TIME _1:39_ A.M. / P.M.
M _Ghislaine_
OF _____
PHONE/ MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _That she called_

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _2/25/05_ TIME _9:42_ A.M. / P.M.
M _____
OF █████████
PHONE/ MOBILE █████████

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She would like to speak with you._

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _____
DATE _____ TIME _____ A.M. / P.M.
M _____
OF _____
PHONE/ MOBILE _____

| | | |
|---|---|---|
| TELEPHONED | PLEASE CALL | |
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOUR CALL | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _2/25/05_ TIME _12:12_ A.M. / P.M.
M _____
OF _____
PHONE/ MOBILE _____

| | | |
|---|---|---|
| TELEPHONED | PLEASE CALL | |
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOUR CALL | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

SAO2998

GIUFFRE001553

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _07/26/05_ TIME _11:15_ ☐ A.M. ☑ P.M.
M ▓▓▓▓▓▓▓▓▓
OF
PHONE/ MOBILE ▓▓▓▓▓▓▓▓▓

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please call her_
_back in 16:30_
_She is on the way_
_to the gym_

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _02/15/05_ TIME _05:30_ ☐ A.M. ☑ P.M.
M ▓▓▓▓▓▓▓▓▓
OF
PHONE/ MOBILE _You have it_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Going back to_
_conversation..._
_what about_
_Paris on Saturday_

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _2/26/05_ TIME _8:40_ ☑ A.M. ☐ P.M.
M ▓▓▓▓▓▓▓▓▓
OF
PHONE/ MOBILE ▓▓▓▓▓▓▓▓▓

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please call_
_her_

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _2/26/05_ TIME _12:21_ ☑ A.M. ☐ P.M.
M ▓▓▓▓▓▓▓▓▓
OF
PHONE/ MOBILE ▓▓▓▓▓▓▓▓▓

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please call_
_her back_

SIGNED _____ 1184

SAO2968

GIUFFRE001522

## IMPORTANT MESSAGE

FOR J.E.
DATE 2/27/05  TIME 10:18 A.M./P.M.

M Ms. Maxwell

OF

PHONE/MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She is home

SIGNED J.
1184

## IMPORTANT MESSAGE

FOR J.E.
DATE 2/26/05  TIME 4:40 A.M./P.M.

M Gean Luc

OF

PHONE/MOBILE no phone #

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Please!

Call him

SIGNED J.
1184

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 2/28/05  TIME 12:37 A.M./P.M.

M

OF

PHONE/MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She is wondering
if 2:30 is ok
we she needs to
stay in school

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 2/27/05  TIME 07:45 A.M./P.M.

M Jean Luc

OF

PHONE/MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE That he
call it back

SAO01067

GIUFFRE001388

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 2/28/05 TIME 12:11 A.M.
M ▮▮▮▮▮▮▮▮▮▮▮
OF
PHONE/MOBILE

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE He needs to
speak with
you.

SIGNED
1184

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 2/28/05 TIME 12:10 A.M.
M ▮▮▮▮▮▮▮▮▮▮
OF
PHONE/MOBILE ▮▮▮▮▮▮▮

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE He has sent you
some faxes that
he would like
follow up.

SIGNED
1184

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 2/28/05 TIME 5:30 A.M.
M Ghislaine
OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Pls call
Puss

SIGNED

SAO3000

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 2/27/05 TIME 11:20 A.M.
M ▮▮▮▮▮▮▮▮
OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Please call her
back. She wanted
make sure you know
that she is going
to meet Ghislaine
and go with her to
the Ranch

VED
1184

GIUFFRE001555

## IMPORTANT MESSAGE

FOR Jeffrey

DATE _____ TIME 6:05 ☑A.M. ☐P.M.

M ███████████

OF ███████████

PHONE/
MOBILE ███████████

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Call back

SIGNED ███████████

---

## IMPORTANT MESSAGE

FOR Jeffrey

DATE 2/28/05 TIME 7:11 ☑A.M. ☐P.M.

M ███████████

OF

PHONE/
MOBILE ███████████

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

███████████ is away.
Back on Wensday
and she might
have sthon Friday

SIGNED _____

---

## IMPORTANT MESSAGE

FOR Jeffrey

DATE 02/28/05 TIME 7:56 ☑A.M. ☐P.M.

M ███████████

OF ███████████

PHONE/
MOBILE ███████████

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

That she called
please call her
Back

---

## IMPORTANT MESSAGE

FOR Ghislaine

DATE 02/28/05 TIME 7:50 ☑A.M. ☐P.M.

M Ghislaine

OF

PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Please call
back

---

SAO3001

GIUFFRE001556