## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _3/5/05_   TIME _12:20_ A.M. **P.M.**
M _Ghislaine_
OF
PHONE/
MOBILE

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ▓▓▓▓▓ _still doesn't answer the phone._

SIGNED _AM_
1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _3/1/05_   TIME _10:20_ A.M. P.M.
M ▓▓▓▓▓▓
OF
PHONE/
MOBILE

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She had on the phone._ ▓▓▓▓▓▓▓▓▓

SIGNED
1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _3/5/05_   TIME _12:22_ A.M. **P.M.**
M ▓▓▓▓▓▓
OF
PHONE/
MOBILE ▓▓▓▓▓▓

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She has problems with car... could she be here at 2 pm?_

SIGNED

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _3/5/05_   TIME _11:50_ A.M. **P.M.**
M ▓▓▓▓▓▓
OF
PHONE/
MOBILE ▓▓▓▓▓▓

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Person for the car will be here in 15 min. to drop off foam and papers_

SIGNED
1184

SAO3002

GIUFFRE001557

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _3/6/05_   TIME _0:30_ A.M. / P.M.

M █████████████

OF _____

PHONE/MOBILE ████████████████

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Returning your_
_phone call_

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _3/06/05_   TIME _11:40_ A.M. / P.M.

M ████████████

OF _____

PHONE/MOBILE ████████████████████

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _That he cld be ol_

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR _J. E._

DATE _3/7/05_   TIME _7:30_ A.M. / P.M.

M ████████████████

OF _____

PHONE/MOBILE ██████████████████

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Do you want to_
_see him?_

SIGNED _J._  1184

## IMPORTANT MESSAGE

FOR _Ms. G. Maxwell_

DATE _3/06/05_   TIME _9:01_ A.M. / P.M.

M ████████████████

OF _____

PHONE/MOBILE ████████████████

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Left his cell #_
████████████████

**SAO01071**

SIGNED _____  1184

GIUFFRE001392

## IMPORTANT MESSAGE

FOR _Sarah_
DATE _3/20/05_   TIME _1.10_ A.M. P.M.
M ███████████
OF
PHONE/ MOBILE

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Lft. her cell #_
███████████

SIGNED _α_   1184

## IMPORTANT MESSAGE

FOR _J.E._
DATE _3/18/05_   TIME _8:05_ A.M. P.M.
M ████████████████
OF
PHONE/ MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _J._   1184

## IMPORTANT MESSAGE

FOR _Ms. G. Maxwell_
DATE _3/19/05_   TIME _3:45_ A.M. P.M.
M ████████████████
OF
PHONE/ MOBILE

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Appointment is at
9:30am tomorrow.
_███████_ is not
available, if it:
okay to have
another person._

SIGNED _L_

## IMPORTANT MESSAGE

FOR _J.E._
DATE _3/18/05_   TIME _12:55_ A.M. P.M.
M ██████████
OF
PHONE/ MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SAO01474

SIGNED _J_

GIUFFRE001446

**IMPORTANT MESSAGE**

FOR Jeffrey
DATE 2/01/05   TIME 12:20 A.M./P.M.
M Ghislaine
OF
PHONE/MOBILE

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE ▮▮▮ has pulled muscle and he is at the hospital "Good Sam" They have called ▮▮▮▮▮ and everything has been organized. In this case probably they won't make for lunch.
SIGNED LC
1184

---

**IMPORTANT MESSAGE**

FOR J. E.
DATE 3/31/05   TIME 7:05 A.M./P.M.
M ▮▮▮▮▮▮
OF
PHONE/MOBILE

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE

SIGNED J.
1184
#16

---

**IMPORTANT MESSAGE**

FOR Jeffrey
DATE 04/01/05   TIME 11:07 A.M./P.M.
M ▮▮▮▮▮
OF
PHONE/MOBILE

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE She had on the phone ▮▮▮▮▮

