# EXHIBIT G

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 15-CV-07433-RWS

------------------------------------------x

VIRGINIA L. GIUFFRE,

                    Plaintiff,

v.

GHISLAINE MAXWELL,

                    Defendant.

------------------------------------------x

                June 1, 2016
                9:12 a.m.

          C O N F I D E N T I A L

    Deposition of JOHN ALESSI, pursuant
to notice, taken by Plaintiff, at the
offices of Boies Schiller & Flexner, 401
Las Olas Boulevard, Fort Lauderdale, Florida,
before Kelli Ann Willis, a Registered
Professional Reporter, Certified Realtime
Reporter and Notary Public within and
for the State of Florida.



Page 166

1                    JOHN ALESSI
2        Q.   Sure.  So let's talk about that a little
3   bit.
4             I think 95 percent of the time you paid by
5   check, correct?
6        A.   By check, yes, sir.
7        Q.   And that would be you writing the check?
8        A.   Yes, sir.
9        Q.   And there was a checkbook that you had
10  signing authority for, correct, that you could sign?
11       A.   Yes, sir.  It was Mr. Epstein in that
12  account, and I was in that account.
13       Q.   And that was at Palm Beach National Bank;
14  is that right?
15       A.   Yes, Palm Beach National Bank.
16       Q.   Okay.  And that's the check [sic] that you
17  would write checks out of to the massage therapists,
18  correct?
19       A.   Yes.
20       Q.   And I think you testified earlier that
21  some of the massage therapists would just kind of
22  keep a running list, right?
23       A.   Right.
24       Q.   And then at some point, they would have a
25  piece of paper, and they would say, Hey, I get paid



