United States District Court
Southern District of New York

Virginia L. Giuffre,

      Plaintiff,                            Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

      Defendant.

_____/

**DECLARATION OF SIGRID S. MCCAWLEY IN SUPPORT OF PLAINTIFF'S MOTION TO ENFORCE THE COURT'S ORDER AND DIRECT DEFENDANT TO ANSWER DEPOSITION QUESTIONS**

    I, Sigrid S. McCawley, declare that the below is true and correct to the best of my knowledge as follows:

    1.    I am a Partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's September 29, 2015 Order granting my Application to Appear Pro Hac Vice.

    2.    I respectfully submit this Declaration in Support of Plaintiff's Motion to Enforce the Court's Order and Direct Defendant to Answer Deposition Questions.

    3.    Attached hereto as Sealed Composite Exhibit 1 is a true and correct copy of Excerpt from April 22, 2016, Deposition of Ghislaine Maxwell.

    4.    Attached hereto as Sealed Exhibit 2 is a true and correct copy of June 20, 2016 Sealed Court Order.

    5.    Attached hereto as Sealed Composite Exhibit 3 is a true and correct copy of Excerpt from June 22, 2016, Deposition of Ghislaine Maxwell.

    6.    Attached hereto as Sealed Exhibit 4 is a true and correct copy of Excerpts from

1

June 24, 2016 Deposition of ▆▆▆▆.

    7.    Attached hereto as Sealed Exhibit 5 is a true and correct copy of Excerpts from May 18, 2016, Deposition of ▆▆▆▆.

    8.    Attached hereto as Sealed Exhibit 6 is a true and correct copy of Excerpts from June 10, 2016, Deposition of ▆▆▆▆.

    9.    Attached hereto as Sealed Exhibit 7 is a true and correct copy of Excerpts from June 1, 2016, Deposition of Juan Alessi.

    10.    Attached hereto as Sealed Exhibit 8 is a true and correct copy of Excerpts from May 24, 2016, Deposition of ▆▆▆▆.

    11.    Attached hereto as Sealed Exhibit 9 are true and correct copies of flight logs excerpted ▆▆▆▆ Dep. Ex. 1.

    12.    Attached hereto as Sealed Exhibit 10 is a true and correct copy of January 22, 2015 *Dailymail.co* article "All aboard The Lolita Express': Flight Logs.

    13.    Attached hereto as Sealed Exhibit 11 is a true and correct copy of Excerpts from June 21, 2016, Deposition of Detective Joseph Recarey.

    14.    Attached hereto as Sealed Exhibit 12 is a true and correct copy of Excerpts from October 20, 2009, Deposition of ▆▆▆▆.

    15.    Attached hereto as Sealed Exhibit 13 is a true and correct copy of Excerpts from June 3, 2016, Deposition of ▆▆▆▆.

    16.    Attached hereto as Sealed Exhibit 14 is a true and correct copy of Excerpts from March 24, 2010, Deposition of ▆▆▆▆.

    17.    Attached hereto as Sealed Exhibit 15 is a true and correct copy of Excerpts from April 13, 2010, Deposition of ▆▆▆▆.

18. Attached hereto as Sealed Exhibit 16 is a true and correct copy of Excerpts from July 29, 2009, Deposition of ▮▮▮▮▮▮.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 12, 2016.

/s/ Sigrid S. McCawley_____
Sigrid S. McCawley, Esq.

Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP

By: /s/ Sigrid S. McCawley
Sigrid S. McCawley (Pro Hac Vice)
Meredith Schultz (Pro Hac Vice)
Boies Schiller & Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

David Boies
Boies Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

Bradley J. Edwards (Pro Hac Vice)
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
(954) 524-2820

Paul G. Cassell (Pro Hac Vice)
S.J. Quinney College of Law
University of Utah
383 University St.
Salt Lake City, UT 84112
(801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 12th day of August, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

    Laura A. Menninger, Esq.
    Jeffrey Pagliuca, Esq.
    HADDON, MORGAN & FOREMAN, P.C.
    150 East 10th Avenue
    Denver, Colorado 80203
    Tel: (303) 831-7364
    Fax: (303) 832-2628
    Email: lmenninger@hmflaw.com
           jpagliuca@hmflaw.com

                                                  /s/ Sigrid S. McCawley
                                                      Sigrid S. McCawley