# COMPOSITE EXHIBIT 3

## (Filed Under Seal)

Confidential

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
VIRGINIA L. GIUFFRE,

          Plaintiff,

                              Case No.:
     -against-                15-cv-07433-RWS

GHISLAINE MAXWELL,

          Defendant.

- - - - - - - - - - - - - - - - - - - - x

             **CONFIDENTIAL**

          Continued Videotaped Deposition of
     GHISLAINE MAXWELL, the Defendant herein,
     taken pursuant to subpoena, was held at
     the law offices of Boies, Schiller &
     Flexner, LLP, 575 Lexington Avenue, New
     York, New York, commencing July 22,
     2016, 9:04 a.m., on the above date,
     before Leslie Fagin, a Court Reporter
     and Notary Public in the State of New
     York.

          MAGNA LEGAL SERVICES
       1200 Avenue of the Americas
        New York, New York 10026
             (866) 624-6221



Confidential

Page 18

```
 1        G. Maxwell - Confidential
 2        A.   I think everyone here can
 3   understand what intercourse is, is when you
 4   have sex.  I don't know how to say
 5   intercourse any other way, having sex with
 6   somebody.  Perhaps you would like to define
 7   it for me.
 8        Q.   I'm trying to get your definition
 9   right now because you are the witness.  When
10   you use the term intercourse, what are you
11   referring to?
12        A.   I'm referring to a penis entering
13   someone's vagina.
14
15
16
17
18
19
20
21
22
23
24
25
```



Confidential

Page 20

```
 1        G. Maxwell - Confidential
 2
 3
 4
 5
 6
 7
 8
 9
10
11        MR. PAGLIUCA:  I'm going to
12    instruct you not to answer, unless you
13    tie it to a specific individual related
14    to this case per the court's order.
15        MR. BOIES:  I think the court's
16    order specifically permits this question
17    with respect to occasions related to
18    this case.  If you instruct her not to
19    answer, all you're going to do is bring
20    her back.  That's up to you.
21        MR. PAGLIUCA:  It's up to you as
22    the questioner, Mr. Boies.
23
24
25
```



Confidential

Page 78

1         G. Maxwell - Confidential

2    ███████████

3         A.    I would not know.  I would say no.

4         Q.    Did you engage in sexual activities

5    with ████████

6         A.    No.

7         Q.    Do you know how ████████ came to

8    know Mr. Epstein?

9         A.    I met her at her university ████████

10   ██████████████████████████

11        Q.    ████████████████████████████

12   ████████████

13        A.    In Palm Beach.

14        Q.    At Mr. Epstein's home in Palm

15   Beach?

16        A.    Yes.

17        Q.    So is it fair to say that ████████

18   ████████████████████████████

19   ████████████████

20            MR. PAGLIUCA:  This has already

21       been testified to Mr. Boies.  We are

22       repeating testimony now.

23            MR. BOIES:  I think in the context

24       of the witness' answers, these are fair

25       questions.



Confidential

Page 79

```
 1        G. Maxwell - Confidential
 2            Now, I've asked you before, if you
 3        want to instruct her not to answer, if
 4        you want to go to the judge, we are
 5        happy to do that, but I would suggest,
 6        in the interest of moving it along, that
 7        you stop these speeches.
 8            MR. PAGLIUCA:  You are not moving
 9        it along is the problem, so maybe we
10        should call the court and get some
11        direction here, because I am not going
12        to sit here and rehash the testimony we
13        already gave.
14            MR. BOIES:  That's fine.
15            THE VIDEOGRAPHER:  The time is
16        10:51 a.m. and we are going off the
17        record.
18            (Whereupon, an off-the-record
19        discussion was held.)
20            THE VIDEOGRAPHER:  The time is
21        10:56 a.m. and we are going back on the
22        record.  This begins DVD No. 3.
23            MR. BOIES:  We have just had a call
24        with Judge Sweet's chambers, Judge Sweet
25        is not available and his chambers
```



Confidential

Page 81

```
 1          G. Maxwell - Confidential
 2          or argue this in front of Judge Sweet.
 3              But I will simply start referring
 4          you back to the transcript and
 5          instructing the witness not to answer
 6          when I think we are getting into some
 7          things that have been asked and answered
 8          already.
 9              MR. BOIES:  Exactly the procedure
10          that I have proposed from the beginning.
11          If you think a question is out of
12          bounds, instruct not to answer and we
13          will then let the judge decide it.
14      BY MR. BOIES:
15          Q.   How did it happen, Ms. Maxwell,
16      that ███████████████████████████████
17      ███████████, ended up giving massages to you
18      and Mr. Epstein?
19              MR. PAGLIUCA:  I'm going to
20          instruct you not to answer the question.
21          This has been previously, the subject of
22          your former deposition, it doesn't fall
23          into any of the categories ordered by
24          the court, and so you don't need to
25          answer that.
```



