# EXHIBIT 6
# (Filed Under Seal)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
VIRGINIA L. GIUFFRE,

       Plaintiff,

                      Case No.:

   -against-            15-cv-07433-RWS

GHISLAINE MAXWELL,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - x

               **CONFIDENTIAL**

       Videotaped deposition of RINALDO
RIZZO, taken pursuant to subpoena, was
held at the law offices of Boies
Schiller & Flexner, 333 Main Street,
Armonk, New York, commencing June 10,
2016, 10:06 a.m., on the above date,
before Leslie Fagin, a Court Reporter
and Notary Public in the State of New
York.
              - - -
      MAGNA LEGAL SERVICES
    1200 Avenue of the Americas
     New York, New York 10026
        (866) 624-6221



Page 52

```
 1          R. Rizzo - Confidential
 2      Q.   Did you learn whether your
 3  perception was correct?
 4          MR. PAGLIUCA:  Same objection.
 5      A.   It was younger.  Yes, I did.
 6      Q.   How old was this girl?
 7      A.   15 years old.
 8      Q.   What happens next when Ghislaine
 9  Maxwell and Jeffrey Epstein and a 15-year-old
10  girl walk into Eva Anderson's home?
11          MR. PAGLIUCA:  Object to the form.
12      Foundation.
13      A.   They proceed into the dining room
14  area, which is across from the living room
15  area.  I go into the kitchen and I hear a
16  conversation start.  Very muffled, I could
17  not hear any particulars about the
18  conversation whatsoever.
19          My wife and I are in the kitchen
20  preparing the evening meal.  Eva brings the
21  young girl into the kitchen.  In the kitchen,
22  there is an island with three barstools.  Eva
23  instructs the young girl to sit to the
24  furthest barstool on the right.
25      Q.   Describe for me what the girl
```



```
 1          R. Rizzo - Confidential
 2   looked like, including her demeanor and
 3   anything else you remember about her when she
 4   walks into the kitchen.
 5        A.   Very attractive, beautiful young
 6   girl.  Makeup, very put together, casual
 7   dress.  But she seemed to be upset, maybe
 8   distraught, and she was shaking, and as she
 9   sat down, she sat down and sat in the stool
10   exactly the way the girls that I mentioned to
11   you sat at Jeffrey's house, with no
12   expression and with their head down.  But we
13   could tell that she was very nervous.
14        Q.   What do you mean by distraught and
15   shaking, what do you mean by that?
16        A.   Shaking, I mean literally
17   quivering.
18        Q.   What happens next?
19        A.   We were, again, the absurdity,
20   never introduced.  Like you would walk into a
21   room and say this is -- so my wife and I are
22   in the kitchen and this young girl is sitting
23   there.  It was a very uncomfortable moment.
24   I look at my wife.  And so I want to ease the
25   moment, and so I introduced myself and I
```



Page 54

```
 1          R. Rizzo - Confidential
 2     introduced my wife, and she doesn't really
 3     respond.
 4              And I asked her, are you okay?  And
 5     she doesn't really respond.  Nothing verbal,
 6     no cues, her head is still down.  I ask her
 7     if she would like some water, tissue,
 8     anything, and she basically doesn't respond.
 9          Q.   You ask her for a tissue?
10          A.   If she would like a tissue or some
11     water at the time.
12          Q.   Was she crying at the time?
13          A.   My perception, she was on the verge
14     of crying.  And I'm trying to loosen the
15     situation every way I know how, so the only
16     way I knew how, and I thought maybe this will
17     comfort her, I said oh, by the way, do you
18     work for Jeffrey.
19              And she says that, I guess kind of
20     made her feel comfortable, because maybe it
21     was that comment or my persistence, and she
22     said yes.  So I said, what do you do?  And
23     she says I'm Jeffrey's executive assistant,
24     personal assistant.  Which, from looking at
25     her, just didn't seem to suit.
```



```
 1           R. Rizzo - Confidential

 2               And I blurted out:  You're his

 3     executive personal assistant?  What do you

 4     do?  And she says I was hired as his

 5     executive personal assistant.  I schedule his

 6     appointments.

 7               And I'm shocked, and I blurt out:

 8     You seem quite young, how did you get a job?

 9     How old are you?  And she says to me, point

10     blank:  I'm 15 years old.

11               And I said to her:  You're 15 years

12     old and you have a position like that?  At

13     that point she just breaks down hysterically,

14     so I feel like I just said something wrong,

15     and she will not stop crying.  My wife and I

16     were at a loss for words, and I keep on

17     trying to console her, and nothing I was

18     saying, are you all right, do you need a

19     tissue, do you need water, consoles her.

20               And then in a state of shock, she

21     just lets it rip, and what she told me was

22     just unbelievable.

23         Q.   What did she say?

24               MR. PAGLIUCA:  Object to the form

25          and foundation.
```



Page 56

 1              R. Rizzo - Confidential

 2         A.     She proceeds to tell my wife and I

 3     that, and this is not -- this is blurting

 4     out, not a conversation like I'm having a

 5     casual conversation.  That quickly, I was on

 6     an island, I was on the island and there was

 7     Ghislaine, there was Sarah, she said they

 8     asked me for sex, I said no.

