# EXHIBIT 7
# (Filed Under Seal)

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 15-CV-07433-RWS

-------------------------------------------x
VIRGINIA L. GIUFFRE,

                               Plaintiff,
v.
GHISLAINE MAXWELL,

                               Defendant.

-------------------------------------------x

June 1, 2016
9:12 a.m.

C O N F I D E N T I A L
Deposition of JOHN ALESSI, pursuant
to notice, taken by Plaintiff, at the
offices of Boies Schiller & Flexner, 401
Las Olas Boulevard, Fort Lauderdale, Florida,
before Kelli Ann Willis, a Registered
Professional Reporter, Certified Realtime
Reporter and Notary Public within and
for the State of Florida.



```
 1                      JOHN ALESSI
 2       Q.    And where did the massage therapists --
 3   where did they come from?
 4       A.    Most, they came from Palm Beach.  Palm
 5   Beach County.
 6       Q.    And over the course of that 10-year period
 7   of time while Ms. Maxwell was at the house, do you
 8   have an approximation as to the number of different
 9   females -- females that you were told were massage
10   therapists that came to the house?
11            MR. PAGLIUSCA:  Object to form and
12       foundation.
13            THE WITNESS:  I cannot give you a number,
14       but I would say probably over 100 in my stay
15       there.
16   BY MR. EDWARDS:
17       Q.    And many of the times would the females
18   come only one time and not return?
19            MR. PAGLIUSCA:  Object to form and
20       foundation.
21   BY MR. EDWARDS:
22       Q.    Let me ask that a different way.
23            Were there times when some of these
24   females that would come to the house, and you were
25   told that they were massage therapists, would come
```



|     |                                                          |
| --- | -------------------------------------------------------- |
| 1   | JOHN ALESSI                                              |
| 2   | MR. PAGLIUSCA:  Object to form and                       |
| 3   | foundation.                                              |
| 4   | THE WITNESS:  Himself.  Himself.                         |
| 5   | BY MR. EDWARDS:                                          |
| 6   | Q.  And you do not know the ages of the                  |
| 7   | various massagists, right?                               |
| 8   | A.  No.                                                  |
| 9   | Q.  Did you have occasion to clean up after              |
| 10  | the massages?                                            |
| 11  | A.  Yes.                                                 |
| 12  | Q.  Okay.  And that is after both a massage              |
| 13  | for Jeffrey Epstein, as well as clean up after a         |
| 14  | massage that Ghislaine Maxwell may have received?        |
| 15  | A.  Yes.                                                 |
| 16  | Q.  And on occasion, after -- in cleaning up             |
| 17  | after a massage of Jeffrey Epstein or Ghislaine          |
| 18  | Maxwell, did you have occasion to find vibrators or      |
| 19  | sex toys that would be left out?                         |
| 20  | MR. PAGLIUSCA:  Object to form and                       |
| 21  | foundation.                                              |
| 22  | THE WITNESS:  Yes, I did.                                |
| 23  | BY MR. EDWARDS:                                          |
| 24  | Q.  Can you describe the types of vibrators or           |
| 25  | sex toys that you found left out after a massage         |



Case 1:15-cv-07433-LAP   Document 1201-23   Filed 01/27/21   Page 5 of 7

```
                                                    Page 53
 1                      JOHN ALESSI
 2    that Jeffrey Epstein had just received or Ghislaine
 3    Maxwell had just received?
 4           MR. PAGLIUSCA:  Object to form and
 5        foundation.
 6           THE WITNESS:  It was probably two to three
 7        times, I would say.  It was not all the time.
 8        I would find things like a dildo, it's called a
 9        double.  I hate to say it because these ladies.
10        But I find these things, put my gloves on, took
11        it out and rinse it, and put it in
12        Ms. Maxwell's closet.
13    BY MR. EDWARDS:
14        Q.   Why would you put the dildo or sex toy in
15    Ms. Maxwell's closet?
16        A.   Because I knew that's where they were
17    kept.
18        Q.   How did you know that the sex toys were
19    kept in Ms. Maxwell's closet?
20        A.   Because I know where everything was in
21    that house.  Every single room, every single thing,
22    it was a place, it was placed by me, by the cleaning
23    lady or my wife.  Every -- everything that happened
24    in that house, I knew it.
25        Q.   Who showed you where the dildo or sex toys
```



```
                                                         Page 54
 1                       JOHN ALESSI
 2    were kept in the house the first time?
 3              MR. PAGLIUSCA:  Object to form and
 4         foundation.
 5              THE WITNESS:  Nobody.  Nobody show me.
 6    BY MR. EDWARDS:
 7         Q.   You just saw it?
 8         A.   I saw it.
 9         Q.   So you knew where to put it back?
10         A.   Yeah.  We had to open the closet, clean
11    the closet, put the clothes in place, put the shoes
12    in place, put everything in place.  So it was a
13    matter of tidying things up.
14         Q.   Did you ever find any costumes?
15         A.   I saw one shiny black costume, but I
16    didn't even know --
17         Q.   Where did you see it?
18         A.   The same place.
19         Q.   In Ms. Maxwell's closet?
20         A.   Yes.
21         Q.   And where was Ms. Maxwell's closet in the
22    house?
23         A.   In the house?  It was in the opposite side
24    of his bathroom.  It was her bathroom in the master
25    bedroom.  It was in the middle.  So it was on the
```


MAGNA LEGAL SERVICES

```
 1                    JOHN ALESSI
 2              CERTIFICATE OF OATH
 3   STATE OF FLORIDA      )
 4   COUNTY OF MIAMI-DADE  )
 5
             I, the undersigned authority, certify
 6     that JOHN ALESSI personally appeared before  me
       and was duly sworn.
 7             WITNESS my hand and official seal
       this 1st day of June, 2016.
 8
 9
               Kelli Ann Willis, RPR, CRR
10             Notary Public, State of Florida
               Commission FF928291, Expires 2-16-20
11      + + + + + + + + + + + + + + + + + + +
12                   CERTIFICATE
13   STATE  OF   FLORIDA  )
14   COUNTY OF MIAMI-DADE )
15             I, Kelli Ann Willis, Registered
       Professional Reporter and Certified Realtime
16     Reporter do hereby certify that     I was
       authorized to and did stenographically report the
17     foregoing deposition of JOHN ALESSI; that a review
       of the transcript was not requested; and that the
18     transcript is a true record of my stenographic
       notes.
19             I FURTHER CERTIFY that I am not a
       relative, employee, attorney, or counsel of   any
20     of the parties, nor am I a relative or employee of
       any of the parties' attorney or counsel connected
21     with the action, nor am I financially interested
       in the action.
22             Dated this 1st day of June, 2016.
23
24                  KELLI ANN WILLIS, RPR, CRR
25
```

