# EXHIBIT 8
# (Filed Under Seal)

# *GIUFFRE*

# *VS.*

# *MAXWELL*

Deposition

# *LYNN TRUDE MILLER*

*05/24/2016*

_____

*Agren Blando Court Reporting & Video, Inc.*
*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

1    A    Because I wasn't told any different.

2    Q    Do you know where any -- any source of
3    that information came from?  Was it Sky?

4    A    It came from Sky.

5    Q    Okay.  And what do you recall him telling
6    you about when Virginia stopped working at
7    Mar-a-Lago?

8    A    She was in a discussion with Mrs. Maxwell
9    to educate her and take her under her wing and be her
10   new momma.  That's what I heard.

11   Q    Okay.  And who told you that?

12   A    Sky.

13   Q    Okay.  And do you remember when Sky told
14   you that?

15   A    I don't remember.

16   Q    Okay.  Did you learn anything else about
17   that, other than what you just said?

18   A    No.

19   Q    Okay.  Do you know where she went to work
20   after Mar-a-Lago?

21   A    I think she went with Mrs. Maxwell.

22   Q    But do you know where, physically?

23   A    Physically, Sky and I dropped her off one
24   day at Mrs. Maxwell's.  I did not speak with
25   Mrs. Maxwell.  I didn't have anything to say to her.

```
1    STATE OF COLORADO)
2                    )  ss.    REPORTER'S CERTIFICATE
3    COUNTY OF DENVER )
4              I, Kelly A. Mackereth, do hereby certify
5    that I am a Registered Professional Reporter and
6    Notary Public within the State of Colorado; that
7    previous to the commencement of the examination, the
8    deponent was duly sworn to testify to the truth.
9              I further certify that this deposition was
10   taken in shorthand by me at the time and place herein
11   set forth, that it was thereafter reduced to
12   typewritten form, and that the foregoing constitutes
13   a true and correct transcript.
14             I further certify that I am not related to,
15   employed by, nor of counsel for any of the parties or
16   attorneys herein, nor otherwise interested in the
17   result of the within action.
18             In witness whereof, I have affixed my
19   signature this 31st day of May, 2016.
20             My commission expires April 21, 2019.
21
22
                     _____
                     Kelly A. Mackereth, CRR, RPR, CSR
23                   216 - 16th Street, Suite 600
                     Denver, Colorado  80202
24
25
```