# EXHIBIT 9
# (Filed Under Seal)

| Date 1995 NOV | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 17 | G1159B | N908JE | CMH | PBI | | 779 | JE | | 2 | 0 |
| 20 | " | " | PBI | TEB | | 780 | JE, AS | | 2 | 2 |
| 21 | " | " | TEB | PBI | | 781 | JE, AS, EVA, GLENN, BABY, 1 FEMALE | | 2 | 4 |
| 26 | " | " | PBI | TEB | | 782 | GM, MATT GRIPPI, AS, ALAN GREENBERG, MRS GREENBERG, EVA, GLENN BABY, NANNY | | 2 | 4 |
| 29 | " | " | TEB | CMH | | 783 | JE, SOPHIE BIDDLE, 3 MALES | | 1 | 3 |
| 30 | " | " | CMH | PBI | | 784 | JE, SOPHIE BIDDLE | 1/1 | 2 | 0 |
| DEC 3 | " | " | PBI | TEB | | 785 | JE, SOPHIE BIDDLE | | 2 | 2 |
| 5 | " | " | TEB | PBI | | 786 | JE, AS | | 2 | 3 |
| 1996 JAN 1 | " | " | PBI | TEB | | 787 | JE, GM, GWENDOLYN BECK, CHUCK SCHUMI, DAVID ANTON | | 2 | 1 |
| 4 | " | " | TEB | PBI | | 788 | JE, SOPHIE BIDDLE | | 2 | 5 |
| 9 | " | " | PBI | TEB | | 789 | JE, AS, SOPHIE BIDDLE | | 2 | 3 |
| 12 | " | " | TEB | PBI | | 790 | JE, GM, DEBORAH + | | | |
| 20 | " | " | PBI | SAF | | 795 | JE, GM | 1/1 | 4 | 0 |
| 21 | " | " | SAF | LAX | | 796 | JE, GM | 1/1 | 2 | 0 |
| 23 | " | " | LAX | TEB | | 797 | JE | | 4 | 4 |
| 25 | " | " | TEB | PBI | | 798 | JE | | 2 | 3 |
| 28 | " | " | PBI | CMH | | 799 | JE, GM | 1/1 | 2 | 0 |
| 28 | " | " | CMH | TEB | | 800 | JE, GM | | 1 | 0 |
| 31 | " | " | TEB | PBI | | 801 | JE | | 2 | 3 |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

Page Total: 4/4  44 2
Amount Forward: 5822/5593 6558 6
Total to Date: 5826/5597 6602 8

CONFIDENTIAL  DR_000001

CONFIDENTIAL
DEPOSITION EXHIBIT
6-3-16
GIUFFRE007055
CONFIDENTIAL

CONFIDENTIAL DR_000041

| Date 2000 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | GLIDER | HELICOPTER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV 19 | G-1159B | N908JE | BED | TEB | | 1418 | JE, SHELLEY LEWIS | | 1 1 | | |
| 22 | " | " | TEB | DCA | | 1419 | JE, AP, SHELLEY LEWIS | 1/1 | 1 0 | | |
| 22 | " | " | DCA | PBI | | 1420 | JE, AP, SHELLEY LEWIS | 1/1 | 2 2 | | |
| 28 | " | " | PBI | TIST | | 1421 | JE, GM | | 2 4 | | |
| 30 | " | " | TIST | PBI | | 1422 | JE, GM | 1/1 | 2 7 | | |
| DEC 1 | " | " | PBI | DFW | | 1423 | JE, GM | 1/1 | 2 7 | | |
| 1 | " | " | DFW | ABQ | | 1424 | JE, GM, RICARDO LEGORETTA | 1/1 | 1 8 | | |
| 2 | " | " | ABQ | SAF | | 1425 | REPOSITION | 1/1 | 5 | | |
| 2 | " | " | SAF | TEB | | 1426 | JE, GM | | 3 5 | | |
| 5 | " | " | TEB | LFPB | | 1427 | JE, GM, ET, KELLY SPAMM | /1 | 6 8 | | |
| 6 | " | " | LFPB | EGGW | | 1428 | JE, GM, ET, KELLY SPAMM | | 1 0 | | |
| 7 | " | " | EGGW | EGYM | | 1429 | JE, GM, KELLY SPAMM, TOM PRITZKER, FEGMALE (MARHAM AIR FORCE BASE) | | 5 | | |
| 7 | " | " | EGYM | EGSH | | 1430 | REPOSITION (NORWICH, ENGLAND) SANDRINGHAM | | 4 | | |
| 9 | " | " | EGSH | CYQX | | 1431 | JE, GM, ET, KELLY SPAMM (FOLLOWING SNOW ON RUNWAY) | | 5 0 | | |
| 9 | " | " | CYQX | PBI | | 1432 | JE, GM, ET, KELLY SPAMM | | 4 7 | | |
| 11 | " | " | PBI | TEB | | 1433 | JE, GM, ET, VIRGINIA | 1/1 | 2 6 | | |
| 14 | " | " | TEB | TIST | | 1434 | JE, GM, AP, VIRGINIA | 1/1 | 3 5 | | |
| 14 | " | " | TIST | PBI | | 1435 | REPOSITION FOR OPS 2 + TCAS | | 2 4 | | |
| 2001 JAN 13 | " | " | PBI | PBI | | 1436 | TCAS CERTIFICATION | 1/1 | 7 | | |

