# EXHIBIT 10
# (Filed Under Seal)


AMAZING LOW FARES from $29*  BOOK NOW



Feedback   Like 3.1m   Follow @MailOnline

Wednesday, Nov 18th 2015 1PM 82°F   4PM 82°F   **5-Day Forecast**

Home | U.K. | News | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Columnists

Latest Headlines | News | World News | Arts | Headlines | Pictures | Most read | News Board | Wires                     Login









Police gun battle at Paris apartment | We did it and this is how: ISIS boasts of | Homeland Security singled out | 'Run baby, run!' Couple reveal how | EXCLUSIVE: 'On your knees! Show | Is this the moment Paris mastermind's | White reass

# All aboard the 'Lolita Express': Flight logs reveal the many trips Bill Clinton and Alan Dershowitz took on pedophile Jeffrey Epstein's private jet with anonymous women

- Flight logs for Jeffrey Epstein's private plane dubbed the 'Lolita Express' were published for the first time on Thursday
- They show that former President Bill Clinton boarded the plane with women believed to have been involved in creating underage sex slave ring
- Alleged victim Virginia Roberts says she was recruited as a slave when she was 15, and that she was forced to have sex with both Prince Andrew and Harvard law profession Alan Dershowitz
- The latter, she says, molested her mid-flight on the private jet
- Both the Duke of York and Dershowitz have fiercely denied their involvement in the ring

By DAILYMAIL.COM REPORTER

**PUBLISHED:** 23:14 EST, 22 January 2015 | **UPDATED:** 15:54 EST, 23 January 2015

○ Site ○ Web   Enter your search



A lot more Star Wars Battlefront coming! - TURN BASED

+ More Videos

**1.5k**
shares

Just released flight records show Harvard law professor Alan Dershowitz has been flying with convicted pedophile Jeffrey Epstein on the financier's private jet dubbed the 'Lolita Express' since as early as 1997, despite public statements that they were only acquaintances.

The high-profile lawyer has been distancing himself from Epstein ever since a young woman named Virginia Roberts filed a lawsuit claiming she was recruited to work as a 'sex slave' for Epstein when she was just 15, naming both Dershowitz and Prince Andrew as two of her molesters.

The flight records, obtained by Gawker, also show former President Bill Clinton rode on Epstein's jet at least 11 times, and often with two of Epstein's female associates believed to have provided the dozens of underage girls to their boss and his well-connected friends.

**Scroll down for video**

Check out our daily active video stream on Snapchat Discover for today's Seriously Popular™ news



Home    Top

Flight logs reveal trips Bill Clinton and Alan Dershowitz took on Jeffrey Epstein's private...   Page 2 of 27




**Passengers:** Newly-released flight logs show Harvard law profession Alan Dershowitz (left) and former President Bill Clinton (right) flew several times on pedophile Jeffrey Epstein's private plane



**Claims:** Virginia Roberts says she was recruited to work as a sex slave for Epstein when she was just 15, and has named Dershowitz and Prince Andrew as two of the men she was forced to have sex with. Roberts pictured with the Duke of York

Like
Daily Mail

Follow
@DailyMail

Follow
Daily Mail

+1
Daily Mail

**FEMAIL TODAY**


**Gone with the wind!** Duchess of Cambridge struggles to contain her bouncy locks as she visits London conference to make a rare public speech


**REVEALED: Charlie Sheen spent over $1.6M in a YEAR on prostitutes while HIV-positive and 'paid extra to not use condoms and favored 'pre-op transsexuals'**


**Charlie Sheen's 'sex contract':** Partners signed non-disclosure form before meeting HIV-positive star as assistant says he lives locked in a 'drug-den'


**'I wish it didn't happen':** Gwen Stefani reflects on her divorce from Gavin Rossdale and admits there are 'so many bad things' about split
Now with Blake Shelton


**No Victoria's Secret freebies?** Kendall Jenner goes braless in a white bodysuit as she touches down in Melbourne with sister Kylie


**'He abused his power':** Reign star Caitlin Stasey reveals she was sexually harassed by a Hollywood agent, as she poses to promote body positivity


**'I'm more interested in Brad at 50 than 40':** Angelina Jolie insists Pitt is better with age as she reveals they've had 'big fights' and gone 'head to head'


**Martin Sheen chokes up talking about 'courageous' Charlie** and reveals he fully supported his son going public about his HIV status


**Jennifer Garner radiates happiness and poise while flashing a hint of cleavage** as she arrives solo to host charity gala
Amid Ben Affleck divorce


**Christmas with the Afflecks! Jennifer Garner 'will join ex Ben for the holidays for the sake of their three children'**
They have three kids

Home   Top

Flight logs reveal trips Bill Clinton and Alan Dershowitz took on Jeffrey Epstein's private...   Page 3 of 27



© John Coates / airport-data.com

**Lolita express:** Epstein's Boeing 727 on the ground at Basingstoke Airport in August 2012. He used it to fly Bill Clinton between a string of destinations. Picture from airport-data. com



MIAMI, FLY TO VEGAS
FROM $79 ONE WAY
BOOK NOW
Fly through 12/16/15.
WELCOME TO Fabulous LAS VEGAS NEVADA
FRONTIER
*Fare one way between Miami and Las Vegas. Seats are limited. Restrictions apply.

According to court documents, Epstein's former assistant Sarah Kellen and socialite Ghislaine Maxwell allegedly found and groomed the underage girls to pimp out to Epstein and his friends. Kellen received immunity for her part in the ring during Epstein's court case in the mid-2000s, while Maxwell was never charged and has furiously denied involvement.

In court filings, Roberts maintains that she never had sexual relations with Clinton - or knew of him taking an interest in any of Epstein's other 'massage' girls - though he was sometimes present on the banker's private Caribbean island during her years of work.

On Thursday, Dershowitz appeared on the Today show to emphatically deny claims he had sex with then-underage Roberts, saying she was 'making the whole thing up'.

'I was never in the presence of a single underage woman,' he said. 'I never saw [Epstein] doing anything improper. I was not a witness. I was not a participant. And I will prove it.'

On Wednesday, Roberts lodged fresh documents in Florida detailing the alleged abuse she suffered at the Duke of York's hands, including how she had an orgy with him and eight other young girls.



**Flight logs from August 2002 show Bill Clinton aboard the plane with Kevin Spacey and Charles Tucker**



**They apparently took a trip together from JFK airport with Jeffrey Epstein ('JE') and Ghislaine Maxwell ('GM')**


**Kate bares all: Moss poses naked in her favorite images from her three decades in fashion for new photography exhibition**
Iconic British model


**Jennifer Lawrence shows off her slender curves in white figure-hugging dress as she joins Hunger Games co-stars for TV appearance in New York**


**No time for a glam squad! Single mother-of-two Halle Berry, 49, goes makeup-free and shows off unbrushed ombre locks at JFK airport**


**She speaks! Melania Trump sits down for first broadcast interview with The Donald for ABC's 20/20**
The Donald's wife could be the next First Lady


**'My baking cabinet is #goals!': Khloe Kardashian reveals more of her organized kitchen... including mini trays of cake toppings with tiny scoopers**


**She's always on brand! Kylie Jenner wears a bodycon lace-up dress from her new line as she and Kendall promote the range in Melbourne**
Siblings Down Under


**Thousands of women and $2,100-a-day drugs binges... All while knowing he was HIV positive: Decadence that destroyed Hollywood Prince Charlie Sheen**


**'My financial situation is not great': Charlie Sheen 'to sell 2 of his 3 Beverly Hill mansions' after paying $10 million in 'shakedowns' to keep HIV secret**


**Is he boring you, Harper? Four-year-old Beckham YAWNS after meeting Prince Harry at charity soccer match... while her older brothers look on in awe**


**Shakira and partner Gerard Pique deny claims they have been blackmailed over sex tape by a former employee**
They have two children

Home    Top



Flying solo: Another log shows Dershowitz on the plane - without his wife - on two journeys in 2005

The prominent lawyer is again seen in the log flying with Epstein in October 1998 - again, without his wife

But on Thursday, Dershowitz said that, while Roberts claims she had sex with him at Epstein's Caribbean Island and his New Mexico ranch, he had only ever been there briefly with his wife and daughter.

