# EXHIBIT 11
# (Filed Under Seal)

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 15-CV-07433-RWS

------------------------------------------x
VIRGINIA L. GIUFFRE,

                 Plaintiff,

v.

GHISLAINE MAXWELL,

                 Defendant.

------------------------------------------x

June 21, 2016
9:17 a.m.

C O N F I D E N T I A L

Deposition of JOSEPH RECAREY, pursuant to notice, taken by Plaintiff, at the offices of Boies Schiller & Flexner, 401 Las Olas Boulevard, Fort Lauderdale, Florida, before Kelli Ann Willis, a Registered Professional Reporter, Certified Realtime Reporter and Notary Public within and for the State of Florida.



Page 29

```
 1              JOSEPH RECAREY - CONFIDENTIAL
 2    Ghislane Maxwell?
 3         A.    I wanted to speak with everyone related to
 4    this home, including Ms. Maxwell.  My contact was
 5    through Gus, Attorney Gus Fronstin, at the time, who
 6    initially had told me that he would make everyone
 7    available for an interview.  And subsequent
 8    conversations later, no one was available for
 9    interview and everybody had an attorney, and I was
10    not going to be able to speak with them.
11         Q.    Okay.  During your investigation, what did
12    you learn in terms of Ghislane Maxwell's
13    involvement, if any?
14              MR. PAGLIUCA:  Object to form and
15         foundation.
16              THE WITNESS:  Ms. Maxwell, during her
17         research, was found to be Epstein's long-time
18         friend.  During the interviews, Ms. Maxwell was
19         involved in seeking girls to perform massages
20         and work at Epstein's home.
21              MR. PAGLIUCA:  Object to form and
22         foundation.
23    BY MR. EDWARDS:
24         Q.    Did you interview -- how many girls did
25    you interview that were sought to give or that
```



Page 33

```
 1              JOSEPH RECAREY - CONFIDENTIAL
 2   house for the massages?
 3            MR. PAGLIUCA:  Object to form and
 4        foundation.
 5            THE WITNESS:  Correct.
 6   BY MR. EDWARDS:
 7       Q.   And, as well, certain people that were
 8   friends or girlfriends or assistants of Jeffrey
 9   Epstein would recruit girls under the pretense of
10   giving a massage?
11            MR. PAGLIUCA:  Object to form and
12        foundation.
13            THE WITNESS:  Correct.
14   BY MR. EDWARDS:
15       Q.   Is that what your investigation revealed
16   in terms of the system of getting these girls over
17   to the house?
18            MR. PAGLIUCA:  Object to form and
19        foundation.
20            THE WITNESS:  Yes.
21   BY MR. EDWARDS:
22       Q.   Okay.  Talking about the massages, when --
23   when these -- the various girls that you interviewed
24   described the massages, was there a pattern of what
25   occurred during these massages?
```



Page 73

```
 1              JOSEPH RECAREY - CONFIDENTIAL
 2    of the -- that the house appeared to be -- I don't
 3    remember the word you used -- sanitized, for lack of
 4    a better word?
 5             MR. PAGLIUCA:  Object to form and
 6       foundation.
 7    BY MR. EDWARDS:
 8        Q.   How did you know that?
 9        A.   The computers had been removed from the
10    home.
11        Q.   How did you know the computers were
12    removed?
13        A.   Based on -- based on the dangling wires
14    left behind, the monitors left, but the actual CPU
15    of it was missing.
16             When you went into the bedroom of Jeffrey
17    Epstein, everything was removed from the -- the
18    shelves, from the armoire.
19        Q.   Did you find nude photographs of girls?
20        A.   Yes.
21        Q.   All right.
22             And what did you do with that evidence?
23        A.   That was collected and placed into our
24    crime scene unit.
25        Q.   And where is that evidence today?
```



Page 74

```
 1                JOSEPH RECAREY - CONFIDENTIAL
 2       A.   Any evidence that was not returned to its
 3   rightful owner was turned over to the FBI.
 4       Q.   And evidence which would be nude
 5   photographs of girls would be evidence not turned
 6   back over to Epstein?
 7       A.   Correct.
 8            MR. PAGLIUCA:  Object to form and
 9       foundation.
10            THE WITNESS:  Some of the items that were
11       collected were later found to be personal items
12       of the houseman, Janush.  I recall reviewing
13       his personal photographs on -- on a micro SD
14       card for, like, photos of him and his wife or
15       girlfriend at the time.
16   BY MR. EDWARDS:
17       Q.   And the underaged girls that you had
18   spoken with during your investigation, had they
19   described seeing photographs of naked girls in the
20   house?
21            MR. PAGLIUCA:  Object to form and
22       foundation.
23            THE WITNESS:  Yes, they did.
24   BY MR. EDWARDS:
25       Q.   That's something that ran consistent with
```



Page 83

```
 1              JOSEPH RECAREY - CONFIDENTIAL
 2   BY MR. EDWARDS:
 3       Q.   In these messages, did you see messages
 4   that were taken by Ghislane Maxwell or left for
 5   Ghislane Maxwell?
 6            MR. PAGLIUCA:  Object to form and
 7       foundation.
 8            THE WITNESS:  I do recall seeing messages
 9       utilizing her pad, her stationery.
10   BY MR. EDWARDS:
11       Q.   Okay.  Do you remember messages
12   specifically that Ms. Maxwell, she is home, or calls
13   for Ms. Maxwell, or indicating that the person
14   taking the message is GM?  Do you remember those?
15       A.   Yes.
16            MR. PAGLIUCA:  Object to form and
17       foundation.
18   BY MR. EDWARDS:
19       Q.   And did that give you further reason to
20   want to speak to Ghislane Maxwell?
21            MR. PAGLIUCA:  Object to form and
22       foundation.
23            THE WITNESS:  Correct.  I wanted to speak
24       with everyone in the home and everyone
25       associated with Jeffrey Epstein.
```



```
 2                        AFFIDAVIT
 3    STATE OF FLORIDA           )
      COUNTY OF                  )
 4
 5
            I,                          , being first
 6    duly sworn, do hereby acknowledge that I did
      read a true and certified copy of my deposition
 7    which was taken in the case of GIUFFRE V.
      MAXWELL, taken on the 24th day of September,
 8    2016, and the corrections I desire to make are
      as indicated on the attached Errata Sheet.
 9
10                        CERTIFICATE
11
12    STATE OF FLORIDA           )
      COUNTY OF                  )
13
14
            Before me personally appeared
15    _____,
      to me well known / known to me to be the
16    person described in and who executed the
      foregoing instrument and acknowledged to and
17    before me that he executed the said instrument
      in the capacity and for the purpose therein
18    expressed.
19
20         Witness my hand and official seal, this
      _____ day of _____, _____.
21
22
23                           _____
                                       (Notary Public)
24
25    My Commission Expires:
```

