

January 27, 2021

**VIA ECF**

The Honorable Loretta A. Preska
District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: *Giuffre v. Maxwell*, **Case No. 15-cv-7433-LAP**

Dear Judge Preska,

  Pursuant to the Court's orders dated January 19 and January 26, 2021 (ECF No. 1193), Plaintiff files the documents ordered unsealed listed in Exhibit F to Defendant's Reply Memorandum of Law in Further Support of Objections to Unsealing Sealed Materials Related to Docket Entries 231, 279, 315, 320, and 335 (ECF No. 1167-2), as attachments hereto. Material subject to this Court's January 26, 2021, order remains redacted. ECF No. 1193.

          Sincerely,

          /s/ Sigrid McCawley

          Sigrid S. McCawley, Esq.

  cc: Counsel of Record (via ECF)