UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VIRGINIA L. GIUFFRE,

                    Plaintiff,

-against-

GHISLAINE MAXWELL,

                    Defendant.

15 Civ. 7433 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the email request from counsel
to Ms. Maxwell seeking a one-week extension to file objections
to the unsealing of documents under consideration for the next
round of unsealing.  Ms. Giuffre does not object to the request.

    The requested extension is granted.  Ms. Maxwell shall file
any objections no later than February 5, 2021

        **SO ORDERED.**

Dated:    New York, New York
          January 28, 2021

_Loretta A. Preska_
_____
    LORETTA A. PRESKA
    Senior United States District Judge

1