# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

———————

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of February, two thousand twenty-one.

Before:     José A. Cabranes,
                Rosemary S. Pooler,
                Reena Raggi,
                        *Circuit Judges*.

_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/03/2021

Virginia L. Giuffre,

        Plaintiff - Appellee,

v.

Ghislaine Maxwell,

        Defendant - Appellant,

Sharon Churcher, Jeffrey Epstein,

        Respondents,

Julie Brown, Miami Herald Media Company, Alan M. Dershowitz, Michael Cernovich, DBA Cernovich Media,

        Intervenors.

_____

**STATEMENT OF COSTS**

Docket No. 20-2413

IT IS HEREBY ORDERED that costs are taxed in the amount of $189.90 against Appellant Ghislaine Maxwell and in favor of Intervenors Julie Brown and Miami Herald Media Company.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 02/03/2021