UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

------------------------------------------------X

VIRGINIA L. GIUFFRE,

     Plaintiff,

v.

GHISLAINE MAXWELL,

     Defendant.

**15-cv-07433-LAP**

------------------------------------------------X

## GHISLAINE MAXWELL'S NOTICE OF FILING

PLEASE TAKE NOTICE THAT the accompanying Notices, Memoranda of Law, and supporting exhibits were filed today in *United States v. Ghislaine Maxwell*, Case No. 20cr330 (AJN), and are filed herewith in support of Ms. Maxwell's motion for reconsideration and reply thereto. Dkts. 1191 & 1204.

Dated: February 4, 2021
      New York, New York

                                    Respectfully submitted,

                                    */s/ Laura A. Menninger*
                                    Laura A. Menninger (LM-1374)
                                    Jeffrey S. Pagliuca (*pro hac vice*)
                                    HADDON, MORGAN AND FOREMAN, P.C.
                                    150 East 10th Avenue
                                    Denver, CO 80203
                                    Phone:   303.831.7364
                                    Fax:     303.832.2628
                                    lmenninger@hmflaw.com

                                    *Attorneys for Ghislaine Maxwell*