UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
:
UNITED STATES OF AMERICA,                    :
:
v.                                       :     20 Cr. 330 (AJN)
:
:
GHISLAINE MAXWELL,                           :     **NOTICE OF MOTION**
:
Defendant.                           :     ORAL ARGUMENT REQUESTED
:
:
------------------------------------------------------- x

**DEFENDANT GHISLAINE MAXWELL'S NOTICE OF MOTION UNDER THE FOURTH AMENDMENT, *MARTINDELL*, AND THE FIFTH AMENDMENT TO SUPPRESS ALL EVIDENCE OBTAINED FROM THE GOVERNMENT'S SUBPOENA TO ▮▮▮▮▮▮▮ AND TO DISMISS COUNTS FIVE AND SIX**
**(Pretrial Motion # 11)**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, Defendant Ghislaine Maxwell, through counsel, hereby moves to suppress under the Fourth Amendment, *Martindell*, and the Fifth Amendment all evidence obtained from the government's subpoena to ▮▮▮▮▮▮▮ and to dismiss Counts Five and Six.

Dated: January 25, 2021
New York, New York

Respectfully submitted,

*s/ Jeffrey S. Pagliuca*

Jeffrey S. Pagliuca
Laura A. Menninger
HADDON, MORGAN & FOREMAN P.C.
150 East 10th Avenue
Denver, CO 80203
Phone: 303-831-7364

Mark S. Cohen
Christian R. Everdell
COHEN & GRESSER LLP
800 Third Avenue
New York, NY 10022
Phone: 212-957-7600

Bobbi C. Sternheim
Law Offices of Bobbi C. Sternheim
33 West 19th Street - 4th Floor
New York, NY 10011
Phone: 212-243-1100

*Attorneys for Ghislaine Maxwell*