# EXHIBIT A

## Defendant's Position on Docket Entries 345, 356, 362, 370, 422, 468 640

| DOC. # | DATE FILED | DEFENDANT'S POSITION | C/I[1] | Status |
|---|---|---|---|---|
| 345 | 8.9.16 | Redact all citations to J. Sweet 4/16/16 Sealed Order consistent with partially redacted Order at DE 135.  Otherwise, no position. | | |
| 344 | 8.9.16 | Not sealed | | Not Sealed |
| 346 | 8.9.16 | No objection to unsealing | | |
| 346-1 | 8.9.16 | No objection to unsealing | | |
| 346-2 | 8.9.16 | No objection to unsealing | | |
| 346-3 | 8.9.16 | No objection to unsealing | | |
| 346-4 | 8.9.16 | Unsealed by Second Circuit | | Unsealed |
| 346-5 | 8.9.16 | Keep sealed – The parties agreed to appropriate redactions and the redacted version of the Order was filed at DE 135. | | |
| 383 | 8.19.16 | Redact all citations to J. Sweet 4/16/16 Sealed Order consistent with partially redacted Order at DE 135.  Otherwise, no position. | | |
| 384 | 8.19.16 | No objection to unsealing | | |

## Defendant's Position on Docket Entries 345, 356, 362, 370, 422, 468 640

| DOC. # | DATE FILED | DEFENDANT'S POSITION | C/I[1] | Status |
|---|---|---|---|---|
| 384-1 | 8.19.16 | Unsealed by Second Circuit | | Unsealed |
| 385 | 8.19.16 | No objection to unsealing | | |
| 386 | 8.19.16 | No objection to unsealing | | |
| 387 | 8.19.16 | Not sealed | | Not sealed |
| 397 | 8.24.16 | Redact all citations to J. Sweet 4/16/16 Sealed Order consistent with partially redacted Order at DE 135.  Otherwise, no position. | | |
| 398 | 8.24.16 | Unseal, excerpt paragraph 7 referencing Non-Party Doe. | | |
| 398-1 | 8.24.16 | No objection to unsealing | | |
| 398-2 | 8.24.16 | Public document. | | |
| 398-3 | 8.24.16 | No objection to unsealing | | |
| 398-4 | 8.24.16 | Partially unsealed on remand | Previously objected to | Partially unsealed |

## Defendant's Position on Docket Entries 345, 356, 362, 370, 422, 468 640

| DOC. # | DATE FILED | DEFENDANT'S POSITION | C/I[1] | Status |
|--------|-----------|----------------------|--------|--------|
| 398-5 | 8.24.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1; potential witness in criminal trial and deposition testimony potential evidence. | **CI-1; CI-2; CI-3; CI-4; CI-5; CI-6; CI-7** | Court ordered other excerpts from this Doe to remain sealed (#338-9) |
| 356 | 8.11.16 | Partially unsealed on remand. | Previously objected to | Partially unsealed |
| 357 | 8.11.16 | Partially unsealed on remand. | Previously objected to | Partially unsealed |
| 357-1 | 8.11.16 | Keep sealed – Non-Party reliance on Protective Order & release of inadmissible information in violation of Local Criminal Rule 23.1; potential witness in criminal trial | CI-2; CI-3; CI-4; CI-5; CI-6; CI-7 | Court ordered remain sealed |
| 357-2 | 8.11.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1; potential witness in criminal trial and deposition testimony potential evidence; Non-Party Notice sent to this Doe returned as undelivered. | CI-2; CI-3; CI-4; CI-5; CI-6; CI-7 | Court ordered remain sealed |
| 357-3 | 8.11.16 | Unsealed on remand. | Previously objected to | Unsealed |

