

February 11, 2021

**VIA ECF**

The Honorable Loretta A. Preska
District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Giuffre v. Maxwell*, **Case No. 15-cv-7433-LAP**

Dear Judge Preska,

    In response to the Court's February 8, 2021, order, (ECF No. 1211), Plaintiff refiles ECF No. 1201-14 as an attachment hereto.

                            Sincerely,

                            /s/ Sigrid McCawley

                            Sigrid S. McCawley, Esq.

cc: Counsel of Record  (via ECF)

BOIES SCHILLER FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com