# EXHIBIT D

Confidential

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
VIRGINIA L. GIUFFRE,

        Plaintiff,

                  Case No.:
   -against-           15-cv-07433-RWS

GHISLAINE MAXWELL,

        Defendant.

- - - - - - - - - - - - - - - - - - - - x

          **CONFIDENTIAL**

       Continued Videotaped Deposition of
GHISLAINE MAXWELL, the Defendant herein,
taken pursuant to subpoena, was held at
the law offices of Boies, Schiller &
Flexner, LLP, 575 Lexington Avenue, New
York, New York, commencing July 22,
2016, 9:04 a.m., on the above date,
before Leslie Fagin, a Court Reporter
and Notary Public in the State of New
York.

              - - -

       MAGNA LEGAL SERVICES
   1200 Avenue of the Americas
   New York, New York 10026
      (866) 624-6221



## Page 2

```
 1
 2  APPEARANCES:
 3  On Behalf of the Plaintiff:
 4  BOIES SCHILLER & FLEXNER, LLP
        333 Main Street
 5      Armonk, New York 10504
    BY:    DAVID BOIES, ESQUIRE
 6
    BOIES SCHILLER & FLEXNER, LLP
 7      401 East Las Olas Boulevard
        Fort Lauderdale, Florida 33301
 8  BY:    MEREDITH SCHULTZ, ESQUIRE
           SIGRID McCAWLEY, ESQUIRE
 9         SANDRA PERKINS, PARALEGAL
10
    FARMER JAFFE WEISSING EDWARDS FISTOS &
11  LEHRMAN, P L
        425 N Andrews Avenue
12      Fort Lauderdale, Florida 33301
    BY:    BRAD EDWARDS, ESQUIRE
13
14  PAUL G CASSELL, ESQUIRE
        383 South University Street
15      Salt Lake City, Utah 84112
16
    J STANLEY POTTINGER, PLLC
17      49 Twin Lakes Road
        South Salem, New York 10590
18  BY:    STAN POTTINGER, ESQUIRE
19
    On Behalf of Defendant:
20
    HADDON MORGAN FOREMAN
21  Attorneys for Defendant
        150 East 10th Avenue
22      Denver, Colorado 80203
    BY:    JEFFREY S PAGLIUCA, ESQUIRE
23         LAURA A MENNIGER, ESQUIRE
24
    Also Present:
25
```

## Page 3

```
 1
 2          THE VIDEOGRAPHER:  This is DVD No.
 3  1, Volume II, of the continued video
 4  recorded deposition of Ghislaine Maxwell
 5  in the matter Virginia Giuffre against
 6  Ghislaine Maxwell, in the United States
 7  District Court, Southern District of New
 8  York.
 9          This deposition is being held at
10  575 Lexington Avenue, New York, New
11  York, on July 22, 2016 at approximately
12  9:04 a.m.
13          My name is Rodolfo Duran.  I am the
14  legal video specialist.  The court
15  reporter is Leslie Fagin, and we are
16  both in association with Magna Legal
17  Services.
18          Will counsel please introduce
19  themselves.
20          MR. BOIES:  This is David Boies, of
21  Boies, Schiller & Flexner, counsel for
22  plaintiff.
23          MS. SCHULTZ:  Meredith Schultz,
24  from Boies Schiller & Flexner, counsel
25  for plaintiff.
```

## Page 4

```
 1
 2          MR. EDWARDS:  Brad Edwards, also
 3  representing the plaintiff, Virginia
 4  Giuffre.
 5          MR. POTTINGER:  Stan Pottinger,
 6  also representing the plaintiff.
 7          MR. CASSELL:  Paul Cassell, from
 8  Salt Lake City, Utah, also representing
 9  Ms. Giuffre.
10          MR. PAGLIUCA:  Jeff Pagliuca and
11  Laura Menninger, on behalf of Ms.
12  Maxwell.
13          And Ms. McCawley has also entered
14  the room, and we have an assistant from
15  Boies Schiller from the Fort Lauderdale
16  office here today as well today.
17          THE VIDEOGRAPHER:  Will the court
18  reporter please swear in the witness.
19  G H I S L A I N E   M A X W E L L,
20      called as a witness, having been duly
21      sworn by a Notary Public, was
22      examined and testified as follows:
23  EXAMINATION BY
24  MR. BOIES:
25      Q.  Good morning, Ms. Maxwell.  ▮▮▮▮
```

## Page 5

```
 1          G. Maxwell - Confidential
 2  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
```



Confidential



Page 6

1
2    G. Maxwell - Confidential
3

Page 8

1    G. Maxwell - Confidential
2

22        MR. PAGLIUCA:  Object to the form
23    and foundation.
24        MR. BOIES:  Excuse me, counsel.
25        MR. PAGLIUCA:  I'm objecting to

Page 7

1
2    G. Maxwell - Confidential
3

Page 9

1     G. Maxwell - Confidential
2    form and foundation, and I have an
3    opportunity to do that.
4        MR. BOIES:  Yes, you do, but you do
5    not have an opportunity to disrupt the
6    deposition.
7        MR. PAGLIUCA:  Which I'm not.
8        MR. BOIES:  The court will decide
9    that, as the court has decided the
10   issues before.
11

Confidential



Page 10

G. Maxwell - Confidential

Page 11

G. Maxwell - Confidential

Page 12

G. Maxwell - Confidential

Page 13

G. Maxwell - Confidential

```
 6      Q.  You understand that you are under
 7  oath, correct?
 8      A.  I do.
 9      Q.  And you understand that the oath
10  requires you to tell the truth, the whole
11  truth and nothing but the truth in response
12  to questions?
13          MR. PAGLIUCA:  Object to the form
14      and foundation.
15      Q.  Do you?
16      A.  I do understand that.
17      Q.  Do you understand if you fail to do
18  that, that you could be prosecuted for
19  perjury?
20          MR. PAGLIUCA:  Object to the form
21      and foundation.
22      A.  I understood that is what happens
23  at these events.
24      Q.  And do you understand that if you
25  say that you do not recall and in fact you do
```





Page 14

1    G. Maxwell - Confidential
2  recall, that would violate your oath?
3        MR. PAGLIUCA:  Object to the form
4  and foundation.
5     A.  If I don't recall, I don't recall.
6  It's not a question of whether I'm violating
7  my oath or not.  I don't know.

Page 16

1        G. Maxwell - Confidential
2

23     Q.  Were you ever on a plane with
24  Mr. Epstein when Mr. Epstein had sex with
25  anyone?

Page 15

1        G. Maxwell - Confidential
2

Page 17

1        G. Maxwell - Confidential
2        MR. PAGLIUCA:  Object to the form
3  and foundation.
4     A.  How would I know?
5     Q.  Were you ever on a plane with
6  Mr. Epstein when, to your knowledge,
7  Mr. Epstein had sex with anyone?
8     A.  Can you repeat the question?
9     Q.  Were you ever on a plane with
10  Mr. Epstein when, to your knowledge,
11  Mr. Epstein had sex with anyone?
12     A.  Not that I can recall.
13     Q.  Were you ever on a plane with
14  Mr. Epstein when you saw Mr. Epstein having
15  sex with anyone?
16     A.  Never.
17     Q.  I want to be sure that the question
18  and answer is meeting.  When you refer to
19  having sex with someone, what are you
20  referring to?
21        MR. PAGLIUCA:  Object to the form
22  and foundation.
23     A.  Intercourse.
24     Q.  And when you refer to intercourse,
25  what do you refer to?



Confidential



Page 18

```
1          G. Maxwell - Confidential
2      A.  I think everyone here can
3  understand what intercourse is, is when you
4  have sex.  I don't know how to say
5  intercourse any other way, having sex with
6  somebody.  Perhaps you would like to define
7  it for me.
8      Q.  I'm trying to get your definition
9  right now because you are the witness.  When
10 you use the term intercourse, what are you
11 referring to?
12     A.  I'm referring to a penis entering
13 someone's vagina.
14
```

Page 20

```
1          G. Maxwell - Confidential
2
11         MR. PAGLIUCA:  I'm going to
12 instruct you not to answer, unless you
13 tie it to a specific individual related
14 to this case per the court's order.
15         MR. BOIES:  I think the court's
16 order specifically permits this question
17 with respect to occasions related to
18 this case.  If you instruct her not to
19 answer, all you're going to do is bring
20 her back.  That's up to you.
21         MR. PAGLIUCA:  It's up to you as
22 the questioner, Mr. Boies.
```

Page 19

```
1          G. Maxwell - Confidential
2
```

Page 21

```
1          G. Maxwell - Confidential
2
6          You haven't tied your question to
7  time or individual or specific location.
8  And so unless you do that, we have an
9  open-ended question that would span from
10 the early '90s to 2000 or so, which
11 would not be tied to the key events,
12 individuals or locations of this case.
13 BY MR. BOIES:
14     Q.  Let me ask you a couple more
15 questions.  Then I think we probably ought to
16 call the court and get some guidance on this.
17
24     Q.  Were you ever on Mr. Epstein's
25 plane when, to your knowledge, Mr. Epstein
```



Confidential

Page 22

```
1          G. Maxwell - Confidential
2    had oral sex with anyone ████████████
3       A.  No.
4
```

Page 23

```
1          G. Maxwell - Confidential
2    ██████████.
3
4       MR. BOIES:  I will show you a
5    document we have marked for
6    identification as Maxwell Deposition
7    Exhibit 26.
8       (Maxwell Exhibit 26, List of names,
9    marked for identification, as of this
10   date.)
11      Q.  I would like you to go down this
12   list and tell me which names, if any, you
13   recognize on this list.
14      A.  Just in the way the list runs in
15   order, I recognize the names -- by recognize,
16   only stating that I know the name, I'm not
17   making any representations about these
18   people.
19      Q.  I understand that, and I will come
20   back and ask you, but if you don't recognize
21   the name...
22      A.  ███████.  Virginia Roberts.
23   And that's it on this list.  Let me just
24   double-check.  I recognize the name, not
25   because I know her, but just because of the
```

Page 24

```
1          G. Maxwell - Confidential
2    court case on this list, one other person.
3       Q.  Which one is that?
4       A.  ████████, because she has been
5    on the court papers.
6       Q.  ███ who?
7       A.  ████████.
8          The only two I know is ███ and
9    Virginia, and one other name I recognize.
10      Q.  So just to be clear, the only two
11   people listed on Maxwell Deposition Exhibit
12   26 that you know are ████████
13      A.  And Virginia Roberts, yes.
14      Q.  And the only other person on --
15      A.  I don't know her, I recognize her
16   name.
17      Q.  -- whose name you recognize is
18   ████████, but you don't know her, never
19   met her?
20      A.  I don't recall ever meeting her.
21      Q.  Other than what you know from her
22   participation in this case, you don't know
23   anything about her, is that your testimony?
24      A.  I don't even know -- I don't even
25   recognize what her participation is in this
```

Page 25

```
1          G. Maxwell - Confidential
2    case.  I just know I recognize her name, and
3    I can't recall right now what her involvement
4    is, but I recognize the name.
5       Q.  Other than whatever her involvement
6    in this case may be or may not be?
7       A.  Correct.
8       Q.  Is it fair to say it is your
9    testimony that except for that, you have no
10   knowledge about her at all?
11      A.  Correct.
12      Q.  And other than ████████,
13   Virginia Roberts and ████████, you don't
14   know anything at all about any of the other
15   people listed here, is that your testimony?
16      A.  I don't even know who they are.
17   You could put any names in front of me, I
18   wouldn't recognize them, I don't know them, I
19   don't even recognize the names.
20      Q.  I think this is clear from your
21   last answer, but I want to be sure.  It is
22   your testimony that other than ████████
23   and Virginia Roberts, you never met any of
24   these people at any homes of Mr. Epstein, is
25   that your testimony?
```



Confidential

Page 26

1     G. Maxwell - Confidential
2         MR. PAGLIUCA:  Object to the form
3     and foundation.
4         A.  I don't even know who they are, so
5     I wouldn't -- I have no clue where they are, I
6     don't know where they are, I don't know where
7     they come from, I don't recognize -- I only
8     pointed out ▮▮▮▮▮▮▮ because I recognize
9     the name from various documents I read.  I
10    don't have any knowledge of any other person
11    on this list.  I don't believe I've ever even
12    seen these names.  I don't know who they are
13    at all.
14         I would not be able to identify a
15    single name on this list other than those
16    three that I have indicated to you.
17

Page 27

1     G. Maxwell - Confidential
2

5         Q.  Did you provide massages to
6     Mr. Epstein?
7         A.  No.
8         Q.  What?
9         A.  No.
10        Q.  Were you ever present when anyone
11    provided a massage to Mr. Epstein?
12        MR. PAGLIUCA:  Object to the form
13    and foundation.
14        A.  I have seen people give Mr. Epstein
15    massages.  I have seen him on a massage
16    table.  I have seen that.
17        Q.  Have you seen someone other than
18    yourself give Mr. Epstein a massage at his
19    home in New York?
20        A.  I can't recall seeing him in the
21    massage room in New York, no.
22        Q.  I'm not asking whether you recall
23    seeing him in the massage room in New York.
24    I'm asking you whether you have ever seen
25    someone other than yourself give Mr. Epstein

Page 28

1     G. Maxwell - Confidential
2     a massage at his home in New York, regardless
3     of where in the home it was?
4         A.  No.
5         Q.  Have you ever seen anyone give
6     Mr. Epstein a massage at his home in Palm
7     Beach?
8         A.  I have.
9         Q.  Have you ever seen anyone give
10    Mr. Epstein a massage in New Mexico?
11        A.  No, I can't recall.
12        Q.  Have you ever seen anyone give
13    Mr. Epstein a massage in the Virgin Islands?
14        A.  I have.
15        Q.  Have you ever seen anyone give
16    Mr. Epstein a massage in Paris?
17        A.  No, I don't recall seeing that.
18        Q.  Have you ever seen anyone give
19    Mr. Epstein a massage on an airplane?
20        A.  No.
21        Q.  Have you ever seen anyone give
22    Mr. Epstein a massage anywhere other than his
23    home in Palm Beach or in the Virgin Islands?
24        A.  I'm sorry, can you just repeat the
25    question?

Page 29

1     G. Maxwell - Confidential
2         Q.  Have you ever seen anyone give
3     Mr. Epstein a massage anywhere other than in
4     his home in Palm Beach or in the Virgin
5     Islands?
6         A.  No, I can't think of anyplace.
7         Q.  Have you ever seen anyone give
8     Mr. Epstein a massage when Mr. Epstein was
9     not clothed?
10        A.  Sorry, can you repeat the question?
11        Q.  Have you ever seen anyone give
12    Mr. Epstein a massage when Mr. Epstein was
13    not clothed?
14        A.  I think when Mr. Epstein received
15    massages, he never had clothes on.
16        Q.  Who did you see give Mr. Epstein a
17    massage?
18        A.  I can't recall the "whos" because I
19    don't really remember, but I have seen him
20    receive massages from professional adult
21    masseuses that I have seen him receive
22    massages.
23        Q.  When you say professional adult
24    masseuses, what are you referring to?
25        A.  I just want to be sure that we



Confidential

Page 30

1       G. Maxwell - Confidential
2   understand that the times I have seen him
3   receive a massage it's been by somebody who
4   is an adult, clearly an older person.  I
5   don't know if they're professional, but an
6   older person appearing to be a professional
7   masseuse.
8       Q.  What led you to believe that the
9   person giving the massage was a professional
10  masseuse?
11      A.  Because the massages that I
12  witnessed looked professional.  I don't know
13  how to -- I'm defining it as opposed to the
14  ones from where people ask me inappropriate
15  questions, I couldn't answer, but these are
16  people who would be clothed giving a
17  professional massage, it appeared to be a
18  professional massage, as opposed to any other
19  type of massage.
20      Q.  Have you ever had what you refer to
21  as a professional massage?
22      A.  I have.
23      Q.  Have you ever had what you refer to
24  as a professional massage in any of Mr.
25  Epstein's homes?

Page 31

1       G. Maxwell - Confidential
2       A.  I have.
3       Q.  Did you ever have what you refer to
4   as a professional massage in Mr. Epstein's
5   home in New York?
6       A.  I don't recall, but I think I have,
7   but I don't recall.  I must have, but I don't
8   recall.
9       Q.  Did you ever have what you refer to
10  as a professional massage in Mr. Epstein's
11  home in Palm Beach?
12      A.  I did.
13      Q.  Did you ever have what you refer to
14  as a professional massage in Mr. Epstein's
15  home in New Mexico?
16      A.  I did.
17      Q.  Did you ever have what you refer to
18  as a professional massage in Mr. Epstein's
19  home in Paris?
20      A.  I did.
21      Q.  Did you ever have what you refer to
22  as a professional massage in the Virgin
23  Islands?
24      A.  I did.
25      Q.  When you had what you referred to

Page 32

1       G. Maxwell - Confidential
2   as professional massages, you were clothed or
3   unclothed?
4       A.  Unclothed.
5       Q.  Completely unclothed?
6       A.  Typically when you receive a
7   massage you are not clothed, so I was
8   unclothed, as is the norm in a massage
9   situation.
10      Q.  That is, you didn't have any
11  clothes on, is that the case?
12      A.  Generally, what happens is you are
13  not wearing any clothes and you have a towel
14  or sheet that covers you while you are
15  receiving the massage, so I would be covered
16  always, but underneath the sheet or towel, I
17  would not be wearing any clothing.
18      Q.  Are you saying that the massage was
19  through the sheet?
20      A.  Well, in some instances, yes.
21      Q.  It is your testimony that when you
22  received what you referred to as professional
23  massages, the masseuse didn't touch your
24  skin, only touched the sheet?
25          MR. PAGLIUCA:  Object to the form

Page 33

1       G. Maxwell - Confidential
2   and foundation.
3       A.  I didn't say that.  I said in some
4   instances, some massages are where you don't
5   touch the skin, so I have received massages
6   where I don't get touched, especially if it's
7   just pressure, so it's through a sheet, but I
8   have also received massages where you are
9   touched and the sheet is just there for
10  modesty.
11      Q.  Have you ever received what you
12  referred to as a professional massage when
13  anyone else was in the room other than the
14  person that you are referring to as a
15  professional masseuse?
16          MR. PAGLIUCA:  Object to the form
17  and foundation.
18      A.  Can you repeat the question,
19  please?
20      Q.  Have you ever received a massage
21  when anyone was in the room other than the
22  person that you refer to as a professional
23  masseuse?
24          MR. PAGLIUCA:  Same objection.
25      A.  I am entirely possible that in the



Confidential

1        G. Maxwell - Confidential
2   course of receiving a massage someone would
3   come in and sit and chat to me while I was
4   getting a massage, a friend would come in.
5   That has happened.
6        Q.  Do you recall that happening?
7        A.  Not with specificity, I can't think
8   of it actually, but I know that I've had
9   friends come in and we've talked and as I got
10  a massage, that has happened.
11       Q.  Have you ever received a massage
12  when Mr. Epstein was present?
13       A.  He has entered the room and gave me
14  a message or asked me a question, that has
15  happened.
16       Q.  Have you ever received a massage
17  when Mr. Epstein was in the room other than
18  just to come in to give you a message or ask
19  you a question?
20       MR. PAGLIUCA:  Object to the form
21  and foundation.
22       A.  Not that I recall.
23       Q.  Did you ever participate in
24  arranging for anyone to give Mr. Epstein a
25  massage?

