UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE

                    Plaintiff,

 -against-

 GHISLAINE MAXWELL,

                    Defendant.

15 Civ. 7433 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

     The Court will rule telephonically on the unsealing of
materials relevant to docket entries 345, 356, 362, 370, 422, 468,
and 640, on July 1, 2021, at 11:00 a.m. EST.  The Court will
communicate separately to counsel information for joining the
teleconference. Members of the media and the general public may
join the teleconference using the following listen-only line: 888-
326-7422, access code: 4917104.


**SO ORDERED.**

Dated:    New York, New York
          June 25, 2021

_Loretta A. Preska_
LORETTA A. PRESKA
Senior United States District Judge

1