

**Haddon, Morgan and Foreman,** P.C
**Laura A. Menninger**

150 East 10th Avenue
Denver, Colorado 80203
PH 303.831.7364  FX 303.832.2628
www.hmflaw.com
LMenninger@hmflaw.com

July 15, 2021

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Giuffre v. Ghislaine Maxwell*, No. 15 Civ. 7433 (LAP)

Dear Judge Preska:

    Pursuant to the Court Order dated June 25, 2021 (DE 1217) and the July 1, 2021 hearing, Ms. Maxwell hereby files those documents ordered unsealed related to Docket Entries 356 and 362.

                              Respectfully submitted,

                                Laura A. Menninger

CC: Counsel of Record *via* ECF