COMPOSITE

EXHIBIT 5

(File Under Seal)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 15-CV-07433-RWS

------------------------------------------x

VIRGINIA L. GIUFFRE,

               Plaintiff,

v.

GHISLAINE MAXWELL,

               Defendant.

------------------------------------------x

June 1, 2016
9:12 a.m.

C O N F I D E N T I A L

Deposition of JOHN ALESSI, pursuant to notice, taken by Plaintiff, at the offices of Boies Schiller & Flexner, 401 Las Olas Boulevard, Fort Lauderdale, Florida, before Kelli Ann Willis, a Registered Professional Reporter, Certified Realtime Reporter and Notary Public within and for the State of Florida.



```
 1                    JOHN ALESSI
 2       Q.   And where did the massage therapists --
 3  where did they come from?
 4       A.   Most, they came from Palm Beach.  Palm
 5  Beach County.
 6       Q.   And over the course of that 10-year period
 7  of time while Ms. Maxwell was at the house, do you
 8  have an approximation as to the number of different
 9  females -- females that you were told were massage
10  therapists that came to the house?
11           MR. PAGLIUSCA:  Object to form and
12       foundation.
13           THE WITNESS:  I cannot give you a number,
14       but I would say probably over 100 in my stay
15       there.
16  BY MR. EDWARDS:
17       Q.   And many of the times would the females
18  come only one time and not return?
19           MR. PAGLIUSCA:  Object to form and
20       foundation.
21  BY MR. EDWARDS:
22       Q.   Let me ask that a different way.
23           Were there times when some of these
24  females that would come to the house, and you were
25  told that they were massage therapists, would come
```



1      JOHN ALESSI
2  BY MR. EDWARDS:
3      Q.    Okay.  And who would find the massage
4  therapist to bring to the house?
5      A.    They would call me in my office, and they
6  would say, Get me a massage at 10:00 with this
7  person.
8            I have a list of the massage therapists, a
9  Rolodex, or a card, and I would call them for the
10 specific time they want a massage.  And I would do
11 that.
12     Q.    I don't think I asked the right -- the
13 question that I was looking to ask, so let me go
14 back.
15           Did you go out looking for the girls --
16     A.    No.
17     Q.    -- to bring --
18     A.    Never.
19     Q.    -- as the massage therapists?
20     A.    Never.
21     Q.    Who did?
22     A.    Ms. Maxwell, Mr. Epstein and their
23 friends, because their friends relayed to other
24 friends they knew a massage therapist and they would
25 send to the house.  So it was referrals.


```
1                       JOHN ALESSI
2                   CERTIFICATE OF OATH
3    STATE OF FLORIDA        )
4    COUNTY OF MIAMI-DADE    )
5
              I, the undersigned authority, certify
6    that JOHN ALESSI personally appeared before    me
     and was duly sworn.
7             WITNESS my hand and official seal
     this 1st day of June, 2016.
8
9
                  Kelli Ann Willis, RPR, CRR
10                Notary Public, State of Florida
                  Commission FF928291, Expires 2-16-20
11      + + + + + + + + + + + + + + + + + +
12                     CERTIFICATE
13   STATE   OF   FLORIDA   )
14   COUNTY OF MIAMI-DADE )
15            I, Kelli Ann Willis, Registered
     Professional Reporter and Certified Realtime
16   Reporter do hereby certify that    I was
     authorized to and did stenographically report the
17   foregoing deposition of JOHN ALESSI; that a review
     of the transcript was not requested; and that the
18   transcript is a true record of my stenographic
     notes.
19            I FURTHER CERTIFY that I am not a
     relative, employee, attorney, or counsel of    any
20   of the parties, nor am I a relative or employee of
     any of the parties' attorney or counsel connected
21   with the action, nor am I financially interested
     in the action.
22            Dated this 1st day of June, 2016.
23
24                 KELLI ANN WILLIS, RPR, CRR
25
```

