# COMPOSITE

# EXHIBIT 8

# (File Under Seal)

① I sent ▮▮▮▮▮▮▮▮ mail to their correct address and called Post office to make sure all future mail will be sent to them.

② I Scheduled the cable company to come on Thursday. This is their soonest appointment. Ghislaine asked me to make an appointment because the TV in the Blue Room does not get a clear reception.

③ SHUTTER COMPANY WILL COME EARLY THURSDAY TO MEASURE SHUTTER NEXT TO GHISLAINE'S DESK.. THE SHUTTER WILL NOT ROLL DOWN.

✻ BOTH CABLE COMPANY & SHUTTER COMPANY WILL CALL ME ON MY CELL PHONE TO MAKE SORE JEFFREY & GHISLAINE ARE NOT HERE.

## Jeffrey E. Epstein

# 301. 3101

SAO2969

GIUFFRE001523

## IMPORTANT MESSAGE

FOR JR Fstein

DATE 02/02/03    TIME 8 51    A.M. / P.M.

M ss ▮▮▮▮▮

OF _____

PHONE _____
AREA CODE    NUMBER    EXTENSION

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Could
you Please call back,
its very important

SIGNED ▮▮▮▮▮

1184

## IMPORTANT MESSAGE

FOR JE

DATE 01/02/03    TIME 16:30    A.M. / P.M.

M ▮▮▮▮▮

OF _____

PHONE _____
AREA CODE    NUMBER    EXTENSION

| TELEPHONED | | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED GM

1184

## IMPORTANT MESSAGE

FOR Gill

DATE _____    TIME _____    A.M. / P.M.

M _____

OF _____

PHONE _____
AREA CODE    NUMBER    EXTENSION

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAG ▮▮▮▮ PHONED
TO CONFIRM 10:00

SIGNED _____

1184

## IMPORTANT MESSAGE

FOR JE

DATE 01/02/03    TIME 21:06    A.M. / P.M.

M ▮▮▮▮▮

OF _____

PHONE _____
AREA CODE.    NUMBER    EXTENSION

| TELEPHONED | | PLEASE CALL | ✓ |
| CAME TO SEE YOU | ✓ | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE WANTS TO KNOW
IF SHE SHOULD BRING
HER FRIEND ▮▮▮▮
WITH TONIGHT

SIGNED ▮▮▮▮▮

SAO01456

1184

GIUFFRE001427

## IMPORTANT MESSAGE

FOR _MR Epstein_

DATE _4/23/04_   TIME _6:10_   A.M. / P.M.

M ▮▮▮▮▮▮▮▮▮▮▮

OF

PHONE/ MOBILE

| TELEPHONED | | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Fix your emails_

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _Ms Maxwell_

DATE _4/23/04_   TIME _5:25_   A.M. / P.M.

M ▮▮▮▮▮▮▮▮▮

OF

PHONE/ MOBILE _Office_

| TELEPHONED | ✗ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _MR Epstein_

DATE _____   TIME _____   A.M. / P.M.

M ▮▮▮▮▮▮▮▮▮▮▮

OF

PHONE/ MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | ✓ |

MESSAGE

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _Mr Maxwell_

DATE _4/23/04_   TIME _5:37_   A.M. / P.M.

M

OF

PHONE/ MOBILE

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SAO2827

SIGNED _____   1184

GIUFFRE001451

## IMPORTANT MESSAGE

FOR 6 m

DATE 7/28/04   TIME 2 00 A.M. P.M.

M Martha

OF Colonial Bank

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED

1184

## IMPORTANT MESSAGE

FOR MS. MAXWELL

DATE 04/25/04   TIME 6·55 A.M. P.M.

M S.

OF

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE RETURNIN YOUR CALL

SIGNED

1184

## IMPORTANT MESSAGE

FOR

DATE   TIME   A.M. P.M.

M

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | X |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED

1184

## IMPORTANT MESSAGE

FOR Jeffrey

DATE   TIME   A.M. P.M.

M Ghislaine

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE would be helpful to
have & _____ come to
Palm Beach today to stay
here and help train new
staff with Ghislaine.

SAO2830

SIGNED

GIUFFRE001454

## IMPORTANT MESSAGE

FOR 05/21/04

DATE FOR MR EPSTEIN  TIME 5.37 P.M.

M ▓▓▓▓▓▓▓▓▓▓▓▓

OF _____

PHONE/ MOBILE ▓▓▓▓▓▓▓▓▓▓

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE "PLEASE CALL ME"

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR MR EPSTEIN

DATE _____ TIME 8.30 A.M.

M ▓▓▓▓▓▓▓▓▓▓

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE WILL CALL BACK

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR MR EPSTEIN

DATE 05/21/04  TIME 4.38 P.M.

M ▓▓▓▓▓▓▓▓▓▓▓

PHONE/ MOBILE ▓▓▓▓▓▓▓▓

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE "CALLED"

"CALL BACK"

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR 05/21/04

DATE TO MR EPSTEIN  TIME 12.45 P.M.

M ▓▓▓▓▓▓▓▓▓

O _____

P ▓▓▓▓▓▓▓▓▓▓▓
M

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE CALLED

SAO2833

SIGNED _____ 1184

GIUFFRE001457

## IMPORTANT MESSAGE

FOR Jeffrey

DATE _____ TIME _____ A.M. / P.M.

M Ghislaine

OF called

PHONE/MOBILE _____

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _____

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR 06/06/04

DATE FOR MR EPSTEIN  TIME 7.44 A.M. / P.M.

M MS. MAXWELL

OF _____

PHONE/MOBILE _____

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE " CALLED BUT NOT VERY IMPORTENT "

SIGNED R  1184

## IMPORTANT MESSAGE

FOR MR EPSTEIN

DATE 06/11/04  TIME 1.48 A.M. / P.M.

M ███████████

OF _____

PHONE/MOBILE ███████████

| | | | |
|---|---|---|---|
| TELEPHONED | ✓ | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE 'CALL BACK'

SIGNED R  1184

## IMPORTANT MESSAGE

FOR MR. EPSTEIN

DATE 6/6/04  TIME 8.57 A.M. / P.M.

M _____

OF _____

PHONE/MOBILE ███████████

| | | | |
|---|---|---|---|
| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE " WILL BE COMING AT 11 A.M. TODAY "

SAO2836

SIGNED _____  1184

GIUFFRE001460

**IMPORTANT MESSAGE**

FOR ████████████

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _____

PHONE/ MOBILE ████████████████

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____   1184

---

**IMPORTANT MESSAGE**

FOR ████████████

DATE 6.12.2004 TIME 3.55 A.M. / P.M.

