# Exhibit A

To: Sharon.Churcher@mailonsunday.co.uk[Sharon.Churcher@mailonsunday.co.uk]
From: Virginia Giuffre
Sent: Thur 5/12/2011 2:21:43 AM
Importance: Normal
Subject: Re: Good News!!
Received: Thur 5/12/2011 2:21:43 AM

Thanks again Shazza, I'm bringing down the house with this book!!!
xoxo Jenna

--- On Wed, 11/5/11, Sharon.Churcher@mailonsunday.co.uk <Sharon.Churcher@mailonsunday.co.uk> wrote:

From: Sharon.Churcher@mailonsunday.co.uk <Sharon.Churcher@mailonsunday.co.uk>
Subject: Re: Good News!!
To: "Virginia Giuffre"
Received: Wednesday, 11 May, 2011, 4:17 PM

Don't forget Alan Dershowitz...JE's buddy and lawyer..good name for your pitch as he repped Claus von Bulow and a movie was made about that case...title was Reversal of Fortune. We all suspect Alan is a pedo and tho no proof of that, you probably met him when he was hanging out w JE

|------------>
|From:    |
|------------>
>-------------------------------------------------------------------|
|Virginia Giuffre                                                   |
>-------------------------------------------------------------------|
|------------>
|To:      |
|------------>
>-------------------------------------------------------------------|
|Sharon Churcher                                                    |
>-------------------------------------------------------------------|
|------------>
|Date:    |
|------------>
>-------------------------------------------------------------------|
|10/05/2011 23:00 GDT                                               |
>-------------------------------------------------------------------|
|------------>
|Subject: |
|------------>
>-------------------------------------------------------------------|
|Good News!!                                                        |
>-------------------------------------------------------------------|


|-------------------------------------------------------------------|
|Hi Sharon,                                         |
|
|Hello gorgeous, I hope this message comes to you on a bright, sunny day!!!|
|I took your advice about what to offer Sandra and she accepted. Were      |
|drawing up a contract through her agent right now and getting busy to meet|

Copyright Protected Material
CONFIDENTIAL                                                                GIUFFRE004096

|my deadline. Just wondering if you have any information on you from when |
|you and I were doing interviews about the J.E story. I wanted to put the |
|names of some of these assholes, oops, I meant to say, pedo's, that J.E |
|sent me to. With everything going on my brain feels like mush and it would|
|be a great deal of help! |
|Having fun sweetie? |
|
|Thanks, |
|Jenna |
|--------------------------------------------------------------------|

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delete it from your system. Please be advised that the views and opinions expressed in this e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachments to it for viruses as we can take no responsibility for any computer virus which may be transferred by way of this e-mail. Use of this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of these facilities.
Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121 England.

To: Sharon Churcher[Sharon.Churcher@mailonsunday.co.uk]
From: Virginia Giuffre
Sent: Wed 6/8/2011 11:19:55 PM
Importance: Normal
Subject: Re: Virginia Roberts
Received: Wed 6/8/2011 11:19:55 PM

Hi Buddy,

You are absolutely right...nail biting is an understatement of the century!!!
We didn't have any trouble with spiders or anything like that yesterday, it was more my daughter that gave everyone a spook! She wandered off when I turned my back to look at homemade jam and found her outside in the bush chasing the roo's!! My own miniature Tarzan!!!

My fingers and toes are crossed and I'm thinking positive!!!

Much Love,
Jenna

--- On **Wed, 8/6/11, Sharon Churcher** *<Sharon.Churcher@mailonsunday.co.uk>* wrote:

From: Sharon Churcher <Sharon.Churcher@mailonsunday.co.uk>
Subject: Re: Virginia Roberts
To:
Received: Wednesday, 8 June, 2011, 11:59 AM

Roos. You lucky things -- but did you have to duck under spider webs? They were strung between trees when I went.

Re Jarred: it is a nailbiting wait but remember he is only one agent. He was keen to see it which is good. If he doesn't go for it, there are others. Different tastes. When did you send it?
Shazza
X000

From: Virginia Giuffre
Sent: Wednesday, June 08, 2011 07:27 AM
To: Sharon Churcher
Subject: Re: Virginia Roberts

Dearest Shazza,
Once again you have really outdone yourself...MANY, MANY, THANKS!!!

I took the kids to the Australian Walkabout Park today and enjoyed the scenic walks and many kangaroos. Rob and I had a good chuckle about our adventures at the Reptile Park with you and Mike ...good times!!! Have you heard from Mike? I hope he is well and if you ever speak, tell him I sent a BIG hello.

I really appreciate everything you have helped with, as a friend you have gone beyond the call of duty!!!

I hope we hear back from Jarred soon!!

xoxoxo Jenna

--- On **Wed, 8/6/11, Sharon Churcher** *<Sharon.Churcher@mailonsunday.co.uk>* wrote:

From: Sharon Churcher <Sharon.Churcher@mailonsunday.co.uk>
Subject: Virginia Roberts
To: "jarred halperin agent (jarred@objectivecnt.com)" <jarred@objectivecnt.com>
Cc: "Virginia Giuffre"
Received: Wednesday, 8 June, 2011, 2:31 AM

Copyright Protected Material
CONFIDENTIAL                                                                                      GIUFFRE004028

Hi Jarred

Hopefully you have Virginia's book pitch by now.

She has some amazing names which she can share with you in confidence and I think she also has a human interest story that could appeal to the Oprah/female set as well as the Wall Streeters who follow Epstein – a hedge fund king.

Here are a few of our stories about Virginia, plus some examples of the massive US and other international media pickup. Vanity Fair are doing a piece I believe in their August issue. The FBI have reopened the Epstein case due to Virginia's revelations. I also am attaching a link to a NY Magazine profile of Epstein.....written before his world combusted. The FBI believe he was essentially running a private – and mobile -- brothel for some of the world's richest and most influential men.

He got off the first time round after retaining Kenneth Starr (who witchhunted Bill Clinton) and Alan Dershowitz (von Bulow's appeal lawyer, who inspired the movie Reversal of Fortune). The US Justice Dept is investigating corruption allegations against at least one prosecutor involved in the case.

Best regards,

Sharon

http://www.dailymail.co.uk/news/article-1361039/Prince-Andrew-girl-17-sex-offender-friend-flew-Britain-meet-him.html

http://www.dailymail.co.uk/news/article-1363452/Bill-Clinton-15-year-old-masseuse-I-met-twice-claims-Epsteins-girl.html

http://www.nypost.com/p/news/local/manhattan/pervy_mogul_lent_me_out_Balv1lrcQq9ADFIOXewvoJ

http://blogs.villagevoice.com/runninscared/2011/02/virginia_robert.php

http://billionaires.forbes.com/article/03rxgf12IP9nv (This one, in Forbes Magazine, seems to require subscribing but you get the gist)

http://www.telegraph.co.uk/news/uknews/theroyalfamily/8362690/Prince-Andrew.html

http://www.dailytelegraph.com.au/news/the-prince-a-paedophile-and-the-sex-slave-teen/story-e6freuy9-1226013783994

http://nymag.com/nymetro/news/people/n_7912/

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delete it from your system. Please be advised that the views and opinions expressed in this e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachments to it for viruses as we can take no responsibility for any computer virus which may be transferred by way of this e-mail. Use of this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of these facilities.
Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121 England.

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This email has been scanned by the MessageLabs Email Security System.

For more information please visit http://www.messagelabs.com/email

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delete it from your system. Please be advised that the views and opinions expressed in the e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachments it for viruses as we can take no responsibility for any computer virus which may be transferred by way of this e-mail. Use this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of these facilities.
Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121 England.