COMPOSITE

EXHBIT 3

(File Under Seal)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CASE NO. 15-CV-07433-RWS

------------------------------------------x

VIRGINIA L. GIUFFRE,

                        Plaintiff,

v.

GHISLAINE MAXWELL,

                        Defendant.

------------------------------------------x

                        June 21, 2016
                        9:17 a.m.

            C O N F I D E N T I A L

Deposition of JOSEPH RECAREY, pursuant
to notice, taken by Plaintiff, at the
offices of Boies Schiller & Flexner, 401
Las Olas Boulevard, Fort Lauderdale, Florida,
before Kelli Ann Willis, a Registered
Professional Reporter, Certified Realtime
Reporter and Notary Public within and
for the State of Florida.



1          JOSEPH RECAREY - CONFIDENTIAL

2   Ghislane Maxwell?

3        A.    I wanted to speak with everyone related to

4   this home, including Ms. Maxwell.  My contact was

5   through Gus, Attorney Gus Fronstin, at the time, who

6   initially had told me that he would make everyone

7   available for an interview.  And subsequent

8   conversations later, no one was available for

9   interview and everybody had an attorney, and I was

10  not going to be able to speak with them.

11       Q.    Okay.  During your investigation, what did

12  you learn in terms of Ghislane Maxwell's

13  involvement, if any?

14            MR. PAGLIUCA:  Object to form and

15       foundation.

16            THE WITNESS:  Ms. Maxwell, during her

17       research, was found to be Epstein's long-time

18       friend.  During the interviews, Ms. Maxwell was

19       involved in seeking girls to perform massages

20       and work at Epstein's home.

21            MR. PAGLIUCA:  Object to form and

22       foundation.

23  BY MR. EDWARDS:

24       Q.    Did you interview -- how many girls did

25  you interview that were sought to give or that



1          JOSEPH RECAREY - CONFIDENTIAL

2     I guess I'll start with where it says on 4/4/2005, I

3     just want to ask you, was a voice mail message taken

4     into evidence from HR to SG?

5          A.     Yes.

6          Q.     Okay.  And the purpose of that evidence is

7     to corroborate what?

8               MR. PAGLIUCA:  Object to form and

9          foundation.

10              THE WITNESS:  It was actually a phone call

11         from HR to SG confirming an appointment to go

12         work at Epstein's residence.

13    BY MR. EDWARDS:

14         Q.     The next line down is what I wanted to

15    focus on, April 5th, 2005.

16              This trash pull, what evidence is yielded

17    from this particular trash pull?

18              MR. PAGLIUCA:  Object to form and

19         foundation.

20              THE WITNESS:  The trash pull indicated

21         that there were several messages with written

22         items on it.  There was a message from HR

23         indicating that there would be an 11:00

24         appointment.  There were other individuals that

25         had called during that day.



1          JOSEPH RECAREY - CONFIDENTIAL

2     BY MR. EDWARDS:

3          Q.    And when you would -- when you would see

4     females' names and telephone numbers, would you take

5     those telephone numbers and match it to -- to a

6     person?

7               MR. PAGLIUCA:  Object to form and

8          foundation.

9               THE WITNESS:  We would do our best to

10         identify who that person was.

11    BY MR. EDWARDS:

12         Q.    And is that one way in which you

13    discovered the identities of some of the other what

14    soon came to be known as victims?

15              MR. PAGLIUCA:  Object to form and

16         foundation.

17              THE WITNESS:  Correct.

18    BY MR. EDWARDS:

19         Q.    Okay.  There's the second paragraph from

20    the bottom, it starts, "Detective Leigh provided

21    trash from 4/06, 4/07/2005."

22              Do you see that?

23         A.    Yes.

24         Q.    And what is the purpose of the indication

25    that "the following information was retrieved: Jet



1          JOSEPH RECAREY - CONFIDENTIAL

2    BY MR. EDWARDS:

3         Q.    Okay.   Also reflected are the property

4    receipts?

5              MR. PAGLIUCA:   Object to form and

6         foundation.

7              THE WITNESS:   Correct.

8    BY MR. EDWARDS:

9         Q.    All right.

10             And where were those taken from, in terms

11   of whose property is that?

12             MR. PAGLIUCA:   Object to form and

13        foundation.

14             THE WITNESS:   This would have been taken

15        from the home of Jeffrey Epstein.

16   BY MR. EDWARDS:

17        Q.    And in reviewing that evidence, were you

18   able to substantiate or corroborate certain victims'

19   accounts of their allegations of having been at the

20   house?

21             MR. PAGLIUCA:   Object to form and

22        foundation.

23             THE WITNESS:   Correct.

24   BY MR. EDWARDS:

25        Q.    Did you find names of other witnesses and



```
1              JOSEPH RECAREY - CONFIDENTIAL
2   people that you knew to have been associated with
3   the house in those message pads?
4             MR. PAGLIUCA:  Object to form and
5        foundation.
6             THE WITNESS:  Yes.
7   BY MR. EDWARDS:
8        Q.   And so what was the evidentiary value to
9   you of the message pads collected from Jeffrey
10  Epstein's home in the search warrant?
11            MR. PAGLIUCA:  Object to form and
12       foundation.
13            THE WITNESS:  It was very important to
14       corroborate what the victims had already told
15       me as to calling in and for work.
16  BY MR. EDWARDS:
17       Q.   Okay.  And did you learn the identities of
18  some of the other individuals associated with
19  Jeffrey Epstein through the review of that
20  particular evidence?
21            MR. PAGLIUCA:  Object to form and
22       foundation.
23            THE WITNESS:  Correct.
24  BY MR. EDWARDS:
25       Q.   Okay.  And what did you do with that
```



2                           AFFIDAVIT

3     STATE OF FLORIDA            )
      COUNTY OF                   )

4

5

            I,                        , being first

6     duly sworn, do hereby acknowledge that I did
      read a true and certified copy of my deposition

7     which was taken in the case of GIUFFRE V.
      MAXWELL, taken on the 24th day of September,

8     2016, and the corrections I desire to make are
      as indicated on the attached Errata Sheet.

9

10                          CERTIFICATE

11

12    STATE OF FLORIDA            )
      COUNTY OF                   )

13

14

            Before me personally appeared

15    _____,
      to me well known / known to me to be the

16    person described in and who executed the
      foregoing instrument and acknowledged to and

17    before me that he executed the said instrument
      in the capacity and for the purpose therein

18    expressed.

19

20          Witness my hand and official seal, this
      _____ day of _____, _____.

21

22

23                          _____
                                        (Notary Public)

24

25    My Commission Expires:

