COMPOSITE

EXHIBIT 5

(File Under Seal)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 15-CV-07433-RWS

------------------------------------------x
VIRGINIA L. GIUFFRE,

                Plaintiff,

v.

GHISLAINE MAXWELL,

                Defendant.

------------------------------------------x

June 1, 2016
9:12 a.m.

C O N F I D E N T I A L

Deposition of JOHN ALESSI, pursuant
to notice, taken by Plaintiff, at the
offices of Boies Schiller & Flexner, 401
Las Olas Boulevard, Fort Lauderdale, Florida,
before Kelli Ann Willis, a Registered
Professional Reporter, Certified Realtime
Reporter and Notary Public within and
for the State of Florida.



```
                    JOHN ALESSI
```

1      JOHN ALESSI
2      Q. And where did the massage therapists --
3  where did they come from?
4      A. Most, they came from Palm Beach. Palm
5  Beach County.
6      Q. And over the course of that 10-year period
7  of time while Ms. Maxwell was at the house, do you
8  have an approximation as to the number of different
9  females -- females that you were told were massage
10 therapists that came to the house?
11     MR. PAGLIUSCA: Object to form and
12     foundation.
13     THE WITNESS: I cannot give you a number,
14     but I would say probably over 100 in my stay
15     there.
16 BY MR. EDWARDS:
17     Q. And many of the times would the females
18 come only one time and not return?
19     MR. PAGLIUSCA: Object to form and
20     foundation.
21 BY MR. EDWARDS:
22     Q. Let me ask that a different way.
23     Were there times when some of these
24 females that would come to the house, and you were
25 told that they were massage therapists, would come



1                    JOHN ALESSI
2     BY MR. EDWARDS:
3         Q.   Okay.  And who would find the massage
4     therapist to bring to the house?
5         A.   They would call me in my office, and they
6     would say, Get me a massage at 10:00 with this
7     person.
8              I have a list of the massage therapists, a
9     Rolodex, or a card, and I would call them for the
10    specific time they want a massage.  And I would do
11    that.
12        Q.   I don't think I asked the right -- the
13    question that I was looking to ask, so let me go
14    back.
15             Did you go out looking for the girls --
16        A.   No.
17        Q.   -- to bring --
18        A.   Never.
19        Q.   -- as the massage therapists?
20        A.   Never.
21        Q.   Who did?
22        A.   Ms. Maxwell, Mr. Epstein and their
23    friends, because their friends relayed to other
24    friends they knew a massage therapist and they would
25    send to the house.  So it was referrals.



```
 1                     JOHN ALESSI
 2                 CERTIFICATE OF OATH
 3   STATE OF FLORIDA       )
 4   COUNTY OF MIAMI-DADE   )
 5
              I, the undersigned authority, certify
 6   that JOHN ALESSI personally appeared before    me
     and was duly sworn.
 7            WITNESS my hand and official seal
     this 1st day of June, 2016.
 8
 9
                  Kelli Ann Willis, RPR, CRR
10                Notary Public, State of Florida
                  Commission FF928291, Expires 2-16-20
11        + + + + + + + + + + + + + + + + +
12                    CERTIFICATE
13   STATE   OF   FLORIDA  )
14   COUNTY OF MIAMI-DADE )
15            I, Kelli Ann Willis, Registered
     Professional Reporter and Certified Realtime
16   Reporter do hereby certify that     I was
     authorized to and did stenographically report the
17   foregoing deposition of JOHN ALESSI; that a review
     of the transcript was not requested; and that the
18   transcript is a true record of my stenographic
     notes.
19            I FURTHER CERTIFY that I am not a
     relative, employee, attorney, or counsel of    any
20   of the parties, nor am I a relative or employee of
     any of the parties' attorney or counsel connected
21   with the action, nor am I financially interested
     in the action.
22            Dated this 1st day of June, 2016.
23
24                 KELLI ANN WILLIS, RPR, CRR
25
```



MAGNA LEGAL SERVICES