COMPOSITE

EXHIBIT 8

(File Under Seal)

① I sent ████████████ mail to their correct address and called Post office to make sure all future mail will be sent to them.

② I scheduled the cable company to come on Thursday. This is their soonest appointment. Ghislaine asked me to make an appointment because the TV in the Blue Room does not get a clear reception.

③ SHUTTER COMPANY WILL COME EARLY THURSDAY TO MEASURE SHUTTER NEXT TO GHISLAINE'S DESK.. THE SHUTTER WILL NOT ROLL DOWN.

\* BOTH CABLE COMPANY & SHUTTER COMPANY WILL CALL ME ON MY CELL PHONE TO MAKE SURE JEFFREY & GHISLAINE ARE NOT HERE.

Jeffrey E. Epstein

# 301.3101

SAO2969

GIUFFRE001523

## IMPORTANT MESSAGE

FOR ☑ R Epstein

DATE 02/02/03  TIME 8:45 ☑ A.M. P̶.M̶.

M ss ▮▮▮▮▮

OF _____

PHONE _____
AREA CODE   NUMBER   EXTENSION

| TELEPHONED | ☑ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | ☑ | SPECIAL ATTENTION | |

MESSAGE _____ Could
you Please call back,
its very important

SIGNED ▮▮▮▮▮

1184

---

## IMPORTANT MESSAGE

FOR JE

DATE 01/02/03  TIME 16:30 ☑ A.M. P̶.M̶.

M. ▮▮▮▮▮

OF _____

PHONE _____
AREA CODE   NUMBER   EXTENSION

| TELEPHONED | | PLEASE CALL | ☑ |
| CAME TO SEE YOU | | WILL CALL AGAIN | ☑ |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED GM

1184

---

## IMPORTANT MESSAGE

FOR Gill

DATE _____  TIME _____ A.M. P.M.

M. _____

OF _____

PHONE _____
AREA CODE   NUMBER   EXTENSION

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ▮▮▮ PHONED
To CONFIRM 10:00

SIGNED _____

1184

---

## IMPORTANT MESSAGE

FOR JE

DATE 01/02/03  TIME 21:06 ☑ A.M. P̶.M̶.

M. ▮▮▮▮▮

OF _____

PHONE _____
AREA CODE   NUMBER   EXTENSION

| TELEPHONED | ☑ | PLEASE CALL | ☑ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE WANTS TO KNOW
IF SHE SHOULD BRING
HER FRIEND ▮▮▮▮▮
WITH TONIGHT

SAO01456

SIGNED ▮▮▮▮▮

1184

GIUFFRE001427

**IMPORTANT MESSAGE**

FOR MR. Epstein
DATE 4/23/04   TIME 6:10   ☐ A.M. ☐ P.M.
M ▮▮▮▮▮▮▮▮▮▮
OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE FYI YOUR emails

SIGNED ____
1184

---

**IMPORTANT MESSAGE**

FOR Mr. Maxwell
DATE 4/23/04   TIME 5:25   ☐ A.M. ☐ P.M.
M ▮▮▮▮▮▮
OF
PHONE/MOBILE Office

| TELEPHONED | ✗ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED ____
1184

---

**IMPORTANT MESSAGE**

FOR MR EPstein
DATE ____   TIME ____   ☐ A.M. ☐ P.M.
M ▮▮▮▮▮▮▮▮▮
OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED ____
1184

---

**IMPORTANT MESSAGE**

FOR Mr Maxwell
DATE 4/23/04   TIME 5:37   ☐ A.M. ☐ P.M.
M ▮▮▮▮▮▮
OF
PHONE/MOBILE

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SAO2827

SIGNED ____
1184

## IMPORTANT MESSAGE

FOR 6m

DATE 4/28/04   TIME 2 00 A.M. P.M.

M Martha

OF Colonial Bank

███████████████████████████

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR MS. MAXWELL

DATE 04/25/04   TIME 6.55 A.M. P.M.

M S. ███████████████

OF ___

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE RETURNIN YOUR CALL

SIGNED ███████ 1184

---

## IMPORTANT MESSAGE

FOR ___

DATE ___   TIME ___ A.M. P.M.

M ███████████████

OF ___

███████████████████

| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR Jeffrey

DATE ___   TIME ___ A.M. P.M.

M Cghislaine

OF ___

PHONE/ MOBILE ___

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE would be helpful to have & ___ come to Palm Beach today to stay here and help train new staff with Cghislaine

SAO2830

SIGNED ___

GIUFFRE001454

## IMPORTANT MESSAGE

FOR 05/21/04

DATE FOR MR EPSTEIN TIME 5.37 ☐ A.M. ☐ P.M.

M ▮▮▮▮▮▮▮▮▮▮

OF _____

PHONE/MOBILE ▮▮▮▮▮▮▮▮▮▮

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE "PLEASE CALL ME"

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR MR EPSTEIN

DATE _____ TIME 8:30 ☐ A.M. ☐ P.M.

M ▮▮▮▮▮▮▮▮

OF _____

PHONE/MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE WILL CALL BACK

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR MR EPSTEIN

DATE 05/21/04 TIME 4.38 ☐ A.M. ☐ P.M.

M ▮▮▮▮▮▮▮▮▮

PHONE/MOBILE ▮▮▮▮▮▮▮▮

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE "CALLED" "CALL BACK"

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR 05/21/04

DATE TO MR EPSTEIN TIME 12:45 ☐ A.M. ☐ P.M.

M ▮▮▮▮▮▮▮▮▮

O ▮▮▮▮▮▮▮▮

P/M ▮▮▮▮▮▮▮▮

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE CALLED

SAO2833

SIGNED _____ 1184

GIUFFRE001457

**IMPORTANT MESSAGE**

FOR: Jeffrey

DATE _____ TIME _____ A.M./P.M.

M: Ghislaine
OF: called

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____
1184

---

**IMPORTANT MESSAGE**

FOR 06/06/04
DATE FOR MR EPSTEIN TIME 7.44 A.M./P.M.

M: MS. MAXWELL
OF: _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE " CALLED BUT NOT VERY IMPORTENT "

SIGNED R
1184

---

**IMPORTANT MESSAGE**

FOR MR EPSTEIN
DATE 06/11/04 TIME 1.48 A.M./P.M.

M: ████████
OF: ████████

PHONE/MOBILE ████████

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ' CALL BACK '

SIGNED R
1184

---

**IMPORTANT MESSAGE**

FOR MR. EPSTEIN
DATE 6/6/04 TIME 8.57 A.M./P.M.

M: ████████
OF: ████████

PHONE/MOBILE ████████

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE " WILL BE COMING AT 11 A.M. TODAY "

SAO2836

SIGNED _____
1184

GIUFFRE001460

## IMPORTANT MESSAGE

FOR ███████████

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _____

PHONE/MOBILE ███████████

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR ███████████

DATE 6·12·2004 TIME 3.55 A.M. / P.M.

