**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

        Plaintiff,              Case No.: 15-cv-07433-RWS

v .

Ghislaine Maxwell,

        Defendant.

_____/

**DECLARATION OF SIGRID MCCAWLEY  IN SUPPORT OF**
**PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION TO INTERVENE (DE 362)**

      I, Sigrid McCawley, declare that the below is true and correct to the best of my knowledge as follows:

      1.      I am a partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's September 29, 2015 Order granting my Application to Appear Pro Hac Vice.

      2.      I respectfully submit this Declaration in Support of Plaintiff's Response in Opposition to Motion to Intervene (DE 362).

      3.      Attached hereto as Exhibit 1 is a true and correct copy of January 22, 2015, Local 10 News Article.

      4.      Attached hereto as Sealed Exhibit 2 is a true and correct copy of Flight Logs.

      5.      Attached hereto as Exhibit 3 is a true and correct copy of March 18, 2000, Article from the NewsRoom.

      6.      Attached hereto as Sealed Exhibit 4 is a true and correct copy of Excerpts from January 16, 2015, Deposition of Virginia Giuffre.

      7.      Attached hereto as Exhibit 5 are a true and correct copies of July 7, 2016, Radar

Online Article.

8.      Attached hereto as Sealed Exhibit 6 is a true and correct copy of Excerpts from September 8, 2009, Deposition of Juan Alessi.

9.      Attached hereto as Exhibit 7 is a true and correct copy of January 22, 2015, Local 10 News Article.

10.     Attached hereto as Sealed Composite Exhibit 8 are excerpts from the Deposition of ████████.

11.     Attached hereto as Composite Sealed Exhibit 9 is a true and correct copy of Excerpts the depositions of ██████████████████.

12.     Attached hereto as Sealed Composite Exhibit 10 is a true and correct copy of Deposition Excerpts from Detective Joseph Recarey and the Article "How Alan Dershowitz Bullied Rape Victims to Protect a Serial Child Molester."

13.     Attached hereto as Exhibit 11 is a true and correct copy of the June 2, 2016 Notice of Appeal.

14.     Attached hereto as Exhibit 12 is a true and correct copy of November 12, 2015 Order on Motion to Quash.

15.     Attached hereto as Exhibit 13 is a true and correct copy of Excerpts from January 16, 2015, Deposition of Virginia Giuffre.

16.     Attached hereto as Exhibit 14 is a true and correct copy of December 18, 2015, Emergency Motion to Seal Hearing Transcript.

17.     Attached hereto as Exhibit 15 is a true and correct copy of Order on Emergency Motion to Seal.

18.     Attached hereto as Exhibit 16 is a true and correct copy of the Motion for Sanctions.

19.     Attached hereto as Exhibit 17 is a true and correct copy of the Supplement to Motion for Sanctions.

20.     Attached hereto as Exhibit 18 is a true and correct copy of excerpts from the March 17, 2016, Hearing Transcript.

21.     Attached hereto as Exhibit 19 is a true and correct copy of excerpts from the April 21, 2016, Hearing Transcript

22.     Attached hereto as Exhibit 20 is a true and correct copy of January 22, 2015, Local 10 News Article.

23.     Attached hereto as Exhibit 21 is a true and correct copy of the article from CNN International, New Day, January 6, 2015.

24.     Attached hereto as Exhibit 22 is a true and correct copy of the article from Australian Broadcasting System (ABC), January 6, 2015.

25.     Attached hereto as Exhibit 23 is a true and correct copy of the article from Newsmax, April 8, 2015.


I declare under penalty of perjury that the foregoing is true and correct.


/s/ Sigrid S. McCawley_____
Sigrid S. McCawley, Esq.

Dated: August 29, 2016.

Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP

By:  /s/ Sigrid McCawley
    Sigrid McCawley (Pro Hac Vice)
    Meredith Schultz (Pro Hac Vice)
    Boies Schiller & Flexner LLP
    401 E. Las Olas Blvd., Suite 1200
    Ft. Lauderdale, FL 33301
    (954) 356-0011

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 29th day of August, 2016, I electronically filed the

foregoing document with the Clerk of Court by using the CM/ECF system.  I also certify that the

foregoing document is being served to all parties of record via transmission of the Electronic

Court Filing System generated by CM/ECF.

Laura A. Menninger, Esq.
Jeffrey Pagliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com
        jpagliuca@hmflaw.com


/s/ Meredith L. Schultz
    Meredith L. Schultz