**McCAWLEY DECLARATION**

# EXHIBIT 2
# (File Under Seal)

| Date 1995 | Aircraft Make and Model | Aircraft Identification Mark | From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Nov 17 | G1159B | N908JE | CMH | PBI |  | 779 | JE |  | 2 | 0 | |
| 20 | " | " | PBI | TEB |  | 780 | JE, AS |  | 2 | 2 | |
| 21 | " | " | TEB | PBI |  | 781 | JE, AS, EVA, GLENN, BABY, 1 FEMALE |  | 2 | 4 | |
| 26 | " | " | PBI | TEB |  | 782 | GM, MATT GRIPPI, AS, ALAN GREENBERG, MRS GREENBERG, EVA, GLENN BABY, NANNY |  | 2 | 4 | |
| 29 | " | " | TEB | CMH |  | 783 | JE, SOPHIE BIDDLE, 3 MALES |  | 1 | 3 | |
| 30 | " | " | CMH | PBI |  | 784 | JE, SOPHIE BIDDLE | 1/1 | 2 | 0 | |
| DEC 3 | " | " | PBI | TEB |  | 785 | JE, SOPHIE BIDDLE |  | 2 | 2 | |
| 5 | " | " | TEB | PBI |  | 786 | JE, AS |  | 2 | 3 | |
| 1996 JAN 1 | " | " | PBI | TEB |  | 787 | JE, GM, GWENDOLYN BECK, OWEN STHUME, DAVID ANTON |  | 2 | 1 | |
| 4 | " | " | TEB | PBI |  | 788 | JE, SOPHIE BIDDLE |  | 2 | 5 | |
| 9 | " | " | PBI | TEB |  | 789 | JE, AS, SOPHIE BIDDLE |  | 2 | 3 | |
| 12 | " | " | TEB | PBI |  | 790 | JE, GM, DEBORAH + |  | | | CONFIDENTIAL DR_000001 |
| 20 | " | " | PBI | SAF |  | 795 | JE, GM | 1/1 | 4 | 0 | |
| 21 | " | " | SAF | LAX |  | 796 | JE, GM | 1/1 | 2 | 0 | |
| 23 | " | " | LAX | TEB |  | 797 | JE |  | 4 | 4 | |
| 25 | " | " | TEB | PBI |  | 798 | JE |  | 2 | 3 | |
| 28 | " | " | PBI | CMH |  | 799 | JE, GM | 1/1 | 2 | 0 | |
| 28 | " | " | CMH | TEB |  | 800 | JE, GM |  | 1 | 0 | |
| 31 | " | " | TEB | PBI |  | 801 | JE |  | 2 | 3 | |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

Page Total: 4/4  44 2
Amount Forward: 5822/5593  6558 6
Total to Date: 5826/5597  6602 8

DEPOSITION EXHIBIT 1  6-3-16

GIUFFRE007055 CONFIDENTIAL

| Date 1996 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category AIRPLANE | | ...and Class SEL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AUG 18 | G1159B | N908JE | MVY | TEB | | 877 | JE, DAVID ROTHMAN, RELERED TAYLOR | 1/1 | 9 | | |
| 18 | " | " | TEB | PBI | | 878 | JE, CELENA MIDDLEFART | 1/1 | 2 | 2 | |
| 21 | " | " | PBI | JAN | | 879 | JE, GM, ROBIN PLANT | 1/1 | 1 | 7 | |
| 21 | " | " | JAN | SAF | | 880 | JE, GM, ROBIN PLANT | 1/1 | 1 | 9 | |
| 26 | " | " | SAF | PBI | | 881 | JE, GM, ROBIN PLANT | 1/1 | 3 | 3 | |
| SEP 5 | " | " | PBI | TEB | | 882 | JE, GM | 1/ | 2 | 3 | |
| 7 | " | " | TEB | BED | | 883 | JE | 1/1 | | 6 | |
| 7 | " | " | BED | PVD | | 884 | JE | 1/1 | | 3 | |
| 7 | " | " | PVD | CMH | | 885 | JE | 1/1 | 1 | 5 | |
| 8 | " | " | CMH | DCA | | 886 | JE, 1 MALE, 1 FEMALE | 1/1 | | 7 | |
| 8 | " | " | DCA | CMH | | 887 | JE, JOAN GLENN, ALAN DERSHOWITZ | 1/1 | | 8 | |
| 8 | " | " | CMH | TEB | | 888 | JE, ALAN DERSHOWITZ | | | | CONFIDENTIAL DR_000005 |
| 9 | " | " | TEB | BOS | | 889 | ALAN DERSHOWITZ | 1/1 | | 6 | |
| 9 | " | " | BOS | TEB | | 890 | RETURN TO TEB | 1/1 | | 8 | |
| 12 | " | " | TEB | PBI | | 891 | JE, CELENA MIDDLEFART | | 2 | 3 | |
| 18 | " | " | PBI | TEB | | 892 | JE, GM | 1/1 | 2 | 3 | |
| 20 | " | " | TEB | PBI | | 893 | JE, GM | 1/1 | 2 | 1 | |
| 23 | " | " | PBI | BED | | 894 | JE, GM | 1/1 | 2 | 6 | |
| 23 | " | " | BED | TEB | | 895 | JE, GM | | | 6 | |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

