# McCAWLEY DECLARATION

# EXHIBIT 4

## (Filed Under Seal)

1

1        IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
              IN AND FOR BROWARD COUNTY, FLORIDA
2                    CASE NO. 15-000072

3
    BRADLEY J. EDWARDS and PAUL G.
4   CASSELL,

5                      Plaintiffs,

6   -vs-                                  **CONFIDENTIAL**

7   ALAN M. DERSHOWITZ,

8                      Defendant.
    _____/
9

10        VIDEOTAPED DEPOSITION OF VIRGINIA ROBERTS GIUFFRE

11

12                  Saturday, January 16, 2016
                      9:07 a.m. - 2:48 p.m.
13

14             401 East Las Olas Blvd., Suite 1200
                  Fort Lauderdale, Florida 33301
15

16

17

18  Reported By:

19  Deborah A. Harris, Court Reporter
    Notary Public, State of Florida
20  Phone - 305.651.0706

21
    Job No. J0277789
22

23

24

25

1   mean, that could have not been exactly what was said, but

2   those are generalities of what was said.

3       Q.    Who else was in the house at this time?

4       A.    Epstein for a fact.  I'm not too sure about

5   Ghislaine and ███, they could have been.  Definitely

6   house staff.

7       Q.    Who?

8       A.    █████████  and  ████████████████████

9   ████, I'm not too sure.

10      Q.    How often were you sexual trafficked in

11  Jeffrey Epstein's private bedroom?

12            MS. MCCAWLEY:  Objection.  Which bedroom

13            are you talking about?

14  BY MS. BORJA:

15      Q.    The same bedroom in New York that you were

16  talking about?

17      A.    That's actually the only time besides with

18  Jeffrey.  I mean, Jeffrey countless, but there was no

19  other men brought to Jeffrey's room.

20      Q.    Who brought Professor Dershowitz to this

21  room?

22      A.    I have no idea, I'm assuming Epstein.

23      Q.    Help me figure this out.  Epstein had just

24  left the room?

25      A.    Epstein exits the room, Dershowitz walks

CONFIDENTIAL

1    in.

2          Q.    Same door?

3          A.    Same door.

4          Q.    How long before Jeffrey exiting and

5    Professor Dershowitz walking in?

6          A.    Minutes, not even, approximately

7    60 seconds.

8          Q.    Ten minutes later once the sex encounter

9    ends, what happens next?

10         A.    He pulled up his pants and I put my towel

11   back on.  I went upstairs to my room -- my room was

12   downstairs, had another shower, I got dressed.  I don't

13   remember the rest of the day from there.

14         Q.    Did you see Professor Dershowitz in the

15   house again that day?

16         A.    On that day?

17         Q.    Right.

18         A.    Possibly, I mean, I don't remember.  I just

19   remember that event very clearly.

20         Q.    So it was unusual that somebody other than

21   Jeffrey to whom you would be sexual trafficked would walk

22   into Jeffrey's bedroom, is that fair?

23         A.    Yes.

24         Q.    Did you ask anybody how that came to be?

25         A.    No, it was expected of me.

CONFIDENTIAL

1    Q.    Did you talk to Jeffrey about it?

2    A.    Yes.

3    Q.    What did you tell Jeffrey?

4    A.    Jeffrey asked me if he enjoyed it, I said

5  yes.

6    Q.    So the act was consummated?

7          MS. MCCAWLEY:  Objection.

8    A.    What does consummated mean?

9          MS. MCCAWLEY:  If you don't know you don't

10         answer.

11         SPECIAL MASTER:  Rephrase that.

12  BY MS. BORJA:

13   Q.    What do you mean by your testimony that

14  Professor Dershowitz enjoyed it?

15         MS. MCCAWLEY:  Objection.  Mischaracterizes

16         the testimony.

17         SPECIAL MASTER:  You can answer if you can.

18   A.    I don't even understand.  What do you mean,

19  did he enjoy it?

20         MS. MCCAWLEY:  Take a deep breath.  She can

21         re-ask the question.

22   A.    He enjoyed it, yes.  From what it looked

23  like, my God, yes, he enjoyed it.

24   Q.    Why do you say that?

25         MS. MCCAWLEY:  Take a deep breath.

CONFIDENTIAL

1          A.      He ejaculated.  He was happy.

2          Q.      Tell me about the next incident that you

3    can recall of the sex?

4                  MS. MCCAWLEY:  Do you want to take a break?

5                  THE WITNESS:  Yes, absolutely.

6                  SPECIAL MASTER:  Let's take a break, five

7          minutes.

8                  THE VIDEOGRAPHER:  Going off video record,

9          11:11 a.m.

10                 (A recess was taken.)

11                 THE VIDEOGRAPHER:  We are now back on video

12         record 11:31 a.m., disk number 2.

13   BY MS. BORJA:

14         Q.      Is there anything else that you can recall

15   that would help you to place the time frame of this

16   sexual encounter of Professor Dershowitz in New York?

17         A.      No, not that I can remember.

18         Q.      Do you recall whether it was before or

19   after the first time you met ██████████?

20         A.      Before.

21         Q.      About how long before do you think?

22         A.      I don't know.  It was fairly early on in my

23   relationship with Jeffrey that I first met him, but it

24   was after my training so I'm not too sure.

25         Q.      And your training was about nine months, is