# EXHIBIT 5

Case 1:15-cv-07433-LAP Document 1218-28 Filed 07/15/21 Page 2 of 3

8/29/2016    Kiddie Porn, Sex Toys & Worse: Clinton Pal Jeffrey Epstein's Pedophile Palace Revealed - Radar Online | Radar Online


BRITNEY SPEARS & BEYONCE'S VMA FEUD    ANTHONY WEINER SPLIT

ONLINE EDUCATION MASTER'S PROGRAMS
Advance Your Education Career
MAIL US
LEARN MORE

EXCLUSIVE PHOTOS

# Kiddie Porn, Sex Toys & Worse: Clinton Pal Jeffrey Epstein's Pedophile Palace Revealed

By Radar Staff
Posted on Jul 7, 2016 @ 6:44AM

SHARE    30    39

This disturbing picture of a very young girl hinted at Epstein's pedophile proclivities. One source told the cops, according to Radar's report, that Epstein had promised, "I'll pay you if you bring some girls. He told her the younger the better. [The girl] once stated she once tried to bring a 23-year-old female and Epstein stated that the female was too old." According to the women who claimed to have visited his home, they were paid to give him erotic massages despite their lack of professional massage training.


Bill Clinton    Hillary Clinton    Jeffrey Epstein



BRITNEY SPEARS & BEYONCE'S VMA FEUD    ANTHONY WEINER SPLIT



**THE REAL REASON TOM CRUISE HASN'T SEEN HIS DAUGHTER IN YEARS**



**19 ACTORS WHO WERE BORN FILTHY RICH**

EMAIL US A TIP



YOU MAY LIKE                                               Sponsored Links by Taboola