**McCAWLEY DECLARATION**

# EXHIBIT 6
(Filed Under Seal)

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE No.08-CV-80119-CIV-MARRA/JOHNSON

JANE DOE NO. 2,

    Plaintiff,
-vs-

JEFFREY EPSTEIN,

    Defendant.

Related cases:
08-80232, 08-80380, 98-80381, 08-80994,
08-80993, 08-80811, 08-80893, 09-80469,
09-80591, 09-80656, 09-80802, 09-81092

VIDEOTAPED DEPOSITION OF JUAN ALESSI
VOLUME I

Tuesday, September 8, 2009
10:12 a.m. - 3:45 p.m.

2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33401

Reported By:
Sandra W. Townsend, FPR
Notary Public, State of Florida
PROSE COURT REPORTING AGENCY
West Palm Beach Office

Page 2

APPEARANCES:
On behalf of the Plaintiffs:
    RICHARD WILLITS, ESQUIRE
    RICHARD H. WILLITS, P.A.
    2290 10th Avenue North, Suite 404
    Lake Worth, Florida 33461
    Phone: 561.582.7600
    reelrhw@hotmail.com

    STUART MERMELSTEIN, ESQUIRE
    MERMELSTEIN & HOROWITZ, P.A.
    18205 Biscayne Boulevard, Suite 2218
    Miami, Florida 33160
    Phone: 305.931.2200
    ssm@sexabuseattorney.com
    ahorowitz@sexabuseattorney.com
    WILLIAM J. BERGER, ESQUIRE
    ROTHSTEIN ROSENFELDT ADLER
    401 East Las Olas Boulevard, Suite 1650
    Fort Lauderdale, Florida 33301
    Phone: 954.522.3456
    bedwards@rra-law.com

    KATHERINE W. EZELL, ESQUIRE
    PODHURST ORSECK, P.A.
    25 West Flagler Street, Suite 800
    Miami, Florida 33130
    Phone: 305.358.2800
    rjosefsberg@podhurst.com
    kezell@podhurst.com
    ADAM J. LANGINO, ESQUIRE
    LEOPOLD KUVIN
    2925 PGA Boulevard, Suite 200
    Palm Beach Gardens, Florida 33410
    Phone: 561.515.1400
    skuvin@leopoldkuvin.com

Page 3

On behalf of the Defendant:
    ROBERT J. CRITTON, ESQUIRE
    BURMAN, CRITTON & LUTTIER
    515 North Flagler Drive, Suite 400
    West Palm Beach, Florida 33401
    Phone: 561.842.2820
    rcrit@bclclaw.com
    mpike@bclclaw.com

Page 4

- - -
EXHIBITS
- - -

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit number 1 | Photographs | 45 |
| Exhibit number 2 | Transcript | 130 |
| Exhibit number 3 | Incident Report | 137 |
| Exhibit number 4 | Incorporation Papers | 149 |
| Exhibit number 5 | Incorporation Papers | 150 |

1 (Pages 1 to 4)

Page 45

1  MS. EZELL: I'm going to ask -- I don't know
2  whether you've still been serially designating
3  Exhibits or whether we're doing them separately for
4  deposition.
5  MR. CRITTON: I think we cannot trust that
6  people will do them serially. I'd do them with
7  each one.
8  MS. EZELL: Then would you mark this, please,
9  as Exhibit 1 to this deposition.
10  And I'm just going to state on the record that
11  I will keep that original. We will not attach it
12  to the deposition.
13  (Exhibit number 1 was marked for
14  identification purposes and retained by Counsel for the
15  Plaintiffs.)
16  THE WITNESS: Yes, that's --
17  BY MS. EZELL:
18  Q.  Can you identify that -- the young woman in
19  those pictures?
20  A.  Yes.
21  Q.  Who is it?
22  A.  That's V. -- V. Now that you says R., that
23  is V.R. definite, a hundred percent.
24  MR. CRITTON: Let me just note my objection,
25  as I did in A. Rod's deposition or Mr. Rodriguez's

