**McCAWLEY DECLARATION**

# EXHIBIT 11

INSTR # 113726458  Page  1 of 4, Recorded 06/01/2016 at 08:21 AM
Broward County Commission,   Deputy Clerk ERECORD

Filing # 42049782 E-Filed 05/27/2016 08:50:18 AM

RECEIVED, 6/2/2016 9:49 AM, Clerk, Fourth District Court of Appeal

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL DIVISION

BRADLEY J. EDWARDS, and
PAUL G. CASSELL,

    Plaintiffs,

v.

ALAN DERSHOWITZ,

    Defendant.
_____/

CASE NO. CACE 15-000072 (05)

## NOTICE OF APPEAL

NOTICE IS GIVEN that Virginia Giuffre, Appellant, appeals to the Fourth District Court of Appeal the order of this court rendered on May 10, 2016, a copy of which is attached to this notice as Exhibit A. The nature of the order is a final order holding that the court lacked jurisdiction to consider Appellant's motions and that the Appellant lacked standing in this matter.

Dated: May 27, 2016

Respectfully submitted,

**BOIES, SCHILLER & FLEXNER LLP**
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

By: _____/s/Sigrid S. McCawley_____
    Sigrid S. McCawley, Esq.
    Florida Bar No. 129305

*Attorney for Non-Party Virginia Giuffre*

*** FILED: BROWARD COUNTY, FL HOWARD FORMAN, CLERK 5/27/2016 8:50:18 AM.****

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 27, 2016, a true and correct copy of the foregoing was served by Electronic Mail to the individuals identified below.

By: /s/Sigrid S. McCawley
Sigrid S. McCawley

| | |
|---|---|
| Thomas E. Scott<br>Thomas.scott@csklegal.com<br>Steven R. Safra<br>Steven.safra@csklegal.com<br>COLE, SCOTT & KISSANE, P.A.<br>9150 S. Dadeland Blvd., Suite 1400<br>Miami, Florida 33156<br>Renee.nail@csklegal.com<br>Shelly.zambo@csklegal.com<br><br>*Counsel for Alan Dershowitz* | Richard A. Simpson<br>rsimpson@wileyrein.com<br>Mary E. Borja<br>mborja@wileyrein.com<br>Ashley E. Eiler<br>aeiler@wileyrein.com<br>WILEY REIN, LLP<br>1776 K Street NW<br>Washington, D.C. 20006<br><br>*Counsel for Alan Dershowitz* |
| Charles H. Lichtman, Esq.<br>BERGER SINGERMAN LLP<br>350 E. Las Olas Blvd.<br>Suite 1000<br>Fort Lauderdale, FL 33301<br>Tel: (954) 525-9900<br>Fax: (954) 523-2872<br>Email: clichtman@bergersingerman.com<br><br>*Counsel for Alan Dershowitz* | Bruce S. Rogow, Esq.<br>BRUCE S. ROGOW, P.A.<br>100 NE 3rd Avenue, Suite 1000<br>Fort Lauderdale, FL 33301<br>Tel: (954) 767-8909<br>Fax: (954) 764-1530<br>Email: brogow@rogowlaw.com |
| Kenneth A. Sweder, Esq.<br>SWEDER & ROSS, LLP<br>131 Oliver Street<br>Boston, MA 02110<br>Tel: (617) 646-4466<br>Email: ksweder@sweder-ross.com<br><br>*Counsel for Alan Dershowitz* | Jack Scarola<br>SEARCY DENNEY SCAROLA BARNHART<br>& SHIPLEY, P.A.<br>JSX@searcylaw.com<br>2139 Palm Beach Lakes Blvd.<br>West Palm Beach, FL 33409-6601<br><br>*Attorney for Plaintiffs* |

# Exhibit A

\*\*\*\* FILED: BROWARD COUNTY, FL Howard C. Forman, CLERK 5/11/2016 11:34:31 AM.\*\*\*\*

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT IN
AND FOR BROWARD COUNTY, FLORIDA

CASE No. 15-000072 (05)

BRADLEY J. EDWARDS and PAUL G. CASSELL,

    Plaintiffs/Counterclaim Defendants,

vs.

ALAN M. DERSHOWITZ,

    Defendant/Counterclaim Plaintiff.

_____/

**ORDER GRANTING DEFENDANT'S MOTION TO STRIKE MOTION OF NON-PARTY VIRGINIA ROBERT'S MOTION FOR SANCTIONS**

THIS CAUSE came before the Court on May 4, 2016 upon Defendant's Motion to Strike Motion of Non-Party Virginia Robert's Motion for Sanctions (the "Motion to Strike"). The Court heard argument of counsel, reviewed the Court file and is otherwise fully advised. Accordingly,

IT IS HEREBY ORDERED:

1.    Defendant's Motion to Strike is granted. Even if defendant Dershowitz willfully violated this Court's order, the Court has no jurisdiction to consider the motion for sanctions, and further, Virginia Roberts lacks standing in this case.

DONE and ORDERED in Chambers in Fort Lauderdale, Broward County, Florida on this 10 day of May, 2016.

HONORABLE JUDGE THOMAS LYNCH

STATE OF FLORIDA
BROWARD COUNTY
I DO HEREBY CERTIFY the within and foregoing is a true and correct copy of the original as it appears on record and file in the office of the Circuit Court Clerk of Broward County, Florida.
WITNESS my hand and Official Seal at Fort Lauderdale, Florida this the ___ day of _____ 20 16.
Clerk of the Court
Deputy Clerk

Copies to:
All Counsel of Record

7102008-1

1