**McCAWLEY DECLARATION**

# EXHIBIT 12

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

CIVIL DIVISION

BRADLEY J. EDWARDS, and
PAUL G. CASSELL,

CASE NO. CACE 15-000072

  Plaintiffs,

v.

ALAN DERSHOWITZ,

  Defendant.
_____/

## ORDER ON BOIES, SCHILLER & FLEXNER LLP AND JANE DOE NO. 3's MOTIONS TO QUASH SUBPOENAS OR FOR PROTECTIVE ORDER

This Cause comes before the Court on November 2, 2015 upon Boies, Schiller & Flexner LLP's Motion to Quash Subpoena Or For Protective Order and Jane Doe No. 3's Motion to Quash Subpoena Or For Protective Order.

Having reviewed the record and being otherwise fully advised, the Court hereby Orders:

1. Non-Party Law Firm Boies, Schiller & Flexner LLP's Motion to Quash Subpoena is GRANTED. The subpoena to Boies, Schiller & Flexner LLP is quashed in its entirety.

2. Non-Party Jane Doe No. 3's Motion to Quash Subpoena or For Protective Order is Denied in Part, Granted in part, as follows:

    a. The Motion to Quash is Granted as to Requests Nos. 9, 17, 18, 20, and 23. The Motion is denied as to the remaining Requests.

    b. A Confidentiality Order shall be entered.

    c. The deposition of Jane Doe No. 3 shall be limited to 4 hours without prejudice to request for additional time in the future.

    d. The deposition will be taken at the law firm representing the witness, Boies, Schiller & Flexner LLP.

e. There shall be a special master, paid by the Defendant, present at the deposition, to rule on objections.

f. The Defendant Alan Dershowitz can be present at the deposition.

g. The deposition will be limited to the issues of this case without prejudice for another deposition, if required, in the future. The issues and said limitations will be determined by the special master.

DONE AND ORDERED in Broward County, Florida on this ____ day of November, 2015.

THOMAS M. LYNCH, IV

N / 1 2 2015

_____
Honorable Judge Thomas Lynch
Circuit Judge

cc: Counsel of Record