**McCAWLEY DECLARATION**

# EXHIBIT 13
# (Filed Under Seal)

# *GIUFFRE*

# *VS.*

# *MAXWELL*

Deposition

# *VIRGINIA GIUFFRE*

*05/03/2016*

_____

# *Agren Blando Court Reporting & Video, Inc.*
*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

```
 1          Q    Okay.  And then the last -- the last
 2   document, I hope, is --
 3               MS. MENNINGER:  The big one.
 4               (Exhibit 8 marked.)
 5          Q    (BY MS. MENNINGER)  All right.  Do you
 6   recognize -- I'm going to -- I'm sorry, if I didn't
 7   say it already.  This is Defendant's Exhibit 8.
 8               Do you recognize this document?
 9          A    Yes, I do.
10          Q    And what is this document?
11          A    This is a manuscript that I was writing, I
12   believe, back in 2011 regarding some of my life
13   story.  And just to make it known, this is a based on
14   true events.  But I wouldn't say fictional, but just
15   based on true events.
16               Not everything in it is -- not everything
17   is in there and not everything is, you know, correct.
18   So there's a few mistakes in there.
19          Q    Okay.  Off the top of your head, do you
20   recall any mistakes that are in there now without
21   reading the 140-page document?
22               MR. EDWARDS:  We're going to be here a
23   long time.
24          A    Yeah, we could be here a very long time.
25   I mean, I'd like to say a majority of it is correct.
```