**McCAWLEY DECLARATION**

# EXHIBIT 15

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CIVIL DIVISION

BRADLEY J. EDWARDS, and
PAUL G. CASSELL,

CASE NO. CACE 15-000072

    Plaintiffs,

v.

ALAN DERSHOWITZ,

    Defendant.

_____/

### ORDER ON BOIES, SCHILLER & FLEXNER LLP'S MOTION TO SEAL

This Cause comes before the Court on December 18, 2015 upon Boies, Schiller & Flexner LLP's Motion to Seal "Exhibit B, Affidavit of Alan M. Dershowitz Regarding Meetings with David Boies" to Defendant Alan M. Dershowitz's Motion in Limine to Overrule Objections As to Application of Settlement Rules, Filing # 35429605 E-Filed 12/11/2015 at 10:08:04 a.m.

Having reviewed the record and being otherwise fully advised, the Court hereby Orders:

*The motion to seal is granted.*

DONE AND ORDERED in Broward County, Florida on this 18 day of December, 2015.

Honorable Judge Thomas Lynch
Circuit Court Judge

THOMAS M LYNCH, II
DEC 18 2015
TRUE COPY

cc: Counsel of Record