**McCAWLEY DECLARATION**

# EXHIBIT 23

> Go to DASHBOARD > Appearance > Menus to set up the menu.

Thursday 09 April, 2015
**Published On:** Wed, Apr 8th, 2015
Court / US / Canada | By Ilan Shavit

# After Vindication, Alan Dershowitz Vows to Sue Sex Accuser in Court

Dershowitz he also planning to sue his accuser's attorneys for defamation.



Professor Alan Dershowitz told Newsmax he plans to sue the woman who accused him of sexual misconduct.

Dershowitz spoke after a federal judge on Tuesday U.S. District Court Judge Kenneth Marra had ordered said woman's allegations be removed from the record of an ongoing lawsuit against convicted billionaire pedophile Jeffrey Epstein.

Judge Marra denied a motion by "Jane Doe 3 and Jane Doe 4" to join the lawsuit. He also wrote that the "lurid details" ... "regarding with whom and where the Jane Does engaged in sexual activities are immaterial and impertinent to this central claim ... especially considering that these details involve non-parties who are not related to the respondent Government. These unnecessary details shall be stricken."

The two "non-parties" have been Prince Andrew and Alan Dershowitz.

"We've been legally vindicated but my reputation has still been, unfortunately, tarnished in the minds of at least some people by a woman who just lied and made up a story out of whole cloth," Dershowitz told Newsmax's Steve Malzberg.

"It was like a drive-by shooting or like somebody scribbling graffiti on a bathroom door," Dershowitz said.

Read Latest Breaking News from Newsmax.com http://www.newsmax.com/Newsfront/Alan-Dershowitz-Steve-Malzberg-sexual-misconduct-suing/2015/04/07/id/637044/#ixzz3WhkDlzTe
Urgent: Rate Obama on His Job Performance. Vote Here Now!

Dershowitz, who originally represented Epstein in his plea deal, said he will now seek to depose "Jane Doe 3."

"We will persuade the world that she made up the whole story out of whole cloth," he said.

Dershowitz he also planning to sue his accuser's attorneys for defamation.

"And we're considering suing her for defamation as well, but right now she was trying to hide in Colorado and avoid service, but we found her and we served her and now she'll be subjected to a deposition," he said.

"And if she repeats what she said previously under oath, she will go to jail because what she said is a complete, total, made-up lie. Not only about me but about many other people."



NEWSMAX STUDIOS        PROF. ALAN

**Read more about:** Alan Dershowitz, Jane Doe 3, Jeffrey Epstein, Kenneth Marra



**JEWISH BUSINESS NEWS**

BROTEN GARAGE DOOR SALES
Opening Doors For You Since 1955
GARAGE DOORS » OPENERS » ENTRY DOORS
GLASS SERVICE » INSTALLATION
954.946.5555 | 561.736.5506