**PAUL G. CASSELL DECLARATION**

# EXHIBIT 3
# (File Under Seal)

**PAUL G. CASSELL DECLARATION**

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.: CACE 15-000072

BRADLEY J. EDWARDS and
PAUL G. CASSELL,

      Plaintiffs / Counterclaim Defendants,

v.

ALAN M. DERSHOWITZ,

      Defendant / Counterclaim Plaintiff.

_____/

## ORDER GRANTING
## UNOPPOSED MOTION FOR ORDER OF NON-WAIVER OF PRIVILEGE

THIS CAUSE having come before the Court on Defendant ALAN DERSHOWITZ's Unopposed Motion For Order of Non-Waiver of Privilege, and the Court having read the Motion and being otherwise fully advised in the premises, it hereupon finds that the motion should be and hereby is GRANTED; and it is further

ORDERED that implementing the terms of the letter agreement between Defendant and Harvard University ("Harvard") for the purpose of retrieving documents and/or information for use in this action will not result in a waiver or forfeiture of any privilege or protection that may otherwise attach to documents and/or information maintained by Harvard.

ORDERED AND ADJUDGED in Broward County, Florida this ____ day of June, 2015.

THOMAS M. LYNCH, IV

JUN 1 6 2015

HONORABLE THOMAS LYNCH
Circuit Court Judge

Copies furnished to: All Counsel of Record

13866334.1