

July 15, 2021

**VIA ECF**

The Honorable Loretta A. Preska
District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Giuffre v. Maxwell*, **Case No. 15-cv-7433-LAP**

Dear Judge Preska,

    Pursuant to the Court's orders dated June 25, 2021 (DE 1217) and at the July 1, 2021, hearing, Plaintiff files those documents ordered unsealed related to DEs 345, 370, and 468.

                            Sincerely,

                              /s/ Sigrid McCawley

                            Sigrid S. McCawley, Esq.

cc:  Counsel of Record   (via ECF)

BOIES SCHILLER FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com