# United States District Court
# Southern District of New York

Virginia L. Giuffre,

       Plaintiff,                Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.

_____/

## DECLARATION OF MEREDITH SCHULTZ IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS SUBJECT TO IMPROPER OBJECTION AND IMPROPER CLAIMS OF PRIVILEGE

I, Meredith L. Schultz, declare that the below is true and correct to the best of my knowledge as follows:

1. I am a associate with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's March 28, 2016 Order granting my Application to Appear Pro Hac Vice.

2. I respectfully submit this Declaration in Support of Plaintiff's Motion to Compel the Production of Documents Subject to Improper Objection and Improper Claims of Privilege.

3. Attached hereto as Sealed Exhibit 1 is a true and correct copy of June 8, 2016, Correspondence to Jeff Pagliuca.

4. Attached hereto as Sealed Exhibit 2 is a true and correct copy of June 13, 2016, Correspondence to Laura Menninger.

5. Attached hereto as Sealed Composite Exhibit 3 are true and correct copies of July 18, 2016 and July 21, 2016, Correspondence from Paul Cassell to Ty Gee.

6. Attached hereto Exhibit 4 is a true and correct copy of Defendant's Third Amended Privilege Log.

7. Attached hereto as Sealed Exhibit 5 is a true and correct copy of the April 15, 2016, Sealed Order Granting in Part Plaintiff's Motion to Compel for Improper Claim of Privilege.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Meredith L. Schultz_____
Meredith L. Schultz, Esq.

Dated: August 9, 2016.

                        Respectfully Submitted,

                        BOIES, SCHILLER & FLEXNER LLP

              By:  /s/ Meredith Schultz
                    Meredith Schultz (Pro Hac Vice)
                    Meredith Schultz (Pro Hac Vice)
                    Boies Schiller & Flexner LLP
                    401 E. Las Olas Blvd., Suite 1200
                    Ft. Lauderdale, FL 33301
                    (954) 356-0011

                    David Boies
                    Boies Schiller & Flexner LLP
                    333 Main Street
                    Armonk, NY 10504

                    Bradley J. Edwards (Pro Hac Vice)
                    FARMER, JAFFE, WEISSING,
                    EDWARDS, FISTOS & LEHRMAN, P.L.
                    425 North Andrews Avenue, Suite 2
                    Fort Lauderdale, Florida 33301
                     (954) 524-2820

                    Paul G. Cassell (Pro Hac Vice)
                    S.J. Quinney College of Law
                    University of Utah
                    383 University St.
                    Salt Lake City, UT 84112
                    (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 9th day of August, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

    Laura A. Menninger, Esq.
    Jeffrey Pagliuca, Esq.
    HADDON, MORGAN & FOREMAN, P.C.
    150 East 10th Avenue
    Denver, Colorado 80203
    Tel: (303) 831-7364
    Fax: (303) 832-2628
    Email: lmenninger@hmflaw.com
           jpagliuca@hmflaw.com

                                        /s/ Meredith L. Schultz
                                          Meredith L. Schultz