Exhibit 4

(File Under Seal)

United States District Court
For The Southern District of New York

*Giuffre v. Maxwell*
15-cv-07433-RWS
Ghislaine Maxwell's Privilege Log Amended as of August 1, 2016

***Per Local Rule 26.2, the following privileges are asserted pursuant to British law, Colorado law and NY law.

| Log ID | DATE | DOC. TYPE | BATES # | FROM | TO | CC | RELATIONSHIP OF PARTIES | SUBJECT MATTER | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 1. | 2011.03.15 | E-Mails | 1000-1013 | Ghislaine Maxwell | Brett Jaffe, Esq. | | Attorney / Client | Communication re: legal advice | Attorney-Client |
| 2. | 2011.03.15 | E-Mails | 1014-1019 | Brett Jaffe, Esq. | Ghislaine Maxwell | | Attorney / Client | Communication re: legal advice | Attorney-Client |
| 3. | 2015.01.02 | E-Mails | 1020-1026 | Ross Gow | Ghislaine Maxwell | | Attorney Agent / Client | Communication re: legal advice | Attorney-Client |
| 4. | 2015.01.02 | E-Mail | 1024-1026 | Ghislaine Maxwell | Ross Gow | | Attorney Agent / Client | Communication re: legal advice | Attorney-Client |
| 5. | 2015.01.02 | E-Mail | 1027-1028 | Ross Gow | Ghislaine Maxwell | Brian Basham | Attorney Agent / Client | Communication re: legal advice | Attorney-Client |
| 6. | 2015.01.06 | E-Mail | 1029 | Ghislaine Maxwell | Jeffrey Epstein | | Common Interest | Communication re: legal advice | Common Interest |
| 7. | 2015.01.06 | E-Mail | 1030-1043 | Ghislaine Maxwell | Jeffrey Epstein, Alan Dershowitz, Esq. | | Attorney / Client | Communication re: legal advice | Common Interest |
| 8. | 2015.01.10 | E-Mail | 1044 | Ghislaine Maxwell | Philip Barden, Esq., Ross Gow | | Attorney / Client | Communication re: legal advice | Attorney-Client |
| 9. | 2015.01.10 | E-Mail | 1045-1051 | Ghislaine Maxwell | Philip Barden, Esq. | | Client / Attorney | Communication re: legal advice | Attorney-Client |
| 10. | 2015.01.09 - 2015.01.10 | E-Mails | 1052-1055 | Ross Gow | Philip Barden, Esq. | G. Maxwell | Agent / Attorney / Client | Communication re: legal advice | Attorney-Client |
| 11. | 2015.01.11 | E-Mail | 1055-1058 | Ghislaine Maxwell | Jeffrey Epstein | | Common Interest | Communication re: legal advice | Common Interest |
| 12. | 2015.01.11 | E-Mail | 1055-1058 | Philip Barden, Esq. | Ross Gow | G. Maxwell | Attorney / Agent / Client | Communication re: legal advice | Attorney-Client |
| 13. | 2015.01.11 | E-Mail | 1056-1058 | Philip Barden, Esq. | Ghislaine Maxwell | Ross Gow | Attorney / Agent / Client | Communication re: legal advice | Attorney-Client |

CONFIDENTIAL

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 14. | 2015.01.11 - 2015.01.17 | E-Mails | 1059-1083 | Jeffrey Epstein | Ghislaine Maxwell | | Common Interest | Communication re: legal advice | Common Interest Privilege |
| 15. | 2015.01.13 | E-Mail | 1067-1073 | Ghislaine Maxwell | Jeffrey Epstein | | Common Interest | Communication re: legal advice | Common Interest Privilege |
| 16. | 2015.01.13 | E-Mail | 1069-1073, 1076-1079 | Philip Barden, Esq. | Martin Weinberg, Esq. | | Common Interest | Communication re: legal advice | Common Interest Privilege |
| 17. | 2015.01.13 | E-Mails | 1068-1069, 1074-1076 | Philip Barden, Esq. | Ghislaine Maxwell | Mark Cohen | Attorney / Client | Communication re: legal advice | Attorney-Client |
| 18. | 2015.01.21 | E-Mail | 1088-1090 | Ross Gow | Philip Barden, Esq., Ghislaine Maxwell | | Agent / Attorney / Client | Communication re: legal advice | Attorney-Client |
| 19. | 2015.01.21 - 2015.01.27 | E-Mails | 1084-1098 | Jeffrey Epstein | Ghislaine Maxwell | | Common Interest | Communication re: legal advice | Common Interest Privilege |
| 20. | 2015.01.21- 2015.01.27 | E-Mails | 1099 | Ghislaine Maxwell | Jeffrey Epstein | | Common Interest | Communication re: legal advice | Common Interest Privilege |
| 21. | 2015.04.22 | E-mail | 7 pages | Jeffrey Epstein | Ghislaine Maxwell | | Common Interest | Forwarding message from Martin Weinberg, labeled "Attorney-Client Privilege" with attachment | Common Interest Privilege |
| 22. | Various | E-mails | | Agent of Haddon, Morgan & Foreman; Laura Menninger | Agent of Haddon, Morgan & Foreman; Laura Menninger | | Agent of attorney and Attorney | Attorney work product | Attorney Work Product |
| 23. | Various | E-mails | | Mary Borja; Laura Menninger | Mary Borja; Laura Menninger | | Attorney Work Product | Attorney work product | Attorney Work Product |
| 24. | 2015.10.21 - 2015.10.22 | E-mail chain with attachment | | Darren Indyke; Laura Menninger | Darren Indyke; Laura Menninger | | Attorneys for parties to Common Interest Agreement | Common Interest Agreement | Attorney Work Product; Common Interest Privilege |
| 25. | 2015.01.06 | | | | | | Attorney/Client | Document prepared by Ghislaine Maxwell at the direction of Philip Barden | Attorney Work Product; Attorney-Client Communication |

CONFIDENTIAL

| | | | | | | | | Attorney/Client | Document prepared by Ghislaine Maxwell at the direction of Philip Barden | Attorney Work Product; Attorney-Client Communication |
|---|---|---|---|---|---|---|---|---|---|---|
| 26. | 2015.01.23 | | | | | | | | | |

CONFIDENTIAL