United States District Court
Southern District of New York

Virginia L. Giuffre,

    Plaintiff,                    Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

    Defendant.

_____/

**DECLARATION OF SIGRID MCCAWLEY IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL (DE 345)**

I, Sigrid McCawley, declare that the below is true and correct to the best of my knowledge as follows:

1. I am a Partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's Order granting my Application to Appear Pro Hac Vice.

2. I respectfully submit this Declaration in Support of Plaintiff's Reply in Support of Plaintiff's Motion to Compel (DE 345).

3. Attached hereto as Sealed Exhibit 1 is a true and correct copy of [REDACTED]

4. Attached hereto as Sealed Exhibit 2 is a true and correct copy of January 8, 2015, Online Article from The Sun.

5. Attached hereto as Sealed Exhibit 3 is a true and correct copy of August 16, 2016, Correspondence from Laura Menninger.

6. Attached hereto as Sealed Exhibit 4 is a true and correct copy of Excerpts from June 1 2016, Deposition of John Alessi.

7. Attached hereto as Sealed Exhibit 5 is a true and correct copy of ███████ ███████████████████████████ .

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Sigrid McCawley
Sigrid McCawley, Esq.

Dated: August 24, 2016.

                                    Respectfully Submitted,

                                    BOIES, SCHILLER & FLEXNER LLP

                        By:  /s/ Sigrid S. McCawley
                               Sigrid S. McCawley(Pro Hac Vice)
                               Meredith Schultz (Pro Hac Vice)
                               Boies Schiller & Flexner LLP
                               401 E. Las Olas Blvd., Suite 1200
                               Ft. Lauderdale, FL 33301
                               (954) 356-0011

                               David Boies
                               Boies Schiller & Flexner LLP
                               333 Main Street
                               Armonk, NY 10504

                               Bradley J. Edwards (Pro Hac Vice)
                               FARMER, JAFFE, WEISSING,
                               EDWARDS, FISTOS & LEHRMAN, P.L.
                               425 North Andrews Avenue, Suite 2
                               Fort Lauderdale, Florida 33301
                                (954) 524-2820

                               Paul G. Cassell (Pro Hac Vice)
                               S.J. Quinney College of Law
                               University of Utah
                               383 University St.
                               Salt Lake City, UT 84112
                               (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 24th day of August, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

>Laura A. Menninger, Esq.
>Jeffrey Pagliuca, Esq.
>HADDON, MORGAN & FOREMAN, P.C.
>150 East 10th Avenue
>Denver, Colorado 80203
>Tel: (303) 831-7364
>Fax: (303) 832-2628
>Email: lmenninger@hmflaw.com
>         jpagliuca@hmflaw.com

>                        /s/ Sigrid S. McCawley
>                        Sigrid S. McCawley

4