# EXHIBIT 2
# (File Under Seal)

# Prince Andrew's pal Ghislaine 'groped teen girls'

Maxwell daughter court claim

**BY NEIL SYSON, IN PALM BEACH, FLORIDA  8TH JANUARY 2015, 10:05 AM**

**THE Prince Andrew "sex slave" scandal deepened yesterday — amid claims the royal's pal Ghislaine Maxwell molested underage girls.**

The daughter of late media tycoon Robert Maxwell is accused in US legal papers of lesbian attacks on teens.

Socialite Miss Maxwell, now 53, is said to have "procured" the young girls for a mega rich paedo. The same billionaire — Jeffrey Epstein — was a pal of Andrew's and is at the heart of underage sex allegations against him.

Virginia Roberts, now 30, claims the Prince bedded her three times when she was a teen being kept as a sex slave by the financier — later jailed.



Evidence compiled by her lawyer about a harem of teen "masseurs" at the paedo's Florida mansion alleges Miss Maxwell "actively and passively participated in sexual acts with the minor girls she recruited".

A 15-year-old victim — identified only as "BB" — claimed the socialite kept a closet of "sex toys and outfits" at the billionaire's home.

Nine other "conspirators" in the sordid antics are also named by the youngster.

Miss Maxwell is also said to have secretly taken photos of victims — and to have "kept child pornography on her computer".

"BB" was among more than a dozen girls to get payouts from Epstein, 61, as he was sentenced to 18 months.



The allegations by Virginia Roberts about Andrew, 54, sparked fierce denials from the Palace. She claims to have been 17 when he slept with her — underage in the US.

Miss Maxwell's spokesman branded the accusations against her a "web of lies and deceit" — adding: "None of these allegations are on oath.

"These girls are saying anything they want for money."

neil.syson@the-sun.co.uk