UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.                                                                                          15-cv-07433-RWS

GHISLAINE MAXWELL,

    Defendant.

---------------------------------------------------X

**Declaration Of Laura A. Menninger In Support Of Defendant's Motion
For Protective Order Regarding Personal Financial Information**

I, Laura A. Menninger, declare as follows:

1. I am an attorney at law duly licensed in the State of New York and admitted to practice in the United States District Court for the Southern District of New York. I am a member of the law firm Haddon, Morgan & Foreman, P.C., counsel of record for Defendant Ghislaine Maxwell ("Maxwell") in this action. I respectfully submit this declaration in support of Defendant's Motion for Protective Order Regarding Personal Financial Information.

2. Attached as Exhibit A is a true and correct copy of Request for Production Numbered 21-43 from Plaintiff's Second Request for Production of Documents to Defendant Ghislaine Maxwell dated April 14, 2016.

3. Attached as Exhibit B is a true and correct copy of Defendant Ghislaine Maxwell's Responses and Objections to Requests Numbered 21-43 from Plaintiff's Second Request for Production of Documents dated May 16, 2016.

4. Attached as Exhibit C (filed under seal) is a true and correct copy of an email correspondence dated January 2, 2015 and Bates numbered

Dated:  August 12, 2016

                 By:  */s/ Laura A. Menninger*
                   Laura A. Menninger

## CERTIFICATE OF SERVICE

  I certify that on August 12, 2016, I electronically served this *Declaration Of Laura A. MenningerIn Support Of Defendant's Motion for Protective Order Regarding Personal Financial Information* via ECF on the following:

| | |
|---|---|
| Sigrid S. McCawley<br>Meredith Schultz<br>BOIES, SCHILLER & FLEXNER, LLP<br>401 East Las Olas Boulevard, Ste. 1200<br>Ft. Lauderdale, FL 33301<br>smccawley@bsfllp.com<br>mschultz@bsfllp.com | Paul G. Cassell<br>383 S. University Street<br>Salt Lake City, UT 84112<br>cassellp@law.utah.edu |
| Bradley J. Edwards<br>FARMER, JAFFE, WEISSING, EDWARDS,<br>FISTOS & LEHRMAN, P.L.<br>425 North Andrews Ave., Ste. 2<br>Ft. Lauderdale, FL 33301<br>brad@pathtojustice.com | J. Stanley Pottinger<br>49 Twin Lakes Rd.<br>South Salem, NY 10590<br>StanPottinger@aol.com |

                   */s/ Brenda Rodriguez*

2