# EXHIBIT C
# (FILED UNDER SEAL)

**From:** ▮
**Sent:** Friday, January 02, 2015 12:57 PM
**To:** ▮
**Subject:** Re: URGENT

Will do.
Await revamped note from Devonshires...
Sent from my BlackBerry® wireless device

---

**From:** G Maxwell ▮
**Date:** Fri, 2 Jan 2015 19:39:48 +0000
**To:** ▮
**Subject:** URGENT

You can say that this is not a new person but Virginia Roberts to all and say that you will give a statement
Here are the names from the mail who have contacted me by phonr

▮

Thx
G

THE TERRAMAR PROJECT
FACEBOOK
TWITTER
G+
PINTEREST
INSTAGRAM
PLEDGE
THE DAILY CATCH

1