**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

      Plaintiff,                    Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

      Defendant.

_____/

### DECLARATION OF SIGRID MCCAWLEY IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER REGARDING FINANCIAL INFORMATION

    I, Sigrid McCawley, declare that the below is true and correct to the best of my knowledge as follows:

    1.    I am a Partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's Order granting my Application to Appear Pro Hac Vice.

    2.    I respectfully submit this Declaration in Support of Plaintiff's Response in Opposition to Defendant's Motion for Protective Order Regarding Financial Information.

    3.    Attached hereto as Sealed Composite Exhibit 1 is a true and correct copy of ███████████████████████████████████████████.

    4.    Attached hereto as Sealed Composite Exhibit 2 is a true and correct copy of ███████████████████████████████████████████.

    5.    Attached hereto as Sealed Composite Exhibit 3 is a true and correct copy of Excerpts from June 1, 2016, Deposition of Juan Alessi.

    6.    Attached hereto as Sealed Composite Exhibit 4 is a true and correct copy of ███████████████████████████████████████████

7. Attached hereto as Sealed Composite Exhibit 5 is a true and correct copy of Excerpts from June 21, 2016, Deposition of Detective Joseph Recarey and ███████ ███████████████████.

8. Attached hereto as Sealed Exhibit 6 is a true and correct copy of ████████████████████████████████████.

9. Attached hereto as Sealed Exhibit 7 is a true and correct copy of Excerpts from April 22, 2016, Deposition of Ghislaine Maxwell.

10. Attached hereto as Sealed Exhibit 8 is a true and correct copy of ████████████████████████████████ to Ghislaine Maxwell.

11. Attached here to as Sealed Composite Exhibit 9 are true copies of Ellmax, LLC and The TerraMar Project Subpoenas.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Sigrid S. McCawley
Sigrid S. McCawley, Esq.

Dated: August 22, 2016.

                      Respectfully Submitted,

                      BOIES, SCHILLER & FLEXNER LLP

By: /s/ Sigrid S. McCawley
    Sigrid S. McCawley (Pro Hac Vice)
    Meredith Schultz (Pro Hac Vice)
    Boies Schiller & Flexner LLP
    401 E. Las Olas Blvd., Suite 1200
    Ft. Lauderdale, FL 33301
    (954) 356-0011

    David Boies
    Boies Schiller & Flexner LLP
    333 Main Street
    Armonk, NY 10504

    Bradley J. Edwards (Pro Hac Vice)
    FARMER, JAFFE, WEISSING,
    EDWARDS, FISTOS & LEHRMAN, P.L.
    425 North Andrews Avenue, Suite 2
    Fort Lauderdale, Florida 33301
    (954) 524-2820

    Paul G. Cassell (Pro Hac Vice)
    S.J. Quinney College of Law
    University of Utah
    383 University St.
    Salt Lake City, UT 84112
    (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 22nd day of August, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

>Laura A. Menninger, Esq.
>Jeffrey Pagliuca, Esq.
>HADDON, MORGAN & FOREMAN, P.C.
>150 East 10th Avenue
>Denver, Colorado 80203
>Tel: (303) 831-7364
>Fax: (303) 832-2628
>Email: lmenninger@hmflaw.com
>       jpagliuca@hmflaw.com

/s/ Sigrid S. McCawley
Sigrid S. McCawley