# COMPOSITE EXHIBIT 3

# (Filed Under Seal)

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 15-CV-07433-RWS

------------------------------------------x
VIRGINIA L. GIUFFRE,

                Plaintiff,
v.
GHISLAINE MAXWELL,
                Defendant.

------------------------------------------x

June 1, 2016
9:12 a.m.

C O N F I D E N T I A L

Deposition of JOHN ALESSI, pursuant to notice, taken by Plaintiff, at the offices of Boies Schiller & Flexner, 401 Las Olas Boulevard, Fort Lauderdale, Florida, before Kelli Ann Willis, a Registered Professional Reporter, Certified Realtime Reporter and Notary Public within and for the State of Florida.



Page 28

```
 1                     JOHN ALESSI
 2        Q.   And where did the massage therapists --
 3   where did they come from?
 4        A.   Most, they came from Palm Beach.  Palm
 5   Beach County.
 6        Q.   And over the course of that 10-year period
 7   of time while Ms. Maxwell was at the house, do you
 8   have an approximation as to the number of different
 9   females -- females that you were told were massage
10   therapists that came to the house?
11             MR. PAGLIUSCA:  Object to form and
12        foundation.
13             THE WITNESS:  I cannot give you a number,
14        but I would say probably over 100 in my stay
15        there.
16   BY MR. EDWARDS:
17        Q.   And many of the times would the females
18   come only one time and not return?
19             MR. PAGLIUSCA:  Object to form and
20        foundation.
21   BY MR. EDWARDS:
22        Q.   Let me ask that a different way.
23             Were there times when some of these
24   females that would come to the house, and you were
25   told that they were massage therapists, would come
```



```
                                                    Page 52
 1                    JOHN ALESSI
 2          MR. PAGLIUSCA:  Object to form and
 3     foundation.
 4          THE WITNESS:  Himself.  Himself.
 5   BY MR. EDWARDS:
 6     Q.   And you do not know the ages of the
 7   various massagists, right?
 8     A.   No.
 9     Q.   Did you have occasion to clean up after
10   the massages?
11     A.   Yes.
12     Q.   Okay.  And that is after both a massage
13   for Jeffrey Epstein, as well as clean up after a
14   massage that Ghislaine Maxwell may have received?
15     A.   Yes.
16     Q.   And on occasion, after -- in cleaning up
17   after a massage of Jeffrey Epstein or Ghislaine
18   Maxwell, did you have occasion to find vibrators or
19   sex toys that would be left out?
20          MR. PAGLIUSCA:  Object to form and
21     foundation.
22          THE WITNESS:  Yes, I did.
23   BY MR. EDWARDS:
24     Q.   Can you describe the types of vibrators or
25   sex toys that you found left out after a massage
```



Page 53

```
 1                     JOHN ALESSI
 2   that Jeffrey Epstein had just received or Ghislaine
 3   Maxwell had just received?
 4            MR. PAGLIUSCA:  Object to form and
 5       foundation.
 6            THE WITNESS:  It was probably two to three
 7       times, I would say.  It was not all the time.
 8       I would find things like a dildo, it's called a
 9       double.  I hate to say it because these ladies.
10       But I find these things, put my gloves on, took
11       it out and rinse it, and put it in
12       Ms. Maxwell's closet.
13   BY MR. EDWARDS:
14       Q.   Why would you put the dildo or sex toy in
15   Ms. Maxwell's closet?
16       A.   Because I knew that's where they were
17   kept.
18       Q.   How did you know that the sex toys were
19   kept in Ms. Maxwell's closet?
20       A.   Because I know where everything was in
21   that house.  Every single room, every single thing,
22   it was a place, it was placed by me, by the cleaning
23   lady or my wife.  Every -- everything that happened
24   in that house, I knew it.
25       Q.   Who showed you where the dildo or sex toys
```



MAGNA
LEGAL SERVICES

Page 54

1                   JOHN ALESSI
2   were kept in the house the first time?
3           MR. PAGLIUSCA:  Object to form and
4       foundation.
5           THE WITNESS:  Nobody.  Nobody show me.
6   BY MR. EDWARDS:
7       Q.  You just saw it?
8       A.  I saw it.
9       Q.  So you knew where to put it back?
10      A.  Yeah.  We had to open the closet, clean
11  the closet, put the clothes in place, put the shoes
12  in place, put everything in place.  So it was a
13  matter of tidying things up.
14      Q.  Did you ever find any costumes?
15      A.  I saw one shiny black costume, but I
16  didn't even know --
17      Q.  Where did you see it?
18      A.  The same place.
19      Q.  In Ms. Maxwell's closet?
20      A.  Yes.
21      Q.  And where was Ms. Maxwell's closet in the
22  house?
23      A.  In the house?  It was in the opposite side
24  of his bathroom.  It was her bathroom in the master
25  bedroom.  It was in the middle.  So it was on the

