# COMPOSITE EXHIBIT 5
# (Filed Under Seal)

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 15-CV-07433-RWS

-------------------------------------------x
VIRGINIA L. GIUFFRE,

                      Plaintiff,
v.
GHISLAINE MAXWELL,

                      Defendant.

-----------------------------------------------x

June 21, 2016
9:17 a.m.

C O N F I D E N T I A L

Deposition of JOSEPH RECAREY, pursuant to notice, taken by Plaintiff, at the offices of Boies Schiller & Flexner, 401 Las Olas Boulevard, Fort Lauderdale, Florida, before Kelli Ann Willis, a Registered Professional Reporter, Certified Realtime Reporter and Notary Public within and for the State of Florida.



Page 29

```
 1            JOSEPH RECAREY - CONFIDENTIAL
 2   Ghislane Maxwell?
 3       A.   I wanted to speak with everyone related to
 4   this home, including Ms. Maxwell.  My contact was
 5   through Gus, Attorney Gus Fronstin, at the time, who
 6   initially had told me that he would make everyone
 7   available for an interview.  And subsequent
 8   conversations later, no one was available for
 9   interview and everybody had an attorney, and I was
10   not going to be able to speak with them.
11       Q.   Okay.  During your investigation, what did
12   you learn in terms of Ghislane Maxwell's
13   involvement, if any?
14            MR. PAGLIUCA:  Object to form and
15       foundation.
16            THE WITNESS:  Ms. Maxwell, during her
17       research, was found to be Epstein's long-time
18       friend.  During the interviews, Ms. Maxwell was
19       involved in seeking girls to perform massages
20       and work at Epstein's home.
21            MR. PAGLIUCA:  Object to form and
22       foundation.
23   BY MR. EDWARDS:
24       Q.   Did you interview -- how many girls did
25   you interview that were sought to give or that
```



```
 1                JOSEPH RECAREY - CONFIDENTIAL
 2     actually gave massages at Epstein's home?
 3              MR. PAGLIUCA:  Object to form and
 4          foundation.
 5     BY MR. EDWARDS:
 6          Q.   Approximately.
 7              MR. PAGLIUCA:  Same objection.
 8              THE WITNESS:  I would say approximately
 9          30; 30, 33.
10     BY MR. EDWARDS:
11          Q.   And of the 30, 33 or so girls, how many
12     had massage experience?
13              MR. PAGLIUCA:  Object to form and
14          foundation.
15              THE WITNESS:  I believe two of them may
16          have been -- two of them.
17     BY MR. EDWARDS:
18          Q.   Okay.  And as we go through this report,
19     you may remember the names?
20          A.   Correct.  Let me correct myself.  I
21     believe only one had.
22          Q.   And was that -- was that one of similar
23     age to the other girls?
24              MR. PAGLIUCA:  Object to form and
25          foundation.
```



Confidential

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 15-CV-07433-RWS

------------------------------------------x

VIRGINIA L. GIUFFRE,

                           Plaintiff,

v.

GHISLAINE MAXWELL,

                           Defendant.

------------------------------------------x

June 3, 2016
9:07 a.m.

C O N F I D E N T I A L

Deposition of DAVID RODGERS, pursuant to notice, taken by Plaintiff, at the offices of Boies Schiller & Flexner, 401 Las Olas Boulevard, Fort Lauderdale, Florida, before Kelli Ann Willis, a Registered Professional Reporter, Certified Realtime Reporter and Notary Public within and for the State of Florida.



Confidential

```
                                                      Page 18
 1                       DAVID RODGERS
 2    flyer person, then you would reduce it to an
 3    initial?
 4            MR. PAGLIUCA:  Object to form and
 5        foundation.
 6            MR. REINHART:  You can answer the
 7        question.
 8            You can answer the question, if you can
 9        answer the question.  You are allowed to answer
10        the question, if you understand the question.
11    BY MR. EDWARDS:
12        Q.   I'm trying to understand your testimony.
13             Is it, if you came to know that person --
14        A.   Uh-huh.
15        Q.   -- as a frequent flyer passenger, you
16    would begin to reduce that person's name to an
17    initial at some point?
18            MR. PAGLIUCA:  Same objection.
19            THE WITNESS:  Well, we don't really have a
20        frequent flyer program that we do, so to speak.
21        A lot of times I would do it because if you
22        would write out everybody's name there is not
23        enough space, you know, to get everybody's name
24        in that little square there.
25
```



Confidential

Page 34

1                     DAVID RODGERS
2       Q.   -- is that right?
3            And is that -- is Ghislaine Maxwell
4   somebody that through the years 1995 through 2013
5   was somebody who flew very frequently?
6       A.   What were the years again?
7       Q.   The years of this book, 1995 --
8       A.   I wouldn't say through 2013.  But, yes,
9   '95 through 2000 sometime.  Probably, I would have
10  to go back and -- well, you can see in there.
11      Q.   We will get to it.
12      A.   There will be a point where you don't see
13  her much.  But to say it went through 2013 would not
14  be accurate.
15      Q.   Let's do it this way:  The person that you
16  have reflected on numerous notations --
17      A.   Yes.
18      Q.   -- through here as GM --
19      A.   Yes.
20      Q.   -- just by the initials, are we able to
21  safely know that that is Ghislaine Maxwell?
22      A.   Yes.
23           MR. PAGLIUCA:  Object to form and
24       foundation.
25           MR. EDWARDS:  Court reporter, did you get



Confidential

```
                                                          Page 35
 1                       DAVID RODGERS
 2        the answer?
 3              THE REPORTER:  Yes.  The answer came
 4        before the objection.
 5   BY MR. EDWARDS:
 6        Q.    So on the next flight, the next day, from
 7   Palm Beach to SAF.  Is SAF Santa Fe?
 8        A.    Yes.
 9        Q.    And it indicates JE and GM.
10              Are we able to then know that those
11   passengers on that flight were Jeffrey Epstein and
12   Ghislaine Maxwell?
13        A.    Yes.
14              MR. PAGLIUCA:  Object to form and
15        foundation.
16   BY MR. EDWARDS:
17        Q.    And where would you land at SAF?  Is that
18   an airport?
19        A.    It is an airport.
20        Q.    Is it a private airport?
21        A.    No.  It's -- airlines go in there.
22        Q.    Did Jeffrey Epstein also have a landing
23   strip at his property in New Mexico?
24        A.    He did at one time.
25        Q.    What would that -- do you remember what
```



Confidential

```
                                                      Page 36
 1                      DAVID RODGERS
 2   that code would be?
 3        A.   I don't believe there was a code.
 4        Q.   All right.  Were there times that you
 5   landed either the Gulfstream or the Boeing --
 6        A.   No.
 7        Q.   No.
 8             MR. REINHART:  Let him finish the question
 9        before you answer.
10             THE WITNESS:  Oh, I'm sorry.
11   BY MR. EDWARDS:
12        Q.   Sure.  We are doing fine so far.  But the
13   court reporter is taking down all of our questions
14   and all of our answers.  We are communicating well.
15        A.   Okay.
16        Q.   But when I go to read this back, we may
17   not get that.
18        A.   Okay.  Go ahead.
19        Q.   So were there times where you landed one
20   of Jeffrey Epstein's planes on his private landing
21   strip at the New Mexico property?
22        A.   Yes.  But not the Gulfstream and not the
23   Boeing.
24        Q.   What plane did you land on his property?
25        A.   The Cessna 421.  And probably a
```

