# EXHIBIT 6
# (Filed Under Seal)

| Date 1995 Nov | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE |
|---|---|---|---|---|---|---|---|---|---|
| 17 | G11S9B | N908JE | CMH | PBI | | 779 | JE | | 2 0 |
| 20 | " | " | PBI | TEB | | 780 | JE, AS | | 2 2 |
| 21 | " | " | TEB | PBI | | 781 | JE, AS, EVA, GLENN, BABY, 1 FEMALE | | 2 4 |
| 26 | " | " | PBI | TEB | | 782 | GM, MBNY GRIFFT, AS, ALAN C RESOURCES, AM GRIFFIN, EVA, GLENN, BABY, NANNY | | 2 4 |
| 29 | " | " | TEB | CMH | | 783 | JE, SOPHIE BIDDLE, 3 MALES | | 1 3 |
| 30 | " | " | CMH | PBI | | 784 | JE, SOPHIE BIDDLE | 1/1 | 2 0 |
| DEC 3 | " | " | PBI | TEB | | 785 | JE, SOPHIE BIDDLE | | 2 2 |
| 5 | " | " | TEB | PBI | | 786 | JE, AS | | 2 3 |
| 1996 JAN | " | " | PBI | TEB | | 787 | JE, GM, GWENDOLYN BECK, GALEN SHUMS, DAVID AMBIN | | 2 1 |
| 4 | " | " | TEB | PBI | | 788 | JE, SOPHIE BIDDLE | | 2 5 |
| 9 | " | " | PBI | TEB | | 789 | JE, AS, SOPHIE BIDDLE | | 2 3 |
| 12 | " | " | TEB | PBI | | 790 | JE, GM, DESCOK(?) * | CONFIDENTIAL DR_000001 | 4 0 |
| 20 | " | " | PBI | SAF | | 795 | JE, GM | 1/1 | 2 0 |
| 21 | " | " | SAF | LAX | | 796 | JE, GM | 1/1 | 4 4 |
| 23 | " | " | LAX | TEB | | 797 | JE | | 2 3 |
| 25 | " | " | TEB | PBI | | 798 | JE | | 2 0 |
| 28 | " | " | PBI | CMH | | 799 | JE, GM | 1/1 | 2 0 |
| 28 | " | " | CMH | TEB | | 800 | GM JE, GM | | 1 0 |
| 31 | " | " | TEB | PBI | | 801 | JE | | 2 3 |
| | | | | | | | Page Total | 4/4 | 44 2 |
| | | | | | | | Amount Forward | 5822/5593 | 6558 6 |
| | | | | | | | Total to Date | 5826/5597 | 6602 8 |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers


DEPOSITION EXHIBIT 1  6-3-16


GIUFFRE007055
CONFIDENTIAL

CONFIDENTIAL_DR_000041

| Date 2000 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category AIRPLANE | GLIDER | HELICOPTER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Nov 19 | G-1159B | N908JE | BCD | TEB | | 1418 | JG, SHELLEY LEWIS | | 1 | | |
| 22 | " | " | TEB | DCA | | 1419 | JG, AP, SHELLEY LEWIS | 1/1 | 1 | | |
| 22 | " | " | DCA | PBI | | 1420 | JG, AP, SHELLEY LEWIS | 1/1 | 2 | | |
| 28 | " | " | PBI | TIST | | 1421 | JE, GM | | 2 | | |
| 30 | " | " | TIST | PBI | | 1422 | JE, GM | 1/1 | 2 | | |
| Dec 1 | " | " | PBI | DFW | | 1423 | JE, GM | 1/1 | 2 | | |
| 1 | " | " | DFW | ABQ | | 1424 | JG, GM, RICARRD LEGORETTA | 1/1 | 1 | | |
| 2 | " | " | ABQ | SAF | | 1425 | REPOSITION | | 5 | | |
| 2 | " | " | SAF | TEB | | 1426 | JE, GM | | 3 | | |
| 5 | " | " | TEB | LFPB | | 1427 | JG, GM, ET, KELLY SPANN | | 6 | 5 | |
| 6 | " | " | LFPB | EGGW | | 1428 | JG, GM, ET, KELLY SPANN | 1/1 | 1 | 8 | |
| 7 | " | " | EGGW | EGYM | | 1429 | JG, GM, KELLY SPANN, TOM PRITZKER, EMMA BLACK (MARTHAM AIRFIELD NEAR SANDRINGHAM) | | | 5 | |
| 7 | " | " | EGYM | EGSH | | 1430 | REPOSITION (NORWICH ENGLAND) | | 4 | | |
| 9 | " | " | EGSH | CYQX | | 1431 | JG, GM, ET, KELLY SPANN (COMPLETE SHOW ON RUNWAY) | | 5 | 0 | |
| 9 | " | " | CYQX | PBI | | 1432 | JG, GM, ET, KELLY SPANN | | 4 | 7 | |
| 11 | " | " | PBI | TEB | | 1433 | JG, GM, ET, VIRGINIA | | 2 | 6 | |
| 14 | " | " | TEB | TIST | | 1434 | JE, GM, AP, VIRGINIA | 1/1 | 3 | 5 | |
| 14 | " | " | TIST | PBI | | 1435 | REPOSITION FOR OPS 2 +TCAS | 1/1 | 2 | 4 | |
| 2001 Jan 3 | " | " | PBI | PBI | | 1436 | TCAS CERTIFICATION | | | 7 | |
| | | | | | | | Page Total | 9/16 | 455 | | |
| | | | | | | | Amount Forward | 6342 4024 6351 | 7991 9 | 3 3 | 1/2 6 |

