# EXHIBIT 7
# (Filed Under Seal)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

VIRGINIA L. GIUFFRE,

          Plaintiff,

                         Case No.:

   -against-           15-cv-07433-RWS

GHISLAINE MAXWELL,

          Defendants.

- - - - - - - - - - - - - - - - - - - x

              **CONFIDENTIAL**

      Videotaped deposition of GHISLAINE MAXWELL, taken pursuant to subpoena, was held at the law offices of BOIES SCHILLER & FLEXNER, 575 Lexington Avenue, New York, New York, commencing April 22, 2016, 9:04 a.m., on the above date, before Leslie Fagin, a Court Reporter and Notary Public in the State of New York.

                - - -

       MAGNA LEGAL SERVICES

    1200 Avenue of the Americas

    New York, New York 10026



Page 78

1            G Maxwell - Confidential

2    over to the house in Palm Beach to give

3    massages?

4        A.    It's important to understand that I

5    wasn't with Jeffrey all the time.  In fact, I

6    was only in the house less than half the

7    time, so I cannot testify to when I wasn't in

8    the house how often she came when I wasn't

9    there.

10            What I can say is that I barely

11    would remember her, if not for all of this

12    rubbish, I probably wouldn't remember her at

13    all, except she did come from time to time

14    but I don't recollect her coming as often as

15    she portrayed herself.

16        Q.    How many times a day on an average

17    day would Jeffrey Epstein get a massage?

18            MR. PAGLIUCA:  Objection to the

19        form and foundation.

20        A.    When I was at the house and when I

21    was there with him, he received a massage, on

22    average, about once a day.

23        Q.    Just once?

24        A.    Yes.

25        Q.    Were there days when he received



1           G Maxwell - Confidential

2    four or five?

3           MR. PAGLIUCA:  Objection to the

4        form and foundation.

5        A.   When I was present at the house, I

6    never saw something like that.

7        Q.   Do you know if Virginia was

8    required to be on call at all times to come

9    to the house if Jeffrey wanted her there?

10          MR. PAGLIUCA:  Objection to the

11       form and foundation.

12       A.   I have no idea of the arrangements

13   that Virginia made with Jeffrey.

14       Q.   When Virginia was in New York,

15   would Virginia sleep at Jeffrey's mansion in

16   New York?

17          MR. PAGLIUCA:  Objection to the

18       form and foundation.

19       A.   I don't recollect her being in New

20   York and I have no idea where she slept.

21       Q.   You don't ever remember seeing

22   Virginia Roberts in New York?

23          MR. PAGLIUCA:  Objection to the

24       form and foundation.

25       A.   I would barely recollect her at



Page 144

```
 1          G Maxwell - Confidential
 2     building that you would have seen when you
 3     were on the trip in Europe?
 4          MR. PAGLIUCA:   Objection to the
 5          form and foundation.
 6          A.   I can't possibly answer that.
 7          Q.   Do you recall Virginia ever taking
 8     pictures?
 9          A.   I barely recall Virginia, period.
10          Q.   Do you recall her ever taking
11     pictures?
12          A.   No, I don't.
13          Q.   I'm going to direct your attention,
14     still within the flight logs to -- starting
15     on the next page from where you just were
16     which is going to be ███████   And the date at
17     the top says █████  you will see █████ and I'm
18     directing your attention down towards the
19     middle to the bottom where you will see the
20     numbers ██████████████
21          A.   Uh-huh.
22          Q.   And we've got actually I'm going to
23     direct your attention to the one that starts
24     with ███████████████████████
██     ████████████████████████████
```

