# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

VIRGINIA L. GIUFFRE,

      Plaintiff,

v.

GHISLAINE MAXWELL,

      Defendant.

------------------------------------------------X

**15-cv-07433-RWS**

### Declaration Of Laura A. Menninger In Support Of
### Defendant's Reply in Support of Motion for Protective Order
### <u>Regarding Personal Financial Information</u>

I, Laura A. Menninger, declare as follows:

1.      I am an attorney at law duly licensed in the State of New York and admitted to practice in the United States District Court for the Southern District of New York. I am a member of the law firm Haddon, Morgan & Foreman, P.C., counsel of record for Defendant Ghislaine Maxwell ("Maxwell") in this action. I respectfully submit this declaration in support of Reply to Plaintiff's Opposition to Defendant's Motion To Reopen Plaintiff's Deposition.

2.      Attached as Exhibit D (filed under seal) is a true and correct copy of correspondence between Plaintiff and literary agent Marianne Strong dated February 19, 2014 and February 21, 2014, marked as Confidential by Plaintiff.

Dated:  August 29, 2016

                                  By: */s/ Laura A. Menninger*

                                  Laura A. Menninger

**CERTIFICATE OF SERVICE**

I certify that on August 29, 2016, I electronically served this *Declaration Of Laura A. Menninger In Support Of Reply in Support of Motion for Protective Order Regarding Personal Financial Information* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons