**EXHIBIT D**

To: Marianne Strong[mariannestrong@stronglit.com]
From: Virginia Giuffre
Sent: Fri 2/21/2014 1:17:22 PM
Importance: Normal
Subject: Re: NYC Post Inquiry re: Jeffrey Epstein
Received: Fri 2/21/2014 1:17:22 PM

Dearest marianne,

While all of this information would be great to have brought to light, it is in no favour or intention for me to put myself and story out there for nothing. I w contact Brad Edwards to see if he would still like to do a piece with Emily, and maybe even later down the track, when all is said and done there just might be a helluva piece for the page 6.

God Bless you and yours...Take Care,
Jenna

On Thursday, 20 February 2014 4:16 PM, Marianne Strong <mariannestrong@stronglit.com> wrote:
Dear Jenna –

While I believe that your Jeffrey Epstein exposé has tremendous merit, the only role that we can play is one where we are not recompensed unless we are hired to do Public Relations and make a story happen at some later point.

[redacted]

Today Emily is one of the most noted, plus influential columnists in the United States, and yes, she is a friend of mine. We can pop off an arresting column item as a favor to her – if indeed the item is applicable for Page Six? But it must have true gravitas.

No money changes hands in such a news release to a publication! If it helps, have your attorney write a suggested column-oriented item re your case and if it's written in 'journalistic style,' [redacted] and I can pop it off to Emily, as a possible piece f her renowned Page Six column. It's called 'pure favor time' to Emily from the owner of the item, plus the press person wh may or may not elect to pop it into print.

I certainly do feel that down the long, winding road, your case has merit! God willing that it puts that piece of human scum back behind bars! Should you win the day, yes, I do believe that you can create a mighty manifesto on prostitution as it exists in the U.S.A. in the years leading up to 2014 – one that has real literary possibilities. If you win the case, contact us and perhaps we can get it printed in a N.Y.C. newspaper? If you lose, a press release has nothing favorable for you, obviously, and should be avoided.

Good luck and God Bless,
Marianne Strong

On Wed, Feb 19, 2014 at 4:09 PM, Virginia Giuffre [redacted] wrote:

Hi Marianne,

I hope you have been well since our last conversation, we have been enjoying the amazing pre-spring heat here in Florida, I hope you do visit soon the weather is absolutely splendid this year and it would be finally nice to meet you in person with so much we already know about each other and hopefull; more to come!!

About the NYC Post, as you already know I have an extremely informative piece of the recent proceedings to tell both truth and justice as well as the past history of the ill-esteemed billionaire and registered sex offender, Jeffrey Epstein, that I unfortunately served four years as his personal and abused sex slave to, most of those years underage, and trust me I would like nothing more than the world to know all about the inequality of the government to act appropriately and violate our rights as victims by giving Jeffrey Epstein a plea bargain and immunity to only take accreditation for one account of the sensitive subject of procuring us underage girls for the usage of prostitution internationally to some of the world's most influential people. But with that comes a lot of responsibility for me to consider or "my neck on the line too" so to speak. Even though there is over forty women that were once vulnerable girls that looked like the "sweet girl next door" but now that they have been taken advantage of by this "disgusting wall street tyrant" most of them have led a very unhealthy lifestyle since having served Jeffrey, such as drug addictions and prostitution and do not hold accreditation to talk...according to Jeffrey and his team of minion lawyers. Miraculously since I came to light with the truth and speaking out against him in 2011, the

FBI have reopened the case which as you know has current proceedings in which I am involved in. There are many branches that lead out on this incredibly taunting story of perversion of the governmental system and the one's that seem to fly above the law. I am not giving up or giving in this to m is something I must do to break a large chain of serial sex abuse happening for too long now.

We have spoken in great deal about what kind of piece you would like to present to the NYC Post but we haven't spoken about any contract of any sort and I do need to know as much as you and the Post do, that we will all be "legally" okay bringing out this story as long as everything that is printed is 100% factual and prove worthy.

There is also another major paper that has followed the story for a while and has worked with me before, they're asking me again for the exclusive story bu updated and obviously the end outcome from the judicial decision. I have held out because you told me about your contact Emily with the NYC Post and I appreciate you trying to make big headlines for the story and hopefully one day the book... plus I just like working with someone I can somewhat trust, which is a rare find in this world! But if they're selling something this headline worthy and going to sell many papers and not to mention the "on-line" inputs, I would also like to know that I am going to profit from this as well.

If the NYC Post can agree to arrange a reasonable contract, above the competitors offer, then I will be able to give you all of the factual information that would give your mate Emily a great piece that I know is proceeding to be a rarity in the justice system, as well as being so rare of an atrocity, a new article pertaining to Jeffrey, has just been written into state law, which I also have a copy of.

I look forward to your response and hopefully more to come. Call me if needed.

All the best,
Jenna


--
Marianne Strong
President

Marianne Strong Literary Agency
65 East 96th Street
New York, NY 10128
Office: 212-249-1000
Fax: 212-831-3241
Web: www.stronglit.com
E-mail: mariannestrong@stronglit.com

The Marianne Strong Literary Agency has represented writers of quality fiction and non-fiction since 1978. Located on Manhattan's Upper East Side, the agency seeks to aid writers in the publication of works which advance the national conversation on matters of politics, economics, health, religion, and art.