# EXHIBIT 1

# (File Under Seal)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CASE NO. 15-CV-07433-RWS

-----------------------------------------x

VIRGINIA L. GIUFFRE,

Plaintiff,

v.

GHISLAINE MAXWELL,

Defendant.

-----------------------------------------x

June 1, 2016
9:12 a.m.

C O N F I D E N T I A L

Deposition of JOHN ALESSI, pursuant
to notice, taken by Plaintiff, at the
offices of Boies Schiller & Flexner, 401
Las Olas Boulevard, Fort Lauderdale, Florida,
before Kelli Ann Willis, a Registered
Professional Reporter, Certified Realtime
Reporter and Notary Public within and
for the State of Florida.



     1                        JOHN ALESSI

     2        Q.   You never received emails from either of

     3   them?

     4        A.   No, sir.

     5        Q.   So when there would be a message from one

     6   of them while they were out of town, they would call

     7   you, call you on the telephone?

     8        A.   I haven't spoken to Ghislaine in 12 years.

     9        Q.   Sorry.  I'm talking about when you worked

    10   there and you would receive a message that they were

    11   coming into town, would that be by way of telephone?

    12        A.   Telephone, and also, there was a system at

    13   the house, that it was MindSpring, MindSpring I

    14   think it's called, that it was like a message system

    15   that would come from the office.

    16        Q.   What is MindSpring?

    17        A.   It was a server.  I think it was -- the

    18   office would have, like, a message system between

    19   him, the houses, the employees, his friends.  They

    20   would write a message on the computer.  There was no

    21   email at that time.

    22        Q.   Okay.  So what computer would you use?

    23        A.   My computer in my office.

    24        Q.   And so was part of your daily routine to

    25   go to your computer and check to see if you had



Page 224

1                    JOHN ALESSI

2   MindSpring messages?

3        A.    No.  That was at the end of my stay.  That

4   was the very end of my stay.  I didn't get involved

5   with that too much.  But it was a message system

6   that Jeffrey received every two, three hours, with

7   all the messages that would have to go to the office

8   in New York, and they will print it and send it

9   faxed to the house, and I would hand it to him.

10       Q.    Did it look like the message pads that

11  we've been looking at?

12       A.    No, no, nothing like that.

13       Q.    Was it typed-out messages?

14       A.    Yes, typed-out messages.

15       Q.    Just explain one example of how it would

16  work.  Let's say that Ghislaine wanted to send him a

17  message on MindSpring.  How would that work?

18       A.    An example?

19       Q.    Sure.

20       A.    It got so ridiculous at the end of my

21  stay, okay?  That Mr. Epstein, instead of talking to

22  me that he wants a cup of coffee, he will call the

23  office; the office would type it; they would send it

24  to me, Jeffrey wants a cup of coffee, or Jeffrey

25  wants an orange juice out by the pool.



Page 225

```
                              JOHN ALESSI
 1
 2        Q.   He would call the office in New York.
 3   They would then type it in MindSpring?
 4        A.   Send it to me.
 5        Q.   How would you know to check for it?  How
 6   would you know to look for this MindSpring?
 7        A.   Because I was in the office.  I was there.
 8   I was there.  And we have a signal when it come on
 9   and says, Hey, you've got mail.
10        Q.   Okay.
11        A.   Every day.  Every day it was new things
12   put in.  That's why I left, too.
13        Q.   Do you know who set up the mind spring
14   system?
15        A.   It was a computer guy.  It was a computer
16   guy who worked only for Jeffrey.  ███████████
17   ██████.
18        Q.   Was he local to Palm Beach?
19        A.   No.  He was in New York.  Everything was
20   set up from New York.  And ████████████, I remember
21   he came to Palm Beach to set up the system at the
22   house.
23        Q.   Did you become aware at some point in time
24   that there was a bag or a briefcase of cash that was
25   in the house?
```

