EXHBIT 3

(File Under Seal)

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
VIRGINIA L. GIUFFRE,

        Plaintiff,

                            Case No.:
  -against-               15-cv-07433-RWS

GHISLAINE MAXWELL,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - x

**CONFIDENTIAL**

    Videotaped deposition of GHISLAINE MAXWELL, taken pursuant to subpoena, was held at the law offices of BOIES SCHILLER & FLEXNER, 575 Lexington Avenue, New York, New York, commencing April 22, 2016, 9:04 a.m., on the above date, before Leslie Fagin, a Court Reporter and Notary Public in the State of New York.

                 - - -
      MAGNA LEGAL SERVICES
   1200 Avenue of the Americas
    New York, New York 10026



Page 10

```
 1          G Maxwell - Confidential
 2   hired someone to work for Mr. Epstein, a
 3   female?
 4        A.  As best as I can recollect, a woman
 5   the age probably of about 40 or 50 was in
 6   sometime in 1992.
 7        Q.  How long did you work for Mr.
 8   Epstein?
 9        A.  I started working for him at some
10   point in 1992 and the nature of my work
11   relationship with him changed over time so
12   from around 2002, 2003, the work lessened
13   considerably.
14        Q.  When did you --
15             MR. PAGLIUCA:  Can I interject for
16        a moment.  If we are talking about
17        background --
18             MS. McCAWLEY:  I'm in the middle of
19        a question.  Let me finish it and then
20        can you interject.
21        Q.  When you say 2002 to 2003 that the
22   work lessened, when did you complete working
23   for Mr. Epstein; when was the last time you
24   were employed by him, the last date?
25        A.  I believe I still was doing --
```



Page 11

```
 1          G Maxwell - Confidential
 2   helping him in a very nominal way, maybe an
 3   hour or two a year at sometime 2008 and 2009.
 4          MR. PAGLIUCA:  So if you are going
 5      to be talking about general background,
 6      I don't need to designate that as
 7      confidential.  So if you want to have
 8      them come back in, that's fine.
 9          I assumed by your first question
10      you were going into more sensitive
11      areas.  I will leave it up to you, but
12      if this is general background it will
13      not be designated as confidential.
14          MS. McCAWLEY:  I appreciate that.
15      I will jump back into my other
16      questions.
17          MR. PAGLIUCA:  So we will keep it
18      as confidential.
19      Q.   When you were first employed by him
20   in 1992, what were you hired to do?
21      A.   First, I was consulting and what I
22   did was I helped with decorating houses and
23   in hiring staff to help run those houses.
24      Q.   Did your duties change over the
25   course of 1992 to 2009?
```

