# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------X
                                                :
VIRGINIA L. GIUFFRE,                            :
                                                :
          Plaintiff,                            :
                                                :         15-cv-07433-RWS
v.                                              :
                                                :
GHISLAINE MAXWELL,                              :
                                                :
          Defendant.                            :
                                                :
------------------------------------------------X
```

### Declaration of Laura A. Menninger in Support of Defendant's Response in Opposition to Plaintiff's Motion to Compel Data from Defendant's (Non-Existent) <u>Undisclosed  Email Account and For an Adverse Inference Instruction</u>

I, Laura A. Menninger, declare as follows:

1.   I am an attorney at law duly licensed in the State of New York and admitted to practice in the United States District Court for the Southern District of New York. I am a member of the law firm Haddon, Morgan & Foreman, P.C., counsel of record for Defendant Ghislaine Maxwell in this action. I respectfully submit this Declaration in support of Ms. Maxwell's Response to Plaintiff's Motion to Compel Data from Defendant's (Non-Existent) Undisclosed Email Account and For an Adverse Inference Instruction.

2.   Attached as Exhibit A (filed under seal) is a true and correct copy of corresponsence from Meredith Schultz to Jeffrey Pagliuca and Laura Menninger on May17, 2016.

3.   Attached as Exhibit B (filed under seal) are true and correct copy of correspondence from Laura Menninger to Sigrid McCawley dated June 13, 2016.

4.    Attached as Exhibit C (filed under seal) are true and correct copies of excerpts from the April 22, 2016 deposition of Ghislaine Maxwell, designated Confidential under the Protective Order.

5.    Attached as Exhibit D (filed under seal) correct copies of excerpts from the January 16, 2016 deposition of Virginia Guiffre in the, *Edwards et al. v. Dershowitz* matter, designated Confidential under the Protective Order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 24, 2016.

*s/ Laura A. Menninger*
Laura A. Menninger

## CERTIFICATE OF SERVICE

I certify that on October 24, 2016, I electronically served this *Declaration of Laura A. Menninger in Support of Defendant's Response in Opposition to Plaintiff's Motion to Compel Data from Defendant's (Non-Existent) Undisclosed  Email Account and For an Adverse Inference Instruction* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS, FISTOS
& LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu


J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com


*/s/ Nicole Simmons*
Nicole Simmons

3