# EXHIBIT C

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
VIRGINIA L. GIUFFRE,

        Plaintiff,

                        Case No.:
  -against-            15-cv-07433-RWS

GHISLAINE MAXWELL,

        Defendants.

- - - - - - - - - - - - - - - - - - - - x

             **CONFIDENTIAL**

    Videotaped deposition of GHISLAINE MAXWELL, taken pursuant to subpoena, was held at the law offices of BOIES SCHILLER & FLEXNER, 575 Lexington Avenue, New York, New York, commencing April 22, 2016, 9:04 a.m., on the above date, before Leslie Fagin, a Court Reporter and Notary Public in the State of New York.

               - - -

      MAGNA LEGAL SERVICES
   1200 Avenue of the Americas
    New York, New York 10026



```
                                                    Page 370
 1           G Maxwell - Confidential
 2       A.    I have every email that you asked
 3   for in discovery, that I have I gave you.
 4       Q.    That's not my question.
 5             Did you ever delete emails in
 6   January of 2015?
 7       A.    I have not deleted anything that
 8   you have asked me for in discovery.  I have
 9   given you everything that I have.
10       Q.    That is not my question, my
11   question is, did you ever delete emails in
12   January of 2015?
13       A.    In the normal course of my work,
14   there are emails from spam that I delete.
15   That is the type of email I've deleted.
16   Anything that is material to what you want, I
17   have not deleted.
18       Q.    How do you know that?
19       A.    Well, anybody that's to do with
20   Jeffrey or ███ or women or anything of which
21   I know you were interested in, of which I
22   have anything I would not have done because I
23   don't want to subject myself to...
24       Q.    Have you had your computer
25   forensically copied for purposes of this
```

