# EXHIBIT 2
# (FILE UNDER SEAL)

# Aneisha Christie

| | |
|---|---|
| **From:** | Aneisha Christie |
| **Sent:** | Friday, September 23, 2016 5:35 PM |
| **To:** | Laura Menninger (lmenninger@hmflaw.com); jpagliuca@hmflaw.com |
| **Cc:** | Sigrid McCawley; Meredith Schultz; 'brad@pathtojustice.com' (brad@pathtojustice.com); 'StanPottinger@aol.com' (StanPottinger@aol.com) (StanPottinger@aol.com); 'Paul Cassell (cassellp@law.utah.edu)' |
| **Subject:** | Giuffre v. Maxwell |
| **Attachments:** | 2016-09-23 Letter to L.Menninger re Emails.pdf |

Dear Ms. Menninger,

Attached please find correspondence from Meredith Schultz in regards to the above-referenced matter.

Please do not hesitate to contact our office should you have any questions regarding this matter.

Thank You,

Aneisha K.Christie
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Phone: 954-356-0011
Fax: 954-356-0022
http://www.bsfllp.com

1