# EXHBIT 3
# (FILE UNDER SEAL)

# BOIES, SCHILLER & FLEXNER LLP

401 EAST LAS OLAS BOULEVARD • SUITE 1200 • FORT LAUDERDALE, FL 33301-2211 • PH. 954.356.0011 • FAX 954.356.0022

Meredith Schultz, Esq.
E-mail: mschultz@bsfllp.com

September 23, 2016

**VIA E-MAIL**

Laura A. Menninger, Esq.
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
lmenninger@hmlaw.com

Re:   *Giuffre v. Maxwell*
      Case No. 15-cv-07433-RWS

Dear Laura,

The earliest-dated email communication Defendant produced was from July 18, 2009. Accordingly, there is a 10 year gap in email data from your production (from 1999-2009). You have represented that Defendant used neither the [redacted] account nor the [redacted] to communicate (email addresses that were taken by police from Epstein's home in 2005). If this is correct, logic dictates that Defendant used a different email account to communicate from 1999-2009. Defendant has not indicated what email account she used from 1999-2009 to communicate. Therefore, I am writing to ask what email account Defendant used to communicate from 1999-2009, since she claims that the accounts listed with her contact information from the police collection were not used to communicate.

Sincerely,

*Meredith Schultz*

Meredith Schultz