

**HADDON MORGAN FOREMAN**

Haddon, Morgan and Foreman, P.C
Laura A. Menninger

150 East 10th Avenue
Denver, Colorado 80203
PH 303.831.7364  FX 303.832.2628
www.hmflaw.com
LMenninger@hmflaw.com

July 22, 2021

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Giuffre v. Maxwell*, No. 15 Civ. 7433 (LAP)

Joint Request for One Week Extension of Time to File Proposed Streamlining Measures to the Unsealing Process

Dear Judge Preska:

The parties jointly request a one week extension of time within which to file a letter regarding streamlining the unsealing process, to and including July 28, 2021.

During the July 1st hearing, you asked that the parties meet and confer and submit to the Court proposed measures to streamline the unsealing process. You proposed that the parties file something within approximately three weeks. Due to scheduling conflicts, counsel are unable to schedule the conferral until Monday July 26th.

Wherefore, counsel hereby respectfully and jointly request that the Court extend the period for the submission to and including July 28, 2021.

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
7/23/21

Respectfully submitted,

*Laura A. Menninger*
Laura A. Menninger

CC: Counsel of Record *via* ECF