UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>    Plaintiff,<br><br>-against-<br><br>GHISLAINE MAXWELL,<br><br>    Defendant. | 15 Civ. 7433 (LAP) |

LORETTA A. PRESKA, Senior United States District Judge:

  The Court is in receipt of submissions from the parties regarding the schedule for addressing the first set of non-party objectors (see dkt. no. 1232) and the Miami Herald's letter seeking an opportunity to respond to the objections (see dkt. no. 1321).

  The parties shall first file briefs addressing the objections of the following non-parties: Does 17, 53, 54, 55, 56, 73, 93, and 151.

  The briefing schedule shall be as follows:

- The parties shall submit their opening briefs no later than two weeks after the conclusion of Ms. Maxwell's criminal trial, assuming the trial proceeds as presently scheduled.

- The Herald may file a responsive brief no later than two weeks after the parties file their opening briefs. The Herald shall inform the Court whether it requires further information about the objections beyond what is described in the redacted, publicly-filed versions of the parties' briefs.

- The parties shall file any reply briefs no later than two weeks after the Herald files its brief.

**SO ORDERED.**

Dated: November 5, 2021
       New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge