```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>                    Plaintiff,<br><br>-against-<br><br>GHISLAINE MAXWELL,<br><br>                    Defendant. | 15 Civ. 7433 (LAP)<br><br>AMENDED ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of the letter dated November 12, 2021 on behalf of non-party Doe, seeking clarification of this Court's November 5, 2021 order. The November 5, 2021 order is amended and superseded as set forth below.

The parties shall first file briefs addressing the objections of the following non-parties: Does 17, 53, 54, 55, 56, 73, 93, and 151.

The briefing schedule shall be as follows:

- The parties shall submit their opening briefs no later than two weeks after the conclusion of Ms. Maxwell's criminal trial, assuming the trial proceeds as presently scheduled.

- The Herald may file a responsive brief no later than two weeks after the parties file their opening briefs. The Herald shall inform the Court whether it requires further information about the objections beyond what is described in the redacted, publicly-filed versions of the parties' briefs.

- Objecting non-party Does may file a reply in response to the parties' opening briefs and the Herald's

1

      responsive brief no later than one week after the Herald files its brief.

- The parties shall file any reply briefs no later than two weeks after the objecting non-party Does file their reply brief.

With respect to Doe's counsel's request that the parties make their briefs available to him contemporaneously with filing, to the extent that counsel has not entered an appearance in the case on ECF and wishes to do so in order to receive timely notices of filings, counsel may enter an appearance on behalf of objector Doe.  The Clerk of the Court is directed to ensure that notice to objectors' counsel on ECF is equivalent to notice to the parties' counsel.

**SO ORDERED.**

Dated:    New York, New York
            November 15, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge