| Exhibit A |||
|---|---|---|
| **Docket Entry** | **Non-Party Does** | **Plaintiff's Position** |
| 122-7 | J. Doe 54, J. Doe 53 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on.  Note: Does 53 and 54 do not object to unsealing. |
| 150-1 | J. Doe 54, J. Doe 53 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on.  Note: this document was partially unsealed in prior round of unsealing.  Doe 53 does not object to unsealing. |
| 172 | J. Doe 53 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on.   Note: this document was partially unsealed in prior round of unsealing.  Doe 53 does not object to unsealing. |
| 173-5 | J. Doe 54 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on. |
| 173-6 | J. Doe 93, J. Doe 54, J. Doe 53 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on.  Note: this document was partially unsealed in prior round of unsealing.  Does 53 and 54 do not object to unsealing. |
| 203 | J. Doe 151 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on.  Note: this document was partially unsealed in prior round of unsealing. |
| 204 | J. Doe 151 | Unseal in full.  Note: this document was partially unsealed in prior round of unsealing |
| 204-2 | J. Doe 151, J. Doe 55, J. Doe 56, J. Doe 54, J. Doe 53 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on.  Note: Does 53 and 54 do not object to unsealing. |
| 211 | J. Doe 151 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on.  Note: this document was partially unsealed in prior round of unsealing. |
| 212 | J. Doe 151 | Unseal in full.  Note: this document was partially unsealed in prior round of unsealing. |

| | | |
|---|---|---|
| 212-2 | J. Doe 151, J. Doe 55, J. Doe 56, J. Doe 53 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on. |
| 224 | J. Doe 151 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on.  Note: this document was partially unsealed in prior round of unsealing. |
| 228 | J. Doe 151, J. Doe 54 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on.  Note: this document was partially unsealed in prior round of unsealing.  Doe 54 does object to unsealing. |
| 229-1 | J. Doe 151, J. Doe 54, J. Doe 53 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on.  Note: this document was partially unsealed in prior round of unsealing.  Does 53 and 54 do not object to unsealing. |
| 232-4 | J. Doe 54, J. Doe 53 | Not currently sealed. |
| 235-13 | J. Doe 73 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on.  Note: this document was partially unsealed in prior round of unsealing. |
| 249-4 | J. Doe 151 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on.  Note: this document was partially unsealed in prior round of unsealing. |
| 249-13 | J. Doe 73, J. Doe 54, J. Doe 53, J. Doe 151 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on.  Note: this document was partially unsealed in prior round of unsealing.  Does 53 and 54 do not object to unsealing. |
| 257 | J. Doe 151 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on.  Continue to redact reference to medical treatment already ordered redacted.  Note: this document was partially unsealed in prior round of unsealing. |
| 258 | J. Doe 151 | Unseal in full.  Note: this document was partially unsealed in prior round of unsealing. |
| 258-1 | J. Doe 55, J. Doe 56, J. Doe 53 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on. |

| | | |
|---|---|---|
| 258-10 | J. Doe 151 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on. |
| 261 | J. Doe 151 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on.  Continue to redact reference to medical treatment already ordered redacted.  Note: this document was partially unsealed in prior round of unsealing. |
| 272-5 | J. Doe 54, J. Doe 53 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on.  Note: this document was partially unsealed in prior round of unsealing. |
| 280-1 | J. Doe 17, J. Doe 73, J. Doe 151 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on.  Note: this document was partially unsealed in prior round of unsealing. |
| 315 | J. Doe 151, J. Doe 53 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on.  Note: this document was partially unsealed in prior round of unsealing. |
| 316 | J. Doe 151 | Unseal in full.  Note: this document was partially unsealed in prior round of unsealing. |
| 316-4 | J. Doe 151, J. Doe 53 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on.  Note: this document was partially unsealed in prior round of unsealing. |
| 320 | J. Doe 54, J. Doe 53 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on.  Note: this document was partially unsealed in prior round of unsealing.  Does 53 and 54 do not object to unsealing. |
| 321-1 | J. Doe 17, J. Doe 73, J. Doe 151, J. Doe 54, J. Doe 53 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on.  Note: this document was partially unsealed in prior round of unsealing.  Does 53 and 54 do not object to unsealing. |
| 321-2 | J. Doe 54, J. Doe 53 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on.  Note: this document was partially unsealed in prior round of unsealing.  Does 53 and 54 do not object to unsealing. |
| 321-3 | J. Doe 54, J. Doe 53 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on.  Note: |

