
January 12, 2022

**VIA ECF**

The Honorable Loretta A. Preska
District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Giuffre v. Maxwell*, **Case No. 15-cv-7433-LAP**

Dear Judge Preska,

Plaintiff files this letter motion seeking leave to file her Brief in Response to Non-Parties 17, 53, 54, 55, 56, 73, 93 and 151's Objections to Unsealing on the public docket with redactions. The brief contains information that may identify certain non-parties, and, in an abundance of caution, Plaintiff has redacted that information pending disposition of the non-party objections. Plaintiff intends to file the redacted version of the brief publicly on ECF and seeks leave only to file the unredacted version under seal.

SO ORDERED

/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

1/26/22

Sincerely,

/s/ Sigrid S. McCawley

Sigrid S. McCawley, Esq.

cc: Counsel of Record (via ECF)
BOIES SCHILLER FLEXNER LLP

401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com