

February 16, 2022

<u>VIA ECF</u>

The Honorable Loretta A. Preska
District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   <u>*Giuffre v. Maxwell*</u><u>**, Case No. 15-cv-7433-LAP**</u>

Dear Judge Preska,

    Plaintiff writes in response to the Court's November 15, 2021 amended order concerning the briefing cycle to address the non-party Doe objections. Dkt. 1235. Now that the briefing cycle is complete for the first eight non-parties, Plaintiff proposes that the Court begin the process for the remaining eight non-parties.[1]

    Accordingly, Plaintiff proposes that the parties submit opening briefs no later than March 18, 2022. The Herald may file a responsive brief no later than two weeks after the parties file their opening briefs. Next, the objecting non-party Does may file a reply in response to the parties' opening briefs and the Herald's responsive brief no later than one week after the Herald files its brief. Finally, the parties shall file any reply briefs no later than two weeks after the objecting non-party Does file their reply briefs.

    Plaintiff has inquired as to Defendant's position but has not received a response from counsel.

                Sincerely,

                <u>/s/ Sigrid S. McCawley</u>

                Sigrid S. McCawley, Esq.

cc: Counsel of Record   (via ECF)

---

[1] The second set of non-parties include Does 12, 28, 97, 107, 144, 147, 169, and 181.