

February 16, 2022

**VIA ECF**

The Honorable Loretta A. Preska
District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>*Giuffre v. Maxwell*</u>**, Case No. 15-cv-7433-LAP**

Dear Judge Preska,

    Plaintiff files this letter motion seeking <u>leave to file her Reply Brief</u> in Response to Non-Parties 17, 53, 54, 55, 56, 73, 93 and 151's Objections to Unsealing <u>on the public docket with redactions.</u> The brief contains information that may identify certain non-parties, and, in an abundance of caution, Plaintiff has redacted that information pending disposition of the non-party objections. Plaintiff intends to file the redacted version of the brief publicly on ECF and seeks <u>leave only to file the unredacted version under seal.</u>

                                      Sincerely,

                                      <u>/s/ Sigrid S. McCawley</u>

                                      Sigrid S. McCawley, Esq.

cc:  Counsel of Record   (via ECF)

                                      SO ORDERED.

                                      *Loretta A. Preska*

                                      2/16/2022