# Exhibit A

| Docket Entry | Non-Party Does | Plaintiff's Position |
|---|---|---|
| 144-6 | J. Doe 171 | Unseal.  Note: this document was partially unsealed in prior round of unsealing. |
| 150-1 | J. Doe 183, J. Doe 171 | Unseal.  Note: this document was partially unsealed in prior round of unsealing. |
| 153-1 | J. Doe 171 | Unseal.  Note: this document was partially unsealed in prior round of unsealing. |
| 172 | J. Doe 171, J. Doe 28 | Unseal, but redact J. Doe 28's name on page 13.  Note: this document was partially unsealed in prior round of unsealing. |
| 173-5 | J. Doe 144, J. Doe 183, J. Doe 171, J. Doe 28 | Unseal, but redact J. Doe 28's name.  Note: this document was partially unsealed by the Second Circuit. |
| 173-6 | J. Doe 144, J. Doe 183, J. Doe 171, J. Doe 28 | Unseal.  Note: this document was partially unsealed in prior round of unsealing. |
| 185-3 | J. Doe 171 | Document unsealed in full in prior round of unsealing. |
| 185-11 | J. Doe 144, J. Doe 97 | Unseal.  Note: this document was partially unsealed in prior round of unsealing and was partially unsealed by the Second Circuit. |
| 185-15 | J. Doe 183, J. Doe 171 | Unseal.  Note: this document was partially unsealed in prior round of unsealing. |
| 203 | J. Doe 171, J. Doe 28 | Unseal.  Note: this document was partially unsealed in prior round of unsealing. |
| 211 | J. Doe 171, J. Doe 28 | Unseal.  Note: this document was partially unsealed in prior round of unsealing. |
| 224 | J. Doe 171, J. Doe 28 | Unseal.  Note: this document was partially unsealed in prior round of unsealing. |
| 228 | J. Doe 171 | Unseal.  Note: this document was partially unsealed in prior round of unsealing. |
| 232-7 | J. Doe 144 | Unseal.  Note: this material was unsealed by the Second Circuit and in prior round of unsealing. |
| 235-4 | J. Doe 144, J. Doe 97, J. Doe 171, J. Doe 107 | Unseal.  Note: this document was partially unsealed in prior round of unsealing. |
| 235-12 | J. Doe 107 | Unseal.  Note: this document was partially unsealed in prior round of unsealing. |
| 235-13 | J. Doe 171 | Unseal.  Note: this document was partially unsealed in prior round of unsealing. |
| 247-2 | J. Doe 144 | Unseal.  Note: this material was unsealed by the Second Circuit and in prior round of unsealing. |
| 249-4 | J. Doe 171, J. Doe 28 | Unseal.  Note: this document was partially unsealed in prior round of unsealing. |
| 249-13 | J. Doe 144, J. Doe 97, J. Doe 183, J. Doe 171, J. Doe 28, J. Doe 107 | Unseal.  Note: this document was partially unsealed in prior round of unsealing. |
| 272-5 | J. Doe 171 | Unseal.  Note: this document has already been published as DE 45. |
| 280-1 | J. Doe 144, J. Doe 97, J. Doe 183, J. Doe 171, J. Doe 28, J. Doe 107 | Unseal.  Note: this document was partially unsealed in prior round of unsealing. |
| 315 | J. Doe 183 | Unseal.  Note: J. Doe 183 does not object to unsealing; this document was partially unsealed in prior round of unsealing. |
| 316-7 | J. Doe 183 | Unseal.  Note: this document was partially unsealed in prior round of unsealing. |

