UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA GIUFFRE,

        Plaintiff,

-against-

GHISLAINE MAXWELL,

        Defendant.

15 Civ. 7433 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the briefing regarding the objections to unsealing made by Non-Party Does 17, 53, 54, 55, 56, 73, 93, and 151.  The parties to this action and other interested parties are invited to appear telephonically for the Court's rulings as to these objections on Tuesday April 19, 2022, at 10:30 a.m., using the following information:  dial in (877) 402-9753; access code 6545179.

SO ORDERED.

Dated:   New York, New York
        April 13, 2022

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge