

April 22, 2022

**VIA ECF**

The Honorable Loretta A. Preska
District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Giuffre v. Maxwell*, **Case No. 15-cv-7433-LAP**

Dear Judge Preska,

    Plaintiff files this letter motion seeking leave to file her Reply Brief in Response to Non-Parties 12, 28, 97, 107, 144, 147, 171, and 183's Objections to Unsealing on the public docket with redactions. The brief contains information that may identify certain non-parties, and, in an abundance of caution, Plaintiff has redacted that information pending disposition of the non-party objections. Plaintiff intends to file the redacted version of the brief publicly on ECF and seeks leave only to file the unredacted version under seal.

                                  Sincerely,

                                  /s/ Sigrid S. McCawley

                                  Sigrid S. McCawley, Esq.


cc: Counsel of Record (via ECF)