

May 3, 2022

**VIA ECF**

The Honorable Loretta A. Preska
District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    ***Giuffre v. Maxwell*, Case No. 15-cv-7433-LAP**

Dear Judge Preska,

    Pursuant to the Court's orders at the April 19, 2022, hearing, Plaintiff files herewith documents ordered unsealed related to Eva Dubin (Doe 53), Glenn Dubin (Doe 54), and Rinaldo Rizzo (Doe 151). This filing excludes documents subject to the joint request for clarification submitted by the Original Parties on May 2, 2022.

                                      Respectfully,

                                        /s/ Sigrid S. McCawley
                                      Sigrid S. McCawley

    cc:  Counsel of Record  (via ECF)

BOIES SCHILLER FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com