# EXHIBIT 7

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - x
VIRGINIA L. GIUFFRE,

       Plaintiff,

                       Case No.:

  -against-            15-cv-07433-RWS

GHISLAINE MAXWELL,

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - x

            **CONFIDENTIAL**

    Videotaped deposition of GHISLAINE MAXWELL, taken pursuant to subpoena, was held at the law offices of BOIES SCHILLER & FLEXNER, 575 Lexington Avenue, New York, New York, commencing April 22, 2016, 9:04 a.m., on the above date, before Leslie Fagin, a Court Reporter and Notary Public in the State of New York.

              - - -

      MAGNA LEGAL SERVICES
   1200 Avenue of the Americas
     New York, New York 10026



```
                                                          Page 57
 1            G Maxwell - Confidential
 2       asked and answered already.
 3       Q.    You can answer the question.
 4       A.    I have no idea what ████████
 5   did.
 6       Q.    You never observed ████████
 7   with girls under the age of 18 at Jeffrey's
 8   home?
 9             MR. PAGLIUCA:  Object to the form
10       and foundation.
11       A.    The answer is no, I have no idea.
12       Q.    Do you know Glenn Dubin?
13       A.    I do.
14       Q.    What is your relationship with
15   Glenn Dubin?
16             MR. PAGLIUCA:  Object to the form.
17       A.    What do you mean what is my
18   relationship.
19       Q.    Are you friendly with him, how do
20   you know him?
21       A.    He is the husband of Eva Dubin.
22       Q.    Is Eva Dubin one of your friends?
23       A.    Yes.
24       Q.    Did you ever send Virginia to
25   Glenn's condo at the Breakers to give him a
```

