# EXHIBIT 6

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

VIRGINIA L. GIUFFRE,

            Plaintiff,

                        Case No.:

   -against-             15-cv-07433-RWS

GHISLAINE MAXWELL,

            Defendants.

- - - - - - - - - - - - - - - - - - - x

**CONFIDENTIAL**

Videotaped deposition of GHISLAINE
MAXWELL, taken pursuant to subpoena, was
held at the law offices of BOIES
SCHILLER & FLEXNER, 575 Lexington
Avenue, New York, New York, commencing
April 22, 2016, 9:04 a.m., on the above
date, before Leslie Fagin, a Court
Reporter and Notary Public in the State
of New York.

- - -

MAGNA LEGAL SERVICES

1200 Avenue of the Americas

New York, New York 10026



                                                              Page 2

 1
 2     APPEARANCES:
 3
       BOIES SCHILLER & FLEXNER, LLP
 4     Attorneys for Plaintiff
                  401 East Las Olas Boulevard
 5                Fort Lauderdatle, Florida, 33301
       BY:        SIGRID McCAWLEY, ESQUIRE
 6                MEREDITH SCHULTZ, ESQUIRE
                  EMMA ROSEN, PARALEGAL
 7
 8
       FARMER JAFFE WEISSING EDWARDS FISTOS &
 9     LEHRMAN, P.L.
                  Attorneys for Plaintiff
10                425 N. Andrews Avenue
                  Fort Lauderdale, Florida 33301
11     BY:        BRAD EDWARDS, ESQUIRE
12
13     PAUL G. CASSELL, ESQUIRE
       Attorneys for Plaintiff
14                383 South University Street
                  Salt Lake City, Utah 84112
15
16
       HADDON MORGAN FOREMAN
17     Attorneys for Defendant
                  150 East 10th Avenu
18                Denver, Colorado 80203
       BY:        JEFFREY S. PAGLIUCA, ESQUIRE
19                LAURA A. MENNINGER, ESQUIRE
20
21     Also Present:
22         James Christe, videographer
23
24
25



1

2              THE VIDEOGRAPHER:  We are now on

3       the record and recording.  This begins

4       disk No. 1 in the deposition of

5       Ghislaine Maxwell in the matter of

6       Virginia Giuffre versus Ghislaine

7       Maxwell in the U.S. District Court for

8       the Southern District of New York.

9              Today is April 22, 2016 the time is

10      9:04 a.m..  This deposition is being

11      taken at 575 Lexington Avenue in New

12      York at the request of Sigrid McCawley

13      of Boies Schiller & Flexner.

14             The videographer is James Christe

15      and the court reporter is Leslie Fagin.

16      Will counsel state their appearance and

17      whom they represent and then court

18      reporter swear in Ms. Maxwell.

19             MS. McCAWLEY:  My name is Sigrid

20      McCawley with my colleague Meredith

21      Schultz.  We are with Boies Schiller &

22      Flexner.  We represent Ms. Giuffre.

23             MR. EDWARDS:  Brad Edwards.  I also

24      represent Ms.  Giuffre.

25             MR. CASSELL:  Paul Cassell, I also



Page 4

1        G Maxwell - Confidential

2        represent Ms. Giuffre.

3            MR. PAGLIUCA:   Jeff Pagliuca and

4        Laura Menninger on behalf of Ms.

5        Maxwell.

6   G H I S L A I N E   M A X W E L L,   called

7   as a   witness,   having been duly sworn by a

8   Notary Public, was examined and testified as

9   follows:

10  EXAMINATION BY

11  MS. McCAWLEY:

12       Q.   Good morning.  I'm going to explain

13  some of the rules that will happen with

14  respect to depositions.

15           Have you ever been deposed before?

16       A.   I have not.

17       Q.   What is going to happen here, we

18  have a court reporter and a videographer.

19  What they do is take down the words that we

20  say so when I ask you a question they will

21  record what you say in response to that.  So

22  we have to be mindful that in order for them

23  to do their job we can't talk over each

24  other.

25           Another issue you have to be weary



```
 1          G Maxwell - Confidential
 2    of is that in a response, you can't give a
 3    nonverbal response, in other words, nodding a
 4    yes or no, they need to hear verbal response
 5    so they can record it on their transcript.
 6    So that's important for you to remember as we
 7    go through the day.  If you forget, I will be
 8    sure to remind you.
 9              Is there anything that would
10    prevent you from giving truthful testimony
11    today?
12         A.   There is not.
13         Q.   You are not on any medications or
14    anything that would inhibit your ability to
15    remember or give truthful testimony?
16         A.   I am not.
17              MR. PAGLIUCA:  Could you identify
18         the assistant in the room.
19              MS. McCAWLEY:  This is Emma Rosen
20         from our New York office.  She is a
21         paralegal.
22         Q.   Ms. Maxwell, can you please state
23    your address for the record?
24         A.    Currently ███████████████████
25         Q.   What is your date of birth?
```



Page 6

```
 1              G Maxwell - Confidential
 2        A.    ███████████████
 3        Q.    When did you first recruit a female
 4   to work for Mr. Epstein?
 5              MR. PAGLIUCA:  I object to the form
 6         and foundation of the question.  I
 7         believe this is confidential
 8         information.  I ask anyone who is not
 9         admitted in this case be excused from
10         the room, please.
11              MS. McCAWLEY:  So the response to
12         that question would --
13              MR. PAGLIUCA:  The subject matter
14         of this question is confidential and I'm
15         designating it as confidential.
16              MS. McCAWLEY:  I just want to make
17         that clear for the record.
18              MR. EDWARDS:  So we don't delay the
19         deposition I will step out of the room
20         but I think it's important to lay the
21         record that --
22              MR. PAGLIUCA:  I'm sorry, you are
23         not admitted in this proceeding so you
24         are not entitled to make any record.  If
25         Ms. McCawley wants to make a record she
```



1           G Maxwell - Confidential

2      can.

3           MR. EDWARDS:  I can make a record

4      right now.

5           MR. PAGLIUCA:  Maybe we should get

6      the judge on the phone and talk about

7      it.

8           MR. EDWARDS:  The record will be

9      short.  This is the precise reason why

10     Ms. Giuffre wants me in this case and

11     I'm unable to effectively represent her

12     at this time because I am unable to have

13     access to the confidential information

14     which includes apparently the entire

15     deposition of Ms. Maxwell.  But for the

16     sake of not further delaying this, I

17     will be outside the room.

18           MS. McCAWLEY:  Thank you.

19     A.   I would like to just -- wait for

20  him to leave.

21     Q.   That's fine.

22     A.   I would just like to clarify the

23  address.  I'm in the process of selling the

24  house so while while I still receive mail

25  there, it's not my actual physical address.



1          G Maxwell - Confidential

2     It's in the process of being sold.  It still

3     requires some final paperwork to be done, so

4     just for the purposes of clarity.

5          Q.   Do you have a new address where you

6     will be living?

7          A.   I do not.

8          Q.   For the purpose of the record, if

9     there is something I ask you that you later

10    remember something else or need to correct

11    your testimony in some way, you can do that,

12    just let me know what it is and we will go

13    back to that question and can you clarify.

14         A.   Of course.  I just wanted to be

15    clear, there is still some paperwork pending

16    for final release, but it's in the process of

17    sale.  But I don't have another address

18    currently, so whilst that should still be of

19    record that the mail could be forwarded

20    there, so for purposes of clarity I wanted to

21    be clear.

22         Q.   I appreciate that.

23              So Ms. Maxwell, when did you first

24    recruit a female to work for Mr. Epstein?

25              MR. PAGLIUCA:  Again.  I object to



Page 9

1          G Maxwell - Confidential

2          form and foundation of the question.

3          Q.    You can answer the question.

4          A.    First of all, can you please

5     clarify the question.  I don't understand

6     what you mean by female, I don't understand

7     what you mean by recruit.  Please be more

8     clear and specific about what you are

9     suggesting.

10         Q.    Are you a female, is that the sex

11    that you are?

12         A.    I am a female.

13         Q.    That's what I'm referring to a

14    female and I'm asking you when you first, the

15    very first time you recruited a female to

16    work for Mr. Epstein?

17         A.    Again, I don't understand what

18    female -- I am a 54 year old women.

19         Q.    I'm not making it age, any age of a

20    female that you recruited to work for Mr.

21    Epstein?

22         A.    Again, I was somebody who hired a

23    number of people to work for Mr. Epstein and

24    hiring is one of my functions.

25         Q.    And when is the first time you



```
 1          G Maxwell - Confidential
 2    hired someone to work for Mr. Epstein, a
 3    female?
 4          A.   As best as I can recollect, a woman
 5    the age probably of about 40 or 50 was in
 6    sometime in 1992.
 7          Q.   How long did you work for Mr.
 8    Epstein?
 9          A.   I started working for him at some
10    point in 1992 and the nature of my work
11    relationship with him changed over time so
12    from around 2002, 2003, the work lessened
13    considerably.
14          Q.   When did you --
15          MR. PAGLIUCA:  Can I interject for
16      a moment.  If we are talking about
17      background --
18          MS. McCAWLEY:  I'm in the middle of
19      a question.  Let me finish it and then
20      can you interject.
21          Q.   When you say 2002 to 2003 that the
22    work lessened, when did you complete working
23    for Mr. Epstein; when was the last time you
24    were employed by him, the last date?
25          A.   I believe I still was doing --
```



1           G Maxwell - Confidential

2    helping him in a very nominal way, maybe an

3    hour or two a year at sometime 2008 and 2009.

4           MR. PAGLIUCA:  So if you are going

5        to be talking about general background,

6        I don't need to designate that as

7        confidential.  So if you want to have

8        them come back in, that's fine.

9           I assumed by your first question

10       you were going into more sensitive

11       areas.  I will leave it up to you, but

12       if this is general background it will

13       not be designated as confidential.

14          MS. McCAWLEY:   I appreciate that.

15       I will jump back into my other

16       questions.

17          MR. PAGLIUCA:  So we will keep it

18       as confidential.

19       Q.   When you were first employed by him

20    in 1992, what were you hired to do?

21       A.   First, I was consulting and what I

22    did was I helped with decorating houses and

23    in hiring staff to help run those houses.

24       Q.   Did your duties change over the

25    course of 1992 to 2009?



Page 12

1         G Maxwell - Confidential

2             MR. PAGLIUCA:   Object to the form

3         and foundation.

4         A.    My job entailed running the homes

5     that he had but much more importantly, most

6     of the houses had construction and so whilst

7     in 1992 there was no construction project,

8     there was construction projects that began

9     after that time and I was in charge not only

10    of hiring architects, I was also in charge of

11    all the filings or overseeing that, like a

12    general contractor would.

13            I also helped with hiring the

14    architects, hiring the builders, reviewing

15    the contracts for the builders, coordinating

16    the building projects, coordinating how the

17    projects would layout, the timing of the

18    projects and all the various materials that

19    they would require to run a very substantial

20    building project.  That's the nature of the

21    job I was dealing with.

22    Q.    How old was the youngest female you

23    ever hired to work for Jeffrey?

24            MR. PAGLIUCA:   Object to the form

25        and foundation.



Page 13

1           G Maxwell - Confidential

2       Q.   You can answer.

3       A.   I have not any idea exactly of the

4   youngest adult employee that I hired for

5   Jeffrey.

6       Q.   When you say adult employee, did

7   you ever hire someone that was under the age

8   of 18?

9       A.   Never.

10      Q.   Did you ever bring someone who was

11  under -- invite someone under the age of 18

12  to Jeffrey's home, any of his homes?

13          MR. PAGLIUCA:   Object to the form

14      foundation.

15      A.   Can you repeat the question?

16      Q.   Did you ever invite anybody who was

17  under the age of 18 to Jeffrey's homes?

18          MR. PAGLIUCA:   Same objections.

19      A.   I have a number of friends that

20  have children and friends of mine that have

21  kids and in the invitation of my friends and

22  their kids, I'm sure I may have invited some

23  of my friend's kids to come.

24      Q.   Anybody that is not a friend of

25  yours.



Page 14

```
 1          G Maxwell - Confidential
 2              Any female under the age of 18, did
 3   you invite them to come to Jeffrey's home?
 4              MR. PAGLIUCA:  Object to the form
 5          and foundation.
 6          A.   Again, as I said, I am not aware of
 7   inviting anybody other than friends of mine
 8   who have children to the house.
 9          Q.   Did you invite Virginia Giuffre to
10   come to Jeffrey Epstein's home when she was
11   under the age of 18?
12              MR. PAGLIUCA:  Object to the form
13          and foundation.
14          A.   Virginia Roberts held herself out
15   as a masseuse and invited herself to come and
16   give a massage.
17          Q.   My question is, did you invite
18   Virginia Roberts when she was under the age
19   of 18 to come to Jeffrey Epstein's home?
20              MR. PAGLIUCA:  Object to the form
21          and foundation.
22          A.   Again, Virginia Roberts was a
23   masseuse --
24          Q.   I'm asking not asking if she was a
25   masseuse.  I'm asking if you invited her to
```



1          G Maxwell - Confidential

2    come to Jeffrey Epstein's home?

3          A.    Again, there would be no course to

4    have a conversation with Virginia unless she

5    held herself out to be a masseuse.

6          Q.    I'm not asking that question.  I'm

7    asking if you invited her to come to Jeffrey

8    Epstein's home when she was under the age of

9    18?

10         A.    Again, I repeat, she was a masseuse

11   and in the form and as my job, I was to have

12   people who he wanted for various things

13   including massage.  She came as a masseuse.

14         Q.    So you invited her to his home to

15   come to give a massage, is that correct?

16              MR. PAGLIUCA:  Object to the form

17         and foundation.  Misstates the witness'

18         testimony.

19         A.    Again, I did not invite Virginia

20   Roberts.  She came as a masseuse.

21         Q.    She who invited her to come as a

22   masseuse, she just showed up at the front

23   door?

24              MR. PAGLIUCA:  Object to the form

25         and foundation.



1          G Maxwell - Confidential

2          A.    Ms. Roberts held herself out --

3          Q.    I'm not asking how she held herself

4     out.   I'm asking how she arrived at the home.

5     Did you meet her and invite her to come to

6     the home or how did she arrive there?

7               MR. PAGLIUCA:   Object to the form

8          and foundation.

9          A.    Ms. Roberts held her to be a

10    masseuse and her mother drove her to the

11    house.

12         Q.    When did you first meet Virginia

13    Roberts?

14         A.    I don't have a recollection of the

15    first meeting.

16         Q.    Do you recall meeting her at

17    Mar-a-Lago?

18         A.    Like I said, I don't have a

19    recollection of meeting Ms. Roberts.

20         Q.    So you recall Ms. Roberts being

21    brought to the home by her mother, is that

22    your testimony?

23         A.    That is my testimony.

24         Q.    And that is the first time you met

25    her?



Page 17

```
 1              G Maxwell - Confidential
 2       A.   Like I said, I don't recall meeting
 3  her the first time.  I do remember her mother
 4  bringing her to the house.
 5       Q.   Are you a member at Mar-a-Lago?
 6       A.   No.
 7       Q.   Have you visited Mar-a-Lago?
 8       A.   Yes.
 9       Q.   Did you visit Mar-a-Lago in the
10  year 2000?
11       A.   I'm pretty sure I did.
12       Q.   When Ms. Roberts arrived at the
13  home with her mother, what happened?
14       A.   I spoke to her mother outside of
15  the house and she -- what I don't recall is
16  exactly what happened because I was talking
17  to her mother the entire she was in the
18  house.
19       Q.   Did you introduce Ms. Roberts to
20  Jeffrey Epstein?
21       A.   I don't recall how she actually met
22  Mr. Epstein.  As I said, I spoke to her
23  mother the entire time outside the house.
24       Q.   Did you walk Ms. Roberts up to the
25  upstairs location at the Palm Beach house to
```



1          G Maxwell - Confidential

2    meet Mr. Epstein?

3              MR. PAGLIUCA:  Object to the form

4        and foundation.

5        Q.    You can answer.

6        A.    I just explained.

7        A.    I spent the entire time talking to

8    Virginia's mother outside the house so the

9    answer to the question is no.

10       Q.    No, did you not walk her up and

11   introduce her to Mr. Epstein?

12       A.    I just said no.

13       Q.    Did you participate in a massage

14   this first time when she first came to the

15   home and you were speaking with her mother,

16   she was in the home, is that correct, you

17   brought her into the home?

18             MR. PAGLIUCA:  Object to the form

19        and foundation.

20       A.    I will repeat again, I was standing

21   outside with her mother so very difficult for

22   me to do anything else at that time so no, I

23   did not take her upstairs.

24       Q.    Did you participate --

25       A.    Virginia lied 100 percent about



```
 1          G Maxwell - Confidential
 2   absolutely everything that took place in that
 3   first meeting.  She has lied repeatedly,
 4   often and is just an awful fantasist.  So
 5   very difficult for anything to take place
 6   that she repeated because I was with her
 7   mother the entire time.
 8        Q.   So did you have -- did you give a
 9   massage with Virginia Roberts and Mr. Epstein
10   during the first time Virginia Roberts was at
11   the West Palm Beach house?
12            MR. PAGLIUCA:  Object to the form
13        and foundation.
14        Q.   Yes or no?
15        A.   No.
16        Q.   Have you ever given a massage with
17   Virginia Roberts in the room and Jeffrey
18   Epstein?
19            MR. PAGLIUCA:  Object to the form
20        and foundation.
21        A.   No.
22        Q.   Have you ever given Jeffrey Epstein
23   a massage?
24            MR. PAGLIUCA:  Object to the form,
25        foundation.  And I'm going to instruct
```



1          G Maxwell - Confidential

2       you not to answer that question.  I

3       don't have any problem with you asking

4       questions about what the subject matter

5       of this lawsuit is, which would be, as

6       you've termed it, sexual trafficking of

7       Ms. Roberts.

8            To the extent you are asking for

9       information relating to any consensual

10      adult interaction between my client and

11      Mr. Epstein, I'm going to instruct her

12      not to answer because it's not part of

13      this litigation and it is her private

14      confidential information, not subject to

15      this deposition.

16           MS. McCAWLEY:  You can instruct her

17      not to answer.  That is your right.  But

18      I will bring her back for another

19      deposition because it is part of the

20      subject matter of this litigation so she

21      should be answering these questions.

22      This is civil litigation, deposition and

23      she should be responsible for answering

24      these questions.

25           MR. PAGLIUCA:  I disagree and you



1           G Maxwell - Confidential

2           understand the bounds that I put on it.

3               MS. McCAWLEY:  No, I don't.  I will

4           continue to ask my questions and you can

5           continue to make your objections.

6           Q.   Did you ever participate from the

7    time period of 1992 to 2009, did you ever

8    participate in a massage with Jeffrey Epstein

9    and another female?

10              MR. PAGLIUCA:  Objection.  Do not

11          answer that question.  Again, to the

12          extent you are asking for some sort of

13          illegal activity as you've construed in

14          connection with this case I don't have

15          any problem with you asking that

16          question.  To the extent these questions

17          involve consensual acts between adults,

18          frankly, they're none of your business

19          and I will instruct the witness not to

20          answer.

21              MS. McCAWLEY:  This case involves

22          sexual trafficking, sexual abuse,

23          questions about her having interactions

24          with other females is relevant to this

25          case.  She needs to answer these



Page 22

1        G Maxwell - Confidential

2    questions.

3         MR. PAGLIUCA:  I'm instructing her

4    not to answer.

5         MS. McCAWLEY:  Then we will be back

6    here again.

7    Q.   Have you ever given a massage to

8    Mr. Epstein with a female that was under the

9    age of 18?

10   A.   Can you repeat the question?

11   Q.   Yes.  Have you ever given a massage

12   to Mr. Epstein with a female that was under

13   the age of 18?

14   A.   No.

15   Q.   Have you ever observed Mr. Epstein

16   having a massage given by an individual, a

17   female, who was under the age of 18?

18   A.   No.

19   Q.   Have you ever observed females

20   under the age of 18 in the presence of

21   Jeffrey Epstein at his home?

22        MR. PAGLIUCA:  Object to the form

23   and foundation.

24   A.   Again, I have friends that have

25   children --



```
 1          G Maxwell - Confidential
 2          Q.   I'm not talking about friends.  I'm
 3    talking about individuals --
 4          MR. PAGLIUCA:  I'm going to object
 5          to you interrupting the witness who was
 6          answering your question.  The question
 7          was, have you ever seen anyone, female
 8          under the age of 18 at the house and
 9          that's the question she was answering.
10          If you want to strike that question and
11          ask another question, feel free, but let
12          the witness respond, please.
13          MS. McCAWLEY:  I will do that.
14          Q.   Have you ever observed a female
15    under the age of 18 at Jeffrey Epstein's home
16    that was not a friend, a child -- one of your
17    friend's children?
18          A.   Again, I can't testify to that
19    because I have no idea what you are talking
20    about.
21          Q.   You have no idea what I'm talking
22    about in the sense you never observed a
23    female under the age of 18 at Jeffrey
24    Epstein's home that was not one of your
25    friend's children, is that correct?
```



Page 24

1        G Maxwell - Confidential

2              MR. PAGLIUCA:  Object to the form

3        and foundation.

4        A.   How would I possibly know how

5    someone is when they are at his house.  You

6    are asking me to do that.  I cannot possibly

7    testify to that.  As far as I'm concerned,

8    everyone who came to his house was an adult

9    professional person.

10       Q.   Are you familiar with the police

11   report that was issued in respect to the

12   investigation in this matter?

13             MR. PAGLIUCA:  Object to the form

14       and foundation.

15       Q.   Are you familiar with the police

16   report that was used in this matter, the

17   investigation of Jeffrey Epstein, has been

18   produced as a document in this matter?

19       A.   I have seen a police report.

20             (Maxwell Exhibit 1, police report,

21       marked for identification.)

22       Q.   The police report that you have in

23   front of you, can you turn to page 28 of that

24   report, the numbers are on the top right-hand

25   corner.



Page 25

```
 1          G Maxwell - Confidential
 2              You will see some redactions in
 3    this report, Ms. Maxwell, the redacted
 4    information is redacted because it reveals
 5    the name of a minor, someone who is under the
 6    age of 18.
 7              On page 28, in the third paragraph,
 8    about halfway down, it says, ████████ stated
 9    she performed the massage naked.  At the
10    conclusion of this massage, Epstein paid
11    ████████ $200 for the massage.  He explained, I
12    know you are not comfortable put I will pay
13    you if you bring some girls.  He told her the
14    younger the better.  ████████ stated once tried
15    to bring a 23 year old to Epstein and he
16    stated the female was too old.
17              Have you heard Mr. Epstein use the
18    phrase the younger the better?
19         A.   I have no recollection of hearing
20    that.
21         Q.   Have you used the phrase in talking
22    to ████████ and asking her to recruit
23    females for Mr. Epstein, the younger the
24    better?
25              MR. PAGLIUCA:  Object to the form
```



Page 26

1          G Maxwell - Confidential

2      and foundation of the question.

3      A.   First of all, can you break the

4  question apart.

5      Q.   Have you used the phrase the

6  younger the better in speaking to 

7  and asking her to recruit females for Jeffrey

8  Epstein?

9          MR. PAGLIUCA:  Object to the form

10      and foundation.

11      Q.   You can answer.  It's yes or no.

12      A.   No, that's absolutely not true, on

13  the second part of your question, I have not

14  asked Virginia to recruit females and the

15  first part of your question, if you can

16  repeat that again, the question you asked.

17      Q.   Will you read back the question.

18          (Record read.)

19      A.   I believe I answered the later part

20  of the question.  The first part of the

21  question, it's impossible for me to recall

22  events that took place 16 years ago but it

23  doesn't sound like something I would say.

24      Q.   On page 28, that same paragraph,

25  ▆▆▆▆▆ was asked how many girls in total she

```
1          G Maxwell - Confidential
2     brought to Epstein. ████████ stated that she
3     can remember, ███████ stated that she brought
4     and, it's redacted there, and the victim in
5     this case.
6              Let me ask my question, I have a
7     question pending right now.
8              Are you testifying that you are
9     unaware of any underage, under the age of 18,
10    females coming to Jeffrey Epstein's home to
11    perform massages?
12             MR. PAGLIUCA:  Object to the form
13        foundation.
14        A.   You need to straddle that question
15    in a different time period.  When I was
16    there, at the time I was present, the people
17    that gave Jeffrey, men and women who gave
18    Jeffrey massages were adults over the age of
19    18.
20        Q.   Never in your time at any of
21    Jeffrey Epstein's homes were you present when
22    a female under the age of 18 was there to
23    give Jeffrey Epstein a massage?
24             MR. PAGLIUCA:  Object to the form
25        and foundation.
```



Page 28

```
 1            G Maxwell - Confidential
 2        A.   First of all, as I said when I was
 3   present --
 4        Q.   It is a yes or no.
 5        A.   No, it is not.
 6        Q.   You can answer the question in full
 7   but please provide yes or no as an initial
 8   matter.
 9        A.   I cannot answer yes or no, it's not
10   bounded by time.  It's entirely possible I
11   could have been in a room or even in the
12   vicinity of Palm beach when somebody came and
13   I would not know.  How would I know when
14   somebody was in the house.  There is no way I
15   can know.
16        Q.   Did you stay at Jeffrey Epstein's
17   home when you were in Palm Beach?
18        A.   Most of the time.
19        Q.   So how is it that you wouldn't know
20   if there was a female in the home under the
21   age of 18 if you were staying there?
22        A.   Well, first of all, when I was
23   staying there, the house is actually quite
24   large and I have a very busy job and I had an
25   office with a door so the door would be shut
```



Page 29

1           G Maxwell - Confidential

2      and I would be working.  I'm not responsible

3      for what Jeffrey does and I don't always pay

4      attention to what happens in the house.  I'm

5      very busy.

6           Q.   So you're testifying that you never

7      observed a female under the age of 18 at

8      Jeffrey Epstein's West Palm Beach home?

9                MR. PAGLIUCA:  Object to the form

10          and foundation.

11          A.   I already answered that question, I

12     believe.

13          Q.   You didn't answer my question.

14          A.   I did.

15          Q.   Did you observe a female under the

16     age of 18 at Jeffrey Epstein's home in Palm

17     Beach?

18          A.   Like I said, I work, I don't sit

19     there and watch people coming in and out of

20     the house.  I cannot possibly tell you if I'm

21     in the home that somebody was there that I

22     did not see, I cannot comment on it, I have

23     no idea.

24          Q.   Did you observe females at Jeffrey

25     Epstein's home that were laying out topless



1          G Maxwell - Confidential

2     in the back of the home, in other words

3     without a shirt on?

4          A.   So that's just another of

5     Virginia's lies.  So let's be clear, at the

6     time when I was there and present, frequently

7     at the house, it was unusual to see people

8     without their clothes on.

9          Q.   When you say unusual, did you

10    observe people without their clothes at

11    Jeffrey Espstein's home?

12         A.   Can I answer.  Sometimes people in

13    the privacy of a house and swimming pool, I

14    have seen people from time to time take their

15    top off.  I have seen people from time to

16    time do that.  Very unusual.  Naked people

17    around the people at any frequent period of

18    time, I have never seen.

19         Q.   Were they under the age of 18?

20         A.   As I was saying, people when I was

21    in the house, were of adult age, if they were

22    children, friends of my family or friends

23    that were there, they may well have been

24    because I have nieces and nephews under the

25    age of 18, I cannot testify to anybody else



Page 31

1          G Maxwell - Confidential

2    -- just another one of Virginia's many

3    fictitious lies and stories to make this a

4    salacious event to get interest and press.

5    It's absolute rubbish.

6          Q.   Were you in charge of hiring

7    individuals to provide massages for Jeffrey

8    Epstein?

9          A.   My job included hiring many people.

10   There were six homes.  As I sit here, I hired

11   assistants, I hired architects, I hired

12   decorators, I hired cooks, I hired cleaners,

13   I hired gardeners, I hired pool people, I

14   hired pilots, I hired all sorts of people.

15          In the course and a very small part

16   of my job was from from time to time to find

17   adult professional massage therapists for

18   Jeffrey.

19          Q.   When you say adult professional

20   massage therapists, where did you find these

21   massage therapists?

22          A.   From time to time I would visit

23   professional spas, I would receive a massage

24   and if the massage was good I would ask that

25   man or woman if they did home visits.



```
 1          G Maxwell - Confidential
 2          Q.   Did you ever hire a masseuse that
 3     was under the age of 18?
 4               MR. PAGLIUCA:  Object to the form
 5          and foundation.
 6          Q.   Did you?
 7          A.   Again, I don't hire massage
 8     therapists, so that was not my job.
 9          Q.   You just said you did, you just
10     said you hired massage therapists for Jeffrey
11     Epstein, I'm asking if you hired a massage
12     therapist who was under the age of 18?
13          A.   Let me correct myself.  When I
14     meant hire, I didn't mean hire in the way you
15     are doing it.  What I say is that I went to
16     spas and I met people and if they did home
17     visits, Jeffrey would then, in fact, hire
18     them.  I'm not responsible for hiring
19     someone.  And they were not full-time, so
20     it's not a correct characterization.
21          Q.   Did you ever, your term is meet,
22     did you ever meet a person that was under the
23     age of 18 that you -- that Jeffrey then hired
24     as a masseuse?
25               MR. PAGLIUCA:  Object to the form
```



Page  33

1           G Maxwell - Confidential

2      and foundation.

3      A.    First of all, Virginia Roberts who

4  you are referring to was a masseuse aged 17,

5  we all now know, so your story that you keep

6  pushing out to the press that she was a 15

7  year old -- you and I both know was a lie,

8  correct.

9      Q.    You are not sentencing my question.

10     A.    You and I both know that was a lie,

11  correct.

12     Q.    You are not answering my question.

13  I'm asking you whether you ever met a female

14  under the age of 18 that Jeffrey then hired

15  as a masseuse?

16           MR. PAGLIUCA:  Object to the form

17     and foundation.

18     A.    The only person I can talk about

19  who clearly was a massage age 17, a masseuse,

20  was Virginia.

21     Q.    Did you meet her and then introduce

22  her to Jeffrey?

23     A.    I don't know.  I already testified

24  I don't recall meeting her.

25           (Maxwell Exhibit 2, email, marked



Page 34

```
 1          G Maxwell - Confidential
 2          for identification.)
 3      Q.   So I'm showing you a document that
 4  we have marked as Maxwell Exhibit 2.  It's a
 5  document you produced in this matter labeled
 6  confidential GM 00109.  It's dated Sunday
 7  June 12, 2011.  It's from Jeffrey Epstein to
 8  you.  If you can turn to page 4 -- sorry, can
 9  you turn to the first page, the cover page
10  initially which is 00109.  If you look under
11  the time stamp it says, June 12, 2011 at 4:12
12  p.m., it says ████████████████████
13          Is that your email address?
14      A.   It is.
15      Q.   Under that it says, Thank you.  I
16  have it now and I'm working on a letter, a
17  little, I will send the final version
18  tomorrow and what ever it is will be
19  factually accurate.
20          Do you see that on page 1?
21      A.   I do.
22      Q.   Then I would like you to turn to
23  page 4 please.  The second paragraph down on
24  page 4, it states, After some thought, I
25  recall that I first met Ms. Roberts when she
```



Page 35

1           G Maxwell - Confidential

2     was working at a premier resort claiming to

3     be 18 years old and a professional masseuse?

4             MR. PAGLIUCA:   What line are you

5         on, counsel.

6             MS. McCAWLEY:   Second paragraph

7         down.

8             MR. PAGLIUCA:   I got it.

9         Q.   Is that a statement that you wrote?

10        A.   It appears to be.

11        Q.   So does that correct your testimony

12    that you did meet Ms. Roberts at Mar-a-Lago?

13        A.   Again, this was written in, when

14    were you saying?

15        Q.   2011.

16        A.   So by 2011, Ms. Roberts had already

17    perpetrated so many lies and stories it's

18    hard for me to accurately tell you today what

19    I remember back then.  As I sit here today,

20    the testimony I give you today, I do not

21    recollect it.

22        Q.   Do you have a reason to say that

23    this document that you wrote is incorrect?

24        A.   It's in 2011, I can't possibly tell

25    you what I remember in 2011.



1        G Maxwell - Confidential

2        Q.    Are you questioning that this

3    document is incorrect, this document -- this

4    email that you wrote?

5        A.    I wrote an email.  I was trying to

6    be accurate, so who knows, with all the

7    rubbish that you guys have put out in the

8    press that I read, maybe in the moment I

9    wrote it a memory came to me that I don't

10   know, but as I sit here today and the

11   testimony I gave you today is I don't

12   recollect it.

13       Q.    Does this refresh your recollection

14   that you recalled meeting Ms. Roberts at

15   Mar-a-Lago?

16       A.    It does not.

17       Q.    So your testimony today is that you

18   don't remember meeting Ms. Roberts at

19   Mar-a-Lago?

20       A.    I do not.

21             I just want to clarify, when you

22   read so much stuff and so much rubbish that

23   comes out from Virginia Roberts, you don't

24   know what's up and down, at the time I wrote

25   this I believe I had a memory but as I sit



Page 37

```
 1          G Maxwell - Confidential
 2    here today I do not.
 3          Q.   Ms. Maxwell, when did you first
 4    meet ████████████████?
 5              MR. PAGLIUCA:  Object to the form
 6          and foundation.
 7          A.   I have no idea when I met her.
 8          Q.   Do you know how old she was when
 9    you met her?
10          A.   I have no idea how old she was when
11    I met her.
12          Q.   Is it possible she was 13 years old
13    when you first met her?
14              MR. PAGLIUCA:  Object to the form
15          and foundation.
16          A.   █████████████████████████████████
██   ████████████████████████████████████  ██████
18    may have been in the house when Jeffrey was
19    in the house.  I have no idea how old she
20    was.
21          Q.   I understand ████████████████████
22    █████████
23              I'm asking if ████████████████ was 13
24    years old when you first met her?
25          A.   I have no idea.
```



Page 38

```
 1        G Maxwell - Confidential
 2        Q.   Was she under 18 when you first met
 3   her?
 4        A.   I have no idea how old she was when
 5   I first met her.
 6        Q.   Did she look like a child when you
 7   first met her?
 8        A.   I don't remember what she looked
 9   like at the time she was in the house.
10        Q.   How many years have you known her?
11        A.   I can only recall the last time I
12   saw her.
13        Q.   When was the first time you met
14   her?
15        A.   Again, I just told you, I don't
16   recall the first time I met her.
17        Q.   Did ████████████ travel with you
18   on Jeffrey's planes?
19        A.   I wouldn't remember if ████ was on
20   the plane or not.
21        Q.   Did you ever have sex with ████
22   ██████
23        A.   No.
24        Q.   Did you ever observe Jeffrey having
25   sex with ████████████?
```



Page 39

1          G Maxwell - Confidential

2     A.   No.

3     Q.   Were you aware that Jeffrey was

4 having sexual contact with ██████████ when

5 she was 13 years old?

6          MR. PAGLIUCA:  Object to the form

7     and foundation.

8     A.   I would be very shocked and

9 surprised if that were true.

10    Q.   Were you in the house when ████

11 ██████ was in the house in a private area

12 with Jeffrey Epstein?

13         MR. PAGLIUCA:  Object to the form

14    and foundation.

15    A.   Can you repeat the question.

16    Q.   Were you ever in the Palm Beach

17 house when Jeffrey Epstein was in the house

18 with ██████████?

19         MR. PAGLIUCA:  Object to the form

20    and foundation.

21    A.   I've already testified that I have

22 met her and that she was there ████████

23 ██████  I don't understand what your

24 question is asking.

25    Q.   So you have never seen ████



Page 40

```
 1          G Maxwell - Confidential
 2  ███████████████████████████
 3          MR. PAGLIUCA:  Object to the form
 4      and foundation.
 5      Q.   Is that your testimony?
 6      A.   I already said I don't recall all
 7  the times I've seen her and I have no memory
 8  of that.
 9      Q.   Have you ever seen ████████████  in
10  the house with Jeffrey Epstein ████████████
11  ████████
12          MR. PAGLIUCA:  Object to the form
13      and foundation.
14      A.   I just told you I don't recall
15  seeing ██████
16      Q.   Were you ever involved in an orgy
17  with ████████████████?
18      A.   No, absolutely not.
19      Q.   Can you tell me, do you know an
20  individual by the name of ████████████████?
21      A.   I do.
22      Q.   How did you meet ████████████████?
23      A.   At some point she was a friend of
24  Jeffrey's and I recall meeting her at some
25  point.
```



Page 41

1          G Maxwell - Confidential

2      Q.   Did you hire her?

3      A.   First of all, I don't hire girls

4  like that, so let's be clear, I already

5  testified to that, and I have no idea what

6  you are referring to.

7      Q.   When you say girls like that, what

8  do you mean?

9      A.   I hire people who are professional

10  at the house.  You are asking if I hired

11  somebody to do what, I don't know what you

12  are talking about.  I hired people to work in

13  the homes.

14      Q.   What was Nadia Marcinkova doing?

15          MR. PAGLIUCA:  Object to the form

16      and foundation.

17      A.   I have no idea what Nadia

18  Marcinkova was doing.  I didn't hire her and

19  I don't know what you are referring to.

20      Q.   You met Nadia Marcinkova?

21      A.   I testified I did.

22      Q.   Did she work for Jeffrey Epstein?

23      A.   I have no idea what she did.

24      Q.   Have you flown on planes with Nadia

25  Marcinkova?



Page 42

```
 1            G Maxwell - Confidential
 2       A.   I don't recollect.  I don't know if
 3   I did.
 4       Q.   How many times have you flown on
 5   Jeffrey Epstein's planes?
 6       A.   Too many times.
 7       Q.   More than 300?
 8       A.   I really couldn't tell you how
 9   many.
10       Q.   More than 400?
11       A.   Again, I said I cannot tell you how
12   many, a lot.
13       Q.   How many times with ████
14   ████████████
15       A.   I already testified, I have no
16   idea.
17       Q.   How old was ████████████████ when
18   she first became involved with Jeffrey?
19       A.   I have no idea.
20       Q.   Was she 14?
21            MR. PAGLIUCA:  Object to the form
22       and foundation.
23       A.   I have no idea.
24       Q.   Did she look like a child the first
25   time you met her?
```



Page 43

```
 1          G Maxwell - Confidential
 2              MR. PAGLIUCA:  Object to the form
 3      and foundation.  Asked and answered.
 4      Q.   Did she look like a child the first
 5  time you met ███████████████?
 6      A.   I don't know what you mean if she
 7  looked like a child.
 8      Q.   Did she look like she was under the
 9  age of 18?
10      A.   No.
11      Q.   Did she look like she was under the
12  age of 16?
13      A.   I just testified -- first of all, I
14  couldn't tell you how old she was, she didn't
15  like like a child, leave it at that.
16      Q.   Did you know that she was a child?
17              MR. PAGLIUCA:  Object to the form
18      and foundation.
19      A.   I just answered I did not know how
20  old she was and she looked like an adult.
21      Q.   In the times that you traveled with
22  her on Jeffrey Epstein's planes, did you ever
23  ask her how old she was?
24              MR. PAGLIUCA:  Object to the form
25      and foundation.  Assumes facts not in
```



Page 44

1        G Maxwell - Confidential

2        evidence.  The witness already testified

3        she doesn't remember.

4        Q.   You can answer that question.

5             Did you ever ask her on the many

6    flights you were with her or the many times

7    you were with her at the house?

8        A.   First of all, I don't know I was on

9    many flights with her, you are making stories

10   up again as usual.  And secondly, if I was on

11   a flight with her, there would not be any

12   reason why I would ask her how old she was.

13       Q.   You don't recollect having any

14   conversation with her about her age?

15       A.   I already testified to that.

16       Q.   Do you know what ███████████

17   was hired to do for Jeffrey?

18       A.   I already testified I didn't know

19   she was hired and I don't know that she did

20   anything.  I don't know how to answer that

21   question.

22       Q.   Was ███████████     at the house,

23   the Palm Beach house, when you were present

24   at that house?

25            MR. PAGLIUCA:  Object to the



Page 45

```
 1          G Maxwell - Confidential
 2      foundation.
 3      A.   I have no recollection of her being
 4  at the house at the same time as me.
 5      Q.   When did you first meet ████
 6  ████████████
 7      A.   I already told you I don't recall.
 8      Q.   Do you recall anything about ████
 9  ████████████
10      A.   That she was tall and blond.
11      Q.   Do you recall ████████████████
12  interacting with other females at the house?
13      A.   No, I do not.
14      Q.   Did you arrange to get a visa for
15  ████████████████  to come into this country?
16          MR. PAGLIUCA:  Object to the form
17      and foundation.
18      A.   Absolutely not.
19      Q.   Did Jeffrey arrange for a visa for
20  ████████████████?
21          MR. PAGLIUCA:  You need to give me
22      a break so I can interpose an objection.
23          Object to the form and foundation.
24      Q.   You can answer.
25      A.   What was the question?
```



Page 46

```
 1          G Maxwell - Confidential
 2     Q.   Did Jeffrey arrange for a visa for
 3 ██████████████████?
 4     A.   I don't know what Jeffrey did.  I
 5 cannot testify what Jeffrey did.
 6     Q.   Was ██████ involved in sex with
 7 Jeffrey and other girls?
 8          MR. PAGLIUCA:  Object to the form
 9     and foundation.
10     Q.   Girls under the age of 18?
11          MR. PAGLIUCA:  Same objection.
12     A.   I have no idea.
13     Q.   Was ██████ involved with sex with
14 Jeffrey and girls over the age of 18?
15          MR. PAGLIUCA:  Same objection.
16     A.   I have no idea.
17     Q.   Did ██████ recruit other girls for
18 sex with Jeffrey?
19          MR. PAGLIUCA:  Object to the form
20     and foundation.
21     A.   I have no idea.
22     Q.   Do you still talk to ██████
23     A.   No.
24     Q.   ███████████████
25     A.   I have no idea.
```



Page 47

```
 1            G Maxwell - Confidential
 2        ██       ███████████████████████
 3   █████████████████████████████
 4        A.   I have no idea.
 5        Q.   Are you a pilot?
 6        A.   I am.
 7        Q.   Have you flown with ███████████████?
 8        A.   I have.
 9        Q.   Have you flown with ███████
10   ████████████
11        A.   What do you mean by flown?
12        Q.   Have you been on planes with her?
13        A.   I already testified I don't recall
14   having her on a plane with me.
15        Q.   Do you know ████████████?
16        A.   I do.
17        Q.   When did you first meet her?
18        A.   I don't recall exact dates.
19        Q.   Did you meet her with the purpose
20   of hiring her to work for Jeffrey or having
21   Jeffrey hire her?
22            MR. PAGLIUCA:  Object to the form
23        and foundation.
24        A.   No.
25        Q.   What was her relationship with
```



```
 1          G Maxwell - Confidential
 2   Jeffrey?
 3             MR. PAGLIUCA:  Object to the form
 4        and foundation.
 5        A.   I don't know exactly the nature of
 6   her relationship but she worked for him.
 7        Q.   What did she do?
 8             MR. PAGLIUCA:  Object to the form
 9        and foundation.
10        A.   At the time she when was with him I
11   believe she traveled with him and helped with
12   his travel arrangements.
13        Q.   Did she bring girls to the house to
14   give massages to Jeffrey?
15             MR. PAGLIUCA:  Object to the form
16        and foundation.
17        A.   I don't know what ███████ did.
18        Q.   So you never observed ███████
19   bringing girls to the home to give massages
20   to Jeffrey?
21             MR. PAGLIUCA:  Object to the form
22        and foundation.
23        A.   I don't understand the question,
24   what did you mean bring?
25        Q.   Did you ever observe ███████
```



Page 49

```
 1           G Maxwell - Confidential
 2    inviting, bringing, walking anyone into the
 3    home to give a massage for Jeffrey?
 4               MR. PAGLIUCA:  Object to the form
 5          and foundation.
 6          A.   I don't recollect anything like
 7    that.
 8          Q.   Are you aware that ████████ was
 9    a co-conspirator, named as a co-conspirator
10    in the case involving Jeffrey Epstein?
11               MR. PAGLIUCA:  Object to the form
12          and foundation and also calls for a
13          legal conclusion.
14               MS. McCAWLEY I'm just asking if she
15          is aware of that.
16          A.   I am aware.
17          Q.   Who paid ████████?
18          A.   I have no idea.
19          Q.   Did you ever arrange payment for
20    any of the employees at the home?
21               MR. PAGLIUCA:  Object to the form.
22          A.   What do you mean by arrange?
23          Q.   Were you ever in charge or
24    responsible for paying individuals at the
25    home, that worked there?
```



Page 50

1          G Maxwell - Confidential

2          A.    People had salaries and they were

3    paid by the office.

4          Q.    Did you ever pay any individual,

5    did you ever hand an individual cash for work

6    they performed?

7               MR. PAGLIUCA:   Object to the form.

8          A.    Can you be more specific about what

9    you are asking me.

10         Q.    Did you ever hand any individual

11   who was working at the home cash as payment

12   for something that they performed at the

13   home?

14               MR. PAGLIUCA:   Object to the form.

15         A.    To the best of my recollection

16   there were very few times where I would leave

17   some cash for people for work performed.

18         Q.    And what type of work was being

19   performed where you would be doing that?

20         A.    If I left cash for the pool guy, I

21   would have left potentially some cash for the

22   gardener, potentially for exercise

23   instructors and sometimes for massage

24   therapy.

25         Q.    How much were the massage



```
 1           G Maxwell - Confidential
 2     therapists paid?
 3               MR. PAGLIUCA:  Object to the form
 4          and foundation.
 5          A.   They get paid between 100 and $200.
 6          Q.   Did it vary based on what sexual
 7     acts they performed?
 8               MR. PAGLIUCA:  Object to the form
 9          and foundation.
10          A.   No.  It varied depending how much
11     time, some massage therapists charge more and
12     some charge less.
13          Q.   Did the massage therapists that
14     were hired to come to the home perform sexual
15     acts for Jeffrey Epstein?
16               MR. PAGLIUCA:  Object to the form
17          and foundation.
18          A.   What are you asking me?
19          Q.   I'm asking if the massage
20     therapists --
21          A.   Are you asking me about underage
22     girls?
23          Q.   I'm asking in general, did any of
24     the massage therapists in the home --
25          A.   Are you asking if they were paid
```



Page 52

```
 1          G Maxwell - Confidential
 2   for sexual acts.
 3        Q.   I'm asking if they performed sexual
 4   acts?
 5             MR. PAGLIUCA:   Object to the form
 6        and foundation.
 7        Q.   Did any of the massage therapists
 8   who were at the home perform sexual acts for
 9   Jeffrey Epstein?
10        A.   I don't know what you mean by
11   sexual acts.
12        Q.   Did any of the massage therapists
13   who were working at the home perform sexual
14   acts, including touching the breasts,
15   touching the vaginal area, being touched
16   while Jeffrey is masturbating, having
17   intercourse, any of those things?
18             MR. PAGLIUCA:   Objection.  Form and
19        foundation.
20             To the extent any of this is asking
21        for to your knowledge any consensual sex
22        act that may or may not have involved
23        you, I'm instructing you not to answer
24        the question.
25        Q.   I'm not asking about consensual sex
```



1          G Maxwell - Confidential

2    acts.  I'm asking whether any of the massage

3    therapists performed sexual acts for Mr.

4    Epstein, as I have just described?

5         A.   I have never seen anybody have

6    sexual intercourse with with Jeffrey, ever.

7         Q.   I'm not asking about sexual

8    intercourse.  I'm asking about any sexual

9    act, touching of the breast -- did you ever

10   see -- can you read back the question?

11            (Record read.)

12        A.   I'm not addressing any questions

13   about consensual adult sex.  If you want to

14   talk about what the subject matter, which is

15   defamation and lying, Virginia Roberts, that

16   you and Virginia Roberts are participating in

17   perpetrating her lies, I'm happy to address

18   those.  I never saw any inappropriate

19   underage activities with Jeffrey ever.

20        Q.   I'm not asking about underage.  I'm

21   asking about whether any of the masseuses

22   that were at the home perform sexual acts for

23   Jeffrey Epstein?

24        A.   I have just answered the question.

25        Q.   No, you haven't.



Page 54

```
 1          G Maxwell - Confidential

 2      A.   I have.

 3      Q.   No, you haven't.

 4      A.   Yes, I have.

 5      Q.   You are refusing to answer the

 6  question.

 7      A.   Let's move on.

 8      Q.   I'm in charge of the deposition.  I

 9  say when we move on and when we don't.

10          You are here to respond to my

11  questions.  If you are refusing to answer the

12  court will bring you back for another

13  deposition to answer these questions.

14          Do you understand that?

15          MR. PAGLIUCA:  You don't need to

16      threaten the witness.

17          MS. McCAWLEY:  I'm not threatening

18      her.  I'm making sure the record is

19      clear.

20          MR. PAGLIUCA:  Certainly can you

21      apply to have someone come back and the

22      court may or may not have her come back

23      again.

24          Again, she is not answering

25      questions that relate to adult consent
```



Page 55

1          G Maxwell - Confidential

2          sex acts.  Period.  And that's the

3          instruction and we can take it up with

4          the court.

5          Q.   Ms. Maxwell, are you aware of any

6     sexual acts with masseuses and Jeffrey

7     Epstein that were nonconsensual?

8          A.   No.

9          Q.   How do you know that?

10         A.   All the time that I have been in

11    the house I have never seen, heard, nor

12    witnessed, nor have reported to me that any

13    activities took place, that people were in

14    distress, either reported to me by the staff

15    or anyone else.  I base my answer based on

16    that.

17         Q.   Are you familiar with a person by

18    the name of ██████████?

19         A.   I am.

20         Q.   Has ██████████ given a statement

21    to police about you performing sexual acts on

22    her?

23         A.   I have not heard that.

24         Q.   Has ██████████ given a statement

25    to police about Jeffrey Epstein performing



1          G Maxwell - Confidential

2    sexual acts on her?

3              MR. PAGLIUCA:  Object to the form

4         and foundation.

5         A.   I have not heard that.

6         Q.   How do you know █████████?

7         A.   ████████████████████

     ████████████████████████████████████

     ██████████

10        Q.   Was ████████████ under the age of

11   18?

12             MR. PAGLIUCA:  Object to the form

13        and foundation.

14        A.   I don't recall how old ███████████

15   was.

16        Q.   Did she tell police that Jeffrey

17   Epstein assaulted her sexually?

18             MR. PAGLIUCA:  Object to the form

19        and foundation.

20        A.   I never heard that.

21        Q.   Did ████████████ recruit or bring

22   girls to the home that were under the age of

23   18?

24             MR. PAGLIUCA:  Object to the form

25        and foundation and I think this has been



Page 57

1          G Maxwell - Confidential

2      asked and answered already.

3      Q.    You can answer the question.

4      A.    I have no idea what ██████████

5  did.

6      Q.    You never observed ████████████

7  with girls under the age of 18 at Jeffrey's

8  home?

9          MR. PAGLIUCA:  Object to the form

10      and foundation.

11      A.    The answer is no, I have no idea.

12      Q.    Do you know Glenn Dubin?

13      A.    I do.

14      Q.    What is your relationship with

15  Glenn Dubin?

16          MR. PAGLIUCA:  Object to the form.

17      A.    What do you mean what is my

18  relationship.

19      Q.    Are you friendly with him, how do

20  you know him?

21      A.    He is the husband of Eva Dubin.

22      Q.    Is Eva Dubin one of your friends?

23      A.    Yes.

24      Q.    Did you ever send Virginia to

25  Glenn's condo at the Breakers to give him a



Page 58

1            G Maxwell - Confidential
2      massage?
3             MR. PAGLIUCA:  Objection to the
4        form and foundation.
5        A.   No.
6        Q.   Did you ever instruct Virginia
7      Roberts to have sex with Glenn?
8             MR. PAGLIUCA:  Objection to the
9        form and foundation.
10       A.   I have never instructed Virginia to
11     have sex with anybody ever.
12       Q.   How old was Eva Anderson when she
13     met Jeffrey?
14             MR. PAGLIUCA:  Objection to the
15        form and foundation.
16       A.   I have no idea.
17       Q.   What's she under the age of 18?
18             MR. PAGLIUCA:  Objection to the
19        form and foundation.
20       A.   I just testified I have idea how
21     old she was.
22       Q.   You testified she was your friend.
23     You don't know how old she was when she met
24     Jeffrey?
25       A.   That happened sometime in the '70s,


MAGNA
LEGAL SERVICES

```
 1          G Maxwell - Confidential
 2    how would I know, or '80s.  I have no idea.
 3    Can you testify to what your friends did 30
 4    years ago?
 5          Q.   You don't ask the questions here,
 6    Ms. Maxwell.
 7               What about ████████████, when
 8    did you first meet ██████
 9          A.   I don't recall the exact date.
10          Q.   Did you hire ███████
11          A.   I don't hire people, she came to
12    work at the house to answer phones.
13          Q.   Where did you meet her?
14          A.   I just testified, I don't recall
15    exactly when I met her.
16          Q.   Was one of your job
17    responsibilities to interview people that
18    would be then hired by Jeffrey?
19          A.   That was one of my
20    responsibilities.
21          Q.   Do you recall interviewing ██████
22          A.   I don't recall the exact interview,
23    no.
24          Q.   Do you know what tasks ███████ was
25    hired to performance?
```



1           G Maxwell - Confidential

2      A.    She was tasked to answer

3  telephones.

4      Q.    Did you ever ask her to rub

5  Jeffrey's feet?

6           MR. PAGLIUCA:  Objection to the

7      form and foundation.

8      A.    I believe that I have read that,

9  but I don't have any memory of it.

10     Q.    Did you ever tell ███████ that she

11 would get extra money if she provided Jeffrey

12 massages?

13     A.    I was always happy to give career

14 advice to people and I think that becoming

15 somebody in the healthcare profession, either

16 exercise instructor or nutritionist or

17 professional massage therapist is an

18 excellent job opportunity.  Hourly wages are

19 around 7, 8, $9 and as a professional

20 healthcare provider you can earn somewhere

21 between as we have established 100 to $200

22 and to be able to travel and have a job that

23 pays that is a wonderful job opportunity.  So

24 in the context of advising people for

25 opportunities for work, it is possible that I



Page 61

```
 1          G Maxwell - Confidential
 2    would have said that she should explore that
 3    as an option.
 4          Q.   Did you tell her she would get
 5    extra money if she massaged Jeffrey?
 6          A.   I'm just saying, I cannot recall
 7    the exact conversation.  I give career advice
 8    and I have done that.
 9          Q.   Did you ever have ████████ massage
10    you?
11          A.   I did.
12          Q.   How many times?
13          A.   I don't recall how many times.
14          Q.   Was there sex involved?
15          A.   No.
16          Q.   Did you ever instruct ██████ to
17    massage Glenn Dubin?
18          A.   I don't believe -- I have no
19    recollection of it.
20          Q.   Did you ever have sexual contact
21    with ██████
22          MR. PAGLIUCA:  Object to the form
23          and foundation.  You need to give me an
24          opportunity to get in between the
25          questions.
```



Page 62

```
 1          G Maxwell - Confidential
 2              Anything that involves consensual
 3      sex on your part, I'm instructing you
 4      not to answer.
 5      Q.    Did you ever have sexual contact
 6  with ███████████
 7      A.    Again, she is an adult --
 8      Q.    I'm asking you, did you ever have
 9  sexual contact with ███████████
10      A.    I've just been instructed not to
11  answer.
12      Q.    On what basis?
13      A.    You have to ask my lawyer.
14      Q.    Did you ever have sexual contact
15  with ██████████ that was not consensual on
16  ███████████ part?
17              MR. PAGLIUCA:  You can answer
18      nonconsensual.
19      A.    I've never had nonconsensual sex
20  with anybody.
21      Q.    Not █████████████████?
22              MR. PAGLIUCA:  Objection.
23      A.    I just testified I never had
24  nonconsensual sex with anybody ever, at any
25  time, at anyplace, at any time, with anybody.
```



Page 63

1          G Maxwell - Confidential

2     Q.   So if ██████ were to testify that

3 she did not consent to a sexual act that you

4 participated in --

5     A.   I just told you I have never ever

6 under any circumstances with anybody, at any

7 time, in anyplace, in any form had

8 nonconsensual relations with anybody.

9     Q.   Did you introduce ████████████████

10 ██████

11          MR. PAGLIUCA:  Objection to the

12     form and foundation.

13     A.   I've, again, read that ████████

14 claimed that she met or that she said she met

15 ████████████.  I don't know if I was the one

16 who made the introduction or not.

17     Q.   Do you know a female by the name of

18 ████████████

19     A.   I do.

20     Q.   How do you know her?

21     A.   ██████████████████████

22     Q.   So she worked for you?

23     A.   Yes.

24     Q.   Did you hire her?

25     A.   Again, Jeffrey hired people.



Page 64

1              G Maxwell - Confidential

2        Q.   Did you have sex with her?

3             MR. PAGLIUCA:   This is the same

4        instruction about consensual or

5        nonconsensual.

6        Q.   Was ███ under the age of 18 when

7    you hired her?

8        A.   No.   I didn't hire her, as I said,

9    Jeffrey did.

10       Q.   Did ███ ever have sex with

11   Jeffrey?

12            MR. PAGLIUCA:   Objection to the

13       form and foundation.

14       A.   How would I know what somebody else

15   did.

16       Q.   You weren't involved in the sex

17   between Jeffrey, ███ and yourself?

18       A.   We already --

19       Q.   Were you involved with sex between

20   Jeffrey, ███ and yourself?

21            MR. PAGLIUCA:   Everyone is talking

22       over each other.   You heard the

23       question.

24            Again, you you know what the

25       instruction is.   If there is any



Page 65

```
 1        G Maxwell - Confidential
 2        consensual issue involved, I instruct
 3        you not to answer.
 4        A.   Moving on.
 5        Q.   So you are refusing to answer that
 6   question?
 7        A.   I've been instructed by my lawyer.
 8        Q.   Did you ever have sex with Jeffrey,
 9   ███████ Virginia and yourself when Virginia was
10   underage?
11        A.   Absolutely not.
12            MR. PAGLIUCA:  We've been going for
13        about an hour.  I would like to take a
14        five-minute break, please.
15            MS. McCAWLEY:  I'm almost done.
16            MR. PAGLIUCA:  You are not going to
17        allow a break.
18            MS. McCAWLEY:  As soon as I get
19        through my line of questioning, which is
20        perfectly appropriate.
21        Q.   Did ████████████ travel with you and
22   Jeffrey to Europe?
23        A.   I'm sure she did.
24        Q.   What is she doing today?
25        A.   I have no idea.
```



Page 66

1          G Maxwell - Confidential

2          Q.   Do you speak to her regularly now,

3     do you speak to her?

4          A.   No.

5          Q.   Do you know where she lives?

6          A.   No.

7          Q.   Do you know what country she lives

8     in?

9          A.   No.

10         Q.   Where is the last place you knew

11    that she lived?

12         A.   Last place I knew for sure was in

13    Los Angeles.

14         Q.   When did she stop working for you?

15         A.   2001, 2002.

16         Q.   What tasks did she performance for

17    you?

18         A.   She helped me with moving in and

19    out of houses, construction, she was a

20    general help, she helped with buying things

21    that needed to be purchased, if I needed her

22    to stand in for me during meetings, it was a

23    very wide ranging job.

24         Q.   Did she ever bring females to

25    perform massages for Jeffrey?



Page 67

```
 1            G Maxwell - Confidential
 2               MR. PAGLIUCA:  Objection to the
 3       form and foundation.
 4       A.    What are you asking me?
 5       Q.    Did █████  was it ever ██████
 6  responsibility to bring females to the house
 7  for the purposes of massaging Jeffrey?
 8       A.     ██████  job was to help me with the
 9  houses and work in homes.  It was not her job
10  to whatever you just said, bring masseuses.
11       Q.    Did she do that?
12       A.    I have no recollection.  I have no
13  idea.
14       Q.    Did you pay █████ or did Jeffrey pay
15  her?
16       A.    Jeffrey.
17       Q.    Do you recall how much she was
18  paid?
19       A.    I do not.
20               MS. McCAWLEY:  I think we can take
21       a break now.
22               THE VIDEOGRAPHER:  It's 10:02 and
23       we are off the record.
24               (Recess.)
25               THE VIDEOGRAPHER:  It's now 10:18.
```



Page 68

1          G Maxwell - Confidential

2          We are back on the record and starting

3          disk No. 2.

4          Q.   Ms. Maxwell, I asked you about

5     Virginia Roberts earlier.

6               Can you describe what Virginia

7     Roberts' duties were when she was with Mr.

8     Epstein?

9               MR. PAGLIUCA:  Objection to the

10          form and foundation.

11          A.   I believe that Virginia was a

12     masseuse.

13          Q.   Was Virginia required to dress up

14     in any way for massages?

15               MR. PAGLIUCA:  Objection to the

16          form and foundation.

17          A.   I have no idea.

18          Q.   Did you provide Virginia with

19     outfits to wear for certain massages?

20          A.   I have no idea what you are talking

21     about.

22          Q.   For example, did you ever provide

23     Virginia with a school girl outfit to wear

24     for a massage?

25          A.   I have no idea what you are talking



1          G Maxwell - Confidential

2     about.

3          Q.   So you didn't provide her with

4     that?

5          A.   As I just testified, I have no idea

6     what you are talking about.

7          Q.   I was trying to interpret whether

8     you didn't understand what a school girl

9     outfit was or you are saying that didn't

10    happen?

11         A.   I clearly know what a school girl

12    outfit is.  I have no recollection of

13    providing anybody with a school girl outfit.

14         Q.   Did you have a set of outfits used

15    by the massage therapists that would include

16    things like a school girl outfit or a black

17    patent leather outfit or anything of that

18    nature?

19              MR. PAGLIUCA:  Object to the form

20         and foundation.

21         A.   That would be just another one of

22    Virginia's lies.

23         Q.   You didn't have anything like that?

24         A.   I did not.

25         Q.   Did you have a basket of sex toys



Page 70

1            G Maxwell - Confidential
2    that you kept in the Palm Beach house?
3            MR. PAGLIUCA:  Objection to the
4        form and foundation.
5        A.   First of all what do you mean.
6        Q.   A laundry basket that contained sex
7    toys in it?
8            MR. PAGLIUCA:  Objection to the
9        form and foundation.
10       A.   Can you ask the question again?
11       Q.   Did you have a laundry basket that
12   contained sex toys in it, in the Palm Beach
13   House?
14           MR. PAGLIUCA:  Objection to the
15       form and foundation.
16       Q.   Did you have a laundry basket of
17   sex toys in the Palm Beach house?
18           MR. PAGLIUCA:  Same objection.
19       Q.   You can answer.
20       A.   I don't recollect anything about a
21   laundry basket of sex toys.
22       Q.   Do you recollect having sex toys at
23   the Palm Beach house?
24       A.   You have to define what are you
25   talking about.



Page 71

```
1            G Maxwell - Confidential
2       Q.   A sex toy meaning a vibrator of
3  some kind, sometimes they are called dildos,
4  of that nature, anything like that?
5       A.   I don't recollect anything that
6  would formally be a dildo, anything like
7  that.
8       Q.   How would you describe sex toys?
9       A.   I wouldn't describe sex toys.
10      Q.   Did you have anything that was of
11 an electronic nature that would be used
12 during sex?
13           MR. PAGLIUCA:  Objection to the
14      form and foundation.
15      A.   I have no idea what you are
16 referring to.
17           (Maxwell Exhibit 3, transcript,
18      marked for identification.)
19 ██  ███████████████████████████
20 ███████████████████████
21 ██████████████████████████████
22 █████████████████████████
23 ████████████████████████
24 ██  ████████
25 ██  █████████████
```



Page 72

1           G Maxwell - Confidential





1        G Maxwell - Confidential





Page  74

1          G Maxwell - Confidential

2

3

4

5          MR. PAGLIUCA:  Objection to the

6     form and foundation.

7     A.    First I have to read this.

8     Q.    Sure.

9          MS. McCAWLEY:  I will stop the

10     clock while the witness is reading.

11          MR. PAGLIUCA:  No.

12          MS. McCAWLEY:  Yes, if she is going

13     to read the whole document, I will stop

14     the clock.

15          MR. PAGLIUCA:  If you give her

16     documents to refresh her recollection,

17     we are on the clock here.

18          MS. McCAWLEY:  Then we will take it

19     up with the judge.

20          MR. PAGLIUCA:  Read whatever you

21     need to answer the question.

22          MS. McCAWLEY:  I'm going to set the

23     document aside and I'm just go to ask

24     you a question, independent of the

25     document.



Page 75

1          G Maxwell - Confidential

2          Q.   Do you recall having a basket full

3    of sex toys?

4          A.   I already told you I did not.

5          Q.   We were talking a moment ago about

6    Ms. Roberts and her position as a masseuse,

7    do you know what she was paid for working as

8    a masseuse for Jeffrey Epstein?

9          A.   I do not.

10         Q.   Did you ever pay her?

11         A.   I don't ever recall paying her.

12         Q.   Do you know what happened during

13   the massage appointments with Jeffrey Epstein

14   and Virginia Roberts?

15              MR. PAGLIUCA:   Objection to the

16         form and foundation.

17         A.   No.

18         Q.   Were you ever present to view a

19   massage between Jeffrey Epstein and Virginia

20   Roberts?

21         A.   I don't recollect ever seeing

22   Virginia and Jeffrey in a massage situation.

23         Q.   Do you ever recollect seeing them

24   in a sexual situation?

25         A.   I never saw them in a sexual



Page 76

1        G Maxwell - Confidential

2    situation.

3        Q.   Did you ever participate in sex

4    with Virginia Roberts and Jeffrey Epstein?

5        A.   I never ever at any single time at

6    any point ever at all participated in

7    anything with Virginia and Jeffrey.  And for

8    the record, she is an absolute total liar and

9    you all know she lied on multiple things and

10   that is just one other disgusting thing she

11   added.

12       Q.   Did you help her obtain an

13   apartment in Palm Beach to live in?

14           MR. PAGLIUCA:  Objection to the

15       form and foundation.

16       Q.   Was that part of your

17   responsibilities for Jeffrey?

18       A.   First of all, I didn't know she had

19   an apartment in Palm Beach.  I only learned

20   that from the many times you guys have gone

21   to the press to sell stories, so no.

22       Q.   Did you help her get a cell phone,

23   was that one of your responsibilities for

24   Jeffrey, to get her is a cell phone as part

25   of her masseuse obligations?



Page 77

1          G Maxwell - Confidential

2               MR. PAGLIUCA:  Objection to the

3          form and foundation.

4          A.   I don't know what that means,

5     masseuse obligation, I don't know what you

6     are referring to.  Would you like to ask the

7     question properly?

8          Q.   I think it was proper.  I will ask

9     it again.

10               Did you ever assist in getting

11    Virginia Roberts a cell phone to use during

12    the time that she worked for Jeffrey Epstein?

13         A.   I have no recollection of doing

14    anything of that nature.

15         Q.   Did you ever tell Virginia that you

16    wanted her to have a cell phone so that she

17    could be on call regularly?

18         A.   I have no recollection of that

19    conversation.

20         Q.   How often would Virginia come over

21    to the house in Palm Beach to give massages?

22               MR. PAGLIUCA:  Objection to the

23          form and foundation.

24         A.   Ask the question again, please.

25         Q.   How often did Virginia Roberts come



Page 78

1            G Maxwell - Confidential

2      over to the house in Palm Beach to give

3      massages?

4           A.    It's important to understand that I

5      wasn't with Jeffrey all the time.   In fact, I

6      was only in the house less than half the

7      time, so I cannot testify to when I wasn't in

8      the house how often she came when I wasn't

9      there.

10               What I can say is that I barely

11     would remember her, if not for all of this

12     rubbish, I probably wouldn't remember her at

13     all, except she did come from time to time

14     but I don't recollect her coming as often as

15     she portrayed herself.

16          Q.    How many times a day on an average

17     day would Jeffrey Epstein get a massage?

18               MR. PAGLIUCA:   Objection to the

19          form and foundation.

20          A.    When I was at the house and when I

21     was there with him, he received a massage, on

22     average, about once a day.

23          Q.    Just once?

24          A.    Yes.

25          Q.    Were there days when he received



1          G Maxwell - Confidential

2     four or five?

3               MR. PAGLIUCA:  Objection to the

4          form and foundation.

5          A.   When I was present at the house, I

6     never saw something like that.

7          Q.   Do you know if Virginia was

8     required to be on call at all times to come

9     to the house if Jeffrey wanted her there?

10              MR. PAGLIUCA:  Objection to the

11         form and foundation.

12         A.   I have no idea of the arrangements

13    that Virginia made with Jeffrey.

14         Q.   When Virginia was in New York,

15    would Virginia sleep at Jeffrey's mansion in

16    New York?

17              MR. PAGLIUCA:  Objection to the

18         form and foundation.

19         A.   I don't recollect her being in New

20    York and I have no idea where she slept.

21         Q.   You don't ever remember seeing

22    Virginia Roberts in New York?

23              MR. PAGLIUCA:  Objection to the

24         form and foundation.

25         A.   I would barely recollect her at



Page 80

1          G Maxwell - Confidential

2     all, except for this story.

3          Q.   Do you recall Virginia Roberts

4     calling you because she was having a medical

5     crisis and you and Jeffrey taking her to the

6     hospital?

7          A.   I have heard this absurd story and

8     if any part of it were true I would remember

9     that.  I do not.

10         Q.   You don't remember taking her to

11    the hospital?

12         A.   It's not that I don't remember it,

13    it didn't happen.

14         Q.   How do you know it didn't happen?

15         A.   That's the sort of memory you would

16    recall.

17         Q.   Do you recall, you said you don't

18    remember her being at the New York mansion.

19    When you were in New York would you stay at

20    the New York mansion with Jeffrey?

21         A.   I stayed from time to time.

22         Q.   Do you recall Virginia being at the

23    New York mansion when ███████████ came to

24    visit?

25              MR. PAGLIUCA:  Objection to the



Page 81

1          G Maxwell - Confidential

2       form and foundation.

3       A.    Like I told you, I don't recall her

4    being at the house at all.

5       Q.    How many homes does Jeffrey have?

6            MR. PAGLIUCA:  Objection to the

7       form and foundation.

8       A.    When I was working for him, I think

9    he had six maybe.

10       Q.    Would Virginia stay with him in

11    those homes?

12            MR. PAGLIUCA:  Objection to the

13       form and foundation.

14       A.    I can only testify for when I was

15    present with him and I cannot say what she

16    did when I wasn't present with him.

17       Q.    When you were present, would

18    Virginia stay in the homes with him?

19       A.    I don't recall her staying in the

20    houses.

21       Q.    Did you train Virginia on how to

22    recruit other girls for massages?

23            MR. PAGLIUCA:  Objection to the

24       form and foundation.

25       A.    No.



Page 82

1          G Maxwell - Confidential

2          Q.    Did you train Virginia on how to

3    recruit other girls to perform sexual

4    massages?

5               MR. PAGLIUCA:  Objection to the

6          form and foundation.

7          A.    No.  And it's absurd and her entire

8    story is one giant tissue of lies and

9    furthermore, she herself has -- if she says

10   that, you have to ask her about what she did.

11         Q.    Does Jeffrey like to have his

12   nipples pinched during sexual encounters?

13              MR. PAGLIUCA:  Objection to form

14         and foundation.

15         A.    I'm not referring to any advice on

16   my counsel.  I'm not talking about any adult

17   sexual things when I was with him.

18         Q.    When Jeffrey would have a massage,

19   would he request that the masseuse pinch his

20   nipples while he was having a massage?

21         A.    I'm not talking about anything with

22   consensual adult situation.

23         Q.    What about with underage --

24         A.    I am not aware of anything.

25         Q.    You are not aware of Jeffrey



Page 83

1           G Maxwell - Confidential

2    Epstein ever having sex with an underage

3    minor and asking them to pinch his nipples?

4           A.   I am not.

5           Q.   So I'm going to direct you to, I

6    believe it's Maxwell Exhibit 1, the police

7    report.

8               Are you aware that over 30 under

9    age minors gave testimony to police that they

10   were engaged in sexual acts during,

11   quote-unquote, massages.

12              MR. PAGLIUCA:  The witness needs to

13         find Exhibit 1.  Exhibit 1 -- if you can

14         hand me that please.

15         Q.   So now with respect to the police

16   report, are you aware that over 30 underage

17   girls, meaning under the age of 18 gave

18   reports to police that they were assaulted

19   sexually by Jeffrey Epstein during massages?

20              MR. PAGLIUCA:  Objection to the

21         form and foundation.

22         A.   I read the police report.  That's

23   all I can testify to.

24         Q.   Are you aware of what is in the

25   police report?  Are you aware that there were



Page 84

1           G Maxwell - Confidential

2    30 girls --

3           A.   I did not count the number of girls

4    and I did read the police report.  I can only

5    testify to what I read.

6           Q.   So you are aware that the police

7    report contains reports from 30 underage

8    girls?

9           A.   I can't testify to what the girls

10   said.  I can only testify to the fact that I

11   read a police report that stated that.

12          Q.   Were you working for Jeffrey -- you

13   said you worked for him off an on until 2009,

14   is that correct?

15          A.   I helped out from time to time.

16          Q.   So you were working with him during

17   the time period when these underage girls

18   were visiting Jeffrey's home?

19               MR. PAGLIUCA:  Objection to the

20          form and foundation.

21          A.   I was not -- what year, I need

22   years.

23          Q.   How about let's say 2005?

24          A.   I'm not sure I was at the house at

25   all in 2005, maybe one day, maybe.



Page 85

1          G Maxwell - Confidential

2      Q.   How about 2004?

3      A.   I was present for his mother's --

4  his mother died in 2004 so I was there for

5  his mother's death and the funeral and I was

6  at the house maybe a handful of days, again.

7      Q.   I would like to direct you to, you

8  have it pulled together now, it's page 39,

9  Bates stamped Giuffre 00040?

10     A.   Can you repeat that, please.

11     Q.   Sure.  00040.

12     A.   Yes.

13     Q.   At the top of that document, about

14 three lines down, you see the redacted

15 portions where there is black so it blacks

16 out the name.

17     A.   I see black redacted portions.

18     Q.   That's a black redaction of the

19 name of the minor and there is -- I will

20 represent for the record that's what it is.

21 You can contest that but I'm not asking about

22 the name of the minor.

23          Five lines down, it says, She was

24 just 16 years of age.

25          Do you see that?



Page 86

1          G Maxwell - Confidential

2          A.   I have to read that, if you want me

3    to testify to some things.

4          Q.   I'm asking if you see where it

5    says, She was just 16 years old.

6          A.   No, I have to read it.

7          Q.   It's five line downs on the first

8    paragraph.

9          A.   I do see that.

10         Q.   Then the next paragraph down, it

11   says, this is the next full paragraph, it

12   says, Epstein entered the room, introduced

13   himself, Epstein lay on the table and told

14   her to get comfortable, blank could not

15   remember if he was naked or if he entered the

16   room with a towel.  Blank stated she provided

17   the massage wearing her panties.  She

18   continued rubbing his thighs and feet.  Blank

19   advised he turned over on his back and

20   continued to rub his legs with oil.  Epstein

21   touched her breast and began to masturbate.

22   I asked if she knew what circumcised and

23   uncircumcised meant.  She stated circumcised

24   is when the penis had no foreskin.

25              Then jumping down to the next



```
1           G Maxwell - Confidential
2    paragraph, it says, Blank became upset,
3    crying hysterically and stated she was paid
4    and also instructed to have sex with Epstein
5    and ███████████████ by Epstein.
6              Do you see that there?
7    A.    I do.
8    Q.    Are you aware that there were
9    underage minors in the Palm Beach house that
10   were required to give sexual massages to
11   Jeffrey Epstein?
12             MR. PAGLIUCA:  Objection to the
13        form and foundation.  This has been
14        asked and answered already.  Now you are
15        just reading a document.
16             MS. McCAWLEY:  I am allowed to take
17        this deposition.
18   A.    I already testified --
19   Q.    Are you aware there were underage
20   girls, 30 of them, in this police report that
21   were assaulted by Jeffrey Epstein in the Palm
22   Beach house during the time you are working
23   there?
24   A.    I am aware that Virginia has
25   lied repeatedly --
```



Page 88

1          G Maxwell - Confidential

2          Q.   I'm not asking about Virginia.  I'm

3      asking if you are aware that there were over

4      30 underage girls who gave reports to police

5      officers during the time you worked for

6      Jeffrey Epstein.  Are you aware of that?

7               MR. PAGLIUCA:  Counsel, what is

8          your factual basis for asserting there

9          are 30 underaged people who gave

10         reports?

11              MS. McCAWLEY:  I don't have to

12         answer that.

13              MR. PAGLIUCA:  Are you representing

14         as an officer of the court that you have

15         personal knowledge that there are 30

16         people referenced in these police

17         reports?

18              MS. McCAWLEY:  That's my

19         understanding, that there are 30 girls.

20              MR. PAGLIUCA:  How is that your

21         understanding if these are redacted

22         reports?

23              MS. McCAWLEY:  By reading through

24         the reports.

25              MR. PAGLIUCA:  So you have personal



1          G Maxwell - Confidential

2          knowledge there are 30 people --

3               MS. McCAWLEY:  Just like can you if

4          you read through -- I will not argue

5          with you counsel.. she can answer yes or

6          no.

7          Q.   Are you aware there were over 30

8     individuals who were minors who gave reports

9     to police just like the one we just read that

10    they were sexually assaulted by Jeffrey

11    Epstein in the Palm Beach home during the

12    years that you were working with him?

13              MR. PAGLIUCA:  Objection to the

14         form and foundation.  You can answer if

15         you have knowledge.

16         A.   I already testified I was limited

17    in the house, a couple of days, there is no

18    way I knew.  I have read these reports.  I

19    cannot testify to 30.  Given the experience

20    I've had with Virginia's lies, it's very hard

21    for me to testify about what I see.  I can

22    tell from you my personal knowledge I did not

23    know what you are referring to.

24         Q.   You did not know there were

25    underage girls in the home that were being



 1          G Maxwell - Confidential

 2     assaulted by Jeffrey Epstein during the time

 3     you were working there?

 4          A.    Based on the lies that I have

 5     already been told, I cannot comment on any --

 6          Q.    Are you saying these 30 girls are

 7     lying when they gave these reports to police

 8     officers?

 9          A.    I'm not testifying to their lies.

10     I'm testifying to Virginia's lies.

11          Q.    I am not asking about Virginia's

12     lies.

13          A.    I can only testify to Virginia's

14     lies.  I can testify to having read these

15     reports.  I cannot testify to anything else

16     about them.

17          Q.    So your testimony is that during

18     the time you were working there, you did not

19     know that these minor children were being

20     abused in the home while you were there?

21          A.    What I have already told you and I

22     will repeat, I was in the house very limited

23     times, very few times.  I do not know what

24     you are referring to.  I've read these

25     reports but based on the lies that Virginia



1          G Maxwell - Confidential

2    has perpetrated, cannot tell you what is true

3    or factual or not.

4          Q.   You said you were in the home a

5    very limited time, so average in the year for

6    example, 2004, how many times would you have

7    been in his Palm Beach home?

8          A.   Very hard for me to state but very

9    little.

10         Q.   How about his New York home?

11         A.   Same.

12         Q.   Were you his girlfriend in that

13   year, in 2004?

14         A.   Define what you mean by girlfriend.

15         Q.   Were you in a relationship with him

16   where you would consider yourself his

17   girlfriend?

18         A.   No.

19         Q.   Did you ever consider yourself his

20   girlfriend?

21         A.   That's a tricky question.  There

22   were times when I would have liked to think

23   of myself as his girlfriend.

24         Q.   When would that have been?

25         A.   Probably in the early '90s.



1           G Maxwell - Confidential

2      Q.    In your responsibilities in working

3  for Jeffrey, would you book massages for him

4  on any given day so that he would have a

5  massage scheduled?  Would you take a call for

6  example and book a massage for him?

7           MR. PAGLIUCA:  Objection to the

8      form and foundation.

9      Q.    You can answer.

10     A.    Typically, that was not my

11  responsibility.  He would either book the

12  massage himself or one of his other

13  assistants would do that.

14     Q.    From time to time you had to do

15  that?

16          MR. PAGLIUCA:  Objection to the

17     form and foundation.

18     A.    Like I said, typically it was

19  somebody else's responsibility.

20     Q.    If you were unable to book a girl

21  for a massage on a given day, would that mean

22  that you were responsible for giving him a

23  sexual massage?

24          MR. PAGLIUCA:  Objection to the

25     form and foundation and I instruct you



Page 93

1          G Maxwell - Confidential

2          not to answer any questions about any of

3          your consensual adult sexual activity.

4          Q.   So you are not going to answer that

5     question?

6          A.   You just heard my counsel.

7          Q.   Have you ever said to anybody that

8     recruiting other girls to perform sexual

9     massages for Jeffrey Epstein takes the

10    pressure off you?

11              MR. PAGLIUCA:   Object to the form

12         and foundation.

13         A.   Repeat the question and break it

14    out.

15         Q.   Have you ever said to anybody that

16    you recruit girls --

17         A.   Stop right there.  I never

18    recruited girls, let's stop there.  Now

19    breakdown the question.

20         Q.   Have you ever said to anybody --

21         A.   By girls, we are talking about

22    underage people -- you said girls, are you

23    talking about underage -- we are not talking

24    about consensual acts -- this is a defamation

25    suit.



Page 94

```
 1              G Maxwell - Confidential
 2         Q.    I'm asking the questions.  I know
 3    what this case is about.  I'm trying to -- I
 4    will ask you questions if you don't
 5    understand the question I can break it down
 6    for you.  I'm happy to do that.
 7         A.    Break it down a lot please.
 8         Q.    I will do that.
 9              The question is, have you ever said
10    to anybody that you recruit other girls --
11         A.    Why don't you stop there.
12         Q.    Let me finish my question.
13              Have you ever said to anybody that
14    you recruit girls to take the pressure off
15    you, so you won't have to have sex with
16    Jeffrey, have you said that?
17              That's the question?
18         A.    You don't ask me questions like
19    that.  First of all, you are trying to trap
20    me, I will not be trapped.  You are asking me
21    if I recruit, I told you no.  Girls meaning
22    underage, I already said I don't do that with
23    underage people and as to ask me about a
24    specific conversation I had with language, we
25    talking about almost 17 years ago when this
```



Page 95

```
 1          G Maxwell - Confidential
 2    took place.  I cannot testify to an actual
 3    conversation or language that I used with
 4    anybody at any time.
 5         Q.   Have you ever said to anybody that
 6    you recruit other females over the age of 18
 7    to take the pressure off you to having to
 8    have sex with Jeffrey?
 9         A.   I totally resent and find it
10    disgusting that you use the word recruit.  I
11    already told you I don't know what you are
12    saying about that and your implication is
13    repulsive.
14         Q.   Answer my question.
15         A.   I just did.
16         Q.   Have you ever said to anybody that
17    you recruit females --
18         A.   I don't recruit anybody.
19         Q.   That's an answer.  So you never
20    said that?
21         A.   I'm testifying that I cannot
22    testify to an actual language --
23         Q.   It's a yes or no.
24         A.   I will not testify to an actual
25    statement made 17 years ago, so I cannot
```



Page 96

1           G Maxwell - Confidential

2   testify to actual language.

3        Q.   So you won't testify to anything

4   I'm asking you 17 years ago about a statement

5   you made.  How do you know it's 17 years ago?

6        A.   We are talking about a time in

7   2000, right?

8        Q.   Have you ever said that to anybody?

9        A.   I'm 54 years old so you are asking

10  me in my entire life, what words are you

11  asking me in my entire life?

12       Q.   Your entire life is limited by the

13  time you were with Jeffrey, this is the

14  question.

15       A.   Let's time limit the question you

16  are asking me.

17       Q.   So from, let's say, I think you

18  said you started with him in 1992, is that

19  correct, and finished with him in 2009.

20           So from 1992 to 2009 have you ever

21  said to anybody that you recruit other and we

22  will start with girls to take the pressure

23  off you to have sex with Jeffrey?

24           MR. PAGLIUCA:  Objection to the

25           form and foundation.



1          G Maxwell - Confidential

2       A.   First of all I resent and despise

3   the world recruit.  Would you like to define

4   what you mean by recruit and by girls, you

5   mean underage people.  I never had to do

6   anything with underage people.  So why don't

7   you reask the question in a way that I am

8   able to answer it.

9       Q.   I'm asking if you ever said that to

10  anybody.  So if you don't understand the word

11  recruit and you never used that word then the

12  answer to that question would be no.

13      A.   I have no memory as I sit here

14  today having used that word.

15      Q.   Did you ever meet an underage girl

16  in London to introduce her to Jeffrey to

17  provide him with a massage?

18          MR. PAGLIUCA:  Objection to the

19      form and foundation.

20      A.   Run that past me one more time.

21      Q.   Did you ever meet an underage girl

22  in London to introduce her to Jeffrey to

23  perform a massage?

24          MR. PAGLIUCA:  Same objection.

25      A.   Are you asking me if I met anybody



```
 1            G Maxwell - Confidential
 2    that was underage in London specifically to
 3    provide a massage to Jeffrey, is that your
 4    question?
 5         Q.   Yes.
 6         A.   No.
 7         Q.   Do you know who ████████████ is?
 8         A.   I don't recall her right now.
 9         Q.   Do you know if -- strike that.
10              During the time that you were
11    working for Jeffrey, did you ever observe any
12    foreign females, so in other words, not from
13    the United States, that were brought to
14    Jeffrey's home to perform massages?
15              MR. PAGLIUCA:  Objection to the
16         form and foundation.
17         A.   Females, what age are we talking?
18         Q.   Any age.
19         A.   Can you repeat the question?
20         Q.   During the time you were working
21    for Jeffrey, did you ever observe any foreign
22    females of any age that were at Jeffrey's
23    home to perform a massage?
24              MR. PAGLIUCA:  Objection to the
25         form and foundation.
```



1          G Maxwell - Confidential

2          A.    Are you asking me if any foreigner,

3    not an American person, gave Jeffrey a

4    massage?

5          Q.    Yes.

6          A.    Well, as I sit here today, I can't

7    think of anyone who is foreign.  Certainly --

8    I just can't think of anybody right this

9    second.

10         Q.    How about any foreign girls who

11   were under the age of 18?

12         A.    I already testified to not knowing

13   anything about underage girls.

14         Q.    Were there foreign girls who were

15   brought to Jeffrey's home by ████████████

16   for the purposes of providing massages?

17              MR. PAGLIUCA:  Objection to the

18         form and foundation.

19         A.    I am not aware of ████████ bringing

20   girls.  I have not no idea what you are

21   talking about.

22         Q.    You have never been around foreign

23   girls who are under the age of 18 at

24   Jeffrey's homes?

25              MR. PAGLIUCA:  Objection to the



```
1            G Maxwell - Confidential

2        form and foundation.

3        A.   I already testified about not

4   knowing about underage girls.

5        Q.   Did you provide any assistance with

6   obtaining visas for foreign girls that were

7   under the age of 18?

8        A.   I've never participated in helping

9   people of any age to get visas.

10        Q.   Did Jeffrey, was it Jeffrey's

11   preference to start a massage with sex?

12            MR. PAGLIUCA:  Objection to the

13        form and foundation.

14        A.   I think you should ask that

15   question of Jeffrey.

16        Q.   Do you know?

17        A.   I don't believe that was his

18   preference.  I think -- you have to

19   understand, a massage -- perhaps you are not

20   really familiar with what massage is.

21        Q.   I am, I don't need a lecture on

22   massage.

23        A.   I think you do.

24            MR. PAGLIUCA:  No question pending.

25        She will ask you another question now.
```



Page 101

1            G Maxwell - Confidential

2        A.    Massage is for health benefits.

3        Q.    When did you first meet Jeffrey?

4        A.    Some point in 1991.

5        Q.    And did Jeffrey know your father?

6        A.    No.

7        Q.    How were you introduced to Jeffrey?

8        A.    Some friend introduced us.

9        Q.    Can you describe your relationship

10   back in 1991, was it friendship or was it

11   girlfriend relationship or was it a work

12   relationship, what was your relationship in

13   1991?

14       A.    It was just friendly.

15       Q.    Then I believe you testified you

16   began working for him in 1992, is that

17   correct?

18       A.    Yes.

19       Q.    In 1992 I know you gave me the

20   description of the work that you were

21   performing for him, how much was he paying

22   you, do you remember?

23       A.    I don't recall.

24       Q.    Do you know for example in 2001 how

25   much he was paying you?



1            G Maxwell - Confidential

2        A.    I don't recall.

3        Q.    Did it change over the years or did

4    the payment remain the same?

5        A.    I believe over the course of time

6    it increased a little bit.

7        Q.    Was that the -- was that payment

8    the payment that -- was the payment made with

9    respect to the jobs, the work you were

10   performing for Jeffrey, was that your sole

11   income at that time?

12           MR. PAGLIUCA:  I object to the

13        form.  I'm also going to instruct you

14        not to answer about sources of -- your

15        personal sources of income outside of

16        Mr. Epstein at all.

17           MS. McCAWLEY:  What's the basis for

18        that?

19           MR. PAGLIUCA:  It's confidential,

20        it's not part of this lawsuit.

21           MS. McCAWLEY:  We have a protective

22        order and it is part of this lawsuit

23        with respect to our damage claims.

24           MR. PAGLIUCA:  It's not and, in

25        fact, you are not entitled to ask



Page 103

1        G Maxwell - Confidential

2        financial information of a defendant in

3        this kind of case, in a defamation case

4        unless and until there is a finding that

5        you are entitled to punitive damages.

6        That is clear in New York case law, both

7        state and Federal.

8            MS. McCAWLEY:   We disagree on that

9        point and we will come back to that.

10       Q.   From the source of payment from the

11   source of Jeffrey, from your work, can you

12   give me a range on that, do you know was it

13   over $100,000?

14       A.   I just testified I don't recall.

15       Q.   You don't don't know if it was

16   $500,000?

17       A.   It was less than that.

18       Q.   Somewhere between 100 and 500,

19   would that be fair to say?

20       A.   I believe it was between 100 and

21   $200,000.

22       Q.   Did Jeffrey during the time that

23   you were working for him purchase a town home

24   for you?

25       A.   The subject of the townhouse is, I



Page 104

```
 1        G Maxwell - Confidential
 2   worked for it and I had a loan, we did loans.
 3        Q.   So a loan through Jeffrey?
 4        A.   I don't recall the exact
 5   transaction.
 6        Q.   Did he purchase for you a
 7   helicopter during the time you were working
 8   for him?
 9        A.   It was his helicopter.
10        Q.   When did you obtain your pilot
11   license?
12        A.   I believe it was '98 or '99.
13        Q.   Was that for both airplanes and
14   helicopters or just helicopters?
15        A.   Just helicopters.
16        Q.   Have you ever flown ███████
17   ██████ on your helicopter?
18        A.   That is another one of Virginia's
19   lies.
20        Q.   The question is have you ever done
21   that?
22        A.   I have never flown ███████
23   ██████ at any time ever, in any helicopter,
24   in any place, any time, in any state, in any
25   country, at any time anywhere.
```



```
                                                  Page 105

 1            G Maxwell - Confidential

 2       Q.   Have you ever had dinner with

 3  ███████████████     at Jeffrey's home, at any

 4  of Jeffrey's homes?

 5       A.   No, I don't believe so.

 6       Q.   Have you traveled on Jeffrey's

 7  planes with ███████████████?

 8       A.   Yes, I have.

 9       Q.   Would that have been in 2002?

10       A.   It's very hard for me to recollect

11  exact dates but that sounds about right.

12       Q.   Was that during the time that

13  Virginia was working for Jeffrey?

14       A.   I don't know that Virginia ever did

15  work for Jeffrey.  I don't exactly know if

16  she testified to her so-called duties, we

17  know she is a serial liar so I can't testify

18  to what she did or didn't do.  So I object to

19  that characterization of her.  So repeat the

20  question, please.

21       Q.   Can you read the question back?

22            (Record read.)

23       Q.   You can answer the question.

24       A.   What was the question again?

25       Q.   When you were traveling on the
```



```
 1          G Maxwell - Confidential
 2    plane with ████████████, was that during
 3    the time, it was 2002, that you were on a
 4    flight with ████████ was that during the time
 5    Virginia was working for Jeffrey?
 6              MR. PAGLIUCA:  Object to the form.
 7         Misstates the witness' answer and if you
 8         can answer the question, you can answer
 9         it.
10         A.   Well, like I said, I don't recall
11    exactly when I flew with him.  I don't recall
12    when Virginia, we know what Virginia claims
13    when she left, so I can't answer the
14    question.  I have no idea.
15         Q.   Do you know ██████████████?
16         A.   I do.
17         Q.   How long have you known him?
18         A.   A very long time.
19         Q.   Since you were a child?
20         A.   I really -- it's so long, it's
21    really a long time ago.  I just don't recall.
22         Q.   Do you remember how you first met
23    him?
24         A.   No, I do not.
25         Q.   Did you introduce him to Jeffrey?
```



```
 1              G Maxwell - Confidential
 2         A.   That would be another of Virginia's
 3    lies and the lies you perpetrate.  I never
 4    introduced ████████████ to Jeffrey Epstein
 5    at any time ever, so just add that the to
 6    long list of lies.
 7         Q.   Did Jeffrey know ████████████████?
 8         A.   Clearly he knew him.  I think we
 9    have that answer but how -- yeah.
10         Q.   Do you know how Jeffery met ████████
11    ████████
12         A.   I do not know Jeffrey met ████████
13    ████████   What I do know is that I did not
14    introduce them.  That is one of the many
15    lies.  Are we tallying all the lies?
16         Q.   Do you know when Jeffrey met ████████
17    ████████
18         A.   I do not know when Jeffrey met
19    ██████████████.
20         Q.   Did you ever introduce ████████
21    ████████ to any girls under the age of 18 who
22    were not friends of yours children?
23         A.   I have not introduced ██████████████
24    to anyone that I am aware of other than
25    friends of mine who have kids under that age
```



```
 1          G Maxwell - Confidential
 2    that he may have met socially through me.
 3          Q.   Did you ever introduce ██████
 4    ██████ to Virginia in London?
 5          A.   I understand her story about ██████
 6    but again, her tissue of lies is extremely
 7    hard to pick apart what is true and what
 8    isn't.  Actually I wouldn't recollect her at
 9    all but for her tissue stories about this
10    situation.
11          Q.   So did you ever introduce ██████
12    ██████ to Virginia in London?
13          A.   I have no recollection.
14          Q.   Did Virginia ever stay at your home
15    in London, your town home?
16          A.   I know she claims she did but if
17    you are asking me here today to remember
18    specifically, I cannot.
19          Q.   Do you remember taking a trip with
20    Virginia to travel over to Europe, including
21    London?
22          A.   So I have seen her reports and I
23    have seen the plane reports.  I see she says
24    she was on that but again, I really have no
25    recollection of her.
```



```
 1            G Maxwell - Confidential
 2        Q.   Did you know that she was 17 at the
 3   time of that trip?
 4            MR. PAGLIUCA:   Objection to the
 5        form and foundation.
 6        A.   I have --
 7        Q.   Did you know she was 17 at the time
 8   of that trip?
 9            MR. PAGLIUCA:   Objection to the
10        form and foundation.
11        A.   I didn't even know she was on the
12   trip.
13        Q.   Did you hold her passport for her
14   when she was traveling?
15            MR. PAGLIUCA:   Objection to the
16        form and foundation.
17        A.   I have no recollection whatsoever
18   of her even being on the trip nor holding her
19   passport.
20            (Maxwell Exhibit 4, picture, marked
21        for identification.)
22        Q.   I'm showing you what we marked as
23   Maxwell Exhibit 4.
24            Can you take a look at that picture
25   for me?
```



Page 110

```
 1          G Maxwell - Confidential
 2     A.    I've looked at it.
 3     Q.    Are you in that picture?
 4     A.    I am.
 5     Q.    ████████████████████████
       █  ████████████████
 7     A.    It is.
 8          MR. PAGLIUCA:  I don't believe this
 9     has been produced to us in discovery by
10     you.
11          MS. McCAWLEY:  The picture?
12          MR. PAGLIUCA:  Yes.
13          MS. McCAWLEY:  It has.
14          MS. MENNINGER:  Is it the same
15     exact photograph.
16          MS. McCAWLEY:  I believe so.  We
17     will find one.  The picture has been
18     produced a number of times.
19          MR. PAGLIUCA:  I've seen different
20     iterations of this, I don't believe I
21     have ever seen this.
22          MS. McCAWLEY:  We had them blow it
23     up on a page so she could see it.  We
24     could use an article.
25          While you are looking for that, I
```



```
 1          G Maxwell - Confidential
 2          will skip ahead.  Hold that until we can
 3          find one that has the Bates range on it.
 4          Q.   Do you recall Virginia being at
 5     your London town home?
 6          A.   I do not.
 7          Q.   Do you recall going to dinner with
 8     ███████████, Jeffrey Epstein and Virginia
 9     Roberts in London, at any time?
10          A.   I do not.
11          Q.   Do you recall going to a place
12     called ██████████ with ███████████, Jeffrey
13     Epstein and yourself and Virginia Roberts?
14          A.   I would just like to state for the
15     record ████████████████████████████████████
██ █████████████████████████████████████████████
██ █████████████████████████████████████████████
██ ██████████████████████    █████████████████████
██ ████████████████████████████████████████████
██ ███████████  I do not have any recollection of it
21     and I doubt it actually happened.
22          Q.   You don't recall that.
23          Do you recall taking Virginia
24     shopping when you were in London to buy an
25     outfit to meet █████████████
```



Page 112

```
 1              G Maxwell - Confidential
 2       A.   No, I don't.
 3       Q.   Where in your town home -- we will
 4  come back to that.
 5            Do you have guest bedrooms in your
 6  town home in London?
 7       A.   I do.
 8       Q.   How many?
 9       A.   Two.
10       Q.   Did ███████████  ever visit
11  Jeffrey and you in New York?
12       A.   Yes.
13       Q.   Do you remember him visiting you
14  and Jeffrey in New York in the spring of
15  2001?
16       A.   Again, I can't testify to any
17  specific dates.
18       Q.   So you don't have a recollection of
19  that?
20       A.   I have a recollection -- you've
21  asked me if I have a recollection of being in
22  New York but if you are asking for a date, I
23  cannot confirm that date.
24       Q.   Do you remember ██████████  being
25  present in New York for a party where ██████
```



Page 113

```
 1           G Maxwell - Confidential
 2    ██████ was also present?
 3       A.   I don't recollect.
 4       Q.   Do you recall ever giving ██████
 5    ██████ a gift of a puppet that was in the
 6    same -- that looked like him?
 7       A.   I never gave him a gift of a
 8    puppet.
 9       Q.   Did Jeffrey ever give him a gift of
10    a puppet?
11       A.   No, not that I am aware of.
12       Q.   Have you ever given him any gifts?
13           MR. PAGLIUCA:  Objection,
14       foundation.
15       A.   I know ██████ --
16       Q.   Have you ever given him any gifts
17    that you remember when he came to Jeffrey's
18    home in New York?
19       A.   I don't recall giving him any gifts
20    in New York.
21           (Maxwell Exhibit 5, picture, marked
22       for identification.)
23       Q.   I think I directed you to page
24    0034.
25           Is that a picture that was taken at
```



Page 114

```
 1          G Maxwell - Confidential
 2    your London town home?
 3          A.    I have no idea what this picture
 4    was taken.   I know what she purports it to be
 5    but I'm not going to say that I do.
 6          Q.    Do the surroundings look like your
 7    London town home?
 8          A.    They are familiar.
 9          Q.    Do you know who took this picture?
10          A.    I do not.
11          Q.    Did Jeffrey Epstein take the
12    picture?
13          A.    I just testified I don't know who
14    took the picture.
15          Q.    So you don't know if Jeffery
16    Epstein took the picture?
17          A.    When I tell you I don't know who
18    took the picture, it doesn't mean him -- I
19    don't know who took the picture.   You can
20    come up with 50 names, I still do not know
21    who took the picture.
22          Q.    Did you observe ███████████ go
23    into a room with Virginia alone in your town
24    home?
25          A.    I cannot recall.   As I have said,
```



Page 115

```
1           G Maxwell - Confidential
2    no.
3           Q.   Did ████████████ ever tell you
4    that he had sex with Virginia Roberts?
5           A.   He did not.
6           Q.   Did Jeffrey Epstein ever tell you
7    that ████████████ had sex with Virginia
8    Roberts?
9           A.   He did not.
10          Q.   Did ████████████ ever visit -- let
11   me back up for a moment.  We talked about
12   Jeffrey's homes, did Jeffrey have a home in
13   the U.S. Virgin islands called Little St.
14   James?
15          A.   Yes.
16          Q.   Did ████████████ ever visit that
17   island -- are you aware of ████████████ ever
18   visiting Jeffrey's island?
19          A.   I am aware of that, yes.
20          Q.   Do you know how many times he
21   visited?
22          A.   I do not.
23          Q.   Do you know if he visited when
24   Virginia was on the island?
25          A.   I do not.
```



```
 1          G Maxwell - Confidential
 2      Q.   Were you present on the island when
 3   ███████████   visited?
 4      A.   Yes.
 5      Q.   How many times?
 6      A.   I can only remember once.
 7      Q.   Were there any girls under the age
 8   of 18 on the island during that one visit
 9   that you remember that were not family or
10   friends of or daughters of your friends?
11          MR. PAGLIUCA:  Objection to the
12      form and foundation.
13      A.   There were no girls on the island
14   at all.  No girls, no women, other than the
15   staff who work at the house.  Girls meaning,
16   I assume you are asking underage, but there
17   was nobody female outside of the cooks and
18   the cleaners.
19      Q.   Did you, as part of your duties in
20   working for Jeffrey, ever arrange for
21   Virginia to have sex with ████████████?
22          MR. PAGLIUCA:  Objection to the
23      form and foundation.
24      A.   Just for the record, I have never
25   at any time, at anyplace, in any moment ever
```



1           G Maxwell - Confidential

2    asked Virginia Roberts or whatever she is

3    called now to have sex with anybody.

4           Q.   Did you ever provide Virginia

5    Roberts with an outfit, an outfit of a sexual

6    nature to wear for ███████████?

7                MR. PAGLIUCA:   Objection to the

8           form and foundation.

9           A.   I think we addressed the outfit

10   issue.

11          Q.   I am asking you if you ever

12   provided her with an outfit of a sexual

13   nature to wear for ███████████?

14          A.   Categorically no.  You did get

15   that, I said categorically no

16          Q.   Don't worry I'm paying attention.

17          A.   You seemed very distracted in that

18   moment.

19               (Maxwell Exhibit 6, flight logs,

20          marked for identification.)

21          A.   Do you mind if I take a break for

22   the bathroom.

23          Q.   It's 11:08 and we are going to go

24   off the record now.

25               THE VIDEOGRAPHER:  It's now 11:09.



Page 118

```
1           G Maxwell - Confidential
2        We are off the record.
3            (Recess.)
4            THE VIDEOGRAPHER:  It's now 11:26,
5        we are back on the record and starting
6        disk No. 3.
7        Q.   Ms. Maxwell, I think I handed you
8    right before the break, did I hand you the
9    flight logs, they look like this.  Did I mark
10   those yet, I thought I did.
11       A.   I don't believe I have it.
12       Q.   These admittedly are a little
13   difficult to read so what I'm going to
14   provide you with to assist is I have a chart
15   that has the airport codes, because it will
16   have, for example, just for the record
17   reflects that the first page of document
18   ▮▮▮▮, it will have a code in the from line
19   that says PBI, for example, to TEB so I a
20   chart that matches up, just in case you don't
21   understand what those letters mean, PBI
22   meaning Palm Beach, TEB meaning Teterboro,
23   which is New Jersey, but others are more
24   difficult but just for you to be able to
25   understand the logs, I will provide you with
```



```
 1          G Maxwell - Confidential
 2     that.
 3          MR. PAGLIUCA:  So we are clear, if
 4       the witness has personal knowledge of
 5       what these are that's fine but I don't
 6       know what these are and I don't expect
 7       the witness to accept the representation
 8       that they are what they are.
 9          MS. McCAWLEY:  If she can testify
10       to what city it is, she can state that
11       on the record.
12          MR. PAGLIUCA:  If she knows what it
13       is, she knows what it is, we are not
14       putting any affirmatively on the record
15       until you ask your questions.
16       Q.   So I'm going to ask you and I think
17     we flagged a few of the pages which may
18     direct us a little bit easier but I will do
19     it by Bates number which is at the bottom of
20     the document kind of at the side.
21          The first I will direct your
22     attention to is ███████
23       A.   Does it have a tab?
24       Q.   It should.  Let me make sure.
25       A.   Yes it does.
```



Page 120

1            G Maxwell - Confidential
2        Q.   So I'm directing your attention to
3    the bottom, two lines up from the bottom,
4    there is a flight --
5             MR. PAGLIUCA:   Are you on ▇
6             MS. McCAWLEY:   ▇
7        Q.   So this flight is from, the one I'm
8    looking at, I think it's highlighted on your
9    copy.  On the far corner on the date, it says
10   ▇ at the top and this would be the ▇
11   and then the ▇ are the two I'm going to
12   direct your attention to.
13       Q.   On that first one on the ▇ you
14   will see the column reading PBI in the from
15   column to TEB in the to column and you will
16   see some initials, you will see JE for
17   Jeffrey Epstein, GM for Ghislaine Maxwell, ▇
18   for ▇ and then Virginia?
19       A.   I have to object.
20            MR. PAGLIUCA:   You don't get to
21       object.
22       Q.   She is turning into a lawyer
23   already?
24       A.   I would like to.
25       Q.   Let me ask the question and if you



Page 121

```
 1          G Maxwell - Confidential
 2   have an issue -- so with respect to this
 3   flight, do you recall being on a flight in
 4   the -- ████████  ███  going from Palm Beach to
 5   Teterboro?
 6        A.   No, I don't recall any specific
 7   flight.
 8        Q.   Do you recall flying with Virginia
 9   on a flight with ████████████  and Jeffrey
10   Epstein at any time?
11        A.   I don't.
12        Q.   How often did you fly on a plane
13   with a 17 year old?
14             MR. PAGLIUCA:  Objection to form
15        and foundation.
16        A.   I have no idea what you are talking
17   about, other than friends of mine that had
18   kids.
19        Q.   Did you regularly fly on Jeffrey's
20   plane with individuals who were under the age
21   of 18?
22             MR. PAGLIUCA:  Objection to the
23        form and foundation.
24        A.   Can you repeat the question?
25        Q.   Did you regularly fly on Jeffrey
```



```
 1         G Maxwell - Confidential
 2    Epstein's planes with individuals who were
 3    under the age of 18?
 4         A.   I regularly flew on Jeffrey
 5    Epstein's airplane but I cannot testify as to
 6    flying with people under the age.  I don't
 7    believe that I did.
 8         Q.   Why wouldn't you remember flying
 9    with a 17 year old?
10              MR. PAGLIUCA:  Objection to the
11         form and foundation.
12         A.   How would I know, one, that she is
13    17, how would you know that, how do you know
14    I'm on the plane.
15         Q.   Are you saying you are not on this
16    flight, so this is a Palm Beach to Teterboro.
17    This says the JE, GM ▮ and Virginia.  The GM
18    you are saying is not you?
19              MR. PAGLIUCA:  I object to the
20         form.  You can answer the question if
21         you know.
22         A.   How do you know the GM is me.
23         Q.   Is it your testimony that on the
24    flight logs when it represents GM that it is
25    not you flying on the plane?
```



```
 1          G Maxwell - Confidential
 2             MR. PAGLIUCA:   Objection to the
 3       form and foundation.
 4       A.    GM can stand for any level, it
 5  could be Georgina, George.
 6       Q.    Are there any people that flew with
 7  Jeffrey Epstein that had the initials GM?
 8       A.    I don't know.
 9       Q.    Do you recall flying with Jeffrey
10  Epstein on his plane over 300 times during
11  the period of 1999 to 2005?
12       A.    I cannot testify to how many times
13  I was on his plane because that would just be
14  impossible.
15       Q.    You were on his plane regularly,
16  would you say?
17       A.    I already testified I was on his
18  plane regularly.
19       Q.    Is it your testimony and I'm
20  referring now to the line that we were just
21  talking about that you were not on the flight
22  from Palm Beach to Teterboro that lists JE,
23  GM, ██ and Virginia?
24       A.    I am not testifying to that.  I am
25  just saying that you cannot be sure that is
```



Page 124

1              G Maxwell - Confidential

2    me.

3         Q.   So as you sit here today, you don't

4    believe you flew on that plane?

5         A.   I'm not saying that.  I'm just

6    saying you cannot be sure that's me.

7         Q.   Do you have reason to doubt that

8    when it says GM on these flight logs that

9    that represents you?

10        A.   I cannot testify to that.  I'm just

11   saying it may not be me.

12        Q.   In looking at the flight logs and

13   look up, let's move up a couple of lines.  If

14   you start at the top, you are going to see

15   JE, ██████████, then JE, ██ █████████,

16   JE, ██ ████████, JE, GM, JE, GM, JE, GM,

17   ██████████, reposition, JE, GM, JE, GM

18   ████████████, JE, GM, ██████████, ██

19   ██████ female, ████████████

20   repositioning.  JE, GM, ██ ██████████, JE,

21   GM, ██ ██████████, JE, GM, ██ Virginia,

22   JE, GM, ██ Virginia, repositioning and then

23   a certification.

24             So is it your testimony in looking

25   at that that you do not believe that the GM



Page 125

```
 1          G Maxwell - Confidential
 2     represents you?
 3              MR. PAGLIUCA:  Objection to the
 4          form and foundation.
 5          A.    I'm not saying that.  I'm just
 6     saying that you cannot -- I can't sit here
 7     and tell you for sure GM is me and I cannot
 8     testify remembering being on a flight at that
 9     time.
10          Q.    You don't remember being on any of
11     these flights with the initial GM?
12          A.    I remember being on many flights.
13     I cannot testify that is a flight I am on.
14          Q.    Let's go to the next page which is
15     going to be ███████   I want you to look at
16     line -- so the date is at the top, so it's
17     ████████████   and if you go down, you will see
18     a line that says the █████ and if you scroll
19     over you will see PBI to TIST, if you look at
20     the airport codes, TIST is going to be
21     representative for the U.S. Virgin Islands
22     and then you will see the list on the plane
23     JE, GM, ███ and Virginia Roberts.
24              Do you recall flying from Palm
25     Beach to the U.S. Virgin Islands with
```



```
 1            G Maxwell - Confidential
 2   Jeffrey, yourself, ██████████  and Virginia
 3   Roberts?
 4              MR. PAGLIUCA:  I object to the form
 5        and just so the record is clear, we
 6        don't agree with whatever your
 7        characterizations are.  The document
 8        speaks for itself and she can answer
 9        based on whatever her personal knowledge
10        is.
11              MS. McCAWLEY:  I understand.
12        Q.   Do you recall flying with those
13   individuals from Palm Beach to the U.S.
14   Virgin Islands?
15        A.   I have no recollection of any
16   individual flight you are pointing out here.
17   You are talking about 2001, how many years
18   ago is that?
19        Q.   I'm asking the questions.
20        A.   I'm not being difficult.  I'm just
21   asking, it's like 14, 15 years ago, it's
22   impossible, I'm sorry.
23        Q.   So your testimony is you don't
24   recall flying on that flight with Virginia
25   Roberts?
```



```
1              G Maxwell - Confidential
2         A.   I cannot testify to that flight.
3         Q.   Let's look at the next flight which
4    is on the ████ from the Virgin Islands back
5    to Palm Beach, JE, Jeffrey Epstein, Ghislaine
6    Maxwell, ████████, Virginia Roberts, the
7    same individuals on the above flight.
8         A.   It doesn't say my name, it has some
9    initials.
10        Q.   I understand, the initials GM.
11             Do you recall flying on a plane, on
12   one of Jeffrey's planes from the Virgin
13   Islands to Palm Beach with Virginia Roberts?
14        A.   I do not.
15        Q.   Was there any other person that
16   flew with Jeffrey Epstein with frequency
17   during that time period in these logs that
18   have the initials GM?
19             MR. PAGLIUCA:  Objection to the
20             form and foundation.
21        A.   I would have to look at all the
22   flight logs, I have no idea, I flew
23   frequently.
24        Q.   Why don't you take a look at the
25   next three pages and see if that refreshes
```



Page 128

```
 1          G Maxwell - Confidential
 2    your recollection.
 3              MR. PAGLIUCA:  You are talking
 4         about ████
 5              MS. McCAWLEY:  She can pick any
 6         couple of pages, those have a lot of the
 7         individuals on them so that is a good
 8         sampling.
 9              MR. PAGLIUCA:  So pick any pages
10         you want.
11         Q.   Does that refresh your recollection
12    at all as to whether GM represents you or
13    some other individual?
14         A.   Again, I can't testify whether that
15    represents me or not, I don't see any other
16    GMs but you have to understand that even if
17    my name is on that record doesn't mean I was
18    on the flight.
19         Q.   So are you contesting the accuracy
20    of the flight logs?  In other words, you said
21    it doesn't represent you are on the flight so
22    is it your testimony just because a name is
23    listed doesn't mean they were actually on the
24    flight?
25              MR. PAGLIUCA:  Objection to the
```



```
 1        G Maxwell - Confidential
 2        form and foundation.
 3        A.   I can't testify to what -- these
 4   are records that were produced by ███████████
 5   is on here, so these aren't federally
 6   mandated records, so I can't testify to what
 7   he produced.
 8        Q.   I would like you to turn to page,
 9   at the bottom, the Bates number is ████████.
10   And the month is ██████████████.
11        A.   Okay.
12        Q.   If you go down to the number that
13   is ████ that would be ██████████████ you're
14   going to see on that line an █████ which is a
15   ████████████████████████ and then you
16   will see █████ which is going to be, I'm going
17   to pronounce it incorrectly, ██████████████
18   ████████ I'm sure I'm not pronouncing that
19   correctly.  Then you will see in the list,
20   you will see JE, GM, █████ ████████████████████,
21   ████████████, it looks like --
22        A.   I believe it says male.
23        Q.   Yes.  Then ████████████████ I
24   believe.  Is that GM on this page
25   representative of you?
```



Page 130

```
 1        G Maxwell - Confidential
 2        A.   Well, this would be a flight that I
 3  would potentially remember with ████████████
 4  on it but I don't actually recall going to
 5  Russia.
 6        Q.   Are those your initials, do you
 7  recall being on the flight?
 8        A.   Those are my initials with
 9  ███████████████, I don't recall this flight
10  either, but I would be more likely to if I
11  had a bit more time to study the timing of
12  this.
13        Q.   Your testimony is you don't recall
14  flying with ███████████████ from ██████ to
15  ████████
16        A.   I don't recall the ██████ to ██████
17  flight.  I have definitely flown with
18  ████████████████.
19        Q.   On that same page you will see
20  beneath there, beneath 22 you will see the
21  indication, same as above, same as above,
22  same as above in the column that originally
23  had the initials.
24        A.   Uh-huh.
25        Q.   And the names.
```



Page 131

```
 1          G Maxwell - Confidential
 2      A.   Uh-huh.
 3      Q.   Do you recall flying with █████████
 4   █████████  from  █████████████████  to  ████████
 5   ████████
 6      A.   I do.
 7      Q.   So the GM that would be represented
 8   in that column would be you?
 9      A.   I recall going to █████████ with ████
10   █████████  so that is likely to be me.
11      Q.   You were on Jeffrey's plane for
12   that trip?
13      A.   I believe I was.
14      Q.   Do you know who ███████████████████
15   is?
16      A.   I do not.
17      Q.   I'm going back towards the front
18   which is going to be █████████ please.  And
19   you're going to see --
20      A.   Hang on I'm not --
21      Q.   Take your time.
22      A.   Okay.
23      Q.   You are going to see in the date
24   column, you will see ████████ and then about
25   halfway down you will see ███████████████████
```



Page 132

```
 1          G Maxwell - Confidential
 2    then you will see the ███████████ which
 3    is the column which is where I want you to
 4    start looking at the log and there you're
 5    going to see ██████████████████
██   ████████████████████████████████
██   █████████████    ██████████████████████
██   ██████████████████████████████████████
██   ████████████████████████████████
██   █████████████████
11          A.    Okay.
12          Q.    If you look at the column, if you
13    go back up to the top on the ████ if you look
14    at the column you will see JE, GM, ████
15    Virginia Roberts and I believe it says ████
16    ███████, sorry I'm not reading that very
17    well.
18          Do you recall flying from, if you
19    see the dates, the ████████████████████
20    ████ Do you recall a trip that went from
21    the United States to ██████ and to the places
22    I just mentioned where Virginia Roberts was
23    on the plane with you?
24          MR. PAGLIUCA:  Objection to the
25          form and foundation.
```



1           G Maxwell - Confidential

2      A.   I already testified that I don't

3  recall Virginia on any of these flights.

4      Q.   I would like to mark, as Maxwell 7,

5  I will put it at the top?

6           (Maxwell Exhibit 7, photo, marked

7           for identification.)

8           MR. PAGLIUCA:  Has this document

9           been produced in discovery?

10          MS. McCAWLEY:  Yes.

11          MR. PAGLIUCA:  Do you have a Bates

12          number?

13          MS. McCAWLEY:  This one doesn't.

14      Q.   I'm going to ask you --

15          MR. PAGLIUCA:  I don't recall

16          seeing this document so I would like to

17          see a Bates number document before we

18          ask questions about it.

19          MS. McCAWLEY:  Can you go look for

20          it and I will continue.  We will set

21          that aside until we get a Bates number.

22          You may want to leave that log up and

23          set it to the side and we will bounce

24          back to that.

25      Q.   Do you recall -- I think earlier



Page 134

```
 1          G Maxwell - Confidential
 2    you said you visited Jeffrey's island, I
 3    think they called it St. Jeffrey or St.
 4    James, the U.S. Virgin Island home.
 5          A.   St. James.
 6          Q.   Do you recall whether ██████████
 7    ██████ was ever on that island?
 8          A.   Categorically, definitively,
 9    absolutely, without a shadow of a doubt, when
10    I was present or any other time that I am
11    aware of, was ██████████████ ever on that
12    island, I do not believe he went to that
13    island ever ever, that is an absolute
14    fabrication and an absolute flat out lie.
15          Q.   Was █████████████████████
██ ████████████ ever at any of Jeffrey
17    Epstein's homes when you present, other than
18    the island I know you said that did not
19    happen, the home in either New York or Palm
20    Beach or New Mexico?
21          A.    I do not believe at any time
22    ██████████████ was at any of Jeffrey's
23    homes, I have absolutely no knowledge or
24    otherwise that he was ever there.
25          Q.   You don't recall having dinner with
```



Page 135

1          G Maxwell - Confidential

2     him at any of those homes?

3          A.   Again, Virginia is absolutely

4     totally lying.  This is a subject of

5     defamation about Virginia and the lies she

6     has told and one of lies she told was that

7     President Clinton was on the island where I

8     was present.  Absolutely 1000 percent that is

9     a flat out total fabrication and lie.

10          Q.   You did fly on planes, Jeffrey

11     Epstein's planes with President Clinton, is

12     that correct?

13          A.   I have flown, yes.

14          Q.   Would it be fair to say that

15     President Clinton and Jeffrey are friends?

16          A.   I wouldn't be able to characterize

17     it like that, no.

18          Q.   Are they acquaintances?

19          A.   I wouldn't categorize it.

20          Q.   He just allowed him to use his

21     plane?

22          A.   I couldn't categorize Jeffrey's

23     relationship.

24          Q.   When you were on the plane with

25     Jeffrey and President Clinton, did you



Page 136

```
 1          G Maxwell - Confidential
 2    observe Jeffrey and ███████████
 3    talking?
 4         A.   I'm sure they did.
 5         Q.   Did they seem friendly?
 6         A.   I don't recollect.
 7         Q.   Was Epstein one of the original
 8    people that conceived the ███████████
 9    █████████
10              MR. PAGLIUCA:  Objection to the
11         form and foundation.
12         Q.   Do you know?
13         A.   I don't have -- I don't know what
14    you are talking about.
15         Q.   You don't know what I'm talking
16    about.
17              Did you ever, not at one of houses,
18    but did you ever eat dinner with ██████████
19    █████████  and Jeffrey Epstein?
20         A.   Are you just talking in general
21    anywhere.
22         Q.   In general?
23         A.   I believe on a plane of this nature
24    we would have had a meal.
25         Q.   But not outside of the travel on
```



```
 1          G Maxwell - Confidential
 2     the flights?
 3          A.   I can't recollect having a meal
 4     with them, but just so we are clear, the
 5     allegations that ████████ had a meal on
 6     Jeffrey's island is 100 percent false.
 7          Q.   But he may have had a meal on
 8     Jeffrey's plane?
 9          A.   I'm sure he had a meal on Jeffrey's
10     plane.
11          Q.   You do know how many times he flew
12     on Jeffrey's plane?
13          A.   I don't.
14          Q.   Do you know who ██████████ is?
15          A.   I do.
16          Q.   How do you know him?
17          A.   He used to work or still works for
18     ██████████████
19          Q.   Did you ever have a relationship
20     with him?
21          A.   We are talking about adult
22     consensual relationships, it's off the
23     record.
24          Q.   I'm not asking what you did with
25     him, I'm asking if you ever had a
```



Page 138

```
 1          G Maxwell - Confidential
 2    relationship with him?
 3              MR. PAGLIUCA:  If you understand
 4          the term relationship, certainly you can
 5          answer that.
 6          A.    Define relationship.
 7          Q.    Somebody that you would have spent
 8    time together, either seeing them in a
 9    romantic relationship or --
10          A.    You need to be, what do you mean by
11    romantic.   I was friends with ████ but you
12    are suggesting something more so I want to be
13    clear what you are actually asking me.
14          Q.    You defined it.  You said you were
15    friends with him.  If that's what you were
16    that's all I need to know.
17              While you were on the trip with
18    ███████████, do you recall where you
19    stayed at these locations, in other words,
20    would you leave the jet and stay overnight at
21    a hotel, do you have a recollection of this
22    trip?
23          A.    I recollect the trip but if you're
24    asking me where we stayed, you can see it's a
25    very fast paced trip.  It was very tiring and
```



Page 139

```
 1          G Maxwell - Confidential
 2   I don't recollect where we stayed.
 3        Q.    Do you recollect if you stayed at
 4   the same place ██████████████ stayed?   In
 5   other words, if you left the plane to go a
 6   hotel did you all go together is your
 7   recollection?
 8        A.    I honestly don't recollect, no.
 9        Q.    Part of this trip we were just
10   talking about, there is a flight that goes to
11   Thailand, do you remember being in Thailand?
12             MR. PAGLIUCA:   Objection to the
13        form and foundation.
14        A.    Are you asking me --
15        Q.    On the ███████████████ trip.
16        A.    Are you referencing something?
17        Q.    The part that, let me make sure
18   I've got it here.   The entry that would be
19   the Thailand, would be the one -- let me make
20   sure I'm correct.   I have you on the wrong
21   page, it's actually the page before.   It's
22   going to be ██████   And it's going to be the
23   entry on █████ starting on ████████ and then
24   it goes down to where it has the same as
25   above, to ██████████████ -- I'm saying
```



Page 140

1        G Maxwell - Confidential

2     ████████████████████████████████

3            MR. PAGLIUCA:  That's what the

4        document says.

5        Q.   I'm not representing the date but

6     there it is.  So the last leg of that where

7     it says same as above has, the second to

8     last, I'm sorry on the ████████████████████

█      ████████████████████████████

10           Do you remember being in Thailand

11    with ██████████████████?

12       A.   I do.

13       Q.   Do you remember what the purpose of

14    that trip was?

15       A.   I don't.

16       Q.   Do you know whether -- do you

17    recall, did you stay the night in Thailand?

18       A.   I don't recall.

19       Q.   Do you recall why you went to

20    Thailand?

21       A.   I don't recall.

22       Q.   Who is ████████████████?

23       A.   She I believe was a stewardess on

24    this flight.

25       Q.   Did she perform any massages on the



Page 141

```
 1          G Maxwell - Confidential
 2     flight?
 3          A.   I don't recollect any massages on
 4     the flight.
 5          Q.   Do you know who ████████████ is?
 6          A.   It doesn't -- no I don't know who
 7     that is, I can't recall.
 8          Q.   This is not in color, it's a black
 9     and white but it has the Bates label on it.
10     Should I take the sticker off the one that
11     has -- I don't know if you want to swap it.
12              MR. PAGLIUCA:  Let the record
13          reflect I am replacing this on the black
14          and white copy of this exhibit with
15          ████████████████.
16          Q.   So, we were talking earlier, we
17     were looking at the flight logs and we were
18     talking about a trip and let me just get you
19     back to the page. ████████████████████
```



Page 142

1          G Maxwell - Confidential

2          Q.   Can I direct your attention to the

3     picture, please.

4          A.   Of course.

5          Q.   Can you tell me who is in this

6     picture, who is pictured here, and for the

7     court reporter's benefit, can you go from the

8     left of the picture to the right of the

9     picture, to the extent you can identify the

10    individuals?

11         A.   Sure.  I cannot identify the person

12    on the left, I cannot identify the person

13    next left.  I can identify Jeffrey Epstein.

14    I cannot identify the next person to his

15    right and the next person in the picture is

16    myself.

17         Q.   Is the individual all the way to

18    the left at the beginning of the picture,

19    does that resemble ████████.  You might

20    want to look at the color version if that

21    helps you at all, I know it's not the marked

22    one.  I don't if that's easier to see, they

23    are both dark.

24         A.   That does not look like ████████

25    at all.



1          G Maxwell - Confidential

2     Q.    Do you recall --

3          MR. PAGLIUCA:  Let's mark this then

4     as deposition Exhibit 8 since we are

5     referring to it and then you can give us

6     copies as well.

7          MS. MENNINGER:  It's different

8     because it has other people in this

9     color photo.

10         (Maxwell Exhibit 8, photo, marked

11     for identification.)

12    Q.    Do you recall who took this

13 photograph?

14    A.    I do not.

15    Q.    Do you recall this photograph being

16 taken by Virginia?

17    A.    First of all, I don't know where we

18 are.

19    Q.    So you don't recognize the

20 building?

21    A.    I don't recognize the building and

22 I don't recognize -- the only two people I

23 recognize in the picture are Jeffrey and

24 myself.

25    Q.    Does this like look a picture of a



Page 144

```
 1          G Maxwell - Confidential
 2    building that you would have seen when you
 3    were on the trip in Europe?
 4          MR. PAGLIUCA:  Objection to the
 5       form and foundation.
 6       A.   I can't possibly answer that.
 7       Q.   Do you recall Virginia ever taking
 8    pictures?
 9       A.   I barely recall Virginia, period.
10       Q.   Do you recall her ever taking
11    pictures?
12       A.   No, I don't.
13       Q.   I'm going to direct your attention,
14    still within the flight logs to -- starting
15    on the next page from where you just were
16    which is going to be ████████  And the date at
17    the top says █████   you will see ██████  and I'm
18    directing your attention down towards the
19    middle to the bottom where you will see the
20    numbers ████████████████
21       A.   Uh-huh.
22       Q.   And we've got actually I'm going to
23    direct your attention to the one that starts
24    with ████████████████████████████
   ██  ██████████████████████████████
```



```
 1           G Maxwell - Confidential
 2   and in the line, the remarks line you will
 3   see JE, GM, ██ ██ ██ ██████████ ██
     █ ████████████████████████?
 5           MR. PAGLIUCA:  Are you reading the
 6       29th, is that what you're reading?
 7           MS. McCAWLEY:  I'm reading the
 8       29th, yes.
 9       Q.   Below that you will see JE, GM, ██
10   ████████████████████████████████████
11   ██████
12           Do you see that?
13       A.   I do.
14       Q.   Do you recall a trip from Teterboro
15   to Santa Fe and Santa Fe back to Palm Beach
16   with these individuals?
17       A.   I don't.
18       Q.   Do you recall being on a plane with
19   ████████████  and Virginia Roberts?
20       A.   I don't.
21       Q.   Do you recall ever witnessing any
22   sexual interaction on one of Jeffrey's planes
23   with any of these individuals?
24       A.   I do not, absolutely not.
25       Q.   Did Jeffrey have a fold out bed on
```



Page 146

1            G Maxwell - Confidential

2    one of his planes?

3        A.    There was a bed on one of his

4    planes that folded out, yes.

5        Q.    Do you recall whether with respect

6    to this being in Santa Fe, do you recall

7    whether you were there for some form of a

8    party?

9            MR. PAGLIUCA:  Objection to the

10        form and foundation.

11        A.    I don't recall the trip at all and

12    this looks like a total work trip, not a

13    party trip.

14        Q.    What would be the difference

15    between a work trip and a party trip?

16        A.    Just that I would be on trips for

17    work and I believe that this looks like, 

18    looks like it's one of the -- probably one of

19    the designers and the time would meet with a

20    trip to decorate the house, just the timing

21    of it.

22        Q.    So would Virginia be brought on

23    trips that were for the purpose of work and

24    decorating the house?

25        A.    Like I said, I never worked with

Page 147

1           G Maxwell - Confidential

2    her but you would have to ask Jeffrey what he

3    brought her on the trip for.

4         Q.   But she would travel with him when

5    there was a work trip like this?

6         A.   I can't -- I'm seeing that she is

7    on this flight but I have no idea what she is

8    doing, he invited her, it would not be my

9    job.

10        Q.   What about Nadia Bjorlin, would she

11   regularly travel with Jeffrey on flights?

12        A.   I have no idea, you would have to

13   look through the flight logs.  I have no

14   idea.

15        Q.   Your recollection is -- what is

16   your recollection, do you recollect Nadia

17   traveling often on flights with Jeffrey?

18        A.   Absolutely not.  No, not at all.  I

19   don't recollect her actually on the flight at

20   all.

21        Q.   I think you can set that aside for

22   the moment.

23             (Maxwell Exhibit 9, message pad

24        pages, marked for identification.)

25        Q.   We will mark as Exhibit 9 these



```
 1          G Maxwell - Confidential
 2     excerpts from -- we will identify what they
 3     are but from the message pads.
 4              Did you want to correct anything?
 5       A.    I want to make an addendum.
 6              Would you mind rereading the last
 7     question back to me?
 8              (Record read.)
 9       A.    I also just want to say that at
10     this point I cannot recollect flying to
11     parties.  Jeffrey went for work so -- was
12     this in Santa Fe, this flight as well.
13       Q.    The flight we were looking at, yes
14     but it was to Santa Fe --
15       A.    I don't recall going to any parties
16     in Santa Fe at any time but certainly flying
17     to Santa Fe for a party seems highly
18     improbable.
19       Q.    So I'm going to direct your
20     attention to the document that I set before
21     you which is Bates number ███████  and it
22     has different Bates numbers because it's a
23     smaller version of the larger production.
24     These are the pages I will be asking about.
25              In the time that you were working
```



```
 1         G Maxwell - Confidential
 2   with Jeffrey in Palm Beach, do you recall a
 3   process for taking, anybody at the house
 4   taking messages when incoming phone calls
 5   came in?
 6        A.   You are supposed to take a message
 7   and receive the message and write the message
 8   down.  Who was the message was for, what time
 9   it was taken and who took it and what the
10   message was, obviously.
11        Q.   Does what's in front of you look
12   familiar with respect to the message pads
13   that you would have used at the house?
14        A.   It is familiar.
15        Q.   I'm going to direct your attention
16   to the second page of it?
17        MR. PAGLIUCA:  These all have SAO
18        numbers on them or Bates ranges and I
19        don't see any of your Bates ranges on
20        these.  I know you have produced message
21        pads but those have your Bates range
22        numbers on them and I'm wondering if
23        these are different documents.
24        MS. McCAWLEY:  It's the same, just
25        ours have the Bates underneath them.
```



 1          G Maxwell - Confidential
 2          These were produced as part of the rule
 3          26 discovery.  We can get the additional
 4          Bates if you want.
 5          Q.   The one I'm asking about first is
 6     the ███████.  You can look at that and then
 7     I will identify the Bates number referenced
 8     in this case.
 9              I want to direct your attention to
10     the top right-hand corner just so I have an
11     understanding of how these messages were
12     taken.  So I see that it says at the top it
13     says in the for line it says Ms. Maxwell and
14     the date of ████████ and then I see under the
15     M line it looks like ███████████████ or
16     something like that, a phone number and a
17     message saying returning your call and on the
18     bottom it looks like ████████
19              Explain to me, is this -- does this
20     represent ██████ taking down a message for you
21     from ████████████ is that how these work?
22              MR. PAGLIUCA:  Objection to the
23          form and foundation.  Go ahead.
24          Q.   My question is, I'm trying to
25     understand how the messages were taken.



```
 1          G Maxwell - Confidential
 2     Looking at this message pad, where it says
 3     signed ████ can you tell me who ████ was?
 4          A.   I cannot.
 5          Q.   You do not know.
 6               Typically when these messages were
 7     taken in your practice when you were there,
 8     would the individual who took the message
 9     write their name on the message?
10               MR. PAGLIUCA:  Objection to the
11          form and foundation.
12          A.   I don't recollect, you can ask who
13     wrote it so you can find out who it was.
14          Q.   Do you know who ████████ is?
15          A.   I don't.
16          Q.   I'm going to direct your
17     attention -- do we have a Bates number for
18     that?
19               MR. EDWARDS:  ████
20          Q.   Giuffre ████ for that one.
21               I will direct your attention to the
22     first page which has the ████ on it.
23          A.   Okay.
24          Q.   Now at the top of that document, on
25     the right-hand side, the message that reads
```



```
 1          G Maxwell - Confidential
 2     for JE, date ████████ , message ███████████
 3     and then it's signed GM.
 4               Is that your signature?
 5          A.   That's not my handwriting.
 6          Q.   Would other people take a message,
 7     how did this process work, is there someone
 8     else in the house with the initials GM?
 9               MR. PAGLIUCA:  Objection to the
10          form and foundation.
11          A.   I cannot answer that.  It's not my
12     handwriting.
13          Q.   I'm trying to understand how this
14     gets there.  If you took a message and didn't
15     write it down, would someone else record that
16     message for you?
17               MR. PAGLIUCA:  Objection to the
18          form and foundation.
19          A.   All I can tell you, this is not my
20     handwriting so I cannot -- I have no idea
21     what that is.
22          Q.   Was the practice that, what was the
23     practice when someone answered the phone with
24     these message pads, what were they supposed
25     to do?
```



Page 153

```
 1          G Maxwell - Confidential
 2      A.   They were supposed to take a
 3  message and the time and date and give the
 4  message.
 5      Q.   Were they supposed to indicate who
 6  took the message?
 7      A.   They were but it wasn't -- I don't
 8  really recall the actual process.  I can see
 9  from here it looks like you were supposed to
10  but that's not my handwriting so I can't say
11  what that was.
12      Q.   Do you know who ██████████████ is?
13      A.   No, I don't.
14      Q.   Do you know whether ██████████████
15  was under the age of 18?
16      A.   I just testified I couldn't
17  remember who she was so it would be difficult
18  to know how old she was.
19      Q.   Do you know if she was coming to
20  the house to provide massages?
21      A.   I don't remember who she is at all,
22  so no.
23      Q.   And then I would like to direct
24  your attention to the message right
25  underneath it.  Which says JE, ████████, ████████
```



Page 154

```
 1            G Maxwell - Confidential
 2  and has a phone number and the message says,
 3  wants to know if she should bring her friend
 4  █████  tonight.
 5            What is that message referring to?
 6            MR. PAGLIUCA:  Objection to the
 7       form and foundation.
 8       A.   I can't possibly know.
 9       Q.   Did individuals at the house take
10  messages for underage girls to come over and
11  bring friends for the purpose of providing
12  massages?
13            MR. PAGLIUCA:  Objection to the
14       form and foundation.
15       A.   How would I possibly know what you
16  are talking about.
17       Q.   Did you record messages at the
18  house?
19       A.   It's not my job.
20       Q.   You did from time to time record
21  messages?
22       A.   Hardly ever.
23       Q.   But you did from time to time do
24  it?
25       A.   I'm just saying I hardly ever took
```



Page 155

```
 1        G Maxwell - Confidential
 2   messages, very, very, very, very
 3   infrequently.
 4        Q.   Do you know if ███████ brought her
 5   friend ██████ over on that night?
 6            MR. PAGLIUCA:   Objection to the
 7        form and foundation.
 8        A.   One, I don't know what this message
 9   is, I don't know if I was in Palm Beach, I
10   don't know who ███████ is, I don't know who
11   ███████ is and I don't know what this message
12   is referring to.
13        Q.   So on January 2nd of 2003, were you
14   in Palm Beach?
15        A.   I don't know.
16        Q.   Where would you have been other
17   than Palm Beach at the time?
18        A.   I could have been anywhere.
19        Q.   Where did you typically live?
20        A.   What are you asking me?
21        Q.   So for example, in 2003, where was
22   your primary residence, was it wherever
23   Jeffrey was living and staying or was it
24   independent of that?
25        A.   What was the date again.
```



```
 1          G Maxwell - Confidential

 2      Q.   In 2003?

 3      A.   The end of 2003?

 4      Q.   January, the beginning.

 5      A.   I don't know, I could have been

 6  anywhere, Jeffrey and I were leading almost

 7  separate lives by then.

 8      Q.   If you were at the house that day,

 9  did you recall seeing anybody by the name of

10  ██████

11           MR. PAGLIUCA:  Objection to the

12      form and foundation.

13      A.   I don't know if I was at the house,

14  so I can't testify to that.

15      Q.   Let's flip back to the next page,

16  the one we were on before the ███████  the

17  message towards the bottom that says, for

18  Jeffrey, message of Ghislaine.  And it says,

19  Would it be helpful to have and then redacted

20  come to Palm Beach today to stay here and

21  help train new staff with Ghislaine.  Who

22  were you referring to in that message; do you

23  remember?

24           MR. PAGLIUCA:  Objection to the

25      form and foundation.
```



Page 157

1          G Maxwell - Confidential

2      Q.   The question is, do you recall this

3   message?

4      A.   I do not recall this message.

5      Q.   Do you recall training a female

6   under the age of 18 at Jeffrey's home?

7          MR. PAGLIUCA:   Objection to the

8      form and foundation.

9      A.   I never trained a female under the

10   age of 18 at Jeffrey's home.

11      Q.   Did you ever say it would be

12   helpful to have a female under the age of 18

13   come to Palm Beach today to stay here and

14   help train new staff with Ghislaine?

15      A.   I never asked anyone under the age

16   of 18 come to help train new staff.

17      Q.   I'm going to flip to the next page

18   which is █████████ .

19      A.   By the way, that is not my

20   handwriting and it's not dated and I couldn't

21   possibly tell you who that is.

22          Did you hear that?

23      Q.   You got your testimony on the

24   record.

25                  ██████



```
 1            G Maxwell - Confidential
 2       A.   Yes.
 3            MR. EDWARDS:   Giuffre ███████
 4       Q.   I'm going to direct your attention
 5  to the top right-hand corner, for Mr.
 6  Epstein, ███████ , message ███████ a phone
 7  number and called.
 8            Do you know who ██████ is?
 9       A.   I don't.
10       Q.   Do you know that ██████ was 15 at
11  the time she left this message?
12            MR. PAGLIUCA:   Objection to the
13       form and foundation.
14       A.   I don't know who ██████ is.
15       Q.   And then I'm going to direct your
16  attention to the bottom left which is a
17  message JE message of ████████ and the
18  message says, He just did a good one, 18
19  years, she spoke to me and said I love
20  Jeffrey.
21            Was ████████ referring to sex with
22  an 18 year old in that message?
23            MR. PAGLIUCA:   Objection to the
24       form and foundation.
25       A.   How could I know what █████████ is
```



```
 1          G Maxwell - Confidential
 2    referring to.
 3          Q.    Do you know if ████████ had sex
 4    with an 18 year old that he referenced to
 5    Jeffrey Epstein?
 6              MR. PAGLIUCA:  Objection to the
 7          form and foundation.
 8          A.    How could I possibly know.
 9          Q.    Did Jeffrey Epstein or ████████
10    ever tell you that ████████ had sex with an
11    18 year old?
12              MR. PAGLIUCA:  Objection to the
13          form and foundation.
14          A.    I have no idea what you are talking
15    about.
16          Q.    Did they ever tell you that?
17          A.    I have no recollection of ever
18    hearing such a ridiculous thing.
19          Q.    I will turn to the next page which
20    is SAO 2841?
21              MS. MENNINGER:  Do you have the
22          Bates number?
23          Q.    The bottom right-hand corner, Mr.
24    Epstein, the date ██████, Ms. Maxwell, it
25    says, ██████ it says, quote, ████████ is
```



Page 160

```
 1          G Maxwell - Confidential
 2    available on Tuesday, no one for tomorrow.
 3              Is this a message you took?
 4         A.   It's not my handwriting and I don't
 5    know who R is.
 6         Q.   So when it says Ms. Maxwell in the
 7    line there, is that you calling for Mr.
 8    Epstein?
 9              MR. PAGLIUCA:  Objection to the
10         form and foundation.
11         A.   I didn't write it, I don't know
12    when this message was taken.  I don't even
13    know what it's referring to and I don't know
14    what my name is doing on that message pad.
15         Q.   I know you said you only took them
16    a few times.  Do you have a recollection of
17    taking messages of females who would call the
18    house to indicate whether or not they were
19    coming over?
20              MR. PAGLIUCA:  Objection to the
21         form and foundation.
22         A.   Give me a date range.
23         Q.   On 7/9/04.
24         A.   How would I know if I'm in Palm
25    Beach, most likely not.
```



Page 161

```
 1           G Maxwell - Confidential
 2      Q.   I'm asking if you have a
 3 recollection of taking messages for girls who
 4 would call the house --
 5      A.   Girls.
 6      Q.   Females, who would call the
 7 house --
 8      A.   Over the age of 18.
 9      Q.   ████████ is 15.
10      A.   I don't know who ██████ is, so I
11 can't testify anything to ██████
12      Q.   Your name is on the message.
13      A.   I didn't put it there and I don't
14 know what it's doing there.
15      Q.   So your testimony is you didn't
16 take this message?
17      A.   I obviously didn't take the
18 message, it's signed by somebody R, it's not
19 my handwriting.  We don't know if I'm in Palm
20 Beach.
21      Q.   Did you arrange for ██████ to have
22 his friend ████████ come over on Tuesday of
23 this week?
24      A.   I don't know who ██████ is so it
25 would be hard for me to arrange anything with
```



Page 162

1           G Maxwell - Confidential

2    someone I don't know.

3        Q.   Why is your name reflected on this

4    message pad?

5             MR. PAGLIUCA:  Objection to the

6        form and foundation.

7        A.   I have no idea.  You would have to

8    ask whoever took the message.

9        Q.   Did you, in the course of your

10   work, regularly take messages for Jeffrey

11   Epstein?

12       A.   I already testified I hardly ever

13   did.

14       Q.   Would you, in the course of your

15   work, regularly set up appointments for

16   females to come over and give massages for

17   Jeffrey Epstein?

18            MR. PAGLIUCA:  Objection to the

19       form and foundation.

20       A.   Can you specify, females, you mean

21   adults over the age of 18.

22       Q.   Did you regularly set up for

23   Jeffery adults over the age of 18 to come for

24   massages?

25       A.   I didn't regularly do that, no.



Page 163

1           G Maxwell - Confidential

2      Q.   Would you take messages with

3  respect to females over the age of 18 to come

4  over for a massage?

5      A.   I already testified I hardly ever

6  did take messages.

7      Q.   But would you?

8      A.   I already testified, I hardly

9  ever --

10     Q.   I know hardly ever, but did you?

11     A.   Over the course of time it is

12 possible I may have taken a couple, I have no

13 recollection.  I hardly ever did and I did so

14 irregularly that it would hard for me to

15 pinpoint.

16     Q.   Did you ever take a message for a

17 female under the age of 18 to come over for a

18 massage or for any other reason to be with

19 Jeffrey Epstein?

20          MR. PAGLIUCA:  Object to the form

21      and foundation.

22     A.   I hardly ever took a message.  I

23 have absolutely no way of knowing, maybe one

24 of my friends' daughters called to say they

25 were coming to visit me.  I have never taken



1          G Maxwell - Confidential

2    messages, I don't know about how I would

3    possibly know if somebody I spoke to, one or

4    two times I took a message is, how old they

5    would be but I have never taken a message

6    where I was aware of anything being under the

7    age of 18 and I probably took it so

8    infrequently, it would be impossible.

9          Q.    Can you turn to ████████, it

10   should be the next page.

11         A.    Uh-huh.

12         Q.    Do you see at the top, it says, for

13   Mr. J.  11/8/04 and then the name is

14   redacted.  It says, I have a female for him.

15         Why would a minor be calling

16   Jeffrey to say they have a female for him?

17         Do you know?

18         MR. PAGLIUCA:  Objection to the

19      form and foundation.

20         A.    First of all, I don't know that's a

21   minor, I don't know who took the message.

22         Q.    I will represent to you these are

23   police reports and minor's names have to be

24   redacted for privacy purposes?

25         MR. PAGLIUCA:  Objection to the



```
 1          G Maxwell - Confidential
 2     form and foundation.
 3     Q.   Do you know why a minor child would
 4 be calling Jeffrey and leaving a message to
 5 say, quote, I have a female for him?
 6          MR. PAGLIUCA:  Objection to the
 7     form and foundation.
 8     A.   I can't testify anything about this
 9 message, I don't know anything about it.
10     Q.   I'm going to direct your attention
11 to the next page ████████.  If you look at
12 the bottom left, you are going to see a
13 message for Jeffrey, from ████████████, it
14 says she doesn't have a number and left a
15 message that she called.
16          Do you know who ████████████ is?
17     A.   I do not.
18     Q.   Do you know that ████████████ was
19 13 at the time she placed this call to
20 Jeffrey?
21     A.   I don't know who ████████████ is.
22     Q.   Would Jeffrey regularly have 13
23 year olds call and leave messages?
24          MR. PAGLIUCA:  Objection to the
25     form and foundation.
```



1          G Maxwell - Confidential

2      A.   How would I possibly, these were

3   messages taken when I was not at the house

4   and I have no idea who they are nor how old

5   they are nor anything.

6      Q.   How do you know you weren't at the

7   house on this day?

8      A.   I was hardly at the house in 2005.

9      Q.   So you could have been there, you

10   just don't know?

11      A.   In the five days I might have been

12   there in 2005, I suppose it's possible but

13   it's unlikely.

14          MR. PAGLIUCA:  Do you know why this

15      isn't redacted if you are representing

16      all the names of people who are underage

17      have been redacted from these records.

18          MS. McCAWLEY:  I think it was -- my

19      assumption is it was a miss by the

20      police department.

21      Q.   I will direct your attention to ██

22   ██ so you will skip a page and go back,

23   it's the final page in the message pads and

24   you will see on the top left for Jeffrey, on

25   6/1/2005 from ████████████ with a phone



Page 167

```
 1           G Maxwell - Confidential
 2    number.  It says, quote, He has a teacher for
 3    you to teach you how to speak Russian.  She
 4    is two times eight years old.  Not blond.
 5    Lessons are free and you can have your first
 6    today if you call.
 7              Do you know whether ███████████
 8    sent a Russian girl that was 16 years old
 9    over to Jeffrey Epstein's home?
10              MR. PAGLIUCA:  Objection to the
11         form and foundation.
12         A.   I do not know.
13         Q.   Did you ever observe a Russian girl
14    that was 16 years old come to Jeffrey
15    Epstein's home?
16         A.   I am not aware of any 16 year old
17    Russian girl that I can recall in Jeffrey
18    Epstein's home.
19         Q.   Do you know whether Jeffrey Epstein
20    had sex with a 16 year old Russian girl?
21              MR. PAGLIUCA:  Objection to the
22         form and foundation.
23         A.   I do not know.
24              THE VIDEOGRAPHER:  It's 12:25.
25         This will be the end of disk 3, we are
```



Page 168

```
 1          G Maxwell - Confidential
 2       off the record.
 3             (Recess.)
 4        A F T E R N O O N   S E S S I O N
 5             (Time noted:  1:21 p.m.)
 6  G H I S L A I N E   M A X W E L L,
 7  resumed and testified as follows:
 8  EXAMINATION BY (Cont'd.)
 9  MS. McCAWLEY:
10             THE VIDEOGRAPHER:  It's now 1:21,
11       we're starting disk No. 4.  We are back
12       on the record.
13       Q.   Ms. Maxwell, before the break, we
14  were talking about and I think it's one of
15  the exhibits that's marked in front of you,
16  I'm not sure of the number, but the police
17  report that I showed you earlier today.
18             Now that you have knowledge of the
19  police report and the criminal investigation
20  with respect to Jeffrey Epstein, do you
21  believe that Jeffrey Epstein abused any minor
22  children?
23             MR. PAGLIUCA:  Objection to the
24       form and foundation.
25       A.   Can you repeat the question please
```



Page 169

```
 1          G Maxwell - Confidential
 2   and break it down so it's more
 3   understandable.
 4       Q.   Now that you have the police report
 5   that I showed you this morning that you had
 6   an opportunity to look at.
 7       A.   You gave it to me, I did not look
 8   at it.
 9       Q.   The questions that I asked you
10   about the police report -- you are aware
11   there is a police report?
12       A.   I am aware there is a police
13   report.
14       Q.   You are aware there was a criminal
15   investigation of Jeffrey Epstein?
16       A.   I am aware that there was that.
17       Q.   Now that you are aware of those two
18   things and having talked to Jeffrey Epstein,
19   do you believe Jeffrey Epstein sexually
20   abused minors?
21          MR. PAGLIUCA:  Objection to the
22       form and foundation.
23       A.   Can you reask the second part of
24   that question please.
25       Q.   Sure.  The two documents we were
```



1          G Maxwell - Confidential

2     talking about, the document and the

3     investigation, you said you are aware of and

4     after having talked to Jeffrey Epstein, do

5     you believe Jeffrey Epstein sexually abused

6     minors?

7               MR. PAGLIUCA:  Objection to the

8          form and foundation.

9          A.   What do you mean I talked to

10     Jeffrey, you need to break the question down

11     further.

12          Q.   So you have the police report.

13          A.   I do.

14          Q.   And you are aware of the criminal

15     investigation?

16          A.   I am.

17          Q.   Let's take those two things.  After

18     knowing those two things, do you believe that

19     Jeffrey Epstein abused minor children?

20               MR. PAGLIUCA:  Objection to the

21          form and foundation.

22          A.   Can you explain what you mean by

23     the question actually.

24          Q.   I think the question speaks for

25     itself.  I will try again.  I will say it one



Page 171

1           G Maxwell - Confidential

2    more time because I want you to be able to

3    understand it.

4           Knowing that you have the police

5    report here and knowing about the criminal

6    investigation, do you believe that Jeffrey

7    Epstein sexually abused minors?

8           MR. PAGLIUCA:  Same objection.

9       A.   I know what you put in front of me

10   and I know what I read.

11      Q.   I'm asking what you believe, do you

12   believe Jeffrey Epstein sexually abused

13   minors?

14      A.   I can only tell you what I read and

15   what you showed me.

16      Q.   I'm asking what you believe, from

17   your own belief, do you believe that Jeffrey

18   Epstein abused minors?

19      A.   I can only go from what I know

20   personally and what I know personally about

21   what Virginia's lies talked about.  She is

22   the only person I know that actually claimed

23   that.  And I can say with certitude that

24   everything Virginia said was a lie.

25      Q.   You are aware Jeffrey Epstein was



Page 172

1          G Maxwell - Confidential

2    sentenced for sexual abuse, are you aware of

3    that?

4              MR. PAGLIUCA:  Objection to the

5         form and foundation.

6         Q.   Are you aware that Jeffrey Epstein

7    served time for sexual abuse of a minor?

8              MR. PAGLIUCA:  Objection to the

9         form and foundation.

10        A.   I don't believe that's what he was

11   sentenced for, actually.

12        Q.   So you don't know that Jeffrey

13   Epstein served time for sexually abusing a

14   minor?

15             MR. PAGLIUCA:  Objection to the

16        form and foundation.

17        A.   I don't believe that's what he was

18   sentenced for.

19        Q.   Do you know that Jeffrey Epstein

20   was convicted for procuring a minor for

21   prostitution?

22             MR. PAGLIUCA:  Objection to the

23        form and foundation.

24        A.   I don't know exactly what he was

25   convicted of.  I don't know that he was



1          G Maxwell - Confidential

2     convicted.  I know he spent time in jail.

3          Q.   Do you know that he spent time in

4     jail related to an issue with a minor child?

5               MR. PAGLIUCA:  Objection to the

6          form and foundation.

7          A.   I did not know that.

8          Q.   What did you think he was spending

9     time in jail for?

10         A.   I only know he went to jail for --

11    it was alleged that he hired -- had an

12    underage prostitute.

13         Q.   So knowing that, do you believe

14    that Jeffrey Epstein sexually abused minors?

15              MR. PAGLIUCA:  Objection to the

16         form and foundation.

17         A.   I can only tell you what he went to

18    jail for.

19         Q.   I'm asking what you believe.  I'm

20    not asking what he went to jail for.  I'm

21    asking for your belief.

22         A.   I cannot testify to what I believe.

23    I can only say what I have seen in the

24    reports and I know he went to jail.

25         Q.   You can testify to what you



Page 174

1          G Maxwell - Confidential

2     believe.  Do you believe --

3          A.   I can only testify --

4          Q.   Let me finish the question so the

5     record is clear.

6               Do you believe Jeffrey Epstein

7     sexually abused minors?

8               MR. PAGLIUCA:  Objection to the

9          form and foundation.

10         Q.   You can answer.

11         A.   I can only testify to what I know.

12    I know that Virginia is a liar and I know

13    what she testified is a lie.  So I can only

14    testify to what I know to be a falsehood and

15    half those falsehoods are enormous and so I

16    can only categorically deny everything she

17    has said and that is the only thing I can

18    talk about because I have no knowledge of

19    anything else.

20         Q.   I'm not asking about Virginia.  I'm

21    asking whether you believe that Jeffrey

22    Epstein sexually abused minors?

23         A.   Again, I repeat, I can only go on

24    what I know and what I know is a falsehood

25    based on what Virginia said.



```
 1          G Maxwell - Confidential
 2          Q.   Do you believe Jeffrey Epstein
 3     sexually abused minors?
 4          A.   Again, I repeat, Virginia is a liar
 5     and based on Virginia's stories, that is
 6     what -- she lied and I can only then talk
 7     about what you've showed me in the police
 8     reports and I know he went to jail.
 9          Q.   Do you believe that Jeffrey Epstein
10     sexually abused minors?  I'm asking about
11     your belief.
12          A.   Again, I just repeat, I can only
13     go -- my belief is Virginia is a liar.
14          Q.   What is that belief?
15          A.   She is an absolute liar and
16     everything she said is a lie and therefore,
17     everything that stems from that is a lie.
18          Q.   So do you believe that Jeffrey
19     Epstein sexually abused minors?
20          A.   Again -- can we move on from here?
21          Q.   No.  You are going to answer the
22     question.
23          A.   I have already.
24          Q.   No, you haven't.
25          A.   I have.
```



1         G Maxwell - Confidential

2         Q.   Do you believe Jeffrey Epstein

3    sexually abused minors?

4         A.   Again, I repeat, the only person I

5    know who has talked about these things that I

6    have personal -- was personally present, was

7    Virginia and I can only talk to Virginia and

8    she is a liar.

9         Q.   Setting aside Virginia.  Take her

10   out of the picture.  It's my question.

11        A.   We are here today because of

12   Virginia and her lies because this is a

13   defamation suit.

14        Q.   Setting aside Virginia, do you

15   believe Jeffrey Epstein sexually abused

16   minors?

17        A.   I cannot set aside Virginia because

18   that's why we are here and this is the only

19   reason I am sitting here in this room and I

20   will not set her aside and I cannot comment

21   about anything else except her because she is

22   the only person I actually know about.

23        Q.   Are you refusing to answer that

24   question?

25        A.   I am not refusing the question.  I



Page 177

 1          G Maxwell - Confidential
 2    can only testify about Virginia who is an
 3    absolute total liar and you all know she is.
 4    She lied about her age, you know she lied
 5    about absolutely everything.  So I can only
 6    go on what I know as a liar and she is a
 7    liar, an exaggerator, a fantasist and
 8    absolutely true terrible person.
 9        Q.   I want you to listen very
10    carefully.  I am asking you to set aside
11    Virginia.
12        A.   I can't set aside Virginia.
13        Q.   I am asking you to do that for
14    purposes of this question.
15             MR. PAGLIUCA:  She doesn't have to.
16             MS. McCAWLEY:  She can refuse to
17        answer the question.
18        A.   I'm not refusing to answer the
19    question.
20        Q.   You are refusing.
21             My question has nothing to do with
22    Virginia.  Let me make the record here.  My
23    question has nothing to do with Virginia.  I
24    want it to be clear for the court.  My
25    question has nothing to do with Virginia.



Page 178

1           G Maxwell - Confidential

2               What I'm asking you is whether you

3      believe Jeffrey Epstein abused minors?

4               MR. PAGLIUCA:   I object to the form

5          and you made your record, she answered

6          the question.  A fair reading of her

7          answer is she doesn't have a belief

8          because she doesn't have any personal

9          knowledge.

10              MS. McCAWLEY:   Now you are

11         testifying for the witness.  Let her

12         answer the question.

13              MR. PAGLIUCA:   It's a fair answer

14         to the question.

15         A.   Again, I testified my only personal

16     knowledge concerns Virginia and everything

17     Virginia has said is an absolute lie, which

18     is why we are here in this room.  If you are

19     asking me to testify about things I have no

20     knowledge of other than the police report

21     that you showed me, I am not in a position to

22     make a statement based on that because you

23     are asking me to speculate and I cannot

24     speculate.

25         Q.   I'm asking you about your belief.



```
 1          G Maxwell - Confidential
 2    I'm not asking you to speculate at all.  I'm
 3    asking what you believe.
 4          A.    You are asking me to speculate and
 5    I won't speculate.
 6          Q.    I'm not asking you to speculate.
 7    I'm asking what you believe.
 8              MR. PAGLIUCA:  She answered the
 9          question and we can move on.
10              MS. McCAWLEY:  She hasn't answered
11          the question.
12              MR. PAGLIUCA:  We are not going to
13          engage in this debate.  She answered the
14          question.  If you want to mark it and
15          move to compel an answer to the
16          question, have at it.  Okay.
17          Q.    Ms. Maxwell, is it your belief that
18    Jeffrey Epstein interacted sexually with
19    minors?
20          A.    Again, you are asking me the same
21    type of question exactly but with different
22    language.  Again, my only knowledge of
23    somebody who claims these things that I have
24    personal knowledge of is Virginia.  Virginia
25    is an absolute liar and everything she has
```



Page 180

1          G Maxwell - Confidential

2     said is a lie.  Therefore, based on those

3     lies I cannot speculate on what anybody else

4     did or didn't do because if Virginia is the

5     example of what that story is and everything

6     she said is false, so everything that leads

7     from that is false.

8          Q.   So the 30 other minor children in

9     the police report are also telling lies about

10    being sexually abused during massages with

11    Mr. Epstein?

12             MR. PAGLIUCA:  Objection to the

13        form and foundation.  Counsel, can you

14        show me in these police reports who the

15        30 minors are?

16             MS. McCAWLEY:  I'm asking my

17        question.

18             MR. PAGLIUCA:  You are making a

19        representation about numbers, you are

20        making a representation on the record

21        about what people said or didn't say.

22        We have no knowledge about that.  These

23        are all redacted records so these are

24        bad questions.  They don't lead to any

25        admissible evidence.  It is only being



Page 181

```
 1           G Maxwell - Confidential

 2           propounded to the witness to harass her.

 3           So we are done with these questions.

 4                MS. McCAWLEY: Are you done?

 5                MR. PAGLIUCA:  Yes.

 6      Q.   My question is, are you aware that

 7      Jeffrey Epstein was convicted of having

 8      relations with a minor child?

 9                MR. PAGLIUCA:  She answered that

10           question already.

11                MS. McCAWLEY:  I'm getting to my

12           next question.

13                MR. PAGLIUCA:  Ask your next

14           question.  Don't keep asking the same

15           question.

16                MS. McCAWLEY:  You are now

17           shouting, I want the record to reflect

18           that you are interrupting the

19           deposition.  I ask you to calm down,

20           take a deep breath and please let me ask

21           my questions.

22                MR. PAGLIUCA:  Your behavior is

23           inappropriate.

24      Q.   I will ask you again.

25                Do you believe that Jeffrey Epstein
```



Page 182

1              G Maxwell - Confidential

2    interacted sexually with minors?

3        A.    Again, I go back to this, my only

4    actual knowledge is with Virginia and

5    Virginia is a liar, so I can only talk to

6    what Virginia's story and as I said before

7    and there are so many examples, I mean

8    thousands of examples of her lies, that that

9    is the only thing I can talk to.

10       Q.    Based on that you do not believe

11   that Jeffrey Epstein sexually abused minors?

12       A.    Again, as I said, I'm only talking

13   to what I know, I can only talk to Virginia.

14       Q.    So is it your belief that Jeffrey

15   Epstein did not sexually abuse minors?

16       A.    Again, I can only talk to what I

17   know and I know that Virginia is a liar and

18   that what she said is a lie.  So I can only

19   testify to what she accused and you guys put

20   in the press for salacious purposes and

21   whatever terrible, inappropriate, unethical

22   and terrible reasons you chose to do that

23   about me and I can testify those are all

24   lies.

25       Q.    Do you know whether Jeffrey Epstein



Page 183

1          G Maxwell - Confidential

2     sexually abused any minor children?

3          A.   Again, I only know 1000 percent

4     that Virginia is a liar.  I can only talk to

5     Virginia, her lies and your inappropriate,

6     unethical, really unattractive, terrible use

7     of her and the way that you have abused the

8     system, used the press for purposes that are

9     unethical, inappropriate and appalling.

10         Q.   Do you believe that Jeffrey Epstein

11    used massages to lure minors to have sex with

12    him?

13         A.   Again, that is Virginia's

14    testimony, which is a lie.

15         Q.   But do you believe that?

16         A.   Again, I refer back to Virginia.

17         Q.   I'm asking whether you believe it

18    or not?

19         A.   I can only go with what I know and

20    I know Virginia is a liar and therefore

21    that's a lie.

22         Q.   So you don't believe that?

23         A.   I said, I only know that Virginia

24    is lying.

25         Q.   Are you aware that Jeffrey Epstein



Page 184

1          G Maxwell - Confidential

2    is a registered sex offender?

3          A.    I am.

4          Q.    Are you aware that Jeffrey Epstein

5    paid considerable amounts of money to settle

6    lawsuits with the minor children that he had

7    sexual contact with?

8               MR. PAGLIUCA:   Objection to the

9          form and foundation.

10         A.    I have no knowledge of those

11   issues.

12         Q.    Why did you continue to maintain

13   contact with Jeffrey Epstein after he pled

14   guilty?

15         A.    I'm a very loyal person and Jeffrey

16   was very good to me when my father passed

17   away and I believe that you need to be a good

18   friend in people's hour of need and I felt

19   that it was a very thoughtful, nice thing for

20   me to do to help in very limited fashion

21   which was helping if he had any issue with

22   his homes, in terms of the staffing issues.

23   It was very, very minor but I felt it was

24   thoughtful in somebody's hour of need.

25         Q.    Did he continue to pay you during



Page 185

```
 1          G Maxwell - Confidential
 2    that time period?
 3          A.    I was paid a little.
 4          Q.    You were paid?
 5          A.    Yes.
 6          Q.    When you say a little, what you did
 7    mean by that?
 8          A.    I don't recall exactly the amount.
 9          Q.    So in 2009 when you left him, what
10    were you being paid?
11          A.    I just told you, I don't recall.
12          Q.    Were you being paid $100,000?
13          A.    I just don't you I don't recall.
14          Q.    Were you paid over a million
15    dollars?
16          A.    I think I would remember over a
17    million dollars.
18          Q.    So it was under a million dollars?
19          A.    It was under a million dollars.
20          Q.    Was it over $500,000?
21          A.    I just told you, it was under 500,
22    it was an amount of money less than $500,000,
23    less than a million dollars and I did it out
24    of thoughtfulness and consideration for
25    somebody who was in trouble.
```



1          G Maxwell - Confidential

2      Q.   Did you have an attorney to consult

3  with during the criminal investigation of

4  Jeffrey Epstein?

5      A.   I don't believe I did.

6      Q.   When did you learn that a search

7  warrant was executed for the Palm Beach

8  house?

9      A.   I don't recall exactly.

10      Q.   Were you present at the house in

11  advance of the search warrant being executed?

12          MR. PAGLIUCA:  Object to the form

13      of the question.

14      A.   I don't remember when the search

15  warrant was executed and I don't remember the

16  year that the search warrant was executed and

17  whenever that was, I already testified, I was

18  very, very infrequently at the house.  So

19  highly unlikely but I was there a couple of

20  days, I just don't know which days it was in

21  relation to the police situation.

22      Q.   Did you have a computer at the Palm

23  Beach home that was a computer that you would

24  use?

25      A.   No.



Page 187

1              G Maxwell - Confidential

2          Q.    Was there a computer available for

3    use in the Palm Beach house?

4          A.    Can you be more specific.

5          Q.    Was there anywhere in the Palm

6    Beach house where there was a computer where

7    you said you worked for him and there were

8    other staff in the house, was there ever a

9    computer in the Palm Beach mansion that was

10   accessible by you or other staff?

11              MR. PAGLIUCA:   Objection to the

12         form and foundation.

13         A.    I stopped being regularly at the

14   house sometime in 2003 so from 2003 to when

15   the police search was executed, I have no

16   memory of what there was or what there was

17   not.   I can only testify for what was there

18   when I was present largely.

19         Q.    So in 2003 when you were still

20   there, was there a computer that was

21   accessible to you or other staff at the

22   house?

23              MR. PAGLIUCA:   Objection to the

24         form and foundation.

25         A.    There was a desktop computer that



1          G Maxwell - Confidential

2    people could use -- just like you would use

3    if you needed to go online to get something,

4    that people could use.

5          Q.   Was that on a desk that you would

6    use in your work capacity when you were at

7    the house?

8          A.   It was a desk, it was a room I was,

9    I didn't really use that computer.

10         Q.   Were there images of naked girls

11   whether they be under the age of 18 or over

12   the age of 18 on that computer?

13         A.   I have no recollection of any naked

14   people on that computer when I was there in

15   2003, we are talking.

16         Q.   What about from say '99 to 2003?

17         A.   No, I can't recollect any naked

18   pictures.

19         Q.   Why were the computers removed from

20   the house before the search warrant was

21   executed?

22              MR. PAGLIUCA:  Objection to the

23         form and foundation.

24         A.   I have no knowledge of anything

25   like that.



Page 189

1           G Maxwell - Confidential

2        Q.   Do you know where the computers are

3   now?

4            MR. PAGLIUCA:   Objection to the

5        form and foundation.

6        A.   I don't know what computers you are

7   talking of and I have no idea what you are

8   referencing.

9        Q.   In 2003 you said there was a

10  computer in a room on a desk?

11       A.   Right.

12       Q.   Do you know where that computer is

13  now?

14       A.   I do not.

15       Q.   Did you take pictures of nude

16  females in any of Epstein's homes or in and

17  around the homes, out by the pool or anywhere

18  like, in the Palm Beach home, the New York

19  home, USVI home or the New Mexico home?

20           MR. PAGLIUCA:   Objection to the

21       form and foundation.

22       A.   Can you repeat the question.

23       Q.   Did you take pictures of nude woman

24  over 18 or under 18, females, in any of

25  Jeffrey Epstein's homes, inside or outside in



Page 190

1            G Maxwell - Confidential

2    or around the home?

3        A.    I think we need to distinguish

4    between anyone under the age of 18 and over

5    the age of 18.

6        Q.    We will start with, did you take

7    pictures of nude females in or around any of

8    Jeffrey's homes of women or females that were

9    under the age of 18?

10       A.    No.

11       Q.    Did you take pictures of nude

12   females --

13       A.    Nude you mean with no clothing on.

14       Q.    Or half nude, with no top on, any

15   sort of nakedness to an individual.

16             In any of Jeffrey's homes, either

17   Palm Beach, New Mexico, USVI or New York

18   either outside by the pool, anywhere in or

19   around those homes of females over the age of

20   18?

21       A.    So it is possible that I took

22   pictures of people that were somehow semi or

23   had some clothing on or no clothes on but at

24   no time were any of these pictures remotely

25   inappropriate.  They were, you could see them



```
 1          G Maxwell - Confidential
 2    in a mainstream magazine today, there would
 3    be no inappropriateness, they would be
 4    covered, concealed, you wouldn't see anything
 5    at all.
 6          The types of -- first, I took very
 7    few and they were always by request, this was
 8    a picture you could put on your -- gift to
 9    your parent or to your grandparents to put on
10    their mantel piece . It would be a very
11    benign sort of attractive picture where you
12    wouldn't see anything.
13    Q.   Who would request those pictures?
14    A.   From time to time, people, men and
15    women would ask to have nice photographs of
16    them taken.
17    Q.   And did Jeffrey Epstein request
18    those pictures?
19    A.   I don't ever recall him asking me
20    to take pictures.
21    Q.   Did you give him pictures of naked
22    females as a present?
23    A.   I don't recall ever giving a
24    present of -- I don't know why a photograph
25    would constitute a gift.
```



Page 192

1              G Maxwell - Confidential

2        Q.    Not as a gift.

3              Do you recall ever giving Jeffrey

4    Epstein pictures that you've taken of these

5    individuals in a naked state?

6              MR. PAGLIUCA:   Objection to the

7        form and foundation.

8        A.    First of all, we've already

9    established that they are not naked state

10   photographs.

11       Q.    A piece of them being naked as you

12   described.

13       A.    I said they would be attractive as

14   you would see in mainstream magazines and

15   those pictures could be a picture of a hand

16   or a foot, they didn't necessarily

17   constitute -- I know where you are headed

18   with this and it's nowhere appropriate and

19   it's really unattractive.

20       Q.    I'm not headed anywhere.   I'm just

21   asking the questions.   Did you give Jeffrey

22   Epstein any of these pictures that you took

23   of females in the state that you described?

24       A.    I can't recall ever giving him

25   pictures but it is possible that I took



1            G Maxwell - Confidential

2     pictures of people that would end up -- or a

3     friend of his that he would have -- not naked

4     or not inappropriate in any way, that he

5     might have somewhere in his house.

6          Q.   Name for me all the individuals who

7     you took these pictures of?

8          A.   It's entirely impossible for me to

9     name people.  First of all, it was just -- it

10    would not be possible, I took thousands of

11    photos, not of people, I mostly take pictures

12    of landscapes and things.  I have no

13    recollection specifically of people that I

14    took pictures of.

15         Q.   So you can't remember, is it your

16    testimony you can't remember one person that

17    you took a picture of in either a naked or

18    semi naked state?

19         A.   I seriously cannot recall.  I just

20    don't recall.

21         Q.   Did you take a picture of Virginia

22    Roberts either alone or with another

23    individual in a naked state?

24         A.   I have never taken, I believe, any

25    pictures of two people in any type of



Page 194

```
 1          G Maxwell - Confidential
 2     situation, naked as you describe.
 3          Q.    Did you take a picture of Virginia
 4     Roberts on her own without another individual
 5     in it in a naked state?
 6          A.    I don't recall ever taking a
 7     picture of Virginia -- naked, we are not
 8     referring to someone with no clothing on at
 9     all, we are referring to someone that could
10     be semi clad or could have a towel or we are
11     not referring to anything inappropriate.
12          Q.    Was this a hobby of yours to take
13     pictures of the type that you are describing?
14               MR. PAGLIUCA:  Object to the form.
15          A.    I just testified, I didn't take
16     pictures of many people.  My preference is
17     pictures for landscapes and for architectural
18     pieces.
19          Q.    Where are those pictures today?
20          A.    I have no idea.
21          Q.    Do you have them in your home?
22          A.    I do not.
23          Q.    Do you have them on your computer?
24          A.    I do not.
25          Q.    What has Jeffrey Epstein told you
```



1          G Maxwell - Confidential

2     about the allegations related to the criminal

3     investigation that he was involved in?

4          A.   I really can't say, not because I

5     don't want to say but I just think of what he

6     has said to me over the course of this time.

7          Q.   Did he explain it to you and

8     explain what the charges were against him?

9          A.   I never had a detailed conversation

10    with him, as I recall.

11         Q.   Not detailed, just did he explain

12    anything that was happening to him?

13         A.   I haven't spoken to him for so

14    long.  I can't possibly testify to what

15    conversations I had with him over the course

16    of time.

17         Q.   Did he talk to you about any of the

18    girls that were making allegations against

19    him other than Virginia?

20              MR. PAGLIUCA:  Objection to the

21         form and foundation.

22         A.   You are talking about the police

23    records again, all of that?

24         Q.   Yes.

25         A.   I have never had a conversation



```
 1           G Maxwell - Confidential
 2    about those things.
 3         Q.   What has Jeffrey Epstein told you
 4    about Virginia Roberts?
 5         A.   That she is a liar.
 6         Q.   What does he base that on?
 7              MR. PAGLIUCA:  Objection to the
 8         form and foundation.
 9         A.   You would have to check with him.
10    I can tell you why I think she is a liar, I'm
11    happy to do that.
12         Q.   Did he tell you he did not have
13    sexual relations with Virginia Roberts?
14         A.   I can only testify what I know.
15         Q.   I'm asking, has he told you that he
16    did not have sexual relations with Virginia
17    Roberts?
18         A.   I can only tell you what I know
19    about Virginia Roberts, I cannot tell you
20    what he knows about Virginia Roberts.
21         Q.   I'm asking, did he tell you that he
22    did not have sexual relations with Virginia
23    Roberts?
24         A.   All he told me is she is a liar.
25         Q.   That's all he said about Virginia
```



1          G Maxwell - Confidential

2    Roberts?

3          A.    We went through all the lies that

4    you have sold to the papers and sold in

5    general and we have analyzed her lies and

6    your lies and your inappropriate behavior in

7    detail.

8          Q.    Did he ever say that he did not

9    have sexual relations with Virginia Roberts?

10         A.    I just testified that we went

11   through all of her lies.

12         Q.    I understand what you said.  I'm

13   asking you a question.

14               Did he ever tell you that he never

15   had sex with Virginia Roberts?

16         A.    I don't recall whether he ever -- I

17   don't know I ever had that question.  We

18   focused on the lies she did say she had with

19   him as relates to me.  I don't remember

20   asking him about his problems with her.  I'm

21   interested in what she says about myself.

22         Q.    Did you also talk about what things

23   that Virginia Roberts was saying that were

24   true?

25         A.    There isn't anything that she said



1           G Maxwell - Confidential

2    that was true.

3         Q.   Nothing she said that you are aware

4    of is true?

5         A.   I think she is correct when she

6    talks about what her name is.

7         Q.   Anything else?

8         A.   I'm sure there must be one or two

9    other details but they are so far and few

10   between, I would have to look in detail at

11   all of her allegations to pinpoint what

12   possibly could be true.

13        Q.   Did you ever ask Jeffrey if he had

14   sex with minors?

15        A.   I have never been asked that

16   question.

17        Q.   You never asked him that question.

18             What analysis did Jeffrey do to

19   determine that the statements Virginia

20   Roberts were making were lies?

21             MR. PAGLIUCA:  Objection to the

22        form and foundation.

23        A.   Ask me again, please.

24        Q.   What analysis did Jeffrey do to

25   determine that the statements that Virginia



Page 199

1          G Maxwell - Confidential

2    Roberts were making were lies?

3          MR. PAGLIUCA:  Objection to the

4          form and foundation.  And to the extent

5          that any of this answer calls for any

6          privileged communication, I'm

7          instructing, with myself or another

8          lawyer representing you or in any common

9          interest agreement, I'm instructing you

10         not to answer.

11         MS. McCAWLEY:  The court ruled she

12         is entitled and you had to produce

13         documents about communications with

14         Jeffrey, that's what I'm asking about.

15         I'm not asking about communications with

16         lawyers.

17    Q.    I'm asking what analysis did

18    Jeffrey do to determine that the statements

19    that Virginia Roberts was making were lies,

20    if you know?

21         MR. PAGLIUCA:  My objection is to

22         the extent she learned any of that

23         information as a result of either a

24         privileged communication from a lawyer,

25         one of her lawyers or a privileged



Page 200

```
1           G Maxwell - Confidential
2      communications subject to a joint
3      defense agreement or common interest
4      agreement, I'm telling her not to
5      answer.  To the extent she has
6      information outside of those things, she
7      is permitted to answer.
8      Q.   Do you understand?
9           So if it was a conversation with a
10 lawyer which I'm not asking about, I don't
11 want you to tell me about your conversations
12 with lawyers.
13          I want you to tell me whether
14 Jeffrey Epstein ever told you what he
15 analyzed in order to determine which of -- of
16 what Virginia were saying were lies?
17     A.   I do not know what he did, no.
18          So you agree she is lying, Singrid.
19     Q.   I do not agree with that and I'm
20 asking the questions.
21     A.   You just said her lies.
22     Q.   I'm repeating a statement you made.
23     Q.   Are you saying it's an obvious lie
24 that Jeffrey Epstein engaged in sexual
25 conduct with Virginia while Virginia was
```



```
 1          G Maxwell - Confidential
 2    underage?
 3          A.   I can only testify to what I saw
 4    and what I was present for, so if you are
 5    asking me what I saw then I am happy to
 6    testify.  I cannot testify to what somebody
 7    else did or didn't do.
 8          Q.   Did you issue a statement ██████
      █  ████████████████  in 2015, stating that
10    Virginia Roberts' claims were, quote, obvious
11    lies?
12                MR. PAGLIUCA:  Objection to the
13          form and foundation.
14          Q.   You can answer.
15          A.   You need to reask me the question.
16          Q.   Sure.
17                Did you issue a press statement
18    ████████████████████████████████  in
19    January of 2015, stating that Virginia
20    Roberts' claims were, quote, obvious lies?
21                MR. PAGLIUCA:  Objection to the
22          form and foundation.
23          A.   Can you ask it a different way,
24    please?
25          Q.   I will ask it again and you can
```



Page 202

1          G Maxwell - Confidential

2     listen carefully.

3          Did you issue a press statement

4     ████████████████████████████████ in

5     January of 2015, where you stated that

6     Virginia Roberts' claims were, quote, obvious

7     lies?

8          MR. PAGLIUCA:  Objection to the

9          form and foundation.

10     A.   So my lawyer, ████████████████

11     instructed ████████ to issue a statement.

12     Q.   Today, did you say that Virginia

13     lied about, quote, absolutely everything?

14     A.   I said that there are some things

15     she may not have lied about.

16     Q.   So are you saying it's an obvious

17     lie that Jeffrey Epstein engaged in sexual

18     contact with Virginia while Virginia was

19     underage?

20          MR. PAGLIUCA:  Objection to the

21          form and foundation.

22     A.   Can you ask the question again,

23     please?

24     Q.   Are you saying it's an obvious lie

25     that Jeffrey Epstein engaged in sexual



Page 203

```
 1           G Maxwell - Confidential
 2      conduct with Virginia while Virginia was
 3      underage?
 4               MR. PAGLIUCA:  Objection to the
 5          form and foundation.
 6          Q.   You can answer.
 7          A.   Try again, please.
 8          Q.   Are you saying that it's an obvious
 9      lie that Jeffrey Epstein engaged in sexual
10      conduct with Virginia while Virginia was
11      underage?
12               MR. PAGLIUCA:  Objection to the
13          form and foundation.
14          A.   Again, I'm telling you, first of
15      all, it was a statement that was issued by my
16      lawyer and -- through my lawyer ███████.
17          Q.   I understand that.  I'm asking you,
18      are you saying that it's an obvious lie that
19      Jeffrey Epstein engaged in sexual conduct
20      with Virginia while Virginia was underage.
21               Is that a lie?
22               MR. PAGLIUCA:  Objection to the
23          form and foundation.
24          Q.   You can answer.
25          A.   So I cannot testify to what ████
```



```
 1          G Maxwell - Confidential
 2    ████ and ████████████ decided to put -- I can
 3  testify to what Virginia's obvious lies are
 4  as regards to me.  I cannot make
 5  representations about all the many lies she
 6  may or may not have told about Jeffrey.
 7       Q.   So is Virginia lying when she says,
 8  is it an obvious lie when she says that she
 9  had sex with Jeffrey Epstein while she was
10  underage?
11            MR. PAGLIUCA:  Objection to the
12       form and foundation.
13       A.   Again, I'm testifying to what I
14  know to be true.  I can only testify to all
15  the many lies she told about me.  I cannot
16  testify to what lies she told about somebody
17  else.  Given she told so many about me, one
18  can probably infer she is lying about
19  everything.
20       Q.   So you think she is lying when she
21  said she had sex with Jeffrey Epstein when
22  she was underage?
23            MR. PAGLIUCA:  Objection to the
24       form and foundation.
25       A.   Again, I can only talk about what I
```



1          G Maxwell - Confidential

2    can positively say myself, not what somebody

3    else is going to represent.

4          Q.   When you were saying that she was,

5    her claims of having sex with Jeffrey Epstein

6    were obvious lies, are you saying she is

7    lying about engaging in sexual conduct with

8    Jeffrey Epstein when she was underage?

9               MR. PAGLIUCA:   Objection to the

10          form and foundation.

11          Q.   You can answer.

12          A.   Again, this was a statement that

13   was put out from my lawyer ██████████████

██    ████████████████████   And I can only testify to

     the obvious lies that she says about me.  I

16   cannot make representations about lies she

17   says about someone else, but she lies so many

18   times about me, one can probably infer she is

19   lying about everything.

20          Q.   So is she not lying when -- is she

21   telling the truth when she says she had sex

22   with Jeffrey Epstein when she was underage?

23               MR. PAGLIUCA:   Objection to the

24          form and foundation.

25          A.   Again, I don't know how else to



1            G Maxwell - Confidential

2    tell you, I can only talk about what I know

3    to be true.  What I know is her story about

4    how she claims that initial situation

5    happened is so egregiously false and such a

6    giant fat enormous, repulsive, disgusting,

7    inappropriate, vile lie, that that I can

8    testify to.

9        Q.   Was she lying when she said she met

10   you at Mar-a-Lago?

11       A.   Again I already testified I don't

12   recall meeting her at Mar-a-Lago.

13       Q.   We showed you a document where you

14   said you met her at Mar-a-Lago when she was

15   17, is that correct?

16           MR. PAGLIUCA:  Objection to the

17       form and foundation.

18       A.   I think I already testified to

19   that.  What I remembered based on all the

20   rubbish she has written and all the many

21   articles I have read, maybe in the moment

22   when I wrote that, have caused me to have

23   that but on reflection I don't recall it as I

24   sit here today.

25       Q.   Are you saying that it was an



Page 207

```
1           G Maxwell - Confidential
2     obvious lie that you approached Virginia
3     while she was under age at Mar-a-Lago?
4              MR. PAGLIUCA:   Objection to the
5         form and foundation.
6         A.    First of all, we can all agree
7     here, all of you sitting here that the lies
8     that you perpetrated in the press that she
9     was 15 and we should all agree now that that
10    is fake, a lie that was perpetrated between
11    all of you to make the story more exciting,
12    can we agree on that?
13        Q.    That is not my question.
14        A.    Can we agree she was not the age
15    she said and you put that in the press, that
16    is obviously, manifestly, absolutely, totally
17    a lie.
18             MS. McCAWLEY:   I am going to put on
19        the record, Ms. Maxwell very
20        inappropriately and very harshly pounded
21        our law firm table in an inappropriate
22        manner.  I ask she take a deep breath,
23        and calm down.  I know this is a
24        difficult position but physical assault
25        or threats is not appropriate, so no
```



Page 208

```
 1        G Maxwell - Confidential
 2        pounding, no stomping, no, that's not
 3        appropriate,.
 4        A.   Can we be clear, I didn't threaten
 5   anybody.
 6             MR. PAGLIUCA:  Stop, you made your
 7        record, there is no dent in the table.
 8        I don't see any chips.  Can we take a
 9        break now.
10             MS. McCAWLEY:  I think it's
11        appropriate to take a break.
12             THE VIDEOGRAPHER:  It's 1:56 and we
13        are off the record.
14             (Recess.)
15             THE VIDEOGRAPHER:  It's now 2:13,
16        we're starting disk No. 5 and we are
17        back on the record.
18        Q.   Ms. Maxwell, how old was Virginia
19   Roberts when you met her in Mar-a-Lago?
20             MR. PAGLIUCA:  Objection to the
21        form and foundation.
22        A.   I know today that she was 17 years
23   old.
24        Q.   Are you saying that it's an obvious
25   lie that Virginia traveled on Jeffrey
```



```
 1          G Maxwell - Confidential
 2    Epstein's airplanes?
 3              MR. PAGLIUCA:  Objection to the
 4         form and foundation.
 5         Q.   You can answer.
 6         A.   Are you referring to my statement
 7    where that says that?
 8         Q.   I'm referring to the language you
 9    use in your statement that says, obvious
10    lies?
11         A.   Can you read my entire statement?
12         Q.   Sure, let me pass it out.
13              (Maxwell Exhibit 10, email, marked
14         for identification.)
15         Q.   This is Bates GM 00068 and we will
16    mark it as -- what you have in front of you
17    is a statement at the top.  This was produced
18    by your counsel, it is indicated Bates No.
19    GM 00068.  At the top the date reflects
20    January 2, 2015 from, appears to be a ████████
21    ████████████████, subject line, is you and
22    then there is a number of individuals you can
23    see at the top that are copied on this that
24    is sent to and bcc'd on this statement.
25              The statement, there are two parts
```



Page 210

1          G Maxwell - Confidential

2     of it.  There is an opening email that says,

3     please find an attached quotable statement on

4     behalf of Ms. Maxwell and there is more

5     language there and it's from ███████ and

6     then it says in the body of it, Jane Doe No.

7     3 or Jane Doe 3 is Virginia Roberts so not a

8     new individual.  The allegations made by, and

9     it says Victoria but I believe that means

10    Virginia Roberts, against Ghislaine Maxwell

11    are not true.  The original allegations are

12    not new and have been fully responded to and

13    shown to be untrue.  And the next paragraph

14    says, Each time the story is retold, it

15    changes with new salacious details about

16    public figures and world leaders and now it

17    is alleged by Ms. Roberts that Al Dershowitz

18    is involved in having sexual relations with

19    her which he denies.  Ms. Roberts claims are

20    obvious lies and should be treated as such

21    and not publicized as news as they are

22    defamatory.

23          The last paragraph states,

24    Ghislaine Maxwell's original response to the

25    lies and defamatory claims remains the same.



```
 1          G Maxwell - Confidential
 2  Maxwell strongly denies allegations of the --
 3  strongly denies allegations of an unsavory
 4  nature which have appeared in the British
 5  press and elsewhere and reserves her right to
 6  seek redress at the repetition of such old
 7  defamatory claims.
 8          Are you saying that it's an obvious
 9  lie that Virginia Roberts traveled on Jeffrey
10  Epstein's planes?
11          MR. PAGLIUCA:  Objection to the
12      form and foundation.
13      A.   I'm saying what's an obvious lie
14  and I think we can all agree, you just had
15  the case tossed out by Alan Dershowitz.  He
16  just got removed from the case because you
17  put him in a case that he wasn't supposed to
18  be in so what was said about him is not true.
19      Q.   Are you saying that it's an obvious
20  lie that Virginia Roberts traveled on Jeffrey
21  Epstein's plane?
22          MR. PAGLIUCA:  Objection to the
23      form and foundation.
24      A.   You have given me plane records
25  that has her name on it but as I already
```



Page 212

```
 1          G Maxwell - Confidential
 2     testified those aren't federally mandated
 3     things and I can see her name on it but
 4     that's what I -- I told you I don't recall
 5     her on any planes.
 6          Q.   Is is that one of Virginia's
 7     obvious lies?
 8          A.   There are more obvious ones.
 9          Q.   Is that one of them?
10          A.   I can't testify to her being on a
11     plane or not.
12          Q.   So is that an obvious lie?
13          A.   There are more obvious lies, like
14
15          Q.   I understand there are more obvious
16     ones.  I'm asking you, is the fact that she
17     said she traveled on Epstein's planes an
18     obvious lie?
19          A.   I think we can probably say because
20     you see her name on a plane record and she
21     went from A to B, that would not be the
22     obvious lie that I would pick.
23          Q.   What obvious lie were you picking
24     when you made this statement?
25          A.   There are so many that I would be
```



Page 213

                         1          G Maxwell - Confidential

 2    thrilled to go through all of them.

 3          Q.    Let's go through them.

 4                What's the first one?

 5          A.    Her characterization of the first

 6    meeting at Mar-a-Lago.

 7          Q.    What part of that was an obvious

 8    lie?

 9          A.    The characterization that she said

10    that she said she was accosted.  She looked

11    like, as best as I can recall, if I met her

12    in Mar-a-Lago as she claims, she worked at

13    Mar-a-Lago, she claims, and her statement she

14    worked at Mar-a-Lago, she would have been

15    dressed as all the spa people in Mar-a-Lago

16    would have been.  It would have been

17    impossible to identify her as someone other

18    than someone who worked at a spa.  She made

19    many claims, she has been a bathroom

20    attendant, front of house attendant, we don't

21    know what she was, so her obvious lies are

22    her contradictory of her own personal

23    statements within that.

24          Q.    So what part of her statement

25    relating to Mar-a-Lago --



Page 214

1          G Maxwell - Confidential

2          A.   I'm carrying on.

3          Q.   I'm sorry.  I thought you were

4    done.

5          A.   Please.  Her statement also that

6    she was driven by her father to Palm Beach.

7    She was driven by her mother, as a matter of

8    fact.  Her whole entire characterization of

9    the first meeting with Jeffrey, as I was

10   outside speaking to her mother.

11         Q.   Let me stop you there, so we don't

12   get too far ahead.  Let me make sure I

13   understand your testimony.

14              The first, in the first piece when

15   you were talking, I believe you said and

16   correct me if I'm wrong, that her

17   characterization of the first meeting at

18   Mar-a-Lago was an obvious lie.

19              What part of that meeting was an

20   obvious lie?

21         A.   By her own testimony, all her

22   various many different descriptions of what

23   she was or wasn't or where she was or wasn't,

24   they have all changed.  She was either front

25   of house or bathroom attendant.  I don't know



```
 1          G Maxwell - Confidential
 2    what she was, so just by her own words, one
 3    doesn't know what's true and what isn't true.
 4          Q.   Are you saying what position she
 5    said she was working in, is that what you are
 6    considering the obvious lie?
 7          A.   I said inconsistency within her own
 8    statement from everything, so in the
 9    beginning it starts off with different
10    statements.
11          Q.   Then I believe you said the second
12    piece was that she was driven by her father?
13          A.   I said she was driven by her
14    mother.
15          Q.   That's the obvious lie?
16          A.   It's an obvious lie to me.
17          Q.   You said why don't you state it in
18    your own words but the characterization of
19    how she was with Jeffrey, what about that is
20    an obvious lie?
21          A.   I was standing outside talking to
22    her mother so the entire story is a
23    fabrication.
24          Q.   Did she not have sex with Jeffrey
25    Epstein during that first massage?
```



```
 1          G Maxwell - Confidential
 2              MR. PAGLIUCA:  Objection to the
 3      form and foundation.
 4      A.   I was talking to her mother so...
 5      Q.   Do you know whether that's an
 6  obvious lie, whether she had sex in that room
 7  or not?
 8      A.   Her story about what happened --
 9  let's also be -- the story as first hit the
10  press was that somebody else led her to
11  Jeffrey's room, it was not me and then it
12  turned to being me so we have an obviously
13  important inconsistency, lie in my -- that's
14  how I would characterize a lie.  It cannot be
15  me or somebody else, it can only be one or
16  the other.
17      Q.   Who is the other person she said
18  took her to the room?
19      A.   Why don't you ask her.
20      Q.   I'm asking you.
21      A.   How would I possibly know.
22      Q.   You are saying that's a lie.
23      A.   It was a lie in the papers, she
24  said it in the newspaper, it was in the
25  newspaper.
```



Page  217

1           G Maxwell - Confidential

2           Q.   How do you know she wasn't

3      identifying you?

4           A.   She said somebody.

5           Q.   How do you know that somebody

6      wasn't you?

7           A.   Why did it suddenly become me, why

8      not say it was me and be done with it.

9           Q.   So it's a lie because she

10     originally may not have named you and then

11     named you later?

12          A.   It's obviously inconsistent to

13     somebody who wasn't me.

14          Q.   How do you know it wasn't you?

15          A.   I know it wasn't me because I was

16     talking to her mother.

17          Q.   But she then named you, is what you

18     are saying?

19          A.   That's an obvious lie.

20          Q.   She named you?

21          A.   It's an obvious lie because I

22     wasn't even in the house.

23          Q.   Is it an obvious -- who did lead

24     her up to Jeffrey's room while you were

25     talking to her mother?


MAGNA
LEGAL SERVICES

```
 1          G Maxwell - Confidential
 2          A.   You would have to ask Virginia, I
 3    don't know if she was led up to his room.
 4          Q.   You were standing with the mother,
 5    is that correct?
 6          A.   That's correct.
 7          Q.   Who was working at the house that
 8    day?
 9          A.   ███████████████████████.
10          A.   Would ██████████ typically lead
11    someone up to the room where Jeffrey was
12    having a massage?
13          A.   I don't know she was led up to the
14    room to have a massage.
15          Q.   She would have found her way on her
16    own?
17          A.   I would suggest that that entire
18    story never happened at all in any of its
19    form.
20          Q.   If you stood outside with the
21    mother, what did you think happened inside
22    then?
23          A.   I believe that somebody, it wasn't
24    me, ██████████ probably took her to meet
25    Jeffrey Epstein ████████████████████
```



Page 219

```
 1              G Maxwell - Confidential
 2   ██████████████████████████████████████.
 3        Q.   Did Jeffrey tell you that?
 4        A.   No but that would have been a
 5   normal interaction.  I don't believe for a
 6   second -- I know her entire characterization
 7   didn't happen because I was outside talking
 8   to her mother the entire time.
 9        Q.   Why would she have come for a
10   massage and not given a massage?
11             MR. PAGLIUCA:  Objection to the
12        form and foundation.
13        A.   We are talking about her
14   characterization of the first time that she
15   came to the house.
16        Q.   If I'm following you correctly,
17   you're saying she walked in and would have
18   gone to -- it's your assumption she would
19   have gone and talked to Jeffrey and left?
20        A.   When I was working for Jeffrey,
21   typically he would meet someone before
22   getting a massage from them to see if he
23   wanted to have a massage from them,
24   typically.
25        Q.   So he would not have someone come
```



Page 220

```
 1          G Maxwell - Confidential
 2    up to the room and start a massage?
 3         A.   He would not.
 4         Q.   So the young girls in the police
 5    report who say they came over and were led up
 6    to the room on the first day, would they be
 7    wrong about that?
 8              MR. PAGLIUCA:  Objection to form
 9         and foundation.
10         A.   I can't comment what happened when
11    I was not at the house.  I can only comment
12    when I was at the house.
13         Q.   Was there ever a time where a woman
14    came to the house for the first time to give
15    a massage and Jeffrey had the massage that
16    day?
17              MR. PAGLIUCA:  Objection to the
18         form and foundation.
19         A.   Can we talk about adult
20    professional masseuses, please?
21         Q.   I'm asking, whether adult or
22    underage?
23         A.   I'm not interested in talking about
24    underage.  I can only testify to what I know,
25    professional masseuses, adult, I cannot
```



Page 221

1          G Maxwell - Confidential

2     testify to anything else.

3          Q.   Why can't you testify to an

4     underage girl that came over and was led up

5     to the room for a massage?

6               MR. PAGLIUCA:  Objection to the

7          form and foundation.

8          A.   The police records you are

9     referring to?

10         Q.   You are saying that didn't happen.

11    You're saying I can only testify to adults

12    that came for an interview and were led up to

13    the room.  Why can't you testify to whether

14    an underage girl was brought in for an

15    interview and led up --

16              MR. PAGLIUCA:  Objection to the

17         form and foundation.

18         Q.   Go ahead.

19         A.   Can you reask the question.

20         Q.   Why can't you testify as to an

21    underage girl who came over for an interview

22    and then was then led up to the room for the

23    massage?

24         A.   You've mangled your entire

25    question.  Can you please reask that in a way



Page 222

1           G Maxwell - Confidential

2      that I can answer it correctly?

3          Q.    Why can you not testify as to

4      whether an underage girl, you said you can

5      testify as to females that were over the age

6      of 18, why can't you testify as to whether an

7      underage girl came over for an interview and

8      on the same day --

9          A.    I don't know what you mean by

10     interview.

11         Q.    You just said that Jeffrey Epstein

12     interviewed, it was your word, interviewed

13     the masseuses before they gave massages, is

14     that correct?

15         A.    The word interview is making me --

16     I'm English, so you could have some

17     difficulty understanding the way I

18     communicate.

19         Q.    I'm using your word.

20         A.    Then I will reuse it a different

21     word.  He would meet them because receiving a

22     massage is something you want to make sure

23     you are comfortable with the person and so

24     interview is not the correct word but you

25     would meet them to have a conversation with



1         G Maxwell - Confidential

2    them to see if you want to have a massage

3    with that person.

4         Q.   Did Jeffrey Epstein ever meet an

5    underaged girl and on the same day receive a

6    massage from that girl?

7              MR. PAGLIUCA:   Objection to the

8         form and foundation.

9         A.   I can't possibly testify to what

10   happened after I was not at the house.

11        Q.   If you are aware, at any time you

12   were at the house, did you ever see that?

13             MS. MENNINGER:   Let her finish the

14        question.

15        A.   I can only testify to people who

16   were adult professional masseuses who came to

17   the house.   I cannot testify to something I'm

18   not party to and don't know about.   I can

19   only testify to what I saw.   So when

20   professional adult masseuse, male and/or

21   females would come to the house, typically

22   when I was there, typically he would meet

23   with them prior, to have a conversation with

24   them about their experience, whatever, to

25   decide whether it would then A, if he had



Page 224

1        G Maxwell - Confidential

2   time for a massage at that time or B, whether

3   he could have a massage at that moment.

4        Q.   Was Virginia an adult when she came

5   over, was she over 18?

6             MR. PAGLIUCA:   Objection to the

7        form and foundation.

8        A.   I think we established, as of

9   today, we are all aware, everyone in this

10  room that she was 17.

11       Q.   So you have been present when a

12  minor was brought over for a massage for

13  Jeffrey?

14       A.   Can I say, as you are able to have

15  a massage at 17, so she came as a masseuse.

16       Q.   I'm not saying whether or not you

17  are able to.  I'm saying you've been present

18  at Jeffrey's home when an underage minor has

19  come over to give him a massage?

20       A.   That's just not how that works.

21  You are able to be a masseuse at 17 so she

22  came to give -- for a massage, at 17 you are

23  able to come and give a massage.

24       Q.   I'm not asking whether she is able

25  to do it.  I'm asking whether you were



1        G Maxwell - Confidential

2   present at the home when a girl under the age

3   of 18 came over for the purposes of giving a

4   massage?

5        MR. PAGLIUCA:  Objection to the

6      form and foundation.

7     Q.   You can answer.

8     A.   You can be a professional masseuse

9   at 17 in Florida, so as far as I am aware, a

10  professional masseuse showed up for a

11  massage.  There is nothing inappropriate or

12  incorrect about that and your

13  mischaracterization of it, I think is

14  unfortunate.

15     Q.   How many teenagers did he have that

16  were professional masseuses that worked in

17  his home?

18        MR. PAGLIUCA:  Objection to the

19      form and foundation.

20     Q.   How many?

21     A.   First of all, I am not aware of

22  teenagers who worked in his home.

23     Q.   You are aware of Virginia Roberts

24  and you've stated she was 17 and she worked

25  for him, correct?



Page 226

```
 1          G Maxwell - Confidential
 2       A.    No.   I did not state that at all,
 3   you are mischaracterizing my words and what I
 4   said.
 5            What I said was that we can all
 6   agree and I think at this point there is not
 7   one person in this room, however much you
 8   would like her to be younger, to say she was
 9   not 17 because that has been a very offensive
10   thing that you have all done.  So she was 17.
11   At 17 you are allowed to be a professional
12   masseuse and as far as I'm concerned, she was
13   a professional masseuse.  There is nothing
14   inappropriate or incorrect about her coming
15   at that time to give a massage.  Her entire
16   characterization of her first time at the
17   house was to me an obvious lie, given it was
18   impossible for her entire story to take place
19   given I was speaking to her mother the entire
20   she was at the house.
21       Q.   So it was impossible that day, that
22   first day she came and you were speaking to
23   the mother, for Virginia Roberts to have had
24   sex with Jeffrey Epstein during the time that
25   you were outside with her mother?
```



1          G Maxwell - Confidential

2          MR. PAGLIUCA:  Objection to the

3     form and foundation.

4     A.   You, again, are completely

5  mischaracterizing.  I can only testify to

6  what I heard obvious lies about me and her

7  obvious lies about me are that she, as you

8  put out to the papers and every other which

9  way, went upstairs with her, didn't happen.

10 So that to me is an absolute, obvious lie.  I

11 also don't believe that her -- her

12 mischaracterization of the length of time she

13 was there because as I recall, she just met

14 with Jeffrey and then left with her mother.

15 That's my recollection.

16     Q.   So you were standing outside the

17 entire time that Virginia was in the house,

18 is that correct?

19     A.   That is correct.

20     Q.   So can you testify as to whether or

21 not, do you know either from Jeffrey or any

22 other source whether or not Virginia Roberts

23 had sex with Jeffrey on that first day that

24 she was at the house?

25     A.   We can categorically state,



```
 1          G Maxwell - Confidential
 2     absolutely 1000 percent that she did not have
 3     any type of sexual relations as described by
 4     you in your court papers that took place
 5     because those allegedly according to her lies
 6     involved some aspect of me.
 7               As I was standing outside with her
 8     mother the entire time, her entire story is a
 9     lie.  Therefore, to ask me what she did or
10     didn't do during that time, I can only
11     testify to what she said about me, which was
12     1000 percent false.
13          Q.   So let's not take the first time,
14     let's take the next time she comes.
15          A.   No no, how can do you that, when
16     the basis of this entire horrible story that
17     you have put out is based on this first
18     appalling story that was written, repeated,
19     multiply by the press that lied about her
20     age, lied about the first time she came, lied
21     about and characterized the entire first
22     time.  I have been so absolutely appalled by
23     her story and appalled by the entire
24     characterization of it and I apologize
25     sincerely for my banging at the table
```



Page 229

```
 1           G Maxwell - Confidential
 2     earlier, I hope you accept my apology.  It's
 3     borne out of years of feeling the pressure of
 4     this entire lie that she has perpetrated from
 5     our first time and whilst I recognize that
 6     was -- I hope you forgive me sincerely
 7     because it was just the length of time that
 8     that terrible story has been told and retold
 9     and rehashed when I know it to be 100 percent
10     false.
11         Q.   So not the first time she came, but
12     the second time she came or the third time or
13     any time she came, did you ever participate
14     in a massage with her in Jeffrey Epstein's
15     room?
16         A.   I have never participated at any
17     time with Virginia in a massage with Jeffrey.
18         Q.   Have you ever participated at any
19     time with Virginia in any kind of sexual
20     contact or sexual touching with Jeffrey and
21     Virginia?
22         A.   I have not.
23         Q.   So we were going through the list
24     of obvious lies and you were talking about
25     the first time which I believe we have
```



Page 230

```
 1          G Maxwell - Confidential
 2     completed but you can add to that if you need
 3     to.
 4               What other obvious lies did
 5     Virginia Roberts tell that you were referring
 6     to in your statement?
 7          A.   Oh my goodness.  Well, I think we
 8     can totally cover the ██████ story, the
 9     story that I flew him with ████████████ and
10     there was a dinner with other people and that
11     entire thing is 100 percent fictitious.  I
12     have testified for the record and I'm happy
13     to do it again, that I have never flown ████
14     ███████ myself as a pilot in a helicopter at
15     any time, anyplace, at any time, to any part
16     of the world.
17          Q.   What other obvious lies were you
18     referring to?
19          A.   She was referring to ████████, she
20     is referring to a bunch of people.  I don't
21     believe ████████ ever came to the island at
22     any time ever.  I don't even know ████████
23     actually.
24          Q.   Just one moment, I want to hear all
25     of them, but when you say you don't believe
```



Page 231

```
 1          G Maxwell - Confidential
 2    ████████ ever came to the island, do you know
 3    whether ████████ ever came to the island?
 4         A.    ████████ never came to the island.
 5         Q.    How do you know that?
 6         A.    Jeffrey doesn't know him, I don't
 7    know him and I think had ████████ -- I don't
 8    think -- had ████████ gone to the island
 9    during the period when I would have been
10    involved in organizing a trip, I would have
11    been aware of it.
12         Q.    So go ahead, you had another one.
13         A.    It would be easier if I could see,
14    do you mind if a take a reference at some of
15    these newspaper articles or you just want me
16    to go from memory.
17              Her entire characterization of what
18    took place in London at my house with ████████
19    ████████
20         Q.    Was it an obvious lie that she was
21    at your house in London?
22         A.    We can't really establish the
23    photograph and all that.  I don't know if
24    that's true, if that's a real picture or not.
25         Q.    So you dispute that you were
```



Page 232

```
 1          G Maxwell - Confidential
 2    actually photographed in your town home in
 3    London --
 4          A.   I don't recognize that picture.
 5    I'm not sure if that's a real picture or not.
 6          Q.   And have you talked to ██████
 7    ██████ about that picture?
 8          A.   We discussed Virginia's entire tail
 9    and he asked me if he even knew her.
10          Q.   So did ████████████ tell you that
11    he did not have sex with Virginia Roberts?
12          A.   He doesn't even know who Virginia
13    Roberts is.
14          Q.   Did he tell you that he didn't have
15    sex with her?
16          A.   It would be difficult to have sex
17    with someone you don't know.
18          Q.   He may not remember her?
19          A.   I think the inference is he didn't
20    know who she was, he didn't have any
21    recollection of her whatsoever.
22          Q.   Has ███████████ ever come to your
23    London town home?
24          A.   Yes.  Ever being the entire time I
25    owned my house, yes.
```



Page 233

          1          G Maxwell - Confidential

          2              Can I go on on her obvious lies?

          3      Q.    If you have more.

          4      A.    I have -- her entire

          5    characterization -- I took her shopping into

          6    Burberry and bought her a very expensive

          7    dress and if this photo were real and if this

          8    is -- I would never -- the outfit doesn't

          9    work at all so --

         10      Q.    Do you not remember taking her

         11    shopping or are you saying it's an obvious

         12    lie, you know you did not take her shopping?

         13      A.    I did not take her shopping.  I did

         14    not by her a $5,000 handbag.

         15      Q.    Did Jeffrey by her a $5,000

         16    handbag?

         17      A.    Her accusation was that I did.

         18      Q.    Do you know if Jeffrey bought her a

         19    handbag during that trip to London?

         20      A.    I don't know what he did.  She

         21    accused me, I can't physically remember

         22    buying a $5,000 not for her, not for anyone,

         23    not for me.

         24      Q.    Did you ever go shopping with

         25    Virginia?



Page 234

                    1          G Maxwell - Confidential

2          A.   I don't recall ever shopping with

3     Virginia.

4          Q.   Did you have more to go over or did

5     you want me to ask my questions?

6          A.   The entire characterization of what

7     took place in my house in London would have

8     been impossible.

9          Q.   Can I ask, do you still have it,

10    the picture of the London town home with you

11    in it, Giuffre 00407.

12              As you are looking at this picture,

13    Ms. Maxwell, as I'm looking at it it's on the

14    right-hand side, there appears to be a

15    picture hanging on the wall, do you recall

16    that in your London town home?

17         A.   It's a little difficult to see.

18         Q.   Do you recall having a picture on

19    the wall there by the room where you're

20    standing?

21         A.   I do have a picture.

22         Q.   Do you recall on the left-hand side

23    having a railing that looks like that with

24    sort of a bubble wood top?

25         A.   I do.



```
 1          G Maxwell - Confidential
 2      Q.   So are you saying that it's an
 3  obvious lie that Virginia's statement that
 4  she had sex with ███████████ is an obvious
 5  lie?
 6      A.   What I'm representing is that her
 7  entire ludicrous and absurd story of what
 8  took place in my house is an obvious lie.
 9      Q.   Including she had sex with ████████
10  █████████
11      A.   She claimed things took place in my
12  bathroom in London.  Her characterizations is
13  just not possible.
14      Q.   So you're saying it's an obvious
15  lie -- that she was telling an obvious lie
16  when she said she had sex with ██████████████?
17          MR. PAGLIUCA:  Objection to the
18          form and foundation.  The witness
19          answered the question.
20      A.   I'm saying within the context of
21  all the stories she told, this particular
22  story -- back up, she claimed we went out at
23  night.  ████████████████████████████████████
   ██████████████████████████████████████████████
   ██████████████████████████████████████████████
```



```
 1              G Maxwell - Confidential
 2   ████████████████████.  She characterized
 3   that ██████████████████████.  ███████
 4   ████████████████.
 5         She then characterized things took
 6   place in my bathroom in the bathtub itself.
 7   The tub is too small for any type of activity
 8   whatsoever.
 9         Q.  ██████████████████████████████
10  ██ ████████████████████████████
11         A.  ██████████████████████████████
12  ██ ████████████████
13         Q.  That would be ████████████████
14  ██████
15         A.  Yes.
16         Q.  Are you saying that it was an
17   obvious lie when Virginia said that you made
18   her dress up in a school girl outfit?
19              MR. PAGLIUCA:  Objection to the
20         form and foundation.
21         A.  I already testified that, first of
22   all, I don't know what you are taking about,
23   I already testified I didn't get her outfits
24   and all of that.
25         Q.  Is it an obvious lie that Virginia
```



MAGNA
LEGAL SERVICES

Page  237

1            G Maxwell - Confidential

2    was paid to go to give a massage to Glenn

3    Dubin at the Breakers?

4            MR. PAGLIUCA:  Objection to the

5        form and foundation.

6        A.   I cannot testify to what Virginia

7    did outside of -- I can't testify to what she

8    did, who she gave massages to.

9        Q.   So you don't know on that one?

10       A.   Of course I don't know.

11       Q.   Do you agree that it's

12   psychologically harmful to have sex with a

13   minor?

14           MR. PAGLIUCA:  Objection to form

15       and foundation.

16       A.   What are you asking me?

17       Q.   I'm asking if is it psychologically

18   harmful for an adult to have sex with a

19   minor?

20           MR. PAGLIUCA:  Objection to the

21       form and foundation.

22       A.   I don't know what you are asking.

23   This has nothing to do with Virginia Roberts.

24       Q.   It does.

25       A.   How does it?



Page 238

1          G Maxwell - Confidential

2          Q.   I ask the questions, you answer.

3    If you can't answer, you can say I don't

4    know.

5              But my question is, do you agree

6    that it's psychologically harmful to have sex

7    with a minor?

8              MR. PAGLIUCA:   Objection to the

9         form and foundation.

10         A.   Are you giving me a random question

11   and as not relates to this case and not

12   relates to anything.   It's obviously not

13   something that you want to have happen.

14         Q.   Do you agree that Jeffrey Epstein

15   has harmed many minors by having sex with

16   them?

17             MR. PAGLIUCA:   Objection to the

18        form and foundation.

19         A.   I can't testify to what Jeffrey did

20   or didn't do.   I have no knowledge of what

21   you are asking me.

22         Q.   If Jeffrey had sex with minors,

23   would you agree that that could harm a minor?

24             MR. PAGLIUCA:   Object to the form

25        and foundation.



Page 239

1        G Maxwell - Confidential

2        A.    Again, I am not testifying to what

3   Jeffrey did or did not do because I cannot.

4        Q.    You don't know whether Jeffrey

5   Epstein ever had sex with a minor?

6        A.    Again, I cannot testify to what

7   Jeffrey did or didn't do.  I cannot.

8        Q.    You never observed him having sex

9   with a minor?

10       A.    I never observed Jeffrey having sex

11  with a minor.

12       Q.    Do you agree that calling a sex

13  abuse victim a liar when she speaks about her

14  abuse can cause psychological harm?

15            MR. PAGLIUCA:  Objection to the

16       form and foundation.

17       A.    Can you repeat the question.

18       Q.    Do you agree calling a sex abuse

19  victim when she speaks about her abuse can

20  cause psychological harm?

21            MR. PAGLIUCA:  Objection to form

22       and foundation.

23       A.    Say it again.

24       Q.    Do you agree that calling a sexual

25  abuse victim a liar can cause psychological



1          G Maxwell - Confidential

2     harm.

3              MR. PAGLIUCA:  Object to the form

4          form and foundation.

5          A.   I would like to say all the

6     terrible things Virginia Roberts said about

7     me is extremely harmful and you should turn

8     that around.  All the lies she has said and

9     you have backed her on have been extremely

10    damaging to me.

11             So what I can testify to is that

12    somebody who has made these outrageous

13    allegations and who is a serious liar and

14    that I know for a fact is a liar, that I can

15    testify is damaging to me.

16         Q.   Do you agree that calling a sexual

17    abuse victim a liar when she speaks out about

18    her abuse can cause psychological harm?

19             MR. PAGLIUCA:  Are you asking a

20         hypothetical question?

21             MS. McCAWLEY:  Yes.

22         A.   You are asking me to speculate?

23         Q.   I'm not asking you to speculate .

24    If somebody is a sexual abuse victim --

25         A.   I can't testify to what some random



Page 241

```
 1            G Maxwell - Confidential
 2    hypothetical person that you are asking me to
 3    speculate on their mental state or health
 4    versus speculative statement.  I can't do
 5    that, that's just not right.
 6         Q.   Do you agree that by calling
 7    Virginia Roberts a liar when she was subject
 8    to sexual abuse by Jeffrey Epstein can cause
 9    psychological harm?
10            MR. PAGLIUCA:  Objection to the
11         form and foundation.  Assumes facts not
12         in evidence.
13         A.   I can only tell you about what I
14    know of Virginia's lies.  She lied
15    repeatedly, often and I know for a fact she
16    is a liar so I can only testify to what I
17    know and the fact that she has lied about me
18    from the beginning to the end and repeatedly
19    causes me to question anything that she may
20    feel.
21         Q.   Is it an obvious lie you had sex
22    toys in Jeffrey Epstein's Palm Beach house?
23            MR. PAGLIUCA:  Objection to the
24         form and foundation.
25         A.   Can you repeat the question,
```



Page 242

```
 1          G Maxwell - Confidential
 2    please?
 3          Q.    Is it an obvious lie that you had
 4    sex toys in Jeffrey Epstein's Palm Beach
 5    house?
 6               MR. PAGLIUCA:  Objection to the
 7          form and foundation.
 8          A.    Did Virginia say that?
 9          Q.    I'm asking you a question.
10               Is it an obvious lie that you had
11    sex toys in Jeffrey Epstein's house?
12          A.    I don't recall any sex toys.
13          Q.    If someone said had you sex toys,
14    would that be an obvious lie?
15               MR. PAGLIUCA:  Objection to the
16          form and foundation.
17          A.    Like I said -- can you be more
18    specific about the house or whatever, what
19    exactly you are referring to, what's a sex
20    toy?
21          Q.    Yes.  How would you define a sex
22    toy?
23          A.    No.  I need you to define a sex
24    toy, I don't have enough knowledge of sex
25    toys.
```



Page 243

1        G Maxwell - Confidential

2        Q.    I will define it based on the

3   dictionary's definition, which is an object

4   or device used to sexually stimulate or

5   enhance sexual pleasure.

6        A.    What's your question, please?

7        Q.    The question is, is it an obvious

8   lie that you had sex toys in Jeffrey

9   Epstein's Palm Beach house?

10        MR. PAGLIUCA:  Same objection.

11        Q.    You can answer.

12        A.    Like I said, I do not have any

13   recollection of sex toys in Jeffrey's house.

14        Q.    Is it a lie, is it an obvious lie

15   that you took pictures of nude girls?

16        MR. PAGLIUCA:  Object to the form

17        and foundation.

18        A.    We already covered this.  Girls we

19   are not referring to -- I can only testify to

20   taking pictures of adult people and I already

21   testified they are not nude, per se.  That

22   every picture that I ever took and which they

23   were very limited, always by request, the

24   people would be covered or it would be a hand

25   or a foot.  There was never any pictures that



Page 244

1          G Maxwell - Confidential

2     I took of people would only have been

3     mainstream type magazine type photos and any

4     photos I took could have been very happily

5     and expected to be displayed on your parents'

6     mantel piece or grandparents' mantel piece.

7          Q.   Is it a lie that you approached

8     females to bring them to Jeffrey Epstein?

9               MR. PAGLIUCA:  Objection to the

10          form and foundation.

11         A.   Please ask the question, again.

12         Q.   Sure.  Is it a lie that you

13    approached females to bring them to Jeffrey

14    Epstein?

15         A.   I don't know what you are asking

16    me.

17         Q.   I'm asking you, if it's a lie that

18    you approached females to bring them to

19    Jeffrey Epstein?

20              MR. PAGLIUCA:  Objection to the

21          form and foundation.

22         A.   You are not asking me a good

23    question, sorry.

24         Q.   You don't get to choose the

25    questions.



Page 245

```
 1          G Maxwell - Confidential
 2      A.   I would like to answer your
 3  questions but you are not asking me a
 4  question that I can answer.
 5      Q.   What about that is causing you
 6  pause where you can't answer the question?
 7      A.   You are trying to trap me and
 8  that's not fair, so I already testified that
 9  I hire people across the board, so I would
10  hire architects, decorators, pool people,
11  exercise instructors, gardeners, cooks,
12  chefs, cleaning people.  So I, in the course
13  of a very long time when I would hire people
14  I hired people to work for Jeffrey.  So I'm
15  happy to testify to hiring people for every
16  possible conceivable proper job that you
17  could conceive of within the context of
18  Jeffrey's life and homes.
19      Q.   Is it a lie that you approached
20  females to bring them to Jeffrey Epstein for
21  the purpose of performing massages?
22          MR. PAGLIUCA:  Objection to the
23      form and foundation.
24      A.   Again, I have already testified
25  that part of the job that I had was to hire
```



Page 246

1          G Maxwell - Confidential

2    lots of different types of people.  In terms

3    of whatever -- very small part of my job,

4    Jeffrey enjoyed getting massages.  I think

5    that is something we can all agree in this

6    room and within the context of that, very

7    infrequently I would go to spas and myself

8    happily receive a professional nonsexual

9    massage from a man and/or from a woman and if

10   that massage was something that I thought was

11   something that was good, I would ask if that

12   man or woman would come back and does home

13   visits.  If that person said that they did,

14   they would sometimes come, from time to time,

15   not always, come back to the house to perform

16   a nonsexual professional male or female

17   massage.

18        Q.   Were any of the exercise

19   instructors you hired under the age of 18?

20        A.   Again, I don't hire, we've already

21   established that I don't hire people.  I

22   interview people to see if they are competent

23   in the job that they do and/or whether they

24   are someone who seemed that they can do home

25   visits.



Page 247

```
 1          G Maxwell - Confidential
 2              At the point where I think that
 3     there is somebody that has, can be either
 4     whatever the job may be, pool, gardener, chef
 5     and/or exercise instructor and I think they
 6     could be good at whatever it is at whatever
 7     skill that they had and they did a home visit
 8     which would obviously be mandatory and Mr.
 9     Epstein would meet with them and decide if he
10     wanted to have whatever skill it was that he
11     would do it and then he would then either
12     have them come back or hire them.
13          Q.   Were there any exercise instructors
14     that worked at the home that were under the
15     age of 18?
16              MR. PAGLIUCA:  Objection to the
17          form and foundation.
18          A.   Again, I keep coming back to this,
19     that the people that I employed or -- not the
20     right word, the people I would meet to come
21     and work at the house, under any guise
22     whatsoever, again, from any of the many
23     positions that I filled, were all over --
24     were adults.
25          Q.   When you say adults, over the age
```



Page 248

```
 1          G Maxwell - Confidential
 2   of 18?
 3        A.   I think we can establish what adult
 4   would be.
 5        Q.   You never interviewed or I know you
 6   don't want to use the word hired, whatever
 7   your role was, you brought in an exercise
 8   instructor that was under the age of 18 to
 9   work at the house?
10             MR. PAGLIUCA:   Object to the form
11        and foundation.
12        A.   I have already testified that what
13   I was responsible for was to find people who
14   had competencies in whatever area I was
15   looking for.   The competencies I was looking
16   for were professional and adult.
17        Q.   So there was no exercise instructor
18   that worked at the Palm Beach house or the
19   New York house or the New Mexico house or the
20   USVI under the age of 18?
21             MR. PAGLIUCA:   Objection to the
22        form and foundation.
23        A.   I can only testify to when I was at
24   the house.
25        Q.   Yes.
```



Page 249

        1           G Maxwell - Confidential
        2      A.    I can only testify to the years
        3    when I was present.
        4      Q.    Right.
        5      A.    And I can also only testify to
        6    people I personally either met and/or worked
        7    with and/or invited, to find the correct
        8    word, I don't know what the correct word is,
        9    to come to do exercise or whatever it was at
       10    the house.
       11           Of the people that I, male and/or
       12    female that I brought were all appropriate
       13    and age appropriate adults.
       14      Q.    Over the age of 18?
       15      A.    We've established them as an adult.
       16      Q.    You are saying appropriate adults,
       17    so we are clear, you didn't hire or bring in
       18    or know of any exercise instructors that were
       19    under the age of 18 at any of those homes?
       20      A.    I am also testifying that when I
       21    was present at the house and with the people
       22    that I brought in, were all age appropriate
       23    adults.
       24      Q.    How do you define age appropriate
       25    adults, is that over the age of 18, can we



Page 250

```
 1        G Maxwell - Confidential
 2   agree to that?
 3            MR. PAGLIUCA:   Objection to the
 4        form and foundation.
 5        Q.   Are they under the age of 18?
 6        A.   We already established that you can
 7   be a masseuse in Florida at age 17.  That
 8   does not make it inappropriate.
 9        A.   I'm not saying appropriate or
10   inappropriate.  I'm just asking if there were
11   any exercise instructors that were under the
12   age of 18.
13        A.   I am not aware if anybody was but I
14   don't want to full out and say you oh she
15   said, we already established you can be a 17
16   year old masseuse and have it not be
17   something that is not appropriate.  So when
18   you say that and then you go, well, you come
19   back and say something, now we can establish
20   that Virginia was 17 but you can be a 17 year
21   old legal masseuse, but I am not aware to
22   your point.
23        Q.   Who were the other 17 year old
24   masseuses that you were aware of?
25        A.   I am not aware of any.
```



1          G Maxwell - Confidential

2          Q.   Were there any 16 year year old

3     masseuse that you are aware of?

4          A.   I am not aware.

5          Q.   Any 15?

6          A.   I just want to be clear.  The only

7     person that I am aware of who claims to have

8     been a -- we have to -- we established

9     Virginia now is 17, given she has changed her

10    age so many times.  The only person that I am

11    aware of that was a masseuse at the time when

12    I was present in the house was Virginia.

13         Q.   Is it an obvious lie that Jeffrey

14    Epstein had a sexual preference for underage

15    miners?

16              MR. PAGLIUCA:  Objection to the

17         form and foundation.

18         A.   Can you ask the question again?

19         Q.   It is it an obvious lie that

20    Jeffrey Epstein had a sexual preference for

21    underage minors?

22              MR. PAGLIUCA:  Objection to the

23         form and foundation.

24         A.   Can you ask the question again?

25         Q.   Is it an obvious lie that Jeffrey



Page 252

1          G Maxwell - Confidential

2    Epstein had a sexual preference for underage

3    minors?

4              MR. PAGLIUCA:  Object to the form

5         and foundation.

6         A.   I cannot testify to what

7    Jeffrey's --

8         Q.   You don't know his preference?

9         A.   You handed me a stack of papers

10   from the police reports and that's what I've

11   read but I have no knowledge, direct

12   knowledge, of what you are referencing.

13        Q.   So you don't know, you don't know

14   in your own mind that Jeffrey Epstein had a

15   sexual preference for underage minors, is

16   that correct?

17             MR. PAGLIUCA:  Objection to the

18        form and foundation.

19        Q.   Is that correct?

20        A.   Please ask the question again.

21        Q.   You don't know in your own mind

22   that Jeffrey Epstein had a sexual preference

23   for underage minors?

24             MR. PAGLIUCA:  Objection to the

25        form and foundation.  You have to pause,



Page 253

1          G Maxwell - Confidential

2          let me object, answer the question.

3          Listen to her question, pause, I object,

4          you answer.

5          Q.    So you don't know in your own mind

6    that Jeffrey Epstein had a sexual preference

7    for underage minors?

8               MR. PAGLIUCA:  Objection to the

9          form and foundation.

10         Q.    You can answer.

11         A.    I cannot tell you what Jeffrey's

12   story is.  I'm not able to.

13         Q.    Did Jeffrey Epstein have a scheme

14   to recruit underage girls to use them for

15   purposes of sexual massages?

16              MR. PAGLIUCA:  Objection to the

17         form and foundation.

18         A.    Can you ask me again, please?

19         Q.    Did Jeffrey Epstein have a scheme

20   to recruit underage girls to recruit them for

21   sexual massages?

22              MR. PAGLIUCA:  Objection to the

23         form and foundation.

24         A.    Can you ask it a different way?

25         Q.    Did Jeffrey Epstein have a scheme



1           G Maxwell - Confidential

2     to recruit underage girls for sexual

3     massages?

4           MR. PAGLIUCA:  Objection to the

5         form and foundation.

6         Q.   If you know.

7         A.   I don't know what you are talking

8     about.

9         Q.   Is it an obvious lie that Virginia

10    Giuffre was a minor the first time she was

11    taken to Jeffrey Epstein's house?

12          MR. PAGLIUCA:  Objection to the

13        form and foundation.

14        A.   So we've already established that

15    Virginia was 17 and we have established that

16    her mother brought her to the house and that

17    she came as a masseuse, age 17, which is

18    legal in Florida.

19        Q.   Would Jeffrey Epstein's assistants

20    arrange times for underage girls to come to

21    the house for sexual massages?

22          MR. PAGLIUCA:  Objection to the

23        form and foundation.

24        A.   What are you talking about?

25        Q.   Sure.  Would Jeffrey Epstein's



```
 1          G Maxwell - Confidential
 2   assistants, I think earlier you mentioned, we
 3   talked about ███████████ who worked in the
 4   role as an assistant or ████████████.
 5   Would Jeffrey Epstein's assistants arrange
 6   times for underage girls to come over the
 7   house for sexual massages?
 8          MR. PAGLIUCA:  Objection to the
 9       form and foundation.
10       A.   Again, I read the police reports so
11   this is all happening according to the police
12   reports when I am no longer at the house so I
13   can't testify to what Jeffrey's assistants
14   did when this kind of activity as alleged in
15   the reports.
16       Q.   So you don't know?
17       A.   No.
18       Q.   Would Jeffrey Epstein's assistants,
19   meaning ████████████████████████ or any
20   other assistant that you are aware of from
21   the time you worked there take nude
22   photographs of underage girls?
23          MR. PAGLIUCA:  Object to the form
24       and foundation.
25       A.   During what period of time?
```



Page 256

1           G Maxwell - Confidential

2       Q.   During any period of time you

3   worked, did you observe that?

4       A.   I did not observe any such

5   photographs.

6       Q.   Are you aware if they took those

7   kinds of photos?

8       A.   I am not aware.

9            MR. PAGLIUCA:  Can we take a

10          five-minute break.

11           THE VIDEOGRAPHER:  It's 2:58 and we

12          are off the record.

13           (Recess.)

14           THE VIDEOGRAPHER:  It's now 3:10.

15          We're starting disk No. 6 and we are

16          back on the record.

17      Q.   Ms. Maxwell, was it an obvious lie

18  when Virginia said she was sent to Thailand

19  by Epstein in September of 2002?

20           MR. PAGLIUCA:  Objection to the

21          form and foundation.

22      A.   I have no knowledge of Virginia

23  being sent to Thailand.

24           But may I say something?

25      Q.   There is not a question pending



Page 257

    1          G Maxwell - Confidential

    2     unless you want to clarify something.

    3              Did you want to clarify that?

    4          A.   No, I just wanted to say something.

    5          Q.   Is it an obvious lie when Virginia

    6     said she was given instructions to maintain

    7     telephone contact with you while she was in

    8     Thailand?

    9              MR. PAGLIUCA:  Objection to the

   10          form and foundation.

   11          A.   Can you repeat the question?

   12          Q.   Is it an obvious lie when Virginia

   13     said she was given instructions to maintain

   14     telephone contact with you when she was in

   15     Thailand?

   16              MR. PAGLIUCA:  Same objection.

   17          A.   I have no idea what instructions

   18     Virginia was given, if any, when she went to

   19     Thailand.

   20          Q.   So you know she went to Thailand?

   21          A.   I know she claimed she went to

   22     Thailand from having read it but given that

   23     she lied about everything it's hard to know

   24     what is true and not true.

   25          Q.   Would it make any sense for her to



```
1           G Maxwell - Confidential
2      be in contact with you, would there be any
3      reason why she needed to be in contact with
4      you?
5                MR. PAGLIUCA:  Objection to the
6           form and foundation.
7           A.   When are we talking about?
8           Q.   When she went to Thailand.
9                MR. PAGLIUCA:  Same objection.
10          Q.   In 2002, would there be any reason
11     for her to remain in contact with you?
12               MR. PAGLIUCA:  Objection to the
13          form and foundation.
14          A.   Can you ask the question again,
15     please?
16          Q.   Would there be any reason for
17     Virginia to maintain contact with you in 2002
18     when she went to Thailand?
19               MR. PAGLIUCA:  Same objection.
20          A.   First of all, I didn't know that
21     she went to Thailand.  I had had nothing to
22     do with her trip to go to Thailand and there
23     would absolutely no reason for her to be in
24     touch with me, whatsoever.
25          Q.   Did you ever have a phone number
```



Page 259

```
 1          G Maxwell - Confidential
 2    that was ███████████
 3          A.   I did.
 4          Q.   Was that a cell phone number?
 5          A.   Yes.
 6          Q.   Is that your current cell phone
 7    number?
 8          A.   Yes.
 9          Q.   I'm going to mark a couple of
10    things here?
11               (Maxwell Exhibit 11, photos, marked
12          for identification.)
13               THE WITNESS:  Can I say something
14          now?
15               MR. PAGLIUCA:  No.
16               THE WITNESS:  Will you let me know
17          when I can?
18               MR. PAGLIUCA:  When she asks you a
19          question:
20          Q.   So we've marked this as Exhibit 11.
21    I'm showing you what's been marked as Exhibit
22    11 which is Giuffre 003191 and 003192.
23               Can you take a look at that
24    document for me.  Is that number that you
25    just identified the ███████████ as being
```



Page 260

```
 1          G Maxwell - Confidential
 2    your cell phone number, is that number on
 3    this document?
 4          A.   It is.
 5          Q.   And do you know who authored this
 6    document?
 7          A.   I do not.
 8          Q.   Who is ████
 9          A.   I don't know who ███ is on this
10    document because I don't know what this
11    document is.
12          Q.   Do you know someone by the name of
13    ████
14          A.   I do know someone by the name of
15    ████
16          Q.   Would he know your phone number?
17               MR. PAGLIUCA:  Object to the form.
18          A.   I have to idea.
19          Q.   Why would Virginia be instructed to
20    call Ms. Maxwell at your number on this form?
21               MR. PAGLIUCA:  Objection to the
22          form and foundation.
23          A.   I don't know what this document is.
24    I don't know when it was done, I don't know
25    anything about it other than I can see it has
```



Page 261

1                G Maxwell - Confidential

2      my name and my number on it.

3            Q.    So ████ -- you said ████ -- is he

4      employed by Mr. Epstein?

5            A.    Again, it is not the only one ████

6      on the planet.

7            Q.    I understand.

8                  Do you know a ████ that is employed

9      by Mr. Epstein?

10               MR. PAGLIUCA:  Objection to the

11          form and foundation.

12          A.    Can you ask me the question again?

13          Q.    Do you know someone by the name of

14     ████ that was employed by Mr. Epstein back in

15     2002?

16          A.    I do know somebody who was employed

17     by Mr. Epstein known as ████

18          Q.    Do you recognize the other numbers

19     listed at the top of this document?

20          A.    I do not.

21          Q.    Would you have known ████ cell

22     number at that time in 2002?

23               MR. PAGLIUCA:  Objection to the

24          form and foundation.

25          A.    I have no idea.



Page 262

1          G Maxwell - Confidential

2          Q.   Can I ask you to turn to the next

3     page, please.

4               Do you know who ████████████████

5     is who is mentioned on this document?

6          A.   I do not.

7          Q.   If you look on the bottom lines of

8     the document, it says, Still in Thailand

9     during your stay, if she is, she will be

10    staying at the same hotel.

11              Do you recall ever giving Virginia

12    instructions to meet a girl in Thailand?

13              MR. PAGLIUCA:  Objection to the

14         form and foundation.

15         A.   I have already testified that I

16    didn't even know that Virginia was going to

17    Thailand.

18         Q.   So you didn't give her instructions

19    to meet a girl in Thailand?

20         A.   Like I said, I didn't even know she

21    was going to Thailand.

22         Q.   Do you know whether Jeffrey Epstein

23    would have given her instructions to meet a

24    girl in Thailand?

25              MR. PAGLIUCA:  Objection to the



Page 263

1          G Maxwell - Confidential

2          form and foundation.

3          A.   I cannot possibly tell you what

4    Jeffrey did or didn't do.  I wouldn't know.

5          Q.   Do you know whether Jeffrey Epstein

6    paid for Virginia to go to Thailand?

7          A.   Again, I wouldn't know if he did.

8               (Maxwell Exhibit 12, documents,

9          marked for identification)

10         Q.   I'm going to direct -- you can take

11   a look at it and then I'm going to direct

12   your attention to a couple of pages.

13              MR. PAGLIUCA:  So the record should

14         be clear, this exhibit which is 12 is

15         375, 6, 7, 8, 9, 80, 1, and then skips

16         to 919, 920, 921, 922, 923, 924, 925 and

17         926.

18         Q.   So I'm going to direct your

19   attention to the first page, have you ever

20   traveled with Jeffrey Epstein where you've

21   received a document like this from Shoppers

22   Travel in your own independent travel.

23              Do you recognize this?

24              MR. PAGLIUCA:  Objection to the

25         form and foundation.



Page 264

1          G Maxwell - Confidential

2        Q.   The front form, the front page, do

3    you recognize this Shopper Travel form, have

4    you ever used them as a travel agent with

5    Jeffrey Epstein?

6             MR. PAGLIUCA:  Same objection.

7        Q.   You can answer.

8        A.   I don't recognize this.

9        Q.   Turning to the second page which is

10   the 00376, do you see at the top of that

11   document where it says Jeffrey Epstein, J.

12   Epstein 457 Madison Avenue 4th floor New York

13   New York.

14            Is that an address you are familiar

15   with that is Jeffrey Epstein's?

16       A.   I am.

17       Q.   Do you see below that, travel on

18   Singapore Airlines, and you are going to have

19   to go from New York JFK to Singapore Bangkok.

20            Do you see that?

21            MR. PAGLIUCA:  What?

22       Q.   The first entry is going to be on

23   September 27, New York.

24            MR. PAGLIUCA:  I see it.

25            MS. McCAWLEY:  I'm not talking to



Page 265

1           G Maxwell - Confidential

2           you.   I'm talking to the witness.

3           A.   I see it.

4           Q.   To Singapore Bangkok?

5           A.   Singapore Bangkok I'm afraid are

6      not the same place.

7           Q.   Singapore, then Bangkok:

8           Q.   I'm going to turn you to page

9      Giuffre, it's a little further back 000919.

10     And do you see at the top where it says J.

11     Epstein, underneath, Royal Princess, change

12     mine?

13          A.   I do.

14          Q.   Does this refresh your recollection

15     that Virginia Roberts' trip to Thailand was

16     paid for by Jeffrey Epstein?

17               MR. PAGLIUCA:   Objection to the

18          form and foundation.

19          A.   I can only testify to the piece of

20     paper you showed me that has that

21     information.   I cannot testify from direct

22     memory.

23          Q.   When Virginia was traveling to

24     Thailand, which the dates, again, I'm going

25     to refer you back to the first page so you



Page 266

```
 1          G Maxwell - Confidential
 2   can see the dates.
 3          MR. PAGLIUCA:  Can you identify a
 4       Bates number, please.
 5       Q.  ████  which was at the top says,
 6   ███████████████.  I'm going to refer you,
 7   at the same time, to the flight logs which
 8   were marked, the thicker document that looks
 9   like this with all the log entries on it.
10   I'm going to refer you to page --
11          MR. PAGLIUCA:  That's Exhibit No.
12       6, correct?  I'm trying to keep the
13       record straight.
14          MS. McCAWLEY:  I don't have Exhibit
15       numbers on mine.  That's Giuffre ████.
16          MR. PAGLIUCA:  Hang on one second.
17       A.  Can you repeat the number please.
18       Q.  ████.  And if you will look on
19   that page at the entry, under ██████████
20   ████ starting with the ████ and then it runs
21   down to the, looks like the ████ that first
22   entry has ████████████████████,
23   ██████████, Jeffrey Epstein and the
24   initials GM.
25          Do you remember taking a trip with
```



Page 267

```
 1          G Maxwell - Confidential
 2   ████████████ during ████████████?
 3          MR. PAGLIUCA:  Objection to the
 4      form and foundation.
 5      A.   Can you repeat the question,
 6   please?
 7      Q.   Do you remember taking a trip with
 8   ████████████ during ████████████
 9   that's the █████ it looks like, through the
10   ████
11      A.   I don't remember the dates.  I
12   couldn't testify to when we actually did it
13   but I do remember the trip itself.
14      Q.   So you were traveling with Jeffrey
15   Epstein and ████████████ at the same
16   time Virginia was headed to Thailand, is that
17   correct?
18          MR. PAGLIUCA:  Objection to the
19      form and foundation.
20      A.   I don't know, is that right?
21      Q.   If you look at ████████████ on the
22   document that I gave you, the first document
23   and then you referred to, if you look in the
24   same as above lines, you will see the travel
25   group with ████████████?
```



Page 268

```
 1        G Maxwell - Confidential
 2           MR. PAGLIUCA:  Are you asking her
 3      to compare the documents or are you
 4      asking her what her personal knowledge
 5      is.
 6           MS. McCAWLEY: I'm asking if she can
 7      look at the doubts and tell me if she
 8      recalls that she traveling with
 9      ██████████████        at the same time this
10      document reflects Virginia was in
11      Thailand.
12      A.   I can't testify to any dates.  I
13  couldn't tell you.  I can see a date and I
14  can see a date but I can't tell you that I
15  have a memory of the dates.  I have a memory
16  of the trip, I don't have a memory of the
17  time.
18      Q.   Who is ███████████?
19      A.   ████████████████████
20      Q.   What is her address?
21      A.   I don't know.
22      Q.   Does she live in the United States?
23      A.   She does.
24      Q.   In what state?
25      A.   I believe in New Jersey somewhere.
```



```
 1              G Maxwell - Confidential
 2         Q.    Do you have her phone number?
 3         A.    Not memorized.
 4         Q.    Do you have the ability to get her
 5    phone number?
 6         A.    Of course.
 7         Q.    Has she ever asked -- has ████
 8    ██████ ever asked other girls to come over to
 9    see Jeffrey Epstein for the purpose of a
10    sexual massage?
11              MR. PAGLIUCA:  Objection to the
12         form and foundation.
13         A.    Can you ask the question again
14    please.
15         Q.    Has ████████████ ever asked girls to
16    come over to see Jeffrey Epstein for the
17    purpose of a sexual massage?
18              MR. PAGLIUCA:  Object to form and
19         foundation.
20         A.    Can you ask again, please?
21         Q.    Has ████████████ ever asked girls to
22    come over to see Jeffrey Epstein for the
23    purpose of sexual massage?
24         A.    I have no personal knowledge.
25         Q.    What does ████████████ do for you?
```



Page 270

```
 1            G Maxwell - Confidential
 2       A.   She helps with my not-for-profit
 3  ocean foundation and any other related
 4  activities that I may have.
 5       Q.   Is she paid for by Jeffrey Epstein?
 6       A.   No.
 7       Q.   She is paid for by you?
 8       A.   Yes.
 9       Q.   When did you first meet ███
10  ███████
11       A.   I don't recollect exactly, sometime
12  maybe 2002, 2003.
13       Q.   How did you meet her?
14       A.   I don't recollect exactly how we
15  met.
16       Q.   Did Jeffrey introduce you to her?
17       A.   I don't recollect how we met.
18       Q.   Does she know Jeffrey Epstein?
19            MR. PAGLIUCA:  Objection to the
20  form and foundation.
21       A.   Can you ask again, please?
22       Q.   Does ████████  know Jeffrey
23  Epstein?
24       A.   What do you mean by know?
25       Q.   Has she met her him before?
```



MAGNA ►
LEGAL SERVICES

Page 271

```
 1              G Maxwell - Confidential
 2              MR. PAGLIUCA:  Objection to the
 3         form and foundation.
 4         A.   I can't recollect a time when
 5    ████ -- I've seen ████ with Jeffrey but --
 6         Q.   You are not sure --
 7         A.   I know they know either other.  I
 8    can't testify to a meeting between them.
 9         Q.   Do you know where in New Jersey she
10    lives?
11         A.   No
12         Q.   You don't know a city?
13         A.   No.
14         Q.   How long has she worked for you?
15         A.   Sometime 2002, 2003.
16         Q.   To the present?
17         A.   Yeah.
18         Q.   Why do you think that ████████
19    might know Jeffrey?
20              MR. PAGLIUCA:  Objection to the
21         form and foundation.
22         A.   Because you know, I know Jeffrey.
23         Q.   Have you seen them together?
24         A.   I already testified I have not seen
25    them together, to my recollection.
```



Page 272

1          G Maxwell - Confidential

2      Q.   Is it your testimony that ███

3  ███   knows Jeffrey Epstein through the work

4  that she does for you?

5          MR. PAGLIUCA:   Objection to the

6      form and foundation.

7      A.   I don't recollect, and I don't

8  recollect how I met ███ and I can't testify

9  to what ███ relationship is or is not with

10  Jeffrey.

11      Q.   Have you ever talked to Jeffrey

12  about ███

13      A.   I don't know what you mean.

14      Q.   In any way, have you ever had a

15  conversation with Jeffrey about ███████?

16      A.   In what context.

17      Q.   In any context.  Have you ever

18  talked to Jeffrey Epstein about ███████?

19      A.   ███   works for me so it's entirely

20  possible that in the course of conversations

21  since 2002, 2003 that a conversation in which

22  ███   name would have come up is entirely

23  possible.

24      Q.   I provided you with and I'm sorry,

25  I don't know all the numbers, but the



Page  273

1          G Maxwell - Confidential

2     statement that was issued by ███████ that

3     should be a single page still in your stack

4     of exhibits there.

5               MR. PAGLIUCA:  Exhibit 10.

6          Q.   Did you authorize ███████ to issue

7     that statement on your behalf in January of

8     2015?

9          A.   I already testified that that was

10    done by my lawyers.

11         Q.   So did you authorize your lawyers

12    to issue a statement on your behalf through

13    ██████ in January of 2015?

14         A.   It was determined that I had to

15    make a statement in the United Kingdom

16    because of the appalling lies and I just

17    thought of some new ones.

18              Virginia's statement that I

19    celebrated her 16 birthday with her.  We can

20    all agree that that's entirely impossible.  I

21    didn't meet her until she was 17 and other

22    lies she perpetrated that she had a diary and

23    we all know is a complete fake.  That's not a

24    diary.  It was just a book she was writing

25    that you helped sell to the press, as if it



```
 1          G Maxwell - Confidential
 2     was a diary, when it was just a story that
 3     she is writing of fiction, fictional story
 4     for money.
 5          Q.   How did you arrive at the words
 6     that were put in that statement?
 7               MR. PAGLIUCA:  I'm going to object
 8          and instruct you to the extent this
 9          calls for any privileged communications
10          between yourself and ███████  or
11          another lawyer representing you, we're
12          asserting privilege.  If you can answer
13          that without that, feel free to answer.
14          Q.   So what your counsel is saying, and
15     I will exclude any privileged communications
16     you had with your lawyers.
17               The question is, how did you arrive
18     at the words that were put in that statement,
19     if you can tell me without disclosing
20     privileged communications?
21          A.   I'm not sure that I can.
22          Q.   Is the statement that you issued
23     true?
24          A.   What do you mean by that?
25          Q.   Is the statement that you issued,
```



Page 275

```
 1           G Maxwell - Confidential
 2     the statement that's in front of you, is it a
 3     true statement?
 4           A.   As in that Virginia is a liar?
 5           Q.   The words you put in there, is that
 6     true?
 7           A.   Of course they're true.
 8           Q.   When did you become aware that the
 9     statement was being released?
10           A.   I don't recollect exactly.
11           Q.   What day it was?
12           A.   No.
13           Q.   I'm sorry.  Did you identify, I
14     might not have caught it, did you identify
15     the name of the lawyer that you said you
16     retained for purposes of this statement?
17           A.   I think ████████████.
18           Q.   Did you pay that lawyer ██████
19     ████████?
20           A.   Yes.
21           Q.   Are you aware of any interstate or
22     international transportation of a woman aged
23     18 to 28 for the purposes of prostitution?
24               MR. PAGLIUCA:  Objection to the
25           form and foundation.
```



Page 276

1          G Maxwell - Confidential

2          A.    I'm not sure I even understand your

3     question.

4          Q.    I will go slower.

5                Are you aware of any interstate,

6     meaning between states, or international,

7     meaning oversees transportation, of women

8     aged 18 to 28, for the purposes of

9     prostitution?

10               MR. PAGLIUCA:  Objection to the

11          form and foundation.

12         A.    Are you asking -- I'm still not

13    sure I understand the question.

14         Q.    I will try to make it clearer.

15               I'm asking you if you are aware of

16    any interstate, meaning between states, or

17    international transportation, meaning by

18    flight or by car or by train, of women aged

19    18 to 28, their ages are between the ages of

20    18 and 28, for the purposes of prostitution?

21               MR. PAGLIUCA:  Objection to the

22          form and foundation.

23         A.    In the world I'm sure that that

24    happens, I read about it all the time.

25         Q.    Not in the world.  Are you aware of



Page 277

        1           G Maxwell - Confidential

        2    it, in your experience with Jeffrey Epstein,

        3    of any interstate or international

        4    transportation of women aged 18 to 28, for

        5    the purposes of prostitution?

        6              MR. PAGLIUCA:  Objection to the

        7         form and foundation.

        8         A.   So whilst I appreciate this might

        9    not seem like a smart question, what do you

       10    mean by prostitution, what are you asking me

       11    exactly?

       12         Q.   That would be sex for hire, any

       13    kind of sexual act that's paid for.

       14              MR. PAGLIUCA:  Objection to the

       15         form and foundation.

       16         A.   Who's paying, what are you asking

       17    me.

       18         Q.   It can be paid for by anybody.

       19    It's a sexual act that's paid for.

       20              I'm asking if you are aware of any

       21    interstate or international transportation of

       22    women aged 18 to 28, for the purposes of

       23    prostitution?

       24              MR. PAGLIUCA:  Objection to the

       25         form and foundation.



1            G Maxwell - Confidential

2        A.    I have no idea what you are talking

3    about.

4        Q.    So you are not aware of that?

5        A.    No.

6        Q.    Are you aware of any interstate or

7    international transportation of women, aged

8    18 to 28, for the purposes of having sex with

9    Epstein where they would receive compensation

10   of any type?

11            MR. PAGLIUCA:  Objection to the

12        form and foundation.

13       A.    I don't know what you are referring

14   to.

15       Q.    Do you want me to repeat the

16   question?

17       A.    Sure, go ahead.

18       Q.    Are you aware of any interstate or

19   international transportation of woman, aged

20   18 to 28, for the purpose of having sex with

21   Jeffrey Epstein where they would receive

22   compensation of any type?

23            MR. PAGLIUCA:  Objection to form

24        and foundation.

25       A.    I am not aware of what you are



Page 279

```
 1          G Maxwell - Confidential

 2    talking about.

 3          Q.    Are you aware of any interstate or

 4    international transportation of women, aged

 5    18 to 28, for the purposes of providing a

 6    massage for Jeffrey Epstein?

 7              MR. PAGLIUCA:   Objection to the

 8          form and foundation.

 9          A.    So I you need to repeat that

10    question for me.

11          Q.    Sure.

12              Are you aware of any interstate,

13    meaning between states, or international,

14    oversees, transportation of women, aged 18 to

15    28, for the purposes of providing massage for

16    Jeffrey Epstein?

17              MR. PAGLIUCA:   Objection to the

18          form and foundation.

19          A.    I think we can agree he did travel

20    from time to time with a professional adult

21    masseuse.

22          Q.    Are you aware of any interstate or

23    international transportation of women, aged

24    18 to 28, for the purposes of providing a

25    massage to any person other than Jeffrey
```



Page 280

1           G Maxwell - Confidential

2    Epstein?

3              MR. PAGLIUCA:  Objection to the

4          form and foundation.

5          A.   Again, I'm not aware of anybody

6    that, if you are asking for specifics to

7    someone else, I have no knowledge of that.

8          Q.   So you are not aware of any

9    interstate or international transportation of

10   a woman aged 18 to 28 for the purposes of

11   providing a massage to any person other than

12   Jeffrey Epstein?

13             MR. PAGLIUCA:  Objection to the

14         form and foundation

15         A.   I don't recall what any single

16   person being on a plane for a massage with

17   someone else other than Jeffrey, for the sole

18   purpose, if that's the question, I don't have

19   any recollection of that.

20         Q.   Earlier in your testimony, you

21   stated that Virginia Roberts was 17 at the

22   time you met her.

23             How do you know she was 17?

24             MR. PAGLIUCA:  Objection to the

25         form and foundation.  And to the extent



Page 281

1         G Maxwell - Confidential

2         that calls for a privileged response,

3         I'm instructing you not to answer.

4     Q.   How do you know Virginia Roberts

5   was 17 at the time you met her?

6         MR. PAGLIUCA:  Again, if you

7         learned that information from your

8         lawyer, I'm instructing you not to

9         answer.

10    A.   I will follow my counsel's advice.

11    Q.   Are you able to answer that

12  question without telling me information you

13  learned from a lawyer?

14    A.   I'm not.

15    Q.   So you don't have independent

16  knowledge that Virginia, according to your

17  statement, was 17 at the time you met her?

18    A.   Again, my lawyer has instructed me

19  not to answer.

20    Q.   I'm asking you a different

21  question.  Whether you have any independent

22  knowledge, outside your lawyers, that

23  Virginia was 17 at the time you met her?

24    A.   Following the instructions of my

25  lawyers, I can only remember or testify to



Page 282

          1          G Maxwell - Confidential
          2    what she --
          3          MR. PAGLIUCA:  She is asking you a
          4       different question.  She is asking other
          5       than what your lawyers have told you, do
          6       you have any knowledge about her being
          7       17, that's what she is asking.
          8       A.   I can't recollect where I got all
          9    the information that I have that definitively
         10    shows that.
         11       Q.   Earlier in your testimony, I
         12    believe you said all of us would know that
         13    Virginia was 17 at the time you met her.
         14          How would we know that?
         15       A.   I think you know that by her own
         16    dates, now that it was in 2000, so her entire
         17    tail of me celebrating her 16th birthday is
         18    clearly another giant falsehood.
         19       Q.   But she was 16 and 17 that year,
         20    wasn't she?
         21       A.   Which year?
         22       Q.   You said it was 2000.
         23       A.   I think the information that I have
         24    that indicates that definitively was
         25    something that is privileged, so I can't



Page 283

1          G Maxwell - Confidential

2    share with you.

3         Q.   So you have privileged information

4    that definitively tells you that she was 17

5    at the time you met her?

6         A.   I believe I do.

7         Q.   How would we know that?

8         A.   What are you asking me?

9         Q.   Earlier today you testified that we

10   would know that she was 17 at the time that

11   you met her.

12              How would we know that?

13        A.   I imagine you have access to

14   exactly the same information that I do.

15        Q.   What is that information?

16        A.   Again, it's privileged, I can't

17   share it with you but you have been on this

18   case for, I don't know, much much longer than

19   I have and I imagine you have all the

20   information that I do.

21        Q.   Do you know whether your lawyers

22   have produced documents from you that would

23   show the age that Virginia was at the time

24   that you met her?

25              MR. PAGLIUCA:  To the extent that



Page 284

```
 1        G Maxwell - Confidential
 2        calls for a communication that you had
 3        with one of your lawyers, I'm
 4        instructing you not to answer that
 5        question.
 6        Q.   I assume you, as part of the
 7   discovery process, had to collect documents
 8   that were relevant to this action, is that
 9   correct?
10        A.   I did.
11        Q.   Did you collect documents that
12   would show that Virginia was 17 at the time
13   that you met her?
14        A.   I think you have everything that
15   relates, that I had, contemporaneously per
16   what you asked for that I have that relates
17   to that.
18        Q.   Did you have a document that
19   identified that Virginia was 17 at the time
20   that you met her?
21        A.   You have all of the documents that
22   I had.
23        Q.   I'm not asking what documents.  I'm
24   asking, do you have a document that
25   identifies Virginia being 17 at the time you
```



1        G Maxwell - Confidential

2   met her?

3        A.   You have every document that I

4   have.  You have seen every document that I

5   have.

6        Q.   That's not what I'm asking.

7        A.   I don't recall every document that

8   I gave you, so I don't know.  I would have to

9   look at every single document I gave you and

10  then review it but as I recall you have every

11  document that I have.

12       Q.   What are you planning to show the

13  jury that will prove that Virginia was 17

14  when you met her?

15       A.   Again that's privileged so I can't

16  share that with you.

17       Q.   If you're showing the jury, it

18  wouldn't be privileged, so is there a

19  document you have produced in this matter

20  that shows that Virginia was 17 at the time

21  you met her?

22            MR. PAGLIUCA:  She answered that

23       question already.  She said she doesn't

24       know, she has given you everything.  If

25       there is a decision -- assuming for the



Page 286

1           G Maxwell - Confidential

2           moment there is such a document, just

3           hypothetically, and assuming for the

4           moment that it is going to get produced

5           somewhere, if it hasn't already been

6           produced, obviously that would involve a

7           waiver, a future waiver of the

8           privilege.  I think that's the answer to

9           the question.

10          Q.   Has the document been produced, do

11  you know?

12          A.   You have everything that I have

13  given you, so if you can't -- if it's not in

14  those documents, I don't know what to tell

15  you.

16          Q.   Your lawyers haven't withheld any

17  documents?

18          A.   They are right here.  You can ask

19  them.

20          Q.   I'm asking you.

21          A.   I don't know what -- they're

22  lawyers.

23          Q.   When we were talking earlier about

24  ███████████, I asked you whether you had

25  ever given him a gift of a puppet.



Page 287

```
 1          G Maxwell - Confidential
 2              Did you ever, not as a gift, did
 3     you ever see in the presence of ████████████
 4     a puppet?
 5              MR. PAGLIUCA:  Objection to the
 6          form and foundation.
 7          A.   Can you be more direct, please?
 8          Q.   Sure.  Were you ever in a room with
 9     ████████████ where there was a puppet?
10              MR. PAGLIUCA:  Objection to the
11          form and foundation.
12          A.   Can you be more specific please and
13     can you bound it by time and be more
14     specific, whatever you are actually asking
15     me?
16          Q.   Were you ever in a room with ████████
17     ███████ in New York in Jeffrey Epstein's home
18     where there was a puppet?
19              MR. PAGLIUCA:  Objection to the
20          form and foundation.
21          A.   What sort of puppet are you asking
22     me?
23          Q.   Any kind of puppet?
24          A.   You need to be more descriptive.  I
25     don't know what you mean by puppet, there is
```



MAGNA
LEGAL SERVICES

Page 288

```
 1           G Maxwell - Confidential
 2    hand puppets, all sorts of puppets.
 3         Q.   Is there any puppet you've ever
 4    seen in Jeffrey Epstein's home in the
 5    presence of ████████████████?
 6         A.   Again, puppet, you know, there is
 7    lots of types of puppets.
 8         Q.   Any type of puppet.
 9         A.   If you want to give me a
10    description of the puppet, I would be perhaps
11    be able to say.
12         Q.   Any type of puppet?
13         A.   Can you be more detailed?
14         Q.   Have you ever seen a puppet in
15    Jeffrey Epstein's home in the presence of
16    ██████████████?
17         A.   My understanding of a puppet is a
18    small handheld item you have in a circus.  I
19    have never seen that.
20         Q.   Have you ever seen a puppet which
21    is defined as a movable model of a person or
22    animal that is used in entertainment and
23    typically moved either by strings or
24    controlled from above or by a hand inside it?
25              MR. PAGLIUCA:  Objection to the
```



Page 289

```
 1          G Maxwell - Confidential
 2      form and foundation.
 3      A.   I have not seen a puppet that fits
 4 exactly that description.
 5      Q.   Have you seen any puppet that fits
 6 any description?
 7           MR. PAGLIUCA:   Objection to the
 8      form and foundation.
 9      A.   Can you reask the question, please?
10      Q.   Yes.
11           Have you seen any puppet that fits
12 any description in the presence of ████████
██     ████████   in Jeffrey Epstein's home?
14           MR. PAGLIUCA:   Objection to the
15      form and foundation.
16      A.   I am not aware of any small
17 handheld puppet that was there.   There was a
18 puppet -- not a puppet -- there was a -- I
19 don't know how would you describe it really,
20 I don't know how would you describe it.   Not
21 a puppet, I don't know how you would describe
22 it.  A caricature of ██████████ that was
23 in Jeffrey's home.
24      Q.   Did you use that caricature to put
25 the hand of the caricature on ███████
```



Page 290

```
 1           G Maxwell - Confidential
 2    ███████  breast?
 3           MR. PAGLIUCA:  Objection to the
 4      form and foundation.
 5      A.   I don't recollect.  I recollect the
 6  puppet but I don't recollect anything around
 7  the puppet.  You characterized puppet, I
 8  characterize it as, I don't know, as a
 9  characterization of ███████
10      Q.   Do you recollect asking Virginia
11  Roberts to sit on ████████████  lap with
12  the caricature of ████████████?
13      A.   I do not recollect that.
14      Q.   What do you remember about the
15  caricature of the ████████████ caricature
16  when you were in the presence of ███████
17  ███████ Virginia Roberts and ████████████████
18           MR. PAGLIUCA:  Objection to the
19      form and foundation.
20      A.   I don't recollect the story as told
21  by ███████ or Virginia.  I don't even know
22  who -- I remember the caricature of ███████
23  ███████ and I remember ████████████ but I
24  don't recall anything else around the
25  caricature.
```



Page 291

```
 1            G Maxwell - Confidential
 2       Q.   Did you give it to him?
 3       A.   I did not.
 4       Q.   Who gave it to him?
 5       A.   I don't think it was given to him
 6  at all.
 7       Q.   Did he bring it?
 8       A.   No.
 9       Q.   Was it something that was at the
10  house?
11       A.   As best I recollect.
12       Q.   Was it something that you saw at
13  the house in advance of ██████████████
14  arrival?
15       A.   Again, I don't real -- I recollect
16  the caricature, I recollect████████████, I
17  don't recollect much else around the
18  caricature.
19       Q.   Was there a party going on in the
20  house at the time you recollect the
21  caricature?
22            MR. PAGLIUCA:  Objection to the
23       form and foundation.
24       A.   You have to be way more specific?
25       Q.   Do you remember, you said you
```



```
 1           G Maxwell - Confidential
 2   recollect this caricature, you recollect
 3   ████████████ being there.  Do you recollect
 4   a party going on at the time of that
 5   interaction with ███████████ and the
 6   caricature?
 7           MR. PAGLIUCA:  Objection to the
 8        form and foundation.
 9        A.   I don't recollect a party -- first
10   of all, they weren't really parties -- I
11   don't recollect a party -- I don't know what
12   you mean by party in the context of that
13   scenario.
14        Q.   Who do you recollect being at the
15   home during the time ███████████ was there
16   with this caricature?
17           MR. PAGLIUCA:  Objection to the
18        form and foundation.
19        A.   I only recollect myself with ██████
20   ███████ I don't recollect anybody else.
21        Q.   You don't recollect Jeffrey Epstein
22   being there?
23        A.   Actually, no.
24        Q.   You don't recollect ████████████████
25   being there?
```



Page 293

```
 1            G Maxwell - Confidential
 2       A.   No.
 3       Q.   You don't recollect Virginia
 4  Roberts being there?
 5       A.   No.
 6       Q.   It was just you and ████████████?
 7       A.   I am not saying it was just me and
 8  ████████████, you are asking me do you
 9  remember.  I only remember ██████████████, I
10  remember ████████████ and the caricature but
11  I can't place the caricature and everybody
12  else in the same context, the same timeframe
13  you are asking me.
14       Q.   ██████████████████████
██  ████████████████████████████
██  ██████████████████████████████
██  ████████████████████
18       ██  ████████████████████
██       ██  ████████████████████
██  ████████████████      ██████████████
██  ██████████████████████████████████
██  ████████████████████████████████
██  ████████████
24            MR. PAGLIUCA:  Objection to the
25       form and foundation.
```



Page 294

1        G Maxwell - Confidential

2        A.    Typically, there is no typical

3    because there is no standard procedure, so I

4    can't comment or testify to █████████

     █ ███████████████████.

6        Q.    Do you remember them being in the

7    house?

8        A.    Not specifically.

9              Do you mind if I take a bathroom

10   break.

11             THE VIDEOGRAPHER:   It's now 3:51

12        and we are off the record.

13             (Recess.)

14             THE VIDEOGRAPHER:   It's now 4:04.

15        We are back on the record and we're

16        starting disk No. 7.

17        Q.    Ms. Maxwell, during what time

18   period, I know you said, I believe you said

19   you met Jeffrey in 1991, if I'm correct there

20   and you've known him through the present.

21             During what time period within

22   those years would you say your relationship

23   was the closest with Jeffrey?

24             MR. PAGLIUCA:   Objection to the

25        form and foundation.



Page 295

1          G Maxwell - Confidential

2          A.    What do you mean by close, sorry.

3          Q.    I think earlier today you testified

4    that at some point in time you considered

5    yourself to be his girlfriend, is that the

6    closest you would say that your relationship

7    was with him and if so, what time period was

8    that?

9               MR. PAGLIUCA:   Objection to the

10        form and foundation.

11         A.    I don't think I said I was his

12   girlfriend, I would like to think of myself

13   as maybe, I don't think I -- sometime in the

14   mid '90s.

15         Q.    How close was your relationship?

16         A.    We were very friendly.

17         Q.    Without going into details, was

18   your relationship with him intimate?

19         A.    Yes.

20         Q.    When was the last time you had

21   contact with Jeffrey Epstein?

22         A.    What do you mean by contact.

23         Q.    Either a phone call or email or

24   anything of that nature?

25         A.    As best as I can recollect when



1          G Maxwell - Confidential

2     all -- sometime last year.

3          Q.   So you haven't talked to him like,

4     for example, last week you didn't talk to

5     him?

6          A.   I did not.

7          Q.   How many times have you had either

8     direct or indirect, meaning, in the presence

9     of him or calling or emailing, contact with

10    Jeffrey Epstein from December 30, 2014 until

11    now?

12         A.   I'm sorry, can you just --

13         Q.   Either in person or by phone or by

14    email, from December 30, 2014 until present.

15         A.   I can't really characterize that

16    but not very much.  There was a period when

17    in January when you filed your, whatever you

18    filed, where we spoke and then, since then

19    not much at all.

20         Q.   Can you estimate how many emails

21    you would have sent Jeffrey from the period

22    of December 30, 2014 to the present?

23         A.   Not very many at all.

24         Q.   More than 20?

25         A.   I really wouldn't be able to



MAGNA
LEGAL SERVICES

Page 297

```
 1          G Maxwell - Confidential
 2    characterize it because it wouldn't be that
 3    many.  I wouldn't know.
 4          Q.   More than 50?
 5          A.   It would be on the lesser side, not
 6    on the more side.
 7          Q.   Can you give me a number?
 8          A.   I honestly couldn't.  I would be
 9    guessing.
10          Q.   How many emails has Jeffrey sent
11    you from the period December 30, 2014 to the
12    present?
13          A.   I would say less emails, even less
14    emails than I sent him.
15          Q.   More than 20?
16          A.   I would say on the lesser side.
17          Q.   Less meaning 10?
18          A.   I really can't recall, very little.
19          Q.   When you spoke with Jeffrey in
20    January of 2015, what did he say to you?
21          A.   I really couldn't remember exactly
22    what he said to me.
23          Q.   Did you talk about Virginia
24    Roberts?
25          A.   I'm sure we did but I couldn't
```



1          G Maxwell - Confidential

2     recall the exact conversation.

3          Q.    Does Jeffrey Epstein send you text

4     messages?

5          A.    No.

6          Q.    Do you send him text messages?

7          A.    No.

8          Q.    How many phone calls have you had

9     with Jeffrey Epstein since December 30, 2014?

10         A.    Again, very few.

11         Q.    More than five?

12         A.    Probably as many as the few emails

13    that I would characterize, so just very few.

14    I mean a small number.

15         Q.    Are you aware of any disagreement

16    between your views about Virginia Roberts and

17    Jeffrey's views about Virginia Roberts?

18              MR. PAGLIUCA:  Object to the form

19         and foundation

20         A.    I cannot speculate to his views.  I

21    can only testify on my views.

22         Q.    Earlier you went through the series

23    of lies.  Have you talked to Jeffrey about

24    the lies and does he agree with you?

25         A.    I have discussed some of the issues



Page 299

 1           G Maxwell - Confidential

 2    with him, I can't remember specifically which

 3    ones.  I just don't recall.  I'm sorry.

 4         Q.   Do you recall him telling you that

 5    he didn't agree with you on any of those?

 6         A.   I don't recall him saying that.

 7         Q.   Do you have a joint defense

 8    agreement with Jeffrey Epstein?

 9         A.   I believe I do.

10         Q.   Do you have a joint defense

11    agreement with Alan Dershowitz?

12         A.   I don't believe I do.

13         Q.   Earlier today in your testimony,

14    when I was asking you some questions, you

15    said that you couldn't answer but that

16    Jeffrey Epstein could answer that question.

17             Would Jeffrey Epstein be in a

18    position to confirm or deny some of the

19    obvious lies that we've discussed today?

20             MR. PAGLIUCA:  Objection to the

21         form and foundation.

22         A.   I can't possibly testify to what

23    Jeffrey could or would say.  I can't speak

24    for him.

25         Q.   Would Jeffrey be able to confirm or



Page 300

```
 1          G Maxwell - Confidential
 2    deny whether he had sex with Virginia
 3    Roberts?
 4              MR. PAGLIUCA:  Objection to the
 5         form and foundation.
 6         A.   I can't say what Jeffrey would say.
 7         Q.   Has he discussed that with you?
 8         A.   He has not.
 9         Q.   Would Jeffrey be able to confirm or
10    deny whether he had a sexual massage from
11    Virginia that first time she came to his
12    mansion in Palm Beach?
13              MR. PAGLIUCA:  Objection to the
14         form and foundation.
15         A.   I cannot speak for what he would
16    say.  I can only speak for what I would say.
17    So as I testified everything that she said
18    about that first meeting didn't happen so...
19         Q.   Has he told that you everything
20    about that first meeting didn't happen?
21         A.   I know it didn't happen because she
22    put me in that room.
23         Q.   I understand you know.  But has
24    Jeffrey said when you are talking about the
25    obvious lies, oh yeah, that never happened?
```



Page 301

```
 1         G Maxwell - Confidential
 2             MR. PAGLIUCA:  Objection to the
 3         form and foundation.
 4         A.   I can't specifically recall that.
 5    I don't know, but he has to agree with me
 6    because it didn't happen.
 7         Q.   Can Jeffrey Epstein, would he be
 8    able to confirm or deny whether he had sex
 9    with underage girls?
10             MR. PAGLIUCA:  Objection to the
11         form and foundation.
12         A.   I can't testify to what Jeffrey
13    would say.
14         Q.   Can Jeffrey confirm or deny whether
15    ███████████  was on Jeffrey's island?
16             MR. PAGLIUCA:  Objection to the
17         form and foundation.
18         A.   I can't say what Jeffrey would say.
19    I can only say what I know to be true.
20         Q.   Has Jeffrey talked to you about the
21    fact whether ███████████  was on his island?
22         A.   As best as I can recollect, he said
23    he was not on the island.  As best as I can
24    recollect.
25         Q.   Can Jeffrey Epstein confirm whether
```



```
 1          G Maxwell - Confidential
 2     he and Virginia Roberts were together in the
 3     presence of ████████████?
 4               MR. PAGLIUCA:   Objection to the
 5          form and foundation.
 6          A.   I can't speak to what Jeffrey would
 7     say.
 8          Q.   Has he talked to about Virginia
 9     Roberts' statement that she was in the
10     presence of ████████████?
11               MR. PAGLIUCA:   Objection to the
12          form and foundation.
13          A.   I have not discussed individual
14     presences with Virginia.   That's not -- I'm
15     only concerned with what I know to be the
16     stuff about me.   So my focus has always been
17     the lies and the obvious lies as something I
18     can personally attest to.   I cannot possibly
19     talk for anything else.
20          Q.   Has Jeffrey Epstein said to you
21     anything along the lines of Virginia is lying
22     when she says she met ███████████?
23               MR. PAGLIUCA:   Objection to the
24          form and foundation.
25          A.   Again, I'm not talking about what
```



Page 303

```
 1          G Maxwell - Confidential
 2    she says as regards to other people.  I can
 3    talk to things as regards to me.
 4          Q.   I'm asking if Jeffrey ever said
 5    that to you?
 6          A.   I don't recollect specific
 7    conversations along those things.
 8          Q.   You don't recollect him saying that
 9    to you?
10          A.   I don't recollect him saying to me
11    that Virginia didn't meet ██████████.  I'm
12    sure that wouldn't be a conversation that we
13    would have.  It doesn't effect me whether --
14    so I'm really only concerned about the lies
15    that were told as regards to me.
16          Q.   Can Jeffrey Epstein confirm or deny
17    whether you sent Virginia to give Glenn Dubin
18    a massage?
19          MR. PAGLIUCA:  Objection to the
20          form and foundation.
21          A.   I can't say what Jeffrey would say,
22    I can tell you I didn't.  I can't tell you
23    what anybody else.
24          Q.   Have you discussed with him
25    Virginia's allegation that she gave Glenn
```



Page 304

```
 1          G Maxwell - Confidential
 2   Dubin a massage?
 3          MR. PAGLIUCA:  Objection to the
 4       form and foundation.
 5       A.   I didn't know that she did say
 6   that.
 7       Q.   Do you know whether Jeffrey Epstein
 8   has ever sent anybody to Glenn Dubin to
 9   perform a massage for him?
10          MR. PAGLIUCA:  Objection to the
11       form and foundation.
12       A.   I couldn't possibly recollect
13   whether he did anything like that.
14       Q.   Did you ever send anybody, not
15   Virginia, anybody else over to Glenn Dubin's
16   home for a massage?
17       A.   Not to the best of my knowledge.
18       Q.   Do you know one of ████████
19   ████████  friend by the name of ██████
20   ███████████
21       A.   I do recollect a person of that
22   name.
23       Q.   How do you know her?
24       A.   I don't recollect.
25       Q.   Did you meet her through Jeffrey?
```



Page 305

```
 1            G Maxwell - Confidential
 2       A.   I don't recollect.
 3       Q.   Do you recall when you met her?
 4       A.   I do not recollect.
 5       Q.   How many times have you seen ████
 6   ████      in your life?
 7       A.   The only reason I remember is
 8   because it's an unusual name but I couldn't
 9   tell you anything else.
10       Q.   You didn't see her on a regular
11   basis, she wasn't one of your friends?
12       A.   No.
13       Q.   Was ████████       a masseuse?
14       A.   Not to my knowledge.
15       Q.   Do you have knowledge of whether
16   she had a sexual relationship with Jeffrey
17   Epstein?
18       A.   I have no knowledge of that.
19       Q.   When was the last time you spoke
20   with her?
21       A.   A very long -- I have no idea.
22       Q.   Would it be years?
23       A.   Yes.
24       Q.   What do you remember about ████
25   ████████
```



Page 306

1          G Maxwell - Confidential

2     A.   Nothing really.

3     Q.   Do you remember what she looks

4  like?

5     A.   I would just be speculating on how

6  I remember.  I couldn't describe her.

7     Q.   Do you recall traveling with her?

8     A.   I don't.

9     Q.   Did you ever go to her home?

10     A.   I don't believe I did.

11     Q.   Do you know where she lives?

12     A.   I don't.

13     Q.   Would you have met her through

14  Jeffrey Epstein?

15          MR. PAGLIUCA:  Objection to the

16     form and foundation.

17     A.   I already testified I don't

18  recollect how I met her and I remember her

19  because her name is very unusual.

20     Q.   So what's your -- what recollection

21  do you have of her, do you have a specific

22  recollection of meeting her somewhere, you

23  just don't know when that was or how do you

24  know that name ████████████?

25          MR. PAGLIUCA:  Objection to the



```
 1          G Maxwell - Confidential
 2       form and foundation.
 3       A.   I don't know why the name is -- I'm
 4  sorry -- I can't -- I have no idea.  I
 5  recognize the name but that's it.
 6       Q.   Was ███████████ a masseuse?
 7          MR. PAGLIUCA:  Objection to the
 8       form and foundation.
 9       A.   What are you asking me, I'm sorry?
10       Q.   When ███████████ worked for
11  Jeffrey Epstein, did she perform massages?
12       A.   I've testified that when ███████
13  came originally, she came to answer
14  telephones.  I believe at some point she
15  became a masseuse.  I don't recollect when
16  and I personally had massages from ████████
17       Q.   What did ████████ do for Jeffrey
18  Epstein, did she perform massages, anything
19  else?
20          MR. PAGLIUCA:  Objection to the
21       form and foundation.
22       A.    When she came she answered phones
23  and at some point, I believe, I don't have
24  any firm recollection, but I believe she went
25  to school and became a masseuse and I had
```



Page 308

```
 1          G Maxwell - Confidential
 2     massages from her.
 3          Q.   Did you ever have any sexual
 4     interaction with her?
 5              MR. PAGLIUCA:  Object to the form
 6          and foundation and I'm going to instruct
 7          you if we're talking about any
 8          consensual adult contact, you are not
 9          allowed to answer the question.
10          Q.   Did you have any sexual contact
11     with her in the presence of Jeffrey Epstein?
12              MR. PAGLIUCA:  Same instruction.
13          Q.   Did you have any sexual contact
14     with her in the presence of anybody other
15     than Jeffrey Epstein?
16              MR. PAGLIUCA:  Same instruction.
17          Q.   How many massages did you receive
18     from ████████
19          A.   I really don't recall but a fair
20     amount.
21          Q.   Did the massages involve sex?
22              MR. PAGLIUCA:  I'm going to
23          instruct you not to answer.
24          Q.   Have you ever engaged in sex with
25     any female?
```



Page 309

```
 1          G Maxwell - Confidential
 2              MR. PAGLIUCA:  I'm going to
 3          instruct you not to answer.
 4              MS. McCAWLEY:  I want the record to
 5          reflect that Ms. Maxwell's attorney is
 6          directing her not to answer this series
 7          of questions.
 8              MR. PAGLIUCA:  It definitely does.
 9          Q.   Were you responsible for
10     introducing ████ to Jeffrey Epstein?
11              MR. PAGLIUCA:  Objection to the
12          form and foundation.
13          A.   I already testified that I don't
14     really recall ████.
15          Q.   Were you responsible for
16     introducing ██████ to Jeffrey Epstein?
17              MR. PAGLIUCA:  Objection to the
18          form and foundation.
19          A.   Again, I don't like the
20     characterization of introduction.  ██████
21     came to answer telephones.
22          Q.   When did you -- were you the person
23     who brought or introduced or met ██████ for
24     purposes of bringing her to Jeffrey Epstein's
25     home?
```



```
 1          G Maxwell - Confidential
 2              MR. PAGLIUCA:  Objection to the
 3      form and foundation.
 4      A.    That's not how I would characterize
 5 that.
 6      Q.    How would you characterize it?
 7      A.    I have testified that I'm
 8 responsible for finding professional people
 9 to work in the homes, age appropriate adult
10 people, so from pool attendants, to
11 gardeners, to chefs, to housekeepers, to
12 butlers, to chauffeurs and one of the
13 functions was to be able to answer the
14 telephones and in the context of finding
15 someone to answer the telephones, I did look
16 to try to find appropriate people to answer
17 the phones.
18      Q.    So did you find Johanna for
19 purposes of that role?
20      A.    So in the course of looking for
21 somebody to answer phones at the house,
22 Johanna was one of the people who said that
23 she was willing to answer phones.
24      Q.    Did you approach her at her school
25 campus?
```



Page 311

```
 1            G Maxwell - Confidential
 2              MR. PAGLIUCA:   Objection to form
 3         and foundation.
 4         A.    I honestly don't recall how, in
 5    that moment, how I met █████████ and how she
 6    came to get the job but...
 7         Q.    Did you typically, in your work for
 8    Jeffrey Epstein, would you typically go to
 9    school campuses to try to find individuals to
10    work for Jeffrey Epstein?
11              MR. PAGLIUCA:   Objection to the
12         form and foundation.
13         A.    I never -- what do you mean by
14    school?   Let's characterize school.
15         Q.    Any kind of school.
16         A.    Obviously not.   I never went to any
17    school with young people.   ███████   I believe
18    came from an adult university, as I would
19    know in England, so university, I went there
20    but I never went, as I best recollect,
21    anywhere else.
22         Q.    Did you -- what university was it
23    that you went to?
24         A.    I don't recall the university that
25    she went to right now.
```



MAGNA▶
LEGAL SERVICES

```
 1          G Maxwell - Confidential
 2      Q.    Would you visit more than one
 3  university to try to find individuals to work
 4  for Jeffrey Epstein?
 5      A.    As I recollect, I think that's, in
 6  fact, the only university I went to.
 7      Q.    Did you go there more than once?
 8      A.    I think I went twice.
 9      Q.    Who else did you find from that
10  university, was there anybody other than
11  ███████████
12      A.    I don't recollect, I'm sorry.
13      Q.    We are going to mark this as
14  Maxwell 13?
15            (Maxwell Exhibit 13, documents,
16        marked for identification.)
17      Q.    Can you take a look at the document
18  I put in front of you, please.
19            Are you familiar with this
20  document?
21      A.    I'm familiar with this actual
22  document.
23      Q.    How was this document created?
24            MR. PAGLIUCA:   Objection to the
25        form and foundation.
```



Page 313

1            G Maxwell - Confidential

2        A.   I don't know how this document was

3    created.

4        Q.   You were involved in the creation

5    of this document?

6        A.   I think you can see from the date

7    that it's 2004, 2005, so no.

8        Q.   You weren't involved in the

9    creation of this document.

10            Did you -- we talked earlier about

11   Mr. Epstein's house, I'm talking about the

12   Palm Beach house where you said there was a

13   computer on the desk, that employees had

14   access to -- people who worked for Jeffrey

15   Epstein may have had access to?

16       A.   I think anybody could have had

17   access to that.

18       Q.   Was that computer used, if you know

19   to keep a log of addresses and phone contact

20   information for Jeffrey Epstein?

21       A.   Are we talking about when this

22   document was created.

23       Q.   In general, was there, on that

24   computer during the time that you were

25   present with Jeffrey Epstein, was there a



Page 314

```
 1            G Maxwell - Confidential
 2    mechanism by which you kept electronic
 3    information of names and addresses of
 4    individuals that he knew?
 5            MR. PAGLIUCA:  Objection to the
 6        form and foundation.
 7        A.   I can't testify to what was on that
 8    computer or not after I was gone.
 9        Q.   Not when you were gone, when you
10    were there.  If Jeffrey wanted to call, for
11    example, say ▓▓▓▓▓▓▓▓, would someone be
12    able to go to that computer to pull up the
13    address information and phone contact
14    information for that individual?
15            MR. PAGLIUCA:  Objection to the
16        form and foundation.
17        A.   I couldn't possibly say.
18        Q.   Did you ever have to keep track of
19    address or phone contact information for
20    Jeffrey Epstein?
21        A.   That was not my job.
22        Q.   Did you ever do it?
23        A.   I am not responsible for keeping
24    his numbers so that wasn't my job at all.
25        Q.   But did you ever do it?  I know
```



1          G Maxwell - Confidential

2    it's not your job but did you ever do it, did

3    you ever keep phone contact information for

4    him?

5          A.    During the course of the time we

6    were together, if he gave me a telephone

7    number, I would give it to an assistant to

8    put in the computer, I could do that.

9          Q.    Would he ask you for contact

10    information for different individuals, if he

11    wanted to contact someone?

12              MR. PAGLIUCA:  Objection to the

13          form and foundation.

14          A.    In the course of the long period of

15    time when I was there, it certainly would be

16    possible for him to ask me for a telephone

17    number and if I had the -- I wouldn't always

18    have it -- I'm sure it happened.

19          Q.    Was there a hardcopy book in

20    addition to the computer, a hardcopy book

21    that you could look for numbers that were

22    relevant to Jeffrey Epstein's life and

23    something on the computer or was it just an

24    electronic version?

25              MR. PAGLIUCA:  Objection to the



Page 316

1          G Maxwell - Confidential

2          form and foundation.

3     Q.    Was there a hard copy book as well

4     as something on the computer or was there

5     only electronic information on the phone

6     numbers?

7              MR. PAGLIUCA:   Objection to the

8          form and foundation.

9     A.    I can only testify to what I know

10    obviously, and I believe that this is a copy

11    of a stolen document.  I would love to know

12    how you guys got it.

13    Q.    I'm asking during the time you

14    worked for Jeffrey Epstein, was there a

15    hardcopy document of any kind that kept phone

16    numbers for Jeffrey Epstein, if he needed to

17    contact someone?

18    A.    The stolen document I have in front

19    of me that you have is what you are referring

20    to.

21    Q.    So there was, during your time when

22    you were there, there was no other, you

23    mentioned there was information on a

24    computer.  Was there any hardcopy document

25    that you could refer to to find someone's



Page 317

```
 1          G Maxwell - Confidential
 2    number?
 3          A.   You have the stolen document in
 4    front of you.
 5          Q.   You had access to this when you
 6    worked for Jeffrey Epstein?
 7          A.   This is, I believe, the book that
 8    was stolen, that was the hardcopy of whatever
 9    was there.
10          Q.   So when you were working for
11    Jeffrey Epstein, you were able to access this
12    book?
13          A.   This book -- if this is what this
14    is, I believe it was, this is the stolen
15    document from his house.
16          Q.   And you were able to access it when
17    you worked for him?
18          A.   It was a document that was printed
19    that you could, if you needed to, look for a
20    number.
21          Q.   Do you know how this book was
22    created?
23          A.   No.
24          Q.   When you referred to it a moment
25    ago, to a stolen document, when ███████
```



Page 318

```
 1          G Maxwell - Confidential
 2   ██████████  turned this document over to the
 3   FBI, are you aware he described it as a
 4   document that came from your computer?
 5          MR. PAGLIUCA:  Objection to the
 6       form and foundation.
 7       A.   I have no idea what he said or
 8   didn't say, so if you want me to reference
 9   something he said, you need to show it to me.
10       Q.   Did you keep this document, an
11   electronic copy of it, on your personal
12   computer?
13       A.   I don't recollect.
14       Q.   If you had to update something, for
15   example, if there was a new number, a new
16   individual that Jeffrey had hired that you
17   were going to track, would you input that
18   information into this document on your
19   computer?
20          MR. PAGLIUCA:  Objection to the
21       form and foundation.
22       A.   I've already testified that I'm not
23   responsible for updating and keeping these
24   records.
25       Q.   Did you have this document on your
```



1           G Maxwell - Confidential

2     computer, your personal computer?

3          A.    I told you, I don't recollect

4     having this document on my computer.

5          Q.    Do you know what computers this

6     document was on, if more than one?

7          A.    I'm sorry, this is a long time ago

8     and I don't recall exactly how this was all

9     managed.

10         Q.    If you didn't create this document,

11    do you know who did?

12              MR. PAGLIUCA:   Objection to the

13         form and foundation.

14         A.    I don't.

15         Q.    I'm going to direct your attention

16    to part of this document.  It's towards the

17    back, it's going to be page 91 and it has

18    bates label Giuffre 001663.  I'm going to

19    direct your attention to the section that

20    says, Massage Florida.

21              Did you input any of the names or

22    numbers under that section?

23              MR. PAGLIUCA:   Objection to form

24         and foundation.

25         A.    So this document is produced in



Page 320

1           G Maxwell - Confidential

2    2004, 2005, so, no.

3        Q.   But I'm sorry, correct me if I'm

4    misunderstanding your testimony, I thought

5    you said when you were working with Jeffrey,

6    that this document existed and it was

7    something you utilized?

8        A.   I can't possibly tell you what

9    numbers were added or not added subsequent to

10   my departure.

11       Q.   So you can't recall if you added

12   any of these numbers?

13           MR. PAGLIUCA:   Objection to the

14       form and foundation, mischaracterizes

15       the witness' testimony.

16       Q.   Are there any numbers on here or

17   names that you recognize that you would have

18   entered into this section?

19       A.   I already testified that I'm not

20   responsible for inputting numbers and names

21   into this so I would not be able to tell you.

22       Q.   Are there any names or numbers

23   under this section, Massage Florida, that you

24   would have provided to an assistant to input

25   into this document?



Page 321

1          G Maxwell - Confidential

2      A.   I can't possibly say.

3      Q.   Do you see under Massage Florida,

4   about halfway down the first column, do you

5   see a number that says █████████ cell?

6          MR. PAGLIUCA:  What page?

7      Q.   It's 91, Bates number 001663.

8   About halfway down, it says in the first

9   column, it says ███████████ cell.

10         Do you see that?

11     A.   I do.

12     Q.   Would you have provided after, I

13  know you didn't hire her, Jeffrey hired her

14  but after you brought her to Jeffrey, would

15  you have given her cell phone number to an

16  assistant to input into this document?

17         MR. PAGLIUCA:  Objection to form

18         and foundation.

19     A.   I didn't bring her to Jeffrey, the

20  way you characterize and I would have no

21  knowledge of how this number ended up in this

22  book.

23     Q.   I believe you, and I will try to

24  use your words so we are clear, you met

25  ████████████ is that correct?



Page 322

```
 1          G Maxwell - Confidential
 2     A.   Yes.
 3     Q.   And then she began working for
 4  Jeffrey?
 5     A.   Yes.
 6     Q.   Would you have provided whomever
 7  was in charge of keeping this updated with
 8  ████████  cell number so you would be able to
 9  contact her if needed?
10          MR. PAGLIUCA:  Objection to the
11          form and foundation.
12     A.   I don't know.  It could have been a
13  number of different ways, it it could have
14  been Jeffrey who gave it to somebody.
15     Q.   You just don't remember doing that?
16     A.   I do not.
17     Q.   Now, as you look -- I want you to
18  take a look at the Florida massage list, it's
19  three columns there.
20          Do you, as you look at those names
21  on the various columns, do you know the ages
22  of any of the girls in this list?
23     A.   I don't know.  One, I don't know
24  who all the people are on this list and I
25  certainly don't know the ages.
```



Page 323

1          G Maxwell - Confidential

2          Q.   Do you know what their

3    qualifications are?

4          A.   I don't know who the people are in

5    general so of course I don't know what their

6    qualifications are.

7          Q.   Do you know why Jeffrey has so many

8    masseuses listed in Florida in his book here?

9               MR. PAGLIUCA:  Objection to the

10              form and foundation.

11         A.   Again, this book was created post

12   my departure, so I couldn't explain why all

13   these people were here.

14         Q.   When you were there, you said this

15   book existed?

16         A.   Yes.

17         Q.   So when you were there, were there

18   a number of masseuses listed under the

19   Florida massage?

20              MR. PAGLIUCA:  Objection to the

21              form and foundation and

22              mischaracterization of the witness'

23              testimony.

24         Q.   I'm asking you a question.

25              When you were there, were there a



Page 324

1           G Maxwell - Confidential

2      number of masseuses listed under the Florida

3      massage section?

4           A.   When I was there, I would have, of

5      course there would have been some masseuses

6      listed but I could not tell you who or how

7      many and this -- I could not possibly because

8      I wouldn't remember.

9           Q.   Do you know why Jeffrey would have

10     had so many names listed under his massage

11     Florida?

12               MR. PAGLIUCA:   Objection to form

13          and foundation.

14          A.   I can't testify to why Jeffrey has

15     so many.

16          Q.   Did he use a different masseuse

17     every day?

18               MR. PAGLIUCA:   Objection to the

19          form and foundation.

20          Q.   You can answer.

21          A.   When I was there he had a massage

22     roughly every day, one masseuse, and mostly

23     he would have them at random times, so it

24     would be difficult if you just only had one

25     person, man, woman, for an adult massage, to



Page 325

1          G Maxwell - Confidential

2     come and be available for whatever time it

3     was.  So he would have more than one person

4     that he could call for a massage because at

5     any given time the one that he called first

6     may not have been available.

7          Q.   So would it typically be a

8     different person each day that would give him

9     a massage?

10              MR. PAGLIUCA:  Objection to the

11         form and foundation.

12         A.   It would be, when I was there,

13    based on availability.

14         Q.   Would it surprise you to learn that

15    the Federal Government found that some of the

16    girls on this list under massage Florida were

17    under the age of 18?

18              MR. PAGLIUCA:  Objection to the

19         form and foundation.

20         A.   I can't testify to what the

21    government found or did not find because I

22    would have no knowledge of it.

23         Q.   I'm asking if you would be

24    surprised by that?

25              MR. PAGLIUCA:  Form and foundation.



1          G Maxwell - Confidential

2      A.   I have knowledge of it.  I can't

3  speculate.

4      Q.   On the second column, towards the

5  bottom, there is the name, it's one up from

6  the bottom, there is the name ████████████,

7  do you know ████████████?

8      A.   I do.

9      Q.   Who is she?

10     A.   She was a friend of Jeffrey's.

11     Q.   Is she a masseuse?

12     A.   She, I don't think she was a

13  masseuse, no.

14     Q.   Why would be she listed under

15  Florida massages?

16     A.   An input error.

17     Q.   Is this list any individual that

18  would have sex with Jeffrey?

19          MR. PAGLIUCA:  Objection to the

20      form and foundation.

21     A.   I wouldn't have any knowledge of

22  that.

23     Q.   Do you know if Jeffrey had sex with

24  ████████████?

25          MR. PAGLIUCA:  Object to the form



Page 327

1           G Maxwell - Confidential

2      and foundation.

3           A.   First of all, I wouldn't have any

4    knowledge of that.

5                MS. McCAWLEY:  We are going to take

6        a quick break.

7                THE VIDEOGRAPHER:  It's now 4:39

8        and we are off the record.

9                (Recess.)

10               THE VIDEOGRAPHER:  It's now 4:54

11       and we are as back on the record

12       starting disk number 8.

13           Q.   Ms. Maxwell, we were talking

14    earlier about the journal and I believe you

15    said in 2004, 2005, you were no longer

16    working and responsible for that journal, is

17    that correct?

18               MR. PAGLIUCA:  Objection to the

19       form and foundation.

20           A.   What are we referring to, this

21    document right here?

22           Q.   Yes.

23           A.   I don't know who is the author of

24    this or I can't tell you what is in here

25    versus what would have been here when I was



Page 328

```
 1         G Maxwell - Confidential
 2    around.  I can't testify to that.
 3         Q.   Were you around in 2004, 2005?
 4         A.   I already testified that I was
 5    there when Jeffrey's mother passed away and
 6    so you know, I did visit for her passing and
 7    I believe I was there for a couple of days in
 8    2005.
 9         Q.   So if an employee of Mr. Epstein in
10    2004 said that you were the employee's direct
11    supervisor, would that be incorrect?
12         MR. PAGLIUCA:   Objection to form
13         and foundation.
14         A.   What employee, what's the
15    circumstances and what is the story, I don't
16    know what you are asking me.
17         Q.   If ████████████ said in 2004
18    when he was hired, you were his direct
19    supervisor, would that be true?
20         A.   No.
21         Q.   Were you in 2004 supervising ██████
22    ██████
23         MR. PAGLIUCA:   Objection to form
24         and foundation.
25         A.   I never supervised ████████████.
```



Page 329

```
 1          G Maxwell - Confidential
 2      Q.    Did ████████████ take orders from
 3  you?
 4          MR. PAGLIUCA:  Objection to the
 5      form and foundation.
 6      A.    She worked for Jeffrey.
 7      Q.    If ████████████ said you had
 8  knowledge of underage girls coming to
 9  Jeffrey's home for the purpose of sex, would
10  you contend that that is truthful?
11          MR. PAGLIUCA:  Objection to the
12      form and foundation of the question.
13      A.    I have no idea what you are talking
14  about, I'm sorry.
15      Q.    If ████████████ said that you
16  have knowledge of underage girls coming to
17  Jeffrey's home for the purpose of having
18  massages involving sex, would you say that
19  that statement is truthful?
20          MR. PAGLIUCA:  Objection to the
21      form and foundation.
22      A.    I can't testify to what ████████
23  said or didn't say.
24      Q.    I'm saying if ████████ said that you
25  had knowledge that there were girls coming
```



Page 330

```
 1          G Maxwell - Confidential
 2    over to the house that were underage for the
 3    purposes of sex, would that statement be
 4    true?
 5              MR. PAGLIUCA:  Objection to form
 6         and foundation.
 7         A.   I can't testify to what ▮▮▮▮▮▮
 8    said or didn't say or what he thought.
 9         Q.   Did you have knowledge of underage
10    girls coming to Jeffrey Epstein's house for
11    the purpose of sex?
12         A.   No.
13         Q.   Earlier I believe you testified,
14    correct me if I'm wrong, that the document
15    that is in front of you, the thicker document
16    was a stolen document.
17              Do you know who stole that
18    document?
19         A.   I have read that ▮▮▮▮▮▮ stole the
20    document.
21         Q.   And where have you read that?
22         A.   I believe it was reported in the
23    press.
24         Q.   Earlier we were talking about the
25    computers at Jeffrey Epstein's home.  Did you
```



Page 331

```
1          G Maxwell - Confidential
2     have a computer that was your computer
3     located in Jeffrey Epstein's home?
4              MR. PAGLIUCA:  Objection to form
5          and foundation.
6          A.   I've testified to the computer
7     already.  Even when I was around, there was a
8     computer that people had access to.
9          Q.   So is ███████████████ telling the
10    truth when he says that he downloaded that
11    book from your computer?
12             MR. PAGLIUCA:  Objection to the
13         form and foundation.
14         A.   I couldn't possibly tell you what
15    █████████ did or didn't do or said or didn't
16    say.
17         Q.   Was it on your computer?
18         A.   I already testified I have no idea
19    where this document came from.
20         Q.   Did you have a list of names of
21    individuals with contact information for
22    Jeffrey Epstein on your personal computer?
23         A.   Again, that wasn't my computer.  I
24    already said that was a computer that lots of
25    people would have, so I have no recollection
```



Page 332

1           G Maxwell - Confidential

2    of this document being on it, so I don't know

3    where this came from.

4        Q.   I understand the computer at the

5    house that you're referencing.  On a personal

6    computer of yours, did you have that

7    document?

8        A.   I don't know where this document

9    came from, so I can't possibly say this

10   document was on any computer that I may have

11   had access to.

12       Q.   On a personal computer of your own,

13   did you have lists of the phone numbers and

14   contact information relating to Jeffrey

15   Epstein?

16       A.   Like everybody, I have an address

17   book but I can't possibly testify to where

18   this thing came from.

19       Q.   Was it your address book or was it

20   addresses that related to Jeffrey Epstein?

21           MR. PAGLIUCA:  Objection to the

22       form and foundation.

23       A.   I don't know what you're asking me.

24       Q.   On your personal computer, the

25   address book you are referencing, was it your



1              G Maxwell - Confidential

2     address book with individuals you knew or was

3     it an address book for your employer, Jeffrey

4     Epstein?

5          A.    Jeffrey has his situation and I

6     have no -- this is Jeffrey's, it came from

7     his home, so I can't testify to anything

8     about this in that period of time.

9          Q.    So you didn't have on your computer

10    a list of contact information for individuals

11    that was related to Jeffrey Epstein?

12         A.    I don't recall exactly what I had

13    back in 2004 and 2005, so I can't say what I

14    had back then that relates to his addresses,

15    I can't recall.

16         Q.    So is it possible that someone

17    could have downloaded from your personal

18    computer a list of names and address that

19    were affiliated with Jeffrey Epstein?

20              MR. PAGLIUCA:  Objection to the

21         form and foundation.

22         A.    This didn't come from any computer

23    of mine.

24         Q.    But is it possible that someone

25    could have downloaded a list of names and



Page 334

```
 1          G Maxwell - Confidential
 2    addresses affiliated with Jeffrey Epstein
 3    from your computer?
 4          MR. PAGLIUCA:  Objection to the
 5          form and foundation.
 6          A.   I already said, I didn't have a
 7    computer there, so I don't know where this
 8    came from, I have no idea.
 9          Q.   I'm going to read to you some
10    testimony from ████████████████ deposition
11    and it's on page 370 and I want to ask you a
12    question about it, if it's true or false?
13          MR. PAGLIUCA:  I'm going to object
14          unless you show the witness the
15          document.
16          MS. McCAWLEY:  I will pass it.  We
17          are not going to mark it.  We will skip
18          it.
19          Q.   Did you ever tell ████████████
20    that he better watch out and better keep his
21    mouth shut with respect to what occurred at
22    Mr. Epstein's home?
23          MR. PAGLIUCA:  Objection to the
24          form and foundation.
25          A.   It doesn't sound like anything I
```



Page 335

1            G Maxwell - Confidential

2    would say.

3        Q.   Did you ever threaten ████████

4    ████████    in any way if he were to disclose

5    information he learned from his employment

6    with Jeffrey Epstein?

7            MR. PAGLIUCA:  Objection to the

8            form and foundation.

9        A.   I'm happy to answer.  No, I never

10    threatened him in any way.

11        Q.   Were you concerned that he was

12    going to disclose that Jeffrey Epstein was

13    trafficking underage girls?

14            MR. PAGLIUCA:  Objection to the

15            form and foundation.

16        A.   First of all, there are so many

17    things wrong with that question, but I have

18    no knowledge of what you are talking about.

19        Q.   Have you ever contacted or

20    instructed anyone to contact any witness in

21    this case for the purposes of threatening

22    them not to testify in this case?

23            MR. PAGLIUCA:  Objection to the

24            form and foundation.

25        A.   I have never called anybody with



```
 1            G Maxwell - Confidential
 2   reference to this case with any, anything you
 3   just mentioned, I never threatened anyone.
 4        Q.   Have you ever directed anyone to
 5   call any witnesses relevant to this case and
 6   threaten them not to testify?
 7            MR. PAGLIUCA:  Objection to the
 8        form and foundation.
 9        A.   I never done such a thing.
10        Q.   Did Jeffrey Epstein or you ever ask
11   any female, regardless of age, to carry
12   Jeffrey's baby for him?
13            MR. PAGLIUCA:  Objection to the
14        form and foundation.
15        Q.   Or anything along those lines?
16            MR. PAGLIUCA:  Objection to the
17        form and foundation.
18        A.   Can you repeat the question,
19   please?
20        Q.   Did you or Jeffrey Epstein ever ask
21   any female, regardless of age, to carry
22   Jeffrey Epstein's baby for him?
23            MR. PAGLIUCA:  Objection to the
24        form and foundation.
25        A.   Are you asking --
```



Page 337

1           G Maxwell - Confidential

2      Q.    To become pregnant, did you or

3  Jeffrey Epstein ever ask any female to become

4  pregnant and carry Jeffrey Epstein's baby for

5  you or for Jeffrey?

6           MR. PAGLIUCA:  Objection to form

7      and foundation.

8      A.    You need to be very specific.  I

9  have no idea what you are talking about.

10  That's completely rubbish.

11      Q.    Did you or Jeffrey Epstein ask any

12  female to become pregnant and carry his baby

13  for either him or you?

14           MR. PAGLIUCA:  Objection to the

15      form and foundation.  Go ahead.

16      A.    I can't testify to anything Jeffrey

17  did or didn't do when I am not present, but I

18  have never asked anybody to carry a baby for

19  me.

20      Q.    Or anything along those lines?

21           MR. PAGLIUCA:  Object to the form

22      and foundation.

23      Q.    I want to make sure we are talking

24  about the same thing, not physically carry a

25  baby, I mean become pregnant with a baby?



Page 338

1          G Maxwell - Confidential

2              MR. PAGLIUCA:   Objection to the

3       form and foundation.

4          Q.   I want to make sure we are clear.

5          A.   I don't know what you are asking.

6          Q.   That's why I want to make sure we

7       are clear.

8          A.   We are clear.  I never asked

9       anybody to carry a baby for me.

10         Q.   Do you know if Jeffrey ever asked

11      anybody to carry a baby for him?

12         A.   I'm not going to characterize any

13      conversation Jeffrey had with somebody else.

14         Q.   You are not aware of that, is that

15      your testimony?

16         A.   I am testifying I never have and I

17      will not testify for anything for Jeffrey.

18         Q.   Did you ever hear Jeffrey ask

19      anybody to carry a baby for him?

20         A.   I don't recollect conversation

21      about Jeffrey and babies in any form.

22         Q.   Did Jeffrey ever tell he wanted to

23      have a baby?

24         A.   I don't recollect baby

25      conversations with Jeffrey.



Page 339

1          G Maxwell - Confidential

2      Q.   So he never told you he wanted to

3   have a baby?

4      A.   I don't recollect any baby

5   conversations with him saying he wanted to

6   have a baby.

7      Q.   Did you ever bring any females to

8   the Dubin's house that were not your friends'

9   children that were under the age of 18?

10          MR. PAGLIUCA:  Objection to form

11      and foundation.

12      A.   I have never, to my knowledge,

13   brought anybody under the age of 18 that's

14   not a friend of my family or my nieces or

15   nephews to the Dubin household.

16      Q.   Earlier today you testified, I

17   believe, that with respect to your town home

18   Jeffrey paid for some of that and then gave

19   you a loan, is that correct?

20          MR. PAGLIUCA:  Objection to the

21      form and foundation.

22      A.   I said, actually I think it was a

23   loan, I believe it was a loan.

24      Q.   The whole thing?

25      A.   As best as I can recollect.



Page 340

1          G Maxwell - Confidential

2          Q.   Did you pay that loan back?

3          A.   I don't have any outstanding loans

4     with him.

5          Q.   So you paid it back?

6          A.   I don't have any outstanding loans

7     with him.

8          Q.   That's not an answer to my

9     question.

10              Did you pay back Jeffrey for the

11    loans?

12         A.   I have paid back any loans I had

13    with him.

14         Q.   You have or haven't?

15         A.   Have.

16         Q.   Were there any other gifts that

17    Jeffrey gave you during the time period of

18    say 1999 to the present that were in excess

19    of $50,000?

20              MR. PAGLIUCA:   Objection to the

21         form and foundation.

22         A.   What's the question again?

23         Q.   Did Jeffrey give you any gifts in

24    excess of amounts of $50,000, I'm not talking

25    about a scarf here or something



Page 341

1           G Maxwell - Confidential

2      insignificant, from 1999 to the present?

3           A.   I can't recollect any gifts.

4           Q.   Did he ever buy you a car?

5           A.   I really don't recall, I can't

6      recall, it's a long time ago.

7           Q.   You can't recall if Jeffrey Epstein

8      ever bought you a car?

9           A.   I believe he did buy me a car, I

10     don't recall how much it cost.  I don't

11     recall any of the financial details of that.

12          Q.   Do you still have that car?

13          A.   I don't.

14          Q.   How long ago did you get rid of

15     that car?

16          A.   I don't recall all the cars.  There

17     was a car back -- there was -- I don't

18     recall, I'm sorry.

19          Q.   He supplied you with several cars?

20               MR. PAGLIUCA:  Object to the form

21          and the mischaracterization of the

22          testimony.

23          A.   I don't recall details of the cars.

24          Q.   Did he supply with you more than

25     one car?



1          G Maxwell - Confidential

2          A.   Over the course of time, I've

3     driven many cars.

4          Q.   That Jeffrey provided to you?

5          A.   They were cars that could be driven

6     and I just don't recall them.

7          Q.   Were they in your name?

8          A.   I don't recall.

9          Q.   You don't recall if Jeffrey Epstein

10    ever put a car in your name?

11         A.   We are talking a long time ago, I

12    really don't recall.

13         Q.   When is the last time you had a car

14    from Jeffrey Epstein that you used?

15         A.   2000, 2001, 2002.

16         Q.   Do you recall what kind of a car

17    that was?

18         A.   I don't recall, I'm sorry.

19         Q.   Did Jeffrey Epstein purchase

20    anything else for you besides the townhouse

21    and cars that would be over the amount of

22    $50,000?

23         A.   I didn't say that he did, I said I

24    had a loan.

25         Q.   Besides the loan, I'm sorry, you



Page 343

```
 1          G Maxwell - Confidential
 2     are right, you did say you had a loan and you
 3     said you paid that back, correct?
 4          A.   That's my testimony.
 5          Q.   Anything else in excess of $50,000
 6     that he would have purchased for you?
 7          A.   We are talking 2002, 2001, I don't
 8     recall any gifts really.
 9          Q.   When is the last time Jeffrey
10     Epstein gave you a gift in excess of $50,000?
11               MR. PAGLIUCA:  Assumes facts not in
12          evidence.  Form and foundation.
13          Q.   You're saying you don't remember
14     from 2001 and 2002.  I'm asking when is the
15     last time you remember Jeffrey Epstein
16     purchasing a gift for you?
17          A.   I don't recall gifts in excess of
18     $50,000, I barely recall gifts, I barely
19     recall a lot of this -- I'm sorry, I don't
20     recall.
21          Q.   Is Jeffrey Epstein paying for your
22     legal fees in this case?
23          A.   No.
24          Q.   Is he paying for anything related
25     to this case?
```



Page 344

1            G Maxwell - Confidential

2      A.    No.

3      Q.    Are you aware of any grand theft

4  police report relating to Virginia Roberts?

5      A.    I believe I've read a report in the

6  press on that.

7      Q.    Did you provide the press with a

8  report on a grand theft by Virginia Roberts?

9      A.    I don't know how the press got that

10  story.

11      Q.    Do you know if Virginia Roberts

12  committed a grand theft?

13      A.    I only know what I read in the

14  press.

15      Q.    Did you ever state to the press

16  that Virginia Roberts committed a grand

17  theft?

18      A.    I've never had any conversation

19  directly with press.

20      Q.    Did any of your representatives

21  ever inform the press that Virginia Roberts

22  committed a grand theft?

23            MR. PAGLIUCA:  Objection to the

24       form and foundation.

25      A.    I have no way of knowing what my



Page 345

```
 1        G Maxwell - Confidential
 2   representatives said to press or didn't.
 3        Q.   Did they ever discuss with you the
 4   fact that they were going to report that
 5   Virginia Roberts participated in a grand
 6   theft?
 7        A.   I don't know how, first of all, I
 8   don't know how I know that.  I believe I read
 9   it in a press report so...
10        Q.   I'm going to mark this as composite
11   exhibit, Maxwell 14 please?
12             (Maxwell Exhibit 14, email, marked
13        for identification.)
14        Q.   I'm going to direct you to page GM
15   00109.  At the top of that page you are going
16   to see an email address from Jeffrey Epstein
17   on Sunday June 12, 2011 to ███████████████
18   ██████████████
19        A.   Yes.
20        Q.   The re line says, This is the
21   actual version they wanted me to send which I
22   changed but this is back from my U.K.
23   lawyers.
24             Do you see that?
25        A.   Yes.
```



Page 346

1          G Maxwell - Confidential

2     Q.   If you go down further, you're

3  going to see halfway through the page, you

4  will see your email address the ████████████

5  and you will see a statement that says, Thank

6  you.  I have it now.  I'm working on the

7  letter a little.  I will send final version

8  tomorrow and whatever is in it will be

9  factually accurate.

10         Beneath that you will see ████████

11  ████████  who I believe you identified earlier

12  as one of your attorneys?

13     A.   Uh-huh.

14     Q.   And you will see a letter, starting

15  the text of a letter starting, I want you to

16  turn to the second page which is GM 00110.

17  About halfway through the page, it says you

18  will also presumably draw attention to the

19  fact that prior to filing her suit against

20  Mr. Epstein, Ms. Roberts fled the U.S. to

21  avoid being arrested for grand theft.  Police

22  report available.

23         What grand theft were you referring

24  to there that Virginia Roberts committed?

25         MR. PAGLIUCA:  Objection to the



Page 347

1           G Maxwell - Confidential

2       form and foundation.

3       A.    I don't know.  However, I believe

4   she stole money from somewhere where she

5   worked.

6       Q.    How do you know that was grand

7   theft?

8       A.    I don't know how I know that.

9       Q.    So you authorized a statement that

10  characterized that as grand theft without

11  knowing whether it was grand theft?

12      A.    What month, what is the date of

13  this?

14      Q.    The date of this is June 12, 2011?

15      A.    So I'm afraid such a long time ago,

16  I'm not sure how, I really couldn't testify

17  as to how that language ended up in here.

18      Q.    Do you have the police report?  It

19  says police report available.  Do you have

20  that document?

21      A.    I don't have that document.

22      Q.    Who does?

23      A.    I have no idea.

24      Q.    Would your lawyer ████████████

25  have that document?



Page 348

```
 1            G Maxwell - Confidential
 2       A.    I don't know who has this document.
 3       Q.    What's your basis in that statement
 4   for saying Ms. Roberts fled the U.S.?
 5       A.    Again, you are asking me for a
 6   statement that I made in 2011 and I can't say
 7   what in 2011 exactly the basis of that
 8   statement was.
 9       Q.    So you don't know whether or not
10   that statement is true?
11       A.    This is in 2011 and it never went
12   out, so I'm not sure exactly.
13       Q.    But you said in your email that you
14   were working to make it factually accurate,
15   is that correct?
16       A.    That's what it says.
17       Q.    I'm going to mark as Maxwell 15 a
18   document dated February 24, 2015?
19            (Maxwell Exhibit 15, email, marked
20            for identification.)
21       Q.    This is an email from ████████ who
22   you've identified as your ████████████ on
23   February 24, 2015 to █████ which I understand
24   to be your email address and ██████████████.
25   The subject line says, VR cried rape.  Prior
```



Page 349

```
 1          G Maxwell - Confidential
 2    case dismissed as prosecutors found her not
 3    credible.  The message says, Ghislaine, some
 4    helpful leakage, dot dot dot.  What is it you
 5    were leaking to the press?
 6              MR. PAGLIUCA:  Objection, there is
 7          no foundation that she leaked anything
 8          and you know that.
 9          Q.  What was it that you were leaking
10    to the press in that statement?
11          A.  Again, I don't think that's
12    referring to that, that's just referring to
13    the press getting hold of whatever story it
14    is.
15          Q.  What was ███████ leaking to the
16    press?
17              MR. PAGLIUCA:  Objection to form
18          and foundation.
19          A.  It doesn't say ████ was leaking
20    anything.  It doesn't say that.
21          Q.  The statement says, helpful
22    leakage, is that correct?
23          A.  It says helpful leakage.  That
24    doesn't mean he leaked anything.
25          Q.  Did you leak to the press
```



```
 1          G Maxwell - Confidential
 2    information to the press information about
 3    the subject line, VR cried rape, prior case
 4    dismissed as prosecutors found her not
 5    credible?
 6         A.   I don't no idea what ███ is
 7    referring to.  I think he is referring to the
 8    press held the story.  I couldn't testify to
 9    that.
10         Q.   Did you leak to the press
11    information regarding the statement, VR cried
12    rape prior case dismissed as prosecutors
13    found her not credible, either through you or
14    through ███████████?
15         A.   I think this is coming from the
16    daily mail.
17         Q.   That is not my question, I'm asking
18    whether you or ██████████ leaked that?
19         A.   I have no knowledge, I have no
20    idea, I'm sorry.  I can't -- I have no
21    recollection.  I have no idea what she is
22    talking about.
23         Q.   I'm going to mark this as 16?
24              (Maxwell Exhibit 16 email marked
25         for identification.)
```



```
 1          G Maxwell - Confidential
 2          Q.    This is an email addressed at the
 3     top from Jeffrey Epstein on Monday, January
 4     12, 2015 to ████ which I understand to be
 5     your email address.  The email reads, You can
 6     issue a reward to any of Virginia's friends,
 7     aquaints, family, that come forward to help
 8     prove her allegations are false.  The
 9     strongest is the ███████ dinner and the new
10     version of the Virgin Islands that █████
11     ███████ practiced in an underage orgy.
12               Did you offer any rewards to
13     Virginia's family or friends to contradict
14     Virginia's story?
15          A.    Absolutely not.
16          Q.    Did Jeffrey Epstein offer any
17     rewards to any of Virginia's, as he suggests
18     here, friends, family or acquaintances to
19     contradict Virginia's story?
20               MR. PAGLIUCA:  Objection to the
21          form and foundation.
22          A.    I have no idea what he did.
23          Q.    Did he tell he was going to offer
24     rewards to Virginia's acquaintances, friends
25     and family to prove her allegations were
```



Page 352

```
 1          G Maxwell - Confidential
 2    false?
 3          A.   He did not.
 4          Q.   Do you know whether Jeffrey Epstein
 5    paid ███████████ to give testimony about
 6    Virginia Roberts?
 7          A.   I don't know who ███████████ is.
 8          Q.   So you don't know whether Jeffrey
 9    Epstein paid her?
10          A.   I don't know who ███████████ is.
11          Q.   Have you ever contacted any of
12    Virginia's friends, acquaintances or family
13    regarding this case?
14          A.   I don't know who Virginia's friends
15    or family are and I have not contacted
16    anybody related to her in any way, shape or
17    form.
18          Q.   I will turn you, I believe it's the
19    thicker document which is Maxwell, I believe
20    it was 14, right there, the compilation
21    document to GM, at the bottom, GM 00071.  You
22    actually may want to turn to the prior page
23    70 so you can see the email chain.  At the
24    top of the page --
25               MR. PAGLIUCA:  I don't have a 00071
```



Page 353

```
 1        G Maxwell - Confidential
 2      on mine.
 3           MS. McCAWLEY:  It's the second page
 4      in that document.
 5           MR. PAGLIUCA:  Okay.
 6      Q.   It's dated Friday March 11, 2011
 7   from Maxwell to Jeffrey with the title, Daily
 8   Mail and there is a forward from ████████ to
 9   you and a number of other individuals, that's
10   on the cover page and as you scroll to the
11   second page, you are going to see that part
12   of the chain that I'm asking about and that
13   is the chain at the bottom which is dated
14   3/10/2011 from ████████████ and it says we
15   think -- we should think about the letter to
16   the editor.  School can be university.  Age
17   of consent in Florida is complex.  See below,
18   if you are 16 years old, a sexual
19   relationship with someone between 18 and 24
20   is legal in Florida.  Two persons between 16
21   and 24, Florida statute 794.05.  A person 24
22   years or of age or older who engages in
23   sexual activity with a person 16 or 17 years
24   of age commits a felony in the second degree.
25   So as soon as you turn 16 you are able to
```



Page 354

```
 1          G Maxwell - Confidential
 2    have sexual relations and you can have sexual
 3    relations with a minor under the age of 18
 4    until your 24th birthday.
 5              Why were you concerned with the age
 6    of consent in Florida?
 7              MR. PAGLIUCA:  Objection to the
 8         form and foundation of the question.
 9         A.   I wasn't concerned.  I think this
10    was somebody sending me the statute for
11    informational purposes.
12         Q.   Who is ████████████?
13         A.   He is the person who, ████████████
14    boss I believe, I don't know what the
15    relationship is.
16         Q.   I didn't hear you?
17         A.   I████████████████████ I'm not
18    sure exactly.
19         Q.   Why would he be sending you
20    information addressing concerns about the age
21    of consent in Florida?
22              MR. PAGLIUCA:  Objection to the
23         form and foundation.
24         A.   I think he was just trying to be --
25    telling me details that would happen,
```



Page 355

```
 1          G Maxwell - Confidential
 2    Virginia in '11 was claiming she was 15 and
 3    we thought she was 17.  I didn't know what
 4    the statutes were in Florida and I think he
 5    was just trying to be helpful so I would
 6    know.
 7          Q.   Did you have a concern that you had
 8    violated this statute in Florida?
 9               MR. PAGLIUCA:  Objection to the
10          form and foundation.
11          A.   No.
12          Q.   Did you have a concern that Jeffrey
13    Epstein had violated this statute in Florida?
14          A.   I'm not concerned what happened
15    with Jeffrey.  I'm only concerned what
16    happens with me.
17          Q.   Why did you communicate with █████
18    ███████████  about the sexual consent age in
19    Florida?
20               MR. PAGLIUCA:  Objection to the
21          form and foundation.  It misstates her
22          testimony.
23          A.   I wasn't concerned.  I think he was
24    being helpful and stating what the statute
25    was.
```



Page 356

```
 1          G Maxwell - Confidential
 2      Q.    I'm going to turn you now in that
 3  same stack the Bates number GM 00088.  At the
 4  top of the email you are going to see Jeffrey
 5  Epstein, dated June 8, 2011, to you and it's
 6  got a re line, Vanity Fair.  If you go down
 7  the chain you will see where it says under
 8  your email, Do you have a problem with
 9  anything I said.
10          Were you communicating with Jeffrey
11  to confirm what statements you could put in
12  any press releases you were given?
13          MR. PAGLIUCA:  Objection to the
14      form and foundation.
15      A.    Any interest I have is in accuracy.
16      Q.    Were you confirming with Jeffrey
17  Epstein what information you could put in
18  press releases?
19          MR. PAGLIUCA:  Objection to the
20      form and foundation.
21      A.    Again, I'm only looking for
22  accuracy.
23      Q.    Why would you ask him if he had a
24  problem with anything you were saying?
25      A.    If there is anything I
```



1          G Maxwell - Confidential

2     characterized that was not correct.

3          Q.   That's not what you said.  You

4     said, do you have a problem with anything I

5     said.

6          MR. PAGLIUCA:  Objection to the

7          form and foundation.  There is no

8          question pending.

9          MS. McCAWLEY:  There is.

10          MR. PAGLIUCA:  That's not a

11          question, it's a statement.

12          MS. McCAWLEY:  Don't interrupt me.

13          Q.   Di you say, do you have a problem

14     with anything I said?

15          A.   That was asking in my parlance that

16     I wanted him to check it for accuracy.

17          Q.   Did he tell you there was anything

18     inaccurate about the statement?

19          A.   Again, I have to read the whole

20     thing to figure that out.

21          Q.   Were you coordinating with Jeffrey

22     Epstein during this time period in 2011

23     regarding statements that you were issuing to

24     the press?

25          MR. PAGLIUCA:  Did you withdraw the



Page 358

1          G Maxwell - Confidential

2     last question.

3          MS. McCAWLEY:  I'm not withdrawing

4     anything.  I'm asking a question.

5          MR. PAGLIUCA:  There was a question

6     pending.  You didn't let the witness

7     answer the question, then you moved on

8     to another question so I'm asking for

9     clarification for the record now which

10    question are we answering.

11         MS. McCAWLEY:  There is an answer.

12    The question was did he tell you

13    anything, there was anything in the

14    statement inaccurate about the statement

15    and she said again, I read the whole

16    thing --

17         THE WITNESS:  I would have to.

18         MS. McCAWLELY:  -- I would have to

19    read the whole thing to figure that out.

20         MR. PAGLIUCA:  Then she started

21    reading it and you asked another

22    question.

23         MS. McCAWLEY:  That's the question.

24         MR. PAGLIUCA:  I'm wondering if its

25    still pending.



Page 359

1          G Maxwell - Confidential

2              MS. McCAWLEY:  It was answered.

3      Q.    Were you coordinating with Jeffrey

4    Epstein during the time period in 2011

5    regarding the statements you were issuing to

6    the press?

7              MR. PAGLIUCA:  Objection to the

8          form and foundation.

9      A.    I only wanted to be accurate in any

10   factual statements that I made.

11     Q.    You knew at that time that Jeffrey

12   Epstein had been convicted for sexual abuse

13   of a minor, is that correct?

14             MR. PAGLIUCA:  Objection to form

15         and foundation.

16     A.    He was sentenced I believe for

17   underage -- soliciting an underaged

18   prostitute.

19     Q.    You knew that he was a registered

20   sex offender?

21     A.    Yes.

22     Q.    You were coordinating with him the

23   statement that you were going to be making to

24   the press to confirm whether they were

25   accurate in your words?



Page 360

1            G Maxwell - Confidential

2            MR. PAGLIUCA:   Objection to the

3       form and foundation.

4       A.   I was not coordinating with

5   Jeffrey.  He had details that I did not have.

6   I was not party to his case.  I needed to

7   have information in order to be able to

8   respond so I was not coordinating with him.

9   I was merely asking for details that I could

10  have.

11      Q.   Did Jeffrey write any of your press

12  statements for you?

13      A.   No.

14      Q.   He didn't draft any of them?

15      A.   I have a lawyer who was working on

16  this and that was -- I asked, I believe as I

17  recollect asked him for information to make

18  sure I was being accurate in the

19  representations for whatever I was

20  discussing.

21      Q.   Did Jeffrey provide you with any

22  drafts of statements to provide to the press?

23      A.   I only recall drafts from my

24  lawyer.

25      Q.   I will mark this as Maxwell 17.



Page 361

```
 1          G Maxwell - Confidential
 2              (Maxwell Exhibit 17, email, marked
 3       for identification.)
 4       Q.   This is an email from you on
 5  January 10, 2015 to ████████████████████
 6  ████   The statement you had before you
 7  earlier, that, if you can pull that in front
 8  of you, the one page press release that you
 9  gave.   You might know from memory.
10              Was the press release that you
11  issued with the statement about Virginia
12  issued in or around January 2, 2015?
13       A.   As best as I can recollect.
14       Q.   I want to turn your attention to
15  the document I just handed you which is Bates
16  No. 001044, from you to ███████████████
17  ████████████   It says in the first sentence, I'm
18  out of my depth to understand defamation,
19  other legal hazards and I don't want to end
20  up in a lawsuit aimed at me from anyone, if I
21  can help it.   Apparently, even saying
22  Virginia is a liar has hazards.
23              You knew at the time you called
24  Virginia a liar in early January of 2015 that
25  that was something that would result in a
```



Page 362

```
 1         G Maxwell - Confidential
 2    lawsuit, is that correct?
 3              MR. PAGLIUCA:  Objection to the
 4         form and foundation.
 5         A.   I have legal advice that I took.
 6         Q.   But you knew in early January by
 7    making a statement calling Virginia a liar
 8    that you were subjecting yourself to a legal
 9    dispute with her?
10              MR. PAGLIUCA:  Objection to the
11         form and foundation.
12         A.   I took legal advice as to what
13    should be said and not be said and the legal
14    advice that came from the United Kingdom
15    was --
16              MR. PAGLIUCA:  You are not allowed
17         to talk about any legal advice that you
18         got from anybody that's a lawyer.
19         A.   Sorry.
20         Q.   So is it correct without telling me
21    what you talked to your lawyers about that
22    you knew because this is dated January 10
23    that when you made this statement in early
24    January, January 2 of 2015 you knew that
25    calling Virginia a liar would subject you to
```



```
 1          G Maxwell - Confidential
 2    a legal action, isn't that correct?
 3              MR. PAGLIUCA:  Objection to the
 4          form and foundation.  As to what you
 5          knew -- whatever she knows would be
 6          privileged.
 7              MS. McCAWLEY:  I'm asking if she
 8          knows.  I'm not asking her to tell me
 9          about her privileged communications.
10          A.    All I can say is I asked a question
11    and received legal advice.
12              (Maxwell Exhibit 18, email, marked
13          for identification.)
14          Q.    This is an email dated January 15,
15    2015 from Jeffrey Epstein to you?
16          A.    Uh-huh.
17          Q.    It states in the first line, do you
18    want ▇▇▇▇▇ to come out and say she was the
19    girlfriend during the time?
20              MR. PAGLIUCA:  Objection to the
21          form and foundation of the question and
22          actually the word is ▇▇▇▇▇▇▇, there
23          is no vowel in there.
24              MS. McCAWLEY:  I was just trying to
25          pronounce it.
```



Page 364

```
 1        G Maxwell - Confidential
 2        Q.   This email reads do you want
 3   ▮▮▮▮ without a vowel, to come out and say
 4   she was the girlfriend during the time.
 5             Who was Jeffrey Epstein referring
 6   to?
 7        A.   I believe he was referring to
 8   ▮▮▮▮▮▮▮.
 9        Q.   Why was he asking you if you wanted
10   ▮▮▮▮▮▮ to come out and say she was the
11   girlfriend?
12             MR. PAGLIUCA:   Objection to the
13        form and foundation.
14        A.   The way the press and you were
15   characterizing me is I was with Jeffrey
16   throughout this entire period of time and I
17   was not.
18        Q.   Was ▮▮▮▮ with Jeffrey during this
19   period of time?
20        A.   I believe she was.
21        Q.   Did Jeffrey come out and tell the
22   press it was ▮▮▮▮ and not you that was with
23   him as he is proposing here?
24        A.   I don't believe he did.
25        Q.   Did you want him to do that?
```



Page 365

```
 1            G Maxwell - Confidential
 2        A.   No, I didn't ask him to do
 3   anything.  No.
 4        Q.   So do you know in January of 2015,
 5   was [REDACTED]  his girlfriend?
 6        A.   2015, I have no idea who was his
 7   girlfriend in 2015.
 8        Q.   I'm sorry, you are correct.
 9             In the period of 1999 to 2002, was
10   [REDACTED]  his girlfriend?
11        A.   They spent a lot of time together.
12        Q.   Did you talk to [REDACTED]  about going
13   to the press and saying that she was the
14   girlfriend and not you?
15        A.   I have never spoken to [REDACTED]
16        Q.   Was [REDACTED]  offered any money to
17   make a statement that she was the girlfriend?
18             MR. PAGLIUCA:  Objection to the
19        form and foundation.
20        A.   I have no idea.  I have never
21   spoken to [REDACTED]  and I don't know anything --
22   I have no idea.
23             (Maxwell Exhibit 19, email, marked
24        for identification.)
25        Q.   That's an email from Jeffrey to
```



1          G Maxwell - Confidential

2    Maxwell dated January 25, 2015.

3          A.    Uh-huh.

4          Q.    I will direct your attention to the

5    bottom email which is from you on Saturday

6    January 24, 2015.  It says, I would

7    appreciate it if ██████ would come out and

8    say she was your girlfriend.  I think she was

9    from the end of '99 to 2002.

10          Does that refresh your recollection

11    that you asked Jeffrey to have ██████ come

12    out and say she was his girlfriend?

13          A.    I'm sure I would loved anybody to

14    come out and say they were with Jeffrey

15    rather than me.

16          Q.    Was that an accurate statement you

17    were asking to be made to the press?

18          MR. PAGLIUCA:  Objection to the

19          form and foundation.

20          A.    When is this?

21          Q.    2015.  The statement is whether she

22    was the girlfriend from '99 to 2002.  As the

23    email reads.

24          A.    What is your question?

25          Q.    My question is, was that an



Page 367

```
 1        G Maxwell - Confidential
 2   accurate statement you were going to be
 3   giving to the press?
 4        A.   I didn't make the statement and
 5   █████ never came out, so it's completely
 6   moot.
 7        Q.   My question is, was it an accurate
 8   statement that █████ was the girlfriend from
 9   '99 to 2002 or were you just making that up
10   for purposes of deflecting press from you?
11             MR. PAGLIUCA:  Objection to the
12        form and foundation.
13        A.   As I said they spent a lot of time
14   together and...
15        Q.   Were you also his girlfriend from
16   '99 to 2002?
17        A.   I don't if I would have ever
18   characterized myself as his girlfriend, but
19   █████ at that time, was with him as much if
20   not more than I was.
21        Q.   I will mark this as Maxwell 20?
22             (Maxwell Exhibit 20, email, marked
23        for identification.)
24        Q.   This is an email at the top, it's
25   Bates labled 001060.  At the top is a chain
```



Page 368

1           G Maxwell - Confidential

2   from Jeffrey to you on January 11, 2015 and

3   if you look below, I'm going to start at the

4   bottom of that chain which is January 11 at

5   9:15 from Jeffrey and he wrote, Alan, do you

6   have an article coming out in Monday's paper.

7   If so, could you please forward us a copy.

8           Do you know what Alan Jeffrey was

9   referring to there?

10       A.   I don't know.

11       Q.   If you look up in the email chain

12  do you see an email address from Alan

13  Dershowitz responding to that letter?

14       A.   I do.

15       Q.   So that would be Alan Dershowitz

16  that Jeffrey was emailing at that time

17  according to this chain, correct?

18       A.   It certainly looks like it.

19       Q.   The email from Alan to Jeffrey is,

20  Nothing on Monday.  I'm working on several

21  possible articles about unfairness in the

22  legal process that allows false charges to be

23  inserted into legal documents with no

24  opportunity to respond.

25           And do you see above that Jeffrey's



Page 369

```
 1          G Maxwell - Confidential
 2   email to you says, quote, Careful.
 3        A.   Is that to me or to Alan?
 4        Q.   Jeffrey to █████ at the top.  Why
 5   was Jeffrey telling you to be careful?
 6             MR. PAGLIUCA:  Objection to the
 7        form and foundation.
 8        A.   I have no idea.
 9        Q.   What was he concerned about with
10   Alan Dershowitz's suggestion in the email
11   below?
12             MR. PAGLIUCA:  Objection to form
13        and foundation.
14        A.   I can't possibly know.
15        Q.   Did you discuss with him why he
16   told you to be careful?
17        A.   I had limited contact with him.  I
18   don't recall where this goes in the chain,
19   why he was telling me to be careful, I have
20   no idea.
21        Q.   Did you respond to this email?
22        A.   If you don't have it, I didn't
23   respond.
24        Q.   Did you ever delete emails during
25   the period of January of 2015?
```



1          G Maxwell - Confidential

2          A.    I have every email that you asked

3    for in discovery, that I have I gave you.

4          Q.    That's not my question.

5                Did you ever delete emails in

6    January of 2015?

7          A.    I have not deleted anything that

8    you have asked me for in discovery.  I have

9    given you everything that I have.

10         Q.    That is not my question, my

11   question is, did you ever delete emails in

12   January of 2015?

13         A.    In the normal course of my work,

14   there are emails from spam that I delete.

15   That is the type of email I've deleted.

16   Anything that is material to what you want, I

17   have not deleted.

18         Q.    How do you know that?

19         A.    Well, anybody that's to do with

20   Jeffrey or Alan or women or anything of which

21   I know you were interested in, of which I

22   have anything I would not have done because I

23   don't want to subject myself to...

24         Q.    Have you had your computer

25   forensically copied for purposes of this



Page 371

1          G Maxwell - Confidential

2     litigation?

3              MR. PAGLIUCA:  Objection to the

4         form and foundation.

5         A.   Has someone made a copy of your

6     computer for purposes of this litigation.

7         A.   No.

8         Q.   Are you a citizen of the United

9     States?

10        A.   I am.

11        Q.   Are you also a citizen of England?

12        A.   I am.

13        Q.   Are you a citizen of any other

14    land?

15        A.   TerraMar.

16        Q.   That's the name of your charity

17    project that deals with oceans, is that

18    correct?

19        A.   Yeah. I'm French as well.

20        Q.   Has Jeffrey Epstein funded TerraMar

21    for you?

22        A.   He did give some money to TerraMar,

23    yes.

24        Q.   How much?

25        A.   I believe it was $50,000.



Page 372

```
 1            G Maxwell - Confidential
 2       Q.    Earlier today, you said you were in
 3   the process of resolving the sale of your
 4   town home.  Where do you intend to live once
 5   your town home is sold?
 6       A.    That's a good question.  I don't
 7   have an answer for you yet.
 8       Q.    You don't have a present plan.  Do
 9   you intend to live in the United States?
10       A.    I don't have a present plan.
11       Q.    Are you living outside of your town
12   home right now or are you still there?
13       A.    I'm just couch surfing.
14       Q.    Has Jeffrey Epstein ever purchased
15   a company for you or put a company in your
16   name?
17            MR. PAGLIUCA:  Objection to the
18       form and foundation.
19       A.    I have no recollection.
20       Q.    Is there a Ghislaine Maxwell
21   corporation, for example?
22       A.    No, not that I am aware of that has
23   anything to do with me.  There may be with
24   one that someone else owns or started but not
25   one that is related to me.
```



Page 373

```
 1          G Maxwell - Confidential
 2              MS. McCAWLEY:  I'm going to take a
 3      short break and make sure to keep it
 4      short because I know you wanted to -- I
 5      just want to wrap up what we have left.
 6              THE VIDEOGRAPHER:  It's now 5:49 we
 7      are off the record.
 8              (Recess.)
 9              THE VIDEOGRAPHER:  It's now 6:00
10      p.m. and we are back on the record.
11      Q.   Ms. Maxwell, do you recall being
12  subpoenaed for a deposition back in 2009?
13      A.   I do.
14      Q.   Why did you avoid giving your
15  deposition in that case when you were
16  subpoenaed and had the opportunity to tell
17  your side of the story?
18              MR. PAGLIUCA:  Objection to the
19      form and foundation.
20      A.   That's not what happened.
21      Q.   What happened?
22      A.   As I best recall, I was subpoenaed
23  and a date was set for the subpoena and
24  everything was set and I believe it was with
25  Brad Edwards, correct me if I'm wrong, and
```



Page  374

```
  1          G Maxwell - Confidential
  2    Brad Edwards failed to show up for the
  3    subpoena.
  4          Q.   So your testimony is Brad Edwards
  5    did not show up for the deposition that had
  6    been set?
  7          A.   Correct.
  8          Q.   Did you give any statement that
  9    your mother was ill and, therefore, you
 10    couldn't take your deposition and had to
 11    leave the country indefinitely?
 12          A.   That's an entirely separate
 13    situation.  Brad Edwards was involved in the
 14    ██████████████████████████████, I
 15    believe, you know, is when fake suits were
 16    created in Jeffrey's case and ████████████
 ██    ██████████████████████ and Brad Edwards worked
 18    for that firm.
 19          Q.   And Mr. Edwards worked for that
 20    firm?
 21          A.   So when the subpoena came, Brad
 22    Edwards was involved with ████████ in the
 23    case so when I was called for subpoena, then
 24    and I had a subpoena, date and time set, Brad
 25    Edwards went AWAL, meaning he failed to
```



1          G Maxwell - Confidential

2    respond to calls and failed to get in touch

3    with my attorneys, even though a date and

4    time was set for the subpoena and so that's

5    what happened to that subpoena.  It just

6    didn't happen.

7          Q.   We may be talking about two

8    different cases so I will ask the question

9    again.

10              Was there ever a time where you

11   were subpoenaed to sit for a deposition that

12   you could not make it because you said that

13   your mother was ill?

14         A.   So that is the same subpoena that

15   Brad Edwards failed to turn up for and then I

16   think five or six months passed between -- a

17   period of time, I can't characterize it

18   exactly, a period of time passed where then

19   he resurfaced and asked for a new subpoena to

20   be -- a new time to be set and because he had

21   contacted the press and done all sorts of

22   things that you guys are familiar with, I

23   believe, it was my lawyer suggested that I

24   should have some sort of protective order and

25   I believe between the time for when Brad



Page 376

```
 1          G Maxwell - Confidential
 2     Edwards resurfaced after the ███████████████
       █ ██████████████████████████████ for
 4     creating fake cases in Jeffrey's and other
 5     people's cases, in between the time when
 6     there were -- trying to figure out the
 7     protective situation for me, my mother was
 8     sick, she is 89, she was 89 at that time so I
 9     -- they -- we can all -- we all have parents,
10     so anyone, I don't know how old your parents
11     are but any parent or godparent, any
12     individual who is in the late 80s 90s, we can
13     understand has health issues so my mother's
14     health was deteriorating very rapidly at that
15     time and we had issues at home with who she
16     would talk to and how to manage her, her
17     healthcare situation and so I went home.
18     They were still arguing about the protective
19     order --
20          Q.   Is it your testimony that there was
21     not a date set for your deposition at the
22     time you left to go see your mother?
23          A.   I don't believe so.
24          Q.   Are you friends with the ████████
25          A.   I am.
```



Page 377

```
 1            G Maxwell - Confidential
 2       Q.   Did you attend a wedding of ████
 3   ████    a few weeks after the date was set,
 4   let's say a few weeks after you left to go
 5   see your mother who was ill?
 6       A.   I don't recall exactly when I left
 7   but it was before, a few weeks before -- I
 8   don't remember the exact timing of that, so
 9   I'm sorry, can you repeat the question?
10       Q.   Did you come back to the United
11   States to attend ████████████    wedding?
12       A.   I attended ██████████████
13   wedding but I don't know if I came back
14   specifically for that or not.
15       Q.   When we were looking at the flight
16   logs earlier, there was a flight where you
17   ended up in ████████████, I believe it was
18   in ██████  do you know how you got clearance
19   to land at that ██████████?
20       A.   I need to have a look at whatever
21   document.
22       Q.   It's one of the flight logs, it was
23   on the flight with ██████  when we were
24   talking about you landed at ██████████████   I
25   know you are a pilot, do you know what you
```



Page 378

```
 1          G Maxwell - Confidential
 2     had to do to get clearance to land at that
 3     naval base.
 4          MR. PAGLIUCA:  If you need to look
 5          at something to answer the question, you
 6          can.  If you can't answer the question
 7          without looking at something just
 8          indicate such.
 9          A.   Regardless, I wouldn't have any
10     knowledge of that.
11          Q.   Was ███████████ traveling with you
12     on the flights you were on with ████████
13          A.   I would have to look at a document.
14     I wouldn't know if she was on all of them or
15     not.  I don't know.
16          Q.   Do you recall her being on any of
17     them?
18          A.   To the best of my recollection, I
19     think she was.  I don't recollect exactly
20     what flight she was on or not.
21          Q.   ██████████ was one of the
22     co-conspirators, physically, in the
23     nonconstitution agreement, is that correct?
24          MR. PAGLIUCA:  Objection to the
25          form and foundation.
```



Page 379

```
 1            G Maxwell - Confidential
 2       A.    I have never seen the document but
 3  my understanding, I believe, is that she was.
 4       Q.    Did you ever stay the night ever at
 5  ▆▆▆▆▆▆▆    house ▆▆▆▆▆▆  have you ever
 6  stayed the night there?
 7       A.    In his home ▆▆▆▆▆
 8       Q.    Yes.
 9       A.    I don't believe I did.
10       Q.    Are you aware of anybody providing
11  Jeffrey with two 12 year old girls as a
12  birthday present?
13            MR. PAGLIUCA:  Objection to the
14       form and foundation.
15       A.    No.
16       Q.    Are you aware of anybody ever
17  providing Jeffrey with French girls under the
18  age of 18 as a birthday present?
19            MR. PAGLIUCA:  Objection to the
20       form and foundation.
21       A.    No.
22       Q.    Do you know whether ▆▆▆▆▆▆▆▆▆
23  provided girls under the age of 18 to Jeffrey
24  for the purposes of sex?
25            MR. PAGLIUCA:  Objection to the
```



Page 380

```
 1           G Maxwell - Confidential
 2        form and foundation.
 3        A.   I am un -- the answer is no, I
 4   don't know anything about that.
 5        Q.   Did you ever witness ███████
 6   ██████ bringing girls under the age of 18 to
 7   any of Jeffrey residences?
 8             MR. PAGLIUCA:  Objection to the
 9        form and foundation.
10        A.   I don't recollect ███████ coming
11   to the house with girls, period.
12        Q.   Do you, when I say house, I'm
13   including the U.S. Virgin Island home.
14             Do you recollect ███████████████
15   bringing foreign girls under the age of 18 to
16   the U.S. Virgin Island house?
17        A.   I don't recollect anything like
18   that.
19        Q.   Do you know how Jeffrey Epstein
20   made his money?
21        A.   No.
22        Q.   Was ████████████████████████ one
23   of his clients?
24        A.   I have no idea.
25        Q.   What do you know about the
```



Page 381

1          G Maxwell - Confidential

2     relationship between Jeffrey Epstein and ███

3     ███████

4          A.   Are you talking today?

5          Q.   Yes, today.

6          A.   I have no idea.

7          Q.   Do they have a business

8     relationship?

9          A.   I have no idea.

10         Q.   Did they have a business

11    relationship during the time that you were

12    working for Jeffrey Epstein?

13         A.   I believe in the '90s when I was

14    there they had a business relationship.

15         Q.   Did they have any other kind of

16    relationship?

17              MR. PAGLIUCA:  Objection to form

18         and foundation.

19         A.   The only relationship I am aware of

20    is the business relationship.

21         Q.   Do you know why ████████ sold the

22    New York house or gave the New York house to

23    Jeffrey, if you know?

24              MR. PAGLIUCA:  Objection to the

25         form and foundation.



1          G Maxwell - Confidential

2          A.    I know nothing about that

3    transaction.

4          Q.    Can you list for me all the girls

5    that you have met and brought to Jeffrey

6    Epstein's house that were under the age of

7    18?

8               MR. PAGLIUCA:  Objection to the

9          form and foundation.

10          A.    I could only recall my family

11   members that were there and I could not make

12   a list of anyone else because that list -- it

13   never happened that I can think of.

14          Q.    I'm talking about the time you were

15   working for Jeffrey Epstein, can you list all

16   girls that you found for Jeffrey Epstein that

17   were under the age of 18 to come work for him

18   in any capacity?

19               MR. PAGLIUCA:  Objection to the

20          form and foundation.

21          A.    I didn't find the girls.

22          Q.    You choose the word.

23               MR. PAGLIUCA:  If you have a

24          question ask it, you don't choose the

25          word.



Page 383

1           G Maxwell - Confidential

2      Q.   List all of the girls you met and

3  brought to Jeffrey Epstein's home for the

4  purposes of employment that were under the

5  age of 18?

6           MR. PAGLIUCA:  Objection to the

7      form and foundation.

8      A.   I've already characterized my job

9  was to find people, adults, professional

10 people to do the jobs I listed before; pool

11 person, secretary, house person, chef, pilot,

12 architect.

13     Q.   I'm asking about individuals under

14 the age of 18, not adult persons, people

15 under the age of 18.

16     A.   I looked for people or tried to

17 find people to fill professional jobs in

18 professional situations.

19     Q.   So Virginia Roberts was under the

20 age of 18, correct?

21     A.   I think we've established that

22 Virginia was 17.

23     Q.   Is she the -- sorry, go ahead.

24          Is she the only individual that you

25 met for purposes of hiring someone for



Page 384

1        G Maxwell - Confidential

2    Jeffrey that was under the age of 18?

3            MR. PAGLIUCA:  Objection to form

4        and foundation.  Mischaracterizes her

5        testimony.

6        A.    I didn't hire people.

7        Q.    I said met.

8        A.    I interviewed people for jobs for

9    professional things and I am not aware of

10   anyone aside from now Virginia who clearly

11   was a masseuse aged 17 but that's, at least

12   that's how far we know that I can think of

13   that fulfilled any professional capacity for

14   Jeffrey.

15       Q.    List all the people under the age

16   of 18 that you interacted with at any of

17   Jeffrey's properties?

18       A.    I'm not aware of anybody that I

19   interacted with, other than obviously

20   Virginia who was 17 at this point?

21            (Maxwell Exhibit 21, email, marked

22       for identification.)

23       Q.    I'm showing you what's been marked

24   as Maxwell 21, it's an email dated January

25   21, 2015 from Jeffrey to you.  Is that, you



Page 385

```
 1          G Maxwell - Confidential
 2    can take a moment to take a look at it, is
 3    that a statement that Jeffrey Epstein wrote
 4    for you to be issued to the press?
 5          MR. PAGLIUCA:  Objection to the
 6       form and foundation.
 7       A.   The question was?
 8       Q.   Is this a statement that Jeffrey
 9    Epstein wrote for you to be issued to the
10    press?
11          MR. PAGLIUCA:  Same objection.
12       A.   Is there any other emails that you
13    have that surround this that would allow me
14    to know what -- does this have a context?
15       Q.   These were produced by your counsel
16    so the to extent there are emails that
17    surround this, this is what we were given.
18       A.   Okay.  I don't know whether he
19    wrote this -- obviously he wrote this and
20    sent this to me.  I don't know if this is
21    post a phone call we had, I can't recollect
22    exactly.
23       Q.   Do you know if this was issued to
24    the press, this statement?
25       A.   The only press statement that was
```



 1          G Maxwell - Confidential

 2     issued is the one that you have.

 3          Q.   When the paragraph refers to you

 4     being in a very long term committed

 5     relationship with another man, who was that

 6     other man?

 7               MR. PAGLIUCA:  You don't have to

 8          answer the question.

 9               MS. McCAWLEY:  I'm asking the

10          identity of a witness in a statement she

11          is giving.

12               MR. PAGLIUCA:  She didn't give the

13          statement.

14               MS. McCAWLEY:  Jeffrey is writing

15          to her, I'm asking who is he is

16          referencing to a long term relationship.

17               You are going to refuse to let her

18          answer that question.

19               MR. PAGLIUCA:  Yes.

20               MS. McCAWLEY:  I would like to

21          state for the record he is refusing to

22          allow her to identify a potential

23          witness in this litigation.  So we will

24          be back to get the answer to that

25          question.



Page 387

1          G Maxwell - Confidential

2          Q.   Do you recall when you were

3    traveling with Virginia Roberts that you

4    would be responsible for holding her

5    passport?

6              MR. PAGLIUCA:  Objection to the

7         form and foundation.

8          A.   I already testified I don't recall

9    traveling with Virginia.

10         Q.   Do you recall whether Jeffrey

11   Epstein when he was traveling with a minor,

12   someone under the age of 18, someone would

13   hold their passport?

14             MR. PAGLIUCA:  Object to the form.

15         A.   I couldn't testify to what Jeffrey

16   did or didn't do.

17         Q.   You never observed him gathering a

18   minor's passport and holding it during one of

19   the trips you were on?

20         A.   I don't have a recollection of

21   that.

22         Q.   Are you familiar with a company

23   called Hyperion Air Inc.?

24         A.   I am.

25         Q.   Is that a company you are



Page 388

1          G Maxwell - Confidential

2    affiliated with?

3          A.    No.

4          Q.    Is that a company that Jeffrey

5    owns?

6          A.    I knew it back in 2001, back when I

7    was working.  I have no idea what that is

8    today.

9          Q.    What about JEGE, are you familiar

10   with that company, JEGE Inc.?

11         A.    I don't recall it.

12         Q.    You don't recall?

13         A.    It vaguely rings a bell.  I don't

14   remember what it relates to.

15         Q.    What about J Epstein Virgin Islands

16   Foundation, Inc.

17               Are you familiar with that company?

18         A.    No.

19         Q.    How did J Epstein & Company, Inc.?

20         A.    Again, I don't recall his business

21   names and affiliations.

22         Q.    How about NES LLC, are you familiar

23   with that name?

24         A.    Again, I think that was one of his

25   businesses, but I don't recall.



Page 389

1           G Maxwell - Confidential

2       Q.   Do you know what that business did?

3       A.   I don't.

4       Q.   How about New York Strategy Group

5   Inc.?

6       A.   I don't know.

7       Q.   What about Ghislaine Maxwell

8   Company, are you familiar with that company?

9       A.   I never heard of that.

10      Q.   Is that a company you are on record

11  as being either a board member of or having a

12  position of authority in?

13           MR. PAGLIUCA:   Objection to the

14       form and foundation.

15      A.   I've never heard of the business.

16      Q.   What negative, unflattering,

17  private or potentially embarrassing

18  information does Jeffrey Epstein know about

19  you?

20           MR. PAGLIUCA:   Objection to the

21       form and foundation.

22      A.   I imagine none.

23      Q.   Does he know, does he have any

24  knowledge of any illegal activity that you've

25  conducted?



Page 390

1           G Maxwell - Confidential

2               MR. PAGLIUCA:   Object to the form

3       and foundation.

4       A.    If you want to ask Jeffrey

5   questions about me, you would have to ask

6   him.

7       Q.    Have you ever been involved in any

8   illegal activity in your lifetime?

9               MR. PAGLIUCA:   Objection to the

10      form and foundation.

11      A.    I can't think of anything I have

12   done that is illegal.

13      Q.    Have you ever been arrested?

14      A.    I have a DUI in the U.K. a long

15   time ago.

16      Q.    Is that the only arrest you have on

17   your record?

18      A.    Yes.

19      Q.    I will mark as Maxwell 22 this

20   email?

21              (Maxwell Exhibit 22, email, marked

22      for identification.)

23      Q.    This is dated January 21, 2015.

24   It's from Jeffrey Epstein to you, forwarding

25   the Guardian and I would like you to look at


MAGNA
LEGAL SERVICES

Page 391

```
 1          G Maxwell - Confidential
 2     the chain of emails so you understand the --
 3     have an appreciation for who is on this.
 4     It's a three-page document.  The bottom of
 5     the email appears to be a message from, there
 6     is a -- at the very bottom there is the
 7     signature block for ███████ , ██████
 █     ██████████████████████████  and above that
 9     there is a message from a ██████████████ ████
10     ████
11          Do you see that?
12     A.   Uh-huh.
13     Q.   Do you know who ██████████ is?
14     A.   I do not.
15     Q.   Above that there is a message from
16     ████████████████████  and you and it
17     says, so this isn't getting better, latest
18     from our chums at the Guardian and above that
19     you will see on January 21 an email from you
20     where you wrote, See below.
21          And right above that chain you will
22     see Jeffrey Epstein to you on January 21 and
23     his statement to you is, This will now end
24     but I think a dismissive statement is okay.
25          What did he mean by his statement,
```



Page 392

1          G Maxwell - Confidential

2    This will now end?

3              MR. PAGLIUCA:   Objection to the

4         form and foundation.

5         A.   I have no idea.

6         Q.   Did you discuss with him what he

7    meant by the statement, This will now end?

8         A.   I don't recall.

9         Q.   Was he taking any action to ensure

10   that, quote, this will now end?

11        A.   I have no idea.

12             (Maxwell Exhibit 23, email, marked

13        for identification.)

14        Q.   This is an email from, if you look

15   at the chain at the top, you will see it's

16   from you to Jeffrey on January 27 and the

17   email at the bottom of the chain is from

18   Jeffrey to you on January 27.

19             He states, What happened to you and

20   your statement, question mark, question mark.

21   And you put at the top, I have not decided

22   what to do.

23        A.   Uh-huh.

24        Q.   Why was Jeffrey interested in you

25   making a statement to the press?



Page 393

1          G Maxwell - Confidential

2              MR. PAGLIUCA:  Objection to the

3       form and foundation.

4       A.   I don't know that he was

5  interested.  We made a statement and then I

6  was being advised to make an additional

7  statement and I never did.

8       Q.   Was Jeffrey communicating with you

9  regularly on what additional statement you

10 might make?

11             MR. PAGLIUCA:  Objection to the

12      form and foundation.

13      A.   No, I've communicated with him very

14 little, as little as possible.

15      Q.   Why did you feel you had to keep

16 him informed of statements you were making to

17 the press?

18             MR. PAGLIUCA:  Objection to the

19      form and foundation.

20      A.   I didn't feel I had to.

21      Q.   Then why you were communicating

22 with him about statements you were making to

23 the press?

24             MR. PAGLIUCA:  Objection to the

25      form and foundation.



Page 394

     1          G Maxwell - Confidential
     2          A.   Insofar as this is the case, it's
     3   really all about Jeffrey, it's not a case
     4   about me.
     5          Q.   In 2009, did you direct your
     6   lawyer, either directly or indirectly, to
     7   tell Brad Edwards that you were unavailable
     8   to attend a deposition?
     9          MR. PAGLIUCA:  Objection to the
    10      form and foundation.  And this is a
    11      privileged communication as I understand
    12      the question, what someone said or
    13      didn't say to their lawyer.  So don't
    14      answer the question.
    15          Q.   Can you answer that question
    16   without revealing a privileged communication?
    17          A.   Can you ask the question again?
    18          Q.   In 2009, did you direct your lawyer
    19   to tell Brad Edwards that you were
    20   unavailable to attend a deposition?
    21          MR. PAGLIUCA:  Same instruction.
    22          Q.   Did you make any statement in 2009
    23   to anybody that you were unavailable to
    24   attend a deposition?
    25          A.   My mother was sick and I don't



```
 1          G Maxwell - Confidential
 2   recall exactly the sequence of events but
 3   what sequence of events do exist are -- was
 4   handled by my lawyers.
 5       Q.   What is your understanding of
 6   Jeffrey Epstein's nonprosecution agreement?
 7       A.   I have no idea.
 8       Q.   Do you have an understanding of the
 9   co-conspirators listed in the nonprosecution
10   agreement?
11          MR. PAGLIUCA:  Objection to the
12       form and foundation.
13       A.   I have no knowledge of his
14   agreement, whatever that is.
15       Q.   Do you know, you mentioned earlier
16   today that ████████████ was one of the listed
17   co-conspirators.
18          Do you know who the other
19   co-conspirators are in the nonprosecution
20   agreement?
21          MR. PAGLIUCA:  Objection to the
22       form and foundation.
23       A.   I do not know.
24       Q.   What did Jeffrey Epstein tell you
25   about the nonprosecution agreement?
```



Page 396

```
 1            G Maxwell - Confidential
 2       A.   I don't think I've ever discussed
 3   it with him.
 4       Q.   How did you come to learn that
 5   ████████████   was covered by the
 6   nonprosecution agreement?
 7       A.   I believe I read it in the press.
 8       Q.   Did you have any discussions with
 9   ████████████   with about the nonprosecution
10   agreement?
11       A.   I have not had any discussions with
12   ██████
13       Q.   When is the last time you spoke to
14   ████████████?
15       A.   Maybe 2005, 2006 maybe.
16       Q.   And same with ████████████████,
17   when is the last time you recall speaking
18   with ████████████████?
19       A.   Probably even more time before
20   that, maybe -- I've never had communications
21   really with ████████
22       Q.   I'm sorry, I didn't hear that.
23       A.   I never had communications with
24   her.
25       Q.   You were working for Jeffrey at the
```



Page 397

```
 1        G Maxwell - Confidential
 2   same time ████ was also working for Jeffrey,
 3   isn't that correct?
 4        A.   I didn't know what ████ did for
 5   Jeffrey so I didn't characterize what her
 6   relationship or work or not was and I was
 7   still helping him with his construction
 8   projects and the like but I never crossed
 9   paths with ████
10        Q.   What did you think ████ was doing
11   for Jeffrey?
12        A.   I have no idea what ████ was doing
13   for Jeffrey.
14        Q.   Did you observe ████ at any of
15   Jeffrey's houses while you were there?
16        A.   She was at the house on occasion.
17        Q.   What would she be doing there?
18        A.   I have no idea.
19        Q.   Did you know if she lived at his
20   houses?
21        A.   I have no idea.
22        Q.   Did you ever go into a bedroom and
23   see her belongings at one of the houses?
24        A.   Not that I recall, no.
25        Q.   I'm going to mark this as Maxwell
```



Page 398

```
 1          G Maxwell - Confidential
 2    Exhibit 24?
 3              (Maxwell Exhibit 24, email, marked
 4         for identification.)
 5         Q.   You can see at the top of the first
 6    page which is GM 0001, it's dated January 3,
 7    2015 from you to the ▌▌▌▌▌▌▌▌
 8              Is that ▌▌▌▌▌▌▌▌▌ who we
 9    referred to today?
10         A.   Yes.
11         Q.   And can you tell me, it says, Have
12    some info.  Call me when you have a moment.
13              What is redacted there?
14         A.   I don't recall, I'm sorry.
15         Q.   Do you know why there is a
16    redaction on this document?
17         A.   You would have to confer with my
18    lawyers.
19         Q.   What did you discuss on that call?
20         A.   I don't have any specific knowledge
21    of that call.
22         Q.   So the call is being made on
23    Saturday, January 3, 2015?
24              MR. PAGLIUCA:  Objection to the
25         form and foundation.
```



Page 399

```
 1            G Maxwell - Confidential
 2       Q.    The document states, it's Saturday
 3  January 3, 2015.  You issued your press
 4  release on January 2, 2015.
 5            Were you discussing with ████
 6  ████  the subject of Virginia Roberts during
 7  these calls?
 8            MR. PAGLIUCA:  Objection to the
 9       form and foundation.
10       A.    I don't know if I spoke to him.
11       Q.    I would like you to turn to GM 0002
12  and the bottom chain says ██████,
13  Saturday January 3, to ████, re, and he says
14  let me know when we can talk.  Got some
15  specific questions to ask you about Virginia
16  Roberts.
17            Do you recall having a conversation
18  with ██████ about Virginia Roberts in
19  or around early January of 2015?
20       A.    I don't know if we actually spoke.
21       Q.    Did you ever speak to ████████
22  about Virginia Roberts after you issued your
23  statement on January 2, 2015?
24       A.    I know that we did speak at some
25  point but I don't recollect when we spoke.
```



Page 400

1            G Maxwell - Confidential

2       Q.   What did you talk about?

3       A.   Just what a liar she is.

4       Q.   What did he say to you?

5       A.   What a liar she is.

6       Q.   Did he tell you why he thought she

7  was a liar?

8       A.   I don't think he told me why she

9  was a liar.  The substance of everything that

10 she said was a lie with regard to him.

11      Q.   What did you say to him?

12      A.   She is a liar.

13      Q.   That was the whole conversation, it

14 was you said to him, she is a liar and he

15 said to you she say liar and did you discuss

16 any of the details about what those lies

17 were?

18      A.   I don't recollect.

19      Q.   Was that only one conversation you

20 had?

21      A.   I don't recollect.  I don't

22 recollect actually the conversation but other

23 than -- in detail other than we both said she

24 was a liar.

25      Q.   Do you regularly communicate with



Page 401

```
 1              G Maxwell - Confidential
 2       ███████████████?
 3              MR. PAGLIUCA:  Objection to the
 4         form and foundation.
 5         A.    What do you mean by regularly.
 6         Q.    Do you email with him once a month,
 7    once every two months or text him or call
 8    him?
 9         A.    No, we are not in that type of
10    regular touch.
11         Q.    Do you travel with him regularly?
12         A.    I don't know, I have traveled with
13    him.  We have traveled together but regularly
14    is not a correct characterization.
15         Q.    Do you travel with him more than
16    once a year?
17         A.    There is no standard.  There is no
18    set pattern.  The answer to that was no.
19         Q.    Have you ever observed him with any
20    underage, any women, female under the age of
21    18, interacting, that's not a child or a
22    family friend, interacting for the purposes
23    of a sexual relationship with that
24    individual?
25              MR. PAGLIUCA:  Objection to the
```



Page 402

1          G Maxwell - Confidential

2          form and foundation.

3          A.    I've never seen ████████ interact in

4    any way of that nature.

5          Q.    Have you ever gone to dinner with

6    him with any individual under the age of 18

7    that's not a family member or friend of yours

8    that is under the age of 18?

9                MR. PAGLIUCA:   Objection to form

10          and foundation.

11          A.    We've been to dinner all the time,

12    I am not not sure who is at dinner with us, I

13    can't testify to that.

14          Q.    Has he ever brought a female under

15    the age 18 that's not a relative of his --

16          A.    He has children.

17          Q.    I said not relatives.

18          A.    I can't possibly testify to who he

19    comes to dinner with, I wouldn't recall.

20          Q.    To your knowledge, has he ever had

21    a relationship with any female under the age

22    of 18 for purposes of a romantic relationship

23    to your knowledge?

24          A.    I can't testify to ████████

25    relationship.



Page 403

```
 1          G Maxwell - Confidential
 2      Q.   You haven't observed that?
 3      A.   No.
 4      Q.   Have you talked to ██████████
 5 about coming to testify at trial in this
 6 case?
 7      A.   No.
 8      Q.   When was the last time you
 9 communicated with ████████████
10      A.   1994, 1995.
11      Q.   I believe earlier, did you say that
12 you -- when is the last time you've been to
13 his home in ███████
14      A.   I said -- you asked me if I stayed
15 the night.
16      Q.   I'm asking you a different
17 question.  When is the last time you have
18 been to his home in ██████
19      A.   Roughly the same time, in the
20 middle of the '90s sometime, mid '90s.
21      Q.   Not in the years 2000 to 2002?
22      A.   Mid '90s.
23      Q.   Have you ever communicated with any
24 representative of ████████████
25          MR. PAGLIUCA:  Objection to the
```



```
 1            G Maxwell - Confidential
 2        form and foundation.
 3        A.   I mean I've been to his -- in the
 4    mid '90s, I would have communicated with
 5    people who worked for him.
 6        Q.   Have you communicated with ████████
 7    ████████ about this case?
 8        A.   No.
 9        Q.   Have you ever seen a topless female
10    at any one of Jeffrey Epstein's properties?
11            MR. PAGLIUCA:  Objection to the
12        form and foundation.  You've asked this
13        question, by the way, earlier on today.
14        A.   Again, I testified that there are
15    people who from time to time in the privacy
16    of a swimming pool have maybe taken a bikini
17    top off or something but it's not common and
18    certainly when I was at the house I don't
19    really recollect seeing that kind of
20    activity.
21        Q.   Have you ever smoked cigarettes?
22        A.   Yes.
23        Q.   Have you ever smoked cigarettes
24    with Virginia Roberts?
25        A.   I don't recall smoking cigarettes
```



Page 405

```
 1          G Maxwell - Confidential
 2    with Virginia Roberts.
 3          Q.   I'm marking this as Maxwell 25.
 4               (Maxwell Exhibit 25, email, marked
 5          for identification.)
 6          Q.   I'm showing you what has been
 7    marked as Maxwell 25.
 8               This is an email dated January 11,
 9    2015 at the top?
10               Do you see that that from Jeffrey
11    to you?
12          A.   Uh-huh.
13          Q.   And then below there is an email
14    from ███████████ to you and cc'ing ████████
15    on January 11, 2015.
16               Do you see that?
17          A.   Uh-huh.
18          Q.   It says, Dear Ghislaine, as you
19    know I have been working behind the scenes
20    and this article comes from that.  It helps
21    but doesn't answer the VR claims.  I will get
22    the criminal allegations out.  This shows the
23    MOS will print truth, not just a VR voice
24    piece.  We can only make the truth by making
25    a statement.
```



Page 406

```
 1            G Maxwell - Confidential
 2            What did he mean when he said, I
 3    will get the criminal allegations out, what
 4    was he referring to?
 5            MR. PAGLIUCA:  Objection to the
 6        form and foundation.
 7        A.   I have no idea.
 8        Q.   Were there criminal allegations
 9    about Virginia that either your lawyer or
10    ████████████  were leaking to the press?
11            MR. PAGLIUCA:  Objection to form
12        and foundation.
13        A.   I have no idea.
14        Q.   Did you ask him what he meant when
15    he said, I will get the criminal allegations
16    out?
17        A.   I don't recollect the conversation.
18        Q.   Did you direct him to leak to the
19    press criminal allegations about Virginia
20    Roberts?
21        A.   I already testified that I have no
22    knowledge of what you are asking me.
23        Q.   Were you copied on this email,
24    correct?
25        A.   I was.
```


MAGNA
LEGAL SERVICES

Page 407

1          G Maxwell - Confidential

2          Q.   Did Jeffrey Epstein assist in

3     obtaining information about criminal

4     allegations relating to Virginia Roberts?

5               MR. PAGLIUCA:   Objection to form

6          and foundation.

7          A.   I have no recollection.

8          Q.   Did Alan Dershowitz assist in

9     obtaining information regarding criminal

10    allegations of Virginia Roberts?

11              MR. PAGLIUCA:   Objection to form

12         and foundation.

13         A.   I have no knowledge of that.

14         Q.   Did you ever discuss that with Alan

15    Dershowitz?

16         A.   Discuss what?

17         Q.   Criminal allegations about Virginia

18    Roberts.

19         A.   I don't believe I have.

20         Q.   Have you ever discussed allegations

21    relating to --

22         Q.   Do you know if Jeffrey Epstein had

23    any relationship with the U.S. government

24    either working for the CIA or the FBI in his

25    lifetime?



Page 408

1              G Maxwell - Confidential

2              MR. PAGLIUCA:  Objection to the

3         form and foundation.

4         A.   I have no knowledge of that.

5         Q.   Do you know if Jeffrey Epstein has

6    any friends that are in the CIA or FBI?

7              MR. PAGLIUCA:  Objection to the

8    form and foundation.

9         A.   I have no idea.

10        Q.   Are you aware of an investigation

11   of Jeffrey Epstein in the early '80s relating

12   to the SEC?

13             MR. PAGLIUCA:  Objection to the

14        form and foundation.

15        A.   I have no knowledge of that.

16        Q.   Are you aware that Jeffrey Epstein

17   has told people that he worked for the

18   government to recover stolen funds?

19             MR. PAGLIUCA:  Objection to the

20        form and foundation.

21        A.   I don't recall conversations about

22   that.

23        Q.   Has he ever told that you he worked

24   for the U.S. government?

25        A.   I don't recollect that.



1           G Maxwell - Confidential

2           Q.    You don't recollect or has he never

3     told you that?

4           A.    I have no knowledge, I don't

5     recollect him telling me he worked for the

6     government.

7           Q.    Does Jeffrey Epstein have any

8     affiliation with the Israeli government?

9                 MR. PAGLIUCA:   Objection to the

10          form and foundation.

11          A.    I have no knowledge of that.

12          Q.    Do you know if he ever performed

13    any work for the Israeli government?

14          A.    I have no knowledge of that.

15          Q.    Have you ever visited Israel with

16    Jeffrey Epstein?

17          A.    I'm sorry, I don't recollect.

18          Q.    You've seen the flight logs that I

19    provided you today.  Are there, during the

20    time you worked for Jeffrey Epstein, were

21    there times that you flew on commercial

22    flights rather than Jeffrey Epstein's planes?

23          A.    Yes.

24          Q.    How often did that occur?

25          A.    Decently.



Page 410

1          G Maxwell - Confidential

2      Q.   Were there other flights that you

3   recall flying on with Jeffrey Epstein that

4   were on flights that -- where ███████ was

5   not the pilot?

6      A.   ███████ was not always the

7   pilot.

8      Q.   How many planes did Jeffrey Epstein

9   have during the time you were with him?

10          MR. PAGLIUCA:   Objection to the

11       form and foundation.

12      A.   So you need to give me a date

13   range.

14      Q.   During the time period of 1992

15   through when you left your employment which I

16   think you said was in 2009?

17      A.   So in the '90s he had one plane and

18   at some point in the 2000s he had two planes

19   but I can't testify to anything past 2002,

20   2003, what happened to his planes after that.

21      Q.   Do you know what travel agency, if

22   any, Jeffrey would use when he would send

23   someone, for example, you or one of his other

24   employees on a flight somewhere?  Did he use

25   a particular travel agency to make those



Page 411

```
 1          G Maxwell - Confidential
 2   arrangements?
 3          A.    I don't recall.
 4          Q.    Were you ever responsible for
 5   making those arrangements for other
 6   individuals?
 7          A.    I don't recall making flight
 8   arrangements.
 9          Q.    Was it a New York travel agent that
10   you would use for those arrangements?
11          A.    Again, we are talking 16, 17, 18
12   years.  I just don't recall anything to do
13   with travel agents.
14          Q.    Would Jeffrey Epstein ever fly, for
15   example, ███████████  on a commercial flight
16   to meet you in New Mexico?
17             MR. PAGLIUCA:  Objection to the
18         form and foundation.
19          A.    I can't testify to that.
20          Q.    Do you recall a trip where you met
21   ██████████  in New Mexico?
22          A.    No, I don't recall any specific
23   trip, no.
24          Q.    Why would you be sent to New
25   Mexico, is there a reason why you would go
```



Page 412

```
 1          G Maxwell - Confidential
 2    there in the course of the work you were
 3    doing for Jeffrey?
 4              MR. PAGLIUCA:  Objection to the
 5          form and foundation.
 6          A.   I was never sent.  I had a job to
 7    do and I would have to go to New Mexico for
 8    work.
 9          Q.   Would ███████ assist in that
10    project?
11              MR. PAGLIUCA:  Objection to the
12          form and foundation.
13          A.   No.  The project was largely
14    complete, largely complete by the end -- I
15    don't remember the dates exactly but it was
16    largely complete by the 1990s, 2000s.
17          Q.   Do you know why ███████ would
18    be going to New Mexico to meet you?
19              MR. PAGLIUCA:  Objection to the
20          form and foundation.
21          A.   I don't know.  She worked for
22    Jeffrey.
23              MR. PAGLIUCA:  I think we are out
24          of time, counsel.
25              THE VIDEOGRAPHER:  It's true.
```



1        G Maxwell - Confidential

2            MS. McCAWLEY:  I will state for the

3        record there were questions today that

4        remain unanswered because the witness

5        has been instructed not to answer those

6        questions and we will be raising our

7        objections with the court to be able to

8        have those questions answered in the

9        near future.

10           MR. PAGLIUCA:  So we are clear, we

11       are designating this entire deposition

12       as confidential under the protective

13       order.  That would cover the paralegal

14       whose been present as well as the court

15       reporter and the videographer and all

16       the lawyers in the room.

17           THE VIDEOGRAPHER:  This concludes

18       today's proceedings.  We are off the

19       record at 6:43 p.m.

20           (Time noted: 6:43 p.m.)

21

22

23

24

25



Page 414

```
 1
 2                    - - -
 3               I N D E X
 4                    - - -
 5
 6   GHISLAINE MAXWELL                 PAGE
 7        By Ms. McCawley                4
 8
 9                    - - -
10             E X H I B I T S
11                    - - -
12   MAXWELL EXHIBIT                   PAGE
13   Exhibit 1 police report          24
14   Exhibit 2 email                  33
15   Exhibit 3 transcript             71
16   Exhibit 4 photo                  109
17   Exhibit 5 photo                  113
18   Exhibit 6 flight logs            117
19   Exhibit 7 photo                  133
20   Exhibit 8 photo                  143
21   Exhibit 9 message pad pages      147
22   Exhibit 10 email                 209
23   Exhibit 11 photo                 259
24   Exhibit 12 documents             263
25   Exhibit 13 documents             312
```



Page 415

1

2    MAXWELL EXHIBIT                        PAGE

3    Exhibit 14 email                       345

4    Exhibit 15 email                       348

5    Exhibit 16 email                       348

6    Exhibit 17 email                       361

7    Exhibit 18 email                       363

8    Exhibit 19 email                       365

9    Exhibit 20 email                       367

10   Exhibit 21 email                       384

11   Exhibit 22 email                       390

12   Exhibit 23 email                       392

13   Exhibit 24 email                       398

14   Exhibit 25 email                       405

15

16

17

18

19

20

21

22

23

24

25



Page 416

1

2                    CERTIFICATE

3

4

5          I HEREBY CERTIFY that the witness,

6    GHISLAINE MAXWELL, was duly sworn by me and

7    that the deposition is a true record of the

8    testimony given by the witness.

9

10   _____

11        Leslie Fagin,

          Registered Professional Reporter

12        Dated: April 22, 2016

13

14

15          (The foregoing certification of

16   this transcript does not apply to any

17   reproduction of the same by any means, unless

18   under the direct control and/or supervision

19   of the certifying reporter.)

20

21

22

23

24

25



Page 417

```
 1
 2              ACKNOWLEDGMENT OF DEPONENT
 3
                I,                      , do hereby
 4     certify that I have read the foregoing pages,
       and that the same is a correct transcription
 5     of the answers given by me to the questions
       therein propounded, except for the
 6     corrections or changes in form or substance,
       if any, noted in the attached Errata Sheet.
 7
 8
 9     GHISLAINE MAXWELL              DATE
10
11     Subscribed and sworn
       to before me this
12         day of                  , 2016.
13     My commission expires:
14
       Notary Public
15
16
17
18
19
20
21
22
23
24
25
```



Page 418

```
 1
 2                  - - - - - -
                  E R R A T A
 3                  - - - - - -
     PAGE  LINE  CHANGE
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```









































































































































































