# EXHIBIT 2

(Filed Under Seal)

2016-06-10 Rinaldo Rizzo (Rough)

1

```
 1
 2      ----------------------------------------------
 3       REALTIME AND INTERACTIVE REALTIME TRANSCRIPT
         ROUGH DRAFT DISCLAIMER
 4      ----------------------------------------------
 5      IMPORTANT NOTICE:
        AGREEMENT OF PARTIES
 6      ----------------------------------------------
 7
        We, the party working with realtime and rough
 8      draft transcripts, understand that if we
        choose to use the realtime rough draft screen
 9      or the printout, that we are doing so with
        the understanding that the rough draft is a
10      noncertified copy.

11      We further agree not to share, give, copy,
        scan, fax or in any way distribute this
12      realtime rough draft in any form (written or
        computerized) to any party.  However, your
13      own experts, cocounsel and staff may have
        limited internal use of same with the
14      understanding that we agree to destroy your
        realtime rough draft and/or any computerized
15      form, if any, and replace it with the final
        transcript upon its completion.
16
                    Case:   Giuffre v Maxwell
17                  Date:   June 10, 2016

18      REPORTER'S NOTE:
        Since this deposition has been realtimed and
19      is in rough draft form, please be aware that
        there may be a discrepancy regarding page and
20      line number when comparing the realtime
        screen, the rough draft, rough draft disk,
21      and the final transcript.

22      Also please be aware that the realtime screen
        and the noncertified rough draft transcript
23      may contain untranslated steno, reporter's
        note in double parentheses, misspelled proper
24      names, incorrect or missing Q/A symbols or
        punctuation, and/or nonsensical English word
25      combinations.  All such entries will be
        correct on the final certified transcript.
```

2

```
 1
 2
```

2016-06-10 Rinaldo Rizzo (Rough)

12 █
13 █
14 █
15 █
16 █
17 █
18 █
19 █
20 █
21 █
22 █
23 █
24 █
25 █

33

1        R. Rizzo - Confidential
2 █
3 █
4 █
5 █
6 █
7 █
8 █
9 █
10 █
11 █
12 █
13 █
14 █
15 █

Page 28

2016-06-10 Rinaldo Rizzo (Rough)

16 ▮▮▮▮▮▮▮▮▮▮
17   ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
18 ▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
19 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
20 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
21 ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮
22 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
23 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
24 ▮▮▮▮▮▮▮▮▮▮▮
25   ▮ ▮▮▮▮▮▮▮▮▮▮▮

34

1       R. Rizzo - Confidential
2 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
3 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
4 ▮
5   ▮ ▮
6      ▮▮▮▮▮ ▮▮▮▮▮▮▮
7    ▮▮▮▮
8   ▮ ▮▮▮▮▮▮▮▮
9 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
10 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
11 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
12 ▮
13      ▮▮▮▮▮ ▮▮▮▮▮▮
14   ▮▮▮
15   ▮ ▮▮▮▮
16   ▮ ▮▮▮▮▮▮▮▮
17 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
18 ▮▮▮
19     ▮▮▮▮ ▮▮▮▮▮
20 ▮▮

2016-06-10 Rinaldo Rizzo (Rough)



```
21     ▪ ▬▬▬▬
22     ▪ ▬▬▬▬▬▬▬▬▬▬▬▬▬
23  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
24  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
25  ▬▬▬▬
                                              35

 1            R. Rizzo - Confidential
 2        ▬▬▬▬▬▬  ▬▬▬▬▬▬▬
 3     ▬▬▬▬▬▬
 4     ▪ ▬▬▬▬▬▬▬
 5     ▪ ▬▬▬▬▬▬▬▬▬▬▬
 6  ▪
 7     ▪ ▬▬▬▬▬▬▬▬▬▬▬▬▬
 8  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬
 9  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
10  ▬▬▬▬▬▬▬▬▬▬▬ ▬▬
11  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬
12  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬
13  ▬▬▬▬▬
14         ▬▬▬▬▬▬ ▬▬▬▬▬▬
15     ▬▬▬▬▬▬▬
16     ▪ ▬▬▬▬▬▬▬▬▬▬▬▬▬
17  ▬▬▬▬▬▬▬▬▬▬▬
18         ▬▬▬▬▬▬ ▬▬▬▬▬▬
19     ▬▬▬▬▬▬▬
20     ▪ ▪
21     ▪ ▬▬▬▬▬▬▬▬▬▬▬▬▬
22  ▬▬▬▬▬▬▬▬▬▬▬▬
23  ▬▬▬▬▬▬▬▬▬▬
24         ▬▬▬▬▬▬ ▬▬▬▬▬▬
```

Page 30

2016-06-10 Rinaldo Rizzo (Rough)



38



Page 32



2016-06-10 Rinaldo Rizzo (Rough)

7 [redacted]
8 [redacted]
9 [redacted]
10 [redacted]
11 [redacted]
12 [redacted]
13 [redacted]
14 [redacted]
15 [redacted]
16 [redacted]
17 [redacted]
18 [redacted]
19 [redacted]
20 [redacted]
21 [redacted]
22 [redacted]
23 [redacted]
24 [redacted]
25 [redacted]

39



1  R. Rizzo - Confidential
2 [redacted]
3 [redacted]
4 [redacted]
5 [redacted]
6 [redacted]
7 [redacted]
8 [redacted]
9 [redacted]
10 [redacted]
11 [redacted]

