**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

Plaintiff,                                        Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

Defendant.

_____/

### CORRECTED[1] DECLARATION OF SIGRID S. McCAWLEY IN SUPPORT OF PLAINTIFF'S REPLY TO MOTION TO EXCEED PRESUMPTIVE TEN DEPOSITION LIMIT

I, Sigrid S. McCawley, declare that the below is true and correct to the best of my knowledge as follows:

1.      I am a partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's September 29, 2015 Order granting my Application to Appear Pro Hac Vice.

2.      I respectfully submit this Declaration in Support of Plaintiff's Reply to Motion to Exceed Presumptive Ten Deposition Limit.

3.      Attached hereto as Exhibit 1 is a true and correct copy of ███████████ Deposition Transcript excerpts dated May 18, 2016.

4.      Attached hereto as Exhibit 2 is a true and correct copy of Rinaldo Rizzo's **Final** Deposition Transcript excerpts dated June 10, 2016.

---

[1] On June 13, 2016, Ms. Giuffre filed her Reply in Support of her Motion to Exceed the Presumptive Ten Deposition Limit (DE 203). This brief contained excerpts from Rinaldo Rizzo's "rough" deposition transcript, as the final transcript had not yet been completed by the stenographer. On June 14, 2016, the stenographer issued the "final" deposition transcript, and Ms. Giuffre hereby files the final transcript citations and excerpts to replace the "rough" transcript that accompanied her supporting Declaration (DE 204-2). There are no other changes to this document.

5.      Attached hereto as Exhibit 3 is a true and correct copy of Juan Alessi's

Deposition Transcript excerpts dated June 1, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Sigrid S. McCawley
Sigrid S. McCawley, Esq.

Dated: June 14, 2016.

Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP

By: /s/ Sigrid McCawley
  Sigrid McCawley (Pro Hac Vice)
  Meredith Schultz (Pro Hac Vice)
  Boies Schiller & Flexner LLP
  401 E. Las Olas Blvd., Suite 1200
  Ft. Lauderdale, FL 33301
  (954) 356-0011

  David Boies
  Boies Schiller & Flexner LLP
  333 Main Street
  Armonk, NY 10504

  Bradley J. Edwards (Pro Hac Vice)
  FARMER, JAFFE, WEISSING,
  EDWARDS, FISTOS & LEHRMAN, P.L.
  425 North Andrews Avenue, Suite 2
  Fort Lauderdale, Florida 33301
  (954) 524-2820

  Paul G. Cassell (Pro Hac Vice)
  S.J. Quinney College of Law
  University of Utah
  383 University St.
  Salt Lake City, UT 84112
  (801) 585-5202[2]

---

[2] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on the 14th day of June, 2016, I electronically filed the

foregoing document with the Clerk of Court by using the CM/ECF system.  I also certify that the

foregoing document is being served this day on the individuals identified below via transmission

of Notices of Electronic Filing generated by CM/ECF.

    Laura A. Menninger, Esq.
    Jeffrey Pagliuca, Esq.
    HADDON, MORGAN & FOREMAN, P.C.
    150 East 10th Avenue
    Denver, Colorado 80203
    Tel: (303) 831-7364
    Fax: (303) 832-2628
    Email: lmenninger@hmflaw.com
          jpagliuca@hmflaw.com

                          /s/ Sigrid S. McCawley
                            Sigrid S. McCawley