# EXHIBIT 2

(Filed Under Seal)

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - x
VIRGINIA L. GIUFFRE,

        Plaintiff,

    -against-                Case No.:
                             15-cv-07433-RWS

GHISLAINE MAXWELL,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - x

             **CONFIDENTIAL**

    Videotaped deposition of RINALDO RIZZO, taken pursuant to subpoena, was held at the law offices of Boies Schiller & Flexner, 333 Main Street, Armonk, New York, commencing June 10, 2016, 10:06 a.m., on the above date, before Leslie Fagin, a Court Reporter and Notary Public in the State of New York.

                - - -
      MAGNA LEGAL SERVICES
   1200 Avenue of the Americas
    New York, New York 10026
       (866) 624-6221

R. Rizzo - Confidential

[redacted]



Page 34

```
 1        R. Rizzo - Confidential
 2              ███████████   ████████████
 3       ██████████
 4      █  █████████████████
 5      █  ███████████████████████████
 6   ██
 7      █  ███████████████████████████
 8  ██████████████████████████████
 9  ███████████████████████████████
10  ████████████████████████  █████
11  █████████████████████████████
12  █████████████████████████████
13  ██████████
14           ████████████   ██████████
15      ████████████
16      █  ██████████████████████████
17  ████████████████████
18           ████████████   ██████████
19      ████████████
20      █   ██
21      █  ██████████████████████████
22  ██████████████████████
23  ██████████████████████
24           ████████████   ██████████
25      ████████████
```

MAGNA LEGAL SERVICES

Page 37

R. Rizzo - Confidential





Page 38

1      R. Rizzo - Confidential
2   █████████████████████████████
3  ████████████████████████
4  ██████████████ ██████████████
5  ███████████████████████
6  ████████████
7    █ ██████████████████████
8  ███████████████████████████████
9  ████████████████████████
10 ██████████████████████████
11 █████████████████████████
12      █████████ ████████████
13    ████████████
14   █ ██████████████████
15  ██████ █████████████████████
16 █████████████████████████ █
17 ██████████████████████████████
18 ████████████████████████ █
19 ██████████████████████
20 ███████████████████
21  ███████
22   █ ███████████████
23   █ ████████████████████████
24 ████████████████████████████
25 ██████████████████████


MAGNA
LEGAL SERVICES

Page 39

```
 1        R. Rizzo - Confidential
 2   ████████████████████████████████
 3   █████████████████ ██████████████
 4   ████████████████████████████████
 5   ████████████████████████████████
 6   ███████████████████████████████
 7   ██████████
 8        ██ ██████████████████████
 9   ██████████████
10        ██ ██████████████████████
11   █████████████ █████████████████
12   ████ ██████████████████████████
13   █████████████ █████████████████
14   ███████████████████ ████████████
15   ██████████████████████ █████████
16   █████████████ █████████████████
17   ██████████ ████████████████████
18   ██████████████████████████
19             ██████████████████████
20   ████████████████████████████████
21   ████████████████████████████████
22        ██ ███████████████████████
23   ████████████████████████████████
24   ████████████████████████████████
25   ██████████████████████ █████████
```



1       R. Rizzo - Confidential
2    █████████████  ████████████████████████
3    ████████
4          ██████████████  ████████████████
5      ███████████████
6    ██  ██████████████████████████████████
7    █████████████████
8    ██  ██████  ████  ██████████████████████
9    █████████████████████
10   ██  ████████████████████████████████████
11   ████████████████████████████████████████
12   ████████████████████████████████████████
13   ██████████████████████████████████████
14   ████████████████████████████████  ██████
15   ███████████████████████
16      ██████████████████████████████████
17   ██████████████████████████  ████████████
18   ██████  ██████████████████████████████
19   ████████████████████████████████████████
20   ████████████████  ██████████████████████
21   ██████████████████████████████████
22   ██████████████████████████  ████████████
23   █████████████
24   ██  ██████████████████████████████████
25   ██████████████████████████████



