

**Haddon, Morgan and Foreman,** P.C
**Laura A. Menninger**

950 17th Street, Suite 1000
Denver, Colorado 80202
PH 303.831.7364  FX 303.832.2628
www.hmflaw.com
LMenninger@hmflaw.com

May 3, 2022

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Giuffre v. Ghislaine Maxwell*, No. 15 Civ. 7433 (LAP)

Dear Judge Preska:

 Pursuant to the Court Order dated April 19, 2022, Ms. Maxwell hereby files those documents ordered unsealed between the Dkt. Nos. 321-6 and 631, with the exception of Dkt. Nos. 173-5, 407-9, 450-1 & 567-631, which are pending clarification from the Court.

 Respectfully submitted,

 Laura A. Menninger

CC: Counsel of Record *via* ECF