EXHIBIT 3

(Filed Under Seal)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x
VIRGINIA L. GIUFFRE,

       Plaintiff,

  -against-            Case No.:
                       15-cv-07433-RWS

GHISLAINE MAXWELL,

       Defendant.

- - - - - - - - - - - - - - - - - - - -x

**CONFIDENTIAL**

Continued Videotaped Deposition of GHISLAINE MAXWELL, the Defendant herein, taken pursuant to subpoena, was held at the law offices of Boies, Schiller & Flexner, LLP, 575 Lexington Avenue, New York, New York, commencing July 22, 2016, 9:04 a.m., on the above date, before Leslie Fagin, a Court Reporter and Notary Public in the State of New York.

- - -

MAGNA LEGAL SERVICES
1200 Avenue of the Americas
New York, New York 10026
(866) 624-6221



Page 163

1        G. Maxwell - Confidential
2     and foundation.
3        A.   Can you repeat the question,
4     please?
5        Q.   Sure.
6             You remember from time to time
7     being at the Dubin residence, correct?
8        A.   I do.
9        Q.   And I think you testified that you
10    don't remember whether Mr. Rizzo was present
11    on any of those occasions, although he might
12    have been, correct?
13       A.   If Mr. Rizzo was standing right
14    here in front of me, I wouldn't know who he
15    is.
16       Q.   Does that mean you are saying that
17    you never met him or simply that you don't
18    remember him?
19       A.   I don't know if I ever met him, but
20    if I saw him in a picture, maybe I would
21    recognize it, but I don't believe I'd
22    remember him.
23       Q.   Did you ever go to the Dubin
24    residence with some woman who had previously
25    been with Mr. Epstein?



Confidential

Page 197

1

2    CERTIFICATE

3

4

5        I HEREBY CERTIFY that GHISLAINE

6    MAXWELL, was duly sworn by me and that the

7    deposition is a true record of the testimony

8    given by the witness.

9

10   _____

11   Leslie Fagin,
     Registered Professional Reporter

12   Dated:  July 22, 2016

13

14

15       (The foregoing certification of

16   this transcript does not apply to any

17   reproduction of the same by any means, unless

18   under the direct control and/or supervision

19   of the certifying reporter.)

20

21

22

23

24

25

