# EXHIBIT 4

# (Filed Under Seal)

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - x
VIRGINIA L. GIUFFRE,

       Plaintiff,

                           Case No.:
  -against-              15-cv-07433-RWS

GHISLAINE MAXWELL,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - x

            \*\*CONFIDENTIAL\*\*

    Videotaped deposition of RINALDO RIZZO, taken pursuant to subpoena, was held at the law offices of Boies Schiller & Flexner, 333 Main Street, Armonk, New York, commencing June 10, 2016, 10:06 a.m., on the above date, before Leslie Fagin, a Court Reporter and Notary Public in the State of New York.

                - - -
       MAGNA LEGAL SERVICES
   1200 Avenue of the Americas
    New York, New York 10026
       (866) 624-6221



Page 52

```
 1            R. Rizzo - Confidential
 2        Q.   Did you learn whether your
 3   perception was correct?
 4            MR. PAGLIUCA:  Same objection.
 5        A.   It was younger.  Yes, I did.
 6        Q.   How old was this girl?
 7        A.   15 years old.
 8        Q.   What happens next when Ghislaine
 9   Maxwell and Jeffrey Epstein and a 15-year-old
10   girl walk into Eva Anderson's home?
11            MR. PAGLIUCA:  Object to the form.
12        Foundation.
13        A.   They proceed into the dining room
14   area, which is across from the living room
15   area.  I go into the kitchen and I hear a
16   conversation start.  Very muffled, I could
17   not hear any particulars about the
18   conversation whatsoever.
19            My wife and I are in the kitchen
20   preparing the evening meal.  Eva brings the
21   young girl into the kitchen.  In the kitchen,
22   there is an island with three barstools.  Eva
23   instructs the young girl to sit to the
24   furthest barstool on the right.
25        Q.   Describe for me what the girl
```



Page 53

```
 1           R. Rizzo - Confidential
 2   looked like, including her demeanor and
 3   anything else you remember about her when she
 4   walks into the kitchen.
 5        A.   Very attractive, beautiful young
 6   girl.  Makeup, very put together, casual
 7   dress.  But she seemed to be upset, maybe
 8   distraught, and she was shaking, and as she
 9   sat down, she sat down and sat in the stool
10   exactly the way the girls that I mentioned to
11   you sat at Jeffrey's house, with no
12   expression and with their head down.  But we
13   could tell that she was very nervous.
14        Q.   What do you mean by distraught and
15   shaking, what do you mean by that?
16        A.   Shaking, I mean literally
17   quivering.
18        Q.   What happens next?
19        A.   We were, again, the absurdity,
20   never introduced.  Like you would walk into a
21   room and say this is -- so my wife and I are
22   in the kitchen and this young girl is sitting
23   there.  It was a very uncomfortable moment.
24   I look at my wife.  And so I want to ease the
25   moment, and so I introduced myself and I
```



Page 54

```
 1              R. Rizzo - Confidential
 2     introduced my wife, and she doesn't really
 3     respond.
 4              And I asked her, are you okay?  And
 5     she doesn't really respond.  Nothing verbal,
 6     no cues, her head is still down.  I ask her
 7     if she would like some water, tissue,
 8     anything, and she basically doesn't respond.
 9         Q.   You ask her for a tissue?
10         A.   If she would like a tissue or some
11     water at the time.
12         Q.   Was she crying at the time?
13         A.   My perception, she was on the verge
14     of crying.  And I'm trying to loosen the
15     situation every way I know how, so the only
16     way I knew how, and I thought maybe this will
17     comfort her, I said oh, by the way, do you
18     work for Jeffrey.
19              And she says that, I guess kind of
20     made her feel comfortable, because maybe it
21     was that comment or my persistence, and she
22     said yes.  So I said, what do you do?  And
23     she says I'm Jeffrey's executive assistant,
24     personal assistant.  Which, from looking at
25     her, just didn't seem to suit.
```



Page 55

1        R. Rizzo - Confidential
2            And I blurted out:  You're his
3   executive personal assistant?  What do you
4   do?  And she says I was hired as his
5   executive personal assistant.  I schedule his
6   appointments.
7            And I'm shocked, and I blurt out:
8   You seem quite young, how did you get a job?
9   How old are you?  And she says to me, point
10  blank:  I'm 15 years old.
11           And I said to her:  You're 15 years
12  old and you have a position like that?  At
13  that point she just breaks down hysterically,
14  so I feel like I just said something wrong,
15  and she will not stop crying.  My wife and I
16  were at a loss for words, and I keep on
17  trying to console her, and nothing I was
18  saying, are you all right, do you need a
19  tissue, do you need water, consoles her.
20           And then in a state of shock, she
21  just lets it rip, and what she told me was
22  just unbelievable.
23       Q.   What did she say?
24            MR. PAGLIUCA:  Object to the form
25       and foundation.



Page 56

```
 1            R. Rizzo - Confidential
 2       A.    She proceeds to tell my wife and I
 3   that, and this is not -- this is blurting
 4   out, not a conversation like I'm having a
 5   casual conversation.  That quickly, I was on
 6   an island, I was on the island and there was
 7   Ghislaine, there was Sarah, she said they
 8   asked me for sex, I said no.
 9            And she is just rambling, and I'm
10   like what, and she said -- I asked her, I
11   said what?  And she says yes, I was on the
12   island, I don't know how I got from the
13   island to here.  Last afternoon or in the
14   afternoon I was on the island and now I'm
15   here.  And I said do you have a -- this is
16   not making any sense to me, and I said this
17   is nuts, do you have a passport, do you have
18   a phone?
19            And she says no, and she says
20   Ghislaine took my passport.  And I said what,
21   and she says Sarah took her passport and her
22   phone and gave it to Ghislaine Maxwell, and
23   at that point she said that she was
24   threatened.  And I said threatened, she says
25   yes, I was threatened by Ghislaine not to
```



```
 1         R. Rizzo - Confidential
 2   discuss this.
 3             And I'm just shocked.  So the
 4   conversation, and she is just rambling on and
 5   on, again, like I said, how she got here, she
 6   doesn't know how she got here.  Again, I
 7   asked her, did you contact your parents and
 8   she says no.
 9             At that point, she says I'm not
10   supposed to talk about this.  I said, but I
11   said:  How did you get here.  I don't
12   understand.  We were totally lost for words.
13             And she said that before she got
14   there, she was threatened again by Jeffrey
15   and Ghislaine not to talk about what I had
16   mentioned earlier, about -- again, the word
17   she used was sex.
18        Q.   And during this time that you're
19   saying she is rambling, is her demeanor
20   continues to be what you described it?
21        A.   Yes.
22        Q.   Was she in fear?
23        A.   Yes.
24             MR. PAGLIUCA:  Object to the form
25        and foundation.
```



1
2                      CERTIFICATE
3
4
5          I HEREBY CERTIFY that RINALDO
6   RIZZO, was duly sworn by me and that the
7   deposition is a true record of the testimony
8   given by the witness.
9
10   _____
11   Leslie Fagin,
     Registered Professional Reporter
12   Dated:  June 10, 2016
13
14
15          (The foregoing certification of
16   this transcript does not apply to any
17   reproduction of the same by any means, unless
18   under the direct control and/or supervision
19   of the certifying reporter.)
20
21
22
23
24
25

