Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - x

VIRGINIA L. GIUFFRE,

        Plaintiff,

                   Case No.:

  -against-          15-cv-07433-RWS

GHISLAINE MAXWELL,

        Defendants.

- - - - - - - - - - - - - - - - - - - - x

            **CONFIDENTIAL**

        Videotaped deposition of GHISLAINE
MAXWELL, taken pursuant to subpoena, was
held at the law offices of BOIES
SCHILLER & FLEXNER, 575 Lexington
Avenue, New York, New York, commencing
April 22, 2016, 9:04 a.m., on the above
date, before Leslie Fagin, a Court
Reporter and Notary Public in the State
of New York.

              - - -

       MAGNA LEGAL SERVICES
    1200 Avenue of the Americas
     New York, New York 10026



1        G Maxwell - Confidential
2    meet Mr. Epstein?
3        MR. PAGLIUCA:  Object to the form
4    and foundation.
5    Q.  You can answer.
6    A.  I just explained.
7    A.  I spent the entire time talking to
8    Virginia's mother outside the house so the
9    answer to the question is no.
10    Q.  No, did you not walk her up and
11    introduce her to Mr. Epstein?
12    A.  I just said no.
13    Q.  Did you participate in a massage
14    this first time when she first came to the
15    home and you were speaking with her mother,
16    she was in the home, is that correct, you
17    brought her into the home?
18        MR. PAGLIUCA:  Object to the form
19    and foundation.
20    A.  I will repeat again, I was standing
21    outside with her mother so very difficult for
22    me to do anything else at that time so no, I
23    did not take her upstairs.
24    Q.  Did you participate --
25    A.  Virginia lied 100 percent about

1    G Maxwell - Confidential
2    you not to answer that question.  I
3    don't have any problem with you asking
4    questions about what the subject matter
5    of this lawsuit is, which would be, as
6    you've termed it, sexual trafficking of
7    Ms. Roberts.
8        To the extent you are asking for
9    information relating to any consensual
10    adult interaction between my client and
11    Mr. Epstein, I'm going to instruct her
12    not to answer because it is not part of
13    this litigation and it is her private
14    confidential information, not subject to
15    this deposition.
16        MS. McCAWLEY:  You can instruct her
17    not to answer.  That is your right.  But
18    I will bring her back for another
19    deposition because it is part of the
20    subject matter of this litigation so she
21    should be answering these questions.
22    This is civil litigation, deposition and
23    she should be responsible for answering
24    these questions.
25        MR. PAGLIUCA:  I disagree and you

1        G Maxwell - Confidential
2    absolutely everything that took place in that
3    first meeting.  She has lied repeatedly,
4    often and is just an awful fantasist.  So
5    very difficult for anything to take place
6    that she repeated because I was with her
7    mother the entire time.
8    Q.  So did you have -- did you give a
9    massage with Virginia Roberts and Mr. Epstein
10    during the first time Virginia Roberts was at
11    the West Palm Beach house?
12        MR. PAGLIUCA:  Object to the form
13    and foundation.
14    Q.  Yes or no?
15    A.  No.
16    Q.  Have you ever given a massage with
17    Virginia Roberts in the room and Jeffrey
18    Epstein?
19        MR. PAGLIUCA:  Object to the form
20    and foundation.
21    A.  No.
22    Q.  Have you ever given Jeffrey Epstein
23    a massage?
24        MR. PAGLIUCA:  Object to the form,
25    foundation.  And I'm going to instruct

1    G Maxwell - Confidential
2    understand the bounds that I put on it.
3        MS. McCAWLEY:  No, I don't.  I will
4    continue to ask my questions and you can
5    continue to make your objections.
6    Q.  Did you ever participate from the
7    time period of 1992 to 2009, did you ever
8    participate in a massage with Jeffrey Epstein
9    and another female?
10        MR. PAGLIUCA:  Objection.  Do not
11    answer that question.  Again, to the
12    extent you are asking for some sort of
13    illegal activity as you've construed in
14    connection with this case I don't have
15    any problem with you asking that
16    question.  To the extent these questions
17    involve consensual acts between adults,
18    frankly, they're none of your business
19    and I will instruct the witness not to
20    answer.
21        MS. McCAWLEY:  This case involves
22    sexual trafficking, sexual abuse,
23    questions about her having interactions
24    with other females is relevant to this
25    case.  She needs to answer these



6  (Pages 18 to 21)

Page 22

1     G Maxwell - Confidential
2  questions.
3        MR. PAGLIUCA:  I'm instructing her
4  not to answer.
5        MS. McCAWLEY:  Then we will be back
6  here again.
7     Q.  Have you ever given a massage to
8  Mr. Epstein with a female that was under the
9  age of 18?
10     A.  Can you repeat the question?
11     Q.  Yes.  Have you ever given a massage
12  to Mr. Epstein with a female that was under
13  the age of 18?
14     A.  No.
15     Q.  Have you ever observed Mr. Epstein
16  having a massage given by an individual, a
17  female, who was under the age of 18?
18     A.  No.
19     Q.  Have you ever observed females
20  under the age of 18 in the presence of
21  Jeffrey Epstein at his home?
22        MR. PAGLIUCA:  Object to the form
23     and foundation.
24     A.  Again, I have friends that have
25  children --

Page 23

1     G Maxwell - Confidential
2     Q.  I'm not talking about friends.  I'm
3  talking about individuals --
4        MR. PAGLIUCA:  I'm going to object
5     to you interrupting the witness who was
6     answering your question.  The question
7     was, have you ever seen anyone, female
8     under the age of 18 at the house and
9     that's the question she was answering.
10     If you want to strike that question and
11     ask another question, feel free, but let
12     the witness respond, please.
13        MS. McCAWLEY:  I will do that.
14     Q.  Have you ever observed a female
15  under the age of 18 at Jeffrey Epstein's home
16  that was not a friend, a child -- one of your
17  friend's children?
18     A.  Again, I can't testify to that
19  because I have no idea what you are talking
20  about.
21     Q.  You have no idea what I'm talking
22  about in the sense you never observed a
23  female under the age of 18 at Jeffrey
24  Epstein's home that was not one of your
25  friend's children, is that correct?

Page 24

1     G Maxwell - Confidential
2        MR. PAGLIUCA:  Object to the form
3     and foundation.
4     A.  How would I possibly know how
5  someone is when they are at his house.  You
6  are asking me to do that.  I cannot possibly
7  testify to that.  As far as I'm concerned,
8  everyone who came to his house was an adult
9  professional person.
10     Q.  Are you familiar with the police
11  report that was issued in respect to the
12  investigation in this matter?
13        MR. PAGLIUCA:  Object to the form
14     and foundation.
15     Q.  Are you familiar with the police
16  report that was used in this matter, the
17  investigation of Jeffrey Epstein, has been
18  produced as a document in this matter?
19     A.  I have seen a police report.
20        (Maxwell Exhibit 1, police report,
21     marked for identification.)
22     Q.  The police report that you have in
23  front of you, can you turn to page 28 of that
24  report, the numbers are on the top right-hand
25  corner.

Page 25

1     G Maxwell - Confidential
2        You will see some redactions in
3  this report, Ms. Maxwell, the redacted
4  information is redacted because it reveals
5  the name of a minor, someone who is under the
6  age of 18.
7        On page 28, in the third paragraph,
8  about halfway down, it says, ██████ stated
9  she performed the massage naked.  At the
10  conclusion of this massage, Epstein paid
11  ██████ $200 for the massage.  He explained, I
12  know you are not comfortable put I will pay
13  you if you bring some girls.  He told her the
14  younger the better.  ██████ stated once tried
15  to bring a 23 year old to Epstein and he
16  stated the female was too old.
17        Have you heard Mr. Epstein use the
18  phrase the younger the better?
19     A.  I have no recollection of hearing
20  that.
21     Q.  Have you used the phrase in talking
22  to ██████ and asking her to recruit
23  females for Mr. Epstein, the younger the
24  better?
25        MR. PAGLIUCA:  Object to the form

MAGNA ▶
LEGAL SERVICES

Page 38

```
1            G Maxwell - Confidential
2       Q.  Was she under 18 when you first met
3   her?
4       A.  I have no idea how old she was when
5   I first met her.
6       Q.  Did she look like a child when you
7   first met her?
8       A.  I don't remember what she looked
9   like at the time she was in the house.
10      Q.  How many years have you known her?
11      A.  I can only recall the last time I
12  saw her.
13      Q.  When was the first time you met
14  her?
15      A.  Again, I just told you, I don't
16  recall the first time I met her.
17      Q.  Did _____ travel with you
18  on Jeffrey's planes?
19      A.  I wouldn't remember if ____ was on
20  the plane or not.
21      Q.  Did you ever have sex with _____
22  ____?
23      A.  No.
24      Q.  Did you ever observe Jeffrey having
25  sex with _____?
```

Page 39

```
1            G Maxwell - Confidential
2       A.  No.
3       Q.  Were you aware that Jeffrey was
4   having sexual contact with _____ when
5   she was 13 years old?
6           MR. PAGLIUCA:  Object to the form
7   and foundation.
8       A.  I would be very shocked and
9   surprised if that were true.
10      Q.  Were you in the house when ____
11  ____ was in the house in a private area
12  with Jeffrey Epstein?
13          MR. PAGLIUCA:  Object to the form
14  and foundation.
15      A.  Can you repeat the question.
16      Q.  Were you ever in the Palm Beach
17  house when Jeffrey Epstein was in the house
18  with _____?
19          MR. PAGLIUCA:  Object to the form
20  and foundation.
21      A.  I've already testified that I
22  met her and that she was there ____
23  ____ I don't understand what your
24  question is asking.
25      Q.  So you have never seen ____
```

Page 40

```
1            G Maxwell - Confidential
2   _____?
3           MR. PAGLIUCA:  Object to the form
4   and foundation.
5       Q.  Is that your testimony?
6       A.  I already said I don't recall all
7   the times I've seen her and I have no memory
8   of that.
9       Q.  Have you ever seen _____ in
10  the house with Jeffrey Epstein _____
11  ____
12          MR. PAGLIUCA:  Object to the form
13  and foundation.
14      A.  I just told you I don't recall
15  seeing ____.
16      Q.  Were you ever involved in an orgy
17  with _____?
18      A.  No, absolutely not.
19      Q.  Can you tell me, do you know an
20  individual by the name of _____?
21      A.  I do.
22      Q.  How did you meet _____?
23      A.  At some point she was a friend of
24  Jeffrey's and I recall meeting her at some
25  point.
```

Page 41

```
1            G Maxwell - Confidential
2       Q.  Did you hire her?
3       A.  First of all, I don't hire girls
4   like that, so let's be clear, I already
5   testified to that, and I have no idea what
6   you are referring to.
7       Q.  When you say girls like that, what
8   do you mean?
9       A.  I hire people who are professional
10  at the house.  You are asking if I hired
11  somebody to do what, I don't know what you
12  are talking about.  I hired people to work in
13  the homes.
14      Q.  What was Nadia Marcinkova doing?
15          MR. PAGLIUCA:  Object to the form
16  and foundation.
17      A.  I have no idea what Nadia
18  Marcinkova was doing.  I didn't hire her and
19  I don't know what you are referring to.
20      Q.  You met Nadia Marcinkova?
21      A.  I testified I did.
22      Q.  Did she work for Jeffrey Epstein?
23      A.  I have no idea what she did.
24      Q.  Have you flown on planes with Nadia
25  Marcinkova?
```



MAGNA ▶
LEGAL SERVICES



Page 46

```
 1        G Maxwell - Confidential
 2        Q.  Did Jeffrey arrange for a visa for
 3   ████████?
 4        A.  I don't know what Jeffrey did.  I
 5   cannot testify what Jeffrey did.
 6        Q.  Was ██████ involved in sex with
 7   Jeffrey and other girls?
 8            MR. PAGLIUCA:  Object to the form
 9   and foundation.
10        Q.  Girls under the age of 18?
11            MR. PAGLIUCA:  Same objection.
12        A.  I have no idea.
13        Q.  Was ██████ involved with sex with
14   Jeffrey and girls over the age of 18?
15            MR. PAGLIUCA:  Same objection.
16        A.  I have no idea.
17        Q.  Did ████ recruit other girls for
18   sex with Jeffrey?
19            MR. PAGLIUCA:  Object to the form
20   and foundation.
21        A.  I have no idea.
22        Q.  Do you still talk to ██████?
23        A.  No.
24        Q.  ████████████?
25        A.  I have no idea.
```

Page 47

```
 1        G Maxwell - Confidential
 2        Q.  ████████████████████████████
 3   ████████████████████████████████?
 4        A.  I have no idea.
 5        Q.  Are you a pilot?
 6        A.  I am.
 7        Q.  Have you flown with ████████████?
 8        A.  I have.
 9        Q.  Have you flown with ████████████
10   ████████?
11        A.  What do you mean by flown?
12        Q.  Have you been on planes with her?
13        A.  I already testified I don't recall
14   having her on a plane with me.
15        Q.  Do you know ████████████?
16        A.  I do.
17        Q.  When did you first meet her?
18        A.  I don't recall exact dates.
19        Q.  Did you meet her with the purpose
20   of hiring her to work for Jeffrey or having
21   Jeffrey hire her?
22            MR. PAGLIUCA:  Object to the form
23   and foundation.
24        A.  No.
25        Q.  What was her relationship with
```

Page 48

```
 1        G Maxwell - Confidential
 2   Jeffrey?
 3            MR. PAGLIUCA:  Object to the form
 4   and foundation.
 5        A.  I don't know exactly the nature of
 6   her relationship but she worked for him.
 7        Q.  What did she do?
 8            MR. PAGLIUCA:  Object to the form
 9   and foundation.
10        A.  At the time she when was with him I
11   believe she traveled with him and helped with
12   his travel arrangements.
13        Q.  Did she bring girls to the house to
14   give massages to Jeffrey?
15            MR. PAGLIUCA:  Object to the form
16   and foundation.
17        A.  I don't know what ████ did.
18        Q.  So you never observed ████████
19   bringing girls to the home to give massages
20   to Jeffrey?
21            MR. PAGLIUCA:  Object to the form
22   and foundation.
23        A.  I don't understand the question,
24   what did you mean bring?
25        Q.  Did you ever observe ████████
```

Page 49

```
 1        G Maxwell - Confidential
 2   inviting, bringing, walking anyone into the
 3   home to give a massage for Jeffrey?
 4            MR. PAGLIUCA:  Object to the form
 5   and foundation.
 6        A.  I don't recollect anything like
 7   that.
 8        Q.  Are you aware that ████████ was
 9   a co-conspirator, named as a co-conspirator
10   in the case involving Jeffrey Epstein?
11            MR. PAGLIUCA:  Object to the form
12   and foundation and also calls for a
13   legal conclusion.
14            MS. McCAWLEY  I'm just asking if she
15   is aware of that.
16        A.  I am aware.
17        Q.  Who paid ████████████?
18        A.  I have no idea.
19        Q.  Did you ever arrange payment for
20   any of the employees at the home?
21            MR. PAGLIUCA:  Object to the form.
22        A.  What do you mean by arrange?
23        Q.  Were you ever in charge or
24   responsible for paying individuals at the
25   home, that worked there?
```

MAGNA ▶
LEGAL SERVICES

Page 54

1          G Maxwell - Confidential
2      A.  I have.
3      Q.  No, you haven't.
4      A.  Yes, I have.
5      Q.  You are refusing to answer the
6  question.
7      A.  Let's move on.
8      Q.  I'm in charge of the deposition.  I
9  say when we move on and when we don't.
10          You are here to respond to my
11  questions.  If you are refusing to answer the
12  court will bring you back for another
13  deposition to answer these questions.
14          Do you understand that?
15          MR. PAGLIUCA:  You don't need to
16  threaten the witness.
17          MS. McCAWLEY:  I'm not threatening
18  her.  I'm making sure the record is
19  clear.
20          MR. PAGLIUCA:  Certainly can you
21  apply to have someone come back and the
22  court may or may not have her come back
23  again.
24          Again, she is not answering
25  questions that relate to adult consent

Page 55

1          G Maxwell - Confidential
2  sex acts.  Period.  And that's the
3  instruction and we can take it up with
4  the court.
5      Q.  Ms. Maxwell, are you aware of any
6  sexual acts with masseuses and Jeffrey
7  Epstein that were nonconsensual?
8      A.  No.
9      Q.  How do you know that?
10      A.  All the time that I have been in
11  the house I have never seen, heard, nor
12  witnessed, nor have reported to me that any
13  activities took place, that people were in
14  distress, either reported to me by the staff
15  or anyone else.  I base my answer based on
16  that.
17      Q.  Are you familiar with a person by
18  the name of ███████? 
19      A.  I am.
20      Q.  Has ██████ given a statement
21  to police about you performing sexual acts on
22  her?
23      A.  I have not heard that.
24      Q.  Has ██████ given a statement
25  to police about Jeffrey Epstein performing

