UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

VIRGINIA L. GIUFFRE,

       Plaintiff,

                  Case No.:

  -against-          15-cv-07433-RWS

GHISLAINE MAXWELL,

       Defendant.

- - - - - - - - - - - - - - - - - - - x

**CONFIDENTIAL**

       Videotaped deposition of RINALDO
RIZZO, taken pursuant to subpoena, was
held at the law offices of Boies
Schiller & Flexner, 333 Main Street,
Armonk, New York, commencing June 10,
2016, 10:06 a.m., on the above date,
before Leslie Fagin, a Court Reporter
and Notary Public in the State of New
York.

           - - -
      MAGNA LEGAL SERVICES
    1200 Avenue of the Americas
    New York, New York 10026
       (866) 624-6221





