**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

        Plaintiff,                    Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

        Defendant.

_____/

**<u>DECLARATION OF SIGRID MCCAWLEY IN SUPPORT OF
PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR
PROTECTIVE ORDER REGARDING FINANCIAL INFORMATION</u>**

I, Sigrid McCawley, declare that the below is true and correct to the best of my

knowledge as follows:

1.      I am a Partner with the law firm of Boies, Schiller & Flexner LLP and duly

licensed to practice in Florida and before this Court pursuant to this Court's Order granting my

Application to Appear Pro Hac Vice.

2.      I respectfully submit this Declaration in Support of Plaintiff's Response in

Opposition to Defendant's Motion for Protective Order Regarding Financial Information.

3.      Attached hereto as Sealed Composite Exhibit 1 is a true and correct copy of

████████████████████████████████

4.      Attached hereto as Sealed Composite Exhibit 2 is a true and correct copy of

Excerpts from June 10, 2016, Deposition of Rinaldo Rizzo.

5.      Attached hereto as Sealed Composite Exhibit 3 is a true and correct copy of

Excerpts from June 1, 2016, Deposition of Juan Alessi.

6.      Attached hereto as Sealed Composite Exhibit 4 is a true and correct copy of

████████████████████████████████.



7.    Attached hereto as Sealed Composite Exhibit 5 is a true and correct copy of Excerpts from June 21, 2016, Deposition of Detective Joseph Recarey and ███████████ ████████████████████

8.    Attached hereto as Sealed Exhibit 6 is a true and correct copy of ███████████ ████████████████████████████████████████.

9.    Attached hereto as Sealed Exhibit 7 is a true and correct copy of Excerpts from April 22, 2016, Deposition of Ghislaine Maxwell.

10.    Attached hereto as Sealed Exhibit 8 is a true and correct copy of ███████████ ████████████████████████████ to Ghislaine Maxwell.

11.    Attached here to as Sealed Composite Exhibit 9 are true copies of Ellmax, LLC and The TerraMar Project Subpoenas.

I declare under penalty of perjury that the foregoing is true and correct.


/s/ Sigrid S. McCawley_____
Sigrid S. McCawley, Esq.

Dated: August 22, 2016.

Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP

By:  /s/ Sigrid S. McCawley
　　　Sigrid S. McCawley (Pro Hac Vice)
　　　Meredith Schultz (Pro Hac Vice)
　　　Boies Schiller & Flexner LLP
　　　401 E. Las Olas Blvd., Suite 1200
　　　Ft. Lauderdale, FL 33301
　　　(954) 356-0011

　　　David Boies
　　　Boies Schiller & Flexner LLP
　　　333 Main Street
　　　Armonk, NY 10504

　　　Bradley J. Edwards (Pro Hac Vice)
　　　FARMER, JAFFE, WEISSING,
　　　EDWARDS, FISTOS & LEHRMAN, P.L.
　　　425 North Andrews Avenue, Suite 2
　　　Fort Lauderdale, Florida 33301
　　　(954) 524-2820

　　　Paul G. Cassell (Pro Hac Vice)
　　　S.J. Quinney College of Law
　　　University of Utah
　　　383 University St.
　　　Salt Lake City, UT 84112
　　　(801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

3

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 22nd day of August, 2016, I electronically filed the

foregoing document with the Clerk of Court by using the CM/ECF system.  I also certify that the

foregoing document is being served to all parties of record via transmission of the Electronic

Court Filing System generated by CM/ECF.

Laura A. Menninger, Esq.
Jeffrey Pagliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com
       jpagliuca@hmflaw.com


                              /s/ Sigrid S. McCawley
                                 Sigrid S. McCawley

4