# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GUIFFRE      Plaintiff, <br><br> -v- <br><br> GHISLAINE MAXWELL <br><br> Defendant. | Case No. 15-cv-7433 (LAP) <br><br> **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for TGP Communications, LLC, d/b/a The Gateway Pundit (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:** July 28, 2022

*/s/ Jay M. Wolman*
**Signature of Attorney**

**Attorney Bar Code:** JW0600

Form Rule7_1.pdf   SDNY Web 10/2007