UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>                Plaintiff,<br><br>-against-<br><br>GHISLAINE MAXWELL,<br><br>                Defendant. | 15 Civ. 7433 (LAP) |

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court is the motion of The Gateway Pundit (TGP) to intervene in this matter for the purpose of moving to unseal certain materials.  (Dkt. no. 1258.)  Any party who wishes to be heard on this motion shall file papers no later than Monday August 8, 2022.  TGP may reply no later than Friday August 12, 2022.

    **SO ORDERED.**

Dated:    New York, New York
            July 29, 2022

                                      _____
                                      LORETTA A. PRESKA
                                      Senior United States District Judge