UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
VIRGINIA L. GUIFFRE,                                        :
                                                            :
                Plaintiff,                                  :   Case No.: 15-cv-7433 (LAP)
                                                            :
-against-                                                   :   **MOTION FOR ADMISSION *PRO***
                                                            :   ***HAC VICE* OF JOHN C. BURNS**
GHISLAINE MAXWELL,                                          :
                                                            :
                Defendant.                                  :
                                                            :
------------------------------------------------------------x

     Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, John C. Burns, by and through undersigned sponsoring counsel, hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Putative Intervenor, TGP Communications, LLC d/b/a The Gateway Pundit in the above-captioned matter.

     Attorney Burns is a member in good standing of the Missouri State Bar. There are no pending nor prior disciplinary proceedings against him in any state or federal court. He has never been convicted of a felony. Attached hereto is the affidavit of John C. Burns pursuant to Local Rule 1.3.

Dated: July 29, 2022.                    Respectfully Submitted,

                                              /s/ *Jay M. Wolman*
                                              Jay M. Wolman (JW0600)
                                              RANDAZZA LEGAL GROUP, PLLC
                                              100 Pearl Street, 14th Floor
                                              Hartford, CT 06103
                                              Tel:   702-420-2001
                                              Email: ecf@randazza.com

                                              *Attorneys for Movant/Putative Intervenor,*
                                              *TGP Communications, LLC d/b/a The Gateway Pundit*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 29, 2022 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Jay M. Wolman*
Jay M. Wolman