UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
VIRGINIA L. GUIFFRE,                                       :
                                                           :
        Plaintiff,                                 :    Case No.: 15-cv-7433 (LAP)
                                                           :
-against-                                                  :
                                                           :
GHISLAINE MAXWELL,                                         :
                                                           :
        Defendant.                                 :
                                                           :
-----------------------------------------------------------x

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

The motion of John C. Burns for admission to practice *Pro Hac Vice* in the above-captioned matter is hereby GRANTED.

Applicant has declared that he is a member in good standing of the State Bar of Missouri, that his contact information is as follows:

    John C. Burns, Esq.
    Burns Law Firm
    P.O. Box 191250
    St. Louis, Missouri 63119
    Tel:    314-329-5040
    Email:  john@burns-law-firm.com

and with Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Putative Intervenor, TGP Communications, LLC d/b/a The Gateway Pundit in the above-captioned matter;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned matter in the United States District Court for the Southern District of New York.

//
//

1

2

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

By:_____
Hon. Loretta A. Preska
United States District Judge