UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                            :
VIRGINIA L. GUIFFRE,                        :
                                            :
            Plaintiff,                      :        Case No.: 15-cv-7433 (LAP)
                                            :
-against-                                   :
                                            :
GHISLAINE MAXWELL,                          :
                                            :
            Defendant.                      :
                                            :
------------------------------------------------------------x

**ATTACHMENT TO MOTION FOR ADMISSION *PRO HAC VICE* OF JOHN C. BURNS**

I, JOHN C. BURNS ("Applicant"), hereby state and depose as follows:

1. I am licensed to practice law before the State Bar of Missouri, and before the United States District Courts for the Districts of the Eastern and Western Districts of Missouri, the Northern and Southern Districts of Illinois, the Southern District of Texas, and the United States Courts of Appeals for the Eighth and Fifth Circuits.

2. I have never been convicted of a felony.

3. I am a resident of the State of Missouri and maintain a business address at:

    Burns Law Firm
    P.O. Box 191250
    St. Louis, Missouri 63119

4. I earned by J.D. in 2013 from Saint Louis University. I am the managing member of Burns Law Firm and my primary practice areas are in civil rights litigation, business law, media relations and personal injury law.

5. I have read and am familiar with:

a.    The provisions of the Judicial Code (Title 28, U.S.C.) which pertain to the jurisdiction of, and practice in, the United States District Courts;

b.    The Federal Rules of Civil Procedure;

c.    The Federal Rules of Criminal Procedure;

d.    The Federal Rules of Evidence;

e.    The Local Rules of the United States District Courts for the Southern and Eastern Districts of New York; and

f.    The New York State Rules of Professional Conduct as adopted from time to time by the Appellate Divisions of the State of New York.

6. I will faithfully adhere to all rules applicable to my conduct in connection with any activities in this Court.

7. I have never been disbarred or denied admission or re-admission by any court. I have never been censured and/or suspended by the Bar or courts of certain jurisdictions in which I am licensed.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: ___7/29/22___

_____
John C. Burns
Applicant

State of __Missouri__, County of __ST. Louis__

Subscribed to and sworn to before me on this 29 day of __July__, 2022.

_____
Notary Public
My commission expires: 04/04/2023

CHARLES E. DONOVAN
Notary Public - Notary Seal
State of Missouri
Commission Number 15176977
My Commission Expires Apr 24, 2023

2