UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
                                    :

VIRGINIA L. GUIFFRE,           :
                                    :

           Plaintiff,         :       Case No.: 15-cv-7433 (LAP)
                                    :

-against-                   :
                                    :

GHISLAINE MAXWELL,       :
                                    :

           Defendant.      :
                                    :
---------------------------------------------------------x

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

      The motion of John C. Burns for admission to practice *Pro Hac Vice* in the above-captioned matter is hereby GRANTED.

      Applicant has declared that he is a member in good standing of the State Bar of Missouri, that his contact information is as follows:

      John C. Burns, Esq.
      Burns Law Firm
      P.O. Box 191250
      St. Louis, Missouri 63119
      Tel:    314-329-5040
      Email:  john@burns-law-firm.com

and with Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Putative Intervenor, TGP Communications, LLC d/b/a The Gateway Pundit in the above-captioned matter;

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned matter in the United States District Court for the Southern District of New York.

//
//

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.


Dated:_____


By:_____
          Hon. Loretta A. Preska
          United States District Judge