UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>     Plaintiff,<br><br>- against-<br><br><br>GHISLAINE MAXWELL,<br><br>     Defendant. | Case No.: 15-cv-07433-LAP |

**<u>MOTION TO WITHDRAW SANFORD BOHRER AS COUNSEL</u>**

PLEASE TAKE NOTICE THAT, upon the accompanying Affirmation of Christine Walz, Esq., of Holland & Knight, and all other papers and proceedings herein, undersigned counsel moves this Court for an Order pursuant to Local Rule 1.4 granting this Motion to Withdraw Sanford Bohrer as Counsel for Intervenors Julie Brown and Miami Herald Media Company ("Intervenors"). In support of this Motion, undersigned counsel states as follows:

Mr. Bohrer has retired from the law firm of Holland & Knight. Co-counsel of record for Intervenors Christine Walz and Cynthia Gierhart of Holland & Knight will continue to represent Intervenors in this action. The withdrawal will not cause prejudice to any party; accordingly, the undersigned respectfully requests that this Court: (1) enter an Order approving the Motion to Withdraw as Counsel of Record for Intervenors without requiring a hearing; and (2) remove Sanford Bohrer, whose email address is Sanford.Bohrer@hklaw.com, from the list of counsel to receive electronic filings in this case.

Dated:  August 9, 2022

          By: /s/ Christine Walz
          Christine N. Walz
          Holland & Knight, LLP
          31 West 52nd Street
          New York, NY 10019
          (212) 513-3200
          Christine.Walz@hklaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2022, I electronically filed the foregoing Motion to Withdraw Sanford as Counsel with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants in connection with this matter.

          By: /s/ Christine Walz
          Christine N. Walz
          Holland & Knight, LLP
          31 West 52nd Street
          New York, NY 10019
          (212) 513-3200
          Christine.Walz@hklaw.com