UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>                  Plaintiff,<br><br>- against-<br><br><br>GHISLAINE MAXWELL,<br><br>                  Defendant. | Case No.: 15-cv-07433-LAP |

**PROPOSED ORDER GRANTING THE MOTION TO WITHDRAW
SANFORD BOHRER AS COUNSEL FOR INTERVENORS**

This matter having come before the Court by the filing of the Motion to Withdraw Sanford Bohrer as Counsel for Intervenors Julie Brown and Miami Herald Media Company ("Intervenors"), and the supporting Affirmation of Christine Walz, Esq.:

IT IS HEREBY ORDERED THAT:

Sanford Bohrer, Esq. is hereby withdrawn and discharged as counsel for Intervenors in this case.

IT IS FURTHER ORDERED THAT:

Sanford Bohrer, Esq., whose email address is Sanford.Bohrer@hklaw.com, is to be removed as counsel of record within the ECF system and removed from the list of attorneys to receive electronic filings in this case.

This _____ day of _____, 2022.

                                                                                                                _____
                                                                                                               UNITED STATES DISTRICT COURT