UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>                Plaintiff,<br><br>- against-<br><br>GHISLAINE MAXWELL,<br><br>                Defendant. | Case No.: 15-cv-07433-LAP<br><br>**AFFIRMATION** |

I, Christine Walz, Esq., respectfully submit this Affirmation pursuant to Local Civil Rule 1.4, in support of the Motion to Withdraw as Counsel for Intervenors Julie Brown and Miami Herald Media Company ("Intervenors") in the above-captioned matter, and the matter will proceed with co-counsel remaining in the case. The reasons for the withdrawal are as follows:

1. Sanford Bohrer retired from the law firm Holland & Knight LLP and is no longer practicing law.

2. Christine Walz, of Holland & Knight LLP, entered an appearance on behalf of Intervenors on April 10, 2018 (Dkt. No. 938), and Cynthia Gierhart, of Holland & Knight LLP, entered an appearance on behalf of Intervenors on June 22, 2020 (Dkt. No. 1063). They will continue to represent Julie Brown and Miami Herald Media Company in this action.

3. Ms. Walz and Ms. Gierhart have been principally involved in this matter on behalf of Intervenors for several years and are prepared to continue their representation of Intervenors without my ongoing participation.

4. No party will be prejudiced by the withdrawal of Mr. Bohrer.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 9, 2022
New York, NY

*[signature]*
Christine N. Walz

4