UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                                                                        :

VIRGINIA L. GUIFFRE,                        :

                   Plaintiff,                       :        Case No.: 15-cv-7433 (LAP)

-against-                                   :

GHISLAINE MAXWELL,                    :

                 Defendant.                   :

------------------------------------------------------------x

## NOTICE OF APPEAL

Notice is hereby given that Movant/Putative Intervenor, TGP Communications, LLC, d/b/a The Gateway Pundit, by and through undersigned counsel, hereby appeals to the United States Court of Appeals for the Second Circuit from the Court's August 9, 2022 Order (Dkt. No. 1266) denying Movant/Putative Intervenor's Motion to Intervene and Unseal (Dkt. No. 1258).

Dated: August 19, 2022                           Respectfully Submitted,

                                                                        */s/ Jay M. Wolman*
                                                                           Jay M. Wolman (JW0600)
                                                                           RANDAZZA LEGAL GROUP, PLLC
                                                                           100 Pearl Street, 14th Floor
                                                                           Hartford, CT 06103
                                                                           Tel:      702-420-2001
                                                                           Email:  ecf@randazza.com

                                                                           */s/ Marc J. Randazza*
                                                                           Marc Randazza, (*Pro Hac Vice* forthcoming)
                                                                           RANDAZZA LEGAL GROUP, PLLC
                                                                           2764 Lake Sahara Drive, Suite 109
                                                                           Las Vegas, NV 89117
                                                                           Tel:      702-420-2001
                                                                           Email:  ecf@randazza.com

/s/  *John C. Burns*
John C. Burns  (*Pro Hac Vice*)
Burns Law Firm
P.O. Box 191250
St. Louis, Missouri 63119
Tel:      314-329-5040
Email:   john@burns-law-firm.com

*Attorneys for Movant/Putative Intervenor, TGP Communications, LLC d/b/a The Gateway Pundit*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 19, 2022 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Jay M. Wolman
Jay M. Wolman

RANDAZZA | LEGAL GROUP