UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA GIUFFRE,

        Plaintiff,

-against-

GHISLAINE MAXWELL,

        Defendant.

15 Civ. 7433 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the briefing regarding the objections to unsealing made by Non-Party Does 12, 28, 97, 107, 144, 147, 171, and 183.  The parties to this action and other interested parties are invited to appear telephonically for the Court's rulings as to these objections on Friday November 18, 2022, at 11 a.m., using the following information:  dial in (877) 402-9753; access code 6545179.

**SO ORDERED.**

Dated:   New York, New York
          November 3, 2022

                        _____
                        LORETTA A. PRESKA
                        Senior United States District Judge