UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VIRGINIA L. GIUFFRE,

              Plaintiff,

-against-

GHISLAINE MAXWELL,

              Defendant.

15 Civ. 7433 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The hearing regarding the objections to unsealing made by Non-Party Does 12, 28, 97, 107, 144, 147, 171, and 183, currently scheduled for Friday November 18, 2022 at 11 a.m., is adjourned to Friday November 18, 2022 at 12:30 p.m.  The parties to this action and other interested parties are invited to appear telephonically using the following information:  dial in (877) 402-9753; access code 6545179.

SO ORDERED.

Dated:    New York, New York
            November 14, 2022

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge

1