UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>                    Plaintiff,<br><br>-against-<br><br>GHISLAINE MAXWELL,<br><br>                    Defendant. | 15 Civ. 7433 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Doe 171 submitted an *ex parte* request seeking a stay, pending appeal, of the release of documents relating to her. Doe 171's request for a stay of the release of documents relating to her is granted until December 5, 2022 to allow her to seek a further stay from the Court of Appeals.

SO ORDERED.

Dated:   New York, New York
           November 19, 2022

                          *Loretta A. Preska*
                          LORETTA A. PRESKA
                          Senior United States District Judge