UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

        Plaintiff,

-against-

GHISLAINE MAXWELL,

        Defendant.

15 Civ. 7433 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Doe 107 submitted an *ex parte* request seeking a stay, pending appeal, of the release of documents relating to her. Doe 107's request for a stay of the release of documents relating to her is granted until December 5, 2022 to allow her to seek a further stay from the Court of Appeals.

SO ORDERED.

Dated:    New York, New York
           November 28, 2022

_____
LORETTA A. PRESKA
Senior United States District Judge