# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

Plaintiff

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

GHISLAINE MAXWELL,

Defendant.

(List the full name(s) of the defendant(s)/respondent(s).)

15 CV 07433 (LAP)( )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: DOE 107

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ judgment ☒ order entered on: November 18, 2022

(date that judgment or order was entered on docket)

that: discovery documents related to Appellant, Doe 107, shall be unsealed.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

November 30, 2022

Dated

Signature

Levitt, Richard, W

Name (Last, First, MI)

40 Fulton Street, 17 FL    New York    NY    10038
Address                    City         State  Zip Code

212 480-4000               rlevitt@landklaw.com
Telephone Number           E-mail Address (if available)

\* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13