UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**CASE NO. 15 Civ. 7433 (LAP)**

VIRGINIA L. GIUFFRE,

   Plaintiff,

   v.

GHISLAINE MAXWELL,

   Defendant.
_____/

**NOTICE OF APPEAL**

Notice is hereby given that non-party Doe 171, by and through undersigned counsel, hereby appeals to the United States Court of Appeals for the Second Circuit from the Court's *ore tenus* Order ordering release of sealed documents during the November 18, 2022 hearing.

Dated: December 1, 2022

Respectfully submitted,

**AXS LAW GROUP, PLLC**
2121 NW 2nd Avenue, Suite 201
Miami, FL 33127
Tel: 305.297.1878

By: */s/ Jeff Gutchess*
Jeffrey W. Gutchess
Jeff@axslawgroup.com

*Counsel for Doe 171*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 1, 2022, a true and correct copy of the foregoing was electronically served via CM/ECF on counsel of record.

>*/s/ Jeff Gutchess*
>Jeffrey W. Gutchess