# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of December, two thousand twenty-two.

Before:    José A. Cabranes,
              *Circuit Judge*,

_____

Virginia L. Giuffre,

    Plaintiff - Appellee,

v.

Sharon Churcher, Jeffrey Epstein,

    Respondents,

v.

Ghislaine Maxwell,

    Defendant,

v.

John Doe 107, John Doe 171,

    Objectors - Appellants,

v.

Julie Brown, Miami Herald Media Company,

    Intervenors - Appellees.

_____

**ORDER**

Docket Nos. 22-3042(L), 22-3050(Con)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Dec 02 2022

    Appellant Doe 107 seeks an emergency stay pending appeal of the district court's decision of November 18, 2022, which ordered the unsealing of certain documents filed in *Giuffre v. Maxwell*, No. 15-cv-7433 (LAP). Doe 107 also requests leave to file under seal and to redact personal details contained in the stay motion.

IT IS HEREBY ORDERED that the district court's November 18, 2022 order is administratively stayed pending review of the motion for a stay pending appeal by a three-judge panel. Appellant's request to seal is granted pending review of this matter by the panel.

    For the Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 12/02/2022