UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 15 Civ. 7433 (LAP)

VIRGINIA L. GIUFFRE,

    Plaintiff,

    v.

GHISLAINE MAXWELL,

    Defendant.
_____/

## **NOTICE OF REDACTION REQUEST – TRANSCRIPT**

In accordance with this Court's forms and procedures, undersigned counsel acknowledges that redactions other than certain personal identifiers requires a separate Motion for Redaction of Electronic Transcript. In an abundance of caution, undersigned counsel notes that the redactions identified in the chart below have been requested in an omnibus letter motion filed in the above-styled proceedings on this date, and thus respectfully requests that the transcript not be made remotely electronically available until that motion, and the sealing/redaction request therein, is resolved by the Court.

| Document # of Transcript | Page | Line(s) | Identifier | Redaction Requested |
|---|---|---|---|---|
| 1283 | 5 | 24-25 | All text, as explained in Motion | No text, as explained in Motion |
| 1283 | 6 | 1-16 | All text, as explained in Motion | No text, as explained in Motion |
|  |  |  |  |  |
| 1284 | 5 | 24-25 | All text, as explained in Motion | No text, as explained in Motion |
| 1284 | 6 | 1-16 | All text, as explained in Motion | No text, as explained in Motion |

Dated: December 5, 2022            Respectfully submitted,

                                   **AXS LAW GROUP, PLLC**
                                   2121 NW 2nd Avenue, Suite 201
                                   Miami, FL 33127
                                   Tel: 305.297.1878

                                   By: */s/ Jeff Gutchess*
                                   Jeffrey W. Gutchess
                                   Jeff@axslawgroup.com


                                   *Counsel for Doe 171*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 5, 2022, a true and correct copy of the foregoing was electronically served via CM/ECF on counsel of record.

                                   */s/ Jeff Gutchess*
                                   Jeffrey W. Gutchess