

December 6, 2022

**VIA CM/ECF**
The Honorable Loretta A. Preska
District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    **RE:** *Giuffre v. Maxwell*, **Case No. 1:15-cv-07433-LAP**

Dear Judge Preska:

    Doe 171 writes in connection with her December 5, 2022 letter motion, (Doc. 1285), to supplement the docket entry numbers she believes should remain under seal and not disclosed to the public. In addition to the docket entries listed in the December 5, 2022 letter motion, Doe 171 believes Docs. 339, 340-3, and 369-1 should remain under seal.

    Very respectfully submitted,

                                            **AXS LAW GROUP, PLLC**
                                            2121 NW 2nd Avenue, Suite 201
                                            Miami, FL 33127
                                            Tel: 305.297.1878

                                            By: /s/ Jeff Gutchess_____
                                            Jeffrey W. Gutchess
                                            Jeff@axslawgroup.com

                                            *Counsel for Doe 171*