

December 8, 2022

**VIA CM/ECF**
The Honorable Loretta A. Preska
District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      **RE:** *Giuffre v. Maxwell*, Case No. 1:15-cv-07433-LAP

Dear Judge Preska:

      Doe 171 writes to respectfully request a status conference in front of Your Honor regarding her December 5, 2022 Letter Motion (Doc. 1285) and the December 7, 2022 Responses by Virginia Giuffre (Doc. 1289) and Julie Brown and the Miami Herald (Doc. 1290). The Responses—as well as briefs submitted by Giuffre, Doe 107, and Brown and the Miami Herald in the Second Circuit—contain information that Doe 171 is presently fighting and exercising her appellate rights to keep under seal. In light of the Second Circuit's Order entered today granting a stay pending Doe 171's appeal (Doc. 1291), Doe 171 would like the opportunity to participate in a status conference with Your Honor and the parties to discuss her request to redact the personal and confidential information contained in the November 18, 2022 hearing transcript, (Doc. 1283 & 1284), and the parties' various filings. In light of the sensitive nature of that information, Doe 171 respectfully requests that the status conference be set as soon as possible.

      Very respectfully submitted,

                                  **AXS LAW GROUP, PLLC**
                                  2121 NW 2nd Avenue, Suite 201
                                  Miami, FL 33127
                                  Tel: 305.297.1878



        By: /s/ Jeff Gutchess
        Jeffrey W. Gutchess
        Jeff@axslawgroup.com

*Counsel for Doe 171*