

December 8, 2022

**VIA ECF**

The Honorable Loretta A. Preska
District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Giuffre v. Maxwell*, **Case No. 15-cv-7433-LAP**

Dear Judge Preska,

    Plaintiff writes in response to Doe 171's December 8, 2022, letter. Dkt. 1292. For the reasons set forth in Plaintiff's and the Miami Herald's December 7 responses (Dkts. 1289 and 1290), Doe 171's motion should be denied without the need for a conference.

    Doe 171 claims that "briefs submitted . . . in the Second Circuit—contain information that Doe 171 is presently fighting and exercising her appellate rights to keep under seal." Dkt. 1292. To be clear, however, no one has filed anything revealing the contents of the judicial documents at issue in the Court's November 18 ruling. Doe 171 is instead referring to quotations of the Court's statements that identify her by name and explain that allegations about Doe 171 and her relationships with Jeffrey Epstein and Ghislaine Maxwell are already public. Doe 171 already included her request to retroactively redact a public transcript of a public hearing in her December 5 motion, Dkt. 1285 at 5, and her most recent filing yet again fails to provide any basis for such a request.

                                          Sincerely,

                                          /s/ Sigrid S. McCawley

                                          Sigrid S. McCawley, Esq.

cc: Counsel of Record  (via ECF)

BOIES SCHILLER FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com