

December 12, 2022

**VIA ECF**

The Honorable Loretta A. Preska
District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Giuffre v. Maxwell*, **Case No. 15-cv-7433-LAP**

Dear Judge Preska,

    Pursuant to the Court's orders at the November 18, 2022, hearing, Plaintiff files the documents ordered unsealed, except those documents subject to the stays concerning Doe 107 and Doe 171. This filing also excludes documents subject to the joint request for clarification submitted by the Original Parties on May 2, 2022.

                                Respectfully,

                                /s/ Sigrid S. McCawley
                                Sigrid S. McCawley

    cc: Counsel of Record (via ECF)