**EXHIBIT C**

# *GIUFFRE*

# *VS.*

# *MAXWELL*

Deposition

# *VIRGINIA GIUFFRE*

*05/03/2016*

_____

*Agren Blando Court Reporting & Video, Inc.*
*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

1 filed under oath is no longer true, correct?
2           MR. EDWARDS:  Object to the form.
3      A    I wouldn't say that it wasn't true.  I was
4 just unaware of the times and the dates.
5      Q    (BY MS. MENNINGER)  Again, is there more
6 than one truth, Ms. Roberts?
7      A    No, there's no more than one truth.
8      Q    All right.  So a document in which you
9 swore that you were 15 years old when you met
10 Ms. Ghislaine Maxwell is an untrue statement,
11 correct?
12           MR. EDWARDS:  Object to the form.
13      A    It's not that it's an untrue statement.
14 It was a mistake.  So it wasn't intentionally trying
15 to say something that wasn't true.  It was to my best
16 knowledge that I thought it was 1999.  And when I got
17 my records from Mar-a-Lago I was able to find out
18 that it was 2000.  And this was entered before I
19 found out the actual dates that I did work at
20 Mar-a-Lago.
21      Q    (BY MS. MENNINGER)  Okay.  So a document
22 that you filed under oath --
23      A    Um-hum.
24      Q    -- is now, you believe to be untrue,
25 correct?

1  another prince, the large hotel chain owner and
2  Marvin Minsky, is there anyone else that Ghislaine
3  Maxwell directed you to go have sex with?
4      A    I am definitely sure there is.  But can I
5  remember everybody's name?  No.
6      Q    Okay.  Can you remember anything else
7  about them?
8      A    Look, I've given you what I know right
9  now.  I'm sorry.  This is very hard for me and very
10 frustrating to have to go over this.  I don't -- I
11 don't recall all of the people.  There was a large
12 amount of people that I was sent to.
13     Q    Do you have any notes of all these people
14 that you were sent to?
15     A    No, I don't.
16     Q    Where are your notes?
17     A    I burned them.
18     Q    When did you burn them?
19     A    In a bonfire when I lived at Titusville
20 because I was sick of going through this shit.
21     Q    Did you have lawyers who were representing
22 you at the time you built a bonfire and burned these
23 notes?
24     A    I've been represented for a long time, but
25 it was not under the instruction of my lawyers to do

1  this. My husband and I were pretty spiritual people
2  and we believed that these memories were worth
3  burning.
4      Q    So you burned notes of the men with whom
5  you had sex while you were represented by counsel in
6  litigation, correct?
7          MR. EDWARDS: Object to the form.
8      A    This wasn't anything that was a public
9  document. This was my own private journal, and I
10 didn't want it anymore. So we burned it.
11     Q    (BY MS. MENNINGER) When did you write
12 that journal?
13     A    Just over time. I started writing it
14 probably in, I don't know, I can't speculate, 2012,
15 2011.
16     Q    So you did not write this journal at the
17 time it happened?
18     A    No.
19     Q    You started writing this journal
20 approximately a decade after you claim you finished
21 being sexually trafficked, correct?
22     A    Yes.
23     Q    And you started writing a journal after
24 you had a lawyer, correct?
25     A    Correct.

1  Q  Including Mr. Edwards, who is sitting
2  right here, correct?
3  A  Correct.
4  Q  What did that journal look like?
5  A  It was green.
6  Q  And what else?
7  A  It was just a spiral notebook.
8  Q  Okay. And what did you put into that
9  green spiral notebook?
10  A  Bad memories. Things that I've gone
11  through, lots of things, you know. I can't tell you.
12  There was a lot of pages. It was over 300 pages in
13  that book.
14  Q  Did you ever show that book to your
15  lawyers?
16  A  No.
17  Q  Did you show that book to anyone?
18  A  My husband.
19  Q  Did you show it to anyone else besides
20  your husband?
21  A  No.
22  Q  Did you tear out pages and give them to
23  Sharon Churcher?
24  A  No, I wrote -- those pages that you're
25  talking about, I wrote for her specifically. She

1   wanted to know about the Prince Andrew incident.
2        Q    So that's a different piece of paper?
3        A    Yeah, that's just random paper.
4        Q    So you had a green spiral notebook that
5   you began sometime in 2011 or 2012 in which you wrote
6   down your recollections about what had happened to
7   you, and you burned that in a bonfire in 2013.
8             Did I get that right?
9        A    You got that right.
10       Q    And do you have no other names of people
11  to whom you claim Ghislaine Maxwell directed you to
12  have sex, correct?
13       A    At this time, no.
14       Q    Is there any document that would refresh
15  your recollection that you could look at?
16       A    If you have a document you'd like to show
17  me, I would be glad to look at it and tell you the
18  names I recognize off of that.
19       Q    I'm just asking you if there's a document
20  you know of that has this list of names in it?
21       A    Not in front of me, no.
22       Q    Where is the original of the photograph
23  that has been widely circulated in the press of you
24  with Prince Andrew?
25       A    I probably still have it.  It's not in my