EXHIBIT 3
(FILE UNDER SEAL)

# GIUFFRE

# VS.

# MAXWELL

### Deposition

# VIRGINIA GIUFFRE

*05/03/2016*

_____

## Agren Blando Court Reporting & Video, Inc.
*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

1    another prince, the large hotel chain owner and

2    Marvin Minsky, is there anyone else that Ghislaine

3    Maxwell directed you to go have sex with?

4    A    I am definitely sure there is.  But can I

5    remember everybody's name?  No.

6    Q    Okay.  Can you remember anything else

7    about them?

8    A    Look, I've given you what I know right

9    now.  I'm sorry.  This is very hard for me and very

10    frustrating to have to go over this.  I don't -- I

11    don't recall all of the people.  There was a large

12    amount of people that I was sent to.

13    Q    Do you have any notes of all these people

14    that you were sent to?

15    A    No, I don't.

16    Q    Where are your notes?

17    A    I burned them.

18    Q    When did you burn them?

19    A    In a bonfire when I lived at Titusville

20    because I was sick of going through this shit.

21    Q    Did you have lawyers who were representing

22    you at the time you built a bonfire and burned these

23    notes?

24    A    I've been represented for a long time, but

25    it was not under the instruction of my lawyers to do

1    this.  My husband and I were pretty spiritual people

2    and we believed that these memories were worth

3    burning.

4         Q    So you burned notes of the men with whom

5    you had sex while you were represented by counsel in

6    litigation, correct?

7              MR. EDWARDS:  Object to the form.

8         A    This wasn't anything that was a public

9    document.  This was my own private journal, and I

10   didn't want it anymore.  So we burned it.

11        Q    (BY MS. MENNINGER)  When did you write

12   that journal?

13        A    Just over time.  I started writing it

14   probably in, I don't know, I can't speculate, 2012,

15   2011.

16        Q    So you did not write this journal at the

17   time it happened?

18        A    No.

19        Q    You started writing this journal

20   approximately a decade after you claim you finished

21   being sexually trafficked, correct?

22        A    Yes.

23        Q    And you started writing a journal after

24   you had a lawyer, correct?

25        A    Correct.