**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

        Plaintiff,                  Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

        Defendant.

_____/

**DECLARATION OF STAN POTTINGER IN SUPPORT OF**
**MOTION FOR PROTECTIVE ORDER FOR NON PARTY WITNESS**

I, Stan Pottinger, declare that the below is true and correct to the best of my knowledge as follows:

1.      I am a lawyer and duly licensed to practice in New York before this Court pursuant to this Court's Order granting my Application to Appear Pro Hac Vice.

2.      I respectfully submit this Declaration in Support of Motion for Protective Order for Non-Party Witness.

3.      Attached hereto as Sealed Exhibit 1 is a true and correct copy of Excerpts from April 22, 2016, Deposition of Ghislaine Maxwell.

4.      Attached hereto as Sealed Exhibit 2 are true and correct copies of Excerpts from February 17, 2017, Deposition of Sarah Ransome.

I declare under penalty of perjury that the foregoing is true and correct.

                        /s/ J. Stanley Pottinger_____
                        J. Stanley Pottinger, Esq.
                        *Counsel for Sarah Ransome*

Dated: February 22, 2017.

Respectfully Submitted,

By: /s/ J. Stanley Pottinger
    J. Stanley Pottinger
    *Counsel for Sarah Ransome*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 22nd day of February 2017, I electronically filed the

foregoing document with the Clerk of Court by using the CM/ECF system.  I also certify that the

foregoing document is being served to all parties of record via transmission of the Electronic

Court Filing System generated by CM/ECF.

Laura A. Menninger, Esq.
Jeffrey Pagliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
lmenninger@hmflaw.com
jpagliuca@hmflaw.com

Sigrid McCawley (Pro Hac Vice)
Meredith Schultz (Pro Hac Vice)
Boies Schiller & Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Tel: (954) 356-0011
Tel: (954) 356-0022
smccawley@bsfllp.com
mschultz@bsfllp.com

David Boies
Boies Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504
dboies@bsfllp.com

Bradley J. Edwards (Pro Hac Vice)
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
 (954) 524-2820
brad@pathtojustice.com

Paul G. Cassell (Pro Hac Vice)
S.J. Quinney College of Law
University of Utah
383 University St.
Salt Lake City, UT 84112
(801) 585-5202[1]
cassellp@law.utah.edu

Peter Guirguis, Esq.
MINTZ & GOLD, LLP
600 Third Avenue
New York, NY 10016
(212) 696-4848
guirguis@mintzandgold.com


                                    /s/ J. Stanley Pottinger
                                        J. Stanley Pottinger, Esq.

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.