# EXHIBIT 2
# (File Under Seal)

HIGHLY CONFIDENTIAL AEO
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
VIRGINIA L. GIUFFRE,

        Plaintiff,

v.                Case No:
                  15-cv-07433-RWS

GHISLAINE MAXWELL,

        Defendant.

------------------------------x

HIGHLY CONFIDENTIAL
DEPOSITION OF SARAH RANSOME
NEW YORK, NEW YORK
Friday, February 17, 2017

Reported by:
JEREMY RICHMAN
JOB NO: 300491

MAGNA LEGAL SERVICES
320 West 37th Street, 12th Floor
New York, New York 10018
(866) 624-6221



Page 10

```
 1        HIGHLY CONFIDENTIAL AEO
 2     A.     No.  It's more of a hobby,
 3   really.
 4     Q.     Are you employed?
 5     A.     Nope.
 6     Q.     Do you have any source of
 7   income?
 8     A.     My partner --
 9          MR. GUIRGUIS:  I'm going to
10     object to that.  Income is out.
11          You don't have to answer
12     that.
13     Q.     Do you have any source of
14   income?
15          MR. GUIRGUIS:  I just
16     objected to that.  You don't have
17     to answer.
18          MS. MENNINGER:  Is there a
19     privilege you're asserting?
20          MR. GUIRGUIS:  I'm not sure
21     what the relevance is, and I'm
22     not going to allow --
23          MS. MENNINGER:  Do you
24     believe that relevance is a
25     proper objection during a
```



```
 1        HIGHLY CONFIDENTIAL AEO
 2   with Ms. McCawley over the phone?
 3        A.    On my partner's cell phone.
 4        Q.    What's his cell phone
 5   number?
 6             MS. MCCAWLEY:  Objection.
 7        What's the relevance of her
 8        partner's cell phone?
 9             Again, this is irrelevant.
10        It's harassing.  It's -- you're
11        seeking information to be able
12        to -- the witness has already
13        expressed fear about her --
14        people currently going after her.
15        So we would object to that
16        intimidation of a nonparty
17        witness.
18        Q.    What is your partner's cell
19   phone number?
20             MR. GUIRGUIS:  I'm directing
21        the witness not to answer.
22        Q.    How many hours have you
23   spent speaking with Mr. Pottinger?
24        A.    I've been speaking to
25   Mr. Pottinger from November.
```



```
 1          HIGHLY CONFIDENTIAL AEO
 2      Q.    When in November?
 3      A.    I can't remember.
 4      Q.    On your same cell phone that
 5  you got rid of?
 6      A.    No, on my partner's cell
 7  phone.
 8      Q.    And when did you first meet
 9  Mr. Pottinger in person?
10      A.    It was in the beginning of
11  January.
12      Q.    And where was that meeting?
13      A.    Barcelona.
14      Q.    Where in Barcelona?
15      A.    Barcelona.  It's Barcelona.
16  We meet -- I can't remember the area.
17      Q.    In a restaurant?  In a
18  hotel?  In an office?
19      A.    In a hotel.
20      Q.    And how long did you spend
21  with Mr. Pottinger on that occasion?
22      A.    Two days.
23      Q.    How many hours over the two
24  days?
25      A.    Gosh, about 16.
```



```
 1          HIGHLY CONFIDENTIAL AEO
 2    I had to regularly pop in to see him
 3    and Ghislaine.  And Ghislaine would
 4    often check how I was doing and blah,
 5    blah, blah, etcetera.
 6         Q.    What were you doing to
 7    prepare for your college application?
 8         A.    I had to write an essay.
 9         Q.    When did you --
10         A.    Also, I had to do -- like,
11    you know how you apply for college
12    applications; you've got your
13    application forms and such.  So it was
14    more admin.
15         Q.    And you were going to
16    Jeffrey's office to work on your
17    forms?
18         A.    Yes.  And to just say hi.  I
19    was -- well, I never went on my own
20    accord.  I was either invited or told
21    to be there by either Ghislaine or
22    Jeffrey.  I also went to the offices
23    on a number of occasions for private
24    legal matter.
25         Q.    What's the private legal
```



```
 1          HIGHLY CONFIDENTIAL AEO
 2   matter?
 3            MR. GUIRGUIS:  Objection.
 4       I'm going to direct you not to
 5       answer if it's unrelated to this
 6       case.
 7       Q.   Was there an attorney
 8   present?
 9       A.   Yes.
10       Q.   What was the name of the
11   attorney who was present?
12       A.   Alan Dershowitz.
13       Q.   So I was asking about the
14   second time you met Ghislaine.  It was
15   at Jeffrey's office in New York?
16       A.   Yes.
17       Q.   How did you come to be in
18   Jeffrey's office in New York where you
19   met Ghislaine the second time?
20       A.   I was told to be there.
21       Q.   Who told you to be there?
22       A.   I think it was Ghislaine.
23       Q.   How did Ghislaine tell you
24   to be there?
25       A.   I can't remember if it was
```



