# EXHIBIT C

CONFIDENTIAL

Please read the following representations made by you to us and, if they are agreeable, sign the letter in the space at the bottom.

Dear Sirs and Madams:

I, Sarah Ransome, hereby retain FARMER, JAFFE, WEISSING, EDWARDS, FISTOS & LEHRMAN, P.L.; J. STANLEY POTTINGER PLLC; and PAUL CASSELL, ESQ. as my attorneys to represent me in any and all matters related to Jeffrey Epstein, Ghislaine Maxwell, and their collaborators, co-conspirators, and related parties ("wrongdoers"), as well as in matters related to the wrongdoers as such matters may pertain to government agencies, media, and other third parties.

I understand that your law firms have agreed to take my case on a *pro bono* basis in order to protect my rights as a crime victim and witness. Your firms will pay for the costs of your investigation and litigation and for your professional services under this agreement. Your representation of me is solely for the purpose of protecting my rights as a witness and victim in matters involving the wrongdoers and events for which they bear responsibility.

I understand that you have filed a lawsuit on behalf of Ms. Virginia Roberts Giuffre against Ghislaine Maxwell and I agree that you may use the information and evidence I am providing you in order to assist Ms. Giuffre in that lawsuit. I also agree that you may use that information and evidence in any other civil or criminal actions against Jeffrey Epstein and any of his collaborators, co-conspirators, fellow wrongdoers or other culpable parties. I also agree that you may use that information and evidence to help Jane Doe 1 and Jane Doe 2 in their lawsuit against the U.S. Attorney's Office in Florida that seeks to invalidate Mr. Epstein's non-prosecution agreement.

I agree that upon written notice, any or all of your firms may terminate your representation of me without cause. I agree to keep you advised of my whereabouts at all times and to cooperate in the preparation and investigation of the case; to appear on reasonable notice for office conferences, depositions and court appearances; and to comply with all reasonable requests made by you as my attorneys in connection with the matters involved.

In the unlikely event that a dispute arises between any of your firms and me, we agree that it will be settled by binding, confidential arbitration under the JAMS Comprehensive Arbitration Rules and Procedures rather than through civil litigation.

I look forward to working with you all.

Sincerely yours,

Sarah Ransome

DATED this 07 day of November, 2016

RANSOME_000016