# EXHIBIT B

# *GIUFFRE*

# *VS.*

# *MAXWELL*

Deposition

# VIRGINIA GIUFFRE

05/03/2016

_____

## Agren Blando Court Reporting & Video, Inc.
*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

## Page 101

1  mic higher up on your jacket, please?
2      THE DEPONENT: Sure.
3      THE VIDEOGRAPHER: Thank you.
4      THE DEPONENT: Tell me if that's okay.
5  Better?
6    A  Okay. Page 40?
7    Q  (BY MS. MENNINGER) Right. Do you see the
8  first full paragraph on that page?
9    A  I do.
10   Q  The first line begins: I spent my sweet
11 16th birthday on his island in the Caribbean next to
12 Little (sic) St. James Isle. He liked to call it
13 Little St. Jeff's. His ego was enormous as his
14 appetite for fornicating.
15       Do you see that sentence?
16   A  I do.
17   Q  That is not true, correct? You were not
18 spending your sweet 16th birthday on Little St. James
19 Isle, correct?
20   A  Based on my knowledge at the time that I
21 wrote this manuscript, I thought I did spend my 16th
22 birthday there. And so I put it down in there as
23 that. Now I know that it wasn't my 16th birthday.
24   Q  Or your sweet 16th birthday?
25   A  Well, we --

## Page 102

1      MR. EDWARDS: Object to the form.
2  Harassing.
3    Q  (BY MS. MENNINGER) Was it your sweet 16th
4  birthday?
5    A  Is it not custom to call your 16th
6  birthday sweet? Have you never heard that saying
7  before?
8    Q  Was it your sweet 16th birthday,
9  Ms. Giuffre?
10   A  As we --
11       MR. EDWARDS: She's answered the question.
12 It's been asked and answered.
13       MS. MENNINGER: She asked me a question,
14 actually. You're not testifying here.
15   Q  (BY MS. MENNINGER) Was it your sweet 16th
16 birthday?
17   A  As I thought, in the manuscript when I
18 wrote it, I thought it was my sweet 16th birthday.
19   Q  Okay. Now that you know it wasn't, where
20 did you spend your sweet 16th birthday?
21   A  Well, I don't know.
22   Q  Well, just give us your best guess.
23       MR. EDWARDS: Objection. And she's not
24 going to guess today. She's going to tell you the
25 answers as she remembers them.

## Page 103

1       If you remember the answer, please tell
2  her the answer.
3    A  I don't know the answer, where I spent my
4  sweet 16th birthday.
5    Q  (BY MS. MENNINGER) Do you know who you
6  were with on your sweet 16th birthday?
7    A  No, I don't.
8    Q  Do you know where you lived on your sweet
9  16th birthday?
10   A  No, I don't.
11   Q  Were you living with your parents on your
12 sweet 16th birthday?
13   A  I don't know.
14   Q  Were you living with ▓▓▓▓▓ on your sweet
15 16th birthday?
16   A  I don't know. I was a runaway a lot. I
17 don't know where I lived at the time.
18   Q  Okay. Were you working at Taco Bell on
19 your sweet 16th birthday?
20   A  I don't think so. I don't know.
21   Q  Were you working at Publix on your sweet
22 16th birthday?
23   A  I don't know.
24   Q  Were you working at an aviary on your
25 sweet 16th birthday?

## Page 104

1    A  Again, I don't know.
2    Q  Do you recall any present you actually got
3  on your sweet 16th birthday?
4    A  No, I don't. I don't know where I spent
5  it, who I spent it with or what I got. I'm sorry.
6    Q  How long did you work at Mar-a-Lago?
7    A  Best of my recollection, it was a summer
8  job. I believe I started in June. And I think I
9  only worked there approximately two weeks, two, three
10 weeks.
11   Q  How many hours a week did you work?
12   A  I want to say it was a -- I want to say
13 it's a full-time job.
14   Q  Do you recall it being a full-time job?
15   A  It was a summer job, but just thinking
16 back, my dad used to bring me in and bring me home.
17 So he worked full time, all day. So -- and I didn't
18 lounge around Mar-a-Lago so, yes, I think it would
19 have been a full-time job.
20   Q  And how much did you make per hour?
21   A  Approximately, I think I remember making
22 $9 an hour.
23   Q  The bracelet and earrings you got for your
24 birthday, some birthday, on Little -- or where was
25 that birthday party, at Little St. James?

