COMPOSITE

EXHIBIT 7

(File Under Seal)

Confidential

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
VIRGINIA L. GIUFFRE,

        Plaintiff,

                        Case No.:
   -against-            15-cv-07433-RWS

GHISLAINE MAXWELL,

        Defendant.

- - - - - - - - - - - - - - - - - - - x

          **CONFIDENTIAL**

        Continued Videotaped Deposition of
GHISLAINE MAXWELL, the Defendant herein,
taken pursuant to subpoena, was held at
the law offices of Boies, Schiller &
Flexner, LLP, 575 Lexington Avenue, New
York, New York, commencing July 22,
2016, 9:04 a.m., on the above date,
before Leslie Fagin, a Court Reporter
and Notary Public in the State of New
York.

        MAGNA LEGAL SERVICES
   1200 Avenue of the Americas
    New York, New York 10026
       (866) 624-6221



Confidential

Page 18

1           G. Maxwell - Confidential

2           A.    I think everyone here can

3     understand what intercourse is, is when you

4     have sex.  I don't know how to say

5     intercourse any other way, having sex with

6     somebody.  Perhaps you would like to define

7     it for me.

8           Q.    I'm trying to get your definition

9     right now because you are the witness.  When

10    you use the term intercourse, what are you

11    referring to?

12          A.    I'm referring to a penis entering

13    someone's vagina.

14

15

16

17

18

19

20

21

22

23

24

25



Confidential

Page 20

1           G. Maxwell - Confidential

11          MR. PAGLIUCA:  I'm going to

12     instruct you not to answer, unless you

13     tie it to a specific individual related

14     to this case per the court's order.

15          MR. BOIES:  I think the court's

16     order specifically permits this question

17     with respect to occasions related to

18     this case.  If you instruct her not to

19     answer, all you're going to do is bring

20     her back.  That's up to you.

21          MR. PAGLIUCA:  It's up to you as

22     the questioner, Mr. Boies.



Confidential

```
Page 78
  1          G. Maxwell - Confidential
  2    ████████████████
  3          A.   I would not know.  I would say no.
  4          Q.   Did you engage in sexual activities
  5    with ████████████
  6          A.   No.
  7          Q.   Do you know how ████████████ came to
  8    know Mr. Epstein?
  9          A.   I met her at her university ████████████
 10    ██████████████████████████
 11          Q.  ██████████████████████████████
 12    ████████████████████
 13          A.   In Palm Beach.
 14          Q.   At Mr. Epstein's home in Palm
 15    Beach?
 16          A.   Yes.
 17          Q.   So is it fair to say that ████████████
 18    ████████████████████████████████
 19    ████████████████████████
 20          MR. PAGLIUCA:  This has already
 21    been testified to Mr. Boies.  We are
 22    repeating testimony now.
 23          MR. BOIES:  I think in the context
 24    of the witness' answers, these are fair
 25    questions.
```



Confidential

Page 79

1         G. Maxwell - Confidential

2             Now, I've asked you before, if you

3       want to instruct her not to answer, if

4       you want to go to the judge, we are

5       happy to do that, but I would suggest,

6       in the interest of moving it along, that

7       you stop these speeches.

8           MR. PAGLIUCA:  You are not moving

9       it along is the problem, so maybe we

10      should call the court and get some

11      direction here, because I am not going

12      to sit here and rehash the testimony we

13      already gave.

14          MR. BOIES:  That's fine.

15          THE VIDEOGRAPHER:  The time is

16      10:51 a.m. and we are going off the

17      record.

18          (Whereupon, an off-the-record

19      discussion was held.)

20          THE VIDEOGRAPHER:  The time is

21      10:56 a.m. and we are going back on the

22      record.  This begins DVD No. 3.

23          MR. BOIES:  We have just had a call

24      with Judge Sweet's chambers, Judge Sweet

25      is not available and his chambers



Confidential

Page 81

```
 1          G. Maxwell - Confidential
 2          or argue this in front of Judge Sweet.
 3              But I will simply start referring
 4          you back to the transcript and
 5          instructing the witness not to answer
 6          when I think we are getting into some
 7          things that have been asked and answered
 8          already.
 9              MR. BOIES:  Exactly the procedure
10          that I have proposed from the beginning.
11          If you think a question is out of
12          bounds, instruct not to answer and we
13          will then let the judge decide it.
14  BY MR. BOIES:
15          Q.   How did it happen, Ms. Maxwell,
16  that ███████████████████████████████
17  ███████████       ended up giving massages to you
18  and Mr. Epstein?
19              MR. PAGLIUCA:  I'm going to
20          instruct you not to answer the question.
21          This has been previously, the subject of
22          your former deposition, it doesn't fall
23          into any of the categories ordered by
24          the court, and so you don't need to
25          answer that.
```



Confidential

Page 82

1          G. Maxwell - Confidential

2          Q.    Was ▇▇▇▇▇ paid for the massages

3     that she gave you?

