EXHIBIT 6

(Filed Under Seal)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 15-CV-07433-RWS

------------------------------------------x
VIRGINIA L. GIUFFRE,

                Plaintiff,

v.

GHISLAINE MAXWELL,

                Defendant.

------------------------------------------x

May 18, 2016
9:04 a.m.

C O N F I D E N T I A L

Deposition of ▓▓▓▓▓▓▓▓▓▓▓▓, pursuant to notice, taken by Plaintiff, at the offices of Boies Schiller & Flexner, 401 Las Olas Boulevard, Fort Lauderdale, Florida, before Kelli Ann Willis, a Registered Professional Reporter, Certified Realtime Reporter and Notary Public within and for the State of Florida.



1     Q.    And what -- do you recall any observations
2  about ▮▮▮▮▮▮▮ when you met her?
3     A.    To speak with, she was a little rough
4  around the edges, and I could see the progression of
5  her being groomed a little.  They got her braces.
6  She had terrible posture.  And with a lot of
7  massages, she learned to stand up straight.  So I
8  just saw her become a much more confident person.
9     Q.    Do you recall how old she was when you
10 first met her?
11    A.    I assumed she was 18, but I do not know
12 her age.
13         MS. McCAWLEY:  We're going to take a break
14     really quickly and then we will be back.  So we
15     are going to go off the record.
16         THE VIDEOGRAPHER:  Off the record at 9:48.
17         (Thereupon, a recess was taken, after
18     which the following proceedings were held:)
19         THE VIDEOGRAPHER:  On the record at 9:58.
20 BY MS. McCAWLEY:
21    Q.    I'm just going to resume.  I have a few
22 more questions for you.
23         You mentioned visiting the US Virgin
24 Islands.
25         Do you recall doing any activities with



```
 1                CERTIFICATE OF OATH
 2   STATE OF FLORIDA    )
 3   COUNTY OF MIAMI-DADE )
 4
 5          I, the undersigned authority, certify
 6   that ▇▇▇▇▇▇▇▇▇▇▇▇ personally appeared before me
 7   and was duly sworn.
 8          WITNESS my hand and official seal this
 9   18th day of May, 2016.
10
11
                  KELLI ANN WILLIS, RPR, CRR
12                Notary Public, State of Florida
                  My Commission No. FF911443
13                Expires: 2/16/21
14        + + + + + + + + + + + + + + + + +
15
16
17
18
19
20
21
22
23
24
25
```

