**EXHIBIT F**



## United States District Court
## Southern District of New York

Virginia L. Giuffre,

    Plaintiff,

v.

Ghislaine Maxwell,

    Defendant.

Case No.: 15-cv-07433-RWS

### AFFIDAVIT

I, Sarah Ransome, swear and affirm as follows:

1. I am currently over the age of 18 and presently reside in the country of Spain.

2. In the summer of 2006, when I was twenty-two years old and living in New York, I was introduced to Jeffrey Epstein by a girl I had met named ▮▮▮▮. Shortly after meeting Jeffrey he invited me to fly to his private island in the US Virgin Islands, which I did. After that first trip I traveled to the island several more times, usually on one of Jeffrey's private airplanes, and always at his direction. I am told that my name appears on the flight logs of one or more of those trips. On a few occasions, Jeffrey also arranged to have me flown to the island on commercial flights. As it turned out, the primary purpose of those visits was to have me have sexual relations with Jeffrey, ▮▮▮▮, and various other girls and guests he brought to the island.

3. During one of my visits to the island I met Ghislaine Maxwell. Watching her interact with the other girls on the island, it became clear to me that she recruited all or many of them to the island. Once they were there, she appeared to be in charge of their activities, including what they did, who they did it with, and how they were supposed to stay in line. She assumed the same supervisory role with me as soon as I arrived. Some of the girls appeared to be 18 or older, but many appeared to be young teenagers. I recall seeing a particularly young, thin girl who looked well under 18 and recall asking her her age. I later learned was a ballerina. She refused to tell me or let me see her passport.

4. In addition to spending time with Jeffrey on his island, I spent time with him in New York City. At his town house I was also lent out by him to his friends and

1



associates to have sex. Among the people he lent me to was his friend, Alan Dershowitz. On one occasion I was in a bedroom at Jeffrey's New York townhouse with Jeffrey and ███████. After a short time, Alan Dershowitz entered the room, after which Jeffrey left the room and ███, and I had sex with Dershowitz. I recall specific, key details of his person and the sex acts and can describe them in the event it becomes necessary to do so.

I affirm under penalty of perjury that the foregoing is true and correct.

Dated: 05-01-2017

*[signature]*

Sarah Ransome

# CERTIFICATE OF ACKNOWLEDGMENT OF EXECUTION OF AN INSTRUMENT

The Kingdom of Spain
*(Country)*

Province of Barcelona
*(County and/or Other Political Division)*

} SS:

City of Barcelona
*(County and/or Other Political Division)*

Consulate Gral. of the United States of America
*(Name of Foreign Service Office)*

I, Hsiao-Ching Chang, Vice Consul

of the United States of America at Barcelona, Spain

duly commissioned and qualified, do hereby certify that on this day of 01-05-2017, before me personally appeared
*Date (mm-dd-yyyy)*

Sarah Emma Ashley RANSOME----------

~~to me personally known, and~~ known to me to be the individual described in, whose name is subscribed to,

and who executed the annexed instrument, and being informed by me of the contents of said instrument she

duly acknowledged to me that she executed the same freely and voluntarily for the uses and purposes

therein mentioned.



In witness whereof I have hereunto set my hand and
official seal the day and year last above written.

Hsiao-Ching Chang

Vice Consul of the United States of America

[SEAL]

This document consists of 4 pages, including the Acknowledgement certificate.

NOTE: Wherever practicable all signatures to a document should be included in one certificate.

OF-175 (Formerly FS-88)
01-2009