**EXHIBIT G**



**YAHOO! MAIL**

CONFIDENTIAL

Search Mail | Search web | Home | Sarah

Compose

Add Gmail, Outlook, AOL and more
Inbox (9999+)
Drafts (7)
Sent
Archive
Spam (115)
Trash
⌄ Smart views
  Important
  Unread
  Starred
  People
  Social
  Shopping
  Travel
  Finance
  Important
  Unread
  Starred
  People
  Social
  Shopping
  Travel
  Finance
&gt; Folders
&gt; Recent

### Fw: Natalie from ny (6)

▪ ███████████████     03/02/07 at 1:04 AM ★
To: ███████████

-----Original Message------
To: ███████████
Sent: Feb 2, 2007 7:01 PM
Subject: Fw: ███ from ny

-----Original Message------
To: Sara new num
Sent: Feb 2, 2007 6:58 PM
Subject: ███ from ny

Hey Sarra
Miss u Wanted to see how things r going w u. Hope u r having a good time in UK …Wanted to contact u for a while but didn't have ur email
I am good Pretty busy but productive
Write back let me know what ur up to... When r u gonna b ready for south africa trip and then miami hopefully U lucky girl :) ... Anyways don't disappear Write back Let me know what ur up to
Hugs and Kisses
███

Sent via BlackBerry from Cingular Wireless

↩ Reply   ↩↩ Reply to All   → Forward   ••• More

▪ **Sarah Ransome**     04/02/07 at 4:01 PM ★

▪ **Sarah Ransome**     05/02/07 at 10:09 PM ★

▪ ███████████████     06/02/07 at 2:00 AM ★

▪ **Sarah Ransome**     08/02/07 at 9:12 PM ★

▪ ███████████████     08/02/07 at 9:22 PM ★
To: Sara new num

Hey Sweetie
Glad to hear ur doing the essay for fit When r u planning to come to ny? Did u need my adress to mail something to me? ████████ ███████ Don't worry about fight w J
Hugs and kisses ███
Sent via BlackBerry from Cingular Wireless

-----Original Message-----
From: Sarah Ransome ███████████
Date: Thu, 8 Feb 2007 12:12:30
To: ███████████
Subject: Re: Re: Fw: ███ from ny

Hey sweetie

How are you?I am busy writing my essay for FIT. What fun!Had a bit of a fight with Jeffrey. Oh well what can you do?I ment to ask you in my last email, can you please email me your address? Looks like I am not going to Miami either. Well at least I will be back in NY. Hope you are well and look forward to seeing you soon. Please tell ███ I say hi.

Lots of hugs and kisses

Sarah xxx

**EXHIBIT**
Oft 9
2/17/17
JEREMY RICHMAN

Need Mail bonding?

RANSOME_000004

- Compose

Add Gmail, Outlook, AOL and more

Inbox (9999+)
Drafts (7)
Sent
Archive
Spam (115)
Trash

Smart views
  Important
  Unread
  Starred
  People
  Social
  Shopping
  Travel
  Finance

Important
Unread
Starred
People
Social
Shopping
Travel
Finance

> Folders
> Recent

---

Fw: ███ from ny (6)

To: ███                                                                 03/02/07 at 1:04 AM

------Original Message------
To: ███
Sent: Feb 2, 2007 7:01 PM
Subject: Fw: ███ from ny

------Original Message------
To: Sara new num
Sent: Feb 2, 2007 6:58 PM
Subject: ███ from ny

Hey Sarra
Miss u Wanted to see how things r going w u. Hope u r having a good time in UK ...Wanted to contact u for a while but didn't have ur email
I am good Pretty busy but productive
Write back let me know what ur up to... When r u gonna b ready for south africa trip and then miami hopefully U lucky girl :) ... Anyways don't disappear Write back Let me know what ur up to
Hugs and Kisses
███

Sent via BlackBerry from Cingular Wireless

← Reply   ← Reply to All   → Forward   ••• More

---

**Sarah Ransome** ███
To ███                                                                  04/02/07 at 4:01 PM

dfdgred

Finding fabulous fares is fun.
Let Yahoo! FareChase search your favorite travel sites to find flight and hotel bargains.

← Reply   ← Reply to All   → Forward   ••• More

---

**Sarah Ransome** ███
To ███                                                                  05/02/07 at 10:09 PM

Hey ███

It was Great to here from you.I replied yesterday but the whole email got deleted somehow when I pressed send. I was super irritated. Everything is going well here. In south Africa and I have to say it is wonderful being with my family. I will take lots and lots of photos to show you where I come from.

Still determined about going to Miami and then studying in NY. I will be leaving here on the 27th and then meeting up with Jeffrey where ever he may be... Well that is the plan as far as I know. I do however need to phone him this week. I am getting a bit nervous about evetthing now.diet is still going well. I am 57 kg now. I however dont want to loose anymore. Hav you started gym yet. You will definitly have a partner when I get back. Speaking of which have you found a super nice man yet? My beautiful friend you deserve the best. So what else is happening? Are you still doing your internship and how is that going? Anyway I better go.

Babes I really miss you and I am so happy that you emailed me. Hope to hear from you soon.

Lots of hugs and kisses

RANSOME_000005