**EXHIBIT K**



sarahemmaashley  Follow

**35** posts    **119** followers    **249** following

Sarah Ransome









Home
Moments

Search Twitter

Have an account? Log in

Follow

**sarah ashley**
@sarahemmaashley

🗓 Joined September 2013

| TWEETS | FOLLOWING |
|---|---|
| **1** | **30** |

Tweets & replies

sarah ashley @sarahemmaashley · 8 Sep 2013
@CharlotteGShore and @Mario_Falcone fuck Noreen and Bill! You two are just awesome. :)

## Loading seems to be taking a while.

Twitter may be over capacity or experiencing a momentary hiccup. Try again or visit Twitter Status for more information.

**New to Twitter?**

Sign up now to get your