UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

        Plaintiff,

-against-

GHISLAINE MAXWELL,

        Defendant.

15 Civ. 7433 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Having ruled on the objections of the sixteen non-party objectors, the Court now turns to its particularized review of the documents revealing the names of non-parties who have failed to file objections to unsealing. To facilitate this review, the Court requests that the parties jointly file a chart identifying the non-objecting Does as: (i) alleged victim, (ii) employee of Epstein or Maxwell, (iii) alleged perpetrator, (iv) alleged witness, (v) alleged Epstein affiliate, and/or (vi) alleged victim affiliate.[1] A Doe who fits into more than one category may be identified as such (*i.e.*, "alleged victim and alleged employee"). If Plaintiff and Defendant disagree about the characterization of a particular Doe, they may set forth each of their characterizations and identify which party has chosen which characterization(s). The parties are also invited to

---

[1] The parties may employ additional categories to the extent they believe the Court's proposed categories are insufficiently comprehensive.

provide any comments or short arguments (of no longer than a paragraph each) that they believe the Court should consider regarding any particular non-objecting Doe.

The Court requests that the parties submit this information in a chart, similar to the parties' prior submissions responsive to the Court's Orders dated October 28, 2019 (dkt. no. 998) and November 13, 2019 (dkt. no. 1009), containing the following four columns:  (i) Pseudonym, (ii) Relevant Docket Entries, (iii) Characterization, and (iv) Additional Comments/Argument.  The Court requests that the parties file the chart publicly on the docket by January 31, 2023.[2]

SO ORDERED.

Dated:      New York, New York
            December 13, 2022

            _____
            LORETTA A. PRESKA
            Senior United States District Judge

---

[2] If it is necessary to include confidential or identifying information related to a non-objecting Doe in order to provide the Court with context or to make relevant arguments, the parties may exclude those Does from the publicly filed chart and submit a second chart addressing those Does and request that the second chart be filed under seal.