

**HADDON MORGAN FOREMAN**

**Laura A. Menninger**
LMenninger@hmflaw.com
Main: 303.831.7364
Direct: 720.287.5831

January 30, 2023

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Giuffre v. Maxwell*, 15 Civ. 7433 (LAP), Extension of Time

Dear Judge Preska:

I write in regards to the Court's Order of December 13, 2022 (Dkt. 1297) asking the parties to jointly prepare and file a chart concerning the remaining non-objecting Does.

The parties have been working together to prepare the chart for filing. The number of non-objecting Does and pleadings at issue have made it difficult to finalize before the deadline of January 31, 2023. At present, the chart is more than 50 pages long, with dozens of entries.

The parties jointly request an extension of one week, until February 7, 2023, to finalize the chart for filing with the Court. The extra time will permit the parties to ensure the accuracy of the materials to the best of our abilities.

Very truly yours,

Laura A. Menninger

CC: Counsel of Record *via* ECF

*The Court is grateful to the parties for this effort.*

SO ORDERED

Loretta A. Preska
UNITED STATES DISTRICT JUDGE

1/31/23

Haddon, Morgan and Foreman, P.C. | 950 17th Street | Suite 1000 | Denver, CO | 80202-2819