

February 7, 2023

**VIA ECF**

The Honorable Loretta A. Preska
District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Giuffre v. Maxwell*, **Case No. 15-cv-7433-LAP**

Dear Judge Preska,

    Pursuant to the Court's December 13, 2022, Order, Plaintiff Virginia Giuffre and Defendant Ghislaine Maxwell attach hereto their joint chart identifying all non-objecting Does. The parties have redacted only limited identifying information about certain Does, and will submit a sealed version of the chart contemporaneously with this filing.

                                Respectfully,

                                /s/ Sigrid S. McCawley
                              Sigrid S. McCawley

                              /s/ Laura Menninger
                              Laura Menninger