UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>    Plaintiff,<br><br>-against-<br><br>GHISLAINE MAXWELL,<br><br>    Defendant. | 15 Civ. 7433 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  The parties shall unseal the documents concerning Doe 171 consistent with this Court's prior orders and the Court of Appeals' Mandate.  (Dkt. nos. 1283, 1305.)  The parties, Doe 107, and intervenors the Miami Herald and Julie Brown shall, consistent with the Court of Appeals' Mandate (dkt. no. 1304), confer and propose a briefing schedule for supplemental briefing concerning the purported danger that Doe 107 faces and whether that purported danger outweighs the presumption of public access.

SO ORDERED.

Dated: New York, New York
    August 24, 2023

            *Loretta A. Preska*
            LORETTA A. PRESKA
            Senior United States District Judge