

August 25, 2023

**VIA ECF**

The Honorable Loretta A. Preska
District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Giuffre v. Maxwell*, **Case No. 15-cv-7433-LAP**

Dear Judge Preska,

    Pursuant to the Court's November 18, 2022, unsealing order; the Court's December 1, 2022, stay order; the Second Circuit's August 2, 2023, summary order; and the Court's August 24, 2023, order, Plaintiff files the documents ordered unsealed concerning Doe 171. This filing also excludes documents subject to the joint request for clarification submitted by the Original Parties on May 2, 2022.

                                                  Respectfully,

                                                  /s/ Sigrid S. McCawley
                                                  Sigrid S. McCawley

    cc: Counsel of Record (via ECF)

BOIES SCHILLER FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com