# EXHIBIT 6

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

VIRGINIA L. GIUFFRE,

        Plaintiff,

                         Case No.:

   -against-           15-cv-07433-RWS

GHISLAINE MAXWELL,

        Defendants.

- - - - - - - - - - - - - - - - - - - x

          **CONFIDENTIAL**

      Videotaped deposition of GHISLAINE
MAXWELL, taken pursuant to subpoena, was
held at the law offices of BOIES
SCHILLER & FLEXNER, 575 Lexington
Avenue, New York, New York, commencing
April 22, 2016, 9:04 a.m., on the above
date, before Leslie Fagin, a Court
Reporter and Notary Public in the State
of New York.

          - - -

     MAGNA LEGAL SERVICES
  1200 Avenue of the Americas
  New York, New York 10026



Page 2

```
 1
 2     APPEARANCES:
 3
       BOIES SCHILLER & FLEXNER, LLP
 4     Attorneys for Plaintiff
                 401 East Las Olas Boulevard
 5               Fort Lauderdatle, Florida, 33301
       BY:       SIGRID McCAWLEY, ESQUIRE
 6               MEREDITH SCHULTZ, ESQUIRE
                 EMMA ROSEN, PARALEGAL
 7
 8
       FARMER JAFFE WEISSING EDWARDS FISTOS &
 9     LEHRMAN, P.L.
                 Attorneys for Plaintiff
10               425 N. Andrews Avenue
                 Fort Lauderdale, Florida 33301
11     BY:       BRAD EDWARDS, ESQUIRE
12
13     PAUL G. CASSELL, ESQUIRE
       Attorneys for Plaintiff
14               383 South University Street
                 Salt Lake City, Utah 84112
15
16
       HADDON MORGAN FOREMAN
17     Attorneys for Defendant
                 150 East 10th Avenu
18               Denver, Colorado 80203
       BY:       JEFFREY S. PAGLIUCA, ESQUIRE
19               LAURA A. MENNINGER, ESQUIRE
20
21     Also Present:
22         James Christe, videographer
23
24
25
```



Page 52

```
1          G Maxwell - Confidential
2     for sexual acts.
3          Q.   I'm asking if they performed sexual
4     acts?
5               MR. PAGLIUCA:   Object to the form
6          and foundation.
7          Q.   Did any of the massage therapists
8     who were at the home perform sexual acts for
9     Jeffrey Epstein?
10         A.   I don't know what you mean by
11    sexual acts.
12         Q.   Did any of the massage therapists
13    who were working at the home perform sexual
14    acts, including touching the breasts,
15    touching the vaginal area, being touched
16    while Jeffrey is masturbating, having
17    intercourse, any of those things?
18              MR. PAGLIUCA:   Objection.   Form and
19         foundation.
20              To the extent any of this is asking
21         for to your knowledge any consensual sex
22         act that may or may not have involved
23         you, I'm instructing you not to answer
24         the question.
25         Q.   I'm not asking about consensual sex
```



Page 53

         G Maxwell - Confidential

1
2    acts.  I'm asking whether any of the massage
3    therapists performed sexual acts for Mr.
4    Epstein, as I have just described?
5         A.   I have never seen anybody have
6    sexual intercourse with with Jeffrey, ever.
7         Q.   I'm not asking about sexual
8    intercourse.  I'm asking about any sexual
9    act, touching of the breast -- did you ever
10   see -- can you read back the question?
11            (Record read.)
12        A.   I'm not addressing any questions
13   about consensual adult sex.  If you want to
14   talk about what the subject matter, which is
15   defamation and lying, Virginia Roberts, that
16   you and Virginia Roberts are participating in
17   perpetrating her lies, I'm happy to address
18   those.  I never saw any inappropriate
19   underage activities with Jeffrey ever.
20        Q.   I'm not asking about underage.  I'm
21   asking about whether any of the masseuses
22   that were at the home perform sexual acts for
23   Jeffrey Epstein?
24        A.   I have just answered the question.
25        Q.   No, you haven't.



Page 54

```
 1            G Maxwell - Confidential
 2       A.   I have.
 3       Q.   No, you haven't.
 4       A.   Yes, I have.
 5       Q.   You are refusing to answer the
 6  question.
 7       A.   Let's move on.
 8       Q.   I'm in charge of the deposition.  I
 9  say when we move on and when we don't.
10            You are here to respond to my
11  questions.  If you are refusing to answer the
12  court will bring you back for another
13  deposition to answer these questions.
14            Do you understand that?
15       MR. PAGLIUCA:  You don't need to
16       threaten the witness.
17       MS. McCAWLEY:  I'm not threatening
18       her.  I'm making sure the record is
19       clear.
20       MR. PAGLIUCA:  Certainly can you
21       apply to have someone come back and the
22       court may or may not have her come back
23       again.
24            Again, she is not answering
25       questions that relate to adult consent
```



```
1         G Maxwell - Confidential
2       sex acts.  Period.  And that's the
3       instruction and we can take it up with
4       the court.
5         Q.   Ms. Maxwell, are you aware of any
6   sexual acts with masseuses and Jeffrey
7   Epstein that were nonconsensual?
8         A.   No.
9         Q.   How do you know that?
10         A.   All the time that I have been in
11   the house I have never seen, heard, nor
12   witnessed, nor have reported to me that any
13   activities took place, that people were in
14   distress, either reported to me by the staff
15   or anyone else.  I base my answer based on
16   that.
17         Q.   Are you familiar with a person by
18   the name of ████████████
19         A.   I am.
20         Q.   Has ███████████ given a statement
21   to police about you performing sexual acts on
22   her?
23         A.   I have not heard that.
24         Q.   Has ███████████ given a statement
25   to police about Jeffrey Epstein performing
```



