# COMPOSITE EXHIBIT A

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
VIRGINIA L. GIUFFRE,

            Plaintiff,

                              Case No.:
   -against-                  15-cv-07433-RWS

GHISLAINE MAXWELL,

            Defendants.

- - - - - - - - - - - - - - - - - - - x

                  **CONFIDENTIAL**

        Videotaped deposition of GHISLAINE
    MAXWELL, taken pursuant to subpoena, was
    held at the law offices of BOIES
    SCHILLER & FLEXNER, 575 Lexington
    Avenue, New York, New York, commencing
    April 22, 2016, 9:04 a.m., on the above
    date, before Leslie Fagin, a Court
    Reporter and Notary Public in the State
    of New York.

                    - - -

        MAGNA LEGAL SERVICES
     1200 Avenue of the Americas
      New York, New York 10026



Page 2

```
 1
 2    APPEARANCES:
 3
      BOIES SCHILLER & FLEXNER, LLP
 4    Attorneys for Plaintiff
                401 East Las Olas Boulevard
 5              Fort Lauderdatle, Florida, 33301
      BY:       SIGRID McCAWLEY, ESQUIRE
 6              MEREDITH SCHULTZ, ESQUIRE
                EMMA ROSEN, PARALEGAL
 7
 8
      FARMER JAFFE WEISSING EDWARDS FISTOS &
 9    LEHRMAN, P.L.
                Attorneys for Plaintiff
10              425 N. Andrews Avenue
                Fort Lauderdale, Florida 33301
11    BY:       BRAD EDWARDS, ESQUIRE
12
13    PAUL G. CASSELL, ESQUIRE
      Attorneys for Plaintiff
14              383 South University Street
                Salt Lake City, Utah 84112
15
16
      HADDON MORGAN FOREMAN
17    Attorneys for Defendant
                150 East 10th Avenu
18              Denver, Colorado 80203
      BY:       JEFFREY S. PAGLIUCA, ESQUIRE
19              LAURA A. MENNINGER, ESQUIRE
20
21    Also Present:
22       James Christe, videographer
23
24
25
```



Questions About People Under the Age of 18 at Epstein's Home

Page 13

1          G Maxwell - Confidential

2          Q.    You can answer.

3          A.    I have not any idea exactly of the

4     youngest adult employee that I hired for

5     Jeffrey.

6          Q.    When you say adult employee, did

7     you ever hire someone that was under the age

8     of 18?

9          A.    Never.

10          Q.    Did you ever bring someone who was

11     under -- invite someone under the age of 18

12     to Jeffrey's home, any of his homes?

13               MR. PAGLIUCA:   Object to the form

14          foundation.

15          A.    Can you repeat the question?

16          Q.    Did you ever invite anybody who was

17     under the age of 18 to Jeffrey's homes?

18               MR. PAGLIUCA:   Same objections.

19          A.    I have a number of friends that

20     have children and friends of mine that have

21     kids and in the invitation of my friends and

22     their kids, I'm sure I may have invited some

23     of my friend's kids to come.

24          Q.    Anybody that is not a friend of

25     yours.



Questions About Meeting the Plaintiff and
Massages with Plaintiff

```
 1          G Maxwell - Confidential
 2      A.   Ms. Roberts held herself out --
 3      Q.   I'm not asking how she held herself
 4  out.  I'm asking how she arrived at the home.
 5  Did you meet her and invite her to come to
 6  the home or how did she arrive there?
 7           MR. PAGLIUCA:  Object to the form
 8      and foundation.
 9      A.   Ms. Roberts held her to be a
10  masseuse and her mother drove her to the
11  house.
12      Q.   When did you first meet Virginia
13  Roberts?
14      A.   I don't have a recollection of the
15  first meeting.
16      Q.   Do you recall meeting her at
17  Mar-a-Lago?
18      A.   Like I said, I don't have a
19  recollection of meeting Ms. Roberts.
20      Q.   So you recall Ms. Roberts being
21  brought to the home by her mother, is that
22  your testimony?
23      A.   That is my testimony.
24      Q.   And that is the first time you met
25  her?
```



Page 17

1          G Maxwell - Confidential

2          A.   Like I said, I don't recall meeting

3     her the first time.  I do remember her mother

4     bringing her to the house.

5          Q.   Are you a member at Mar-a-Lago?

6          A.   No.

7          Q.   Have you visited Mar-a-Lago?

8          A.   Yes.

9          Q.   Did you visit Mar-a-Lago in the

10    year 2000?

11         A.   I'm pretty sure I did.

12         Q.   When Ms. Roberts arrived at the

13    home with her mother, what happened?

