# EXHIBIT D

# *GIUFFRE*

# *VS.*

# *MAXWELL*

### Deposition

# *VIRGINIA GIUFFRE*

*05/03/2016*

_____

# *Agren Blando Court Reporting & Video, Inc.*
*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

## Page 1

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Civil Action No. 15-cv-07433-RWS

_____

CONFIDENTIAL VIDEOTAPED DEPOSITION OF
VIRGINIA GIUFFRE          May 3, 2016
_____

VIRGINIA L. GIUFFRE,

Plaintiff,

v.

GHISLAINE MAXWELL,

Defendant.
_____

APPEARANCES:

    FAMER, JAFFE, WEISSING, EDWARDS, FISTOS &
    LEHRMAN, P.L.
      By Brad Edwards, Esq.
      425 N. Andrews Avenue
      Suite 2
      Fort Lauderdale, FL 33301
      Phone: 954.524.2820
      brad@pathtojustice.com
      Appearing on behalf of the
      Plaintiff

    BOIES, SCHILLER & FLEXNER LLP
      By Sigrid S. McCawley, Esq. (For Portion)
      401 East Las Olas Boulevard
      Suite 1200
      Fort Lauderdale, FL 33301-2211
      Phone: 954.356.0011
      smccawley@bsfllp.com
      Appearing on behalf of the
      Plaintiff

## Page 2

1  APPEARANCES:   (Continued)

2    HADDON, MORGAN AND FORMAN, P.C.

3      By Laura A. Menninger, Esq.
      Jeffrey S. Pagliuca, Esq.

4      150 East 10th Avenue
      Denver, CO 80203

5      Phone: 303.831.7364
      lmenninger@hmflaw.com

6      jpagliuca@hmflaw.com
      Appearing on behalf of the

7      Defendant

8  Also Present:
      Brenda Rodriguez, Paralegal

9      Nicholas F. Borgia, CLVS Videographer

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## Page 3

1       Pursuant to Notice and the Federal Rules

2  of Civil Procedure, the VIDEOTAPED DEPOSITION OF

3  VIRGINIA GIUFFRE, called by Defendant, was taken on

4  Tuesday, May 3, 2016, commencing at 9:00 a.m., at 150

5  East 10th Avenue, Denver, Colorado, before Kelly A.

6  Mackereth, Certified Shorthand Reporter, Registered

7  Professional Reporter, Certified Realtime Reporter

8  and Notary Public within Colorado.

9

10          * * * * * * *
          I N D E X

11

12  EXAMINATION               PAGE

    MS. MENNINGER           8

13

14  PRODUCTION REQUEST(S):

15    (None.)

16

17

18

19

20

21

22

23

24

25

## Page 4

1       INDEX OF EXHIBITS

2

3  DESCRIPTION            INITIAL
                    REFERENCE

4

5  Exhibit 1  Complaint and Demand for Jury    17
          Trial re Jane Doe No. 102 v.

6          Jeffrey Epstein

    Exhibit 2  Jane Doe #3 and Jane Doe #4's    21

7          Motion Pursuant to Rule 21 for
          Joinder in Action

8

9  Exhibit 3  Declaration of Virginia L.    23
          Giuffre re Jane Doe #1 and Jane

10         Doe #2 vs. United States of
          America

11  Exhibit 4  Declaration of Jane Doe 3 re    31
          Jane Doe #1 and Jane Doe #2 vs.

12         United States of America

13  Exhibit 5  Declaration of Virginia Giuffre  33
          re Bradley J. Edwar-

14             -ssell vs. ████

15

16  Exhibit 6  FBI documentation, date of entry  36
          7/5/13

17  Exhibit 7  Document titled Telecon,    39
          Participants Jack Scarola, Brad

18         Edwards, Virginia Roberts. Re
          Edwards adv. Epstein, 4/7/11,

19         (23 pages of transcription)

20  Exhibit 8  The Billionaire's Playboy Club,  41
          By Virginia Roberts

21

22  Exhibit 9  Plaintiff's Response and    44
          Objections to Defendant's First

23         Set of Discovery Requests to
         Plaintiff re Giuffre v. Maxwell

24

25

Page 5

| | | DESCRIPTION | INITIAL REFERENCE |

1
2   DESCRIPTION                                          INITIAL REFERENCE
3   Exhibit 10  Plaintiff's Supplemental           46
4              Response and Objections to
5              Defendant's First Set of
               Discovery Requests to Plaintiff
6   Exhibit 11  Undated Declaration of Virginia    46
7              Giuffre re Plaintiff's
               Supplemental Response and
8              Objections to Defendant's First
               Set of Discovery Requests served
9              on March 22, 2016
10  Exhibit 12  Plaintiff's Second Amended         47
               Supplemental Response and
11             Objections to Defendant's First
               Set of Discovery Requests to
12             Plaintiff
13  Exhibit 13  Mrs. Virginia Giuffre resume       67
    Exhibit 14  Compilation of e-mails re Open     68
14             Position - Virginia Giuffre
15  Exhibit 15  Virginia Lee Roberts passport      180
               application
16
    Exhibit 16  Composite of e-mail strings        251
17
    Exhibit 17  Compilation of e-mails between      259
18             Giuffre and Silva and others
19  Exhibit 18  Compilation of e-mails between      265
               Virginia Giuffre and Sandra
20             White
21  Exhibit 19  Compilation of e-mails between      269
               Marianne Strong and Virginia
22             Giuffre
23  Exhibit 20  Compilation of e-mails between      276
               Virginia Roberts and Jason
24             Richards
25

Page 6

1
2   DESCRIPTION                                          INITIAL REFERENCE
3   Exhibit 21  Compilation of e-mails between      284
4              Sharon Churcher and Virginia
               Giuffre
5   Exhibit 22  Compilation of e-mails among       287
6              Sharon Churcher, Michael Thomas,
               Virginia Giuffre and others
7   Exhibit 23  Compilation of May 2011 e-mails    288
8              among Sharon Churcher, Virginia
               Giuffre, Paulo Silva and others
9
    Exhibit 24  Compilation of June 2011 e-mails   289
10             between Virginia Giuffre and
               Sharon Churcher
11  Exhibit 26  PR Hub Statement on Behalf of      300
12             Ghislaine Maxwell article
13  Exhibit 27  1/2/15 e-mail from ███ to          309
14             To Whom It May Conce

Page 7

* * * * * * *

1                    P R O C E E D I N G S
2       THE VIDEOGRAPHER:  We're on the record at
3   9 a.m.  Today is May 3rd, 2016.  This begins the
4   videotaped deposition of Virginia Giuffre in the
5   matter of Virginia L. Giuffre versus Ghislaine
6   Maxwell.
7       We're located at 150 East 10th Street --
8   excuse me, 10th Ave., in Denver, Colorado.
9       Our court reporter is Kelly Mackereth.
10  The videographer is Nicholas F. Borgia, CLVS.
11      Will counsel please introduce yourselves
12  for the record.
13      MR. EDWARDS:  Sure.  Brad Edwards and
14  Sigrid McCawley on behalf of the plaintiff,
15  Ms. Giuffre.
16      MS. MENNINGER:  Laura Menninger and
17  Jeffrey Pagliuca on behalf of the defendant,
18  Ghislaine Maxwell.
19      THE VIDEOGRAPHER:  And will our court
20  reporter please swear in the deponent.
21          VIRGINIA GIUFFRE,
22  being first duly sworn in the above cause, was
23  examined and testified as follows:
24      MR. EDWARDS:  Just before we get started,
25  

Page 8

1   I just wanted to make sure that we're clear, and I
2   think that we are, that this deposition in total will
3   be treated as confidential until such time as we are
4   able to review and de-designate.
5       MS. MENNINGER:  Yes.
6       MR. EDWARDS:  Okay.
7           EXAMINATION
8   BY MS. MENNINGER:
9   Q   Good morning, Ms. Giuffre.
10  A   Good morning, Laura.
11  Q   Can you please state your full name?
12  A   Virginia Lee Giuffre.
13  Q   And where do you live right now,
14  Ms. Giuffre?
15  A   ████████████████████████████
16  ██.
17  Q   All right.  And who lives with you there?
18  A   My son, my other son, my daughter, my
19  husband and my in-laws.
20  Q   And when did you return to the U.S. for
21  this visit?
22  A   I believe it was around Thursday, the
23  29th, I think.
24  Q   Okay.  And who traveled with you?
25  A   Myself.

Page 9

1      Q    Yourself?
2      A    Yes.
3      Q    Are you able to travel freely between the
4  U.S. and Australia?
5      A    Yes.
6      Q    Are you married?
7      A    Yes.
8      Q    To whom?
9      A    ████████████
10     Q    All right.  And did Mr. Giuffre travel
11 with you back to the U.S.?
12     A    No.
13     Q    All right.  Have you taken any medications
14 in the last 24 hours?
15     A    I have taken -- I have a cold, but I have
16 taken non-drowsy cold tablets and some DayQuil.
17     Q    All right.  Anything else?
18     A    No.
19     Q    All right.  And what is your current
20 profession, Ms. Giuffre?
21     A    I'm a housewife.
22     Q    All right.  And how long have you been a
23 housewife?
24     A    For the last ten years, since I've had
25 kids.

Page 10

1      Q    All right.  And what was your profession
2  in 2014?
3      A    A housewife.
4      Q    All right.  Any other profession?
5      A    No.
6      Q    All right.  You understand that you're
7  under oath today?
8      A    Yes.
9      Q    And you understand that if you don't
10 understand a question, you need to let me know that.
11     A    Okay.
12     Q    And ask for clarification.
13     A    Um-hum.
14     Q    Do you understand?
15     A    Yes.
16     Q    You also understand, I'm assuming, that
17 you have to say yes or no in answer to a question, or
18 you have to make a verbal response and not just shake
19 your head or something --
20     A    Okay.
21     Q    -- so the court reporter can get it.
22         You have -- you have been deposed before,
23 correct?
24     A    Yes.
25     Q    Do you understand what it means to be

Page 11

1  under oath?
2      A    Yes.
3      Q    What does it mean to you?
4      A    To tell the truth, the whole truth and
5  nothing but the truth.
6      Q    All right.  And what does the word truth
7  mean to you?
8      A    To be honest.
9      Q    Is there more than one truth?
10     A    Is there more than -- no, there's no more
11 than one truth.
12     Q    If you are confused by a question, you
13 need to let me know that so I can clarify the
14 question, okay?
15     A    Okay.
16     Q    For example, if I asked you the question
17 were you sexually trafficked to foreign presidents,
18 do you understand what that question means?
19     A    Yes.
20     Q    What does it mean?
21     A    Was I lent out for the purposes of sex to
22 a foreign person -- president.
23     Q    All right.  And what is the answer to that
24 question?
25     A    Yes.

Page 12

1      Q    And if I ask you have you met any foreign
2  presidents, do you understand what that question
3  means?
4      A    Yes.
5      Q    And what is the answer to that question?
6      A    Yes.
7      Q    All right.  And if I asked you which
8  foreign presidents have you met, do you understand
9  what that question means?
10     A    Yes.
11     Q    What is the answer to that question?
12     A    What is the name of the person?
13     Q    Yes.  Who are the foreign presidents that
14 you have met?
15     A    I honestly can't remember his name at this
16 time.  I'm a very visual person so --
17     Q    All right.  Can you describe him, then?
18     A    Yes.  He's Spanish.
19     Q    Okay.
20     A    Tall, dark hair.
21     Q    All right.  Anything else?
22     A    And he's got a foreign tongue, accent.
23     Q    And what age, approximately?
24     A    Was I or was he?
25     Q    Was he.

Page 13

1      A    I'd say in his 40s.
2      Q    Okay.  And where did you meet him?
3      A    I believe it was New Mexico.
4      Q    New Mexico?
5      A    Possibly New Mexico.  I'm sorry.  It's
6  really hard to go back and remember lots of different
7  events with lots of different people.
8      Q    Okay.  And is that the only foreign
9  president that you have met?
10     A    I've met a lot of very high, powerful
11 people and I wasn't just introduced to them as who
12 they were.  It's only going back through photos in
13 time to be able to realize who they are and what they
14 are now.  So it's hard for me to distinguish who I've
15 actually met and when and where I've met them.
16     Q    So to your knowledge, you have only met
17 one foreign president?
18     A    To my knowledge at this time, yes.
19     Q    And is there anything that might change
20 your knowledge at a different time?
21     A    If I were to see more photos of other
22 people.  I mean, I've been able to distinguish the
23 majority of the people I've been lent out to, but
24 who's to say there's not more.
25     Q    All right.  If I were to ask you the

Page 14

1  question how many times have you had sex with ▇▇▇▇
2  ▇▇▇▇▇, do you know what that question means?
3      A    I believe so.
4      Q    All right.  And what is the answer to that
5  question?
6      A    I believe I was with ▇▇▇▇ once.
7      Q    Okay.  I would like to ask you about your
8  prior sworn statement.
9           You understand you're under oath today,
10 correct?
11     A    Yes.
12     Q    All right.  You've previously made
13 statements under oath, correct?
14     A    Yes.
15     Q    And you've previously authorized pleadings
16 to be filed on your behalf, correct?
17     A    Yes.
18     Q    By various attorneys, right?
19     A    Yes.
20     Q    All right.  You have included in your
21 sworn statement allegations about my client,
22 Ghislaine Maxwell, correct?
23     A    Yes.
24     Q    And did you review any of those prior
25 sworn statements before appearing here today?

Page 15

1      A    Yes.
2      Q    And which ones did you review?
3      A    I'd have to see which ones you're
4  specifically talking about.  There's quite a lot of
5  statements I've made.
6      Q    Right.  And which ones do you recall
7  having reviewed before you attended this deposition
8  today?
9      A    I've reviewed my affidavit.  I'm not a
10 lawyer so I really don't know legal terms to half of
11 the, you know, legal jargon of statements, which they
12 are.  If you showed me, I'd be able to tell you if
13 I've seen it or not.
14     Q    Okay.  So to your knowledge, can you
15 identify any sworn statement you reviewed before
16 attending the deposition today?
17     A    Could I name what the statement is?
18     Q    Right.
19     A    The actual piece of paper that has the
20 title at the top?
21     Q    Right.
22     A    No, I don't.
23     Q    Can you describe it in any other fashion?
24     A    I don't understand.  I'm sorry.
25     Q    That's all right.  You have to tell me if

Page 16

1  you don't.
2           Do you have any reason to believe that any
3  of your previous sworn statements that you have made
4  are not true?
5      A    No.
6           MR. EDWARDS:  I just object and ask that
7  if we're going to ask the witness questions about any
8  of her statements in whole or in part that the
9  witness be allowed to see the statement, review the
10 statement and then answer your questions.
11     Q    (BY MS. MENNINGER)  You may answer the
12 question.
13     A    Can you reask the question?  I'm sorry.
14     Q    Do you have any reason to believe that any
15 of your prior sworn statements are untrue?
16     A    I have no reason to believe that my prior
17 statements are untrue.
18     Q    Has anyone told you to say something that
19 was not true in connection with this case?
20     A    No, ma'am.
21     Q    All right.  I'd like to start with a
22 lawsuit that you filed under the caption Jane Doe
23 versus Jeffrey Epstein.
24           Do you recall that lawsuit?
25     A    I believe so.

## Page 17

(Exhibit 1 marked.)

Q   (BY MS. MENNINGER)  I'm going to show you an exhibit that we are marking as Defendant's Exhibit 1.

MR. EDWARDS:  Can I see that for a second?

I'd just like to make an objection on the record for the misidentification of this document.

While there was a lawsuit filed under the style of Jane Doe versus Jeffrey Epstein, Jane Doe was not Virginia Giuffre.  And the lawsuit that's now being handed to this witness is Jane Doe 102 versus Jeffrey Epstein.

Is that the document we're talking about?

MS. MENNINGER:  Counsel, if you have an objection, you should state the basis for your objection in a non-leading, non-suggestive manner.

If you have any other record to make, you can do so in a pleading filed with the Court.

MR. EDWARDS:  Sure.  My objection is you've misrepresented what you've handed the witness.  I want to make sure that she is holding what you actually want her to be holding as opposed to the lawsuit you said that you were going to hand her.

That's it.

MS. MENNINGER:  Counsel, I will ask the

## Page 18

witness questions about the document.  I did not ask you any questions about the document.

Q   (BY MS. MENNINGER) Ms. Giuffre, could you please take a look at what we have marked as Defendant's Exhibit 1.

Do you recognize that document, Ms. Giuffre?

A   I believe so.  Yes.  Yes, I do.

Q   And do you see that the counsel on the last page -- I'm sorry, not the last page, but the third from the last page are Mr. Josefsberg and Ms. Ezell from Podhurst Orseck?

A   Yes.

Q   Were those your lawyers?

A   Yes, they were.

Q   And did you authorize them to file Jane Doe 102 versus Epstein on your behalf?

A   Yes, I did.

Q   And is that this complaint that's been marked as Defendant's Exhibit 1?

A   I believe so.

Q   In that document, if I could ask you to turn to page -- well, I'll turn to page 9 and paragraph 23.

A   Would you like me to read it?

## Page 19

Q   No.  I'm just -- did you find it?

A   I can see paragraph 23.

Q   Okay.  And do you see that there are allegations about a Ms. Maxwell contained in that complaint?

A   Yes, I do.

Q   All right.  And do you understand that to be Ghislaine Maxwell, my client?

A   Yes.

Q   All right.  And Ms. Maxwell was not sued as a part of this case, correct?

MR. EDWARDS:  Object to the form.

THE DEPONENT:  Does that mean I can answer?

MR. EDWARDS:  Sure, you can answer.

MS. MENNINGER:  Right.

MR. EDWARDS:  If you understand the question, answer it.

A   Yes, Ms. Maxwell -- sorry, repeat the question.

Q   (BY MS. MENNINGER)  Was Ms. Maxwell sued in this --

A   No, she wasn't.

Q   -- in the case that's represented by Defendant's Exhibit 1?

## Page 20

A   No, she wasn't.  I'm sorry for interrupting you.  But no, she was not sued at this time, no.

Q   And why not?

MR. EDWARDS:  I'd object and ask the witness not answer that question because that would be privileged, attorney-client privileged, information that was between Ms. Giuffre and the Podhurst Orseck firm at that time.

So I'm instructing you not to answer.

Q   (BY MS. MENNINGER)  All right.  Ms. Giuffre, did you make a decision yourself whether or not to sue Ms. Maxwell as a part of this lawsuit against -- Jane Doe 102 versus Jeffrey Epstein?

A   I think I've been advised not to answer that question.

Q   This is a different question.

A   Oh, okay.

Q   So your counsel can assert a privilege, but that question did not call for privileged information.

MR. EDWARDS:  I --

Q   (BY MS. MENNINGER)  I'm asking about what -- what you decided to do.  Whether you decided to sue Ms. Maxwell or not at the time Jane Doe

Page 21

1    versus Epstein was filed?
2        MR. EDWARDS: And I disagree. And I
3    object to this invading the attorney-client
4    privilege.
5        And I'm instructing you not to answer.
6    Q   (BY MS. MENNINGER) Can you answer that
7    question without revealing any attorney-client
8    communications, whether you made a decision to file a
9    lawsuit or not?
10   A   I'm going to have to listen to my attorney
11   and not answer the question.
12   Q   All right. I would like to show you some
13   documents that were filed in what we'll call the CVRA
14   case, the Crime Victims' Rights Act case.
15       Do you know what I mean by that reference?
16   A   I am familiar with that.
17   Q   Okay. I'm going to start with one on or
18   about December 30th, 2014. We will mark it as
19   Defendant's Exhibit 2.
20       (Exhibit 2 marked.)
21       MR. EDWARDS: Thank you.
22   Q   (BY MS. MENNINGER) All right.
23   Ms. Giuffre, do you recognize Defendant's Exhibit 2?
24   A   Yes.
25   Q   And what do you understand it to be?

Page 22

1    A   I believe this is when I was hoping to
2    join the CVRA case.
3    Q   All right. And do you know when this
4    document was filed?
5        And actually, just to be clear, about
6    halfway there's actually a second document that was
7    filed. So this is a composite exhibit. Let me be
8    very clear.
9        So after page 14 -- I'm sorry, 13, there's
10   a second document that is styled Jane Doe #3 and Jane
11   Doe #4's Corrected Motion Pursuant to Rule 21 for
12   Joinder In Action.
13       Do you see that?
14   A   Did you say page 14?
15   Q   It is on the 14th page of this document.
16       Do you see that?
17   A   I do.
18   Q   And so this composite Exhibit 2 has both a
19   motion and a corrected motion.
20       Do you see that?
21   A   Yes.
22   Q   And were both of those pleadings
23   authorized by you to be filed?
24   A   Yes.
25   Q   In other words, you wanted to join the

Page 23

1    CVRA action in or about December 30th, 2014, correct?
2    A   I -- I'm not aware of the exact dates.
3    There's no dates on this. But I did try to join the
4    motion, yes.
5    Q   All right. If you can look at the top
6    line of the document.
7    A   Yes.
8    Q   Does it say, Entered on FLSD --
9    A   Oh, it does, too, I'm sorry, yes.
10   Q   That's all right. So does that refresh
11   your memory as to about when you first sought to join
12   the CVRA action?
13   A   Yes.
14   Q   December 30th, 2014, correct?
15   A   Yes.
16   Q   And the corrected motion was filed a few
17   days later, correct?
18   A   Yes, correct.
19   Q   If I could turn to Defendant's Exhibit 3,
20   which was January 21st.
21       (Exhibit 3 marked.)
22       MR. EDWARDS: Thank you.
23   Q   (BY MS. MENNINGER) Do you recognize this
24   document?
25   A   Yes, I do.

Page 24

1    Q   What do you understand this document to
2    be?
3    A   It's a rough background of the years that
4    I was abused by Ghislaine and Jeffrey.
5    Q   All right. And this is something I
6    believe that you on page 15 signed; is that true?
7    A   Just let me have a look.
8    Q   Sure.
9    A   I think I'm actually missing page 15. Oh,
10   here we go.
11   Q   Sorry. I'm looking at the numbers on the
12   top right. I apologize. I believe there was some
13   cover page or something that was excluded.
14       MR. EDWARDS: And just for the record, I'm
15   going to object to the relevance of this document.
16   I'm going to allow the witness to answer the
17   question, but I want my objection on the record.
18       MS. MENNINGER: Okay. Simple objection,
19   relevance.
20   A   Are we talking about this page?
21   Q   (BY MS. MENNINGER) Yes, the one with the
22   black box, yes. Do you believe that to have
23   contained your signature?
24   A   Yes.
25   Q   All right. And you executed that on

Page 25

1 January 19th, 2015?
2 A At the very top of the page it says
3 January 21st, 2015.
4 Q The date it was filed. Is there a date
5 just above the signature block?
6 A Oh, yes, sorry. Yes, there is.
7 Q And what date -- what date was that?
8 A The 19th day of January, 2015.
9 Q Okay. And this document is something that
10 you believe contains the truth, correct?
11 A To the best of my knowledge at the time,
12 yes.
13 Q All right. Did something change between
14 the time then and today that makes you believe that
15 it's not all accurate?
16 A Well, as you can see, in line 4 on page 1,
17 I wasn't aware of my dates. I was just doing the
18 best to guesstimate when I actually met them.
19 Since then I've been able to find out that
20 through my Mar-a-Lago records that it was actually
21 the summer of 2000, not the summer of 1999.
22 Q Oh, I'm sorry. Are you back on page 1?
23 A On the first page.
24 Q Okay.
25 A Yes.

Page 26

1 Q And you're talking about line 4?
2 A Line 4.
3 Q Paragraph 4 or line 4?
4 A Oh, sorry. Number 4, the paragraph
5 number 4.
6 Q Okay. And what part of paragraph 4 do you
7 now believe to be untrue?
8 A In approximately --
9 MR. EDWARDS: Object to the form.
10 You can answer.
11 A In approximately 1999 when I was 15 years
12 old I met Ghislaine Maxwell.
13 Q (BY MS. MENNINGER) Okay.
14 A I now know that it was 2000, that I was 16
15 years old when I met Ghislaine Maxwell.
16 Q So when you signed this document under
17 penalty of perjury stating that it was true, you no
18 longer believe that to be true, correct?
19 A It was an honest mistake. We had no idea
20 how to pinpoint without any kind of records or dates
21 or anything like that. I was just going back
22 chronologically through time. And that's the best
23 time that I thought it was. And now I know the
24 facts, so it's good to know.
25 Q So you now believe that a document you

Page 27

1 filed under oath is no longer true, correct?
2 MR. EDWARDS: Object to the form.
3 A I wouldn't say that it wasn't true. I was
4 just unaware of the times and the dates.
5 Q (BY MS. MENNINGER) Again, is there more
6 than one truth, Ms. Roberts?
7 A No, there's no more than one truth.
8 Q All right. So a document in which you
9 swore that you were 15 years old when you met
10 Ms. Ghislaine Maxwell is an untrue statement,
11 correct?
12 MR. EDWARDS: Object to the form.
13 A It's not that it's an untrue statement.
14 It was a mistake. So it wasn't intentionally trying
15 to say something that wasn't true. It was to my best
16 knowledge that I thought it was 1999. And when I got
17 my records from Mar-a-Lago I was able to find out
18 that it was 2000. And this was entered before I
19 found out the actual dates that I did work at
20 Mar-a-Lago.
21 Q (BY MS. MENNINGER) Okay. So a document
22 that you filed under oath --
23 A Um-hum.
24 Q -- is now, you believe to be untrue,
25 correct?

Page 28

1 MR. EDWARDS: Objection. Asked and
2 answered.
3 Q (BY MS. MENNINGER) You may answer.
4 MR. EDWARDS: Answer again.
5 A Again, I wouldn't say it's untrue. Untrue
6 would mean that I would have lied. And I didn't lie.
7 This was my best knowledge at the time. And I did my
8 very best to try to pinpoint time periods going back
9 such a long time ago.
10 It wasn't until I found the facts that I
11 worked at Mar-a-Lago in 2000 that I was able to
12 figure that out.
13 Q (BY MS. MENNINGER) And approximately when
14 did you learn those facts about the dates you worked
15 at Mar-a-Lago?
16 A I would say it was mid-2015.
17 Q Mid-2015 is the first time you became
18 aware of the dates --
19 A I don't know the exact --
20 Q If you could just let me finish.
21 A I'm sorry.
22 Q That's all right. Approximately mid-2015
23 when you learned the true dates that you had worked
24 at Mar-a-Lago?
25 A That's correct. Sorry.

Page 29

1    Q    And based on the fact that you learned the
2    fact you had worked at Mar-a-Lago in 2000 -- you
3    became aware in mid-2015 --
4    A    Um-hum.
5    Q    -- that you had met Ms. Maxwell in 2000,
6    correct?
7    A    That's --
8        MR. EDWARDS:  Object to the form.
9    A    That's correct.
10    Q    (BY MS. MENNINGER)  All right.  And you
11    became aware in mid-2015 that you were not 15 years
12    old when you met Ghislaine Maxwell, correct?
13        MR. EDWARDS:  Object to the form.
14    A    That's correct.
15    Q    (BY MS. MENNINGER)  Okay.  And who
16    provided you those Mar-a-Lago records in
17    approximately mid-2015?
18        MR. EDWARDS:  I'm going to object.
19        And to the extent that this invades the
20    attorney-client privilege, if it was your attorneys
21    that you spoke to and learned this information or
22    received this information from, then you're
23    instructed not to answer.
24    A    I cannot answer that question.
25    Q    (BY MS. MENNINGER)  Did you yourself look

Page 30

1    at records in the middle of 2015 regardless of who
2    showed them to you?
3        MR. EDWARDS:  Objection.  And to the
4    extent that they were showed to you or shared by any
5    of your lawyers, you're instructed not to answer the
6    question.  It invades the attorney-client privilege.
7    Q    (BY MS. MENNINGER)  Did you look at
8    Mar-a-Lago records in the middle of 2015 yourself?
9        MR. EDWARDS:  She's not answering the
10    question.
11        MS. MENNINGER:  On what grounds is she not
12    answering the question?
13        MR. EDWARDS:  I just told you it invades
14    the attorney-client privilege.  If she learned --
15        I will instruct her if she learned by some
16    other way than her attorneys sharing the information
17    with her, then she can answer the question.
18    Q    (BY MS. MENNINGER)  I'm asking you not to
19    tell me whether your attorneys showed you the record.
20    I'm asking you not to tell me the source of the
21    record.
22        I'm asking you if you personally in the
23    middle of 2015 looked at Mar-a-Lago records?
24        MR. EDWARDS:  Same objection.
25        Same instruction.

Page 31

1    Q    (BY MS. MENNINGER)  I'm going to show you
2    an exhibit filed on, I believe on or about
3    February 6th of 2015.  Defendant's Exhibit 4.
4        (Exhibit 4 marked.)
5        MR. EDWARDS:  Thank you.
6    Q    (BY MS. MENNINGER)  And drawing your
7    attention to the heading line that says, Entered on
8    the docket February 6th, 2015.
9        Do you see that?
10    A    Yes.
11    Q    All right.  And Declaration of Jane Doe 3,
12    do you see that on the first page?
13    A    Yes.
14    Q    And it's in the CVRA case, correct, Jane
15    Doe 1 and Jane Doe 2 versus United States of America?
16    A    Yes.
17    Q    All right.  And do you recognize this
18    document?
19    A    Yes.
20    Q    And what do you understand this document
21    to be?
22    A    I believe it's more reason to why I should
23    have been added to the CVRA case.
24        MR. EDWARDS:  Objection to the relevance,
25    Counsel.

Page 32

1    Q    (BY MS. MENNINGER)  Okay.  And again, if
2    you look to the last page of the document,
3    paragraph 67 --
4    A    The last page?
5    Q    Yes, the very last.
6    A    67, yes.
7    Q    All right.  It says in paragraph 67:  I
8    declare under penalty of perjury that the foregoing
9    is true and correct, right?
10    A    Yes.
11    Q    And it was executed on or about the
12    5th day of February, 2015, correct?
13    A    It's a bit smudged, but it kind of looks
14    like a 5.
15    Q    All right.  And then there's a signature
16    block that's redacted that says Jane Doe 3, correct?
17    A    Correct.
18    Q    Do you believe that you signed this
19    document and it was later covered up by that block?
20    A    Yes.
21    Q    All right.  And again, is there anything
22    in this document that you believe today to not be
23    true?
24        MR. EDWARDS:  I just ask that you read
25    through the entire document and answer the question.

Page 33

1    Q    (BY MS. MENNINGER)  Have you seen this
2    document before, Ms. Giuffre?
3    A    I'm sure I have, but it's always good to
4    refresh your memory just looking over something.
5    Q    All right.
6         (Pause.)
7    A    Thank you for giving me time to read that
8    over.
9    Q    Certainly.  So have you had a chance to
10   read it now?
11   A    Yes.
12   Q    All right.  And what parts of this
13   document sworn by you under penalty of perjury are
14   not true?
15   A    Again, the only thing that I see is the
16   mistake that I made, I first met Epstein when I was
17   15 years old.
18   Q    Okay.  And that's in paragraph 5?
19   A    That's in paragraph 5 on the first page.
20   Q    All right.  And everything else you
21   believe to be true?
22   A    Yes.
23   Q    Okay.  If I could now turn to what I'll
24   mark as Defendant's Exhibit 5.
25        (Exhibit 5 marked.)

Page 34

1         THE DEPONENT:  Thank you.
2         MR. EDWARDS:  Thank you.
3         MS. MENNINGER:  I think I have one more.
4         MS. McCAWLEY:  It's okay if you don't.
5         MS. MENNINGER:  I don't think I have all
6    of them.
7    Q    (BY MS. MENNINGER)  All right.  Do you
8    recognize Defendant's Exhibit 5?
9    A    Yes.
10   Q    What is the title of that document?
11   A    Declaration of Virginia Giuffre.
12   Q    And that's you, correct?
13   A    Yes.
14   Q    And do you recognize which case this
15   declaration was filed in?
16   A    Yes.  Bradley Edwards and Paul Cassell,
17   Plaintiff versus ███████████████.
18   Q    All right.  And who do you understand
19   Mr. Edwards and Mr. Cassell to be?
20   A    Mr. Edwards is my lawyer sitting next to
21   me.
22   Q    All right.
23   A    And Mr. Cassell is another one of my
24   lawyers.
25   Q    All right.  And they are in a lawsuit

Page 35

1    against ███████████; is that your understanding?
2         It's your understanding.  You don't have
3    to look at your lawyer if you don't understand.  You
4    don't have to --
5    A    No, I just don't know if I'm allowed --
6    Q    That's all right.
7    A    -- to say certain things about that.  But,
8    yes, I believe they were in a lawsuit.
9    Q    Okay.  And that's against ███████████,
10   right?
11   A    Correct.
12        MR. EDWARDS:  Object to the form.  I
13   object to the relevance of the document.
14   Q    (BY MS. MENNINGER)  All right.
15   Ms. Giuffre, again, if you could turn to the last
16   page of this document.  And do you see a signature on
17   that page?
18   A    I do.
19   Q    Whose signature is that?
20   A    That is mine.
21   Q    And approximately when did you sign that
22   document?
23   A    Executed this 20th day of November, 2015.
24   Q    All right.  So you signed that on
25   November 20th, 2015, correct?

Page 36

1    A    Correct.
2    Q    All right.  And that was under penalty of
3    perjury, correct?
4    A    Correct.
5    Q    All right.  If I could now turn to what
6    we'll mark as Defendant's Exhibit 6.
7         (Exhibit 6 marked.)
8         MR. EDWARDS:  Thank you.
9         MS. McCAWLEY:  Thanks.
10   Q    (BY MS. MENNINGER)  Do you recognize this
11   document, Ms. Giuffre?
12   A    I do.
13   Q    All right.  What do you believe this
14   document to be?
15   A    I believe this is when I spoke to the FBI.
16   Q    Okay.  And do you remember about when you
17   spoke to the FBI?
18   A    It says, Date of entry July 5th, 2013.
19   Q    Do you believe that you spoke to the FBI
20   in 2013?
21   A    I thought it was 2011 when I talked to
22   them.
23   Q    Okay.  I'm going to direct your attention
24   to the bottom of that page.
25   A    Yes.

Page 37

1    Q    The first page.  Do you see that?
2    A    Yes.
3    Q    The last few lines there have another
4  date.
5    A    Oh, yes, investigation of, yes.
6    Q    All right.
7    A    So that makes sense, okay.
8    Q    Okay.  What do you understand that to be?
9  And if it refreshes your recollection about when you
10  spoke to the FBI, just let us know.
11    A    Yeah, March 17th, 2011 sounds more right
12  than 2013.
13    Q    Okay.  And where did you speak to them?
14    A    I believe this was in the office of the
15  consulate, American Consulate, in Sydney.
16    Q    Sydney, Australia?
17    A    Sydney, Australia.
18    Q    Okay.  And you were there in person with
19  these FBI agents?
20    A    Correct.
21    Q    And were they taking notes when they spoke
22  to you?
23    A    Yes.
24    Q    Were they recording the interview, to your
25  knowledge?

Page 38

1    A    I believe they were.
2    Q    Okay.  Have you had a chance to review
3  this report?
4        And I will make note for the record that
5  there are obviously many places that are blacked
6  out --
7    A    Yeah.
8    Q    -- or whited out.  Is that fair?
9    A    Yes.
10    Q    All right.  Have you had a chance to
11  review this one with whited-out portions of it before
12  today?
13    A    Yes.
14    Q    All right.  And you understood when you
15  were speaking to the FBI that they were federal
16  agents, correct?
17    A    Yes.
18    Q    And that you were supposed to tell them
19  the truth, correct?
20    A    Absolutely.
21    Q    And do you believe that you did, in fact,
22  tell them the truth?
23    A    To the best of my knowledge.  Again, when
24  it comes to dates and times, I was obviously off.
25  But everything else is absolutely 100 percent true.

Page 39

1    Q    Okay.  And have you reviewed any -- have
2  you at any time reviewed this document without those
3  portions whited out?
4    A    I don't believe I've seen this document
5  without the portions.
6    Q    Okay.  So you don't know, for example,
7  what's behind those, other than what you recall --
8    A    No.
9    Q    -- having told the FBI at the time,
10  correct?
11    A    That's correct.
12    Q    Okay.  I'm going to show you a new
13  document.
14    A    Okay.
15    Q    You can just put that to the side.
16  Defendant's Exhibit 7.
17        (Exhibit 7 marked.)
18    Q    (BY MS. MENNINGER)  All right.
19        MR. EDWARDS:  Thanks.
20    Q    (BY MS. MENNINGER)  And do you recognize
21  this document?
22    A    Yes.
23    Q    And what do you understand it to be?
24    A    This was a phone conversation that I had
25  between Jack Scarola and Brad Edwards.

Page 40

1    Q    Okay.  And do you see a date reflected on
2  the front page?
3    A    April 7, 2011.
4    Q    Is that when you had that phone
5  conversation with them?
6    A    If it's dated like that, it must be, yes.
7    Q    Well, I just need you to say from your
8  memory, does that sound about right in terms of what
9  you recall having been the phone conversation?
10    A    I'm sure it's correct.
11    Q    Okay.
12    A    I don't have a good calendar in my brain.
13  So, yes, I'm sure that that's the correct date.
14    Q    Did you understand it was being recorded,
15  correct?
16    A    Yes.
17    Q    Okay.  Have you listened to the recording
18  of that phone call?
19    A    I don't believe I listened to the
20  recording, but I have seen the document.
21    Q    All right.  And again, you were speaking
22  the truth at the time you were speaking to them as
23  lawyers and officers of the court, correct?
24    A    Yes.  And again, to the best of my
25  knowledge when it comes to dates.

## Page 41

1    Q    Okay.  And then the last -- the last
2  document, I hope, is --
3        MS. MENNINGER:  The big one.
4        (Exhibit 8 marked.)
5    Q    (BY MS. MENNINGER)  All right.  Do you
6  recognize -- I'm going to -- I'm sorry, if I didn't
7  say it already.  This is Defendant's Exhibit 8.
8        Do you recognize this document?
9    A    Yes, I do.
10    Q    And what is this document?
11    A    This is a manuscript that I was writing, I
12  believe, back in 2011 regarding some of my life
13  story.  And just to make it known, this is a based on
14  true events.  But I wouldn't say fictional, but just
15  based on true events.
16        Not everything in it is -- not everything
17  is in there and not everything is, you know, correct.
18  So there's a few mistakes in there.
19    Q    Okay.  Off the top of your head, do you
20  recall any mistakes that are in there now without
21  reading the 140-page document?
22        MR. EDWARDS:  We're going to be here a
23  long time.
24    A    Yeah, we could be here a very long time.
25  I mean, I'd like to say a majority of it is correct.

## Page 42

1  Some names have been changed in order to protect
2  other people.
3    Q    (BY MS. MENNINGER)  Protect their privacy?
4    A    Protect their privacy, yeah, I would say,
5  just not getting them involved in, if this were to
6  ever go public.
7    Q    Well, again, without rereading the whole
8  manuscript --
9    A    Reading it, yeah.  I'm trying to see if I
10  can -- see something in here.
11    Q    Let me narrow my question and maybe that
12  will help.
13    A    Yes.
14    Q    Is there anything -- well, first of all,
15  did you author that entire manuscript?
16    A    Yes, I did.
17    Q    Did anyone else author part of that
18  manuscript?
19    A    Do you mean did anyone else write this
20  with me?
21    Q    Right.
22    A    No.
23    Q    That's all your writing?
24    A    This is my writing.
25    Q    Okay.  To the best of your recollection,

## Page 43

1  as you sit here right now, is there anything in that
2  manuscript about Ghislaine Maxwell that is untrue?
3    A    I don't believe so.  Like I said, there is
4  a lot of stuff that I actually have left out of here.
5    Q    Um-hum.
6    A    So there is a lot more information I could
7  put in there.  But as far as Ghislaine Maxwell goes,
8  I would like to say that there is 99.9 percent of it
9  would be to the correct knowledge.
10    Q    All right.  Is there anything that you --
11  and I understand you're doing this from memory.  Is
12  there anything that you recall, as you're sitting
13  here today, about Ghislaine Maxwell that is contained
14  in that manuscript, that is not true?
15    A    You know, I haven't read this in a very
16  long time.  I don't believe that there's anything in
17  here about Ghislaine Maxwell that is not true.
18        MR. EDWARDS:  I'd just ask, Counsel, if
19  you have anything specific to show her about
20  Ghislaine Maxwell --
21        MS. MENNINGER:  I'll ask questions.
22        MR. EDWARDS:  -- I'll have her look at it.
23        MS. MENNINGER:  I'll ask questions.
24        MR. EDWARDS:  I know, but I want the
25  record clear that if she hasn't read it in a long

## Page 44

1  time, she --
2        MS. MENNINGER:  She made the record very
3  clear.  Thank you.  She doesn't need you to make a
4  record.
5        MR. EDWARDS:  I'm not making records, but
6  you're making this last longer.  There's no need for
7  this.  This doesn't have to be an unpleasant process.
8  I want her to help you.
9        MS. MENNINGER:  I don't find it
10  unpleasant.  I'm sorry if you do.
11        MR. EDWARDS:  Okay.  Well, then, I object
12  to that last series of questions to the extent that
13  she was unable to look at what you wanted her to look
14  at.
15    Q    (BY MS. MENNINGER)  I would like to next
16  turn to a document filed on March 16th of this year.
17  Or actually, let me rephrase that.  A document dated
18  March 16th of this year, which we will mark as
19  Defendant's Exhibit 9.
20        (Exhibit 9 marked.)
21    Q    (BY MS. MENNINGER)  Do you recognize this
22  document, Ms. Giuffre?
23    A    Yes, I do.
24    Q    All right.  And what is your understanding
25  of what this document represents?

Page 45

1    A    Based upon the title, it is Plaintiff's
2  Response and Objections to Defendant's First Set of
3  Discovery Requests to Plaintiff.
4    Q    And are you the plaintiff?
5    A    I am the plaintiff, yes.
6    Q    All right.  So it's your response to
7  Ms. Maxwell's discovery request, correct?
8    A    Correct.
9    Q    All right.  And if you look at the last
10 page -- or, I'm sorry, it would be the second to last
11 page -- you might see signatures of your attorney,
12 correct?
13   A    I see printed names.
14   Q    Printed.  Electronic signature --
15   A    Okay.
16   Q    -- will have a little S in front of it.
17   A    All right.
18   Q    Do you see that?
19   A    I can see the, yeah the printed names.  So
20 if it's electronic signature, then yes.
21   Q    All right.  And the date on that is
22 March 16th of 2016?
23   A    Correct.
24   Q    All right.  And so without revealing the
25 content of your conversations, you assisted in

Page 46

1  preparing responses to discovery requests, correct?
2    A    Yes.
3    Q    All right.  I'm going to show you a
4  subsequent one marked Defendant's Exhibit 10 and
5  dated March 22nd.
6         (Exhibit 10 marked.)
7    Q    (BY MS. MENNINGER)  If you can take a look
8  at that.
9    A    Thank you.
10   Q    And while we're at it, I'm going to give
11 you Defendant's Exhibit 11 so you can look at them
12 together.
13        (Exhibit 11 marked.)
14   Q    (BY MS. MENNINGER)  All right.
15   A    Thank you.
16   Q    All right.  So looking at Defendant's
17 Exhibit 10, do you recognize that document?
18   A    Plaintiff's Supplemental Response and
19 Objections to Defendant's First Set of Discovery
20 Requests to Plaintiff.
21        I've seen a lot of documents, and they all
22 look the same.  But I'm sure I've seen it.
23   Q    All right.  And looking, again, at the
24 last page -- or I'm sorry, this time it will be the
25 third to last page.

Page 47

1         Do you see your attorney's signature and
2  the date, March 22nd, 2016, correct?
3    A    I do.
4    Q    All right.  And then looking at
5  Defendant's Exhibit 11, that's your declaration,
6  correct?
7    A    Yes, it is.
8    Q    And declaring under penalty of perjury as
9  of March 22nd, 2016 that the supplemental response
10 and objections are true and correct, right?
11   A    Correct.
12   Q    And you -- that's your signature?
13   A    That is mine.
14   Q    And you are swearing under penalty of
15 perjury that Defendant's Exhibit 10 is true and
16 correct?
17   A    Yes.
18   Q    As of March 22nd, 2016, right?
19   A    Yes.
20   Q    All right.  And then one more on that.
21 Defendant's Exhibit 12.
22        (Exhibit 12 marked.)
23   Q    (BY MS. MENNINGER)  And do you recognize
24 this document?
25   A    Yes.

Page 48

1    Q    Okay.  And what is this document?
2    A    Plaintiff's Second Amended Supplemental
3  Response and Objections to Defendant's First Set of
4  Discovery Requests to Plaintiff.
5    Q    All right.  And again, turning to the very
6  rear section, I think you'll see your attorney's
7  signatures again and the date of April 29th, 2016?
8    A    I do see that.
9    Q    All right.  And again, you authorized this
10 document to be filed, correct?
11   A    Correct.
12   Q    And the statements contained therein are
13 true, to the best of your knowledge, correct?
14   A    Correct.
15   Q    And that's -- April 29th is just a few
16 days ago, correct?
17   A    Yes.
18   Q    All right.  Did you review this April 29th
19 document before it was filed or served?
20   A    Like I said, I've seen a lot of documents
21 and they all look alike, but I'm sure I've seen this
22 one.
23   Q    Okay.  And if it's something that was
24 served last Friday, does that refresh your
25 recollection that you reviewed it before it was

Page 49

1   served on April 29th, 2016?
2       A    I believe I have seen this.
3       Q    And you were here in the U.S. last Friday?
4       A    Yes.
5       Q    So you saw it in person, correct?
6       A    Yes, I was looking at a lot of documents
7   on Friday.
8       Q    Okay.
9       A    I believe this could definitely be one I
10  looked at.
11      Q    All right.  If I could direct your
12  attention to -- let me see, in that document --
13           MR. EDWARDS:  Exhibit 12?
14           MS. MENNINGER:  Um-hum, Defendant's
15  Exhibit 12.
16      Q    (BY MS. MENNINGER)  -- to page -- sorry.
17  You're not the only one who's seen a lot of
18  documents.
19           Well, without asking you to look at a
20  page, can you tell me what your -- between 1996
21  and -- well, in 1996 to 2002, what was the first job
22  that you held?
23      A    I believe the first job that I held was in
24  the year 2000, and that was at Mar-a-Lago.
25      Q    Okay.  And is that the first job you held

Page 50

1   as a teenager or at any point in time, that you
2   recall?
3       A    Yes, that I recall.
4       Q    All right.  Did you ever work at Taco
5   Bell?
6       A    My ex-boyfriend used to work there and I
7   would help him out.  I was never really -- I don't
8   think I was employed there.  He was my boyfriend so I
9   stayed there with him all the time.
10      Q    What was his name?
11      A    I called him _____, but I think his real
12  name was _____.
13      Q    Okay.  And so he was employed there, but
14  you were not employed there?
15      A    I used to go there and help him out.
16      Q    Did you have a uniform?
17      A    I would have to wear a shirt when I was
18  there, yes.  He was the manager, so --
19      Q    Oh, a Taco Bell shirt?
20      A    Yes.
21      Q    Okay.  And did you get a paycheck from
22  them?
23      A    I believe _____ paid me.
24      Q    How did he pay you?
25      A    With a check.

Page 51

1       Q    Written from Taco Bell?
2       A    You know, I don't know, sorry.  I just --
3   I remember he asked me to come in and help him out,
4   and that's -- I didn't really consider myself an
5   employee there, but --
6       Q    Just wearing the shirt and getting a
7   paycheck didn't cause you to think you were an
8   employee?
9       A    Well --
10           MR. EDWARDS:  Object to the form.
11  Mischaracterizes her testimony.
12           Yeah, I know.  I mean, it was my
13  boyfriend.  I was helping him out.  So that's the way
14  I looked at it.
15      Q    (BY MS. MENNINGER)  Is there any other
16  place that you wore a uniform and got a check from in
17  the years from '96 to 2000?
18      A    I did work at Publix as a bag girl, but
19  that was only for a couple weeks, I think.
20      Q    Which Publix was that?
21      A    I believe it was in Loxahatchee.
22      Q    Okay.  Do you remember the street?
23      A    No.
24      Q    All right.  Anywhere else you wore a
25  uniform and got a paycheck?

Page 52

1       A    I volunteered at a bird aviary.
2       Q    What was the name of that?
3       A    I don't know the name of it.  But it
4   was -- I'm an animal lover.  So --
5       Q    Okay.
6       A    -- it's something I enjoyed doing.
7       Q    Okay.  Did you get a check from them?
8       A    I volunteered.  I think they eventually
9   put me on some kind of payroll.  I don't think it was
10  much, though.
11      Q    Okay.  So what year were you in helping
12  out in a Taco Bell wearing the uniform and getting a
13  check?
14      A    I have no idea when it comes to years.
15      Q    Was it before or after Mar-a-Lago?
16      A    Before Mar-a-Lago.
17      Q    Okay.  And how --
18      A    Mar-a-Lago was my first real job so --
19      Q    What's that?
20      A    Mar-a-Lago was like my first real job.
21      Q    What do you mean by real job?
22      A    Like, you know, fully employed, sit down
23  for an interview and, you know.
24      Q    Okay.  So Taco Bell, was Taco Bell the
25  first place you got a paycheck from?

Page 53

1     MR. EDWARDS: Object to the form.
2   A   Uhm, I don't know, to be honest.
3   Q   (BY MS. MENNINGER) And in what order did
4 Taco Bell, Publix and Mar-a-Lago go, and the aviary,
5 sorry?
6   A   Oh, I would have to guess. Do you want me
7 to guess?
8   Q   Sure.
9   A   Um, I would say Publix. And then, I think
10 that's when I helped my boyfriend out at Taco Bell
11 and then I think the aviary.
12  Q   And where was the Taco Bell?
13  A   I was living in Fort Lauder -- I think it
14 was Fort Lauderdale. Don't quote me on that, but
15 somewhere in Florida, Broward County, something like
16 that.
17  Q   And who were you living with at that time?
18  A   Michael. His name is James, but Michael.
19  Q   So you were living with Michael when you
20 worked at the Taco Bell, right?
21  A   Yes, I was living with him.
22  Q   And you worked with Michael when you
23 worked at the Publix, correct?
24  A   No.
25  Q   Okay. So Publix came after Taco Bell or

Page 54

1 before?
2   A   I think it came -- like I said, don't
3 quote me on it, but I think Publix came before it.
4   Q   And who were you living with when you
5 worked at Publix?
6   A   My mom and my dad.
7   Q   And who were you living with when you
8 worked at the aviary?
9   A   My mom and my dad.
10  Q   Anywhere else that you got a paycheck from
11 before 2000?
12  A   No, not that I can think of.
13  Q   Okay. Anywhere else you wore a uniform?
14  A   Besides Mar-a-Lago and -- yeah, that's it.
15  Q   Okay. And so how long was it between
16 working at any of those three places and the time
17 that you worked at Mar-a-Lago?
18  A   I have no idea. I'm sorry. Um --
19  Q   Years? Months?
20  A   Oh, we're going to go back
21 chronologically. I was trying to get my GED and I --
22 there was a summer break. And that's when I started
23 working for Mar-a-Lago. So that Mar-a-Lago we know
24 now is in the year 2000. So I would have to say a
25 month.

Page 55

1   Q   Months. And what was the job you believe
2 you had immediately prior to Mar-a-Lago?
3   A   If I were correct, it would be the aviary
4 that I volunteered at.
5   Q   Okay. And you believe you were living
6 with your parents at the time you worked at the
7 aviary?
8   A   Yes.
9   Q   Okay. And not living with ████?
10  A   ████ might have been living with me and
11 my parents.
12  Q   Okay. So you recall ████ was living
13 with you and your parents at the time you worked at
14 the aviary?
15  A   Yes.
16      MS. McCAWLEY: Objection.
17 Mischaracterizes testimony.
18  Q   (BY MS. MENNINGER) And was ████ living
19 with you and your parents at the time you started at
20 Mar-a-Lago?
21  A   Yes.
22  Q   And what address was ████ living with
23 you and your parents at the time you started at
24 Mar-a-Lago?
25  A   My parents' address?

Page 56

1   Q   Whatever address you were living at, at
2 the time you started at Mar-a-Lago.
3   A   ████, Loxahatchee, Florida
4 33470.
5   Q   How is it that you came to work at
6 Mar-a-Lago?
7   A   My dad is a maintenance manager or
8 supervisor, I don't know what you call it. But he
9 worked in the maintenance department, mostly on
10 tennis courts, working on the air conditioning,
11 helping set up for functions. And he got me a summer
12 job there.
13  Q   Okay. And you said you were on a break?
14  A   Yes.
15  Q   What were you on a break from?
16  A   I think like -- this is going back so long
17 now, but I was attempting to get my GED. And it,
18 summer came, so school stops during the summertime
19 here in America, and I got a summer job.
20  Q   All right. And where were you in school?
21  A   I don't actually know the name of the
22 place. It's -- yeah, I know.
23  Q   A GED place?
24  A   Yeah, it was, like, I was previously in
25 Royal Palm Beach High School, but, I mean, because of

Page 57

1  a lot of the circumstances that I had been subjected
2  to, I decided I wanted to get my GED.
3      Q    Okay.  So you were going to an actual
4  school to get your GED, that's what you're saying?
5      A    Yes.
6      Q    And that school, whatever it was, where
7  you were getting your GED was not Palm Beach High
8  School, right?
9      A    No.
10     Q    And it -- whatever the school was where
11 you were getting your GED took a summer break?
12     A    I believe so, yes.
13     Q    And that was in 2000?
14     A    Now that we know the right dates, yes.
15     Q    And that's when your dad helped you get a
16 quote-unquote summer job?
17     A    Yes.
18     Q    All right.  And that summer job was
19 Mar-a-Lago?
20     A    Yes.
21     Q    Okay.  Now tell me how you sort of came
22 into Mar-a-Lago for the first time?  He asked you to
23 come?  They called you?  What happened?
24     A    My dad was very liked there.  So I think
25 he talked to the people who were in HR.  And then

Page 58

1  they said for me to come in for an interview.
2      Q    Um-hum.
3      A    To be interviewed for a locker room
4  assistant.
5      Q    Um-hum.
6      A    They liked me.  I had to go through a
7  series of drug tests, polygraph tests.  I mean, it
8  was a very extensive regime to get a job there.
9      Q    Yeah.
10     A    And when all those came back good, I
11 started the job.
12     Q    So how long do you think it took for you
13 to go through that extensive series of drug tests and
14 polygraph tests and --
15     A    I did them both in the same day.
16     Q    Okay.  When was the interview?  Was it on
17 the same day or a different day?
18     A    I believe it was like a few days
19 beforehand.
20     Q    Okay.  And do you remember who you
21 interviewed with?
22     A    No.
23     Q    Do you remember the title of the job for
24 which you were interviewing?
25     A    Locker room attendant.

Page 59

1      Q    Locker room attendant was the name?
2      A    Of the position?
3      Q    Yes.
4      A    Yes.
5      Q    And did they give you any training?
6      A    No.
7      Q    Did they show you how to work the lockers?
8      A    Well, I mean, there was a girl who already
9  worked there at the front desk.  I think she helped
10 make appointments and greeted people, and then she
11 just told me my duties in the locker room were to,
12 you know, make tea.  I had never made tea before, so
13 that was -- that was fun.  Learn how to make tea.
14 Clean up after the ladies who had been in the locker
15 room.  Make sure the bathrooms were kept nice and
16 tidy.  You fold the toilet paper into a little
17 triangle every time anyone went to the toilet.  Clean
18 up the sink area.  It was a very crazy job.
19     Q    Do you remember the names of any of your
20 coworkers who you worked with at Mar-a-Lago?
21     A    I believe the head of the spa area was
22 Adriana or Adrienne.  I can't remember exactly.
23     Q    Okay.
24     A    And the girl who trained me, I have a very
25 clear picture of her face, but I can't remember her

Page 60

1  name.
2      Q    All right.  What did she look like?
3      A    She had blonde hair, probably to her
4  shoulders, and it was curly.
5      Q    And how old was she?
6      A    I'd say in her 20s.
7      Q    All right.  Did they check your
8  identification when you went in for your job
9  interview or your --
10     A    It was very extensive.  I'm sure they
11 would have had to check and make sure I was who I
12 was.
13     Q    And so you had a driver's license, right?
14     A    I believe so.
15     Q    All right.  And, let's see.  Did you move
16 to a different position while you were there or did
17 you always stay as a locker room --
18     A    I wasn't there very long.  So I just --
19     Q    Just one second.  Did you always stay as a
20 locker room attendant?
21     A    Yes.
22     Q    Okay.  I just need to finish my question
23 for the court reporter.
24     A    I know, I'm sorry.  I have a tendency of
25 jumping in.

Page 61

1    Q    Okay.  If I can direct your attention back
2    to Defendant's Exhibit 12 at page 15.  And under the
3    heading Response to Interrogatory Number 9, do you
4    see that where it says --
5    A    Yes.
6    Q    -- Ms. Joffrey (pronouncing) -- Giuffre,
7    excuse me, responds as follows?
8    A    Yes.
9    Q    Okay.  It says you worked as a locker room
10   attendant for the spa area, correct?
11   A    Yes.
12   Q    And it says records produced in this case
13   identify the date of employment as 2000, correct?
14   A    Yes.
15   Q    What records that were produced in this
16   case cause you to believe that the employment began
17   in 2000?
18   A    Uhm, is this going back to another
19   question that I'm not allowed to answer?
20   Q    No.
21   A    I have seen the documents, and I know that
22   my employment now was in 2000.
23   Q    What documents did you see that caused you
24   to make that answer?
25   A    The Mar-a-Lago employment documents.

Page 62

1    Q    Are they your Mar-a-Lago employment
2    documents?
3    A    Um --
4    MR. EDWARDS:  Object to the form.
5    A    My name is on there.
6    Q    (BY MS. MENNINGER)  Okay.  Do you believe
7    them to be your Mar-a-Lago employment documents?
8    A    As far as I can tell.
9    Q    Okay.  So you were able to review your
10   Mar-a-Lago employment documents --
11   MR. EDWARDS:  Object to the form.
12   Q    (BY MS. MENNINGER)  -- and respond to the
13   question, as it says right there that you respond,
14   correct?
15   A    Yes.
16   Q    When did you review the documents that you
17   reviewed to cause you to respond to that answer that
18   way?
19   A    I don't think I found out till sometime
20   mid -- mid last year, I believe.
21   Q    Okay.
22   A    I'm really not too sure.  You know, I'm
23   sorry, dates and documents, there's too many to
24   remember.  But --
25   Q    Okay.  You do admit that you filed in many

Page 63

1    documents that you met Ghislaine Maxwell in '98 or
2    '99, correct?
3    A    Yes.
4    Q    And you do admit that you told members of
5    the media that you met Ghislaine Maxwell in '98 or
6    '99, correct?
7    MR. EDWARDS:  Form.
8    A    That was my closest approximation to what
9    I could actually remember, so --
10   Q    (BY MS. MENNINGER)  You told the media
11   that you met her in '98 or '99?
12   MR. EDWARDS:  Form.
13   A    Again, yes, as close as I can remember.
14   Q    (BY MS. MENNINGER)  And the media
15   published in the newspapers that you met Ghislaine
16   Maxwell in '98 or '99, correct?
17   MR. EDWARDS:  Form.
18   A    Yes, they did.
19   Q    (BY MS. MENNINGER)  And the news media
20   published in the newspapers what you told them, which
21   is that you were 15 when you met Ghislaine Maxwell,
22   correct?
23   MR. EDWARDS:  Form.
24   A    Which is what I truly thought at the time,
25   yes.

Page 64

1    Q    (BY MS. MENNINGER)  Okay.  And it is not
2    true that you were 15 when you met Ghislaine Maxwell,
3    correct?
4    A    It was a mistake that I made, yes.
5    Q    So that the printing in the newspaper that
6    you met Ghislaine Maxwell when she was -- when she
7    were 15 is not a true statement of fact, correct?
8    A    It is an incorrect statement as I have now
9    found out, that my employment started in 2000.
10   Q    All right.  And to the best of your
11   recollection, you found that out in the middle of
12   2015, correct?
13   MS. McCAWLEY:  Objection.
14   A    To the best of my recollection.  I mean, I
15   can't pinpoint an exact date I found out.  But, yes.
16   Q    (BY MS. MENNINGER)  About a year ago?
17   MR. PAGLIUCA:  Are we all participating in
18   this deposition or just --
19   MS. McCAWLEY:  Same way you guys did.
20   MR. PAGLIUCA:  We did not.
21   MS. MENNINGER:  I did not.
22   MS. McCAWLEY:  You both objected.
23   MS. MENNINGER:  No.
24   MR. PAGLIUCA:  No, we didn't.
25   MS. McCAWLEY:  We can go back through the

Page 65

1  record.
2      MR. PAGLIUCA:  We sure can.
3      So if we're all participating, maybe I'll
4  have a few questions at the end of this.  I think we
5  should limit this to one lawyer.  And your statement
6  about two lawyers participating in the last
7  deposition is wrong.
8      MS. McCAWLEY:  Well, I recall that she got
9  a microphone because she said she was going to be
10  objecting.  So --
11     MR. PAGLIUCA:  I know.  She put on a
12  microphone and didn't speak through the whole thing.
13     MS. McCAWLEY:  Well, we can take a look
14  back at the record.  You know, it's not a problem.
15  Brad can make the objections.
16     MR. PAGLIUCA:  Okay.  Let's take care of
17  it that way, then.
18     MR. EDWARDS:  Can you tell me when you're
19  at a good stopping point?
20     MS. MENNINGER:  I was about to say it's
21  been an hour.
22     MR. EDWARDS:  Yeah.
23     MS. MENNINGER:  So this would be a good
24  time to take a break.
25     MR. EDWARDS:  Okay.  Thanks.

Page 66

1      THE VIDEOGRAPHER:  We're off the record at
2  10:12.
3      (Recess taken from 10:12 a.m. to
4  10:27 a.m.)
5      THE VIDEOGRAPHER:  We're back on the
6  record at 10:27.
7      Q   (BY MS. MENNINGER)  All right.
8  Ms. Giuffre, you testified that you first became
9  aware that you -- your employment at Mar-a-Lago began
10  in 2000, in mid-2015, correct?
11     MR. EDWARDS:  Object to the form.
12  Mischaracterizes her testimony.
13     A   I don't know exactly when.  It could be
14  towards the end of 2015.  It could be towards the
15  beginning of 2016.  It could that I've learned
16  about it recently.  I'm not too sure exactly what
17  date I did learn about it.
18     Q   (BY MS. MENNINGER)  Okay.  But to your
19  mind, it's been within the last 6 to 12 months; is
20  that fair?
21     A   I wouldn't say 12 months, no.  I would
22  just say up until -- I don't know when I was shown
23  that, when I actually first saw it, but it wasn't a
24  year ago.
25     Q   Saw your employment records from

Page 67

1  Mar-a-Lago?
2      A   Correct.
3      Q   Okay.  I'm going to show you an exhibit
4  marked as Defendant's Exhibit 13.
5      (Exhibit 13 marked.)
6      Q   (BY MS. MENNINGER)  Okay.  All right,
7  Ms. Giuffre, do you recognize this document?
8      A   Yes, I do.
9      Q   What is this document?
10     A   This is a resume that I created myself.
11     Q   All right.  And what address did you put
12  at the top of your resume?
13     A   ████████████████████████████
14  ██████
15     Q   And when did you live at that address?
16     A   I believe from 2013 to 2014.
17     Q   Okay.  And you said you created this
18  document, correct?
19     A   Yes.
20     Q   And did you send it out to any employers?
21     A   Do you have any attachments that this goes
22  with to say that I have?  Because I'm not too sure.
23  I've created a lot of resumes.
24     Q   Okay.  And hold on, I'll see if we do.
25     MS. MENNINGER:  All right.  I'll mark this

Page 68

1  next as Defendant's Exhibit 14.
2      (Exhibit 14 marked.)
3      A   Thank you.
4      Q   (BY MS. MENNINGER)  All right.  Do you
5  recognize this document?
6      A   Yes.
7      Q   What is this document?
8      A   This is me replying to ads for jobs.
9      Q   Okay.  And you were communicating with --
10  by your e-mail, correct?
11     A   Yes.
12     Q   All right.  And I apologize.  This one
13  actually has the resume attached to an e-mail.
14     A   Um-hum.
15     Q   Do you see that, towards the back of the
16  document?
17     A   Yes, I do.
18     Q   Okay.  So --
19     A   Sorry.
20     Q   To whom -- to whom -- with whom were you
21  communicating about a job at this time?
22     A   Well, on the very top, Phil or Gary, and
23  that was for a bartending position.
24     Q   Okay.
25     A   Um --

Page 69

1    Q    Was that something your brother had
2    recommended or your father?  I don't know who.
3        A    You know, I just looked at that, that's
4    kind of why I giggled.  I don't know why my
5    brother -- that's my brother.  That's the way we talk
6    to each other:  Hi, stupid head.  Good luck, smelly,
7    XOXOXO, sissie.
8            He's my little brother so you have to
9    understand we kind of play around.  But subject to my
10   resume for hospitality, I'm not too sure why he would
11   have gotten it, but apparently he did.
12       Q    Okay.  And you see that your resume was
13   attached to an e-mail communication you had with your
14   brother?
15       A    Yes, I do.
16       Q    Right.  And that's also your brother was
17   part of the e-mail chain with respect to an ad placed
18   on craigslist for a position, correct?
19       A    He was on -- let me just check the dates,
20   then.
21       Q    Sure.
22       A    1/20/2014, 1/21, so just within a day of
23   each other, yes.
24       Q    All right.  And then the resume that's
25   attached is the address you were living at in

Page 70

1    January --
2        A    Yes.
3        Q    -- of 2014, correct?
4        A    Correct.
5        Q    All right.  So you believe you created the
6    resume that's attached to Defendant's Exhibit 14,
7    correct?
8        A    Correct.
9        Q    And you sent it out with respect to this
10   employment you saw on craigslist, correct?
11       A    Correct.
12       Q    And you are the one who put into this
13   document the contents of the resume, right?
14       A    Yes.
15       Q    All right.
16           MR. EDWARDS:  We're talking about the
17   resume that's attached to Exhibit 14, right?
18           MS. MENNINGER:  We are.
19           MR. EDWARDS:  Okay.  Got it.
20           MS. MENNINGER:  Thank you for clarifying.
21           MR. EDWARDS:  Got it.
22           MS. MENNINGER:  Although, I don't know
23   there are any differences with Defendant's
24   Exhibit 13.
25       Q    (BY MS. MENNINGER)  But just to be safe,

Page 71

1    you believe the one attached to Defendant's
2    Exhibit 14 is the one that you sent?
3        A    There are differences, isn't there?  Yes,
4    there is.
5        Q    Okay.  What are the differences that you
6    know?
7        A    It starts -- I mean, let me see.  The very
8    top introduction is the same.
9        Q    Um-hum.
10       A    After the experience.
11       Q    Um-hum.
12       A    That changes.  The dates change.  And then
13   underneath Employment Training Recruitment is Indigo
14   Bar & Grill on Exhibit 14.  On Exhibit 13 it's
15   Mannway Logistics underneath Employment Training
16   Recruitment.
17           And then underneath Mannway Logistics on
18   Exhibit 13 is Mar-a-Lago Resort and Spa.  And on
19   Exhibit 14 is Gemma Catering/Wedding Receptions.  So
20   there is quite a few differences.
21       Q    Okay.  Great.  Do you have any idea when
22   you sent out Defendant's Exhibit 13, or if you did,
23   to an employer?
24       A    Unless you have something that's attached
25   to it, I can't be sure that I did.

Page 72

1        Q    Okay.  Is the content in Defendant's
2    Exhibit 14, that you believe you sent out to an
3    employer, correct?
4        A    Unfortunately, I have to tell you that
5    they are not correct.  Through my experience I was in
6    the mind-set that I was unemployable.  I had been
7    abused for many years and I was told by a job agency
8    that I need to show that I've consistently worked at
9    various places and given experience.  So it's not
10   something that I'm proud of, but I have had to plump
11   up my resumes to make it look as though I could be
12   employed.
13       Q    What do you mean by plump up your resume?
14       A    Well, I couldn't -- I didn't feel that I
15   could go to an employer and tell them that I had
16   held, you know, one job in the last 10 to 12 years
17   and before that I was trafficked for the purpose of
18   sex.  And that's definitely something you don't want
19   to put down on your resume, which makes you quite
20   highly unemployable.
21           So I did add places in, such as Indigo Bar
22   & Grill, Calmao Flamenco Bar & Restaurant.
23       Q    Wait, wait.  Which one?
24       A    On Exhibit 14.
25       Q    Um-hum.

Page 73

1      A    Underneath Experience, the dates are all
2  incorrect, as well.  It's just to show that I was
3  consistently working, which I was not.  And I needed
4  a job to help my family.  I've got a family of five.
5  So like I said, it's not something proud that I had
6  to do, but I felt it was the only way that I could
7  actually get employed.
8      Q    You lied on your resume?
9      A    I made it look as though I had
10 continuously worked throughout the years so that way
11 an employer would see me as a potential candidate.
12     Q    Okay.  Well, let's start with Employment
13 Training and Recruitment, ET Australia.
14          Did you work at that place of employment?
15     A    I did work there.
16     Q    What dates did you actually work there?
17     A    I know I finished working for -- we call
18 it ET Australia, so if you don't mind me abbreviating
19 it.
20     Q    However you want.
21     A    I know I finished there in January of 2006
22 right before my son was born, my first son was born.
23 And I believe I worked there for a year, I believe
24 so.  It might have been a little bit over a year, but
25 just around a year.

Page 74

1      Q    All right.  So you worked at a place for
2  about a year.  And on your resume you typed that you
3  worked there for nine years, correct?
4      A    Correct.
5      Q    And you did that, correct?
6      A    I did.
7      Q    Nobody else typed that for you?
8      A    No, I did it myself.
9      Q    All right.  And the next employment you
10 list here -- well, is your job description accurate?
11     A    Yes, that is actually accurate.
12     Q    Okay.  And everything in there is what you
13 actually did?
14     A    Yes, for ET Australia.
15     Q    Okay.  Indigo Bar & Grill, did you type
16 that in?
17     A    I did type that in.
18     Q    And did you actually work at Indigo Bar &
19 Grill?
20     A    No, I did not.
21     Q    All right.  So the dates that you put on
22 your resume are not true, correct?
23     A    That's correct.
24     Q    The title of your job at that place was
25 not correct; you didn't work there, right?

Page 75

1      A    I never worked there.
2      Q    The description that you typed out about
3  the things that you did at that Indigo Bar & Grill is
4  made up, correct?
5      A    Well, it's -- it's generally what you
6  would do if you were a server or a waitress.  But,
7  like I said, I did not work at Indigo Bar & Grill.
8      Q    So when you represented to an employer
9  that you were applying for a job that you had done
10 these things, you had not actually done these things
11 at Indigo Bar & Grill, correct?
12     A    Not at Indigo Bar & Grill, no.
13     Q    All right.  Can you read the first
14 sentence of your job description?
15     A    For Indigo Bar & Grill?
16     Q    Right.
17     A    At this restaurant located inside of an
18 RSL, we were never slow.
19     Q    Okay.  So when you said, "We were never
20 slow," you just made that up, correct?
21          MR. EDWARDS:  Form.
22     A    I tried to give as much information to my
23 potential employer to show that I could handle a
24 large amount of pressure and guests.  So, yes, I put
25 that in there.

Page 76

1      Q    (BY MS. MENNINGER)  But you represented
2  you were there working as a server or waitress and
3  that we were never slow.  That is not true, correct?
4      A    Well, I never worked there, so it's --
5  again, I was very highly unemployable, given my past.
6  So I did whatever I could to make it look as though
7  my potential employer could hire me.
8      Q    Okay.  You described your duties that were
9  not -- those were fictional duties, correct?
10     A    They were duties that a waitress and a
11 server would do.
12     Q    But you did not do at Indigo Bar --
13     A    But I did not do them at Indigo Bar &
14 Grill.
15     Q    Okay.  You described your energetic
16 service and your service with a smile to the guests.
17 That was not true, correct?
18     A    Everything in Indigo Bar & Grill is not
19 correct.
20     Q    And you created that entire description,
21 correct?
22     A    For the sole purpose of being able to
23 obtain employment, yes.
24     Q    To get money?
25          MR. EDWARDS:  Form.

Page 77

1     A    To make a wage for my family.
2     Q    (BY MS. MENNINGER)  All right.  The next
3  job, Gemma Catering and Wedding Receptions, did it --
4  is that a job that you actually held?
5     A    I did actually work there.  I don't know
6  the dates, but I was a server, waitress and
7  bartender.
8     Q    March of 2003 to April 2004, is that about
9  when you worked there?
10    A    It could be very close to it.  I'm not too
11 sure.
12    Q    You're not sure?
13    A    No, I'm not sure.
14    Q    Did you have children -- had you already
15 had children at the time you worked there?
16    A    No, I do not believe I did.  I became a
17 stay-at-home mom when I had my first child.
18    Q    And what year was that?
19    A    2006.
20    Q    Okay.  So you believe you worked at Gemma
21 Catering and Wedding Receptions before 2006?
22    A    I believe so.
23    Q    And other than that, you can't recall what
24 dates you worked there?
25    A    I'm sorry, I couldn't help, no.

Page 78

1     Q    All right.  And then what were your
2  actual -- is that your actual job that you had there?
3     A    The description of it?
4     Q    The title, server, waitress, bartender?
5     A    Yes.
6     Q    All right.  Is the description accurate?
7     A    To a T.
8     Q    What's that?
9     A    To a T.
10    Q    Okay.  The next job you list is Mannway
11 Logistics, Logistics Receptionist.
12         Is that a job you actually held?
13    A    It is a job I held.
14    Q    And when did you hold it?
15    A    Again, I'm very bad at dates.  I'm not too
16 sure.
17    Q    All right.  Approximately when did you
18 have it?
19    A    I don't want to speculate and give you the
20 wrong answer, so I'm not too sure.
21    Q    Did you have children at the time you
22 worked there?
23    A    No.
24    Q    So before 2006?
25    A    Yes.

Page 79

1     Q    And after you moved to Australia, which
2  was what year?
3     A    I moved to Australia at the end of 2002, I
4  believe.
5     Q    All right.  Do you recall going to work
6  shortly after you got to Australia?
7     A    Yes.
8     Q    How --
9     A    I had to obtain my -- my ability to work
10 there.  So I think that took a couple months.  You
11 can get a temporary visa that allows you to work
12 while you're waiting for your permanent resident
13 status, and that's what we did.
14    Q    All right.  Were you able to apply for
15 that temporary job permission before you actually got
16 married in Australia?
17    A    I got married in Aus -- we were married in
18 Thailand, really, but we made it official in January
19 of 2003.  And within a couple of weeks, I was granted
20 the permission to work in Australia legally.
21    Q    Okay.  So to the best of your
22 recollection, you got permission to work in Australia
23 sometime in the spring of 2003?
24         MR. EDWARDS:  Form.
25    A    That's actually summer over there.

Page 80

1     Q    (BY MS. MENNINGER)  Fair enough.  The
2  first quarter of the year, calendar year --
3     A    Yes.
4     Q    -- 2003?
5     A    If we're going to be politically correct,
6  yes.
7     Q    That's what you recall?
8     A    (Indicating.)
9         I'm sorry, yes.
10    Q    And is your description of Mannway
11 Logistics correct?
12    A    Yes.
13    Q    All right.  And how long did you work
14 there?
15    A    I think that was less than a year that I
16 worked there.  I would approximate about six, seven
17 months.
18    Q    Can you name one coworker you had or boss
19 or anybody else that worked there?
20    A    I know her name started with an M, but I
21 can't remember.  I remember what she looks like.  I
22 just don't remember her name.
23    Q    Okay.  And how much did you make there?
24    A    I don't remember the exact amount.
25 Approximately about $20 an hour, I think.

Page 81

1    Q    And how many hours per week were you
2    working for that six months to a year?
3    A    I believe that was full time.
4    Q    And is full time the same in Australia?
5    A    Yeah it's a 40-hour week.
6    Q    Okay.
7    A    Well, 38 because you get two hours of
8    lunch, so, yes.
9    Q    All right.  Have you been in touch with
10   anyone from that employment in a while?
11   A    No.
12   Q    All right.  The next job listed there is
13   what?
14   A    Calmao Flamenco Bar & Restaurant.
15   Q    Is that someplace you actually worked?
16   A    No, it's not.
17   Q    Is that a place that actually exists?
18   A    I don't really know.
19   Q    All right.
20   A    I mean, I think I looked on the Internet
21   and found something similar to what the description I
22   was needing to fill, and that was it.
23   Q    Okay.  So when you were creating this
24   document in 2013/2014, right, that's when you had the
25   Titusville address?

Page 82

1    A    Yes.
2    Q    All right.  You went on the Internet and
3    you searched for a place that would be like the job
4    you were looking for?
5    A    Correct.
6    Q    And you found the name of an actual place,
7    Calmao Flamenco Bar & Restaurant.
8         Did I get that right?
9    A    I'm not 100 percent on that, but I think
10   so.
11   Q    Okay.  And you did that in order to
12   impress the employer you were applying for here in
13   the e-mail, correct?
14   A    Correct.
15   Q    All right.  And you did that in order to
16   get money from a job that you hoped to get from this
17   employer in the e-mail, correct?
18   A    I was hoping to gain employment.  And not
19   having much experience, I put in there that I had
20   experience.
21   Q    Okay.  And you said that you had been
22   advised to plump up your resume by a job agency; is
23   that right?
24   A    Yes.
25   Q    What was the name of that job agency?

Page 83

1    A    Before I worked at ET Australia, I was
2    actually a job seeker there.  And a job seeker, I
3    don't know if you're familiar with the term.
4         Somebody who is looking for work and you
5    go to a job agency, and you go look on the computer.
6    And you actually have somebody who helps you find
7    employment.  And they are the ones who recommend that
8    you show that you've continuously worked throughout
9    your years.  They ended up really liking me, so
10   that's how I got the job there.
11   Q    Okay.  Was it a particular person there
12   that gave you the advice to plump up your resume?
13   A    It would have been one of the counselors.
14   Q    Which one?
15   A    I don't know.
16   Q    Okay.  Do you remember the names of any of
17   the counselors?
18   A    I only remember the name of one of the
19   girls I worked with, but I don't remember -- I don't
20   remember anyone else's name.
21   Q    When did you first become a job seeker at
22   ET Australia?
23   A    Well, if I finished there in 2006 and I
24   worked there for approximately a year, it would have
25   been 2005 -- late 2004, 2005.  I'm not too sure.

Page 84

1    Q    Okay.  So you were a job seeker there
2    first and then got employment there, right?
3    A    Yes.
4    Q    Okay.  So the advice to plump up your
5    resume was while you were seeking a job or while you
6    were employed there?
7    A    While I was seeking a job.
8    Q    All right.  And you were assigned a
9    counselor?
10   A    Yes.
11   Q    One or more than one?
12   A    It changes on a daily basis.  There's
13   somebody who comes into the office and they sit with
14   you and they help you with your resume.  And then
15   they help you go on the computer and look for open
16   vacancies.
17   Q    So someone in approximately 2005 gave you
18   the advice to plump up your resume.  That's what
19   you're saying?
20   A    To make it look like I've continuously
21   worked, yes.
22   Q    Okay.  So back to Calmao Flamenco Bar &
23   Restaurant, which is a place you found on the
24   Internet but did not actually work.  Is that, the
25   dates for your employment there, December 2001 to

Page 85

1  February 2003, not true, correct?

2      A    Obviously, yes.  At that time I was --

3  during 2001 I was with Jeffrey and Ghislaine being

4  trafficked.

5      Q    Um-hum.  So you were not working at Calmao

6  Flamenco Bar --

7      A    Obviously not, yes.

8      Q    And you said you got to Australia in

9  late '02 and did not work there between late '02 and

10 February of ' 03, correct?

11     A    I've never worked at Calmao Flamenco Bar &

12 Grill, period.

13     Q    All right.  And the job description that

14 you crafted there is also fictional, correct?

15     A    Yes.

16     Q    All right.  And Mar-a-Lago Resort and Spa

17 you put down as a place you had worked, correct?

18     A    Correct.

19     Q    And you typed in August 2000 to September

20 2001, correct?

21     A    Correct.

22     Q    And you created your job description

23 there, correct?

24     A    Correct.

25     Q    All right.  And then turning to the last

Page 86

1  page you have your education, correct?

2      A    Can I just make a statement to say that,

3  again, with the Mar-a-Lago Resort and Spa, I did have

4  to add dates to make it look as though I had

5  continuously worked.  So those, again, are incorrect

6  dates.

7      Q    But it is a date that you typed into a

8  resume in 2013 or 2014 --

9      A    That is the date that --

10     Q    If you could just let me finish my

11 question.

12     A    Sure.

13     Q    That is a date that you typed into your

14 resume in 2013 or 2014, correct?

15     A    That is the date that I did type in, but

16 those are incorrect dates.

17     Q    All right.

18     A    And, as well as the -- the position,

19 organizing, making and canceling appointments for

20 massage therapists.

21     Q    All right.

22     A    I mean, I was their locker room attendant.

23 I just wanted it to sound like I had more

24 receptionist experience than I did.

25     Q    You wanted it to look like you had more

Page 87

1  experience than you had had, correct; that's what you

2  just said?

3      A    Correct, I mean given that my past had not

4  enabled me to be able to look for work or I wasn't

5  able to put down what I actually had -- had to do in

6  my past.  So I made it look as though I was able to

7  be employed.

8      Q    You did not have the past that you thought

9  the employer was looking for, right?

10     A    I couldn't put down on there that I was

11 sex trafficked for a couple years and did not have

12 the experience to be able to apply for jobs and

13 provide for my family.

14          So this is something that I said.  Again,

15 I am not proud of, but I felt was necessary to do to

16 be able to gain employment.

17     Q    All right.  So you were applying for a job

18 at a restaurant, right?

19     A    At this -- according to the front e-mail,

20 yes.

21     Q    All right.  And you did not put down Taco

22 Bell on this resume, correct?

23     A    No.  The only jobs on here are the ones

24 that we have mentioned.

25     Q    Right.  And so why did you choose August

Page 88

1  of 2000 as your start date for Mar-a-Lago?

2      A    It just looks as though I've given them a

3  longstanding history of employment.

4      Q    You chose a month.  Why did you choose

5  that month?

6      A    I chose months and dates for every single

7  position on that resume.  There is no specific reason

8  why I chose that month.  It was just purely to show

9  that I was continuously employed.

10     Q    On the last page it has some education.

11 Which part of that is untrue?

12          MR. EDWARDS:  Object to the form.

13     A    I have received my business admin cert 3

14 from ET Australia.  I've never held responsible

15 service of alcohol and gambling.

16     Q    (BY MS. MENNINGER)  Do you understand that

17 to be a licensing of some sort or a class?  Or what

18 do you understand that --

19     A    In Australia you have to have something

20 called an RSA and RCG to be able to work as a

21 waitress or bartender or anything.  And I didn't know

22 if it was the same out here in America.  So I put

23 down that I had.

24          I had taken a CPR and first aid.  I don't

25 remember when, but it's not current.

Page 89

1    And I did go to Royal Palm Beach High
2    School and I didn't put down a degree there or
3    anything.
4    Q   So is it fair to say you never worked as a
5    waitress in Australia.  Is that what you just said?
6    A   I did work as a waitress at Gemma
7    Catering.
8    Q   Oh, okay.
9    A   I don't believe I needed my RSA to work
10   there.  I'm not too sure.
11   Q   All right.  And if I could just ask you
12   one other question about Gemma Catering.  In the last
13   line of the job description it says:  This job was a
14   second job.  I would work in the evenings and
15   weekends for saving extra cash.
16        What was it a second job to?
17   A   If my time period is right, it would be my
18   second job to Mannway Logistics because they were
19   both -- Gemma Catering and Mannway Logistics were
20   both in Sydney, whereas ET Australia was on the
21   central coast.
22   Q   All right.  ET Australia is on the central
23   coast?
24   A   Correct.
25   Q   And Gemma and Mannway are in Sydney?

Page 90

1    A   In Sydney, yeah.
2    Q   All right.  Got it.
3        Do you know if those two organizations
4    still exist?
5    A   Mannway, I would definitely say, it's a --
6    it's a large logistic company.  I would say it still
7    does exist.
8        Gemma Catering, I'm not too sure if that
9    exists anymore or not.
10   Q   Okay.  All right.  So did you spend your
11   16th birthday with Ghislaine Maxwell and Jeffrey
12   Epstein?
13   A   No.  I was 16 when I met them, now that I
14   know the correct dates.  So I would have spent my
15   17th birthday with them.
16   Q   So when you represented that you spent
17   your 16th birthday with Ghislaine Maxwell and Jeffrey
18   Epstein, that was not true, correct?
19   A   At my ability at the time, that's what I
20   believed to be true.  It wasn't until I found the
21   Mar-a-Lago records stating the year 2000.  Me being
22   born in 1983 would make me turning 17 that year.
23   Q   So please describe for me your 17th
24   birthday that you claim you spent with Ghislaine
25   Maxwell and Jeffrey Epstein.

Page 91

1    A   I remember spending a birthday with them
2    on Jeffrey Epstein's island called Little Saint
3    Jeff's.  I wouldn't say it was a party.  It was just
4    Ghislaine, me, Jeffrey.  I believe Emery Taylor was
5    there.  I got some presents from them.
6    Q   What presents did you get?
7    A   Ghislaine gave me a whole bunch of makeup,
8    like boxes of different kinds of eye shadows and
9    lipsticks and just makeup altogether.
10        Jeffrey gave me a bracelet and, I think
11   earrings.
12   Q   What kind of earrings?
13   A   They were what I believed to be diamonds.
14   I don't know what they exactly were.  I think Jeffrey
15   was talking about, they could have been passed off as
16   good knock-offs.  But they appeared to be diamonds.
17   Q   Any other presents?
18   A   I remember the makeup and the jewelry.  I
19   don't remember much else.
20   Q   And that was your 17th birthday, you said?
21        MR. EDWARDS:  Form.
22   A   It's hard for me to really pinpoint
23   exactly which birthday it was.
24   Q   (BY MS. MENNINGER)  So it could have been
25   your 18th or your 19th?

Page 92

1    A   I don't want to lock down on which exact
2    birthday it could have been without knowing.
3    Q   You don't know which birthday it was; is
4    that what you're saying?
5    A   The one that I'm specifically telling you
6    about?
7    Q   Right.  You don't know which one?
8    A   No.
9    Q   All right.  Do you remember spending more
10   than one birthday with Jeffrey Epstein and Ghislaine
11   Maxwell?
12   A   Yes.
13   Q   Okay.  Tell me about the other ones that
14   you remember.
15   A   Well, I know my 19th birthday.  I can't
16   remember, really, my 18th birthday.  But my 19th
17   birthday we celebrated it early, earlier than my
18   actual date of birth.  And that's when he surprised
19   me with tickets to Thailand.
20   Q   What do you mean he surprised you with
21   tickets to Thailand?
22   A   He told me that the tickets for Thailand
23   were for my birthday.
24   Q   Did he hand you something that looked like
25   a ticket to Thailand?  What do you mean?

Page 93

1    Q    He didn't hand me the tickets at that
2    time, but he told me that he had booked me in for
3    massage training at an institute in Chiang Mai.
4    Q    And he told you he had booked you tickets
5    to a massage training in Chiang Mai, Thailand
6    sometime before your actual 19th birthday?
7        MR. EDWARDS:  Form.
8    Q    (BY MS. MENNINGER)  Did I get that right?
9    A    Yes.
10    Q    Okay.  Did he hand you --
11    A    Excuse me.
12    Q    -- hand you anything at that time?
13    A    No, I don't think so.
14    Q    And where were you located when he told
15    you this about the Thailand massage training?
16    A    Jeffrey, Ghislaine and I had just gone
17    scuba -- not scuba diving, not with the big tanks,
18    but snorkeling with just the mask and the two-piece,
19    and on Jeffrey's island, by the way.
20        And we had gone out for a while.  And we
21    had come back.  And he's got a pier where it's got a
22    ladder and you climb up.  And we were wearing wet
23    suits.  So we were taking off our flippers and our
24    wet suits and all of our gear.
25        And they said they wanted to sit down and

Page 94

1    talk to me, just the three of us.  And he -- first,
2    he told me about the --
3    Q    If I could just stop you.  I think I asked
4    where were you --
5    A    Oh, I'm sorry.
6    Q    -- when you had this conversation about
7    the --
8    A    Just the island.  I'm just trying to
9    describe the instance that he gave it to me.
10    Q    Oh, okay.
11    A    It was on the island, on the pier in the
12    Caribbean.
13    Q    Okay.  And it was sometime before your
14    19th birthday?
15    A    Correct.
16    Q    How much time before?
17    A    I don't know.  A couple -- six weeks, a
18    couple of months.  I don't know.  Close to my
19    birthday.  It was my birthday present, that's what he
20    told me.
21    Q    Okay.  So you don't know when you had this
22    conversation?
23        MR. EDWARDS:  Form.
24    A    I mean, I -- no, I didn't record the time
25    and the date, so I can only speculate.  It was

Page 95

1    shortly before my birthday, but not my birthday.
2    Q    (BY MS. MENNINGER)  Okay.  And he told you
3    he had booked you tickets to go to Thailand, right?
4    A    Correct.
5    Q    All right.  So you remember one birthday
6    at which you received makeup, bracelet and earrings
7    and one birthday at which you received tickets to
8    Thailand.
9        Do you remember any other birthdays that
10    you spent with Jeffrey Epstein and/or Ghislaine
11    Maxwell?
12    A    I'm sure there is, but I honestly can't
13    remember what I did for my 18th birthday.
14    Q    Okay.  Well, I'm sorry, did you know for
15    sure that the bracelet, earrings and makeup were from
16    your 17th birthday, or do you know?
17    A    I don't know.
18    Q    But you know they were not for your
19    16th birthday, right?
20    A    Correct.
21    Q    All right.  If I could have you go back to
22    Defendant's Exhibit 1, I think.
23    A    Defendant's, sorry, Exhibit 1?
24    Q    Um-hum.  Page 9, either at the bottom or
25    in the upper right-hand corner.

Page 96

1        Do you see that page?
2    A    Page 9 of 27, yes.
3    Q    All right.  And paragraph 23, do you see
4    that paragraph?
5    A    I see the paragraph.
6    Q    All right.
7    A    I was just going to read it over quickly.
8    Q    By all means.
9    A    I've read it.
10    Q    And the sentence, Defendant and
11    Ms. Maxwell acknowledged and celebrated plaintiff's
12    16th birthday, is not a true statement, correct?
13    A    Only upon learning about the fact that I
14    just found out my records.  I assumed at the time it
15    was my 16th birthday.  But now we know different.
16    Q    You admit, as you sit here today, that
17    defendant and Ms. Maxwell did not celebrate your 16th
18    birthday with you, correct?
19    A    Correct, based upon the records.
20    Q    Which you don't know when you saw?
21    A    I know it was, you know, it wasn't -- it
22    wasn't a year ago, but it wasn't that long ago
23    either.  So I'm not too sure.  I can't tell you the
24    date that I actually saw them.
25    Q    All right.  Last year you lived in

Page 97

1 Colorado for part of the year, correct?

2 A For part of the year, yes.

3 Q And then you moved to Australia, correct?

4 A Yes.

5 Q You did not live in Florida at any point

6 in time during 2015, correct?

7 A I believe I left Titusville at the end of

8 2014.

9 Q Okay. So you did not live in Florida

10 during 2015, correct?

11 A I believe so.

12 Q All right. So when you reviewed these

13 records sometime in 2015 that caused you to know the

14 real date of when you worked at Mar-a-Lago, where

15 were you physically located?

16 MR. EDWARDS: Object to the form and

17 mischaracterized her testimony.

18 A I don't remember where I saw these

19 records, when I saw these records. I know it wasn't

20 a year ago. I know it was more recent. I can't

21 pinpoint the date that I actually saw them, but I

22 recently, I believe -- I don't know. I don't want to

23 sit here and speculate and then give you the wrong

24 answer. It's just new knowledge for me.

25 Q (BY MS. MENNINGER) All right. Did you

Page 98

1 receive the records by e-mail?

2 A I believe so.

3 Q Okay. Did you use any e-mail address

4 other than ███████████████?

5 A No.

6 Q That's the only e-mail address that you've

7 used?

8 A That's correct.

9 Q And the Mar-a-Lago records that you

10 reviewed you received by e-mail at that e-mail

11 address?

12 A Possibly. I mean, I can't say

13 100 percent. I could have been told about them. I

14 could have seen them on a piece of paper. I really

15 don't know. This is a very hazy subject. All I know

16 is that I found out and that was able to clarify a

17 lot of dates for us.

18 Q Okay. What other dates were clarified?

19 MR. EDWARDS: I object and instruct the

20 witness not to answer if any of your knowledge is

21 based on any privileged communication that you had

22 between yourself and any of your lawyers.

23 Q (BY MS. MENNINGER) Okay. You just said

24 you reviewed records yourself, correct?

25 MR. EDWARDS: Object. That

Page 99

1 mischaracterized her testimony. She actually just

2 testified that she may have heard that.

3 MS. MENNINGER: No, you're not testifying.

4 I've asked her --

5 MR. EDWARDS: I'm clearing the record up

6 right now, though.

7 MS. MENNINGER: You can object based on

8 form. That's a valid objection. You've made your

9 record.

10 Q (BY MS. MENNINGER) Did you review records

11 that clarified dates for you?

12 A I've either reviewed them or I've been

13 told about -- I can't remember. I'm sorry. I

14 know -- I know now that the dates are what they are,

15 but I don't remember.

16 Q You don't know when you learned that the

17 dates are what they are?

18 A No, I don't.

19 Q And your best guess is what?

20 MR. EDWARDS: Objection.

21 If any of your answer is based on

22 attorney-client privilege, I'm instructing you not to

23 answer.

24 A I can't answer, then.

25 Q (BY MS. MENNINGER) Okay. So have your

Page 100

1 attorneys told you to change your dates?

2 MR. EDWARDS: Objection.

3 Do not answer that question. This is a

4 question intentionally devised to invade the

5 attorney-client privilege.

6 She's not going to answer those questions.

7 Q (BY MS. MENNINGER) You can answer a

8 question about whether your attorneys had told you to

9 lie. Because that would be a crime, and I'm sure --

10 A I will --

11 Q -- I'm sure you want to tell me that your

12 attorneys did not tell you to lie, correct?

13 A I can tell you for a fact my attorneys

14 have never told me to lie.

15 Q All right. And did your attorneys tell

16 you to change a date?

17 MR. EDWARDS: Objection. She's not

18 answering any questions about communications between

19 her lawyers and herself, period.

20 Q (BY MS. MENNINGER) So if I could also

21 direct your attention to Defendant's Exhibit 8. It's

22 the manuscript. If you could turn to page 40.

23 THE VIDEOGRAPHER: I just have a quick

24 request, Counsel.

25 Ms. Giuffre, would you mind bringing the

## Page 101

1 mic higher up on your jacket, please?

2 THE DEPONENT: Sure.

3 THE VIDEOGRAPHER: Thank you.

4 THE DEPONENT: Tell me if that's okay.

5 Better?

6 A  Okay.  Page 40?

7 Q  (BY MS. MENNINGER)  Right.  Do you see the

8 first full paragraph on that page?

9 A  I do.

10 Q  The first line begins:  I spent my sweet

11 16th birthday on his island in the Caribbean next to

12 Little (sic) St. James Isle.  He liked to call it

13 Little St. Jeff's.  His ego was enormous as his

14 appetite for fornicating.

15 Do you see that sentence?

16 A  I do.

17 Q  That is not true, correct?  You were not

18 spending your sweet 16th birthday on Little St. James

19 Isle, correct?

20 A  Based on my knowledge at the time that I

21 wrote this manuscript, I thought I did spend my 16th

22 birthday there.  And so I put it down in there as

23 that.  Now I know that it wasn't my 16th birthday.

24 Q  Or your sweet 16th birthday?

25 A  Well, we --

## Page 102

1 MR. EDWARDS:  Object to the form.

2 Harassing.

3 Q  (BY MS. MENNINGER)  Was it your sweet 16th

4 birthday?

5 A  Is it not custom to call your 16th

6 birthday sweet?  Have you never heard that saying

7 before?

8 Q  Was it your sweet 16th birthday,

9 Ms. Giuffre?

10 A  As we --

11 MR. EDWARDS:  She's answered the question.

12 It's been asked and answered.

13 MS. MENNINGER:  She asked me a question,

14 actually.  You're not testifying here.

15 Q  (BY MS. MENNINGER)  Was it your sweet 16th

16 birthday?

17 A  As I thought, in the manuscript when I

18 wrote it, I thought it was my sweet 16th birthday.

19 Q  Okay.  Now that you know it wasn't, where

20 did you spend your sweet 16th birthday?

21 A  Well, I don't know.

22 Q  Well, just give us your best guess.

23 MR. EDWARDS:  Objection.  And she's not

24 going to guess today.  She's going to tell you the

25 answers as she remembers them.

## Page 103

1 If you remember the answer, please tell

2 her the answer.

3 A  I don't know the answer, where I spent my

4 sweet 16th birthday.

5 Q  (BY MS. MENNINGER)  Do you know who you

6 were with on your sweet 16th birthday?

7 A  No, I don't.

8 Q  Do you know where you lived on your sweet

9 16th birthday?

10 A  No, I don't.

11 Q  Were you living with your parents on your

12 sweet 16th birthday?

13 A  I don't know.

14 Q  Were you living with ████████ on your sweet

15 16th birthday?

16 A  I don't know.  I was a runaway a lot.  I

17 don't know where I lived at the time.

18 Q  Okay.  Were you working at Taco Bell on

19 your sweet 16th birthday?

20 A  I don't think so.  I don't know.

21 Q  Were you working at Publix on your sweet

22 16th birthday?

23 A  I don't know.

24 Q  Were you working at an aviary on your

25 sweet 16th birthday?

## Page 104

1 A  Again, I don't know.

2 Q  Do you recall any present you actually got

3 on your sweet 16th birthday?

4 A  No, I don't.  I don't know where I spent

5 it, who I spent it with or what I got.  I'm sorry.

6 Q  How long did you work at Mar-a-Lago?

7 A  Best of my recollection, it was a summer

8 job.  I believe I started in June.  And I think I

9 only worked there approximately two weeks, two, three

10 weeks.

11 Q  How many hours a week did you work?

12 A  I want to say it was a -- I want to say

13 it's a full-time job.

14 Q  Do you recall it being a full-time job?

15 A  It was a summer job, but just thinking

16 back, my dad used to bring me in and bring me home.

17 So he worked full time, all day.  So -- and I didn't

18 lounge around Mar-a-Lago so, yes, I think it would

19 have been a full-time job.

20 Q  And how much did you make per hour?

21 A  Approximately, I think I remember making

22 $9 an hour.

23 Q  The bracelet and earrings you got for your

24 birthday, some birthday, on Little -- or where was

25 that birthday party, at Little St. James?

Page 105

1    MR. EDWARDS:  Object to the form.
2    Q    (BY MS. MENNINGER)  Where was it?
3    A    At Little Saint Jeff's.
4    Q    Okay.  Where are those bracelet and
5 earrings now?
6    A    I left everything behind me when I went to
7 Thailand.
8    Q    Where did you leave them, exactly?
9    A    I had a storage facility and my apartment
10 that I lived in.
11   Q    So where were they, in the storage
12 facility or in the apartment?
13   A    Most likely in the apartment.
14   Q    Okay.  What apartment was that?
15   A    Royal Palm Beach.  I don't know the
16 address, I'm sorry.
17   Q    You don't know the address at all?
18   A    Not at all.
19   Q    Okay.  Where was it roughly located in
20 Royal Palm Beach?
21   A    I don't know.  It's been a long time since
22 I've been back to Royal Palm.  I don't remember
23 street names or anything.
24   Q    Did it have one or two bedrooms?
25   A    It was two bedrooms.

Page 106

1    Q    Was it on the first or second floor?
2    A    The second floor.
3    Q    Who lived there with you?
4    A    ████ first lived there with me.
5 ████ and I broke up shortly after living there.
6 And ████ lived there with me.
7    Q    Okay.  And that's the apartment that you
8 left when you went to Thailand?
9    A    Yes.
10   Q    Did you live at more than one apartment
11 with ████
12   A    When I was a runaway, he let me stay at
13 his apartment.
14   Q    Was that a different apartment?
15   A    Yes.
16   Q    All right.  So you lived at ████
17 apartment when you were a runaway?
18   A    Correct.
19   Q    And did you live anywhere else other than
20 those two apartments with ████
21   A    We stayed at ████ parents' house, I
22 think for a few weeks before the apartment.
23   Q    Okay.  The apartment that you rented?
24   A    The apartment that ████ rented.  I
25 think I was too young to go on a lease.

Page 107

1    Q    Well, all right.  We'll come back to that
2 in a minute.  But the apartment that you left in 2002
3 was the one in Royal Palm Beach that you lived at
4 originally with ████ and then after breaking up
5 with ████, ████ lived there?  That's the one we're
6 talking about?
7    A    Correct.
8    Q    That's the apartment we're talking about?
9    A    That's not the one that --
10   Q    Okay.
11   A    Sorry.  I'm confused.  Could you please
12 reask the question?
13   Q    All right.  I asked you where you left
14 your bracelet or earrings.  You think you --
15   A    Okay, yes.
16   Q    -- left them in an apartment, correct?
17   A    Okay.  Yes.  Yeah, not the one -- not the
18 first one.  The one where ████ eventually moved into.
19   Q    That's the apartment you left the bracelet
20 and earrings at?
21   A    I believe so, yes.
22   Q    So when you were working at Mar-a-Lago,
23 you rode with your father every day?
24   A    Yes.
25   Q    What car did he drive at the time?

Page 108

1    A    I don't know.
2    Q    Okay.  Did you have a vehicle of your own
3 at the time?
4    A    No.
5    Q    Did you have a driver's license at the
6 time?
7    A    Yes.  I got my permit when I was 15 and my
8 driver's license when I was 16.
9    Q    Okay.  And how were you paid, by cash or
10 check or some other method?
11   A    I don't remember.
12   Q    Did you have a bank account at that time?
13   A    I don't think I've ever had a bank
14 account -- well, up until recently, living here.  I
15 don't remember having a bank account.
16   Q    So you believe you got paid by unknown
17 means and you did not deposit it into a bank?
18   A    Correct.
19   Q    What was your uniform when you worked
20 there?
21   A    At Mar-a-Lago?
22   Q    Right.
23   A    It was a white miniskirt with a little
24 white polo top with the emblem of Mar-a-Lago on it.
25   Q    Did they give you more than one?

## Page 109

1    A    I don't know, maybe.

2    Q    Did you wear it to and from work every

3  day?

4    A    Yes.

5    Q    Did you get new ones when you arrived that

6  were clean or did you launder them at home?

7    A    I would have had to wash them when I got

8  home, I suppose.

9    Q    And you think you had more than one or you

10  don't recall?

11    A    I don't recall.

12    Q    All right.  Was that something you

13  purchased or did they give it to you?

14    A    They gave it to me.

15    Q    And who else was wearing that uniform?

16    A    The other locker, the lady that did the

17  front desk next to the locker rooms.

18    Q    She had the same one?

19    A    Yes.

20    Q    Was that Adriana?

21    A    I don't think Adriana wore a uniform.  I

22  think she just dressed professional.

23    Q    Okay.  And what other employees did you

24  see there at the spa at the time when you worked

25  there?

## Page 110

1    A    There were -- well, this is in the massage

2  area and there's also like a fitness area.  So

3  there's spa and fitness.  So there would be the

4  masseuses and then there would be the trainers.  And

5  that was just located in that one area away from the

6  main house and stuff.

7    Q    And is that the area in which you worked?

8    A    Yes.

9    Q    In the spa area or the fitness area?

10    A    The spa and the fitness area were in the

11  same complex.

12    Q    Okay.  What did the other people who

13  worked in the spa area wear?

14    A    I don't remember what they wore.

15    Q    All right.  And what did the people in the

16  fitness area wear?

17    A    I don't remember.  I know it was -- we had

18  our own uniforms.  Everyone else had their own.

19    Q    Who is we?

20    A    Well, the girls that worked in the meet

21  and greet area.  Me and the other girl with the curly

22  hair I told you about --

23    Q    Um-hum.

24    A    -- had our own uniforms.  And then the

25  fitness people had their own uniforms.  And the

## Page 111

1  masseuses had their own uniforms.

2    Q    What did the masseuses' uniform look like?

3    A    I don't remember.

4    Q    No recollection at all?

5    A    None whatsoever.

6    Q    Color?

7    A    No, sorry.  I remember mine.

8    Q    Okay.  How did it come to pass that you

9  were no longer working at Mar-a-Lago in two to three

10  weeks?

11    A    I was approached by Ghislaine Maxwell.

12    Q    Okay.  And how long had you been working

13  at Mar-a-Lago when you were approached by Ghislaine

14  Maxwell?

15    A    Roughly two to three weeks.

16    Q    Okay.  Where in the spa were you when you

17  were approached by Ghislaine Maxwell?

18    A    Just outside the locker room, sitting

19  where the other girl that works there usually sits.

20  She was away from the desk.  I was reading a book on

21  massage therapy.

22    Q    Was that indoors or outdoors?

23    A    Outdoors.

24    Q    Okay.  And what -- were you in the sun or

25  in the shade?

## Page 112

1    A    In the shade underneath a -- I don't know

2  what you'd like to call it, but, you know, underneath

3  the complex, the building.

4    Q    All right.  And what was Ghislaine Maxwell

5  wearing when she approached you?

6    A    I don't remember what she was wearing.

7    Q    Any recollection, color of clothing or

8  anything?

9    A    No.

10    Q    Okay.  Any details about her?  Was she

11  carrying a purse or anything?

12    A    No.  She looked like, from my memory, she

13  looked like she was either there for a massage or

14  fitness.  I remember she had a British accent.  She

15  was very interested in the book that I was reading.

16    I mean, we can get into some more details

17  later if you'd like, but I don't remember any more

18  about what she was wearing that day.

19    Q    Did you have a cell phone at that time?

20    A    No.

21    Q    Where were you living at that time?

22    A    At my parents'.

23    Q    And who else was living there with you at

24  the time?

25    A    My mother and my dad and my brother.

## Page 113

1    Q    Which brother?

2    A    ███

3    Q    What about your other brother?

4    A    I think he had moved out by then.

5    Q    What forms of communication did you have?

6    Just a home phone number, or what?

7    A    Yeah, there was a home phone.

8    Q    When do you recall ever getting a cell

9    phone?

10   A    The first cell phone I ever got was the

11   one that Ghislaine gave to me.

12   Q    So you never had -- your parents, did they

13   have ones when you were working at Mar-a-Lago?

14   A    No, my dad used to -- like, we had phones

15   in the spa and maintenance area and so on, so forth.

16   And you could, so to speak, page people from around

17   the courts.

18   Q    Okay.  So tell me what you recall of the

19   first conversation that you had with Ghislaine

20   Maxwell.

21   A    I'm sitting there reading my book about

22   massage therapy, as I'm working in the spa.  And I'm

23   getting my GE -- well, I was in the process of

24   getting my GED before I went to my summer job.  I

25   decided that I would like to become a massage

## Page 114

1    therapist one day.  And the body really intrigued me,

2    you know, reading this massage was a lot about

3    anatomy, blood flow.  Everything to do with, you

4    know, touching somebody somewhere and then triggering

5    a result somewhere else.  I just was very intrigued

6    by the whole anatomy thing.

7         She came up, Ghislaine, sorry.  Ghislaine

8    came up and approached me at the desk that I was

9    sitting at.  And my book was like this (indicating)

10   and she said, Oh, you're reading a book about

11   massage.  You want to do massage?  And I told her,

12   Yes, you know, I'm very interested in it.  One day I

13   would like to become a masseuse.

14   Q    All right.  Where did you get the book on

15   massage?

16   A    Maybe the library.

17   Q    Maybe or do you recall?

18   A    I don't think I purchased it.  So I'd have

19   to say the library.

20   Q    Okay.  What library was that?

21   A    Whichever library was close to my house.

22   Q    Do you remember a library being close to

23   your house?

24   A    There's one in Wellington that I used to

25   go to.  Oh, no, there's one in Royal Palm.  Yeah,

## Page 115

1    there's one in Royal Palm and Wellington, and I used

2    to go to both.

3    Q    Did you have a card for both?

4    A    Did I have a card?

5    Q    A library card?

6    A    Yeah.

7    Q    For both places?

8    A    To be able to rent out a book, yeah.

9    Q    Okay.  So the best of your recollection is

10   you used one of your library cards at one of those

11   two libraries to check out a book on massage and

12   anatomy?

13   A    Correct.

14   Q    And when did you do that relative to

15   starting at Mar-a-Lago?

16   A    Probably within the first week.  I mean, I

17   saw what the massage therapists got to do.  I mean,

18   their jobs were so relaxing.  The music, like the

19   atmosphere, they always had happy clients.  It just

20   seems like an ideal job.

21   Q    And so you were spurred to go to the

22   library and check out a book?

23   A    Well, I had been talking with the other

24   massage therapists and they're the ones who first

25   intrigued me about what they do.  And, you know, I

## Page 116

1    wanted to aim for something higher than being a

2    locker room attendant one day.  And.  Yeah.

3    Q    What was the name of the massage therapist

4    that you were speaking with?

5    A    Oh, I have no idea.

6    Q    Can you give me any physical description

7    of any of them?

8    A    Um, there was one who had blonde short

9    hair.  There was -- I would say there's probably

10   about four massage therapists that work in there.

11   So, I mean, I don't remember all of them.

12   Q    Okay.  What time of day was it?

13        MR. EDWARDS:  Object to the form.

14   A    Afternoon.

15   Q    (BY MS. MENNINGER)  How late?

16   A    Anywhere between 2 to 4.

17   Q    And what time did you get off of work?

18   A    I believe I got off at 5.

19   Q    And what was the rest of your conversation

20   with Ms. Maxwell?

21        I'm sorry, I don't think you finished.

22   A    Thank you.  Well, she noticed I was

23   reading the massage book.  And I started to have

24   chitchat with her just about, you know, the body and

25   the anatomy and how I was interested in it.  And she

## Page 117

1    told me that she knew somebody who was looking for a
2    traveling masseuse.
3          And I said, Well, I don't have any
4    accreditations. This is the first book I've ever
5    read. She goes, That's okay. I know somebody. We
6    can train you. We can get you educated. You know,
7    we can help you along the way if you pass the
8    interview.
9          If the guy likes you, then, you know, it
10   will work out for you. You'll travel. You'll make
11   good money. You'll be educated, and you'll finally
12   get accredited one day.
13   Q     Okay.
14   A     She finished off by, you know, giving me
15   her number. And I told her I'd have to ask my dad.
16   And I called my dad. I ran over, actually, to see my
17   dad, talked to him. He said it would be okay. I
18   used the phone from Mar-a-Lago to call her and tell
19   her that I was allowed to come over.
20         And she said, Great. Meet me here at -- I
21   don't remember the exact address, but it was
22   El Brillo Way in Palm Beach -- after you get off.
23   And my dad drove me.
24   Q     Did you write down her add -- the address
25   that she gave?

## Page 118

1    A     Yes.
2    Q     Did you write down her phone number?
3    A     Yes.
4    Q     So did you go run and talk to your dad
5    while she was still there?
6    A     No, I believe she left. And she told me
7    to ask my dad and then to give her a phone call.
8    Q     Okay. Did she ask you your age when she
9    had that conversation with you?
10   A     No, she did not.
11   Q     Did you tell her your age?
12   A     No, I did not.
13   Q     And so somewhere you wrote down a phone
14   number to call her back at?
15   A     Um-hum.
16   Q     All right. And where did you write that
17   down?
18   A     Probably just a piece of paper lying
19   around the desk.
20   Q     Okay. But you don't remember?
21   A     I mean, no, I don't have that piece of
22   paper anymore, so no.
23   Q     Okay. And did you write down an address?
24   A     Yes.
25   Q     And what number do you think you called?

## Page 119

1    A cell phone or a home phone, or do you have any
2    idea?
3    A     I have no idea. Ghislaine answered. So
4    if it was a home phone, the butlers probably would
5    have answered. So most likely it was her cell phone.
6    Q     All right. And what happened when you got
7    off of work?
8    A     My dad drove me to El Brillo Way.
9    Q     Um-hum.
10   A     We arrived at a very large pink mansion.
11   And we knocked on the door. My dad got out of the
12   car and we knocked on the door.
13   Q     Do you recall which car this was?
14   A     I don't know what he was driving at the
15   time. My dad always drives trucks. So it would have
16   been some kind of truck.
17   Q     But you don't know which kind?
18   A     I don't know if it was a Ford or a Dodge
19   or --
20   Q     What kind of car does your mom drive?
21   A     Right now?
22   Q     No, in 2000.
23   A     Oh, I have no idea. I don't remember.
24   They change cars quite often. They like getting
25   different cars.

## Page 120

1    Q     When did you get your first car?
2    A     After my trip to London to meet Prince
3    Andrew.
4    Q     Okay. What kind of car did you get?
5    A     A Dodge Dakota.
6    Q     And did you purchase that yourself?
7    A     Yes, I did.
8    Q     And how much did it cost?
9    A     I don't remember off the top of my head
10   how much it cost.
11   Q     Who did you buy it from?
12   A     My dad helped me bargain with it. I don't
13   remember where we bought it from.
14   Q     And was the title put in your name or your
15   dad's name?
16   A     I think the title was put in my name. I
17   think. I mean, my dad was with me. I've never
18   registered a car or anything like that before. So --
19   Q     So that was your first time?
20   A     Yes.
21   Q     Memorable, right?
22   A     Yes.
23   Q     When you got there, a butler or someone
24   answered the door, is that what you said?
25   A     No, Ghislaine answered the door.

Page 121

1    Q    Okay.  And then what happened?
2    A    She shook hands with my dad.  Like, she
3   briefly opened the door.  She stepped out, shook
4   hands with my dad.  Told her (sic) she'd look after
5   me and she'd make sure I get a ride home.  And just
6   very briefly, that was it.  And my dad left, and I
7   went inside with Ghislaine.
8    Q    Did Ghislaine and your dad have any
9   discussion about what it was you were doing there, in
10   your presence?
11    A    You know, I can't recall exactly what was
12   said.  But I had already told my dad what was -- what
13   the interview was for.  So --
14    Q    What did you tell your dad?
15    A    That a very nice lady approached me and
16   told me that she would offer me an education to
17   become a massage therapist.  And it was a great -- it
18   would be great experience for me to be able to get
19   educated and trained and eventually be accredited.
20   So he was very happy for me as well.
21    Q    You told him that outside of the presence
22   of Ghislaine?
23    A    Yes, when I first ran to the tennis courts
24   where he was at.
25    Q    And then, in your presence at the home,

Page 122

1   did your dad and Ms. Maxwell have any conversation --
2   further conversation about what you were doing there?
3    A    I don't recall.  I think they probably
4   would have chatted for approximately -- maybe 30
5   seconds.  It really wasn't a long chat.
6        The things that stick out in my mind were,
7   We will take good care of her and we'll be
8   bringing -- we will make sure she gets a ride home.
9    Q    And how far away did you live?
10    A    Approximately 30 minutes.
11    Q    And that's with your parents' house,
12   right?
13    A    That was my parents' house.
14    Q    Did you see any other employees or any
15   other people inside the house on that day?
16    A    Yes.
17    Q    Who else did you see?
18    A    Juan Alessi.
19    Q    Um-hum.
20    A    And Maria.  But Jeffrey and Ghislaine like
21   to call them John and Mary.
22    Q    Okay.  Where did you see John?
23    A    Downstairs after the whole ordeal.
24    Q    Um-hum.  Which room?
25    A    The kitchen.

Page 123

1    Q    All right.  Where did you see Mary?
2    A    The same place, kitchen.
3    Q    Were they talking to one another?
4    A    No.  Mary was doing something with the
5   dishes.  They were always either cleaning up or doing
6   stuff, so --
7    Q    And you saw them in the kitchen?
8    A    In the kitchen area.  I mean, you have to
9   understand there's like three parts to that kitchen.
10   So it's very large.
11    Q    All right.  What part did you see John in?
12    A    In the corner, left hand.  And Mary was in
13   the same vicinity but not right next to him.  They
14   weren't chatting.
15    Q    What is also contained in the corner, left
16   hand of the room?
17    A    There's like a -- like shelves with -- I
18   don't know.  Just shelves that I remember, you know,
19   open door pantry stuff.
20    Q    What was Ms. Maxwell wearing when you
21   arrived at the home?
22    A    I don't remember what she was wearing.
23    Q    The book that you were reading at the spa
24   that day, do you recall the name of it?
25    A    No.  I just know it was -- it said the

Page 124

1   word massage on the front of it.  I don't know the
2   title or the author.
3    Q    Do you know the color of the book?
4    A    It was -- it was dark.  It was a, like
5   plastic covering.
6    Q    All right.  And how big was it, if you can
7   just demonstrate for the video?
8    A    Smaller than that.  Maybe -- I don't --
9   maybe a little bit less than that.
10    Q    Can you hold it sideways for the video?
11    A    (Complied.)
12    Q    So you're saying the book size was a
13   little bit less than half of --
14    A    Right.  I mean, the book was a little bit
15   bigger.  The pages were -- you know, this is very
16   small print.  This is printed A4 longways, whereas, I
17   think.  It wasn't A4 that way.  I don't know.  It was
18   just a book.  And I don't know how many pages it had
19   either.  I mean, approximately, maybe 100 pages.
20    Q    Okay.  So maybe my question wasn't a very
21   good question.
22        How big was the outside of the book, not
23   the thickness, but the length and the width?
24    A    Maybe like here (indicating).
25    Q    So a little bit bigger?

## Page 125

1    A    Longer than this, yeah. We're going to
2  fold it in half again, and then like that
3  (indicating).
4    Q    So larger than an 8 and a half and
5  11 piece of paper?
6        MR. EDWARDS: Form.
7    A    I don't know what 8 and a half and
8  11 inches is. If this is 8 and a half and 11 inches,
9  then yes. It's (indicating).
10   Q    (BY MS. MENNINGER) So when you fold it in
11 half, is that a little bit smaller, folded in half,
12 than the book --
13   A    Yeah, if I were going to hold the book
14 like this, if I were going to sit there and read the
15 book like this, in my mind it would be a little bit
16 bigger than what I'm holding right here.
17   Q    All right. So you're demonstrating the
18 book as it's opened that way?
19   A    Yeah, let's just say I'm reading it like
20 this.
21   Q    Okay. Got it.
22       MS. MENNINGER: I'm going to suggest we
23 take a short break. We can --
24       MR. EDWARDS: Order --
25       MS. MENNINGER: -- order lunch for you

## Page 126

1  guys and then do a little bit more before the lunch
2  gets here --
3        MR. EDWARDS: Okay.
4        MS. MENNINGER: -- if that works for
5  everybody.
6        MR. EDWARDS: Yeah, that's great.
7        MS. MENNINGER: All right. Let's do that.
8        THE VIDEOGRAPHER: We're off the record at
9  11:38.
10       (Recess taken from 11:38 a.m. to
11 11:57 a.m.)
12       THE VIDEOGRAPHER: We're back on the
13 record at 11:57.
14   Q    (BY MS. MENNINGER) How long were you at
15 the El Brillo home on that first day you went?
16   A    Over two hours.
17   Q    Okay. And who took you home?
18   A    Juan Alessi.
19   Q    And what car was he driving?
20   A    I believe it was a black Suburban.
21   Q    Did anyone else ride in the car with you?
22   A    Just Juan.
23   Q    What time approximately did you get home?
24   A    8:30, approximately.
25   Q    Was it dark?

## Page 127

1    A    Yes.
2    Q    Who else was at home when you got home?
3    A    My mom, my dad and my brother.
4    Q    Which brother?
5    A    Sky.
6    Q    And anyone else who was there at the time?
7    A    I believe Michael might have been living
8  with me at that time. So he might have been there.
9    Q    Do you recall if he was there when you got
10 home?
11   A    I don't really remember. I remember what
12 I did when I got home, that I basically made a
13 beeline for the bathroom.
14   Q    Let me ask you a question. Michael was
15 living with you at that home, at your parents' home
16 at the time, is your best recollection today; is that
17 right?
18   A    That's my best recollection, yes.
19   Q    When you say living with you, were you
20 guys staying in the same room?
21   A    Yes.
22   Q    Were you engaged at that time to him?
23   A    That was a really weird relationship. He
24 was a friend who looked after me, and he did propose
25 to me and I did say yes. But my heart was never in

## Page 128

1  it.
2        He was somebody that helped me off the
3  streets so I felt compelled to say yes to him.
4    Q    Okay. So when he proposed to you and you
5  said yes, did that take place before you started
6  working at Mar-a-Lago or after you started working at
7  Mar-a-Lago?
8    A    Before.
9    Q    And so if he were living with your parents
10 at that time, you were living in the same room; is
11 that correct?
12   A    I believe so.
13   Q    And your parents understood him to be your
14 fiance?
15   A    I don't think they agreed with it, but I
16 think they understood it as that. I mean --
17   Q    I mean, you communicated to them that he
18 had proposed and you had accepted?
19   A    Yeah, in not such a pretty way. I mean,
20 they obviously weren't very happy about it. And it
21 wasn't my true intentions to ever marry him.
22   Q    Okay.
23   A    But I did it to make him feel okay. I
24 didn't want to be mean.
25   Q    What did your mom say about your

## Page 129

1 engagement to ██████?

2    A   Oh, they never thought it was going to go

3 forward either.

4    Q   **When you got home, you said you made a**

5 **beeline for the bathroom?**

6    A   Correct.

7    Q   **And what did you do in the bathroom?**

8    A   I showered.

9    Q   **Okay. Did you have a conversation with**

10 **anyone prior to going to the bathroom?**

11    A   My mom came into the bathroom and -- and

12 she, you know, she asked me how it went. And I told

13 her I'd rather not talk about it. And she didn't

14 push me any further for any more conversation.

15    Q   **Okay. And then she left the bathroom?**

16    A   She left the bathroom.

17    Q   **Did anyone overhear that conversation?**

18    A   No, the door was closed.

19    Q   **Was your dad at home?**

20    A   Yes.

21    Q   **Did you have a conversation with your dad**

22 **that night?**

23    A   Not that I remember, no.

24    Q   **And did you have any other conversation**

25 **with your mother that night?**

## Page 130

1    A   No.

2    Q   **Did you have any conversation with your**

3 **brother that night?**

4    A   No. He's -- he's five years younger than

5 me. It's not something I'd talk to him about.

6    Q   **And did you have any conversation with**

7 ██████ **that night?**

8    A   I could have. I don't remember having

9 one, but I could have.

10    Q   **Did you call any of your friends that**

11 **night?**

12    A   No.

13    Q   **Who were your good friends at that time?**

14    A   ████████ (phonetic). That was

15 really it. I didn't really have many friends. I

16 kept to myself a lot.

17    Q   **Did you call** ████████ **that night?**

18    A   I don't think ████ and I were -- we were

19 on and off friends from middle school. And no reason

20 on and off like we had an argument or something. We

21 just got out of touch.

22    Q   **Um-hum.**

23    A   So, no, at that time I don't think I was

24 talking to him.

25    Q   **Are you aware of any distinguishing**

## Page 131

1 **physical features of Ghislaine Maxwell?**

2    A   I can tell you that she had very large

3 natural breasts. I can tell you that her pubic hair

4 was dark brown, nearly black. I don't remember any

5 specific birthmarks or moles that I could point out

6 that would be relevant.

7    Q   **Any scar?**

8    A   I don't remember any scars.

9    Q   **Any tattoos?**

10    A   No tattoos.

11    Q   **When did you next go to the El Brillo**

12 **house?**

13    A   I believe it would have been the next day.

14    Q   **You believe it would have been or was it?**

15    MR. EDWARDS: Form.

16    A   I know that it was consecutive, that I

17 continued to go there after my first -- the first

18 time that the abuse took place there. It was

19 consecutive that I was there, I believe, over the

20 next course of weeks.

21    Q   **(BY MS. MENNINGER) What day of the week**

22 **was the first time you went?**

23    A   I don't know.

24    Q   **Do you know whether you went the very next**

25 **day or not?**

## Page 132

1    A   I believe I did.

2    Q   **All right. How did you get there the very**

3 **next day?**

4    MR. EDWARDS: Form.

5    A   I believe my dad dropped me off again.

6    Q   **(BY MS. MENNINGER) When you say you**

7 **believe, do you recall him doing that or are you**

8 **guessing?**

9    A   I don't -- well, this is how I figure

10 this. I don't remember Ghislaine picking me up from

11 Mar-a-Lago. I didn't have my own car. So the only

12 way I could have really gotten there would have been

13 my dad picking me up -- I mean, sorry, dropping me

14 off.

15    Q   **Do you have a distinct recollection of**

16 **your father dropping you off there more than one day**

17 **in a row?**

18    A   Yes.

19    Q   **You do not recall the car he was driving?**

20    A   Like I said, he always drove trucks.

21 That's as good as I can get.

22    Q   **And so -- and you worked on weekends as**

23 **well at Mar-a-Lago or no?**

24    A   No.

25    Q   **So the second day would have had to be**

Page 133

1  another weekday or was it on a weekend?
2      MR. EDWARDS:  Form.
3      A   I don't know.
4      Q   (BY MS. MENNINGER)  Do you know if you
5  went after work at Mar-a-Lago?
6      A   Yes.
7      Q   So you went to work the very next day at
8  Mar-a-Lago?
9      A   Yes.
10     Q   Did you have a conversation with anyone at
11 Mar-a-Lago about the day before at El Brillo?
12     A   No.
13     Q   You didn't talk to any of your coworkers
14 about it?
15     A   No.
16     Q   Who was your boss at the time?
17     A   No.
18     Q   Did you have a boss at the time?
19     A   I think Adriana or Adrienne.  I don't
20 remember the exact pronunciation of her name, but
21 it's along those lines.  I believe she was my boss.
22     Q   And you did not talk to her about it?
23     A   No.
24     Q   You surmise that your father dropped you
25 off because you can't think of another way you would

Page 134

1  have gotten there, correct?
2      A   Correct.
3      Q   And when you came the second day, did your
4  father come to the door?
5      A   I don't think he came to the door that
6  time.  I think I was just dropped off.
7      Q   All right.  And what did you do when you
8  got there?
9      A   Knocked on the door and --
10     Q   Who answered the door?
11     A   Juan Alessi.
12     Q   Okay.  Was anyone else there besides Juan
13 Alessi?
14     A   Jeffrey, Ghislaine and Emmy Taylor.
15     Q   Okay.  And where did you see Emmy Taylor?
16     A   She was downstairs.
17     Q   Did you speak to her?
18     A   Just introductions.
19     Q   Tell me what you mean by introductions.
20     A   My name is Virginia.  Nice to meet you.
21 Her name, she introduced herself as Emmy.  And she
22 told me she was Ghislaine's personal assistant.
23     Q   Did you call yourself Virginia at the
24 time?
25     A   No, I think I've gone by Jenna for a long

Page 135

1  time.
2      Q   So did you introduce yourself as Virginia
3  or as Jenna?
4      A   Most likely Jenna.
5      Q   Do you recall this or is this something
6  that you're guessing about?
7      A   Well, considering that everybody knew me
8  as Jenna, I think I would have introduced myself as
9  Jenna.
10     Q   You don't recall it?
11     MR. EDWARDS:  Form.
12     A   I don't recall the exact answer to that,
13 no, but just knowing I had everybody pretty much call
14 me Jenna.
15     Q   (BY MS. MENNINGER)  I'm just trying to
16 make a clear record about what you do remember and
17 what you're guessing about.  So when you say I think
18 I would have, it leads me to believe you don't recall
19 it.
20         If you mean something different by that --
21     A   I --
22     Q   -- please feel free to clarify.  I'm just
23 trying to explain to you what I'm asking.
24     A   Yes.  And I'm doing the very best that I
25 can tell you exactly what it is.  But it's just hard

Page 136

1  for me to remember so long ago.  And knowing that I
2  introduced myself as Jenna to everybody leads me to
3  assume that I would have introduced myself to them as
4  Jenna as well.
5      Q   All right.  But if we were to speak to
6  Emmy Taylor, she might have a different recollection,
7  fair to say?
8      MR. EDWARDS:  Form.
9      A   She could.
10     Q   (BY MS. MENNINGER)  How is it that you
11 knew to come there on this second day?
12     A   I was asked to come back.
13     Q   When were you asked to come back?
14     A   The day before, after the encounter they
15 told me to come back at the same time after work.
16     Q   Who is they?
17     A   Jeffrey and Ghislaine.
18     Q   Okay.  Did they both simultaneously say
19 that or did one of them say it?
20     A   It was like a conversation that they both
21 had with me separately.  Jeffrey told me upstairs
22 after the whole entire abuse had happened that he
23 really liked me and he'd like me to come back.
24         When I went downstairs --
25     Q   Let me just stop you there.  Did he say, I

Agreed Blando Court Reporting & Video, Inc.

## Page 137

1  want you to come back tomorrow?

2      A   Yes.

3      Q   Okay.  Did he tell you what time tomorrow

4  he wanted you to come back?

5      A   No, he just said he wants me to come back

6  tomorrow.

7      Q   Okay.  And then you went downstairs and

8  what happened?

9      A   Ghislaine told me I did a really good job

10  and she wants me to come back tomorrow after work.

11      Q   That's what she said, I want you to come

12  back tomorrow after work?

13      A   Yes.

14      Q   You recall those words being used by her?

15      A   Yes.

16      Q   Did you ask them for a ride to get there

17  the next day?

18      A   No.

19      Q   You just said, I'll come back tomorrow.

20      A   Yeah.  I agreed to come back the next day.

21      Q   How did you agree?

22      A   Verbally.

23      Q   Okay.  Was anyone else present when

24  Ghislaine said that to you and you responded, I'll

25  come back tomorrow?

## Page 138

1      A   I believe Juan Alessi was pretty much

2  within ear distance.

3      Q   Could you see him?

4      A   Yes.

5      Q   Okay.

6      A   Like I said, in ear distance, when I mean

7  ear distance like hearing, in the hearing vicinity.

8  And it was in the same time that she was asking him

9  to drop me off at home.

10      Q   Okay.  When you were driving home the

11  first night with Juan Alessi, did you have any

12  conversation with him?

13      A   No.  I had told him my address.  It was a

14  very quiet ride.

15      Q   Did you ride in the front or the back?

16      A   The front.

17      Q   It is your contention that, Ghislaine

18  Maxwell had sex with underage girls virtually every

19  day when I was around her, correct?

20      A   Yes.

21      Q   All right.  With whom did Ghislaine

22  Maxwell have sex in your presence?

23      A   Well, there's a lot of girls that were

24  involved.  We weren't on a first name basis with each

25  other.  I wouldn't be able to give you lists of names

## Page 139

1  of girls.  It was continuous.

2      Q   It was continuous.  Name one girl that

3  Ghislaine Maxwell had sex with in your presence.

4      A   Emmy Taylor.  I mean, that's a name that I

5  know well because Emmy was always around.

6          I'm trying to think of her name, sorry.

7  Sarah.  Her name used to be Sarah Kellen.  I think

8  she's changed it now that she's married.

9          ████████████  (phonetic) -- I can't

10  pronounce her last name properly, but it's around

11  those lines.

12          There were a lot of other girls that I

13  honestly can't remember their names.  I'm sorry.  I

14  wish I could help out more because I really would

15  like to provide more witnesses for this, but I can't

16  remember a lot of girls' names.

17      Q   So those are the three names of females

18  that you observed Ghislaine Maxwell have sex with --

19          MR. EDWARDS:  Object to the form.

20  Mischaracterizes testimony.

21      Q   (BY MS. MENNINGER)  -- is that what I

22  understand your answer to be?

23          MR. EDWARDS:  Objection.  Mischaracterizes

24  her testimony.

25      A   Those are -- those are some three of the

## Page 140

1  names that I know very well.  Like I said, there was

2  a lot more.

3      Q   (BY MS. MENNINGER) Okay.  Do you know the

4  names of any other girl that you personally observed

5  Ghislaine Maxwell have sex with?

6      A   Do you mind me taking a minute to just try

7  to reflect?

8      Q   No.

9      A   Um, her name is on the tip of my tongue.

10  Her last name is ████.  I don't remember her

11  first name off the top of my head.  I normally could

12  remember it.

13      Q   Okay.

14      A   There's just a blur of so many girls.

15  It's really hard for me to remember.  And you have to

16  understand we weren't introduced to each other on a

17  first name basis half the time.  A lot of these girls

18  would come and go and you'd never see them again.

19          So, no, it's very difficult for me to

20  pinpoint exactly who they were.  But those four that

21  I've given you are 100 percent.

22      Q   Okay.  Did you observe Ghislaine Maxwell

23  forcing any of those four girls to have sexual

24  contact with her?

25          MR. EDWARDS:  Form.

## Page 141

1    A    I don't believe that any of the girls
2  involved were truly willing participants doing it out
3  of their own wanting.  I believe we were all there
4  for one purpose, and that was to keep Jeffrey and
5  Ghislaine happy and to do our jobs, which was giving
6  them erotic massages and keeping them pleased
7  sexually.
8    Q    (BY MS. MENNINGER)  Okay.  Do you know
9  what the word force means, physical force?
10   A    If you mean like held down or a gun put to
11 the head, then no.
12   Q    Okay.
13   A    But force in a word -- like a way of
14 coercion.  There was definitely indirect threats that
15 you knew these people were powerful.  They had a lot
16 of contacts.  They were very wealthy.  They were
17 people you did not want to cross lines with on a bad
18 way.
19   Q    Okay.  What threats did you hear Ghislaine
20 Maxwell state to you?
21   A    Just the reminders of the prominent people
22 that she knows personally.
23   Q    When did Ghislaine Maxwell remind you
24 about the prominent people that she knows personally?
25   A    It was on a constant basis.  I mean, there

## Page 142

1  was no just one time that she said it.  It was like a
2  reminder, you know.  And Jeffrey did a lot more of
3  that than she did.  But she definitely made it aware
4  that we shouldn't cross boundaries with them.
5    Q    Or what would happen?
6    A    Like I said, it was more of an indirect
7  threat.  And it doesn't take an intellect to figure
8  out what they mean when they say that they're
9  powerful people and they're very wealthy and they
10 know a lot of people.
11   Q    I need you to be very clear.  You just
12 used the word "they."  I've asked you about Ghislaine
13 Maxwell.
14   A    Okay.
15   Q    So I just want to make sure you understand
16 the question.
17   A    Correct.
18   Q    Because I don't want to have you, you
19 know, misunderstand the question.
20   A    Correct.
21   Q    So I'm asking you, what did Ghislaine
22 Maxwell say would happen in regards to crossing a
23 line with respect to her knowledge of famous people?
24   A    In a --
25         MR. EDWARDS:  Object to the form.

## Page 143

1  Mischaracterizes her testimony.
2         You can answer.
3    A    You wouldn't want to piss us off.  You
4  wouldn't want to piss me and Jeffrey off.  I mean
5  that's one way of saying it.  Other than --
6    Q    (BY MS. MENNINGER)  Did she say, I don't
7  want -- you would not want to piss me off?
8    A    Piss me off is probably my word, using
9  piss, but it was along those lines.  I don't remember
10 the exact word that she used.
11   Q    And do you remember a specific occasion on
12 which she said that to you?
13   A    I remember very early on.
14   Q    Where were you?
15   A    I believe it was during my, what I call
16 the training period with Jeffrey and Ghislaine.
17   Q    Okay.  And where were you?
18   A    For a specific -- and like I said, it
19 happened a lot.  But for one specific, I remember
20 being out on the balcony in the house at El Brillo,
21 sitting outside with her.  This is when I thought
22 that -- I didn't know that I worked for Jeffrey
23 immediately.  I thought I worked for Ghislaine
24 because she was the one who brought me in.  And she
25 was the one offering the majority of the training to

## Page 144

1  me.
2         So, yeah, it was on the balcony, outside,
3  I believe the yellow room.
4    Q    She said, You would not want to piss me
5  off because I know powerful people, or words to that
6  effect?
7    A    Words to that effect, yes.
8    Q    And did she say what would happen if you
9  pissed her off because she knows powerful people?
10   A    That statement alone was enough to let me
11 know.  I was scared and I didn't want to -- I didn't
12 want to push any further into that question.  I
13 seemed like I would obey.
14   Q    Up until that point in your life, had you
15 met any powerful people?
16         MR. EDWARDS:  Form.
17   A    I do believe that I've been put in very
18 dangerous situations, being a runaway and having a
19 lot of bad things happen to me.  Understanding the
20 word powerful people and things that could happen,
21 I've put two and two together and knew what she
22 meant.
23   Q    (BY MS. MENNINGER)  Okay.  So you had met
24 powerful people before the day that Ghislaine Maxwell
25 said this to you; is that your testimony?

## Page 145

1  A   Nowhere near as powerful as Jeffrey and
2  Ghislaine, nowhere near.  But people that did scare
3  me, yes.
4      Q   Okay.  And you had met those people at
5  what age?
6      A   I don't know what age I was.  I'm sorry.
7  I was young.  I was -- before I met Jeffrey and
8  Ghislaine.
9      Q   Is there any girl who you personally
10 observed to have sexual contact with Ghislaine
11 Maxwell when she was under the age of 18?
12     A   It's very hard to tell how many girls were
13 under the age of 18.  My instruction from them was
14 the younger the better.
15     Q   And, again, them, who told you that?
16     A   Them, both of them.  They both --
17 Ghislaine did the majority of my training in the
18 beginning.  Jeffrey also insinuated and told me lots
19 of things as well.
20     Q   Okay.  So you don't know the age of any
21 other female that you saw have sexual contact with
22 Ghislaine Maxwell --
23         MR. EDWARDS:  Object --
24     Q   (BY MS. MENNINGER) -- is that true?
25         MR. EDWARDS:  Object to the form of the

## Page 146

1  question.  Mischaracterized her testimony.  She
2  wasn't finished with her answer.
3          MS. MENNINGER:  I wasn't finished with my
4  question when you objected.  And at the end of my
5  question I said, "Is that true?"  She can now restate
6  it without you suggesting to her the answer.
7          MR. EDWARDS:  I have no idea what the
8  question is to even object to at this point.
9          Do you know the question?
10     A   Do I know any underage girls that
11 Ghislaine slept with.
12         MS. MENNINGER:  Can you please read back
13 the question?
14         (Record read as requested.)
15         MR. EDWARDS:  Hold on.  She wasn't
16 finished with her question, she told me.  So that's
17 not the finished question.
18         MS. MENNINGER:  You interrupted it.  I
19 finished my question.  She just read it to her.
20     Q   (BY MS. MENNINGER)  Can you please answer
21 the question?
22         MR. EDWARDS:  Then I object to that
23 question as a mischaracterization of her testimony.
24 And she wasn't finished with her answer.
25     A   It is impossible for me to know the ages

## Page 147

1  of all the girls that were sent to Jeffrey and
2  Ghislaine.  That is my answer.
3      Q   (BY MS. MENNINGER)  I did not ask you
4  about the girls who were sent to Jeffrey and
5  Ghislaine.  I asked you about any girl that you
6  personally saw have sexual contact with Ghislaine
7  Maxwell.
8          Do you understand that question?
9      A   Do I know the ages of them?
10     Q   Do you know the age of any girl that you
11 saw have sexual contact with Ghislaine Maxwell?
12     A   Well, for instance, I mean, ▮▮▮▮▮
13 was, I think, a year older than me.  That's one way
14 of putting it.  Emmy, I think was like a few years
15 older than me.  ▮▮▮▮▮ again, a few years older
16 than me.  I mean, those are the girls that I can
17 actually name.
18         Without, not knowing the other girls'
19 names, there's no way for me to identify what age
20 they actually were.
21     Q   Okay.  Describe for me any other girl
22 other than the ones that you've named who you say
23 saw have sexual contact with Ghislaine Maxwell with
24 your own two eyes.
25     A   There's so many I don't know where you

## Page 148

1  want me to start.  I find it impossible to answer
2  that question with the amount of girls that I have
3  witnessed.  And without being able to give you
4  specific names, I don't think I'm able to answer that
5  question.
6      Q   Okay.  I asked you to describe them, so
7  you could give me a height, a hair color, anything
8  else that comes to mind?
9      A   There were blondes, there were brunettes,
10 there were redheads.  They were all beautiful girls.
11 I would say the ages ranged between 15 and 21.
12     Q   And why do you believe the ages ranged
13 from 15 to 21?
14     A   Some of them looked really young.  Some of
15 them, I wouldn't say 21 looks old or anything like
16 that, but it's hard to gauge another person's age
17 without really asking them.  But some of them looked
18 younger than me and some of them looked older than
19 me.
20     Q   And in what physical locations did you see
21 Ghislaine Maxwell have sexual contact with any girl?
22     A   100 percent, the U.S. V.I.
23     Q   Where?
24     A   Jeffrey's island.
25     Q   Where?

Page 149

1    A   In cabanas.  Do you know what I mean by
2  cabana?
3        Q   I do, thank you.
4        A   In cabanas, in Jeffrey's room.
5        Q   Describe Jeffrey's room on U.S. V.I. for
6  me.
7        A   So can I use this as an idea?  Like if
8  this is the island -- can I do that?
9        Q   I'm asking you to describe the inside of a
10 room.
11       A   Oh, the inside of a room.  I thought you
12 meant located.
13       Q   Um-hum.
14       A   Okay.  Large, stony.  He had a king size
15 bed with posts on it.  There was a large door, I
16 think it's called a door, where you put your clothes.
17 There was an adjacent bathroom with a more stony
18 look, giant tub.
19       Q   What color was the paint on the wall?
20       A   It was stone.
21       Q   What color was the bedspread?
22       A   White.
23       Q   What color were the sheets?
24       A   White.
25       Q   And you saw Ghislaine Maxwell have sexual

Page 150

1  contact with an unknown, unnamed female in that room,
2  correct?
3        A   Absolutely.
4        Q   All right.  When were you there that you
5  saw this happen?
6        A   This happened on so many occasions.  The
7  island was a place where orgies were a constant thing
8  that took place.  And again, it's impossible to know
9  how many.  And, like I said, it wasn't just Jeffrey's
10 room.  It was outside and, you know.  It was --
11       Q   When you were outside did you see
12 Ghislaine Maxwell have sexual contact with a female?
13       A   When you say sexual contact does that mean
14 fornicating or down to taking explicit photos or
15 what -- can you define what you mean by sexual
16 contact?
17       Q   Sure.  It generally, in my mind, means
18 placing either mouth or intimate parts or hands on
19 the breasts, buttocks, or pubic area of another
20 person for sexual gratification.
21       A   Sure.
22       Q   Did you see Ghislaine Maxwell have sexual
23 contact with a woman outside on the U.S. Virgin
24 Islands?
25       A   I would say a female.  I wouldn't define

Page 151

1  them as a woman.  A woman is someone who is older.
2  But, yes, outside by the pool, down by the beach
3  there's these -- they're little -- I wouldn't call it
4  a hut.  Little tiny wooden room that only could fit a
5  bed in it.
6        Q   I'm talking about outside.
7        A   That's outside.
8        Q   So let's start with by the pool.
9        A   Yes.
10       Q   Is that a different occasion than the hut?
11       A   I'm talking about many occasions.
12       Q   Okay.
13       A   Over time.
14       Q   Let's just talk about the ones that you
15 saw happen outside, out of doors.
16       A   Okay.
17       Q   Okay?
18       A   Yeah.
19       Q   Do you recall any such specific occasion
20 or is it just a big blur in your mind?
21       A   No, I mean, one occasion stands out.
22 Models were -- I think they were models -- were flown
23 in.  There were orgies held outside by the pool.
24 That's one occasion.
25       Q   All right.  Let's stick with that

Page 152

1  occasion.
2        A   Okay.
3        Q   What sexual contact did you observe
4  Ghislaine Maxwell have with a female by the pool at
5  an orgy on the U.S. Virgin Islands?
6        A   Well, there was quite a few girls and it
7  was -- excuse me, if I'm saying this in an inexplicit
8  way, but I don't know how else to say it.  So if you
9  don't understand, please let me know -- girl-on-girl
10 action.  So there was a lot of -- what's the word for
11 it?  Licking, licking vaginas, breasts.
12       Q   Okay.  Which --
13       A   Fingers being used.  She was involved with
14 that.  I remember specifically I had to go down -- do
15 you know what I mean by go down?
16       Q   It's your testimony.  Go ahead.
17       A   I had to go down on Ghislaine.  Jeffrey
18 was there as well.
19       Q   And this is -- we're still by the pool?
20       A   We're still by the pool with lots of
21 girls.
22       Q   Can you name any of those girls that were
23 there?
24       A   They didn't even speak English.  But this
25 was --

## Page 153

1    Q    Can you describe them physically?

2    A    Beautiful, tall, some were blonde, some

3    were sandy brown.  They had a foreign tongue.

4    Q    What -- what language were they speaking?

5    A    I'm not too sure.  It could have been

6    Russian.  It could have been Czechoslavakian.  It

7    could have been -- I think it's between those two, to

8    be honest.  It could have been something else but, I

9    mean, I don't speak any other language other than

10   English, so I don't really know.

11   Q    All right.  Any other time you saw

12   Ghislaine Maxwell have sexual contact with another

13   female outdoors in the U.S. Virgin Islands other than

14   this, models with the unknown language?

15   A    Are we talking about besides with me as

16   well?

17   Q    I don't know if you participated.  I'm

18   asking if you observed her have sexual contact with

19   another female?

20   A    Another female other than myself?

21   Q    You can answer it however you want.

22   A    Well, and the list keeps going on.

23   Ghislaine and I and Jeffrey and Emmy Taylor

24   participated in, I guess what you would call a

25   foursome in the living room in the main house.

## Page 154

1    Q    Okay.  I was asking about outdoors.

2    Sorry.

3    A    Oh.  Well, I don't know if you'd consider

4    this outdoors, but on the beach where those -- it's

5    basically an outdoor setting.  It's like a little

6    wooden house.  It's not a house, only a bed can fit

7    in there.  It's right on the beach.  It's open.

8    Q    Um-hum.

9    A    Would you consider that outdoors?

10   Q    I have never been there.  So I don't know

11   whether it's outdoors or not.

12   A    I would consider it outdoors.  And --

13   Q    How old were you at that time?

14   A    I don't know.

15   Q    Okay.

16   A    I have no idea.  Again, Ghislaine, myself,

17   Jeffrey, another girl in this blue, outdoor -- I

18   don't know what you want to call it.  Cabana, that a

19   house -- just a bed could fit in.

20   Q    How many times did you visit the island?

21   A    I wouldn't be able to say.  Lots of times.

22   Q    More than five?

23   A    Definitely more than five.

24   Q    More than ten?

25   A    More than ten.

## Page 155

1    Q    More than 20?

2    A    I would say more than 20.

3    Q    More than 50?

4    A    I don't think more than 50, but --

5    Q    Did --

6    A    I don't have an exact number.  I mean,

7    if -- I think if you look at the flight logs, you

8    know, that helps, but then they're not fully

9    complete.  We only have flight logs to one plane and

10   then there's a time I was flown commercially into the

11   island.

12   Q    Um-hum.

13   A    So it's really hard for me to gauge a

14   number.

15   Q    Okay.  Do you have any photographs of

16   yourself on the island?

17   A    I know I used to, but they would be left

18   in that apartment.

19   Q    What other locations did you participate

20   in sexual contact with Ghislaine Maxwell, other than

21   the island?

22   A    Everywhere.  New York, Palm Beach.

23   Q    Where in New York?

24   A    The mansion, Jeffrey's mansion.

25   Q    Okay.  Anywhere else in New York?

## Page 156

1    A    Not at her townhouse.

2    Q    Anywhere else in New York?

3    A    No.

4    Q    In Palm Beach?

5    A    At the house in Palm Beach.

6    Q    Anywhere else in Palm Beach?

7    A    No.

8    Q    In New Mexico?

9    A    The house in New Mexico.

10   Q    Anywhere else in New Mexico?

11   A    No.

12   Q    What other countries?

13   A    France, uhm, England.  Um -- we also -- I

14   mean, if we're going to talk about other countries

15   we've got to talk about international travel space or

16   plane space or whatever you want to call it because

17   it happened all the time on the planes.

18   Q    Okay.

19   A    Going from different country to country.

20   Q    Where in France did you have sexual

21   contact with Ghislaine Maxwell?

22   A    There's a couple places in France that we

23   used to go to.

24   Q    When you say you used to go to, how many

25   times did you go to France?

Page 157

1    A    I think I've been to France three times.

2    Q    All right.  How old were you when you went

3    to France?

4    A    I don't know.

5    Q    Did you have a passport when you went to

6    France?

7    A    I would have had to, yes.

8    Q    You did have a passport when you went to

9    France?

10    A    Yes.

11    Q    And you went to France three times, you

12    believe?

13    A    Yes.

14    Q    And when you were in France those three

15    times, how many of those three times did you have

16    sexual contact with Ghislaine Maxwell?

17    A    Every time.

18    Q    And in what locations in France did you

19    have sexual contact with Ghislaine Maxwell?

20    A    The first time that I remember, we stayed

21    at a really fancy hotel.

22    Q    In what city?

23    A    Paris.

24    Q    Okay.

25    A    And it was within the view of the Champs-

Page 158

1    Elysees.

2    Q    Did you have your own room or a separate

3    room?

4    A    We all stayed in the same room, but that

5    room had adjoining rooms to it.  So, you know, one

6    hotel room but with different rooms in it.

7    Q    Okay.  And anywhere else on that one trip

8    that you went?

9    A    She brought in a redheaded French girl.

10    She walked up to her in Paris and you, know --

11    Q    In your presence?

12    A    In my presence.

13    Q    Um-hum.

14    A    And she walked up to this French girl to

15    show me how easy it was for her to procure girls.  I

16    wasn't very good at it.  And, you know, it was part

17    of my training was to bring in other girls.  So she

18    walked up to her.  Within five minutes she had her

19    number and that girl came over later that night to

20    the hotel and serviced Jeffrey.  I didn't see

21    Ghislaine with her.  I just know she told me what

22    happened and Jeffrey told me what happened.

23    Q    So you were not there?

24    A    I did not see it.

25    Q    Okay.  When did you have sexual contact

Page 159

1    with Ghislaine Maxwell at this hotel room overlooking

2    the Champs-Elysees?

3    A    Before she picked up the redhead.

4    Q    And was that just you and Ghislaine or was

5    anyone else a participant in that?

6    A    Jeffrey and Emmy.

7    Q    And where else in France did you have

8    sexual contact with Ghislaine Maxwell?

9    A    The south of France.

10    Q    Where?

11    A    I wouldn't call it so much a hotel.  I

12    don't know what you'd call it.  It had like big

13    townhouse kind of things that you could rent out.

14    Q    Was this on the same trip or a different

15    trip?

16    A    Different trip.

17    Q    Okay.  Who else was present for that?

18    A    Well, we were going to █████████

19    birthday party.  It wasn't at the birthday party.

20    Q    Right.

21    A    It was before the birthday party.

22    Q    Oh, you had sexual contact with Ghislaine

23    Maxwell before you went to █████████      birthday

24    party?

25        MR. EDWARDS:  Form.

Page 160

1    A    That's correct.

2    Q    (BY MS. MENNINGER)  And who else was

3    present during your supposed sexual contact with

4    Ghislaine Maxwell on this occasion?

5        MR. EDWARDS:  Object to the form of the

6    question.

7    A    It wasn't supposed.  It actually happened.

8    And Ghislaine was present, Jeffrey was present.  I

9    believe Emily Taylor was present as well.

10    Q    (BY MS. MENNINGER)  Anyone else?

11    A    There was someone else on that trip with

12    us, but they weren't involved with the sexual

13    activity at that time.

14    Q    Okay.  And what was the other location in

15    France?

16    A    I believe the same exact place.  I mean,

17    we stayed there for a few days.

18    Q    Okay.  So the three locations are hotel in

19    Paris, same place, same place?

20    A    Correct.

21    Q    And the second and third same places were

22    on the same trip?

23    A    Same trip.

24    Q    Okay.  And then you had a third trip to

25    France where you did not have sexual contact with

Page 161

1   Ghislaine Maxwell?
2       MR. EDWARDS:  Form.
3       A   I believe -- it's hard for me to remember.
4   I remember going to quite a few different countries
5   on that trip.  I don't know if it was -- I don't know
6   if we did it in Paris or not, to be honest.  We did
7   it in other places.  But I've been to Paris three
8   times -- or not Paris, sorry, France.
9       Q   (BY MS. MENNINGER)  Okay.  All right.
10  When did you first tell your parents that you would
11  be traveling with Jeffrey Epstein?
12      A   I'm not too sure when I actually told
13  them.
14      Q   How long after you were working with
15  Jeffrey Epstein did you travel with him?
16      A   Well, I know my first trip was to New
17  York.  I would say anywhere between six weeks -- I
18  would say after six weeks.
19      Q   You were -- you had known Jeffrey Epstein
20  for six weeks before you started traveling with
21  him --
22      A   I believe.
23      Q   -- am I understanding that correct?
24      A   I believe so.  I mean, that's an
25  approximate answer.

Page 162

1       Q   And your first trip was to New York?
2       A   Yes.
3       Q   And did you just go to New York and come
4   back or did you go somewhere else?
5       A   I think I just went to New York, but I
6   can't remember if we went somewhere else.
7       Q   Okay.  And did you tell your parents you
8   were going to New York?
9       A   Yes.
10      Q   And do you recall any part of your
11  conversation with your parents about going to New
12  York?
13      A   I didn't get into details about what I was
14  having to do with Ghislaine and Jeffrey.  I didn't
15  tell them that, but I told them I was going to New
16  York.
17      Q   And you don't recall telling them anything
18  else about it?
19      A   I don't know.  I mean, I might have called
20  them from New York and told them it was cold and, you
21  know, just simple stuff.  But I can't really recall
22  what I spoke to them about.
23      MS. MENNINGER:  As I understand it, the
24  food is here.  So I'm going to suggest that now is a
25  good time to take a break.

Page 163

1       MR. EDWARDS:  Sounds good.
2       MS. MENNINGER:  All right.
3       THE VIDEOGRAPHER:  We're off the record at
4   12:42.
5       (Recess taken from 12:42 p.m. to
6   1:21 p.m.)
7       THE VIDEOGRAPHER:  We're back on the
8   record at 1:21.
9       Q   (BY MS. MENNINGER)  All right.
10  Ms. Giuffre, I want to talk to you about where you
11  were living in the late '90s.  Do you recall -- you
12  testified earlier, I believe, that you were living at
13  your parents' house and you gave us an address at the
14  time you started at Mar-a-Lago.
15      A   Yes.
16      Q   Do you remember where you lived previous
17  to living at your parents' house at that time?
18      A   Like I said, I was a runaway, so there was
19  a lot of different places I lived.  One of the places
20  I lived was, like I told you earlier, with ████
21  parents.  That was somewhere around Fort Lauderdale,
22  I believe, maybe a little bit outside of it.
23      Q   Okay.
24      A   ████ got an apartment and I lived in
25  ████ apartment for a short period.

Page 164

1       Q   And where do you recall that being?
2       A   Somewhere in Fort Lauderdale, again.
3       Q   Okay.  And then you were living with your
4   parents or was there another place in between?
5       A   Then I lived with my parents.
6       Q   Okay.  And then where is the next place
7   that you moved?
8       A   An apartment that Jeffrey got for me in
9   Royal Palm Beach.
10      Q   Okay.  And you don't know the address of
11  that?
12      A   No, I wish I could give it to you.  I
13  don't know it.
14      Q   And you stayed in that apartment until you
15  left for Thailand in the fall, later in the year in
16  2002, correct?
17      A   Yes.
18      Q   Right?
19      A   Yes.
20      Q   All right.  And when did you first stop
21  living with your parents?  How old were you when you
22  first stopped living with your parents?
23      MR. EDWARDS:  Object to the form.
24      A   The very first time?
25      Q   (BY MS. MENNINGER)  Um-hum.

Page 165

1     A    I believe I was 11.

2     Q    Okay.  What caused you to stop living with

3  your parents when you were 11?

4     A    I just had some trouble and my parents

5  thought it would be better if they sent me to

6  California.

7     Q    Okay.  What trouble did you have?

8     A    It's very hard for me to talk about.

9  There was stuff that went on in my life that, you

10  know, made me so I -- I couldn't live with my parents

11  anymore.

12     Q    What went on in your life that caused you

13  to not be able to live with your parents at the age

14  of 11?

15     A    Do I have to answer this?

16     Q    Well, did you talk to Sharon Churcher

17  about being molested as a child?

18     A    I did.

19     Q    And you authorized Sharon Churcher to

20  publish that in a newspaper, correct?

21     A    I don't think I authorized her to do it.

22  I think she -- I wouldn't say she did it on her own

23  accord.  But I talked to her about it and I wasn't

24  aware of exactly what she was going to publish and

25  what she wasn't.

Page 166

1     Q    So you were able to talk to a reporter for

2  the Mail On Sunday about this, correct?

3     A    I did tell her a little bit about my past

4  and where I came from.

5     Q    All right.  So what caused you to be sent

6  away from your parents' home at the age of 11 to

7  California?

8     A    Some of the prior abuse which led me to be

9  a very troubled young teenager.  I mean, I guess you

10  wouldn't call 11 a teenager yet, but led me to

11  running away a lot and -- and my family just thought

12  it was best that I get out of the area and move

13  somewhere else.

14     Q    Okay.  You had run away prior to being the

15  age of 11?

16     A    Yes.

17     Q    All right.  Was that reported to the

18  authorities?

19     A    That I ran away?

20     Q    Yes.

21     A    Yes.

22     Q    And where were your parents living at the

23  age of 11?

24     A    The same address I gave you earlier.

25     Q    Okay.  So the authorities associated with

Page 167

1  Loxahatchee, Florida were made aware that you had run

2  away from home at the age of 11?

3     A    Yes.

4     Q    And what abuse had you suffered prior to

5  the age of 11?

6     A    There was a very close family friend who

7  was a very sick man.  And he took advantage.

8     Q    What's his name?

9     A    ███████

10     Q    ███████  what?

11     A    ███████

12     Q    And where is ███████  today?

13     A    I don't know where he is.

14     Q    Does anyone in your family keep in contact

15  with him?

16     A    No.

17     Q    What did he do to you?

18     A    Um, he touched me places I shouldn't be

19  touched.  He sexually abused me.

20     Q    For how long?

21     A    I don't know how long.

22     Q    Did you tell that to your parents?

23     A    They know.

24     Q    How do they know?

25     A    I told them.

Page 168

1     Q    Did you tell them when you were under the

2  age of 11 or at the age of 11?

3     A    I told them later.

4     Q    When did you tell them?

5     A    It took me a long time to forgive my

6  parents for sending me away.  I didn't feel like

7  anybody understood me.  So not until later in my life

8  did I feel like I was able to talk to anyone about

9  it.

10     Q    Okay.  Was it reported to the authorities?

11     A    No.  I went too late to talk to anybody

12  about it.

13     Q    Did the event of you being molested cause

14  your parents to split up?

15     A    I think Sharon reported that, but I don't

16  think that's the case, no.  My parents split up

17  because they were really messed up.

18     Q    Your parents split up because they were

19  really messed up?

20     A    Oh, they just didn't get along.  There

21  were a lot of marital problems.

22     Q    When did they split up?

23     A    I don't really remember what year it was.

24     Q    How old were you?

25     A    I believe I was living with Jeffrey at the

Page 169

```
 1   time.
 2      Q   With whom did you live in California?
 3      A   My ████████
 4      Q   And who else?
 5      A   ████████
 6      Q   And with who else?
 7      A   That's it.
 8      Q   And for how long did you live with them?
 9      A   I don't really know how long, maybe over a
10   year, maybe two years.
11      Q   And then what caused you to not live with
12   them anymore?
13      A   I kept running away from them, too.
14      Q   And where did you live in California?
15      A   I'm sorry?
16      Q   Where in California did you live?
17      A   Where did they live?
18      Q   Where did you live with them?
19      A   Salinas.
20      Q   And do you know the address?
21      A   No.
22      Q   Do they still live there?
23      A   No.
24      Q   When did they stop living there?
25      A   I don't know.  I haven't kept in contact
```

Page 170

```
 1   with them.
 2      Q   And you believe you lived with them for a
 3   little more than a year?
 4      A   Maybe a year, maybe two years.  I'm not
 5   too sure.
 6      Q   Did you go to school there?
 7      A   Yes.
 8      Q   Where did you go to school?
 9      A   Somewhere near Salinas, I'm assuming.
10      Q   What grade were you in?
11      A   Middle school.
12      Q   Sixth grade, seventh grade?
13      A   I think sixth grade.
14      Q   And did you go there for more than one
15   year or just one year?
16      A   Maybe -- I don't know.  I'm sorry, I don't
17   know.
18      Q   Were the authorities in Salinas alerted to
19   the fact that you ran away from home there?
20      A   Yes.
21      Q   How long was the longest you were away
22   from home in Salinas, California?
23      A   Two weeks.
24      Q   And you were in middle school?
25      A   (Indicating.)
```

Page 171

```
 1         THE REPORTER:  I'm sorry, your --
 2      Q   (BY MS. MENNINGER)  Yes?  Yes or no?
 3      A   Oh.  Yes.
 4      Q   And then when did you go back to Florida?
 5      A   I don't know.
 6      Q   Was your younger brother living with your
 7   parents in Florida while you were in California?
 8      A   Um-hum, yes.
 9      Q   And was your older brother living with
10   your parents in Florida while you were in California?
11      A   I don't think so.
12      Q   How much older than you is he?
13      A   Five years.
14      Q   And when you went back to Florida, where
15   did you go to school, when you got back?
16      A   I believe I went to Crestwood Middle
17   School.
18      Q   And did you complete your studies at
19   Crestwood Middle School?
20      A   Did I get out of middle school there, yes.
21      Q   Okay.  What grades were middle school?
22      A   Six, seven and eight.
23      Q   Okay.  And when you went back to live with
24   your parents again, that was at the same address in
25   Loxahatchee?
```

Page 172

```
 1      A   Yes.
 2      Q   And you don't believe your older brother
 3   was in the home at the time?
 4      A   No, he was sent to boarding school.
 5      Q   Where did he go to boarding school?
 6      A   Washington.
 7      Q   State or city?
 8      A   Washington above California.
 9      Q   When was the next time you stopped living
10   with your parents?
11      A   They sent me to a group home called
12   Growing Together.
13      Q   Why?
14      A   Because I kept running away.
15      Q   Were the authorities alerted when you ran
16   away?
17      A   Yes.
18      Q   And how old were you when you went to live
19   at Growing Together?
20      A   I don't know.  It's hard for me to piece
21   back dates.  Off the top of my head -- I don't want
22   to guess.  I don't think I should guess.  I don't
23   know.
24      Q   But you moved directly from living with
25   your parents to living at Growing Together?
```

## Page 173

1    A    I wouldn't say directly.
2    Q    How --
3    A    I'd say I stayed with my parents for --
4 like, I think I finished school at Crestwood. So I
5 would have been in, I don't know, I guess eighth
6 grade, finished eighth grade. And then -- I don't
7 know. I really don't know. Around eighth grade.
8    Q    You went to Growing Together?
9    A    I think -- I think it was then.
10    Q    And how many years did you live at Growing
11 Together?
12    A    Over a year.
13    Q    Were you ever in foster care?
14    A    What Growing Together was, was like a
15 group home that sent you away to foster parents every
16 night.
17    Q    So you lived in other people's homes
18 during the period of time you were assigned to
19 Growing Together?
20    A    Well, you stayed at Growing Together
21 during the day and then at night you get sent home
22 with parents.
23    Q    Did you go to school while you were at
24 Growing Together?
25    A    Yeah, they offer education there.

## Page 174

1    Q    So the education was at Growing Together?
2    A    Yeah.
3    Q    You did not attend a Palm Beach County --
4    A    I did, but you had to earn your levels up
5 to be able to go outside. So I don't remember what
6 level you have to get up to, to go out to another
7 school. I think there was like seven levels or
8 something. And you had to make it to, like, level 4
9 to be able to go to outside school.
10    Q    So for some period of time you were
11 assigned to Growing Together and you were going to
12 school at Growing Together. And for some period of
13 time you were going to other schools and coming back
14 to Growing Together?
15    A    Correct.
16    Q    And then when you came back to Growing
17 Together, you were sent to spend the night at a
18 family's home?
19    A    Yes.
20    Q    So you never slept at Growing Together?
21    A    No.
22    Q    Did you live -- other than living at or
23 staying at Growing Together during the day and
24 sleeping at these other homes at night, is there
25 anywhere else that you recall living in the period

## Page 175

1 between the ages of eighth grade and when you started
2 working at Mar-a-Lago?
3    A    Besides the ones I've told you about, you
4 know, I did run away from Growing Together quite
5 often. And I did end up being -- being abused by
6 another older guy who I stayed with for I don't know
7 how long.
8    Q    How old were you then?
9    A    I don't know. I'm sorry. I really wish I
10 could pinpoint dates. I don't know dates.
11    Q    Okay. What was that man's name?
12    A    ███████████
13    Q    And how long were you living -- were you
14 living with ███████████?
15    A    Yes.
16    Q    And for how long were you living with him?
17    A    I don't know.
18    Q    Days? Weeks? Months?
19    A    I don't know. I mean, it wasn't days. I
20 don't think it was weeks. It would have been close
21 to maybe a few months.
22    Q    Okay. And was ███████████ prosecuted
23 by federal authorities in South Florida?
24    A    Yes.
25    Q    And you were located by the FBI, I

## Page 176

1 believe?
2    A    Yes.
3    Q    And you gave an interview to the FBI
4 concerning your time with ███████████, correct?
5    A    Yes.
6    Q    Did you ever get a victim's notification
7 letter regarding your status as a victim in ██████
8 ███████ federal criminal prosecution?
9    A    I don't know. My parents handled
10 everything.
11    Q    Do you know if your parents received such
12 a letter?
13    A    I don't know.
14    Q    Have you ever asked them?
15    A    No, I've never really brought it up with
16 them. It really pissed them off a lot, so I never
17 brought it up with them.
18    Q    It pissed them off that you were living
19 with ███████████?
20    A    Yes.
21    Q    Why did it piss them off, if you know?
22    A    Well, I think they were just disgusted,
23 you know, that this happened to me again. And they
24 didn't want to talk about it. They didn't want to
25 talk about it.

Page 177

1    Q    But they were aware of it?
2    A    Yes.
3    Q    Your dad came and picked you up from the
4  police station?
5    A    Yes.
6    Q    And your dad would not let you come home?
7    A    Well, I think it was more my mom didn't
8  want me to come home.
9    Q    Did she say why?
10   A    She just probably thought I was just going
11  to keep running away again.  And --
12   Q    Did she say that to you?
13   A    Well, I asked my dad at the police station
14  if I could come home instead of going back to Growing
15  Together.  And he said my mom didn't want me to come
16  home.  And I told him if he didn't get me out within
17  a week, I'd run away again and he'd never hear from
18  me again.
19   Q    And how is it that you came back to be
20  living at their house, then?
21   A    I ran away again and I called him up and I
22  said, This is your final chance.  And they came and
23  picked me up and they let me live there.
24   Q    And when did you go live with ███████
25   A    Not long after that.

Page 178

1    Q    And when did you live with ███████
2  parents?
3    A    Well, I lived with ██████ parents
4  before I lived with █████ in his apartment.
5    Q    And that was an apartment that ███████
6  rented?
7    A    ██████ and his friend.  I can't remember
8  his friend's name.  Mario, I think his friend's name
9  was.
10   Q    When did you live with ███████████
11  █████████ as parents?
12   A    That was just a brief stint.  I didn't
13  really stay there very long, but it was -- I was a
14  runaway.  That's in between times of -- I don't know.
15   Q    How old were you?
16   A    I don't know.
17   Q    I just want to be clear.  ███████ rented
18  an apartment that you moved into that he had rented,
19  correct?
20   A    Correct.
21   Q    And that was after you had lived with
22  ████████ and his parents, correct?
23   A    Yes.
24   Q    And that was prior to you and ███████
25  living with your parents when you started working at

Page 179

1  Mar-a-Lago, correct?
2    A    Yes.
3    Q    Do I have that sequence right?
4    A    So far, yes.
5    Q    And when did you stop living at your
6  parents' at the time you started working at
7  Mar-a-Lago?  How long after you started at Mar-a-Lago
8  do you stop living with your parents?
9    A    I don't know exact dates.  I was traveling
10  with Jeffrey a lot, and I was making -- he was giving
11  me lots of money for the sex that I had with him and
12  Ghislaine.
13       And after, I would say, a short time --
14  I'm not too sure, darling, I don't know.
15   Q    All right.  Can you --
16       MS. MENNINGER:  I have no recollection of
17  which number we're on in terms of exhibit.
18       MS. RODRIGUEZ:  15.
19   Q    (MS. MENNINGER)  Okay.  I'd like to mark
20  as Defendant's Exhibit 15 a document and see if you
21  can identify it.
22       Actually, before I do that, when do you
23  recall ever getting a passport?
24   A    I got my passport in New York.  I don't
25  know what age I was.

Page 180

1    Q    Okay.  And did you -- how did you get it?
2  Did you go somewhere or what happened?
3    A    Jeffrey had me fill out paperwork and go
4  to a Kodak shop or something similar of a Kodak shop
5  and get my picture taken.  I gave him my picture and
6  my paperwork.  He sent it away.  And I think a week
7  later he said he got it expedited.
8    Q    Did you physically go to an office in New
9  York?
10   A    Jeffrey's office.
11   Q    An office associated with Immigration or
12  Homeland Security or whatever it was called back
13  then?
14   A    Not that I recall.
15   Q    And do you know how old you were?
16   A    No.  I don't know how old you have to be
17  to get a passport, so I'm not too sure.
18       (Exhibit 15 marked.)
19   Q    (BY MS. MENNINGER)  Okay.  I'm going to
20  show you Defendant's Exhibit 15.
21       Do you recognize this document?
22   A    Yes.
23   Q    Is this document the passport application
24  that you filled out?
25   A    Yes.

Page 181

1      Q    Is it in your handwriting?
2      A    Yes.
3      Q    All right.  What did you put down as your
4   address at this time to mail the passport to?  It's
5   about the second line -- third line.
6      A    Number 13?
7      Q    Well, the third line says, Mail passport
8   to.  What address did you put down?
9      A    Are we talking about number 13, Permanent
10  address, do not list P.O. box, street?
11     Q    No, I'm talking about the third line in
12  the entire thing that says, Mail passport to.
13     A    Oh, I'm sorry, up here, the ██████████
14  ████████████████████████████████████████
15  ████████████████████
16     Q    All right.  So you asked to have the
17  passport mailed to you at your parents' address,
18  right?
19     A    I don't know if it was mailed to my
20  parents' house, but that's the address I sent -- put
21  down, yes.
22     Q    Okay.  And if you look a little bit
23  further to the right, roughly equal with that line,
24  do you see a date that's stamped on there?
25     A    Yeah, January 12th, 2001.

Page 182

1      Q    Okay.  And then if you go down a little
2   bit further, as you pointed out, line number 13, you
3   gave your permanent address as your parents' address,
4   again, correct?
5      A    Correct.
6      Q    If you look at box number 12 where it asks
7   for occupation, what did you write down?
8      A    Masseuse.
9      Q    Okay.  If you look at line number 18, Have
10  you ever been issued a U.S. passport before, what did
11  you put down?
12     A    No.
13     Q    All right.  And if you go down a little
14  bit further than that, emergency contact, who did you
15  put down?
16     A    ████████████████████████
17     Q    Okay.  So is that the fiancé you were
18  talking about earlier?
19     A    Yes.
20     Q    In January of 2001 were you still his
21  affianced?
22     A    Looks like it, yes.
23     Q    And what address did you put down for
24  ████████████████
25     A    It's kind of hard to read.  I think that's

Page 183

1   a 3.  I think it's ████████████████████████
2   ████████████████.  I really can't make out
3   the telephone number.
4      Q    Okay.  Do you see Relationship?  Can you
5   read that?
6      A    Friend.
7      Q    Okay.  Do you see just below that there's
8   a line that says number 21?
9      A    Do not stop -- sorry, Do not sign
10  application until requested to do so by
11  administrating an oath.
12     Q    Okay.
13     A    Applicant's signature age 13 or older.
14     Q    Oh, it's by the signature line?
15     A    Yeah.
16     Q    And that's your signature?
17     A    Yes.
18     Q    All right.  And this is the document that
19  you recall filling out for your first passport?
20     A    I don't recall doing it, but yes, it's in
21  my handwriting and it's got all of my information on
22  it.
23     Q    Okay.  And on line -- box 23 it's got your
24  driver's license checked off, right?
25     A    July 23.  Yeah, I really can't make out

Page 184

1   numbers and stuff, though.
2      Q    But the box, Driver's License is checked
3   off?
4      A    Yes.
5      Q    Okay.  And then if you look in the lower
6   right-hand corner of the page, do you see what we
7   call a Bates stamp number?  I don't know if you know
8   what that means.
9      A    No.
10     Q    Just the lower right-hand corner of the
11  document.
12     A    Giuffre 004721?
13     Q    Okay.  Thank you.
14          So at January 2001 was ████████████████
15  ██████████████████████
16     A    Well, he would have had to have been if I
17  put it down there.
18     Q    Okay.  Was that the apartment that he had
19  rented?
20     A    No, it's in Royal Palm Beach.  The
21  apartment he rented was in Fort Lauderdale.  So this
22  could be my apartment that he lived at with me.
23     Q    Okay.  So his apartment where he lived
24  with you was in Royal Palm Beach?
25     A    Yes.

Page 185

1    Q    And he rented that apartment?

2         MR. EDWARDS:  Object to the form.

3    Mischaracterization.

4    A    He lived there with me for a short period.

5    I don't -- I don't know how long he lived there with

6    me for.

7    Q    (BY MS. MENNINGER)  And who rented the

8    apartment?

9    A    Well, Jeffrey paid for the apartment.  I

10   was the occupant, and he was an occupant.

11   Q    Did you ever see the lease?

12   A    Yes, I believe I had to sign the paperwork

13   saying that I was living there.

14   Q    So you were living at -- is it ████████

15   ████████

16   A    I can't honestly read it.  It looks like a

17   C-a-c (sic), but that doesn't make sense.

18   Q    So January of 2001 you signed a document

19   under oath putting ███████████████████████████████

20   ████████████████

21   A    Yes.

22   Q    And you put your permanent address and

23   your mail your passport to at your parents'

24   address --

25   A    Yes.

Page 186

1    Q    -- is that right?

2         And it's your position that that is the

3    apartment that Jeffrey paid for and you signed a

4    lease?

5    A    Yes, Jeffrey paid for it and I think I had

6    to sign something that said I was going to occupy it.

7    I don't know if James ever did.

8    Q    Okay.  And you stayed at that apartment

9    from at least January 2001 until you left in the fall

10   of 2002, right?

11   A    I would say before then, yes.  Like I

12   said, I can't really tell you the exact date that I

13   moved there, but --

14   Q    Why did you have your passport sent to

15   your parent's house if you weren't living at your

16   parents' house?

17   A    Um, I don't know.  I guess a fail-safe.

18   I'm not too sure.

19   Q    When was the next passport that you got?

20   A    I think I had to reapply for one in --

21   well, this one expired in 2002.  So I would have had

22   to apply for another one.

23   Q    I'm asking do you remember when you got

24   another passport?

25   A    This expired January 10th, 2002.

Page 187

1    Q    Let me have you put the paper down.

2    A    Yes.

3    Q    Do you recall applying for another

4    passport?

5    A    No.

6    Q    Okay.  Do you recall ever applying for

7    another passport, ever?

8    A    Well, yeah, when I got to Australia I had

9    to -- I don't have it on me right now, but I could

10   tell you it's -- I had to apply for another one

11   because the other one ran out as expiree.

12   Q    So whenever one expired, you applied for

13   another one from the U.S.?

14   A    (Indicating.)

15   Q    Have you ever gotten --

16        Is that right?

17   A    Yeah.

18   Q    Have you ever gotten a passport from

19   Australia?

20   A    An Australian passport?

21   Q    Right.

22   A    No.

23   Q    Have you ever lost a passport and had to

24   get one replaced?

25   A    I don't think so.

Page 188

1    Q    When was the first time that you came back

2    to the U.S. from Australia?

3    A    October 16th, 2013.

4    Q    And did you come back before that?

5    A    No.

6    Q    Did you ever tell Sharon Churcher or

7    Sharon White or Marianne Strong that you were going

8    on a trip to New York in 2011?

9    A    No.

10   Q    Is it your contention that Ghislaine

11   Maxwell sexually trafficked you to famous people?

12   A    If you have a document in front of you

13   that you could show me so I could see what you're

14   talking about, yes.

15   Q    I'm asking you, is it your contention that

16   Ghislaine Maxwell sexually trafficked you to famous

17   people?

18   A    Could you be more specific, like are we

19   talking about rock stars or royalty or --

20   Q    Politically connected and financially

21   powerful people.

22   A    Yes.

23   Q    Okay.  To whom did Ghislaine Maxwell

24   sexually traffic you?

25   A    You have to understand that Jeffrey and

Page 189

1   Ghislaine are joined hip by hip, okay?  So they both
2   trafficked me.  Ghislaine brought me in for the
3   purpose of being trafficked.  Jeffrey was just as a
4   part of it as she was.  She was just as a part of it
5   as he was.  They trafficked me to many people.  And
6   to be honest, there is people I could name and then
7   there's people that are just a blur.  There was so
8   much happening.
9       Q    Okay.  Please name a person that Ghislaine
10  Maxwell directed you to go have sex with?
11      A    ▇▇▇▇▇▇▇▇▇▇▇
12      Q    Okay.  Who else?
13      A    As a whole, they both trafficked me to
14  people.  It was under both of their direction.  So
15  it's not easy just to say Ghislaine.  When I say
16  they, I mean both of them.
17      Q    Okay.  Well, I need you to say a time when
18  Ghislaine Maxwell directed you to go have sex with
19  another person.  So can you please tell me to whom
20  Ghislaine Maxwell asked you to go have sex with
21  another person?
22           MR. EDWARDS:  Object to the form.
23      A    ▇▇▇▇▇▇▇▇▇▇▇
24      Q    (BY MS. MENNINGER)  Who else?
25      A    I'm going to continue to tell you that

Page 190

1   they both directed me to do it.  It was part of my
2   training.  They both told me, you've got tickets to
3   go here.  This is who you're meeting, and this is
4   what you're doing.
5       So ▇▇▇▇▇▇▇▇▇▇ is another one.
6       Q    Ghislaine Maxwell directed you to go have
7   sex with ▇▇▇▇▇▇▇▇▇▇?
8           MR. EDWARDS:  Object to the form to the
9   extent it mischaracterized her testimony.
10      A    I'm trying to tell you that they both did,
11  Ghislaine and Jeffrey both directed me.  They both
12  paid me and they both directed me.
13      Q    (BY MS. MENNINGER)  All right.  When did
14  Ghislaine Maxwell direct you to go have sex with
15  ▇▇▇▇▇▇▇▇▇?
16           MR. EDWARDS:  Object to the form.  Same
17  objection.
18      A    I don't know the time.  I don't -- you
19  know, I could tell you the place.  I don't know the
20  time.
21      Q    (BY MS. MENNINGER)  What words did
22  Ghislaine Maxwell use in talking to you and asking
23  you to go have sex with ▇▇▇▇▇▇▇▇▇▇▇?
24      A    We're sending you to a gentleman.  We want
25  you to show him a good time.  We want you to do

Page 191

1   exactly what you would do for Jeffrey to him.  Keep
2   him happy.  I can't remember her exact words, and I'm
3   not going to put words in my mouth to make it sound
4   like what she said.  But it was all along those
5   lines.
6       Q    Those are words that Ghislaine Maxwell
7   used to you in directing you to go have sex with
8   ▇▇▇▇▇▇▇▇▇▇▇?
9           MR. EDWARDS:  Object to the form.
10  Mischaracterized her testimony.
11      A    Along those lines, yes.
12      Q    (BY MS. MENNINGER)  Okay.  Where were you
13  located when she used those words with you?
14      A    It could have been Palm Beach.  It could
15  have been New York.
16      Q    You don't recall?
17      A    I don't recall.
18      Q    Okay.  How old were you when she used
19  those words to you?
20           MR. EDWARDS:  Object to the form.
21           Mischaracterizes her testimony.
22      A    I don't know.  I would think I was 17.
23      Q    (BY MS. MENNINGER)  But you're not sure?
24      A    Well, it was in the beginning, like after
25  my training.  ▇▇▇▇▇▇▇▇▇▇▇▇▇ were

Page 192

1   the two first people I was sent out to.
2       Q    Okay.  Well, I was asking about ▇▇▇▇▇▇▇
3   ▇▇▇▇▇▇▇, okay?
4       A    Right.  That's what I'm saying.  If you
5   want me to categorically tell you when it happened
6   and why I think I was 17, because those were the two
7   first people I was sent to.
8       Q    So you don't actually recall the
9   conversation regarding ▇▇▇▇▇▇▇▇▇▇?  You don't
10  recall where you were, right?
11      A    I can't picture if it was New -- I know it
12  was either New York or Palm Beach.  I don't remember
13  exactly which one.
14      Q    You don't recall exactly what words were
15  used by Ghislaine Maxwell in speaking to you,
16  correct?
17      A    I remember the tone that she used, the
18  type of words that she used.  I can't word for word
19  replay what she said.
20      Q    All right.  And so when in time was
21  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇?
22      A    ▇▇▇▇▇▇▇▇▇ was months, six months,
23  I'm not too sure.
24      Q    Six months what?
25      A    Before ▇▇▇▇▇▇▇ I don't know, I

Page 193

1  think I met Prince Andrew in 2001. And Glenn Dubin
2  and Stephen Kaufmann were, like I said, the first
3  people I was sent out to after my training. So I
4  don't know. I'm not going to give you an exact time
5  if I don't know it.
6      Q   I asked you the relative order.
7      A   And I'm trying to give you it.
8      Q   And where does Alan Dershowitz fit into
9  that group of people?
10     A   Same. I can't tell you piece by piece by
11 piece who -- I know Glenn Dubin was first.
12     Q   Okay.
13     A   And I know Stephen Kaufmann was one of the
14 first I was sent to. Alan Dershowitz could have been
15 between there. Between, sorry, between Glenn and
16 Stephen. The first time I was with Alan Dershowitz
17 was in New York, so I wasn't actually sent to him.
18 It actually happened at one of Jeffrey's residences.
19     (Ms. McCawley left the deposition.)
20     A   So it's very hard for me to
21 chronologically give you each person individually.
22     Q   (BY MS. MENNINGER)  Okay. Name the other
23 politically connected and financially powerful people
24 that Ghislaine Maxwell told you to go have sex with?
25     A   Again, I'm going to tell you "they"

Page 194

1  because that's how it went. They instructed me to go
2  to George Mitchell, Jean Luc Brunel, Bill Richardson,
3  another prince that I don't know his name. A guy
4  that owns a hotel, a really large hotel chain, I
5  can't remember which hotel it was. Marvin Minsky.
6      There was, you know, another foreign
7  president, I can't remember his name. He was
8  Spanish. There's a whole bunch of them that I
9  just -- it's hard for me to remember all of them.
10 You know, I was told to do something by these people
11 constantly, told to -- my whole life revolved around
12 just pleasing these men and keeping Ghislaine and
13 Jeffrey happy. Their whole entire lives revolved
14 around sex.
15     They call massages sex. They call
16 modeling sex. They call --
17     Q   I asked you the names for people. Are you
18 going to tell me any other names or is that all of
19 them?
20     A   I'm trying to think. That's the answer
21 I'm trying to give to you. It's that it's so hard to
22 just keep naming and naming and naming.
23     Q   All right.
24     A   A lot of times I would be introduced to
25 them. I didn't know --

Page 195

1      Q   If you're going to tell me more names,
2  please continue your answer.
3      A   I'm trying to think.
4      Q   If you're just going to talk --
5      A   I'm sorry. I'm trying to think.
6      Q   Okay. Let's take a break and then you can
7  think over the break.
8      THE VIDEOGRAPHER:  We're off the record at
9  2:01.
10     (Recess taken from 2:01 p.m. to 2:09 p.m.)
11     THE VIDEOGRAPHER:  We're back on the
12 record at 2:09.
13     Q   (BY MS. MENNINGER)  Ms. Giuffre, you have
14 filed a lawsuit against Ghislaine Maxwell, correct?
15     A   Yes.
16     Q   You understand her to be my client,
17 correct?
18     A   Yes.
19     Q   I'm here today to talk to you about your
20 allegations against Ghislaine Maxwell.
21     Do you understand that?
22     A   Yes.
23     Q   I want you to tell me a single time that
24 you recall Ghislaine Maxwell using words to you and
25 directing you to go have sex with another person --

Page 196

1      MR. EDWARDS:  Object.
2      Q   (BY MS. MENNINGER) -- not anybody else,
3  Ghislaine Maxwell?
4      MR. EDWARDS:  Objection. Asked and
5  answered.
6      To the extent that she can answer the
7  question, I'd ask that she answer the question.
8      A   I have answered the question. The
9  question that you're asking me is Ghislaine. And
10 Ghislaine and Jeffrey worked together. They were one
11 and the same of persons. They both directed me to do
12 this. They both directed me to report back to them.
13 They were both the same.
14     Q   (BY MS. MENNINGER)  You cannot recall a
15 single instance in which Ghislaine --
16     A   I have to --
17     Q   Excuse me.
18     -- in which Ghislaine Maxwell alone
19 directed you to have sex with another person --
20     A   I have to --
21     Q   -- correct?
22     A   -- believe --
23     MR. EDWARDS:  Object.
24     MS. MENNINGER:  I am going to finish my
25 question.

Page 197

1    Q    (BY MS. MENNINGER)  Correct?
2         MR. EDWARDS:  Are you finished with your
3    question?
4         MS. MENNINGER:  Now you may make your
5    objection.  And then she may answer.
6         MR. EDWARDS:  Okay.  Objection.
7    Argumentative.  Harassing for absolutely no reason.
8    Mischaracterizing the witness's testimony.
9         Answer, if you can.
10   A    I have given you the names of the people
11   that Ghislaine herself has told me to go be sex
12   trafficked to, along with Jeffrey Epstein, okay?
13        She's the one who brought me to Jeffrey
14   Epstein to be trafficked in the fucking first place.
15        So I have given you as much information as
16   I possibly can to let you know what she was about,
17   who she told me to go with, what she wanted me to do.
18   That is what I am stating and that's what I
19   previously stated to you.
20   Q    (BY MS. MENNINGER)  And these names that
21   you have just given are people to whom Ghislaine
22   Maxwell alone told you to go have sex?
23        MR. EDWARDS:  Objection.
24   Mischaracterization.
25   A    Ghislaine and Jeffrey, I don't know how

Page 198

1    many times you want me to keep answering this
2    question.  Both told me to do this, okay?  They both
3    sent me to these people.
4         How many times do you want me to answer
5    this?
6    Q    (BY MS. MENNINGER)  I think you're
7    answering a different question so that's why I'm
8    going to ask you again.  I am not asking you anything
9    about a time when Jeffrey and Ghislaine together told
10   you to go do something.  I'm asking you to name a
11   single time during which Ghislaine Maxwell acting
12   alone directed you to go have sex with another
13   person?
14        MR. EDWARDS:  Objection.  Asked and
15   answered.  Harassing.  Argumentative.
16   A    I've given you the names of the people
17   that Ghislaine instructed me to go have sexual
18   relations with.  I am not discluding (sic) the fact
19   that Jeffrey also told me.
20        Ghislaine told me from her mouth to do
21   these things.  Jeffrey told me from his mouth to do
22   these things with these people.  Ghislaine instructed
23   me to do the things that I did with Jeffrey Epstein
24   on the very first meeting that I had with him.  She
25   brought me there under the preclusion (sic) that I

Page 199

1    was going to be trained as a masseuse and that she
2    instructed me to take off my clothes and to give oral
3    sex to Jeffrey Epstein.
4    Q    (BY MS. MENNINGER)  Excuse me.  I've asked
5    you for the names.
6    A    I've just given you a name.  Jeffrey
7    Epstein is a big name.
8    Q    All right.
9    A    She instructed me on that one.
10   Q    So you're saying --
11        MR. EDWARDS:  The witness is finishing her
12   answer right now.  She's in the process of explaining
13   one of the people Ghislaine told her to have sex
14   with.
15   Q    (BY MS. MENNINGER)  So you're saying
16   Ghislaine Maxwell directed you to have sex with
17   Jeffrey Epstein?
18   A    Correct.
19   Q    Ghislaine Maxwell directed you to have sex
20   with Glenn Dubin?
21   A    Correct.
22   Q    What words did Ghislaine Maxwell tell you
23   to go have sex with Glenn Dubin?
24   A    It was the same all the time, all right?
25   They want me to go provide these men with a massage.

Page 200

1    And when they say massage, that means erotic, okay?
2    That's their term for it.  I think there are plenty
3    of other witnesses that can attest to what massage
4    actually means.
5         And I'm telling you that Ghislaine told me
6    to go to ▇▇▇▇ and give him a massage, which
7    means sex.
8    Q    Okay.  So ▇▇▇ -- Ghislaine Maxwell told
9    you to go give a massage to ▇▇▇▇▇?
10   A    Correct.
11   Q    That's your testimony?
12   A    That is my testimony.
13   Q    All right.  Ghislaine Maxwell told you to
14   go give a massage to ▇▇▇▇▇, correct?
15   A    Correct.
16   Q    Ghislaine Maxwell told you to give a
17   massage to ▇▇▇▇▇, correct?
18   A    Correct.
19   Q    Ghislaine Maxwell told you to give a
20   massage to ▇▇▇▇▇, correct?
21   A    Correct.
22   Q    When did Ghislaine Maxwell tell you to
23   give a massage to ▇▇▇▇?
24   A    I don't know dates.
25   Q    Where were you?

Page 201

1  A   When it happened?
2  Q   When Ghislaine Maxwell used the words, Go
3  give a massage to Bill Richardson, where were you?
4     MR. EDWARDS:  Object to the form.
5  Mischaracterizes her testimony.
6  A   I can't tell you where we were.  I know
7  where I was sent to.  I don't know where we were when
8  she told me to do that.
9  Q   (BY MS. MENNINGER)  Where were you sent
10  to --
11  A   New Mexico.
12  Q   -- by Ghislaine Maxwell?
13     MR. EDWARDS:  Object to the form.
14  Mischaracterizes her testimony again.
15  A   Are you smiling at me because --
16  Q   (BY MS. MENNINGER)  No, I'm asking you to
17  answer the question.
18  A   I have answered the question.  I was sent
19  to New Mexico.
20  Q   Okay.  Where were you sent from?
21  A   I already answered that.  I don't know
22  where I was sent from.
23  Q   Okay.
24  A   I was flying everywhere with these people.
25  Q   Where were you sent by Ghislaine Maxwell

Page 202

1  to have sex with ████?
2     MR. EDWARDS:  Object to the form.
3  Mischaracterized her testimony.
4  A   Many places.
5  Q   (BY MS. MENNINGER)  Ghislaine Maxwell sent
6  you to many places to have sex with ████?
7     MR. EDWARDS:  Object to the form.
8  A   It happened at many places, yes.
9  Q   (BY MS. MENNINGER)  You had sex with ████
10  ████ at many places is what you're saying,
11  correct?
12  A   I was sent to ████ at many
13  places to have sex with him.
14  Q   When did Ghislaine Maxwell send you to a
15  place to have sex with ████?
16  A   You are asking --
17     MR. EDWARDS:  Form.
18  A   -- me to answer the impossible.
19  Q   (BY MS. MENNINGER)  All right.  When did
20  Ghislaine Maxwell send you to have sex with the owner
21  of a large hotel chain?
22     MR. EDWARDS:  Object to the form.
23  Mischaracterization.
24  A   I'm going to keep answering the questions
25  the same way that I keep answering them.  I don't

Page 203

1  know where it was when she said to go do this.
2  Q   (BY MS. MENNINGER)  Okay.  Where were you
3  sent to have sex with the owner of a large hotel
4  chain by Ghislaine Maxwell?
5     MR. EDWARDS:  Object to the form.
6  A   I believe that was one time in France.
7  Q   (BY MS. MENNINGER)  Which time in France?
8  A   I believe it was around the same time that
9  Naomi Campbell had a birthday party.
10  Q   Where did you have sex with the owner of a
11  large hotel chain in France around the time of Naomi
12  Campbell's birthday party?
13  A   In his own cabana townhouse thing.  It was
14  part of a hotel, but I wouldn't call it a hotel.
15     Jeffrey was staying there.  Ghislaine was
16  staying there.  Emmy was staying there.  I was
17  staying there.  This other guy was staying there.  I
18  don't know his name.
19     I was instructed by Ghislaine to go and
20  give him an erotic massage.
21  Q   She used the words erotic massage?
22  A   No, that's my word.  The word massage is
23  what they would use.  That's their code word.
24  Q   Was she in the room when you gave this
25  erotic massage to the owner of a large hotel chain?

Page 204

1  A   No, she was not in the room.  She was in
2  another cabana.
3  Q   And other than telling you to go give the
4  owner of this large hotel chain a massage, do you
5  remember any other words she used to you to direct
6  you in what you should do?
7  A   Not at the time, no.
8  Q   Where did -- where were you and where was
9  Ms. Maxwell when she directed you to go have sex with
10  Marvin Minsky?
11     MR. EDWARDS:  Object to the form.
12  A   I don't know.
13  Q   (BY MS. MENNINGER)  Where did you go to
14  have sex with Marvin Minsky?
15  A   I believe it was the U.S. Virgin Islands,
16  Jeff's -- sorry, Jeffrey Epstein's island in the U.S.
17  Virgin Islands.
18  Q   And when was that?
19  A   I don't know.
20  Q   Do you have any time of year?
21  A   No.
22  Q   Do you know how old you were?
23  A   No.
24  Q   Other than Glenn Dubin, Stephen Kaufmann,
25  Prince Andrew, Jean Luc Brunel, Bill Richardson,

Page 205

1  another prince, the large hotel chain owner and
2  Marvin Minsky, is there anyone else that Ghislaine
3  Maxwell directed you to go have sex with?
4      A    I am definitely sure there is.  But can I
5  remember everybody's name?  No.
6      Q    Okay.  Can you remember anything else
7  about them?
8      A    Look, I've given you what I know right
9  now.  I'm sorry.  This is very hard for me and very
10 frustrating to have to go over this.  I don't -- I
11 don't recall all of the people.  There was a large
12 amount of people that I was sent to.
13     Q    Do you have any notes of all these people
14 that you were sent to?
15     A    No, I don't.
16     Q    Where are your notes?
17     A    I burned them.
18     Q    When did you burn them?
19     A    In a bonfire when I lived at Titusville
20 because I was sick of going through this shit.
21     Q    Did you have lawyers who were representing
22 you at the time you built a bonfire and burned these
23 notes?
24     A    I've been represented for a long time, but
25 it was not under the instruction of my lawyers to do

Page 206

1  this.  My husband and I were pretty spiritual people
2  and we believed that these memories were worth
3  burning.
4      Q    So you burned notes of the men with whom
5  you had sex while you were represented by counsel in
6  litigation, correct?
7           MR. EDWARDS:  Object to the form.
8      A    This wasn't anything that was a public
9  document.  This was my own private journal, and I
10 didn't want it anymore.  So we burned it.
11     Q    (BY MS. MENNINGER)  When did you write
12 that journal?
13     A    Just over time.  I started writing it
14 probably in, I don't know, I can't speculate, 2012,
15 2011.
16     Q    So you did not write this journal at the
17 time it happened?
18     A    No.
19     Q    You started writing this journal
20 approximately a decade after you claim you finished
21 being sexually trafficked, correct?
22     A    Yes.
23     Q    And you started writing a journal after
24 you had a lawyer, correct?
25     A    Correct.

Page 207

1      Q    Including Mr. Edwards, who is sitting
2  right here, correct?
3      A    Correct.
4      Q    What did that journal look like?
5      A    It was green.
6      Q    And what else?
7      A    It was just a spiral notebook.
8      Q    Okay.  And what did you put into that
9  green spiral notebook?
10     A    Bad memories.  Things that I've gone
11 through, lots of things, you know.  I can't tell you.
12 There was a lot of pages.  It was over 300 pages in
13 that book.
14     Q    Did you ever show that book to your
15 lawyers?
16     A    No.
17     Q    Did you show that book to anyone?
18     A    My husband.
19     Q    Did you show it to anyone else besides
20 your husband?
21     A    No.
22     Q    Did you tear out pages and give them to
23 Sharon Churcher?
24     A    No, I wrote -- those pages that you're
25 talking about, I wrote for her specifically.  She

Page 208

1  wanted to know about the Prince Andrew incident.
2      Q    So that's a different piece of paper?
3      A    Yeah, that's just random paper.
4      Q    So you had a green spiral notebook that
5  you began sometime in 2011 or 2012 in which you wrote
6  down your recollections about what had happened to
7  you, and you burned that in a bonfire in 2013.
8           Did I get that right?
9      A    You got that right.
10     Q    And do you have no other names of people
11 to whom you claim Ghislaine Maxwell directed you to
12 have sex, correct?
13     A    At this time, no.
14     Q    Is there any document that would refresh
15 your recollection that you could look at?
16     A    If you have a document you'd like to show
17 me, I would be glad to look at it and tell you the
18 names I recognize off of that.
19     Q    I'm just asking you if there's a document
20 you know of that has this list of names in it?
21     A    Not in front of me, no.
22     Q    Where is the original of the photograph
23 that has been widely circulated in the press of you
24 with Prince Andrew?
25     A    I probably still have it.  It's not in my

Page 209

1  possession right now.
2      Q   **Where is it?**
3      A   Probably in some storage boxes.
4      Q   **Where?**
5      A   In Sydney.
6      Q   **Where in Sydney?**
7      A   At some family's house.  We got the boxes
8  shipped to Australia, and they were picked up off the
9  porch by my nephews and brought to their house.
10     Q   **Which is where?**
11     A   In Sydney.
12     Q   **Where in Sydney?**
13     A   ██████████
14     Q   **And who lives in that house?**
15     A   Well, it's owned by my mother-in-law and
16 father-in-law, but my nephews live in the house.
17     Q   **What are their names?**
18     A   I'm not giving you the names of my
19 nephews.
20     Q   **What's the address of the house?**
21     A   Why would you want that?
22     Q   **I want to know where the photograph is.**
23 **I'm asking you where the photograph is.  And you've**
24 **just told me it's somewhere in ██████?**
25     A   Yes.

Page 210

1      Q   **So where in ██████ is the photograph**
2  **located?**
3      A   If I can't 100 percent say that the
4  photograph is there, it could be at my house that I
5  presently live in.  I'm not going to give you the
6  address of my nephews' residence.
7      Q   **When is the last time you saw the**
8  **photograph in person?**
9      A   When I packed and left America.
10     Q   **Colorado?**
11     A   Yes.
12     Q   **All right.  So you had that photograph**
13 **here with you in Colorado?**
14     A   Yes.
15     Q   **What's on the back of the photograph?**
16     A   I'm sorry?
17     Q   **Is there anything on the back of the**
18 **photograph?**
19     A   There's like the date it was printed, but
20 no writing or anything.
21     Q   **Okay.  Does it say where it was printed?**
22     A   I don't believe so.  I think it just -- I
23 don't remember.  I just remember there's a date on
24 it.
25     Q   **Whose camera was it taken with?**

Page 211

1      A   My little yellow Kodak camera.
2      Q   **Who took the picture?**
3      A   Jeffrey Epstein.
4      Q   **And where did you have it developed?**
5      A   I believe when I got back to America.
6      Q   **So where?**
7      A   I don't know.
8      Q   **Palm Beach?**
9      A   I don't know.
10     Q   **What is the date the photograph was**
11 **printed?**
12     A   I believe it's in March 2001.
13     Q   **Okay.**
14     A   But that's just off of my photographic
15 memory.  I don't -- it could be different, but I
16 think it's March 2001.
17     Q   **You have a photographic memory?**
18     A   I'm not saying I have a photographic
19 memory.  But if I'd look at the back of the photo and
20 I remember what it says, I believe it was March 2001.
21     Q   **Did the photograph ever leave your**
22 **possession for a while?**
23     A   I gave it to the FBI.
24     Q   **Okay.  And when did you get it back?**
25     A   When they took copies of it.

Page 212

1      Q   **When was that?**
2      A   2011.
3      Q   **When they came to interview you?**
4      A   Yes.
5      Q   **So from 2011 until you left Colorado it**
6  **was in your personal possession?**
7      A   Yes.
8      Q   **What other documents related to this case**
9  **are in that, storage boxes in Australia?**
10         MR. EDWARDS:  Object to the form.
11     A   Documents related to this case -- there --
12 I don't know.  I really can't tell you.  I mean,
13 there's seven boxes full of Nerf guns, my kids' toys,
14 photos.  I don't know what other documents would be
15 in there.
16     Q   **(BY MS. MENNINGER)  Did anyone search**
17 **those documents after you received discovery requests**
18 **from us in this case?**
19     A   I haven't been able to obtain those boxes.
20 I can't get them sent back up to me.  It's going to
21 cost me a large amount of money.  And right now I'm
22 trying to look after my family, so I'm not able to
23 afford to get them up.
24     Q   **You live in Australia, correct?**
25     A   I do.

| | Page 213 |
|---|---|
| 1 | Q   Okay.  How far away are the boxes from |
| 2 | where you live in Australia? |
| 3 | A   Sydney is down here at the bottom.  Cairns |
| 4 | is up here at the top. |
| 5 | Q   Okay. |
| 6 | A   It's probably a six-day drive. |
| 7 | Q   Did you fly here through Sydney? |
| 8 | A   No. |
| 9 | Q   Have you been to Sydney since you've moved |
| 10 | back to Australia? |
| 11 | A   I flew into Sydney with my three kids, but |
| 12 | it was a connecting flight to Brisbane. |
| 13 | Q   Did you ask your nephews or anyone else to |
| 14 | search those boxes in response to discovery requests |
| 15 | that we issued in this case? |
| 16 | A   They are my nephews.  I would never let |
| 17 | them look at those. |
| 18 | Q   Other than your green spiral notebook, |
| 19 | what else did you burn in this bonfire in 2013? |
| 20 | A   That was it. |
| 21 | Q   That's the only thing? |
| 22 | A   Yes. |
| 23 | Q   Did you use wood? |
| 24 | A   Yes. |
| 25 | Q   Charcoal? |

| | Page 214 |
|---|---|
| 1 | A   My husband built the bonfire out of wood |
| 2 | and I don't know what else he put in it.  He's the |
| 3 | one who always makes the fires, not me. |
| 4 | Q   Who else was present? |
| 5 | A   Just him and I. |
| 6 | Q   Were your kids there? |
| 7 | A   No.  They were inside sleeping. |
| 8 | Q   And what beach was this? |
| 9 | A   It wasn't a beach.  It was in my backyard. |
| 10 | Q   What's your address? |
| 11 | A   At that time? |
| 12 | Q   Um-hum. |
| 13 | A   ██████████████. |
| 14 | Q   ████████ |
| 15 | A   Yes. |
| 16 | Q   Who were your neighbors? |
| 17 | A   Sweet people.  Ray and -- I could look on |
| 18 | my phone if you want. |
| 19 | Q   No, thank you.  Do they still live there? |
| 20 | A   Yes. |
| 21 | Q   Do you keep in touch with them? |
| 22 | A   Last time I talked to them was a few |
| 23 | months ago. |
| 24 | Q   Did they see the fire? |
| 25 | A   They've seen many fires that we've had. |

| | Page 215 |
|---|---|
| 1 | We've had lots of bonfires there. |
| 2 | Q   Did you ever ride in a helicopter with |
| 3 | Ghislaine Maxwell acting as pilot of the helicopter? |
| 4 | A   Yes. |
| 5 | Q   Who else was on the flight? |
| 6 | A   I've been on the helicopter with her |
| 7 | plenty of times.  I can't mention how many people |
| 8 | were on the -- on the helicopter at the same time. |
| 9 | Q   How many times? |
| 10 | A   I don't know.  Do you have helicopter |
| 11 | records that you could show me? |
| 12 | Q   I'm asking you how many times you were on |
| 13 | the helicopter with Ghislaine Maxwell acting as the |
| 14 | pilot -- |
| 15 | A   It's impossible for me to answer the |
| 16 | question without having the actual physical records |
| 17 | in front of me. |
| 18 | Q   I'm asking you to look into your memory |
| 19 | and tell me how many times you recall being on a |
| 20 | helicopter with Ghislaine Maxwell at the pilot seat? |
| 21 | A   There is no number I can give you. |
| 22 | There's plenty of times I've been on her helicopter. |
| 23 | Q   Where did you go from and to on a |
| 24 | helicopter? |
| 25 | A   I believe it was -- don't quote me on this |

| | Page 216 |
|---|---|
| 1 | because I get confused on the islands there.  I want |
| 2 | to say it was St. John's.  It could have been |
| 3 | St. Barts.  St. John or St. Barts, and then we would |
| 4 | fly straight to Jeffrey's island. |
| 5 | Q   Okay.  Did you ever go anywhere else on |
| 6 | the helicopter? |
| 7 | A   No. |
| 8 | Q   Were you ever on the helicopter with ████ |
| 9 | ████████ and Ghislaine Maxwell as the pilot of the |
| 10 | helicopter? |
| 11 | A   No. |
| 12 | Q   Were you ever on the helicopter with ████ |
| 13 | ████████████████ and Ghislaine Maxwell as the |
| 14 | pilot? |
| 15 | A   No. |
| 16 | Q   Do you recall telling Sharon Churcher that |
| 17 | you were? |
| 18 | A   No. |
| 19 | Q   Did you see the press article in which |
| 20 | Sharon Churcher reported that you were? |
| 21 | MR. EDWARDS:  Objection.  I'd just ask |
| 22 | that if you're going to ask this witness about a |
| 23 | specific article I'd like for her to see the article. |
| 24 | Otherwise she's not going to testify about it. |
| 25 | If you have something to show her, then, |

Page 217

1  please.
2      Q   (BY MS. MENNINGER)  Do you recall seeing a
3  press article in which Sharon Churcher reported that
4  you were on a helicopter with ████████ and
5  Ghislaine Maxwell as the pilot?
6      MR. EDWARDS:  Again, I'll let you answer
7  the question once she's looking at the document that
8  you're being asked about.
9      MS. MENNINGER:  You're not letting her
10  answer a question about whether she recalls a
11  particular press statement?
12      MR. EDWARDS:  I will let her answer every
13  question about the press statement as long as she
14  sees the press statement.  I'm okay with that.  She
15  can answer all of them.
16      MS. MENNINGER:  No, there is a rule of
17  civil procedure that allows you to direct a witness
18  not to answer a question when there's a claim of
19  privilege.
20      What privilege are you claiming to direct
21  her not to answer this question?
22      MR. EDWARDS:  I thought that you wanted
23  accurate answers from this witness.  If the --
24      MS. MENNINGER:  I asked her if she
25  recalled something --

Page 218

1      MR. EDWARDS:  If the sole purpose is to
2  just to harass her --
3      MS. MENNINGER:  I asked her if she
4  recalled something --
5      MR. EDWARDS:  Then that's just not going
6  to be what's happening today.
7      Q   (BY MS. MENNINGER)  All right.  So you're
8  refusing to answer a question about whether you
9  recall a particular press statement --
10      MR. EDWARDS:  She's --
11      Q   (BY MS. MENNINGER) -- is that true?
12      MR. EDWARDS:  She is not refusing to
13  answer any questions.  She --
14      A   I'm not refusing to answer.  I just want
15  to see the article you're talking about so I can be
16  clear in my statement.
17      Q   (BY MS. MENNINGER)  Do you recall seeing a
18  press article written by Sharon Churcher reporting
19  that you flew on a helicopter with ████████ and
20  Ghislaine Maxwell as the pilot?
21      A   No, I do not recall reading a press
22  article saying that I was on a helicopter with ████
23  ██ ████ as Ghislaine is the pilot.
24      Q   Do you recall telling Sharon Churcher that
25  you had conversations with ████████ regarding him

Page 219

1  flying on a helicopter with Ghislaine Maxwell?
2      A   I believe that it was taken out of
3  context.  Ghislaine told me that she flew ████
4  ████ in.  And Ghislaine likes to talk a lot of
5  stuff that sounds fantastical.  And whether it's true
6  or not, that is what I do recall telling Sharon
7  Churcher.
8      Q   So you told Sharon Churcher that Ghislaine
9  Maxwell is the one who told you that she flew ████
10  ████ in the helicopter?
11      A   I told Sharon Churcher that Ghislaine flew
12  ████████ onto the island, based upon what
13  Ghislaine had told me.
14      Q   Not based upon what ████████ had told
15  you, correct?
16      A   Correct.
17      Q   Did you ever ask Sharon Churcher to
18  correct anything that was printed under her name,
19  concerning your stories to Sharon Churcher?
20      A   I wasn't given those stories to read
21  before they were printed.
22      Q   After they were printed did you read them?
23      A   I tried to stay away from them.  They were
24  very hard.  You have to understand it was a very hard
25  time for me and my husband to have to have this

Page 220

1  public -- we didn't think it was going to be this
2  publicly announced and that big.  So we turned off
3  the news and we stopped reading so many things.
4      Q   You didn't read the articles about your
5  stories to Sharon Churcher --
6      A   I've read some articles --
7      Q   Let me just finish.  You did not read the
8  articles published by Sharon Churcher about your
9  stories to Sharon Churcher?
10      A   I have read some articles about what
11  Sharon Churcher wrote.  And a lot of the stuff that
12  she writes she takes things from my own mouth and
13  changes them into her own words as journalists do.
14      And I never came back to her and told her
15  to correct anything.  What was done was done.  There
16  was nothing else I can do.
17      Q   So even if she printed something that were
18  untrue you didn't ask her to correct it, correct?
19      A   There was things that she printed that
20  really pissed me off, but there was nothing I could
21  do about it.  It's already out there.
22      Q   She printed things that were untrue,
23  correct?
24      MR. EDWARDS:  Objection to the form.
25  Mischaracterization.

Page 221

1    A    I wouldn't say that they were untrue. I
2  would just say that she printed them as journalists
3  take your words and turn them into something else.
4        Q    (BY MS. MENNINGER)  She got it wrong?
5        MR. EDWARDS:  Object to the form.
6  Mischaracterization.
7    A    In some ways, yes.
8        Q    (BY MS. MENNINGER)  Did she print things
9  in her articles that you did not say to her?
10       MR. EDWARDS:  I object and ask that the
11  witness be given the opportunity to see the document
12  so that she can review it and answer that question
13  accurately.  Otherwise she's unable to answer the
14  question.  I'm not going to allow her to answer.
15       MS. MENNINGER:  You know the civil rules
16  tell you not to suggest answers to your client.
17       Q    (BY MS. MENNINGER)  And you understand
18  your lawyer is now directing you to not all of a
19  sudden remember what your answer is.  That's what
20  he's suggesting that you say.  So you're not supposed
21  to listen to him suggest that to you.  You're
22  supposed to tell me from your memory.
23       MR. EDWARDS:  That is not what I'm --
24       Q    (BY MS. MENNINGER)  Did you --
25       MR. EDWARDS:  That's not what I'm doing.

Page 222

1        You don't get to just talk over me and
2  tell my client when not to listen to me.  All you
3  have to do to get answers is show her the document
4  you're talking about, and I'll let her answer every
5  question.  I don't know why we're so scared of the
6  actual documents.
7        MS. MENNINGER:  I don't know why you're
8  scared of your client's recollection, Mr. Edwards.
9  But anyway --
10       MR. EDWARDS:  Why would you do this to
11  her?
12       Q    (BY MS. MENNINGER)  Did Sharon Churcher
13  print things that you did not say?
14       MR. EDWARDS:  I'm going to instruct my
15  client not to answer unless you give her what it is
16  that you're talking about that was printed.  And she
17  will tell you the answer, the accurate answer to your
18  question.  Just without the document to refresh her
19  recollection and see it, she's not going to answer
20  the question.
21       Q    (BY MS. MENNINGER)  Did Sharon Churcher
22  print things that you did not say?
23       MR. EDWARDS:  Same objection.  Same
24  instruction not to answer.
25       I think I've made a very clear record as

Page 223

1  to why I want my client to answer all of these
2  questions, but I want her to have the fair
3  opportunity to see this document.
4        Q    (BY MS. MENNINGER)  Did Sharon Churcher
5  print things that you felt were inaccurate?
6        MR. EDWARDS:  Same objection.  Same
7  instruction.  If she sees the document, she's going
8  to answer every one of these questions.
9        Q    (BY MS. MENNINGER)  Did any other reporter
10  print statements that you believe are inaccurate?
11       MR. EDWARDS:  Same objection.  Same
12  instruction.
13       Q    (BY MS. MENNINGER)  Did any reporter print
14  statements about Ghislaine Maxwell that were
15  inaccurate?
16       MR. EDWARDS:  Same objection.  Same
17  instruction.
18       This is harassing.  This is harassing a
19  sexual abuse victim.  And all I'm asking is for
20  fairness, that we just let her see the document so
21  she can answer this.
22       MS. MENNINGER:  Mr. Edwards, please stop
23  saying anything other than an objection, what the
24  basis is, or instructing your client not to answer.
25       MR. EDWARDS:  I will do that.

Page 224

1        MS. MENNINGER:  That's what the Federal
2  Rules of Civil Procedure provide.
3        MR. EDWARDS:  I hear you.  They also
4  provide for fairness and civility.  And all I'm
5  asking, very calmly, is for her to see this.
6        MS. MENNINGER:  Mr. Edwards, this is not
7  your deposition.  I'm asking your client what she
8  remembers.  If she doesn't want to talk about what
9  she remembers, then let her not answer.  But you
10  cannot instruct her not to answer unless there's a
11  privilege.
12       What privilege --
13       MR. EDWARDS:  I am instructing her not to
14  answer.
15       Q    (BY MS. MENNINGER)  All right.  You are
16  refusing to answer questions about whether statements
17  to the press about Ghislaine Maxwell attributed to
18  you were inaccurate?
19       MR. EDWARDS:  She's not refusing not to
20  answer.
21       A    You are refusing to show me these
22  documents so I could answer properly.  I would give
23  you an answer if you were to show me some documents.
24       Q    (BY MS. MENNINGER)  You can't say without
25  looking at a document whether the press attributed to

Page 225

1   you is accurate or inaccurate?
2       A    Please show me the document.
3       Q    You can't say from the top of your head
4   whether any inaccurate statement has been attributed
5   to you in the press?
6       A    Please show me a document and I will tell
7   you.
8       Q    Are you refusing to answer my questions
9   about your knowledge of whether inaccurate statements
10  have been attributed to you in the press?
11      A    Are you refusing to give me the documents
12  to look at?
13      Q    Are you refusing to answer the question?
14      A    I am refusing to answer the question based
15  upon the fact that you are not being fair enough to
16  let me see the document in order to give you an
17  honest answer.
18      Q    Ms. Giuffre --
19      A    Yes.
20      Q    -- we are talking about press that has
21  been published on the Internet, correct?
22      A    Yes.
23      Q    Do you have access to the Internet?
24      A    Yes.
25      Q    Have you looked on the Internet and read

Page 226

1   articles that attribute statements to you about
2   Ghislaine Maxwell?
3       A    Yes.
4       Q    Do you know any statement that has been
5   attributed to you in a press article on the Internet
6   about Ghislaine Maxwell that is untrue?
7            MR. EDWARDS:  Same objection.  Same
8   instruction.
9       A    Please show me a specific document.
10      Q    (BY MS. MENNINGER)  Do you know of any
11  such statement about Ghislaine Maxwell attributed to
12  you by the press that is inaccurate?
13      A    If you could please show me a specific
14  document.
15      Q    Tell me what Sharon Churcher asked you to
16  write for her.
17      A    Any knowledge that I had about my time
18  with ███████████.
19      Q    And did you write it?
20      A    Um-hum.
21      Q    What did you write it in or on?
22      A    Paper.
23      Q    What kind of paper?
24      A    Lined paper.
25      Q    Was it in a book or single sheets?

Page 227

1       A    Single sheets.
2       Q    And did you write a long document or a
3   short document?  What was it?
4       A    I can't recall how long the document was,
5   but I would say it would be a few pages.
6       Q    And other than asking you to write
7   whatever you remember about ███████████, did she
8   give you any other directions about what you should
9   write?
10      A    She was interested in two things, really.
11  How Epstein got away with so many counts of child
12  trafficking for sex and how ███████████ was
13  involved in it.  Those were her two main inquiries.
14      Q    What did she ask you to write?
15      A    She asked me to write about ███████████.
16      Q    Did she tell you to put it in your own
17  handwriting?
18      A    No, she just asked me to write down what I
19  can remember.
20      Q    Did you give her everything that you
21  wrote?
22      A    Did I give her the whole entire pages that
23  I wrote?
24      Q    Yes.
25      A    Yeah, I wrote pages for her specifically.

Page 228

1       Q    In your own handwriting?
2       A    In my own handwriting.
3       Q    And what you wrote, was that true?
4       A    Yes.
5       Q    And did you get paid for those pieces of
6   paper?
7       A    Not for the papers, I don't believe.
8       Q    Okay.  Have you gotten paid when they've
9   been reprinted?
10      A    No.
11      Q    Have you negotiated any deal with Radar
12  Online?
13      A    No.
14      Q    Have you negotiated any deal with Sharon
15  Churcher for the purpose of publishing those pieces
16  of paper?
17      A    Not those pieces of paper.
18      Q    When did you write those pieces of paper?
19           MR. EDWARDS:  Object to the form.
20      A    A week before she came out.
21      Q    (BY MS. MENNINGER)  And when did you give
22  them to her?
23      A    When she came out.
24      Q    When was that?
25      A    Sometime, I believe, in early 2011.

| Page 229 | Page 231 |
|---|---|

**Page 229**

1  Q   What did you get paid for, if not for
2  those pieces of paper?
3      MR. EDWARDS:  Object to the form.
4      A   I was paid for the picture with ███
5  ████████  with his arm around me, Ghislaine in the
6  background.  And I was paid for the, I guess, the
7  print of the stories.
8      Q   (BY MS. MENNINGER)  Anything else?
9      A   No.
10     Q   You were not paid for those pieces of
11 paper?
12     A   No.
13     Q   All right.  And how many pieces of paper
14 did you write?
15     A   Like I said, I'm rounding it around three.
16     Q   Three pieces of paper?
17     A   That's what I -- I don't remember to be
18 exact on a number.  I'm sorry.  But over three pages.
19     Q   And you wrote those sometime in 2011?
20     A   The week that she was coming out to see
21 me.
22     Q   And you gave them to her, right?
23     A   I gave them to her.
24     Q   Did you keep a copy of that?
25     A   No.

**Page 230**

1      Q   Did you rip them out to make them look
2  like they came out of a journal?
3      A   No.
4      Q   Were you directed to make them look like
5  they came out of a journal?
6      A   No.
7      Q   Do you know why your lawyer would have
8  told the federal judge in New York that that's what
9  you did?
10     MR. EDWARDS:  Object to the form.
11     A   My lawyer in New York?
12     Q   (BY MS. MENNINGER)  Um-hum.
13     A   Ripped them out of a journal?
14     Q   Said that you had.  Do you know why she
15 would have said that?
16     A   Maybe she thought that I did.
17     Q   But you didn't?
18     A   They were just pieces of paper written for
19 Sharon Churcher's purpose.
20     Q   And not directed to look like they came
21 from a journal?
22     A   Nobody told me to make them look like they
23 came from a journal.  They were just pieces of paper
24 that I wrote down for Sharon Churcher.
25     Q   Did Ghislaine Maxwell tell ██████████

**Page 231**

1  that you were 16 years old?
2      A   No.  I think -- I think they had played
3  the guessing game and I was 17.
4      Q   And so Ghislaine Maxwell did not tell
5  ████████████  that you were only 16?
6      MR. EDWARDS:  Object to the form.
7  Speculation.
8      Q   (BY MS. MENNINGER)  In your presence?
9      A   I don't remember the exact conversation.
10 I just remember they liked to play the guessing game
11 a lot.
12     Q   And so you don't recall Ghislaine Maxwell
13 telling ████████████ in your presence that you were
14 quote, only, really only 16, right?
15     A   Correct, I don't remember that.
16     Q   And if that were in the paper, that would
17 be untrue, correct?
18     A   Correct.
19     MS. MENNINGER:  I think now might be a
20 good time for a break.
21     THE DEPONENT:  Thank you.
22     MR. EDWARDS:  Okay.  Sounds good.
23     THE VIDEOGRAPHER:  We're off the record at
24 2:45.
25     (Recess taken from 2:45 p.m. to 2:55 p.m.)

**Page 232**

1      THE VIDEOGRAPHER:  We're back on the
2  record at 2:55.
3      Q   (BY MS. MENNINGER)  Do you have any
4  photographs of yourself either nude or in a sexually
5  compromising position that you claim were taken by
6  Ghislaine Maxwell?
7      A   I do not have any of those in my evidence.
8  But if you ask Ghislaine Maxwell, she would have
9  plenty.
10     Q   Do you have any in your storage boxes in
11 Sydney?
12     A   No.
13     Q   Do you know whether your attorneys have
14 any such photographs that you claim were taken by
15 Ghislaine Maxwell?
16     A   No.
17     Q   You don't know or they don't have them?
18     A   I don't know.  And I don't think they have
19 them.  If they had them, they would have told me.
20 You should ask your client.  She's got plenty of
21 them.
22     Q   What type of camera did Ghislaine Maxwell
23 use?
24     A   It was a black camera.  And it had a, I
25 don't know the types and names of them, but the lens

Page 233

1 that goes out.
2    Q    Was it digital or single reflex?
3    A    Again, I don't know types of cameras.  I
4 mean, I use my phone for using a camera.  So it's a
5 black camera and it had a lens that you could put out
6 further or bring back.
7    Q    Did you ask her to take any photographs of
8 you?
9    A    No.  She asked to take photographs of me.
10    Q    Was it a film or a digital camera?
11    A    I never saw how she printed them out.
12    Q    What's the first time you told anybody
13 that you had been sexually trafficked?
14        MR. EDWARDS:  Form.
15    A    Tony Figueroa, my ex-boyfriend, knew some
16 of the stuff that was happening, though I did not go
17 in great detail to him, being that he's my boyfriend.
18 And then the first person I really opened up to about
19 everything was my husband.
20    Q    (BY MS. MENNINGER)  Did you tell Tony
21 Figueroa that you were forced to have sex with
22 Jeffrey Epstein?
23    A    Yes.
24    Q    Did you tell Tony Figueroa you were forced
25 to have sex with Ghislaine Maxwell?

Page 234

1    A    Yes.
2    Q    Did you tell ████████ that Ghislaine
3 Maxwell sent you to have sex with famous people?
4    A    Yes.
5    Q    When did you tell ██████████ that?
6    A    During conversations.  Like, I'd call him
7 from places that I was at and just talk to him.  And
8 like I said, I wouldn't get into great detail about
9 things.  But, you know, I had to be with this person
10 or that person today and --
11    Q    Did you tell ██████████ not to call the
12 police?
13    A    No.  ████ enjoyed his lifestyle with me.
14 So he wouldn't have gone to the police.
15    Q    Did you tell ██████████ that
16 you were sexually trafficked?
17    A    You know, I don't know what I told ████ I
18 at the time.  I know he asked me and I think I told
19 him, but I didn't get into detail with him.
20    Q    What do you think you told him?
21    A    That I wasn't just massaging these people.
22    Q    Did you tell him what you were doing with
23 Jeffrey Epstein?
24    A    Yes.
25    Q    Did you tell ██████████ what

Page 235

1 you were doing with Ghislaine Maxwell?
2    A    Yes.
3    Q    Did you tell him what you were doing to
4 other people?
5    A    I don't think I told him about many other
6 people, no.
7    Q    What people did you tell him about?
8    A    Mainly Ghislaine and Jeffrey.
9    Q    When did you tell him that?
10    A    From the start.
11    Q    When was the start that you told him?
12    A    From, I wouldn't say the first meeting,
13 but I told him around that time.
14    Q    And what did ████████ tell you to
15 do?
16    A    He didn't mind what I had to do.  Again,
17 he was another guy that used me because I made lots
18 of money, and he didn't tell me to do anything.
19    Q    Did he tell you not to tell the police?
20    A    No, he didn't tell me not to do anything.
21    Q    Did he tell you to tell the police?
22    A    Again, he told me not -- he didn't tell me
23 to do anything.
24    Q    When did you tell your parents that you
25 were sexually trafficked by Jeffrey Epstein?

Page 236

1    A    After I had my kids.
2    Q    When did you tell your parents that you
3 were sexually trafficked by Ghislaine Maxwell?
4    A    I told them the same time about Jeffrey
5 and Ghislaine.  So sometime after I had my children.
6    Q    After you had had all three children or
7 after you had your first child?
8    A    I think after I had all three of my
9 children.
10    Q    What was the last year in which you had a
11 child?
12    A    2010.
13    Q    So you believe you told your parents
14 sometime after 2010 that you had been sexually
15 trafficked?
16    A    Yes.
17    Q    You didn't tell your parents that you had
18 a lawsuit entitled Jane Doe 102 versus Jeffrey
19 Epstein in 2009?
20    A    I wasn't very close with my parents.
21    Q    Why not?
22    A    We just had a hard relationship.
23    Q    Why?
24    A    Because we did.  I don't know why.  Some
25 people just don't get along.

Page 237

1    Q    Do you get along with your parents now?

2    A    I get along with my parents now, yes.

3    Q    Okay.  Have you ever told anyone that you

4  were a sex slave for four years?

5    A    Under the assumption that I got my dates

6  wrong, yes, I probably have.

7    Q    And that's not true, correct?

8    A    Not because I didn't mean it to be true.

9  Just because I didn't know my dates.

10   Q    So four years is not two years, correct?

11        MR. EDWARDS:  Object to the form.

12   A    Four years is not two years.

13   Q    (BY MS. MENNINGER)  What did your parents

14 say when you told them that you had been sexually

15 trafficked by Jeffrey Epstein and Ghislaine Maxwell?

16   A    I believe they were disgusted.

17   Q    What did they tell you to do or to not do?

18   A    I don't remember the exact conversations

19 that we had, but they weren't happy.

20   Q    Were they both on the phone at the same

21 time?

22   A    No.

23   Q    Who was on the phone first?

24        MR. EDWARDS:  Object to the form.

25   A    I don't know.

Page 238

1    Q    (BY MS. MENNINGER)  You were in Australia

2  at the time, correct?

3    A    Yes.

4    Q    They were not?

5    A    Yes.

6    Q    Have they ever been to see you in

7  Australia?

8    A    My dad has.

9    Q    Has your mom ever been to see you in

10 Australia?

11   A    No, my mom is afraid of flying.

12   Q    When did your dad come to see you in

13 Australia?

14   A    The birth of my son, my first one in 2006.

15 And then, I believe in 2010 when my daughter was

16 born.

17   Q    And did you have this conversation with

18 your dad about this in person or on the phone?

19   A    I've had conversations with him about it

20 since.

21   Q    I'm talking about the first time you had a

22 conversation with your dad.

23   A    On the phone.

24   Q    What caused you to tell him in 2010?

25   A    I was just starting to accept what I had

Page 239

1  been through.  I think for ten, however long many

2  years, I mean, over ten years, I had tried to start a

3  new life, become a new person.  And I wanted to put

4  all that stuff behind me and not think about it.  But

5  after you have children, something changes in you and

6  you just want to stand up and do the right thing and

7  protect any other children from having to go through

8  this.

9    Q    Did you tell your parents how much money

10 you received from your settlement with Jeffrey

11 Epstein?

12   A    No.  That is a -- I think there's like a

13 non-disclosure statement.  I don't know exactly what

14 the legal term is, but --

15   Q    Did you send any money to your parents?

16   A    No, I don't -- no.  No, I've never sent

17 money to my parents.

18   Q    Who is ███████████?

19   A    One of ██████ shady friends.

20   Q    Did you talk to ████████████ about

21 your involvement with Jeffrey Epstein?

22   A    No.

23   Q    Did you ever live with ████████████?

24   A    No, he used to come over to my house.

25   Q    Between 2000 and 2002 did you ever have

Page 240

1  any interactions with law enforcement?

2    A    Yes.

3    Q    When?

4    A    When I tried to break away from Jeffrey

5  and Ghislaine, I started making myself unavailable.

6  And I got a job at Road House Grill.  And Tony used

7  to come pick me up in the afternoons, at nighttime,

8  and he'd sit at the bar.  And there's this big cup

9  that's got tips in it.

10        I was in the back room.  And I had to --

11 first you have to sign out and you have to take off

12 your aprons, put your aprons away.  And there's a

13 whole bunch of cleaning up stuff you have to do.

14        In that time period, Tony grabbed money

15 from a cup that had money in it.  That was for the

16 bartenders for their tips.  My boss called me the

17 next day.  He told me that I had stolen the money,

18 which I hadn't.  And I came back and I returned the

19 money after I confronted Tony about it.  Gave the

20 money back to him and he said, I'm sorry, but it's

21 just law that I have to call the police.  So he

22 called the police.

23        And knowing that Jeffrey has got the Palm

24 Beach Police Department in his pocket, I went to

25 Jeffrey Epstein and I told him what had happened.

Page 241

1   And Jeffrey said, Don't worry about it. Let me take
2   care of it for you.
3       Q   Okay. I'm sorry. When did you have
4   interaction with law enforcement, then?
5       A   What year?
6       Q   Did you speak with a law enforcement
7   officer?
8       A   I don't believe I spoke to them. Jeffrey
9   handled everything.
10      Q   Okay. And you said that you had finished
11  your shift at -- this is at the Road House Grill,
12  correct?
13      A   Correct.
14      Q   You had finished your shift?
15      A   Yeah, it was the end of the shift.
16      Q   Okay. And you had cleaned up and were
17  checking out, correct?
18      A   Yeah, it's a completely separate part of
19  the -- it's like back of the house. Do you know what
20  that means, like in waitering terms?
21      Q   (Indicating.)
22      A   Yeah, back of the house.
23      Q   And what was -- who was this boss that you
24  spoke to?
25      A   I can't remember his name.

Page 242

1       Q   Okay.
2       A   But, I mean, he was very nice. He didn't
3   want to but he just had to because it's just the law.
4   You know, the money was returned to him, but he still
5   had to do what he had to do.
6       Q   You paid him back the money the next day?
7       A   Very next day.
8       Q   And did you ever speak with the Palm Beach
9   County Sheriff's Office about it?
10      A   You know, I don't know if they called me
11  or not, but I know that since my boss told me he had
12  to call the police, I went to Jeffrey. And Jeffrey
13  said he'd handle it.
14      Q   How old were you at the time?
15      A   I don't know, 18, maybe 19.
16      Q   You weren't a juvenile, were you?
17      A   Well, juvenile being under 18, no.
18      Q   Is that the only interaction with law
19  enforcement that you had between 2000 and 2002?
20      A   Correct.
21      Q   Were you, in fact, charged with theft
22  based on that case?
23      A   No charges were ever brought to me.
24      Q   Do you know if they were filed?
25      A   No. Jeffrey told me he'd handle it, and I

Page 243

1   never heard anything about it ever again.
2       Q   Did you ever check to see if you had a
3   warrant out?
4       A   No. Jeffrey told me that he took care of
5   it.
6       Q   Do you think it's a problem to leave the
7   country when you have an outstanding warrant?
8       MR. EDWARDS: Object to the form.
9   Foundation. Lack of predicate.
10      A   I don't think I have an outstanding
11  warrant. Why would I -- do you have a document that
12  says I have an outstanding warrant?
13      Q   (BY MS. MENNINGER) I'm just asking you if
14  you believe it's a bad thing to leave the country
15  when you have an outstanding warrant?
16      A   Absolutely.
17      Q   And you would never assist someone in
18  doing that, correct?
19      A   Correct.
20      Q   During the year 2015, have you spoken to
21  law enforcement about any topic other than Ghislaine
22  Maxwell?
23      A   In 2015?
24      Q   Um-hum.
25      A   Did I talk to any law enforcement about

Page 244

1   Ghislaine Maxwell?
2       Q   About anything other than Ghislaine
3   Maxwell?
4       MR. EDWARDS: And I would just object at
5   this point in time and instruct the witness not to
6   convey any answers as to who she has or who she has
7   not disclosed until such time as the Court rules on
8   the current outstanding motion.
9       I know that we have some obligations to
10  fulfill by the 4th. We intend to do that. And I
11  also recognize we may be back to answer some of these
12  questions. But for today, she's not going to answer
13  those questions.
14      MS. MENNINGER: Well, I'm just going to
15  ask them and --
16      MR. EDWARDS: I understand.
17      Q   (BY MS. MENNINGER) Have you spoken to any
18  law enforcement in Colorado since the beginning of
19  January 2015?
20      A   I can't answer that question right now.
21      MR. EDWARDS: Hold on one second. I may
22  be able to get you an answer to that question. Can I
23  take -- can I just take a quick break, and I think I
24  can answer that particular question for you?
25      MS. MENNINGER: I'm not asking you to

Page 245

1  answer any questions --
2      MR. EDWARDS:  Fine.
3      MS. MENNINGER:  -- Mr. Edwards.
4      MR. EDWARDS:  Fine.
5      MS. MENNINGER:  I appreciate it, but I'm
6  asking the witness to answer these questions.
7      MR. EDWARDS:  I know, I'm just trying to
8  help you today.
9      For today, don't answer the questions.
10     THE DEPONENT:  I don't mind explaining.
11     MR. EDWARDS:  I know, but you --
12     THE DEPONENT:  Okay.
13     MR. EDWARDS:  I wanted to help.
14     THE DEPONENT:  Okay.
15     Q   (BY MS. MENNINGER)  So have you spoken to
16  any law enforcement officers in Colorado since
17  January of 2015 until today?
18     A   I am not answering that question.
19     Q   Have your attorneys spoken to any law
20  enforcement officers in Colorado since the beginning
21  of 2015 until today?
22     A   I'm not answering that question.
23     Q   Have you been living with your husband in
24  Australia since October of 2015?
25     A   Yes.

Page 247

1  other terms of his probationary period?
2      A   No.  He went to everything that he was
3  supposed to go to.
4      Q   Has he paid his fines?
5      A   Yes, as far as I know.
6      Q   Describe for me the contract that you had
7  with the Mail On Sunday?
8      A   Could you be a little bit more specific?
9  Like --
10     Q   Have you had more than one contract with
11  the Mail On Sunday?
12     A   Well, there was one contract for the
13  picture.  And that was to pay me 140,000 for the
14  picture.  And then two stories were printed after
15  that for the amount of 10,000 each.
16     Q   Is that the only money that you received
17  from the Mail On Sunday?
18     A   Correct.
19     Q   Did you receive any money for syndication
20  of the photograph?
21     A   Isn't that what the 140 was for?
22     Q   I'm asking you.
23     A   Well, I don't really know what syndication
24  means.
25     Q   Did you have a written contract with the

Page 246



Page 248

1  Mail on Sunday?
2      A   Yes.
3      Q   Where is that contract right now?
4      A   I don't know.  I've moved that many times.
5  I -- I lose paperwork wherever I go.
6      Q   Is it possible it's in the boxes in
7  Sydney?
8      A   I don't think I kept it, to be honest.
9      Q   Did you ever refer back to it after you
10  signed it?
11     A   I know I kept it for a short while, but I
12  mean, like I said, I've moved countries twice in the
13  last two years and three different houses.  So the
14  paper trail is lost.  I don't know where it would be.
15     Q   Did you receive it via e-mail?
16     A   No.  I received it -- Sharon Churcher
17  handed it to me by paper.
18     Q   And you signed it?
19     A   I signed it.
20     Q   And then did you make a copy of it?
21     A   No.
22     Q   You never had a copy of it?
23     A   Well, I had my own copy.  I'm sure she has
24  hers.
25     Q   Do you recall there being a period of

Page 249

1 exclusivity?

2    A    Yes.

3    Q    What was that period?

4    A    I believe it was like a three-month period

5 or something.

6    Q    Okay.  And what other terms of the

7 contract, do you recall?

8    A    I couldn't talk to any other news

9 publication about the story.

10    Q    Anything else?

11    A    Not that I know of.

12    Q    Were you happy when the period was up?

13    A    Well, I mean, at that time I wanted to

14 write about my story.  So I guess, yes, I was happy

15 when that period was up.

16    Q    And you were actively writing a book at

17 that time, correct?

18    A    My manuscript.  I've never published it.

19    Q    You were writing the manuscript at the

20 time of your period of exclusivity with Sharon

21 Churcher, correct?

22    A    Those three months were just craziness.  I

23 think I started after that.

24    Q    You think you started writing the book

25 after the 90 days were up?

Page 250

1    A    Yeah.

2    Q    And then you attempted to sell that

3 manuscript, correct?

4    A    I didn't attempt to sell it.  I went to

5 other publications, like, what do you call them?

6 People -- I'm trying to think of the name of the

7 word.  People who publish books, not like a newspaper

8 or anything.  And I inquired about what they thought

9 of my manuscript and if they thought it was, you

10 know, a good story.  And, yeah.

11    Q    So you sent the manuscript to these people

12 for the purposes of trying to publish the book,

13 correct?

14    A    Some people, yes.

15    Q    And you were trying to get money from the

16 book publication, correct?

17    A    Well, I wasn't going to sell it to them

18 for free.

19    Q    But you were unsuccessful in finding

20 someone to publish it, correct?

21    A    Well, I was always on the fence with it.

22 I wasn't too sure if I wanted to or didn't want to.

23 I was more seeking judgment based upon these people

24 who have done this plenty and plenty of times.

25        Still to this day, I mean, I've had people

Page 251

1 who have been interested in it and I still don't know

2 if I want to do it yet.  I mean, I think there's a

3 lot more that can go into it, you know.

4    Q    You were actively sending the manuscript

5 to people for purposes of having them reach a deal

6 with you and publish it, correct?

7    A    No deal was ever talked about.  What we

8 talked about was the possibility of publishing it, is

9 it publishing-worthy, would I need to get a

10 ghostwriter.  You know, this is the first time I've

11 ever written a manuscript so I didn't know what I was

12 doing.

13    Q    Okay.  You contacted Jarred Weisfeld,

14 correct?

15    A    Correct.

16    Q    I'm going to mark a document as

17 Defendant's Exhibit 16.  It is a composite exhibit.

18        (Exhibit 16 marked.)

19        MR. EDWARDS:  Thank you.

20    Q    (BY MS. MENNINGER)  I'm not going to ask

21 you to read every single page of this, but if you

22 look at the first page.

23    A    Um-hum.

24    Q    Can you tell what this is in terms of what

25 type of document?

Page 252

1    A    It's an e-mail from me to Jarred.

2    Q    Okay.  And there's also e-mails from

3 Jarred to you on the same page, correct?

4    A    Yes.

5    Q    And can you tell -- I just presume that

6 you know that you have turned over documents in this

7 case; is that true?

8    A    Yes.

9    Q    All right.  And do you see at the bottom

10 it's got your name and some page numbers in the

11 bottom right-hand corner?

12    A    Giuffre 003529?

13    Q    Right.

14    A    Yes.

15    Q    So you understood that your lawyers sought

16 from you e-mails, for example?

17    A    Yes.

18    Q    And searched your computer, correct?

19    A    Correct.

20    Q    And printed out e-mails, correct?

21    A    Yes.

22    Q    And these look like some of the e-mails?

23    A    Yes.

24    Q    Okay.  Do you have any reason to believe

25 that e-mails produced by your lawyers with your name

Page 253

1   on the e-mail address line are anything other than
2   your e-mail?
3      A    No, they're my e-mails.
4      Q    Okay.  Did anyone else use your e-mail
5   account?
6      A    No.
7      Q    Okay.
8      A    I mean, well, my husband uses it
9   sometimes.  My kids use it for games.
10     Q    Okay.
11     A    But that's about it.
12     Q    So if an e-mail is signed XOXO Jenna --
13     A    Yes.
14     Q    -- is that you?
15     A    Correct.
16     Q    All right.  And do you believe anyone else
17  in your family was communicating with
18  ███████████?
19     A    No, no one else.
20     Q    All right.  What was the purpose of you
21  communicating with Jarred?
22     A    We were trying to figure out if my book
23  was -- my manuscript was ever published or
24  publishable.  And this was at a time where there was
25  a lot of controversy about what's going on around JE.

Page 254

1         And when I say JE, I mean Jeffrey Epstein.
2   It was a very scary thing for a lot of publishers to
3   even consider taking it on because Jeffrey is a very
4   powerful person.
5      Q    Did you send your manuscript to Jarred?
6      A    I believe I did.
7      Q    All right.  Did you ask Jarred to send it
8   on to other people like ████?
9         MR. EDWARDS:  Object to the form.
10     A    I can't -- I can't recall.  I believe I
11  met ████ through Jarred.
12     Q    (BY MS. MENNINGER)  Okay.  I'm going to
13  ask you to turn -- well, on the first page, the
14  second e-mail says, is Epstein too big for ████?
15        Does that refresh your recollection that
16  Jarred and ████ had something to do with one another?
17     A    Yes.
18     Q    Okay.  And on the second page in the
19  middle of the page, just to be clear, is that an
20  indication that, ████ definitely does not want the
21  book, XOXO Jenna.
22        Is that what you wrote?
23     A    Yes.
24     Q    And these first e-mails are in 2000 --
25  July of 2012, correct?

Page 255

1      A    Yes.
2         MR. EDWARDS:  I object just to the
3   apparent mischaracterization.
4         MS. MENNINGER:  Of 2012?
5         MR. EDWARDS:  Being the first e-mails.
6         MS. MENNINGER:  I only meant the first
7   pages of this composite exhibit.
8         MR. EDWARDS:  Okay.
9         MS. MENNINGER:  But I appreciate your
10  clarification.
11        MR. EDWARDS:  Okay.
12     Q    (BY MS. MENNINGER)  The first e-mails of
13  this composite exhibit are dated July of 2012,
14  correct?
15     A    Correct.
16        MR. EDWARDS:  The first page.  As opposed
17  to the first in the chronological timeline.
18        MS. MENNINGER:  Yes.
19        MR. EDWARDS:  Okay.
20     Q    (BY MS. MENNINGER)  If you flip sort of
21  anywhere towards the back, can you also see that
22  you -- there are e-mails between yourself and Jarred
23  in 2011?
24     A    Excuse me.  And which page?
25     Q    Really, you can take your pick anywhere

Page 256

1   from the back of that exhibit?
2      A    Yeah, yeah, I see what you're talking
3   about.
4      Q    Here.  Why don't I direct you to the
5   bottom right is Giuffre 3563.  Now, it's going to be
6   a little tricky to find, but it's about eight
7   pages -- I'm sorry, six pages from the back of the
8   composite exhibit.
9      A    Yes.
10     Q    Do you see on that page an e-mail from
11  yourself to Jarred from June 7th of 2011?
12     A    Yes.
13     Q    And in that e-mail you write:  Dear Jarred
14  Weisfeld, We spoke on the phone going back a couple
15  months regarding the story I am writing called, The
16  Billionaires Playboy Club.
17        Right?
18     A    Correct.
19     Q    I am no longer under any contract and
20  would like to ask you to review my synopsis and if
21  you are interested I would love for you to represent
22  me as my literary agent.
23        Correct?
24     A    Correct.
25     Q    I've included some of the press that has

Agreed Blando Court Reporting & Video, Inc.

| | Page 257 | | | Page 259 |
|---|---|---|---|---|

**Page 257**

1  covered the ongoing case of Jeffrey Epstein, the
2  world's richest pedophile. And my good friend and
3  journalist Sharon Churcher has a few from her
4  articles that she has written to send to you as well.
5       Correct?
6   A   Correct.
7   Q   I am very serious about getting my book
8  published and believe this story will cover many
9  genres of interest, not only by those following the
10  lengthy case, but it is also a woman's story of
11  glitz, glamour, sorrow, compassion, and true love. I
12  hope you enjoy.
13       Correct?
14   A   Correct.
15   Q   Signed, yourself?
16   A   Yes.
17   Q   So in about June you sent to Jarred
18  Weisfeld a synopsis and were asking him to represent
19  you as your literary agent to sell the book, correct?
20   A   Yes.
21   Q   And you characterized Sharon Churcher as
22  your good friend, correct?
23   A   Well, at that time -- you have to
24  understand, Jarred and Sharon are very close. Sharon
25  is the one who introduced me to Jarred. And that's

**Page 258**

1  just being nice.
2   Q   Do you disagree that Sharon Churcher was
3  your good friend at that time?
4   A   Well, at that time I did trust her a lot
5  more than what I do now.
6   Q   Why did you change your opinion of Sharon
7  Churcher?
8   A   You know, I -- I just -- I think -- I
9  think talking to some journalists can be very
10  dangerous, especially sometimes how words can get
11  taken out of context. And I'm not saying that she's
12  a bad person. I'm just saying that just, I wouldn't
13  call her up and ask her what she's cooking for dinner
14  tonight or how the family is doing.
15   Q   Did you ever introduce her to your hair
16  stylist?
17   A   No.
18   Q   All right.
19   A   Oh, actually, yes, I did. She did get a
20  haircut where I was at.
21   Q   All right.
22       MS. MENNINGER: So if I could have the
23  e-mails with Paulo Silva, please. I'm going to mark
24  these Defendant's Exhibit -- 18 -- 17.
25       Oh, I don't know if that's -- is that just

**Page 259**

1  one? All right.
2       MR. EDWARDS: What are we on now, 17?
3       MS. MENNINGER: 17.
4       (Exhibit 17 marked.)
5   Q   (BY MS. MENNINGER) Very similarly, can
6  you take a look at this exhibit? It is a composite
7  of documents produced by your attorneys with various
8  Bates ranges, Bates numbers in between Giuffre 2750
9  and 3928.
10   A   2750 and --
11   Q   I think -- I think the last page is 3927,
12  but it does not contain all of -- I'm sorry, 3928.
13  But it does not contain all of the pages in between,
14  just to let you know.
15   A   Okay. Is there one specific that you want
16  me to look at?
17   Q   No, if you can just take a look at the
18  first page.
19   A   Okay.
20   Q   And tell me if you know who this person
21  is?
22   A   Paulo Silva is somebody who works for the
23  Mail On Sunday. And he was the one in charge of
24  paying me.
25   Q   Paying you for what?

**Page 260**

1   A   The 140 plus the 10 and the 10.
2   Q   Okay. And did he also pay you on an
3  ongoing basis for further sales of the photograph of
4  yourself and ████████████?
5   A   No, it was a set fee of 140 plus the 10
6  and 10. But they broke it up for some reason. So as
7  you can see here, Thanks for transferring the money.
8  I will let you know when it reaches my bank account
9  but just a little bit confused as I have a previous
10  e-mail with the amount owed at 4100. Is there still
11  an outstanding amount yet to be paid.
12       So they broke it up into quite a lot of
13  different fractions but it still equaled the 140 plus
14  the 10 and the 10.
15   Q   Okay. If I could ask you to flip back to
16  Giuffre 2758. They're in sequential order, so it
17  should be about eight pages back.
18   A   Yes.
19   Q   All right. Do you see -- do you see that
20  that's an e-mail from Paulo Silva to your e-mail
21  account?
22   A   Yes.
23   Q   On or about March 28th, 2011?
24   A   Yes.
25   Q   All right. And it appears to be his

## Page 261

1 introductory e-mail to you. Is that a fair
2 characterization of it?
3    A    It would be hard to say. Like, I'd have
4 to look at the first one. That's June 24th. This is
5 March 28th. I suppose so, if he's introducing
6 himself as Paulo Silva.
7    Q    All right. And in this e-mail he
8 introduces himself by name and tells you that he
9 works for Solo Syndication and represents they are
10 the official syndication agency for Daily Mail and
11 Mail On Sunday and that he's been overseeing the
12 syndication of your image, correct?
13    A    Correct.
14    Q    All right. And then he tells you that
15 with regard to your image with ███████ he can
16 confirm that they've been able to sell it frequently
17 over the last couple of weeks. And he listed the
18 names of various news agencies to whom they had sold
19 the image, correct?
20    A    Correct.
21    Q    And then he tells you what the sales were
22 as of last Friday and then what your share of it is,
23 correct?
24    A    Correct.
25    Q    And your share of it was approximately

## Page 262

1 half of whatever the sales were, correct?
2    A    Yes, it looks that way.
3    Q    All right. And so then he gave you their
4 general payment terms, correct?
5    A    (Deponent perused document.)
6        Yes. Yep.
7    Q    And is that syndication deal separate and
8 apart from your deal with the Mail On Sunday to get
9 paid for the stories and a chunk --
10    A    Yes.
11    Q    -- for the image?
12    A    So I will have to correct my previous
13 statement.
14    Q    Okay.
15    A    So I forgot completely about the fact that
16 I received 4,487.50 for -- for the pictures that got
17 sold.
18    Q    And is it possible it was sold some more
19 after this date, for which you received some money,
20 correct?
21    A    I don't believe so. I -- I didn't even
22 remember this one, to be honest. So if there's any
23 others that you can show me, I'd be happy to look at
24 them.
25    Q    Well, I'm just asking you if you remember

## Page 263

1 what the terms of your agreement were with this
2 syndication, Solo Syndication?
3    A    Well, like you said, it looks like half
4 of --
5        In regards to your image with ██████
6 ██████, I can confirm we've been able to sell it
7 quite frequently over the last few weeks. So far
8 we've been able to sell it to the following clients.
9 It lists names.
10        So far the total sales, as of last Friday,
11 is the number listed there.
12        Therefore, your share is 4,487.
13    Q    So let me be clear. I guess I'm asking,
14 do -- do you recall what your deal was with Solo
15 Syndication?
16    A    No, I do not recall it. I just remember
17 Sharon writing up the contract saying 140 plus the 10
18 and the 10. I completely forgot about the
19 syndication for $4,000 and 487 cents (sic).
20    Q    Okay. I'm going to ask you to turn back
21 to 2754.
22    A    2754?
23    Q    Correct.
24    A    Okay.
25    Q    And it's a document with the heading Solo

## Page 264

1 Syndication Limited. Is that the right page you're
2 on?
3    A    Yes.
4    Q    Dated May 23rd, 2011, correct?
5    A    Yes.
6    Q    All right. And there's some handwriting
7 in the middle of the page towards the bottom.
8    A    Not my handwriting.
9    Q    It's not your handwriting?
10    A    No.
11    Q    Do you know whose it is?
12    A    No.
13    Q    All right.
14    A    I don't even know what it says. Does it
15 say Chai canceled and something mode? I have no idea
16 what it even says.
17    Q    Okay. And it's not your handwriting?
18    A    No.
19    Q    It was produced by your attorneys,
20 correct?
21    A    I'm sorry?
22    Q    It was produced to us by your attorneys,
23 correct?
24    A    Yes. They went through and gave you guys
25 everything you asked for.

## Page 265

1    Q    All right.  Since these e-mails come from
2    your e-mail address to and from Paulo Silva, do you
3    have any reason to doubt that they are your e-mails?
4    A    I have no reason to doubt.
5    Q    All right.  Do you recall a Sandra White?
6    A    Yes.  She was a possible ghostwriter that
7    I was going to use.  Sharon recommended that I got a
8    ghostwriter to be involved.  And we nearly settled on
9    some kind of agreement, but I wasn't really happy
10   with the agreement in the end, so I decided not to
11   use her.
12   Q    You weren't happy with the terms of her
13   price, if you will?
14   A    Yes.
15   Q    And so you didn't come to an agreement
16   with her, correct?
17   A    We nearly did, but we in the end did not.
18   Q    All right.  If I can show you Defendant's
19   Exhibit -- whew -- 18.
20        MR. EDWARDS:  You did kill a tree there.
21   Q    (BY MS. MENNINGER)  Take a look at that.
22        (Exhibit 18 marked.)
23        THE DEPONENT:  So put this one away?
24        MR. EDWARDS:  Put these in some sort of
25   order.  They don't have to be perfect, but just so

## Page 266

1    you know what you're looking at.
2        This is 18?
3    Q    (BY MS. MENNINGER)  All right.  Again, do
4    you recognize that the e-mail address --
5    A    Is mine.
6    Q    -- is yours and it's from and to Sandra
7    White, correct?
8    A    Correct.
9    Q    And the date is in or around May 25th,
10   June 5th, something like that?
11   A    It's Australian so it's backwards.  So
12   it's the 6th of May, 2011.
13   Q    Well, I would have thought that except the
14   bottom e-mail is May 24th, the middle one is May 25th
15   and then the most recent one says 6/5.  So I don't --
16   I don't know.  I didn't write the document.
17   A    Yeah.
18   Q    But I'm asking if you believe it was in or
19   around the end of May?
20   A    The only reason I can tell you that is
21   because if you look here, 24/5/11 is the way that we
22   actually do our dates in Australia, whereas in
23   America you would do 5/24/11.
24        So right here where it's written makes it
25   nice and clear but just to be clear, the dates are

## Page 267

1    backwards.
2    Q    Right.  So if an e-mail is responding to
3    May 25th, is it more or less likely that it was
4    written on June 5th or May 6th?
5        MR. EDWARDS:  Object to the form.
6    A    I would say May 6th.
7    Q    (BY MS. MENNINGER)  So when responded to a
8    May 25th --
9    A    Oh, no, you're right.  No, I'm sorry, I'm
10   going backwards because it's going up, isn't it?
11   Okay.  Yes.
12   Q    All right.
13   A    I'm confused, too.
14   Q    Anyway.  In the last e-mail it says:  I'm
15   very sad we won't be able to work together as I've
16   been very excited about the project.  As you know, I
17   do not sell synopsis or individual chapters, and
18   especially not for those amounts.  I'm merely
19   intrigued about where you were getting advice from.
20   Rest assured what we have worked on is confidential.
21   If you change your mind, let me know.
22        So that was around June 5th?
23   A    2011.
24   Q    2011, right?
25   A    Yes.

## Page 268

1    Q    All right.  So you had been trying to
2    reach an agreement with Sandra White prior to
3    June 5th?
4    A    Correct.
5    Q    And were unable to do so?
6    A    Yes.
7    Q    And not that you need to read every page,
8    but is it fair to say that you exchanged some
9    portions of your synopsis with Sandra during the
10   course of your interactions with her?
11   A    Yes.  And she rewrote some portion of it
12   as well, which I don't even know, it might be in
13   here.  It might not be in here.  I don't know what
14   I've kept or not kept.
15   Q    Okay.  And did you get advice from Sharon
16   Churcher with respect to the terms upon which you
17   should be looking for the ghostwriting agreement?
18   A    Sharon is the one who introduced me to
19   Sandra.  I can't remember who was giving me the
20   advice.  It's going back so long ago, you know, I
21   don't want to pinpoint somebody and say it was
22   definitely them if it wasn't.
23        So, yeah, I'm just not going to comment on
24   that one without knowing.
25   Q    Okay.  You probably have e-mails, though,

Page 269

1  do you think, perhaps?

2  A   I haven't seen these e-mails since 2011.

3  So --

4  Q   Okay.  I'm going to show you Defendant's

5  Exhibit 19.

6      (Exhibit 19 marked.)

7  Q   (BY MS. MENNINGER)  Who is Marianne

8  Strong?

9  A   She's my literary agent.

10  Q   All right.  And can you identify

11  Defendant's Exhibit 19?

12  A   I'm sorry?

13  Q   Can you identify what Defendant's

14  Exhibit 19 is?

15  A   Defendant's Exhibit 19, like the number at

16  the bottom?

17  Q   No, do you know what kind of document this

18  is?

19  A   Oh, it's an e-mail from me to Marianne

20  Strong.

21  Q   All right.  And at roughly what time

22  frame?

23  A   February 20th, 2014.

24  Q   All right.  And what were you speaking

25  with Marianne or writing with Marianne Strong about?

Page 270

1  A   Can I just read it real quick and I'll

2  tell you?

3  Q   Sure.

4      (Pause.)

5  A   Sure.

6  Q   Do you remember now the topic upon which

7  you and Marianne Strong were exchanging

8  communication?

9  A   I don't recall talking about ███████

10  ████████████████████  I don't know who Emily is.  But I

11  do understand what she's saying.  If I win, then my

12  story would be a much better story to write.

13  Q   And what case was she referring to, if you

14  know?

15  A   I think this was regarding probably the

16  time when I was in -- trying to get involved with the

17  CVRA case.

18  Q   In February of 2014?

19  A   Correct.

20  Q   Okay.  And at the bottom of the page

21  there's an e-mail from you to her, correct?

22  A   I haven't read that part yet.  Give me one

23  moment.

24  Q   Yeah.

Page 271

1  A   Thank you.

2      So it cuts off after that, does it?

3  Q   Um-hum.

4  A   Oh, sorry.  (Pause.)

5      Yep, I've read it.

6  Q   All right.  Do you remember that e-mail

7  now?

8  A   It's going back a long time ago, but it's

9  definitely my kind of writing.

10  Q   Okay.  So in the -- on the bottom of the

11  first page, 3417 --

12  A   Um-hum.

13  Q   -- you represented to Marianne Strong that

14  you had served four years as Jeffrey Epstein's

15  personal and abused sex slave, correct?

16  A   Correct.

17  Q   That is not true, correct?

18  A   Since we have now found out the actual

19  dates, it is not correct.

20  Q   Okay.  I want to turn the page, the second

21  page.  On the first line, the first full sentence

22  that begins on the first line:

23      Even though there is over 40 women that

24  were once vulnerable girls that looked like the sweet

25  girl next door but now that they have been taken

Page 272

1  advantage of by this disgusting Wall Street tyrant,

2  most of them have led a very unhealthy lifestyle

3  since having served Jeffrey, such as drug addictions

4  and prostitution and do not hold accreditation to

5  talk.

6      You wrote that, correct?

7  A   Correct.

8  Q   Who are the 40 women that you are talking

9  about here?

10  A   When I spoke to the FBI, they told me that

11  there were -- and this is maybe just a guesstimate,

12  maybe there was more, maybe there was less that they

13  said.  But they had told me that there was a lot of

14  other victims involved in this case.  And this is

15  when I believed that after the FBI came to see me

16  that they were willing to reopen the case and do

17  something about it.

18  Q   Okay.  So the FBI is the one that told you

19  that there were 40 women?

20  A   It could be less than 40.  It could be

21  more than 40.  I think I just summed it up to 40.

22  Q   You came up with 40?

23  A   Well, I didn't just come out with 40.  I

24  think it was around that number.  It could be 46.  It

25  could be 39.  I'm not too sure to be exact.

Page 273

1      Q   All right.  But you based it on --
2      A   On my speaking --
3      Q   -- what?
4      A   -- with the FBI.
5      Q   Okay.  And --
6          MR. EDWARDS:  Just let her finish her
7  question before you answer.
8          THE DEPONENT:  Okay.
9          MR. EDWARDS:  I just want the record
10 clear.
11     Q   (BY MS. MENNINGER)  Who at the FBI did you
12 speak with?
13     A   I can't think of his name.  I spoke to --
14 oh, God, I can't even think of his name right now.  I
15 spoke to a male and a female.  And I also spoke to
16 Marie Villafana about everything that was happening.
17     Q   Is it Jason Richards?
18     A   Jason Richards, yes.
19     Q   Did Jason Richards tell you that the FBI
20 was reopening their case?
21     A   He wanted to reopen the case.  And the
22 last conversation that I had with him, I can't
23 remember when it was, he said that he was having
24 trouble doing it from the people above him.
25     Q   Okay.  When was that?

Page 274

1      A   Like I said, I don't know.
2      Q   Was it like a year ago or two years ago or
3  three years ago?
4      A   I don't remember the last time I talked to
5  him.  I think I was in Florida the last time I spoke
6  to him.
7      Q   And was that on the phone or in person?
8      A   On the phone.
9      Q   Hmm?
10     A   On the phone.
11     Q   On the phone.  Where was he located, if
12 you know, when you spoke to him?
13     A   I don't know.
14     Q   Do you have his phone number?
15     A   I have his card somewhere.  Probably not
16 on me anymore.  Like I told you, my paper trail is
17 (indicating).
18     Q   Okay.  So in the fourth line you say:
19 Miraculously since I came to light with the truth in
20 speaking out against him in 2011, the FBI have
21 reopened the case.  Which as you know, has current
22 proceedings in which I am involved in.
23         So what current proceeding were you
24 involved in on February 19th, 2014?
25     A   Well, just speaking with the FBI, I was in

Page 275

1  the assumption that the case was being reopened, that
2  they still were investigating.
3      Q   Okay.  Did you believe that the FBI had
4  reopened their case in 2011?
5      A   I believe that's when they first started
6  to reinvestigate and reopen it.
7      Q   And then sometime when you were in Florida
8  Jason Richards told you that they were not actually
9  going to continue investigating the case?
10     A   I believe I was in Florida, yes.  And he
11 didn't say that -- he just said his hands were tied
12 and up above, I don't know, chain of command, it
13 just -- it didn't look like it was going anywhere.
14 There was no definite no and a definite yes.  It was
15 just, right now there's really nothing that we can
16 do.
17     Q   All right.  In the third paragraph from
18 the top, you said there's another major paper that
19 has followed the story for a while that has worked
20 with me before and they were asking you for the
21 exclusive story but updated and obviously the end
22 outcome from the judicial decision.
23         Who was the other major paper that had
24 followed the story for a while and was asking you for
25 an exclusive story?

Page 276

1      A   That would -- that, just coming to mind
2  must be the Daily Mail.  If I said I've worked with
3  them before, the only other -- the only other, what
4  do you call them, press, that I had worked with was
5  the Daily Mail, so --
6      Q   Okay.  But you said you had held out on
7  them because Marianne had told you about her contact
8  with Emily at the New York City Post, right?
9      A   I have held out because you told me about
10 your contact with Emily on the New York Post, and I
11 appreciate you trying to make big headlines for the
12 story and hopefully one day the book.  Yes.
13     Q   Okay.  And then the last line of that
14 paragraph you say:  I would also like to know that
15 I'm going to profit from this as well, correct?
16     A   Correct.  I'm not going to give it for
17 free.
18     Q   Right.  All right.
19         (Exhibit 20 marked.)
20         MS. MENNINGER:  Defendant's Exhibit 20.
21     Q   (BY MS. MENNINGER)  Do you recognize these
22 documents -- this document, which is another
23 composite exhibit?
24     A   Yes.
25     Q   Do you recognize it?

Page 277

1    A    Oh, like I said, I don't recognize it, but
2    it obviously comes from --
3        Q    Your e-mail address?
4    A    Yes.
5        Q    Now, what e-mail address is that, exactly,
6    on the first page of this exhibit?
7    A    @icloud.com, that must be from a phone.
8        Q    So that's different from the other e-mail
9    address?
10   A    Yeah, I don't actually know about that
11   e-mail address.  I obviously used it. ██████████
12   ███████████████████████████████
13       Q    And is the e-mail signed by your husband?
14   A    No, it's signed by me.
15       Q    Okay.  And in the subject line you wrote
16   Virginia Roberts (Jane Doe 102), correct?
17   A    Subject line?
18       Q    The very top line of that page.
19   A    Oh, yeah, I see.
20       Q    Okay.  And it was to
21   jason.richards2@ic.fbi.gov, correct?
22   A    Correct.
23       Q    And is that Jason Richards we were just
24   referring to?
25   A    Yes.

Page 278

1        Q    All right.  And you had some e-mails with
2    Jason Richards over time; is that fair?
3    A    Sure.
4        Q    These ones that came from your computer,
5    right?
6    A    Sure, yes.
7        Q    Okay.  You talk about having spoken with
8    Judge Paul Cassell in this first page, correct?
9    A    I am here to get this BS non-prosecution
10   agreement thrown out and speaking with Judge Paul
11   Cassal (sic).  He suggested trying to get ahold of
12   any photos or video recordings released by the FBI to
13   assist our case further in providing (sic) how much
14   pedophilia occurred by Jeffrey and the many other
15   monsters he obliged with underage girls.
16       Q    Okay.
17   A    If this is a possibility, please let me
18   know so I can give you Brad Edwards (my attorney) his
19   contact details.  Many thanks for your time and I
20   hope we should meet again.
21       Q    Okay.  And so you were going back to Jason
22   and trying to get any evidence that the FBI had about
23   your case, right?
24   A    Correct.  Any photographs pertaining to
25   what -- myself, not of anyone else.

Page 279

1        Q    Right.
2    A    But anything they had of me.
3        Q    And Brad Edwards, who is sitting right
4    here, was your attorney at the time and you
5    identified him as such in the e-mail, correct?
6    A    Correct.
7        Q    You did not identify Mr. -- Judge Cassell
8    as your attorney in this e-mail, correct?
9    A    I knew him as a former judge, and I just
10   wrote down, Judge Paul Cassal (sic) as it looks.  But
11   he was my attorney -- I don't know if he was my
12   attorney at that time.  But yes -- he's always --
13   he's been with me since the beginning, so --
14       Q    So he's representing you in this case now,
15   correct?
16   A    Yes.
17       Q    But at that time you don't know if he was
18   your attorney?
19   A    I think he was.  I mean, I've been talking
20   with him since the beginning.  And this is dated
21   2014.  So I believe at this time he was my attorney
22   at the time as well.
23       Q    Okay.  When do you recall first speaking
24   with him?
25   A    Speaking with Paul, I'm not too sure.  I

Page 280

1    can't remember if I spoke to Paul in the phone in
2    Australia or if I met him in person in Florida.
3        Q    Do you remember when you signed any kind
4    of fee agreement with him?
5        MR. EDWARDS:  Object to the form.
6    A    Um, the -- well, the first time I would
7    have signed an agreement would have been in Florida.
8        Q    (BY MS. MENNINGER)  When you were living
9    in Titusville?
10   A    As far as my knowledge reminds me.  I
11   mean, I'm looking at e-mails that I can't even
12   remember sending.  It's a possibility I could have
13   signed earlier, but as far as I remember.
14       Q    Okay.  Do you recall ever having e-mail
15   communications with Sharon Churcher about her
16   publishing the first serial of your book?
17   A    Serial, what does that mean?  I'm sorry.
18       Q    Like a sequel.
19   A    A sequel to my book?
20       Q    Um-hum.
21   A    My book has never been published.
22       Q    Right.  Do you remember ever e-mailing
23   with Sharon about her being the one who would publish
24   any subsequent follow-up book?
25   A    If you have something in front of you to

## Page 281

1  see and show me I would look at it. Like I said,
2  there's a million e-mails here. I mean, there's a
3  whole dead tree with e-mails I don't remember
4  sending. So --
5      Q   So you don't remember that e-mail chain,
6  as you sit here?
7      A   Yes.
8      Q   Okay. You have signed contingency fee
9  agreements with Boies, Schiller, correct?
10     A   Yes.
11     Q   You've signed contingency fees with
12  Mr. Cassell, correct?
13     A   Correct.
14     Q   Mr. Edwards and his firm?
15     A   Correct.
16     Q   Stan Pottinger; is that correct?
17     A   Correct.
18     Q   And pursuant to those fee agreements you
19  understand that you would get a recovery of any money
20  that you won in this case, correct?
21     A   Correct.
22     Q   And what percent is that?
23     A   I don't know off the top of my head. I
24  think it's 40 percent. I'm not too sure, to be
25  honest.

## Page 282

1      Q   Do you remember having any conversations
2  with ████████ about money that you hoped to
3  obtain from this case or from any other source
4  related to this?
5      A   I remember talking to ████████ as a
6  girlfriend telling her what cases I was involved
7  with. I don't believe we ever spoke about any
8  monetary settlements. There was no number that was
9  ever mentioned. I told her that I was involved in
10  these cases. And, you know, it was just girlfriend
11  talk between girlfriends. I never expected her to
12  turn around and consort with the enemy.
13     Q   Well, it's fair to say you do hope to make
14  money from bringing this lawsuit, correct?
15         MR. EDWARDS: Form.
16     A   I hope to win, but that's not the only
17  reason I want to win. I want to see justice come
18  through.
19     Q   (BY MS. MENNINGER) Is money one of the
20  reasons you want to win?
21         MR. EDWARDS: Same objection.
22     A   More than the money, I want to see
23  Ghislaine and Jeffrey own up to what they have done
24  and pay for the price, yes.
25     Q   (BY MS. MENNINGER) Is money tight in your

## Page 283

1  family?
2      A   We've been doing well.
3      Q   You've been doing well?
4      A   Yes.
5      Q   What is your source of income right now?
6      A   My husband is the main income -- he's the
7  breadwinner and I'm a stay-at-home mom.
8      Q   And what is his job?
9      A   ██████████████████████
10  ████████████████████████
11  ████████.
12     Q   And how long has he had that job?
13     A   He got that job, I believe, in December or
14  January. December 2015 or January 2016. I know he
15  got the job and then we had to go through all these
16  preliminary tests and everything to make sure you
17  qualify. So --
18     Q   And what is the last paid employment that
19  you had?
20     A   The last paid employment that I had was --
21  there was that -- do you remember going back through
22  the e-mails where I had that resume and I sent it and
23  they said, What time do you want to come for an
24  interview?
25         I ended up getting the job there for two

## Page 284

1  days because the place was disgusting and the boss
2  was just horrible.
3          I didn't get paid from them, but I got
4  employed by them. And other than that, the last time
5  I worked was in -- was in 2006 for ET Australia.
6      Q   Did you quit that job after two days
7  because the place was disgusting?
8      A   It was vile. Okay. They had the -- the
9  whole place was closed down. The restaurant was
10  closed down for a period of, like, six months. And
11  he wanted me to go into this freezer area that had a
12  dead rat in it and like this thick (indicating) layer
13  of mold at the bottom. And he wanted me to clean it.
14     Q   All right.
15     A   And I was just like, No.
16     Q   Just checking, did you quit or did he fire
17  you?
18     A   No, I definitely walked out of that one,
19  hands up.
20     Q   Okay. I'm going to do one more document I
21  have, quickly.
22         (Exhibit 21 marked.)
23     Q   (BY MS. MENNINGER) I'll show you
24  Defendant's Exhibit 21, another composite exhibit.
25  Do you recognize the to and froms on this e-mail?

Page 285

1    A    To Sharon Churcher from myself, yes.
2    Q    And this is the Sharon Churcher from Mail
3  On Sunday we were discussing earlier?
4    A    That's correct.
5    Q    And these are from February of 2011,
6  correct?
7    A    Yes.
8    Q    Okay.
9    A    I mean, it's just assuming that we're not
10  looking at Australian backwards dates.
11    Q    Okay.  Well, a few pages back, where it
12  says 2/19/2011.
13    A    Oh, yeah, yeah.
14    Q    All right.  If I could direct your
15  attention to one of the pages, it's 3676 in the lower
16  right-hand corner.
17    A    3676.
18    Q    Now, these are in sequential order.
19  They're not in Bates stamp order so you might have to
20  look at the dates on the top to find one that's
21  February 19th of 2011.
22        THE DEPONENT:  Do you know which page it
23  is?
24        MR. EDWARDS:  Well --
25        MS. MENNINGER:  It's almost in the middle.

Page 286

1        MR. EDWARDS:  It's like what she's saying
2  is that --
3        MS. MENNINGER:  If you look at the date at
4  the top --
5        MR. EDWARDS:  If you look at the top it
6  says 2/19/2011.  That's not it.  It's like half a
7  page.  Keep going.
8    A    2/13, 2/17, 2/18, 2/19 -- 2/19/2011.
9    Q    (BY MS. MENNINGER)  If it says 3676 in the
10  lower right-hand corner?
11    A    Yes.
12    Q    Okay.  Is that an e-mail that you sent to
13  Sharon Churcher in response to an e-mail that Sharon
14  Churcher sent to you?
15    A    To Sharon Churcher from Jenna, Subject
16  R-E, received, yes.
17        I tried to call the line was busy.  Could
18  you call concerning the question you asked?
19    Q    All right.  And that was in response to an
20  e-mail just below it you received from Sharon
21  Churcher, correct?
22    A    Yes.
23    Q    And what did Sharon Churcher write to you
24  on February 19th of 2011?
25    A    Do you know a ██████████?

Page 287

1  Supposedly JE purchased her at age 14 from her
2  family.
3    Q    Okay.  And then you asked her to call to
4  discuss that, correct?
5    A    I tried to call.  The line was busy.
6  Could you call concerning the question you asked?
7    Q    Right.
8    A    Yes.
9    Q    All right.  Defendant's Exhibit 22.
10        (Exhibit 22 marked.)
11        THE DEPONENT:  Thank you.
12    Q    (BY MS. MENNINGER)  Okay.  Do you
13  recognize these series of e-mails?
14    A    So far.  I mean, it's definitely from me
15  to her.  Or actually, Michael Thomas is the
16  photographer that worked with her, just to be clear.
17    Q    And is she one of the two -- the
18  recipients of the first-page e-mail?  You and she
19  received an e-mail from Michael Thomas; is that
20  right?
21    A    Yes.
22    Q    Okay.
23        MR. EDWARDS:  I think she wants you to
24  look and make sure you recognize them.
25    Q    (BY MS. MENNINGER)  Yeah, do you recognize

Page 288

1  the document, the e-mails?
2    A    Like I said, these are back in 2011, but
3  it's from my e-mail address.  I recognize that.  I
4  recognize Sharon's name and I recognize Michael
5  Thomas.
6    Q    Do you have any reason to doubt that the
7  e-mails from March of 2011 --
8    A    I don't have any --
9    Q    -- from yourself and Ms. Churcher are
10  accurately reflected from the documents taken from
11  your computer here?
12    A    I have no reason to doubt that.
13    Q    Okay.
14        (Exhibit 23 marked.)
15    Q    (BY MS. MENNINGER)  Defendant's
16  Exhibit 23.  Again, e-mails between your e-mail
17  address and Sharon Churcher from May of 2011.
18        Do you recognize your e-mail address?
19    A    Yes.
20    Q    And Sharon Churcher's e-mail address?
21    A    Yes.
22    Q    And you're signing your e-mails to her,
23  Much love, XOXO Jenna.  And she's signing her e-mails
24  to you, Love Shaza, correct?
25    A    Correct.

Page 289

1    Q    And Shaza is a name that you call her?
2    A    In Australia we kind of shorten the names
3  of people and put z-a on the end, so yes.
4    Q    So she became Shaza?
5    A    She became Shaza, correct.
6    Q    And do you recall having e-mail
7  communications with her in which you referred to her
8  as Shaza and --
9    A    Yes.
10    Q    -- she referred to herself as Shaza?
11    A    She's the same person we're talking about,
12  yes.
13    Q    All right.  So it's coming from her e-mail
14  address as Sharon Churcher, right?
15    A    Yes.
16    Q    All right.  And I think the last --
17    MR. EDWARDS:  Are you at a stopping point?
18    MS. MENNINGER:  Almost.
19    MR. EDWARDS:  Okay.  Okay.  I just have to
20  a make a quick call, but I can wait a while so --
21    MS. MENNINGER:  I understand.  Almost
22  done.
23    MR. EDWARDS:  Okay.
24    (Exhibit 24 marked.)
25    Q    (BY MS. MENNINGER)  This is Exhibit 24,

Page 290

1  e-mails between yourself and Sharon Churcher from
2  June of 2011?
3    A    Um-hum.  Yes, sorry.
4    Q    And, again, Shaza and Jenna, Shaza, Jenna,
5  Jenna, Shaza, right?
6    A    Yes.
7    Q    And at the bottom of this first page, is
8  Sharon Churcher giving you advice regarding the
9  purchase by Vanity Fair ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
10  ▇▇▇▇▇▇
11    A    May I have time to read it, please?
12    Q    Please.
13    A    Are we talking about the very bottom one
14  or the one in the kind of middle bottom?
15    Q    The very bottom one.
16    A    I would let VF buy your picture via Brad.
17  The big gamble would be to let him also give them a
18  statement.
19    Q    Right.
20    A    (Deponent perused document, sotto voce.)
21    The reason this is a gamble is Jeffrey
22  knows some of the most powerful people in publishing
23  and, once altered, will inevitably try to scare off
24  potential buyers.  But the upside is it should help
25  you get a good agent.  I would have Brad use the

Page 291

1  phrase sex trafficked as that is a heads up about the
2  book revealing more than be printed.
3    Q    All right.  So is Sharon Churcher writing
4  to you about -- actually, it's cc'd to Brad, correct?
5    A    Yes.
6    Q    And I only use Brad, not his last name
7  because it's brad@pathtojustice.com, correct?
8    A    Yes.
9    Q    All right.  And that's Brad Edwards, who
10  is sitting here, right?
11    A    Yes.
12    Q    All right.  And so in the e-mail from
13  Sharon Churcher to you regarding whether or not you
14  should let Vanity Fair buy your picture, she's also
15  recommending in the last line that you should have
16  Brad use the phrase sex trafficked, correct?
17    A    If a statement is made, yes.  I don't
18  think Vanity Fair ever did, anyway.
19    Q    And the picture that they're talking about
20  there is the one with ▇▇▇▇▇▇▇▇▇▇, correct?
21    A    That's -- yeah, the big one.
22    Q    The one that was previously sold?
23    A    Yes.
24    Q    And Paulo Silva was syndicating that one,
25  correct?

Page 292

1    A    Yes.  Yeah.
2    Q    And on that second page there's a
3  redaction.  Who is -- who is in that redaction?
4    A    I have no idea.
5    Q    You don't know?
6    A    No, I don't know.
7    Q    So who are the two world's most respected
8  politicians?  ▇▇▇▇▇▇▇▇▇▇  and who?
9    A    I don't know.
10    Q    Do you recall ever telling Sharon Churcher
11  that you were trafficked to two of the world's most
12  respected politicians, ▇▇▇▇▇▇▇▇  and somebody
13  else?
14    MR. EDWARDS:  Object to form.
15    A    Is that her wording?  This is from her.
16  So this is her wording.
17    Q    (BY MS. MENNINGER)  Right.
18    A    If she considered them to be the world's
19  most respected politicians, that would be her
20  opinion, not mine.
21    Q    Okay.  But you received this e-mail and
22  responded to it, correct?
23    A    Is the top one above that what I responded
24  to?  Sorry.  It just confuses me because it goes
25  upwards, doesn't it, not downwards.  We're not

Page 293

1  reading chronologically down, are we?
2      Q   You can probably look at the dates and
3  figure it out.  I need you to do that, not me?
4      A   Okay the 30th of the fifth, 31st of the
5  fifth, 6th of the first.  Right.  So I still don't
6  know who she's talking about there.
7      Q   You don't know if you received this
8  e-mail?
9      A   No, I received this e-mail, obviously, but
10  I don't know who's redacted there.
11      Q   Okay.  And in the e-mail that you
12  responded to, you're talking about -- you used ███
13  ███, correct?
14      A   It does concern me what they could want to
15  write about me considering that ███████ walked
16  into VF and threatened them not to write sex
17  trafficking articles about his good friend JE.
18      Q   Right.  Does that refresh your memory that
19  when you got this e-mail unredacted ███████████ was
20  included as well as ██████████████?
21      MR. EDWARDS:  Object to the form.
22      Q   (BY MS. MENNINGER)  In the line referred
23  to as two of the world's most respected politicians?
24      A   It could be.  But, again, I would be
25  making an assumption because I don't know who that

Page 294

1  name is.
2      Q   I don't either.
3      A   Okay.
4      Q   Maybe our lawyers can tell us.
5      MS. MENNINGER:  All right.  Last one, and
6  then you can get your break.
7      (Exhibit 25 marked.)
8      Q   (BY MS. MENNINGER)  Defendant's
9  Exhibit 25.  Again, e-mails to and from yourself and
10  Sharon Churcher, correct?
11      A   Yes.
12      Q   And in this e-mail, it's dated 4/12/2015
13  on the first page of this composite e-mail?
14      A   Yes.
15      Q   She is encouraging you to do a book,
16  correct?
17      A   As she has from the beginning, yes.
18      Q   Right.  And she suggested a roman a clef.
19  Do you know what that means?
20      A   No.
21      Q   On the third page back, she wrote you to
22  compliment you about David Boies taking your case,
23  correct?
24      A   (Deponent perused document sotto voce.)
25      Just reading about David Boies taking your

Page 295

1  case.  How fantastic, Jenna!  Have you asked him how
2  he'd feel about reviving your book?  It would be an
3  incredible shame if the other project lifts your
4  story, which it could at least somewhat.  Jarred is
5  still very keen to represent you.  I'm afraid I
6  screwed you by steering you to Mimi.
7      I just had a great weekend in LA on a
8  celebrity story.  Got to go to Rodeo Drive!!!
9      Much love, Shaza.
10      Yes.
11      Q   So she's encouraging you to have David
12  Boies also help you in the book writing department,
13  right?
14      MR. EDWARDS:  Object to the form.
15  Mischaracterizes the exhibit.
16      A   Is the question pending?
17      Q   (BY MS. MENNINGER)  Yes.
18      A   She -- yeah, she encouraged me to -- I
19  mean, once she saw that, you know, there was more
20  litigation going on, she thought -- like she says,
21  How fantastic.  And up until recently she's still
22  been trying to get me to get the book out.
23      Q   And in May of 2015, do you have -- did you
24  have any active agreement to publish your book?
25      A   In May of 2015, no.  Jarred wanted to do

Page 296

1  something again, but his only thing was, he wanted
2  Sharon to be in on it as like a ghostwriter.  And I
3  said, Look, Sharon is all well and good, but I don't
4  want a journalist, you know, as they can twist things
5  around writing my story.
6      So he was like, Well, I'm sorry, I don't
7  want to work with you then.  And I said, Well, that's
8  fine.  No problem.
9      Q   Do you, as you sit here today, have any
10  agreement to publish your story in written form?
11      A   No, we have no agreement.
12      Q   Do you have an agreement for anyone else
13  to write your story?
14      A   No.
15      Q   Have you got any ghostwriter in the book?
16      A   Besides Sandra, who I didn't like, no.
17      MS. MENNINGER:  All right.  I think now is
18  a good time for a break.  And then --
19      MR. EDWARDS:  Okay.
20      THE VIDEOGRAPHER:  We are off the record
21  at 4:12.
22      (Recess taken from 4:12 p.m. to 4:22 p.m.)
23      THE VIDEOGRAPHER:  We are back on the
24  record at 4:22.
25      Q   (BY MS. MENNINGER)  When you were

| Page 297 |
|---|
| 1 e-mailing and speaking with Sharon Churcher in 2011 |
| 2 about the Vanity Fair possibly purchasing your |
| 3 photograph -- |
| 4    A   Um-hum. |
| 5    Q   -- do you recall whether you shared with |
| 6 Sharon Churcher anything that you had discussed with |
| 7 your attorney, Mr. Edwards? |
| 8    A   In relationship to what?  Like, have I |
| 9 identified people to her? |
| 10    Q   Right. |
| 11    A   Yes. |
| 12    Q   Okay.  So you -- you identified people to |
| 13 her and you then looped back to her about your |
| 14 conversations with Mr. Edwards, correct? |
| 15    MR. EDWARDS:  Object to the form. |
| 16    A   I'm sorry, can you rephrase?  I don't |
| 17 understand. |
| 18    Q   (BY MS. MENNINGER) All right.  So you |
| 19 were e-mailing with her -- |
| 20    A   Um-hum. |
| 21    Q   -- getting her advice about whether or not |
| 22 to sell your ▮▮▮▮▮▮ to Vanity Fair? |
| 23    A   Right. |
| 24    Q   She asked you to run some information by |
| 25 Brad -- |

| Page 298 |
|---|
| 1    A   Yes. |
| 2    Q   -- Edwards.  And you said that you were |
| 3 going to do that? |
| 4    A   Um-hum. |
| 5    Q   And then you spoke to Mr. Edwards, |
| 6 correct? |
| 7    A   I don't know if I spoke to him or if I |
| 8 e-mailed him. |
| 9    Q   Okay.  And then did you report back to |
| 10 Sharon Churcher what you had discussed with |
| 11 Mr. Edwards? |
| 12    A   I'm not too sure.  Like I said, going back |
| 13 to the 2011 e-mails, look at this pile here.  It's |
| 14 impossible for me to know. |
| 15    Q   So you were having a lot of communications |
| 16 with Sharon Churcher in 2011? |
| 17    A   In 2011, yes. |
| 18    Q   All right.  And Mr. Edwards was your |
| 19 attorney in 2011, correct? |
| 20    A   Yes. |
| 21    Q   And did you ever have Sharon Churcher |
| 22 draft for you e-mail to send to Mr. Edwards? |
| 23    A   Yes, I believe -- I believe she did. |
| 24    Q   And why did she draft e-mails for you to |
| 25 send to Mr. Edwards? |

| Page 299 |
|---|
| 1    A   I believe there was -- and this is just |
| 2 going off my recollection. |
| 3    Q   Um-hum. |
| 4    A   I believe there was a time when she was -- |
| 5 oh, God, I can't remember.  I really can't remember |
| 6 and don't want to say anything without looking at |
| 7 that exact e-mail.  Do you have it to show me? |
| 8    Q   Well, I'm sure it's probably in there but |
| 9 I don't want to take the time to look for it now. |
| 10    A   Okay. |
| 11    Q   So I understand you're just repeating what |
| 12 you recall from your memory. |
| 13    A   Yes. |
| 14    Q   And it may not be accurate because you're |
| 15 not looking at the document.  I've got that caveat. |
| 16    What do you recall, just as you're sitting |
| 17 there? |
| 18    A   I know there was e-mails that Sharon sent |
| 19 to me suggesting to say to Brad Edwards, I know that. |
| 20 I don't remember or recall exactly what was in those |
| 21 statements. |
| 22    Q   Okay.  And did you send those e-mails to |
| 23 Mr. Edwards, as you recall today? |
| 24    A   I don't know.  I'm sorry. |
| 25    Q   And do you know if you went back to Sharon |

| Page 300 |
|---|
| 1 Churcher and told her about the conversations or |
| 2 e-mails you had with Mr. Edwards? |
| 3    A   Some of them, I'm sure, yes. |
| 4    Q   Because you were in fairly regular contact |
| 5 with Sharon Churcher at that time, correct? |
| 6    A   Right, at that time. |
| 7    Q   All right.  I want to introduce to you |
| 8 Defendant's Exhibit 26. |
| 9    (Exhibit 26 marked.) |
| 10    Q   (BY MS. MENNINGER)  Have you seen this |
| 11 document before? |
| 12    A   I don't know if I've seen this specific |
| 13 document before, but I've seen something close to it, |
| 14 I think. |
| 15    Q   All right.  Do you see the date on the |
| 16 document? |
| 17    A   March 10th, 2011. |
| 18    Q   March 9th? |
| 19    A   I see March 10th, sorry. |
| 20    Q   Hmm. |
| 21    A   London, March 10th, 2011. |
| 22    MR. EDWARDS:  Both dates are there. |
| 23    MS. MENNINGER:  I'm sure they are.  I'm |
| 24 just not seeing the one that you're seeing. |
| 25    THE DEPONENT:  Oh, I'm sorry. |

Page 301

1    MS. MENNINGER:  That's okay.
2    THE DEPONENT:  Yeah.  Sorry about that.
3    MS. MENNINGER:  Okay.
4    MR. EDWARDS:  One is right on top of the
5  other.
6    Q    (BY MS. MENNINGER)  I don't doubt you.  I
7  was just looking for it.
8    A    Okay.
9    Q    All right.  So after the word London,
10  March 10th, 2011, correct?
11    A    Correct.
12    Q    And above that is a title, Statement on
13  behalf of Ghislaine Maxwell, right?
14    A    Yes.
15    Q    By Devonshires Solicitors, PRNE, correct?
16    A    Correct.
17    Q    And then Wednesday, March 9th, 2011,
18  correct?
19    A    Correct.
20    Q    And you understand that March 9th or
21  March 10th, 2011 is roughly the time your original
22  stories were published in the press --
23    A    Correct.
24    Q    -- internationally, correct?
25    A    Correct.

Page 302

1    Q    And this statement issued by Ghislaine
2  Maxwell or issued by Devonshires Solicitors on her
3  behalf denied allegations about her that have
4  appeared recently in the media, correct?
5    A    Correct.
6    Q    It says, These allegations are all
7  entirely false, correct?
8        Did I read that properly?
9    A    Ghislaine Maxwell denies the various
10  allegations about her -- oh, yeah, right -- yeah,
11  right below that.  These allegations are entirely
12  false.
13    Q    All right.  In 2011, were you aware that
14  Ghislaine Maxwell issued a statement denying the
15  allegations about her that had appeared in the media?
16    A    I'm not too sure what I recall from 2011
17  about Ghislaine Maxwell denying it.  I know that she
18  denied it recently in 2015.  I know that for a fact.
19    Q    So you don't know whether she denied it in
20  2011?
21    A    I can't recall back to 2011, if I do
22  remember that.
23    Q    And you don't know whether she put out a
24  press statement that said these allegations are all
25  entirely false, correct?

Page 303

1    A    It doesn't surprise me, but I don't
2  remember reading this.  I know that, you know, there
3  was a lot of stories in press going on and a lot of
4  them I decided I just didn't want to read.  There was
5  a lot of stuff in there that just, I didn't want to
6  go through.
7    Q    Okay.  Were you harmed on March 10th or
8  March 11th, 2011 by the issuance of a statement on
9  behalf of Ghislaine Maxwell?
10    A    I am harmed by Ghislaine Maxwell denying
11  anything that has ever happened between us, whether
12  it's in 2002 or 2011 or 2015.  I think that she knows
13  what she did, and she should be held accountable for
14  them.  And not only has she hurt me once, but she's
15  hurt me apparently twice and now three times.
16    Q    So on March 11th, 2011, say, how were you
17  harmed by the issuance of this press statement?
18    A    She's denied that she had any involvement
19  in the procuring of me and other young girls.
20    Q    Um-hum.
21    A    And she tries to make herself look like
22  she had no partake in it.
23    Q    Did you suffer any physical symptoms on
24  March 11th, 2011 after this statement was issued, as
25  a consequence of this statement being issued?

Page 304

1    A    Not being able to remember reading this in
2  2011, it's hard to say.  But it's the same thing that
3  I'm going through right now.  I mean, she's denied it
4  again.  And it is painful.  It's physically painful.
5  I am taking medication to help me deal with this.
6  And --
7    Q    Okay.  I'm just limiting you right now to
8  March of 2011.
9    MR. EDWARDS:  I would just ask that she's
10  able to finish her answer, though, please.
11    MS. MENNINGER:  Well, the answer is
12  nonresponsive, so --
13    MR. EDWARDS:  In your opinion it's not
14  responsive.
15    Q    (BY MS. MENNINGER)  I want you to
16  understand that the question is related to any
17  physical symptoms you suffered in March of 2011 as a
18  consequence of Defendant's Exhibit 26 being issued.
19    A    If I would have seen this in March 10th,
20  2011, this would have been harmful to me.
21    Q    Okay.  Do you recall, as you sit here
22  today, experiencing any physical symptoms as a
23  consequence of Defendant's Exhibit 26 being issued to
24  the press?
25    MR. EDWARDS:  Objection.  Asked and

## Page 305

1  answered.  Lacks predicate.
2      A    I have been suffering from Ghislaine
3  Maxwell and Jeffrey Epstein since the summer of 2000.
4  So hearing again in 2011 that she's denied it, of
5  course, it's going to hurt me.
6          Did I hear about this in 2011?  I can't
7  tell you I honestly have.
8          In 2015 is when I know that she denied it.
9  And again, I haven't stopped suffering from the
10 repercussions that they put me through.
11     Q    (BY MS. MENNINGER)  And I'm asking you to
12 separate, if you can, any symptoms that you
13 experienced anew in March of 2015 -- I mean, excuse
14 me, March of 2011, as a consequence of this statement
15 being issued, which I believe you said you don't
16 recall seeing at the time; is that fair?
17     A    But you're asking me now about 2015?
18     Q    Nope.  March of 2011.  Sorry, I misspoke
19 there.
20     A    You're still on 2011?
21     Q    Yes.  Did you start taking any new
22 medications in March of 2011?
23          Let me ask you that.
24     A    I've been taking medication to control my
25 ██████████████  since 2002.

## Page 306

1      Q    Okay.  So did you take any new medications
2  or any additional amounts of medications in March of
3  2011?
4      A    I have been taking the same medication
5  since 2002.
6      Q    Okay.
7      A    And that's due to ████████████████
8  caused from the pain that I suffered at the hands of
9  Ghislaine Maxwell and Jeffrey Epstein.
10     Q    Did you -- do you recall any neighbors or
11 other moms at the school or anybody in 2011
12 referencing to you in any way the fact that Ghislaine
13 Maxwell had issued a denial of the allegations about
14 her that had been published in the media in March of
15 2011?
16     A    No.  I didn't speak to any -- I didn't
17 speak to any moms about what I had gone through.  I
18 mean, when it came out in the press, I don't think
19 any -- like, Australians don't pay attention to news,
20 number one.
21          Number two, the first time that my friends
22 contacted me they were shocked.  And this was, I
23 believe in -- when the press picked it up again, I
24 think, was 2014/2015.  And I got a whole bunch of
25 like Facebook texts from them saying, Oh, my God, I

## Page 307

1  can't believe you've been through this.  I never
2  knew.  I'm so sorry.  You know, that kind of stuff.
3  So they never -- I never spoke to anybody about this
4  except for my husband.
5      Q    All right.  So the first time you recall
6  any sort of people in your community referencing
7  things to you is when the press picked up on it in
8  2014 or 2015?
9      A    Yeah, I think it may be end of 2014, early
10 2015.
11     Q    All right.  And so in March of 2011 you
12 don't recall any neighbors or anybody saying anything
13 to you about this?
14     A    No, I don't recall.
15     Q    Did anyone tell you in March of 2011 about
16 Defendant's Exhibit 26, the statement on behalf of
17 Ghislaine Maxwell?
18     A    No, otherwise I would have been able to
19 recall it.
20     Q    Okay.  Do you remember anyone in 2011
21 ridiculing you because of Defendant's Exhibit 26?
22     A    Well, because nobody knew me as Virginia,
23 everybody knows me as Jenna, no one probably put two
24 and two together.  And like I told you, I didn't tell
25 anybody.  So there was nobody there to ridicule me in

## Page 308

1  2011 over this.
2      Q    Where were you living in 2011 when Shaza
3  came to see you --
4      A    Oh, ███████████████████████.
5      Q    Do you recall applying for any job in or
6  around 2011 and someone referencing Defendant's
7  Exhibit 26 and denying you a job?
8      A    I don't -- I don't think I applied for a
9  job in 2011.
10     Q    Okay.  Did you go see a doctor and talk to
11 any doctor about Defendant's Exhibit 26?
12     A    Not about this.  Not about this paper
13 right here.  But I have talked to doctors about my
14 abuse at the hands of Ghislaine and Jeffrey.
15     Q    Have you talked to a doctor about any
16 statements in the press made by Ghislaine Maxwell?
17     A    Recent statements, yes.
18     Q    Which doctor did you speak to about that?
19     A    Her name is Judith Lightfoot.
20     Q    And where is she?
21     A    She's in Australia.
22     Q    Where in Australia?
23     A    She's in Sydney, but we do phone
24 conversations.
25     Q    Have you ever met her in person?

## Page 309

1    A    Yes.

2    Q    When?

3    A    In 2011.

4    Q    All right.  And is she affiliated with an

5    office or a hospital or what?

6    A    She's a psychiatrist.

7    Q    All right.  Have you seen her in person

8    since 2011?

9    A    No, because I've lived so far away and

10   she's kind of the only person that -- like, I've seen

11   a lot of doctors.  And I can honestly tell you --

12   it's really hard for them to break down the walls and

13   be comfortable enough to talk to them about this

14   stuff.  Judith is different.  She's somebody that I

15   feel I can trust.  She's 76 and she's just a very

16   lovely lady.

17        And she offers me other ways to deal with

18   my pain and suffering.  And I continue to see her

19   over the phone because I can't see her in person.

20   Q    Do you recall ever discussing with her

21   Defendant's Exhibit 26?

22   A    I can't recall ever seeing this exhibit.

23   So --

24   Q    Okay.

25        (Exhibit 27 marked.)

## Page 310

1    Q    (BY MS. MENNINGER)  I'm going to give you

2    Defendant's Exhibit 27.

3    A    Yes.

4    Q    All right.  Have you seen this document

5    before?

6    A    Yes.

7    Q    And what do you understand it to be?

8    A    ███████████████  sounds like a PR, if

9    I'm not right -- if I'm not wrong.  Sent -- or

10   subject is Ghislaine Maxwell.  I don't know ███

11   ███████████████████████████████

12   ██████████████████████.

13        It says:  To whom it may concern, Please

14   find attached credible statement on behalf of

15   Ms. Maxwell.

16        And then it goes on, to hear about that

17   she is saying:  Each time the story is retold it

18   changes with new salacious details about public

19   figures and world leaders and now it is alleged by

20   Ms. Roberts that ██████████████  is involved in

21   having sexual relations with her, which he denies.

22        Ms. Roberts' claims are obvious lies and

23   should be treated as such and not publicized as news,

24   as they are defamatory.  Ghislaine Maxwell's original

25   response to the lies and defamatory claims remains

## Page 311

1    the same.  Maxwell strongly denies -- excuse me.

2    Excuse me -- strongly denies allegations of an

3    unsavory nature, which have appeared in the British

4    press and elsewhere and reserves her right to seek

5    redress at the repetition of such old defamatory

6    claims.

7    Q    All right.  Have you seen this statement

8    before?

9    A    I've seen it recently, yes.

10   Q    All right.  What -- have you discussed

11   this statement with Ms. Lightfoot?  I don't know if

12   she's a doctor or what.

13   A    Psychiatrist, yeah.

14   Q    Is she an MD?

15   A    I don't know what her levels of credential

16   are.  I'm sure she is.

17   Q    Okay.  When is the first time that you saw

18   the statement?

19   A    This full statement I have only seen

20   through discovery.  The original statement that I saw

21   in the press was, Ms. Roberts' claims are obvious

22   lies and so on, so forth.  I don't remember seeing

23   this in the press.

24   Q    Okay.  So the part that you remember

25   seeing in the press is Ms. Roberts' claims are

## Page 312

1    obvious lies?

2    A    Yes.

3    Q    Anything else about this?

4    A    I can't remember what else she printed in

5    the press.  It's a very horrible thing for her to do,

6    turn around and call me a liar after everything that

7    she knows she's done.  And I didn't expect her to

8    come out and be truthful.

9        Jeffrey Epstein hasn't even issued a

10   statement.

11   Q    Sorry.  I'm sorry if you misunderstood my

12   question.

13   A    Yes.

14   Q    Was there anything else within this

15   statement that you recall seeing in the press besides

16   the line, Ms. Roberts' claims are obvious lies?

17   A    Without saying 100 percent, I think that

18   the original allegations are not new and have been

19   fully responded to be shown to be untrue.  I don't

20   know if that's in the press or not, but I've read

21   this before.

22        So I don't know if I'm confusing this with

23   what I've read out of this or what I've read in the

24   press.  The main thing is, I know she called me a

25   liar, and that's what she publicized.

Page 313

1    Q    And when you say she called you a liar,
2    that's the Ms. Roberts' claims are obvious lies part?
3    A    Yes.
4    Q    Okay.  When is the first time that you saw
5    this whole document?
6    A    I guess when you guys handed it over for
7    discovery.
8    Q    Okay.  And who showed it to you?
9    A    It was sent to me by e-mail.
10    Q    Okay.  Just through the course of
11    communicating with your attorneys?
12    A    Yes.
13    Q    You've never seen it published?
14    A    Not this whole e-mail, no.
15    Q    All right.  Did you -- I'm sorry, did you
16    discuss this publication of what you saw in the press
17    with Judith Lightfoot?
18    A    Yes.
19    Q    All right.  And when did you discuss it
20    with her?
21    A    When I got back to Australia, Judith and I
22    started seeing each other again.  Before then, I
23    spoke with a doctor in Colorado about this.  His name
24    is Dr. Olsen.  And it was causing me a lot of
25    distress to have to deal with being called a liar all

Page 314

1    over again, when I know I'm standing up doing the
2    right thing.  And the doctor prescribed me
3    ■■■■■■■■■■.  And, yeah.
4    Q    Okay.  So my question was, when did you
5    discuss it with Judith Lightfoot?
6        I think I now understand you did that
7    after you returned to Australia in November or so of
8    2015; is that right?
9    A    I returned to Australia in October, and
10    that's when I picked up talking to her again.
11    Q    All right.  And you're saying that at
12    another point in time you talked to another doctor,
13    Dr. Olsen, in Colorado, correct?
14    A    Correct.
15    Q    And when did you meet with Dr. Olsen?
16    A    I don't know the first date that I met
17    with him.
18    Q    Did you meet with him more than once?
19    A    I believe so.
20    Q    And you believe you spoke with him about
21    Ghislaine Maxwell's published statement in the press
22    that Ms. Roberts' claims are obvious lies.
23        That's what you believe you spoke with
24    Dr. Olsen about?
25    A    I spoke with Dr. Olsen about being called

Page 315

1    a liar from the people that abused me.
2    Q    Okay.  Do you recall specifically
3    mentioning to him Ghislaine Maxwell's statement to
4    the press?
5    A    I mentioned a lot of names to him.
6    Q    Okay.  What new symptoms did you
7    experience following January 2nd, 2015?
8    A    I think it's one thing to be a victim of
9    sexual abuse and survive it and come out trying to
10    tell the world my story, and then another thing for
11    it to be shut down because these people, Ms. Maxwell
12    and others are calling me liars (sic).
13    Q    And I asked you what symptoms had you
14    experienced --
15        MR. EDWARDS:  She's going to finish her
16    answer to this question.  You cut her off so many
17    times.
18        MS. MENNINGER:  It has nothing to do with
19    this.
20        MR. EDWARDS:  It absolutely does.  Because
21    this is a psychological damages claim, and she is
22    trying to explain to you what those damages are.
23    Q    (BY MS. MENNINGER)  Okay.  What are your
24    symptoms that you experienced since January 2nd, 2015
25    that are new?

Page 316

1    A    Very strong anxiety attacks, bad panic
2    attacks.  My throat closes up, I can't breathe.  I
3    vomit when I have anxiety attacks.  My -- this is
4    personal, but my sex life has suffered.  My marriage
5    has suffered.  Psychologically, it's just hurt me all
6    over again.  I mean, they've hurt me before, and now
7    they've hurt me again by doing this.
8        And I felt like I was in the process of
9    healing before this came out because I had opened up
10    this wonderful charity called Victims Refuse Silence.
11    And then my aim was to heal by helping other girls
12    get out of the situations that I was in before.
13        And my lawyers were nice enough to help
14    me.  I have this beautiful website where you can
15    click on any state and you can find a place.  I
16    have personally called all of them and they will help
17    you get out of the situation that you're in.  They
18    will get you medical help.  They will get you legal
19    advice.  I think I was in the really good process of
20    healing.  And when this came out, it just ruined me
21    all over again.
22    Q    (BY MS. MENNINGER)  All right.  Tell me
23    all of the damages that you claim occurred to you
24    because of Defendant's Exhibit 27.
25    A    My reputation, my psychological abuse,

Page 317

1 physical ailments. My marriage has suffered, my
2 family life has suffered. I'm constantly battling
3 depression. I feel like I've taken 10 steps forward
4 and 12 steps back since this all happened.
5    Q   Okay. And by since this all happened, do
6 you mean since January 2nd, 2015?
7    A   That's correct.
8    Q   All right. Have you lost any income since
9 January 2nd, 2015 as a consequence of Defendant's
10 Exhibit 27?
11    A   Well, I believe that my charity that was
12 going to go forward and help other victims was going
13 to not only bring in income but also be able to
14 provide women with shelters and food and assistance
15 that I wanted to help them with.
16    I haven't been able to get a job or work
17 or anything like that. You know, financially, my
18 husband brings home the money for me. But as myself
19 goes, I couldn't work right now with everything going
20 on.
21    Q   How much income were you making prior to
22 December 30th, 2014?
23    A   Well, I've been a stay-at-home mom since
24 2006.
25    Q   So how much income have you lost as a

Page 318

1 result of Defendant's Exhibit 27?
2    A   I could only imagine, you know, being the
3 head of a corporation, a charity, I would be earning
4 a decent wage. It's hard to say how much I would be
5 earning because it is a non for-profit.
6    But because of these statements telling
7 everybody in the world that I'm a liar, my charity
8 has not been able to take off. And as a consequence
9 of that, I have missed out on the results of not
10 being able to go forward with it.
11    Q   Okay. Have you applied for any job that
12 you've been denied since January 2nd, 2015?
13    A   I haven't been denied a job. I haven't --
14 I've just -- I thought about applying for jobs, but I
15 mean, the second that you Google my name, people are
16 going to know exactly who I am. And these days,
17 employers Google everything, and it makes me fearful
18 that if I do go apply for a job, which I would like
19 to. I mean, my kids are all at school now. I'd like
20 to get back into the work force.
21    But I'm afraid if I do, my past is going
22 to stop me from being able to do that. No one wants
23 to hire a sex slave.
24    Q   How has your reputation been harmed by
25 Defendant's Exhibit 27?

Page 319

1    A   Well, number one, my charity. I mean,
2 that's -- that was my voice for other people to get
3 help. And I don't think that people want to get help
4 from somebody who's being called a liar in the press,
5 somebody who is claiming to be a victim that isn't.
6 I mean, I wouldn't want to get help from somebody who
7 did that, you know.
8    And I know when I introduce myself to
9 people these days, I don't introduce myself as
10 Virginia anymore. I introduce myself as another name
11 because I'm afraid that if people read papers or if
12 people Google or find out who I am that they'll think
13 differently of me.
14    Q   What do you introduce yourself as?
15    A   I tell everybody my name is Jenna.
16    Q   In what country or location has your
17 reputation been damaged as a consequence of
18 Defendant's Exhibit 27?
19    A   Considering this is worldwide publication,
20 I would saying England, America, Australia. You
21 know, friends in Australia were seeing my face on
22 national TV. Like I said, I can't remember if it was
23 2014 or 2015. And I have since not been in contact
24 with those friends. I thanked them for their
25 sympathies, but it's not something I want people to

Page 320

1 know about. You know, especially people close to me.
2    I mean, I want to go out there and I want
3 to help other victims. But being called a liar and
4 people having to sit there and second guess if I'm
5 telling the truth or not doesn't really give me much
6 incentive to want to make friends.
7    Q   Did anyone in Penrose, Colorado approach
8 you and mention Ghislaine Maxwell's name?
9    A   We have reporters at our door.
10    Q   Did anyone in Penrose, Colorado approach
11 you and mention Ghislaine Maxwell's name?
12    A   What, reporters? Yes, plenty of them.
13    Q   Did anyone who lives in Penrose, Colorado
14 approach you and mention Ghislaine Maxwell's name?
15    A   Have you ever been to Penrose? It's --
16 it's in the middle of nowhere. So you really -- I
17 didn't have friends in Penrose. There was nobody
18 that I knew there.
19    Q   All right. And which reporters mentioned
20 you and Maxwell's name to you in Penrose, Colorado?
21    A   We have reporters chasing us down the
22 street, in car parks, taking my kids to the doctor's,
23 going to the grocery store. You know, asking me all
24 kinds of questions about it. And I didn't talk to
25 any journalists or reporters about it.

Page 321

1    Q    And what do you recall any reporter saying

2  to you that included the name Ghislaine Maxwell?

3    A    Asking me -- I don't remember what they

4  asked me, to be honest.  There was regarding

5  Ghislaine and ███████████ and Jeffrey Epstein.  I

6  mean, it was an array -- you know you how reporters can

7  be when they're hashing at you.

8    Q    Okay.  So no one in Penrose, Colorado who

9  lived there mentioned Ghislaine Maxwell by name to

10  you?

11   A    Besides reporters?

12   Q    Right.  People who live in Penrose,

13  Colorado.

14   A    Right.  I didn't know anyone in Penrose,

15  except for my mom.  Now, in March or April of 2015 did

16   Q    Okay.  Now, in March or April of 2015 did

17  you fly to New York?

18   A    I'm sorry, what date?

19   Q    March or April of 2015, did you fly to New

20  York?

21   A    It's a possibility.

22   Q    Did you stay at the Ritz-Carlton?

23   A    It's definitely a possibility.

24   Q    Were you there with Mr. Edwards and

25  Mr. Cassell and Sigrid McCawley?

Page 322

1    A    I've been to New York quite a few times.

2  So I'd have to refresh my memory.  But I have been to

3  New York with Brad Edwards and Paul Cassell and

4  Sigrid McCawley.

5    Q    Was that after January 2nd, 2015?

6    A    Definitely could be.

7    Q    Did you give an interview to ABC News on

8  camera?

9    A    I did.

10   Q    And that was after January 2nd, 2015?

11   A    I did.

12   Q    Did you give an interview to Good Morning

13  America?

14   A    No.

15   Q    All right.  Did you correspond at all with

16  Good Morning America about the publication of your

17  story?

18   A    I can't remember if ABC and Good Morning

19  America wanted to do something together.  I can't --

20  all I know is I was interviewed by one person at ABC.

21  I never was interviewed by anyone from Good Morning

22  America.  Maybe they were going to show the same

23  airing in the same show, but powers that be, of

24  course, wouldn't let it go forward.

25   Q    Did you give a lecture to the Human

Page 323

1  Trafficking Coalition sometime after January 2nd,

2  2015?

3    A    I did give -- I did go for a speaking

4  engagement.  I don't remember when.

5    Q    Was there any speaking engagement you had

6  booked that was canceled after January 2nd, 2015?

7    A    I can't remember off the top of my head.

8    Q    All right.  You founded Victims Refuse

9  Silence in February of 2014, correct?

10   A    It was -- it was a process because,

11  obviously, you have to go through all the bylaws and

12  everything.  I think we started it in October of

13  2014, but it wasn't official until January, I think.

14   Q    Okay.  So in the period it was in

15  operations before January 2nd, 2015, had you gotten

16  any -- had you been paid any salary by Victims Refuse

17  Silence?

18   A    No, I hadn't.

19   Q    Had --

20   A    I mean, it was just up and running.  So

21  there was no --

22   Q    Had any contributions been made to Victims

23  Refuse Silence before January 2nd, 2015?

24   A    I can't recall.  You know, we've only had

25  a few contributions.  I don't know what dates they

Page 324

1  were put in.

2    Q    Has anyone else called you a liar in the

3  press?

4    A    Yes.

5    Q    Who?

6    A    ███████████.

7    Q    Anyone else?

8    A    Ghislaine Maxwell, obviously.

9    Q    Anyone else?

10   A    Not that I know of.

11   Q    Has anyone else publicly denied your

12  allegations?

13   A    From what Ghislaine Maxwell said?

14   Q    Have you seen any press in which another

15  person has denied your allegations?

16        MR. EDWARDS:  Objection.  Vague.

17   A    I've seen allegations denied by

18  Ms. Maxwell.  And I've seen the allegations denied by

19  ███████████.

20   Q    (BY MS. MENNINGER)  And ███████████

21  actually went on TV and called you a serial liar,

22  correct?

23   A    Very correct.

24   Q    You saw that, correct?

25   A    Yes.

Page 325

1   Q   And that hurt your feelings?

2   A   Badly.

3   ███████████████████████

4   █████████████████

5   ██ █   ████████████████

6   ██ █   █████████████████████████

7   ██ ████████████████████

8   MR. EDWARDS:  Form.

9   ██  ████████████

10   Q   (BY MS. MENNINGER)  How do you know which

11  harm you've suffered is attributable to Ghislaine

12  Maxwell's denial versus █████████████████████

13  ██████

14   A   Ghislaine Maxwell brought me into the sex

15  trafficking industry.  She's the one who abused me on

16  a regular basis.  She's the one that procured me,

17  told me what to do, trained me as a sex slave, abused

18  me physically, abused me mentally.

19   She's the one who I believe, in my heart

20  of hearts, deserves to come forward and have justice

21  happen to her more than anybody.  Being a woman, it's

22  disgusting.

23   Q   So you cannot delineate what harm you have

24  suffered in terms of all of the psychological damage

25  you just disclosed?

Page 326

1   A   Oh, of course.

2   Q   -- if that is attributable to Ghislaine

3  Maxwell's statement on January 2nd versus ██████

4  █████████ calling you a serial liar on Good Morning

5  America?

6   A   Of course, it all hurts.  Okay?  ██████

7  █████████████████████████████████

8  ████████████████.  Of course those hurt.  It

9  doesn't feel good to have people who have done

10  something to you deny something that's happened, when

11  I'm actually brave enough to come forward and talk

12  about it.

13   What hurts me the worst is that Ghislaine

14  Maxwell brought me into this.  Not only has she hurt

15  me once, but she's hurt me twice coming forward and

16  saying, This is not true, this is categorically

17  untrue and obvious lies.

18   That to me is a stick in the mud and that

19  to me is what caused the most harm to me.

20   Q   Okay.  And so can you point to any person

21  who has referenced Ghislaine Maxwell's denial in the

22  press or to your face or anywhere?

23   A   Can I point to a person?

24   Q   Can you point to any time that someone has

25  referenced Ghislaine Maxwell's denial to you in any

Page 327

1  context?

2   MR. EDWARDS:  Object to the form of the

3  question.

4   A   Can I point to a person -- I'm sorry.  I

5  don't understand.  Can you rephrase it for me --

6   Q   (BY MS. MENNINGER)  All right.

7   A   -- so I can understand what you mean?

8   Q   Where you live in Australia now, has

9  anyone referenced the name Ghislaine Maxwell to you?

10   A   After all of the news hits, after the

11  press hits in 2015 and, you know, everyone is calling

12  me a liar, all of my friends in Australia called me

13  and talked to me and said, I can't believe this.  I

14  can't believe what you went through.

15   That was very embarrassing for something

16  that I tried to keep separate from my other life

17  where I would like to help victims.  I didn't want

18  the friends of my kids parents knowing about that

19  stuff.  You know, and of course they all felt sorry

20  for me.  And you know, like I said.  I didn't know

21  anybody in Penrose.  So there's nobody that could

22  have come up to me and talked to me about it.  My

23  mom.

24   Q   This question was about Australia, sorry.

25   A   Oh, sorry, I thought you were talking

Page 328

1  about pointing out people.

2   Q   No.

3   A   Okay, well in Australia, yes, at least a

4  dozen friends.

5   Q   They came up and they mentioned Ghislaine

6  Maxwell's denial to the press to you?

7   A   They couldn't believe what I had been

8  through and, you know, that these were, you know,

9  being denied, and they felt sorry for me.  And, you

10  know, it was the whole circumference of things.

11   Q   So the people in Australia that came up to

12  you had sympathy for you and believed you, correct?

13   A   Yes.

14   Q   All right.  And when you spoke to

15  Dr. Olsen you recall specifically mentioning

16  Ghislaine Maxwell's press release?

17   MR. EDWARDS:  Object to the form.

18   A   Yes, I remember mentioning her, as well as

19  the press release, as well as other press releases.

20  And the abuse that I had occurred (sic) from the

21  hands of Jeffrey and Ghislaine.

22   Q   (BY MS. MENNINGER)  Okay.  When have you

23  been diagnosed with a mental health condition, first?

24   A   I don't know.  I mean, I've been told that

25  I've got ██████████████.  You know --

Page 329

```
1         Q    When were you first told that?
2         A    Well, early in -- early in 2003, I believe
3    is the first time that I was suffering from
4    ████████████.  And then my doctor, Judith
5    Lightfoot, has in 2011 ████████████████
6    ████████████████
7         And, you know, I've recently seen another
8    doctor who said that I've got the exact same symptoms
9    that Judith Lightfoot mentioned, which is
10   ████████████████████████████████
11   ████████
12        Q    Which doctor is that?
13        A    You know, I don't honestly know his name.
14        Q    When did you see this new doctor?
15        A    Um --
16        MR. EDWARDS:  Sorry.  If you're referring
17   to a doctor that's been sent to you by one of your
18   lawyers --
19        THE DEPONENT:  Yes.
20        MR. EDWARDS:  -- at this time, I'm
21   instructing you not to answer.
22        THE DEPONENT:  Okay.
23        MS. MENNINGER:  Wait.  What is it?  You've
24   seen a doctor and you're not going to answer what
25   doctor you've seen?
```

Page 330

```
1         MR. EDWARDS:  Sure.  If it's a consulting
2    witness in this case that has seen her at the
3    direction of an attorney, that has not yet been
4    disclosed per any expert witness disclosure, then I'm
5    instructing her not to answer that question.
6         If that's what you're referring to.  I
7    don't know if that's what you're referring to.
8         THE DEPONENT:  That's what I'm referring
9    to.
10        Q    (BY MS. MENNINGER)  All right.  So you
11   recall seeing Dr. Lightfoot.  You recall seeing
12   Dr. Olsen.  And you recall seeing a new unnamed
13   doctor recently.
14        Anyone else you've seen since January 2nd,
15   2015?
16        A    Dr. Olsen, Dr. Lightfoot.  Oh,
17   Dr. Donahue.
18        Q    Where is Dr. Donahue located?
19        A    He's in my suburb or he's a suburb next to
20   me in Australia.
21        Q    And is that a psychiatric-type doctor, a
22   medical-type doctor?
23        A    He's medical.
24        Q    And what did you see him for or her for?
25        A    I didn't have anybody to basically -- I
```

Page 331

```
1    just got to Australia and Judith Lightfoot was
2    helping me.  ████████████████████████████
3    ████████████████████████████████████████
4    ████  And I told him the reason.
5         Q    And this is since you returned to
6    Australia?
7         A    Correct.
8         Q    And this is the first time you had seen
9    that doctor?
10        A    I've seen that doctor twice now.
11        Q    I'm sorry, what was the name again?  I
12   know you already said it, but I just --
13        A    Dr. Donahue.
14        Q    Donahue, all right.
15        This doctor that you haven't yet
16   disclosed, where did you see that person?  In what
17   country?
18        A    United States.
19        Q    And in what state?
20        A    San Francisco.
21        Q    And when did you see that doctor?
22        A    Um, Friday.  Last Friday.
23        Q    And how many times have you seen that
24   doctor?
25        A    Once.  Well, twice actually.  I saw him
```

Page 332

```
1    the next day, too.
2         Q    All right.  Did you suffer from anxiety
3    before meeting Jeffrey Epstein?
4         A    I was never prescribed anything for
5    anxiety before I met Jeffrey Epstein.
6         Q    That wasn't my question.
7         A    Did I --
8         Q    Were you suffering from anxiety before you
9    met Jeffrey Epstein?
10        A    I think a person who has gone through as
11   much trauma as I have in my life would suffer from
12   quite a few problems.  But like I said, I was never
13   prescribed anything until I met Jeffrey Epstein.
14        Q    Did you suffer from panic attacks before
15   meeting Jeffrey Epstein?
16        A    Nowhere near as bad, no.
17        Q    So you did suffer from ████████████.
18   They just weren't as severe; is that what your
19   testimony is?
20        A    No, what I'm trying to say is I did have
21   ████.  I did have ████████.  I had lived a very
22   hard life prior to meeting Jeffrey Epstein as well.
23        After meeting Jeffrey Epstein and
24   Ghislaine Maxwell, everything escalated.  That's when
25   I started to take Xanax and smoke marijuana to help
```

## Page 333

1  calm the anxiety and everything down.
2      Q    Before you met Jeffrey Epstein, had you
3  used any drugs?
4      A    Sure, yes.
5      Q    Which drugs had you used prior to meeting
6  Jeffrey Epstein?
7      A    I smoked pot.  I've taken Ecstasy.
8      Q    Cocaine?
9      A    Yeah, I would have snorted cocaine,
10  um-hum.
11     Q    Did you ever abuse alcohol before meeting
12  Jeffrey Epstein?
13     A    No, I was -- I wasn't even of age to be
14  able to buy it.  I mean, if there was alcohol at
15  parties I would have drank it, but I wouldn't say I
16  abused it.
17     Q    Okay.  Were there ever occasions upon
18  which you were observed to be drunk by other people,
19  prior to meeting Jeffrey Epstein?
20     A    If you're drinking, the possibility of
21  getting drunk is always there.  I don't -- I can't
22  recall exact situation where that was the case,
23  but --
24     Q    Were you diagnosed as a drug addict prior
25  to meeting Jeffrey Epstein?

## Page 334

1      A    No, I was not diagnosed as a drug addict.
2      Q    Were you sent to live at a rehabilitation
3  facility because of your use of drugs?
4      A    No, that was more of a group home.  Yes,
5  it was also a rehab facility, but it wasn't because I
6  was a drug addict.  I wasn't coming off of anything.
7      Q    Had you abused drugs prior to meeting
8  Jeffrey Epstein?
9      A    I took drugs.  I didn't abuse them, but I
10  took them.
11     Q    Okay.
12     A    Recreationally.
13     Q    How often do you see Dr. Lightfoot?
14     A    Once a week every Monday.  I've skipped
15  this week because I've been over here and it's
16  expensive to call back home right now, unless you
17  FaceTime, but --
18     Q    Has Dr. Lightfoot recommended that you see
19  a treating doctor in person?
20     A    No, she's -- she knows my history pretty
21  well.  And she's a very wonderful woman and I
22  honestly wouldn't -- Dr. Donahue wants me to go see
23  another psychiatrist in person, but I prefer to stay
24  with Judith because she's someone I can personally
25  relate to.

## Page 335

1      Q    How much does it cost you every time you
2  talk to Dr. Lightfoot?
3      A    Her normal fee is $200.
4      Q    And how much do you pay?
5      A    She doesn't charge me anything anymore.
6      Q    When did she stop charging you?
7      A    Since I got back to Australia.
8      Q    So before you left for Titusville,
9  Florida, you saw her and you were paying $200 per
10  session?
11     A    Yes.
12     Q    And what has Dr. Lightfoot recommended
13  that you do in order to get better?
14     A    She loves what I'm doing with speaking
15  out.  She thinks the more that I speak out about it,
16  the stronger I'll become.  She recommends that I
17  write my book, I tell my story.  She thinks not only
18  will it help me, but by helping me it'll help others
19  find a way to get out of the situation and to know
20  that there's other girls who have gone through what
21  I've gone through and what they're going through.
22          She recommends meditation, breathing
23  techniques, focus techniques.
24     Q    Does she prescribe medications for you?
25     A    No, she doesn't.  She's a spiritual

## Page 336

1  doctor.
2      Q    Is there anything that she's recommended
3  that you do that you're not doing?
4      A    Is there anything that I do that she
5  recommends I don't?  Sorry, say that one more time.
6      Q    That's okay.  Is there anything that
7  Dr. Lightfoot has recommended that you do that you
8  are not actually doing?
9          Are you following her advice?
10     A    Yes, I am.
11     Q    Okay.  And what has Dr. Donahue
12  recommended that you do?
13  ████ ███████████████████████████████████████████████
   ██ ████████████████████████████████
   ██ ███████████████████████████████████████
   ██ ██████████████████████████████████████
   ██ ████████████████████████████████
   ██ ████████████████████████████████████████
   ██ ██████████████████████████████████
   ██ █████████████████████████████
   ██ █ ██████████████████████████████████
   ██ █████████████████████████████████████
   ██ ███████████████████████████████████████████

Agreen Blando Court Reporting & Video, Inc.

Page 337



Page 339

15  Q    All right.
16      MS. MENNINGER:  I'm going to ask that we
17  take just a brief break and that I can hopefully then
18  come back and just ask a few final follow-up
19  questions, okay?
20      THE DEPONENT:  Okay.
21      THE VIDEOGRAPHER:  We are off the record
22  at 5:16.
23      (Recess taken from 5:16 p.m. to 5:25 p.m.)
24      THE VIDEOGRAPHER:  We're back on the
25  record at 5:25.

Page 338

Page 340

| | Page 341 |
|---|---|
| 1 | **Q** **When was it?** |
| 2 | A I don't know the exact date. |
| 3 | **Q** **What's your best recollection?** |
| 4 | A I don't know. I would have to have dates |
| 5 | in front of me. If you've got something that has a |
| 6 | date on there, I'm happy to look at it and tell you |
| 7 | it's right or wrong. |
| 8 | **Q** **It was a few months ago or many months** |
| 9 | **ago?** |
| 10 | A Um, to my best recollection, it was about |
| 11 | a year ago. |
| 12 | MS. MENNINGER: I have no further |
| 13 | questions for you at this time. As you know, there |
| 14 | are some questions that you refused to answer and |
| 15 | other questions that your attorney directed you not |
| 16 | to answer. So we will take those up with the Court |
| 17 | and may see you again. |
| 18 | THE DEPONENT: Okay. |
| 19 | MR. EDWARDS: And just as a matter of |
| 20 | clarification, I don't believe that there's anything |
| 21 | she's refused to answer. There may be things that |
| 22 | I've instructed her not to answer because I believe |
| 23 | that they were privileged or for whatever reason I |
| 24 | instructed her not to answer but she hasn't refused |
| 25 | to answer them. |

| | Page 342 |
|---|---|
| 1 | Either way, the record is what it is. |
| 2 | MS. MENNINGER: I was going to say, do you |
| 3 | dispute that the court reporter has been taking down |
| 4 | what was said this entire time? |
| 5 | MR. EDWARDS: I'll read it. She'll read. |
| 6 | MS. MENNINGER: Actually, that's a good |
| 7 | question. |
| 8 | **Q** **(BY MS. MENNINGER) Do you have any** |
| 9 | **questions that I've asked you today that you don't** |
| 10 | **feel like you understood?** |
| 11 | A No, I don't think that there's questions |
| 12 | that you've asked me that I don't think I've |
| 13 | understood. But, you know, I really just want to |
| 14 | state something for my own piece of mind, if that's |
| 15 | okay, if I'm allowed to do that. |
| 16 | **Q** **No, that's not really what this forum is** |
| 17 | **about.** |
| 18 | A Okay. |
| 19 | **Q** **There are other forums.** |
| 20 | MR. EDWARDS: That will only be good for |
| 21 | them. There is no reason to say that. |
| 22 | THE DEPONENT: Okay. |
| 23 | MR. EDWARDS: You get a chance to talk |
| 24 | later. |
| 25 | Do you have an order form? And she'll |

| | Page 343 |
|---|---|
| 1 | read it. |
| 2 | MS. MENNINGER: We're going off the |
| 3 | record. |
| 4 | MR. EDWARDS: Yeah, that's fine. She'll |
| 5 | read. |
| 6 | THE VIDEOGRAPHER: That concludes today's |
| 7 | proceedings. We're off the record at 5:28. |
| 8 | (Proceedings concluded at 5:28 p.m.) |
| 9 | |
| 10 | * * * * * * * |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

| | Page 344 |
|---|---|
| 1 | I, VIRGINIA GIUFFRE, do hereby certify that |
| 2 | I have read the foregoing transcript and that the |
| 3 | same and accompanying amendment sheets, if any, |
| 4 | constitute a true and complete record of my |
| 5 | testimony. |
| 6 | |
| 7 | |
| 8 | |
| 9 | _____ |
| | Signature of Deponent |
| 10 | ( ) No Amendments |
| | ( ) Amendments Attached |
| 11 | Acknowledged before me this |
| 12 | _____ day of _____, 2016. |
| 13 | |
| 14 | Notary Public: _____ |
| 15 | Address: _____ |
| 16 | _____ |
| 17 | My commission expires _____ |
| 18 | Seal: |
| 19 | |
| 20 | |
| 21 | KAM |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

## Page 345

1    STATE OF COLORADO)

2              ) ss.   REPORTER'S CERTIFICATE

3    COUNTY OF DENVER )

4         I, Kelly A. Mackereth, do hereby certify

5    that I am a Registered Professional Reporter and

6    Notary Public within the State of Colorado; that

7    previous to the commencement of the examination, the

8    deponent was duly sworn to testify to the truth.

9         I further certify that this deposition was

10   taken in shorthand by me at the time and place herein

11   set forth, that it was thereafter reduced to

12   typewritten form, and that the foregoing constitutes

13   a true and correct transcript.

14        I further certify that I am not related to,

15   employed by, nor of counsel for any of the parties or

16   attorneys herein, nor otherwise interested in the

17   result of the within action.

18        In witness whereof, I have affixed my

19   signature this 11th day of May, 2016.

20        My commission expires April 21, 2019.

21

22

23             Kelly A. Mackereth, CRR, RPR, CSR
               216 - 16th Street, Suite 600
               Denver, Colorado  80202

24

25

## Page 346

1    AGREN BLANDO COURT REPORTING & VIDEO, INC.
     216 - 16th Street, Suite 600
2    Denver, Colorado  80202
     4450 Arapahoe Avenue, Suite 100
3    Boulder, Colorado  80303

4    May 11, 2016

5    Sigrid S. McCawley, Esq.
     BOIES, SCHILLER & FLEXNER LLP
6    401 East Las Olas Boulevard
     Suite 1200
7    Fort Lauderdale, FL 33301-2211

8    Re:  Videotaped Deposition of VIRGINIA GIUFFRE
         Giuffre v. Maxwell
9        Case No. 15-cv-07433-RWS

10   The aforementioned deposition is ready for reading
     and signing.  Please attend to this matter by
11   following BOTH of the items indicated below:

12   _____ Call 303-296-0017 and arrange with us to read
     and sign the deposition in our office.
13

14   _XXX_ Have the deponent read your copy and sign
          the signature page and amendment sheets, if
15        applicable; the signature page is attached.

16   _____ Read the enclosed copy of the deposition and
     sign the signature page and amendment
17   sheets, if applicable; the signature page is
     attached.

18   _XXX_ WITHIN 30 DAYS OF THE DATE OF THIS LETTER

19   _____ By _____ due to a trial date of _____

20   Please be sure the original signature page and
     amendment sheets, if any, are SIGNED BEFORE A NOTARY
21   PUBLIC and returned to Agren Blando for filing with
     the original deposition.  A copy of these changes
22   should also be forwarded to counsel of record.
     Thank you.
23

     AGREN BLANDO COURT REPORTING & VIDEO, INC.
24

25   cc:  All Counsel

## Page 347

1    AGREN BLANDO COURT REPORTING & VIDEO, INC.
     216 - 16th Street, Suite 600
2    Denver, Colorado  80202
     4450 Arapahoe Avenue, Suite 100
3    Boulder, Colorado  80303

4

5

6             VIRGINIA GIUFFRE
              May 3, 2016
7             Giuffre v. Maxwell
              Case No. 15-cv-07433-RWS

8

9    The original videotaped deposition was filed with

10   Laura A. Menninger, Esq., on approximately the

11   11th day of May, 2016.

12   _____ Signature waived.

13   _____ Unsigned; signed signature page and
14   amendment sheets, if any, to be filed at
     trial.

15   _____ Reading and signing not requested pursuant
16   to C.R.C.P. Rule 30(e).

17   _XXX_ Unsigned; amendment sheets and/or signature
18   pages should be forwarded to Agren Blando to
     be filed in the envelope attached to the
19   sealed original.

20

21   Thank you.

22   AGREN BLANDO COURT REPORTING & VIDEO, INC.

23   cc:  All Counsel

24

25

- AMENDMENT SHEET -

Videotaped Deposition of VIRGINIA GIUFFRE
May 3, 2016
Giuffre v. Maxwell
Case No. 15-cv-07433-RWS

The deponent wishes to make the following changes in
the testimony as originally given:

Page  Line    Should Read         Reason

____  ____  _____  _____

____  ____  _____  _____

____  ____  _____  _____

____  ____  _____  _____

____  ____  _____  _____

____  ____  _____  _____

____  ____  _____  _____

____  ____  _____  _____

____  ____  _____  _____

____  ____  _____  _____

____  ____  _____  _____

____  ____  _____  _____

Signature of Deponent: _____

Acknowledged before me this _____ day of
_____, 2016.
            Notary's signature _____
(seal)

            My commission expires _____.