SIGNED
1184

---

**IMPORTANT MESSAGE**

FOR Jeffrey Epscov
DATE 04/11/0   TIME 07:3 A.M./P.M.
M ▮▮▮▮▮
OF
PHONE/ No number. he will
MOBILE call back

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE That he called

SIGNED
1184

SAO2972

GIUFFRE001526

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _4/8/05_   TIME _02:10_ A.M. / P.M.
M _Ghislaine_
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | X |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____


## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _4/8/05_   TIME _Dick_ A.M. / P.M.
M _____
OF _____
PHONE/MOBILE ████████

| TELEPHONED | | PLEASE CALL | X |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____


## IMPORTANT MESSAGE

FOR _J.E_
DATE _4/10/05_   TIME _1:20_ A.M. / P.M.
M ████████
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She went runing and back to the gym_

SIGNED _J._


## IMPORTANT MESSAGE

FOR _J.E._
DATE _4/10/05_   TIME _____ A.M. / P.M.
M ████████
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She went running_

SIGNED _____

SAO2975

GIUFFRE001530

## IMPORTANT MESSAGE

FOR *Jeffrey*
DATE 4/9/05  TIME 4:40 A.M./P.M.
M
OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She is waiting for her friend to call her back. She would like to speak with you

SIGNED ___ 1184

## IMPORTANT MESSAGE

FOR *Jeffrey*
DATE 4/9/05  TIME 5:15
M ████████████
OF ████████████
PHONE/MOBILE ████████████

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED ___ 1184

## IMPORTANT MESSAGE

FOR *Jeffrey*
DATE 4/11/05  TIME 11:40 A.M./P.M.
M ████████████
OF
PHONE/MOBILE ████████████

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED ___ 1184

## IMPORTANT MESSAGE

FOR *Jeffrey*
DATE 4/9/05  TIME 1:05 A.M./P.M.
M Ghislaine
OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Please call her back

SIGNED ___ SAO3013

GIUFFRE001568

## IMPORTANT MESSAGE

FOR __J. E.__

DATE __5/9/05__   TIME __3:05__ A.M. P.M.

M __[redacted]__

OF __[redacted]__

PHONE/ MOBILE

| TELEPHONED | | X | PLEASE CALL | |
| CAME TO SEE YOU | | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | | RUSH | |
| RETURNED YOUR CALL | | | SPECIAL ATTENTION | |

MESSAGE

SIGNED __J.__   1184

## IMPORTANT MESSAGE

FOR __J. E.__

DATE __5/9/05__   TIME __3:06__ A.M. P.M.

M __[redacted]__

OF __[redacted]__

PHONE/ MOBILE

| TELEPHONED | | X | PLEASE CALL | |
| CAME TO SEE YOU | | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | | RUSH | |
| RETURNED YOUR CALL | | | SPECIAL ATTENTION | |

MESSAGE

SIGNED __J__   1184

## IMPORTANT MESSAGE

FOR __JE__

DATE __[redacted]__   TIME __4:45__ A.M. P.M.

M __[redacted]__

OF

PHONE/ MOBILE

| TELEPHONED | | | PLEASE CALL | |
| CAME TO SEE YOU | | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | | RUSH | |
| RETURNED YOUR CALL | | | SPECIAL ATTENTION | |

MESSAGE __Thank you__

SIGNED   1184

## IMPORTANT MESSAGE

FOR __JE__

DATE __[redacted]__   TIME __2:15__ A.M. P.M.

M __[redacted]__

OF

PHONE/ MOBILE

| TELEPHONED | | | PLEASE CALL | |
| CAME TO SEE YOU | | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | | RUSH | |
| RETURNED YOUR CALL | X | | SPECIAL ATTENTION | |

MESSAGE

SIGNED   1184

SAO2980

GIUFFRE001535

**IMPORTANT MESSAGE**

FOR _____

DATE 5/24/05  TIME 9:10 P.M.