Page 174

```
 1                     JOHN ALESSI
 2       A.    I never got into the house.  I saw
 3   outside.  And I drove home.  I drove her to the
 4   apartment.  That's it.
 5       Q.    She was upset and crying about this,
 6   though?
 7       A.    Yes.
 8       Q.    The first time you saw her at Mar-a-Lago,
 9   you identified her as wearing a white uniform?
10       A.    Yeah, I remember her wearing a white
11   uniform.
12       Q.    It was a professional-looking uniform?
13       A.    I would say it was an old nurse's.  You
14   know, it was not pants, but one piece up to the
15   knees.  It was white and like...
16       Q.    Okay.  So it was like a knee-length skirt?
17       A.    Right.  Uh-huh.
18       Q.    And then covering the top was also white;
19   is that right?
20       A.    Yes.
21       Q.    Okay.  You were asked some questions about
22   photographs.  I think you testified that Ms. Maxwell
23   liked to take photographs?
24       A.    She did.
25       Q.    Do you recall her taking photographs of
```



```
 1                    JOHN ALESSI
 2       A.   No.  We had -- they had like -- they sell
 3   that -- what was the name of the store?
 4       Q.   Brookstone?
 5       A.   Yeah, Brookstone.  It's a thing they use
 6   to go for the back and massage their back, massage
 7   their legs, with a long -- it had a head with moving
 8   parts on it.  That was it.
 9       Q.   All right.
10            You talked a little earlier about getting
11   referrals from friends for massage therapists; do
12   you recall that?
13       A.   Yes, I did.
14       Q.   Okay.  So from time to time would the
15   friends of Mr. Epstein give --
16       A.   Referrals, yes.  They would refer somebody
17   for massages.
18       Q.   Tell me how that would come about, that
19   you would know about that?
20       A.   Because I was told to get this new girl,
21   get this from Mar-a-Lago.  This is from the Breakers
22   Hotel.  We used to get a lot of people from the
23   Breakers Hotel, the spa at the breakers.
24       Q.   But, for example, one of Mr. Epstein's
25   friends would say, I got a good message from this
```



```
 1                      JOHN ALESSI
 2   person; I recommend her to you?
 3       A.   Yes, he would give to me the number.
 4       Q.   And most of the people, I take it, were
 5   from these spas or clubs; is that right?  Most of
 6   the massage people?
 7       A.   Yes.
 8       Q.   And do you know, did they have what I'll
 9   call regular day jobs at the spas, and then they
10   would come into Mr. Epstein's after?
11            MR. EDWARDS:  Objection, speculation.
12            THE WITNESS:  I think so.
13   BY MR. PAGLIUSCA:
14       Q.   Okay.  And why do you think so?
15       A.   Because they were working at the Breakers,
16   and sometimes I have to get in touch with these
17   people.  I used to call -- have to call the Breakers
18   or the Mar-a-Lago or the -- all the clubs.  There be
19   clubs, even in Boca Raton, the Boca Raton Resort and
20   Hotel.  They have a great spa.  I had to call these
21   people, Can you come in at 10:00 tonight?
22       Q.   You would know they were working there
23   because you would talk to them there?
24       A.   Yes.
25       Q.   I'm going to have you take a look at
```



```
 1                    JOHN ALESSI
 2      A.   I remember it was extremely hot.
 3      Q.   It could have been August, it could have
 4  been September; is that right?
 5      A.   Yes.
 6           MR. EDWARDS:  Object to counsel
 7      testifying.
 8  BY MR. PAGLIUSCA:
 9      Q.   It is fair to say that you don't really
10  know the date?
11      A.   I don't.  I don't.
12      Q.   Okay.  You saw Ms. Roberts, then, later
13  that day, and she was -- she came in through the
14  back door; is that correct?
15      A.   Yes.  The kitchen door.
16      Q.   All right.
17           And you never spoke to either her mother
18  or her father; is that right?
19      A.   No, I never met him.
20      Q.   And you did not drive her home that day,
21  correct?
22      A.   No, sir.
23      Q.   And you don't recall her going upstairs
24  that day, do you?
25      A.   No, sir.
```



```
 1                    JOHN ALESSI
 2            THE VIDEOGRAPHER:  On the record at 1:36.
 3   BY MR. PAGLIUSCA:
 4       Q.   Just a few more questions, Mr. Alessi.
 5            With regard to the ages of any of the
 6   people giving massages, most of them were over 20;
 7   is that correct?
 8       A.   Yes.
 9            MR. EDWARDS:  Objection, argumentative.
10            THE WITNESS:  Or they looked like.
11   BY MR. PAGLIUSCA:
12       Q.   You believed they would be over 20; is
13   that right?
14       A.   Yes, mostly.
15       Q.   And do you recall -- take a look at -- I
16   think it's Exhibit 3 maybe, at page 108, lines 1 and
17   2.
18            Do you recall, when you were testifying
19   under oath in your continued deposition, which
20   occurred on September 8th, 2009, you were asked a
21   lot of age questions, correct?
22       A.   Yes.
23       Q.   And in response to one of those questions,
24   you said --
25            MR. EDWARDS:  What page are we on?
```



Page 201

1  JOHN ALESSI
2      MR. PAGLIUSCA: 108, the top of the page,
3  lines 1 through 3.
4  BY MR. PAGLIUSCA:
5      Q.  "Most of them were, I would say, over 20."
6          Do you remember giving that testimony?
7      A.  Yes.
8      Q.  And that was true then, correct?
9      A.  Yes. And it's true now. I don't think it
10 was underage before I left, that I can remember.
11     MR. PAGLIUSCA: Okay. Thank you. I don't
12     have any further questions at this point.
13         F U R T H E R   E X A M I N A T I O N
14 BY MR. EDWARDS:
15     Q.  Sir, let me pick up right where we left
16 off, page 107 through 108.
17     A.  Yes, sir.
18     Q.  So if you read the whole sentence that
19 wasn't just read to you, it says, "They could have
20 being 16 or 20. Most of them, I would say, over
21 20."
22         Do you remember giving that testimony?
23     A.  Okay. The girls appear, they appeared to
24 be very young. Again, the same question you asked.
25 Everyone asked me the same thing. They could be 16