Confidential

Page 82

```
 1          G. Maxwell - Confidential
 2          Q.   Was [REDACTED] paid for the massages
 3    that she gave you?
 4          A.    I didn't pay her, so I believe she
 5    was paid.
 6          Q.    Who paid her?
 7          A.    I don't know who paid her.
 8                MR. PAGLIUCA:   Again, you've
 9          already answered that there was no
10          sexual activity between yourself and
11          Mr. Epstein related to these massages.
12          That's record testimony today.   That's
13          within the scope of the court's order.
14          The rest of this is outside the scope of
15          the court's order, and I instruct you
16          not to answer.
17                MR. BOIES:   You are taking the
18          position that as long as she said says
19          that a massage did not involve sexual
20          activity, we cannot ask about massages.
21          That's your view?
22                MR. PAGLIUCA:   On this particular
23          questioning, yes.
24    BY MR. BOIES:
25          Q.    Did Mr. Epstein pay [REDACTED] for the
```



Confidential

Page 83

```
 1          G. Maxwell - Confidential
 2    massages that she gave Mr. Epstein?
 3              MR. PAGLIUCA:  You just asked this
 4         question, and I told her not to answer.
 5         I will tell her not to answer again for
 6         the same reasons.
 7         Q.   Do you know how much Mr. Epstein
 8    paid Johanna to give massages?
 9              MR. PAGLIUCA:  Same instruction to
10         the witness.  Why do you believe this is
11         within the scope of the court's order?
12              MR. BOIES:  Because of the court's
13         reference to massages, and because I
14         think how much a girl ███████████████
15         ████████████████████ was paid to give a
16         "massage" goes to whether there actually
17         was or was not sexual activity involved.
18              MR. PAGLIUCA:  The witness has
19         testified there wasn't.
20              MR. BOIES:  Perhaps it will
21         surprise you, I think it should not,
22         that I do not believe in my deposition I
23         need to simply accept her
24         characterization without
25         cross-examination.  Now, that's
```



Confidential

Page 84

1        G. Maxwell - Confidential

2        something the judge can decide, but a

3        question as to how much this young girl

4        was being paid for a "massage", I think

5        goes directly to the issue of sexual

6        activity.

7            MR. PAGLIUCA:  Here is the problem,

8        Mr. Boies, at the first deposition,

9        there were very limited instructions not

10       to answer and the witness was not told

11       not to answer questions about how much

12       people were paid or not paid or any of

13       those subject matters.  The witness was

14       only instructed not to answer about

15       sexual activity concerning adults in the

16       home.

17           None of this came up during the

18       deposition, and you just don't get a

19       chance to redo the deposition because

20       you feel like you want to.

21           So the judge's order is in the

22       context of the instructions to the

23       witness not to answer in the first

24       deposition, which is simply sexual

25       activity involving adults, which was the



Confidential

Page 89

1        G. Maxwell - Confidential





Confidential

Page 90





Confidential

Page 99

1          G. Maxwell - Confidential

2          A.   I don't recall ever hearing such a

3     thing.

4          Q.   You know ███████████, correct?

5          A.   I do.

6          Q.   Do you know whether or not ████████

7     ████████████████████████████████████████████

8     ██████████

9          MR. PAGLIUCA:  Can you tell me how

10    that relates to this order, counselor?

11         MR. BOIES:  Yes, I think it goes

12    directly to the sexual activity related

13    to ████████████ and what Mr. Epstein was

14    doing with ████████████████

15         Again, you can instruct not to

16    answer.

17         MR. PAGLIUCA:  I'm trying to

18    understand why you are asking these

19    questions before I --

20         MR. BOIES:  I'm asking these

21    questions because these are people who

22    not only have been publicly written

23    about in terms of the sexual activity

24    that they were put into in connection

25    with Mr. Epstein, but the person who



Confidential

Page 100

1      G. Maxwell - Confidential

2      wrote about them is somebody who talked

3      to this witness about it, and I think

4      that this is more than easily understood

5      cross-examination.