 9              And she is just rambling, and I'm

10     like what, and she said -- I asked her, I

11     said what?  And she says yes, I was on the

12     island, I don't know how I got from the

13     island to here.  Last afternoon or in the

14     afternoon I was on the island and now I'm

15     here.  And I said do you have a -- this is

16     not making any sense to me, and I said this

17     is nuts, do you have a passport, do you have

18     a phone?

19              And she says no, and she says

20     Ghislaine took my passport.  And I said what,

21     and she says Sarah took her passport and her

22     phone and gave it to Ghislaine Maxwell, and

23     at that point she said that she was

24     threatened.  And I said threatened, she says

25     yes, I was threatened by Ghislaine not to



Page 57

```
 1          R. Rizzo - Confidential
 2   discuss this.
 3          And I'm just shocked.  So the
 4   conversation, and she is just rambling on and
 5   on, again, like I said, how she got here, she
 6   doesn't know how she got here.  Again, I
 7   asked her, did you contact your parents and
 8   she says no.
 9          At that point, she says I'm not
10   supposed to talk about this.  I said, but I
11   said:  How did you get here.  I don't
12   understand.  We were totally lost for words.
13          And she said that before she got
14   there, she was threatened again by Jeffrey
15   and Ghislaine not to talk about what I had
16   mentioned earlier, about -- again, the word
17   she used was sex.
18      Q.   And during this time that you're
19   saying she is rambling, is her demeanor
20   continues to be what you described it?
21      A.   Yes.
22      Q.   Was she in fear?
23      A.   Yes.
24          MR. PAGLIUCA:  Object to the form
25          and foundation.
```



Page 58

```
 1            R. Rizzo - Confidential
 2        Q.    You could tell?
 3        A.    Yes.
 4            MR. PAGLIUCA:  Same objection.
 5        A.    She was shaking uncontrollably.
 6        Q.    What happens with this 15-year-old
 7   girl next?
 8            MR. PAGLIUCA:  Object to the form
 9        and foundation.
10        A.    As she is trying to explain, and
11   I'm asking questions because I'm as feared as
12   she is at this point.  We hear people
13   approach and she just shuts up.
14        Q.    What happens next?
15        A.    Eva comes in and tells her that she
16   will be working for Eva in the city.
17        Q.    As what?
18        A.    As a nanny.
19        Q.    Did you see this girl again?
20        A.    Yes.
21        Q.    And when?
22        A.    On a flight maybe a month or so to
23   Sweden.
24        Q.    What was the purpose of the flight?
25        A.    We were going to Sweden for the
```



Page 59

```
 1          R. Rizzo - Confidential
 2    summer.
 3          Q.    Who was on the flight?
 4          A.    The Dubin family.
 5          Q.    As well as this girl?
 6          A.    Yes.
 7          Q.    What happens?
 8          A.    One thing that I forgot to mention
 9    is during our initial conversation, I asked
10    her what her name was ███ she said her name
11    was ██████.
12          Q.    What happened with ███████?
13          A.    We flew to Sweden, we stopped at an
14    airport that we didn't usually stop at and
15    she got off the plane.
16          Q.    Just so that I make sure I
17    understand, who it was that she says asked
18    her for sex on the island, who was that?
19          MR. PAGLIUCA:   Object to the form.
20    Foundation.
21          A.    She didn't specify who asked for
22    sex.  She said that they asked for sex.
23    Immediately after that she put Ghislaine and
24    Sarah into the conversation.
25          Q.    Taking her passport?
```



1          R. Rizzo - Confidential

2     A.   Yes.

3     Q.   From -- are there any other

4  incidents or occurrences that you observed

5  personally with Jeffrey Epstein and Ghislaine

6  Maxwell?

7          MR. PAGLIUCA:  Object to the form

8     and foundation.

9     A.   Not that I can recall.

10    Q.   This last event that you described,

11 what's the timeframe when that occurred?

12    A.   Late 2004, 2005.

13    Q.   When did you resign your employment

14 from the Dubin family?

15    A.   I think roughly October.

16    Q.   Of what year?

17    A.   2005.

18    Q.   Why?

19    A.   My wife and I had discussed these

20 incidents, and this last one was just, we

21 couldn't deal with it.

22    Q.   When you left your employment with

23 the Dubin family, did you have a job?

24    A.   When we finally left, I stayed on

25 three months after my resignation, I had a



Page 141

1

2                          CERTIFICATE

3

4

5            I HEREBY CERTIFY that RINALDO

6    RIZZO, was duly sworn by me and that the

7    deposition is a true record of the testimony

8    given by the witness.

9

10   _____

11        Leslie Fagin,

          Registered Professional Reporter

12        Dated:  June 10, 2016

13

14

15            (The foregoing certification of

16   this transcript does not apply to any

17   reproduction of the same by any means, unless

18   under the direct control and/or supervision

19   of the certifying reporter.)

20

21

22

23

24

25