I certify that the statements made by me on this form are true.

David Rodgers

Page Total: 9/10   455
Amount Forward: 6342 6024 6351   7991 9   33   112  6

CONFIDENTIAL DR_000042

| Date 2001 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category AIRPLANE | GLIDER | HELICOPTER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN 16 | G-1159B | N908JE | PBI | LCQ | | 1437 | JG, GM, ET | 1/1 | 8 | | |
| 16 | " | " | LCQ | TEB | | 1438 | JG, GM, ET | 1/1 | 2 1 | | |
| 17 | " | " | TEB | PBI | | 1439 | JG, SHELLEY LEWIS | | 2 4 | | |
| 22 | " | " | PBI | TEB | | 1440 | JG, GM, ET, AP | 1/1 | 2 5 | | |
| 23 | " | " | TEB | LFPB | | 1441 | JG, SHELLEY LEWIS | | 6 7 | | |
| 25 | " | " | LFPB | CYQX | | 1442 | JG, SHELLEY LEWIS | 1/1 | 5 9 | | |
| 25 | " | " | CYQX | TEB | | 1443 | JG, SHELLEY LEWIS | | 2 7 | | |
| 26 | " | " | TEB | PBI | | 1444 | JG, GM, ET, VIRGINIA ROBERTS | | 2 4 | | |
| 18 | C172 | N1446V | PBI-LMA | PBI-LMA | | | C172 VOUT PETE SORENSON | 2/2 | 4 | | |
| 18 | " | " | LNA | LCQ | | | B727 CLOSING N505LS | 1/1 | 2 4 | | |
| 19 | " | " | LCQ | MCO | | | JONATHAN MAND - INSTRUMENT COMPETENCY CHECK - SATIS CENTURY | | 2 0 | | |
| 19 | " | " | MCO | LNA | | | | | 1 9 | | |
| 22 | G1159B | N908JG | PBI | TIST | | 1445 | JG, GM, ET, VIRGINIA ROBERTS | 1/ | 2 4 | | |
| 30 | " | " | TIST | PBI | | 1446 | JG, GM, GJ, VIRGINIA ROBERTS | 1/ | 2 6 | | |
| FEB 3 | C-421B | N908GM | SAF | DFW | | | JONATHAN/MOND - FAR 61.31(G) SATISFACTORY QUALIFICATION FL270 | 1/ | 3 0 | | |
| 17 | B-727-200 | SIMULATOR | MGM | MGM | | | STALLS, STEEP TURNS, ENGINE START, TURNS, CLIMBS, DESCENDS, V1 ENGINE FAILURE, WINDSHEAR | | 2 5 | | |
| 18 | " | " | " | " | | | APU FIRE, RTO, ENGINE FIRE, ONE & TWO ENGINE APPROACH, FLAP ASYMETRY, NAN RADAR APPROACH | | 3 0 | | |
| 19 | " | " | DFW | NGIA | | | PUSH BACK, DUTCH ROLL, EMERGENCY DESCENT CIRCLING APPROACH, MANUAL REVERSES DUE | | 2 2 | | |
| 20 | " | " | MGM | MGM | | | JAMMED STABILIZER, SINGLE ENGINE LANDING, 2 ENGINE GO AROUND, ECING STEEP TURNS, HOLDING | | 3 5 | | |

I certify that the statements made by me on this form are true.