He claims that the third accusation - that he had sex with Roberts on a private plane - is false and that flight manifests will prove he was never aboard the plane with her.

'I've ever seen her and I've never met her,' he insisted. 'She is categorically lying and making the whole thing up... This is Pinocchio's nose growing longer and longer.'

He insisted that his relationship with Epstein had been entirely 'academic' and that he had only ever met with him in the presence of dignitaries and professors. He told the American Lawyer that reports that the two were 'chummy' were 'a total bum rap'.

While Epstein did donate to Dershowitz's university in 2003, flight records show that their familiarity goes all the way back to December 1997 when the lawyer first rode on his jet from Palm Beach, Florida to New Jersey's Teterboro Airport with Epstein's gal-pal Maxwell and a slew of woman identified without their last names on the flight log.

Their names were simply jotted down as 'Hazel', 'Claire' and one other anonymous 'female'.

Long-distance: Epstein's private jet can cross the Atlantic without refueling, which allowed him to use it to fly Bill Clinton around Africa


FRONTIER
AMAZING LOW FARES from $29 ONE WAY
BOOK NOW

Buy by 11/18/15. Fly 12/2/15 - 2/10/16.
*Fare shown is for domestic nonstop travel on specific dates and destinations. Seats are limited. Restrictions apply.


Justin Bieber emerges for first live performance since posting a heartfelt tribute to his friend who died in the Paris terror attacks


Thor blimey! Chris Hemsworth displays his bulging biceps in tight-fitting T-shirt... after attending Sydney premiere of new movie In The Heart Of The Sea


Beauty guru Chris Brown slams contouring craze by celebrities saying it 'looks like dirt' and insists women shouldn't fake big lips and brows


Foxx-y lady! Jamie's daughter Corinne stuns in lace ensemble as she is named Miss Golden Globe 2016 ahead of January ceremony
Dad's an Oscar winner


Taylor Swift slips her slender legs into skinny jeans as she switches her preppy style for vampy all-black on dinner date
No sign of Calvin Harris


Nobody's looking at the shoes! Jourdan Dunn sizzles as she strips down to her lacy undies in footwear campaign... after blasting 'BS' Victoria's Secret


Murdered Justin Bieber and androgynous Benedict Cumberbatch make hilarious cameos alongside Ben Stiller in Zoolander 2 trailer
Anticipated sequel


You're so vain, Warren Beatty! Carly Simon finally confirms her ex inspired part of her 1972 hit... but remains silent on the other two men
Sang about her ex


Adele highlights her slimmer figure in a glamorous embellished gown at Radio City performance... as her new album leaks online
Back after long hiatus


'He makes me realize things about myself': Adele says motherhood has changed her in 'every way possible' and admits son's upbringing will be 'different' to hers


Adele proves she's unstoppable as comeback song Hello

A log from March 1998 shows that Epstein met Prince Andrew's ex-wife Sarah Ferguson and their kids

In February 2002, Bill Clinton flew on Epstein's plane with model Naomi Campbell, according to the log

When confronted with the flight information by Gawker, Dershowitz admitted that he had known Epstein since 1997 and rode on the banker's jet to attend Limited Brands CEO Les Wexner's 60th birthday.

And the ride up to Wexner's birthday wasn't just a one off thing. The logs show Dershowitz continued to fly on Epstein's plane including a October 1998 flight from Massachusetts to New Jersey and a 1999 trip from New Jersey to Martha's Vineyard.

A 2005 jaunt from Massachusetts to Montreal shows Dershowitz traveled with Epstein, a woman named 'Tatianna' and others.

Despite telling Gawker that he has a 'very clear, unequivocal recollection' of never being on a plane with 'young women' he has a hard time explaining how the single-named females are who scatter the flight logs.

He said he doesn't know who 'Hazel' or 'Claire' were, and that 'Tatianna' may have been a twenty-something woman who was friends with Epstein's girlfriend, but that he never flew with her.

And he also finds it hard to explain why his wife doesn't appear to join him on the flights, who he publicly said accompanies him nearly everywhere in statements issued in the wake of the lawsuit.




Young: Virginia Roberts (left) is currently in the middle of a high-profile lawsuit against Epstein (right)

'She travels with me all over. On occasion, she's working or travels separately. I travel with her almost all the time, not all the time,' he told Gawker. 'I have a very clear, unequivocal recollection that I was never on a plane with any young women, period.'

It should be noted though that flight records are kept by pilots mostly to keep time, and could contain inaccuracies as to passengers.

Further discrediting Dershowitz's claim not to be close with Epstein is a Vanity Fair story from 2003 in which he says that he would stand by Epstein, even if he filed for bankruptcy.




becomes the fastest-selling single in 18 years
The multi award-winning musician and celebrate

Good as gold! Christina Milian shows her makeup-free morning face then hits up the club later that night in the same outfit
Dip It Low hitmaker




Now that's a flare for fashion! Kendall Jenner catches the eye in wide-leg jumpsuit as she unveils new clothing range with sister Kylie
Sisters are in Australia



Kate Upton looks radiant in leggings and a sports jacket as she enjoys low-key walk with her pet pooch
The 23-year-old model was in Beverly Hills



Magic Johnson sends well wishes to Charlie Sheen after his shock HIV revelation and calls on the troubled star to join him in advocacy work



David Beckham is crowned People magazine's Sexiest Man Alive 2015 on Jimmy Kimmel Live and says he has never felt 'sexy or attractive'



Sofia Vergara shows off her curves in workout gear as she enjoys a spa day ahead of her weekend wedding to Joe Manganiello
Set to wed on Sunday



Pamela Anderson flaunts her stunning legs in mini skirt and elegant white coat as she shows off her chic style for arrival at LAX
Cured from Hepatitis C



'My wife keeps me sane': Sir Tom Jones says his childhood sweetheart Linda is the only person who understands him
The singer opened up



Stylish Sharon Stone keeps it chic in an embellished blouse and tailored trousers as she attends CNN Heroes tribute in New York
She's fabulous at 57



Blooming lovely! Pregnant Rose Byrne shows off her growing baby bump in chic black gown as she steps out with boyfriend Bobby Cannavale



She's head over heels! Whitney Port shows off her athleticism and svelte figure as she does a handstand in a bikini while on honeymoon in Fiji



Floyd Mayweather splashes out on $45,000 Mercedes for son Koraun's 16th birthday
The 38 year old undefeated champion spoiled his son

'Absolutely. I would be as interested in him as a friend if we had hamburgers on the boardwalk in Coney Island and talked about his ideas,' he told the magazine.

He responded to the Vanity Fair quote, telling Gawker: 'He was a friend with whom I talked about ideas. We never discussed women or his social life.'

Also revealed in the flight logs was the fact that former President Clinton road on Epstein's jet at least 11 times between 2002 to 2004, and was sometimes accompanied by Maxwell and Kellen.



DEVELOPING STORY
**ALAN DERSHOWITZ SPEAKS OUT**
JANE DOE #3 GIVES EXPLICIT DETAILS IN COURT CLAIMS
HAS BEEN RELIEVED OF HIS COMMAND. CAPT. JOHN R. NETTLETON IS UNDER IN   7:36   40°

Lashing out: Lawyer Alan Dershowitz appeared on the Today show on Thursday to slam claims that he had sex with Roberts



Support: Dershowitz (left) previously said that his wife Carolyn (right) accompanies him everywhere but she is not seen on the flight manifests released today

No allegations have been leveled at Clinton. His name has been mentioned in the recent scandal, because he vacationed on Epstein's private island during the years when the sex crimes where thought to have occurred. Roberts maintains that she never saw Clinton do anything wrong or even appear to know about the underage girls.