# Defendant's Position on Docket Entries 345, 356, 362, 370, 422, 468 640

| DOC. # | DATE FILED | DEFENDANT'S POSITION | C/I[1] | Status |
|---|---|---|---|---|
| 357-4 | 8.11.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1; potential witness in criminal trial | CI-1; CI-2; CI-3; CI-4; CI-5; CI-6; CI-7 | |
| 357-5 | 8.11.16 | Unsealed on remand. | Previously objected to | Unsealed |
| 357-6 | 8.11.16 | Partially unsealed on remand, as redacted in DE 264-1. | | Partially unsealed |
| 357-7 | 8.11.16 | Partially unsealed on remand. | Previously objected to; CI-1, CI-2, CI-3, CI-4, CI-5, CI-7 | Partially unsealed |
| 357-8 | 8.11.16 | Partially unsealed on remand. | Previously objected to | Partially unsealed |
| 367 | 8.12.16 | Partially unsealed on remand. | Previously objected to | Partially unsealed |
| 367-1 | 8.12.16 | Keep sealed – Non-Party reliance on Protective Order & release of inadmissible information in violation of Local Criminal Rule 23.1; potential witness in criminal trial | CI-2; CI-3; CI-4; CI-5; CI-6; CI-7 | Court ordered remain sealed |

# Defendant's Position on Docket Entries 345, 356, 362, 370, 422, 468 640

| DOC. # | DATE FILED | DEFENDANT'S POSITION | C/I[1] | Status |
|--------|------------|----------------------|--------|--------|
| 367-2 | 8.12.16 | Keep sealed – Non-Party reliance on Protective Order & release of inadmissible information in violation of Local Criminal Rule 23.1; potential witness in criminal trial and deposition testimony potential evidence; Non-Party Notice sent to this Doe returned as undelivered. | CI-2; CI-3; CI-4; CI-5; CI-6; CI-7 | Court ordered remain sealed |
| 367-3 | 8.12.16 | Unsealed on remand. | Previously objected to | Unsealed |
| 367-4 | 8.12.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1; potential witness in criminal trial | CI-1; CI-2; CI-3; CI-4; CI-5; CI-6; CI-7 | Court ordered remain sealed |
| 367-5 | 8.12.16 | Unsealed on remand. | Previously objected to | Unsealed |
| 367-6 | 8.12.16 | Partially unsealed on remand, as redacted in DE 264-1. | | Partially unsealed |
| 367-7 | 8.12.16 | Partially unsealed on remand. | Previously objected to; CI-1, CI-2, CI-3, CI-4, CI-5, CI-7 | Partially unsealed |
| 367-8 | 8.12.16 | Partially unsealed on remand. | Previously objected to | Partially unsealed |

# Defendant's Position on Docket Entries 345, 356, 362, 370, 422, 468 640

| DOC. # | DATE FILED | DEFENDANT'S POSITION | C/I[1] | Status |
|--------|-----------|---------------------|--------|--------|
| 368 | 8.12.16 | Ruled on in Round 2 Unsealing | | Partially unsealed |
| 369 | 8.12.16 | Ruled on in Round 2 Unsealing | | |
| 369-1 | 8.12.16 | Ruled on in Round 2 Unsealing | | Partially Unsealed |
| 369-2 | 8.12.16 | Ruled on in Round 2 Unsealing | | Partially unsealed |
| 369-3 | 8.12.16 | Ruled on in Round 2 Unsealing | | Partially unsealed |
| 369-4 | 8.12.16 | Ruled on in Round 2 Unsealing | CI-2; CI-3; CI-4; CI-5; CI-6; CI-7 | Sealed |
| 369-5 | 8.12.16 | Ruled on in Round 2 Unsealing | CI-2; CI-3; CI-4; CI-5; CI-6; CI-7 | Sealed |
| 369-6 | 8.12.16 | Ruled on in Round 2 Unsealing | CI-1; CI-2; CI-3; CI-4; CI-5; CI-6; CI-7 | Sealed |
| 369-7 | 8.12.16 | Ruled on in Round 2 Unsealing | | Partially unsealed |
| 369-8 | 8.12.16 | Ruled on in Round 2 Unsealing | CI-2; CI-3; CI-4; CI-5; CI-6; CI-7 | Sealed |
| 369-9 | 8.12.16 | Ruled on in Round 2 Unsealing | | Unsealed |