1        G. Maxwell - Confidential
2        A.  Part of my duties and my job -- can
3   you repeat the question so I understand, and
4   I give you the right answer exactly.
5        Q.  Did you ever participate in
6   arranging for anyone to give Mr. Epstein a
7   massage?
8        A.  Part of my professional
9   responsibilities, I did, and I've testified
10  previously, go to spas and other professional
11  areas and received massages from people in
12  these places, and if I felt that person was
13  good or I had had a good massage, I had asked
14  if they do home visits.
15       In that capacity, I had, people did
16  come to the house in that capacity, that I
17  thought were good.
18       Q.  Did you ever arrange for anyone to
19  give Mr. Epstein a massage or to come to his
20  home to give him a massage, other than
21  someone who had previously given you a
22  massage?
23       A.  Sorry, can you repeat the question?
24       Q.  Did you ever arrange for anyone to
25  give Mr. Epstein a massage or to come to his

1        G. Maxwell - Confidential
2   home to give him a massage, other than
3   someone who had previously given you a
4   massage?
5        A.  No, I don't think so.  No, I don't
6   think so.
7        Q.  Is it your testimony that everyone
8   that you arranged to come to Mr. Epstein's
9   home to give Mr. Epstein a massage was
10  somebody you had already had a massage from?
11       A.  No, that is not my testimony.  I
12  don't recall -- there were definitely
13  instances where I had a massage and -- so
14  what you are asking me was if anyone came to
15  the house to give him a massage that I had
16  not had a massage from myself?
17       Q.  It's a little different than that.
18       A.  Okay.
19       Q.  You've testified that you arranged
20  for some people to come to Mr. Epstein's home
21  to give him a massage, correct?
22       A.  Yes.
23       Q.  And at one point, I thought you had
24  testified that before you arranged to have
25  people come to give Mr. Epstein a massage,

1        G. Maxwell - Confidential
2   you had -- you didn't use the word tested
3   them out, but that you had previously gotten
4   them to give you a massage so that you could
5   see how good they were, is that fair to say?
6        A.  If I thought they were -- if I
7   thought it was a good massage, yes, that is
8   my testimony.
9        Q.  What I had thought, and what I'm
10  now asking you is that everyone who you
11  arranged to come to Mr. Epstein's home to
12  give him a massage was somebody who you had
13  already had a massage from, is that fair?
14       A.  Typically, yes, but that wasn't
15  exclusively.  So I know that friends of mine,
16  for instance, would have a masseuse or
17  masseur that they thought was very good, and
18  they said this is a very good person.
19       So it is possible, and I'm pretty
20  sure sometimes on recommendations of other
21  people, that without me having a massage from
22  them, that they may have come to the house.
23  So I could not testify that every single
24  person that came to the house I received a
25  massage from, because that would not be true.



Confidential

Page 38

G. Maxwell - Confidential
1
2     Q.  Was every person who you arranged
3  to come to Mr. Epstein's house to give a
4  massage someone who either you had already
5  had a massage from or you had a friend who
6  recommended them as a good professional
7  masseuse?
8         MR. PAGLIUCA:  Object to the form
9      and foundation.
10     A.  Typically, that is how that would
11  work.
12     Q.  Was there ever anyone who you
13  arranged to come to Mr. Epstein's house to
14  give him a massage, someone who you had not
15  previously gotten a massage from yourself or
16  received a recommendation from one of your
17  friends that it was a good professional
18  masseuse?
19         MR. PAGLIUCA:  Object to the form
20      and foundation.
21     A.  I cannot think of anyone that would
22  fit that category.
23     Q.  You made a point in a previous
24  answer of referring to people as adult
25  masseuses.  Do you recall that?

Page 39

G. Maxwell - Confidential
1
2     A.  I do.
3     Q.  When you refer to someone as an
4  adult masseuse, what are you referring to?
5     A.  I think everybody in this room is
6  an adult.
7     Q.  I don't necessarily disagree with
8  that, but what I'm asking you, since I can't
9  carry all these people with me every time
10  somebody reads this transcript, is what do
11  you mean by an adult?
12     A.  Well, I think an adult is somebody
13  who looks older and professional and is
14  someone who has lived some life and looks
15  like any one of us in this room do, some a
16  little older and some a little younger.
17     Q.  You are aware that there are
18  assertions that Mr. Epstein had massages from
19  females under the age of 21?
20     A.  I am aware of that.
21     Q.  Insofar as you are aware, did
22  Mr. Epstein ever have a massage from anyone
23  under the age of 21?
24         MR. PAGLIUCA:  Object to the form
25      and foundation.

Page 40

G. Maxwell - Confidential
1
2     A.  I know what the allegations are,
3  and I am aware of those, but as to my actual
4  knowledge of somebody under the age of 21, I
5  can't say that I know, I can't think of
6  anybody.  I know Virginia has obviously made
7  those claims and she was 17 when he met her,
8  but other than her, I cannot think of
9  anybody.
10     Q.  Insofar as you are aware, did
11  Virginia ever give Mr. Epstein a massage?
12     A.  I know she said she did and I
13  believe she may have, but I don't ever see
14  her giving him a massage, so I can't say.
15     Q.  Leaving aside any information that
16  you have that has come from Virginia in the
17  last decade?
18     A.  Right.
19     Q.  Going back to the time when
20  Virginia was less than 21, at that period of
21  time, did you believe that Virginia was
22  giving Mr. Epstein massages?
23     A.  I do think she was giving him
24  massages.
25     Q.  Is it your testimony that the only

Page 41

G. Maxwell - Confidential
1
2  female that you had any reason to believe was
3  under 21 who was giving Mr. Epstein massages
4  was Virginia?
5         MR. PAGLIUCA:  Object to the form
6      and foundation.
7     A.  First of all, I didn't know how old
8  Virginia was, so other than Virginia, so I
9  can't say, but other than -- I was not aware
10  of anybody else, no.
11     Q.  You first met Virginia when?
12     A.  I don't know.
13     Q.  Approximately?
14     A.  I believe it was in 2000, but now
15  I'm going off the knowledge that I have, not
16  from memory, so I met her the end of 2000
17  apparently.
18     Q.  And when you met Virginia in 2000,
19  how old did you think she was?
20         MR. PAGLIUCA:  Object to the form
21      and foundation.
22     A.  I didn't think about how old she
23  was.  I don't recall the actual meeting of
24  Virginia, so I can't say, but I think she was
25  at least, I thought she was a professional



Confidential

Page 42

1        G. Maxwell - Confidential
2    masseuse as far as I can recall today, so
3    that would have made her, I thought that
4    would have made her, to work in a spa, I
5    didn't think about, and I, I thought she
6    appeared to be a professional masseuse.
7        Q.   Remember questions a while ago
8    where you made a big point about people being
9    adult masseuses?
10       A.   Right, yeah.
11       Q.   When you met Virginia for the first
12   time --
13       A.   Right.
14       Q.   -- did you think she was an adult
15   masseuse, as you use that term?
16       A.   I don't recall actually meeting
17   Virginia at the time, and in fact, were it
18   not for this case, I'm not sure I would
19   recall her at all.
20       Q.   But you do recall knowing Virginia?
21       A.   I do, yes.
22       Q.   You do recall knowing that Virginia
23   was giving Mr. Epstein massages, correct?
24       MR. PAGLIUCA:  Object to the form
25   and foundation.

Page 43

1        G. Maxwell - Confidential
2        A.   I believe she was, but I can't say
3    for sure.
4        Q.   Why do you believe Virginia was
5    giving Mr. Epstein massages?
6        A.   Today, because -- but back then.
7        Q.   Back then?
8        A.   Because at some point she would
9    have been going to the massage room to give
10   massages.
11       Q.   Back then, in the period around
12   2000?
13       A.   Right.
14       Q.   You believed that Virginia was
15   giving Mr. Epstein massages, correct?
16       A.   I believe I did, yes.
17       Q.   At the time back in the period
18   around 2000 that you believe that Virginia
19   was giving Mr. Epstein massages, how old did
20   you think Virginia was at the time?
21       MR. PAGLIUCA:  Object to the form
22   and foundation.
23       A.   I don't believe that I -- I don't
24   know what I thought at the time.  It's a long
25   time ago and I just have no idea what I

Page 44

1        G. Maxwell - Confidential
2    thought.  I really don't recall her, so it's
3    hard for me to testify what I thought about
4    her age at the time.
5        Q.   Was Virginia, in the period of
6    around 2000, the youngest person that, as you
7    understood it, was giving Mr. Epstein
8    massages?
9        MR. PAGLIUCA:  Object to the form
10   and foundation.
11       A.   Again, I can't testify to her age,
12   but everybody else that I can recall seemed
13   to be again, like I would say, adults.
14       Q.   You didn't think Virginia was an
15   adult, did you?
16       MR. PAGLIUCA:  Object to the form
17   and foundation.
18       A.   Like I said, I don't recall her.  I
19   don't recall thinking about -- my memory is
20   of adults giving Jeffrey massages, and as I
21   don't really remember Virginia around that
22   time, I don't know what I think.
23       Q.   You do remember Virginia, about
24   that time back in the 2000s, giving
25   Mr. Epstein massages?

Page 45

1        G. Maxwell - Confidential
2        MR. PAGLIUCA:  Object to the form
3    and foundation.
4        A.   I barely remember her at all.
5        Q.   Whether you barely remember her or
6    not, you do remember that back in the period
7    around 2000, Virginia was giving Mr. Epstein
8    massages, right?
9        MR. PAGLIUCA:  Objection to form
10   and foundation.
11       A.   Only in the most general terms.  It
12   would be somebody who would give him a
13   massage, and that's it.
14       Q.   During the period of time back in
15   the period around 2000, when you knew that
16   Virginia was somebody who would give
17   Mr. Epstein a massage, was she somebody who
18   you considered an adult?
19       MR. PAGLIUCA:  Objection to form
20   and foundation.
21       A.   I didn't consider her at all
22   because she is not somebody that I really
23   interacted with.
24       Q.   It is your testimony that Virginia
25   was not somebody that you interacted with, is



Page 46

```
 1        G. Maxwell - Confidential
 2    that what you're saying?
 3        A.  I said I didn't really interact --
 4    it's not that I didn't interact with her at
 5    all, but not enough for her to make a very
 6    strong and lasting impression.
 7        Q.  Is it your testimony that you
 8    interacted with Virginia, but you didn't
 9    really interact with Virginia?
10        MR. PAGLIUCA:  Objection to form
11    and foundation.
12        A.  I don't understand what that
13    actually even means.
14        Q.  You said that you interacted with
15    Virginia.  Do you recall that?
16        A.  In the most general terms, I do
17    recall her.
18        Q.  And then you testified that you
19    didn't really interact with Virginia.  Do you
20    recall saying that?
21        A.  I consider this a real interaction.
22    I will not be forgetting this any time soon.
23    But the most casual of relationships, where
24    you say hello or to be nice or polite, or
25    offer someone a glass of water or something
```

Page 47

```
 1        G. Maxwell - Confidential
 2    is what I would term a casual interaction.
 3    It is not something that, from what are we
 4    talking, 17, 18 years ago, something that
 5    really sticks out in my mind.
 6        Q.  Is it your testimony that your only
 7    relationship with Virginia was what you
 8    referred to as a casual relationship where
 9    you might say hello or offer a glass of water
10    to be polite?
11        MR. PAGLIUCA:  Objection to form
12    and foundation.
13        A.  Generally, yes, that's how I would
14    characterize.
15        MR. PAGLIUCA:  We've been going for
16    about an hour.  I would like to take a
17    break.
18        MR. BOIES:  Certainly.
19        THE VIDEOGRAPHER:  The time is
20    10:01 a.m., and we are going off the
21    record.
22        (Recess.)
23        THE VIDEOGRAPHER:  The time is
24    10:10 a.m., and we are back on the
25    record.  This also begins DVD No. 2.
```

Page 48

```
 1        G. Maxwell - Confidential
 2        MR. PAGLIUCA:  We've been going for
 3    about an hour this morning.  I think
 4    you're probably aware that Ms. Maxwell
 5    was deposed for a full seven hours on a
 6    prior occasion.  In my view, the court's
 7    order is limited and we shouldn't be
 8    covering ground that we covered in the
 9    prior deposition.
10        At some point, we are going to need
11    to call the court, if we go at this
12    pace, for instruction about length of
13    time here, because my view is that this
14    is not supposed to be a seven-hour
15    deposition, you are not supposed to be
16    covering old ground, and you should be
17    asking questions related to the, what I
18    characterize as the eight discreet areas
19    related to a, quote, sexual activity
20    which precedes all of the eight items in
21    the court's order of July 10th.
22        We spent a lot of time not talking
23    about those issues, and I suggest we get
24    to it or we get the court on the phone
25    for some guidance about timing here.
```

Page 49

```
 1        G. Maxwell - Confidential
 2        MR. BOIES:  I'm happy to get the
 3    court on the phone any time you like.  I
 4    think the questions clearly relate to
 5    sexual activity.
 6        MR. PAGLIUCA:  How old Virginia
 7    Roberts was or not does not relate to
 8    sexual activity.  Her memory of how old
 9    Virginia Roberts may or may not have
10    been does not relate to sexual activity,
11    and it was all asked and answered in the
12    prior deposition.
13        MR. BOIES:  Your witness introduced
14    the subject, asserting that all of these
15    people were adults.  I didn't ask
16    whether they were adults at that time.
17    I simply asked a general question that
18    was expressly covered by the judge's
19    order.  Your client opened the door,
20    volunteered this and made it necessary
21    to do this.
22        I am happy to go to the court any
23    time you want, and I'm happy to go over
24    with the court some of these questions
25    and put it in context for the court with
```



Confidential

Page 50

1       G. Maxwell - Confidential
2    respect to what the documentary evidence
3    is. I'm happy to do that any time you
4    want.
5       MR. PAGLIUCA: Let's get on with it
6    and ask some questions that are relevant
7    to what the court ordered here.
8       MR. BOIES: I am asking questions
9    that I think are clearly relevant. If
10   you don't think so, I invite you to take
11   it to the court. If not, then let me
12   get on with my questions. Any time that
13   I get to a point where you think you
14   want to stop the deposition and go to
15   the court, I am more than prepared to do
16   that.
17   BY MR. BOIES:
18      Q. Ms. Maxwell, during the break, did
19   you have conversations with anyone?
20      A. My lawyers.
21      Q. What did your lawyers say to you?
22      MR. PAGLIUCA: Don't answer that
23   question.
24      Q. What did you say to your lawyer?
25      MR. PAGLIUCA: Don't answer that

Page 51

1       G. Maxwell - Confidential
2    question.
3       Q. Did you ask your lawyer for any
4    legal advice?
5       MR. PAGLIUCA: Don't answer that
6    question.
7       Q. Did your lawyer give you any legal
8    advice?
9       MR. PAGLIUCA: Don't answer that
10   question.
11      MR. BOIES: These are all yes or no
12   questions.
13      MR. PAGLIUCA: She is not answering
14   any of those questions, Mr. Boies.
15      Q. Did your lawyer give you advice as
16   to how to answer the questions I was asking?
17      MR. PAGLIUCA: Don't answer that
18   question.
19      Q. Did your lawyer tell you that you
20   were creating problems for yourself with some
21   of your answers?
22      MR. PAGLIUCA: Don't answer that
23   question.
24      Q. Did your lawyer suggest how you
25   might answer some of my questions?

Page 52

1       G. Maxwell - Confidential
2       MR. PAGLIUCA: Don't answer that
3    question.
4       Q. Did you have conversations with
5    anyone other than your lawyer during the
6    break?
7       A. No.
8       Q. Did your lawyer tell you why he had
9    taken a break?
10      MR. PAGLIUCA: Don't answer that
11   question.
12      I don't think I did, by the way.
13      MR. BOIES: I'm happy to depose you
14   about it, if you want.
15      MR. PAGLIUCA: Sure.
16      MR. BOIES: I'm serious about that.
17   I'm happy to put you under oath right
18   now, and if you want to start talking
19   about what you did or did not do, I'm
20   happy to interrupt this deposition, put
21   you under oath and let you testify.
22      MR. PAGLIUCA: Ask a question.
23      MR. BOIES: I'm telling you.
24   Otherwise, I suggest you stop making
25   speeches.