M ████████

OF _____

PHONE/ MOBILE ██████████████

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE CALLED. SAYING

SOME ONE CalleD
FRom PALM BEACH

SIGNED _____   1184

---

**IMPORTANT MESSAGE**

FOR ████████████

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She'll be here

at 5.30

SIGNED _____   1184

---

**IMPORTANT MESSAGE**

FOR MR Epstein

DATE _____ TIME _____ A.M. / P.M.

M _____

OF Ms. Maxwell

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SAO2837

SIGNED _____   1184

GIUFFRE001461

## IMPORTANT MESSAGE

FOR MR EPSTEIN

DATE 7.9.2004   TIME 1.30   A.M. / P.M.

M ▓▓▓▓▓▓▓

OF ▓▓▓▓▓▓▓

PHONE/MOBILE ▓▓▓▓▓▓▓

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | ✓ | SPECIAL ATTENTION | |

MESSAGE CALLED

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR ▓▓▓ EPSTEIN

DATE ▓▓▓   TIME 6.35   A.M. / P.M.

M ▓▓▓▓▓▓▓

OF ▓▓▓▓▓▓▓

PHONE/MOBILE ▓▓▓▓▓▓▓

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR ▓▓▓▓▓▓▓

DATE 7/9/04   TIME 10.36   A.M. / P.M.

M ▓▓▓▓▓▓▓

OF ▓▓▓▓▓▓▓

PHONE/MOBILE ▓▓▓▓▓▓▓

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE SHE IS WORKING FROM HOME TODAY PL CALL THE ABOVE # ASAP

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR MR. EPSTEIN

DATE ▓▓   TIME 6.35   A.M. / P.M.

M S MAXWELL E

OF ▓▓▓▓▓▓▓

PHONE/MOBILE ▓▓▓▓▓▓▓

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE PLEASE CALL WHEN POSSIBLE

SAO2840

SIGNED _____ 1184

GIUFFRE001464

## IMPORTANT MESSAGE

FOR ███████████

DATE 07/30/2004 ⊔   TIME 6.33 A.M. / P.M.

M ████████████

OF _____

PHONE/MOBILE ████████████████

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE PL CALL

J CALLED

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR MR EPSTEIN

DATE _____   TIME 9 A.M. / P.M.

M ████████████

OF _____

PHONE/MOBILE ████████████████

| TELEPHONED | | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR ███████████

DATE 7/9/04   TIME 10.36 A.M. / P.M.

M ████████████████

OF ███████████████

PHONE/MOBILE ███████████████

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE SHE IS WORKING
FROM HOME ALL DAY
PL CALL THE ABOVE
# ASAP

SIGNED R  1184

## IMPORTANT MESSAGE

FOR MR EPSTEIN

DATE 7/9/04   TIME 7.50 A.M. / P.M.

MS MAYBELL E

OF _____

PHONE/MOBILE ███████████

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ████████ IS
AVAILABLE ON TUESDAY
NO ONE FOR TOMORROW

SAO2841

SIGNED R  1184

GIUFFRE001465

**IMPORTANT MESSAGE**

FOR _Mr. Epstein_

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _HE MAXWELL_

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

---

**IMPORTANT MESSAGE**

FOR _JE_

DATE _____ TIME 7:__ A.M. / P.M.

M _____

OF _____

PHONE/MOBILE ▓▓▓▓▓▓▓▓

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She said, if she_
_could come tomorrow, she_
_before, they'd do it later_
_after 4 (6:30 or 7:00_
_b'caz she has to stay_
_dinner with her grandpa._

SIGNED _____ 1184

---

**IMPORTANT MESSAGE**

FOR _Mr. Epstein_

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _she will see you_
_at 7:30_

SIGNED _____ 1184

---

**IMPORTANT MESSAGE**

FOR _Mr. Epstein_

DATE ▓▓▓▓▓▓ TIME 2:48 A.M. / P.M.

M ▓▓▓▓▓▓▓▓▓

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She said that Sophie_
_got her messages & said_
_that she's sorry for_
_not seeing you in_
_California_

SIGNED _____ SAO01465 1184

GIUFFRE001436

## IMPORTANT MESSAGE

FOR JEFFREY
DATE Aug 2   TIME 12:45 A.M./P.M.
M ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
OF ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
MOBILE

| TELEPHONED ✓ | PLEASE CALL ✓ |
|---|---|
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE THEY ARE
AVAILABLE ALL WEEKEND
AND ~~EASTER~~ MAYBE
▮▮▮▮▮▮ TOO ~~;~~

SIGNED ▮▮▮▮▮▮▮▮▮▮   1184

## IMPORTANT MESSAGE

FOR MR EPSTEIN
DATE 7/25/04   TIME 5.08 A.M./P.M.
M
   SNYDER
OF

| TELEPHONED | PLEASE CALL |
|---|---|
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE " RETUNING YOUR CALL "

SIGNED Ku   1184

## IMPORTANT MESSAGE

FOR SARA
DATE Aug 2   TIME 2:00 A.M./P.M.
M ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
OF ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
PHONE ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
MOBILE

| TELEPHONED | PLEASE CALL |
|---|---|
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION ✓ |

MESSAGE Please call
IN reference to ▮▮▮▮
this around please
▮▮▮ I ▮▮▮ ▮▮▮
▮▮▮ the Maxwell ▮
request.

SIGNED ▮▮▮▮▮▮▮▮▮▮   1184

## IMPORTANT MESSAGE

FOR MR. EPSTEIN
DATE 7/25/04   TIME 1.48 A.M./P.M.
M
   MS MAXWELL
OF
PHONE/
MOBILE

| TELEPHONED ✓ | PLEASE CALL ✓ |
|---|---|
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION ✓ |

MESSAGE " TELL HIM TO
CALL ME "

SAO01464

SIGNED P.M.   1184

GIUFFRE001435

## IMPORTANT MESSAGE

FOR ▮▮▮▮▮
DATE 8/6/04   TIME 12:00 A.M. P.M.
M ▮▮▮▮▮
OF ▮▮▮▮▮
PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE   Arriving at
Customs at 8:15
Need 2 vehicles
(5) people

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR JE
DATE ▮▮▮▮▮   TIME 9:30 A.M. P.M.
M ▮▮▮▮▮
OF
PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE   will phone again
in 1/2 hr.

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR JE
DATE _____   TIME _____ A.M. P.M.
M ▮▮▮▮▮
OF
PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR JE
DATE ▮▮▮▮▮   TIME 11:30 A.M. P.M.
M ▮▮▮▮▮
OF
PHONE/
MOBILE ▮▮▮▮▮

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | ✕ |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SAO2845

SIGNED _____ 1184



GIUFFRE001469

## IMPORTANT MESSAGE

FOR JE
DATE 20 AUG   TIME 11.00 A.M. P.M.

M _____
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____ CALLED,
SHE WAS ALL THE INFO
YOU NEED

CALL AT ████████████

SIGNED ████████████   1184

## IMPORTANT MESSAGE

FOR JE
DATE 20 AUG   TIME 3.66 A.M. P.M.