M ███████

OF _____

PHONE/MOBILE ███████████

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE CALLE D. SAYING

SOME ONE CallED
FRCM PALM BEACH

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR ███████████

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She'll be here
at 5.30

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR MR Epstein

DATE _____ TIME _____ A.M. / P.M.

M _____

OF MS· Maxwell

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SAO2837

SIGNED _____ 1184

GIUFFRE001461

**IMPORTANT MESSAGE**

FOR MR EPSTEIN

DATE 7.9.2004   TIME 1.30 A.M./P.M.

M ▮▮▮▮▮

OF ▮▮▮▮▮

PHONE/MOBILE ▮▮▮▮▮

| | | | |
|---|---|---|---|
| TELEPHONED | ✔ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | ✔ | SPECIAL ATTENTION | |

MESSAGE  CALLED

SIGNED _____ 1184

---

**IMPORTANT MESSAGE**

FOR EPSTEIN

DATE 3/13   TIME 6.95 A.M./P.M.

M ▮▮▮▮▮

OF ▮▮▮▮▮

PHONE/MOBILE ▮▮▮▮▮

| | | | |
|---|---|---|---|
| TELEPHONED | ✔ | PLEASE CALL | ✔ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _____ 1184

---

**IMPORTANT MESSAGE**

FOR ▮▮▮▮▮

DATE 7/9/04   TIME 10.36 A.M./P.M.

M ▮▮▮▮▮

OF ▮▮▮▮▮

PHONE/MOBILE ▮▮▮▮▮

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE  SHE IS WORKING FROM HOME TODAY PL CALL THE ABOVE # ASAP

SIGNED  R  1184

---

**IMPORTANT MESSAGE**

FOR MR. EPSTEIN

DATE ▮▮   TIME 6.35 A.M./P.M.

M S MAXWELL E

OF ▮▮▮▮▮

PHONE/MOBILE ▮▮▮▮▮

| | | | |
|---|---|---|---|
| TELEPHONED | ✔ | PLEASE CALL | ✔ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE  PLEASE CALL WHEN POSSIBLE

SAO2840

SIGNED _____ 1184

GIUFFRE001464

## IMPORTANT MESSAGE

FOR ▮▮▮▮

DATE 07/10/01 4  TIME 6.33 A.M. / P.M.

M ▮▮▮▮

OF ▮▮▮▮

PHONE/MOBILE ▮▮▮▮

| | | | |
|---|---|---|---|
| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE  PL CALL
J CALLED

SIGNED _____   1184

---

## IMPORTANT MESSAGE

FOR MR EPSTEIN

DATE ____  TIME 9 A.M. / P.M.

M ▮▮▮▮

OF ____

PHONE/MOBILE ▮▮▮▮

| | | | |
|---|---|---|---|
| TELEPHONED | ✓ | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _____   1184

---

## IMPORTANT MESSAGE

FOR ▮▮▮▮

DATE 7/9/04  TIME 10.36 A.M. / P.M.

M ▮▮▮▮

OF ____

PHONE/MOBILE ▮▮▮▮

| | | | |
|---|---|---|---|
| TELEPHONED | ✓ | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE  SHE IS WORKING
FROM HOME ALL DAY
PL CALL THE ABOVE
# ASAP

SIGNED  R   1184

---

## IMPORTANT MESSAGE

FOR MR EPSTEIN

DATE 7/9/04  TIME 7.50 A.M. / P.M.

M MAXWELL E

OF ____

PHONE/MOBILE ____

| | | | |
|---|---|---|---|
| TELEPHONED | ✓ | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE  ▮▮▮▮ IS
AVAILABLE ON TUESDAY
NO ONE FOR TOMORROW

SAO2841

SIGNED  R   1184

GIUFFRE001465

## IMPORTANT MESSAGE

FOR MR EPSTEIN

DATE _____ TIME _____ A.M. P.M.

M _____

OF HS HAYWELL

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR JE

DATE _____ TIME 7:2 A.M. P.M.

M _____

OF _____

PHONE/ MOBILE ██████████████

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She said if she
could come tomorrow her
before then she'd _ later
after 4's 6:30 or so
'cuz she has b'day
dinner with her grandpa.

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR MR EPSTEIN

DATE _____ TIME _____ A.M. P.M.

M _____

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She will see you
at 7.30

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR MR Epstein

DATE ██████████ TIME 2:48 A.M. P.M.

M ██████████████

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She said that Sophie
got her messages & said
that she's sorry for
not seeing you in
California

SAO01465

SIGNED _____ 1184

GIUFFRE001436

## IMPORTANT MESSAGE

FOR JEFFREY
DATE Aug 2    TIME 12:45 ☑A.M. / P.M.
M █████████████
OF ████████████████████████
MOBILE ████████████████████████

| TELEPHONED | ☑ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE THEY ARE
AVAILABLE ALL WEEKEND
AND ~~FRIDAY~~ MAYBE
████████ Row ...

SIGNED ████████████
1184

---

## IMPORTANT MESSAGE

FOR MR EPSTEIN
DATE 7/25/04    TIME 5:08 ☑A.M. / P.M.
M SNYDER
OF ████████████████████████

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE "RETUNING YOUR CALL"

SIGNED Ru
1184

---

## IMPORTANT MESSAGE

FOR SARA
DATE Aug. 2    TIME 2:00 ☑A.M. / P.M.
M ████████████████████████
OF ████████████████
PHONE/ MOBILE ████████████████████

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | ✓ |

MESSAGE Please call
IN reference to when
this around phone
one I moved dark
over the Maxwell's
request.

SIGNED ████████████
1184

---

## IMPORTANT MESSAGE

FOR MR. EPSTEIN
DATE 7/25/04    TIME 1:48 ☑A.M. / P.M.
M MS MAXWELL
OF
PHONE/ MOBILE

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE "TELL HIM TO
CALL ME"

SAO01464

SIGNED R.M.
1184

GIUFFRE001435

## IMPORTANT MESSAGE

FOR ███████

DATE 8/6/04  TIME 12:00 AM/PM

M ___

OF ███████

PHONE/MOBILE ___

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Arriving at Customs at 8:15

Need 2 vehicles (5) people

SIGNED ___  1184

---

## IMPORTANT MESSAGE

FOR JE

DATE ___  TIME 9:30 AM/PM

M ███████

OF ___

PHONE/MOBILE ___

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE will phone again in 1/2 hr.

SIGNED ___  1184

---

## IMPORTANT MESSAGE

FOR JE

DATE ___  TIME ___ A.M./P.M.

M ███████

OF ___

PHONE/MOBILE ___

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | ✓ |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ___

SIGNED ___  1184

---

## IMPORTANT MESSAGE

FOR JE

DATE ███████  TIME 11:35 A.M./P.M.

M ███████

OF ___

PHONE/MOBILE ███████

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | ✗ |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ___

SAO2845

SIGNED ___  1184

GIUFFRE001469



## IMPORTANT MESSAGE

FOR ___J___

DATE 20 AUg TIME 11:00 A.M.