Page Total: 16/15  286
Amount Forward: 5859 / 5723 6740  1   2116
Total to Date: 5875 / 5738 6768  7   2116

| Date, 1996 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | | | | ...and Cla SEL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV 15 | G1159B | N908JE | CMH | PBI | | 918 | JE, GM, CLAIR    RUSS KIPPES | | 2 | 1 | | | |
| 17 | " | " | PBI | BED | | 919 | JE, GM, EVA + GLENN DUBIN, BOBY, NANNY | 1/ | 2 | 6 | | | |
| 17 | " | " | BED | TEB | | 920 | GM, EVA, GLENN DUBIN, BABY, NANNY | | | 6 | | | |
| 21 | " | " | TEB | PBI | | 921 | GM, JE, DIDIER CAZAUDUMEE, 2 AUNTS, DAVID ROTO, 2 EGMOLES | | 2 | 2 | | | |
| 28 | " | " | PBI | LZU | | 922 | JE, GM, 2 AUNTS, PAULA EPSTEIN | 1/ | 1 | 3 | | | |
| 28 | " | " | LZU | RBI | | 923 | JE, GM | 1/1 | 1 | 2 | | | |
| 30 | " | " | PBI | ABY | | 924 | JE, GM | 1/1 | 1 | 1 | | | |
| 30 | " | " | ABY | LZU | | 925 | JE, GM | | | 5 | | | |
| 30 | " | " | LZU | PBI | | 926 | JE, GM, 2 AUNTS, PAULA EPSTEIN, MARK + KAREN EPSTEIN | | 1 | 3 | | | |
| DEC 2 | " | " | PBI | TEB | | 927 | JE, GM, MARK + KAREN EPSTEIN, 2 AUNTS, HARRY EVA, BOBY, GWENDOLYN BECK, JG, DIDIER CAZAU | 1/ | 2 | 3 | | | |
| 4 | " | " | TEB | PBI | | 928 | JE, DIDIER CAZAUDUMEE, GWENDOLYN BECK | 1/ | 2 | 3 | | | |
| 9 | " | " | PBI | FTK | | 929 | JE, GM, DIDIER CAZAUDUMEE | | | | | CONFIDENTIAL DR_000007 | |
| 9 | " | " | FTK | TEB | | 930 | JE, GM, DIDIER, NATHAN MYHRVOLD, BRAN | 1/ | 1 | 6 | | | |
| 12 | " | " | TEB | PBI | | 931 | JE, JIMMY CAYNE, PAT CAYNE, EVA ANDIN, GLENN DUBIN, EVA'S NANNY | | 2 | 2 | | | |
| 20 | " | " | PBI | TIST | | 932 | JE, GM, GWENDOLYN BECK, RUBIN PLANT | 1/1 | 2 | 3 | | | |
| 23 | " | " | TIST | PBI | | 933 | JE, GM, GWENDOLYN BECK, RUBEN PLANT | 1/1 | 2 | 4 | | | |
| 1997 JAN 5 | " | " | PBI | EWR | | 934 | JE, GM, DONALD TRUMP, MARK EPSTEIN, EVA, GLENN, GLENN DUBIN, DIDIER | | 3 | 1 | | | |
| 11 | " | " | EWR | TIX | | 935 | JE, NATHAN MYHRVOLD, ALAN FROM PORSHOWETZ, CELENA MIDDLETAAS | 1/ ADVAN | 2 | 3 | | | |
| 12 | " | " | TIX | PBI | | 936 | NO PASSENGERS - RETURN W/TIF 4L | 1/1 | | 4 | | | 2.116 2.111 |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