Page 46

1  deposition, that I know you're going to confiscate
2  Exhibit number 1. I think it's inappropriate. I
3  think I should be allowed to have a copy of
4  Exhibits that are being used in deposition. But
5  I'll file a motion with the Court so we don't get
6  into a pulling match over your Exhibits.
7  MR. BERGER: I would ask that the court
8  reporter initial that.
9  MS. EZELL: Sure.
10  Oh, you did?
11  MR. WILLITS: She marked it.
12  MR. BERGER: Did she put her initials or did
13  she just put a number or a letter?
14  MR. CRITTON: She's nodding that she did
15  everything that she usually does, which means,
16  initials, date and number.
17  MR. MERMELSTEIN: You can talk.
18  MR. WILLITS: But when you talk, use your
19  initials.
20  BY MS. EZELL:
21  Q.  How old did you think V.R. was at the time she
22  began coming to Mr. Epstein's home?
23  A.  She could have been 17, 18, 19.
24  Q.  Could she have also been 15?
25  MR. CRITTON: Form.

Page 47

1  THE WITNESS: Could have been. But, you know
2  I am not -- I don't think I am a very good judge of
3  ages. If you ask me how old you are, I really
4  couldn't tell you.
5  MR. CRITTON: Kathy thinks she's 25.
6  MS. EZELL: In my dreams.
7  THE WITNESS: Now, again, I must tell you, I
8  was never told to check any i.d.s on any of the
9  people who work at the house.
10  BY MS. EZELL:
11  Q.  I understand that. And, so, I think I'm just
12  trying to establish that you didn't consider it part of
13  your job description to worry about or consider the
14  ages --
15  A.  No.
16  Q.  -- of the young women that came there?
17  A.  Absolutely not. Absolutely not.
18  Q.  And, so, you never really focused on that or
19  particularly thought about it if they seemed young?
20  MR. CRITTON: Form.
21  THE WITNESS: I don't -- I didn't see that
22  many young girls, you know, young, underage girls
23  at the house. I never saw except the two girls
24  that I mentioned that I think it was underage was
25  N. for sure because she was still in high school.

Page 48

1  And she -- she had dinner with her mother, a couple
2  times with her mother. And she become an actress.
3  She's an actress and she has done movies. And he
4  help her in her career.
5  That's the only girl that I knew she was young
6  because she was going to high school and I pick her
7  up from high school sometimes. But she was not a
8  massage therapist. She will go for dinner. And
9  they will go for the movies and she sang sometimes
10  because she was a singer. So she sung at the
11  house. Beautiful girl. Very talented.
12  That's the only girl that I know that it
13  was -- I would says, underage.
14  BY MS. EZELL:
15  Q.  Okay. Did -- who told you that V.R. was a
16  massage therapist?
17  A.  Nobody.
18  Q.  Did you assume that she was a massage
19  therapist because you were told she was coming to give a
20  massage?
21  A.  No. I assumed she was a massage therapy
22  because I was -- I drove Ms. Maxwell to Mar-a-lago,
23  Donald Trump's residence. And I wait in the car while
24  Ms. Maxwell got a -- I think it was a facial or massage.
25  I don't know. But that day I remember this girl, V.,

12 (Pages 45 to 48)



Page 69

1       MR. CRITTON: Form.
2       THE WITNESS: No, not that I can remember.
3  BY MS. EZELL:
4       Q. Do you know if he and Mr. Epstein were
5  involved in any businesses together?
6       A. Mr. Epstein, I never knew what businesses he
7  was involved. He will -- I was completely shut off of
8  all of the business, except for the office, transfer of
9  communications or faxes. But I have no idea of the
10 relationship with other business partners.
11      Q. Did you ever have to deal with his -- the
12 office in New York with someone named ▊▊▊ in New
13 York?
14      A. The secretary?
15      Q. Yes.
16      A. Yeah. I would call -- I would call ▊▊▊
17 almost every day or other secretaries, they live in New
18 York. Basically it came a point when Mr. Epstein will
19 call New York and New York call me to do things for
20 Mr. Epstein. But he was on the phone or busy or
21 something and he would call the office and the office
22 will send me an e-mail or call me or -- it was a
23 constant report with the office in New York.
24      Q. And did you in turn sometimes call New York to
25 get a message to Mr. Epstein?