I certify that the statements made by me on this form are true.

_signature_

CONFIDENTIAL_DR_000042

| Date 2001 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | GLIDER | HELICOPTER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN 16 | G-1159B | N908JE | PBI | LCQ | | 1437 | JE, GM, ET | 1/1 | 8 | | |
| 16 | " | " | LCQ | TCB | | 1438 | JE, GM, ET | 1/1 | 2 | | |
| 17 | " | " | TCB | PBI | | 1439 | JE, SHELLEY LEWIS | | 2 4 | | |
| 22 | " | " | PBI | TCB | | 1440 | JE, GM, ET, AP | | 2 5 | | |
| 23 | " | " | TCB | LPPB | | 1441 | JE, SHELLEY LEWIS | 1/1 | 6 7 | | |
| 25 | " | " | LPPB | CYQX | | 1442 | JE, SHELLEY LEWIS | 1/1 | 5 9 | | |
| 25 | " | " | CYQX | FEB | | 1443 | JE, SHELLEY LEWIS | | 2 7 | | |
| 26 | " | " | TCB | PBI | | 1444 | JE, GM, ET, VIRGINIA ROBERTS | | 2 4 | | |
| 18 | C172 | N1446V | PBI-LNA | PBI-LNA | | | C172 VOUT PETE SORENSON | 2/2 | 4 | | |
| 18 | " | " | LNA | LCQ | | | B727 CLOSING N505LS | 1/1 | 2 4 | | |
| 19 | " | " | LCQ | MCO | | | | | 2 0 | | |
| 19 | " | " | MCO | LNA | | | JUMPSEAT MANO – INSTRUMENT COMPETENCY CHECK – SATISFACTORY | | 1 9 | | |
| 22 | G1159B | N908JE | PBI | TIST | | 1445 | JE, GM, ET, VIRGINIA ROBERTS | 1/1 | 2 4 | | |
| 30 | " | " | TIST | PBI | | 1446 | JE, GM, ET, VIRGINIA ROBERTS | 1/1 | 2 6 | | |
| 3 | C-421B | N908GM | SAF | DFW | | | DONATION/MONO - FAR 61.3](6) SATISFACTORY QUALIFICATION FL 210 STALLS, STEEP TURNS, ENGINE START, TURNS, CLIMBS, DESCEND, V1 ENGINE FAILURE, WIND AND ENGINE OUT FIELD, RTO, ENGINE FIRE, ONE + TWO ENGINE APPROACHES FLAP ASYMMETRY, INN RNAV APPROACH | | 3 0 | | |
| 17 | B-727-200 | SIMULATOR | MGM | MCM | | | PUSH BACK, OUTER FOULD EMERGENCY PROCEDURE CIRCLING APPROACH, MANUAL REVERSES TO STREET TRANS FULL OPERATING | | 2 5 | | |
| 18 | " | " | " | " | | | TRAINED STABILIZED SINCE EMERGENCY ALL ENGINE GO AROUND, ENG STREP TRANS, FULL OPERATING | | 3 0 | | |
| 19 | " | " | DFW | NGM | | | | | 7 2 | | |
| 20 | " | " | MGM | MGM | | | | | 3 5 | | |
| | | | | | | | Page Total | 10/9 | 52 4 | | |
| | | | | | | | Amount Forward | 6351/6024 | 8637 4 | 33 | 112 6 |
| | | | | | | | Total to Date | 6361 | | 2 h | |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