| | | |
|---|---|---|
| | | this document was partially unsealed in prior round of unsealing. Does 53 and 54 do not object to unsealing. |
| 321-4 | J. Doe 54, J. Doe 53 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on.  Note: this document was partially unsealed in prior round of unsealing. Does 53 and 54 do not object to unsealing. |
| 321-5 | J. Doe 73, J. Doe 151, J. Doe 54, J. Doe 53 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on.  Note: this document was partially unsealed in prior round of unsealing. Does 53 and 54 do not object to unsealing. |
| 321-6 | J. Doe 73, J. Doe 151, J. Doe 54, J. Doe 53 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on.  Note: this document was partially unsealed in prior round of unsealing. Does 53 and 54 do not object to unsealing. |
| 338 | J. Doe 151, J. Doe 54, J. Doe 53 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on.  Note: this document was partially unsealed in prior round of unsealing. Does 53 and 54 do not object to unsealing. |
| 338-1 | J. Doe 151 | Unseal in full.  Note: this document was partially unsealed in prior round of unsealing. |
| 338-2 | J. Doe 54, J. Doe 53 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on. Note: Does 53 and 54 do not object to unsealing. |
| 338-3 | J. Doe 54, J. Doe 53 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on. Note: Does 53 and 54 do not object to unsealing. |
| 338-4 | J. Doe 151 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on.  Note: this document was partially unsealed in prior round of unsealing. |
| 338-5 | J. Doe 151, J. Doe 53 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on.  Note: this document was partially unsealed in prior round of unsealing. Doe 53 does not object to unsealing. |
| 339 | J. Doe 151, J. Doe 54, J. Doe 53 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on.  Note: |

| | | |
|---|---|---|
| | | this document was partially unsealed in prior round of unsealing. Does 53 and 54 do not object to unsealing. |
| 340 | J. Doe 151 | Unseal in full. Note: this document was partially unsealed in prior round of unsealing. |
| 340-3 | J. Doe 54, J. Doe 53 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on. Note: Does 53 and 54 do not object to unsealing. |
| 340-4 | J. Doe 151, J. Doe 54, J. Doe 53 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on. Note: this document was partially unsealed in prior round of unsealing. Does 53 and 54 do not object to unsealing. |
| 340-9 | J. Doe 151, J. Doe 55, J. Doe 56, J. Doe 53 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on. |
| 363-7 | J. Doe 54, J. Doe 53, J. Doe 17, J. Doe 93 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on. Note: this document was partially unsealed in prior round of unsealing. Does 53 and 54 do not object to unsealing. |
| 368 | J. Doe 151 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on. Note: this document was partially unsealed in prior round of unsealing. |
| 369 | J. Doe 151 | Unseal in full. Note: this document was partially unsealed in prior round of unsealing. |
| 369-1 | J. Doe 93, J. Doe 54, J. Doe 53 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on. Note: this document was partially unsealed in prior round of unsealing. Does 53 and 54 do not object to unsealing. |
| 369-2 | J. Doe 151 | Unseal in full. Note: this document was partially unsealed in prior round of unsealing. |
| 369-6 | J. Doe 151, J. Doe 54, J. Doe 53 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on. Note: this material was released by the Second Circuit with redactions. Does 53 and 54 do not object to unsealing. |
| 388 | J. Doe 151 | Unseal in full. Note: this document was partially unsealed in prior round of unsealing. |

| | | |
|---|---|---|
| 389 | J. Doe 151 | Unseal in full.  Note: this document was partially unsealed in prior round of unsealing. |
| 389-2 | J. Doe 151, J. Doe 54, J. Doe 53 | Unseal.  Note: this material was released by the Second Circuit with redactions.  Does 53 and 54 do not object to unsealing. |
| 392 | J. Doe 151 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on.  Note: this document was partially unsealed in prior round of unsealing. |
| 393-1 | J. Doe 54, J. Doe 53, J. Doe 151 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on.  Note: this material was released by the Second Circuit with redactions. Does 53 and 54 do not object to unsealing. |
| 400 | J. Doe 151 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on.  Note: this document was partially unsealed in prior round of unsealing. Does 53 and 54 do not object to unsealing. |
| 407-9 | J. Doe 54 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on. |
| 423-4 | J. Doe 17, J. Doe 73, J. Doe 54, J. Doe 53, J. Doe 151 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on.  Does 53 and 54 do not object to unsealing. |
| 450-1 | J. Doe 151, J. Doe 54, J. Doe 53 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on. |
| 567 | J. Doe 151 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on. |
| 568 | J. Doe 151 | Unseal in full. |
| 568-1 | J. Doe 151 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on.  Redact address. |
| 606 | J. Doe 151 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on. |
| 631 | J. Doe 151 | Unseal and redact only names and identifying information of Non-Parties who have submitted an objection not yet ruled on. |