| Docket Entry | Non-Party Does | Plaintiff's Position |
|---|---|---|
| 320 | J. Doe 171 | Unseal.  Note: this document was partially unsealed in prior round of unsealing. |
| 321-1 | J. Doe 144, J. Doe 97, J. Doe 183, J. Doe 171, J. Doe 28 | Unseal.  Note: this document was partially unsealed in prior round of unsealing. |
| 321-5 | J. Doe 144, J. Doe 97 J. Doe 183, J. Doe 28, J. Doe 107 | Unseal.  Note: this document was partially unsealed in prior round of unsealing. |
| 321-6 | J. Doe 144, J. Doe 183, J. Doe 171, J. Doe 28 | Unseal.  Note: this document was partially unsealed in prior round of unsealing. |
| 338 | J. Doe 28 | Unseal, but redact J. Doe 28's name.  Note: this document was partially unsealed in prior round of unsealing. |
| 338-3 | J. Doe 28 | Unseal.  Note: this document was partially unsealed in prior round of unsealing. |
| 338-6 | J. Doe 28 | Unseal.  Note: this document was partially unsealed in prior round of unsealing. |
| 338-7 | J. Doe 28 | Unseal, but redact J. Doe 28's name. |
| 339 | J. Doe 183, J. Doe 171, J. Doe 28 | Unseal.  Note: this document was partially unsealed in prior round of unsealing. |
| 340-3 | J. Doe 183, J. Doe 171, J. Doe 28 | Unseal.  Note: this document was partially unsealed in prior round of unsealing. |
| 340-4 | J. Doe 183 | Unseal.  Note: this document was partially unsealed in prior round of unsealing. |
| 353 | J. Doe 28 | Unseal.  Note: this document was partially unsealed in prior round of unsealing. |
| 363-7 | J. Doe 144, J. Doe 97, J. Doe 183, J. Doe 171, J. Doe 28, J. Doe 107 | Unseal.  Note: this document was partially unsealed in prior round of unsealing. |
| 368 | J. Doe 183 | Unseal.  Note: this document was partially unsealed in prior round of unsealing. |
| 369-1 | J. Doe 144, J. Doe 183, J. Doe 171, J. Doe 28 | Unseal.  Note: this document was partially unsealed in prior round of unsealing. |
| 369-5 | J. Doe 171, J. Doe 28 | Unseal, but redact J. Doe 28's name. |
| 369-10 | J. Doe 183 | Unseal.  Note: J. Doe 183 does not object to unsealing; this document was released without redactions. |
| 407-4 | J. Doe 171 | Unseal.  Note: this document was partially unsealed in prior round of unsealing. |
| 407-9 | J. Doe 171 | Unseal. |
| 407-10 | J. Doe 183 | Unseal.  Note: J. Doe 183 does not object to unsealing; this document was released without redactions. |
| 423-4 | J. Doe 144, J. Doe 97, J. Doe 183, J. Doe 171, J. Doe 28, J. Doe 107 | Unseal. |
| 435 | J. Doe 144 | Unseal.  Note: this document was partially unsealed in prior round of unsealing. |
| 450-1 | J. Doe 97, J. Doe 171, J. Doe 28 | Unseal, but redact J. Doe 28's name.  Note: this document was partially unsealed by the Second Circuit. |
| 482-1 | J. Doe 28 | Unseal.  Note: this document was partially unsealed in prior round of unsealing. |

| Docket Entry | Non-Party Does | Plaintiff's Position |
|---|---|---|
| 510-3 | J. Doe 144 | Unseal.  Note: this material was unsealed by the Second Circuit. |
| 514-3 | J. Doe 144 | Unseal.  Note: this material was unsealed by the Second Circuit. |
| 515 | J. Doe 183 | Unseal.  Note: Doe 183 does not object to unsealing. |
| 591 | J. Doe 147 | Plaintiff takes no position. |
| 576 | J. Doe 147 | Plaintiff takes no position. |
| 640 | J. Doe 147 | Plaintiff takes no position. |
| 641 | J. Doe 147 | Plaintiff takes no position. |
| 641-2 | J. Doe 147 | Plaintiff takes no position. |
| 655 | J. Doe 147 | Plaintiff takes no position. |
| 656 | J. Doe 147 | Plaintiff takes no position. |
| 656-1 | J. Doe 147 | Plaintiff takes no position. |
| 656-2 | J. Doe 147 | Plaintiff takes no position. |
| 656-3 | J. Doe 147 | Plaintiff takes no position. |
| 656-4 | J. Doe 147 | Plaintiff takes no position. |
| 656-5 | J. Doe 147 | Plaintiff takes no position. |
| 656-6 | J. Doe 147 | Plaintiff takes no position. |
| 656-7 | J. Doe 147 | Plaintiff takes no position. |
| 656-8 | J. Doe 147 | Plaintiff takes no position. |
| 656-9 | J. Doe 147 | Plaintiff takes no position. |
| 700 | J. Doe 147 | Plaintiff takes no position. |
| 701-1 | J. Doe 144, J. Doe 147, J. Doe 12 | Plaintiff takes no position. |
| 701-2 | J. Doe 147 | Plaintiff takes no position. |
| 707 | J. Doe 147 | Plaintiff takes no position. |
| 708 | J. Doe 147 | Plaintiff takes no position. |
| 714 | J. Doe 147 | Plaintiff takes no position. |
| 715 | J. Doe 147 | Plaintiff takes no position. |
| 715-2 | J. Doe 147 | Plaintiff takes no position. |
| 947 | J. Doe 147 | Plaintiff takes no position. |
| 947-1 | J. Doe 147, J. Doe 12 | Plaintiff takes no position. |