Page 33





2016-06-10 Rinaldo Rizzo (Rough)



41

R. Rizzo - Confidential



Page 35

2016-06-10 Rinaldo Rizzo (Rough)



```
                    2016-06-10 Rinaldo Rizzo (Rough)
 7         Q.    Is that unusual?
 8         A.    I always answer the front door.  It
 9   was very unusual for me.
10         Q.    What happens next?
11         A.    Eva meets them at the door.  I'm
12   still standing there, because it was that
13   brief moment where everybody meets at the
14   same time, and so Eva is opening the door,
15   I'm still standing there, and Jeffrey, Uncle
16   F, Ghislaine, come in with a young girl.
17         Q.    Again.  Describe for me the young
18   girl, including her age.
19         A.    I looked at this girl --
20               MR. PAGLIUCA:  Object to the form
21         and foundation.
22         A.    I would say, and I know for a fact
23   and I will get to this as we proceed, I
24   assumed her age at the time was 16 to 17
25   years old.
```

                                                            53

```
 1              R. Rizzo - Confidential
 2         Q.    Did you learn whether your
 3   perception was correct?
 4               MR. PAGLIUCA:  Same objection.
 5         A.    It was younger.  Yes, I did.
 6         Q.    How old was this girl?
 7         A.    15 years old.
 8         Q.    What happens next when Ghislaine
 9   Maxwell and Jeffrey Epstein and a 15-year-old
10   girl walk into Eva Anderson's home?
11               MR. PAGLIUCA:  Object to the form.
```
                              Page 45

2016-06-10 Rinaldo Rizzo (Rough)

12          Foundation.
13          A.   They proceed into the dining room
14   area, which is across from the living room
15   area.  I go into the kitchen and I hear a
16   conversation start.  Very muffled, I could
17   not hear any particulars about the
18   conversation whatsoever.
19               My wife and I are in the kitchen
20   preparing the evening meal.  Eva brings the
21   young girl into the kitchen.  In the kitchen,
22   there is an island with three barstools.  Eva
23   instructs the young girl to sit to the
24   furthest barstool on the right.
25          Q.   Describe for me what the girl

                                                54

1            R. Rizzo - Confidential
2    looked like, including her demeanor and
3    anything else you remember about her when she
4    walks into the kitchen.
5           A.   Very attractive, beautiful young
6    girl.  Makeup, very put together, casual
7    dress.  But she seemed to be upset, maybe
8    distraught, and she was shaking, and as she
9    sat down, she sat down and sat in the stool
10   exactly the way the girls that I mentioned to
11   you sat at Jeffrey's house, with no
12   expression and with their head down.  But we
13   could tell that she was very nervous.
14          Q.   What do you mean by distraught and
15   shaking, what do you mean by that?

2016-06-10 Rinaldo Rizzo (Rough)

21   was that comment or my persistence, and she
22   said yes.  So I said, what do you do?  And
23   she says I'm Jeffrey's executive assistant,
24   personal assistant.  Which, from looking at
25   her, just didn't seem to suit.

56

1         R. Rizzo - Confidential
2              And I blurted out:  You're his
3    executive personal assistant?  What do you
4    do?  And she says I was hired as his
5    executive personal assistant.  I schedule his
6    appointments.
7              And I'm shocked, and I blurt out:
8    You seem quite young, how did you get a job?
9    How old are you?  And she says to me, point
10   blank:  I'm 15 years old.
11             And I said to her:  You're 15 years
12   old and you have a position like that?  At
13   that point she just breaks down hysterically,
14   so I feel like I just said something wrong,
15   and she will not stop crying.  My wife and I
16   were at a loss for words, and I keep on
17   trying to console her, and nothing I was
18   saying, are you all right, do you need a
19   tissue, do you need water, consoles her.
20             And then in a state of shock, she
21   just lets it rip, and what she told me was
22   just unbelievable.
23        Q.   What did she say?
24             MR. PAGLIUCA:  Object to the form

```
                       2016-06-10 Rinaldo Rizzo (Rough)
        25             and foundation.

                                                              57

         1             R. Rizzo - Confidential
         2             A.   She proceeds to tell my wife and I
         3     that, and this is not -- this is blurting
         4     out, not a conversation like I'm having a
         5     casual conversation, that quickly I was on an
         6     island, I was on the island and there was
         7     Ghislaine, there was Sarah, she said they
         8     asked me for sex, I said no.
         9             And she is just rambling, and I'm
        10     like what, and she said -- I asked her, I
        11     said what?  And she says yes, I was on the
        12     island, I don't know how I got from the
        13     island to here.  Last afternoon or in the
        14     afternoon I was on the island and now I'm
        15     here.  And I said do you have a -- this is
        16     not making any sense to me, and I said this
        17     is nuts, do you have a passport, do you have
        18     a phone?
        19             And she says no, and she says
        20     Ghislaine took my passport.  And I said what,
        21     and she says Sarah took her passport and her
        22     phone and gave it to Ghislaine Maxwell, and
        23     at that point she said that she was
        24     threatened.  And I said threatened?  She says
        25     yes, I was threatened by Ghislaine not to

                                                              58

         1             R. Rizzo - Confidential
         2     discuss this.
```