Page 41

1          R. Rizzo - Confidential





Page 52

```
 1              R. Rizzo - Confidential
 2        Q.    Did you learn whether your
 3   perception was correct?
 4              MR. PAGLIUCA:  Same objection.
 5        A.    It was younger.  Yes, I did.
 6        Q.    How old was this girl?
 7        A.    15 years old.
 8        Q.    What happens next when Ghislaine
 9   Maxwell and Jeffrey Epstein and a 15-year-old
10   girl walk into Eva Anderson's home?
11              MR. PAGLIUCA:  Object to the form.
12        Foundation.
13        A.    They proceed into the dining room
14   area, which is across from the living room
15   area.  I go into the kitchen and I hear a
16   conversation start.  Very muffled, I could
17   not hear any particulars about the
18   conversation whatsoever.
19              My wife and I are in the kitchen
20   preparing the evening meal.  Eva brings the
21   young girl into the kitchen.  In the kitchen,
22   there is an island with three barstools.  Eva
23   instructs the young girl to sit to the
24   furthest barstool on the right.
25        Q.    Describe for me what the girl
```



Page 55

1       R. Rizzo - Confidential
2           And I blurted out:  You're his
3   executive personal assistant?  What do you
4   do?  And she says I was hired as his
5   executive personal assistant.  I schedule his
6   appointments.
7           And I'm shocked, and I blurt out:
8   You seem quite young, how did you get a job?
9   How old are you?  And she says to me, point
10  blank:  I'm 15 years old.
11          And I said to her:  You're 15 years
12  old and you have a position like that?  At
13  that point she just breaks down hysterically,
14  so I feel like I just said something wrong,
15  and she will not stop crying.  My wife and I
16  were at a loss for words, and I keep on
17  trying to console her, and nothing I was
18  saying, are you all right, do you need a
19  tissue, do you need water, consoles her.
20          And then in a state of shock, she
21  just lets it rip, and what she told me was
22  just unbelievable.
23      Q.   What did she say?
24           MR. PAGLIUCA:  Object to the form
25       and foundation.



Page 56

```
 1            R. Rizzo - Confidential
 2       A.    She proceeds to tell my wife and I
 3   that, and this is not -- this is blurting
 4   out, not a conversation like I'm having a
 5   casual conversation.  That quickly, I was on
 6   an island, I was on the island and there was
 7   Ghislaine, there was Sarah, she said they
 8   asked me for sex, I said no.
 9            And she is just rambling, and I'm
10   like what, and she said -- I asked her, I
11   said what?  And she says yes, I was on the
12   island, I don't know how I got from the
13   island to here.  Last afternoon or in the
14   afternoon I was on the island and now I'm
15   here.  And I said do you have a -- this is
16   not making any sense to me, and I said this
17   is nuts, do you have a passport, do you have
18   a phone?
19            And she says no, and she says
20   Ghislaine took my passport.  And I said what,
21   and she says Sarah took her passport and her
22   phone and gave it to Ghislaine Maxwell, and
23   at that point she said that she was
24   threatened.  And I said threatened, she says
25   yes, I was threatened by Ghislaine not to
```



Page 57

```
 1          R. Rizzo - Confidential
 2   discuss this.
 3          And I'm just shocked.  So the
 4   conversation, and she is just rambling on and
 5   on, again, like I said, how she got here, she
 6   doesn't know how she got here.  Again, I
 7   asked her, did you contact your parents and
 8   she says no.
 9          At that point, she says I'm not
10   supposed to talk about this.  I said, but I
11   said:  How did you get here.  I don't
12   understand.  We were totally lost for words.
13          And she said that before she got
14   there, she was threatened again by Jeffrey
15   and Ghislaine not to talk about what I had
16   mentioned earlier, about -- again, the word
17   she used was sex.
18      Q.   And during this time that you're
19   saying she is rambling, is her demeanor
20   continues to be what you described it?
21      A.   Yes.
22      Q.   Was she in fear?
23      A.   Yes.
24          MR. PAGLIUCA:  Object to the form
25      and foundation.
```



Page 141

CERTIFICATE

5    I HEREBY CERTIFY that RINALDO RIZZO, was duly sworn by me and that the deposition is a true record of the testimony given by the witness.

_____

Leslie Fagin,

Registered Professional Reporter

Dated: June 10, 2016

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)