Page 56

1          G Maxwell - Confidential
2  sexual acts on her?
3          MR. PAGLIUCA:  Object to the form
4  and foundation.
5      A.  I have not heard that.
6      Q.  How do you know ████████?
7      A.  ████████████████████████████
8  ████████████████████████████████████████
9  ██████.
10      Q.  Was ██████ under the age of
11  18?
12          MR. PAGLIUCA:  Object to the form
13  and foundation.
14      A.  I don't recall how old ████████
15  was.
16      Q.  Did she tell police that Jeffrey
17  Epstein assaulted her sexually?
18          MR. PAGLIUCA:  Object to the form
19  and foundation.
20      A.  I never heard that.
21      Q.  Did ████████ recruit or bring
22  girls to the home that were under the age of
23  18?
24          MR. PAGLIUCA:  Object to the form
25  and foundation and I think this has been

Page 57

1          G Maxwell - Confidential
2  asked and answered already.
3      Q.  You can answer the question.
4      A.  I have no idea what ███████
5  did.
6      Q.  You never observed ███████
7  with girls under the age of 18 at Jeffrey's
8  home?
9          MR. PAGLIUCA:  Object to the form
10  and foundation.
11      A.  The answer is no, I have no idea.
12      Q.  Do you know Glenn Dubin?
13      A.  I do.
14      Q.  What is your relationship with
15  Glenn Dubin?
16          MR. PAGLIUCA:  Object to the form.
17      A.  What do you mean what is my
18  relationship.
19      Q.  Are you friendly with him, how do
20  you know him?
21      A.  He is the husband of Eva Dubin.
22      Q.  Is Eva Dubin one of your friends?
23      A.  Yes.
24      Q.  Did you ever send Virginia to
25  Glenn's condo at the Breakers to give him a

MAGNA ▶
LEGAL SERVICES



Page 58

1      G Maxwell - Confidential
2  massage?
3         MR. PAGLIUCA:  Objection to the
4      form and foundation.
5      A.  No.
6      Q.  Did you ever instruct Virginia
7  Roberts to have sex with Glenn?
8         MR. PAGLIUCA:  Objection to the
9      form and foundation.
10     A.  I have never instructed Virginia to
11 have sex with anybody ever.
12     Q.  How old was Eva Anderson when she
13 met Jeffrey?
14        MR. PAGLIUCA:  Objection to the
15     form and foundation.
16     A.  I have no idea.
17     Q.  What's she under the age of 18?
18        MR. PAGLIUCA:  Objection to the
19     form and foundation.
20     A.  I just testified I have idea how
21 old she was.
22     Q.  You testified she was your friend.
23 You don't know how old she was when she met
24 Jeffrey?
25     A.  That happened sometime in the '70s,

Page 59

1      G Maxwell - Confidential
2  how would I know, or '80s.  I have no idea.
3  Can you testify to what your friends did 30
4  years ago?
5      Q.  You don't ask the questions here,
6  Ms. Maxwell.
7      What about ██████████, when
8  did you first meet ████████?
9      A.  I don't recall the exact date.
10     Q.  Did you hire ████████?
11     A.  I don't hire people, she came to
12 work at the house to answer phones.
13     Q.  Where did you meet her?
14     A.  I just testified, I don't recall
15 exactly when I met her.
16     Q.  Was one of your job
17 responsibilities to interview people that
18 would be then hired by Jeffrey?
19     A.  That was one of my
20 responsibilities.
21     Q.  Do you recall interviewing ██████?
22     A.  I don't recall the exact interview,
23 no.
24     Q.  Do you know what tasks ██████ was
25 hired to performance?

Page 60

1      G Maxwell - Confidential
2      A.  She was tasked to answer
3  telephones.
4      Q.  Did you ever ask her to rub
5  Jeffrey's feet?
6         MR. PAGLIUCA:  Objection to the
7      form and foundation.
8      A.  I believe that I have read that,
9  but I don't have any memory of it.
10     Q.  Did you ever tell ██████ that she
11 would get extra money if she provided Jeffrey
12 massages?
13     A.  I was always happy to give career
14 advice to people and I think that becoming
15 somebody in the healthcare profession, either
16 exercise instructor or nutritionist or
17 professional massage therapist is an
18 excellent job opportunity.  Hourly wages are
19 around 7, 8, $9 and as a professional
20 healthcare provider you can earn somewhere
21 between as we have established 100 to $200
22 and to be able to travel and have a job that
23 pays that is a wonderful job opportunity.  So
24 in the context of advising people for
25 opportunities for work, it is possible that I

Page 61

1      G Maxwell - Confidential
2  would have said that she should explore that
3  as an option.
4      Q.  Did you tell her she would get
5  extra money if she massaged Jeffrey?
6      A.  I'm just saying, I cannot recall
7  the exact conversation.  I give career advice
8  and I have done that.
9      Q.  Did you ever have ██████ massage
10 you?
11     A.  I did.
12     Q.  How many times?
13     A.  I don't recall how many times.
14     Q.  Was there sex involved?
15     A.  No.
16     Q.  Did you ever instruct ██████ to
17 massage Glenn Dubin?
18     A.  I don't believe -- I have no
19 recollection of it.
20     Q.  Did you ever have sexual contact
21 with ██████?
22        MR. PAGLIUCA:  Object to the form
23     and foundation.  You need to give me an
24     opportunity to get in between the
25     questions.

MAGNA
LEGAL SERVICES

Page 62

1      G Maxwell - Confidential
2        Anything that involves consensual
3    sex on your part, I'm instructing you
4    not to answer.
5      Q.  Did you ever have sexual contact
6    with ███████.
7      A.  Again, she is an adult --
8      Q.  I'm asking you, did you ever have
9    sexual contact with ███████?
10     A.  I've just been instructed not to
11   answer.
12     Q.  On what basis?
13     A.  You have to ask my lawyer.
14     Q.  Did you ever have sexual contact
15   with ███████ that was not consensual on
16   ███████ part?
17       MR. PAGLIUCA:  You can answer
18   nonconsensual.
19     A.  I've never had nonconsensual sex
20   with anybody.
21     Q.  Not ███████?
22       MR. PAGLIUCA:  Objection.
23     A.  I just testified I never had
24   nonconsensual sex with anybody ever, at any
25   time, at anyplace, at any time, with anybody.

Page 63

1      G Maxwell - Confidential
2      Q.  So if ███████ were to testify that
3    she did not consent to a sexual act that you
4    participated in --
5      A.  I just told you I have never ever
6    under any circumstances with anybody, at any
7    time, in anyplace, in any form had
8    nonconsensual relations with anybody.
9      Q.  Did you introduce ███████████████
10   ███████?
11       MR. PAGLIUCA:  Objection to the
12   form and foundation.
13     A.  I've, again, read that ███████
14   claimed that she met or that she said she met
15   ███████████.  I don't know if I was the one
16   who made the introduction or not.
17     Q.  Do you know a female by the name of
18   ███████████?
19     A.  I do.
20     Q.  How do you know her?
21     A.  ███████████████████.
22     Q.  So she worked for you?
23     A.  Yes.
24     Q.  Did you hire her?
25     A.  Again, Jeffrey hired people.

Page 64

1      G Maxwell - Confidential
2      Q.  Did you have sex with her?
3        MR. PAGLIUCA:  This is the same
4    instruction about consensual or
5    nonconsensual.
6      Q.  Was ███████ under the age of 18 when
7    you hired her?
8      A.  No.  I didn't hire her, as I said,
9    Jeffrey did.
10     Q.  Did ███████ ever have sex with
11   Jeffrey?
12       MR. PAGLIUCA:  Objection to the
13   form and foundation.
14     A.  How would I know what somebody else
15   did.
16     Q.  You weren't involved in the sex
17   between Jeffrey, ███████ and yourself?
18     A.  We already --
19     Q.  Were you involved with sex between
20   Jeffrey, ███████ and yourself?
21       MR. PAGLIUCA:  Everyone is talking
22   over each other.  You heard the
23   question.
24       Again, you you know what the
25   instruction is.  If there is any

Page 65

1      G Maxwell - Confidential
2    consensual issue involved, I instruct
3    you not to answer.
4      A.  Moving on.
5      Q.  So you are refusing to answer that
6    question?
7      A.  I've been instructed by my lawyer.
8      Q.  Did you ever have sex with Jeffrey,
9    ███████ Virginia and yourself when Virginia was
10   underage?
11     A.  Absolutely not.
12       MR. PAGLIUCA:  We've been going for
13   about an hour.  I would like to take a
14   five-minute break, please.
15       MS. McCAWLEY:  I'm almost done.
16       MR. PAGLIUCA:  You are not going to
17   allow a break.
18       MS. McCAWLEY:  As soon as I get
19   through my line of questioning, which is
20   perfectly appropriate.
21     Q.  Did ███████████ travel with you and
22   Jeffrey to Europe?
23     A.  I'm sure she did.
24     Q.  What is she doing today?
25     A.  I have no idea.

MAGNA ▶
LEGAL SERVICES

Page 78

1        G Maxwell - Confidential
2   over to the house in Palm Beach to give
3   massages?
4        A.  It's important to understand that I
5   wasn't with Jeffrey all the time.  In fact, I
6   was only in the house less than half the
7   time, so I cannot testify to when I wasn't in
8   the house how often she came when I wasn't
9   there.
10       What I can say is that I barely
11  would remember her, if not for all of this
12  rubbish, I probably wouldn't remember her at
13  all, except she did come from time to time
14  but I don't recollect her coming as often as
15  she portrayed herself.
16       Q.  How many times a day on an average
17  day would Jeffrey Epstein get a massage?
18       MR. PAGLIUCA:  Objection to the
19       form and foundation.
20       A.  When I was at the house and when I
21  was there with him, he received a massage, on
22  average, about once a day.
23       Q.  Just once?
24       A.  Yes.
25       Q.  Were there days when he received

Page 79

1        G Maxwell - Confidential
2   four or five?
3        MR. PAGLIUCA:  Objection to the
4        form and foundation.
5        A.  When I was present at the house, I
6   never saw something like that.
7        Q.  Do you know if Virginia was
8   required to be on call at all times to come
9   to the house if Jeffrey wanted her there?
10       MR. PAGLIUCA:  Objection to the
11       form and foundation.
12       A.  I have no idea of the arrangements
13  that Virginia made with Jeffrey.
14       Q.  When Virginia was in New York,
15  would Virginia sleep at Jeffrey's mansion in
16  New York?
17       MR. PAGLIUCA:  Objection to the
18       form and foundation.
19       A.  I don't recollect her being in New
20  York and I have no idea where she slept.
21       Q.  You don't ever remember seeing
22  Virginia Roberts in New York?
23       MR. PAGLIUCA:  Objection to the
24       form and foundation.
25       A.  I would barely recollect her at

Page 80

1        G Maxwell - Confidential
2   all, except for this story.
3        Q.  Do you recall Virginia Roberts
4   calling you because she was having a medical
5   crisis and you and Jeffrey taking her to the
6   hospital?
7        A.  I have heard this absurd story and
8   if any part of it were true I would remember
9   that.  I do not.
10       Q.  You don't remember taking her to
11  the hospital?
12       A.  It's not that I don't remember it,
13  it didn't happen.
14       Q.  How do you know it didn't happen?
15       A.  That's the sort of memory you would
16  recall.
17       Q.  Do you recall, you said you don't
18  remember her being at the New York mansion.
19  When you were in New York would you stay at
20  the New York mansion with Jeffrey?
21       A.  I stayed from time to time.
22       Q.  Do you recall Virginia being at the
23  New York mansion when █████████ came to
24  visit?
25       MR. PAGLIUCA:  Objection to the

Page 81

1        G Maxwell - Confidential
2   form and foundation.
3        A.  Like I told you, I don't recall her
4   being at the house at all.
5        Q.  How many homes does Jeffrey have?
6        MR. PAGLIUCA:  Objection to the
7        form and foundation.
8        A.  When I was working for him, I think
9   he had six maybe.
10       Q.  Would Virginia stay with him in
11  those homes?
12       MR. PAGLIUCA:  Objection to the
13       form and foundation.
14       A.  I can only testify for when I was
15  present with him and I cannot say what she
16  did when I wasn't present with him.
17       Q.  When you were present, would
18  Virginia stay in the homes with him?
19       A.  I don't recall her staying in the
20  houses.
21       Q.  Did you train Virginia on how to
22  recruit other girls for massages?
23       MR. PAGLIUCA:  Objection to the
24       form and foundation.
25       A.  No.

MAGNA ►
LEGAL SERVICES

Page 82

G Maxwell - Confidential

1       G Maxwell - Confidential
2    Q.  Did you train Virginia on how to
3 recruit other girls to perform sexual
4 massages?
5        MR. PAGLIUCA:  Objection to the
6    form and foundation.
7    A.  No.  And it's absurd and her entire
8 story is one giant tissue of lies and
9 furthermore, she herself has -- if she says
10 that, you have to ask her about what she did.
11   Q.  Does Jeffrey like to have his
12 nipples pinched during sexual encounters?
13       MR. PAGLIUCA:  Objection to form
14    and foundation.
15   A.  I'm not referring to any advice on
16 my counsel.  I'm not talking about any adult
17 sexual things when I was with him.
18   Q.  When Jeffrey would have a massage,
19 would he request that the masseuse pinch his
20 nipples while he was having a massage?
21   A.  I'm not talking about anything with
22 consensual adult situation.
23   Q.  What about with underage --
24   A.  I am not aware of anything.
25   Q.  You are not aware of Jeffrey

Page 83

1       G Maxwell - Confidential
2 Epstein ever having sex with an underage
3 minor and asking them to pinch his nipples?
4    A.  I am not.
5    Q.  So I'm going to direct you to, I
6 believe it's Maxwell Exhibit 1, the police
7 report.
8        Are you aware that over 30 under
9 age minors gave testimony to police that they
10 were engaged in sexual acts during,
11 quote-unquote, massages.
12       MR. PAGLIUCA:  The witness needs to
13    find Exhibit 1.  Exhibit 1 -- if you can
14    hand me that please.
15   Q.  So now with respect to the police
16 report, are you aware that over 30 underage
17 girls, meaning under the age of 18 gave
18 reports to police that they were assaulted
19 sexually by Jeffrey Epstein during massages?
20       MR. PAGLIUCA:  Objection to the
21    form and foundation.
22   A.  I read the police report.  That's
23 all I can testify to.
24   Q.  Are you aware of what is in the
25 police report?  Are you aware that there were

Page 84

1       G Maxwell - Confidential
2 30 girls --
3    A.  I did not count the number of girls
4 and I did read the police report.  I can only
5 testify to what I read.
6    Q.  So you are aware that the police
7 report contains reports from 30 underage
8 girls?
9    A.  I can't testify to what the girls
10 said.  I can only testify to the fact that I
11 read a police report that stated that.
12   Q.  Were you working for Jeffrey -- you
13 said you worked for him off an on until 2009,
14 is that correct?
15   A.  I helped out from time to time.
16   Q.  So you were working with him during
17 the time period when these underage girls
18 were visiting Jeffrey's home?
19       MR. PAGLIUCA:  Objection to the
20    form and foundation.
21   A.  I was not -- what year, I need
22 years.
23   Q.  How about let's say 2005?
24   A.  I'm not sure I was at the house at
25 all in 2005, maybe one day, maybe.

Page 85

1       G Maxwell - Confidential
2    Q.  How about 2004?
3    A.  I was present for his mother's --
4 his mother died in 2004 so I was there for
5 his mother's death and the funeral and I was
6 at the house maybe a handful of days, again.
7    Q.  I would like to direct you to, you
8 have it pulled together now, it's page 39,
9 Bates stamped Giuffre 00040?
10   A.  Can you repeat that, please.
11   Q.  Sure.  00040.
12   A.  Yes.
13   Q.  At the top of that document, about
14 three lines down, you see the redacted
15 portions where there is black so it blacks
16 out the name.
17   A.  I see black redacted portions.
18   Q.  That's a black redaction of the
19 name of the minor and there is -- I will
20 represent for the record that's what it is.
21 You can contest that but I'm not asking about
22 the name of the minor.
23       Five lines down, it says, She was
24 just 16 years of age.
25       Do you see that?