Page 204

```
 1           HIGHLY CONFIDENTIAL AEO
 2      Q.      Anything else?
 3              MS. MCCAWLEY:  I'm going to
 4      object.  There's no time frame on
 5      this.  You're talking about one
 6      year?  All the years from 2007 to
 7      2015?  Which I would say is
 8      inappropriate for a nonparty
 9      witness to talk about her -- if
10      you're talking generally about
11      prescriptions.
12      [REDACTED]
```

[Lines 13-25 redacted]



1    HIGHLY CONFIDENTIAL AEO





1          HIGHLY CONFIDENTIAL AEO
2 

19



Page 311

```
 1           HIGHLY CONFIDENTIAL AEO
 2      A.    Yeah, we -- yeah.  He was
 3  really intimate all the time.  We
 4  had -- multiple times.  I can't tell
 5  you how many times I've slept with
 6  Jeffrey.  I mean, we were on rotation.
 7  Every single day, it was -- sometimes
 8  twice a day I was called.
 9            You know, Ghislaine, ███
10  ███ -- you know, it was -- yeah.  I
11  mean, how -- we were on rotation
12  pretty much the whole time I was here.
13      Q.    And when you say you were on
14  rotation, you mean you were having sex
15  with Jeffrey multiple times per day?
16      A.    No.  As in when I was
17  finished, another girl was called by
18  Ghislaine.  And when they had
19  finished, another girl was called.
20      Q.    How do you know that another
21  girl was called by Ghislaine?
22      A.    Because I was there, and I
23  saw it and heard it with all my
24  senses.  I saw Ghislaine call another
25  girl, and she called me herself, to go
```



Page 312

```
 1            HIGHLY CONFIDENTIAL AEO
 2   give Jeffrey Epstein a sexual massage.
 3        Q.    What do you mean by call?  I
 4   guess I'm thinking like telephone.
 5   That may be my --
 6        A.    No.  As in going up to the
 7   person and going, Jeffrey wants to see
 8   you in his bedroom, which meant it's
 9   your turn to be abused.  That kind of
10   thing.
11        Q.    And this is on the island?
12        A.    This is on the island.
13        Q.    You heard -- as soon as you
14   were done with Jeffrey, you heard
15   Ghislaine go up to another girl and
16   say, it's your turn with Jeffrey?
17        A.    So every single day, I
18   mean -- so I don't know how quickly
19   Jeffrey's sperm bank fills up.  I
20   mean, I know guys can normally cum
21   once or twice a day, but Jeffrey's not
22   a normal person.
23              So, I mean, our rotation
24   changed every day that specific trip
25   we had in December.
```



```
 1          HIGHLY CONFIDENTIAL AEO
 2          MR. GUIRGUIS:  Okay.  So on
 3     the record -- we can carry on the
 4     conversation, certainly, off the
 5     record.
 6          But while we're on the
 7     record, I will say that my
 8     understanding is that those
 9     documents were all produced to
10     you, including all the emails
11     that you asked her about, and
12     where are the missing emails, and
13     she kept saying they'd been
14     produced to her attorneys.  My
15     understanding is that the
16     attorneys did provide them to
17     defense counsel.
18          MS. MENNINGER:  Well,
19     there's a current passport that
20     we know was not produced, there
21     is an FIT application that we
22     know was not produced, and I
23     believe there are emails that
24     were not produced.
25          And I'm happy to have the
```



```
 1        HIGHLY CONFIDENTIAL AEO
 2   conversation continue off the
 3   record, but I'm telling you those
 4   are some of my recollections.
 5        MR. GUIRGUIS:  Okay.  And to
 6   be clear so that I'm not
 7   misrepresenting, I see that I
 8   said there were documents and the
 9   emails.  I meant to clarify, as
10   in the emails I know were
11   produced.
12        I can't speak to any other
13   documents that you might want to
14   raise a dispute about.  But with
15   respect to the emails that you
16   said, my understanding, at least
17   as I sit here, is that they were
18   produced.
19        That said, I think we can go
20   off the record and resolve any
21   other issues between counsel and
22   I.
23        (Time noted:  6:34 p.m.)
24
25
```