Page 205

1  another prince, the large hotel chain owner and
2  Marvin Minsky, is there anyone else that Ghislaine
3  Maxwell directed you to go have sex with?
4     A    I am definitely sure there is. But can I
5  remember everybody's name? No.
6     Q    Okay. Can you remember anything else
7  about them?
8     A    Look, I've given you what I know right
9  now. I'm sorry. This is very hard for me and very
10 frustrating to have to go over this. I don't -- I
11 don't recall all of the people. There was a large
12 amount of people that I was sent to.
13    Q    Do you have any notes of all these people
14 that you were sent to?
15    A    No, I don't.
16    Q    Where are your notes?
17    A    I burned them.
18    Q    When did you burn them?
19    A    In a bonfire when I lived at Titusville
20 because I was sick of going through this shit.
21    Q    Did you have lawyers who were representing
22 you at the time you built a bonfire and burned these
23 notes?
24    A    I've been represented for a long time, but
25 it was not under the instruction of my lawyers to do

Page 206

1  this. My husband and I were pretty spiritual people
2  and we believed that these memories were worth
3  burning.
4     Q    So you burned notes of the men with whom
5  you had sex while you were represented by counsel in
6  litigation, correct?
7        MR. EDWARDS: Object to the form.
8     A    This wasn't anything that was a public
9  document. This was my own private journal, and I
10 didn't want it anymore. So we burned it.
11    Q    (BY MS. MENNINGER) When did you write
12 that journal?
13    A    Just over time. I started writing it
14 probably in, I don't know, I can't speculate, 2012,
15 2011.
16    Q    So you did not write this journal at the
17 time it happened?
18    A    No.
19    Q    You started writing this journal
20 approximately a decade after you claim you finished
21 being sexually trafficked, correct?
22    A    Yes.
23    Q    And you started writing a journal after
24 you had a lawyer, correct?
25    A    Correct.

Page 207

1     Q    Including Mr. Edwards, who is sitting
2  right here, correct?
3     A    Correct.
4     Q    What did that journal look like?
5     A    It was green.
6     Q    And what else?
7     A    It was just a spiral notebook.
8     Q    Okay. And what did you put into that
9  green spiral notebook?
10    A    Bad memories. Things that I've gone
11 through, lots of things, you know. I can't tell you.
12 There was a lot of pages. It was over 300 pages in
13 that book.
14    Q    Did you ever show that book to your
15 lawyers?
16    A    No.
17    Q    Did you show that book to anyone?
18    A    My husband.
19    Q    Did you show it to anyone else besides
20 your husband?
21    A    No.
22    Q    Did you tear out pages and give them to
23 Sharon Churcher?
24    A    No, I wrote -- those pages that you're
25 talking about, I wrote for her specifically. She

Page 208

1  wanted to know about the Prince Andrew incident.
2     Q    So that's a different piece of paper?
3     A    Yeah, that's just random paper.
4     Q    So you had a green spiral notebook that
5  you began sometime in 2011 or 2012 in which you wrote
6  down your recollections about what had happened to
7  you, and you burned that in a bonfire in 2013.
8        Did I get that right?
9     A    You got that right.
10    Q    And do you have no other names of people
11 to whom you claim Ghislaine Maxwell directed you to
12 have sex, correct?
13    A    At this time, no.
14    Q    Is there any document that would refresh
15 your recollection that you could look at?
16    A    If you have a document you'd like to show
17 me, I would be glad to look at it and tell you the
18 names I recognize off of that.
19    Q    I'm just asking you if there's a document
20 you know of that has this list of names in it?
21    A    Not in front of me, no.
22    Q    Where is the original of the photograph
23 that has been widely circulated in the press of you
24 with Prince Andrew?
25    A    I probably still have it. It's not in my