4          A.    I didn't pay her, so I believe she

5     was paid.

6          Q.    Who paid her?

7          A.    I don't know who paid her.

8               MR. PAGLIUCA:  Again, you've

9          already answered that there was no

10         sexual activity between yourself and

11         Mr. Epstein related to these massages.

12         That's record testimony today.  That's

13         within the scope of the court's order.

14         The rest of this is outside the scope of

15         the court's order, and I instruct you

16         not to answer.

17              MR. BOIES:  You are taking the

18         position that as long as she said says

19         that a massage did not involve sexual

20         activity, we cannot ask about massages.

21         That's your view?

22              MR. PAGLIUCA:  On this particular

23         questioning, yes.

24    BY MR. BOIES:

25         Q.    Did Mr. Epstein pay ▇▇▇▇▇ for the



Confidential

Page 83

```
 1          G. Maxwell - Confidential
 2   massages that she gave Mr. Epstein?
 3          MR. PAGLIUCA:  You just asked this
 4      question, and I told her not to answer.
 5      I will tell her not to answer again for
 6      the same reasons.
 7      Q.   Do you know how much Mr. Epstein
 8   paid Johanna to give massages?
 9          MR. PAGLIUCA:  Same instruction to
10      the witness.  Why do you believe this is
11      within the scope of the court's order?
12          MR. BOIES:  Because of the court's
13      reference to massages, and because I
14      think how much a girl
15                              was paid to give a
16      "massage" goes to whether there actually
17      was or was not sexual activity involved.
18          MR. PAGLIUCA:  The witness has
19      testified there wasn't.
20          MR. BOIES:  Perhaps it will
21      surprise you, I think it should not,
22      that I do not believe in my deposition I
23      need to simply accept her
24      characterization without
25      cross-examination.  Now, that's
```



Confidential

Page 84

```
 1        G. Maxwell - Confidential
 2        something the judge can decide, but a
 3        question as to how much this young girl
 4        was being paid for a "massage", I think
 5        goes directly to the issue of sexual
 6        activity.
 7            MR. PAGLIUCA:  Here is the problem,
 8        Mr. Boies, at the first deposition,
 9        there were very limited instructions not
10        to answer and the witness was not told
11        not to answer questions about how much
12        people were paid or not paid or any of
13        those subject matters.  The witness was
14        only instructed not to answer about
15        sexual activity concerning adults in the
16        home.
17            None of this came up during the
18        deposition, and you just don't get a
19        chance to redo the deposition because
20        you feel like you want to.
21            So the judge's order is in the
22        context of the instructions to the
23        witness not to answer in the first
24        deposition, which is simply sexual
25        activity involving adults, which was the
```



Confidential

Page 89

```
 1          G. Maxwell - Confidential
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



Confidential

Page 90

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



Confidential

Page 99

```
 1          G. Maxwell - Confidential
 2          A.    I don't recall ever hearing such a
 3    thing.
 4          Q.    You know Mr. Les Wexner, correct?
 5          A.    I do.
 6          Q.    Do you know whether or not ██████
 7    ██████  was ever at Mr. Wexner's property in
 8    Ohio?
 9          MR. PAGLIUCA:  Can you tell me how
10    that relates to this order, counselor?
11          MR. BOIES:  Yes, I think it goes
12    directly to the sexual activity related
13    to ██████████  and what Mr. Epstein was
14    doing with ██████████
15          Again, you can instruct not to
16    answer.
17          MR. PAGLIUCA:  I'm trying to
18    understand why you are asking these
19    questions before I --
20          MR. BOIES:  I'm asking these
21    questions because these are people who
22    not only have been publicly written
23    about in terms of the sexual activity
24    that they were put into in connection
25    with Mr. Epstein, but the person who
```



Confidential