Page 64

```
1            G Maxwell - Confidential
2        Q.  Did you have sex with her?
3            MR. PAGLIUCA:  This is the same
4        instruction about consensual or
5        nonconsensual.
6        Q.  Was Emmy under the age of 18 when
7    you hired her?
8        A.  No.  I didn't hire her, as I said,
9    Jeffrey did.
10       Q.  Did Emmy ever have sex with
11   Jeffrey?
12           MR. PAGLIUCA:  Objection to the
13       form and foundation.
14       A.  How would I know what somebody else
15   did.
16       Q.  You weren't involved in the sex
17   between Jeffrey, Emmy and yourself?
18       A.  We already --
19       Q.  Were you involved with sex between
20   Jeffrey, Emmy and yourself?
21           MR. PAGLIUCA:  Everyone is talking
22       over each other.  You heard the
23       question.
24           Again, you you know what the
25       instruction is.  If there is any
```



Page 65

```
 1        G Maxwell - Confidential
 2        consensual issue involved, I instruct
 3        you not to answer.
 4        A.   Moving on.
 5        Q.   So you are refusing to answer that
 6   question?
 7        A.   I've been instructed by my lawyer.
 8        Q.   Did you ever have sex with Jeffrey,
 9   Emmy, Virginia and yourself when Virginia was
10   underage?
11        A.   Absolutely not.
12        MR. PAGLIUCA:  We've been going for
13        about an hour.  I would like to take a
14        five-minute break, please.
15        MS. McCAWLEY:  I'm almost done.
16        MR. PAGLIUCA:  You are not going to
17        allow a break.
18        MS. McCAWLEY:  As soon as I get
19        through my line of questioning, which is
20        perfectly appropriate.
21        Q.   Did Emmy Taylor travel with you and
22   Jeffrey to Europe?
23        A.   I'm sure she did.
24        Q.   What is she doing today?
25        A.   I have no idea.
```



Page 82

```
1              G Maxwell - Confidential
2         Q.   Did you train Virginia on how to
3    recruit other girls to perform sexual
4    massages?
5              MR. PAGLIUCA:  Objection to the
6         form and foundation.
7         A.   No.  And it's absurd and her entire
8    story is one giant tissue of lies and
9    furthermore, she herself has -- if she says
10   that, you have to ask her about what she did.
11        Q.   Does Jeffrey like to have his
12   nipples pinched during sexual encounters?
13             MR. PAGLIUCA:  Objection to form
14        and foundation.
15        A.   I'm not referring to any advice on
16   my counsel.  I'm not talking about any adult
17   sexual things when I was with him.
18        Q.   When Jeffrey would have a massage,
19   would he request that the masseuse pinch his
20   nipples while he was having a massage?
21        A.   I'm not talking about anything with
22   consensual adult situation.
23        Q.   What about with underage --
24        A.   I am not aware of anything.
25        Q.   You are not aware of Jeffrey
```



Page 92

1          G Maxwell - Confidential

2          Q.    In your responsibilities in working

3     for Jeffrey, would you book massages for him

4     on any given day so that he would have a

5     massage scheduled?  Would you take a call for

6     example and book a massage for him?

7               MR. PAGLIUCA:   Objection to the

8          form and foundation.

9          Q.    You can answer.

10         A.    Typically, that was not my

11    responsibility.  He would either book the

12    massage himself or one of his other

13    assistants would do that.

14         Q.    From time to time you had to do

15    that?

16              MR. PAGLIUCA:   Objection to the

17         form and foundation.

18         A.    Like I said, typically it was

19    somebody else's responsibility.

20         Q.    If you were unable to book a girl

21    for a massage on a given day, would that mean

22    that you were responsible for giving him a

23    sexual massage?