14         A.   I spoke to her mother outside of

15    the house and she -- what I don't recall is

16    exactly what happened because I was talking

17    to her mother the entire she was in the

18    house.

19         Q.   Did you introduce Ms. Roberts to

20    Jeffrey Epstein?

21         A.   I don't recall how she actually met

22    Mr. Epstein.  As I said, I spoke to her

23    mother the entire time outside the house.

24         Q.   Did you walk Ms. Roberts up to the

25    upstairs location at the Palm Beach house to



Page 19

```
 1          G Maxwell - Confidential
 2   absolutely everything that took place in that
 3   first meeting.  She has lied repeatedly,
 4   often and is just an awful fantasist.  So
 5   very difficult for anything to take place
 6   that she repeated because I was with her
 7   mother the entire time.
 8       Q.   So did you have -- did you give a
 9   massage with Virginia Roberts and Mr. Epstein
10   during the first time Virginia Roberts was at
11   the West Palm Beach house?
12          MR. PAGLIUCA:  Object to the form
13       and foundation.
14       Q.   Yes or no?
15       A.   No.
16       Q.   Have you ever given a massage with
17   Virginia Roberts in the room and Jeffrey
18   Epstein?
19          MR. PAGLIUCA:  Object to the form
20       and foundation.
21       A.   No.
22       Q.   Have you ever given Jeffrey Epstein
23   a massage?
24          MR. PAGLIUCA:  Object to the form,
25       foundation.  And I'm going to instruct
```



Questions About Massages with Minors

1          G Maxwell - Confidential

2          questions.

3               MR. PAGLIUCA:  I'm instructing her

4          not to answer.

5               MS. McCAWLEY:  Then we will be back

6          here again.

7          Q.   Have you ever given a massage to

8     Mr. Epstein with a female that was under the

9     age of 18?

10         A.   Can you repeat the question?

11         Q.   Yes.  Have you ever given a massage

12    to Mr. Epstein with a female that was under

13    the age of 18?

14         A.   No.

15         Q.   Have you ever observed Mr. Epstein

16    having a massage given by an individual, a

17    female, who was under the age of 18?

18         A.   No.

19         Q.   Have you ever observed females

20    under the age of 18 in the presence of

21    Jeffrey Epstein at his home?

22              MR. PAGLIUCA:  Object to the form

23         and foundation.

24         A.   Again, I have friends that have

25    children --



Questions About Hiring Massage Therapists

```
 1            G Maxwell - Confidential
 2   -- just another one of Virginia's many
 3   fictitious lies and stories to make this a
 4   salacious event to get interest and press.
 5   It's absolute rubbish.
 6       Q.    Were you in charge of hiring
 7   individuals to provide massages for Jeffrey
 8   Epstein?
 9       A.    My job included hiring many people.
10   There were six homes.  As I sit here, I hired
11   assistants, I hired architects, I hired
12   decorators, I hired cooks, I hired cleaners,
13   I hired gardeners, I hired pool people, I
14   hired pilots, I hired all sorts of people.
15            In the course and a very small part
16   of my job was from from time to time to find
17   adult professional massage therapists for
18   Jeffrey.
19       Q.    When you say adult professional
20   massage therapists, where did you find these
21   massage therapists?
22       A.    From time to time I would visit
23   professional spas, I would receive a massage
24   and if the massage was good I would ask that
25   man or woman if they did home visits.
```



Questions About ███████████████████████████

```
 1          G Maxwell - Confidential

 2     here today I do not.

 3          Q.   Ms. Maxwell, when did you first

 4     meet ██████████████

 5               MR. PAGLIUCA:  Object to the form

 6          and foundation.

 7          A.   I have no idea when I met her.

 8          Q.   Do you know how old she was when

 9     you met her?

10          A.   I have no idea how old she was when

11     I met her.

12          Q.   Is it possible she was 13 years old

13     when you first met her?

14               MR. PAGLIUCA:  Object to the form

15          and foundation.

16          A.   ██████████████████████████████

██    ████████████████████████████   ████████

18     may have been in the house when Jeffrey was

19     in the house.  I have no idea how old she

20     was.

21          Q.   I understand she was with ████

22     █████

23               I'm asking if ███████████ was 13

24     years old when you first met her?

25          A.   I have no idea.
```



Page 38

1          G Maxwell - Confidential

2          Q.   Was she under 18 when you first met

3     her?

4          A.   I have no idea how old she was when

5     I first met her.

6          Q.   Did she look like a child when you

7     first met her?

8          A.   I don't remember what she looked

9     like at the time she was in the house.

10          Q.   How many years have you known her?

11          A.   I can only recall the last time I

12     saw her.

13          Q.   When was the first time you met

14     her?

15          A.   Again, I just told you, I don't

16     recall the first time I met her.