M ▮▮▮▮▮

OF _____

PHONE/MOBILE _call her at home_

| TELEPHONED | | PLEASE CALL | ✔ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____  1184

---

**IMPORTANT MESSAGE**

FOR J.E

DATE 5/9/05  TIME 7:20 P.M.

M Mrs Maxwell

OF _____

PHONE/MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED J  1184

---

**IMPORTANT MESSAGE**

FOR JE

DATE ▮▮▮▮  TIME 12:05 P.M.

M ▮▮▮▮▮

OF ▮▮▮▮▮

PHONE/MOBILE ▮▮▮▮▮

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____

---

**IMPORTANT MESSAGE**

FOR JE

DATE ▮▮▮▮  TIME 10:25 A.M.

M ▮▮▮▮▮

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | ✔ | SPECIAL ATTENTION | |

MESSAGE _she got there safe_

SIGNED _____

SAO2981

GIUFFRE001536

**IMPORTANT MESSAGE**

FOR Jeffrey

DATE 2/01/05   TIME 12:20 A.M. / P.M.

M Ghislaine

OF _____

PHONE/MOBILE _____

| TELEPHONED | ☐ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ▆▆▆ has pulled muscle and he is at the hospital "Good Sam." They have called ▆▆▆▆▆ and everything has been organized. In this case probably they won't make for lunch.

SIGNED TC

---

**IMPORTANT MESSAGE**

FOR J.E.

DATE 3/31/05   TIME 7:05 A.M. / P.M.

M ▆▆▆▆▆▆▆

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED J.

#16

---

**IMPORTANT MESSAGE**

FOR Jeffrey

DATE 04/01/05   TIME 11:07 A.M. / P.M.

M ▆▆▆▆▆

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She had on the phone ▆▆▆▆▆▆

SIGNED

SAO2983

---

**IMPORTANT MESSAGE**

FOR From Moscow

DATE 04/11/05   TIME 07:5 A.M. / P.M.

M ▆▆▆▆▆

OF _____

PHONE/MOBILE No number he will call back

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE That he called

SIGNED

GIUFFRE001538

**IMPORTANT MESSAGE**

FOR Jeffrey
DATE 4/9/05   TIME 02:10 A.M./P.M.
M Ghislaine
OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED                                    1184

---

**IMPORTANT MESSAGE**

FOR Jeffrey
DATE 4/9/05   TIME 12:04 A.M./P.M.
M ██████
OF
PHONE/MOBILE ███████████████

| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED                                    1184

---

**IMPORTANT MESSAGE**

FOR J.E
DATE 4/10/05   TIME 1:20 A.M./P.M.
M ███████████
OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She went runing
and back to the gym

SIGNED J                    1183

---

**IMPORTANT MESSAGE**

FOR J.E
DATE 4/10/05   TIME       A.M./P.M.
M ███████████
OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She went running

SIGNED                                    1184

SAO2986

GIUFFRE001541

**IMPORTANT MESSAGE**

FOR J. E.
DATE 5/9/05  TIME 3:05 A.M.
M ██████████
OF ██████████
PHONE/MOBILE

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED J.
1184

**IMPORTANT MESSAGE**

FOR J. E.
DATE 5/9/05  TIME 3:06 A.M.
M ██████████
OF
PHONE/MOBILE

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED J.
1184

**IMPORTANT MESSAGE**

FOR JE
DATE ██████████  TIME 9:45 A.M./P.M.
M ██████████
OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Thank you

SIGNED

SAO2990

**IMPORTANT MESSAGE**

FOR JE
DATE ██████████  TIME 2:15 A.M./P.M.
M ██████████
OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | X | SPECIAL ATTENTION | |

MESSAGE

1184

GIUFFRE001545

**IMPORTANT MESSAGE**

FOR _____

DATE 5/24/05 TIME 9:10 P.M.

M ▮▮▮

OF _____

PHONE/MOBILE *call her at home*

| TELEPHONED | | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____   1184

---

**IMPORTANT MESSAGE**

FOR J.E.