6          MR. PAGLIUCA:  Your question was,

7      do you know whether or not ████████████

8      ████████████████████████████████████

9      ██████████

10          MR. BOIES:  Yes.  And if you let

11     her answer, you will see where it leads.

12     If you won't let her answer, the judge

13     is going to determine it.  And I just

14     suggest to you that you stop these

15     speeches and stop debating, because you

16     are not going to convince me not to

17     follow-up on these questions.  If you

18     can convince the court to truncate the

19     deposition, that's your right, but all

20     you're doing is dragging this deposition

21     out.

22          MR. PAGLIUCA:  You have the

23     opportunity to give me a good faith

24     basis why you are asking these

25     questions.



Confidential

Page 101

1          G. Maxwell - Confidential

2              MR. BOIES:  I have given you a good

3          faith basis.

4              MR. PAGLIUCA:  You haven't.

5              MR. BOIES:  Then instruct not to

6          answer.

7              MR. PAGLIUCA:  I am giving you the

8          opportunity to say why you are asking

9          the question, and why I'm telling her

10         not to answer and I am entitled to know

11         that.

12             MR. BOIES:  You are not entitled to

13         know why I'm asking the question.  You

14         are only entitled to know that it

15         relates to the subject matter that I am

16         entitled to inquire about, and I don't

17         think the judge is going to think that,

18         you know, where Mr. Epstein shipped

19         ███████████  off to is outside the scope

20         of what I'm entitled to inquire about.

21             THE WITNESS:  Can we take a break?

22             MR. BOIES:  Only if you commit not

23         to talk to your counsel during the

24         break.

25             THE WITNESS:  That's ludicrous.



Confidential

Page 154

```
 1          G. Maxwell - Confidential
 2          Q.   Insofar as you were aware, did
 3   Virginia Roberts ever have a male friend that
 4   visited her at the Epstein residences?
 5          A.   I don't recall ever seeing a man
 6   with Virginia.  I believe she had a fiance
 7   that I was aware of, I think, but that's all.
 8          Q.   When were you aware that Virginia
 9   Roberts had a fiance?
10          A.   I can't say I became aware from
11   reading all this stuff, or I was aware of it
12   at the time.  I don't know.
13          Q.   Did you ever meet Virginia Roberts'
14   fiance?
15          A.   I don't think I ever did.  I don't
16   recall meeting any men with Virginia.
17          Q.   Do you know ███████████████
18   ███████████████████
19          A.   I never heard that name before.
20          Q.   Have you ever heard the name of
21   ████████████████████████████
22          A.   I don't recollect that name at all.
23          MR. PAGLIUCA:  Mr. Boies, those
24   names are on Exhibit 26, which we have
25   already gone over and she said she
```



Confidential

Page 155

```
 1      G. Maxwell - Confidential
 2      didn't recognize those people, so now we
 3      are just repeating things that we went
 4      over.
 5          MR. BOIES:  I am in the context of
 6      seeing if I can refresh her
 7      recollection, because these are women
 8      that ███████████ who she also does not
 9      recall, brought over to Mr. Epstein's
10      residences, and I also want to make a
11      very clear record of what her testimony
12      is and is not right now.
13          Again, you can instruct her not to
14      answer if you wish.
15          MR. PAGLIUCA:  I'm trying to get to
16      nonrepetitive questions here.  You
17      basically asked the same question three
18      times.  Then we get a pile of notes that
19      get pushed up to you, you read those.
20      Then you ask those three times, and then
21      we go to another question.  So it's
22      taking an inordinately long amount of
23      time and it shouldn't.
24          MR. BOIES:  I think that is a
25      demonstrably inaccurate statement of
```



Confidential

Page 156

```
 1          G. Maxwell - Confidential
 2       what has been going on, and I
 3       attribute -- maybe I shouldn't attribute
 4       it at all.
 5            But if you want to instruct not to
 6       answer, instruct not to answer.  If you
 7       don't, again, all I will do is request
 8       that you cease your comments.  I can't
 9       do that.  All I can do is seek sanctions
10       afterwards.
11    BY MR. BOIES:
12       Q.   Ms. Maxwell.
13       A.   Mr. Boies.
14       Q.   What?
15       A.   I'm replying.  You said Ms.
16    Maxwell, I said Mr. Boies.
17       Q.   Do you have a question?
18       A.   No.
19       Q.   I have a question.
20       A.   I'm sure you do.
21       Q.   During the time that you were in
22    the property or at the property that
23    Mr. Epstein has in the Virgin Islands, were
24    you aware of Mr. Epstein getting any
25    massages?
```



Confidential

Page 174

1          G. Maxwell - Confidential

2          court's order.