Pilot's Signature: David R. Rodgers

Page Total: 10 / 9 · 52 4
Amount Forward: 6351 / 6034 · 8637 4 · 33 112
Total to Date: 6361

GIUFFRE007096
CONFIDENTIAL

| Date 2001 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | GLIDER | HELICOPTER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2-1 | B-727-200 | SIMULATOR | DFW | DFW | | | RUNAWAY STAB.TRIM, MANUAL GEAR EXTENSION, FUEL DUMPING, RTO BRAKES/ENG BATTERY STARTS | | 2 5 | | |
| 22 | " | SIMULATOR | MEM | MEM | | | STEEP TURNS, STALLS, SINGLE ENGINE GO-AROUND, ENGINE APPROACHES, RTO START MALFUNCTION | | 2 5 | | |
| 23 | " | " | " | " | | | B727 CHECK RIDE | | 2 4 | | |
| '23 | C-421B | N908GM | DFW | ADS | | | JONATHAN MANO - HIGH DENSITY AIRPORT OPERATIONS | 1/1 | 6 | | |
| 23 | " | " | ADS | PNS | | | JONATHAN MANO - STO, ICING OPERATIONS, FUEL MANAGEMENT, PERFORMANCE CHARTS | 1/ | 3 2 | | |
| 23 MAR | " | " | PNS | PBI | | | JONATHAN MANO - LOST COMMUNICATIONS PROCEDURE WEIGHTS & BALANCE | | 3 1 | | |
| 3 | " | " | PBI | LCQ | | | KRISTY RODGERS - CLIMBS, DESCENTS, STRAIGHT + LEVEL FLIGHT | | 1 9 | | |
| 3 | " | " | LCQ | LAL | | | KRISTY RODGERS - TURNS, STRAIGHT + LEVEL | | 1 3 | | |
| 3 | " | " | LAL | PBI | | | KRISTY RODGERS - DESCENTS, S+L | | 1 1 | | |
| 5 | G-1159B | N909JE | PBI | CYJT | | 1464 | JG, GM, GT, VIRGINIA ROBERTS, GARY ROXBURGH | | 3 8 | | |
| 6 | " | " | CYJT | LFPB | | 1465 | JG, GM, GT, VR, GARY ROXBURGH | | 5 3 | | |
| 6 | " | " | LFPB | LEGR | | 1466 | JG, GM, GT, VR, ALBERTO + LINDA PINTO, LEMANS, RICARDO LEGORRETA FCT | 1/1 | 2 5 | | |
| 6 | " | " | LEGR | GMTT | | 1467 | JG, GM, GT, VR, ALBERTO + LINDA PINTO LEGRAN | 1/1 | 8 | | |
| 9 | " | " | GMTT | EGGW | | 1468 | JG, GM, GT, VR RGR | 1/1 | 2 8 | | |
| 11 | " | " | EGGW | BGR | | 1469 | JG, GM, GT, VR RGR | | 6 6 | | |
| 11 | " | " | BGR | TEB | | 1470 | JG, GM, GT, VR RGR | | 1 2 | | |
| 14 | C-421B | N908GM | PBI | FLL | | | LARRY MORRISON - TAKEOFF, STL, CLIMBS, DESCENTS, TURNS | 1/1 | 6 | | |
| 14 | " | " | FLL | PBI | | | LARRY MORRISON, CLIMBS + DESCENDS, TURNS S+L | 1/1 | 8 | | |
| 15 | G-1159B | N909JE | TEB | JSP | | 1471 | JG, GM, AP, ALEXA WALLACE, BRNU KULEK/KOLU RGR | 1/1 | 6 | | |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

| | | | | |
|---|---|---|---|---|
| Page Total | 8/7 | 4 3 6 | | |
| Amount Forward | 636 / 6043 | 8089 8 | 3 3 | 112 6 |
| Total to Date | 6369 / 6050 | 8133 4 | 3 3 | 112 6 |