He appears to have flown on Epstein's flight with several curious women including an young actress who used to work in soft-core porn.

Clinton booked Epstein's jet for a 2002 anti-poverty and anti-AIDS tour of Africa with friends Chris Tucker, billion Ron Burkle, friend Gayle Smith and actor Kevin Spacey.

Joining them for five days of the week-long tour were Maxwell, Kellen and a woman identified as Chauntae Davies.

Davies is also one of some 160 women whose contact information he kept in a handful of cities across the world, all listed as masseurs. Though prosecutors believe some of the women on the list may have been underage prostitutes, Davies was 23 at the time and has not been accused of any crime. Her LinkedIn page shows an expertise in Swedish massage.

Davies has since achieved some success as an actress with a role on HBO's Enlightened, but previously worked as a 'lingerie model' in a film produced by a soft-core porn company.

> " He was a friend with whom I talked about ideas. We never discussed women or his social life "
>
> **Alan Dershowitz to Gawker**

Can age-gap relationships EVER work? As Kate Moss, 41, is rumored to be dating a 28-year-old, sexpert Tracey Cox says they can


Vanessa Hudgens dares to bare in plunging cut-out gown as she cuddles up to boyfriend Austin Butler at awards bash... before hitting Viper Room relaunch


'I want to look like me': Julianne Hough reveals her hair and makeup plans for her upcoming wedding to fiance Brooks Laich
Not a huge makeover


Jessica Alba shows off her stunning natural beauty as she goes make-up free in casual boho outfit for coffee run
Star and entrepreneur


British pop star Pixie Lott channels Kim Kardashian as she squeezes into skintight pink latex dress for Hard Rock Cafe gig
Inspired by Kardashian


New mother Carey Mulligan highlights her slim waist with a chic belted coral coat as she heads out in New York
Carey, 30, was pretty in peach for fall


'Briana doesn't have cancer': RHOC's Vicki Gunvalson tweets joy at daughter's negative biopsy after surgery to remove enlarged lymph nodes


'I am strong because of what I've dealt with': Lena Dunham describes her painful struggle with endometriosis in candid Lenny letter
Raising awareness


They got the memo! The Duchess of Cambridge and British TV star Holly Willoughby wear matching blue and black outfits at fostering awards


Gwen Stefani mourns marriage breakup to singer Korin Bukowski's blossoming on The Voice saying they have a 'whole new chapter ahead'


Cate Blanchett goes for a futuristic up do and daring lace dress as she is honored at MOMA film gala
The actress was feted by a host of famous names

Heather Locklear, 54, looks in good spirits as she arrives in LA after admitting her 'heart hurts' for friend Charlie Sheen following his HIV positive diagnosis

Waxwork of Queen Letizia is changed for a THIRD time to keep up




Old friends: Prince Andrew came under fire after he was pictured with Epstein following his prison term in 2011

She refused to comment when asked by Gawker what she did on the Africa trip.

'I really am not interested in being slandered in the media for having known this person a time ago. Some of the things being said are not things I have information on,' Davies said.

At Davos on Thursday, Prince Andrew made his first public appearance and refused to discuss the claims.

The palace previously issued a vehement denial on Prince Andrew's behalf.

'It is emphatically denied that the Duke of York had any form of sexual contact or relationship with Virginia Roberts,' a spokesperson said. 'The allegations made are false and without any foundation.'

Roberts called the denial 'false and hurtful to me'.

**SHARE THIS ARTICLE**

**RELATED ARTICLES**

 Alan Dershowitz denies EVER being around underage women in...

 In just 46 words and 37 seconds, Prince Andrew dismisses...

Following her most recent filing, a Buckingham Palace spokesman added this week: 'We have nothing to say in addition to our earlier comments on the issue.'

Roberts claims she had sex with the Prince, a former friend of Epstein, in New York, London and the U.S. Virgin Islands while she was a 'sex slave'. Buckingham Palace has denied all allegations.

In the documents, she said her lawyers had served a letter on the Duke last week requesting he answer questions – but he 'refused' to accept it.

She also described the alleged abuse in new and startling detail.

She claimed Prince Andrew correctly guessed she was just 17 when he met her, and how she was instructed to give him anything he wanted.

'I'm hiding nothing': Defiant Alan Dershowitz speaks out



with the Spanish royal's ever-changing appearance
Had a nose job in 2008




**Up, up and away! Sarah Hyland wears fire engine red parachute dress at Golden Globes Party**
The Modern Family actress made quite the entrance in red



**A dream in cream! Gigi Hadid matches her top to her sexy thigh-high boots as she heads to lunch with family**
Paired with a long-sleeved boho top



**Fresh-faced Miranda Kerr proves jet lag is no match for her as she cuts a chic figure in over-sized coat and leggings following late night flight into London**



**'I've had the best and the worst day of my life in 2015': Catherine Britt celebrates 6 Golden Guitar nominations... 7 months after her breast cancer diagnosis**



**'I was really freaked out': Daniel Radcliffe resorted to drinking with fans to cope with end of Harry Potter franchise**
The 26-year-old actor struggled with change



**How Charlie Sheen's HIV was rendered 'undetectable': Drugs and intensive treatment program turn the virus from a death sentence into a 'chronic illness'**



**Charlie Sheen's doctor for the last four years is the resident practitioner on The Biggest Loser and testified at the murder trial of OJ Simpson**



**Serving up 'them waffles'! Ireland Baldwin posts a racy bathroom selfie wearing nothing but a skimpy T-shirt**
Daughter of Hollywood royalty Alec Baldwin



**Doctor phew! Krysten Ritter leaves David Tennant in the shade after wearing a figure-hugging gown to Jessica Jones premiere**
Looked angelic



**Human Barbie who spent $38,000 on her 30JJ breasts wants to go even BIGGER - despite doctors warning the implants could explode**



**Girls' night out! Mel B is joined by glamorous eldest daughter Phoenix, 16, as they attend Marie Claire event in Mexico**
Taller than her mom



**Leggy Mariah Carey shows off her fabulous curves in a plunging LBD as she enjoys late night dinner outing in New York City**
Drowned herself in bling


**Frail Burt Reynolds looks dapper in an all black look with a red tie as he heads to Late Show With Stephen Colbert appearance**
Iconic actor is now 79


**'They're completely besotted': Nicole Scherzinger, 37, 'enjoying secret romance with Serena Williams' tennis ace ex Grigor Dimitrov, 24'**


**Harry Styles reveals he's 'hooked up with a fan and made out with someone twice his age' as One Direction play Never Have I Ever with Ellen DeGeneres**


**He's got multiple talents! Justin Bieber drives to go-kart race victory and performs latest hit Sorry On The Tonight Show**
Was in a playful mood


**Taking their bulging biceps into battle! Gods of Egypt stars Gerard Butler and Nikolaj Coster-Waldau show off muscular physique in first trailer for movie**


**Holey moley! Nicole Richie stuns in a statement fishnet tights and leather mini as she headlines LA fashion event**
She's a mom of two


**Olivia Wilde lets her light shine softly in a feminine black maxi-dress at the Save The Children charity gala**
Red carpet glamour


**Emily Blunt sparkles in an elegant silver and black sequined dress as she attends HFPA Golden Globe Awards gala event**
Devil Wears Prada star


**Scarlet lady! Emily Blunt stays serious as she rocks it in red showcasing her hour-glass figure at LA luncheon for her film Sicario**


**A bit of retail therapy! Britney Spears keeps cozy in a loose-fitting pink sweater as she shops for sunglasses in Los Angeles**
Dressed casually in LA


**Julianne Moore takes the plunge in a deep V-neck dress before slipping into a sheer-sleeved LBD for Late Show With Stephen Colbert appearance**

**Poppy Delevingne teases a glimpse of her bust in a plunging floor-length gown as she turns up the heat at fashion party in Dubai**
Cara's older sister


**'These guys are the best!': Rebel Wilson fangirls over One Direction in 'I heart Harry' sweater as they**




▶  🔊  0:00 / 1:07      f  🐦  📌  ⤴  🔗  </>  ⚙  ⛶

His police bodyguards left her alone with him the first time they had sex, she said.