# Defendant's Position on Docket Entries 345, 356, 362, 370, 422, 468 640

| DOC. # | DATE FILED | DEFENDANT'S POSITION | C/I[1] | Status |
|---|---|---|---|---|
| 369-10 | 8.12.16 | Ruled on in Round 2 Unsealing | | Unsealed |
| 369-11 | 8.12.16 | Ruled on in Round 2 Unsealing | | Partially unsealed |
| 369-12 | 8.12.16 | Ruled on in Round 2 Unsealing | CI-2; CI-3; CI-4; CI-5; CI-6; CI-7 | Sealed |
| 369-13 | 8.12.16 | Ruled on in Round 2 Unsealing | CI-2; CI-3; CI-4; CI-5; CI-6; CI-7 | Sealed |
| 369-14 | 8.12.16 | Ruled on in Round 2 Unsealing | CI-2; CI-3; CI-4; CI-5; CI-6; CI-7 | Sealed |
| 369-15 | 8.12.16 | Ruled on in Round 2 Unsealing | CI-2; CI-3; CI-4; CI-5; CI-6; CI-7 | Sealed |
| 369-16 | 8.12.16 | Ruled on in Round 2 Unsealing | CI-2; CI-3; CI-4; CI-5; CI-6; CI-7 | Sealed |
| 362 | 8.11.16 | Not Sealed | | Not sealed |
| 363 | 8.11.16 | No position | | |
| 363-1 | 8.11.16 | Unsealed by Second Circuit | | Unsealed |
| 363-2 | 8.11.16 | Partially unsealed by Second Circuit | | Partially unsealed |

**Defendant's Position on Docket Entries 345, 356, 362, 370, 422, 468 640**

| DOC. # | DATE FILED | DEFENDANT'S POSITION | C/I[1] | Status |
|---|---|---|---|---|
| 363-7 | 8.11.16 | Excerpts partially unsealed by Second Circuit and on remand by this Court; redact all Non-Parties names and identifying information; unsure whether subject to protective order in another matter | | Partially Unsealed |
| 363-13 | 8.11.16 | No position | | Redacted |
| 364 | 8.11.16 | No position | | |
| 382 | 8.19.16 | No position | | |
| 406 | 8.29.16 | No position | | |
| 407 | 8.29.16 | No position | | |
| 407-1 | 8.29.16 | Publicly available document | | |
| 407-2 | 8.29.16 | Unsealed by Second Circuit | | |
| 407-3 | 8.29.16 | Publicly available document | | |

## Defendant's Position on Docket Entries 345, 356, 362, 370, 422, 468 640

| DOC. # | DATE FILED | DEFENDANT'S POSITION | C/I[1] | Status |
|---|---|---|---|---|
| 407-4 | 8.29.16 | Redact names and identifying information of Ms. Maxwell and all Non-Parties, except Dershowitz and Does 1 and 2; unknown whether subject to protective order in another case | CI-1, CI-2, CI-3, CI-4 | |
| 407-5 | 8.29.16 | Publicly available document | | |
| 407-6 | 8.29.16 | Partially released by Second Circuit; redact names and identifying information of Ms. Maxwell and all Non-Parties, except Dershowitz and Does 1 and 2. | CI-1, CI-2, CI-3, CI-4 | Partially unsealed |
| 407-7 | 8.29.16 | Publicly available document | | |
| 407-8 | 8.29.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1. | CI-2; CI-3; CI-4; CI-5; CI-6; CI-7 | Court previously ordered this Doe's transcripts to remain sealed |
| 407-9 | 8.29.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1; potential witness in criminal trial and deposition testimony potential evidence. | CI-2; CI-3; CI-4; CI-5; CI-6; CI-7 | |