Page 53

1       G. Maxwell - Confidential
2       MR. PAGLIUCA: Why don't we both
3    stop making speeches.
4    BY MR. BOIES:
5



Confidential



Page 54

1
2
G. Maxwell - Confidential

Page 55

1        G. Maxwell - Confidential
2    Epstein's home in Palm Beach?
3        MR. PAGLIUCA:  Objection to form
4    and foundation.
5

Page 56

1
2
G. Maxwell - Confidential

Page 57

1        G. Maxwell - Confidential
2        MR. PAGLIUCA:  Objection to form
3    and foundation.
4    A.

8        MR. PAGLIUCA:  Objection to form
9    and foundation.
10   A.

Confidential



Page 62

1    G. Maxwell - Confidential
2



Page 64

1    G. Maxwell - Confidential
2    Q.  You were aware of how many people
3    gave Mr. Epstein massages?
4        MR. PAGLIUCA:  Objection to form
5    and foundation.
6        A.  I was not with him actually very
7    often.  I was frequently -- we were
8    frequently not together, so I couldn't know
9    what he would be doing when I wasn't with
10   him.
11       But when we were together, the
12   behavior as described as alleged did not
13   happen, so he would have one massage a day,
14   that would be it.
15       Q.  So insofar as you were aware and
16   when you were with Mr. Epstein, he only had
17   one massage a day?
18       A.  Yeah.
19       Q.  Other than Virginia Roberts, as you
20   understood it at the time, were any of the
21   people that gave Mr. Epstein massages women
22   who were under 21?
23       MR. PAGLIUCA:  Objection to form
24   and foundation.
25       A.  I don't know what the ages were of

Page 63

1    G. Maxwell - Confidential
2

Page 65

1    G. Maxwell - Confidential
2    the people who were giving him massages, but
3    I believe they were professional masseuses.
4    Q.  I think you testified that you
5    believe that Virginia Roberts was a
6    professional masseuse, is that correct?
7        MR. PAGLIUCA:  Objection to form
8    and foundation.
9        A.  Based on how allegedly we met,
10   which was at a spa, I believe that when you
11   work at a spa, you are a professional.  So
12   I'm basing my statement based on her working
13   as a professional massage person, at a
14   professional spa.
15       Q.  When you met Ms. Roberts at the
16   spa, what spa was it?
17       MR. PAGLIUCA:  Objection to form
18   and foundation.
19       A.  I don't recall the actual meeting,
20   but based on all the evidence and stories, it
21   was at Mar-a-Lago.
22       Q.  You just testified that you met
23   Virginia Roberts at a spa.  Do you recall
24   that?
25       MR. PAGLIUCA:  Objection to form



Confidential

1          G. Maxwell - Confidential
2       and foundation.
3          A.  I said I don't recall the actual
4    meeting, but based on the evidence that we
5    have been produced, and I now believe it was
6    at Mar-a-Lago that that meeting may have
7    taken place.
8          Q.  When you met Virginia Roberts, did
9    you understand that she was at that time a
10   professional masseuse?
11         MR. PAGLIUCA:  Objection to form
12      and foundation.
13         A.  I don't recall the actual first
14   meeting, I don't know.
15         Q.  Whether or not you recall the
16   actual first meeting, was it your
17   understanding that Virginia Roberts was a
18   professional masseuse?
19         MR. PAGLIUCA:  Objection to form
20      and foundation.
21         A.  I had no idea at the time, but I
22   believe she was working at a spa, and based
23   on what I believe today, she was a masseuse
24   at Mar-a-Lago.
25         Q.  When you say based on what you

1          G. Maxwell - Confidential
2    believe today, you believe she was a masseuse
3    at Mar-a-Lago, what is it that you've learned
4    that leads you to believe she was a masseuse
5    at Mar-a-Lago?
6          A.  She worked at the spa, and that's
7    all I know, that she was 17 and that she held
8    herself out to be a masseuse.
9          Q.  She told you she was a masseuse?
10         A.  I don't know if she told me at the
11   time she was a masseuse.  I believe today she
12   was a masseuse working at Mar-a-Lago and she
13   was 17 years old.
14         Q.  You said she held herself out as a
15   masseuse.  Do you recall that?
16         A.  I just said it.  The problem is I
17   don't recall with specificity.  I don't
18   recall the actual meeting, so events in my
19   mind are conflated with all of her stories,
20   all of the lies that have been told.
21         So, today, I believe that she was a
22   17-year-old masseuse at Mar-a-Lago.
23         Q.  Did she ever tell you that she was
24   a masseuse at Mar-a-Lago?
25         A.  I don't recall specific

1          G. Maxwell - Confidential
2    conversations with Virginia.  Like I said, I
3    would actually barely remember her at all
4    were it not for this case.
5          Q.  Why, then, do you believe she was a
6    masseuse at Mar-a-Lago?
7          A.  Based on having met her at
8    Mar-a-Lago.  I don't know why else she would
9    be at the house.
10         Q.  At what house?
11         A.  Why would she come to Jeffrey's
12   house if she was not a masseuse at
13   Mar-a-Lago, why else would she come.
14         Q.  Did you ask her to come to
15   Jeffrey's house?
16         A.  I don't recall the first meeting or
17   how it went down that she came to give
18   Jeffrey a massage or whatever she came to do.
19   All I remember as I testified in my first
20   deposition is that her mother came and that
21   we sat outside and I talked to her mother,
22   and that she went in and met Jeffrey and then
23   she left.  And then subsequent to that, I
24   understand she gave him massages.
25         Q.  My question was a simple yes or no

1          G. Maxwell - Confidential
2    question.  Did you ask her to come to
3    Jeffrey's house?
4          A.  I can't recall exactly the meeting.
5          Q.  In response, I got a paragraph that
6    makes a number of assertions that I'm now
7    going to have to follow-up.  I'm prepared to
8    do that, but in light of your counsel's
9    desire to move the deposition along, I won't
10   have to follow-up things that you volunteer
11   if you don't volunteer them.
12         So if you will focus on my
13   question, and if it is simply a yes or no
14   answer and you give a yes or no answer, that
15   will shorten the deposition.  If you want to
16   say other things, I'm not going to try to
17   stop you, but I am going to follow-up on what
18   you say.
19         My question now is simply, do you
20   recall, one way or the other, as you sit here
21   now, whether you asked Virginia Roberts to
22   come to Mr. Epstein's house?
23         A.  I do not.
24         Q.  Do you recall, as you sit here now,
25   one way or another, whether Virginia Roberts



Confidential

Page 70

```
1          G. Maxwell - Confidential
2    was a masseuse, a towel girl, a maintenance
3    person or any other type employee at
4    Mar-a-Lago?
5          A.  I do not.
6          Q.  Did Mr. Epstein ever ask you to
7    attempt to obtain or secure people to give
8    him massages that were not professional
9    masseuses?
10         A.  No.
11         Q.  Do you remember somebody by the
12   name of ███████████
13         A.  I don't believe I ever met him.
14         Q.  You don't believe you ever met him?
15         A.  No.
16         Q.  Do you remember anyone other than
17   yourself who secured or obtained people to
18   give Mr. Epstein massages?
19         MR. PAGLIUCA:  Objection to form
20     and foundation.
21         A.  Can you ask the question again,
22   please?
23         Q.  Do you remember anyone other than
24   yourself who secured or obtained people to
25   give Mr. Epstein massages?
```

Page 71

```
1          G. Maxwell - Confidential
2          MR. PAGLIUCA:  Objection to form
3      and foundation.
4          A.  I believe Jeffrey did get massages
5    from other people who were recommendations
6    from other people for massages that had
7    nothing to do with me.
8          Q.  Do you know who?
9          A.  I only know what I read.  Virginia
10   gave people.
11         Q.  Other than what Virginia had said
12   in the last 10 years, were you aware of
13   anyone who was obtaining people to give
14   Mr. Epstein massages other than yourself?
15         A.  I'm not -- I don't know what other
16   people do.  I know that other people
17   recommended massages to him, but I can't
18   testify to what other people do for him or
19   did for him.
20         Q.  Back in the 1990s and the 2000s,
21   did you see women under the age of 21 at
22   Mr. Epstein's houses?
23         MR. PAGLIUCA:  This has been asked
24     and answered in her prior deposition.
25     Do you understand that?  It's been
```

Page 72

```
1          G. Maxwell - Confidential
2    covered extensively.
3          MR. BOIES:  I understand what the
4      prior deposition --
5          A.  Other than friends of my family and
6    friends of other people's people, and the
7    people that I've identified, I am aware that
8    Jeffrey had friends that came over that
9    brought their kids with them from time to
10   time.
11         Q.  These kids that you refer to, they
12   didn't give Mr. Epstein massages, did they?
13         MR. PAGLIUCA:  Mr. Boies, this has
14     been asked and answered already.
15         MR. BOIES:  I don't think that
16     particular question was asked and
17     answered, but whether it was asked and
18     answered or not, you can instruct not to
19     answer and then we will move on.  I
20     think we take much more time with your
21     interjections than we would if you
22     simply let the witness answer the
23     question.
24         MR. PAGLIUCA:  Well, we do, but
25     then we go down this road where you keep
```

Page 73

```
1          G. Maxwell - Confidential
2    asking these questions that have already
3    been asked and answered.
4          So the witness can answer the
5    question, but let's stick to the topic
6    here.
7          MR. BOIES:  If you want to instruct
8      her not to answer, instruct her not to
9      answer.  You are not going to convince
10     me with speeches.
11         A.  What is the question, please?
12         Q.  You referred to friends of
13   Mr. Epstein bringing their kids with them
14   when they came over?
15         A.  Yes.
16         Q.  Those kids, as you described, did
17   not give Mr. Epstein massages, correct?
18         A.  I don't believe so.
19         Q.  Limiting the people that we're
20   talking about just to people who gave
21   Mr. Epstein massages or who were brought to
22   the home to give Mr. Epstein massages, were
23   there people other than you who were
24   responsible for bringing those people to Mr.
25   Epstein's house?
```



Confidential

Page 74

```
1          G. Maxwell - Confidential
2          MR. PAGLIUCA:  Objection to form
3     and foundation.
4          A.  I have no idea.
5     ███████████████████████████
      █████████████████████████████
      ███████████████████████████
      ██
      ██                ██████████████
12         Q.  Did █████ ever give Mr. Epstein a
13    massage?
14         A.  I believe she did.
15         Q.  Did she ever give you a massage?
16         A.  She did.
17         Q.  Was she what you referred to as a
18    professional masseuse?
19         A.  I would.
20         Q.  Had she ever worked in a spa?
21         A.  I don't know if she worked in a
22    spa.
23         Q.  Had she ever, prior to giving you
24    and Mr. Epstein massages, had she ever given
25    massages to other people?
```

Page 75

```
1          G. Maxwell - Confidential
2          MR. PAGLIUCA:  Objection to form
3     and foundation.
4          A.  I have no idea, I don't know.
5          Q.  Prior to the time that █████ gave
6     you and Mr. Epstein massages, had she been a
7     professional masseuse?
8          MR. PAGLIUCA:  Objection to form
9     and foundation.
10         A.  I believe she went to massage
11    school and became a professional masseuse.
12         Q.  Did she go to massage school before
13    or after you met her?
14         A.  I believe after.
15         Q.  Who paid for her massage school?
16         A.  I have no idea.
17         Q.  Who arranged for her to go to
18    massage school?
19         A.  I have no idea.
20         Q.  Did she ever give Mr. Epstein a
21    massage before she went to massage school?
22         A.  I have no idea.
23         Q.  Did she ever give you a massage
24    before she went to massage school?
25         A.  I have no idea.
```

Page 76

```
1          G. Maxwell - Confidential
2          Q.  Where did she go to massage school?
3          A.  I don't know.
4          Q.  When did she go to massage school?
5          A.  I don't know.
6          Q.  Did she tell you she went to
7     massage school?
8          A.  I don't recall.
9          Q.  Did someone else tell you she went
10    to massage school?
11         A.  I don't recall.  It's my belief she
12    went to massage school and became a
13    professional masseuse at some point.
14         Q.  What is your belief based on?
15         A.  I don't know why, it's just
16    something, I must have had a conversation
17    with her, I think, about it, but I don't
18    recall specifically the conversation.  Just
19    in general terms, that's what I believe.
20         Q.  Is it your testimony that she told
21    you in general terms in a conversation that
22    she had gone to massage school?
23         A.  I don't recall a specific
24    conversation, but that is my general
25    impression.
```

Page 77

```
1          G. Maxwell - Confidential
2          Q.  Do you know how long she was in
3     massage school?
4          A.  I don't.
5          Q.  Did Mr. Epstein ask her to go to
6     massage school?
7          A.  I don't know.
8          Q.  How old was █████ when she gave
9     you a massage?
10         A.  Mid 20s, I believe.
11         Q.  And was the timeframe in which she
12    gave Mr. Epstein a massage the same timeframe
13    she gave you a massage?
14         A.  I really don't recall.  I can only
15    recall her giving me massages.  I know she
16    gave Mr. Epstein massages, but I don't recall
17    them.  I know she gave me them, I know she
18    gave me massages.
19         Q.  How old was she when she gave
20    Mr. Epstein massages?
21         A.  I met her, I believe, when she was
22    in her mid 20.s, it would have been in her
23    mid 20s.
24         Q.  Did Mr. Epstein, insofar as you
25    believe, engage in sexual activities with
```



Page 78

1    G. Maxwell - Confidential
2    ████████
3        A.  I would not know.  I would say no.
4        Q.  Did you engage in sexual activities
5    with ████████
6        A.  No.
7        Q.  Do you know how ████████ came to
8    know Mr. Epstein?
9        A.  I met her at her university ████
10   █████████████████████████████████
██   ██████
13       A.  In Palm Beach.
14       Q.  At Mr. Epstein's home in Palm
15   Beach?
16       A.  Yes.
17       Q.  So is it fair to say tha ████████
     ████████████████████████████████
     ████████████████████████████████
20           MR. PAGLIUCA:  This has already
21   been testified to Mr. Boies.  We are
22   repeating testimony now.
23           MR. BOIES:  I think in the context
24   of the witness' answers, these are fair
25   questions.

Page 79

1    G. Maxwell - Confidential
2        Now, I've asked you before, if you
3    want to instruct her not to answer, if
4    you want to go to the judge, we are
5    happy to do that, but I would suggest,
6    in the interest of moving it along, that
7    you stop these speeches.
8            MR. PAGLIUCA:  You are not moving
9    it along is the problem, so maybe we
10   should call the court and get some
11   direction here, because I am not going
12   to sit here and rehash the testimony we
13   already gave.
14           MR. BOIES:  That's fine.
15           THE VIDEOGRAPHER:  The time is
16   10:51 a.m. and we are going off the
17   record.
18       (Whereupon, an off-the-record
19   discussion was held.)
20           THE VIDEOGRAPHER:  The time is
21   10:56 a.m. and we are going back on the
22   record.  This begins DVD No. 3.
23           MR. BOIES:  We have just had a call
24   with Judge Sweet's chambers, Judge Sweet
25   is not available and his chambers

Page 80

1    G. Maxwell - Confidential
2    instructed that the right way to do it
3    was to bring any issue to him after the
4    conclusion of the deposition.
5        The question that has been raised
6    is whether we should interrupt the
7    deposition now and seek guidance of the
8    court before continuing the deposition.
9        My view is that the deposition
10   needs to continue, and the counsel for
11   the defendant can instruct not to answer
12   and any questions that are instructed
13   not to answer can be brought to the
14   court, but I would not consent to
15   terminating the deposition at this
16   point.
17           MR. PAGLIUCA:  I don't know if it's
18   a matter of consent or not.  If I move
19   for a protective order, the deposition
20   is over and we can go litigate it in
21   front of Judge Sweet.  We are here and
22   I'd like to complete this deposition
23   because this case needs to move along,
24   and quite frankly, I don't want to spend
25   money coming back here to do this again

Page 81

1    G. Maxwell - Confidential
2    or argue this in front of Judge Sweet.
3        But I will simply start referring
4    you back to the transcript and
5    instructing the witness not to answer
6    when I think we are getting into some
7    things that have been asked and answered
8    already.
9            MR. BOIES:  Exactly the procedure
10   that I have proposed from the beginning.
11   If you think a question is out of
12   bounds, instruct not to answer and we
13   will then let the judge decide it.
14   BY MR. BOIES:
15       Q.  How did it happen, Ms. Maxwell,
16   that ████████████████████████████████
17   ██████████, ended up giving massages to you
18   and Mr. Epstein?
19           MR. PAGLIUCA:  I'm going to
20   instruct you not to answer the question.
21   This has been previously, the subject of
22   your former deposition, it doesn't fall
23   into any of the categories ordered by
24   the court, and so you don't need to
25   answer that.