M _____
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ████████████

Call HER BACK

████████████

SIGNED ████████████   1184

## IMPORTANT MESSAGE

FOR JE
DATE 20 AUG   TIME 3.420 A.M. P.M.

M ████████████
OF ████████████
PHONE/MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____
Returns your call

████████████

SIGNED _____   SAO2848   1184

## IMPORTANT MESSAGE

FOR GM ME
DATE 20 AUG   TIME 3.40 A.M. P.M.

M Christine
OF _____
PHONE/MOBILE ✓

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE SHE LET ████ Go
THE ONLY FLIGHT TO PB leaves
at 3:15
Not heard from ████
If you call it means she will pick
Up ████ alone in the chopter.
If you want to change please
call GM back

SIGNED _____   1184

GIUFFRE001472

**IMPORTANT MESSAGE**

FOR ~~MR. EPSTEIN~~ MR _____
DATE _____ TIME 2:45 P.M.
M _____
OF MS. MAXWELL
PHONE/
MOBILE:

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

---

**IMPORTANT MESSAGE**

FOR JE
DATE _____ TIME 9:2 A.M.
M Sarah _____
OF ███████████

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She said if she
could it would be her left
before she was out cleaning
(after 4:00 (6:00 or you
b/c/ she has birthday
dinner w/her grandpa

SIGNED _____ 1184

---

**IMPORTANT MESSAGE**

FOR MR EPSTEIN
DATE ████████████ TIME _____
OF ( _____
████████████

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | ✓ |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE she will see you
at 7:30

SIGNED _____ 1184

---

**IMPORTANT MESSAGE**

FOR MR. Epstein
DATE ████████████ TIME 2:48 P.M.
M _____
OF ███████████
PHONE/
MOBILE:

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She said that Sophie
got her messages & said
that she's sorry for
not seeing you in
California

SAO2850

SIGNED _____ 1184

GIUFFRE001474

## IMPORTANT MESSAGE

FOR ▮▮▮▮
DATE 11-4-04   TIME 2:40 A.M./P.M.

M _____
OF _____
PHONE/MOBILE ▮▮▮▮▮▮▮

| TELEPHONED | ☑ PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE
Return ▮▮▮▮▮▮▮
Call

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 12-01-04(?)   TIME 2:55 A.M./P.M.

M From ▮▮▮▮▮▮
OF _____
PHONE/MOBILE _____

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE
▮▮▮▮ would
like to work @ 4:00pm
if possible.
[ is scheduled
for 5:00 today]
the
SIGNED movie is @ 7:30  1184

## IMPORTANT MESSAGE

FOR ▮▮▮▮
DATE 12/6/04   TIME 1:00 A.M./P.M.

M _____
OF ▮▮▮▮▮▮
PHONE/MOBILE ▮▮▮▮▮▮

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE
Please call her

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR Mr. J.E.
DATE 12/6/04   TIME 1:30 A.M./P.M.

M ▮▮▮▮▮▮
OF ▮▮▮▮▮▮
PHONE/MOBILE ▮▮▮▮▮▮

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE
Returning your
Call   SAO2939

SIGNED _____  1184

GIUFFRE001493

## IMPORTANT MESSAGE

FOR Mr. J.E.

DATE 12/04/04   TIME 240 AM/PM

M r ███████████

OF ███████████

PHONE/ MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Please call
him

SIGNED

---

## IMPORTANT MESSAGE

FOR Mr. J.E.

DATE 12/04/04   TIME 4:20 AM/PM

M s G. Maxwell

OF

PHONE/ MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Please Call her.

SIGNED

---

## IMPORTANT MESSAGE

FOR Mr. J.E.

DATE 12/04/04   TIME 5:30 AM/PM

M s G. Maxwell

OF

PHONE/ MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Please Call her

SIGNED

---

## IMPORTANT MESSAGE

FOR Mr. J.E.

DATE 12/04/04   TIME 5:40 AM/PM

M ███████████

OF ███████████

PHONE/ MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Please Call her

SAO2938

SIGNED

GIUFFRE001492

## IMPORTANT MESSAGE

FOR ███████████

DATE 12/9/04   TIME 10:20 A.M. / P.M.

M ███████████

OF _____

PHONE/MOBILE ███████████

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE  Scheduling for cars

thru  Palm Beach

House"

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR Mr. J E

DATE 12/9/04   TIME 5:00 A.M. / P.M.

M r.

OF _____

PHONE/MOBILE ███████████

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE  Please Call him

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR Mr. JE

DATE 12/09/04   TIME 8:30 A.M. / P.M.

M s. ███████████

OF _____

PHONE/MOBILE ███████████

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE  "Tell him that I

Called "

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR Mr. J E

DATE 12/09/04   TIME 8:00 A.M. / P.M.

M rs ███████████

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE  Please She will call

back

SAO2943

SIGNED _____   1184

**IMPORTANT MESSAGE**

FOR J.E.
DATE 1·8·05  TIME 4:05 A.M./P.M.

M ▮
OF
PHONE/MOBILE ▮

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Please cell me
back!

SIGNED ▮  1184

---

**IMPORTANT MESSAGE**

FOR Jeffrey
DATE ▮/05  TIME 10:1 A.M./P.M.

M ▮
OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Please call
her

SIGNED  1164

---

**IMPORTANT MESSAGE**

FOR J.E.
DATE 1·8·05  TIME 4:55 A.M./P.M.

M ▮
OF ▮
PHONE/MOBILE ▮

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Please call him

SIGNED  1184

---

**IMPORTANT MESSAGE**

FOR Jeffrey  9.30
DATE ▮/04/05  TIME ▮ A.M./P.M.

▮
OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ing if you
have called
him he has
sta for some
message for you

SAO2949

SIGNED  1184

GIUFFRE001503

**IMPORTANT MESSAGE**

FOR _J.E_

DATE _2/24/05_   TIME _4:18_ A.M. / P.M.

M ▓▓▓▓▓▓▓▓

OF ___

PHONE/MOBILE ▓▓▓▓▓▓▓▓

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please Call her_
_Tommorow is her_
_birthday_

SIGNED _J._   1184

---

**IMPORTANT MESSAGE**

FOR _J.E_

DATE _2/23_   TIME _12:45_ A.M. / P.M.

M ▓▓▓▓▓▓▓▓

OF ___

PHONE/MOBILE ▓▓▓▓▓▓▓▓

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please Call her._

SIGNED _J._   1184

---

**IMPORTANT MESSAGE**

FOR _Jeffrey_

DATE _2/25/05_   TIME _01:10_ A.M. / P.M.