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ___ CALLED,
SHE WAS ALL THE INFO
YOU NEED

CALL AT ████████

SIGNED ████████  1184

## IMPORTANT MESSAGE

FOR ___J___

DATE 20 AUg TIME 3:00 A.M.

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ████████

Call HER BACK

████████

SIGNED ████████  1184

## IMPORTANT MESSAGE

FOR ___J___

DATE 20 AUg TIME 3.40 A.M.

M ████████

OF _____

PHONE/MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
Returns your call

████████

SIGNED SAO2848  1184

## IMPORTANT MESSAGE

FOR ██ ME

DATE 20 AUG TIME 3.40 P.M.

M Christine

OF _____

PHONE/MOBILE ✓

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE SHE LET ████ GO
THE ONLY FLIGHT TO PB leaves
at 315
NOT heard from ████
IF you call it means she will pick
up ████ alone in the chopter.
IF you want to change please
call GM back

SIGNED ████████  1184

GIUFFRE001472

## IMPORTANT MESSAGE

FOR ~~MR EPSTEIN~~ MR EPSTEIN

DATE _____ TIME 2:45 ☐ A.M. ☐ P.M.

M _____

OF MS. MAXWELL

PHONE/MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR JE

DATE _____ TIME 7:3 ☐ A.M. ☐ P.M.

M Sarah ███████

OF ███████████████

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She said if she
could not reach her left
before she can't cater in
after 4:00 (6:00 or so)
b'coz she has birthday
dinner w/ her grandpa

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR MR EPSTEIN

DATE ██████████ TIME _____ ☐ A.M. ☐ P.M.

M _____

OF ███████████████████████████

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | ✓ |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE she will see you
at 7:30

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR MR Epstein

DATE ███████████ TIME 2:48 ☐ A.M. ☐ P.M.

M _____

OF ███████████████

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She said that sophie
got her messages & said
that she's sorry for
not seeing you in
California

SAO2850

SIGNED _____ 1184



GIUFFRE001474

## IMPORTANT MESSAGE

FOR ▮▮▮
DATE 11-4-04   TIME 2:40 A.M./P.M.
M
OF
PHONE/MOBILE ▮▮▮

| TELEPHONED | ☑ PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE Return ▮▮▮ Call

SIGNED ▮▮▮   1184

---

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 12-04-04   TIME 2:55 A.M./P.M.
M From ▮▮▮
OF
PHONE/MOBILE

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE ▮▮▮ would like to work @ 4:00 if possible. [ is scheduled for 5:00 today] the movie is @ 7:30

SIGNED   1184

---

## IMPORTANT MESSAGE

FOR ▮▮▮
DATE 12/6/04   TIME 1:00 A.M./P.M.
M
OF ▮▮▮
PHONE/MOBILE ▮▮▮

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE Please call her

SIGNED   1184

---

## IMPORTANT MESSAGE

FOR Mr. J.E.
DATE 12/6/04   TIME 1:30 A.M./P.M.
M ▮▮▮
OF ▮▮▮
PHONE/MOBILE ▮▮▮

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE Returning your Call   SAO2939

SIGNED   1184

GIUFFRE001493

## IMPORTANT MESSAGE

FOR Mr. J.E.
DATE 12/04/09  TIME 2:40 AM/PM
M ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
OF
PHONE/MOBILE ▓▓▓▓▓▓▓▓▓▓▓▓

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Please call him

SIGNED
1184

## IMPORTANT MESSAGE

FOR Mr. J.E.
DATE 12/04/09  TIME 4:20 AM/PM
M s G. Maxwell
OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Please Call her.

SIGNED
1184

## IMPORTANT MESSAGE

FOR Mr. J.E.
DATE 12/04/09  TIME 5:30 AM/PM
M s G. Maxwell
OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Please Call her

SIGNED
1184

## IMPORTANT MESSAGE

FOR Mr. J.E.
DATE 12/04/09  TIME 5:40 AM/PM
M ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
OF
PHONE ▓▓▓▓▓▓▓▓▓▓▓▓

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Please Call her

SAO2938

SIGNED
1184

GIUFFRE001492

## IMPORTANT MESSAGE

FOR ██████████

DATE 12/9/04   TIME 10:20 A.M./P.M.

M ██████████

OF ██████████

PHONE/ MOBILE ██████████

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Scheduling for going

thru Palm Beach

House"

SIGNED

1184

---

## IMPORTANT MESSAGE

FOR Mr. J. E

DATE 12/9/04   TIME 5:00 A.M./P.M.

M r.

OF

PHONE/ MOBILE ██████████

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Please Call him

SIGNED

1184

---

## IMPORTANT MESSAGE

FOR Mr. J. E.

DATE 12/09/04   TIME 8:30 A.M./P.M.

M s.

OF

PHONE/ MOBILE ██████████

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

"Tell him that I

Called"

SIGNED

1184

---

## IMPORTANT MESSAGE

FOR Mr. J. E.

DATE 12/09/04   TIME 8:00 A.M./P.M.

M r.

OF

PHONE/ MOBILE ██████████

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Please She will call

back

SAO2943

SIGNED

1184

GIUFFRE001497

## IMPORTANT MESSAGE

FOR __J.E.__

DATE __1.8.05__ TIME __4:05__ A.M./P.M.

M ▬

OF ▬

PHONE/MOBILE ▬

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Please cell me back!

SIGNED ▬ 1184

---

## IMPORTANT MESSAGE

FOR __Jeffrey__

DATE __01/08/05__ TIME __10:11__ A.M./P.M.

M ▬

OF ▬

PHONE/MOBILE ▬

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Please call her

SIGNED ▬ 1184

---

## IMPORTANT MESSAGE

FOR __J.E__

DATE __1.8.05__ TIME __4:55__ A.M./P.M.

M ▬

OF ▬

PHONE/MOBILE ▬

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Please cell him

SIGNED ▬ 1184

---

## IMPORTANT MESSAGE

FOR __Jeffrey__ __01/04/05__ __9:00__

DATE ▬ TIME ▬ A.M./P.M.