Page Total: 17/9  33 9
Amount Forward: 5886 / 5847    6807 4
Total to Date: 5899 / 5655    6841 3

CONFIDENTIAL DR_000014

| Date 19 97 DEC | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | G1159B | N908JE | PBI | TEB | | 1056 | JE, GLEN, EVA, CELINA, JOE DAN DUBIN, NANNY, 2 FEMALES | 1/1 | 2 | 1 | |
| 17 | " | " | TEB | BCT | | 1057 | JG, MANDY ELLISON, GWENDOLYN BECK, WARREN SPECTER, JIMMY + MRS COYNE, ET | | 2 | 5 | |
| 17 | " | " | BCT | PBI | | 1058 | JE, MANDY ELLISON, GWENDOLYN BECK, EMMY TAYLER | | | 1 | |
| 1998 JAN 3 | " | " | PBI | TEB | | 1059 | JG, GM, ET, GLEN DUBIN, JIMMY + MRS COYNE, WARREN WHETTET, MARGARIS WHETTET | | 2 | 3 | |
| 8 | " | " | TEB | SBF | | 1060 | JG, GM, ET, DOUG SCHOETTLE | 1/ | 3 | 8 | |
| 10 | " | " | SAF | PBI | | 1061 | JG, GM, ET, DOUG SCHOETTLE | 1/1 | 2 | 7 | |
| 13 | " | " | PBI | TEB | | 1062 | JE, GM, ET | 1/1 | 2 | 3 | |
| 18 | " | " | TEB | PBI | | 1063 | JG, ET, 1 FEMALE | | 2 | 4 | |
| 20 | " | " | PBI | TIST | | 1064 | JG, GM, ET, GWENDOLYN BECK, SHOREE | 1/ | 2 | 0 | |
| 25 | " | " | TIST | TNCM | | 1065 | JG, GM, ET, MELINDA LUNTZ, SHORE CLAPE | 1/ | | 4 | |
| 25 | " | " | TNCM | TEB | | 1066 | JG, GM, ET, ML, SC | 1/ | 4 | 2 | |
| 30 | " | " | TEB | PBI | | 1067 | JG | 1/1 | 2 | 3 | |
| 31 | " | " | PBI | JAX | | 1068 | JE | 1/1 | | 8 | |
| 31 | " | " | JAX | APF | | 1069 | JG, ELLEN SPENCER | 1/1 | | 8 | |
| 31 | " | " | APF | PBI | | 1070 | JE, ELLEN SPENCER | 1/1 | | 4 | |
| FEB 2 | " | " | PBI | TEB | | 1071 | JG, SOPHIE BIDDLE | | 2 | 2 | |
| 6 | " | " | TEB | PBI | | 1072 | JG, GM, ET, SOPHIE BIDDLE, EVA, CELINA TORPON, CELENA DUBIN | 1/1 | 2 | 6 | |
| 9 | " | " | PBI | TEB | | 1073 | JG, GM, ET, CLAIRE HATLEY, JOEL PASITOW, 1 FEMALE, ALAN DERSHOWITZ, MANOY, 3 DUBINS | 1/ | 2 | 4 | |
| 12 | " | " | TEB | PBI | | 1074 | JG, GM, JOEL PASITCOW, ANDREW PASITCOW, ET, JIM + MRS COYNE, WARREN SPECTR | 1/ | 2 | 6 | |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgen

Page Total: 14 / 38 9
Amount Forward: 5975 / 5121 / 5489 — 7095 3
Total to Date: 5129 — 7134 2