Page 70

1       A. Yes.
2       Q. Did you ever overhear Mr. Epstein talking to
3  any people that you would consider celebrities?
4       A. Yes. I knew some -- many celebrities.
5       Q. Who -- what celebrities did you understand
6  that he spoke with?
7       A. He spoke to it?
8       Q. Yes.
9       A. I don't know who he spoke to because I never
10 listen to his conversations. But I saw guests at the
11 house that were celebrities.
12      Q. Who did you see at house?
13      A. Many. It was ▊▊▊. It was ▊▊▊
14 ▊▊▊. It was ▊▊▊. It
15 was ▊▊▊.
16      Q. ▊▊▊
17      A. ▊▊▊.
18      Q. ▊▊▊
19      A. ▊▊▊.
20      And it was a couple Misses, Misses Yugoslavia,
21 Miss Germany that I don't even know the names. But they
22 were a lot of queens and other famous people that I
23 can't remember. It was a very famous lawyers that I'm
24 sure you know, Alan Dershowitz, who spend at the house a
25 couple times. And he slept there. He -- ▊▊▊

Page 71

1  ▊▊▊, she stay there for a week with her
2  kids and we took care of her.
3       Who else? ▊▊▊. That's a celebrity.
4  ▊▊▊.
5       Q. Who is that?
6       A. ▊▊▊
7  ▊▊▊. Who else? I don't think I can remember
8  anymore.
9       Q. ▊▊▊?
10      A. No, I never saw him.
11      Q. You never saw him.
12      Now, would these -- the people that you named
13 were all people that you saw visiting in the home?
14      A. Yes. Also was a ▊▊▊, the -- I
15 can't remember his name. It was an old gentleman. He
16 was a ▊▊▊, I think, or ▊▊▊
17 There was a couple -- a couple of those, very -- also,
18 we had at one time at the house, it was a reunion of
19 very ▊▊▊. But I don't know. They're
20 not famous, I guess. I can't remember their names.
21 Very important people.
22      Q. Was that a dinner or a reception?
23      A. I think it was a lunch.
24      Q. A lunch.
25      ▊▊▊, did you ever --

Page 72

1       A. I met ▊▊▊ on Mr. Epstein's plane
2  in the last, I think it was the last month or just
3  before I left -- I left, I met ▊▊▊ in
4  Miami at his plane. We drove him to Miami.
5       Q. And do you know, was that a trip -- were they
6  going on a trip to Africa?
7       A. I hear about it, but it was not when I was
8  there.
9       Q. So that was not the time that you drove --
10      A. No, I was already out.
11      Q. And ▊▊▊, did you ever meet him?
12      A. No. I hear about it on the news, but I never
13 met him.
14      Q. Were ▊▊▊ friends
15 of Ms. Maxwell?
16      A. Both of them.
17      Q. Both Ms. Maxwell and Mr. Epstein?
18      A. Yeah.
19      Q. Did -- did they ever have massages when they
20 were there?
21      A. ▊▊▊ did. I think ▊▊▊ was there
22 only once and for a short time. I don't think she slept
23 in there. I cannot remember. I think she was visiting
24 Wellington and she came to the house and we met her.
25 But ▊▊▊, yes, ▊▊▊ spent weeks with