CONFIDENTIAL DR_000043

| Date 2001 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | GLIDER | HELICOPTER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | B-727-200 | SIM N727JE | DFW | DFW | | | RUNWAY STD APP-ILOC, MANUAL GEAR EXT-EMRGN EVAC DUMP'ING, RTO BRAKE COOL, PATTERNS/APP | | 2.5 | | |
| 22 | " | SIMULATOR | MGM | MGM | | | STEEP TURNS, STALLS, SINGLE ENGINE GO AROUND V1-2 ENGINE APPROACHES, RTO, SINGLE ENG SHUTDOWN | | 2.5 | | |
| 23 | " | " | " | " | | | B727 CHECK RIDE | | 2.4 | | |
| 23 | C-421B | N908GM | DFW | ADS | | | JONATHAN MANO - HIGH DENSITY AIRPORTS OPERATIONS | 1/1 | 6 | | |
| 23 | " | " | ADS | PNS | | | JONATHAN MANO - SID, ICING OPERATIONS, FUEL MANAGEMENT, PERFORMANCE CHARTS | 1/1 | 3 2 | | |
| 23 MAR | " | " | PNS | PBI | | | JONATHAN MANO - LOST COMMUN OPERATION PROCEDURES, WEIGHT & BALANCE | | 3 1 | | |
| 3 | " | " | PBI | LCQ | | | KRISTY RODGERS - CLIMBS, DESCENTS, STRAIGHT & LEVEL FLIGHT | | 1 9 | | |
| 3 | " | Y | LCQ | LAL | | | KRISTY RODGERS - TURNS, STRAIGHT & LEVEL | | 1 3 | | |
| 3 | " | " | LAL | PBI | | | KRISTY RODGERS - DESCENTS, STL | | 1 1 | | |
| 5 | G-1159B | N909JE | PBI | CYJT | 1464 | | JC,GM,GS, VIRGINIA RODGERS CORY ROXBURY | | 3 8 | | |
| 6 | " | " | CYJT | LFPB | 1465 | | JC-GM,GS,VR | | 5 3 | | |
| 6 | " | " | LFPB | LEGR | 1466 | | JC,GM,GS,VR, ALBERTO+LORRD PENDA, FERNANDO, REDRAGE LEGARCIA  FCC | | 2 5 | | |
| 8 | " | " | LEGR | GMTT | 1467 | | JC,GM,GS,VR, ALBERTO+LORRD PENDA LEGARCIA | | 8 | | |
| 9 | " | " | GMTT | EGGW | 1468 | | JC,GM,GS,VR | | 2 6 | | |
| 11 | " | " | EGGW | BGR | 1469 | | JC,GM,GS,VR | RGR | 6 | | |
| 11 | " | " | BGR | TCB | 1470 | | JC,GM,GS,VR | RGR | 1 2 | | |
| 14 | C-421B | N908GM | PBI | FLL | | | LARRY MORRISON-TAKEOFFS, STEEP CLIMBS, DESCENTS, TURNS | 1/1 | 6 | | |
| 14 | " | " | FLL | PBI | | | LARRY MORRISON, CLEARING WAYS, COMPASS TURNS, STC | | 4 | | |
| 15 | G-1159B | N909JE | TCB | ISP | 1471 | | JC, GM, AP, ALGSRP, WALL PERS, BONJ RON | RUM | 6 | | |

| Page Total | 8/7 43 6 | 33 112 6 |
| Amount Forward | 6361 6043 3089 8 | 33 112 6 |
| Total to Date | 6369 6056 8133 4 | 3 3 112 6 |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