Page 94

G Maxwell - Confidential
Q. I'm asking the questions. I know
what this case is about. I'm trying to -- I
will ask you questions if you don't
understand the question I can break it down
for you. I'm happy to do that.
A. Break it down a lot please.
Q. I will do that.
The question is, have you ever said
to anybody that you recruit other girls --
A. Why don't you stop there.
Q. Let me finish my question.
Have you ever said to anybody that
you recruit girls to take the pressure off
you, so you won't have to have sex with
Jeffrey, have you said that?
That's the question?
A. You don't ask me questions like
that. First of all, you are trying to trap
me, I will not be trapped. You are asking me
if I recruit, I told you no. Girls meaning
underage, I already said I don't do that with
underage people and as to ask me about a
specific conversation I had with language, we
talking about almost 17 years ago when this

Page 95

G Maxwell - Confidential
took place. I cannot testify to an actual
conversation or language that I used with
anybody at any time.
Q. Have you ever said to anybody that
you recruit other females over the age of 18
to take the pressure off you to having to
have sex with Jeffrey?
A. I totally resent and find it
disgusting that you use the word recruit. I
already told you I don't know what you are
saying about that and your implication is
repulsive.
Q. Answer my question.
A. I just did.
Q. Have you ever said to anybody that
you recruit females --
A. I don't recruit anybody.
Q. That's an answer. So you never
said that?
A. I'm testifying that I cannot
testify to an actual language --
Q. It's a yes or no.
A. I will not testify to an actual
statement made 17 years ago, so I cannot

Page 96

G Maxwell - Confidential
testify to actual language.
Q. So you won't testify to anything
I'm asking you 17 years ago about a statement
you made. How do you know it's 17 years ago?
A. We are talking about a time in
2000, right?
Q. Have you ever said that to anybody?
A. I'm 54 years old so you are asking
me in my entire life, what words are you
asking me in my entire life?
Q. Your entire life is limited by the
time you were with Jeffrey, this is the
question.
A. Let's time limit the question you
are asking me.
Q. So from, let's say, I think you
said you started with him in 1992, is that
correct, and finished with him in 2009.
So from 1992 to 2009 have you ever
said to anybody that you recruit other and we
will start with girls to take the pressure
off you to have sex with Jeffrey?
MR. PAGLIUCA: Objection to the
form and foundation.

Page 97

G Maxwell - Confidential
A. First of all I resent and despise
the world recruit. Would you like to define
what you mean by recruit and by girls, you
mean underage people. I never had to do
anything with underage people. So why don't
you reask the question in a way that I am
able to answer it.
Q. I'm asking if you ever said that to
anybody. So if you don't understand the word
recruit and you never used that word then the
answer to that question would be no.
A. I have no memory as I sit here
today having used that word.
Q. Did you ever meet an underage girl
in London to introduce her to Jeffrey to
provide him with a massage?
MR. PAGLIUCA: Objection to the
form and foundation.
A. Run that past me one more time.
Q. Did you ever meet an underage girl
in London to introduce her to Jeffrey to
perform a massage?
MR. PAGLIUCA: Same objection.
A. Are you asking me if I met anybody



Page 98

1          G Maxwell - Confidential
2    that was underage in London specifically to
3    provide a massage to Jeffrey, is that your
4    question?
5        Q.  Yes.
6        A.  No.
7        Q.  Do you know who ███████████ is?
8        A.  I don't recall her right now.
9        Q.  Do you know if -- strike that.
10          During the time that you were
11   working for Jeffrey, did you ever observe any
12   foreign females, so in other words, not from
13   the United States, that were brought to
14   Jeffrey's home to perform massages?
15          MR. PAGLIUCA:  Objection to the
16       form and foundation.
17       A.  Females, what age are we talking?
18       Q.  Any age.
19       A.  Can you repeat the question?
20       Q.  During the time you were working
21   for Jeffrey, did you ever observe any foreign
22   females of any age that were at Jeffrey's
23   home to perform a massage?
24          MR. PAGLIUCA:  Objection to the
25       form and foundation.

Page 99

1          G Maxwell - Confidential
2        A.  Are you asking me if any foreigner,
3    not an American person, gave Jeffrey a
4    massage?
5        Q.  Yes.
6        A.  Well, as I sit here today, I can't
7    think of anyone who is foreign.  Certainly --
8    I just can't think of anybody right this
9    second.
10       Q.  How about any foreign girls who
11   were under the age of 18?
12       A.  I already testified to not knowing
13   anything about underage girls.
14       Q.  Were there foreign girls who were
15   brought to Jeffrey's home by ██████████
16   for the purposes of providing massages?
17          MR. PAGLIUCA:  Objection to the
18       form and foundation.
19       A.  I am not aware of ███████ bringing
20   girls.  I have no idea what you are
21   talking about.
22       Q.  You have never been around foreign
23   girls who are under the age of 18 at
24   Jeffrey's homes?
25          MR. PAGLIUCA:  Objection to the

Page 100

1          G Maxwell - Confidential
2    form and foundation.
3        A.  I already testified about not
4    knowing about underage girls.
5        Q.  Did you provide any assistance with
6    obtaining visas for foreign girls that were
7    under the age of 18?
8        A.  I've never participated in helping
9    people of any age to get visas.
10       Q.  Did Jeffrey, was it Jeffrey's
11   preference to start a massage with sex?
12          MR. PAGLIUCA:  Objection to the
13       form and foundation.
14       A.  I think you should ask that
15   question of Jeffrey.
16       Q.  Do you know?
17       A.  I don't believe that was his
18   preference.  I think -- you have to
19   understand, a massage -- perhaps you are not
20   really familiar with what massage is.
21       Q.  I am, I don't need a lecture on
22   massage.
23       A.  I think you do.
24          MR. PAGLIUCA:  No question pending.
25       She will ask you another question now.

Page 101

1          G Maxwell - Confidential
2        A.  Massage is for health benefits.
3        Q.  When did you first meet Jeffrey?
4        A.  Some point in 1991.
5        Q.  And did Jeffrey know your father?
6        A.  No.
7        Q.  How were you introduced to Jeffrey?
8        A.  Some friend introduced us.
9        Q.  Can you describe your relationship
10   back in 1991, was it friendship or was it
11   girlfriend relationship or was it a work
12   relationship, what was your relationship in
13   1991?
14       A.  It was just friendly.
15       Q.  Then I believe you testified you
16   began working for him in 1992, is that
17   correct?
18       A.  Yes.
19       Q.  In 1992 I know you gave me the
20   description of the work that you were
21   performing for him, how much was he paying
22   you, do you remember?
23       A.  I don't recall.
24       Q.  Do you know for example in 2001 how
25   much he was paying you?

**MAGNA** ►
LEGAL SERVICES

Page 102

```
 1        G Maxwell - Confidential
 2       A.  I don't recall.
 3       Q.  Did it change over the years or did
 4   the payment remain the same?
 5       A.  I believe over the course of time
 6   it increased a little bit.
 7       Q.  Was that the -- was that payment
 8   the payment that -- was the payment made with
 9   respect to the jobs, the work you were
10   performing for Jeffrey, was that your sole
11   income at that time?
12           MR. PAGLIUCA:  I object to the
13       form.  I'm also going to instruct you
14       not to answer about sources of -- your
15       personal sources of income outside of
16       Mr. Epstein at all.
17           MS. McCAWLEY:  What's the basis for
18       that?
19           MR. PAGLIUCA:  It's confidential,
20       it's not part of this lawsuit.
21           MS. McCAWLEY:  We have a protective
22       order and it is part of this lawsuit
23       with respect to our damage claims.
24           MR. PAGLIUCA:  It's not and, in
25       fact, you are not entitled to ask
```

Page 103

```
 1        G Maxwell - Confidential
 2   financial information of a defendant in
 3   this kind of case, in a defamation case
 4   unless and until there is a finding that
 5   you are entitled to punitive damages.
 6   That is clear in New York case law, both
 7   state and Federal.
 8           MS. McCAWLEY:  We disagree on that
 9       point and we will come back to that.
10       Q.  From the source of payment from the
11   source of Jeffrey, from your work, can you
12   give me a range on that, do you know was it
13   over $100,000?
14       A.  I just testified I don't recall.
15       Q.  You don't don't know if it was
16   $500,000?
17       A.  It was less than that.
18       Q.  Somewhere between 100 and 500,
19   would that be fair to say?
20       A.  I believe it was between 100 and
21   $200,000.
22       Q.  Did Jeffrey during the time that
23   you were working for him purchase a town home
24   for you?
25       A.  The subject of the townhouse is, I
```

Page 104

```
 1        G Maxwell - Confidential
 2   worked for it and I had a loan, we did loans.
 3       Q.  So a loan through Jeffrey?
 4       A.  I don't recall the exact
 5   transaction.
 6       Q.  Did he purchase for you a
 7   helicopter during the time you were working
 8   for him?
 9       A.  It was his helicopter.
10       Q.  When did you obtain your pilot
11   license?
12       A.  I believe it was '98 or '99.
13       Q.  Was that for both airplanes and
14   helicopters or just helicopters?
15       A.  Just helicopters.
16       Q.  Have you ever flown ██████
17   ██████  on your helicopter?
18       A.  That is another one of Virginia's
19   lies.
20       Q.  The question is have you ever done
21   that?
22       A.  I have never flown ████████
23   ██████  at any time ever, in any helicopter,
24   in any place, any time, in any state, in any
25   country, at any time anywhere.
```

Page 105

```
 1        G Maxwell - Confidential
 2       Q.  Have you ever had dinner with
 3   ████████████  at Jeffrey's home, at any
 4   of Jeffrey's homes?
 5       A.  No, I don't believe so.
 6       Q.  Have you traveled on Jeffrey's
 7   planes with ██████████?
 8       A.  Yes, I have.
 9       Q.  Would that have been in 2002?
10       A.  It's very hard for me to recollect
11   exact dates but that sounds about right.
12       Q.  Was that during the time that
13   Virginia was working for Jeffrey?
14       A.  I don't know that Virginia ever did
15   work for Jeffrey.  I don't exactly know if
16   she testified to her so-called duties, we
17   know she is a serial liar so I can't testify
18   to what she did or didn't do.  So I object to
19   that characterization of her.  So repeat the
20   question, please.
21       Q.  Can you read the question back?
22           (Record read.)
23       Q.  You can answer the question.
24       A.  What was the question again?
25       Q.  When you were traveling on the
```



Page 106

```
1           G Maxwell - Confidential
2    plane with _____, was that during
3    the time, it was 2002, that you were on a
4    flight with _____ was that during the time
5    Virginia was working for Jeffrey?
6           MR. PAGLIUCA:  Object to the form.
7        Misstates the witness' answer and if you
8        can answer the question, you can answer
9        it.
10       A.  Well, like I said, I don't recall
11   exactly when I flew with him.  I don't recall
12   when Virginia, we know what Virginia claims
13   when she left, so I can't answer the
14   question.  I have no idea.
15       Q.  Do you know _____?
16       A.  I do.
17       Q.  How long have you known him?
18       A.  A very long time.
19       Q.  Since you were a child?
20       A.  I really -- it's so long, it's
21   really a long time ago.  I just don't recall.
22       Q.  Do you remember how you first met
23   him?
24       A.  No, I do not.
25       Q.  Did you introduce him to Jeffrey?
```

Page 107

```
1           G Maxwell - Confidential
2        A.  That would be another of Virginia's
3    lies and the lies you perpetrate.  I never
4    introduced _____ to Jeffrey Epstein
5    at any time ever, so just add that the to
6    long list of lies.
7        Q.  Did Jeffrey know _____?
8        A.  Clearly he knew him.  I think we
9    have that answer but how -- yeah.
10       Q.  Do you know how Jeffery met
11   _____?
12       A.  I do not know Jeffrey met
13   _____.  What I do know is that I did not
14   introduce them.  That is one of the many
15   lies.  Are we tallying all the lies?
16       Q.  Do you know when Jeffrey met
17   _____?
18       A.  I do not know when Jeffrey met
19   _____.
20       Q.  Did you ever introduce _____
21   _____ to any girls under the age of 18 who
22   were not friends of yours children?
23       A.  I have not introduced _____
24   to anyone that I am aware of other than
25   friends of mine who have kids under that age
```

Page 108

```
1           G Maxwell - Confidential
2    that he may have met socially through me.
3        Q.  Did you ever introduce _____
4    _____ to Virginia in London?
5        A.  I understand her story about _____
6    but again, her tissue of lies is extremely
7    hard to pick apart what is true and what
8    isn't.  Actually I wouldn't recollect her at
9    all but for her tissue stories about this
10   situation.
11       Q.  So did you ever introduce _____
12   _____ to Virginia in London?
13       A.  I have no recollection.
14       Q.  Did Virginia ever stay at your home
15   in London, your town home?
16       A.  I know she claims she did but if
17   you are asking me here today to remember
18   specifically, I cannot.
19       Q.  Do you remember taking a trip with
20   Virginia to travel over to Europe, including
21   London?
22       A.  So I have seen her reports and I
23   have seen the plane reports.  I see she says
24   she was on that but again, I really have no
25   recollection of her.
```

Page 109

```
1           G Maxwell - Confidential
2        Q.  Did you know that she was 17 at the
3    time of that trip?
4           MR. PAGLIUCA:  Objection to the
5        form and foundation.
6        A.  I have --
7        Q.  Did you know she was 17 at the time
8    of that trip?
9           MR. PAGLIUCA:  Objection to the
10       form and foundation.
11       A.  I didn't even know she was on the
12   trip.
13       Q.  Did you hold her passport for her
14   when she was traveling?
15          MR. PAGLIUCA:  Objection to the
16       form and foundation.
17       A.  I have no recollection whatsoever
18   of her even being on the trip nor holding her
19   passport.
20          (Maxwell Exhibit 4, picture, marked
21       for identification.)
22       Q.  I'm showing you what we marked as
23   Maxwell Exhibit 4.
24          Can you take a look at that picture
25   for me?
```

Page 110

```
 1        G Maxwell - Confidential
 2    A.  I've looked at it.
 3    Q.  Are you in that picture?
 4    A.  I am.
 5    Q.  ██████████████████████
 6    ████████
 7    A.  It is.
 8        MR. PAGLIUCA:  I don't believe this
 9    has been produced to us in discovery by
10    you.
11        MS. McCAWLEY:  The picture?
12        MR. PAGLIUCA:  Yes.
13        MS. McCAWLEY:  It has.
14        MS. MENNINGER:  Is it the same
15    exact photograph.
16        MS. McCAWLEY:  I believe so.  We
17    will find one.  The picture has been
18    produced a number of times.
19        MR. PAGLIUCA:  I've seen different
20    iterations of this, I don't believe I
21    have ever seen this.
22        MS. McCAWLEY:  We had them blow it
23    up on a page so she could see it.  We
24    could use an article.
25        While you are looking for that, I
```

Page 111

```
 1        G Maxwell - Confidential
 2    will skip ahead.  Hold that until we can
 3    find one that has the Bates range on it.
 4    Q.  Do you recall Virginia being at
 5    your London town home?
 6    A.  I do not.
 7    Q.  Do you recall going to dinner with
 8    ████████████, Jeffrey Epstein and Virginia
 9    Roberts in London, at any time?
10    A.  I do not.
11    Q.  Do you recall going to a place
12    called ████████████████████, Jeffrey
13    Epstein and yourself and Virginia Roberts?
14    A.  I would just like to state for the
15    record ████████████████████████████████
16    ██████████████████████████████████████
17    ██████████████████████████████████████
18    ████████████████████████████████████, at
19    ████████████████████████████████████
20    ████████  I do not have any recollection of it
21    and I doubt it actually happened.
22    Q.  You don't recall that.
23        Do you recall taking Virginia
24    shopping when you were in London to buy an
25    outfit to meet ████████████?
```

Page 112

```
 1        G Maxwell - Confidential
 2    A.  No, I don't.
 3    Q.  Where in your town home -- we will
 4    come back to that.
 5        Do you have guest bedrooms in your
 6    town home in London?
 7    A.  I do.
 8    Q.  How many?
 9    A.  Two.
10    Q.  Did ██████████████ ever visit
11    Jeffrey and you in New York?
12    A.  Yes.
13    Q.  Do you remember him visiting you
14    and Jeffrey in New York in the spring of
15    2001?
16    A.  Again, I can't testify to any
17    specific dates.
18    Q.  So you don't have a recollection of
19    that?
20    A.  I have a recollection -- you've
21    asked me if I have a recollection of being in
22    New York but if you are asking for a date, I
23    cannot confirm that date.
24    Q.  Do you remember ████████████ being
25    present in New York for a party where
```

Page 113

```
 1        G Maxwell - Confidential
 2    ████████  was also present?
 3    A.  I don't recollect.
 4    Q.  Do you recall ever giving ████████
 5    ████████  a gift of a puppet that was in the
 6    same -- that looked like him?
 7    A.  I never gave him a gift of a
 8    puppet.
 9    Q.  Did Jeffrey ever give him a gift of
10    a puppet?
11    A.  No, not that I am aware of.
12    Q.  Have you ever given him any gifts?
13        MR. PAGLIUCA:  Objection,
14    foundation.
15    A.  I know ████████--
16    Q.  Have you ever given him any gifts
17    that you remember when he came to Jeffrey's
18    home in New York?
19    A.  I don't recall giving him any gifts
20    in New York.
21        (Maxwell Exhibit 5, picture, marked
22    for identification.)
23    Q.  I think I directed you to page
24    0034.
25        Is that a picture that was taken at
```



1          G Maxwell - Confidential
2    your London town home?
3          A.   I have no idea what this picture
4    was taken.  I know what she purports it to be
5    but I'm not going to say that I do.
6          Q.   Do the surroundings look like your
7    London town home?
8          A.   They are familiar.
9          Q.   Do you know who took this picture?
10         A.   I do not.
11         Q.   Did Jeffrey Epstein take the
12   picture?
13         A.   I just testified I don't know who
14   took the picture.
15         Q.   So you don't know if Jeffery
16   Epstein took the picture?
17         A.   When I tell you I don't know who
18   took the picture, it doesn't mean him -- I
19   don't know who took the picture.  You can
20   come up with 50 names, I still do not know
21   who took the picture.
22         Q.   Did you observe ████████ go
23   into a room with Virginia alone in your town
24   home?
25         A.   I cannot recall.  As I have said,

1          G Maxwell - Confidential
2    no.
3          Q.   Did ██████████ ever tell you
4    that he had sex with Virginia Roberts?
5          A.   He did not.
6          Q.   Did Jeffrey Epstein ever tell you
7    that ████████ had sex with Virginia
8    Roberts?
9          A.   He did not.
10         Q.   Did ██████████ ever visit -- let
11   me back up for a moment.  We talked about
12   Jeffrey's homes, did Jeffrey have a home in
13   the U.S. Virgin islands called Little St.
14   James?
15         A.   Yes.
16         Q.   Did ██████████ ever visit that
17   island -- are you aware of ████████ ever
18   visiting Jeffrey's island?
19         A.   I am aware of that, yes.
20         Q.   Do you know how many times he
21   visited?
22         A.   I do not.
23         Q.   Do you know if he visited when
24   Virginia was on the island?
25         A.   I do not.