Page 209

1  possession right now.
2  Q  Where is it?
3  A  Probably in some storage boxes.
4  Q  Where?
5  A  In Sydney.
6  Q  Where in Sydney?
7  A  At some family's house.  We got the boxes
8  shipped to Australia, and they were picked up off the
9  porch by my nephews and brought to their house.
10 Q  Which is where?
11 A  In Sydney.
12 Q  Where in Sydney?
13 A  ▮▮▮▮▮▮▮
14 Q  And who lives in that house?
15 A  Well, it's owned by my mother-in-law and
16 father-in-law, but my nephews live in the house.
17 Q  What are their names?
18 A  I'm not giving you the names of my
19 nephews.
20 Q  What's the address of the house?
21 A  Why would you want that?
22 Q  I want to know where the photograph is.
23 I'm asking you where the photograph is.  And you've
24 just told me it's somewhere in ▮▮▮▮▮▮▮
25 A  Yes.

Page 210

1  Q  So where in ▮▮▮▮▮▮▮ is the photograph
2  located?
3  A  If I can't 100 percent say that the
4  photograph is there, it could be at my house that I
5  presently live in.  I'm not going to give you the
6  address of my nephews' residence.
7  Q  When is the last time you saw the
8  photograph in person?
9  A  When I packed and left America.
10 Q  Colorado?
11 A  Yes.
12 Q  All right.  So you had that photograph
13 here with you in Colorado?
14 A  Yes.
15 Q  What's on the back of the photograph?
16 A  I'm sorry?
17 Q  Is there anything on the back of the
18 photograph?
19 A  There's like the date it was printed, but
20 no writing or anything.
21 Q  Okay.  Does it say where it was printed?
22 A  I don't believe so.  I think it just -- I
23 don't remember.  I just remember there's a date on
24 it.
25 Q  Whose camera was it taken with?

Page 211

1  A  My little yellow Kodak camera.
2  Q  Who took the picture?
3  A  Jeffrey Epstein.
4  Q  And where did you have it developed?
5  A  I believe when I got back to America.
6  Q  So where?
7  A  I don't know.
8  Q  Palm Beach?
9  A  I don't know.
10 Q  What is the date the photograph was
11 printed?
12 A  I believe it's in March 2001.
13 Q  Okay.
14 A  But that's just off of my photographic
15 memory.  I don't -- it could be different, but I
16 think it's March 2001.
17 Q  You have a photographic memory?
18 A  I'm not saying I have a photographic
19 memory.  But if I'd look at the back of the photo and
20 I remember what it says, I believe it was March 2001.
21 Q  Did the photograph ever leave your
22 possession for a while?
23 A  I gave it to the FBI.
24 Q  Okay.  And when did you get it back?
25 A  When they took copies of it.

Page 212

1  Q  When was that?
2  A  2011.
3  Q  When they came to interview you?
4  A  Yes.
5  Q  So from 2011 until you left Colorado it
6  was in your personal possession?
7  A  Yes.
8  Q  What other documents related to this case
9  are in that, storage boxes in Australia?
10    MR. EDWARDS:  Object to the form.
11 A  Documents related to this case -- there --
12 I don't know.  I really can't tell you.  I mean,
13 there's seven boxes full of Nerf guns, my kids' toys,
14 photos.  I don't know what other documents would be
15 in there.
16 Q  (BY MS. MENNINGER)  Did anyone search
17 those documents after you received discovery requests
18 from us in this case?
19 A  I haven't been able to obtain those boxes.
20 I can't get them sent back up to me.  It's going to
21 cost me a large amount of money.  And right now I'm
22 trying to look after my family, so I'm not able to
23 afford to get them up.
24 Q  You live in Australia, correct?
25 A  I do.

| | |
|---|---|
| **Page 213** | **Page 215** |

**Page 213**

1  Q   Okay. How far away are the boxes from
2  where you live in Australia?
3  A   Sydney is down here at the bottom. Cairns
4  is up here at the top.
5  Q   Okay.
6  A   It's probably a six-day drive.
7  Q   Did you fly here through Sydney?
8  A   No.
9  Q   Have you been to Sydney since you've moved
10 back to Australia?
11 A   I flew into Sydney with my three kids, but
12 it was a connecting flight to Brisbane.
13 Q   Did you ask your nephews or anyone else to
14 search those boxes in response to discovery requests
15 that we issued in this case?
16 A   They are my nephews. I would never let
17 them look at those.
18 Q   Other than your green spiral notebook,
19 what else did you burn in this bonfire in 2013?
20 A   That was it.
21 Q   That's the only thing?
22 A   Yes.
23 Q   Did you use wood?
24 A   Yes.
25 Q   Charcoal?