```
Page 100
  1        G. Maxwell - Confidential
  2     wrote about them is somebody who talked
  3     to this witness about it, and I think
  4     that this is more than easily understood
  5     cross-examination.
  6        MR. PAGLIUCA:  Your question was,
  7     do you know whether or not ████████████
  8     was ever at Mr. Wexner's property in
  9     Ohio.
 10        MR. BOIES:  Yes.  And if you let
 11     her answer, you will see where it leads.
 12     If you won't let her answer, the judge
 13     is going to determine it.  And I just
 14     suggest to you that you stop these
 15     speeches and stop debating, because you
 16     are not going to convince me not to
 17     follow-up on these questions.  If you
 18     can convince the court to truncate the
 19     deposition, that's your right, but all
 20     you're doing is dragging this deposition
 21     out.
 22        MR. PAGLIUCA:  You have the
 23     opportunity to give me a good faith
 24     basis why you are asking these
 25     questions.
```



Confidential

```
Page 101
  1          G. Maxwell - Confidential
  2              MR. BOIES:  I have given you a good
  3          faith basis.
  4              MR. PAGLIUCA:  You haven't.
  5              MR. BOIES:  Then instruct not to
  6          answer.
  7              MR. PAGLIUCA:  I am giving you the
  8          opportunity to say why you are asking
  9          the question, and why I'm telling her
 10          not to answer and I am entitled to know
 11          that.
 12              MR. BOIES:  You are not entitled to
 13          know why I'm asking the question.  You
 14          are only entitled to know that it
 15          relates to the subject matter that I am
 16          entitled to inquire about, and I don't
 17          think the judge is going to think that,
 18          you know, where Mr. Epstein shipped
 19          ███████████████  off to is outside the scope
 20          of what I'm entitled to inquire about.
 21              THE WITNESS:  Can we take a break?
 22              MR. BOIES:  Only if you commit not
 23          to talk to your counsel during the
 24          break.
 25              THE WITNESS:  That's ludicrous.
```



Confidential

Page 154

1          G. Maxwell - Confidential

2          Q.    Insofar as you were aware, did

3    Virginia Roberts ever have a male friend that

4    visited her at the Epstein residences?

5          A.    I don't recall ever seeing a man

6    with Virginia.  I believe she had a fiance

7    that I was aware of, I think, but that's all.

8          Q.    When were you aware that Virginia

9    Roberts had a fiance?

10         A.    I can't say I became aware from

11   reading all this stuff, or I was aware of it

12   at the time.  I don't know.

13         Q.    Did you ever meet Virginia Roberts'

14   fiance?

15         A.    I don't think I ever did.  I don't

16   recall meeting any men with Virginia.

17         Q.    Do you know ███████████

18   ██████████████

19         A.    I never heard that name before.

20         Q.    Have you ever heard the name of

21   ██████████████████████

22         A.    I don't recollect that name at all.

23         MR. PAGLIUCA:  Mr. Boies, those

24         names are on Exhibit 26, which we have

25         already gone over and she said she



Confidential

Page 155

1       G. Maxwell - Confidential

2       didn't recognize those people, so now we

3       are just repeating things that we went

4       over.

5           MR. BOIES:  I am in the context of

6       seeing if I can refresh her

7       recollection, because these are women

8       that ███████████ who she also does not

9       recall, brought over to Mr. Epstein's

10      residences, and I also want to make a

11      very clear record of what her testimony

12      is and is not right now.

13          Again, you can instruct her not to

14      answer if you wish.

15          MR. PAGLIUCA:  I'm trying to get to

16      nonrepetitive questions here.  You

17      basically asked the same question three

18      times.  Then we get a pile of notes that

19      get pushed up to you, you read those.

20      Then you ask those three times, and then

21      we go to another question.  So it's

22      taking an inordinately long amount of

23      time and it shouldn't.

24          MR. BOIES:  I think that is a

25      demonstrably inaccurate statement of



Confidential

Page 156