24              MR. PAGLIUCA:   Objection to the

25         form and foundation and I instruct you



```
 1          G Maxwell - Confidential
 2      not to answer any questions about any of
 3      your consensual adult sexual activity.
 4      Q.   So you are not going to answer that
 5  question?
 6      A.   You just heard my counsel.
 7      Q.   Have you ever said to anybody that
 8  recruiting other girls to perform sexual
 9  massages for Jeffrey Epstein takes the
10  pressure off you?
11          MR. PAGLIUCA:   Object to the form
12      and foundation.
13      A.   Repeat the question and break it
14  out.
15      Q.   Have you ever said to anybody that
16  you recruit girls --
17      A.   Stop right there.  I never
18  recruited girls, let's stop there.  Now
19  breakdown the question.
20      Q.   Have you ever said to anybody --
21      A.   By girls, we are talking about
22  underage people -- you said girls, are you
23  talking about underage -- we are not talking
24  about consensual acts -- this is a defamation
25  suit.
```



Page 137

```
 1          G Maxwell - Confidential
 2    the flights?
 3          A.   I can't recollect having a meal
 4    with them, but just so we are clear, the
 5    allegations that ████████ had a meal on
 6    Jeffrey's island is 100 percent false.
 7          Q.   But he may have had a meal on
 8    Jeffrey's plane?
 9          A.   I'm sure he had a meal on Jeffrey's
10    plane.
11          Q.   You do know how many times he flew
12    on Jeffrey's plane?
13          A.   I don't.
14          Q.   Do you know who ████████ is?
15          A.   I do.
16          Q.   How do you know him?
17          A.   He used to work or still works for
18    ████████████████
19          Q.   Did you ever have a relationship
20    with him?
21          A.   We are talking about adult
22    consensual relationships, it's off the
23    record.
24          Q.   I'm not asking what you did with
25    him, I'm asking if you ever had a
```



Page 138

```
 1          G Maxwell - Confidential
 2   relationship with him?
 3            MR. PAGLIUCA:  If you understand
 4       the term relationship, certainly you can
 5       answer that.
 6       A.   Define relationship.
 7       Q.   Somebody that you would have spent
 8   time together, either seeing them in a
 9   romantic relationship or --
10       A.   You need to be, what do you mean by
11   romantic.  I was friends with ████but you
12   are suggesting something more so I want to be
13   clear what you are actually asking me.
14       Q.   You defined it.  You said you were
15   friends with him.  If that's what you were
16   that's all I need to know.
17            While you were on the trip with
18   ███████████████ do you recall where you
19   stayed at these locations, in other words,
20   would you leave the jet and stay overnight at
21   a hotel, do you have a recollection of this
22   trip?
23       A.   I recollect the trip but if you're
24   asking me where we stayed, you can see it's a
25   very fast paced trip.  It was very tiring and
```



Page 307

```
1          G Maxwell - Confidential
2      form and foundation.
3          A.   I don't know why the name is -- I'm
4   sorry -- I can't -- I have no idea.  I
5   recognize the name but that's it.
6          Q.   Was ████████████ a masseuse?
7          MR. PAGLIUCA:  Objection to the
8      form and foundation.
9          A.   What are you asking me, I'm sorry?
10         Q.   When ██████████ worked for
11  Jeffrey Epstein, did she perform massages?
12         A.   I've testified that when █████████
13  came originally, she came to answer
14  telephones.  I believe at some point she
15  became a masseuse.  I don't recollect when
16  and I personally had massages from ████████
17         Q.   What did █████████ do for Jeffrey
18  Epstein, did she perform massages, anything
19  else?
20         MR. PAGLIUCA:  Objection to the
21     form and foundation.
22         A.   When she came she answered phones
23  and at some point, I believe, I don't have
24  any firm recollection, but I believe she went
25  to school and became a masseuse and I had
```



Page 308

```
 1        G Maxwell - Confidential
 2    massages from her.
 3        Q.   Did you ever have any sexual
 4    interaction with her?
 5             MR. PAGLIUCA:  Object to the form
 6             and foundation and I'm going to instruct
 7             you if we're talking about any
 8             consensual adult contact, you are not
 9             allowed to answer the question.
10        Q.   Did you have any sexual contact
11    with her in the presence of Jeffrey Epstein?
12             MR. PAGLIUCA:  Same instruction.
13        Q.   Did you have any sexual contact
14    with her in the presence of anybody other
15    than Jeffrey Epstein?
16             MR. PAGLIUCA:  Same instruction.
17        Q.   How many massages did you receive
18    from ████████
19        A.   I really don't recall but a fair
20    amount.
21        Q.   Did the massages involve sex?
22             MR. PAGLIUCA:  I'm going to
23             instruct you not to answer.
24        Q.   Have you ever engaged in sex with
25    any female?
```



Page 309

```
1            G Maxwell - Confidential
2            MR. PAGLIUCA:  I'm going to
3       instruct you not to answer.
4            MS. McCAWLEY:  I want the record to
5       reflect that Ms. Maxwell's attorney is
6       directing her not to answer this series
7       of questions.
8            MR. PAGLIUCA:  It definitely does.
9       Q.   Were you responsible for
10      introducing ▮▮▮▮ to Jeffrey Epstein?
11           MR. PAGLIUCA:  Objection to the
12      form and foundation.
13      A.   I already testified that I don't
14      really recall ▮▮▮▮
15      Q.   Were you responsible for
16      introducing ▮▮▮▮ to Jeffrey Epstein?
17           MR. PAGLIUCA:  Objection to the
18      form and foundation.
19      A.   Again, I don't like the
20      characterization of introduction. ▮▮▮▮
21      came to answer telephones.
22      Q.   When did you -- were you the person
23      who brought or introduced or met ▮▮▮▮ for
24      purposes of bringing her to Jeffrey Epstein's
25      home?
```