17          Q.   Did ████████████ travel with you

18     on Jeffrey's planes?

19          A.   I wouldn't remember if ██████ was on

20     the plane or not.

21          Q.   Did you ever have sex with ██████

22     ██████

23          A.   No.

24          Q.   Did you ever observe Jeffrey having

25     sex with ██████████████



Page 39

```
 1          G Maxwell - Confidential
 2     A.   No.
 3     Q.   Were you aware that Jeffrey was
 4 having sexual contact with ████████ when
 5 she was 13 years old?
 6          MR. PAGLIUCA:  Object to the form
 7     and foundation.
 8     A.   I would be very shocked and
 9 surprised if that were true.
10     Q.   Were you in the house when ████
██ ██████ was in the house in a private area
12 with Jeffrey Epstein?
13          MR. PAGLIUCA:  Object to the form
14     and foundation.
15     A.   Can you repeat the question.
16     Q.   Were you ever in the Palm Beach
17 house when Jeffrey Epstein was in the house
18 with ████████████?
19          MR. PAGLIUCA:  Object to the form
20     and foundation.
21     A.   I've already testified that I have
22 met her and that she was there ████████
23 ██████   I don't understand what your
24 question is asking.
25     Q.   So you have never seen ████
```



Page 40

```
 1            G Maxwell - Confidential
 2      ███████████████████████████████
 3            MR. PAGLIUCA:  Object to the form
 4      and foundation.
 5      Q.   Is that your testimony?
 6      A.   I already said I don't recall all
 7  the times I've seen her and I have no memory
 8  of that.
 9      Q.   Have you ever seen ███████████ in
10  the house with Jeffrey Epstein ██████████
11  ██████
12            MR. PAGLIUCA:  Object to the form
13      and foundation.
14      A.   I just told you I don't recall
15  seeing ██████
16      Q.   Were you ever involved in an orgy
17  with ███████████
18      A.   No, absolutely not.
19      Q.   Can you tell me, do you know an
20  individual by the name of ████████████
21      A.   I do.
22      Q.   How did you meet ██████████████
23      A.   At some point she was a friend of
24  Jeffrey's and I recall meeting her at some
25  point.
```



Page 46

```
 1          G Maxwell - Confidential
 2      Q.   Did Jeffrey arrange for a visa for
 3  ███████████████?
 4      A.   I don't know what Jeffrey did.   I
 5  cannot testify what Jeffrey did.
 6      Q.   Was  ██████  involved in sex with
 7  Jeffrey and other girls?
 8          MR. PAGLIUCA:   Object to the form
 9      and foundation.
10      Q.   Girls under the age of 18?
11          MR. PAGLIUCA:   Same objection.
12      A.   I have no idea.
13      Q.   Was  ██████  involved with sex with
14  Jeffrey and girls over the age of 18?
15          MR. PAGLIUCA:   Same objection.
16      A.   I have no idea.
17      Q.   Did  ██████  recruit other girls for
18  sex with Jeffrey?
19          MR. PAGLIUCA:   Object to the form
20      and foundation.
21      A.   I have no idea.
22      Q.   Do you still talk to  ████████
23      A.   No.
24      Q.   ██████████████████
25      A.   I have no idea.
```



Questions About Mr. Epstein and Sex

1          G Maxwell - Confidential

2    acts.   I'm asking whether any of the massage

3    therapists performed sexual acts for Mr.

4    Epstein, as I have just described?

5          A.   I have never seen anybody have

6    sexual intercourse with with Jeffrey, ever.

7          Q.   I'm not asking about sexual

8    intercourse.   I'm asking about any sexual

9    act, touching of the breast -- did you ever

10   see -- can you read back the question?

11          (Record read.)

12          A.   I'm not addressing any questions

13   about consensual adult sex.   If you want to

14   talk about what the subject matter, which is

15   defamation and lying, Virginia Roberts, that

16   you and Virginia Roberts are participating in

17   perpetrating her lies, I'm happy to address

18   those.   I never saw any inappropriate

19   underage activities with Jeffrey ever.

20          Q.   I'm not asking about underage.   I'm

21   asking about whether any of the masseuses

22   that were at the home perform sexual acts for

23   Jeffrey Epstein?

24          A.   I have just answered the question.

25          Q.   No, you haven't.



Questions About ███████████ Glen Dubin, Plaintiff, ██████ ██████ ████████████ and Sex

Page 54

1           G Maxwell - Confidential

2      A.   I have.

3      Q.   No, you haven't.

4      A.   Yes, I have.

5      Q.   You are refusing to answer the

6   question.

7      A.   Let's move on.

8      Q.   I'm in charge of the deposition.  I

9   say when we move on and when we don't.