DATE 5/9/05 TIME 7:20 P.M.

M Mrs Maxwell

OF _____

PHONE/MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED J   1184

---

**IMPORTANT MESSAGE**

FOR JE

D ▮▮▮ TIME 12:05 P.M.

M _____

OF ▮▮▮

PHONE/MOBILE ▮▮▮

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____   1184

---

**IMPORTANT MESSAGE**

FOR JE

DATE _____ TIME 10:25 A.M.

M ▮▮▮

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | ✓ | SPECIAL ATTENTION | |

MESSAGE *she got there safe*

SIGNED _____   1184

SAO2991

GIUFFRE001546

**IMPORTANT MESSAGE**

FOR ████████

DATE 6 - 18 - 05   TIME 3:10   A.M. / P.M.

M ████████

OF

PHONE/MOBILE

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _____   1184

---

**IMPORTANT MESSAGE**

FOR J. E.

DATE 6/13/05   TIME 10's   A.M. / P.M.

M G. M.

OF

PHONE/MOBILE

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE   Please. Call her back

SIGNED _I_   1184

---

**IMPORTANT MESSAGE**

FOR Jeffrey

DATE 06/21/05   TIME 12.05   A.M. / P.M.

M ████████

OF ████████

PHONE/MOBILE ████████

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _____   1184

---

**IMPORTANT MESSAGE**

FOR Mr. J. Epstein

DATE 6/11/05   TIME 12:05   A.M. / P.M.

M ████████

OF

PHONE/MOBILE

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | ✓ | SPECIAL ATTENTION | |

MESSAGE

SAO01078

SIGNED _____   1184

GIUFFRE001399

**IMPORTANT MESSAGE**

FOR __J. E.__
DATE __7/4/05__   TIME __6:25__ A.M. / P.M.
M _____ [redacted]
OF __G. M.__
PHONE/
MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____
_____
_____
_____
_____

SIGNED __J.__   1184

---

**IMPORTANT MESSAGE**

FOR __J. E.__
DATE __7/4/05__   TIME __7:20__ A.M. / P.M.
M _____ [redacted]
OF _____
PHONE/
MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____
_____
_____
_____
_____

SIGNED __T.__   1184

---

**IMPORTANT MESSAGE**

FOR __JE__
DATE __6—__   TIME __12:30__ A.M. / P.M.
M __G—__
OF _____
PHONE/
MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She called _____ [redacted]
She's going to have
dinner w/ him — He's not
going to Grand Prix —
But she told her to
call his secretary to
organize passes —

SIGNED _____   1184

---

**IMPORTANT MESSAGE**

FOR __JE__
DATE _____   TIME __035__ A.M. / P.M.
M _____ [redacted]
OF _____
PHONE/
MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Called to say
goodnight

SAO01081

SIGNED _____   1184

SAO01081

## IMPORTANT MESSAGE

FOR _J. E._
DATE _8/19/05_   TIME _____   A.M. P.M.
M ████████████████

OF _____
PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Remanid you about conference call at 9 AM_

SIGNED _J_   1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _25/07/05_   TIME _11:45_   A.M. P.M.
M ████████████████

OF _____
PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ████ _the head of the text department has answer on aircraft. His number is_ ████████████

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _JE_
DATE _____   TIME _____   A.M. P.M.
M ████████████

OF _____
PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She doesn't want to come to the movies, but call her if you want a massage before or after the movie._

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _JE_
DATE _____   TIME _9.0_   A.M. P.M.
M _____

OF _____
PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _she's at 71 st_ _please call_

SAO01084

SIGNED _____   1184

GIUFFRE001405

## IMPORTANT MESSAGE

FOR _J. E._

DATE _8/19/05_   TIME _4:12_ A.M. P.M.

M _G. M._

OF

PHONE/ MOBILE

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She left message on answering machine._

SIGNED _J_

1184

## IMPORTANT MESSAGE

FOR _8/19/05_          _7:50_

DATE ▮▮▮▮   TIME ____ A.M. P.M.