3          Q.    In terms of preparing for this

4     deposition, what documents did you review?

5               MR. PAGLIUCA:   To the extent I

6          provided you with any documents to

7          review, I will tell you that's both --

8          it's privileged and I instruct you not

9          to answer.

10         Q.    Did your lawyer provide you with

11    any documents to review in preparation for

12    this deposition that refreshed your

13    recollection about any of the events that

14    occurred?

15              MR. PAGLIUCA:   You can answer that

16         question.

17         A.    No.

18         Q.    How many documents did your lawyer

19    provide you with?

20              MR. PAGLIUCA:   You can answer.

21         A.    One, I believe.

22         Q.    One document.   Was that a document

23    that had been prepared by your attorney, or

24    was it a document from the past?

25              MR. PAGLIUCA:   I will tell you not



Confidential

Page 177

1          G. Maxwell - Confidential

2              MR. PAGLIUCA:  Don't answer that

3          question.  It's outside the court's

4          order.

5          Q.    In 2005, were you aware of any

6      effort to destroy records of messages you had

7      taken of women who had called Mr. Epstein in

8      the prior period?

9              MR. PAGLIUCA:  Don't answer that

10         question.  It's outside the court's

11         order.

12             MR. BOIES:  I said I would give you

13         a break every hour.  It's been an hour.

14             MR. PAGLIUCA:  Do you want a break

15         or do you want to keep going?

16             THE WITNESS:  Keep going.

17             MR. BOIES:  What I told you before,

18         you asked for a break every hour.  I am

19         happy to give you a break at a fixed

20         time.  What I'm not happy to do is

21         interrupt a chain of examination.

22             So if you want a break now, we will

23         take a break now.  If you don't want a

24         break now, we will not break for another

25         hour.



Confidential

Page 184

```
 1          G. Maxwell - Confidential
 2      Q.   Next one is  ████   --
 3      A.   ████  is Virginia's guy that you
 4  asked me about.  I don't know ████
 5      Q.   I asked you about a ███████████
 6      A.   Right, I don't know him, so I'm
 7  guessing, I don't know him.
 8      Q.  █████████
 9      A.   No.
10      Q.  █████████
11      A.   No.
12      Q.  █████████
13      A.   I don't know who these people are.
14      Q.   Was there a list that was kept of
15  women or girls who provided massages?
16           MR. PAGLIUCA:  This has been
17      previously deposed on.  This is not part
18      of the court's order, I will tell her
19      not to answer.
20           MR. BOIES:  You are going to tell
21      her not to answer a question that says
22      was there a list of women or girls who
23      provided massages?
24           MR. PAGLIUCA:  She has been
25      previously deposed on this subject.
```



Confidential

Page 185

1        G. Maxwell - Confidential

2            MR. BOIES:  I think this is

3        squarely in the court's order, but if

4        you instruct her not to answer, you

5        instruct her not to answer.

6            MR. PAGLIUCA:  We'll find out.

7    BY MR. BOIES:

8        Q.  I take it you don't know the ages

9    of any of these people?

10       A.   The ones that I did recognize were

11   roughly my age.  The ones I don't know, I

12   wouldn't have a clue.

13       Q.  Did you, or insofar as you are

14   aware anyone, maintain a list of females that

15   provided massage services to Mr. Epstein at

16   his residences?

17            MR. PAGLIUCA:  Objection to form

18       and foundation.

19            You can answer if you can.

20       A.  I don't know anything about a list.

21       Q.  Let me go back to Exhibit 28.  I

22   want to go down this list, excluding

23   Mr. Epstein himself, and just ask you a

24   series of the same essential questions about

25   each one.



Confidential

Page 197

1

2                              CERTIFICATE

3

4

5            I HEREBY CERTIFY that GHISLAINE

6    MAXWELL, was duly sworn by me and that the

7    deposition is a true record of the testimony

8    given by the witness.

9

10   _____

11   Leslie Fagin,

     Registered Professional Reporter

12   Dated:  July 22, 2016

13

14

15           (The foregoing certification of

16   this transcript does not apply to any

17   reproduction of the same by any means, unless

18   under the direct control and/or supervision

19   of the certifying reporter.)

20

21

22

23

24

25