CONFIDENTIAL DR_000043

GIUFFRE007097
CONFIDENTIAL

| Date 2001 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category AIRPLANE | GLIDER | HELICOPTER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MAR 15 | G-1159B | N909JG | ISP | LCQ | | 1472 | JG, GM, AP, ALEXFB WALBERT, RGR BAND KUCUKKOYLU | 1/1 | 2 6 | | |
| 15 | " | " | LCQ | PBI | | 1473 | JG, GM, AP, AW, BK   RGR | 1/1 | 9 | | |
| 16 | " | " | PBI | LALA | | 1474 | JG, GM, AP, AW, BK, CHERI LYNCH RGR | 1/ | 7 | | |
| 16 | " | " | MPB | TIST | | 1475 | JG, GM, AP, AW, BK, CL, ED TUTTLE RGR | 1/ | 2 3 | | |
| 19 | " | " | TIST | LGA | | 1476 | JG, GM, AP, BW, BK, CL, GJUHIE RGR | 1/ | 3 8 | | |
| 22 | " | " | LGA | PBI | | 1477 | JG, GM, ES, JOE PAGANO, EVA, CELINA RGR JORDIN OGDEN, MYA DUBEN, NANNY AW | 1/1 | 2 4 | | |
| 23 | C-421B | N908GM | PBI | OPF | | | KRISTY RODGERS - S&L, TURNS | 1/ | 6 | | |
| 23 | " | " | OPF | FLL | | | KRISTY RODGERS - S&L, TURNS | 1/ | 4 | | |
| 23 | " | " | FLL | PBI | | | JONATHAN MAND - ILS - PBI | | 6 | | |
| 24 | " | " | PBI | ISM | | | JONATHAN MAND - IFR CROSS COUNTRY STAR, CROSSING RESTRICTIONS, | 1/1 | 0 | | |
| 24 | " | " | ISM | PBI | | | JONATHAN MAND - IFR CROSS COUNTRY ATC MISCOMMUNICATIONS. | 1/1 | 1 | | |
| 27 | G-1159B | N909JG | PBI | TEB | | 1478 | JG, GM, GT, VR, 2 FEMALES, NANNY RGR KUCUKKOYLU | 1/1 | 2 5 | | |
| 29 | " | " | TEB | SAF | | 1479 | JG, GM, AP, VR, BK, MARVIN MENSKY HENRY JARECKI | | 4 1 | | |
| 31 | " | " | SAF | PBI | | 1480 | JG, GM, AP, VR, NADIA BJORLEM, HENRY JARECKI, MARVIN MENSKY | 1/ | 3 3 | | |
| APR 1 | " | " | PBI | LCQ | | 1481 | JG, GM, AP | 1/1 | 1 0 | | |
| 1 | " | " | LCQ | TEB | | 1482 | JG, GM, AP | | 2 1 | | |
| 3 | " | " | TEB | GAI | | 1483 | JG, HEATHER MANN, LYDIA | 1/1 | 9 | | |
| 3 | " | " | GAI | TEB | | 1484 | JG, HEATHER MANN, LYDIA | | 8 | | |
| 4 | " | " | TEB | BGD | | 1485 | JG, RHONDA | 1/ | 8 | | |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

Page Total: 15/12  51 9
Amount Forward: 6369 / 6650   8133 4   3 3 112
Total to Date: 6384 / 6662   8165 3   3 3 112

CONFIDENTIAL DR_000044

GIUFFRE007098
CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL DR_000045

| Date 19 2001 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival — From | Points of Departure & Arrival — To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category — AERPLN | Aircraft Category — GLIDR | Aircraft Category — HELICOP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| APR 4 | G-1159B | N909JG | BED | TGB | | 1488 | JG | | | 9 | |
| 5 | " | " | TGB | PBI | | 1487 | JG, GT, BK | | 2 | 3 | |
| 6 | C-421B | N908GM | PBI | FLL | | | LARRY MORRISON - TAXI, S+L, CLIMBS TURNS DESCENTS LANDING | 1/1 | | 7 | |
| 6 | " | " | FLL | PBI | | | LARRY MORRISON - TAKE OFF & LANDING, TAXI, CHECKLIST, CLIMBS TURNS, DESCENTS | 1/1 | | 6 | |
| 9 | G-1159B | N909JG | PBI | ACY | | 1488 | JG, GT, VR, BK, JOANN | 1/ | 2 | 4 | |
| 9 | " | " | ACY | TGB | | 1489 | JG, GT, VR, BK, JOANN | | | 7 | |
| 11 | " | " | TGB | TIST | | 1490 | JG, GM, AP, BK, VR, JOANN | 1/ | 3 | 5 | |
| 16 | " | " | TIST | PBI | | 1491 | JG, GM, AP, VR, BK, GWENDOLYN BECK | 1/1 | 2 | 7 | |
| 17 | " | " | PBI | TGB | | 1492 | JG, GM, GT, AP, BK, GB, JOEL MISHKOW, MICHELLE, J KAUL, 1 FEMALE | 1/1 | 2 | 5 | |
| 20 | " | " | TGB | PBI | | 1493 | JG, GM, GT, BK | | 2 | 3 | |
| 23 | " | " | PBI | ORL | | 1494 | JG, GM, GT, KYLE | 1/1 | | 8 | |
| 23 | " | " | ORL | TGB | | 1495 | JG, GM, GT, KYLE, HENRY JARECKE, STAY | 1/ | 2 | 2 | |
| 27 | " | " | TGB | SAF | | 1496 | JG, BK | | 3 | 9 | |
| 29 | " | " | SAF | VNY | | 1497 | JG, BK, KELLY BOYANA | 1/1 | 1 | 7 | |
| MAY 2 | " | " | VNY | SAN | | 1498 | JG | 1/1 | | 7 | |
| 2 | " | " | SAN | LIT | | 1499 | JG | 1/1 | 3 | 6 | |
| 3 | " | " | LIT | ADS | | 1500 | JG | 1/1 | | 9 | |
| 3 | " | " | ADS | SAT | | 1501 | JG, VIRGINIA ROBERTS | 1/1 | | 9 | |
| 5 | " | " | SAT | PBI | | 1502 | JG, VR  GARY ROXBURGH | 1/1 | 2 | 4 | |