'Epstein made me have sex with Prince Andrew several times,' she said. 'I had sex with him three times, including one orgy. I knew he was a member of the British Royal Family, but I just called him 'Andy.'

After they had sex, she was paid $15,000, she said.

Prince Andrew's decision to pursue legal action - he has the right to sue his accuser - will depend on whether the Palace is willing to subject him to depositions about his private life.

Dershowitz has also filed a motion in federal court to enter in a lawsuit brought against the U.S. government by his accuser and other women who say Epstein sexually abused them.

The court has yet to decide whether to grant his motion.

The two lawyers representing Jane Doe #3, former federal judge Paul Cassell and Florida plaintiffs attorney Bradley Edwards, have now filed counter-defamation charges against Dershowitz.

In an earlier article, he explained that this will subject them and their client to sworn depositions. If they repeat the charges under oath, and if they are untrue, they will be subject to prosecution for perjury.

In a previous statement to DailyMail.com, Mr Cassell said that he and Mr Edwards would not be responding to 'specific claims of indignation by anyone'.




**Anger:** Dershowitz slammed his accuser's lawyers, Brad Edwards (left) and Paul Cassell (right), for naming him in the lawsuit. He claims that they failed to carry out proper investigations - which they have denied

'We have been informed of Mr Dershowitz's threats based on the factual allegations we have made in our recent filing,' he said in a statement.

'We carefully investigate all of the allegations in our pleadings before presenting them... We would be pleased to consider any sworn testimony and documentary evidence Mr Dershowitz would like to provide which he contends would refute any of our allegations.'

Finally, Dershowitz has also challenged his accuser to file formal rape charges against him. If she were to file a false rape charge, she would be committing a crime. She has not done so.

It comes a week after Prince Andrew's ex-wife Sarah Ferguson slammed reports that he had sex with an underage girl as 'salacious lies' and defended him as a 'humongously good man'.

In a passionate rebuttal on the Today show last Tuesday, the Duchess of York said that she was standing by 'my best friend and my best ex-husband ever' amid the allegations.

**Read more:**
Times Store
Alleged 'sex slave': I didn't have sex with Bill Clinton - NY Daily News
Flight Logs Put Clinton, Dershowitz on Pedophile Billionaire's Sex Jet
Aircraft N908JE (1969 Boeing 727-31 C/N 20115) Photo by John Coates (Photo ID: AC1015097)

## Share or comment on this article

**1.5k**
shares

Sponsored Links by Taboola



**10 Car Designs So Horrible You'll Have Nightmares**
Gleems



**Most Embarrassing Wedding Photos Ever Captured!**
ViralBoom



**13 Mormon Facts You Never Knew**
Patheos



**Why Wait for Black Friday? UGG Boots are Being Sold for Next to Nothing**
QuiBids



**Must Watch! Texan Cheerleaders Epic Freestyle!**
Road Dirt



**The 15 Worst Aging Actors in Hollywood**
POPHitz

### MOST WATCHED NEWS VIDEOS



**Muslim scholar says 'F*** off' to extremism!**



**'I am HIV positive': Charlie Sheen confirms rumors on Today**



**Marmot lets out ear-piercing scream after being picked up**



**Audio: Does this capture 'female suicide bomber explosion?'**

**Ads**

**Credit Boosted Every Time**
Pros call him "Low Score Killer" Learn His Score Secrets Right Here.
www.thecreditsolutionprogram.com

**Lookup Property Records**
1. Address, Estimated Value & More 2. Enter a Name - Search for Free!
instantcheckmate.com

**Papa Murph Coupons**
Free Coupons for Papa Murph Pizza. Latest Coupons - Print, Eat & Save!
www.befrugal.com/PapaMurphys

### MOST READ NEWS

   



**EXCLUSIVE: Porn star who claims**

**'He's a monster': Charlie Sheen**

**French police raid that left two jihadis**

**'If you don't like this country, why**

**Chilli of po**

Sorry we are not currently accepting comments on this article.

---

take snaps backstage on The Ellen Show


**Double take! Twins Emily and Haley Ferguson compete for The Bachelor Ben Higgins' affection in season 20 trailer**
Bachelorette reject


**Daddy cool! Tracy Morgan has a blast clowning around before kissing daughter Maven at Week Of Greatness launch party**
On comeback trail


**Rosie Huntington-Whiteley shows off her svelte figure in head to toe leather as she leaves restaurant hand in hand with Jason Statham**


**Model behavior! Karlie Kloss puts her best foot forward in trendy fall fashions while stepping out solo in New York City**
She is a L'Oreal Paris spokesmodel


**'It's hard for them': Zayn Malik reveals Louis Tomlinson and Harry Styles STILL shy away from showing friendly affection due to 'Larry Stylinson' rumors**


**Stephen Moyer supports floral-clad wife Anna Paquin at the Hollywood premiere of her film The Good Dinosaur**
Rare pubic appearance


**'I was drunk and emotional': Little Mix's Jesy Nelson dismisses reports of a tiff with fiance Jake Roche as she explains why she left a party in tears**


**Barbarella called, she wants her outfit back! Jane Fonda inadvertently recreates the sexy sci-fi character's look at LA film premiere**


**Fountain of Youth! Jane Fonda, 77, stuns in a garden-inspired dress at the premiere of her latest film**
The actress has timeless beauty


**Gordon Bennett! Lady Gaga gets a shock when she bumps into crooner pal Tony at the bookstore in new Christmas advert**
Recording duo are pals


**Aren't they debonair? Jennifer Connelly coordinates her classy style with husband Paul Bettany at Artwalk NY**
They've been married almost 13 years


**'Can we STOP the skinny shaming... I'm not anorexic': Victoria's Secret model Bridget Malcolm hits back at online trolls who claim she's too thin'**






**MORE TOP STORIES**



A moment of solitude: Bradley Cooper wears his favorite beanie and jacket to watch the sunset alone by the Hudson river
No sign of Irina Shayk



Former Victoria's Secret model Jessica Hart shows off her super shape as she enjoys early morning stroll along the beach in Australia



Emma Stone snapped up to star in adaptation of dark comedy by Silver Linings Playbook author Matthew Quick
She has proven her versatility on screen



In tatters! Diane Kruger rocks a ripped dress to MOMA annual film benefit in honor of Cate Blanchett in New York
Actress was at the Museum of Modern Art



Sheer-ly Visible! Grey's Anatomy star Ellen Pompeo, 46, looks completely fresh-faced while out in see-through black turtleneck
A bit on the risque side



Joss Stones' tears as she bares all in new campaign for PETA to protest at luxury fashion house Hermes using crocodile skin for its handbags



Taylor Schilling flashes her infinity rib-cage tattoo in red paint-splattered gown to present at CNN Heroes tribute in NYC
Emmy nominee



Ginnifer Goodwin and husband Josh Dallas expecting second child together
The Once Upon a Time co-stars already have a 17-month-old son



Putting on a show! Gwen Stefani and Blake Shelton debut their relationship to The Voice audience with some sweet PDA
Flaunted new romance



Charlie Sheen faces barrage of lawsuits after confirming he has HIV as exes claim he never told them his status despite his claims 'all my partners knew'



EXCLUSIVE: Porn star who claims Charlie got her PREGNANT says she's not shocked by his HIV because of his risky behavior with adult actors and transsexuals



EXCLUSIVE: Charlie Sheen paid porn actress $10MILLION in hush money after she discovered his HIV pills following unprotected sex marathon



Denise Richards steps out with daughter Eloise after ex Charlie Sheen reveals he is HIV-positive... and amid

claims his children were
'blindsided'