# Defendant's Position on Docket Entries 345, 356, 362, 370, 422, 468 640

| DOC. # | DATE FILED | DEFENDANT'S POSITION | C/I[1] | Status |
|---|---|---|---|---|
| 407-10 | 8.29.16 | No position re: depo; no objection to unsealing publicly available article | | Sealed; Court previously ruled other Recarey depo excerpts unsealed except Non-Party info |
| 407-11 | 8.29.16 | No objection to unsealing.  Publicly available documents | | |
| 407-12 | 8.29.16 | No objection to unsealing.  Publicly available documents | | |
| 407-13 | 8.29.16 | No objection to unsealing | | |
| 407-14 | 8.29.16 | No position; unknown whether subject to any other protective order or court sealing | | |
| 407-15 | 8.29.16 | No position; unknown whether subject to any other protective order or court sealing | | |
| 407-16 | 8.29.16 | No position; unknown whether subject to any other protective order or court sealing | | |
| 407-17 | 8.29.16 | No position; unknown whether subject to any other protective order or court sealing | | |

# Defendant's Position on Docket Entries 345, 356, 362, 370, 422, 468 640

| DOC. # | DATE FILED | DEFENDANT'S POSITION | C/I[1] | Status |
|---|---|---|---|---|
| 407-18 | 8.29.16 | No position; unknown whether subject to any other protective order or court sealing | | |
| 407-19 | 8.29.16 | Not sealed | | Not sealed |
| 407-20 | 8.29.16 | Publicly available document | | |
| 407-21 | 8.29.16 | Publicly available document | | |
| 407-22 | 8.29.16 | Publicly available document | | |
| 407-23 | 8.29.16 | Publicly available document | | |
| 408 | 8.29.16 | Keep sealed; potential witness in criminal trial;  argument of counsel violative of Local Criminal Rule 23.1. | | |
| 408-1 | 8.29.16 | Keep sealed; potential witness in criminal trial;  argument of counsel violative of Local Criminal Rule 23.1. | | |
| 408-2 | 8.29.16 | No objection to unsealing. | | |
| 408-3 | 8.29.16 | No objection to unsealing.  Publicly available document | | |
| 408-4 | 8.29.16 | No objection to unsealing.  Publicly available document | | |

# Defendant's Position on Docket Entries 345, 356, 362, 370, 422, 468 640

| DOC. # | DATE FILED | DEFENDANT'S POSITION | C/I[1] | Status |
|---|---|---|---|---|
| 435 | 9.15.16 | No position | | |
| 435-1 | | Not sealed | | Not sealed |
| 435-2 | | Not Sealed | | Not sealed |
| 435-3 | | Unsealed by Second Circuit; not filed under seal | | Not sealed |
| 435-4 | | Not sealed | CI-2; CI-3; CI-4; CI-5; CI-6; CI-7 | Not sealed |
| 435-5 | | Not sealed | | Not sealed |
| 435-6 | | Not sealed; publicly available document | | Not sealed |
| 435-7 | | Not sealed | | Not sealed |
| 435-8 | | Not sealed | | Not sealed |
| 435-9 | | Not sealed | | Not sealed |
| 435-10 | | Not sealed | | Not sealed |
| 436 | 9.15.16 | No position | | |

# Defendant's Position on Docket Entries 345, 356, 362, 370, 422, 468 640

| DOC. # | DATE FILED | DEFENDANT'S POSITION | C/I[1] | Status |
|---|---|---|---|---|
| 444 | 9.26.16 | Not sealed | | Not sealed |
| 447 | 9.28.16 | No position | | |
| 370 | 8.12.16 | Keep sealed – Non-Party reliance on Protective Order | CI-1, CI-2, CI-3, CI-4 | |
| 371 | 8.12.16 | Keep sealed – Non-Party reliance on Protective Order | CI-1 | |
| 371-3 | 8.12.16 | Keep sealed – Non-Party reliance on Protective Order | CI-1 | |
| 388 | 8.22.16 | Keep sealed – Non-Party reliance on Protective Order; release of inadmissible information in violation of Local Criminal Rule 23.1; identities of potential witnesses in criminal trial. Only redactions are names, testimony and personal identifying information of Non-Parties. | CI-1; CI-2; CI-3; CI-4 | |