Page 82

```
 1            G. Maxwell - Confidential
 2     Q.  Was [redacted] paid for the massages
 3  that she gave you?
 4     A.  I didn't pay her, so I believe she
 5  was paid.
 6     Q.  Who paid her?
 7     A.  I don't know who paid her.
 8        MR. PAGLIUCA:  Again, you've
 9     already answered that there was no
10     sexual activity between yourself and
11     Mr. Epstein related to these massages.
12     That's record testimony today.  That's
13     within the scope of the court's order.
14     The rest of this is outside the scope of
15     the court's order, and I instruct you
16     not to answer.
17        MR. BOIES:  You are taking the
18     position that as long as she said says
19     that a massage did not involve sexual
20     activity, we cannot ask about massages.
21     That's your view?
22        MR. PAGLIUCA:  On this particular
23     questioning, yes.
24  BY MR. BOIES:
25     Q.  Did Mr. Epstein pay [redacted] for the
```

Page 83

```
 1            G. Maxwell - Confidential
 2  massages that she gave Mr. Epstein?
 3        MR. PAGLIUCA:  You just asked this
 4     question, and I told her not to answer.
 5     I will tell her not to answer again for
 6     the same reasons.
 7     Q.  Do you know how much Mr. Epstein
 8  paid Johanna to give massages?
 9        MR. PAGLIUCA:  Same instruction to
10     the witness.  Why do you believe this is
11     within the scope of the court's order?
12        MR. BOIES:  Because of the court's
13     reference to massages, and because I
14     think how much a girl [redacted]
15     [redacted] was paid to give a
16     "massage" goes to whether there actually
17     was or was not sexual activity involved.
18        MR. PAGLIUCA:  The witness has
19     testified there wasn't.
20        MR. BOIES:  Perhaps it will
21     surprise you, I think it should not,
22     that I do not believe in my deposition I
23     need to simply accept her
24     characterization without
25     cross-examination.  Now, that's
```

Page 84

```
 1            G. Maxwell - Confidential
 2  something the judge can decide, but a
 3  question as to how much this young girl
 4  was being paid for a "massage", I think
 5  goes directly to the issue of sexual
 6  activity.
 7        MR. PAGLIUCA:  Here is the problem,
 8     Mr. Boies, at the first deposition,
 9     there were very limited instructions not
10     to answer and the witness was not told
11     not to answer questions about how much
12     people were paid or not paid or any of
13     those subject matters.  The witness was
14     only instructed not to answer about
15     sexual activity concerning adults in the
16     home.
17        None of this came up during the
18     deposition, and you just don't get a
19     chance to redo the deposition because
20     you feel like you want to.
21        So the judge's order is in the
22     context of the instructions to the
23     witness not to answer in the first
24     deposition, which is simply sexual
25     activity involving adults, which was the
```

Page 85

```
 1            G. Maxwell - Confidential
 2  only area that the witness was precluded
 3  from talking about in the first
 4  deposition.  So that's where we're at.
 5        MR. BOIES:  I think that directly
 6     misreads the judge's order, including
 7     where it says:  Defendant is ordered to
 8     answer questions relating to defendant's
 9     own sexual activity with or involving
10     Jeffrey Epstein, with or involving
11     plaintiff, with or involving underage
12     females, involving or including massage
13     with individuals defendant knew to be or
14     believed might become known to Epstein.
15        MR. PAGLIUCA:  All of it is
16     preceded by the word sexual activity.
17        MR. BOIES:  I think your point of
18     view is an interesting one, but we will
19     see what the judge rules on it.
20  BY MR. BOIES:
21
```



Confidential



Page 86

1   G. Maxwell - Confidential
2   and foundation.
3   A.

8        MR. PAGLIUCA:  Objection to form
9   and foundation.
10   A.  I don't know.
11   Q.  Did any of them give you massages?
12   A.  No.
13   Q.

17        MR. PAGLIUCA:  Objection to form
18   and foundation.  Asked and answered.
19   A.  No.
20   Q.  Were they ever in the Virgin
21   Islands?
22        MR. PAGLIUCA:  Objection to form
23   and foundation.
24   A.  No.
25

Page 87

1   G. Maxwell - Confidential
2

24        MR. PAGLIUCA:  Objection to form
25   and foundation.

Page 88

1   G. Maxwell - Confidential
2

Page 89

1   G. Maxwell - Confidential
2

MAGNA
LEGAL SERVICES



Confidential

Page 94

1        G. Maxwell - Confidential
2    ███████████████████████████
3        A.  I do.
4        MR. BOIES:  Let me show you a
5    document that has been marked for
6    identification as Maxwell Deposition
7    Exhibit 27.
8        (Maxwell Exhibit 27, Article,
9    marked for identification, as of this
10   date.)
11       MR. PAGLIUCA:  I'm going to need a
12   moment to review this, counsel.
13       MR. BOIES:  Sure.  Let me know when
14   you are finished.
15       MR. PAGLIUCA:  I will.
16       Okay.
17   BY MR. BOIES:
18       Q.  Did you see this article prior to
19   the time I'm showing it to you?
20       A.  No.
21       Q.  This is the first time you have
22   seen this article?
23       A.  Yes.
24       Q.  When did you first meet ██████████
25       MR. PAGLIUCA:  You are not

Page 95

1        G. Maxwell - Confidential
2    answering those questions.  That has
3    nothing to do with what we're here for
4    today.  We will take that up with the
5    judge, if we need to.
6        Q.  Let me direct your attention to a
7    portion of this article.  Did ████████ ever
8    talk to you about women that she believed
9    Mr. Epstein had had sex with?
10       MR. PAGLIUCA:  Don't answer that
11   question.  We will take that up with the
12   judge.
13       MR. BOIES:  Okay.
14       Q.  Did ████████ ever mention to you a
15   ███████████████████████████
16       A.  She did.
17       Q.  Did ████████ ever mention to you an
18   ███████████████████████████
19       A.  She did.
20       Q.  When did ██████████████████████
21   ██████████████
22       A.  She called me and asked me, I don't
23   know if she mentioned -- I want to take that
24   back.  I don't know if she mentioned ████
25   ████████.  I think she just mentioned ████

Page 96

1        G. Maxwell - Confidential
2    ███████████████████████████
3        Q.  Who was ████████████████████
4        A.  ███████████████████████████
5    ████████████████
6        Q.  ███████████████████████████
7    ██████
8        A.  Uh-huh.
9        Q.  Who was ███████████████
10       A.  ███████████████████████████
     ███████████████████████████
13       Q.  Did you know ██████████████████
14       A.  I did.
15       Q.  When did you first meet ██████████
16   ██████████
17       A.  I don't recall.
18       Q.  Did you see ████████████████ at
19   Mr. Epstein's house in Palm Beach?
20       A.  No, I don't think so.
21       Q.  Where did you see ██████████████████
22       A.  I believe I met her in New York at
23   some point.
24       Q.  Did you see ████████████ at
25   Mr. Epstein's house in New York?

Page 97

1        G. Maxwell - Confidential
2        A.  I don't recall meeting her there,
3    but -- I may have, but I don't recall.
4        Q.  Did you ever meet ████████████████
5        A.  I did.
6        Q.  Where did you meet ██████████████████
7        A.  She was in New Mexico.
8        Q.  At Mr. Epstein's property in New
9    Mexico?
10       A.  Yes.
11       Q.  And did Mr. Epstein ever have sex
12   with ████████████
13       A.  I have no idea.
14       Q.  Did Mr. Epstein ever engage in
15   sexual activities with ████████████
16       A.  I have no idea.
17       Q.  Did Mr. Epstein ever engage in
18   sexual activities with ██████████████
19       A.  I don't know, I don't think so.
20       Q.  Did ████████████████ ever work for
21   Mr. Epstein?
22       A.  I don't know.
23       Q.  Did ████████ ever visit you at
24   your apartment?
25       A.  I don't recall her ever coming.



Page 98

1    G. Maxwell - Confidential
2    Q.  Did you ever fly on Mr. Epstein's
3  plane with ███
4    A.  I don't remember.
5    Q.  Did you ever fly on Mr. Epstein's
6  plane with ████
7    A.  I don't think so.
8    Q.  Did ██████ ever give
9  Mr. Epstein a massage?
10   A.  I don't -- I have no idea.
11   Q.  Did ████████████
12  ████████████
13   A.  I don't recall.
14   Q.  What did ██████ tell you about
15  ██████ when she talked to you?
16   MR. PAGLIUCA:  You don't have to
17  answer that.  That has nothing to do
18  with the court's order and why we are
19  here.
20   Q.  Did ████████████
21  ████████████
22  ████ had said that Mr. Epstein had engaged
23  in sexual activities with her?
24   A.  She never said that.
25   Q.  Excuse me?

Page 99

1    G. Maxwell - Confidential
2    A.  I don't recall ever hearing such a
3  thing.
4    Q.  You know ████████, correct?
5    A.  I do.
6    Q.  Do you know whether or not ██
7  ████████████
8  ████████████
9    MR. PAGLIUCA:  Can you tell me how
10  that relates to this order, counselor?
11   MR. BOIES:  Yes, I think it goes
12  directly to the sexual activity related
13  to ████████ and what Mr. Epstein was
14  doing with ██
15   Again, you can instruct not to
16  answer.
17   MR. PAGLIUCA:  I'm trying to
18  understand why you are asking these
19  questions before I --
20   MR. BOIES:  I'm asking these
21  questions because these are people who
22  not only have been publicly written
23  about in terms of the sexual activity
24  that they were put into in connection
25  with Mr. Epstein, but the person who

Page 100

1    G. Maxwell - Confidential
2  wrote about them is somebody who talked
3  to this witness about it, and I think
4  that this is more than easily understood
5  cross-examination.
6    MR. PAGLIUCA:  Your question was,
7  do you know whether or not ████████████
8  ████████████
9  ██
10   MR. BOIES:  Yes.  And if you let
11  her answer, you will see where it leads.
12  If you won't let her answer, the judge
13  is going to determine it.  And I just
14  suggest to you that you stop these
15  speeches and stop debating, because you
16  are not going to convince me not to
17  follow-up on these questions.  If you
18  can convince the court to truncate the
19  deposition, that's your right, but all
20  you're doing is dragging this deposition
21  out.
22   MR. PAGLIUCA:  You have the
23  opportunity to give me a good faith
24  basis why you are asking these
25  questions.

Page 101

1    G. Maxwell - Confidential
2    MR. BOIES:  I have given you a good
3  faith basis.
4    MR. PAGLIUCA:  You haven't.
5    MR. BOIES:  Then instruct not to
6  answer.
7    MR. PAGLIUCA:  I am giving you the
8  opportunity to say why you are asking
9  the question, and why I'm telling her
10  not to answer and I am entitled to know
11  that.
12   MR. BOIES:  You are not entitled to
13  know why I'm asking the question.  You
14  are only entitled to know that it
15  relates to the subject matter that I am
16  entitled to inquire about, and I don't
17  think the judge is going to think that,
18  you know, where Mr. Epstein shipped
19  ████████ off to is outside the scope
20  of what I'm entitled to inquire about.
21   THE WITNESS:  Can we take a break?
22   MR. BOIES:  Only if you commit not
23  to talk to your counsel during the
24  break.
25   THE WITNESS:  That's ludicrous.

Confidential

Page 102

1    G. Maxwell - Confidential
2        MR. BOIES:  You want a break to
3    talk to your counsel, right?
4        THE WITNESS:  I want to use the
5    bathroom.
6        MR. BOIES:  You want to talk to
7    your counsel, right?
8        THE WITNESS:  I talk to my counsel
9    all the time.
10       MR. BOIES:  I don't want you
11   talking to your counsel while I'm in the
12   middle of this examination.
13       MR. PAGLIUCA:  I'm going to talk to
14   her, so are we going to sit here and go
15   for the rest of the day until we're
16   done?
17       MR. BOIES:  No, but I'm going to go
18   through the rest of this line of
19   questioning, unless you take her and
20   walk out and then, I'm going to protest
21   that to the judge.
22       MR. PAGLIUCA:  He is refusing a
23   bathroom break to your right now.
24       MR. BOIES:  No, I'm not.  I'm happy
25   to have her take a bathroom break as

Page 103

1    G. Maxwell - Confidential
2    long as she doesn't use it as an excuse
3    to get coached by her lawyer.
4        THE WITNESS:  For the record, I
5    want to object strongly to that.
6        MR. PAGLIUCA:  You don't talk now.
7    Do you want to go to the bathroom?
8        THE WITNESS:  Yes.
9        MR. PAGLIUCA:  How about if I stay
10   here, Mr. Boies, will that work for you?
11       MR. BOIES:  Absolutely.
12       THE VIDEOGRAPHER:  The time is
13   11:31, and we are going off the record.
14       (Recess.)
15       THE VIDEOGRAPHER:  The time is
16   11:34 a.m. and we are back on the
17   record.  This also begins DVD No. 4.
18   BY MR. BOIES:
19       Q.  Let me approach it this way.  If
20   you turn to page 5 of 7 of the exhibit that
21   is Vicky Ward's Daily Beast article.  And if
22   you look at the third paragraph where Ms.
23   Ward writes:  What I had "on the girls" were
24   some remarkably brave first-person accounts.
25   Three on-the-record stories from the family,

Page 104

1    G. Maxwell - Confidential
2    a mother and her daughters who came from
3    Phoenix.  The oldest daughter, an artist,
4    whose character was vouchsafed to me by
5    several sources, including the artist, Eric
6    Fischl, had told me weeping as she sat in my
7    living room, of how Epstein had attempted to
8    seduce both her and separately and her
9    younger sister, then only 16."
10       Did Ms. Ward tell you that?
11       A.  No.
12       Q.  Did Ms. Ward tell you that her
13   information was that █████████████████
14   ████████████████████████████████████
15   ██████████████
16       A.  No.
17       Q.  Did you and Mr. Epstein visit ██████
18   ███████████
19       A.  I don't know I would characterize
20   the word visit with Mr. Epstein.  We went for
21   business in Ohio because ██████████████
22   ██████████, and I accompanied him on a few
23   visits.
24       Q.  Did you and Mr. Epstein go to Ohio,
25   and while you were in Ohio, see █████████████

Page 105

1    G. Maxwell - Confidential
2        A.  I believe actually that she was --
3    stayed at his house there, so I would have
4    seen her at the house.  I believe I do recall
5    seeing her at the house, actually.
6        Q.  When you say she stayed at the
7    house, you are referring to █████████████
8        A.  Yeah, I think █████████     was
9    painting or something in Ohio, and he let her
10   stay at a place that he had.
11       Q.  When you say "he" let her stay, you
12   are talking about ██████████████
13       A.  No, I'm talking about Jeffrey
14   Epstein.
15       Q.  So when you saw █████████████ in
16   Ohio, it was your understanding that she was
17   staying at property that Mr. Epstein had in
18   Ohio, is that correct?
19       A.  I don't know if it was his property
20   or he rented it, I don't know what the nature
21   was.  It was a property that he had that she
22   stayed at.
23       Q.  █████████     was staying in Ohio at
24   some property, and you don't know whose
25   property it was, is that fair?

Page 106

```
 1          G. Maxwell - Confidential
 2      A.  I don't know what -- I don't know
 3  who owned -- I don't know anything about the
 4  ownership of the property or how Jeffrey had
 5  it or why he stayed there, I don't know.
 6      Q.  Was it clear to you that Jeffrey
 7  had arranged for ████████ to stay at
 8  wherever she was staying in Ohio?
 9          MR. PAGLIUCA:  Objection to form
10      and foundation.
11      A.  I have no idea what the arrangement
12  was between ████████ and Jeffrey.
13      Q.  When you referred to the property
14  where ████████ was staying, you said you
15  didn't know how Jeffrey had it?
16      A.  What's your question?
17      Q.  Was it your understanding that
18  Jeffrey did have that property that she was
19  staying at in some capacity or another,
20  either owning it or leasing it or having been
21  given it by a friend?
22          MR. PAGLIUCA:  Objection to form
23      and foundation.
24      A.  I have no idea.
25      Q.  Where was this property that you
```

Page 107

```
 1          G. Maxwell - Confidential
 2  and Mr. Epstein visited ████████ at in
 3  Ohio?
 4          MR. PAGLIUCA:  Objection to form
 5      and foundation.
 6      A.  It was in Columbus.
 7      Q.  Was it a house or an apartment?
 8      A.  It was a house.
 9      Q.  When you and Mr. Epstein visited
10  ████████ at this house in Columbus, was
11  anyone else in the house?
12      A.  I never visited ████████ at the
13  house.
14      Q.  Did you see ████████ in Ohio?
15      A.  I recall seeing her, but I didn't
16  visit.  I didn't go to Ohio to see ████
17  ████.
18      Q.  When you went to Ohio, did you see
19  ████████
20      A.  I recall seeing ████████ in
21  Ohio.
22      Q.  Where did you see her?
23      A.  I recall seeing her at this house
24  that Jeffrey stayed at.
25      Q.  ████████ was staying in the
```

Page 108

```
 1          G. Maxwell - Confidential
 2  house in Columbus, Ohio, correct?
 3      A.  I don't know the arrangement that
 4  ████████ had with Jeffrey.  I believe she
 5  was painting there, but I was never aware of
 6  the arrangement.  I know that I saw her in
 7  Ohio at a house.
 8      Q.  When you were with ████████ at
 9  this house in Columbus, Ohio, Mr. Epstein was
10  with you, correct?
11      A.  I went to Ohio with him on
12  business, and we were at a house that he
13  could stay at and I stayed at, and I recall
14  ████████ being at this house.  That is
15  what I recall.
16      Q.  When you went to Ohio with
17  Mr. Epstein, did you see ████████ on more
18  than one occasion?
19      A.  I don't recall.
20      Q.  You saw ████████ in Ohio with
21  Mr. Epstein on at least one occasion,
22  correct?
23          MR. PAGLIUCA:  Objection to form
24      and foundation.
25      A.  I recall seeing her in Ohio, but I
```

Page 109

```
 1          G. Maxwell - Confidential
 2  couldn't tell you how many times I saw her.
 3  For sure once, because I have a recollection
 4  of seeing her once.
 5      Q.  And the house in which you and
 6  Mr. Epstein and ████████ were in
 7  Columbus, Ohio, was that a house that you and
 8  Mr. Epstein were staying in overnight?
 9      A.  I stayed overnight there.
10      Q.  Was ████████ staying there
11  overnight?
12      A.  I don't recall.
13      Q.  How many nights did you and
14  Mr. Epstein stay in this house in Columbus?
15      A.  I don't recall.
16      Q.  Was it more than one?
17      A.  I don't recall.
18      Q.  The night or nights that you and
19  Mr. Epstein stayed at this house in Columbus,
20  was ████████ there?
21      A.  I don't recall.
22      Q.  When you saw ████████ in Ohio,
23  did you talk to her?
24      A.  I'm assuming I must have said
25  hello, so yes.
```



Page 110

1    G. Maxwell - Confidential
2    Q.  Other than assuming you may have
3  said hello, did you have any conversations
4  with her?
5    A.  Not that I recall.
6    Q.  Did ███████ complain to you or
7  Mr. Epstein about anything?
8    MR. PAGLIUCA:  Objection to form
9  and foundation.
10    A.  I don't know what she would have
11  done if she complained to Jeffrey about
12  anything, but she didn't complain to me, as
13  far as I recall.
14    Q.  As far as you know, she didn't
15  complain to Mr. Epstein,, is that correct?
16    A.  I have no knowledge of what she did
17  or didn't do in that regard.
18    Q.  Did she call the police or threaten
19  to call the police because of anything that
20  either you or Mr. Epstein did?
21    MR. PAGLIUCA:  Objection to form
22  and foundation.
23    A.  I never ever heard that.
24    Q.  ███████ didn't tell you, is your
25  testimony?