M ▓▓▓▓▓▓▓▓

OF ___

PHONE/MOBILE ▓▓▓▓▓▓▓▓

| TELEPHONED | | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please call_
_him back_

SIGNED ___   1184

---

**IMPORTANT MESSAGE**

FOR _Mr. Epstein_

DATE _2/24/05_   TIME _11:19_ A.M. / P.M.

M ▓▓▓▓▓▓▓▓

OF ___

PHONE/MOBILE ___

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She needs Lem's_
_telephone number._
_Left her #_
▓▓▓▓▓▓▓▓

SIGNED _LER_   1184

SAO2967

GIUFFRE001521

**IMPORTANT MESSAGE**

FOR _Jeffrey_

DATE _2/25/05_   TIME _1:39_ A.M. P.M.

M _Ghislaine_

OF ___

PHONE/ MOBILE ___

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Told Jm called_

SIGNED ___   1184

---

**IMPORTANT MESSAGE**

FOR _Jeffrey_

DATE _2/25/05_   TIME _9:42_ A.M. P.M.

M ___

OF ___

PHONE/ MOBILE ███████████

| TELEPHONED | | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She would like to speak with you._

SIGNED ___   1184

---

**IMPORTANT MESSAGE**

FOR ___

DATE ___   TIME ___ A.M. P.M.

M ___

OF ___

PHONE/ MOBILE ___

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ___

SIGNED ___   1184

---

**IMPORTANT MESSAGE**

FOR _Jeffrey_

DATE _2/25/05_   TIME _12/2_ A.M. P.M.

M ___

OF ___

PHONE/ MOBILE ___

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ___

SIGNED ___   1184

SAO2998

GIUFFRE001553

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _02/26/05_ TIME _11:15_ A.M./P.M.
M ▮▮▮▮▮▮
OF
PHONE/MOBILE ▮▮▮▮▮▮▮

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _Please call her_
_back in 15 30_
_She is on the way_
_to the gym_

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _02/25/05_ TIME _05:30_ A.M./P.M.
M ▮▮▮▮▮▮
OF
PHONE/MOBILE _Your home if_

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _Going back to_
_conversation..._
_what about_
_Paris on Saturday_

SIGNED _____ 118

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _2/26/05_ TIME _8:00_ A.M./P.M.
M ▮▮▮▮▮▮
OF
PHONE/MOBILE

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _Please call_
_her_

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _2/26/05_ TIME _12:21_ A.M./P.M.
M ▮▮▮▮▮▮
OF
PHONE/MOBILE ▮▮▮▮▮▮▮

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _Please call_
_her back_

SIGNED _____ 1184

SAO2968

GIUFFRE001522

## IMPORTANT MESSAGE

FOR _J.E._

DATE _2/27/05_  TIME _10:18_ A.M. / P.M.

M _Ms. Maxwell_

OF

PHONE/MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She is home_

SIGNED _J._

## IMPORTANT MESSAGE

FOR _J.E._

DATE _2/26/05_  TIME _4:40_ A.M. / P.M.

M _Gean Luc_

OF

PHONE/MOBILE _no phone #_

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please! Call him_

SIGNED _J._

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _2/28/05_  TIME _12:30_ A.M. / P.M.

M _in_

OF

PHONE/MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She is wondering if 2:30 is ok we she needs to stay in school_

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _2/27/05_  TIME _07:45_ A.M. / P.M.

M _Jean Luc_

OF

PHONE/MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | ☐ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _That he call it back_

SAO01067

GIUFFRE001388

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 2/28/05   TIME 12:17 A.M.
M ▬▬▬▬▬▬▬

OF
PHONE/
MOBILE ▬▬▬▬▬▬▬

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE He needs to
speak with
you.

SIGNED

---

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 2/28/05   TIME 12:10 A.M.
M ▬▬▬▬▬▬▬

OF
PHONE/
MOBILE ▬▬▬▬▬▬▬

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE He has sent you
some faxes that
he would like
follow up.

SIGNED

---

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 2/28/05   TIME 5:30 A.M.
M Ghislaine

OF
PHONE/
MOBILE

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE Pls call
Puts

SIGNED

SAO3000

---

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 2/27/05   TIME 11:20 A.M.
M ▬▬▬▬▬▬▬

OF
PHONE/
MOBILE

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE Please call her
back. She wanted
make sure you know
that she is going
to meet Ghislaine
and go with her to
the Ranch

VED

GIUFFRE001555

**IMPORTANT MESSAGE**

FOR Jeffrey

DATE _____ TIME 6:05 A.M. / P.M.

M ▮▮▮▮▮▮▮▮▮▮

OF ▮▮▮▮▮▮▮▮▮▮

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Call back

SIGNED ▮▮▮▮▮▮

---

**IMPORTANT MESSAGE**

FOR Jeffrey

DATE 2/28/05 TIME 7:11 A.M. / P.M.

M ▮▮▮▮▮▮▮▮▮▮

OF

PHONE/MOBILE ▮▮▮▮▮▮▮▮▮▮

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ▮▮▮▮▮▮ is away. Back on Wensday and she might have stuff Friday

SIGNED

---

**IMPORTANT MESSAGE**

FOR Jeffrey

DATE 02/28/05 TIME 7:50 A.M. / P.M.

M ▮▮▮▮▮

OF ▮▮▮▮▮

PHONE/MOBILE ▮▮▮▮▮▮▮▮▮▮

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | ✓ |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE That she called please call her back

---

**IMPORTANT MESSAGE**

FOR Ghislaine

DATE 02/28/05 TIME 7:50 A.M. / P.M.

M Ghislaine

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Please call back

SAO3001

GIUFFRE001556

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _3/5/05_   TIME _12:20_ A.M. **P.M.**
M _Ghislaine_
OF ___
PHONE/ MOBILE ___

| | | | |
|---|---|---|---|
| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ▓▓▓▓ _still doesn't answer the phone._

SIGNED _A M_   1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _3/1/05_   TIME _10:20_ A.M. P.M.
M ▓▓▓▓
OF ___
PHONE/ MOBILE ___

| | | | |
|---|---|---|---|
| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She had on the phone._
▓▓▓▓▓▓▓▓▓▓

SIGNED ___   1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _3/5/05_   TIME _12:22_ A.M. **P.M.**
M ▓▓▓▓
OF ___
PHONE/ MOBILE ▓▓▓▓

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She has problems with car... could she be here at 2 pm?_

SIGNED ___

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _3/5/05_   TIME _11:50_ A.M. **P.M.**
M ▓▓▓▓
OF ___
PHONE/ MOBILE ▓▓▓▓

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Person for the car will be here in 15 min. to drop off foam and papers_

SIGNED ___   1184

SAO3002

GIUFFRE001557

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _3/6/05_   TIME _0.30_ A.M. / P.M.

M ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

OF

PHONE/
MOBILE ▓▓▓▓▓▓▓▓▓▓▓▓▓

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Returning your_
_phone call_

SIGNED ____  1184

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _3/06/05_   TIME _11:40_ A.M. / P.M.

M ▓▓▓▓▓▓▓▓▓▓▓

OF

PHONE/
MOBILE ▓▓▓▓▓▓▓▓▓▓▓▓▓

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | ✓ |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _That he ccd beol_

SIGNED ____  1184

## IMPORTANT MESSAGE

FOR _J. E._

DATE _3/7/05_   TIME _7:30_ A.M. / P.M.

M ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

OF ▓▓▓▓▓▓▓▓▓▓▓▓▓

PHONE/
MOBILE ▓▓▓▓▓▓▓▓▓

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Do you want to_
_see him?_

SIGNED _J._  1184

## IMPORTANT MESSAGE

FOR _Ms. G. Maxwell_

DATE _3/06/05_   TIME _9:01_ A.M. / P.M.

M ▓▓▓▓▓▓▓▓▓▓▓▓▓

OF ▓▓▓▓▓▓▓▓▓▓▓▓▓

PHONE/
MOBILE ▓▓▓▓▓▓▓▓▓

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Left his cell #_
▓▓▓▓▓▓▓▓▓▓▓▓▓

**SAO01071**

SIGNED ____  1184

GIUFFRE001392

## IMPORTANT MESSAGE

FOR _Sarah_

DATE _3/20/05_   TIME _1.10_ A.M. / P.M.

M ██████████████

OF

PHONE/MOBILE

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Lds. her cell #_

████████████████

SIGNED _α_   1184

## IMPORTANT MESSAGE

FOR _J.E._

DATE _3/18/05_   TIME _8:05_ A.M. / P.M.

M ████████████████████████████

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _J._   1184

## IMPORTANT MESSAGE

FOR _Ms. G. Maxwell_

DATE _3/19/05_   TIME _3:45_ A.M. / P.M.

M ███████████████████████

OF

PHONE/MOBILE

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Appointment is at_
_9:30am tomorrow._
██████████ _is not_
_available if it_
_okay to have_
_another person._

SIGNED _α_

## IMPORTANT MESSAGE

FOR _J.E._

DATE _3/18/05_   TIME _12:55_ A.M. / P.M.

M ███████████████

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SAO01474

SIGNED _J_

GIUFFRE001446

**IMPORTANT MESSAGE**

FOR _Jeffrey_
DATE _02/01/05_   TIME _12:20_ A.M. / P.M.
M _Ghislaine_
OF _____
PHONE/MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ███ _has pulled muscle and he is at the hospital "Good Sam" They have called ███ and everything has been organized. In this case probably they won't make for lunch._
SIGNED _Lc_

---

**IMPORTANT MESSAGE**

FOR _J.E._
DATE _3/31/05_   TIME _7:05_ A.M. / P.M.
M ███████
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____
SIGNED _J._

#16

---

**IMPORTANT MESSAGE**

FOR _Jeffrey_
DATE _04/01/05_   TIME _11:07_ P.M.
M ███████
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She had on the phone_ ███████

SAO2972

SIGNED _____

---

**IMPORTANT MESSAGE**

FOR _Jeffrey Epscow_
DATE _04/11/05_   TIME _07:3_ A.M. / P.M.
M ███████
OF _____
PHONE/MOBILE _No number. he will call back_

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _That he called_

SIGNED _____

GIUFFRE001526

**IMPORTANT MESSAGE**

FOR _Jeffrey_
DATE _4/8/05_  TIME _02:10_ A.M. / P.M.
M _Ghislaine_
OF _____
PHONE/MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____  1184

**IMPORTANT MESSAGE**

FOR _Jeffrey_
DATE _4/8/05_  TIME _Dick_ A.M. / P.M.
M _____
OF _____
PHONE/MOBILE _[redacted]_

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____  1184

**IMPORTANT MESSAGE**

FOR _J.E_
DATE _4/10/05_  TIME _1:20_ A.M. / P.M.
M _[redacted]_
OF _____
PHONE/MOBILE _____

| | | |
|---|---|---|
| TELEPHONED | , | PLEASE CALL |
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE _She went runing and back to the gym_

SIGNED _J._  1184

**IMPORTANT MESSAGE**

FOR _J.E._
DATE _4/10/05_  TIME _____ A.M. / P.M.
M _[redacted]_
OF _____
PHONE/MOBILE _____

| | | |
|---|---|---|
| TELEPHONED | | PLEASE CALL |
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE _She went running_

SIGNED _____  1184

SAO2975

GIUFFRE001530

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _9/9/05_   TIME _4:40_ A.M./**P.M.**

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She is waiting for her friend to call her back. She would like to speak with you_

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _4/9/05_   TIME _5:15_ A.M./P.M.

M ████████████

OF _____

PHONE/MOBILE ████████████

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _9/11/05_   TIME _11:40_ **A.M.**/P.M.

M ████████████

OF _____

PHONE/MOBILE ████████████

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _4/9/05_   TIME _1:05_ A.M./**P.M.**

M _Ghislaine_

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please call her back_

SIGNED _____

SAO3013

GIUFFRE001568

## IMPORTANT MESSAGE

FOR _J. E._

DATE _5/9/05_ TIME _3:05_ AM/PM

M ▮▮▮▮▮▮▮▮▮▮

OF ▮▮▮▮▮▮▮▮▮▮

PHONE/MOBILE

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _J._ 1184

## IMPORTANT MESSAGE

FOR _J. E._

DATE _5/9/05_ TIME _3:06_ AM/PM

M ▮▮▮▮▮▮▮▮▮▮

OF ▮▮▮▮▮▮▮▮▮▮

PHONE/MOBILE

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _J._ 1184

## IMPORTANT MESSAGE

FOR _JE_

DATE ▮▮▮▮▮▮ TIME _4:45_ AM/PM

M ▮▮▮▮▮▮▮▮▮▮

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Thank you_

SIGNED 1184

## IMPORTANT MESSAGE

FOR _JE_

DATE ▮▮▮▮▮▮ TIME _2:15_ AM/PM

M ▮▮▮▮▮▮▮▮▮▮

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | X | SPECIAL ATTENTION | |

MESSAGE

SIGNED 1184

SAO2980

GIUFFRE001535

**IMPORTANT MESSAGE**

FOR _____
DATE 5/24/05   TIME 9:10 ☑ P.M.
M ████████
OF _____
PHONE/MOBILE *call her at home*

| TELEPHONED | | PLEASE CALL | ✗ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____  1184