M ▬

OF ▬

PHONE/MOBILE ▬

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ing if you have called him he has std for some message for you

SAO2949

SIGNED ▬ 1184

GIUFFRE001503

## IMPORTANT MESSAGE

FOR __J.E__
DATE __2/24/05__ TIME __4:18__ A.M.
M ▓▓▓▓▓▓▓▓▓▓
OF _____
PHONE/ ▓▓▓▓▓▓▓▓▓▓
MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE __Please' Call her__
__Tomorrow is her__
__birthday__

SIGNED __J__   1184

---

## IMPORTANT MESSAGE

FOR __J.E__
DATE __2/27__ TIME __12:45__ P.M.
M ▓▓▓▓▓▓▓▓▓▓
OF _____
PHONE/ ▓▓▓▓▓▓▓▓▓▓
MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE __Please' Call her.__

SIGNED __J__   1184

---

## IMPORTANT MESSAGE

FOR __Jeffrey__
DATE __2/5/05__ TIME __01:10__ A.M.
M ▓▓▓▓▓▓▓▓▓▓
OF _____
PHONE/ ▓▓▓▓▓▓▓▓▓▓
MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | ✓ |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE __Please call__
__him back__

SIGNED _____   1184

---

## IMPORTANT MESSAGE

FOR __Mr. Epstein__
DATE __2/24/05__ TIME __11:19__ P.M.
M ▓▓▓▓▓▓▓▓▓▓
OF _____
PHONE/ _____
MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE __She needs Lem's__
__telephone number.__
__Left her #__
▓▓▓▓▓▓▓▓▓▓

SIGNED __LER__   1184

SAO2967

GIUFFRE001521

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _2/25/05_ TIME _1:39_ A.M. / P.M.

M _Ghislaine_

OF _____

PHONE/ MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Third she called_

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _2/25/05_ TIME _9:42_ A.M. / P.M.

M _____

OF _____

PHONE/ MOBILE ███████████

| TELEPHONED | | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She would like to speak with you._

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR _____

DATE _____ TIME _____ A.M. / P.M.

M _____

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _2/25/05_ TIME _12:12_ A.M. / P.M.

M _____

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

SAO2998

GIUFFRE001553

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _02/26/05_ TIME _11:15_ A.M. / P.M.
M ███████████
OF _____
PHONE/MOBILE ███████████

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please call her_
_back in 16 30_
_She is on the way_
_to the gym_

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _02/15/05_ TIME _05:30_ A.M. / P.M.
M ███████████
OF _____
PHONE/MOBILE _Your home if_

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Going back to_
_conversation..._
_what about_
_Paris on Saturday_

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _2/26/05_ TIME _8:40_ A.M. / P.M.
M ███████████
OF _____
PHONE/MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please call_
_her_

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _2/26/05_ TIME _12:21_ A.M. / P.M.
M ███████████
OF _____
PHONE/MOBILE ███████████

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please call_
_her back_

SIGNED _____ 1184

SAO2968

GIUFFRE001522

## IMPORTANT MESSAGE

FOR **J. E.**
DATE **2/27/05**   TIME **10:18** A.M./~~P.M.~~

M **Ms. Maxwell**
OF _____
PHONE/MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE **She is home**

SIGNED **J.**   1184

---

## IMPORTANT MESSAGE

FOR **J. E.**
DATE **2/26/05**   TIME **4:40** A.M./~~P.M.~~

M **Gean Luc**
OF _____
PHONE/MOBILE **no phone #**

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE **Please!**

**Call him**

SIGNED **J.**   1184

---

## IMPORTANT MESSAGE

FOR **Jeff. w**
DATE **2/28/05**   TIME **12:30** A.M./~~P.M.~~
ini

M _____
OF _____
PHONE/MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE **She is wondering if 2:30 is ok we she needs to stay in school**

---

## IMPORTANT MESSAGE

FOR **Jeffrey**
DATE **2/27/05**   TIME **07:45** A.M./~~P.M.~~

M **Jean Luc**
OF _____
PHONE/MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | O | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE **That he called back**

SAO01067

GIUFFRE001388

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 2/28/05   TIME 12:17 A.M./P.M.
M ███████████████

OF
PHONE/MOBILE

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE He needs to
speak with
you.

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 2/28/05   TIME 12:10 A.M./P.M.
M ███████████████

OF
PHONE/MOBILE ███████████

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE He has sent you
some faxes that
he would like
follow up.

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 2/28/05   TIME 5:30 A.M./P.M.
M Ghislaine

OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Pls call
Gals

SIGNED _____

SAO3000

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 2/27/05   TIME 11:20 A.M./P.M.
M ███████████

OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Please call her
back. She wanted
make sure you know
that she is going
to meet Ghislaine
and go with her to
the Ranch

VED _____ 1184

GIUFFRE001555

## IMPORTANT MESSAGE

FOR **Jeffrey**

DATE _____ TIME **6:05** A.M. / P.M.

M ▓▓▓▓▓▓▓▓▓▓

OF ▓▓▓▓▓▓▓▓▓▓

PHONE/MOBILE ▓▓▓▓▓▓▓▓▓▓

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Call back

SIGNED ▓▓▓▓▓▓ 1184

---

## IMPORTANT MESSAGE

FOR **Jeffrey**

DATE **2/28/05** TIME **7:11** A.M. / P.M.

M ▓▓▓▓▓▓▓▓▓▓

OF

PHONE/MOBILE ▓▓▓▓▓▓▓▓▓▓

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

▓▓▓▓▓▓ is away.
Back on Wensday
and she might
have sthen Friday

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR **Jeffrey**

DATE **02/28/05** TIME **7:56** A.M. / P.M.

M ▓▓▓▓▓▓

OF ▓▓▓▓▓▓▓▓▓▓

PHONE/MOBILE ▓▓▓▓▓▓▓▓▓▓

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

That she called
please call her
Back

---

## IMPORTANT MESSAGE

FOR **Ghislaine**

DATE **02/28/05** TIME **7:50** A.M. / P.M.

M **Ghislaine**

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Please call
back

SAO3001

GIUFFRE001556

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 3/5/05     TIME 12:20 A.M./P.M.

M Ghislaine

OF
PHONE/
MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ▮▮▮▮ still doesn't answer the phone.

SIGNED AM

1184

---

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 3/1/05     TIME 10:20 A.M./P.M.

M ▮▮▮▮

OF
PHONE/
MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She had on the iphone.
▮▮▮▮▮▮▮▮▮▮

SIGNED

1184

---

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 3/5/05     TIME 12:72 A.M./P.M.

M ▮▮▮▮

OF
PHONE/
MOBILE ▮▮▮▮

| | | |
|---|---|---|
| TELEPHONED | PLEASE CALL | |
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOUR CALL | SPECIAL ATTENTION | |

MESSAGE She has problems with car... could she be here at 2 pm?

SIGNED

---

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 3/5/05     TIME 11:50 A.M./P.M.

M ▮▮▮▮

OF
PHONE/
MOBILE ▮▮▮▮

| | | |
|---|---|---|
| TELEPHONED | PLEASE CALL | |
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOUR CALL | SPECIAL ATTENTION | |

MESSAGE Person for the car will be here in 15 min. to drop off foam and papers

SIGNED

1184

SAO3002

GIUFFRE001557

## IMPORTANT MESSAGE

FOR **Jeffrey**

DATE 3/6/05  TIME 03:0 ☐ A.M. P.M.

M ███████████

OF ___

PHONE/MOBILE ███████████

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Returning your phone call._

SIGNED ___   1184

---

## IMPORTANT MESSAGE

FOR **Jeffrey**

DATE 3/06/05  TIME 11:40 ☐ A.M. P.M.