GIUFFRE007068
CONFIDENTIAL

CONFIDENTIAL DR_000023

| Date 19 98 OCT | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | GLIDER |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | G-1159B | N908JE | TEB | BED | | 1166 | JE, RHONDA SHERER | 1/1 | 6 | |
| 6 | " | " | BED | TEB | | 1167 | JE, RHONDA SHEARER + HUSBAND | | 7 | |
| 9 | " | " | TEB | OCA | | 1168 | JE, GT, ADAM PERRY LANG | 1/1 | 7 | |
| 9 | " | " | OCA | PBI | | 1169 | JE, GM, GT, AP | | 26 | |
| 12 | " | " | PBI | TEB | | 1170 | JE, GM, GT, AP | 1/ | 23 | |
| 15 | " | " | TEB | PBI | | 1171 | JE, SOPHIE BIDDLE | | 21 | |
| 19 | " | " | PBI | TEB | | 1172 | JE, SOPHIE BIDDLE | 1/ | 22 | |
| 21 | " | " | TEB | BED | | 1173 | JE | 1/1 | 6 | |
| 21 | " | " | BED | TEB | | 1174 | JE, ALAN DERSHOWITZ | 1/1 | 8 | |
| 23 | " | " | TEB | PBI | | 1175 | JE, GM, GT, GWYNDOLYN BEAK | ⊘/ | 23 | |
| NOV 7 | " | " | PBI | TEB | | 1176 | NO PASSENGERS | 1/1 | 23 | |
| 7 | " | " | TEB | PBI | | 1177 | JE | | 23 | |
| 10 | " | " | PBI | TEB | | 1178 | JE | 1/ | 25 | |
| 14 | " | " | TEB | TIST | | 1179 | JE, GT, CLAIRE HAZEL, FRANCOIS | 1/1 | 32 | |
| 15 | " | " | TIST | PBI | | 1180 | JE, GM, CLAIRE HAZEL, GT, FRANCOIS | 1/1 | 24 | |
| 16 | " | " | PBI | CMH | | 1181 | JE, GM, GT, CLAIRE HAZEL, FRANCOIS | 1/1 | 20 | |
| 16 | " | " | CMH | TEB | | 1182 | JE, GM, GT, FRANCOIS | 1/ | 11 | |
| 20 | " | " | TEB | TIST | | 1183 | JE, GM, GT, AP | 1/1 | 33 | |
| | C421B | N908GM | PBI - NORTH O - PBI | | | | | 3/3 | 10 | |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodan

| | | | |
|---|---|---|---|
| Page Total | 16/12 | 34 | 4 |
| Amount Forward | 6146 / 5872 | 7328 | 4 | 33 |
| Total to Date | 6162 / 5884 | 7362 | 8 | 33 |