18 (Pages 69 to 72)

|  | Page 73 |  | Page 75 |
|---|---|---|---|

Page 73

1   us.
2   Q. Where would he sleep?
3   A. In the main room, the main guest bedroom.
4   That was the blue room.
5   Q. And, so, when he would come and stay, during
6   that time would he frequently have massages?
7       MR. CRITTON: Form.
8       THE WITNESS: I would says, daily massages.
9   They have a daily massage.
10  BY MS. EZELL:
11      Q. Was it sometimes more than one a day?
12      A. I can't remember if he had more than one, but
13  I think it was just a massage for him. We set up the
14  tables and --
15      Q. Do you have any recollection of V.R. coming to
16  the house when ▮▮▮▮▮▮▮▮▮▮ was there?
17      A. It could have been, but I'm not sure.
18      Q. Not sure. When Mr. Dershowitz was
19  visiting, --
20      A. Uh-huh.
21      Q. -- how often did he come?
22      A. He came pretty -- pretty often. I would says,
23  at least four or five times a year.
24      Q. And how long would he stay typically?
25      A. Two, three days.

Page 74

1       Q. Did he have massages sometimes when he was
2   there?
3       A. Yes. A massage was like a treat for
4   everybody. If they want it, we call the massage and
5   they have a massage.
6       Q. Now, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮,
7   correct?
8       A. Uh-huh.
9       Q. So he didn't come and stay there, did he?
10      A. No, never.
11      Q. He would come for a meal?
12      A. He would come, have dinner. He never sat at
13  the table. He eat with me in the kitchen.
14      Q. Did he ever have massages while he was there?
15      A. No. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
16      Q. Sure.
17      MS. EZELL: I don't have any other questions
18  right now. I'd just like to reserve if something
19  comes up to ask. But, otherwise, you may go ahead.
20      MR. LANGINO: It is noon, so I don't know what
21  everybody else's schedule is. I don't know how
22  you're feeling.
23      THE WITNESS: I am fine.
24      MS. EZELL: I do have another question. May I
25  ask it?

Page 75

1       MR. LANGINO: Go ahead. Sure.
2   BY MS. EZELL:
3       Q. You said that you set up the massage tables.
4   And would you also set up the oils and the towels?
5       A. Yes, ma'am.
6       Q. And I think I read one time you said they used
7   40 or 50 towels a day?
8       MR. CRITTON: Form.
9       THE WITNESS: That's correct. There was a
10  tremendous amount of work in the house, especially
11  laundry towels, because they were -- we have
12  towels, piles of towels. And they use in the pool.
13  There was a lot of people in the pool and there
14  were a towel that went in the floor, we have to go
15  and pick it up, wash it. So it was -- it was a lot
16  of towels, yes.
17  BY MS. EZELL:
18      Q. And did you ever have occasion to go upstairs
19  and clean up after the massages?
20      A. Yeah, uh-huh.
21      Q. Did you ever find any vibrators in that area?
22      A. Yes. I told him, yes.
23      MS. EZELL: And did you ask that? I'm sorry.
24      MR. CRITTON: Yes.
25      MS. EZELL: I don't know how I missed that.

Page 76

1   BY MS. EZELL:
2       Q. Since I did miss it, if you don't mind, let me
3   just ask you again.
4           Would you describe for me what kinds of
5   vibrators you found?
6       A. I'm not familiar -- not too familiar with the
7   names, but they were big dildos, what they call the big
8   rubber things like that (indicating). And I used to go
9   and put my gloves on and pick them up, put them in the
10  sink, rinse it off and put it in Ms. Maxwell --
11  Ms. Maxwell had in her closet, she had, like, a laundry
12  basket, one of those laundry basket that you put laundry
13  in. She have full of those toys. And that was -- and
14  that was me being professional, leaving the room ready
15  for bed when he would come back to the room again.
16      Q. Okay.
17      A. That happened a few times, few times.
18      Q. Were there other sex toys that you found in
19  the area --
20      A. No.
21      Q. -- sometimes? You mentioned she kept them in
22  a basket in her closet?
23      A. She kept them in her basket. She had some
24  videos there and she have a costume there. I know that
25  she bought it, that she brought it with her.

19 (Pages 73 to 76)

(561) 832-7500    PROSE COURT REPORTING AGENCY, INC.    (561) 832-7506

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

76ef564a-4a1c-4dee-87ac-479898cc7

GIUFFRE000109