CONFIDENTIAL DR_000044

| Date 2001 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category AIRPLANE | G-JAR | 1+GLT C/Ph |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Apr 15 | G-11598 | N909JE | ISP | LCQ | | 1472 | JG,GM,AP,ALEXFO WALOWEDT, RGR DANL KUCZKOWSKI | 1/1 | 2 | 6 | |
| 15 | " | " | LCQ | PBI | | 1473 | JG,GM,AP,GW,BK RGR | 1/1 | | 9 | |
| 16 | " | " | PBI | IAH | | 1474 | JG,GM,AP,GW,BK,CHERI LYNCH RGR | 1/1 | | 7 | |
| 16 | " | " | MPA | TEST | | 1475 | RJ,GM RF,GV,BK,CL,ED TUSTLE RGR | 1/ | 2 | 2 | |
| 19 | " | " | TIST | LGA | | 1476 | JG,GM,AP,GW,BK,CL,ED TUSTLE RGR | 1/1 | 3 | 8 | |
| 22 | " | " | LGA | PBI | | 1477 | JG,GM ESTOE PAGANO,CVA,CELINA RGR TORONY DIPPN, MYA DUBOIS & MANNY DM | 1/1 | 2 | 4 | |
| 23 | C-4218 | N908GM | PBE | OPF | | | KRISSY RODGERS - SOL,TURNS | 1/1 | | 6 | |
| 23 | " | " | OPF | FLL | | | KRISSY RODGERS - SOL, TURNS | 1/1 | | 4 | |
| 23 | " | " | FLL | PBI | | | JONATHAN MANO - ILS-PBI | | | 6 | |
| 24 | " | " | PBI | ISM | | | JONATHAN MANO-IFR CROSS COUNTRY STAR,CROSSWIND,ALSO LEOTOM | 1/1 | 1 | 6 | |
| 24 | " | " | ISM | PBI | | | JONATHAN MANO-IFR CROSS COUNTRY ATC COMMUNICATIONS | 1/1 | 1 | 1 | |
| 27 | G-11590 | N909JE | PBI | TGB | | 1478 | JG,GM,GVNR,JR,Z,FERNANDES,JAN RGR RUSTIN SAULY | 1/1 | 2 | 5 | |
| 29 | " | " | TGB | SAF | | 1479 | JG,GM,AP,VR,DK,MARVEN,MS ASHLY HENRY THREAT | | 4 | 1 | |
| 31 | " | " | SAF | PBI | | 1480 | JG,GM,AP,VR,NADED BJORLEY HENRY,TARELL,MARINE,PAPUSKY | 1/ | 3 | 3 | |
| Apr 1 | " | " | PBI | LCQ | | 1481 | JG,GM,AF | 1/1 | 1 | 1 | |
| 1 | " | " | LCQ | TGB | | 1482 | JG,GM,AP | | 2 | 1 | |
| 3 | " | " | TGB | GAI | | 1483 | JG,1460THER MANN,LYDIA | 1/1 | | 9 | |
| 3 | " | " | GAI | TGB | | 1484 | JG,HEATHER MANY,LYDIA | 1/1 | | 8 | |
| 4 | " | " | TGB | OCP | | 1485 | JG,RHONDA | 1/1 | | 8 | |
| | | | | | | | Page Total | 15/12 | 31 | 9 | 1 |
| | | | | | | | Amount Forward | 8369 80500 | 8133 | 3 3 | 112 1 |
| | | | | | | | Total to Date | 6384 60500 | 8165 | 3 3 | 112 16 |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