1          G Maxwell - Confidential
2          Q.   Were you present on the island when
3    ████████ visited?
4          A.   Yes.
5          Q.   How many times?
6          A.   I can only remember once.
7          Q.   Were there any girls under the age
8    of 18 on the island during that one visit
9    that you remember that were not family or
10   friends of or daughters of your friends?
11         MR. PAGLIUCA:  Objection to the
12   form and foundation.
13         A.   There were no girls on the island
14   at all.  No girls, no women, other than the
15   staff who work at the house.  Girls meaning,
16   I assume you are asking underage, but there
17   was nobody female outside of the cooks and
18   the cleaners.
19         Q.   Did you, as part of your duties in
20   working for Jeffrey, ever arrange for
21   Virginia to have sex with ████████l?
22         MR. PAGLIUCA:  Objection to the
23   form and foundation.
24         A.   Just for the record, I have never
25   at any time, at anyplace, in any moment ever

1          G Maxwell - Confidential
2    asked Virginia Roberts or whatever she is
3    called now to have sex with anybody.
4          Q.   Did you ever provide Virginia
5    Roberts with an outfit, an outfit of a sexual
6    nature to wear for ████████?
7          MR. PAGLIUCA:  Objection to the
8    form and foundation.
9          A.   I think we addressed the outfit
10   issue.
11         Q.   I am asking you if you ever
12   provided her with an outfit of a sexual
13   nature to wear for ████████?
14         A.   Categorically no.  You did get
15   that, I said categorically no
16         Q.   Don't worry I'm paying attention.
17         A.   You seemed very distracted in that
18   moment.
19         (Maxwell Exhibit 6, flight logs,
20   marked for identification.)
21         A.   Do you mind if I take a break for
22   the bathroom.
23         Q.   It's 11:08 and we are going to go
24   off the record now.
25         THE VIDEOGRAPHER:  It's now 11:09.

Page 146

```
 1        G Maxwell - Confidential
 2   one of his planes?
 3        A.   There was a bed on one of his
 4   planes that folded out, yes.
 5        Q.   Do you recall whether with respect
 6   to this being in Santa Fe, do you recall
 7   whether you were there for some form of a
 8   party?
 9            MR. PAGLIUCA:  Objection to the
10        form and foundation.
11        A.   I don't recall the trip at all and
12   this looks like a total work trip, not a
13   party trip.
14        Q.   What would be the difference
15   between a work trip and a party trip?
16        A.   Just that I would be on trips for
17   work and I believe that this looks like, ███
18   looks like it's one of the -- probably one of
19   the designers and the time would meet with a
20   trip to decorate the house, just the timing
21   of it.
22        Q.   So would Virginia be brought on
23   trips that were for the purpose of work and
24   decorating the house?
25        A.   Like I said, I never worked with
```

Page 147

```
 1        G Maxwell - Confidential
 2   her but you would have to ask Jeffrey what he
 3   brought her on the trip for.
 4        Q.   But she would travel with him when
 5   there was a work trip like this?
 6        A.   I can't -- I'm seeing that she is
 7   on this flight but I have no idea what she is
 8   doing, he invited her, it would not be my
 9   job.
10        Q.   What about Nadia Bjorlin, would she
11   regularly travel with Jeffrey on flights?
12        A.   I have no idea, you would have to
13   look through the flight logs.  I have no
14   idea.
15        Q.   Your recollection is -- what is
16   your recollection, do you recollect Nadia
17   traveling often on flights with Jeffrey?
18        A.   Absolutely not.  No, not at all.  I
19   don't recollect her actually on the flight at
20   all.
21        Q.   I think you can set that aside for
22   the moment.
23            (Maxwell Exhibit 9, message pad
24        pages, marked for identification.)
25        Q.   We will mark as Exhibit 9 these
```

Page 148

```
 1        G Maxwell - Confidential
 2   excerpts from -- we will identify what they
 3   are but from the message pads.
 4            Did you want to correct anything?
 5        A.   I want to make an addendum.
 6            Would you mind rereading the last
 7   question back to me?
 8            (Record read.)
 9        A.   I also just want to say that at
10   this point I cannot recollect flying to
11   parties.  Jeffrey went for work so -- was
12   this in Santa Fe, this flight as well.
13        Q.   The flight we were looking at, yes
14   but it was to Santa Fe --
15        A.   I don't recall going to any parties
16   in Santa Fe at any time but certainly flying
17   to Santa Fe for a party seems highly
18   improbable.
19        Q.   So I'm going to direct your
20   attention to the document that I set before
21   you which is Bates number ██████ and it
22   has different Bates numbers because it's a
23   smaller version of the larger production.
24   These are the pages I will be asking about.
25            In the time that you were working
```

Page 149

```
 1        G Maxwell - Confidential
 2   with Jeffrey in Palm Beach, do you recall a
 3   process for taking, anybody at the house
 4   taking messages when incoming phone calls
 5   came in?
 6        A.   You are supposed to take a message
 7   and receive the message and write the message
 8   down.  Who was the message was for, what time
 9   it was taken and who took it and what the
10   message was, obviously.
11        Q.   Does what's in front of you look
12   familiar with respect to the message pads
13   that you would have used at the house?
14        A.   It is familiar.
15        Q.   I'm going to direct your attention
16   to the second page of it?
17            MR. PAGLIUCA:  These all have SAO
18        numbers on them or Bates ranges and I
19        don't see any of your Bates ranges on
20        these.  I know you have produced message
21        pads but those have your Bates range
22        numbers on them and I'm wondering if
23        these are different documents.
24            MS. McCAWLEY:  It's the same, just
25        ours have the Bates underneath them.
```



Page 150

1          G Maxwell - Confidential
2     These were produced as part of the rule
3     26 discovery.  We can get the additional
4     Bates if you want.
5          Q.   The one I'm asking about first is
6     the ███████.  You can look at that and then
7     I will identify the Bates number referenced
8     in this case.
9          I want to direct your attention to
10    the top right-hand corner just so I have an
11    understanding of how these messages were
12    taken.  So I see that it says at the top it
13    says in the for line it says Ms. Maxwell and
14    the date of ████████ and then I see under the
15    M line it looks like ███████████ or
16    something like that, a phone number and a
17    message saying returning your call and on the
18    bottom it looks like ████.
19          Explain to me, is this -- does this
20    represent ██████ taking down a message for you
21    from ███████, is that how these work?
22          MR. PAGLIUCA:  Objection to the
23    form and foundation.  Go ahead.
24          Q.   My question is, I'm trying to
25    understand how the messages were taken.

Page 151

1          G Maxwell - Confidential
2     Looking at this message pad, where it says
3     signed █████, can you tell me who ████ was?
4          A.   I cannot.
5          Q.   You do not know.
6          Typically when these messages were
7     taken in your practice when you were there,
8     would the individual who took the message
9     write their name on the message?
10          MR. PAGLIUCA:  Objection to the
11    form and foundation.
12          A.   I don't recollect, you can ask who
13    wrote it so you can find out who it was.
14          Q.   Do you know who ██████████ is?
15          A.   I don't.
16          Q.   I'm going to direct your
17    attention -- do we have a Bates number for
18    that?
19          MR. EDWARDS:  ████.
20          Q.   Giuffre ██████ for that one.
21          I will direct your attention to the
22    first page which has the ████████ on it.
23          A.   Okay.
24          Q.   Now at the top of that document, on
25    the right-hand side, the message that reads

Page 152

1          G Maxwell - Confidential
2     for JE, date ██████, message ████████████
3     and then it's signed GM.
4          Is that your signature?
5          A.   That's not my handwriting.
6          Q.   Would other people take a message,
7     how did this process work, is there someone
8     else in the house with the initials GM?
9          MR. PAGLIUCA:  Objection to the
10    form and foundation.
11          A.   I cannot answer that.  It's not my
12    handwriting.
13          Q.   I'm trying to understand how this
14    gets there.  If you took a message and didn't
15    write it down, would someone else record that
16    message for you?
17          MR. PAGLIUCA:  Objection to the
18    form and foundation.
19          A.   All I can tell you, this is not my
20    handwriting so I cannot -- I have no idea
21    what that is.
22          Q.   Was the practice that, what was the
23    practice when someone answered the phone with
24    these message pads, what were they supposed
25    to do?

Page 153

1          G Maxwell - Confidential
2          A.   They were supposed to take a
3     message and the time and date and give the
4     message.
5          Q.   Were they supposed to indicate who
6     took the message?
7          A.   They were but it wasn't -- I don't
8     really recall the actual process.  I can see
9     from here it looks like you were supposed to
10    but that's not my handwriting so I can't say
11    what that was.
12          Q.   Do you know who ██████████████ is?
13          A.   No, I don't.
14          Q.   Do you know whether ██████████████
15    was under the age of 18?
16          A.   I just testified I couldn't
17    remember who she was so it would be difficult
18    to know how old she was.
19          Q.   Do you know if she was coming to
20    the house to provide massages?
21          A.   I don't remember who she is at all,
22    so no.
23          Q.   And then I would like to direct
24    your attention to the message right
25    underneath it.  Which says JE.██████████████

Page 154

```
1          G Maxwell - Confidential
2   and has a phone number and the message says,
3   wants to know if she should bring her friend
4   ██████ tonight.
5          What is that message referring to?
6          MR. PAGLIUCA:  Objection to the
7      form and foundation.
8      A.  I can't possibly know.
9      Q.  Did individuals at the house take
10  messages for underage girls to come over and
11  bring friends for the purpose of providing
12  massages?
13         MR. PAGLIUCA:  Objection to the
14     form and foundation.
15     A.  How would I possibly know what you
16  are talking about.
17     Q.  Did you record messages at the
18  house?
19     A.  It's not my job.
20     Q.  You did from time to time record
21  messages?
22     A.  Hardly ever.
23     Q.  But you did from time to time do
24  it?
25     A.  I'm just saying I hardly ever took
```

Page 155

```
1          G Maxwell - Confidential
2   messages, very, very, very, very
3   infrequently.
4      Q.  Do you know if ██████ brought her
5   friend ██████ over on that night?
6          MR. PAGLIUCA:  Objection to the
7      form and foundation.
8      A.  One, I don't know what this message
9   is, I don't know if I was in Palm Beach, I
10  don't know who ██████ is, I don't know who
11  ██████ is and I don't know what this message
12  is referring to.
13     Q.  So on January 2nd of 2003, were you
14  in Palm Beach?
15     A.  I don't know.
16     Q.  Where would you have been other
17  than Palm Beach at the time?
18     A.  I could have been anywhere.
19     Q.  Where did you typically live?
20     A.  What are you asking me?
21     Q.  So for example, in 2003, where was
22  your primary residence, was it wherever
23  Jeffrey was living and staying or was it
24  independent of that?
25     A.  What was the date again.
```

Page 156

```
1          G Maxwell - Confidential
2      Q.  In 2003?
3      A.  The end of 2003?
4      Q.  January, the beginning.
5      A.  I don't know, I could have been
6   anywhere, Jeffrey and I were leading almost
7   separate lives by then.
8      Q.  If you were at the house that day,
9   did you recall seeing anybody by the name of
10  ██████
11         MR. PAGLIUCA:  Objection to the
12     form and foundation.
13     A.  I don't know if I was at the house,
14  so I can't testify to that.
15     Q.  Let's flip back to the next page,
16  the one we were on before the ██████, the
17  message towards the bottom that says, for
18  Jeffrey, message of Ghislaine.  And it says,
19  Would it be helpful to have and then redacted
20  come to Palm Beach today to stay here and
21  help train new staff with Ghislaine.  Who
22  were you referring to in that message; do you
23  remember?
24         MR. PAGLIUCA:  Objection to the
25     form and foundation.
```

Page 157

```
1          G Maxwell - Confidential
2      Q.  The question is, do you recall this
3   message?
4      A.  I do not recall this message.
5      Q.  Do you recall training a female
6   under the age of 18 at Jeffrey's home?
7          MR. PAGLIUCA:  Objection to the
8      form and foundation.
9      A.  I never trained a female under the
10  age of 18 at Jeffrey's home.
11     Q.  Did you ever say it would be
12  helpful to have a female under the age of 18
13  come to Palm Beach today to stay here and
14  help train new staff with Ghislaine?
15     A.  I never asked anyone under the age
16  of 18 come to help train new staff.
17     Q.  I'm going to flip to the next page
18  which is ██████.
19     A.  By the way, that is not my
20  handwriting and it's not dated and I couldn't
21  possibly tell you who that is.
22         Did you hear that?
23     Q.  You got your testimony on the
24  record.
25  ██████.
```

Page 158

```
1              G Maxwell - Confidential
2       A.  Yes.
3              MR. EDWARDS: Giuffre ████.
4       Q.  I'm going to direct your attention
5   to the top right-hand corner, for Mr.
6   Epstein, ████, message ████, a phone
7   number and called.
8              Do you know who ████ is?
9       A.  I don't.
10      Q.  Do you know that ████ was 15 at
11  the time she left this message?
12             MR. PAGLIUCA: Objection to the
13  form and foundation.
14      A.  I don't know who ████ is.
15      Q.  And then I'm going to direct your
16  attention to the bottom left which is a
17  message JE message of ████ and the
18  message says, He just did a good one, 18
19  years, she spoke to me and said I love
20  Jeffrey.
21             Was ████ referring to sex with
22  an 18 year old in that message?
23             MR. PAGLIUCA: Objection to the
24  form and foundation.
25      A.  How could I know what ████ is
```

Page 159

```
1              G Maxwell - Confidential
2   referring to.
3       Q.  Do you know if ████ had sex
4   with an 18 year old that he referenced to
5   Jeffrey Epstein?
6              MR. PAGLIUCA: Objection to the
7   form and foundation.
8       A.  How could I possibly know.
9       Q.  Did Jeffrey Epstein or ████
10  ever tell you that ████ had sex with an
11  18 year old?
12             MR. PAGLIUCA: Objection to the
13  form and foundation.
14      A.  I have no idea what you are talking
15  about.
16      Q.  Did they ever tell you that?
17      A.  I have no recollection of ever
18  hearing such a ridiculous thing.
19      Q.  I will turn to the next page which
20  is SAO 2841?
21             MS. MENNINGER: Do you have the
22  Bates number?
23      Q.  The bottom right-hand corner, Mr.
24  Epstein, the date ████, Ms. Maxwell, it
25  says, ████, it says, quote, ████ is
```

Page 160

```
1              G Maxwell - Confidential
2   available on Tuesday, no one for tomorrow.
3              Is this a message you took?
4       A.  It's not my handwriting and I don't
5   know who R is.
6       Q.  So when it says Ms. Maxwell in the
7   line there, is that you calling for Mr.
8   Epstein?
9              MR. PAGLIUCA: Objection to the
10  form and foundation.
11      A.  I didn't write it, I don't know
12  when this message was taken. I don't even
13  know what it's referring to and I don't know
14  what my name is doing on that message pad.
15      Q.  I know you said you only took them
16  a few times. Do you have a recollection of
17  taking messages of females who would call the
18  house to indicate whether or not they were
19  coming over?
20             MR. PAGLIUCA: Objection to the
21  form and foundation.
22      A.  Give me a date range.
23      Q.  On 7/9/04.
24      A.  How would I know if I'm in Palm
25  Beach, most likely not.
```