**Page 214**

1  A   My husband built the bonfire out of wood
2  and I don't know what else he put in it. He's the
3  one who always makes the fires, not me.
4  Q   Who else was present?
5  A   Just him and I.
6  Q   Were your kids there?
7  A   No. They were inside sleeping.
8  Q   And what beach was this?
9  A   It wasn't a beach. It was in my backyard.
10 Q   What's your address?
11 A   At that time?
12 Q   Um-hum.
13 A   ▉
14 Q   ▉
15 A   Yes.
16 Q   Who were your neighbors?
17 A   Sweet people. Ray and -- I could look on
18 my phone if you want.
19 Q   No, thank you. Do they still live there?
20 A   Yes.
21 Q   Do you keep in touch with them?
22 A   Last time I talked to them was a few
23 months ago.
24 Q   Did they see the fire?
25 A   They've seen many fires that we've had.

**Page 215**

1  We've had lots of bonfires there.
2  Q   Did you ever ride in a helicopter with
3  Ghislaine Maxwell acting as pilot of the helicopter?
4  A   Yes.
5  Q   Who else was on the flight?
6  A   I've been on the helicopter with her
7  plenty of times. I can't mention how many people
8  were on the -- on the helicopter at the same time.
9  Q   How many times?
10 A   I don't know. Do you have helicopter
11 records that you could show me?
12 Q   I'm asking you how many times you were on
13 the helicopter with Ghislaine Maxwell acting as the
14 pilot --
15 A   It's impossible for me to answer the
16 question without having the actual physical records
17 in front of me.
18 Q   I'm asking you to look into your memory
19 and tell me how many times you recall being on a
20 helicopter with Ghislaine Maxwell at the pilot seat?
21 A   There is no number I can give you.
22 There's plenty of times I've been on her helicopter.
23 Q   Where did you go from and to on a
24 helicopter?
25 A   I believe it was -- don't quote me on this

**Page 216**

1  because I get confused on the islands there. I want
2  to say it was St. John's. It could have been
3  St. Barts. St. John or St. Barts, and then we would
4  fly straight to Jeffrey's island.
5  Q   Okay. Did you ever go anywhere else on
6  the helicopter?
7  A   No.
8  Q   Were you ever on the helicopter with ▉
9  ▉ and Ghislaine Maxwell as the pilot of the
10 helicopter?
11 A   No.
12 Q   Were you ever on the helicopter with ▉
13 ▉ and Ghislaine Maxwell as the
14 pilot?
15 A   No.
16 Q   Do you recall telling Sharon Churcher that
17 you were?
18 A   No.
19 Q   Did you see the press article in which
20 Sharon Churcher reported that you were?
21     MR. EDWARDS: Objection. I'd just ask
22 that if you're going to ask this witness about a
23 specific article I'd like for her to see the article.
24 Otherwise she's not going to testify about it.
25     If you have something to show her, then,

Page 217

1  please.
2  Q  (BY MS. MENNINGER) Do you recall seeing a
3  press article in which Sharon Churcher reported that
4  you were on a helicopter with ▊▊▊▊▊ and
5  Ghislaine Maxwell as the pilot?
6       MR. EDWARDS: Again, I'll let you answer
7  the question once she's looking at the document that
8  you're being asked about.
9       MS. MENNINGER: You're not letting her
10 answer a question about whether she recalls a
11 particular press statement?
12      MR. EDWARDS: I will let her answer every
13 question about the press statement as long as she
14 sees the press statement. I'm okay with that. She
15 can answer all of them.
16      MS. MENNINGER: No, there is a rule of
17 civil procedure that allows you to direct a witness
18 not to answer a question when there's a claim of
19 privilege.
20      What privilege are you claiming to direct
21 her not to answer this question?
22      MR. EDWARDS: I thought that you wanted
23 accurate answers from this witness. If the --
24      MS. MENNINGER: I asked her if she
25 recalled something --