```
 1         G. Maxwell - Confidential
 2         what has been going on, and I
 3         attribute -- maybe I shouldn't attribute
 4         it at all.
 5             But if you want to instruct not to
 6         answer, instruct not to answer.  If you
 7         don't, again, all I will do is request
 8         that you cease your comments.  I can't
 9         do that.  All I can do is seek sanctions
10         afterwards.
11   BY MR. BOIES:
12         Q.   Ms. Maxwell.
13         A.   Mr. Boies.
14         Q.   What?
15         A.   I'm replying.  You said Ms.
16   Maxwell, I said Mr. Boies.
17         Q.   Do you have a question?
18         A.   No.
19         Q.   I have a question.
20         A.   I'm sure you do.
21         Q.   During the time that you were in
22   the property or at the property that
23   Mr. Epstein has in the Virgin Islands, were
24   you aware of Mr. Epstein getting any
25   massages?
```



Confidential

Page 174

1           G. Maxwell - Confidential

2           court's order.

3           Q.    In terms of preparing for this

4    deposition, what documents did you review?

5               MR. PAGLIUCA:  To the extent I

6           provided you with any documents to

7           review, I will tell you that's both --

8           it's privileged and I instruct you not

9           to answer.

10           Q.    Did your lawyer provide you with

11   any documents to review in preparation for

12   this deposition that refreshed your

13   recollection about any of the events that

14   occurred?

15               MR. PAGLIUCA:  You can answer that

16           question.

17           A.    No.

18           Q.    How many documents did your lawyer

19   provide you with?

20               MR. PAGLIUCA:  You can answer.

21           A.    One, I believe.

22           Q.    One document.  Was that a document

23   that had been prepared by your attorney, or

24   was it a document from the past?

25               MR. PAGLIUCA:  I will tell you not



Confidential

Page 177

```
 1        G. Maxwell - Confidential
 2             MR. PAGLIUCA:  Don't answer that
 3        question.  It's outside the court's
 4        order.
 5        Q.   In 2005, were you aware of any
 6   effort to destroy records of messages you had
 7   taken of women who had called Mr. Epstein in
 8   the prior period?
 9             MR. PAGLIUCA:  Don't answer that
10        question.  It's outside the court's
11        order.
12             MR. BOIES:  I said I would give you
13        a break every hour.  It's been an hour.
14             MR. PAGLIUCA:  Do you want a break
15        or do you want to keep going?
16             THE WITNESS:  Keep going.
17             MR. BOIES:  What I told you before,
18        you asked for a break every hour.  I am
19        happy to give you a break at a fixed
20        time.  What I'm not happy to do is
21        interrupt a chain of examination.
22             So if you want a break now, we will
23        take a break now.  If you don't want a
24        break now, we will not break for another
25        hour.
```



Confidential

Page 184

1          G. Maxwell - Confidential

2          Q.    Next one is ███████  --

3          A.    ██████ is Virginia's guy that you

4    asked me about.  I don't know ██████

5          Q.    I asked you about a ██████████████

6          A.    Right, I don't know him, so I'm

7    guessing, I don't know him.

8          Q.    ██████████

9          A.    No.

10         Q.    ██████████

11         A.    No.

12         Q.    █████████

13         A.    I don't know who these people are.

14         Q.    Was there a list that was kept of

15   women or girls who provided massages?

16              MR. PAGLIUCA:  This has been

17         previously deposed on.  This is not part

18         of the court's order, I will tell her

19         not to answer.

20              MR. BOIES:  You are going to tell

21         her not to answer a question that says

22         was there a list of women or girls who

23         provided massages?

24              MR. PAGLIUCA:  She has been

25         previously deposed on this subject.



Confidential

Page 185

```
 1        G. Maxwell - Confidential
 2            MR. BOIES:  I think this is
 3        squarely in the court's order, but if
 4        you instruct her not to answer, you
 5        instruct her not to answer.
 6            MR. PAGLIUCA:  We'll find out.
 7    BY MR. BOIES:
 8        Q.   I take it you don't know the ages
 9    of any of these people?
10        A.   The ones that I did recognize were
11    roughly my age.  The ones I don't know, I
12    wouldn't have a clue.
13        Q.   Did you, or insofar as you are
14    aware anyone, maintain a list of females that
15    provided massage services to Mr. Epstein at
16    his residences?
17            MR. PAGLIUCA:  Objection to form
18        and foundation.
19            You can answer if you can.
20        A.   I don't know anything about a list.
21        Q.   Let me go back to Exhibit 28.  I
22    want to go down this list, excluding
23    Mr. Epstein himself, and just ask you a
24    series of the same essential questions about
25    each one.
```



Confidential

Page 197

1

2                           CERTIFICATE

3

4

5           I HEREBY CERTIFY that GHISLAINE

6    MAXWELL, was duly sworn by me and that the

7    deposition is a true record of the testimony

8    given by the witness.

9

10   _____

11   Leslie Fagin,

     Registered Professional Reporter

12   Dated:  July 22, 2016

13

14

15           (The foregoing certification of

16   this transcript does not apply to any

17   reproduction of the same by any means, unless

18   under the direct control and/or supervision

19   of the certifying reporter.)

20

21

22

23

24

25