10          You are here to respond to my

11   questions.  If you are refusing to answer the

12   court will bring you back for another

13   deposition to answer these questions.

14          Do you understand that?

15          MR. PAGLIUCA:  You don't need to

16       threaten the witness.

17          MS. McCAWLEY:  I'm not threatening

18       her.  I'm making sure the record is

19       clear.

20          MR. PAGLIUCA:  Certainly can you

21       apply to have someone come back and the

22       court may or may not have her come back

23       again.

24          Again, she is not answering

25       questions that relate to adult consent



```
 1          G Maxwell - Confidential

 2      sex acts.  Period.  And that's the

 3      instruction and we can take it up with

 4      the court.

 5          Q.   Ms. Maxwell, are you aware of any

 6  sexual acts with masseuses and Jeffrey

 7  Epstein that were nonconsensual?

 8          A.   No.

 9          Q.   How do you know that?

10          A.   All the time that I have been in

11  the house I have never seen, heard, nor

12  witnessed, nor have reported to me that any

13  activities took place, that people were in

14  distress, either reported to me by the staff

15  or anyone else.  I base my answer based on

16  that.

17          Q.   Are you familiar with a person by

18  the name of ████████████

19          A.   I am.

20          Q.   Has ████████████ given a statement

21  to police about you performing sexual acts on

22  her?

23          A.   I have not heard that.

24          Q.   Has ████████████ given a statement

25  to police about Jeffrey Epstein performing
```



```
 1          G Maxwell - Confidential

 2      asked and answered already.

 3          Q.   You can answer the question.

 4          A.   I have no idea what ████████████

 5      did.

 6          Q.   You never observed ████████████

 7      with girls under the age of 18 at Jeffrey's

 8      home?

 9              MR. PAGLIUCA:  Object to the form

10      and foundation.

11          A.   The answer is no, I have no idea.

12          Q.   Do you know Glenn Dubin?

13          A.   I do.

14          Q.   What is your relationship with

15      Glenn Dubin?

16              MR. PAGLIUCA:  Object to the form.

17          A.   What do you mean what is my

18      relationship.

19          Q.   Are you friendly with him, how do

20      you know him?

21          A.   He is the husband of Eva Dubin.

22          Q.   Is Eva Dubin one of your friends?

23          A.   Yes.

24          Q.   Did you ever send Virginia to

25      Glenn's condo at the Breakers to give him a
```



Page 58

1            G Maxwell - Confidential

2    massage?

3            MR. PAGLIUCA:  Objection to the

4        form and foundation.

5        A.   No.

6        Q.   Did you ever instruct Virginia

7    Roberts to have sex with Glenn?

8            MR. PAGLIUCA:  Objection to the

9        form and foundation.

10       A.   I have never instructed Virginia to

11   have sex with anybody ever.

12       Q.   How old was Eva Anderson when she

13   met Jeffrey?

14           MR. PAGLIUCA:  Objection to the

15       form and foundation.

16       A.   I have no idea.

17       Q.   What's she under the age of 18?

18           MR. PAGLIUCA:  Objection to the

19       form and foundation.

20       A.   I just testified I have idea how

21   old she was.

22       Q.   You testified she was your friend.

23   You don't know how old she was when she met

24   Jeffrey?

25       A.   That happened sometime in the '70s,



Page 59

```
 1          G Maxwell - Confidential

 2    how would I know, or '80s.  I have no idea.

 3    Can you testify to what your friends did 30

 4    years ago?

 5          Q.   You don't ask the questions here,

 6    Ms. Maxwell.

 7               What about ███████████, when

 8    did you first meet ███████

 9          A.   I don't recall the exact date.

10          Q.   Did you hire ███████

11          A.   I don't hire people, she came to

12    work at the house to answer phones.

13          Q.   Where did you meet her?

14          A.   I just testified, I don't recall

15    exactly when I met her.

16          Q.   Was one of your job

17    responsibilities to interview people that

18    would be then hired by Jeffrey?

19          A.   That was one of my

20    responsibilities.

21          Q.   Do you recall interviewing ████████

22          A.   I don't recall the exact interview,

23    no.

24          Q.   Do you know what tasks ██████ was

25    hired to performance?
```



Page 60

1           G Maxwell - Confidential

2      A.   She was tasked to answer

3  telephones.

4      Q.   Did you ever ask her to rub

5  Jeffrey's feet?

6           MR. PAGLIUCA:  Objection to the

7      form and foundation.

8      A.   I believe that I have read that,

9  but I don't have any memory of it.

10     Q.   Did you ever tell ███████ that she

11  would get extra money if she provided Jeffrey

12  massages?