M

OF

PHONE/ MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

M ▮▮▮▮ _to get information where he has to go to Hampton and how to get this person? He can be reach on_ ▮▮▮▮ _cellphone_

SIGNED _J_

1184

## IMPORTANT MESSAGE

FOR _JE_

DATE ____   TIME ____ A.M. P.M.

M ▮▮▮▮

OF ▮▮▮▮

PHONE/ MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | ✓ | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Glca_ ▮▮▮▮ _work on Sunday @ 4.00 and_ _@ 4.30_

SIGNED

1184

## IMPORTANT MESSAGE

FOR _8/19/05_          _7:35_

DATE ▮▮▮▮   TIME ____ A.M. P.M.

M

OF

PHONE/ MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOU ▮▮▮▮ | | SPECIAL ATTENTION | |

MESSAGE _will be here tomorrow at 11:00 AM_

SAO01085

SIGNED _J_

1184

GIUFFRE001406

## IMPORTANT MESSAGE

FOR __J. E.__

DATE 9/3/05   TIME 8:50 A.M./P.M.

M ████████████████

OF _____

PHONE/
MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE __I left message__
__for ████████ to__
__confirm for 11:00 AM__
__and ████████__
__for 4:30 PM__

SIGNED __T__
1184

## IMPORTANT MESSAGE

FOR __J. E.__

DATE 8/22/05   TIME 9:2_ A.M./P.M.

M ████████████████

OF _____

PHONE/
MOBILE _____

| TELEPHONED | | PLEASE CALL | X |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED __T__
1184

## IMPORTANT MESSAGE

FOR __J. E.__

DATE 9/4/05   TIME 12:55 A.M./P.M.

M ████████████████

OF _____

████████████████

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE __She would like to__
__reschedule her__
__time.__

SIGNED __T__
1184

## IMPORTANT MESSAGE

FOR __J. E.__

DATE 8/22/05   TIME _____ A.M./P.M.

M __G M__

OF _____

PHONE/
MOBILE _____

| TELEPHONED | | PLEASE CALL | X |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED __T__
1184

SAO01477

GIUFFRE001449

**IMPORTANT MESSAGE**

FOR _Mr. J. Epstein_

DATE _8/23/05_ TIME _2:18_ A.M. / P.M.

M ▓▓▓▓▓▓▓▓

OF

PHONE/MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _L_
1184

---

**IMPORTANT MESSAGE**

FOR _JE_

DATE _____ TIME _____ A.M. / P.M.

M ▓▓▓▓▓▓▓

OF

PHONE/MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _# Call her back, please_

SIGNED
1184

---

**IMPORTANT MESSAGE**

FOR _Mr. J. Epstein_

DATE _8/22_ TIME _4:21_ A.M. / P.M.

M ▓▓▓▓▓▓▓▓

OF

PHONE/MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please call her_

SIGNED _L_
1184

---

**IMPORTANT MESSAGE**

FOR _Mr. J. Epstein_

DATE _8/21_ TIME _11:39_ A.M. / P.M.

M ▓▓▓▓▓▓▓▓▓

OF

PHONE/MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _... she cannot work today. ... ▓▓▓▓▓▓ will be there at 11 a.m._

SAO01449

SIGNED _L_
1184

GIUFFRE001420

**IMPORTANT MESSAGE**

FOR _____ A.M. / P.M.

DATE _____ TIME _____

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE
I went to a store to buy food
I will be back @ 5.00

SIGNED _____ 1184

**IMPORTANT MESSAGE**

FOR JE

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE
_____ & _____ are
confirmed

SIGNED _____ 1184

**IMPORTANT MESSAGE**

FOR JE

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE
Please call back

SIGNED _____ 1184

**IMPORTANT MESSAGE**

FOR _____

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE
The movie
starts @ 7.15

SAO01086

SIGNED _____ 1184

GIUFFRE001407

**IMPORTANT MESSAGE**

FOR _J. E._

DATE _9/4/05_   TIME _3:40_ A.M. / P.M.