I certify that the statements made by the form are true.

Pilot's Signature: David Rodgers

| | Page Total | 14/11 | 35 | 1 | | | |
|---|---|---|---|---|---|---|---|
| | Amount Forward | 6384 6062 6298 | 8165 | 3 | | 3 3 | 112 6 |
| | Total to Date | | | | | | |

GIUFFRE007099
CONFIDENTIAL

CONFIDENTIAL DR_000046

| Date 19— 200| | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... Airplane | Glider | Helicopter |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MAY 7 | G-1159B | N909JG | PBI | CHO | | 1503 | JG, GM, GT, INGA DOERRFG | 1/1 | 2 0 | | |
| 7 | " | " | CHO | TEB | | 1504 | JG, GM, GT, INGA DOERRFG | | 1 1 | | |
| 10 | C421B | N908GM | PBI | MCN | | | JONATHAN MANO - CROSS COUNTRY IFR, LARRY MORRISON, PATSY, KRISTY | 1/1 | 2 6 | | |
| 10 | " | " | MCN | 27K | | | JONATHAN MANO - IFR CROSS COUNTRY LARRY MORRISON, PATSY, KRISTY | 1/1 | 2 1 | | |
| 10 | " | " | 27K | OSU | | | JONATHAN MANO - IFR XC LARRY MORRISON | 1/1 | 1 2 | | |
| 10 | " | " | OSU | JUY | | | JONATHAN MANO - GPS OPERATIONS | | 1 2 | | |
| 11 | " | " | JUY | 27K | | | NO PASSENGERS | 1/1 | 7 | | |
| 12 | " | " | 27K | IMS | | | NO PASSENGERS | 1/1 | 7 | | |
| 13 | " | " | IMS | GNV | | | RYAN COOMER - CLIMBS, TURNS, DESCENTS, TO+L PATSY, KRISTY, ALYSSA | 1/1 | 3 0 | | |
| 13 | " | " | GNV | PBI | | | RYAN COOMER - RADIO COMMUNICATIONS CALLING PATSY, KRISTY, ALYSSA | | 1 8 | | |
| 14 | G-1159B | N909JG | TIST | TEB | | 1506 | JG, GM, GT, BK, VR, 1 FEMALE | 1/1 | 3 8 | | |
| 20 | C-421B | N908GM | PBI | ISM | | | PATSY, KRISTY, ALYSSA KRISTY - COLD SYSTEM, MP, PROPS, MIXTURE | 1/1 | 1 1 | | |
| 20 | " | " | ISM | PBI | | | PATSY, KRISTY, ALYSSA | | 1 1 | | |
| 24 | G-1159B | N909JG | TEB | PBI | | 1507 | JG, GM, GT, AP, FEMALE | 1/1 | 2 6 | | |
| 25 | C-421B | N908GM | PBI | LAL | | | PATSY, KRISTY, ALYSSA | 1/1 | 1 3 | | |
| 26 | " | " | LAL | MCN | | | PATSY, KRISTY, ALYSSA COUNSELOR TEMPORARY COPS, RATES, TAXI | 1/1 | 1 8 | | |
| 27 | " | " | MCN | ISM | | | PATSY, KRISTY | 1/1 | 1 8 | | |
| 28 | " | " | ISM | PBI | | | PATSY, KRISTY - GPS OPERATIONS PERFORMANCE - CRUISE STAR | 1/1 | 1 1 | | |
| 28 | G-1159B | N909JG | PBI | TEB | | 1508 | JG, GM, GT, AP, JOEL PASHCOW, 1 MALE 2 FEMALE | 1/1 | 2 5 | | |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

| | Page Total | 16 15 | 33 5 | | |
| | Amount Forward | 6398 6073 | 8200 4 | 3 3 | 112 6 |
| | Total to Date | 6414 | | | |