'I love her a lot, I
always will': Zayn
Malik FINALLY breaks
his silence on ending
his engagement to
Perrie Edwards... and
denies dumping her via
text



'Guess who's out of
the hospital!?' Tamar
Braxton is excited for
release as she shares
enthusiastic video after
illness forced her to pull
out of DWTS



'I stay away from her at
all costs': Bella Thorne
details feud with a
spoiled Hollywood
'mean girl' - but doesn't
reveal the identity of the
young 'billionaire'



The Royals' Liz Hurley
looks leggy in leather
trousers at LAX after
revealing her perfect
man must be 'loyal and
kind of fabulous'
Promoting her show



The Karate Kid's back!
Jaden Smith shows off
his impressive gravity-
defying moves for fans
in Los Angeles
Played boy who is taught
kung fu by a master



Johnny Knoxville set
to bring long-sought
adaptation of Hawaiian
Dick comic books to
NBC as one-hour
comedy action series
Television adaptation



Adele stuns fans with
a full version of her
second single When We
Were Young as she
gears up to release her
highly-anticipated third
album 25



'We've found our own
identities': Kendall
Jenner addresses how
her relationship with
Kylie has changed and
why they are still close
despite C-word row



Holly Holm's
sponsorship under
scrutiny: Supported by
company selling
steroid-laced products
banned by the World
Anti-Doping Agency



That's an interesting
look! Lily James wears
metallic-effect mohair
as she parties with fashion
pals in London
Cinderella star usually
dresses to impress



Follow the yellow brick
road! Queen Latifah
and Uzo Aduba are
almost unrecognizable
in intricate costumes for
The Wiz Live! musical
production



'They're a bunch of
mean girls!' Nene
Leakes calls out the
women of The View after
they 'turned their noses
up' at her on the show

Blondes do have more
fun! Aussie actors

**Rebel Wilson and Joel Edgerton pose up together at screening of Only The Dead in LA**
Australian reunion



**Ronda Rousey hides her face as she lands at LAX following humiliating defeat to Holly Holm in Australia**
Dethroned UFC world champion was in LA


**'Boys trip': Scott Disick shares father and son picture after it was revealed Mason had asked if his dad was 'ever coming home' amid bender and rehab**


**Seth Rogen is suited and booted as he covers Haute Living with wife Lauren Miller and discusses making a man out of James Franco**


**'Thank God it wasn't my butt!' Adele jokes that she 'did a Kim' and broke the internet with comeback track Hello... as new album 25 leaks online**


**'These fat hands - my ring doesn't even fit!': Kim Kardashian gripes about pregnancy weight and says she hates her 'double chin, lips and ugly swollen ankles'**


**Chris Hemsworth offers up... HIMSELF! Hollywood hunk auctions dinner date, surf lesson and walk on role in Thor to raise money for charity**


**The house that Ben-Hur built! Charlton Heston's Beverly Hills home goes on the market for the first time priced $12.25 million**
Oscar-winning actor


**'Today is going to be tough': Tamra Judge wishes estranged daughter Sidney Barney a happy 17th birthday on Twitter**
The pair had lost touch


**In bed with Brad Pitt and Angelina Jolie: Hollywood couple pose for intimate portrait on the cover of Vanity Fair Italia**
Film sunk at box office


**'More like a Christ-mess!' Miley Cyrus and George Clooney light up star-studded first trailer for Bill Murray's Netflix Christmas special**
Unlikely co-stars


**Sofia Vergara will wed Joe Manganiello in gilded ballroom with 400 guests at Palm Beach resort where duo will stay in $6,000-a-night suites**


**Curly Kate steps out in a $845 royal blue dress by Indian designer Saloni with her hair in ringlets for glittering awards ceremony for foster carers in London**


**Kate and William pay tribute to victims of 'heartless' Paris attacks as they sign book of condolence**
Duke and Duchess at embassy in London



**FIRST TEASER: Charlize Theron is terrifying as evil Queen Ravenna alongside Chris Hemsworth in debut clip of The Huntsman: Winter's War**



**Val Kilmer sends fans into a frenzy after announcing Top Gun 2 return... but then backtracks on comments in confusing Facebook posts**



**Perfect match! Miles Teller and his girlfriend Keleigh Sperry both wear flannel and denim at country concert in Los Angeles**
Been dating three years



**Double the Hemsworth! Chris confirms that he and brother Liam are trying to do a movie together... and hints that Steven Spielberg could direct it**



**She means business! Jennifer Garner ditches her Los Angeles casual look as she heads to meetings in New York**
The mom of three is divorcing Ben Affleck



**Zayn Malik slams One Direction's 'generic as f**k' music... and reveals Liam Payne is the only member he still talks to**
He is glad to have left the boyband



**Rosie Huntington-Whiteley shows off her impressive abs in a crop top and leggings as she maintains her supermodel figure at the gym**



**Platinum blonde Kendall Jenner falls down the rabbit hole in fantastical Alice in Wonderland-inspired Vogue shoot**
Ditched brunette locks



**'I really didn't know who she was': Kylie Minogue's younger man Joshua Sasse claims he had never heard of the pop princess before they met**



**Busty Emily Ratajkowski showcases her incredible figure in a black bra and nude pants in racy new Instagram snap**
Famed for Blurred Lines



**'It's liberating': Brooding Zayn Malik goes shirtless on a motorbike as he unveils solo music in first major interview since quitting One Direction**



**Justin Bieber parties the night away with a Kylie Jenner lookalike...**



after revealing that he hopes to 'have a family' within 10 years
Ready to settle down



Neil Young's beloved $1m LincVolt hybrid convertible breaks down on outing with girlfriend Daryl Hannah
Couple were left stranded on road side



The flattering snaps are back! Kim Zolciak shares a mirror selfie after hitting back at critics with video of 'what she really looks like'



That's Moore like it! Demi sports two glamorous looks on set of new movie Blind... after arriving in a scruffy outfit
Stars with Alec Baldwin



Fashionable flyer! Pregnant Chrissy Teigen shows some cleavage in khaki outfit as she jets into LA with her pet dog
The model has maternity style down



So that's how she stays thin! Reese Witherspoon works out TWICE in one day as she first goes jogging then does hot yoga session
Workout in Los Angeles



'I don't let it rule my life': Adele opens up on her struggle with body image as she releases new song When We Were Young
Back after her hiatus



PIERS MORGAN: Let's not crucify Charlie Sheen - because he's already doing that to himself. I'd rather save a place in hell for ISIS, not a good guy with demons



Prince William pays tribute to France as he leads England soccer fans in rendition of La Marseillaise in show of support for victims of Paris terror attacks



'My first day on my new film!': Lindsay Lohan is back to movie acting after a two year hiatus as she shares selfie from set of The Shadow Within




ANYTIME, ANYWHERE, Mail Online ON YOUR IPHONE
TRY IT FOR FREE FOR 60 DAYS ▶

Home    Top



**DON'T MISS**

**The art of good taste: George Clooney takes Danny DeVito under his stylish wing for Nespresso's first ever US commercial**
Clooney's a coffee man



**'I've wrestled with this my whole life!' Claire Danes reveals her battle to beat body shaming and why it is alright to try to make yourself more attractive**



**EXCLUSIVE: Marc Jacobs has three-hour date with ex-fiancé, who says claims of the designer's downward spiral 'have been blown way out of proportion'**



**Charlie Sheen's ex-wife Brooke Mueller says she and their six-year-old twin sons are not HIV-positive**
Charlie was diagnosed with HIV four years ago



**Tori Spelling shows off her toned tummy as she poses with Dean McDermott on his 49th birthday after claims they lied about his affair to land reality show**



**Kourtney Kardashian reveals 'a lot would have to happen' for her to forgive Scott Disick in new teaser for KUWTK**
The 36-year-old has three kids with him



**Is it just make-up? Kylie Jenner shows off her dramatic new look with seemingly smooth skin and plumped up lips as she steps out in Sydney**