# Defendant's Position on Docket Entries 345, 356, 362, 370, 422, 468 640

| DOC. # | DATE FILED | DEFENDANT'S POSITION | C/I[1] | Status |
|---|---|---|---|---|
| 389 | 8.22.16 | Keep sealed – Non-Party reliance on Protective Order; release of inadmissible information in violation of Local Criminal Rule 23.1; identities of potential witnesses in criminal trial. Only redactions are names, testimony and personal identifying information of Non-Parties; no objection to unsealing paragraphs 5, first name in paragraph 7, and paragraph 9 | CI-1; CI-2; CI-3; CI-4 | |
| 389-1 | 8.22.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1; potential witness in criminal trial and deposition testimony potential evidence. | CI-2; CI-3; CI-4; CI-5; CI-6; CI-7 | Court previously ordered this Doe's transcripts to remain sealed |
| 389-2 | 8.22.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1; potential witness in criminal trial and deposition testimony potential evidence. | CI-1; CI-2; CI-3; CI-4; CI-5; CI-6; CI-7 | Court previously ordered this Doe's transcripts to remain sealed |
| 389-3 | 8.22.16 | Unsealed on Remand | CI-1; CI-2, CI-3; CI-4; CI-5; CI-7 | Unsealed |

## Defendant's Position on Docket Entries 345, 356, 362, 370, 422, 468 640

| DOC. # | DATE FILED | DEFENDANT'S POSITION | C/I[1] | Status |
|---|---|---|---|---|
| 389-4 | 8.22.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1; potential witness in criminal trial and deposition testimony potential evidence; Non-Party Notice sent to this Doe was returned as undelivered. | CI-2; CI-3; CI-4; CI-5; CI-6; CI-7 | Court previously ordered this Doe's transcripts to remain sealed |
| 389-5 | 8.22.16 | Recarey, unsealed on Remand (as redacted in DE 258); Doe - Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1; potential witness in criminal trial and deposition testimony potential evidence; Unknown whether received the Notice. | | Recarey - previously unsealed; Non-Party - sealed |
| 389-6 | 8.22.16 | Unsealed by Second Circuit | | |
| 389-7 | 8.22.16 | Unsealed on remand. | Previously objected to; CI-1, CI-2, CI-3, CI-4, CI-5, CI-7 | Unsealed |
| 389-8 | 8.22.16 | Keep sealed – Non-Party reliance on Protective Order | CI-1 | |
| 389-9 | 8.22.16 | No objection to unsealing | | |

# Defendant's Position on Docket Entries 345, 356, 362, 370, 422, 468 640

| DOC. # | DATE FILED | DEFENDANT'S POSITION | C/I[1] | Status |
|---|---|---|---|---|
| 404 | 8.29.16 | No objection to unsealing | | |
| 405 | 8.29.16 | No objection to unsealing | | |
| 405-1 | 8.29.16 | No objection to unsealing | | |
| 422 | 9.6.16 | Not Sealed | | Not Sealed |
| 423 | 9.6.16 | Not Sealed | | Not Sealed |
| 423-1 | 9.6.16 | Redact names and identifying information of Non-Parties | CI-1 | |
| 423-2 | 9.6.16 | No objection to unsealing | | |
| 423-3 | 9.6.16 | No objection to unsealing.  Publicly available document | | |
| 423-4 | 9.6.16 | Redact names and identifying information of Non-Parties | | |
| 437 | 9.16.16 | Not sealed | | Not Sealed |

# Defendant's Position on Docket Entries 345, 356, 362, 370, 422, 468 640

| DOC. # | DATE FILED | DEFENDANT'S POSITION | C/I[1] | Status |
|--------|-----------|----------------------|--------|--------|
| 468 | 10.14.16 | Redact all names and identifying information for Ms. Maxwell and Non-Parties | | |
| 469 | 10.14.16 | Unseal, except Paragraph 4 referencing Non-Party. | | |
| 469-1 | 10.14.16 | Unsealed on remand | Previously objected to; CI-1, CI-2, CI-3, CI-4, CI-5, CI-7 | Previously unsealed |
| 469-2 | 10.14.16 | Keep sealed – Non-Party reliance on Protective Order & Release of inadmissible information in violation of Local Criminal Rule 23.1; potential witness in criminal trial and deposition testimony potential evidence. | CI-1; CI-2; CI-3; CI-4; CI-5; CI-7 | |
| 469-3 | 10.14.16 | Partially unsealed on remand. | Previously objected to; CI-1, CI-2, CI-3, CI-4, CI-5, CI-7 | Previously partially unsealed |
| 479 | 10.24.16 | Redact all names and identifying information for Ms. Maxwell and Non-Parties | Previously objected to; CI-1, CI-2, CI-3 | |