Page 111

1    G. Maxwell - Confidential
2    MR. PAGLIUCA:  Objection to form
3  and foundation.
4    A.  My testimony is I never heard that,
5  period.
6    Q.  That includes, I assume, that you
7  never heard that from ████████ that's your
8  testimony?
9    MR. PAGLIUCA:  Objection to form
10  and foundation.
11    A.  I think you can safely say if
12  you've never heard it at all, it would
13  encompass anybody at all.  It means you never
14  heard it, period.
15    Q.  Did you ever see ████████ in
16  Ohio?
17    A.  Not that I recall.
18    Q.  Where did you last see ████
19  ████████
20    A.  I only recall seeing her at the
21  ranch.
22    Q.  In New Mexico?
23    A.  Yeah.
24    Q.  Other than seeing ████████ at
25  Mr. Epstein's place in New Mexico, did you

Page 112

1    G. Maxwell - Confidential
2  ever see ████████
3    A.  I don't recall ever seeing her.
4    Q. ████████████████████████
5  ████████████████████
6    A. ████
7    Q.  Did ████████ ever engage in any
8  sexual activity with Mr. Epstein?
9    A.  I wouldn't know.  I would assume
10  not, but I don't know.
11    Q.  Do you have any reason to believe
12  that Mr. Epstein engaged in any sexual
13  activity with ████████
14    MR. PAGLIUCA:  Objection to form
15  and foundation.
16    A.  I wouldn't know.
17    Q.  Did you ever give a massage to
18  anyone other than Mr. Epstein at any of Mr.
19  Epstein's properties?
20    A.  First of all, I never said I gave
21  Mr. Epstein a massage.
22    Q.  I will ask that question if you
23  want, but I was focusing on people other than
24  Mr. Epstein right now.
25    A.  I don't give massages.

Page 113

1    G. Maxwell - Confidential
2    Q.  Let's just tie that down.  It is
3  your testimony that you've never given
4  anybody a massage?
5    A.  I have not given anyone a massage.
6    Q.  You never gave Mr. Epstein a
7  massage, is that your testimony?
8    A.  That is my testimony.
9    Q.  You never gave ████████ a
10  massage is your testimony?
11    A.  I never gave ████████ a
12  massage.
13    Q.  Did you, or to your knowledge,
14  Mr. Epstein pay for ████████ to go to
15  Thailand?
16    MR. PAGLIUCA:  Objection to form
17  and foundation.
18    A.  I am not aware.
19    Q.  Do you know whether ████████
20  went to Thailand?
21    A.  I have no knowledge of anything
22  like that.
23    Q.  Did you ever give anyone
24  instructions as to how to give a massage?
25    MR. PAGLIUCA:  Objection to form



Confidential

Page 114

1         G. Maxwell - Confidential
2     and foundation.
3       A.  No.  With a clarification, I do --
4   I have very -- how to massage feet, pressure
5   points on a foot and pressure points on a
6   hand.
7       Q.  Is what you're saying is that you
8   gave people instructions as to how to massage
9   feet and hands?
10      A.  I have never given any
11  instructions.  I have shown where pressure
12  points are on a hand and on a foot, but I
13  have never given instructions on how to do
14  it.  I have demonstrated where a pressure
15  point on a hand and a foot is.
16      Q.  Did you do that demonstration with
17  people who were giving or were planning to
18  give Mr. Epstein massages?
19          MR. PAGLIUCA:  Objection to form
20      and foundation.
21      A.  No, just in general, something
22  that I know how to do, so it would be just as
23  a general thing I have done.
24      Q.  When you talk about general thing
25  you have done, is to tell people where the

Page 115

1         G. Maxwell - Confidential
2   pressure points are on hands and feet?
3       A.  Yes.
4       Q.  Did you ever use that knowledge to
5   try to show someone who was giving or was
6   planning to give Mr. Epstein a massage how to
7   do it?
8          MR. PAGLIUCA:  Objection to form
9      and foundation.  Asked and answered.
10      A.  I am not aware of ever having done
11  that, but I am aware of having shown people
12  that there is a pressure point on the hand
13  and foot.  I have no specific knowledge of
14  who.  Just in general, I have done it.
15      Q.  Did you show people pressure points
16  on hands and feet in Mr. Epstein's house in
17  Palm Beach?
18      A.  I don't recall with specificity
19  where.  I just know I do it because it's just
20  something that I happen to know, it helps
21  people, something I know.
22      Q.  What I'm trying to be sure that I
23  have your testimony on is whether at any of
24  Mr. Epstein's properties, whether you call it
25  instructions or not, told people or showed

Page 116

1         G. Maxwell - Confidential
2   people how to give massage.  Did you do that?
3       A.  I have not done that.
4       Q.  Did you ever tell or show people
5   how to give Mr. Epstein a massage?
6       A.  No.
7       Q.  Did you ever tell or show people at
8   Mr. Epstein's properties how to give
9   massages?
10      A.  No.
11      Q.  Did you at any time, at any of
12  Mr. Epstein's properties, tell or show anyone
13  how to give massages or how Mr. Epstein liked
14  massages?
15          MR. PAGLIUCA:  Objection to form
16      and foundation.
17      A.  No.  I think Mr. Epstein is
18  perfectly capable --
19          MR. PAGLIUCA:  There is no question
20      pending.
21      Q.  Did Mr. Epstein, in your presence,
22  ever tell or show anyone how he liked
23  massages?
24      A.  I don't recall.
25      Q.  Did Mr. Epstein ever tell you how

Page 117

1         G. Maxwell - Confidential
2   he liked or didn't like massages given by any
3   particular person?
4       A.  I can't recall.
5       Q.  In other words, did he ever praise
6   to you or compliment to you some massage that
7   he had gotten or some person who had given
8   him a massage?
9       A.  I'm sure in the course of time he
10  did, but I can't recall.
11      Q.  Did he ever complain to you or
12  criticize the massage that anyone gave him?
13      A.  Again, I don't recall.
14      Q.  You know ███████████████
15  ██████████, correct?
16      A.  I do.
17      Q.  Did Mr. Epstein, insofar as you
18  have any reason to believe, ever engage in
19  sexual activities with her?
20      A.  I have no knowledge.
21      Q.  Did you ever engage in sexual
22  activities with ████████████████
23      A.  No.
24      Q.  Have you had any conversations with
25  ████████████ about Mr. Epstein's



Confidential

| | |
|---|---|
| Page 118 | Page 120 |

**Page 118**

1    G. Maxwell - Confidential
2  massages or sexual activities?
3       MR. PAGLIUCA:  Objection to form
4  and foundation.
5       A.  No.
6       Q.  When was the last time you had any
7  communications with ███████████
8       A.  A long time ago.  So long, I don't
9  recall.
10      Q.  Were you aware that ██████████
11  ██████ was noticed for a deposition in this
12  case?
13      A.  I believe I did know that, yes.
14      Q.  Did you have any conversations with
15  anyone as to whether or not ████████
16  ██████ would or should show up for that
17  deposition?
18      MR. PAGLIUCA:  Wait a minute, what
19  does that have to do with the court's
20  order.  Don't answer that question.
21  Just don't answer it.  This is silly.
22      MR. BOIES:  I actually think it is
23  far from silly.  I think it goes to an
24  obstruction of justice situation that I
25  think you would be well advised to allow

**Page 119**

1    G. Maxwell - Confidential
2  your client to answer the question on.
3       MR. PAGLIUCA:  Do you have a good
4  faith basis to suggest that she
5  suggested that ███████ not show up at
6  her deposition yesterday?
7       MR. BOIES:  I don't know whether it
8  was you, I don't know whether it was
9  her, I don't know who did it.  What I do
10  know is that she didn't show up, and I
11  think the evidence will be quite clear
12  that your client's testimony about the
13  extent of her relationship with ██████
14  ████████████ is not accurate.
15      And in that context, I think the
16  circumstances under which it turns out
17  that she doesn't show up is entirely
18  appropriate for examination, but that is
19  something that I'm happy to talk to the
20  judge about.
21      MR. PAGLIUCA:  Sure.  And I hope
22  that you give him some good faith basis
23  for the assertions that you are making
24  here today, which are wholly improper.
25      MR. BOIES:  I don't think they are

**Page 120**

1    G. Maxwell - Confidential
2  at all improper.  I am not making any
3  assertions.  I'm simply asking
4  questions.  I'm trying to find out what
5  the facts are.
6       MR. PAGLIUCA:  No, you are not.
7       MR. BOIES:  Yes, I am.  You are
8  trying to keep the facts from coming
9  out.
10      MR. PAGLIUCA:  No, I'm not.  I'm
11  trying to keep this orderly and not
12  abusive as to where it is going.
13      MR. BOIES:  This is so far from
14  abusive.
15      MR. PAGLIUCA:  I think we should
16  take a lunch break, given it is noon.
17      MR. BOIES:  We will do it in a half
18  hour, I want to finish this line of
19  questioning.  I will guarantee we are
20  out by 12:30.
21  BY MR. BOIES:
22      Q.  Let me ask you about a few other
23  people.
24  ████████████, do you know her?
25      A.  I do.

**Page 121**

1    G. Maxwell - Confidential
2       Q.  Is she anyone with whom Mr. Epstein
3  had sex?
4       MR. PAGLIUCA:  Objection to form
5  and foundation.
6       A.  I have no idea.
7       Q.  Is she anyone with whom Mr. Epstein
8  engaged in sexual activities?
9       MR. PAGLIUCA:  Objection to form
10  and foundation.
11      A.  I have no personal knowledge.
12      Q.  When you say you have no personal
13  knowledge, what do you mean by personal
14  knowledge?
15      A.  I mean that I've read the police
16  reports, so that's the only knowledge I have
17  of what ██████ or anybody else has with
18  Jeffrey.  I have no way of knowing whether
19  they did or not.  Personal knowledge means
20  did I know myself.
21      Q.  After you saw the police reports
22  about Mr. Epstein's relations with ████
23  ████████, did you ever talk to Mr. Epstein
24  about whether or not that police report was
25  or was not accurate?



Page 122

```
 1        G. Maxwell - Confidential
 2     A.  I have not.
 3     Q.  You did communicate with
 4  Mr. Epstein after you saw that police report,
 5  correct?
 6        MR. PAGLIUCA:  Objection to form
 7     and foundation.
 8     A.  I don't know that's true.
 9     Q.  When did you see the police report?
10        MR. PAGLIUCA:  If this involves
11     communications with me, I'm going to
12     instruct you not to answer the
13     questions.
14     Q.  Is it your testimony that the only
15  time you saw the police reports was when it
16  was shown to you by your counsel?
17     A.  That's the only time I recollect.
18     Q.  What?
19     A.  That's the only time I remember
20  seeing it.
21     Q.  When did your counsel show you the
22  police report?
23        MR. PAGLIUCA:  If you remember, you
24     can answer that question.
25     A.  I don't know.  I guess recently,
```

Page 123

```
 1        G. Maxwell - Confidential
 2  but I don't recall.
 3     Q.  In the last 30 days?
 4     A.  I really don't remember when I saw
 5  it.
 6     Q.  Was the first time that you saw the
 7  police report sometime this calendar year
 8  2016?
 9     A.  I don't remember when I've seen
10  them.  It's in the course of this latest
11  lies.
12     Q.  What do you mean, in the course of
13  this latest lies?
14     A.  In the course of this defamation
15  suit.
16     Q.  And you may not be able to answer
17  this, but if you can, I just want to know.
18  When you saw the police report in the course
19  of this defamation suit, was it this calendar
20  year, that is 2016, sometime?
21     A.  I don't know, I'm sorry, I have no
22  memory.
23     Q.  When is the last time you had a
24  conversation or communication with
25  Mr. Epstein?
```

Page 124

```
 1        G. Maxwell - Confidential
 2     A.  A very long time ago.
 3     Q.  How long?
 4     A.  I think two years ago, something
 5  like that.
 6     Q.  Before this defamation lawsuit?
 7     A.  Excuse me?
 8     Q.  Before this defamation lawsuit?
 9     A.  You are asking if I communicated
10  with him before the defamation?  What are you
11  asking me?
12     Q.  Have you communicated with
13  Mr. Epstein since this defamation lawsuit was
14  filed?
15     A.  I don't believe I have.  I haven't
16  spoken to him -- no, I don't think so.  I
17  don't remember when it was filed, no, I don't
18  think so.
19     Q.  By communication, I don't mean just
20  speaking to him.  I mean writing him a
21  letter, email, communicated in any way?
22     A.  No.
23     Q.  When you say no, does that mean you
24  have not communicated with Mr. Epstein in any
25  way since this lawsuit was filed?
```

Page 125

```
 1        G. Maxwell - Confidential
 2     A.  I don't recall any communications
 3  with him since this lawsuit has been filed.
 4     Q.  Did you ever discuss ▮▮▮▮▮▮
 5     ▮▮▮▮▮ with Mr. Epstein?
 6        MR. PAGLIUCA:  Objection to form
 7     and foundation.
 8     A.  I would have had conversations with
 9  him in general terms.  Obviously I talked
10  about her with him but not in any context of
11  this situation.  Just I will have talked to
12  him about her.
13     Q.  When was the last time you talked
14  to Mr. Epstein about ▮▮▮▮▮▮▮▮
15     A.  Probably in 2003, 2002.
16     Q.  What was the subject matter of that
17  conversation?
18     A.  I have no idea.
19     Q.  Did it have anything to do with
20  Mr. Epstein's relationship with ▮▮▮▮▮▮
21  ▮▮▮▮▮
22     A.  No, I have no idea.  It would have
23  nothing to do with anything other than a
24  work-related issue.
25     Q.  Did ▮▮▮▮▮▮▮▮▮▮ work for
```



Confidential

Page 126

```
1              G. Maxwell - Confidential
2    Mr. Epstein?
3         A.  I believe she did.
4         Q.  Was she working for Mr. Epstein in
5    2003?
6         A.  I believe she was.
7         Q.  What was her job?
8         A.  I don't exactly know what her job,
9    her responsibilities were.
10        Q.  Do you know any of job
11   responsibilities?
12        A.  I believe she traveled with him and
13   help managed the houses and run the staff and
14   whatever else he asked her to do.  She worked
15   for Mr. Epstein, so you would have to ask
16   him.
17        Q.  Was it your understanding that
18   ███████████████ at some point had had a
19   sexual or romantic relationship with
20   Mr. Epstein?
21        A.  I have no knowledge of that.
22        Q.  Let me go back to ██████████.
23   Did you know, yourself, ████████████?
24        A.  I met her.
25        Q.  Where did you meet her?
```

Page 127

```
1              G. Maxwell - Confidential
2         A.  I don't recall where I met her, I
3    just don't.
4         Q.  Did you meet her at one of
5    Mr. Epstein's properties?
6         A.  It's possible, but I don't recall
7    where I met her.
8         Q.  Did you ever see ██████ at any of
9    Mr. Epstein's properties?
10        A.  I believe that -- I believe on the
11   island, I recall, maybe.
12        Q.  Virgin Islands?
13        A.  Virgin Islands.
14        Q.  Did ██████ work for Mr. Epstein?
15        A.  I don't know.
16        Q.  Did ██████ travel with Mr. Epstein?
17        A.  I don't know.  If she was on the
18   island, then presumably she did.  I don't
19   recall.
20        Q.  Did you ever see █████████████
21   at any of Mr. Epstein's properties other than
22   in the Virgin Islands?
23        A.  Not that I recall.
24        Q.  Leaving aside anything that you
25   have learned since this defamation suit
```

Page 128

```
1              G. Maxwell - Confidential
2    started, did you have any reason to believe
3    that Mr. Epstein had engaged in sexual
4    activities with ███████████████?
5              MR. PAGLIUCA:  Objection to form
6         and foundation.
7         A.  I don't -- I have no idea.  It
8    wouldn't be something I think about.
9         Q.  I'm sorry, say that again?
10        A.  I would have no idea.
11        Q.  Did ██████████████, insofar as
12   you were aware, ever give Mr. Epstein a
13   massage?
14        A.  I have no idea.
15        Q.  Did you ever see her go into the
16   massage room?
17        A.  Not that I recall, no.
18        Q.  Did you ever tell ███████████████
19   that Mr. Epstein wanted her in the massage
20   room?
21        A.  No.
22        Q.  Did you ever have any discussions
23   with Mr. Epstein about ███████████████?
24        A.  None.
25        Q.  Did you ever have any discussions
```

Page 129

```
1              G. Maxwell - Confidential
2    with ████████████ about Mr. Epstein?
3         A.  None.
4         Q.  Do you know how much money, if any,
5    Mr. Epstein paid ███████?
6         A.  I have no idea, no, I have no idea.
7         Q.  Do you know whether Mr. Epstein
8    paid ███████████, even if you don't know
9    the amount?
10        A.  No, I would not know that.
11   Actually, I don't, I don't recall any
12   conversation --
13             MR. PAGLIUCA:  There is no question
14        pending.
15        Q.  Do you know who ██████████████
16   is?
17        A.  Yes.
18        Q.  Would you identify him for the
19   record?
20        A.  ████████████████
```

Page 130

G. Maxwell - Confidential

1
2  in Palm Beach in the 1990s and 2000s?
3      A.  I don't believe so.
4      Q.  ████████████████ for
5  Mr. Epstein?
6      A.  I believe late -- middle of 2000s.
7  2004, 2005, something like that.
8      Q.  When he became █████████
9  ████████, did he work for Mr. Epstein in
10  Palm Beach?
11     A.  I believe he did.
12     Q.  And did you see ████████ at
13  Mr. Epstein's Palm Beach residence while
14  ████████████████████████████
15  ████████████████████████
16     A.  I was not in Palm Beach when he was
17  working for Mr. Epstein.
18     Q.  I think you answered the question,
19  but I want to be absolutely certain.  Is it
20  your testimony that you never saw
21  ████████████ at Mr. Epstein's Palm Beach
22  residence?
23     A.  That is not my testimony.
24     Q.  Did you ever see ████████ at
25  Mr. Epstein's Palm Beach residence?