---

**IMPORTANT MESSAGE**

FOR J.E
DATE 5/9/05   TIME 7:20 ☑ A.M. P.M.
M *Mrs Maxwell*
OF _____
PHONE/MOBILE _____

| TELEPHONED | ✗ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED J  1184

---

**IMPORTANT MESSAGE**

FOR JE
DATE ████   TIME 12:5 ☑ A.M. P.M.
M ████████████
OF ████████████
PHONE/MOBILE ████████████

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____

---

**IMPORTANT MESSAGE**

FOR JE
DATE ████   TIME 10:25 ☑ A.M. P.M.
M ████████████
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | ✗ | SPECIAL ATTENTION | |

MESSAGE *she got there safe*

SIGNED _____

SAO2981

GIUFFRE001536

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _04/01/05_   TIME _12:20_ A.M. / P.M.
M _Ghislaine_
OF ___
PHONE/MOBILE ___

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ▇▇▇ _has pulled_
_muscle and he is at the_
_hospital "Good Sam." They_
_have called_ ▇▇▇▇▇
_and everything has_
_been organized. In this_
_case probably they won't_
_make for lunch._
SIGNED _LC_

1184

## IMPORTANT MESSAGE

FOR _J.E._
DATE _3/31/05_   TIME _7:05_ A.M. / P.M.
M ▇▇▇▇▇▇▇
OF ___
PHONE/MOBILE ___

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ___
SIGNED _J._

#16

1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _04/01/05_   TIME _11:07_ A.M. / P.M.
M ▇▇▇▇▇▇
OF ___
PHONE/MOBILE ___

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She had on the_
_phone_ ▇▇▇▇▇▇▇
SIGNED ___

SAO2983

1184

## IMPORTANT MESSAGE

FOR ▇▇▇ _Moscow_
DATE _04/11/05_   TIME _07:30_ A.M. / P.M.
M ▇▇▇▇▇
OF ___
PHONE/MOBILE _No number he will_
_call back_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _That he called_
SIGNED ___

1184

GIUFFRE001538

**IMPORTANT MESSAGE**

FOR _Jeffrey_
DATE _12/9/05_   TIME _02:10_ A.M. P.M.
M _Ghislaine_
OF _____
PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____
_____
_____
_____
_____

SIGNED _____   1184

**IMPORTANT MESSAGE**

FOR _Jeffrey_
DATE _4/9/05_   TIME _12:04_ A.M. P.M.
M _____
OF _____
PHONE/ MOBILE ██████████████

| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____
_____
_____
_____
_____

SIGNED _____   1184

**IMPORTANT MESSAGE**

FOR _J.E_
DATE _4/10/05_   TIME _1:20_ A.M. P.M.
M ██████████████
OF _____
PHONE/ MOBILE _____

| TELEPHONED | , | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She went runing_
_and back to the gym_
_____
_____

SIGNED _J_   1183

**IMPORTANT MESSAGE**

FOR _J.E._
DATE _4/10/05_   TIME _____ A.M. P.M.
M ██████████████
OF _____
PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She went running_
_____
_____
_____

SIGNED _____   1184

SAO2986

GIUFFRE001541

## IMPORTANT MESSAGE

FOR _J. E._
DATE _5/9/05_   TIME _3:05_ A.M./P.M.
M ▮▮▮▮▮▮▮▮▮▮
OF ▮▮▮▮▮▮
PHONE/
MOBILE

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _J._
1184

## IMPORTANT MESSAGE

FOR _J. E._
DATE _5/9/05_   TIME _3:06_ A.M./P.M.
M ▮▮▮▮▮▮▮▮
OF
PHONE/
MOBILE

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _J._
1184

## IMPORTANT MESSAGE

FOR _JE_
DATE ▮▮▮▮▮▮   TIME _9:45_ A.M./P.M.
M ▮▮▮▮▮▮
OF
PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Thank you_

SIGNED

SAO2990

## IMPORTANT MESSAGE

FOR _JE_
DATE ▮▮▮▮▮▮   TIME _2:15_ A.M./P.M.
M ▮▮▮▮▮▮▮▮
OF
PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | X | SPECIAL ATTENTION | |

MESSAGE

1184

GIUFFRE001545

**IMPORTANT MESSAGE**

FOR _____

DATE 5/24/05   TIME 9:10 A.M./P.M.

M [REDACTED]

OF _____

PHONE/MOBILE call her at home

| TELEPHONED | | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____   1184

---

**IMPORTANT MESSAGE**

FOR J.E.

DATE 5/9/05   TIME 7:20 A.M./P.M.

M Mrs Maxwell

OF _____

PHONE/MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED J   1184

---

**IMPORTANT MESSAGE**

FOR JE

DATE [REDACTED]   TIME 12:05 A.M./P.M.

M [REDACTED]

OF [REDACTED]

PHONE/MOBILE [REDACTED]

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____   1184

---

**IMPORTANT MESSAGE**

FOR JE

DATE [REDACTED]   TIME 10:25 A.M./P.M.

M [REDACTED]

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | ✓ | SPECIAL ATTENTION | |

MESSAGE she got there safe

SIGNED _____   1184

SAO2991

GIUFFRE001546

## IMPORTANT MESSAGE

FOR ▮▮▮▮▮

DATE 6-18-05  TIME 3:10 A.M. / P.M.

M ▮▮▮▮▮

OF

PHONE/MOBILE

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR J. E.

DATE 6/13/05  TIME 10:5 A.M. / P.M.

M G. M.

OF

PHONE/MOBILE

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Please Call her back

SIGNED I   1184

## IMPORTANT MESSAGE

FOR Jeffrey

DATE 06/12/05  TIME 12.05 A.M. / P.M.

M ▮▮▮▮▮

OF

PHONE/MOBILE ▮▮▮▮▮

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR Mr. J. Epstein

DATE 6/11/05  TIME 12:25 A.M. / P.M.

M ▮▮▮▮▮

OF

PHONE/MOBILE

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | ✓ | SPECIAL ATTENTION | |

MESSAGE

SAO01078

SIGNED _____   1184

GIUFFRE001399

**IMPORTANT MESSAGE**

FOR _J . E ._
DATE _7/4/05_   TIME _6:25_ A.M./P.M.
M _[redacted]_
OF _G . M ._
PHONE/MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _J ._

---

**IMPORTANT MESSAGE**

FOR _J . E ._
DATE _7/4/05_   TIME _7:20_ A.M./P.M.
M _[redacted]_
OF
PHONE/MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _T_

---

**IMPORTANT MESSAGE**

FOR _JE_
DATE _9_   TIME _12:30_ A.M./P.M.
M _G_
OF
PHONE/MOBILE

| | | |
|---|---|---|
| TELEPHONED | PLEASE CALL | |
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOUR CALL | SPECIAL ATTENTION | |

MESSAGE _She called [redacted]_
_She's going to have_
_dinner w/ him - He's not_
_going to Grand Prix -_
_But she told her to_
_call his secretary to_
_organize passes -_

SIGNED

---

**IMPORTANT MESSAGE**

FOR _JE_
DATE   TIME _1035_ A.M./P.M.
M _[redacted]_
OF
PHONE/MOBILE

| | | |
|---|---|---|
| TELEPHONED | PLEASE CALL | |
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOUR CALL | SPECIAL ATTENTION | |

MESSAGE _Called to say_
_goodnight_

SAO01081

SIGNED

GIUFFRE001402

**IMPORTANT MESSAGE**

FOR _J. E._

DATE _8/19/05_   TIME _____ A.M. / P.M._

M _____ ▮▮▮▮▮▮

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Remanid you about conference call at 9 AM_

SIGNED _J_

1184

---

**IMPORTANT MESSAGE**

FOR _Jeffrey_

DATE _25/07/05_   TIME _11:45_ A.M. / P.M.