M ███████████

OF ___

PHONE/MOBILE ███████████

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _That he cld Deol_

SIGNED ___   1184

---

## IMPORTANT MESSAGE

FOR **J. E.**

DATE 3/7/05  TIME 7:30 ☐ A.M. P.M.

M ███████████

OF ███████████

PHONE/MOBILE ___

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Do you want to see him?_

SIGNED **J.**   1184

---

## IMPORTANT MESSAGE

FOR **Ms. H. Maxwell**

DATE 3/06/05  TIME 9:01 ☐ A.M. P.M.

M ███████████

OF ███████████

PHONE/MOBILE ___

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Left his cell #_

███████████

**SAO01071**

SIGNED ___   1184

GIUFFRE001392

## IMPORTANT MESSAGE

FOR _Sarah_
DATE _3/20/05_ TIME _1.10_ A.M. / **P.M.**
M ████████
OF _____
PHONE/MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Diff. her cell #_
████████

SIGNED _α_
1184

## IMPORTANT MESSAGE

FOR _J.E._
DATE _3/18/05_ TIME _8.05_ **A.M.** / P.M.
M _____
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _T._
1184

## IMPORTANT MESSAGE

FOR _Ms. G. Maxwell_
DATE _3/19/05_ TIME _3:45_ A.M. / **P.M.**
M ████████
OF ████████
PHONE/MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Appointment is at_
_9:30 am tomorrow._
████████ _is not_
_available, if it's_
_okay to have_
_another person._

SIGNED _α_

## IMPORTANT MESSAGE

FOR _J.E._
DATE _3/18/05_ TIME _12:55_ **A.M.** / P.M.
M ████████
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

**SAO01474**

SIGNED _T_

GIUFFRE001446

## IMPORTANT MESSAGE

FOR **Jeffrey**
DATE **02/01/05** TIME **12:20** A.M. ☑ P.M.
M **Ghislaine**
OF
PHONE/
MOBILE

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ▮▮▮ has pulled
muscle and he is at the
hospital "Good Sam" They
have called ▮▮▮▮▮
and everything has
been organized. In this
case probably they won't
SIGNED **LC** for lunch.
1184

---

## IMPORTANT MESSAGE

FOR **J.E.**
DATE **3/31/05** TIME **7:05** A.M. ☑ P.M.
M ▮▮▮▮▮▮▮
OF
PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED **J.**
1184

#16

---

## IMPORTANT MESSAGE

FOR **Jeffrey**
DATE **04/01/05** TIME **11:07** A.M. ☑ P.M.
M ▮▮▮▮▮
OF
PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE **She had on the**
phone ▮▮▮▮▮▮

SIGNED
1184

---

## IMPORTANT MESSAGE

FOR ~~Jeff Epstein~~
DATE ~~04/11/0~~ TIME **07:3** A.M. ☑ P.M.
M ▮▮▮▮▮
OF
PHONE/
MOBILE **No number. he will**
~~call back~~ call back
| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE **That he called**

SIGNED
1184

SAO2972

GIUFFRE001526

## IMPORTANT MESSAGE

FOR **Jeffrey**
DATE 4/9/05 TIME 02:10 ☐ A.M. ☑ P.M.
M **Ghislaine**
OF ___
PHONE/MOBILE ___

| TELEPHONED | | PLEASE CALL | ☑ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ___

SIGNED ___
1184

---

## IMPORTANT MESSAGE

FOR **Jeffrey**
DATE 4/9/05 TIME 2:04 ☐ A.M. ☑ P.M.
M ___
OF ___
PHONE/MOBILE ███████

| TELEPHONED | ☑ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ___

SIGNED ___
1184

---

## IMPORTANT MESSAGE

FOR **J.E**
DATE 4/10/05 TIME 1:20 ☐ A.M. ☑ P.M.
M ███████
OF ___
PHONE/MOBILE ___

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE *She went runing and back to the gym*

SIGNED J.
1184

---

## IMPORTANT MESSAGE

FOR **J.E.**
DATE 4/10/05 TIME ___ ☐ A.M. ☐ P.M.
M ███████
OF ___
PHONE/MOBILE ___

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE *She went running*

SIGNED ___
1184

SAO2975

GIUFFRE001530

## IMPORTANT MESSAGE

FOR: Jeffrey
DATE: 4/9/05　TIME: 4:40 A.M./P.M.

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE: She is waiting for her friend to call her back. She would like to speak with you

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR: Jeffrey
DATE: 4/9/05　TIME: 5:15 A.M./P.M.

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE: _____ Christina _____

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR: Jeffrey
DATE: 4/11/05　TIME: 11:40 A.M./P.M.

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR: Jeffrey
DATE: 4/9/05　TIME: 1:05 A.M./P.M.

M: Ghislaine

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE: Please call her back

SIGNED _____

SAO3013

GIUFFRE001568

## IMPORTANT MESSAGE

FOR **J. E.**
DATE **5/9/05**    TIME **3:05** A.M. / P.M.

M_____ ▓▓▓▓▓▓▓▓▓▓▓▓

OF_____ ▓▓▓▓▓▓▓▓▓▓▓▓

PHONE/
MOBILE_____

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE_____

SIGNED **J.**    1184

---

## IMPORTANT MESSAGE

FOR **J. E.**
DATE **5/9/05**    TIME **3:06** A.M. / P.M.

M_____ ▓▓▓▓▓▓▓▓▓▓▓▓

OF_____ ▓▓▓▓▓▓▓▓▓▓▓▓

PHONE/
MOBILE_____

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE_____

SIGNED **J.**    1184

---

## IMPORTANT MESSAGE

FOR **JE**
DATE ▓▓▓▓▓▓▓▓    TIME **4:45** A.M. / P.M.

M_____ ▓▓▓▓▓▓▓▓▓▓

OF_____

PHONE/
MOBILE_____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE **Thank you —**

SIGNED _____    1184

---

## IMPORTANT MESSAGE

FOR **JE**
DATE ▓▓▓▓▓▓▓▓    TIME **2:15** A.M. / P.M.

M_____ ▓▓▓▓▓▓▓▓▓▓

OF_____

PHONE/
MOBILE_____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | X | SPECIAL ATTENTION | |

MESSAGE_____

SIGNED _____    1184

SAO2980

GIUFFRE001535

## IMPORTANT MESSAGE

FOR _____

DATE 5/24/05  TIME 9:10 ☑ P.M.

M █████████

OF _____

PHONE/MOBILE call her at home

| TELEPHONED | | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____  1184

---

## IMPORTANT MESSAGE

FOR J.E.

DATE 5/9/05  TIME 7:20 ☑ P.M.

M Mrs Maxwell

OF _____

PHONE/MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED J  1184

---

## IMPORTANT MESSAGE

FOR JE

DATE ████  TIME 12:5 ☑ P.M.

M █████████

OF _____

PHONE/MOBILE █████████

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____

---

## IMPORTANT MESSAGE

FOR JE

DATE ████  TIME 10:25 ☑ A.M.