GIUFFRE007077
CONFIDENTIAL

| Date 1999 APR | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category AERPLAN | GLIDER | HELECOPT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | G1159B | N908JE | PBI | TEB | | 1224 | JG, GATES, AP, CHARLES, MONICA, 2 FEMALES, INCA | 1/1 | 3 2 | | |
| 13 | 206L-3 | 500JA | PMP | PMP | | | PPL INS & ENDRSTS: A-D, G, H, J, M, Q, U, W, X Y | | | | 1 6 |
| 14 | 206L-3 | 500JA | PMP | PMP | | | SOLO LOCAL | | | | 1 7 |
| 16 | G1159B | N908JE | TEB | PBI MVY | | 1225 | JG, ET, ALAN DERSHOWITZ, 1 MALE | 1/1 | 7 | | |
| 16 | G1159B | " | MVY | BOS | | 1226 | JG, ET, 1 MALE | 1/1 | 5 | | |
| 16 | " | " | BOS | PBI | | 1227 | JG, ET,  LINDSEY VDOSKE | 1/1 | 3 1 | | |
| 20 | " | " | PBI | TIST | | 1228 | JG, GM, GT | 1/1 | 2 4 | | |
| 25 | " | " | TEST | TEB | | 1229 | JG, TIFFANY GRAMZA, DIBUZZI HOLLIS ALEXCA WALLACHY | 1/1 | 4 0 | | |
| 27 | " | " | TEB | TIST | | 1230 | JG, 1 SOPHIE BIDDLE, 1 FEMALE | | 3 4 | | |
| MAY 2 | " | " | TIST | TEB | | 1231 | JG, SOPHIE BIDDLE, TIFFANY GRAMZA, SHELLEY LEWIS | 1/0 | 3 7 | | |
| 6 | " | " | TEB | PBI | | 1232 | JG, GM, BRUCE HAZEN, TIFFANY GRAMZA, SHELLEY LEWIS, TUCKER | 1/ | 2 3 | | |
| 7 | 206L-3 | 500JA | PBI | PBI | | | Private Pilot Rotorcraft-Helicopter Checkride PASSED  FAR 61.129  09-31-99 | | | | 9 |
| 7 | " | " | PMP-LNA-PBI | | | | PPL PREP: A-J, M, N, R & V | | | | 1 7 |
| 7 | " | " | PBI | PMP | | | Return/Started CPL Training | | | | 8 |
| 8 | " | " | PMP-LNA-PBI | | | | H, & 1 (Right), includ. O-speed & S-turns | | | | 1 0 |
| 8 | " | " | PBI-LNA-PMP | | | | H & 1 (Left) | | | | 1 4 |
| 10 | G1159B | N908JE | PBI | BED | | 1233 | JG, GM, CLIFFORD HAZEL, TIFFANY GRAMZA, INCA DOERRIG | 1/1 | 2 8 | | |
| 10 | " | " | BED | TEB | | 1234 | GM, CLIFFORD ZEL, TIFFANY GRAMZA, INCA DOERRIG | | | | 9 |
| 16 | 206L-3 | 500JA | PMP | PMP | | | H & 1 (Left & Right 500-700') | | | | 1 5 |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

Page Total: 8/4  26 9   11 4
Amount Forward: 6198/5968  7483 0   33  48 1
Total to Date: 6207/5915  7509 9   33  59 5

GIUFFRE007082 CONFIDENTIAL
CONFIDENTIAL DR_000028

| Date 2004 | Aircraft Make and Model | Aircraft Identification Mark | From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | | Number of Landings | Airplane | Glider | Helic. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN 20 | B-727-31H | N908JG | PBI | JFK | | 243 | JE, BT, NM, SK, TD | LV LM | | 2 6 | | |
| 23 | " | " | JFK | PBI | | 244 | JE, BT, CHAUNTAE DAVIES, TD, NM, ANDREA MITROVITCH | LV LM | | 2 6 | | |
| 26 | G-1159B | N909JG | PBI | TEB | | 169 | JE, BT, NM, TD | LV | 1/ | 2 4 | | |
| 28 | " | " | TEB | TIST | | 1692 | JE, BT, NM, SK, TD | LV | | 3 6 | | |
| FEB 2 | " | " | TIST | TEB | | 1693 | JE, BT, JLB, NM, TD, SK, ALENE WEBER | LV | 1/ | 4 1 | | |
| 5 | " | " | TEB | BED | | 1694 | | LV | | 8 | | |
| 5 | " | " | BED | TEB | | 1695 | ALAN DERSHOWITZ | LV | | 1 1 | | |
| 5 | " | " | TEB | PBI | | 1696 | JE, AD, SK | LV | | 2 6 | | |
| 9 | B-727-31H | N908JG | PBI | JFK | | 245 | JE, BT, SK, | GR LM | 1/ | 2 5 | | |
| 12 | " | " | JFK | LFPB | | 246 | JE, GM, JLB, ALENE WEBER, NINA KEITA | LV LM | | 7 0 | | |
| 17 | " | " | LFPB | BGR | | 247 | JE, GM, JLB, NM, TD, AW | LV LM | | 6 9 | | |
| 17 | " | " | BGR | JFK | | 248 | JE, GM, JLB, TD, NM, AW | LV LM | | 1 5 | | |
| 19 | " | " | JFK | PBI | | 249 | JE, BT, NM, SK, TD, | LV LM | | 2 4 | | |
| 22 | " | " | PBI | JFK | | 250 | JE, BT, NM, TD, AW | LV LM | 1/ | 3 0 | | |
| 24 | " | " | JFK | MRY | | 251 | JE, SK, TD, NM, FOREST SAWYER | LV LM | | 5 9 | | |
| 27 | " | " | MRY | VNY | | 252 | JE, NM, SK, TD | LV LM | 1/1 | 8 | | |
| 29 | " | " | VNY | ABQ | | 253 | JE, NM, SK, TD | LV LM | | 1 6 | | |
| MAR 1 | " | " | ABQ | JFK | | 254 | JE, GM, NM, SK, TD | LV LM | 1/ | 3 4 | | |
| 3 | " | " | JFK | PBI | | 255 | JE, NM, TD, VALDSON COTREN | LV LM | | 2 5 | | |

I certify that the statements made by me on this form are true.