CONFIDENTIAL DR_000045

| Date 19__ 2001 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category AERPLAN G-SDK HELICOP |
|---|---|---|---|---|---|---|---|---|---|
| APR 4 | G-1159B | N909JE | BED | TEB | | 1466 | JE | | 9 |
| 5 | " | " | TEB | PBI | | 1467 | JE, GT, BK | | 2 3 |
| 6 | C-421B | N909GM | PBI | FLL | | | LARRY MORRISON, TAXE 5,4T, CLIMBS TURNS, DESCENTS, LANDING | 1/1 | 7 |
| 6 | " | " | FLL | PBI | | | LARRY MORRISON, TAKE OFF & LANDING, TAXE, CHECK LIST, CLIMBS, TURNS, DESCENT | 1/1 | 6 |
| 9 | G-1159B | N909JE | PBI | ACY | | 1468 | JE, GT, VR, BK, JOANN | 1/ | 2 4 |
| 9 | " | " | ACY | TEB | | 1469 | JE, GT, VR, BK, JOANN | | 7 |
| 11 | " | " | TEB | TEST | | 1496 | JE, GM, AP, BK, VR, JOANN | | 3 5 |
| 16 | " | " | TEST | PBI | | 1491 | JE, GM, AP, VR, BK, GWENDOLYN BECK | 1/1 | 2 7 |
| 17 | " | " | PBI | TEB | | 1492 | JE, GM, GT, AP, BK, GB, DEEL MINKOWN, MICHELLE, KELLY, TRENTON | 1/1 | 2 5 |
| 20 | " | " | TEB | PBI | | 1493 | JE, GM, GT, BK | | 2 3 |
| 23 | " | " | PBI | GRL | | 1494 | JE, GM, GT, KYLE | 1/ | 8 |
| 23 | " | " | GRL | TEB | | 1495 | JE, GM, GT, KYLE, HENRY ROSIGHPE, SPPK | 1/ | 2 2 |
| 27 | " | " | TEB | SAF | | 1496 | JE, BK | | 3 9 |
| 29 | " | " | SAF | VNY | | 1497 | JE, BK, KELLY BOSANA | 1/ | 1 7 |
| MAY 2 | " | " | VNY | SAN | | 1498 | JE | 1/ | 7 |
| 2 | " | " | SAN | LIT | | 1499 | JE | 1/ | 3 6 |
| 3 | " | " | LIT | ADS | | 1500 | JE | 1/ | 9 |
| 3 | " | " | ADS | SAT | | 1501 | JE, VIRGINIA RO BERTS | 1/ | 1 |
| 5 | " | " | SAT | PBF | | 1502 | JE, VR | 1/ | 2 4 |
| | | | | | | | | GARY RODGERS | Page Total 14/11 | 35 1 3 |
| | | | | | | | | Amount Forward | 6384 8165 | 33 112 6 |
| | | | | | | | | Total to Date | 6298 | 2 12 117 6 |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

CONFIDENTIAL DR_000046

| Date 19— 2c?? | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category AIRPLANT | GLIDER | HELICOPT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MAY 7 | G-1159B | N909JE | PBI | CHO | | 1503 | JE, GM, GT, T.NLP ROGER SG | 1/1 | 2 | 0 | |
| 7 | " | " | CHO | TEB | | 1504 | JE, GM, GT, SMGP DOGROTE | | 1 | | |
| 16 | C421B | N908GM | PBI | MCN | | | JONATHAN MANO - CROSS COUNTRY IFR, LARRY MORRISON PATSY, KRISTY | 1/1 | 2 | 6 | |
| 16 | " | " | MCN | 27K | | | JONATHAN MANO - IFR CROSS COUNTRY LARRY MORRISON PATSY, KRISTY | 1/1 | 2 | 1 | |
| 10 | " | " | 27K | OSU | | | JONATHAN MANO - SEAL XC LARRY MORRISON | | 1 | 2 | |
| 10 | " | " | OSU | JVC | | | JONATHAN MANO - GPS OPERATIONS | | 1 | 2 | |
| 11 | " | " | JVY | 27K | | | NO PASSENGERS | 1/1 | | 7 | |
| 12 | " | " | 27K | IMS | | | NO PASSENGERS | 1/1 | | 7 | |
| 13 | " | " | IMS | GNV | | | RYAN COONGA - CLIMBS/TURNS/ DESCENTS/STALL PATSY, KRISTY, ALYSSA | 1/1 | 3 | 0 | |
| 13 | " | " | GNV | PBI | | | RYAN COONGA - RADIO COMMUN IFR/PROCS COMUNE PATSY, KRISTY, ALYSSA | | 1 | 8 | |
| 14 | G1159B | N909JE | TIST | TEB | | 1506 | JE, GM, GT, BK, VR 1 FEMALE | 1/1 | 3 | 8 | |
| 20 | C-421B | N908GM | PBI | ISM | | | PATSY, KRISTY, ALYSSA KRISTY COUCH SESSIONS AND PROPS, MERIDIAN | 1/1 | | 1 | |
| 20 | " | " | ISM | PBI | | | PATSY, KRISTY, ALYSSA | 1/1 | 2 | 6 | |
| 24 | G-1159B | N909JE | TEB | PBI | | 1507 | JE, GM, GT, AP, FEMALE | 1/1 | | 3 | |
| 25 | C421B | N908GM | PBI | LAL | | | PATSY, KRISTY, ALYSSA COMMS/CHEK TO/ ICEMPROOTAK LORKE APPR, PAST | 1/1 | | 8 | |
| 26 | " | " | LAL | MCN | | | PATSY, KRISTY ? | 1/1 | | 8 | |
| 27 | " | " | MCN | ISM | | | PATSY, KRISTY - GPS OPERATIONS ? | 1/1 | | 1 | |
| 28 | " | " | ISM | PBI | | | | 1/1 | 2 | 5 | |
| 28 | G1159B | N909JE | PBI | TEB | | 1508 | JE, GM, GT, AP, JOEL PAGH COMM, 1 MALE a FEMALE | | | | |