Page 161

```
1              G Maxwell - Confidential
2       Q.  I'm asking if you have a
3   recollection of taking messages for girls who
4   would call the house --
5       A.  Girls.
6       Q.  Females, who would call the
7   house --
8       A.  Over the age of 18.
9       Q.  ████ is 15.
10      A.  I don't know who ████ is, so I
11  can't testify anything to ████.
12      Q.  Your name is on the message.
13      A.  I didn't put it there and I don't
14  know what it's doing there.
15      Q.  So your testimony is you didn't
16  take this message?
17      A.  I obviously didn't take the
18  message, it's signed by somebody R, it's not
19  my handwriting. We don't know if I'm in Palm
20  Beach.
21      Q.  Did you arrange for ████ to have
22  his friend ████ come over on Tuesday of
23  this week?
24      A.  I don't know who ████ is so it
25  would be hard for me to arrange anything with
```

MAGNA ▶
LEGAL SERVICES

Page 162

```
1        G Maxwell - Confidential
2    someone I don't know.
3        Q.  Why is your name reflected on this
4    message pad?
5            MR. PAGLIUCA:  Objection to the
6        form and foundation.
7        A.  I have no idea.  You would have to
8    ask whoever took the message.
9        Q.  Did you, in the course of your
10   work, regularly take messages for Jeffrey
11   Epstein?
12       A.  I already testified I hardly ever
13   did.
14       Q.  Would you, in the course of your
15   work, regularly set up appointments for
16   females to come over and give massages for
17   Jeffrey Epstein?
18           MR. PAGLIUCA:  Objection to the
19       form and foundation.
20       A.  Can you specify, females, you mean
21   adults over the age of 18.
22       Q.  Did you regularly set up for
23   Jeffery adults over the age of 18 to come for
24   massages?
25       A.  I didn't regularly do that, no.
```

Page 163

```
1        G Maxwell - Confidential
2        Q.  Would you take messages with
3    respect to females over the age of 18 to come
4    over for a massage?
5        A.  I already testified I hardly ever
6    did take messages.
7        Q.  But would you?
8        A.  I already testified, I hardly
9    ever --
10       Q.  I know hardly ever, but did you?
11       A.  Over the course of time it is
12   possible I may have taken a couple, I have no
13   recollection.  I hardly ever did and I did so
14   irregularly that it would hard for me to
15   pinpoint.
16       Q.  Did you ever take a message for a
17   female under the age of 18 to come over for a
18   massage or for any other reason to be with
19   Jeffrey Epstein?
20           MR. PAGLIUCA:  Object to the form
21       and foundation.
22       A.  I hardly ever took a message.  I
23   have absolutely no way of knowing, maybe one
24   of my friends' daughters called to say they
25   were coming to visit me.  I have never taken
```

Page 164

```
1        G Maxwell - Confidential
2    messages, I don't know about how I would
3    possibly know if somebody I spoke to, one or
4    two times I took a message is, how old they
5    would be but I have never taken a message
6    where I was aware of anything being under the
7    age of 18 and I probably took it so
8    infrequently, it would be impossible.
9        Q.  Can you turn to ▮▮▮▮▮ it
10   should be the next page.
11       A.  Uh-huh.
12       Q.  Do you see at the top, it says, for
13   Mr. J.  11/8/04 and then the name is
14   redacted.  It says, I have a female for him.
15       Why would a minor be calling
16   Jeffrey to say they have a female for him?
17       Do you know?
18           MR. PAGLIUCA:  Objection to the
19       form and foundation.
20       A.  First of all, I don't know that's a
21   minor, I don't know who took the message.
22       Q.  I will represent to you these are
23   police reports and minor's names have to be
24   redacted for privacy purposes?
25           MR. PAGLIUCA:  Objection to the
```

Page 165

```
1        G Maxwell - Confidential
2        form and foundation.
3        Q.  Do you know why a minor child would
4    be calling Jeffrey and leaving a message to
5    say, quote, I have a female for him?
6            MR. PAGLIUCA:  Objection to the
7        form and foundation.
8        A.  I can't testify anything about this
9    message, I don't know anything about it.
10       Q.  I'm going to direct your attention
11   to the next page ▮▮▮▮▮▮.  If you look at
12   the bottom left, you are going to see a
13   message for Jeffrey, from ▮▮▮▮▮▮, it
14   says she doesn't have a number and left a
15   message that she called.
16       Do you know who ▮▮▮▮▮▮ is?
17       A.  I do not.
18       Q.  Do you know that ▮▮▮▮▮▮ was
19   13 at the time she placed this call to
20   Jeffrey?
21       A.  I don't know who ▮▮▮▮▮▮ is.
22       Q.  Would Jeffrey regularly have 13
23   year olds call and leave messages?
24           MR. PAGLIUCA:  Objection to the
25       form and foundation.
```

MAGNA
LEGAL SERVICES

Page 166

```
 1        G Maxwell - Confidential
 2        A.  How would I possibly, these were
 3   messages taken when I was not at the house
 4   and I have no idea who they are nor how old
 5   they are nor anything.
 6        Q.  How do you know you weren't at the
 7   house on this day?
 8        A.  I was hardly at the house in 2005.
 9        Q.  So you could have been there, you
10   just don't know?
11        A.  In the five days I might have been
12   there in 2005, I suppose it's possible but
13   it's unlikely.
14           MR. PAGLIUCA:  Do you know why this
15        isn't redacted if you are representing
16        all the names of people who are underage
17        have been redacted from these records.
18           MS. McCAWLEY:  I think it was -- my
19        assumption is it was a miss by the
20        police department.
21        Q.  I will direct your attention to ███
22   ███ so you will skip a page and go back,
23   it's the final page in the message pads and
24   you will see on the top left for Jeffrey, on
25   6/1/2005 from ███████ with a phone
```

Page 167

```
 1        G Maxwell - Confidential
 2   number.  It says, quote, He has a teacher for
 3   you to teach you how to speak Russian.  She
 4   is two times eight years old.  Not blond.
 5   Lessons are free and you can have your first
 6   today if you call.
 7        Do you know whether ███████
 8   sent a Russian girl that was 16 years old
 9   over to Jeffrey Epstein's home?
10           MR. PAGLIUCA:  Objection to the
11        form and foundation.
12        A.  I do not know.
13        Q.  Did you ever observe a Russian girl
14   that was 16 years old come to Jeffrey
15   Epstein's home?
16        A.  I am not aware of any 16 year old
17   Russian girl that I can recall in Jeffrey
18   Epstein's home.
19        Q.  Do you know whether Jeffrey Epstein
20   had sex with a 16 year old Russian girl?
21           MR. PAGLIUCA:  Objection to the
22        form and foundation.
23        A.  I do not know.
24           THE VIDEOGRAPHER:  It's 12:25.
25        This will be the end of disk 3, we are
```

Page 168

```
 1        G Maxwell - Confidential
 2   off the record.
 3        (Recess.)
 4        A F T E R N O O N   S E S S I O N
 5        (Time noted:  1:21 p.m.)
 6   G H I S L A I N E   M A X W E L L,
 7   resumed and testified as follows:
 8   EXAMINATION BY (Cont'd.)
 9   MS. McCAWLEY:
10        THE VIDEOGRAPHER:  It's now 1:21,
11        we're starting disk No. 4.  We are back
12        on the record.
13        Q.  Ms. Maxwell, before the break, we
14   were talking about and I think it's one of
15   the exhibits that's marked in front of you,
16   I'm not sure of the number, but the police
17   report that I showed you earlier today.
18        Now that you have knowledge of the
19   police report and the criminal investigation
20   with respect to Jeffrey Epstein, do you
21   believe that Jeffrey Epstein abused any minor
22   children?
23           MR. PAGLIUCA:  Objection to the
24        form and foundation.
25        A.  Can you repeat the question please
```

Page 169

```
 1        G Maxwell - Confidential
 2   and break it down so it's more
 3   understandable.
 4        Q.  Now that you have the police report
 5   that I showed you this morning that you had
 6   an opportunity to look at.
 7        A.  You gave it to me, I did not look
 8   at it.
 9        Q.  The questions that I asked you
10   about the police report -- you are aware
11   there is a police report?
12        A.  I am aware there is a police
13   report.
14        Q.  You are aware there was a criminal
15   investigation of Jeffrey Epstein?
16        A.  I am aware that there was that.
17        Q.  Now that you are aware of those two
18   things and having talked to Jeffrey Epstein,
19   do you believe Jeffrey Epstein sexually
20   abused minors?
21           MR. PAGLIUCA:  Objection to the
22        form and foundation.
23        A.  Can you reask the second part of
24   that question please.
25        Q.  Sure.  The two documents we were
```

**MAGNA** ▶
**LEGAL SERVICES**

Page 242

G Maxwell - Confidential

1     G Maxwell - Confidential
2   please?
3     Q.  Is it an obvious lie that you had
4   sex toys in Jeffrey Epstein's Palm Beach
5   house?
6       MR. PAGLIUCA:  Objection to the
7     form and foundation.
8     A.  Did Virginia say that?
9     Q.  I'm asking you a question.
10      Is it an obvious lie that you had
11  sex toys in Jeffrey Epstein's house?
12    A.  I don't recall any sex toys.
13    Q.  If someone said had you sex toys,
14  would that be an obvious lie?
15      MR. PAGLIUCA:  Objection to the
16    form and foundation.
17    A.  Like I said -- can you be more
18  specific about the house or whatever, what
19  exactly you are referring to, what's a sex
20  toy?
21    Q.  Yes.  How would you define a sex
22  toy?
23    A.  No.  I need you to define a sex
24  toy, I don't have enough knowledge of sex
25  toys.

Page 243

1     G Maxwell - Confidential
2     Q.  I will define it based on the
3   dictionary's definition, which is an object
4   or device used to sexually stimulate or
5   enhance sexual pleasure.
6     A.  What's your question, please?
7     Q.  The question is, is it an obvious
8   lie that you had sex toys in Jeffrey
9   Epstein's Palm Beach house?
10      MR. PAGLIUCA:  Same objection.
11    Q.  You can answer.
12    A.  Like I said, I do not have any
13  recollection of sex toys in Jeffrey's house.
14    Q.  Is it a lie, is it an obvious lie
15  that you took pictures of nude girls?
16      MR. PAGLIUCA:  Object to the form
17    and foundation.
18    A.  We already covered this.  Girls we
19  are not referring to -- I can only testify to
20  taking pictures of adult people and I already
21  testified they are not nude, per se.  That
22  every picture that I ever took and which they
23  were very limited, always by request, the
24  people would be covered or it would be a hand
25  or a foot.  There was never any pictures that

Page 244

1     G Maxwell - Confidential
2   I took of people would only have been
3   mainstream type magazine type photos and any
4   photos I took could have been very happily
5   and expected to be displayed on your parents'
6   mantel piece or grandparents' mantel piece.
7     Q.  Is it a lie that you approached
8   females to bring them to Jeffrey Epstein?
9       MR. PAGLIUCA:  Objection to the
10    form and foundation.
11    A.  Please ask the question, again.
12    Q.  Sure.  Is it a lie that you
13  approached females to bring them to Jeffrey
14  Epstein?
15    A.  I don't know what you are asking
16  me.
17    Q.  I'm asking you, if it's a lie that
18  you approached females to bring them to
19  Jeffrey Epstein?
20      MR. PAGLIUCA:  Objection to the
21    form and foundation.
22    A.  You are not asking me a good
23  question, sorry.
24    Q.  You don't get to choose the
25  questions.

Page 245

1     G Maxwell - Confidential
2     A.  I would like to answer your
3   questions but you are not asking me a
4   question that I can answer.
5     Q.  What about that is causing you
6   pause where you can't answer the question?
7     A.  You are trying to trap me and
8   that's not fair, so I already testified that
9   I hire people across the board, so I would
10  hire architects, decorators, pool people,
11  exercise instructors, gardeners, cooks,
12  chefs, cleaning people.  So I, in the course
13  of a very long time when I would hire people
14  I hired people to work for Jeffrey.  So I'm
15  happy to testify to hiring people for every
16  possible conceivable proper job that you
17  could conceive of within the context of
18  Jeffrey's life and homes.
19    Q.  Is it a lie that you approached
20  females to bring them to Jeffrey Epstein for
21  the purpose of performing massages?
22      MR. PAGLIUCA:  Objection to the
23    form and foundation.
24    A.  Again, I have already testified
25  that part of the job that I had was to hire

MAGNA
LEGAL SERVICES

Page 250

1          G Maxwell - Confidential
2    agree to that?
3          MR. PAGLIUCA:  Objection to the
4       form and foundation.
5       Q.  Are they under the age of 18?
6       A.  We already established that you can
7    be a masseuse in Florida at age 17.  That
8    does not make it inappropriate.
9       A.  I'm not saying appropriate or
10   inappropriate.  I'm just asking if there were
11   any exercise instructors that were under the
12   age of 18.
13      A.  I am not aware if anybody was but I
14   don't want to full out and say you oh she
15   said, we already established you can be a 17
16   year old masseuse and have it not be
17   something that is not appropriate.  So when
18   you say that and then you go, well, you come
19   back and say something, now we can establish
20   that Virginia was 17 but you can be a 17 year
21   old legal masseuse, but I am not aware to
22   your point.
23      Q.  Who were the other 17 year old
24   masseuses that you were aware of?
25      A.  I am not aware of any.

Page 251

1          G Maxwell - Confidential
2       Q.  Were there any 16 year year old
3    masseuse that you are aware of?
4       A.  I am not aware.
5       Q.  Any 15?
6       A.  I just want to be clear.  The only
7    person that I am aware of who claims to have
8    been a -- we have to -- we established
9    Virginia now is 17, given she has changed her
10   age so many times.  The only person that I am
11   aware of that was a masseuse at the time when
12   I was present in the house was Virginia.
13      Q.  Is it an obvious lie that Jeffrey
14   Epstein had a sexual preference for underage
15   miners?
16          MR. PAGLIUCA:  Objection to the
17       form and foundation.
18      A.  Can you ask the question again?
19      Q.  It is an obvious lie that
20   Jeffrey Epstein had a sexual preference for
21   underage minors?
22          MR. PAGLIUCA:  Objection to the
23       form and foundation.
24      A.  Can you ask the question again?
25      Q.  Is it an obvious lie that Jeffrey

Page 252

1          G Maxwell - Confidential
2    Epstein had a sexual preference for underage
3    minors?
4          MR. PAGLIUCA:  Object to the form
5       and foundation.
6       A.  I cannot testify to what
7    Jeffrey's --
8       Q.  You don't know his preference?
9       A.  You handed me a stack of papers
10   from the police reports and that's what I've
11   read but I have no knowledge, direct
12   knowledge, of what you are referencing.
13      Q.  So you don't know, you don't know
14   in your own mind that Jeffrey Epstein had a
15   sexual preference for underage minors, is
16   that correct?
17          MR. PAGLIUCA:  Objection to the
18       form and foundation.
19      Q.  Is that correct?
20      A.  Please ask the question again.
21      Q.  You don't know in your own mind
22   that Jeffrey Epstein had a sexual preference
23   for underage minors?
24          MR. PAGLIUCA:  Objection to the
25       form and foundation.  You have to pause,

Page 253

1          G Maxwell - Confidential
2    let me object, answer the question.
3    Listen to her question, pause, I object,
4    you answer.
5       Q.  So you don't know in your own mind
6    that Jeffrey Epstein had a sexual preference
7    for underage minors?
8          MR. PAGLIUCA:  Objection to the
9       form and foundation.
10      Q.  You can answer.
11      A.  I cannot tell you what Jeffrey's
12   story is.  I'm not able to.
13      Q.  Did Jeffrey Epstein have a scheme
14   to recruit underage girls to use them for
15   purposes of sexual massages?
16          MR. PAGLIUCA:  Objection to the
17       form and foundation.
18      A.  Can you ask me again, please?
19      Q.  Did Jeffrey Epstein have a scheme
20   to recruit underage girls to recruit them for
21   sexual massages?
22          MR. PAGLIUCA:  Objection to the
23       form and foundation.
24      A.  Can you ask it a different way?
25      Q.  Did Jeffrey Epstein have a scheme

MAGNA ►
LEGAL SERVICES

Page 254

```
 1        G Maxwell - Confidential
 2  to recruit underage girls for sexual
 3  massages?
 4        MR. PAGLIUCA:  Objection to the
 5     form and foundation.
 6     Q.  If you know.
 7     A.  I don't know what you are talking
 8  about.
 9     Q.  Is it an obvious lie that Virginia
10  Giuffre was a minor the first time she was
11  taken to Jeffrey Epstein's house?
12        MR. PAGLIUCA:  Objection to the
13     form and foundation.
14     A.  So we've already established that
15  Virginia was 17 and we have established that
16  her mother brought her to the house and that
17  she came as a masseuse, age 17, which is
18  legal in Florida.
19     Q.  Would Jeffrey Epstein's assistants
20  arrange times for underage girls to come to
21  the house for sexual massages?
22        MR. PAGLIUCA:  Objection to the
23     form and foundation.
24     A.  What are you talking about?
25     Q.  Sure.  Would Jeffrey Epstein's
```