Page 218

1       MR. EDWARDS: If the sole purpose is to
2  just to harass her --
3       MS. MENNINGER: I asked her if she
4  recalled something --
5       MR. EDWARDS: Then that's just not going
6  to be what's happening today.
7  Q  (BY MS. MENNINGER) All right. So you're
8  refusing to answer a question about whether you
9  recall a particular press statement --
10      MR. EDWARDS: She's --
11 Q  (BY MS. MENNINGER) -- is that true?
12      MR. EDWARDS: She is not refusing to
13 answer any questions. She --
14 A  I'm not refusing to answer. I just want
15 to see the article you're talking about so I can be
16 clear in my statement.
17 Q  (BY MS. MENNINGER) Do you recall seeing a
18 press article written by Sharon Churcher reporting
19 that you flew on a helicopter with ▊▊▊▊▊ and
20 Ghislaine Maxwell as the pilot?
21 A  No, I do not recall reading a press
22 article saying that I was on a helicopter with ▊▊▊
23 ▊▊▊ as Ghislaine is the pilot.
24 Q  Do you recall telling Sharon Churcher that
25 you had conversations with ▊▊▊▊▊ regarding him

Page 219

1  flying on a helicopter with Ghislaine Maxwell?
2  A  I believe that it was taken out of
3  context. Ghislaine told me that she flew ▊▊
4  ▊▊▊▊ in. And Ghislaine likes to talk a lot of
5  stuff that sounds fantastical. And whether it's true
6  or not, that is what I do recall telling Sharon
7  Churcher.
8  Q  So you told Sharon Churcher that Ghislaine
9  Maxwell is the one who told you that she flew ▊▊
10 ▊▊▊▊ in the helicopter?
11 A  I told Sharon Churcher that Ghislaine flew
12 ▊▊▊▊ onto the island, based upon what
13 Ghislaine had told me.
14 Q  Not based upon what ▊▊▊▊▊ had told
15 you, correct?
16 A  Correct.
17 Q  Did you ever ask Sharon Churcher to
18 correct anything that was printed under her name,
19 concerning your stories to Sharon Churcher?
20 A  I wasn't given those stories to read
21 before they were printed.
22 Q  After they were printed did you read them?
23 A  I tried to stay away from them. They were
24 very hard. You have to understand it was a very hard
25 time for me and my husband to have to have this

Page 220

1  public -- we didn't think it was going to be this
2  publicly announced and that big. So we turned off
3  the news and we stopped reading so many things.
4  Q  You didn't read the articles about your
5  stories to Sharon Churcher --
6  A  I've read some articles --
7  Q  Let me just finish. You did not read the
8  articles published by Sharon Churcher about your
9  stories to Sharon Churcher?
10 A  I have read some articles about what
11 Sharon Churcher wrote. And a lot of the stuff that
12 she writes she takes things from my own mouth and
13 changes them into her own words as journalists do.
14      And I never came back to her and told her
15 to correct anything. What was done was done. There
16 was nothing else I can do.
17 Q  So even if she printed something that were
18 untrue you didn't ask her to correct it, correct?
19 A  There was things that she printed that
20 really pissed me off, but there was nothing I could
21 do about it. It's already out there.
22 Q  She printed things that were untrue,
23 correct?
24      MR. EDWARDS: Objection to the form.
25 Mischaracterization.