13     A.   I was always happy to give career

14  advice to people and I think that becoming

15  somebody in the healthcare profession, either

16  exercise instructor or nutritionist or

17  professional massage therapist is an

18  excellent job opportunity.  Hourly wages are

19  around 7, 8, $9 and as a professional

20  healthcare provider you can earn somewhere

21  between as we have established 100 to $200

22  and to be able to travel and have a job that

23  pays that is a wonderful job opportunity.  So

24  in the context of advising people for

25  opportunities for work, it is possible that I



Page 61

         G Maxwell - Confidential

 1
 2    would have said that she should explore that

 3    as an option.

 4         Q.   Did you tell her she would get

 5    extra money if she massaged Jeffrey?

 6         A.   I'm just saying, I cannot recall

 7    the exact conversation.  I give career advice

 8    and I have done that.

 9         Q.   Did you ever have ████████ massage

10    you?

11         A.   I did.

12         Q.   How many times?

13         A.   I don't recall how many times.

14         Q.   Was there sex involved?

15         A.   No.

16         Q.   Did you ever instruct ████████ to

17    massage Glenn Dubin?

18         A.   I don't believe -- I have no

19    recollection of it.

20         Q.   Did you ever have sexual contact

21    with ████████

22         MR. PAGLIUCA:  Object to the form

23         and foundation.  You need to give me an

24         opportunity to get in between the

25         questions.



Page 62

1          G Maxwell - Confidential

2              Anything that involves consensual

3      sex on your part, I'm instructing you

4      not to answer.

5          Q.    Did you ever have sexual contact

6  with ████████

7          A.    Again, she is an adult --

8          Q.    I'm asking you, did you ever have

9  sexual contact with ████████

10         A.    I've just been instructed not to

11 answer.

12         Q.    On what basis?

13         A.    You have to ask my lawyer.

14         Q.    Did you ever have sexual contact

15 with ████████ that was not consensual on

16 ████████ part?

17              MR. PAGLIUCA:   You can answer

18      nonconsensual.

19         A.    I've never had nonconsensual sex

20 with anybody.

21         Q.    Not ████████

22              MR. PAGLIUCA:   Objection.

23         A.    I just testified I never had

24 nonconsensual sex with anybody ever, at any

25 time, at anyplace, at any time, with anybody.



Page 63

```
 1          G Maxwell - Confidential
 2      Q.   So if ███████ were to testify that
 3   she did not consent to a sexual act that you
 4   participated in --
 5      A.   I just told you I have never ever
 6   under any circumstances with anybody, at any
 7   time, in anyplace, in any form had
 8   nonconsensual relations with anybody.
 9      Q.   Did you introduce ████████████████
10   ██████
11          MR. PAGLIUCA:  Objection to the
12      form and foundation.
13      A.   I've, again, read that ████████
14   claimed that she met or that she said she met
15   ████████████  I don't know if I was the one
16   who made the introduction or not.
17      Q.   Do you know a female by the name of
18   Emmy Taylor?
19      A.   I do.
20      Q.   How do you know her?
21      A.   Emmy was my assistant.
22      Q.   So she worked for you?
23      A.   Yes.
24      Q.   Did you hire her?
25      A.   Again, Jeffrey hired people.
```



Questions About Emmy, Virginia, and Ms. Maxwell Regarding Sex

Page 65

 1          G Maxwell - Confidential

 2          consensual issue involved, I instruct

 3          you not to answer.

 4          A.    Moving on.

 5          Q.    So you are refusing to answer that

 6    question?

 7          A.    I've been instructed by my lawyer.

 8          Q.    Did you ever have sex with Jeffrey,

 9    Emmy, Virginia and yourself when Virginia was

10    underage?

11          A.    Absolutely not.

12          MR. PAGLIUCA:  We've been going for

13          about an hour.  I would like to take a

14          five-minute break, please.

15          MS. McCAWLEY:  I'm almost done.

16          MR. PAGLIUCA:  You are not going to

17          allow a break.

18          MS. McCAWLEY:  As soon as I get

19          through my line of questioning, which is

20          perfectly appropriate.

21          Q.    Did Emmy Taylor travel with you and

22    Jeffrey to Europe?

23          A.    I'm sure she did.

24          Q.    What is she doing today?

25          A.    I have no idea.



Questions About Outfits and Sex Toys

Page 69

1          G Maxwell - Confidential

2     about.

3          Q.   So you didn't provide her with

4     that?

5          A.   As I just testified, I have no idea

6     what you are talking about.

7          Q.   I was trying to interpret whether

8     you didn't understand what a school girl

9     outfit was or you are saying that didn't

10    happen?

11         A.   I clearly know what a school girl

12    outfit is.  I have no recollection of

13    providing anybody with a school girl outfit.