M ___

OF ___

PHONE/
MOBILE ___

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ___

SIGNED _J_   1184

---

**IMPORTANT MESSAGE**

FOR _Ms. B. Maxwell_

DATE _9/4/05_   TIME _1:40_ A.M. / P.M.

M ___

OF ___

PHONE/
MOBILE ___

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She will be here_
_at 3ᵗᵉ with family._

SIGNED _L._   1184

---

**IMPORTANT MESSAGE**

FOR _J. E._

DATE _9/4/05_   TIME _7:25_ A.M. / P.M.

M ___

OF ___

PHONE/
MOBILE ___

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Canceled_ ___
_She would like to speak_
_to you. I belive about_
_college_ ___

_Shoul I schedule any_
_one else?_

SIGNED _J_   1184

---

**IMPORTANT MESSAGE**

FOR _Mr. J. Epstein_

DATE _9/4/05_   TIME _2:08_ A.M. / P.M.

M ___

OF ___

PHONE/
MOBILE ___

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ___

SAO01089

SIGNED _L_   1184

GIUFFRE001409

## IMPORTANT MESSAGE

FOR _J.E._

DATE _9/10/05_ TIME _11:16_ A.M.

M _G.M._

OF

PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
| --- | --- | --- | --- |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ▓▓▓▓▓▓▓▓
_got invitation_

SIGNED _J._

---

## IMPORTANT MESSAGE

FOR _J.E._

DATE _9/5/05_ TIME _10:25_ A.M.

M ▓▓▓▓▓▓▓▓

OF

PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
| --- | --- | --- | --- |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
_5:00 PM_
_is O.K. with her_

SIGNED _J_

---

## IMPORTANT MESSAGE

FOR _J.E._

DATE _9/10/05_ TIME _11:16_ A.M.

M _G.M._

OF

PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | X |
| --- | --- | --- | --- |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ▓▓▓▓▓▓▓▓
_got an invitation_

SIGNED _J_

---

## IMPORTANT MESSAGE

FOR _J.E._

DATE _9/8/05_ TIME _4:30_ A.M.

M ▓▓▓▓▓▓▓▓

OF

PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
| --- | --- | --- | --- |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
_Her new phone #_
▓▓▓▓▓▓▓▓

SAO01090

SIGNED _J._

GIUFFRE001410

**IMPORTANT MESSAGE**

FOR _J.E._
DATE _9/10/05_   TIME _12:50_ A.M. P.M.
M ▮▮▮▮▮▮▮▮
OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Call her in North Salem_

SIGNED _J._

---

**IMPORTANT MESSAGE**

FOR _J.E._
DATE _9/10/05_   TIME _11:16_ A.M. P.M.
M _G. M._
OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ▮▮▮▮▮▮ _decline invitation_

SIGNED _J_

---

**IMPORTANT MESSAGE**

FOR _J.E._
DATE ▮▮▮▮▮▮   TIME ▮▮▮▮ A.M. P.M.
M ▮▮▮▮▮▮▮▮
OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _RETURNING YOUR CALL @ 12²⁰_

SIGNED

---

**IMPORTANT MESSAGE**

FOR _J.E._
DATE _9/10/05_   TIME _1:15_ A.M. P.M.
M ▮▮▮▮▮▮▮▮
OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ▮▮▮▮▮▮ _confirm 4 PM_

SAO01091

SIGNED _J_

GIUFFRE001411

**IMPORTANT MESSAGE**

FOR _J.E._
DATE _9/11/05_ TIME _9:15_ (A.M.)
M. ▮▮▮▮▮▮▮▮
OF
PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _I got a car for_

SIGNED _J_
1184

---

**IMPORTANT MESSAGE**

FOR _J E_
DATE _____ TIME _____ A.M. P.M.
M.
OF _N_
PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ▮▮▮▮▮ _hasn't confirmed @ 11.00 yet so she is keeping_ ▮▮▮▮▮ _on hold in case_ ▮▮▮▮ _doesn't call back_