GIUFFRE007100
CONFIDENTIAL

CONFIDENTIAL DR_000047

| Date 2001 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | | GLIDER | | HELICOPTER | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4-2 | B727-31 | N505LS | LCQ | PBI | | | REPOSITION  GEORGE WALLGREN | 1/ | 1 | 0 | | | | |
| 6-1 | G-1159B | N909JC | TEB | PBI | | 1509 | JG, GM, ET, AP, BANU KUCUK KOYLU | 1/1 | 2 | 6 | | | | |
| 3 | " | " | PBI | TIST | | 1510 | JG, VIRGINIA ROBERTS, BANU KUCUKKOYLU | 1/1 | 2 | 4 | | | | |
| 5 | " | " | TIST | TEB | | 1511 | JG, VR, BK | 1/1 | 3 | 8 | | | | |
| 8 | " | " | TEB | CYUL | | 1512 | JG, GM, NAOMI CAMPBELL, REBECCA WHITE, ANDRE LAVALLEE, ANNA MOLOVA, DAVID ICNERO | 1/1 | 1 | 1 | | | | |
| 12 | " | " | CYUL | TEB | | 1513 | REPOSITION (APU BLEED AIR DUCT) | 1/1 | 1 | 1 | | | | |
| 12 | " | " | TEB | PBI | | 1514 | JG | 1/1 | 2 | 3 | | | | |
| 13 | " | " | PBI | TEB | | 1515 | JG, CAROL | 1/1 | 2 | 4 | | | | |
| 15 | " | " | TEB | PBI | | 1516 | JG, GM, SHERIDAN, CAROLYN, 1 FEMALE | | 2 | 3 | | | | |
| 18 | " | " | PBI | TEB | | 1517 | JG, GM, 1 FEMALE | 1/1 | 2 | 5 | | | | |
| 22 | " | " | TEB | LFPO | | 1518 | JEFFREY, GM, CRISTALLE WASCH, EKATERINA GRINEVA | 1/1 | 7 | 0 | | | | |
| 23 | " | " | LFPO | LFMN | | 1519 | JG, GM, 1 FEMALE | 1/1 | 1 | 2 | | | | |
| 25 | " | " | LFMN | LIML | | 1520 | JG, GM, 1 FEMALE | 1/1 | | 7 | | | | |
| 26 | " | " | LFML | LFPB | | 1521 | JG, GM | 1/1 | 1 | 4 | | | | |
| 28 | " | " | LFPB | LPAZ | | 1522 | JG, GM, ET, ED TUTTLE | 1/1 | 3 | 9 | | | | |
| 28 | " | " | LPAZ | TIST | | 1523 | JG, GM, ET, ED TUTTLE | | 6 | 0 | | | | |
| JUL 4 | " | " | TIST | PBI | | 1524 | JG, AP, VR, 1 FEMALE | 1/1 | 2 | 5 | | | | |
| 8 | " | " | PBI | TEB | | 1525 | JG, GM, ET, AP, VR, SHERIDAN GIBSON RUTH, GARY ROBY, 1 FEMALE | 1/1 | 2 | 7 | | | | |
| 11 | " | " | TEB | CPS | | 1526 | JG, GM, ET, VR  GARY ROXBURGH | | 2 | 3 | | | | |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

Page Total: 16/14  49 2
Amount Forward: 6414/6088  8233 9  3 3  112 6
Total to Date: 6430/6102  8283 1  3 3  112 6