**PICTURED: Charlie Sheen's ex wife Denise Richards manages a smile as she is seen out for first time since actor's HIV-positive status was revealed**



**Spreading their wings! Victoria's Secret Angels Behati Prinsloo, Elsa Hosk and Martha Hunt ditch the lingerie to star in edgy fashion editorial**
Famed for their smalls



**Heather Locklear and Lady Gaga lend their support to HIV positive Charlie Sheen as actor confirms diagnosis on the Today show**
He's on HIV medication



Home    Top

**EXCLUSIVE: Charlie Sheen, secretly battling HIV, has been paying male and female porn stars $30,000 a night each to hang out at his home and smoke crack**



**EXCLUSIVE: Charlie Sheen's women rally round: Notorious Hollywood madam Heidi Fleiss says 'I'd even marry him' after his HIV secret is revealed**



**Trophy wife! Queen Letizia scores serious style points as she steps out at National Sports Awards in Madrid in designer dress**
Wore $935 tweed dress



**'I hear you're having some boy problems...' Former Navy Seal asks out Jennifer Lawrence via video - after atress claimed she's 'lonely every Saturday night'**



**Double OH DEAR! Burt Reynolds reveals he turned down the chance to play James Bond and Star Wars' icon Hans Solo**
Controversial choices



**Stylish Princess Charlene shows off her new incredibly short pixie cut as she visits the Red Cross HQ in Monaco to hand out parcels to those in need**



**Seeing double! Katherine Schwarzenegger is the image of her mother Maria Shriver as she attends photocall in Austria**



**Morrissey's 'loving wrestle' up for bad sex book prize: Former Smiths frontman wins nomination for his debut novel**
List Of The Lost



**Former James Bond Pierce Brosnan slams 'weak' 007 Spectre storyline as he claims it let 'mighty warrior' Daniel Craig down**
Craig's predecessor



**'This is a waste of everyone's time': Jennifer Lawrence storms out of interview in mock fury to prank internet stars SMOSH**
Hunger Games star



**Trying to get her to move back in? Ashley Olsen heads out to dinner with former Full House dad Bob Saget in New York**
Former co-stars reunion



**Michelle Rodriguez emerges from motel in blood-soaked gaping dressing gown while filming gritty movie Tomboy, A Revenger's Tale in Canada**



**New mom Carey Mulligan cuts a low-key figure in all-black ensemble as she joins husband Marcus**



Mumford and baby
Evelyn at LAX



'There was an instant
sisterhood when we
met': Michelle Dockery
reflects on friendship
with Laura Carmichael
as she bids farewell to
Downton Abbey



'It was a bit of a
burden': Star Wars
director JJ Abrams
confesses it was not
easy setting up Force
Awakens for a whole
new trilogy



'I wish I had more time
to thank him':
Heartbroken Justin
Bieber pays tribute to
late friend Thomas Ayad
who was tragically killed
in Paris attacks



Reham Khan lifts the
lid on her failed ten-
month marriage to
cricketer-turned-
politician Imran - saying
it was like being wed to
'all of Pakistan'



Woman, 25, arrested
after pelting eggs on
stage at Kendall and
Kylie Jenner's clothing
launch event in
suburban Sydney
Sisters are Down Under



Kung Fu Keanu!
Reeves prepares for
combat as assassin
John Wick as he films
sequel in New York's
Chinatown
Action star was back on
set for the upcoming film



Copying the
Kardashians... again!
Tyga's ex Blac Chyna
shows off cleavage
while modeling waist
trainer in sexy bedroom
video



Cristiano Ronaldo cuts
a handsome figure in a
smart two-piece suit as
he parties late into the
night with Miss
Bahamas beauty queen
Toria Nichole



PICTURE EXCLUSIVE:
Naomie Harris shows
off incredibly-toned
body in bright pink cut-
out swimsuit as she
strips off for sexy beach
photoshoot



'Everyone writes from
personal experience':
One Direction's Harry
Styles hints new song
Perfect is about ex-
girlfriend Taylor Swift
Dated for three months



'I want to secure
myself and have a
family': Justin Bieber
confides in pal James
Corden about his future
plans as they pair up for
Carpool Karaoke



Chris Hemsworth
rowed with Elsa Pataky
over chocolate as he
tried to lose weight for
role... and jokes model's
sexy lingerie ad should
be 'just for my eyes'



'You do not
understand what being



**a woman is about': Rose McGowan slams Caitlyn Jenner for acceptance speech at Glamour awards**
Rose wrote open letter



**That's a bit wild! Kendall Jenner displays her endless legs in thigh-skimming leopard print playsuit as she promotes new clothing range with sister Kylie**



**Mamma mia! Kim Kardashian shows off her VERY ample cleavage on a girls' night out after complaining about 'miserable' pregnancy**



**Kim Kardashian brings North and Kanye West to visit Lamar Odom in hospital for the first time... after it's revealed the star has a long recovery ahead**



**'It's like you're an athlete': Rita Ora displays abs in funky crop top as she admits giving up alcohol to feel like a 'superhero' in sporty photoshoot**



**Amy Adams wraps up warm as she joins Jake Gyllenhaal to shoot wintry scenes for new movie Nocturnal Animals in Beverley Hills**
Also stars Isla Fisher



**Geraldo Rivera flies to Paris for tearful reunion with 21-year-old daughter who was in French stadium as bombs went off on night of terror across the city**



**Jennifer Lawrence looks radiant in floor-length, white gown as she braves blustery LA night for the premiere of the final film in The Hunger Games saga**



**Charlie Sheen's porn star 'goddess' ex tweets about getting her HIV test results days before it emerges the actor 'has the virus'**
Bree Olson is 29



**Where are the Home Alone stars now? As the hit film celebrates its 25th anniversary, FEMAIL reveals what happened to the cast of the holiday classic**



**Jennifer Aniston and Justin Theroux prove they're still in the honeymoon period as they cuddle up at Celebrity Charades Gala in New York**



**'Outspoken' Zendaya reveals why she DOESN'T try to be a role model as she stars in avant-garde Rankin shoot**
The pop princess is 19



**Rachel Weisz suffers a rare fashion fail in frumpy patterned smock as she attends Youth photocall in Los Angeles**



The 45-year-old star is
married to Daniel Craig



**This one's for baby!
Jessica and Jerry
Seinfeld host a charity
benefit show for infants
in NYC**
He's the highest paid
comic in the world



**Newly-single Halle
Berry enjoys a
leisurely day at the zoo
with son Maceo amid
ongoing divorce
proceedings with
estranged husband
Olivier Martinez**



**Jenna Dewan-Tatum
goes low-key in
leggings and khaki shirt
as she takes daughter
Everly for farmer's
market spree**
Channing Tatum's wife



**First class departure!
Cindy Crawford looks
flawless in black leather
jacket and skintight
jeans as she jets out of
Los Angeles**
The supermodel is 49



**Dancing With The
Stars' reigning
champion Rumer Willis
wows in a low-cut white
dress with thigh-high
split as she makes a
return to the show**



**She's a princess!
Natalie Dormer wows
in fairytale silver gown -
complete with gold
mockingjay - at Hunger
Games LA premiere**
English actress stunned



**'I don't know if we can
get through this':
Scheana Marie cries to
Lisa about husband
Mike's 'drug abuse' on
Vanderpump Rules**
They wed last year



**'They're thin, but that
doesn't mean they're
ill': Victoria Beckham
defends using slim
models 'who needed
feeding' at New York
fashion week**



**Miley Cyrus is a far cry
from her outlandish
self as she shares sweet
flashback photos of her
days as a cherubic
toddler**
She's about to turn 23



**Brothers in arms! Liam
Hemsworth is joined
by older sibling Luke
and their parents as
they support him at
Mockingjay: Part 2
premiere**



**She really is the best
advert! Kylie Jenner
shines in plunging white
sheer skater dress as
she and Kendall
promote their new
clothing line in Sydney**