# Defendant's Position on Docket Entries 345, 356, 362, 370, 422, 468 640

| DOC. # | DATE FILED | DEFENDANT'S POSITION | C/I[1] | Status |
|---|---|---|---|---|
| 480 | 10.24.16 | No objection to unsealing | | |
| 480-1 | 10.24.16 | Redact all names and identifying information for Ms. Maxwell and Non-Parties | CI-1 | |
| 480-2 | 10.24.16 | No position | | |
| 480-3 | 10.24.16 | Partially unsealed on remand. | Previously objected to; CI-1, CI-2, CI-3; CI-4, CI-5, CI-7 | Previously partially unsealed |
| 480-4 | 10.24.16 | Unsealed by Second Circuit | | |
| 490 | 10.28.16 | Redact all names and identifying information for Ms. Maxwell and Non-Parties | Previously objected to; CI-1, CI-2, CI-3 | |
| 491 | 10.28.16 | No objection to unsealing | | |
| 491-1 | 10.28.16 | Not sealed | | Not sealed |
| 491-2 | 10.28.16 | No objection to unsealing | | |
| 491-3 | 10.28.16 | Redact all names and identifying information for Ms. Maxwell and Non-Parties | Previously objected to | |

# Defendant's Position on Docket Entries 345, 356, 362, 370, 422, 468 640

| DOC. # | DATE FILED | DEFENDANT'S POSITION | C/I[1] | Status |
|---|---|---|---|---|
| 491-4 | 10.28.16 | No position | | |
| 640 | 2.22.17 | Keep sealed pending input from Doe. Entire briefing relates to a Non-Party Doe that has requested excerpts and objected to unsealing | CI-1 | |
| 641 | 2.22.17 | Keep sealed pending input from Doe. Entire briefing relates to a Non-Party Doe that has requested excerpts and objected to unsealing | CI-1 | |
| 641-1 | 2.22.17 | Keep Sealed pending input from Doe No. ___.  Entire briefing relates to a Non-Party Doe that has requested excerpts and Objected to Unsealing | CI-1 | Already unsealed |
| 641-2 | 2.22.17 | Keep sealed pending input from Doe. Entire briefing relates to a Non-Party Doe that has requested excerpts and objected to unsealing | CI-1 | |
| 655 | 3.2.17 | Keep sealed pending input from Doe. Entire briefing relates to a Non-Party Doe that has requested excerpts and objected to unsealing | CI-1 | |

# Defendant's Position on Docket Entries 345, 356, 362, 370, 422, 468 640

| DOC. # | DATE FILED | DEFENDANT'S POSITION | C/I[1] | Status |
|---|---|---|---|---|
| 656 | 3.2.17 | Keep sealed pending input from Doe. Entire briefing relates to a Non-Party Doe that has requested excerpts and objected to unsealing | CI-1 | |
| 656-1 | 3.2.17 | Keep sealed pending input from Doe. Entire briefing relates to a Non-Party Doe that has requested excerpts and objected to unsealing | CI-1 | |
| 656-2 | 3.2.17 | Keep sealed pending input from Doe. Entire briefing relates to a Non-Party Doe that has requested excerpts and objected to unsealing | CI-1 | |
| 656-3 | 3.2.17 | Keep sealed pending input from Doe. Entire briefing relates to a Non-Party Doe that has requested excerpts and objected to unsealing | CI-1 | |
| 656-4 | 3.2.17 | Keep sealed pending input from Doe. Entire briefing relates to a Non-Party Doe that has requested excerpts and objected to unsealing | CI-1 | |
| 656-5 | 3.2.17 | Keep sealed pending input from Doe. Entire briefing relates to a Non-Party Doe that has requested excerpts and objected to unsealing | CI-1 | |