Page 131

G. Maxwell - Confidential

1
2      A.  I'm sure I did because I would have
3  seen him.  I'm sure I did see him but -- yes,
4  I would have seen him.
5      Q.  When did you see ████████ at
6  Mr. Epstein's Palm Beach residence?
7      A.  If I'm right and I could -- the
8  dates are a bit off, Mr. Epstein's mother
9  died, I think ████████ was working for
10  Mr. Epstein at that time, and I helped with
11  the funeral arrangements and I would have
12  seen him at that point.
13     Q.  Other than the one occasion when
14  Mr. Epstein's mother died, we can figure out
15  what the date of that was --
16     A.  I don't have all the dates in my
17  head.
18     Q.  Other than the one occasion when
19  Mr. Epstein's mother died, did you ever see
20  ████████████
21     A.  In that period of time when I went
22  very infrequently to Palm Beach, I don't know
23  how many times, maybe once or twice and had
24  he been at the house, I would have seen him,
25  so there would have been very few times.

Page 132

G. Maxwell - Confidential

1
2      Q.  Did you see ████████████ at Mr.
3  Epstein's Palm Beach residence in 2005?
4      A.  I don't recall going to the house
5  in 2005, but if I was there and he was
6  working, I would have seen him.
7      Q.  Do you recall, as you sit here now,
8  one way or another, whether you were at Mr.
9  Epstein's Palm Beach residence in 2005?
10     A.  I don't recall going to the house
11  in 2005, but if I did go, I would have seen
12  him.  And if I did go, it would have been
13  once, maybe, I maybe went to the house in
14  2005, I don't recall.
15     Q.  If you went to the house in 2005,
16  is it your testimony it would have only been
17  once?
18     A.  Sounds about right, maybe twice.  I
19  was not in Palm Beach in 2005.
20     Q.  For you to have been at Mr.
21  Epstein's house in Palm Beach, you would have
22  had to have been in Palm Beach, right?
23     A.  I would have had to have been in
24  Palm Beach to be at his house in Palm Beach,
25  of course.

Page 133

G. Maxwell - Confidential

1
2      Q.  So when you say you were not in
3  Palm Beach in 2005, does that mean it is your
4  testimony you were not at Mr. Epstein's house
5  in Palm Beach in 2005?
6      A.  I don't recall being at Mr.
7  Epstein's house in 2005, I don't really
8  recall being in Palm Beach in 2005, and if I
9  was in Palm Beach in 2005, I may not have
10  stayed at his house.
11     Q.  Is it your testimony that the most
12  you would have been at Mr. Epstein's house in
13  Palm Beach in 2005 was once or twice, if
14  that?
15     A.  To the best of my recollection,
16  that sounds about right.  But I really don't
17  recall, 2005 is a long time ago, I just don't
18  recall.
19     Q.  You were continuing to work for
20  Mr. Epstein in 2005?
21     A.  I was helping out in just very
22  specific areas of staffing of the houses and
23  some architectural details and decorating.
24     Q.  You were getting paid?
25         MR. PAGLIUCA:  We've gone over

MAGNA
LEGAL SERVICES

Page 134

```
 1        G. Maxwell - Confidential
 2    this.  You don't need to testify about
 3    this again.  We will take it up with the
 4    judge, if we need to.  I let this go on
 5    for 15 minutes about Palm Beach.
 6        MR. BOIES:  I ask the question, you
 7    give the instruction, the judge decides.
 8    Q.  In 2005, were you assisting in the
 9    arranging of massages for Mr. Epstein?
10    A.  No.
11    Q.  Not at all is your testimony?
12    A.  Correct.
13        MR. BOIES:  This is a good time to
14    take a lunch break.
15        MR. PAGLIUCA:  Okay.  I don't
16    intend on being here all day, so if you
17    have some important questions you want
18    to ask, you may want to get to those.
19        MR. BOIES:  You can walk out any
20    time you want.
21        MR. PAGLIUCA:  We are getting
22    close.
23        MR. BOIES:  The judge will decide
24    whether that's appropriate or not.
25        MR. PAGLIUCA:  We are getting
```

Page 135

```
 1        G. Maxwell - Confidential
 2    close.
 3        THE VIDEOGRAPHER:  It's 12:15 p.m.
 4    and we are going off the record.
 5        (Whereupon, a luncheon recess was
 6    taken at 12:15 p.m.)
 7
 8            *   *   *
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 136

```
 1        G. Maxwell - Confidential
 2    A F T E R N O O N   S E S S I O N
 3        (Time noted:  1:16 p.m.)
 4
 5    G H I S L A I N E   M A X W E L L,
 6    resumed and testified as follows:
 7
 8        THE VIDEOGRAPHER:  The time is 1:16
 9    p.m., and we are back on the record.
10    This also begins DVD No. 5.
11        MR. PAGLIUCA:  One housekeeping
12    matter before you get started.  The
13    original deposition was as confidential
14    and we would designate this continued
15    deposition as confidential as well.
16        MR. BOIES:  Okay.
17        Let me ask you to look at a
18    document that has been marked as Maxwell
19    Deposition Exhibit 28.  This is another
20    list of names.
21        (Maxwell Exhibit 28, List of names,
22    marked for identification, as of this
23    date.)
24    Q.  What I would ask you to do is to
25    identify the names that are here that you do
```

Page 137

```
 1        G. Maxwell - Confidential
 2    not recognize.  That is, I think you will
 3    recognize most of the names --
 4        MR. POTTINGER:  Excuse me one
 5    second.
 6    Q.  What I was saying was that I would
 7    like you to look at the names here and tell
 8    me which names you do not recognize.
 9    A.  I pretty much recognize these
10    names.  I don't know everybody very well, but
11    I recognize the names.
12    Q.  You know who they are?
13    A.  I don't know if I know who they
14    are.  I recognize the names.
15    Q.  Are most of the people on this list
16    people that you've met before?
17        MR. PAGLIUCA:  Objection to form
18    and foundation.
19    A.  I believe I've met pretty much
20    everybody on this list.
21    Q.  Who on the list have you not met?
22    A.  I think I met them all.
23    Q.  Now, were all of these people
24    people that at one time or another you were
25    with with Mr. Epstein?
```



Confidential

Page 138

```
1          G. Maxwell - Confidential
2          MR. PAGLIUCA:  Objection to form
3      and foundation.
4      A.  I believe so.
5      Q.  Were any of these people on the
6  list, obviously leaving aside Mr. Epstein
7  himself, people who, to your knowledge,
8  received massages at one or more of Mr.
9  Epstein's properties?
10         MR. PAGLIUCA:  Objection to form
11     and foundation.
12     A.  I couldn't say.
13     Q.  Are there any people on this list
14 who you have reason to believe received
15 massages at one or more of Mr. Epstein's
16 properties?
17         MR. PAGLIUCA:  Objection to form
18     and foundation.
19     A.  I couldn't say.
20     Q.  Just to be clear, my most recent
21 question is whether any of the people on this
22 list are people who you have reason to
23 believe received massages at one of Mr.
24 Epstein's properties?
25         MR. PAGLIUCA:  Same objection.
```

Page 139

```
1          G. Maxwell - Confidential
2      A.  I couldn't say.
3      Q.  Why can't you say?
4      A.  Because I just don't know.
5      Q.  Well, you know whether you have a
6  reason to believe, correct?
7          MR. PAGLIUCA:  Objection to form
8      and foundation.
9      A.  These are events that took place 17
10 years ago, and I really do not know.  It is
11 possible that people on that list got a
12 massage, it's also possible they didn't.  I
13 really don't know, leaving aside, of course,
14 Mr. Epstein himself.
15     Q.  Yes.
16         MR. PAGLIUCA:  One second, I'm
17     getting text messages.
18 ████████████████████████████████████████
   ████████████████████████████████████████
   █
22     Q.  Are there any names on this list
23 that you have reason to believe Mr. Epstein
24 engaged in sexual activities with?
25         MR. PAGLIUCA:  Objection to form
```

Page 140

```
1          G. Maxwell - Confidential
2      and foundation.
3      A.  ████████ was his girlfriend.
4      Q.  I am sorry?
5      A.  ████████ was his girlfriend.
6      Q.  When was ████████ Mr. Epstein's
7  girlfriend?
8      A.  I don't know the dates, but I
9  believe in the '80s.
10     Q.  In the 1980s?
11     A.  Yeah, and part of the 1990s, I
12 believe.  So I don't know when they started
13 and when they ended.  They were in a
14 long-term relationship.
15     Q.  Was Mr. Epstein engaged in sexual
16 activities with ████████ during the
17 period of time that you were involved with
18 Mr. Epstein?
19     A.  I wouldn't know.
20     Q.  How old was ████████ when she
21 was first involved with Mr. Epstein?
22     A.  I don't know.
23     Q.  How old was ████████ when you
24 first met her?
25     A.  I don't recall.
```

Page 141

```
1          G. Maxwell - Confidential
2      Q.  Did any of the people on this list,
3  other than Mr. Epstein himself, and the list
4  is Exhibit 28, ever ask you to arrange a
5  massage?
6          MR. PAGLIUCA:  Objection to form
7      and foundation.
8      A.  Not that I recall.
9      Q.  Did you arrange a massage for any
10 of the people on this list other than
11 Mr. Epstein?
12     A.  Not that I recall.
13     Q.  Were any of the people on this
14 list, other than Mr. Epstein, given a massage
15 at any of Mr. Epstein's residences?
16         MR. PAGLIUCA:  Objection to form
17     and foundation.  Asked and answered.
18     A.  I wouldn't know.
19     Q.  Did any of the people on this list,
20 other than Mr. Epstein, engage in sexual
21 activities with anyone at Mr. Epstein's
22 properties?
23         MR. PAGLIUCA:  Objection to form
24     and foundation.
25     A.  I wouldn't know.
```



Confidential



Page 142

1      G. Maxwell - Confidential
2      Q.  When you say I wouldn't know, I
3  take it you mean to include that you
4  testified that you do not know, is that
5  correct?
6          MR. PAGLIUCA:  Objection to form
7      and foundation.
8      A.  I would have no knowledge.  I have
9  no knowledge of what you are asking me.
10     Q.  Did you ever have conversations
11  with anyone that were intended to convince
12  them to engage in sexual activities with
13  Mr. Epstein?
14         MR. PAGLIUCA:  Objection to form
15     and foundation.  This has been asked and
16     answered in her previous deposition, by
17     the way.
18     A.  No.
19     Q.  Did you ever tell anyone that
20  Mr. Epstein was a scout for Victoria's
21  Secret?
22     A.  I don't recall saying that.
23     Q.  Did you ever tell anyone that
24  Mr. Epstein could get them a job with
25  Victoria's Secret?

Page 143

1      G. Maxwell - Confidential
2      A.  I don't recall saying that.
3      Q.  Do you deny saying that, or do you
4  simply say you don't recall, one way or
5  another, whether you said it?
6          MR. PAGLIUCA:  This is outside the
7      court's order, so I will tell you not to
8      answer this, and we will take it up with
9      the judge.
10

Page 144

1          G. Maxwell - Confidential
2

Page 145

1          G. Maxwell - Confidential
2

Confidential



Page 146

1
2    G. Maxwell - Confidential

Page 147

1
2    G. Maxwell - Confidential

Page 148

1
2    G. Maxwell - Confidential

Page 149

1
2    G. Maxwell - Confidential

15        Q.  Was there anything that occurred
16   that led you to conclude that you didn't want
17   to be there anymore?
18        A.  I ceased to be happy in the job and
19   I ceased to be happy spending time with
20   Mr. Epstein.
21        Q.  Was there anything that happened
22   that you can identify that caused you to
23   cease to be happy spending time with
24   Mr. Epstein?
25        A.  He became more difficult to work



Page 150

1       G. Maxwell - Confidential
2   with.
3       Q.  Was there any particular aspect of
4   that that you can identify now?
5       A.  Just general.  Just doesn't work.
6       Q.  Let me focus on ▮▮▮▮▮▮.  Now,
7   you testified that you have no reason to
8   believe that ▮▮▮▮▮▮ engaged in sexual
9   activities with anyone at any of Mr.
10  Epstein's residences, is that correct?
11      A.  I would have no knowledge of that.
12      Q.  Did you ever see ▮▮▮▮▮ engage
13  in sexual activities with anyone?
14      A.  I did not.
15      Q.  Did you ever see ▮▮▮▮▮ taking
16  photographs of people engaged in sexual
17  activities?
18      A.  I did not.
19      Q.  I apologize for getting into
20  something that is kind of an intimate area,
21  but I need to establish this, in part because
22  it relates to patterns of conduct, and I need
23  to ask you some questions about your sexual
24  activities with Mr. Epstein.
25      A.  Okay.

Page 151

1       G. Maxwell - Confidential
2   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Page 152

1       G. Maxwell - Confidential
2   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
7       Q.  Did you ever have conversations
8   with anyone who was engaged in sexual
9   activities with Mr. Epstein about those
10  sexual activities?
11          MR. PAGLIUCA:  Objection to form
12      and foundation.
13      A.  I never had those conversations.
14      Q.  So would it be your testimony that
15  you never had any conversations about Mr.
16  Epstein's sexual activities with ▮▮▮▮
17  ▮▮▮▮▮▮
18      A.  I have never talked about sex with
19  ▮▮▮▮ at any point.  I have hardly ever
20  spoken to her.
21      Q.  Would your testimony be the same
22  with respect to ▮▮▮▮▮▮▮▮▮▮▮
23      A.  That would be true, correct, I have
24  not.
25      Q.  And Virginia Roberts?

Page 153

1       G. Maxwell - Confidential
2       A.  Of course not.
3       Q.  Were there any young men that, to
4   your knowledge, would bring women over to
5   Mr. Epstein's residences to perform services
6   for Mr. Epstein?
7           MR. PAGLIUCA:  Objection to form
8       and foundation.
9       A.  Can you repeat the question,
10  please?
11      Q.  Were there any young men that, to
12  your knowledge, would bring women over to
13  Mr. Epstein's residences to perform services
14  for Mr. Epstein?
15      A.  I have no idea what you are talking
16  about, I'm sorry.
17      Q.  I'm talking about whether there
18  were any young men that brought women over to
19  Mr. Epstein's residence to perform services?
20      A.  I can't think of a single man in
21  that context that I've ever met.
22      Q.  You testified earlier that you did
23  not recall ever meeting ▮▮▮▮▮▮▮, is
24  that correct?
25      A.  I don't believe I ever have.

Confidential

Page 154

```
 1        G. Maxwell - Confidential
 2        Q.  Insofar as you were aware, did
 3   Virginia Roberts ever have a male friend that
 4   visited her at the Epstein residences?
 5        A.  I don't recall ever seeing a man
 6   with Virginia.  I believe she had a fiance
 7   that I was aware of, I think, but that's all.
 8        Q.  When were you aware that Virginia
 9   Roberts had a fiance?
10        A.  I can't say I became aware from
11   reading all this stuff, or I was aware of it
12   at the time.  I don't know.
13        Q.  Did you ever meet Virginia Roberts'
14   fiance?
15        A.  I don't think I ever did.  I don't
16   recall meeting any men with Virginia.
17        Q.  Do you know ███████████████,
18   ██████████?
19        A.  I never heard that name before.
20        Q.  Have you ever heard the name of
21   ████████████████████████████?
22        A.  I don't recollect that name at all.
23        MR. PAGLIUCA:  Mr. Boies, those
24   names are on Exhibit 26, which we have
25   already gone over and she said she
```

Page 155

```
 1        G. Maxwell - Confidential
 2   didn't recognize those people, so now we
 3   are just repeating things that we went
 4   over.
 5        MR. BOIES:  I am in the context of
 6   seeing if I can refresh her
 7   recollection, because these are women
 8   that ██████████, who she also does not
 9   recall, brought over to Mr. Epstein's
10   residences, and I also want to make a
11   very clear record of what her testimony
12   is and is not right now.
13        Again, you can instruct her not to
14   answer if you wish.
15        MR. PAGLIUCA:  I'm trying to get to
16   nonrepetitive questions here.  You
17   basically asked the same question three
18   times.  Then we get a pile of notes that
19   get pushed up to you, you read those.
20   Then you ask those three times, and then
21   we go to another question.  So it's
22   taking an inordinately long amount of
23   time and it shouldn't.
24        MR. BOIES:  I think that is a
25   demonstrably inaccurate statement of
```

Page 156

```
 1        G. Maxwell - Confidential
 2   what has been going on, and I
 3   attribute -- maybe I shouldn't attribute
 4   it at all.
 5        But if you want to instruct not to
 6   answer, instruct not to answer.  If you
 7   don't, again, all I will do is request
 8   that you cease your comments.  I can't
 9   do that.  All I can do is seek sanctions
10   afterwards.
11   BY MR. BOIES:
12        Q.  Ms. Maxwell.
13        A.  Mr. Boies.
14        Q.  What?
15        A.  I'm replying.  You said Ms.
16   Maxwell, I said Mr. Boies.
17        Q.  Do you have a question?
18        A.  No.
19        Q.  I have a question.
20        A.  I'm sure you do.
21        Q.  During the time that you were in
22   the property or at the property that
23   Mr. Epstein has in the Virgin Islands, were
24   you aware of Mr. Epstein getting any
25   massages?
```

Page 157