M _____ ▮▮▮▮▮▮

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | X |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ▮▮▮▮ _the head of the text department has answer on aircraft His number is_ ▮▮▮▮▮▮

SIGNED _____

1184

---

**IMPORTANT MESSAGE**

FOR _JE_

DATE _____   TIME _____ A.M. / P.M._

M _____ ▮▮▮▮▮▮

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She doesn't want to come to the movies, but call her if you want a massage before or after the movie._

SIGNED _____

1184

---

**IMPORTANT MESSAGE**

FOR _JE_

DATE _____   TIME _9a_ A.M. / P.M.

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _she's at 71 st Please call_

SAO01084

SIGNED _____

1184

GIUFFRE001405

**IMPORTANT MESSAGE**

FOR _J. E._

DATE _8/19/05_  TIME _4:12_ A.M. P.M.

M _G. M._

OF

PHONE/MOBILE

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She left message on answering machine._

SIGNED _J_

1184

---

**IMPORTANT MESSAGE**

FOR _8/19/05_   _7:50_

DATE ███████  TIME A.M. P.M.

M

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

M ███ _to get information where he has to go to Hampton and how to get this person?_
_He can be reach on_ ███ _cellphone_

_J_

SIGNED

1184

---

**IMPORTANT MESSAGE**

FOR _JE_

DATE _____  TIME A.M. P.M.

M ███████

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _she___ ███ _work on Sunday @ 4.00 and ____ @ 4.30_

SIGNED

1184

---

**IMPORTANT MESSAGE**

FOR _8/19/05_   _7:35_

DATE ███████  TIME A.M. P.M.

M

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOU ███ | | CIAL ATTENTION | |

MESSAGE _will be here tomorrow at 11:00 AM_

SAO01085

_J_

SIGNED

1184

GIUFFRE001406

**IMPORTANT MESSAGE**

FOR J.F

DATE 9/3/05   TIME 8:50 A.M. P.M.

M ███████████████

OF
PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE I left message
for ████████ to
confirm for 11:00 AM
and ████████
for 4:30 PM

SIGNED I
1184

---

**IMPORTANT MESSAGE**

FOR J.F

DATE 8/22/05   TIME 9:25 A.M. P.M.

M

OF
PHONE/
MOBILE

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED I
1184

---

**IMPORTANT MESSAGE**

FOR J.F

DATE 9/4/05   TIME 12:55 A.M. P.M.

M ███████████████

OF ███████████████

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She would like to
reschedule her
time

SIGNED I
1184

---

**IMPORTANT MESSAGE**

FOR J.F

DATE 8/22/05   TIME A.M. P.M.

M G M

OF
PHONE/
MOBILE

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SAO01477

SIGNED I
1184

GIUFFRE001449

## IMPORTANT MESSAGE

FOR _Mr. J. Epstein_

DATE _8/23/05_ TIME _2:18_ A.M. / P.M.

M _▮▮▮▮▮_

OF _____

PHONE/
MOBILE _____

| | ✓ | PLEASE CALL | |
|---|---|---|---|
| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _L_   1184

## IMPORTANT MESSAGE

FOR _JE_

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _▮▮▮▮▮_

PHONE/
MOBILE _____

| | | PLEASE CALL | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _# Call her back please_

SIGNED _____   1184

## IMPORTANT MESSAGE

FOR _Mr. J. Epstein_

DATE _8/22_ TIME _4:21_ A.M. / P.M.

M _▮▮▮▮▮_

OF _____

PHONE/
MOBILE _____

| | ✓ | PLEASE CALL | |
|---|---|---|---|
| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please call her_

SIGNED _L_   1184

## IMPORTANT MESSAGE

FOR _Mr. J Epstein_

DATE _8/21_ TIME _11:39_ A.M. / P.M.

M _▮▮▮▮▮_

OF _____

PHONE/
MOBILE _____

| | ✓ | PLEASE CALL | |
|---|---|---|---|
| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _cannot work today. ▮▮▮ will be there at 1:00 pm_

SAO01449

SIGNED _L_   1184

GIUFFRE001420

## IMPORTANT MESSAGE

FOR _____

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

I went to a store to buy food
I will be back @ 5.00

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR JE

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

█ & ... ave confirmed

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR JE

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Please call back

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _____

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

The movie starts @ 7.15

SAO01086

SIGNED _____ 1184

GIUFFRE001407

**IMPORTANT MESSAGE**

FOR _J. E._

DATE _9/4/05_   TIME _3:40_ A.M. / P.M.

M _____

OF _____

PHONE/
MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _J_   1184

---

**IMPORTANT MESSAGE**

FOR _Ms. B. Maxwell_

DATE _9/4/05_   TIME _1:40_ A.M. / P.M.

M ███████████

OF _____

PHONE/
MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She will be here_
_at 3rd with Kimberly._

SIGNED _L._   1184

---

**IMPORTANT MESSAGE**

FOR _J. E._

DATE _9/4/05_   TIME _7:25_ A.M. / P.M.

M ███████████

OF _____

PHONE/
MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION █ |

MESSAGE _Canceled_ ███████
_She would like to speak_
_to you. I belive about_
_college_ ███████████
_Shoul I schedule any_
_one else?_

SIGNED _J_   1184

---

**IMPORTANT MESSAGE**

FOR _Mr. J. Epstein_

DATE _9/4/05_   TIME _2:08_ A.M. / P.M.

M _____

OF _____

PHONE/
MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SAO01089

SIGNED _L_   1184

GIUFFRE001409

## IMPORTANT MESSAGE

FOR _J.E._

DATE _9/10/05_  TIME _11:16_ A.M.

M _G.M._

OF

PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ████████████

_got invitation_

SIGNED _J_  1184

## IMPORTANT MESSAGE

FOR _J.E._

DATE _9/5/05_  TIME _10:25_ A.M.

M ████████████

OF

PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
_5:00 PM
is O.K. with her_

SIGNED _J_  1184

## IMPORTANT MESSAGE

FOR _J.E._

DATE _9/10/05_  TIME _11:16_ A.M.