M █████████

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | ✓ | SPECIAL ATTENTION | |

MESSAGE she got there safe

SIGNED _____

SAO2981

GIUFFRE001536

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _04/01/05_ TIME _12:30_ A.M. / P.M.
M _Ghislaine_
OF _____
PHONE/
MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ▮▮▮▮ has pulled
muscle and he is at the
hospital "Good Sam" They
have called ▮▮▮▮
and everything has
been organized. In this
case probably they won't
make for lunch.
SIGNED _TC_

1184

---

## IMPORTANT MESSAGE

FOR _J.E._
DATE _3/31/05_ TIME _7:05_ A.M. / P.M.
M ▮▮▮▮▮▮▮▮▮▮
OF _____
PHONE/
MOBILE _____

| | | |
|---|---|---|
| TELEPHONED | PLEASE CALL | |
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOUR CALL | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _J._

1184

#16

---

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _04/01/05_ TIME _11:07_ A.M. / P.M.
M ▮▮▮▮▮▮▮
OF _____
PHONE/
MOBILE _____

| | | |
|---|---|---|
| TELEPHONED | PLEASE CALL | |
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOUR CALL | SPECIAL ATTENTION | |

MESSAGE _She had on the_
_phone_ ▮▮▮▮▮▮

SIGNED _____

1184

---

## IMPORTANT MESSAGE

FOR ▮▮▮▮▮ _Moscow_
DATE _04/11/05_ TIME _07:5_ A.M. / P.M.
M ▮▮▮▮▮
OF _____
PHONE/
MOBILE _No number he will_
_call back_

| | | |
|---|---|---|
| TELEPHONED | PLEASE CALL | |
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOUR CALL | SPECIAL ATTENTION | |

MESSAGE _That he called_

SIGNED _____

1184

SAO2983

GIUFFRE001538

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 12/9/05 TIME 02:10 A.M./P.M.
M Ghislaine
OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 4/9/05 TIME 12:04 A.M./P.M.
M ▮▮▮ , /
OF
PHONE/MOBILE ████████████

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR J.E
DATE 4/10/05 TIME 1:20 A.M./P.M.
M ████████████
OF
PHONE/MOBILE

| TELEPHONED | , | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She went runing
and back to the gym

SIGNED J. 1183

## IMPORTANT MESSAGE

FOR J.E.
DATE 4/10/05 TIME _____ A.M./P.M.
M ████████████
OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She went running

SIGNED _____ 1184

SAO2986

GIUFFRE001541

## IMPORTANT MESSAGE

FOR J.E.
DATE 5/9/05    TIME 3:05 AM/PM

M █████████████████████

OF █████████████████████

PHONE/
MOBILE

| TELEPHONED | X | PLEASE CALL |
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE

SIGNED J.

1184

---

## IMPORTANT MESSAGE

FOR J.E.
DATE 5/9/05    TIME 3:06 AM/PM

M █████████████████████

OF █████████████████████

PHONE/
MOBILE

| TELEPHONED | X | PLEASE CALL |
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE

SIGNED J.

1184

---

## IMPORTANT MESSAGE

FOR JE
DATE █████████ TIME 9:45 AM/PM

M █████████████████████

OF

PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL |
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE Thank you

SIGNED

---

## IMPORTANT MESSAGE

FOR JE
DATE █████████ TIME 2:15 AM/PM

M █████████████████████

OF

PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL |
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | X | SPECIAL ATTENTION |

MESSAGE

1184

SAO2990

GIUFFRE001545

## IMPORTANT MESSAGE

FOR _____

DATE 5/24/05 TIME 9:10 A.M./P.M.

M ▇▇▇▇▇

OF _____

PHONE/MOBILE _call her at home_

| TELEPHONED | | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR J.E.

DATE 5/9/05 TIME 7:20 A.M./P.M.

M Mrs Maxwell

OF _____

PHONE/MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED J 1184

---

## IMPORTANT MESSAGE

FOR JE

D ▇▇▇▇▇ TIME 12 A.M./P.M.

M ▇▇▇▇▇

OF ▇▇▇▇▇

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SAO2991

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR JE

DATE _____ TIME 10.25 A.M./P.M.

M ▇▇▇▇▇

OF _____

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | ✓ | SPECIAL ATTENTION | |

MESSAGE _she got there_

_safe_

SIGNED _____ 1184

GIUFFRE001546

## IMPORTANT MESSAGE

FOR ▮▮▮▮▮▮

DATE 6-18-05  TIME 3:10  A.M. / P.M.

M ▮▮▮▮▮▮▮▮▮▮

OF

PHONE/MOBILE

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED

1184

---

## IMPORTANT MESSAGE

FOR J.E.

DATE 6/13/05  TIME 10's  A.M. / P.M.

M G. M.

OF

PHONE/MOBILE

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE  Please Call her back

SIGNED I

1184

---

## IMPORTANT MESSAGE

FOR Jeffrey

DATE 06/2/05  TIME 12.05  A.M. / P.M.

M ▮▮▮▮▮▮▮▮▮

OF

PHONE/MOBILE ▮▮▮▮▮

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED

1184

---

## IMPORTANT MESSAGE

FOR Mr. J. Epstein

DATE 6/11/05  TIME 12:05  A.M. / P.M.

M ▮▮▮▮▮▮▮

OF

PHONE/MOBILE

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | ✓ | SPECIAL ATTENTION | |

MESSAGE

**SAO01078**

SIGNED

1184

GIUFFRE001399

## IMPORTANT MESSAGE

FOR __J.E.__
DATE __7/4/05__ TIME __6:25__ A.M. / P.M.

M _____

OF __G.M.__

PHONE/MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____
_____
_____
_____
_____

SIGNED __J.__          1184

---

## IMPORTANT MESSAGE

FOR __J.E.__
DATE __7/4/05__ TIME __7:20__ A.M. / P.M.

M __████████__

OF _____

PHONE/MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____
_____
_____
_____
_____

SIGNED __I__          1184

---

## IMPORTANT MESSAGE

FOR __JE__
DATE __6—__ TIME __12:30__ A.M. / P.M.

M __G—__

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE __She called ████__
__She's going to have__
__dinner w/ him – He's not__
__going to Grand Prix –__
__but she told her to__
__call his secretary to__
__organize passes –__

SIGNED _____          1184

---

## IMPORTANT MESSAGE

FOR __JE__
DATE _____ TIME __035__ A.M. / P.M.