Signature: David Rodgers

Page Total: 6/1  573
Amount Forward: 6744/6375  9331 5  33 125
Total to Date: 6750  9388 8  33 125

CONFIDENTIAL DR_000070

GIUFFRE007124
CONFIDENTIAL

| Date 2004 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | | Number of Landings | Aircraft Category AIRPLANE | GLIDER | HELICOPTER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JUN 11 | G-1159B | N909JE | TEB | MDW | | 1717 | JE, SK | LV | 1/1 | 1 9 | | |
| 1b | " | " | MDW | PBI | | 1718 | JE, SK | LV | | 2 7 | | |
| 13 | B-727-31H | N908JE | PBI | JFK | | 272 | JE, SK, A.O. GOSMAN, | LV LM | | 2 5 | | |
| 15 | " | " | JFK | TIST | | 273 | JE, BT, MS, SK, TD | LM | 1/1 | 3 5 | | |
| 20 | " | " | TIST | PBI | | 274 | JE, BT, JENEGER KALIN, MS, NM, NATOLYA MALYSHOV | GR LM | 1/1 | 2 5 | | |
| 21 | G-1159B | N909JE | PBI | TEB | | 1719 | JE, BT, MS, NM | LV | | 2 6 | | |
| 23 | " | " | TEB | SAF | | 1720 | JE, NM, SK | LV | 1/1 | 4 4 | | |
| JUL 2 | " | " | SAF | LAS | | 1721 | JE, MS, NM, SK, SEMEONE, | GR | 1/1 | 1 6 | | |
| 2 | " | " | LAS | SAF | | 1722 | JE, MS, NM, SK, SEMEONE, | GR | | 1 3 | | |
| 4 | " | " | SAF | ASE | | 1723 | JE, MS, NM, SK, SEMOINE | GR | 1/1 | 9 | | |
| 4 | " | " | ASE | PBI | | 1724 | JE, MS, NM, SK, SEMOINE | GR | 1/D | 3 8 | | |
| 11 | " | " | PBI | TEB | | 1725 | JE, ANDRES MISROVICH, BT, NM, SK | LV | | 2 7 | | |
| 15 | " | " | TEB | PBI | | 1726 | JE, BT, JLB, NM, SK, JK, | LV | 1/ | 2 6 | | |
| 19 | B-727-31H | N908JE | PBI | TIST | | 275 | JE, BT, SK, NM, JK, STEFANIE | LV LM | | 2 6 | | |
| 22 | " | " | TIST | PBI | | 276 | JE, BT, NM, SK, JK STEVE MAICE | LM | | 2 6 | | |
| 25 | " | " | PBI | JFK | | 277 | JK, NM, BT | SM LM | 1/1 | 2 4 | | |
| 29 | " | " | JFK | LFPB | | 278 | JE, MS, NM, JK | LM | | 6 6 | | |
| AUG 3 | " | " | LFPB | LEPA | | 279 | JE, MS, NM, SK, TD | LV LM | 1/1 | 1 7 | | |
| 3 | " | " | LEPA | LPAZ | | 280 | JE, MS, NM, SK, TD | LM | 1/1 | 3 6 | | |

I certify that the statements made by me on this form are true.

David Rodgers

Page Total: 11/9  6166/6387  725  
Amount Forward: 6166/6387  9498  3  3  125  
Total to Date: 6177/6396  9523  3  3  125  

CONFIDENTIAL DR_000073

GIUFFRE007127
CONFIDENTIAL



CONFIDENTIAL DR_000081

GIUFFRE007135
CONFIDENTIAL