| | | | |
|---|---|---|---|
| Page Total | 15 | 33 5 | |
| Amount Forward | 6398 6073 | 8200 4 | 33 112 6 |
| Total to Date | 6414 | | |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

| Date 19 2001 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... Aeroplane | Glider | Helicopter |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4-2 2001 | B727-31 | N505LS | LCQ | PBI | | | Reposition | 1 | 1 | 0 | |
| 6-1 | G-1159B | N909JC | TGB | PBI | | 1509 | JG, CM, ET, AP, BAND KNUCK ROYLU COURTNEY WALLACE | 1/1 | 2 | 6 | |
| 3 | " | " | PBI | TJST | | 1510 | JG, VARIOUS ROGERS, BOAN KNUKROW | 1/1 | 2 | 4 | |
| 5 | " | " | TJST | TGB | | 1511 | JG, VR, BK | 1/1 | 3 | 8 | |
| 8 | " | " | TGB | CYUL | | 1512 | JG, GM, NAOMI CAMPBELL, REBECCA WHITE Antoni Lavallee, ANNA MALOU, DAVIDSON 1/1 | | 1 | 1 | |
| 12 | " | " | CYUL | TGB | | 1513 | REPOSITION (APU BLEED A/R DUCT) | 1/1 | 1 | 1 | |
| 12 | " | " | TGB | PBI | | 1514 | TG | 1/1 | 2 | 3 | |
| 13 | " | " | PBI | TGB | | 1515 | JG, CAROL | 1/1 | 2 | 4 | |
| 15 | " | " | TGB | PBI | | 1516 | JG, GM, SHARDDAN, GRUMM, FIONA | | 2 | 3 | |
| 18 | " | " | PBI | TGB | | 1517 | JG, CM, REMOVE | 1/1 | 2 | 5 | |
| 22 | " | " | TGB | LFPO | | 1518 | JEFFREY, GM, CRISTALLE WASHBG, GLOGGINA, GINEVA | 1/1 | 7 | 0 | |
| 23 | " | " | LFPO | LFMN | | 1519 | JG, GM, 1 REMOVE | | 1 | 2 | |
| 25 | " | " | LFMN | LIML | | 1520 | JG, GM, 1 REMOVE | 1/1 | | 7 | |
| 26 | " | " | LFML | LFPB | | 1521 | JG, GM | 1/1 | 1 | 4 | |
| 28 | " | " | LFPB | LPPZ | | 1522 | JG, GM, ET, ED TUTTLE | 1/1 | 3 | 9 | |
| 28 | " | " | LPPZ | TJST | | 1523 | JG, GM, ET, ED TUTTLE | | 6 | 0 | |
| 29 | " | " | TJST | PBI | | 1524 | JG, AP, VR, 1 REMOVE | 1/1 | 2 | 5 | |
| 8 | " | " | PBI | TGB | | 1525 | JG, GM, ET, AP, VR, SHERMAN CARRY GRAYREBECKY 1/1 | | 2 | 7 | |
| 11 | " | " | TGB | CPS | | 1526 | JG, GM, ET, VR GANO ROEBUCK W | | 2 | 3 | |

| | | | |
|---|---|---|---|
| Page Total | 16/14 | 49 2 | |
| Amount Forward | 6414/6483 | 8233 9 | 3 3 112 6 |
| Total to Date | 6430/6102 | 8283 1 | 3 3 112 6 |

I certify that the statements made by me on this form are true.