Page 255

```
 1        G Maxwell - Confidential
 2  assistants, I think earlier you mentioned, we
 3  talked about ████████ who worked in the
 4  role as an assistant or ██████████.
 5  Would Jeffrey Epstein's assistants arrange
 6  times for underage girls to come over the
 7  house for sexual massages?
 8        MR. PAGLIUCA:  Objection to the
 9     form and foundation.
10     A.  Again, I read the police reports so
11  this is all happening according to the police
12  reports when I am no longer at the house so I
13  can't testify to what Jeffrey's assistants
14  did when this kind of activity as alleged in
15  the reports.
16     Q.  So you don't know?
17     A.  No.
18     Q.  Would Jeffrey Epstein's assistants,
19  meaning ████████████████████ or any
20  other assistant that you are aware of from
21  the time you worked there take nude
22  photographs of underage girls?
23        MR. PAGLIUCA:  Object to the form
24     and foundation.
25     A.  During what period of time?
```

Page 256

```
 1        G Maxwell - Confidential
 2     Q.  During any period of time you
 3  worked, did you observe that?
 4     A.  I did not observe any such
 5  photographs.
 6     Q.  Are you aware if they took those
 7  kinds of photos?
 8     A.  I am not aware.
 9        MR. PAGLIUCA:  Can we take a
10     five-minute break.
11        THE VIDEOGRAPHER:  It's 2:58 and we
12     are off the record.
13        (Recess.)
14        THE VIDEOGRAPHER:  It's now 3:10.
15     We're starting disk No. 6 and we are
16     back on the record.
17     Q.  Ms. Maxwell, was it an obvious lie
18  when Virginia said she was sent to Thailand
19  by Epstein in September of 2002?
20        MR. PAGLIUCA:  Objection to the
21     form and foundation.
22     A.  I have no knowledge of Virginia
23  being sent to Thailand.
24        But may I say something?
25     Q.  There is not a question pending
```

Page 257

```
 1        G Maxwell - Confidential
 2  unless you want to clarify something.
 3        Did you want to clarify that?
 4     A.  No, I just wanted to say something.
 5     Q.  Is it an obvious lie when Virginia
 6  said she was given instructions to maintain
 7  telephone contact with you while she was in
 8  Thailand?
 9        MR. PAGLIUCA:  Objection to the
10     form and foundation.
11     A.  Can you repeat the question?
12     Q.  Is it an obvious lie when Virginia
13  said she was given instructions to maintain
14  telephone contact with you when she was in
15  Thailand?
16        MR. PAGLIUCA:  Same objection.
17     A.  I have no idea what instructions
18  Virginia was given, if any, when she went to
19  Thailand.
20     Q.  So you know she went to Thailand?
21     A.  I know she claimed she went to
22  Thailand from having read it but given that
23  she lied about everything it's hard to know
24  what is true and not true.
25     Q.  Would it make any sense for her to
```

MAGNA ▶
LEGAL SERVICES

Page 266

1     G Maxwell - Confidential
2  can see the dates.
3           MR. PAGLIUCA:  Can you identify a
4     Bates number, please.
5     Q.  ████, which was at the top says,
6  ████████.  I'm going to refer you,
7  at the same time, to the flight logs which
8  were marked, the thicker document that looks
9  like this with all the log entries on it.
10 I'm going to refer you to page --
11          MR. PAGLIUCA:  That's Exhibit No.
12    6, correct?  I'm trying to keep the
13    record straight.
14          MS. McCAWLEY:  I don't have Exhibit
15    numbers on mine.  That's Giuffre --
16          MR. PAGLIUCA:  Hang on one second.
17    A.  Can you repeat the number please.
18    Q.  ████.  And if you will look on
19 that page at the entry, under ████████
20 ████ starting with the ██ and then it runs
21 down to the, looks like the ███, that first
22 entry has
23 ████████, Jeffrey Epstein and the
24 initials GM.
25          Do you remember taking a trip with

Page 267

1     G Maxwell - Confidential
2  ████████ during ████████?
3           MR. PAGLIUCA:  Objection to the
4     form and foundation.
5     A.  Can you repeat the question,
6  please?
7     Q.  Do you remember taking a trip with
8  ████████ during ████████,
9  that's the ███ it looks like, through the
10 ████?
11    A.  I don't remember the dates.  I
12 couldn't testify to when we actually did it
13 but I do remember the trip itself.
14    Q.  So you were traveling with Jeffrey
15 Epstein and ████████ at the same
16 time Virginia was headed to Thailand, is that
17 correct?
18          MR. PAGLIUCA:  Objection to the
19    form and foundation.
20    A.  I don't know, is that right?
21    Q.  If you look at ████████ on the
22 document that I gave you, the first document
23 and then you referred to, if you look in the
24 same as above lines, you will see the travel
25 group with ████████?

Page 268

1     G Maxwell - Confidential
2           MR. PAGLIUCA:  Are you asking her
3     to compare the documents or are you
4     asking her what her personal knowledge
5     is.
6           MS. McCAWLEY:  I'm asking if she can
7     look at the doubts and tell me if she
8     recalls that she traveling with
9     ████████ at the same time this
10    document reflects Virginia was in
11    Thailand.
12    A.  I can't testify to any dates.  I
13 couldn't tell you.  I can see a date and I
14 can see a date but I can't tell you that I
15 have a memory of the dates.  I have a memory
16 of the trip, I don't have a memory of the
17 time.
18    Q.  Who is ████████?
19    A.  ████████.
20    Q.  What is her address?
21    A.  I don't know.
22    Q.  Does she live in the United States?
23    A.  She does.
24    Q.  In what state?
25    A.  I believe in New Jersey somewhere.

Page 269

1     G Maxwell - Confidential
2     Q.  Do you have her phone number?
3     A.  Not memorized.
4     Q.  Do you have the ability to get her
5  phone number?
6     A.  Of course.
7     Q.  Has she ever asked -- has ████
8  ████ ever asked other girls to come over to
9  see Jeffrey Epstein for the purpose of a
10 sexual massage?
11          MR. PAGLIUCA:  Objection to the
12    form and foundation.
13    A.  Can you ask the question again
14 please.
15    Q.  Has ████████ ever asked girls to
16 come over to see Jeffrey Epstein for the
17 purpose of a sexual massage?
18          MR. PAGLIUCA:  Object to form and
19    foundation.
20    A.  Can you ask again, please?
21    Q.  Has ████████ ever asked girls to
22 come over to see Jeffrey Epstein for the
23 purpose of sexual massage?
24    A.  I have no personal knowledge.
25    Q.  What does ████████ do for you?

Page 286

1    G Maxwell - Confidential
2    moment there is such a document, just
3    hypothetically, and assuming for the
4    moment that it is going to get produced
5    somewhere, if it hasn't already been
6    produced, obviously that would involve a
7    waiver, a future waiver of the
8    privilege.  I think that's the answer to
9    the question.
10   Q.  Has the document been produced, do
11   you know?
12   A.  You have everything that I have
13   given you, so if you can't -- if it's not in
14   those documents, I don't know what to tell
15   you.
16   Q.  Your lawyers haven't withheld any
17   documents?
18   A.  They are right here.  You can ask
19   them.
20   Q.  I'm asking you.
21   A.  I don't know what -- they're
22   lawyers.
23   Q.  When we were talking earlier about
24   ▮▮▮▮▮▮▮▮▮, I asked you whether you had
25   ever given him a gift of a puppet.

Page 287

1    G Maxwell - Confidential
2    Did you ever, not as a gift, did
3    you ever see in the presence of ▮▮▮▮▮▮
4    a puppet?
5    MR. PAGLIUCA:  Objection to the
6    form and foundation.
7    A.  Can you be more direct, please?
8    Q.  Sure.  Were you ever in a room with
9    ▮▮▮▮▮▮▮▮▮ where there was a puppet?
10   MR. PAGLIUCA:  Objection to the
11   form and foundation.
12   A.  Can you be more specific please and
13   can you bound it by time and be more
14   specific, whatever you are actually asking
15   me?
16   Q.  Were you ever in a room with ▮▮▮▮
17   ▮▮▮▮▮ in New York in Jeffrey Epstein's home
18   where there was a puppet?
19   MR. PAGLIUCA:  Objection to the
20   form and foundation.
21   A.  What sort of puppet are you asking
22   me?
23   Q.  Any kind of puppet?
24   A.  You need to be more descriptive.  I
25   don't know what you mean by puppet, there is

Page 288

1    G Maxwell - Confidential
2    hand puppets, all sorts of puppets.
3    Q.  Is there any puppet you've ever
4    seen in Jeffrey Epstein's home in the
5    presence of ▮▮▮▮▮▮▮▮▮?
6    A.  Again, puppet, you know, there is
7    lots of types of puppets.
8    Q.  Any type of puppet.
9    A.  If you want to give me a
10   description of the puppet, I would be perhaps
11   be able to say.
12   Q.  Any type of puppet?
13   A.  Can you be more detailed?
14   Q.  Have you ever seen a puppet in
15   Jeffrey Epstein's home in the presence of
16   ▮▮▮▮▮▮▮▮▮?
17   A.  My understanding of a puppet is a
18   small handheld item you have in a circus.  I
19   have never seen that.
20   Q.  Have you ever seen a puppet which
21   is defined as a movable model of a person or
22   animal that is used in entertainment and
23   typically moved either by strings or
24   controlled from above or by a hand inside it?
25   MR. PAGLIUCA:  Objection to the

Page 289

1    G Maxwell - Confidential
2    form and foundation.
3    A.  I have not seen a puppet that fits
4    exactly that description.
5    Q.  Have you seen any puppet that fits
6    any description?
7    MR. PAGLIUCA:  Objection to the
8    form and foundation.
9    A.  Can you reask the question, please?
10   Q.  Yes.
11   Have you seen any puppet that fits
12   any description in the presence of ▮▮▮▮▮
13   ▮▮▮▮▮ in Jeffrey Epstein's home?
14   MR. PAGLIUCA:  Objection to the
15   form and foundation.
16   A.  I am not aware of any small
17   handheld puppet that was there.  There was a
18   puppet -- not a puppet -- there was a -- I
19   don't know how would you describe it really,
20   I don't know how would you describe it.  Not
21   a puppet, I don't know how you would describe
22   it.  A caricature of ▮▮▮▮▮▮▮▮▮ that was
23   in Jeffrey's home.
24   Q.  Did you use that caricature to put
25   the hand of the caricature on ▮▮▮▮▮▮

MAGNA
LEGAL SERVICES

Page 290

```
 1        G Maxwell - Confidential
 2    ███████ breast?
 3        MR. PAGLIUCA:  Objection to the
 4    form and foundation.
 5        A.  I don't recollect.  I recollect the
 6    puppet but I don't recollect anything around
 7    the puppet.  You characterized puppet, I
 8    characterize it as, I don't know, as a
 9    characterization of ███████.
10        Q.  Do you recollect asking Virginia
11    Roberts to sit on ███████ lap with
12    the caricature of ███████?
13        A.  I do not recollect that.
14        Q.  What do you remember about the
15    caricature of the ███████ caricature
16    when you were in the presence of ███████
17    ███████, Virginia Roberts and ███████?
18        MR. PAGLIUCA:  Objection to the
19    form and foundation.
20        A.  I don't recollect the story as told
21    by ███████ or Virginia.  I don't even know
22    who -- I remember the caricature of
23    ███████ and I remember ███████ but I
24    don't recall anything else around the
25    caricature.
```

Page 291

```
 1        G Maxwell - Confidential
 2        Q.  Did you give it to him?
 3        A.  I did not.
 4        Q.  Who gave it to him?
 5        A.  I don't think it was given to him
 6    at all.
 7        Q.  Did he bring it?
 8        A.  No.
 9        Q.  Was it something that was at the
10    house?
11        A.  As best I recollect.
12        Q.  Was it something that you saw at
13    the house in advance of ███████
14    arrival?
15        A.  Again, I don't real -- I recollect
16    the caricature, I recollect ███████, I
17    don't recollect much else around the
18    caricature.
19        Q.  Was there a party going on in the
20    house at the time you recollect the
21    caricature?
22        MR. PAGLIUCA:  Objection to the
23    form and foundation.
24        A.  You have to be way more specific?
25        Q.  Do you remember, you said you
```

Page 292

```
 1        G Maxwell - Confidential
 2    recollect this caricature, you recollect
 3    ███████ being there.  Do you recollect
 4    a party going on at the time of that
 5    interaction with ███████ and the
 6    caricature?
 7        MR. PAGLIUCA:  Objection to the
 8    form and foundation.
 9        A.  I don't recollect a party -- first
10    of all, they weren't really parties -- I
11    don't recollect a party -- I don't know what
12    you mean by party in the context of that
13    scenario.
14        Q.  Who do you recollect being at the
15    home during the time ███████ was there
16    with this caricature?
17        MR. PAGLIUCA:  Objection to the
18    form and foundation.
19        A.  I only recollect myself with ███████
20    ███████, I don't recollect anybody else.
21        Q.  You don't recollect Jeffrey Epstein
22    being there?
23        A.  Actually, no.
24        Q.  You don't recollect ███████
25    being there?
```

Page 293

```
 1        G Maxwell - Confidential
 2        A.  No.
 3        Q.  You don't recollect Virginia
 4    Roberts being there?
 5        A.  No.
 6        Q.  It was just you and ███████?
 7        A.  I am not saying it was just me and
 8    ███████, you are asking me do you
 9    remember.  I only remember ███████, I
10    remember ███████ and the caricature but
11    I can't place the caricature and everybody
12    else in the same context, the same timeframe
13    you are asking me.
14        Q.  ███████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████?
24        MR. PAGLIUCA:  Objection to the
25    form and foundation.
```

MAGNA ▶
LEGAL SERVICES

Page 302

```
1        G Maxwell - Confidential
2   he and Virginia Roberts were together in the
3   presence of ███████.
4           MR. PAGLIUCA:  Objection to the
5   form and foundation.
6        A.  I can't speak to what Jeffrey would
7   say.
8        Q.  Has he talked to about Virginia
9   Roberts' statement that she was in the
10  presence of ███████?
11          MR. PAGLIUCA:  Objection to the
12  form and foundation.
13       A.  I have not discussed individual
14  presences with Virginia.  That's not -- I'm
15  only concerned with what I know to be the
16  stuff about me.  So my focus has always been
17  the lies and the obvious lies as something I
18  can personally attest to.  I cannot possibly
19  talk for anything else.
20       Q.  Has Jeffrey Epstein said to you
21  anything along the lines of Virginia is lying
22  when she says she met ███████?
23          MR. PAGLIUCA:  Objection to the
24  form and foundation.
25       A.  Again, I'm not talking about what
```

Page 303

```
1        G Maxwell - Confidential
2   she says as regards to other people.  I can
3   talk to things as regards to me.
4        Q.  I'm asking if Jeffrey ever said
5   that to you?
6        A.  I don't recollect specific
7   conversations along those things.
8        Q.  You don't recollect him saying that
9   to you?
10       A.  I don't recollect him saying to me
11  that Virginia didn't meet ███████.  I'm
12  sure that wouldn't be a conversation that we
13  would have.  It doesn't effect me whether --
14  so I'm really only concerned about the lies
15  that were told as regards to me.
16       Q.  Can Jeffrey Epstein confirm or deny
17  whether you sent Virginia to give Glenn Dubin
18  a massage?
19          MR. PAGLIUCA:  Objection to the
20  form and foundation.
21       A.  I can't say what Jeffrey would say,
22  I can tell you I didn't.  I can't tell you
23  what anybody else.
24       Q.  Have you discussed with him
25  Virginia's allegation that she gave Glenn
```

Page 304

```
1        G Maxwell - Confidential
2   Dubin a massage?
3           MR. PAGLIUCA:  Objection to the
4   form and foundation.
5        A.  I didn't know that she did say
6   that.
7        Q.  Do you know whether Jeffrey Epstein
8   has ever sent anybody to Glenn Dubin to
9   perform a massage for him?
10          MR. PAGLIUCA:  Objection to the
11  form and foundation.
12       A.  I couldn't possibly recollect
13  whether he did anything like that.
14       Q.  Did you ever send anybody, not
15  Virginia, anybody else over to Glenn Dubin's
16  home for a massage?
17       A.  Not to the best of my knowledge.
18       Q.  Do you know one of █████
19  ███████ friend by the name of ███████
20  ███████?
21       A.  I do recollect a person of that
22  name.
23       Q.  How do you know her?
24       A.  I don't recollect.
25       Q.  Did you meet her through Jeffrey?
```