| Page 221 | Page 223 |
|---|---|
| 1  A   I wouldn't say that they were untrue. I | 1  to why I want my client to answer all of these |
| 2  would just say that she printed them as journalists | 2  questions, but I want her to have the fair |
| 3  take your words and turn them into something else. | 3  opportunity to see this document. |
| 4  Q   (BY MS. MENNINGER)  She got it wrong? | 4  Q   (BY MS. MENNINGER)  Did Sharon Churcher |
| 5      MR. EDWARDS:  Object to the form. | 5  print things that you felt were inaccurate? |
| 6  Mischaracterization. | 6      MR. EDWARDS:  Same objection.  Same |
| 7  A   In some ways, yes. | 7  instruction.  If she sees the document, she's going |
| 8  Q   (BY MS. MENNINGER)  Did she print things | 8  to answer every one of these questions. |
| 9  in her articles that you did not say to her? | 9  Q   (BY MS. MENNINGER)  Did any other reporter |
| 10     MR. EDWARDS:  I object and ask that the | 10 print statements that you believe are inaccurate? |
| 11 witness be given the opportunity to see the document | 11     MR. EDWARDS:  Same objection.  Same |
| 12 so that she can review it and answer that question | 12 instruction. |
| 13 accurately.  Otherwise she's unable to answer the | 13 Q   (BY MS. MENNINGER)  Did any reporter print |
| 14 question.  I'm not going to allow her to answer. | 14 statements about Ghislaine Maxwell that were |
| 15     MS. MENNINGER:  You know the civil rules | 15 inaccurate? |
| 16 tell you not to suggest answers to your client. | 16     MR. EDWARDS:  Same objection.  Same |
| 17 Q   (BY MS. MENNINGER)  And you understand | 17 instruction. |
| 18 your lawyer is now directing you to not all of a | 18     This is harassing.  This is harassing a |
| 19 sudden remember what your answer is.  That's what | 19 sexual abuse victim.  And all I'm asking is for |
| 20 he's suggesting that you say.  So you're not supposed | 20 fairness, that we just let her see the document so |
| 21 to listen to him suggest that to you.  You're | 21 she can answer this. |
| 22 supposed to tell me from your memory. | 22     MS. MENNINGER:  Mr. Edwards, please stop |
| 23     MR. EDWARDS:  That is not what I'm -- | 23 saying anything other than an objection, what the |
| 24 Q   (BY MS. MENNINGER)  Did you -- | 24 basis is, or instructing your client not to answer. |
| 25     MR. EDWARDS:  That's not what I'm doing. | 25     MR. EDWARDS:  I will do that. |
| Page 222 | Page 224 |
| 1      You don't get to just talk over me and | 1      MS. MENNINGER:  That's what the Federal |
| 2  tell my client when not to listen to me.  All you | 2  Rules of Civil Procedure provide. |
| 3  have to do to get answers is show her the document | 3      MR. EDWARDS:  I hear you.  They also |
| 4  you're talking about, and I'll let her answer every | 4  provide for fairness and civility.  And all I'm |
| 5  question.  I don't know why we're so scared of the | 5  asking, very calmly, is for her to see this. |
| 6  actual documents. | 6      MS. MENNINGER:  Mr. Edwards, this is not |
| 7      MS. MENNINGER:  I don't know why you're | 7  your deposition.  I'm asking your client what she |
| 8  scared of your client's recollection, Mr. Edwards. | 8  remembers.  If she doesn't want to talk about what |
| 9  But anyway -- | 9  she remembers, then let her not answer.  But you |
| 10     MR. EDWARDS:  Why would you do this to | 10 cannot instruct her not to answer unless there's a |
| 11 her? | 11 privilege. |
| 12 Q   (BY MS. MENNINGER)  Did Sharon Churcher | 12     What privilege -- |
| 13 print things that you did not say? | 13     MR. EDWARDS:  I am instructing her not to |
| 14     MR. EDWARDS:  I'm going to instruct my | 14 answer. |
| 15 client not to answer unless you give her what it is | 15 Q   (BY MS. MENNINGER)  All right.  You are |
| 16 that you're talking about that was printed.  And she | 16 refusing to answer questions about whether statements |
| 17 will tell you the answer, the accurate answer to your | 17 to the press about Ghislaine Maxwell attributed to |
| 18 question.  Just without the document to refresh her | 18 you were inaccurate? |
| 19 recollection and see it, she's not going to answer | 19     MR. EDWARDS:  She's not refusing not to |
| 20 the question. | 20 answer. |
| 21 Q   (BY MS. MENNINGER)  Did Sharon Churcher | 21 A   You are refusing to show me these |
| 22 print things that you did not say? | 22 documents so I could answer properly.  I would give |
| 23     MR. EDWARDS:  Same objection.  Same | 23 you an answer if you were to show me some documents. |
| 24 instruction not to answer. | 24 Q   (BY MS. MENNINGER)  You can't say without |
| 25     I think I've made a very clear record as | 25 looking at a document whether the press attributed to |