14         Q.   Did you have a set of outfits used

15    by the massage therapists that would include

16    things like a school girl outfit or a black

17    patent leather outfit or anything of that

18    nature?

19              MR. PAGLIUCA:  Object to the form

20         and foundation.

21         A.   That would be just another one of

22    Virginia's lies.

23         Q.   You didn't have anything like that?

24         A.   I did not.

25         Q.   Did you have a basket of sex toys



Page 70

```
 1          G Maxwell - Confidential
 2    that you kept in the Palm Beach house?
 3              MR. PAGLIUCA:  Objection to the
 4         form and foundation.
 5         A.   First of all what do you mean.
 6         Q.   A laundry basket that contained sex
 7    toys in it?
 8              MR. PAGLIUCA:  Objection to the
 9         form and foundation.
10         A.   Can you ask the question again?
11         Q.   Did you have a laundry basket that
12    contained sex toys in it, in the Palm Beach
13    House?
14              MR. PAGLIUCA:  Objection to the
15         form and foundation.
16         Q.   Did you have a laundry basket of
17    sex toys in the Palm Beach house?
18              MR. PAGLIUCA:  Same objection.
19         Q.   You can answer.
20         A.   I don't recollect anything about a
21    laundry basket of sex toys.
22         Q.   Do you recollect having sex toys at
23    the Palm Beach house?
24         A.   You have to define what are you
25    talking about.
```



Questions About Plaintiff and Epstein and Sex

Page 75

1          G Maxwell - Confidential

2          Q.   Do you recall having a basket full

3     of sex toys?

4          A.   I already told you I did not.

5          Q.   We were talking a moment ago about

6     Ms. Roberts and her position as a masseuse,

7     do you know what she was paid for working as

8     a masseuse for Jeffrey Epstein?

9          A.   I do not.

10         Q.   Did you ever pay her?

11         A.   I don't ever recall paying her.

12         Q.   Do you know what happened during

13    the massage appointments with Jeffrey Epstein

14    and Virginia Roberts?

15              MR. PAGLIUCA:  Objection to the

16         form and foundation.

17         A.   No.

18         Q.   Were you ever present to view a

19    massage between Jeffrey Epstein and Virginia

20    Roberts?

21         A.   I don't recollect ever seeing

22    Virginia and Jeffrey in a massage situation.

23         Q.   Do you ever recollect seeing them

24    in a sexual situation?

25         A.   I never saw them in a sexual



Page 76

1          G Maxwell - Confidential

2     situation.

3          Q.   Did you ever participate in sex

4     with Virginia Roberts and Jeffrey Epstein?

5          A.   I never ever at any single time at

6     any point ever at all participated in

7     anything with Virginia and Jeffrey.  And for

8     the record, she is an absolute total liar and

9     you all know she lied on multiple things and

10    that is just one other disgusting thing she

11    added.

12         Q.   Did you help her obtain an

13    apartment in Palm Beach to live in?

14              MR. PAGLIUCA:  Objection to the

15         form and foundation.

16         Q.   Was that part of your

17    responsibilities for Jeffrey?

18         A.   First of all, I didn't know she had

19    an apartment in Palm Beach.  I only learned

20    that from the many times you guys have gone

21    to the press to sell stories, so no.

22         Q.   Did you help her get a cell phone,

23    was that one of your responsibilities for

24    Jeffrey, to get her is a cell phone as part

25    of her masseuse obligations?



Questions About Training Plaintiff to Recruit Girls for Massages

Page 81

1           G Maxwell - Confidential

2        form and foundation.

3        A.    Like I told you, I don't recall her

4    being at the house at all.

5        Q.    How many homes does Jeffrey have?

6             MR. PAGLIUCA:  Objection to the

7        form and foundation.

8        A.    When I was working for him, I think

9    he had six maybe.

10       Q.    Would Virginia stay with him in

11   those homes?

12            MR. PAGLIUCA:  Objection to the

13       form and foundation.

14       A.    I can only testify for when I was

15   present with him and I cannot say what she

16   did when I wasn't present with him.

17       Q.    When you were present, would

18   Virginia stay in the homes with him?

19       A.    I don't recall her staying in the

20   houses.

21       Q.    Did you train Virginia on how to

22   recruit other girls for massages?

23            MR. PAGLIUCA:  Objection to the

24       form and foundation.

25       A.    No.



Page 82

1          G Maxwell - Confidential

2          Q.   Did you train Virginia on how to

3    recruit other girls to perform sexual

4    massages?

5               MR. PAGLIUCA:  Objection to the

6          form and foundation.