SIGNED _____
1184

---

**IMPORTANT MESSAGE**

FOR _Mr. J. Epstein_
DATE _9/11/05_ TIME _10:01_ (A.M.)
M. _George Goldsmith_
OF
PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _L_
1184

---

**IMPORTANT MESSAGE**

FOR _J.E._
DATE _9/10/05_ TIME _10:10_ (A.M.)
M. ▮▮▮▮▮▮▮
OF
PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ▮▮▮▮▮ _will be at 11:AM Do you want me to cancel_ ▮▮▮▮

SAO01093

SIGNED _J_
1184

GIUFFRE001413

## IMPORTANT MESSAGE

FOR _J. E._
DATE _10/1/05_   TIME _2:50_ A.M. P.M.
M █████████████████
OF
PHONE/
MOBILE

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _T_   1184

## IMPORTANT MESSAGE

FOR _J. E._
DATE _10/1/05_   TIME _9:50_ A.M. P.M.
M █████████████████
OF
PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _...... continued_
_at 11 AM_
_and ... - 4 PM_

SIGNED _J_   1184

## IMPORTANT MESSAGE

FOR _J. E._
DATE _10/1/05_   TIME _7:10_ A.M. P.M.
M ███████████████████████
OF
PHONE/
MOBILE ████████████

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _T_   1184

## IMPORTANT MESSAGE

FOR _J. E._
DATE _10/1/05_   TIME _10:15_ A.M. P.M.
M ███████████████
OF
PHONE/
MOBILE ██████████████████

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

**SAO01469**

SIGNED _T._   1184

GIUFFRE001441

## IMPORTANT MESSAGE

FOR **J. E.**
DATE 10/2/05   TIME 10:40 A.M./P.M.
M ▓▓▓▓▓▓▓▓▓▓▓
OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ▓▓▓▓▓ is sick
and she can't
come today

SIGNED J.
1184

## IMPORTANT MESSAGE

FOR **J. E.**
DATE 10/1/05   TIME 7:20 A.M./P.M.
M ▓▓▓▓▓▓▓▓▓▓▓
OF
PHONE/MOBILE

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED T.
1184

## IMPORTANT MESSAGE

FOR **Mr. J. Epstein**
DATE Oct. 2 05   TIME 12:30 A.M./P.M.
M ▓▓▓▓▓▓▓
OF
PHONE/MOBILE

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ▓▓▓▓▓▓▓▓▓▓

SIGNED L
1184

## IMPORTANT MESSAGE

FOR **J. E.**
DATE 10/2/05   TIME 10:20 A.M./P.M.
M ▓▓▓▓▓▓▓▓▓▓▓
OF
PHONE/MOBILE

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SAO01470

SIGNED T
1184

GIUFFRE001442

## IMPORTANT MESSAGE

FOR _J. E._
DATE _10/3/05_   TIME _2:50_ A.M. (P.M.)
M _[redacted]_
OF
PHONE/ MOBILE _[redacted]_

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _J_   1184

## IMPORTANT MESSAGE

FOR _J. E._
DATE _10/2/05_   TIME _9:05_ A.M. (P.M.)
M _[redacted]_
OF
PHONE/ MOBILE _[redacted]_

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
_Can you call him_
_at this # between_
_10ºº - 10³⁰ pm_

SIGNED _J_   1184

## IMPORTANT MESSAGE

FOR _J. E._
DATE _10/3/05_   TIME _4:10_ A.M. (P.M.)
M _[redacted]_
OF
PHONE/ MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _[redacted] will be_
_1/2 hour late_

## IMPORTANT MESSAGE

FOR _Mr. J. Epstein_
DATE _10-2-05_   TIME _12:30_ A.M. (P.M.)
M _[redacted]_
OF
PHONE/ MOBILE

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

**SAO01471**

GIUFFRE001443