GIUFFRE007101
CONFIDENTIAL

CONFIDENTIAL DR_000048

| Date 2001 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | GLIDER | HELICOPTER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JUL 16 | G-1159B | N909JC | CPS | SAF | | 1527 | REPOSITION - PITOT STATIC LEAK GARY ROXBURGH | 1/1 | 2 2 | | |
| 16 | " | " | SAF | TEB | | 1528 | JC, ET, GM, VR    GARY ROXBURGH | 1/ | 3 5 | | |
| 23 | " | " | PBI | TIST | | 1529 | JC, SHELLEY LEWIS | 1/1 | 2 5 | | |
| 28 | " | " | TIST | PBI | | 1531 | JC, VIRGINIA ROBERTS | 1/1 | 2 6 | | |
| 29 | " | " | PBI | ISP | | 1532 | JC | 1/1 | 2 5 | | |
| 29 | " | " | ISP | TEB | | 1533 | JC | 1/ | 7 | | |
| AUG 1 | " | " | TEB | PBI | | 1534 | JC, GM, ES, 1 FEMALE | 1/1 | 2 4 | | |
| 3 | B-727-31 | N908JC | JAX | PBI | | | MIKE DONOVAN IN RIGHT SEAT | 4/4 | 1 4 | | |
| 4 | B-727-100 | PAN AM SIMULATOR | MDB | MIA | | | NIGHT CURRENCY | | 1 0 | | |
| 5 | G-1159B | N909JC | PBI | TEB | | 1535 | JC, GM, DP, ES, TAYLOR | 1/1 | 2 6 | | |
| 5 | " | " | TEB | PBI | | 1536 | NO PASSENGERS | | 2 3 | | |
| 7 | B-727-31 | N908JC | PBI | LGA | | | MIKE DONOVAN | 1/1 | 2 6 | | |
| 7 | " | " | LGA | ABQ | | 2 | JC, GM, ES, AP, 2 FEMALES | 1/1 | 4 0 | | |
| 14 | C-421B | N908GM | PBI | JAN | | | JONATHAN MANO - INSTRUMENT COMPETENCY CHECK SATISFACTORY | 1/1 | 3 9 | | |
| 14 | " | " | JAN | AMA | | | JONATHAN MANO - LDA WITH GS X5 KNOT XWIND LANDING | 1/1 | 3 6 | | |
| 14 | " | " | AMA | OEO | | | JONATHAN MANO - | 1/1 | 1 7 | | |
| 15 | " | " | OEO | ABQ | | | JONATHAN MANO - HIGH DENSITY ALTITUDE OPERATIONS | 1/1 | 5 | | |
| 15 | " | " | ABQ | ZURRO | | | JONATHAN MANO - SHORT FIELD AIRPORT OPERATIONS | 1/1 | 7 | | |
| 16 | B-727-31 | N908JC | ABQ | PBI | | 6 | JC, GM, ET, AP, FLOOR, JONATHAN MANO | 1/ | 5 8 | | |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

| | | | | |
|---|---|---|---|---|
| Page Total | 20/17 | 44 5 | | |
| Amount Forward | 6430 6162 | 8283 1 | 3 3 | 112 6 |
| Total to Date | 6450 | | | |

GIUFFRE007102
CONFIDENTIAL

| Date 2002 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | GLIDER | HELICOP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JUN 8 | B-727-31H | N908JE | EIDW | JFK | | 111 | JE, GM, SK | 1/1 | 69 | | |
| 8 | " | " | JFK | PBI | | 112 | JE, SK | 1/1 | 23 | | |
| 12 | G-1159B | N909JE | PBI | PBI | | 1567 | GMU FLIGHTS-SEAN RILEY, GREG CARPENTER | 1/1 | 27 | | |
| 14 | B-727-31H | N908JE | PBI | BOS | | 113 | REPOSITION | | 26 | | |
| 14 | " | " | BOS | TIST | | 114 | JE, SK, CINDY LOPEZ, LAURA HANES | | 37 | | |
| 16 | " | " | TIST | JFK | | 115 | JE, GM, SK, CINDY LOPEZ, LAURA HANES | 1/1 | 38 | | |
| 19 | G-1159B | N909JE | PBI | TEB | | 1568 | REPOSITION   PETE RATHGEB | 1/1 | 32 | | |
| 19 | " | " | TEB | PBI | | 1569 | JE, GM, SK, CINDY LOPEZ  PETE RATHGEB | | 25 | | |
| 21 | " | " | PBI | M.YEF | | 1570 | JE, GM, SK, CL, JEAN LUC BRUNEL, PETE VIRGINIA ROBERTS   RATHGEB | 1/1 | 11 | | |
| 21 | " | " | MYEF | PBI | | 1571 | REPOSITION   PETE RATHGEB | 0/0 | 12 | | |
| 23 | " | " | PBI | MYEF | | 1572 | REPOSITION   PETE RATHGEB | 0/0 | 11 | | |
| 23 | " | " | MYEF | TEB | | 1573 | JE, GM, SK, CL, JULIANA BORGES, PETE JEAN LUC BRUNEL, ALESSA STAIN  RATHGEB | 1/1 | 29 | | |
| 23 | " | " | TEB | PBI | | 1574 | REPOSITION   PETE RATHGEB | | 25 | | |
| 27 | B-727-31H | N908JE | JFK | LFPB | | 116 | JE, GM, SK, AP, FABO GRIL FLERRA, ALEXANDER CEVKAE ISERENE YANGREH LAETITIA SIMON, DANA LYNN PRIGGE DR. HENRY JARECKI, NISHOLAS JARECKI JULIE CHIUS BRUGH, ANNE-MARIE FOX, JEAN LUC BRUNEL, AILLEI WALLLAT, AMANDA UNGARO | 1/1 | 71 | | |
| 29 | " | " | LFPB | LGTH | | 117 | SAME AS 116 | | 13 | | |
| JUL 10 | " | " | LGTH | LFPB | | 118 | JE, JULIE CONCEBAUGA | 1/1 | 15 | | |
| 13 | " | " | LFPB | LFMN | | 119 | JE | 0/0 | 12 | | |