**'It's better to have a
happy home': Kate
Hudson says she won't
stay in a relationship for
the sake of a 'traditional
family'... as she insists
she's still single**



**Jazz on the wild side!
Bindi Irwin performs**

edgy and 'dangerous' routine wearing rope coiled around her neck for DWTS

Showed her dark side

Go Grease Lightning! Bindi Irwin channels her inner Sandy as she attends Dancing With The Stars red carpet... weeks after meeting Olivia Newton John


'My daughter sees Thor and says dad!' Chris Hemsworth says India knows he's a movie superhero and thinks he talks to himself while doing lines


Emma Bunton nails seasonal style with burgundy overcoat and classic trilby as she steps out in festive London

Former Spice Girl in UK

Jena Malone stuns in plunging pink gown with a dramatic skirt at The Hunger Games: Mockingjay - Part 2 premiere in Los Angeles

Showed some skin

'I look absolutely haggard!' Perrie Edwards is struck down with conjunctivitis before she is forced to hide infected eyes behind glasses


His supporting act! Elle Evans looks on as boyfriend Matt Bellamy gets mobbed by adoring fans in Mexico City

Kate Hudson's ex was given a warm welcome

Tyra Banks cuts a casually chic figure in ripped jeans and black sweater as she steps out on yogurt run

Still keen to keep up her healthy lifestyle

A star in stripes! Elizabeth Banks wows in sparkling multi-colored gown at the Hunger Games: Mockingjay Part Two LA premiere

Made a bold statement

Adele strips back the glamour in a casual overcoat and trainers... before thrilling fans with full release of latest emotional ballad When We Were Young


Ashlee Simpson shows off svelte post pregnancy figure four months after giving birth sharing a smooch with Evan Ross at Hunger Games LA premiere


Showing their support: Jennifer Lawrence leads the stars of Hunger Games wearing tricolor Mockingjay pins in tribute to victims of Paris terror attacks


Boris Becker's wife Lilly flashes her bra in a sheer top as she is suited and booted in sexy white tuxedo for date night

The Dutch model is 36





Keeping up with Kendall and Kylie! Power sisters look incredible as they model their latest fashion range (and doesn't Kylie look JUST like Kim?)



Crikey! Bindi Irwin and Derek Hough salsa their way to the Dancing With The Stars finale with triumphant performance as they climb to top of leader board



Stylish sisters! Kylie Jenner showcases her curves in a plunging black mini dress while sister Kendall highlights her model legs in thigh split skirt



Comedy Queen! Amy Schumer takes stage in a little white dress to celebrate 15th anniversary of Baby Buggy in New York City
All eyes were on her



Here comes the bridesmaid! Emma Roberts wears a glamorous gown for her fashion designer pal's wedding
Elkin fashion designer



Geri Horner is fresh-faced and glamorous in chic all-black ensemble after night on the town for husband Christian's birthday



'I'm back at it!' Kim Zolciak reveals she will return to Dancing With The Stars for next week's finale after overcoming heart surgery and mini stroke



'Here she is!' David Faustino and fiancée Lindsay Bronson welcome daughter Ava
Star reportedly popped the question nine months ago



Steven Spielberg, Barbra Streisand, Gloria Estefan, and James Taylor! White House taps Obama supporters for Presidential Medal of Freedom



Star Wars newcomer Daisy Ridley braves the autumn chill by putting on an extremely leggy display in thigh-skimming navy dress
British actress is 23



Kendall Jenner slips her tongue into an unsuspecting Kylie's mouth as they get closer than ever in raunchy Snapchat prank
She's a cheeky one



'You have the part as far as I'm concerned!' Daniel Craig gives Ellen DeGeneres his $7,500 Bond watch and urges her to become the first female 007



FKA twigs showcases individual style sense in elbow cut-out top and

form-filling flares as she
picks up coffee with
pals in Hollywood
Robert Pattinson's fiance



'It was a learning
experience': Lindsey
Vonn speaks out about
split from Tiger Woods,
as she admits she
rushed into relationship
too soon after divorce



Top of the crops! Gigi
Hadid flashes her flat
stomach in a tiny T-shirt
and jeans as she enjoys
a swanky lunch with her
father
Out in Beverly Hills



Make-up free Thandie
Newton plays doting
mom in eye-catching
leopard print coat as
she strolls through LAX
with son Booker
The actress is 43



Support system: Joey
Feek receives a group
hug from her daughters
after stopping cancer
treatment
The 40-year-old singer
has cervical cancer



'There's a whole lot of
hope': The Voice offers
'love and support to
Paris' before the singer
steals the show with
Christian hymn
It was a somber episode



Princess Diana's niece
Lady Kitty Spencer
steps out at the In The
Heart Of The Sea
premiere in Sydney
She's been enjoying life
Down Under



Ian McShane reveals
he is going to be
'bringing someone back'
in one-off Game Of
Thrones appearance...
with signs pointing to
return of The Hound



Pie oh my! Patti
LaBelle's sweet potato
pies sell out across the
country as Walmart
sells one every SECOND
and they fetch up to $45
second hand



PICTURE EXCLUSIVE:
Tom Hardy spotted
enjoying daddy duties
for the first time as he
goes on family stroll
with wife Charlotte Riley
and their newborn baby



Jenna Dewan-Tatum
shares pic of herself
as Lucy Lane in
Supergirl... as CBS airs
Thanksgiving episode a
week early in wake of
Paris terror attacks



Checking in on home:
Margot Robbie swaps
Hollywood glamour for
ripped jeans and plaid
shirt as she enjoys
afternoon with family in
Australia

'I walked out loving
myself': Shia LaBeouf
reunites with Mia Goth
after discussing New
York City movie
marathon of his own
films



Home  Top

Flight logs reveal trips Bill Clinton and Alan Dershowitz took on Jeffrey Epstein's priv...   Page 23 of 27

**Get ready for the sleepless nights! Father-to-be Louis Tomlinson looks tired as he arrives at LAX with Liam Payne to promote new 1D album**



**'I'll be back': Ronda Rousey posts defiant message to Instagram days after she was hospitalized by underdog Holly Holm in UFC title fight**



**Make-up free Kylie Jenner uses under eye gel mask to lift the jet lag and flaunts midriff in a crop top... after 14-hour flight to promote clothes range in Sydney**



**Homeless man facing four years in prison pleads not guilty to attacking NCIS star Pauley Perrette and threatening to kill her**



**Bruce Forsyth, 87, undergoes successful keyhole surgery after doctors discovered an aneurysm following recent fall at home**
Veteran entertainer



**Swinging! Fargo star Kirsten Dunst arrives in chic '60s-style dress at Literary Awards Festival**
Actress opted for a bold print as she attended bash in Beverly Hills



**PICTURE EXCLUSIVE: Matt Damon sports a bleeding head wound and wields a gun as he films dramatic scenes for the fifth Bourne movie in London**



**Another night of Glory! Denzel Washington to be honored with Lifetime Achievement Award at 2016 Golden Globes**
Will accept honor at January ceremony



**Kaley Cuoco steps out with wet hair and pink sweatpants for yoga following reunion with 8 Simple Rules co-star David Spade**
Newly single 29-year-old



**It's a family affair! Cody Simpson and sister Alli step out with father Brad as they enjoy a shopping spree in Hollywood**
The fair-haired trio were spotted in Los Angeles



**Shaken, not stirred! Daniel Craig reveals the cocktails James Bond rejected before settling for a martini on Jimmy Kimmel Live**
Promoting Spectre film



**Late night talk show host James Corden and his wife take a break from the kids and enjoy a romantic date night out on the town**
The English host is 37



**Benedict Cumberbatch's wife Sophie Hunter showcases her slim figure in folksy floral**



dress as she steps out
without her leading
man



**Cate Blanchett cuts an
elegant figure in
unusual dress at Carol's
NYC premiere... as on-
screen lover Rooney
Mara vamps it up in
leather and lace**