# Defendant's Position on Docket Entries 345, 356, 362, 370, 422, 468 640

| DOC. # | DATE FILED | DEFENDANT'S POSITION | C/I[1] | Status |
|--------|-----------|----------------------|--------|--------|
| 656-6 | 3.2.17 | Keep sealed pending input from Doe. Entire briefing relates to a Non-Party Doe that has requested excerpts and objected to unsealing | CI-1 | |
| 656-7 | 3.2.17 | Keep sealed pending input from Doe. Entire briefing relates to a Non-Party Doe that has requested excerpts and objected to unsealing | CI-1 | |
| 656-8 | 3.2.17 | Keep sealed pending input from Doe. Entire briefing relates to a Non-Party Doe that has requested excerpts and objected to unsealing | CI-1 | |
| 656-9 | 3.2.17 | Keep sealed pending input from Doe. Entire briefing relates to a Non-Party Doe that has requested excerpts and objected to unsealing | CI-1 | |
| 700 | 3.15.17 | Keep Sealed pending input from Doe No. ___. Entire briefing relates to a Non-Party Doe that has requested excerpts and Objected to Unsealing | CI-1 | |
| 701 | 3.15.17 | Keep sealed pending input from Doe. Entire briefing relates to a Non-Party Doe that has requested excerpts and objected to unsealing | CI-1 | |

# Defendant's Position on Docket Entries 345, 356, 362, 370, 422, 468 640

| DOC. # | DATE FILED | DEFENDANT'S POSITION | C/I[1] | Status |
|--------|------------|---------------------|--------|--------|
| 701-1 | | Keep sealed pending input from Doe. Entire briefing relates to a Non-Party Doe that has requested excerpts and objected to unsealing | CI-1 | |
| 701-2 | | Keep sealed pending input from Doe. Entire briefing relates to a Non-Party Doe that has requested excerpts and objected to unsealing | CI-1 | |
| 707 | 3.13.17 | Keep sealed pending input from Doe. Entire briefing relates to a Non-Party Doe that has requested excerpts and objected to unsealing | CI-1 | |
| 709 | 3.13.17 | Keep sealed pending input from Doe. Entire briefing relates to a Non-Party Doe that has requested excerpts and objected to unsealing | CI-1 | |
| 714 | 3.14.17 | Keep sealed pending input from Doe. Entire briefing relates to a Non-Party Doe that has requested excerpts and objected to unsealing | CI-1 | |

# Defendant's Position on Docket Entries 345, 356, 362, 370, 422, 468 640

| DOC. # | DATE FILED | DEFENDANT'S POSITION | C/I[1] | Status |
|---|---|---|---|---|
| 715 | 3.14.17 | Keep sealed pending input from Doe. Entire briefing relates to a Non-Party Doe that has requested excerpts and objected to unsealing | CI-1 | |
| 715-1 | 3.14.17 | Keep sealed pending input from Doe. Entire briefing relates to a Non-Party Doe that has requested excerpts and objected to unsealing | CI-1 | |
| 715-2 | 3.14.17 | Keep sealed pending input from Doe. Entire briefing relates to a Non-Party Doe that has requested excerpts and objected to unsealing | CI-1 | |

[1] Key:

CI-1 - Reasonable reliance the Protective Order by a party or non-party.

CI-2 - Prevention of the abuse of court records and files.

CI-3 - Annoyance, embarrassment, oppression, undue burden ("Privacy Interests").

CI-4 - Preserving the fundamental rights of suspects or others under criminal investigation – including due process right to a fair trial and impartial jury unimpaired by excessive publicity.

CI-5 - Improper submission of documents thereby weaponizing judicial documents.

CI-6 - Untrustworthy, unreliable, and incorrect information.

CI-7 - Non-Judicial Documents.