```
 1        G. Maxwell - Confidential
 2        A.  He did receive massages at the
 3   Virgin Islands property.
 4        Q.  From whom did he receive massages
 5   at the Virgin Islands?
 6        A.  There is a professional masseuse
 7   and masseur that came from St. Thomas.
 8        Q.  This was somebody who came over
 9   from St. Thomas for the day to give massages
10   and then left, or was that person a resident?
11        A.  I believe, from memory, they came
12   over, gave a massage and left.
13        Q.  And who arranged for this person to
14   come over from St. Thomas?
15        A.  Probably the staff at the island.
16        Q.  But you don't know?
17        A.  The staff of the island would have
18   made those arrangements.
19        Q.  Who at the staff?
20        A.  Whoever would have been running the
21   island at that period of time.
22        Q.  Do you know who that was?
23        A.  I'm sorry, in this moment I can't
24   think of the names of the people who worked
25   on the island.
```

**MAGNA**
LEGAL SERVICES

Confidential

Page 158

```
 1        G. Maxwell - Confidential
 2     Q.  Did you ever arrange for anyone to
 3  give Mr. Epstein a massage at his Virgin
 4  Island property?
 5     A.  I don't recall if I ever made a
 6  call to the massage people in St. Thomas.  I
 7  don't recall.
 8     Q.  Did Mr. Epstein ever receive
 9  massages at his Virgin Island property from
10  people that he had brought with him on his
11  plane from the United States?
12        MR. PAGLIUCA:  Objection to form
13     and foundation.
14     A.  I don't know.
15     Q.  Did you ever participate in
16  arranging for a massage for Mr. Epstein by
17  someone who had been brought to the island on
18  Mr. Epstein's plane?
19     A.  My memory of the massages on the
20  island were from people who came from St.
21  Thomas.
22     Q.  Does that mean that you never
23  participated in arranging for a massage for
24  Mr. Epstein at his Virgin Island property to
25  be given by someone who had been brought to
```

Page 159

```
 1        G. Maxwell - Confidential
 2  the island on Mr. Epstein's plane?
 3        MR. PAGLIUCA:  Objection to form
 4     and foundation.
 5     A.  I don't recall, I have no idea.
 6     Q.  Mr. Epstein did bring women to his
 7  Virgin Island property on his plane from time
 8  to time, right?
 9        MR. PAGLIUCA:  Objection to form
10     and foundation.
11     A.  People came to the island who were
12  his guests.
13     Q.  And some of those guests, as you
14  described it, were women, right?
15     A.  Indeed.
16     Q.  Did you ever participate in
17  arranging for any of the women that came to
18  Mr. Epstein's Virgin Island property to
19  provide Mr. Epstein with a massage?
20     A.  No.
21     Q.  Where on the Virgin Island property
22  did Mr. Epstein have his massages?
23     A.  I believe from memory he had them
24  in the master cabana.
25     Q.  In what?
```

Page 160

```
 1        G. Maxwell - Confidential
 2     A.  It was a cabana, and also he had a
 3  beach place, a place on the beach where from
 4  time to time he would...
 5     Q.  Did you ever see Mr. Epstein being
 6  given a massage in the beach area where he
 7  from time to time had massages?
 8     A.  I don't have any recollection of a
 9  specific memory, but it was just on the
10  beach, so there wouldn't be any privacy, he
11  would just be getting a massage.
12     Q.  That would be visible to people who
13  are on the beach, correct?
14     A.  It would be, yes.
15     Q.  Did you, at any time when you were
16  there, see Mr. Epstein being given a massage
17  in this beach area other than by a
18  professional masseuse brought to the island
19  from St. Thomas?
20     A.  I don't have any memory of -- I
21  don't have a specific memory of seeing him
22  get a massage on the beach.  I just have an
23  image of a massage on the beach, so I don't
24  know who, I have no memory of it.
25     Q.  Whether or not you have a specific
```

Page 161

```
 1        G. Maxwell - Confidential
 2  memory of it, do you have a general memory
 3  that from time to time Mr. Epstein got
 4  massages down in the beach area?
 5     A.  I have a general memory, I do.
 6     Q.  Do you have a general memory that
 7  from time to time those massages were given
 8  to Mr. Epstein by people other than a
 9  professional masseuse brought to the island
10  from St. Thomas?
11        MR. PAGLIUCA:  Objection to form
12     and foundation.
13     A.  I have no idea who would be giving
14  him a massage in that general memory of mine,
15  so I can't say.  The massages that I recall
16  were from people from St. Thomas, and that's
17  what I recall.
18     Q.  Did anyone ever complain to you
19  that Mr. Epstein had demanded sex of them?
20        MR. PAGLIUCA:  Objection to form
21     and foundation.
22     A.  Is that a question?
23     Q.  Yes.
24     A.  Never.
25     Q.  Do you know somebody named ▮▮▮▮▮▮
```



41 (Pages 158 to 161)

Confidential

Page 162

```
1          G. Maxwell - Confidential
2    ███████
3       A.  I do not.
4       Q.  Who is he?
5       A.  I don't know him -- I know who he
6   is now, but he worked, I believe, for ███████
7   ████, but prior to --
8       Q.  ████████████████████
9       A.  Yeah.
10      Q.  It's your testimony you never met
11  ████
12      A.  I don't recall ever meeting him.
13      Q.  Do you remember being a ████
14  ████████████████████████████████
15  ████████████████████████
16      A.  I do not.
17      Q.  Do you ever remember a ███████
18  ████████████████████████ during
19  the period of time that you were with
20  Mr. Epstein?
21      A.  I do not.
22      Q.  Was there ever a time when you were
23  at ████████ with a girl under the
24  age of 21 who had been with Mr. Epstein?
25          MR. PAGLIUCA:  Objection to form
```

Page 163

```
1          G. Maxwell - Confidential
2   and foundation.
3       A.  Can you repeat the question,
4   please?
5       Q.  Sure.
6           You remember from time to time
7   being at ████████████, correct?
8       A.  I do.
9       Q.  And I think you testified that you
10  don't remember whether ████████ was present
11  on any of those occasions, although he might
12  have been, correct?
13      A.  If ████████ was standing right
14  here in front of me, I wouldn't know who he
15  is.
16      Q.  Does that mean you are saying that
17  you never met him or simply that you don't
18  remember him?
19      A.  I don't know if I ever met him, but
20  if I saw him in a picture, maybe I would
21  recognize it, but I don't believe I'd
22  remember him.
23      Q.  Did you ever go to the ████
24  ████████ with some woman who had previously
25  been with Mr. Epstein?
```

Page 164

```
1          G. Maxwell - Confidential
2          MR. PAGLIUCA:  Objection to form
3   and foundation.
4       A.  No, no.
5       Q.  Let me see if I can possibly
6   refresh your recollection.  Do you recall
7   being at the ████████████████████████
8   ████████ that was crying and very
9   distraught?
10      A.  I have never seen that.
11      Q.  Did you ever take the passport of
12  any person who had told you that Mr. Epstein
13  had demanded sex of them?
14      A.  No.
15      Q.  Were you ever at any residence of
16  Mr. Epstein's when Alan Dershowitz was
17  present?
18      A.  I'm sure I was.
19      Q.  Were you at Mr. Epstein's Palm
20  Beach residence when Mr. Dershowitz was
21  present?
22      A.  I may have been.  It's possible.
23      Q.  Were you at Mr. Epstein's New
24  Mexico property when Mr. Dershowitz was
25  present?
```

Page 165

```
1          G. Maxwell - Confidential
2       A.  I don't have any memory of that,
3   but it's possible.  I just don't recall it.
4       Q.  Were you at Mr. Epstein's Virgin
5   Islands property when Mr. Dershowitz was
6   present?
7       A.  That I do recall, yes.
8       Q.  Were you at Mr. Epstein's New York
9   property when Mr. Dershowitz was present?
10      A.  Again, it's possible, but I don't
11  have a memory of it.
12      Q.  How many times do you recall being
13  at Mr. Epstein's Virgin Island property when
14  Mr. Dershowitz was also present?
15      A.  I only recall once.
16      Q.  When was that?
17      A.  I don't recall the date.
18      Q.  Who else was present on that time?
19      A.  I believe his wife and his
20  daughter.
21      Q.  Anyone else?
22      A.  I don't recall anyone else.
23      Q.  Anyone else on the whole island.  I
24  don't just mean with him.  I mean did
25  Mr. Epstein have other guests with him at
```

Confidential

Page 166

1       G. Maxwell - Confidential
2   that time?
3       A.  I don't recall anybody else.
4       Q.  How did you arrive there?
5       A.  I don't know.
6       Q.  Did you come with Mr. Epstein?
7       A.  I don't know, I'm sorry.
8       Q.  How did Mr. Dershowitz arrive
9   there?
10      A.  Again, I don't know.
11      Q.  Did he come with Mr. Epstein?
12      A.  I don't know.
13      Q.  Other than that one time that you
14  say you were at the Virgin Island property
15  with Mr. Dershowitz, had you ever met
16  Mr. Dershowitz in Mr. Epstein's presence?
17          MR. PAGLIUCA:  This is outside of
18      the court's order.  I will tell you not
19      to answer that question.
20          THE WITNESS:  Okay.
21      Q.  Did Mr. Dershowitz ever receive a
22  massage at any of Mr. Epstein's properties?
23      A.  I don't recall.
24      Q.  Did you ever have any conversations
25  with Mr. Dershowitz?

Page 167

1       G. Maxwell - Confidential
2          MR. PAGLIUCA:  You don't have to
3      answer that question.  About what,
4      anything?
5       Q.  Did you ever have any conversations
6   with Mr. Dershowitz at Mr. Epstein's
7   properties?
8       A.  I did, about metal detecting.
9       Q.  Anything else?
10      A.  I only recall metal detecting.
11      Q.  Where did that conversation take
12  place?
13      A.  As I was metal detecting.
14      Q.  I said where?
15      A.  On the island.
16      Q.  That's the only conversation that
17  you recall, is that your testimony?
18      A.  Yes, that is my testimony.
19      Q.  Do you recall ever seeing
20  Mr. Dershowitz at any of Mr. Epstein's
21  residences other than the Virgin Island
22  property?
23      A.  That's the only specific memory I
24  have of the conversation that I recall
25  because it was something special.

Page 168

1       G. Maxwell - Confidential
2       Q.  I'm not now asking you about a
3   conversation.
4       A.  What are you asking me?  Sorry.
5       Q.  Do you recall ever seeing
6   Mr. Dershowitz at any of Mr. Epstein's
7   residences other than the Virgin Island
8   property?
9       A.  I don't have any specific
10  recollection.
11      Q.  Do you have a general recollection?
12      A.  I have a general recollection that
13  I have seen him, but I just don't have any
14  other memory of it.  I know I met him.  I
15  just don't recall where or when, except for
16  that singular event on the island.
17      Q.  When you say you have a general
18  recollection that you have seen him, do you
19  mean you have a general recollection that you
20  have seen him at Mr. Epstein's properties
21  other than the Virgin Islands?
22      A.  It's just a general recollection,
23  but I have no specific memory of seeing him.
24      Q.  All I'm trying to do is find out
25  whether your general recollection is a

Page 169

1       G. Maxwell - Confidential
2   general recollection of having seen him
3   someplace in the world or whether you have a
4   general recollection of having seen him at
5   Mr. Epstein's properties?
6       A.  I'm sorry, I really can't answer.
7   I just don't know.  The only memory I have of
8   him is on the island, and I don't have any
9   additional memory of him anywhere else.
10      Q.  I mentioned a woman by the name of
11  ████████ before.  Are you familiar with a
12  ████████████  And I don't mean to imply
13  they are the same people.
14      A.  Is this on any of these lists that
15  you gave me?
16      Q.  It could have been on the first
17  list.  I don't think so.
18      A.  Is it on this list?
19      Q.  It's not on the second list.
20      A.  So what's your question?
21      Q.  Are you familiar with a woman named
22  ████████
23      A.  I'm familiar with the name, yes.
24      Q.  Who is that person?
25      A.  I don't recall who she is.





Page 170

1    G. Maxwell - Confidential
2    Q.   What is ▮▮▮▮▮▮ connection
3    to Mr. Epstein?
4    A.   I don't know.
5    Q.   Did you ever speak to ▮▮▮▮
6    ▮▮▮▮
7    A.   I don't recall.  I know her name,
8    and that's all I can -- I don't recall a
9    conversation with her.  I don't recall who
10   she is at this point.
11   Q.   Was ▮▮▮▮▮ someone who
12   provided massages for Mr. Epstein?
13   A.   I don't believe so.
14   Q.   Did ▮▮▮▮▮ perform any
15   services for Mr. Epstein?
16   MR. PAGLIUCA:  Objection to form
17   and foundation.
18   A.   I have no idea, I'm sorry.
19   Q.   When did you first become aware of
20   charges that Mr. Epstein was having sex with
21   a significant number of people at his
22   residences?
23   MR. PAGLIUCA:  You don't have to
24   answer that question.  It's outside of
25   the court's order.

Page 171

1    G. Maxwell - Confidential
2    Q.   You have testified that you were
3    only aware of a few people that Mr. Epstein
4    had sex with or engaged in sexual activities
5    with at his residences, correct?
6    MR. PAGLIUCA:  Objection to form
7    and foundation.
8    A.   I didn't say that.
9    Q.   How many people are you aware of
10   that Mr. Epstein engaged in sexual activities
11   with at his residences?
12   A.   I'm not aware.
13   Q.   You are aware of some?
14   A.   Well, the ones that we've
15   discussed, but that's all I'm aware of.
16   Q.   That's my question.
17   A.   Then I can concur, yes.
18   Q.   Let's be clear.  You have
19   identified three people.
20

Page 172

1    G. Maxwell - Confidential
2
8    A.   Are you giving me a timeframe here,
9    because it's been a long time.  I'm assuming
10   he is having sexual relations today.  You
11   have to bind it to some time.
12   Q.   You don't know who he is having
13   sexual relationships with today, do you?
14   A.   No.
15   Q.   So you can only tell me who
16   Mr. Epstein was having sexual relationships
17   with at a time when you knew about it,
18   correct?
19   A.   I have no knowledge of him actually
20   having sex with anybody else outside of what
21   we have identified, ▮▮▮▮▮▮▮
22   ▮▮▮▮▮▮
23   Q.   Now, there came a time when you
24   learned that people were asserting that he
25   had had sexual activities with a lot more

Page 173

1    G. Maxwell - Confidential
2    than those three people at his residences,
3    correct?  During the period of time that you
4    were involved with Mr. Epstein, correct?
5    A.   Like everybody else, like the rest
6    of the world, when it was announced in the
7    papers.
8    Q.   Yes.
9    And that was during 2005?
10   A.   Whenever it was.
11   Q.   At that point, did you do anything
12   to try to find out whether those assertions
13   were or were not accurate?
14   MR. PAGLIUCA:  You don't have to
15   answer that.  That's outside the court's
16   order.
17   Q.   When you heard that there were
18   assertions that Mr. Epstein had engaged in
19   sexual activities with people who you had met
20   at Mr. Epstein's residences, did you do
21   anything to determine whether those
22   assertions were or were not accurate?
23   MR. PAGLIUCA:  Objection to form
24   and foundation, and you don't have to
25   answer that question.  It's outside the

Page 174

1      G. Maxwell - Confidential
2  court's order.
3      Q.  In terms of preparing for this
4  deposition, what documents did you review?
5      MR. PAGLIUCA:  To the extent I
6  provided you with any documents to
7  review, I will tell you that's both --
8  it's privileged and I instruct you not
9  to answer.
10     Q.  Did your lawyer provide you with
11 any documents to review in preparation for
12 this deposition that refreshed your
13 recollection about any of the events that
14 occurred?
15     MR. PAGLIUCA:  You can answer that
16 question.
17     A.  No.
18     Q.  How many documents did your lawyer
19 provide you with?
20     MR. PAGLIUCA:  You can answer.
21     A.  One, I believe.
22     Q.  One document.  Was that a document
23 that had been prepared by your attorney, or
24 was it a document from the past?
25     MR. PAGLIUCA:  I will tell you not

Page 175

1      G. Maxwell - Confidential
2  to answer that question.
3      Q.  Was the document that your attorney
4  showed you a document that you had ever seen
5  before?
6      MR. PAGLIUCA:  Again, don't answer
7  questions about what I showed you or
8  didn't show you.
9      She already testified that nothing
10 refreshed her recollection.
11     MR. BOIES:  I don't have to accept
12 that answer.  I can ask these questions,
13 and I think these are clearly not
14 privileged questions.
15     Q.  Do you know a ███████████
16     A.  I do.
17     Q.  Who is ███████
18     A.  She was a friend of Jeffrey's.
19     Q.  Was ███████████ someone with whom
20 Mr. Epstein engaged in sexual activities?
21     MR. PAGLIUCA:  Objection to form
22 and foundation.
23     A.  I don't know.
24     Q.  Did you ever have any reason to
25 believe that Mr. Epstein was engaged in

Page 176

1      G. Maxwell - Confidential
2  sexual activities with ███████████
3      MR. PAGLIUCA:  Objection to form
4  and foundation.
5      A.  I didn't have any reason -- I had
6  no idea whether they were or weren't.
7      Q.  Were you with Mr. Epstein in 2005
8  when the Palm Beach police launched their
9  investigation?
10     MR. PAGLIUCA:  You don't have to
11 answer the question.  That's outside the
12 court's order.
13     Q.  When the Palm Beach police launched
14 their investigation in 2005, did you make any
15 effort to retain records of the women who had
16 been present at Mr. Epstein's residences in
17 the prior period?
18     MR. PAGLIUCA:  Don't answer that
19 question.  It's outside the court's
20 order.
21     Q.  When the Palm Beach police launched
22 their investigation in 2005, were you aware
23 of any effort to destroy records of women who
24 had been present at Mr. Epstein's residences
25 in the prior period?

Page 177

1      G. Maxwell - Confidential
2      MR. PAGLIUCA:  Don't answer that
3  question.  It's outside the court's
4  order.
5      Q.  In 2005, were you aware of any
6  effort to destroy records of messages you had
7  taken of women who had called Mr. Epstein in
8  the prior period?
9      MR. PAGLIUCA:  Don't answer that
10 question.  It's outside the court's
11 order.
12     MR. BOIES:  I said I would give you
13 a break every hour.  It's been an hour.
14     MR. PAGLIUCA:  Do you want a break
15 or do you want to keep going?
16     THE WITNESS:  Keep going.
17     MR. BOIES:  What I told you before,
18 you asked for a break every hour.  I am
19 happy to give you a break at a fixed
20 time.  What I'm not happy to do is
21 interrupt a chain of examination.
22     So if you want a break now, we will
23 take a break now.  If you don't want a
24 break now, we will not break for another
25 hour.



Page 178

1   G. Maxwell - Confidential
2       MR. PAGLIUCA:  Is there a rule that
3   you can point me to that mandates that
4   you get to control the time and place of
5   breaks?
6       MR. BOIES:  No.  We will take a
7   break now, because if what you are going
8   to do is say, you said at the very
9   beginning of this thing that you wanted
10  to have a rule that every hour we took a
11  break, and I said that was fine with me,
12  but I just didn't want you taking a
13  break, particularly since you reserve
14  the right to talk to your client during
15  breaks, in the middle of an examination.
16      Now you are saying let's continue
17  for a while but I am not agreeing to
18  continue for the next hour.  We will
19  take a break, and we will come back and
20  we will go from there.
21      MR. PAGLIUCA:  We will take a break
22  at your request now, and then if I want
23  to take a break, we will take another
24  break.
25      MR. BOIES:  If you take a break to

Page 179

1   G. Maxwell - Confidential
2   talk to your witness, I guarantee you
3   there will be a motion for sanctions.  I
4   think what you're doing with this
5   witness is inappropriate.  I think your
6   instructions not to answer,
7   conversations that you had with her
8   while she is under oath and under
9   examination is inappropriate.
10      THE VIDEOGRAPHER:  It's 2:18 p.m.,
11  and we are off the record.
12      (Recess.)
13      THE VIDEOGRAPHER:  The time is 2:28
14  p.m.  This also begins DVD No. 6.
15  BY MR. BOIES:
16      Q.  Let me hand you a document that has
17  been previously marked as Maxwell Exhibit 13.
18  And I would like you to turn to page 91 of
19  that exhibit.  And you see the heading that
20  says, "Massage-Florida"?
21      A.  Actually, I don't -- yes, I do,
22  sorry.
23      Q.  Then you see a list of telephone
24  numbers with names?
25      A.  I do.

Page 180

1   G. Maxwell - Confidential
2       Q.  I would like to go down those names
3   and see if any of those people are people
4   that you recognize.  However you think is
5   best, we can go name by name, or you can tell
6   me which ones you recognize and which ones
7   you don't.
8       A.  I recognize ███████.  I recognize
9   ███████████.  These are
10  names that ring bells, nothing else.
11      ███████  I recognize the name.
12      Q.  Where is ███████
13      A.  ███████.  I just recognize
14  these names.  It doesn't mean anything else.
15  I'm just recognizing names.
16  ███████████
17      Let me do it again and make sure I
18  didn't miss anyone.  That's it.
19      Q.  Now, with respect to the people
20  that you say you recognized the names of,
21  ████████████████████
22  ██ ████████████████, were
23  any of those people, people who provided
24  massages to Mr. Epstein?
25      MR. PAGLIUCA:  Objection to form

Page 181

1   G. Maxwell - Confidential
2   and foundation.
3       A.  Sorry, I guess.  I believe ███████
4   did, and I believe -- I think that's it that
5   I know of, I think.
6       Q.  Now, just going down the names of
7   people that you did not recognize, I take it
8   you are not aware or recognize the name ██████
9   first name?
10      A.  It was just a first name.  I can't
11  think of a ███████ at this point.
12      Q.  The same thing is true for ███████
13      A.  I don't recognize ████.
14      Q.  And ███████
15      A.  I don't recognize ████████
16      Q.  And ███████
17      A.  Is that ███████  Where is that?
18  That's ██████, I'm sorry, I missed her.
19  That would probably be ████████
20      I think ██████ might have been a
21  masseuse as well.  There is a ████ in the
22  back of my head.
23      Q.  ███████
24      A.  I don't know who that is.
25      Q.  What about ███████████

Confidential

Page 182