M _G.M._

OF

PHONE/
MOBILE

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ████████████

_got an invitation_

SIGNED _J_  1184

## IMPORTANT MESSAGE

FOR _J.E._

DATE _9/8/05_  TIME _4:30_ P.M.

M ████████████

OF

PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
_Her new phone #_
████████████

SAO01090

SIGNED _J_  1184

GIUFFRE001410

## IMPORTANT MESSAGE

FOR _J.E._

DATE _9/10/05_     TIME _12:50_ A.M. / P.M.

M ▮▮▮▮▮▮▮▮▮▮

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Call her in North Salem_

SIGNED _J._

1184

## IMPORTANT MESSAGE

FOR _J.E._

DATE _9/10/05_     TIME _11:16_ A.M. / P.M.

M _G. M._

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | X |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ▮▮▮▮▮▮ _decline invitation_

SIGNED _J_

1184

## IMPORTANT MESSAGE

FOR _J.E._

DATE ▮▮▮▮▮▮     TIME ▮▮▮ A.M. / P.M.

M ▮▮▮▮▮▮▮▮▮▮▮

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _RETURNING YOUR CALL @ 12 20_

SIGNED

1184

## IMPORTANT MESSAGE

FOR ▮ _J.E._

DATE _9/10/05_     TIME _1:15_ A.M. / P.M.

M ▮▮▮▮▮▮▮▮▮▮

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | X |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ▮▮▮▮▮▮ _confirm 4 PM_

SAO01091

SIGNED _J_

1184

GIUFFRE001411

**IMPORTANT MESSAGE**

FOR _J.E._
DATE _9/11/05_ TIME _9:15_ A.M. P.M.
M ███████████
OF
PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _I got a car for._

SIGNED _J_
1184

---

**IMPORTANT MESSAGE**

FOR _JE_
DATE _____ TIME _____ A.M. P.M.
M
OF _N_
PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _████████ hasn't confirmed @ 11.00 yet so she is keeping ████ on hold in case doesn't call back_

SIGNED _____
1184

---

**IMPORTANT MESSAGE**

FOR _Mr. J. Epstein_
DATE _9/11/05_ TIME _10:01_ A.M. P.M.
M _George Goldsmith_
OF
PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _L_
1184

---

**IMPORTANT MESSAGE**

FOR _J.E._
DATE _9/10/05_ TIME _10:10_ A.M. P.M.
M ███████████
OF
PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _████████ will be at 11: AM Do you want me to cancel ████████_

SIGNED _J_
1184

SAO01093

GIUFFRE001413

ITEM   J-1

## IMPORTANT MESSAGE

FOR _J. E._

DATE _10/1/05_   TIME _2:50_ A.M.

M ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

OF _____

PHONE/
MOBILE _____

| | | |
|---|---|---|
| TELEPHONED | X | PLEASE CALL |
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE _____
_____
_____
_____
_____

SIGNED _J_   1184

## IMPORTANT MESSAGE

FOR _J. E._

DATE _10/1/05_   TIME _9:30_ A.M.

M ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

OF _____

PHONE/
MOBILE _____

| | | |
|---|---|---|
| TELEPHONED | | PLEASE CALL |
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE _____ _____ continued
_____ at 11 AM
and _____ - 4 PM
_____

SIGNED _J_   1184

## IMPORTANT MESSAGE

FOR _J. E._

DATE _10/1/05_   TIME _7:10_ A.M.

M ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

OF _____

PHONE/
MOBILE ▓▓▓▓▓▓▓▓▓▓▓

| | | |
|---|---|---|
| TELEPHONED | X | PLEASE CALL |
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE _____
_____
_____
_____
_____

SIGNED _J_   1184

## IMPORTANT MESSAGE

FOR _J. E._

DATE _10/1/05_   TIME _10:15_ A.M.

M ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

OF _____

PHONE/
MOBILE ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

| | | |
|---|---|---|
| TELEPHONED | X | PLEASE CALL |
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE _____
_____
_____

**SAO01469**

SIGNED _J_   1184

GIUFFRE001441

## IMPORTANT MESSAGE

FOR __J. E.__
DATE __10/2/05__   TIME __10:40__ A.M. / P.M.
M ▮▮▮▮▮▮▮
OF _____
PHONE/MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ▮▮▮▮ is sick
and she can't
come today

SIGNED __J.__   1184

---

## IMPORTANT MESSAGE

FOR __J. E.__
DATE __10/1/05__   TIME __7:20__ A.M. / P.M.
M ▮▮▮▮▮▮▮
OF _____
PHONE/MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED __T.__   1184

---

## IMPORTANT MESSAGE

FOR __Mr. J. Epstein__
DATE __Oct. 2 05__   TIME __12:30__ A.M. / P.M.
M ▮▮▮▮▮
OF _____
PHONE/MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ▮▮▮▮▮▮

SIGNED __L__   1184

---

## IMPORTANT MESSAGE

FOR __J. E.__
DATE __10/2/05__   TIME __10:20__ A.M. / P.M.
M ▮▮▮▮▮▮
OF _____
PHONE/MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SAO01470

SIGNED __T__   1184

GIUFFRE001442

## IMPORTANT MESSAGE

FOR _J. E._

DATE _10/3/05_  TIME _2:50_ A.M. P.M.

M _▓▓▓▓▓▓▓_

OF _____

PHONE/MOBILE _▓▓▓▓▓▓▓_

| | | | |
|---|---|---|---|
| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _J_   1184

## IMPORTANT MESSAGE

FOR _J. E._

DATE _10/2/05_  TIME _9:05_ A.M. P.M.

M _▓▓▓▓▓▓▓_

OF _____

PHONE/MOBILE _▓▓▓▓▓▓▓_

| | | |
|---|---|---|
| TELEPHONED | PLEASE CALL | |
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOUR CALL | SPECIAL ATTENTION | |

MESSAGE _Can you call him at this # between 10⁰⁰ - 10³⁰ DrY_

SIGNED _J_   1184

## IMPORTANT MESSAGE

FOR _J. E._

DATE _10/3/05_  TIME _4:10_ A.M. P.M.

M _▓▓▓▓▓▓▓_

OF _____

PHONE/MOBILE _____

| | | |
|---|---|---|
| TELEPHONED | PLEASE CALL | |
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOUR CALL | SPECIAL ATTENTION | |

MESSAGE _▓▓▓▓ will be 1/2 hour late_

## IMPORTANT MESSAGE

FOR _Mr. J. Epstein_

DATE _10-2-05_  TIME _12:30_ A.M. P.M.

M _▓▓▓▓▓▓▓_

OF _____

PHONE/MOBILE _____

| | | |
|---|---|---|
| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOUR CALL | SPECIAL ATTENTION | |

MESSAGE _____

SAO01471

GIUFFRE001443