M __████████__

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE __Called to say__
__goodnight__

**SAO01081**

SIGNED _____          1184

GIUFFRE001402

## IMPORTANT MESSAGE

FOR **J.E.**
DATE **8/19/05** TIME _____ A.M. / P.M.
M ▮▮▮▮▮▮▮▮▮▮
OF _____
PHONE/MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
Remanid you
about conference
call at 9 AM

SIGNED **J**
1184

---

## IMPORTANT MESSAGE

FOR **Jeffrey**
DATE **25/07/05** TIME **11:45** A.M. / P.M.
M ▮▮▮▮▮▮▮▮▮▮
OF _____
PHONE/MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
▮▮▮▮ the
head of the text
department has
answer on aircraft
His number is
▮▮▮▮▮▮▮▮▮▮

SIGNED _____
1184

---

## IMPORTANT MESSAGE

FOR **J.E.**
DATE _____ TIME _____ A.M. / P.M.
M _____
OF ▮▮▮▮▮▮▮▮
PHONE/MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
She doesn't want to come
to the movies, but call her
if you want a massage
before or after the
movie.

SIGNED _____
1184

---

## IMPORTANT MESSAGE

FOR **J.E.**
DATE _____ TIME **9:00** A.M. / P.M.
M _____
OF _____
PHONE/MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
She's at 7/st
please call

SAO01084

SIGNED _____
1184

GIUFFRE001405

## IMPORTANT MESSAGE

FOR **J.E.**

DATE **8/19/05** TIME **4:12** ☐ A.M. ☒ P.M.

M **G.M.**

OF _____

PHONE/MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She left message on answering machine._

SIGNED **J**     1184

---

## IMPORTANT MESSAGE

FOR **8/19/05**     **7:50** ☐ A.M. P.M.

DATE ████████ TIME ____

M _____

OF _____

PHONE/MOBILE _____

| | | |
|---|---|---|
| TELEPHONED | PLEASE CALL | |
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOUR CALL | SPECIAL ATTENTION | |

MESSAGE ████ _to get information where he has to go to Hampton and how to met this person? He can be read on ████ cellphone_

J

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR **JE**

DATE _____ TIME ____ ☐ A.M. P.M.

M ████████

OF ████████

PHONE/MOBILE _____

| | | |
|---|---|---|
| TELEPHONED | PLEASE CALL | |
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOUR CALL | SPECIAL ATTENTION | |

MESSAGE _at a ████ work on Sunday @ 4.00 and @ 4.30_

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR **8/19/05**     **7:35** ☐ A.M. P.M.

DATE ████████ TIME ____

M _____

OF _____

PHONE/MOBILE _____

| | | |
|---|---|---|
| TELEPHONED | PLEASE CALL | |
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOU ████ | CIAL ATTENTION | |

MESSAGE _ill be were You morrow at 11:00 AM_

SAO01085

SIGNED **J**     1184

GIUFFRE001406

## IMPORTANT MESSAGE

FOR J.E.

DATE 9/3/05  TIME 8:50 A.M./P.M.

▮▮▮▮▮▮▮▮▮▮

OF _____

PHONE/MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE I left message for ▮▮▮▮▮▮ to confirm for 11:00 AM and ▮▮▮▮▮▮ for 4:30 PM

SIGNED J

1184

---

## IMPORTANT MESSAGE

FOR J.E.

DATE 8/22/05  TIME 9:2▮ A.M./P.M.

▮▮▮▮▮▮▮▮▮▮

OF _____

PHONE/MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED J

1184

---

## IMPORTANT MESSAGE

FOR J.E.

DATE 9/4/05  TIME 12:55 A.M./P.M.

M ▮▮▮▮▮▮▮▮

OF ▮▮▮▮▮▮▮▮

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She would like to reschedule her time.

SIGNED J

1184

---

## IMPORTANT MESSAGE

FOR J.E.

DATE 8/22/05  TIME _____ A.M./P.M.

M G M

OF _____

PHONE/MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SAO01477

SIGNED J

1184

GIUFFRE001449

## IMPORTANT MESSAGE

FOR Mr. J. Epstein
DATE 8/23/05   TIME 2:18   A.M. P.M.
M ▮▮▮▮▮
OF
PHONE/MOBILE

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED L
1184

---

## IMPORTANT MESSAGE

FOR JE
DATE _____   TIME _____   A.M. P.M.
M _____
OF ▮▮▮▮▮
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE # Call her back, please

SIGNED _____
1184

---

## IMPORTANT MESSAGE

FOR Mr. J. Epstein
DATE 8/22   TIME 4:21   A.M. P.M.
M ▮▮▮▮▮
OF
PHONE/MOBILE

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Please call her

SIGNED L
1184

---

## IMPORTANT MESSAGE

FOR Mr. J Epstein
DATE 8/21   TIME 11:39   A.M. P.M.
M ▮▮▮▮▮
OF
PHONE/MOBILE

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ... cannot work today. ... ▮▮▮▮▮ will be there at 4 p.m.

**SAO01449**

SIGNED L
1184

GIUFFRE001420

## IMPORTANT MESSAGE

FOR _____

DATE _____ TIME _____ A.M. / P.M.

M _____

OF ███████████████

PHONE/MOBILE _____

| TELEPHONED | PLEASE CALL |
|---|---|
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE
I went to a store to
buy food.
I will be back @ 5.00

SIGNED _____  1184

---

## IMPORTANT MESSAGE

FOR JE

DATE _____ TIME _____ A.M. / P.M.

M _____

OF ███████████████

PHONE/MOBILE _____

| TELEPHONED | PLEASE CALL |
|---|---|
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE
████  &  ... ave
confirmed

SIGNED _____  1184

---

## IMPORTANT MESSAGE

FOR JE

DATE _____ TIME _____ A.M. / P.M.

M _____

OF ███████████████

PHONE/MOBILE ███████████████

| TELEPHONED | PLEASE CALL |
|---|---|
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE
Please call back

SIGNED _____  1184

---

## IMPORTANT MESSAGE

FOR _____

DATE _____ TIME _____ A.M. / P.M.

M _____

OF ███████████████

PHONE/MOBILE _____

| TELEPHONED | PLEASE CALL |
|---|---|
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE
The movie
starts @ 7.15

SAO01086

SIGNED _____  1184

GIUFFRE001407

## IMPORTANT MESSAGE

FOR J.E.
DATE 9/4/05 TIME 3:40 A.M. / P.M.
M ▮▮▮
OF
PHONE/MOBILE

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED J
1184

## IMPORTANT MESSAGE

FOR Ms. B. Maxwell
DATE 9/4/05 TIME 1:40 A.M. / P.M.
M ▮▮▮▮
OF
PHONE/MOBILE

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She will be here
at 3 with somebody.

SIGNED L.
1184

## IMPORTANT MESSAGE

FOR J.E.
DATE 9/4/05 TIME 7:25 A.M. / P.M.
M ▮▮▮▮
OF
PHONE/MOBILE

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Canceled ▮▮▮
She would like to speak
to you. I belive about
college ▮▮▮

Shoul I schedule any
one else?