Pilot's Signature _David Rodgers_

CONFIDENTIAL DR_000047

GIUFFRE007101
CONFIDENTIAL

CONFIDENTIAL DR_000048

| Date | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category AIRPLANE | GLIDER | HELICOPTER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JUL 11 2001 | G-1159B | N909JE | CPS | SAF | | 1527 | REPOSITION·PITOT STATIC LEAK CERTIFICATION COPY RESTORED | 1/1 | 2 2 | | |
| 16 | " | " | SAF | TEB | | 1528 | JE, GM, VR | 1/1 | 3 5 | | |
| 23 | " | " | PBI | TIST | | 152° | JE, Shelley Lewis | 1/1 | 2 5 | | |
| 28 | " | " | TIST | PBI | | 1531 | JE, Virginia Roberts | 1/1 | 2 6 | | |
| 29 | " | " | PBI | TSP | | 1532 | JE | 1/1 | 2 5 | | |
| 29 | " | " | TSP | TEB | | 1533 | JE | 1/1 | 7 | | |
| AUG 3 | " | " | TEB | PBI | | 1534 | JE, GM, ES, 1 Female | 1/1 | 2 4 | | |
| 3 | B-727-31 | N908JE | JAX | OBI | | | Mike Donovan Ian Nick HF Scott | 4/4 | 4 | | |
| 4 | B-727-100 | PANAM SIMULATOR | MDD | MFA | | | NIGHT Currency | | 1 0 | | |
| 5 | G-1159B | N909JE | PBI | TEB | | 1535 | JE, GM, NP, CS, Taylor | 1/1 | 2 6 | | |
| 5 | " | " | TEB | PBI | | 1536 | No Passengers | | 2 3 | | |
| 7 | B-727-31 | N908JE | PBI | LGA | | 1 | MIKE QUINOVAN | 1/1 | 2 6 | | |
| 7 | " | " | LGA | ABQ | | 2 | JE, GM, ES, NP, 2 Females | 1/1 | 4 0 | | |
| 14 | C-421B | N908GM | PBI | JAN | | | JONATHAN MANO - INSTRUMENTS COMPETENCY CHECK SATISFACTORY | 1/1 | 3 9 | | |
| 14 | " | " | JAN | AMA | | | JONATHAN MANO - LOA WITH GS X5 BNA XWIND LANDINGS | 1/1 | 3 6 | | |
| 14 | " | " | AMA | GCC | | | JONATHAN MANO | 1/1 | 7 | | |
| 15 | " | " | GCC | ABQ | | | JONATHAN MANO - HIGH DENSITY ALTITUDE OPERATIONS | 1/1 | 5 | | |
| 15 | " | " | ABQ | 2USFO | | | JONATHAN MANO - SHORT FIELD CROSS OVER OPS | 1/1 | 7 | | |
| 16 | B-727-31 | N908JE | ABQ | PBF | | 6 | JE, GM, CS, NP, FLIGHT, JONATHAN MANO | 1/1 | 5 8 | | |

| Page Total | 414 5 | 3 3 | 112 6 |
|---|---|---|---|
| Amount Forward | 6430 6462 | 8283 | |
|  | 6450 | | |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

CONFIDENTIAL_DR_000057

| Date 2002 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category AIRPLANE | GLIDER | HELICOP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JUN 8 | B-727-31H | N908JE | EIDW | JFK | | 111 | JE, GM, SK | 1/1 | 6/6 | | |
| 8 | " | " | JFK | PBI | | 112 | JE, SK | 1/1 | 2/3 | | |
| 12 | G-1159B | N909JE | PBI | PBI | | 1567 | GMU FLIGHTS - SEAN RILEY, GREG GARAGUA | 1/1 | 2/7 | | |
| 14 | G-727-31H | N908JE | PBI | BOS | | 113 | Reposition | | 2/6 | | |
| 14 | " | " | BOS | TIST | | 114 | JE, SK, CINDY LOPEZ, LAURA HAYNES | | 3/7 | | |
| 16 | " | " | TIST | JFK | | 115 | JE, GM, SK, CINDY LOPEZ, LAURA HAYNES | 1/1 | 3/8 Pete Rodriguez | | |
| 19 | G-1159B | N909JE | PBI | TGB | | 1568 | Reposition | | 3/2 Pete Rodriguez | | |
| 19 | " | " | TGB | PBI | | 1569 | JE, GM, SK, CINDY LOPEZ | 1/1 | 2/5 Pete Rodriguez | | |
| 21 | " | " | PBI | MYGF | | 1570 | JE, GM, SK, GL, JEAN W/LUC BRUNEL, Pete Rodriguez | 1/1 | 1 | | |
| 21 | " | " | MYGF | PBI | | 1571 | Reposition | 0/0 | 1/2 Pete Rodriguez | | |
| 23 | " | " | PBI | MYGF | | 1572 | Reposition | 0/0 | 1 Pete Rodriguez | | |
| 23 | " | " | MYGF | TGB | | 1573 | JE, GM, SK, GL, TULLAH GARGOSPEGUE, Pete Rodriguez | 1/1 | 2/9 | | |
| 25 | " | " | TGB | PBI | | 1574 | Reposition | | 2/5 Pete Rodriguez | | |
| 27 | B-727-31H | N908JE | JFK | LFPB | | 116 | JE, GM, SK, AY, CARLO GATTI, FERLKI..., ... | 1/1 | 7 | | |
| 29 | " | " | LFPB | LATH | | 117 | SARI, AS 116 | 1/1 | 1/3 | | |
| 30 | " | " | LATH | LFPB | | 118 | JE, JULIE GEORGE BRUG A | 1/1 | 1/5 | | |
| 13 | " | " | LFPB | LFMN | | 119 | JE | 0/0 | 1/2 | | |