Page 305

```
1        G Maxwell - Confidential
2        A.  I don't recollect.
3        Q.  Do you recall when you met her?
4        A.  I do not recollect.
5        Q.  How many times have you seen ███████
6   ███████ in your life?
7        A.  The only reason I remember is
8   because it's an unusual name but I couldn't
9   tell you anything else.
10       Q.  You didn't see her on a regular
11  basis, she wasn't one of your friends?
12       A.  No.
13       Q.  Was ███████████ a masseuse?
14       A.  Not to my knowledge.
15       Q.  Do you have knowledge of whether
16  she had a sexual relationship with Jeffrey
17  Epstein?
18       A.  I have no knowledge of that.
19       Q.  When was the last time you spoke
20  with her?
21       A.  A very long -- I have no idea.
22       Q.  Would it be years?
23       A.  Yes.
24       Q.  What do you remember about ███████
25  ███████?
```

Page 306

G Maxwell - Confidential

1           G Maxwell - Confidential
2       A.   Nothing really.
3       Q.   Do you remember what she looks
4   like?
5       A.   I would just be speculating on how
6   I remember.  I couldn't describe her.
7       Q.   Do you recall traveling with her?
8       A.   I don't.
9       Q.   Did you ever go to her home?
10      A.   I don't believe I did.
11      Q.   Do you know where she lives?
12      A.   I don't.
13      Q.   Would you have met her through
14  Jeffrey Epstein?
15          MR. PAGLIUCA:  Objection to the
16      form and foundation.
17      A.   I already testified I don't
18  recollect how I met her and I remember her
19  because her name is very unusual.
20      Q.   So what's your -- what recollection
21  do you have of her, do you have a specific
22  recollection of meeting her somewhere, you
23  just don't know when that was or how do you
24  know that name ▆▆▆▆▆▆▆?
25          MR. PAGLIUCA:  Objection to the

Page 307

1           G Maxwell - Confidential
2       form and foundation.
3       A.   I don't know why the name is -- I'm
4   sorry -- I can't -- I have no idea.  I
5   recognize the name but that's it.
6       Q.   Was ▆▆▆▆▆▆▆ a masseuse?
7           MR. PAGLIUCA:  Objection to the
8       form and foundation.
9       A.   What are you asking me, I'm sorry?
10      Q.   When ▆▆▆ worked for
11  Jeffrey Epstein, did she perform massages?
12      A.   I've testified that when ▆▆▆
13  came originally, she came to answer
14  telephones.  I believe at some point she
15  became a masseuse.  I don't recollect when
16  and I personally had massages from ▆▆▆.
17      Q.   What did ▆▆▆ do for Jeffrey
18  Epstein, did she perform massages, anything
19  else?
20          MR. PAGLIUCA:  Objection to the
21      form and foundation.
22      A.   When she came she answered phones
23  and at some point, I believe, I don't have
24  any firm recollection, but I believe she went
25  to school and became a masseuse and I had

Page 308

1           G Maxwell - Confidential
2   massages from her.
3       Q.   Did you ever have any sexual
4   interaction with her?
5           MR. PAGLIUCA:  Object to the form
6       and foundation and I'm going to instruct
7       you if we're talking about any
8       consensual adult contact, you are not
9       allowed to answer the question.
10      Q.   Did you have any sexual contact
11  with her in the presence of Jeffrey Epstein?
12          MR. PAGLIUCA:  Same instruction.
13      Q.   Did you have any sexual contact
14  with her in the presence of anybody other
15  than Jeffrey Epstein?
16          MR. PAGLIUCA:  Same instruction.
17      Q.   How many massages did you receive
18  from ▆▆▆?
19      A.   I really don't recall but a fair
20  amount.
21      Q.   Did the massages involve sex?
22          MR. PAGLIUCA:  I'm going to
23      instruct you not to answer.
24      Q.   Have you ever engaged in sex with
25  any female?

Page 309

1           G Maxwell - Confidential
2           MR. PAGLIUCA:  I'm going to
3       instruct you not to answer.
4           MS. McCAWLEY:  I want the record to
5       reflect that Ms. Maxwell's attorney is
6       directing her not to answer this series
7       of questions.
8           MR. PAGLIUCA:  It definitely does.
9       Q.   Were you responsible for
10  introducing ▆▆▆ to Jeffrey Epstein?
11          MR. PAGLIUCA:  Objection to the
12      form and foundation.
13      A.   I already testified that I don't
14  really recall ▆▆▆.
15      Q.   Were you responsible for
16  introducing Johanna to Jeffrey Epstein?
17          MR. PAGLIUCA:  Objection to the
18      form and foundation.
19      A.   Again, I don't like the
20  characterization of introduction.  ▆▆▆
21  came to answer telephones.
22      Q.   When did you -- were you the person
23  who brought or introduced or met ▆▆▆ for
24  purposes of bringing her to Jeffrey Epstein's
25  home?

MAGNA ▶
LEGAL SERVICES

Page 310

1      G Maxwell - Confidential
2          MR. PAGLIUCA:  Objection to the
3      form and foundation.
4      A.   That's not how I would characterize
5   that.
6      Q.   How would you characterize it?
7      A.   I have testified that I'm
8   responsible for finding professional people
9   to work in the homes, age appropriate adult
10  people, so from pool attendants, to
11  gardeners, to chefs, to housekeepers, to
12  butlers, to chauffeurs and one of the
13  functions was to be able to answer the
14  telephones and in the context of finding
15  someone to answer the telephones, I did look
16  to try to find appropriate people to answer
17  the phones.
18     Q.   So did you find Johanna for
19  purposes of that role?
20     A.   So in the course of looking for
21  somebody to answer phones at the house,
22  Johanna was one of the people who said that
23  she was willing to answer phones.
24     Q.   Did you approach her at her school
25  campus?

Page 311

1      G Maxwell - Confidential
2          MR. PAGLIUCA:  Objection to form
3      and foundation.
4      A.   I honestly don't recall how, in
5   that moment, how I met ████ and how she
6   came to get the job but...
7      Q.   Did you typically, in your work for
8   Jeffrey Epstein, would you typically go to
9   school campuses to try to find individuals to
10  work for Jeffrey Epstein?
11         MR. PAGLIUCA:  Objection to the
12     form and foundation.
13     A.   what -- what do you mean by
14  school?  Let's characterize school.
15     Q.   Any kind of school.
16     A.   Obviously not.  I never went to any
17  school with young people.  ████, I believe
18  came from an adult university, as I would
19  know in England, so university, I went there
20  but I never went, as I best recollect,
21  anywhere else.
22     Q.   Did you -- what university was it
23  that you went to?
24     A.   I don't recall the university that
25  she went to right now.

Page 312

1      G Maxwell - Confidential
2      Q.   Would you visit more than one
3   university to try to find individuals to work
4   for Jeffrey Epstein?
5      A.   As I recollect, I think that's, in
6   fact, the only university I went to.
7      Q.   Did you go there more than once?
8      A.   I think I went twice.
9      Q.   Who else did you find from that
10  university, was there anybody other than
11  ████?
12     A.   I don't recollect, I'm sorry.
13     Q.   We are going to mark this as
14  Maxwell 13?
15         (Maxwell Exhibit 13, documents,
16     marked for identification.)
17     Q.   Can you take a look at the document
18  I put in front of you, please.
19         Are you familiar with this
20  document?
21     A.   I'm familiar with this actual
22  document.
23     Q.   How was this document created?
24         MR. PAGLIUCA:  Objection to the
25     form and foundation.

Page 313

1      G Maxwell - Confidential
2      A.   I don't know how this document was
3   created.
4      Q.   You were involved in the creation
5   of this document?
6      A.   I think you can see from the date
7   that it's 2004, 2005, so no.
8      Q.   You weren't involved in the
9   creation of this document.
10         Did you -- we talked earlier about
11  Mr. Epstein's house, I'm talking about the
12  Palm Beach house where you said there was a
13  computer on the desk, that employees had
14  access to -- people who worked for Jeffrey
15  Epstein may have had access to?
16     A.   I think anybody could have had
17  access to that.
18     Q.   Was that computer used, if you know
19  to keep a log of addresses and phone contact
20  information for Jeffrey Epstein?
21     A.   Are we talking about when this
22  document was created?
23     Q.   In general, was there, on that
24  computer during the time that you were
25  present with Jeffrey Epstein, was there a

MAGNA ▶
LEGAL SERVICES

Page 314

```
 1        G Maxwell - Confidential
 2  mechanism by which you kept electronic
 3  information of names and addresses of
 4  individuals that he knew?
 5        MR. PAGLIUCA:  Objection to the
 6     form and foundation.
 7     A.  I can't testify to what was on that
 8  computer or not after I was gone.
 9     Q.  Not when you were gone, when you
10  were there.  If Jeffrey wanted to call, for
11  example, say ███████, would someone be
12  able to go to that computer to pull up the
13  address information and phone contact
14  information for that individual?
15        MR. PAGLIUCA:  Objection to the
16     form and foundation.
17     A.  I couldn't possibly say.
18     Q.  Did you ever have to keep track of
19  address or phone contact information for
20  Jeffrey Epstein?
21     A.  That was not my job.
22     Q.  Did you ever do it?
23     A.  I am not responsible for keeping
24  his numbers so that wasn't my job at all.
25     Q.  But did you ever do it?  I know
```

Page 315

```
 1        G Maxwell - Confidential
 2  it's not your job but did you ever do it, did
 3  you ever keep phone contact information for
 4  him?
 5     A.  During the course of the time we
 6  were together, if he gave me a telephone
 7  number, I would give it to an assistant to
 8  put in the computer, I could do that.
 9     Q.  Would he ask you for contact
10  information for different individuals, if he
11  wanted to contact someone?
12        MR. PAGLIUCA:  Objection to the
13     form and foundation.
14     A.  In the course of the long period of
15  time when I was there, it certainly would be
16  possible for him to ask me for a telephone
17  number and if I had the -- I wouldn't always
18  have it -- I'm sure it happened.
19     Q.  Was there a hardcopy book in
20  addition to the computer, a hardcopy book
21  that you could look for numbers that were
22  relevant to Jeffrey Epstein's life and
23  something on the computer or was it just an
24  electronic version?
25        MR. PAGLIUCA:  Objection to the
```

Page 316

```
 1        G Maxwell - Confidential
 2     form and foundation.
 3     Q.  Was there a hard copy book as well
 4  as something on the computer or was there
 5  only electronic information on the phone
 6  numbers?
 7        MR. PAGLIUCA:  Objection to the
 8     form and foundation.
 9     A.  I can only testify to what I know
10  obviously, and I believe that this is a copy
11  of a stolen document.  I would love to know
12  how you guys got it.
13     Q.  I'm asking during the time you
14  worked for Jeffrey Epstein, was there a
15  hardcopy document of any kind that kept phone
16  numbers for Jeffrey Epstein, if he needed to
17  contact someone?
18     A.  The stolen document I have in front
19  of me that you have is what you are referring
20  to.
21     Q.  So there was, during your time when
22  you were there, there was no other, you
23  mentioned there was information on a
24  computer.  Was there any hardcopy document
25  that you could refer to to find someone's
```

Page 317

```
 1        G Maxwell - Confidential
 2  number?
 3     A.  You have the stolen document in
 4  front of you.
 5     Q.  You had access to this when you
 6  worked for Jeffrey Epstein?
 7     A.  This is, I believe, the book that
 8  was stolen, that was the hardcopy of whatever
 9  was there.
10     Q.  So when you were working for
11  Jeffrey Epstein, you were able to access this
12  book?
13     A.  This book -- if this is what this
14  is, I believe it was, this is the stolen
15  document from his house.
16     Q.  And you were able to access it when
17  you worked for him?
18     A.  It was a document that was printed
19  that you could, if you needed to, look for a
20  number.
21     Q.  Do you know how this book was
22  created?
23     A.  No.
24     Q.  When you referred to it a moment
25  ago, to a stolen document, when ███████
```

MAGNA ◆
LEGAL SERVICES

Page 318

```
 1        G Maxwell - Confidential
 2  ████████  turned this document over to the
 3  FBI, are you aware he described it as a
 4  document that came from your computer?
 5        MR. PAGLIUCA:  Objection to the
 6     form and foundation.
 7     A.  I have no idea what he said or
 8  didn't say, so if you want me to reference
 9  something he said, you need to show it to me.
10     Q.  Did you keep this document, an
11  electronic copy of it, on your personal
12  computer?
13     A.  I don't recollect.
14     Q.  If you had to update something, for
15  example, if there was a new number, a new
16  individual that Jeffrey had hired that you
17  were going to track, would you input that
18  information into this document on your
19  computer?
20        MR. PAGLIUCA:  Objection to the
21     form and foundation.
22     A.  I've already testified that I'm not
23  responsible for updating and keeping these
24  records.
25     Q.  Did you have this document on your
```

Page 319

```
 1        G Maxwell - Confidential
 2  computer, your personal computer?
 3     A.  I told you, I don't recollect
 4  having this document on my computer.
 5     Q.  Do you know what computers this
 6  document was on, if more than one?
 7     A.  I'm sorry, this is a long time ago
 8  and I don't recall exactly how this was all
 9  managed.
10     Q.  If you didn't create this document,
11  do you know who did?
12        MR. PAGLIUCA:  Objection to the
13     form and foundation.
14     A.  I don't.
15     Q.  I'm going to direct your attention
16  to part of this document.  It's towards the
17  back, it's going to be page 91 and it has
18  bates label Giuffre 001663.  I'm going to
19  direct your attention to the section that
20  says, Massage Florida.
21        Did you input any of the names or
22  numbers under that section?
23        MR. PAGLIUCA:  Objection to form
24     and foundation.
25     A.  So this document is produced in
```

Page 320

```
 1        G Maxwell - Confidential
 2  2004, 2005, so, no.
 3     Q.  But I'm sorry, correct me if I'm
 4  misunderstanding your testimony, I thought
 5  you said when you were working with Jeffrey,
 6  that this document existed and it was
 7  something you utilized?
 8     A.  I can't possibly tell you what
 9  numbers were added or not added subsequent to
10  my departure.
11     Q.  So you can't recall if you added
12  any of these numbers?
13        MR. PAGLIUCA:  Objection to the
14     form and foundation, mischaracterizes
15     the witness' testimony.
16     Q.  Are there any numbers on here or
17  names that you recognize that you would have
18  entered into this section?
19     A.  I already testified that I'm not
20  responsible for inputting numbers and names
21  into this so I would not be able to tell you.
22     Q.  Are there any names or numbers
23  under this section, Massage Florida, that you
24  would have provided to an assistant to input
25  into this document?
```

Page 321

```
 1        G Maxwell - Confidential
 2     A.  I can't possibly say.
 3     Q.  Do you see under Massage Florida,
 4  about halfway down the first column, do you
 5  see a number that says  ████████  cell?
 6        MR. PAGLIUCA:  What page?
 7     Q.  It's 91, Bates number 001663.
 8  About halfway down, it says in the first
 9  column, it says  ████████  cell.
10        Do you see that?
11     A.  I do.
12     Q.  Would you have provided after, I
13  know you didn't hire her, Jeffrey hired her
14  but after you brought her to Jeffrey, would
15  you have given her cell phone number to an
16  assistant to input into this document?
17        MR. PAGLIUCA:  Objection to form
18     and foundation.
19     A.  I didn't bring her to Jeffrey, the
20  way you characterize and I would have no
21  knowledge of how this number ended up in this
22  book.
23     Q.  I believe you, and I will try to
24  use your words so we are clear, you met
25  ████████ , is that correct?
```

**MAGNA** ▶
**LEGAL SERVICES**

Page 322

1          G Maxwell - Confidential
2      A.  Yes.
3      Q.  And then she began working for
4  Jeffrey?
5      A.  Yes.
6      Q.  Would you have provided whomever
7  was in charge of keeping this updated with
8  ██████████  cell number so you would be able to
9  contact her if needed?
10          MR. PAGLIUCA:  Objection to the
11      form and foundation.
12      A.  I don't know.  It could have been a
13  number of different ways, it it could have
14  been Jeffrey who gave it to somebody.
15      Q.  You just don't remember doing that?
16      A.  I do not.
17      Q.  Now, as you look -- I want you to
18  take a look at the Florida massage list, it's
19  three columns there.
20          Do you, as you look at those names
21  on the various columns, do you know the ages
22  of any of the girls in this list?
23      A.  I don't know.  One, I don't know
24  who all the people are on this list and I
25  certainly don't know the ages.