Page 225

1  you is accurate or inaccurate?
2  A   Please show me the document.
3  Q   You can't say from the top of your head
4  whether any inaccurate statement has been attributed
5  to you in the press?
6  A   Please show me a document and I will tell
7  you.
8  Q   Are you refusing to answer my questions
9  about your knowledge of whether inaccurate statements
10 have been attributed to you in the press?
11 A   Are you refusing to give me the documents
12 to look at?
13 Q   Are you refusing to answer the question?
14 A   I am refusing to answer the question based
15 upon the fact that you are not being fair enough to
16 let me see the document in order to give you an
17 honest answer.
18 Q   Ms. Giuffre --
19 A   Yes.
20 Q   -- we are talking about press that has
21 been published on the Internet, correct?
22 A   Yes.
23 Q   Do you have access to the Internet?
24 A   Yes.
25 Q   Have you looked on the Internet and read

Page 226

1  articles that attribute statements to you about
2  Ghislaine Maxwell?
3  A   Yes.
4  Q   Do you know any statement that has been
5  attributed to you in a press article on the Internet
6  about Ghislaine Maxwell that is untrue?
7      MR. EDWARDS:  Same objection.  Same
8  instruction.
9  A   Please show me a specific document.
10 Q   (BY MS. MENNINGER)  Do you know of any
11 such statement about Ghislaine Maxwell attributed to
12 you by the press that is inaccurate?
13 A   If you could please show me a specific
14 document.
15 Q   Tell me what Sharon Churcher asked you to
16 write for her.
17 A   Any knowledge that I had about my time
18 with ███████.
19 Q   And did you write it?
20 A   Um-hum.
21 Q   What did you write it in or on?
22 A   Paper.
23 Q   What kind of paper?
24 A   Lined paper.
25 Q   Was it in a book or single sheets?

Page 227

1  A   Single sheets.
2  Q   And did you write a long document or a
3  short document?  What was it?
4  A   I can't recall how long the document was,
5  but I would say it would be a few pages.
6  Q   And other than asking you to write
7  whatever you remember about ███████ did she
8  give you any other directions about what you should
9  write?
10 A   She was interested in two things, really.
11 How Epstein got away with so many counts of child
12 trafficking for sex and how ███████ was
13 involved in it.  Those were her two main inquiries.
14 Q   What did she ask you to write?
15 A   She asked me to write about ███████.
16 Q   Did she tell you to put it in your own
17 handwriting?
18 A   No, she just asked me to write down what I
19 can remember.
20 Q   Did you give her everything that you
21 wrote?
22 A   Did I give her the whole entire pages that
23 I wrote?
24 Q   Yes.
25 A   Yeah, I wrote pages for her specifically.

Page 228

1  Q   In your own handwriting?
2  A   In my own handwriting.
3  Q   And what you wrote, was that true?
4  A   Yes.
5  Q   And did you get paid for those pieces of
6  paper?
7  A   Not for the papers, I don't believe.
8  Q   Okay.  Have you gotten paid when they've
9  been reprinted?
10 A   No.
11 Q   Have you negotiated any deal with Radar
12 Online?
13 A   No.
14 Q   Have you negotiated any deal with Sharon
15 Churcher for the purpose of publishing those pieces
16 of paper?
17 A   Not those pieces of paper.
18 Q   When did you write those pieces of paper?
19     MR. EDWARDS:  Object to the form.
20 A   A week before she came out.
21 Q   (BY MS. MENNINGER)  And when did you give
22 them to her?
23 A   When she came out.
24 Q   When was that?
25 A   Sometime, I believe, in early 2011.