7          A.   No.  And it's absurd and her entire

8    story is one giant tissue of lies and

9    furthermore, she herself has -- if she says

10   that, you have to ask her about what she did.

11         Q.   Does Jeffrey like to have his

12   nipples pinched during sexual encounters?

13              MR. PAGLIUCA:  Objection to form

14         and foundation.

15         A.   I'm not referring to any advice on

16   my counsel.  I'm not talking about any adult

17   sexual things when I was with him.

18         Q.   When Jeffrey would have a massage,

19   would he request that the masseuse pinch his

20   nipples while he was having a massage?

21         A.   I'm not talking about anything with

22   consensual adult situation.

23         Q.   What about with underage --

24         A.   I am not aware of anything.

25         Q.   You are not aware of Jeffrey



Questions About Ms. Maxwell's Relationship with Mr. Epstein

```
 1          G Maxwell - Confidential
 2   has perpetrated, cannot tell you what is true
 3   or factual or not.
 4        Q.   You said you were in the home a
 5   very limited time, so average in the year for
 6   example, 2004, how many times would you have
 7   been in his Palm Beach home?
 8        A.   Very hard for me to state but very
 9   little.
10        Q.   How about his New York home?
11        A.   Same.
12        Q.   Were you his girlfriend in that
13   year, in 2004?
14        A.   Define what you mean by girlfriend.
15        Q.   Were you in a relationship with him
16   where you would consider yourself his
17   girlfriend?
18        A.   No.
19        Q.   Did you ever consider yourself his
20   girlfriend?
21        A.   That's a tricky question.  There
22   were times when I would have liked to think
23   of myself as his girlfriend.
24        Q.   When would that have been?
25        A.   Probably in the early '90s.
```



Questions About Recruiting Girls, an Underage Girl in London,
and Foreign Girls

1        G Maxwell - Confidential

2        A.   First of all I resent and despise

3   the world recruit.  Would you like to define

4   what you mean by recruit and by girls, you

5   mean underage people.  I never had to do

6   anything with underage people.  So why don't

7   you reask the question in a way that I am

8   able to answer it.

9        Q.   I'm asking if you ever said that to

10  anybody.  So if you don't understand the word

11  recruit and you never used that word then the

12  answer to that question would be no.

13       A.   I have no memory as I sit here

14  today having used that word.

15       Q.   Did you ever meet an underage girl

16  in London to introduce her to Jeffrey to

17  provide him with a massage?

18            MR. PAGLIUCA:  Objection to the

19       form and foundation.

20       A.   Run that past me one more time.

21       Q.   Did you ever meet an underage girl

22  in London to introduce her to Jeffrey to

23  perform a massage?

24            MR. PAGLIUCA:  Same objection.

25       A.   Are you asking me if I met anybody



Page 98

1          G Maxwell - Confidential

2    that was underage in London specifically to

3    provide a massage to Jeffrey, is that your

4    question?

5        Q.   Yes.

6        A.   No.

7        Q.   Do you know who ███████████ is?

8        A.   I don't recall her right now.

9        Q.   Do you know if -- strike that.

10            During the time that you were

11   working for Jeffrey, did you ever observe any

12   foreign females, so in other words, not from

13   the United States, that were brought to

14   Jeffrey's home to perform massages?

15            MR. PAGLIUCA:  Objection to the

16        form and foundation.

17       A.   Females, what age are we talking?

18       Q.   Any age.

19       A.   Can you repeat the question?

20       Q.   During the time you were working

21   for Jeffrey, did you ever observe any foreign

22   females of any age that were at Jeffrey's

23   home to perform a massage?

24            MR. PAGLIUCA:  Objection to the

25        form and foundation.



Page 99

```
  1          G Maxwell - Confidential
  2       A.   Are you asking me if any foreigner,
  3   not an American person, gave Jeffrey a
  4   massage?
  5       Q.   Yes.
  6       A.   Well, as I sit here today, I can't
  7   think of anyone who is foreign.  Certainly --
  8   I just can't think of anybody right this
  9   second.
 10       Q.   How about any foreign girls who
 11   were under the age of 18?
 12       A.   I already testified to not knowing
 13   anything about underage girls.
 14       Q.   Were there foreign girls who were
 15   brought to Jeffrey's home by ███████████
 16   for the purposes of providing massages?
 17          MR. PAGLIUCA:  Objection to the
 18          form and foundation.
 19       A.   I am not aware of ████████ bringing
 20   girls.  I have not no idea what you are
 21   talking about.
 22       Q.   You have never been around foreign
 23   girls who are under the age of 18 at
 24   Jeffrey's homes?
 25          MR. PAGLIUCA:  Objection to the
```



1            G Maxwell - Confidential

2       form and foundation.