I certify that the statements made by me on this form are true.

(t) David Rodgers

Pilot's Signature

| Page Total | 8/7 | 476 | | |
|---|---|---|---|---|
| Amount Forward | 6539 6187 6547 | 86925 | 33 | 112 |

GIUFFRE007111
CONFIDENTIAL

CONFIDENTIAL DR_000057

CONFIDENTIAL DR_000058

| Date 2002 | Aircraft Make and Model | Aircraft Identification Mark | From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | AIRPLANE | GLIDER | HELICO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JUL 13 | B-727-31H | N908JE | LFMN | GMTT | | 120 | JE,GM,SK,AP, CINDY LOPEZ | | 2 | 1 | |
| 13 | " | " | GMTT | GMME | | 121 | JE,GM,SK,CL,AP | | | 7 | |
| 13 | " | " | GMME | LPA2 | | 122 | JE,GM,SK,AP,CL, PRESIDENT CLINTON, DOUG BANDS, MIKE, & SECRET SERVICE | | 2 | 4 | |
| 13 | " | " | LPA2 | JFK | | 123 | JE,GM,SK,AP,CL, PRESIDENT BILL CLINTON, DOUG BANDS, MIKE, & SECRET SERVICE | | 5 | 8 | |
| 18 | " | " | JFK | PBI | | 124 | JE, SHELLEY LEWIS, 2 FEMALES | | 2 | 2 | |
| 19 | " | " | PBI | JAX | | 125 | KRISTY RODGERS, GREGG HOLBERT, ALYSSA HOLBERT - C CHECK | | 1 | 0 | |
| AUG 4 | G-1159B | N909JE | PBI | MVY | | 1583 | JE, 1 FEMALE | | 2 | 0 | |
| 4 | " | " | MVY | BED | | 1584 | JE, 1 FEMALE | | | 7 | |
| 4 | " | " | BED | TEB | | 1585 | JE, 1 FEMALE | | | 9 | |
| 5 | " | " | TEB | SAF | | 1586 | JE, SK, 2 FEMALES | 1/1 | 3 | 9 | |
| 6 | C-172XP | N7395P | AEG | AEG | | | 172 CHECK OUT | 3/3 | | 9 | |
| 6 | 206L3 | N474AW | ZORRO | AEG | | | | | | | |
| 15 | B-727-31H | N908JE | JAX | JAX | | 126 | C-CHECK FLIGHT TEST   PETE ROTHCHILD | 1/1 | | 9 | |
| 16 | " | " | JAX | PBI | | 127 | RETURN FROM C-CHECK   PETE ROTHCHILD | | 1 | 1 | |
| 17 | G1159-B | N909JG | SAF | TEB | | 1589 | JE, GM, SK, CINDY LOPEZ, VIRGINIA ROBERTS, DAN, GOLARDO, ALFRED, MARGARITA, NICK SIMMONS, MORGAN | | 3 | 7 | |
| 18 | " | " | TEB | PBI | | 1590 | JE, VIRGINIA ROBERTS, 1 FEMALE | | 2 | 4 | |
| 21 | B-727-31H | N908JE | PBI | TIST | | 128 | JE, SHELLEY LEWIS | | 2 | 5 | |
| 25 | " | " | TIST | JFK | | 129 | JE, SK | 1/1 | 3 | 6 | |
| 28 | " | " | JFK | LFPB | | 130 | JE, SK, CINDY LOPEZ, 1 FEMALE | | 6 | 4 | |

I certify that the statements made by me on this form are true.

Page Total: 6/6 · 44 0 · 5
Amount Forward: 6547/6194 · 8740 1 · 3 3 112 6

GIUFFRE007112
CONFIDENTIAL