**'We bonded': Drew
Barrymore insists on
WWHL that she's on
good terms with Martha
Stewart despite
apparent snubbing on
Ellen**



**Jesy Nelson bares
some bust in a
lingerie-style top while
Perrie Edwards covers
up in a chic nude coat
as Little Mix make Radio
1 appearance**



**For those who needed
reminding!
Christopher Nolan's
masterpiece Memento is
getting a remake... but
fans can't figure out
why**
2000 mind-warping film



**Should you EVER get
back with an ex? If you
still have chemistry with
an old flame (like Liz
Hurley), take our quiz to
find out**
Rekindling the chemistry



**'But let's not forget,
before we fight, to
love': Trevor Noah
forgoes comedy to call
Paris attacks 'an attack
on humanity' in opening
of The Daily Show**



**'Tis the season! Amy
Poehler dons festive
silver mini-skirt for
Worldwide Orphans
Gala in NYC**
44-year-old Golden Globe
winner



**Alessandra Ambrosio
cleans up nicely as
she bares her sexy
midriff and shows off
toned tummy after a
yoga session**
The supermodel is 34



**Nigella faces
ANOTHER backlash
over her simple TV
recipes as she makes a
baked lettuce and fried
egg dish (and even
'burns it')**



**Jennifer is
Hollywood's 'most
valuable' star: Hunger
Games actress named
'leading movie star of
her generation' as she
tops poll for second
year**



**Naomi Watts clutches
Paris travel book for
kids as she takes her
tiny dog for a walk in
New York**
Her book is called 'Paris
with Kids'



**'If I say anything more
I'll explode': Ryan
Gosling confirms he is
to star in Blade Runner
2... but keeps tight-
lipped on details**
Long expected reboot



**Adele shows off her dramatically slimmer figure in waist-defining black dress... as she gives fans a sneak peek at her next single When We Were Young**



**The Huntsman releases stunning new posters of Chris Hemsworth and his leading ladies Charlize Theron, Emily Blunt and Jessica Chastain**



**Sharon Stone, 57, is as fresh faced as ever while channeling her inner rock chick in leather trousers and leopard print coat at LAX airport**



**Puppy love! Liam Hemsworth and ex-fiancée Miley Cyrus are reunited as they team up to adopt a six-month-old pooch**
All for a good cause



**He must Driver crazy in love! Grinning Minnie is a picture of happiness on romantic stroll with art writer beau Neville Wakefield**
Had the look of love



**Adam Sandler updates his Chanukah Song again... and David Beckham, Shia LaBeouf and Scarlett Johansson make the cut**
His comedy anthem



**Porsche says Paul Walker 'was responsible for his own death in the fiery crash of a 2005 Carrera GT'**
His daughter Meadow is suing the company



**Reese Witherspoon braves the chilly weather in a camel coat and knee high boots ensemble visiting LA spa**
Ready for down time



**Battle of the brothers! Liam Hemsworth promotes final Hunger Games installment with a TV appearance...as Chris' new poster drops for The Huntsman**



**Scott Disick steps out looking downcast after rehab stint... as it's revealed son Mason asked 'is dad ever coming home?'**
Has split from Kourtney



**Simon Cowell spends quality time with his lookalike son Eric during family film night**
He's recently spoken of his love of fatherhood in his 50s



**Divorce time! Sarah Jessica Parker goes from uptown chic to downtown street on-set of new HBO comedy**
Filming scenes for her upcoming show



**Pregnant Chrissy Teigen shows off growing baby bump in a clinging grey dress as she takes her precious pooch for a walk**



She's starting to show

**Plaits a good look! Leona Lewis swaps her trademark wavy locks for edgy super-long braids as she enjoys a shopping spree at racy retailer Nasty Gal**



**'I eat what I want': Khloe Kardashian gives her holiday diet tips... as her 'obsessive' vacation workouts are revealed in KUWTK**
Just released her book



**At home with Lady Gaga: Singer makes homemade pasta in her kitchen and cuddles her fiance Taylor Kinney while enjoying a day of domestic bliss**



| Today's headlines | Most Read |
| --- | --- |

 **French police raid that left two jihadis dead 'prevented terror cell from attacking Charles de Gaulle...**

 BREAKING NEWS: Is this the IED used to down Russian jet over Egypt? ISIS magazine releases picture of crude...

 **Homeland Security singled out mastermind of Paris attacks as a security threat six months ago and predicted...**

 'Run baby, run!' British couple reveal how Eagles Of Death Metal lead singer told people to flee for their...

 **EXCLUSIVE: 'On your knees! Show me your back!' Dramatic videos capture moment French police arrest two...**

 Is this the moment Paris mastermind's 'blonde wife' blew herself up? Dramatic video captures massive...

 **Obama claims Republicans who want to reject Syrians over terror fears are a 'potent' recruiting for ISIS**

 America on edge: Two U.S. flights to Paris diverted by bomb threats; Muslims ejected from Baltimore plane...

 **John Kerry hit with a storm of criticism for saying there was a 'rationale' for the Charlie Hebdo killings -...**

 They will not kill cafe culture: Hundreds enjoy night out in bars and cafes of Paris in defiance of ISIS...

 **Hero police dog blown up by suicide bomber during terrorists' last stand: French police honour Diesel the...**

 Revealed: The enemy within. Nearly SEVENTY are arrested in America over ISIS plots - and they include...

 **Europe on edge: Copenhagen airport is evacuated, London Tube security scare, Germany abandons its football...**

 Belgian police questioned two Abdeslam brothers months before the Paris attacks and KNEW they were...

 **France turns the screw: Dramatic footage shows joint airstrikes with Russia targeting Raqqa training...**

 'Aux armes, citoyens!' Fan's video shows the incredibly emotional Wembley moment when English and French...

 **Defiant Parisians share messages of 'love', 'compassion' and 'solidarity' in a poignant video in the wake of...**

 Turkey fans BOO during pre-match minute's silence for the victims of Paris attacks and chant 'Allahu Akbar'...

 **'We are in the sights of ISIS': German spy chief issues chilling warning after football match is abandoned...**

 The Syrian passports to terror: EIGHT migrants have got into Europe with same papers as those found on...

 **Family's fears for New Yorker who quit his job and vanished as it emerges his passport was scanned in Paris...**

 Facebook activates 'Safety Check' feature for deadly Nigerian blasts after it was criticised for using it in...

Home    Top



**British Muslim groups take out advert unreservedly condemning terror attacks in Paris 'with one voice' and...**

Fresh fears ISIS is using refugee crisis to smuggle into Europe as Turkish police arrest eight suspects are...

**The quiet hero of Paris: Ex-marine who was in La Belle Equipe when terrorists struck saved his lover by...**

Charlie Sheen's 'sex contract' revealed: Partners were forced to sign non-disclosure form before meeting...

**REVEALED: How Charlie Sheen spent over $1.6million in a YEAR on prostitutes while HIV-positive as famous...**

Martin Sheen chokes up talking about 'courageous' Charlie and reveals he fully supported his son going...

**How Charlie Sheen's HIV was rendered 'undetectable': Drugs and intensive treatment program turn the virus...**

**MORE HEADLINES**



FROM THE MAKERS OF CANDY CRUSH



**Farm Heroes Saga, the #4 Game on iTunes. Play it now!**

more

Back to top

| Home | U.K. | News | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Columnists |

Sitemap | Archive | Video Archive | Topics Index | Mobile Apps | Screensaver | RSS | Text-based site | Reader Prints | Our Papers | Top of page
Daily Mail | Mail on Sunday | This is Network | This is Money
Metro | Jobsite | Mail Travel | Zoopla.co.uk | Prime Location

Published by Associated Newspapers Ltd
Part of the Daily Mail, The Mail on Sunday & Metro Media Group

© Associated Newspapers Ltd

Contact us    How to complain    Advertise with us    Syndication    Work with Us    Terms    Privacy policy & cookies

Home    Top