```
 1            G. Maxwell - Confidential
 2     A.  No.
 3     Q.  What about ▮▮▮▮
 4     A.  No.
 5     Q.  ▮▮▮▮
 6     A.  No.
 7     Q.  ▮▮▮▮
 8     A.  I didn't think I know a ▮▮▮▮
 9  period.
10     Q.  ▮▮▮▮
11     A.  No.
12     Q.  Is that Virginie?
13     A.  I don't know what that is.
14     Q.  Then there is a ▮▮▮  or ▮▮▮
15         Do you see that?
16     A.  I don't see that.
17     Q.  It's right after Virginia, which is
18  right after ▮▮▮▮
19     A.  I see it.  I don't know who that
20  is.
21     Q.  How about ▮▮▮▮
22     A.  No idea.
23     Q.  There is someone here ▮▮▮, and
24  described as a redhead?
25     A.  I don't know who that is.
```

Page 183

```
 1            G. Maxwell - Confidential
 2     Q.  ▮▮▮▮
 3     A.  No.
 4     Q.  And there is a ▮▮▮▮
 5     A.  I don't know.
 6     Q.  ▮▮▮▮
 7     A.  No idea.
 8     Q.  Then there is ▮▮▮▮
 9     A.  That's a name that keeps coming up.
10  I recognize the name, but I don't know her in
11  particular.
12     Q.  What about ▮▮▮▮
13     A.  I have no idea who that is.
14     Q.  ▮▮▮▮
15     A.  No idea.
16     Q.  Somebody that's listed as
17  ▮▮▮, Virginia's friend?
18     A.  No.
19     Q.  ▮▮▮▮, do you know who that
20  is?
21     A.  No.
22     Q.  How about ▮▮▮▮ friend?
23     A.  No.
24     Q.  Do you know who ▮▮▮ is?
25     A.  No.
```

Page 184

```
 1            G. Maxwell - Confidential
 2     Q.  Next one is ▮▮▮ --
 3     A.  ▮▮▮ is Virginia's guy that you
 4  asked me about.  I don't know ▮▮▮
 5     Q.  I asked you about a ▮▮▮▮.
 6     A.  Right, I don't know him, so I'm
 7  guessing, I don't know him.
 8     Q.  ▮▮▮▮
 9     A.  No.
10     Q.  ▮▮▮▮
11     A.  No.
12     Q.  ▮▮▮▮
13     A.  I don't know who these people are.
14     Q.  Was there a list that was kept of
15  women or girls who provided massages?
16         MR. PAGLIUCA:  This has been
17     previously deposed on.  This is not part
18     of the court's order, I will tell her
19     not to answer.
20         MR. BOIES:  You are going to tell
21     her not to answer a question that says
22     was there a list of women or girls who
23     provided massages?
24         MR. PAGLIUCA:  She has been
25     previously deposed on this subject.
```

Page 185

```
 1            G. Maxwell - Confidential
 2         MR. BOIES:  I think this is
 3     squarely in the court's order, but if
 4     you instruct her not to answer, you
 5     instruct her not to answer.
 6         MR. PAGLIUCA:  We'll find out.
 7  BY MR. BOIES:
 8     Q.  I take it you don't know the ages
 9  of any of these people?
10     A.  The ones that I did recognize were
11  roughly my age.  The ones I don't know, I
12  wouldn't have a clue.
13     Q.  Did you, or insofar as you are
14  aware anyone, maintain a list of females that
15  provided massage services to Mr. Epstein at
16  his residences?
17         MR. PAGLIUCA:  Objection to form
18     and foundation.
19         You can answer if you can.
20     A.  I don't know anything about a list.
21     Q.  Let me go back to Exhibit 28.  I
22  want to go down this list, excluding
23  Mr. Epstein himself, and just ask you a
24  series of the same essential questions about
25  each one.
```

Page 186

1      G. Maxwell - Confidential
2      ███████, which of Mr. Epstein's
3  residences did you see ██████ at?
4      A.  I don't have a memory of
5  where I would have seen her.
6      Q.  Did you see her at some residence
7  or property?
8      A.  I did.
9      Q.  Of Mr. Epstein?
10     A.  I did.
11     Q.  You just can't remember which ones,
12  is that fair?
13     A.  Yes, that's fair.
14     Q.  ████████, which residences of
15  Mr. Epstein did you see ██████ at?
16     A.  I don't actually recall meeting
17  ███████, so I can't recall.
18     Q.  So ████████ may be somebody
19  who you never met, is that your testimony?
20     A.  No, I'm not saying that.  I just
21  don't recall her really at all.  I'm sorry, I
22  don't recall.
23     Q.  Did you see ██████ at some
24  residence or property of Mr. Epstein?
25     A.  I don't recall.

Page 187

1      G. Maxwell - Confidential
2      Q.  ███████, what properties of
3  Mr. Epstein did you see ██████ at?
4      A.  Palm Beach, and I believe New
5  Mexico and New York.
6      Q.  And ████████
7      A.  Palm Beach, I believe.
8      Q.  And what was ██████ doing at
9  Palm Beach when you saw her?
10     A.  If I remember correctly, she was a
11  real estate broker.
12     Q.  Did you see ████████ at
13  Mr. Epstein's Virgin Island property?
14     A.  I don't recall.
15     Q.  When you saw ██████ in Palm
16  Beach and New Mexico and New York, what was
17  she doing?
18     A.  I don't know.
19     Q.  Do you know why she was there?
20     A.  I think she was just a friend.
21     Q.  A friend of Mr. Epstein's?
22     A.  Yeah.
23     Q.  ████████, what Epstein
24  properties did you see her at?
25     MR. PAGLIUCA:  I will now tell you

Page 188

1      G. Maxwell - Confidential
2  not to answer these questions anymore.
3  These do not appear -- I let this go on,
4  they don't appear to be tied to the
5  court's order as relating to sex or
6  massages or anything that's contained in
7  the order.  This is just simply what was
8  somebody doing at some property at some
9  point in time.  So don't answer these
10  questions.
11     Q.  It is your assertion that, leaving
12  Mr. Epstein aside, none of the people on this
13  list engaged in sexual activities with either
14  you or Mr. Epstein, correct?
15     MR. PAGLIUCA:  Objection to form
16  and foundation.
17     A.  I can only testify to myself.  I
18  cannot testify to Mr. Epstein.
19     Q.  With respect to Mr. Epstein, do you
20  know, one way or another, whether any of
21  these people engaged in sexual activities?
22     A.  With respect to Mr. Epstein, how
23  would I know that?
24     Q.  The answer is lots of ways, but all
25  I can do is ask you whether you know it or

Page 189

1      G. Maxwell - Confidential
2  not.
3      A.  I don't.
4      Q.  Do you have any reason to believe
5  -- because I don't want to get stuck on your
6  concept of personal knowledge -- do you have
7  any reason to believe that any of the people
8  on this list had sexual activities with
9  Mr. Epstein?
10     A.  I do not.
11     Q.  Do you have any reason to believe
12  that any of these people had massages at any
13  Epstein property?
14     A.  I have no idea.  It's entirely
15  possible, but I have no idea.
16     Q.  Do you have any reason to believe
17  that any of the people on this list, other
18  than Mr. Epstein himself, engaged in sexual
19  activities with anyone on Mr. Epstein's
20  properties?
21     A.  I have no reason to believe that.
22     Q.  Let me go to ████████.
23  I asked you some questions about
24  ████████ earlier and about a possible visit
25  to that residence of a ██████.  Do you

Page 190

1    G. Maxwell - Confidential
2  recall that subject generally?
3    A.  I recall you asking me a question
4  about it, yes, I do.
5    Q.  Let me ask about another time at
6  the ██████████.  Were you ever at the
7  ██████████ with people who worked at the
8  Epstein residence?
9    MR. PAGLIUCA:  Objection to form
10   and foundation.
11   A.  No.
12   Q.  Were you ever at the ████
13  ██████ when there were a number of females
14  under the age of 21 dancing?
15   A.  Excuse me?
16   Q.  Were you ever at the ████
17  ██████ when there were a number of females
18  under the age of 21 dancing?
19   A.  The only people I have seen dancing
20  at any ██████████████████.
21   Q.  Just those children, no other
22  children?
23   A.  No other children.
24   Q.  Were you ever at the ████
25  ██████ when females who you had seen at

Page 191

1    G. Maxwell - Confidential
2  the residences of Mr. Epstein, ██████████
3  ██████████, were present and dancing?
4    A.  Can you ask me the question again?
5    Q.  Sure.  I'm focusing on ██████
6  ██████ and I'm focusing on children other
7  than ██████████.
8    A.  I'm there.
9    Q.  I'm asking whether you were ever at
10  ██████████ where there were females
11  other than the ██████████ who were
12  dancing.
13   A.  I've never witnessed --
14   MR. PAGLIUCA:  Objection to form
15   and foundation.
16   A.  ██████████, who I have
17  certainly seen dancing, I don't recall any
18  dancing a ██████████████████ by any
19  other people.
20   MR. BOIES:  I think pending
21   resolution of the instructions not to
22   answer, I don't have any further
23   questions at this time.  If you give me
24   a minute, just to check.
25   Thank you very much.

Page 192

1    G. Maxwell - Confidential
2    MR. PAGLIUCA:  I want to make a
3  record here before we are done.  I do
4  get a chance to speak.  Are we going off
5  the record now?
6    MR. BOIES:  You want to talk on the
7  record?
8    MR. PAGLIUCA:  Yes, is that okay
9  with you?
10   MR. BOIES:  You want to ask her
11  questions?
12   MR. PAGLIUCA:  No.  I want to make
13  a record of your closing of the
14  deposition.
15   MR. BOIES:  I don't know how you
16  can make a record of my closing the
17  deposition, but if you want to take up
18  the time and the transcript space to
19  talk as opposed to writing a letter or
20  filing a motion, go for it.
21   MR. PAGLIUCA:  To the extent you
22  have questions that are within the
23  court's order that you haven't asked,
24  that I haven't objected to, meaning no
25  other questions, this deposition is

Page 193

1    G. Maxwell - Confidential
2  closed.
3    If there are questions that I have
4  instructed the witness not to answer and
5  it later turns out the judge disagrees
6  with my characterization, we will be
7  back to revisit it, but we are done as
8  far as I'm concerned.
9    MR. BOIES:  The deposition is not
10  closed.  There are a number of
11  instructions not to answer.  I think it
12  is a fair point that if the court were
13  to conclude that none of the questions
14  that have been instructed need to be
15  answered, we're not going to be
16  continuing the deposition, barring some
17  additional information coming to light.
18   MR. PAGLIUCA:  I think we agree
19  then.
20   THE VIDEOGRAPHER:  The time is 2:51
21  p.m., and we are going off the record.
22   (Time noted:  2:51 p.m.)
23
24
25

**MAGNA**
LEGAL SERVICES

Confidential

Page 194

```
1
2              - - -
3         I N D E X
4              - - -
5
6    GHISLAINE MAXWELL              PAGE
7      By Mr. Boies              4
8
9              - - -
10        E X H I B I T S
11             - - -
12   EXHIBIT                    PAGE
13   Exhibit 26  List of names        23
14   Exhibit 27  Article              94
15   Exhibit 28  List of names        135
16
17
18
19
20
21
22
23
24
25
```

Page 195

```
1
2              - - -
3       DEPOSITION SUPPORT INDEX
4              - - -
5    Direction to Witness Not to Answer
6    Page Line    Page Line    Page Line
7     50  22     50  25     51   5
8     51   9     51  17     51  22
9     52   2     81  17     82   6
10    82  25     83   7     94  21
11    95   6     98  12    118  11
12   142   6    142  13    165  16
13   165  25    169  22    172  13
14   172  22    173   4    173  24
15   174   5    175   9    175  17
16   175  25    176   8    183  14
17   186  23
18             - - -
19   Request for Production of Documents
20   Page Line    Page Line    Page Line
21   None
22             - - -
23   Stipulations
24   Page Line    Page Line    Page Line
25   None
```

Page 196

```
1
2              - - -
3    Questions Marked
4    Page Line    Page Line    Page Line
5    None
6              - - -
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 197

```
1
2              CERTIFICATE
3
4
5        I HEREBY CERTIFY that GHISLAINE
6    MAXWELL, was duly sworn by me and that the
7    deposition is a true record of the testimony
8    given by the witness.
9
10
11    _____
        Leslie Fagin,
        Registered Professional Reporter
12      Dated:  July 22, 2016
13
14
15      (The foregoing certification of
16   this transcript does not apply to any
17   reproduction of the same by any means, unless
18   under the direct control and/or supervision
19   of the certifying reporter.)
20
21
22
23
24
25
```



Confidential

```
                                    Page 198
 1
 2          ACKNOWLEDGMENT OF DEPONENT
 3
 4
 5          I,              , do hereby
 6  certify that I have read the foregoing pages,
 7  and that the same is a correct transcription
 8  of the answers given by me to the questions
 9  therein propounded, except for the
10  corrections or changes in form or substance,
11  if any, noted in the attached Errata Sheet.
12
13
14
15
16  GHISLAINE MAXWELL          DATE
17
18
19
20  Subscribed and sworn
    to before me this
21       day of           , 2016.
22  My commission expires:
23
    Notary Public
24
25
```

```
                                    Page 199
 1
 2          - - - - - -
            E R R A T A
 3          - - - - - -
    PAGE  LINE  CHANGE
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



Confidential





















F







Confidential

























Confidential





Confidential













Confidential





Confidential