SIGNED J
1184

## IMPORTANT MESSAGE

FOR Mr. J. Epstein
DATE 9/4/05 TIME 2:08 A.M. / P.M.
M ▮▮▮▮
OF
PHONE/MOBILE

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SAO01089

SIGNED L
1184

GIUFFRE001409

## IMPORTANT MESSAGE

FOR _J. E._
DATE _9/10/05_  TIME _11:16_ A.M./P.M.
M _G. M._
OF
PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ▬▬▬▬▬▬▬▬
_got invitation_

SIGNED _J._
1184

## IMPORTANT MESSAGE

FOR _J. E._
DATE _9/5/05_  TIME _10:25_ A.M./P.M.
M ▬▬▬▬▬▬▬
OF
PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
_5:00 PM_
_is O.K. with her_

SIGNED _J._
1184

## IMPORTANT MESSAGE

FOR _J. E._
DATE _9/10/05_  TIME _11:16_ A.M./P.M.
M _G. M._
OF
PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | X |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ▬▬▬▬▬▬▬▬
_got an invitation_

SIGNED _J._
1184

## IMPORTANT MESSAGE

FOR _J. E._
DATE _9/8/05_  TIME _4:30_ A.M./P.M.
M ▬▬▬▬▬▬▬
OF
PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
_Her new phone #_
▬▬▬▬▬▬▬

SAO01090

SIGNED _J._
1184

GIUFFRE001410

## IMPORTANT MESSAGE

FOR **J.E.**
DATE 9/10/05 TIME 12:50 A.M. / P.M.
M ▮▮▮▮▮▮▮▮
OF
PHONE/ MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE *Call her in North Salem*

SIGNED J.
1184

---

## IMPORTANT MESSAGE

FOR **J.E.**
DATE 9/10/05 TIME 11:16 A.M. / P.M.
M **G. M.**
OF
PHONE/ MOBILE

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ▮▮▮▮▮▮ *decline invitation*

SIGNED J
1184

---

## IMPORTANT MESSAGE

FOR **J.E.**
DATE ▮▮▮▮▮▮▮ TIME ▮▮▮ A.M. / P.M.
M ▮▮▮▮▮▮▮▮
OF
PHONE/ MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE *RETURNING YOUR CALL @ 12²⁰*

SIGNED
1184

---

## IMPORTANT MESSAGE

FOR ▮ **J.E.**
DATE 9/10/05 TIME 1:15 A.M. / P.M.
M ▮▮▮▮▮▮▮
OF
PHONE/ MOBILE

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ▮▮▮▮▮▮ *confirm 4 PM*

SAO01091

SIGNED J
1184

GIUFFRE001411

## IMPORTANT MESSAGE

FOR **J.E.**

DATE 9/11/05  TIME 9:15 A.M.

M ████████████

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE  I got a car for
...

SIGNED **J**

1184

---

## IMPORTANT MESSAGE

FOR **J E**

DATE _____  TIME _____ A.M. P.M.

M

OF  N

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE  ████████ hasn't confirmed
@ 11.00 yet so
she is keeping ████████
on hold in case ████
doesn't call back

SIGNED

1184

---

## IMPORTANT MESSAGE

FOR **Mr. J. Epstein**

DATE 9/11/05  TIME 10:01 A.M. P.M.

M **George Goldsmith**

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED **L**

1184

---

## IMPORTANT MESSAGE

FOR **J.E.**

DATE 9/10/05  TIME 10:10 A.M. P.M.

M ████████████

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE  ████████ will be at
11 : AM
Do you want me to
cancel ████████

SIGNED **J**

SAO01093

1184

GIUFFRE001413

ITEM  J-1

## IMPORTANT MESSAGE

FOR _J.E._
DATE _10/1/05_  TIME _2:50_ A.M./P.M.

M ▓▓▓▓▓▓▓▓▓▓

OF _____

PHONE/
MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _J_
1184

## IMPORTANT MESSAGE

FOR _J.E._
DATE _10/1/05_  TIME _7:30_ A.M./P.M.

M _____

OF _____

PHONE/
MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _... continued_
_at 11 AM_
_and ... - 4 PM_

SIGNED _J_
1184

## IMPORTANT MESSAGE

FOR _J.E._
DATE _10/1/05_  TIME _7:10_ A.M./P.M.

M ▓▓▓▓▓▓▓▓▓▓

OF _____

PHONE/
MOBILE ▓▓▓▓▓▓▓▓▓▓

| | | | |
|---|---|---|---|
| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _J_
1184

## IMPORTANT MESSAGE

FOR _J.E._
DATE _10/1/05_  TIME _10:15_ A.M./P.M.

M ▓▓▓▓▓▓▓▓▓▓

OF _____

PHONE/
MOBILE ▓▓▓▓▓▓▓▓▓▓

| | | | |
|---|---|---|---|
| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

**SAO01469**

SIGNED _J_
1184

GIUFFRE001441

## IMPORTANT MESSAGE

FOR _J. E._

DATE _10/2/05_ TIME _10:40_ A.M. / P.M.

M _▮▮▮▮▮▮▮_

OF _____

PHONE/
MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _▮▮▮▮▮ is sick_
_and she can't_
_come today._

SIGNED _J._   1184

---

## IMPORTANT MESSAGE

FOR _J. E._

DATE _10/1/05_ TIME _7:20_ A.M. / P.M.

M _▮▮▮▮▮▮▮_

OF _____

PHONE/
MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _J._   1184

---

## IMPORTANT MESSAGE

FOR _M. J. Epstein_

DATE _Oct. 2 05_ TIME _12:30_ A.M. / P.M.

M _▮▮▮▮▮▮▮_

OF _____

PHONE/
MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _▮▮▮▮▮▮▮_

SIGNED _L._   1184

---

## IMPORTANT MESSAGE

FOR _J. E._

DATE _10/2/05_ TIME _10:20_ A.M. / P.M.

M _▮▮▮▮▮▮▮_

OF _____

PHONE/
MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SAO01470

SIGNED _J._   1184

GIUFFRE001442

## IMPORTANT MESSAGE

FOR __J. E.__

DATE __10/3/05__ TIME __2:50__ A.M. / **P.M.**

M ███████████

OF _____

PHONE/ MOBILE ███████████

| | | | |
|---|---|---|---|
| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED __J__   1184

---

## IMPORTANT MESSAGE

FOR __J. E.__

DATE __10/2/05__ TIME __8:05__ A.M. / **P.M.**

M ███████████

OF _____

PHONE/ MOBILE ███████████

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Can you call him_
_at this # between_
_10⁰⁰ – 10³⁰ PM_

SIGNED __J__   1184

---

## IMPORTANT MESSAGE

FOR __J. E.__

DATE __10/3/05__ TIME __4:10__ A.M. / **P.M.**

M ███████████

OF _____

PHONE/ MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ███████ _will be_
_1/2 hour late_

---

## IMPORTANT MESSAGE

FOR __Mr. J. Epstein__

DATE __10-2-05__ TIME __12:30__ A.M. / **P.M.**

M ███████████

OF _____

PHONE/ MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

**SAO01471**

GIUFFRE001443