Page Total: 47 6

Amount Forward: 8695 / 33 / 12

I certify that the statements made by me on this form are true.

Pilot Signature: David Rodgers

CONFIDENTIAL DR_000058

| Date 2002 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category AIRPLANE | G LIQUID | HELICO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JUL 13 | B-727-31H | N908JE | LFMN | GMTJ | | 120 | JE, GM, SK, AP, CINDY LOPEZ | | 2 | 1 | |
| 13 | " | " | GMTT | GMMC | | 121 | JE, GM, SK, CL, AP | | | 7 | |
| 13 | " | " | GMME | LPA2 | | 122 | JE, GM, SK, AP, CL, 8 RESIDENTS CLEAR IN, Doug, Danno, Mike, 8 SECRET SERVICE | | 2 | 4 | |
| 13 | " | " | LPA2 | JFK | | 123 | JE, GM, SK, AP, CL, PRESIDENT B. CLINTON, Doug, Banno, Mike, 3 Secret Service Cr | | 5 | 8 | |
| 19 | " | " | JFK | PBI | | 124 | JE, SHELLEY LEWIS, 2 FEMALES | | 2 | 2 | |
| 19 | " | " | PBI | JAX | | 125 | KIRSTY ROBERTS, GREG HOLBART, ALYSSA HOLMERS - C CHECK | | 1 | 0 | |
| AUG 4 | G-1159B | N904JE | PBI | MVY | | 1583 | JE, 1 FEMALE | | 2 | 0 | |
| 4 | " | " | MVY | BED | | 1584 | JE, 1 FEMALE | | | 7 | |
| 4 | " | " | BED | TEB | | 1585 | JE, 1 FEMALE | | | 9 | |
| 5 | " | " | TEB | SAF | | 1586 | JE, SK, 2 FEMALE | 1/1 | 3 | 9 | |
| 6 | C-172XP | N7395P | ACG | ACG | | | 172 CHECK OUT | 3/3 | | 9 | |
| 6 | 206L3 | N4774AW | LORRO | ACG | | | C-CHECK FLIGHT TEST PETE RAMAGE | 1/1 | 9 | | |
| 15 | B-727-31H | N908JE | JAX | JAX | | 126 | RETURN FROM C-CHECK PETE RAMAGE | | | 1 | |
| 16 | " | " | JAX | PBI | | 127 | JE, GM, SK, CINDY LOPEZ, VIRGINIA ROBERTS, MAX COLARDO, ALFRED MARCOMARIO, NICK STAYNANI | | 3 | 7 | |
| 17 | G-1159-B | N904JE | SAF | TEB | | 1589 | JE, VIRGINIA ROBERTS, 1 FEMALE | | 2 | 4 | |
| 18 | " | " | TEB | PBI | | 1590 | JE, 5 HELLEY LEWIS | | 2 | 5 | |
| 21 | B-727-31H | N908JE | PBI | TEST | | 128 | JE, SK | 1/1 | 3 | 6 | |
| 25 | " | " | TEST | JFK | | 129 | JE, GM, SK, CINDY LOPEZ, 1 FEMALE | | 6 | 4 | |
| 28 | " | " | JFK | LFPB | | 130 | | | 44 | 0 | |
| | | | | | | | Page Total | 6547 | 87140 | 33 | 112 |
| | | | | | | | Amount Forward | 6194 | | | |

I certify that the statements made by me on this form are true.