Page 323

1          G Maxwell - Confidential
2      Q.  Do you know what their
3  qualifications are?
4      A.  I don't know who the people are in
5  general so of course I don't know what their
6  qualifications are.
7      Q.  Do you know why Jeffrey has so many
8  masseuses listed in Florida in his book here?
9          MR. PAGLIUCA:  Objection to the
10      form and foundation.
11      A.  Again, this book was created post
12  my departure, so I couldn't explain why all
13  these people were here.
14      Q.  When you were there, you said this
15  book existed?
16      A.  Yes.
17      Q.  So when you were there, were there
18  a number of masseuses listed under the
19  Florida massage?
20          MR. PAGLIUCA:  Objection to the
21      form and foundation and
22      mischaracterization of the witness'
23      testimony.
24      Q.  I'm asking you a question.
25          When you were there, were there a

Page 324

1          G Maxwell - Confidential
2  number of masseuses listed under the Florida
3  massage section?
4      A.  When I was there, I would have, of
5  course there would have been some masseuses
6  listed but I could not tell you who or how
7  many and this -- I could not possibly because
8  I wouldn't remember.
9      Q.  Do you know why Jeffrey would have
10  had so many names listed under his massage
11  Florida?
12          MR. PAGLIUCA:  Objection to form
13      and foundation.
14      A.  I can't testify to why Jeffrey has
15  so many.
16      Q.  Did he use a different masseuse
17  every day?
18          MR. PAGLIUCA:  Objection to the
19      form and foundation.
20      Q.  You can answer.
21      A.  When I was there he had a massage
22  roughly every day, one masseuse, and mostly
23  he would have them at random times, so it
24  would be difficult if you just only had one
25  person, man, woman, for an adult massage, to

Page 325

1          G Maxwell - Confidential
2  come and be available for whatever time it
3  was.  So he would have more than one person
4  that he could call for a massage because at
5  any given time the one that he called first
6  may not have been available.
7      Q.  So would it typically be a
8  different person each day that would give him
9  a massage?
10          MR. PAGLIUCA:  Objection to the
11      form and foundation.
12      A.  It would be, when I was there,
13  based on availability.
14      Q.  Would it surprise you to learn that
15  the Federal Government found that some of the
16  girls on this list under massage Florida were
17  under the age of 18?
18          MR. PAGLIUCA:  Objection to the
19      form and foundation.
20      A.  I can't testify to what the
21  government found or did not find because I
22  would have no knowledge of it.
23      Q.  I'm asking if you would be
24  surprised by that?
25          MR. PAGLIUCA:  Form and foundation.

MAGNA ▶
LEGAL SERVICES

Page 326

```
 1        G Maxwell - Confidential
 2      A.  I have knowledge of it.  I can't
 3   speculate.
 4      Q.  On the second column, towards the
 5   bottom, there is the name, it's one up from
 6   the bottom, there is the name ██████████,
 7   do you know ██████████?
 8      A.  I do.
 9      Q.  Who is she?
10      A.  She was a friend of Jeffrey's.
11      Q.  Is she a masseuse?
12      A.  She, I don't think she was a
13   masseuse, no.
14      Q.  Why would be she listed under
15   Florida massages?
16      A.  An input error.
17      Q.  Is this list any individual that
18   would have sex with Jeffrey?
19          MR. PAGLIUCA:  Objection to the
20      form and foundation.
21      A.  I wouldn't have any knowledge of
22   that.
23      Q.  Do you know if Jeffrey had sex with
24   ██████████?
25          MR. PAGLIUCA:  Object to the form
```

Page 327

```
 1        G Maxwell - Confidential
 2      and foundation.
 3      A.  First of all, I wouldn't have any
 4   knowledge of that.
 5          MS. McCAWLEY:  We are going to take
 6      a quick break.
 7          THE VIDEOGRAPHER:  It's now 4:39
 8      and we are off the record.
 9          (Recess.)
10          THE VIDEOGRAPHER:  It's now 4:54
11      and we are as back on the record
12      starting disk number 8.
13      Q.  Ms. Maxwell, we were talking
14   earlier about the journal and I believe you
15   said in 2004, 2005, you were no longer
16   working and responsible for that journal, is
17   that correct?
18          MR. PAGLIUCA:  Objection to the
19      form and foundation.
20      A.  What are we referring to, this
21   document right here?
22      Q.  Yes.
23      A.  I don't know who is the author of
24   this or I can't tell you what is in here
25   versus what would have been here when I was
```

Page 328

```
 1        G Maxwell - Confidential
 2   around.  I can't testify to that.
 3      Q.  Were you around in 2004, 2005?
 4      A.  I already testified that I was
 5   there when Jeffrey's mother passed away and
 6   so you know, I did visit for her passing and
 7   I believe I was there for a couple of days in
 8   2005.
 9      Q.  So if an employee of Mr. Epstein in
10   2004 said that you were the employee's direct
11   supervisor, would that be incorrect?
12          MR. PAGLIUCA:  Objection to form
13      and foundation.
14      A.  What employee, what's the
15   circumstances and what is the story, I don't
16   know what you are asking me.
17      Q.  If ██████████ said in 2004
18   when he was hired, you were his direct
19   supervisor, would that be true?
20      A.  No.
21      Q.  Were you in 2004 supervising ██████
22   ██████?
23          MR. PAGLIUCA:  Objection to form
24      and foundation.
25      A.  I never supervised ██████████.
```

Page 329

```
 1        G Maxwell - Confidential
 2      Q.  Did ██████████ take orders from
 3   you?
 4          MR. PAGLIUCA:  Objection to the
 5      form and foundation.
 6      A.  She worked for Jeffrey.
 7      Q.  If ██████████ said you had
 8   knowledge of underage girls coming to
 9   Jeffrey's home for the purpose of sex, would
10   you contend that that is truthful?
11          MR. PAGLIUCA:  Objection to the
12      form and foundation of the question.
13      A.  I have no idea what you are talking
14   about, I'm sorry.
15      Q.  If ██████████ said that you
16   have knowledge of underage girls coming to
17   Jeffrey's home for the purpose of having
18   massages involving sex, would you say that
19   that statement is truthful?
20          MR. PAGLIUCA:  Objection to the
21      form and foundation.
22      A.  I can't testify to what ██████
23   said or didn't say.
24      Q.  I'm saying if ██████ said that you
25   had knowledge that there were girls coming
```



Page 330

```
 1          G Maxwell - Confidential
 2   over to the house that were underage for the
 3   purposes of sex, would that statement be
 4   true?
 5          MR. PAGLIUCA:  Objection to form
 6      and foundation.
 7          A.  I can't testify to what ████
 8   said or didn't say or what he thought.
 9          Q.  Did you have knowledge of underage
10   girls coming to Jeffrey Epstein's house for
11   the purpose of sex?
12          A.  No.
13          Q.  Earlier I believe you testified,
14   correct me if I'm wrong, that the document
15   that is in front of you, the thicker document
16   was a stolen document.
17          Do you know who stole that
18   document?
19          A.  I have read that ████ stole the
20   document.
21          Q.  And where have you read that?
22          A.  I believe it was reported in the
23   press.
24          Q.  Earlier we were talking about the
25   computers at Jeffrey Epstein's home.  Did you
```

Page 331

```
 1          G Maxwell - Confidential
 2   have a computer that was your computer
 3   located in Jeffrey Epstein's home?
 4          MR. PAGLIUCA:  Objection to form
 5      and foundation.
 6          A.  I've testified to the computer
 7   already.  Even when I was around, there was a
 8   computer that people had access to.
 9          Q.  So is ████████████ telling the
10   truth when he says that he downloaded that
11   book from your computer?
12          MR. PAGLIUCA:  Objection to the
13      form and foundation.
14          A.  I couldn't possibly tell you what
15   ████ did or didn't do or said or didn't
16   say.
17          Q.  Was it on your computer?
18          A.  I already testified I have no idea
19   where this document came from.
20          Q.  Did you have a list of names of
21   individuals with contact information for
22   Jeffrey Epstein on your personal computer?
23          A.  Again, that wasn't my computer.  I
24   already said that was a computer that lots of
25   people would have, so I have no recollection
```

Page 332

```
 1          G Maxwell - Confidential
 2   of this document being on it, so I don't know
 3   where this came from.
 4          Q.  I understand the computer at the
 5   house that you're referencing.  On a personal
 6   computer of yours, did you have that
 7   document?
 8          A.  I don't know where this document
 9   came from, so I can't possibly say this
10   document was on any computer that I may have
11   had access to.
12          Q.  On a personal computer of your own,
13   did you have lists of the phone numbers and
14   contact information relating to Jeffrey
15   Epstein?
16          A.  Like everybody, I have an address
17   book but I can't possibly testify to where
18   this thing came from.
19          Q.  Was it your address book or was it
20   addresses that related to Jeffrey Epstein?
21          MR. PAGLIUCA:  Objection to the
22      form and foundation.
23          A.  I don't know what you're asking me.
24          Q.  On your personal computer, the
25   address book you are referencing, was it your
```

Page 333

```
 1          G Maxwell - Confidential
 2   address book with individuals you knew or was
 3   it an address book for your employer, Jeffrey
 4   Epstein?
 5          A.  Jeffrey has his situation and I
 6   have no -- this is Jeffrey's, it came from
 7   his home, so I can't testify to anything
 8   about this in that period of time.
 9          Q.  So you didn't have on your computer
10   a list of contact information for individuals
11   that was related to Jeffrey Epstein?
12          A.  I don't recall exactly what I had
13   back in 2004 and 2005, so I can't say what I
14   had back then that relates to his addresses,
15   I can't recall.
16          Q.  So is it possible that someone
17   could have downloaded from your personal
18   computer a list of names and address that
19   were affiliated with Jeffrey Epstein?
20          MR. PAGLIUCA:  Objection to the
21      form and foundation.
22          A.  This didn't come from any computer
23   of mine.
24          Q.  But is it possible that someone
25   could have downloaded a list of names and
```

MAGNA

LEGAL SERVICES

Page 334

1          G Maxwell - Confidential
2    addresses affiliated with Jeffrey Epstein
3    from your computer?
4          MR. PAGLIUCA:  Objection to the
5      form and foundation.
6      A.  I already said, I didn't have a
7    computer there, so I don't know where this
8    came from, I have no idea.
9      Q.  I'm going to read to you some
10    testimony from ███████████ deposition
11    and it's on page 370 and I want to ask you a
12    question about it, if it's true or false?
13          MR. PAGLIUCA:  I'm going to object
14      unless you show the witness the
15      document.
16          MS. McCAWLEY:  I will pass it.  We
17      are not going to mark it.  We will skip
18      it.
19      Q.  Did you ever tell ███████████
20    that he better watch out and better keep his
21    mouth shut with respect to what occurred at
22    Mr. Epstein's home?
23          MR. PAGLIUCA:  Objection to the
24      form and foundation.
25      A.  It doesn't sound like anything I

Page 335

1          G Maxwell - Confidential
2    would say.
3      Q.  Did you ever threaten ███████████
4    ███████████ in any way if he were to disclose
5    information he learned from his employment
6    with Jeffrey Epstein?
7          MR. PAGLIUCA:  Objection to the
8      form and foundation.
9      A.  I'm happy to answer.  No, I never
10    threatened him in any way.
11      Q.  Were you concerned that he was
12    going to disclose that Jeffrey Epstein was
13    trafficking underage girls?
14          MR. PAGLIUCA:  Objection to the
15      form and foundation.
16      A.  First of all, there are so many
17    things wrong with that question, but I have
18    no knowledge of what you are talking about.
19      Q.  Have you ever contacted or
20    instructed anyone to contact any witness in
21    this case for the purposes of threatening
22    them not to testify in this case?
23          MR. PAGLIUCA:  Objection to the
24      form and foundation.
25      A.  I have never called anybody with

Page 336

1          G Maxwell - Confidential
2    reference to this case with any, anything you
3    just mentioned, I never threatened anyone.
4      Q.  Have you ever directed anyone to
5    call any witnesses relevant to this case and
6    threaten them not to testify?
7          MR. PAGLIUCA:  Objection to the
8      form and foundation.
9      A.  I never done such a thing.
10      Q.  Did Jeffrey Epstein or you ever ask
11    any female, regardless of age, to carry
12    Jeffrey's baby for him?
13          MR. PAGLIUCA:  Objection to the
14      form and foundation.
15      Q.  Or anything along those lines?
16          MR. PAGLIUCA:  Objection to the
17      form and foundation.
18      A.  Can you repeat the question,
19    please?
20      Q.  Did you or Jeffrey Epstein ever ask
21    any female, regardless of age, to carry
22    Jeffrey Epstein's baby for him?
23          MR. PAGLIUCA:  Objection to the
24      form and foundation.
25      A.  Are you asking --

Page 337

1          G Maxwell - Confidential
2      Q.  To become pregnant, did you or
3    Jeffrey Epstein ever ask any female to become
4    pregnant and carry Jeffrey Epstein's baby for
5    you or for Jeffrey?
6          MR. PAGLIUCA:  Objection to form
7      and foundation.
8      A.  You need to be very specific.  I
9    have no idea what you are talking about.
10    That's completely rubbish.
11      Q.  Did you or Jeffrey Epstein ask any
12    female to become pregnant and carry his baby
13    for either him or you?
14          MR. PAGLIUCA:  Objection to the
15      form and foundation.  Go ahead.
16      A.  I can't testify to anything Jeffrey
17    did or didn't do when I am not present, but I
18    have never asked anybody to carry a baby for
19    me.
20      Q.  Or anything along those lines?
21          MR. PAGLIUCA:  Object to the form
22      and foundation.
23      Q.  I want to make sure we are talking
24    about the same thing, not physically carry a
25    baby, I mean become pregnant with a baby?

**MAGNA** ▶
LEGAL SERVICES



Page 362

1        G Maxwell - Confidential
2   lawsuit, is that correct?
3        MR. PAGLIUCA:  Objection to the
4   form and foundation.
5        A.  I have legal advice that I took.
6        Q.  But you knew in early January by
7   making a statement calling Virginia a liar
8   that you were subjecting yourself to a legal
9   dispute with her?
10        MR. PAGLIUCA:  Objection to the
11   form and foundation.
12        A.  I took legal advice as to what
13   should be said and not be said and the legal
14   advice that came from the United Kingdom
15   was --
16        MR. PAGLIUCA:  You are not allowed
17   to talk about any legal advice that you
18   got from anybody that's a lawyer.
19        A.  Sorry.
20        Q.  So is it correct without telling me
21   what you talked to your lawyers about that
22   you knew because this is dated January 10
23   that when you made this statement in early
24   January, January 2 of 2015 you knew that
25   calling Virginia a liar would subject you to

Page 363

1        G Maxwell - Confidential
2   a legal action, isn't that correct?
3        MR. PAGLIUCA:  Objection to the
4   form and foundation.  As to what you
5   knew -- whatever she knows would be
6   privileged.
7        MS. McCAWLEY:  I'm asking if she
8   knows.  I'm not asking her to tell me
9   about her privileged communications.
10        A.  All I can say is I asked a question
11   and received legal advice.
12        (Maxwell Exhibit 18, email, marked
13   for identification.)
14        Q.  This is an email dated January 15,
15   2015 from Jeffrey Epstein to you?
16        A.  Uh-huh.
17        Q.  It states in the first line, do you
18   want ▮▮▮▮ to come out and say she was the
19   girlfriend during the time?
20        MR. PAGLIUCA:  Objection to the
21   form and foundation of the question and
22   actually the word is ▮▮▮▮▮▮, there
23   is no vowel in there.
24        MS. McCAWLEY:  I was just trying to
25   pronounce it.

Page 364

1        G Maxwell - Confidential
2        Q.  This email reads do you want
3   ▮▮▮, without a vowel, to come out and say
4   she was the girlfriend during the time.
5        Who was Jeffrey Epstein referring
6   to?
7        A.  I believe he was referring to
8   ▮▮▮▮▮.
9        Q.  Why was he asking you if you wanted
10   ▮▮▮▮▮ to come out and say she was the
11   girlfriend?
12        MR. PAGLIUCA:  Objection to the
13   form and foundation.
14        A.  The way the press and you were
15   characterizing me is I was with Jeffrey
16   throughout this entire period of time and I
17   was not.
18        Q.  Was ▮▮▮ with Jeffrey during this
19   period of time?
20        A.  I believe she was.
21        Q.  Did Jeffrey come out and tell the
22   press it was ▮▮▮ and not you that was with
23   him as he is proposing here?
24        A.  I don't believe he did.
25        Q.  Did you want him to do that?

Page 365

1        G Maxwell - Confidential
2        A.  No, I didn't ask him to do
3   anything.  No.
4        Q.  So do you know in January of 2015,
5   was ▮▮▮ his girlfriend?
6        A.  2015, I have no idea who was his
7   girlfriend in 2015.
8        Q.  I'm sorry, you are correct.
9        In the period of 1999 to 2002, was
10   ▮▮▮ his girlfriend?
11        A.  They spent a lot of time together.
12        Q.  Did you talk to ▮▮▮ about going
13   to the press and saying that she was the
14   girlfriend and not you?
15        A.  I have never spoken to ▮▮▮
16        Q.  Was ▮▮▮ offered any money to
17   make a statement that she was the girlfriend?
18        MR. PAGLIUCA:  Objection to the
19   form and foundation.
20        A.  I have no idea.  I have never
21   spoken to ▮▮▮ and I don't know anything --
22   I have no idea.
23        (Maxwell Exhibit 19, email, marked
24   for identification.)
25        Q.  That's an email from Jeffrey to

MAGNA ►
LEGAL SERVICES