3       A.   I already testified about not

4   knowing about underage girls.

5       Q.   Did you provide any assistance with

6   obtaining visas for foreign girls that were

7   under the age of 18?

8       A.   I've never participated in helping

9   people of any age to get visas.

10      Q.   Did Jeffrey, was it Jeffrey's

11  preference to start a massage with sex?

12           MR. PAGLIUCA:   Objection to the

13      form and foundation.

14      A.   I think you should ask that

15  question of Jeffrey.

16      Q.   Do you know?

17      A.   I don't believe that was his

18  preference.  I think -- you have to

19  understand, a massage -- perhaps you are not

20  really familiar with what massage is.

21      Q.   I am, I don't need a lecture on

22  massage.

23      A.   I think you do.

24           MR. PAGLIUCA:   No question pending.

25      She will ask you another question now.



Questions About Underage Girls, Sex with ████████████, and Outfits

1          G Maxwell - Confidential

2     Q.   Were you present on the island when

3     ███████████   visited?

4     A.   Yes.

5     Q.   How many times?

6     A.   I can only remember once.

7     Q.   Were there any girls under the age

8  of 18 on the island during that one visit

9  that you remember that were not family or

10 friends of or daughters of your friends?

11          MR. PAGLIUCA:  Objection to the

12      form and foundation.

13    A.   There were no girls on the island

14 at all.  No girls, no women, other than the

15 staff who work at the house.  Girls meaning,

16 I assume you are asking underage, but there

17 was nobody female outside of the cooks and

18 the cleaners.

19    Q.   Did you, as part of your duties in

20 working for Jeffrey, ever arrange for

21 Virginia to have sex with ████████████

22          MR. PAGLIUCA:  Objection to the

23      form and foundation.

24    A.   Just for the record, I have never

25 at any time, at anyplace, in any moment ever



```
 1          G Maxwell - Confidential
 2   asked Virginia Roberts or whatever she is
 3   called now to have sex with anybody.
 4       Q.   Did you ever provide Virginia
 5   Roberts with an outfit, an outfit of a sexual
 6   nature to wear for ███████████
 7            MR. PAGLIUCA:   Objection to the
 8        form and foundation.
 9       A.   I think we addressed the outfit
10   issue.
11       Q.   I am asking you if you ever
12   provided her with an outfit of a sexual
13   nature to wear for ███████████
14       A.   Categorically no.  You did get
15   that, I said categorically no
16       Q.   Don't worry I'm paying attention.
17       A.   You seemed very distracted in that
18   moment.
19            (Maxwell Exhibit 6, flight logs,
20        marked for identification.)
21       A.   Do you mind if I take a break for
22   the bathroom.
23       Q.   It's 11:08 and we are going to go
24   off the record now.
25            THE VIDEOGRAPHER:   It's now 11:09.
```



Questions About Pictures of Naked Girls

Page 188

1          G Maxwell - Confidential

2     people could use -- just like you would use

3     if you needed to go online to get something,

4     that people could use.

5          Q.   Was that on a desk that you would

6     use in your work capacity when you were at

7     the house?

8          A.   It was a desk, it was a room I was,

9     I didn't really use that computer.

10          Q.   Were there images of naked girls

11     whether they be under the age of 18 or over

12     the age of 18 on that computer?

13          A.   I have no recollection of any naked

14     people on that computer when I was there in

15     2003, we are talking.

16          Q.   What about from say '99 to 2003?

17          A.   No, I can't recollect any naked

18     pictures.

19          Q.   Why were the computers removed from

20     the house before the search warrant was

21     executed?

22          MR. PAGLIUCA:   Objection to the

23          form and foundation.

24          A.   I have no knowledge of anything

25     like that.



Questions About Topless Females

Page 404

```
 1          G Maxwell - Confidential
 2      form and foundation.
 3      A.   I mean I've been to his -- in the
 4  mid '90s, I would have communicated with
 5  people who worked for him.
 6      Q.   Have you communicated with ████████
 7  ████████  about this case?
 8      A.   No.
 9      Q.   Have you ever seen a topless female
10  at any one of Jeffrey Epstein's properties?
11          MR. PAGLIUCA:  Objection to the
12      form and foundation.  You've asked this
13      question, by the way, earlier on today.
14      A.   Again, I testified that there are
15  people who from time to time in the privacy
16  of a swimming pool have maybe taken a bikini
17  top off or something but it's not common and
18  certainly when I was at the house I don't
19  really recollect seeing that kind of
20  activity.
21      Q.   Have you ever smoked cigarettes?
22      A.   Yes.
23      Q.   Have you ever smoked cigarettes
24  with Virginia Roberts?
25      A.   I don't recall smoking cigarettes
```

