# COMPOSITE EXHIBIT 1
# (Filed Under Seal)

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - x

VIRGINIA L. GIUFFRE,

         Plaintiff,

                        Case No.:

  -against-          15-cv-07433-RWS

GHISLAINE MAXWELL,

         Defendants.

- - - - - - - - - - - - - - - - - - - - x

             **CONFIDENTIAL**

       Videotaped deposition of GHISLAINE
MAXWELL, taken pursuant to subpoena, was
held at the law offices of BOIES
SCHILLER & FLEXNER, 575 Lexington
Avenue, New York, New York, commencing
April 22, 2016, 9:04 a.m., on the above
date, before Leslie Fagin, a Court
Reporter and Notary Public in the State
of New York.

                - - -

       MAGNA LEGAL SERVICES
    1200 Avenue of the Americas
     New York, New York 10026



Page 2

APPEARANCES:

BOIES SCHILLER & FLEXNER, LLP
Attorneys for Plaintiff
        401 East Las Olas Boulevard
        Fort Lauderdatle, Florida, 33301
BY:     SIGRID McCAWLEY, ESQUIRE
        MEREDITH SCHULTZ, ESQUIRE
        EMMA ROSEN, PARALEGAL


FARMER JAFFE WEISSING EDWARDS FISTOS &
LEHRMAN, P.L.,
        Attorneys for Plaintiff
        425 N. Andrews Avenue
        Fort Lauderdale, Florida 33301
BY:     BRAD EDWARDS, ESQUIRE

PAUL G. CASSELL, ESQUIRE
Attorneys for Plaintiff
        383 South University Street
        Salt Lake City, Utah 84112


HADDON MORGAN FOREMAN
Attorneys for Defendant
        150 East 10th Avenu
        Denver, Colorado 80203
BY:     JEFFREY S. PAGLIUCA, ESQUIRE
        LAURA A. MENNINGER, ESQUIRE

Also Present:
    James Christe, videographer

Page 3

        THE VIDEOGRAPHER:  We are now on
the record and recording.  This begins
disk No. 1 in the deposition of
Ghislaine Maxwell in the matter of
Virginia Giuffre versus Ghislaine
Maxwell in the U.S. District Court for
the Southern District of New York.
        Today is April 22, 2016 the time is
9:04 a.m..  This deposition is being
taken at 575 Lexington Avenue in New
York at the request of Sigrid McCawley
of Boies Schiller & Flexner.
        The videographer is James Christe
and the court reporter is Leslie Fagin.
Will counsel state their appearance and
whom they represent and then court
reporter swear in Ms. Maxwell.
        MS. McCAWLEY:  My name is Sigrid
McCawley with my colleague Meredith
Schultz.  We are with Boies Schiller &
Flexner.  We represent Ms. Giuffre.
        MR. EDWARDS:  Brad Edwards.  I also
represent Ms.  Giuffre.
        MR. CASSELL:  Paul Cassell, I also

Page 4

        G Maxwell - Confidential
represent Ms. Giuffre.
        MR. PAGLIUCA:  Jeff Pagliuca and
Laura Menninger on behalf of Ms.
Maxwell.
G H I S L A I N E   M A X W E L L,  called
as a  witness,   having been duly sworn by a
Notary Public, was examined and testified as
follows:
EXAMINATION BY
MS. McCAWLEY:
        Q.  Good morning.  I'm going to explain
some of the rules that will happen with
respect to depositions.
        Have you ever been deposed before?
        A.  I have not.
        Q.  What is going to happen here, we
have a court reporter and a videographer.
What they do is take down the words that we
say so when I ask you a question they will
record what you say in response to that.  So
we have to be mindful that in order for them
to do their job we can't talk over each
other.
        Another issue you have to be weary

Page 5

        G Maxwell - Confidential
of is that in a response, you can't give a
nonverbal response, in other words, nodding a
yes or no, they need to hear verbal response
so they can record it on their transcript.
So that's important for you to remember as we
go through the day.  If you forget, I will be
sure to remind you.
        Is there anything that would
prevent you from giving truthful testimony
today?
        A.  There is not.
        Q.  You are not on any medications or
anything that would inhibit your ability to
remember or give truthful testimony?
        A.  I am not.
        MR. PAGLIUCA:  Could you identify
the assistant in the room.
        MS. McCAWLEY:  This is Emma Rosen
from our New York office.  She is a
paralegal.
        Q.  Ms. Maxwell, can you please state
your address for the record?
        A.  Currently ▮▮▮▮▮▮▮▮▮▮▮.
        Q.  What is your date of birth?



Page 6

```
 1        G Maxwell - Confidential
 2     A.
 3     Q.  When did you first recruit a female
 4  to work for Mr. Epstein?
 5        MR. PAGLIUCA:  I object to the form
 6  and foundation of the question.  I
 7  believe this is confidential
 8  information.  I ask anyone who is not
 9  admitted in this case be excused from
10  the room, please.
11        MS. McCAWLEY:  So the response to
12  that question would --
13        MR. PAGLIUCA:  The subject matter
14  of this question is confidential and I'm
15  designating it as confidential.
16        MS. McCAWLEY:  I just want to make
17  that clear for the record.
18        MR. EDWARDS:  So we don't delay the
19  deposition I will step out of the room
20  but I think it's important to lay the
21  record that --
22        MR. PAGLIUCA:  I'm sorry, you are
23  not admitted in this proceeding so you
24  are not entitled to make any record.  If
25  Ms. McCawley wants to make a record she
```

Page 7

```
 1        G Maxwell - Confidential
 2  can.
 3        MR. EDWARDS:  I can make a record
 4  right now.
 5        MR. PAGLIUCA:  Maybe we should get
 6  the judge on the phone and talk about
 7  it.
 8        MR. EDWARDS:  The record will be
 9  short.  This is the precise reason why
10  Ms. Giuffre wants me in this case and
11  I'm unable to effectively represent her
12  at this time because I am unable to have
13  access to the confidential information
14  which includes apparently the entire
15  deposition of Ms. Maxwell.  But for the
16  sake of not further delaying this, I
17  will be outside the room.
18        MS. McCAWLEY:  Thank you.
19     A.  I would like to just -- wait for
20  him to leave.
21     Q.  That's fine.
22     A.  I would just like to clarify the
23  address.  I'm in the process of selling the
24  house so while while I still receive mail
25  there, it's not my actual physical address.
```

Page 8

```
 1        G Maxwell - Confidential
 2  It's in the process of being sold.  It still
 3  requires some final paperwork to be done, so
 4  just for the purposes of clarity.
 5     Q.  Do you have a new address where you
 6  will be living?
 7     A.  I do not.
 8     Q.  For the purpose of the record, if
 9  there is something I ask you that you later
10  remember something else or need to correct
11  your testimony in some way, you can do that,
12  just let me know what it is and we will go
13  back to that question and can you clarify.
14     A.  Of course.  I just wanted to be
15  clear, there is still some paperwork pending
16  for final release, but it's in the process of
17  sale.  But I don't have another address
18  currently, so whilst that should still be of
19  record that the mail could be forwarded
20  there, so for purposes of clarity I wanted to
21  be clear.
22     Q.  I appreciate that.
23        So Ms. Maxwell, when did you first
24  recruit a female to work for Mr. Epstein?
25        MR. PAGLIUCA:  Again.  I object to
```

Page 9

```
 1        G Maxwell - Confidential
 2  form and foundation of the question.
 3     Q.  You can answer the question.
 4     A.  First of all, can you please
 5  clarify the question.  I don't understand
 6  what you mean by female, I don't understand
 7  what you mean by recruit.  Please be more
 8  clear and specific about what you are
 9  suggesting.
10     Q.  Are you a female, is that the sex
11  that you are?
12     A.  I am a female.
13     Q.  That's what I'm referring to a
14  female and I'm asking you when you first, the
15  very first time you recruited a female to
16  work for Mr. Epstein?
17     A.  Again, I don't understand what
18  female -- I am a 54 year old women.
19     Q.  I'm not making it age, any age of a
20  female that you recruited to work for Mr.
21  Epstein?
22     A.  Again, I was somebody who hired a
23  number of people to work for Mr. Epstein and
24  hiring is one of my functions.
25     Q.  And when is the first time you
```



Page 10

1      G Maxwell - Confidential
2  hired someone to work for Mr. Epstein, a
3  female?
4      A.  As best as I can recollect, a woman
5  the age probably of about 40 or 50 was in
6  sometime in 1992.
7      Q.  How long did you work for Mr.
8  Epstein?
9      A.  I started working for him at some
10  point in 1992 and the nature of my work
11  relationship with him changed over time so
12  from around 2002, 2003, the work lessened
13  considerably.
14      Q.  When did you --
15      MR. PAGLIUCA:  Can I interject for
16  a moment.  If we are talking about
17  background --
18      MS. McCAWLEY:  I'm in the middle of
19  a question.  Let me finish it and then
20  can you interject.
21      Q.  When you say 2002 to 2003 that the
22  work lessened, when did you complete working
23  for Mr. Epstein; when was the last time you
24  were employed by him, the last date?
25      A.  I believe I still was doing --

Page 11

1      G Maxwell - Confidential
2  helping him in a very nominal way, maybe an
3  hour or two a year at sometime 2008 and 2009.
4      MR. PAGLIUCA:  So if you are going
5  to be talking about general background,
6  I don't need to designate that as
7  confidential.  So if you want to have
8  them come back in, that's fine.
9      I assumed by your first question
10  you were going into more sensitive
11  areas.  I will leave it up to you, but
12  if this is general background it will
13  not be designated as confidential.
14      MS. McCAWLEY:  I appreciate that.
15  I will jump back into my other
16  questions.
17      MR. PAGLIUCA:  So we will keep it
18  as confidential.
19      Q.  When you were first employed by him
20  in 1992, what were you hired to do?
21      A.  First, I was consulting and what I
22  did was I helped with decorating houses and
23  in hiring staff to help run those houses.
24      Q.  Did your duties change over the
25  course of 1992 to 2009?

Page 12

1      G Maxwell - Confidential
2      MR. PAGLIUCA:  Object to the form
3  and foundation.
4      A.  My job entailed running the homes
5  that he had but much more importantly, most
6  of the houses had construction and so whilst
7  in 1992 there was no construction project,
8  there was construction projects that began
9  after that time and I was in charge not only
10  of hiring architects, I was also in charge of
11  all the filings or overseeing that, like a
12  general contractor would.
13      I also helped with hiring the
14  architects, hiring the builders, reviewing
15  the contracts for the builders, coordinating
16  the building projects, coordinating how the
17  projects would layout, the timing of the
18  projects and all the various materials that
19  they would require to run a very substantial
20  building project.  That's the nature of the
21  job I was dealing with.
22      Q.  How old was the youngest female you
23  ever hired to work for Jeffrey?
24      MR. PAGLIUCA:  Object to the form
25  and foundation.

Page 13

1      G Maxwell - Confidential
2      Q.  You can answer.
3      A.  I have not any idea exactly of the
4  youngest adult employee that I hired for
5  Jeffrey.
6      Q.  When you say adult employee, did
7  you ever hire someone that was under the age
8  of 18?
9      A.  Never.
10      Q.  Did you ever bring someone who was
11  under -- invite someone under the age of 18
12  to Jeffrey's home, any of his homes?
13      MR. PAGLIUCA:  Object to the form
14  foundation.
15      A.  Can you repeat the question?
16      Q.  Did you ever invite anybody who was
17  under the age of 18 to Jeffrey's homes?
18      MR. PAGLIUCA:  Same objections.
19      A.  I have a number of friends that
20  have children and friends of mine that have
21  kids and in the invitation of my friends and
22  their kids, I'm sure I may have invited some
23  of my friend's kids to come.
24      Q.  Anybody that is not a friend of
25  yours.



Page 14

G Maxwell - Confidential

1    G Maxwell - Confidential
2    Any female under the age of 18, did
3    you invite them to come to Jeffrey's home?
4        MR. PAGLIUCA:  Object to the form
5    and foundation.
6    A.    Again, as I said, I am not aware of
7    inviting anybody other than friends of mine
8    who have children to the house.
9    Q.    Did you invite Virginia Giuffre to
10   come to Jeffrey Epstein's home when she was
11   under the age of 18?
12       MR. PAGLIUCA:  Object to the form
13   and foundation.
14   A.    Virginia Roberts held herself out
15   as a masseuse and invited herself to come and
16   give a massage.
17   Q.    My question is, did you invite
18   Virginia Roberts when she was under the age
19   of 18 to come to Jeffrey Epstein's home?
20       MR. PAGLIUCA:  Object to the form
21   and foundation.
22   A.    Again, Virginia Roberts was a
23   masseuse --
24   Q.    I'm asking not asking if she was a
25   masseuse.  I'm asking if you invited her to

Page 15

1    G Maxwell - Confidential
2    come to Jeffrey Epstein's home?
3    A.    Again, there would be no course to
4    have a conversation with Virginia unless she
5    held herself out to be a masseuse.
6    Q.    I'm not asking that question.  I'm
7    asking if you invited her to come to Jeffrey
8    Epstein's home when she was under the age of
9    18?
10   A.    Again, I repeat, she was a masseuse
11   and in the form and as my job, I was to have
12   people who he wanted for various things
13   including massage.  She came as a masseuse.
14   Q.    So you invited her to his home to
15   come to give a massage, is that correct?
16       MR. PAGLIUCA:  Object to the form
17   and foundation.  Misstates the witness'
18   testimony.
19   A.    Again, I did not invite Virginia
20   Roberts.  She came as a masseuse.
21   Q.    She who invited her to come as a
22   masseuse, she just showed up at the front
23   door?
24       MR. PAGLIUCA:  Object to the form
25   and foundation.

Page 16

1    G Maxwell - Confidential
2    A.    Ms. Roberts held herself out --
3    Q.    I'm not asking how she held herself
4    out.  I'm asking how she arrived at the home.
5    Did you meet her and invite her to come to
6    the home or how did she arrive there?
7        MR. PAGLIUCA:  Object to the form
8    and foundation.
9    A.    Ms. Roberts held her to be a
10   masseuse and her mother drove her to the
11   house.
12   Q.    When did you first meet Virginia
13   Roberts?
14   A.    I don't have a recollection of the
15   first meeting.
16   Q.    Do you recall meeting her at
17   Mar-a-Lago?
18   A.    Like I said, I don't have a
19   recollection of meeting Ms. Roberts.
20   Q.    So you recall Ms. Roberts being
21   brought to the home by her mother, is that
22   your testimony?
23   A.    That is my testimony.
24   Q.    And that is the first time you met
25   her?

Page 17

1    G Maxwell - Confidential
2    A.    Like I said, I don't recall meeting
3    her the first time.  I do remember her mother
4    bringing her to the house.
5    Q.    Are you a member at Mar-a-Lago?
6    A.    No.
7    Q.    Have you visited Mar-a-Lago?
8    A.    Yes.
9    Q.    Did you visit Mar-a-Lago in the
10   year 2000?
11   A.    I'm pretty sure I did.
12   Q.    When Ms. Roberts arrived at the
13   home with her mother, what happened?
14   A.    I spoke to her mother outside of
15   the house and she -- what I don't recall is
16   exactly what happened because I was talking
17   to her mother the entire she was in the
18   house.
19   Q.    Did you introduce Ms. Roberts to
20   Jeffrey Epstein?
21   A.    I don't recall how she actually met
22   Mr. Epstein.  As I said, I spoke to her
23   mother the entire time outside the house.
24   Q.    Did you walk Ms. Roberts up to the
25   upstairs location at the Palm Beach house to

MAGNA
LEGAL SERVICES

Page 18

1       G Maxwell - Confidential
2    meet Mr. Epstein?
3         MR. PAGLIUCA:  Object to the form
4      and foundation.
5      Q.  You can answer.
6      A.  I just explained.
7      A.  I spent the entire time talking to
8    Virginia's mother outside the house so the
9    answer to the question is no.
10     Q.  No, did you not walk her up and
11   introduce her to Mr. Epstein?
12     A.  I just said no.
13     Q.  Did you participate in a massage
14   this first time when she first came to the
15   home and you were speaking with her mother,
16   she was in the home, is that correct, you
17   brought her into the home?
18         MR. PAGLIUCA:  Object to the form
19      and foundation.
20     A.  I will repeat again, I was standing
21   outside with her mother so very difficult for
22   me to do anything else at that time so no, I
23   did not take her upstairs.
24     Q.  Did you participate --
25     A.  Virginia lied 100 percent about

Page 19

1       G Maxwell - Confidential
2    absolutely everything that took place in that
3    first meeting.  She has lied repeatedly,
4    often and is just an awful fantasist.  So
5    very difficult for anything to take place
6    that she repeated because I was with her
7    mother the entire time.
8      Q.  So did you have -- did you give a
9    massage with Virginia Roberts and Mr. Epstein
10   during the first time Virginia Roberts was at
11   the West Palm Beach house?
12         MR. PAGLIUCA:  Object to the form
13      and foundation.
14     Q.  Yes or no?
15     A.  No.
16     Q.  Have you ever given a massage with
17   Virginia Roberts in the room and Jeffrey
18   Epstein?
19         MR. PAGLIUCA:  Object to the form
20      and foundation.
21     A.  No.
22     Q.  Have you ever given Jeffrey Epstein
23   a massage?
24         MR. PAGLIUCA:  Object to the form,
25      foundation.  And I'm going to instruct

Page 20

1       G Maxwell - Confidential
2    you not to answer that question.  I
3    don't have any problem with you asking
4    questions about what the subject matter
5    of this lawsuit would be, as
6    you've termed it, sexual trafficking of
7    Ms. Roberts.
8         To the extent you are asking for
9    information relating to any consensual
10   adult interaction between my client and
11   Mr. Epstein, I'm going to instruct her
12   not to answer because it's not part of
13   this litigation and it is her private
14   confidential information, not subject to
15   this deposition.
16         MS. McCAWLEY:  You can instruct her
17   not to answer.  That is your right.  But
18   I will bring her back for another
19   deposition because it is part of the
20   subject matter of this litigation so she
21   should be answering these questions.
22   This is civil litigation, deposition and
23   she should be responsible for answering
24   these questions.
25         MR. PAGLIUCA:  I disagree and you

Page 21

1       G Maxwell - Confidential
2    understand the bounds that I put on it.
3         MS. McCAWLEY:  No, I don't.  I will
4    continue to ask my questions and you can
5    continue to make your objections.
6      Q.  Did you ever participate from the
7    time period of 1992 to 2009, did you ever
8    participate in a massage with Jeffrey Epstein
9    and another female?
10         MR. PAGLIUCA:  Objection.  Do not
11   answer that question.  Again, to the
12   extent you are asking for some sort of
13   illegal activity as you've construed in
14   connection with this case I don't have
15   any problem with you asking that
16   question.  To the extent these questions
17   involve consensual acts between adults,
18   frankly, they're none of your business
19   and I will instruct the witness not to
20   answer.
21         MS. McCAWLEY:  This case involves
22   sexual trafficking, sexual abuse,
23   questions about her having interactions
24   with other females is relevant to this
25   case.  She needs to answer these



Page 22

1      G Maxwell - Confidential
2  questions.
3      MR. PAGLIUCA:  I'm instructing her
4  not to answer.
5      MS. McCAWLEY:  Then we will be back
6  here again.
7      Q.  Have you ever given a massage to
8  Mr. Epstein with a female that was under the
9  age of 18?
10     A.  Can you repeat the question?
11     Q.  Yes.  Have you ever given a massage
12 to Mr. Epstein with a female that was under
13 the age of 18?
14     A.  No.
15     Q.  Have you ever observed Mr. Epstein
16 having a massage given by an individual, a
17 female, who was under the age of 18?
18     A.  No.
19     Q.  Have you ever observed females
20 under the age of 18 in the presence of
21 Jeffrey Epstein at his home?
22     MR. PAGLIUCA:  Object to the form
23     and foundation.
24     A.  Again, I have friends that have
25 children --

Page 23

1      G Maxwell - Confidential
2      Q.  I'm not talking about friends.  I'm
3  talking about individuals --
4      MR. PAGLIUCA:  I'm going to object
5      to you interrupting the witness who was
6      answering your question.  The question
7      was, have you ever seen anyone, female
8      under the age of 18 at the house and
9      that's the question she was answering.
10     If you want to strike that question and
11     ask another question, feel free, but let
12     the witness respond, please.
13     MS. McCAWLEY:  I will do that.
14     Q.  Have you ever observed a female
15 under the age of 18 at Jeffrey Epstein's home
16 that was not a friend, a child -- one of your
17 friend's children?
18     A.  Again, I can't testify to that
19 because I have no idea what you are talking
20 about.
21     Q.  You have no idea what I'm talking
22 about in the sense you never observed a
23 female under the age of 18 at Jeffrey
24 Epstein's home that was not one of your
25 friend's children, is that correct?

Page 24

1      G Maxwell - Confidential
2      MR. PAGLIUCA:  Object to the form
3  and foundation.
4      A.  How would I possibly know how
5  someone is when they are at his house.  You
6  are asking me to do that.  I cannot possibly
7  testify to that.  As far as I'm concerned,
8  everyone who came to his house was an adult
9  professional person.
10     Q.  Are you familiar with the police
11 report that was issued in respect to the
12 investigation in this matter?
13     MR. PAGLIUCA:  Object to the form
14     and foundation.
15     Q.  Are you familiar with the police
16 report that was used in this matter, the
17 investigation of Jeffrey Epstein, has been
18 produced as a document in this matter?
19     A.  I have seen a police report.
20     (Maxwell Exhibit 1, police report,
21     marked for identification.)
22     Q.  The police report that you have in
23 front of you, can you turn to page 28 of that
24 report, the numbers are on the top right-hand
25 corner.

Page 25

1      G Maxwell - Confidential
2      You will see some redactions in
3  this report, Ms. Maxwell, the redacted
4  information is redacted because it reveals
5  the name of a minor, someone who is under the
6  age of 18.
7      On page 28, in the third paragraph,
8  about halfway down, it says, [REDACTED] stated
9  she performed the massage naked.  At the
10 conclusion of this massage, Epstein paid
11 [REDACTED] $200 for the massage.  He explained, I
12 know you are not comfortable put I will pay
13 you if you bring some girls.  He told her the
14 younger the better.  [REDACTED] stated once tried
15 to bring a 23 year old to Epstein and he
16 stated the female was too old.
17     Have you heard Mr. Epstein use the
18 phrase the younger the better?
19     A.  I have no recollection of hearing
20 that.
21     Q.  Have you used the phrase in talking
22 to [REDACTED] and asking her to recruit
23 females for Mr. Epstein, the younger the
24 better?
25     MR. PAGLIUCA:  Object to the form

MAGNA
LEGAL SERVICES

Page 26

1      G Maxwell - Confidential
2   and foundation of the question.
3      A.  First of all, can you break the
4   question apart.
5      Q.  Have you used the phrase the
6   younger the better in speaking to ███████
7   and asking her to recruit females for Jeffrey
8   Epstein?
9         MR. PAGLIUCA:  Object to the form
10   and foundation.
11      Q.  You can answer.  It's yes or no.
12      A.  No, that's absolutely not true, on
13   the second part of your question, I have not
14   asked Virginia to recruit females and the
15   first part of your question, if you can
16   repeat that again, the question you asked.
17      Q.  Will you read back the question.
18         (Record read.)
19      A.  I believe I answered the later part
20   of the question.  The first part of the
21   question, it's impossible for me to recall
22   events that took place 16 years ago but it
23   doesn't sound like something I would say.
24      Q.  On page 28, that same paragraph,
25   ███████ was asked how many girls in total she

Page 27

1      G Maxwell - Confidential
2   brought to Epstein.  ███████ stated that she
3   can remember, ███████ stated that she brought
4   and, it's redacted there, and the victim in
5   this case.
6         Let me ask my question, I have a
7   question pending right now.
8         Are you testifying that you are
9   unaware of any underage, under the age of 18,
10   females coming to Jeffrey Epstein's home to
11   perform massages?
12         MR. PAGLIUCA:  Object to the form
13   foundation.
14      A.  You need to straddle that question
15   in a different time period.  When I was
16   there, at the time I was present, the people
17   that gave Jeffrey, men and women who gave
18   Jeffrey massages were adults over the age of
19   18.
20      Q.  Never in your time at any of
21   Jeffrey Epstein's homes were you present when
22   a female under the age of 18 was there to
23   give Jeffrey Epstein a massage?
24         MR. PAGLIUCA:  Object to the form
25   and foundation.

Page 28

1      G Maxwell - Confidential
2      A.  First of all, as I said when I was
3   present --
4      Q.  It is a yes or no.
5      A.  No, it is not.
6      Q.  You can answer the question in full
7   but please provide yes or no as an initial
8   matter.
9      A.  I cannot answer yes or no, it's not
10   bounded by time.  It's entirely possible I
11   could have been in a room or even in the
12   vicinity of Palm beach when somebody came and
13   I would not know.  How would I know when
14   somebody was in the house.  There is no way I
15   can know.
16      Q.  Did you stay at Jeffrey Epstein's
17   home when you were in Palm Beach?
18      A.  Most of the time.
19      Q.  So how is it that you wouldn't know
20   if there was a female in the home under the
21   age of 18 if you were staying there?
22      A.  Well, first of all, when I was
23   staying there, the house is actually quite
24   large and I have a very busy job and I had an
25   office with a door so the door would be shut

Page 29

1      G Maxwell - Confidential
2   and I would be working.  I'm not responsible
3   for what Jeffrey does and I don't always pay
4   attention to what happens in the house.  I'm
5   very busy.
6      Q.  So you're testifying that you never
7   observed a female under the age of 18 at
8   Jeffrey Epstein's West Palm Beach home?
9         MR. PAGLIUCA:  Object to the form
10   and foundation.
11      A.  I already answered that question, I
12   believe.
13      Q.  You didn't answer my question.
14      A.  I did.
15      Q.  Did you observe a female under the
16   age of 18 at Jeffrey Epstein's home in Palm
17   Beach?
18      A.  Like I said, I work, I don't sit
19   there and watch people coming in and out of
20   the house.  I cannot possibly tell you if I'm
21   in the home that somebody was there that I
22   did not see, I cannot comment on it, I have
23   no idea.
24      Q.  Did you observe females at Jeffrey
25   Epstein's home that were laying out topless



1        G Maxwell - Confidential
2   in the back of the home, in other words
3   without a shirt on?
4        A.   So that's just another of
5   Virginia's lies.  So let's be clear, at the
6   time when I was there and present, frequently
7   at the house, it was unusual to see people
8   without their clothes on.
9        Q.   When you say unusual, did you
10  observe people without their clothes at
11  Jeffrey Espstein's home?
12       A.   Can I answer.  Sometimes people in
13  the privacy of a house and swimming pool, I
14  have seen people from time to time take their
15  top off.  I have seen people from time to
16  time do that.  Very unusual.  Naked people
17  around the people at any frequent period of
18  time, I have never seen.
19       Q.   Were they under the age of 18?
20       A.   As I was saying, people when I was
21  in the house, were of adult age, if they were
22  children, friends of my family or friends
23  that were there, they may well have been
24  because I have nieces and nephews under the
25  age of 18, I cannot testify to anybody else

1        G Maxwell - Confidential
2   -- just another one of Virginia's many
3   fictitious lies and stories to make this a
4   salacious event to get interest and press.
5   It's absolute rubbish.
6        Q.   Were you in charge of hiring
7   individuals to provide massages for Jeffrey
8   Epstein?
9        A.   My job included hiring many people.
10  There were six homes.  As I sit here, I hired
11  assistants, I hired architects, I hired
12  decorators, I hired cooks, I hired cleaners,
13  I hired gardeners, I hired pool people, I
14  hired pilots, I hired all sorts of people.
15       In the course and a very small part
16  of my job was from time to time to find
17  adult professional massage therapists for
18  Jeffrey.
19       Q.   When you say adult professional
20  massage therapists, where did you find these
21  massage therapists?
22       A.   From time to time I would visit
23  professional spas, I would receive a massage
24  and if the massage was good I would ask that
25  man or woman if they did home visits.

1        G Maxwell - Confidential
2        Q.   Did you ever hire a masseuse that
3   was under the age of 18?
4        MR. PAGLIUCA:  Object to the form
5   and foundation.
6        Q.   Did you?
7        A.   Again, I don't hire massage
8   therapists, so that was not my job.
9        Q.   You just said you did, you just
10  said you hired massage therapists for Jeffrey
11  Epstein, I'm asking if you hired a massage
12  therapist who was under the age of 18?
13       A.   Let me correct myself.  When I
14  meant hire, I didn't mean hire in the way you
15  are doing it.  What I say is that I went to
16  spas and I met people and if they did home
17  visits, Jeffrey would then, in fact, hire
18  them.  I'm not responsible for hiring
19  someone.  And they were not full-time, so
20  it's not a correct characterization.
21       Q.   Did you ever, your term is meet,
22  did you ever meet a person that was under the
23  age of 18 that you -- that Jeffrey then hired
24  as a masseuse?
25       MR. PAGLIUCA:  Object to the form

1        G Maxwell - Confidential
2   and foundation.
3        A.   First of all, Virginia Roberts who
4   you are referring to was a masseuse aged 17,
5   we all now know, so your story that you keep
6   pushing out to the press that she was a 15
7   year old -- you and I both know was a lie,
8   correct.
9        Q.   You are not sentencing my question.
10       A.   You and I both know that was a lie,
11  correct.
12       Q.   You are not answering my question.
13  I'm asking you whether you ever met a female
14  under the age of 18 that Jeffrey then hired
15  as a masseuse?
16       MR. PAGLIUCA:  Object to the form
17  and foundation.
18       A.   The only person I can talk about
19  who clearly was a massage age 17, a masseuse,
20  was Virginia.
21       Q.   Did you meet her and then introduce
22  her to Jeffrey?
23       A.   I don't know.  I already testified
24  I don't recall meeting her.
25       (Maxwell Exhibit 2, email, marked

MAGNA
LEGAL SERVICES



Page 34

1          G Maxwell - Confidential
2    for identification.)
3          Q.  So I'm showing you a document that
4    we have marked as Maxwell Exhibit 2.  It's a
5    document you produced in this matter labeled
6    confidential GM 00109.  It's dated Sunday
7    June 12, 2011.  It's from Jeffrey Epstein to
8    you.  If you can turn to page 4 -- sorry, can
9    you turn to the first page, the cover page
10   initially which is 00109.  If you look under
11   the time stamp it says, June 12, 2011 at 4:12
12   p.m., it says ▊▊▊▊▊▊.
13          Is that your email address?
14   A.  It is.
15          Q.  Under that it says, Thank you.  I
16   have it now and I'm working on a letter, a
17   little, I will send the final version
18   tomorrow and what ever it is will be
19   factually accurate.
20          Do you see that on page 1?
21   A.  I do.
22          Q.  Then I would like you to turn to
23   page 4 please.  The second paragraph down on
24   page 4, it states, After some thought, I
25   recall that I first met Ms. Roberts when she

Page 35

1          G Maxwell - Confidential
2    was working at a premier resort claiming to
3    be 18 years old and a professional masseuse?
4          MR. PAGLIUCA:  What line are you
5    on, counsel.
6          MS. McCAWLEY:  Second paragraph
7    down.
8          MR. PAGLIUCA:  I got it.
9          Q.  Is that a statement that you wrote?
10   A.  It appears to be.
11          Q.  So does that correct your testimony
12   that you did meet Ms. Roberts at Mar-a-Lago?
13   A.  Again, this was written in, when
14   were you saying?
15   Q.  2011.
16   A.  So by 2011, Ms. Roberts had already
17   perpetrated so many lies and stories it's
18   hard for me to accurately tell you today what
19   I remember back then.  As I sit here today,
20   the testimony I give you today, I do not
21   recollect it.
22          Q.  Do you have a reason to say that
23   this document that you wrote is incorrect?
24   A.  It's in 2011, I can't possibly tell
25   you what I remember in 2011.

Page 36

1          G Maxwell - Confidential
2          Q.  Are you questioning that this
3    document is incorrect, this document -- this
4    email that you wrote?
5    A.  I wrote an email.  I was trying to
6    be accurate, so who knows, with all the
7    rubbish that you guys have put out in the
8    press that I read, maybe in the moment I
9    wrote it a memory came to me that I don't
10   know, but as I sit here today and the
11   testimony I gave you today is I don't
12   recollect it.
13          Q.  Does this refresh your recollection
14   that you recalled meeting Ms. Roberts at
15   Mar-a-Lago?
16   A.  It does not.
17          Q.  So your testimony today is that you
18   don't remember meeting Ms. Roberts at
19   Mar-a-Lago?
20   A.  I do not.
21          I just want to clarify, when you
22   read so much stuff and so much rubbish that
23   comes out from Virginia Roberts, you don't
24   know what's up and down, at the time I wrote
25   this I believe I had a memory but as I sit

Page 37

1          G Maxwell - Confidential
2    here today I do not.
3          Q.  Ms. Maxwell, when did you first
4    meet ▊▊▊▊▊▊?
5          MR. PAGLIUCA:  Object to the form
6    and foundation.
7    A.  I have no idea when I met her.
8          Q.  Do you know how old she was when
9    you met her?
10   A.  I have no idea how old she was when
11   I met her.
12          Q.  Is it possible she was 13 years old
13   when you first met her?
14          MR. PAGLIUCA:  Object to the form
15   and foundation.
16   A. ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊
17   ▊▊▊▊
18   may have been in the house when Jeffrey was
19   in the house.  I have no idea how old she
20   was.
21          Q.  I understand ▊▊▊▊▊▊▊▊
22   ▊▊▊▊
23          I'm asking if ▊▊▊▊▊▊ was 13
24   years old when you first met her?
25   A.  I have no idea.

MAGNA ➤
LEGAL SERVICES



Page 38

```
1        G Maxwell - Confidential
2      Q.  Was she under 18 when you first met
3  her?
4      A.  I have no idea how old she was when
5  I first met her.
6      Q.  Did she look like a child when you
7  first met her?
8      A.  I don't remember what she looked
9  like at the time she was in the house.
10     Q.  How many years have you known her?
11     A.  I can only recall the last time I
12 saw her.
13     Q.  When was the first time you met
14 her?
15     A.  Again, I just told you, I don't
16 recall the first time I met her.
17     Q.  Did [redacted] travel with you
18 on Jeffrey's planes?
19     A.  I wouldn't remember if [redacted] was on
20 the plane or not.
21     Q.  Did you ever have sex with [redacted]
22 [redacted]?
23     A.  No.
24     Q.  Did you ever observe Jeffrey having
25 sex with [redacted]?
```

Page 39

```
1        G Maxwell - Confidential
2      A.  No.
3      Q.  Were you aware that Jeffrey was
4  having sexual contact with [redacted] when
5  she was 13 years old?
6          MR. PAGLIUCA:  Object to the form
7  and foundation.
8      A.  I would be very shocked and
9  surprised if that were true.
10     Q.  Were you in the house when [redacted]
11 [redacted] was in the house in a private area
12 with Jeffrey Epstein?
13         MR. PAGLIUCA:  Object to the form
14 and foundation.
15     A.  Can you repeat the question.
16     Q.  Were you ever in the Palm Beach
17 house when Jeffrey Epstein was in the house
18 with [redacted]?
19         MR. PAGLIUCA:  Object to the form
20 and foundation.
21     A.  I've already testified that I have
22 met her and that she was there [redacted]
23 [redacted].  I don't understand what your
24 question is asking.
25     Q.  So you have never seen [redacted]
```

Page 40

```
1        G Maxwell - Confidential
2  [redacted]
3          MR. PAGLIUCA:  Object to the form
4  and foundation.
5      Q.  Is that your testimony?
6      A.  I already said I don't recall all
7  the times I've seen her and I have no memory
8  of that.
9      Q.  Have you ever seen [redacted] in
10 the house with Jeffrey Epstein [redacted]
11 [redacted]
12         MR. PAGLIUCA:  Object to the form
13 and foundation.
14     A.  I just told you I don't recall
15 seeing [redacted]
16     Q.  Were you ever involved in an orgy
17 with [redacted]?
18     A.  No, absolutely not.
19     Q.  Can you tell me, do you know an
20 individual by the name of [redacted]
21     A.  I do.
22     Q.  How did you meet [redacted]?
23     A.  At some point she was a friend of
24 Jeffrey's and I recall meeting her at some
25 point.
```

Page 41

```
1        G Maxwell - Confidential
2      Q.  Did you hire her?
3      A.  First of all, I don't hire girls
4  like that, so let's be clear, I already
5  testified to that, and I have no idea what
6  you are referring to.
7      Q.  When you say girls like that, what
8  do you mean?
9      A.  I hire people who are professional
10 at the house.  You are asking if I hired
11 somebody to do what, I don't know what you
12 are talking about.  I hired people to work in
13 the homes.
14     Q.  What was Nadia Marcinkova doing?
15         MR. PAGLIUCA:  Object to the form
16 and foundation.
17     A.  I have no idea what Nadia
18 Marcinkova was doing.  I didn't hire her and
19 I don't know what you are referring to.
20     Q.  You met Nadia Marcinkova?
21     A.  I testified I did.
22     Q.  Did she work for Jeffrey Epstein?
23     A.  I have no idea what she did.
24     Q.  Have you flown on planes with Nadia
25 Marcinkova?
```

MAGNA ▶
LEGAL SERVICES



Page 42

1          G Maxwell - Confidential
2      A.  I don't recollect.  I don't know if
3  I did.
4      Q.  How many times have you flown on
5  Jeffrey Epstein's planes?
6      A.  Too many times.
7      Q.  More than 300?
8      A.  I really couldn't tell you how
9  many.
10     Q.  More than 400?
11     A.  Again, I said I cannot tell you how
12  many, a lot.
13     Q.  How many times with ████
14  ███████?
15     A.  I already testified, I have no
16  idea.
17     Q.  How old was ████████ when
18  she first became involved with Jeffrey?
19     A.  I have no idea.
20     Q.  Was she 14?
21         MR. PAGLIUCA:  Object to the form
22  and foundation.
23     A.  I have no idea.
24     Q.  Did she look like a child the first
25  time you met her?

Page 43

1          G Maxwell - Confidential
2          MR. PAGLIUCA:  Object to the form
3  and foundation.  Asked and answered.
4      Q.  Did she look like a child the first
5  time you met ████████?
6      A.  I don't know what you mean if she
7  looked like a child.
8      Q.  Did she look like she was under the
9  age of 18?
10     A.  No.
11     Q.  Did she look like she was under the
12  age of 16?
13     A.  I just testified -- first of all, I
14  couldn't tell you how old she was, she didn't
15  like like a child, leave it at that.
16     Q.  Did you know that she was a child?
17         MR. PAGLIUCA:  Object to the form
18  and foundation.
19     A.  I just answered I did not know how
20  old she was and she looked like an adult.
21     Q.  In the times that you traveled with
22  her on Jeffrey Epstein's planes, did you ever
23  ask her how old she was?
24         MR. PAGLIUCA:  Object to the form
25  and foundation.  Assumes facts not in

Page 44

1          G Maxwell - Confidential
2  evidence.  The witness already testified
3  she doesn't remember.
4      Q.  You can answer that question.
5          Did you ever ask her on the many
6  flights you were with her or the many times
7  you were with her at the house?
8      A.  First of all, I don't know I was on
9  many flights with her, you are making stories
10  up again as usual.  And secondly, if I was on
11  a flight with her, there would not be any
12  reason why I would ask her how old she was.
13     Q.  You don't recollect having any
14  conversation with her about her age?
15     A.  I already testified to that.
16     Q.  Do you know what ███████████
17  was hired to do for Jeffrey?
18     A.  I already testified I didn't know
19  she was hired and I don't know that she did
20  anything.  I don't know how to answer that
21  question.
22     Q.  Was ████████ at the house,
23  the Palm Beach house, when you were present
24  at that house?
25         MR. PAGLIUCA:  Object to the

Page 45

1          G Maxwell - Confidential
2  foundation.
3      A.  I have no recollection of her being
4  at the house at the same time as me.
5      Q.  When did you first meet ████
6  ███████?
7      A.  I already told you I don't recall.
8      Q.  Do you recall anything about ████
9  ███████?
10     A.  That she was tall and blond.
11     Q.  Do you recall ████████████
12  interacting with other females at the house?
13     A.  No, I do not.
14     Q.  Did you arrange to get a visa for
15  ██████████ to come into this country?
16         MR. PAGLIUCA:  Object to the form
17  and foundation.
18     A.  Absolutely not.
19     Q.  Did Jeffrey arrange for a visa for
20  ██████████?
21         MR. PAGLIUCA:  You need to give me
22  a break so I can interpose an objection.
23         Object to the form and foundation.
24     Q.  You can answer.
25     A.  What was the question?



Page 46

```
 1          G Maxwell - Confidential
 2      Q.  Did Jeffrey arrange for a visa for
 3  █████?
 4      A.  I don't know what Jeffrey did.  I
 5  cannot testify what Jeffrey did.
 6      Q.  Was █████ involved in sex with
 7  Jeffrey and other girls?
 8          MR. PAGLIUCA:  Object to the form
 9  and foundation.
10      Q.  Girls under the age of 18?
11          MR. PAGLIUCA:  Same objection.
12      A.  I have no idea.
13      Q.  Was █████ involved with sex with
14  Jeffrey and girls over the age of 18?
15          MR. PAGLIUCA:  Same objection.
16      A.  I have no idea.
17      Q.  Did █████ recruit other girls for
18  sex with Jeffrey?
19          MR. PAGLIUCA:  Object to the form
20  and foundation.
21      A.  I have no idea.
22      Q.  Do you still talk to █████
23      A.  No.
24      Q.  █████████?
25      A.  I have no idea.
```

Page 47

```
 1          G Maxwell - Confidential
 2  ████████████████████████████████
 3  █████████████████████████
 4      A.  I have no idea.
 5      Q.  Are you a pilot?
 6      A.  I am.
 7      Q.  Have you flown with ████████?
 8      A.  I have.
 9      Q.  Have you flown with ████████
10  █████████
11      A.  What do you mean by flown?
12      Q.  Have you been on planes with her?
13      A.  I already testified I don't recall
14  having her on a plane with me.
15      Q.  Do you know █████ █████
16      A.  I do.
17      Q.  When did you first meet her?
18      A.  I don't recall exact dates.
19      Q.  Did you meet her with the purpose
20  of hiring her to work for Jeffrey or having
21  Jeffrey hire her?
22          MR. PAGLIUCA:  Object to the form
23  and foundation.
24      A.  No.
25      Q.  What was her relationship with
```

Page 48

```
 1          G Maxwell - Confidential
 2  Jeffrey?
 3          MR. PAGLIUCA:  Object to the form
 4  and foundation.
 5      A.  I don't know exactly the nature of
 6  her relationship but she worked for him.
 7      Q.  What did she do?
 8          MR. PAGLIUCA:  Object to the form
 9  and foundation.
10      A.  At the time she when was with him I
11  believe she traveled with him and helped with
12  his travel arrangements.
13      Q.  Did she bring girls to the house to
14  give massages to Jeffrey?
15          MR. PAGLIUCA:  Object to the form
16  and foundation.
17      A.  I don't know what █████ did.
18      Q.  So you never observed █████
19  bringing girls to the home to give massages
20  to Jeffrey?
21          MR. PAGLIUCA:  Object to the form
22  and foundation.
23      A.  I don't understand the question,
24  what did you mean bring?
25      Q.  Did you ever observe █████
```

Page 49

```
 1          G Maxwell - Confidential
 2  inviting, bringing, walking anyone into the
 3  home to give a massage for Jeffrey?
 4          MR. PAGLIUCA:  Object to the form
 5  and foundation.
 6      A.  I don't recollect anything like
 7  that.
 8      Q.  Are you aware that ████████ was
 9  a co-conspirator, named as a co-conspirator
10  in the case involving Jeffrey Epstein?
11          MR. PAGLIUCA:  Object to the form
12  and foundation and also calls for a
13  legal conclusion.
14          MS. McCAWLEY I'm just asking if she
15  is aware of that.
16      A.  I am aware.
17      Q.  Who paid █████████?
18      A.  I have no idea.
19      Q.  Did you ever arrange payment for
20  any of the employees at the home?
21          MR. PAGLIUCA:  Object to the form.
22      A.  What do you mean by arrange?
23      Q.  Were you ever in charge or
24  responsible for paying individuals at the
25  home, that worked there?
```

MAGNA ▶
LEGAL SERVICES

Page 50

G Maxwell - Confidential

1          G Maxwell - Confidential
2     A.  People had salaries and they were
3  paid by the office.
4     Q.  Did you ever pay any individual,
5  did you ever hand an individual cash for work
6  they performed?
7          MR. PAGLIUCA:  Object to the form.
8     A.  Can you be more specific about what
9  you are asking me.
10     Q.  Did you ever hand any individual
11  who was working at the home cash as payment
12  for something that they performed at the
13  home?
14          MR. PAGLIUCA:  Object to the form.
15     A.  To the best of my recollection
16  there were very few times where I would leave
17  some cash for people for work performed.
18     Q.  And what type of work was being
19  performed where you would be doing that?
20     A.  If I left cash for the pool guy, I
21  would have left potentially some cash for the
22  gardener, potentially for exercise
23  instructors and sometimes for massage
24  therapy.
25     Q.  How much were the massage

Page 51

1          G Maxwell - Confidential
2  therapists paid?
3          MR. PAGLIUCA:  Object to the form
4  and foundation.
5     A.  They get paid between 100 and $200.
6     Q.  Did it vary based on what sexual
7  acts they performed?
8          MR. PAGLIUCA:  Object to the form
9  and foundation.
10     A.  No.  It varied depending how much
11  time, some massage therapists charge more and
12  some charge less.
13     Q.  Did the massage therapists that
14  were hired to come to the home perform sexual
15  acts for Jeffrey Epstein?
16          MR. PAGLIUCA:  Object to the form
17  and foundation.
18     A.  What are you asking me?
19     Q.  I'm asking if the massage
20  therapists --
21     A.  Are you asking me about underage
22  girls?
23     Q.  I'm asking in general, did any of
24  the massage therapists in the home --
25     A.  Are you asking if they were paid

Page 52

1          G Maxwell - Confidential
2  for sexual acts.
3     Q.  I'm asking if they performed sexual
4  acts?
5          MR. PAGLIUCA:  Object to the form
6  and foundation.
7     Q.  Did any of the massage therapists
8  who were at the home perform sexual acts for
9  Jeffrey Epstein?
10     A.  I don't know what you mean by
11  sexual acts.
12     Q.  Did any of the massage therapists
13  who were working at the home perform sexual
14  acts, including touching the breasts,
15  touching the vaginal area, being touched
16  while Jeffrey is masturbating, having
17  intercourse, any of those things?
18          MR. PAGLIUCA:  Objection.  Form and
19  foundation.
20          To the extent any of this is asking
21  for to your knowledge any consensual sex
22  act that may or may not have involved
23  you, I'm instructing you not to answer
24  the question.
25     Q.  I'm not asking about consensual sex

Page 53

1          G Maxwell - Confidential
2  acts.  I'm asking whether any of the massage
3  therapists performed sexual acts for Mr.
4  Epstein, as I have just described?
5     A.  I have never seen anybody have
6  sexual intercourse with with Jeffrey, ever.
7     Q.  I'm not asking about sexual
8  intercourse.  I'm asking about any sexual
9  act, touching the breast -- did you ever
10  see -- can you read back the question?
11          (Record read.)
12     A.  I'm not addressing any questions
13  about consensual adult sex.  If you want to
14  talk about what the subject matter, which is
15  defamation and lying, Virginia Roberts, that
16  you and Virginia Roberts are participating in
17  perpetrating her lies, I'm happy to address
18  those.  I never saw any inappropriate
19  underage activities with Jeffrey ever.
20     Q.  I'm not asking about underage.  I'm
21  asking about whether any of the masseuses
22  that were at the home perform sexual acts for
23  Jeffrey Epstein?
24     A.  I have just answered the question.
25     Q.  No, you haven't.



Page 54

1      G Maxwell - Confidential
2      A.  I have.
3      Q.  No, you haven't.
4      A.  Yes, I have.
5      Q.  You are refusing to answer the
6  question.
7      A.  Let's move on.
8      Q.  I'm in charge of the deposition.  I
9  say when we move on and when we don't.
10     You are here to respond to my
11 questions.  If you are refusing to answer the
12 court will bring you back for another
13 deposition to answer these questions.
14     Do you understand that?
15     MR. PAGLIUCA:  You don't need to
16 threaten the witness.
17     MS. McCAWLEY:  I'm not threatening
18 her.  I'm making sure the record is
19 clear.
20     MR. PAGLIUCA:  Certainly can you
21 apply to have someone come back and the
22 court may or may not have her come back
23 again.
24     Again, she is not answering
25 questions that relate to adult consent

Page 55

1      G Maxwell - Confidential
2  sex acts.  Period.  And that's the
3  instruction and we can take it up with
4  the court.
5      Q.  Ms. Maxwell, are you aware of any
6  sexual acts with masseuses and Jeffrey
7  Epstein that were nonconsensual?
8      A.  No.
9      Q.  How do you know that?
10     A.  All the time that I have been in
11 the house I have never seen, heard, nor
12 witnessed, nor have reported to me that any
13 activities took place, that people were in
14 distress, either reported to me by the staff
15 or anyone else.  I base my answer based on
16 that.
17     Q.  Are you familiar with a person by
18 the name of ███████?
19     A.  I am.
20     Q.  Has ████████ given a statement
21 to police about you performing sexual acts on
22 her?
23     A.  I have not heard that.
24     Q.  Has ████████ given a statement
25 to police about Jeffrey Epstein performing

Page 56

1      G Maxwell - Confidential
2  sexual acts on her?
3      MR. PAGLIUCA:  Object to the form
4  and foundation.
5      A.  I have not heard that.
6      Q.  How do you know ████████?
7      A.  ████████████████████████████
8  ████████████████████████████████████
9
10     Q.  Was ████████ under the age of
11 18?
12     MR. PAGLIUCA:  Object to the form
13 and foundation.
14     A.  I don't recall how old ████████
15 was.
16     Q.  Did she tell police that Jeffrey
17 Epstein assaulted her sexually?
18     MR. PAGLIUCA:  Object to the form
19 and foundation.
20     A.  I never heard that.
21     Q.  Did ████████ recruit or bring
22 girls to the home that were under the age of
23 18?
24     MR. PAGLIUCA:  Object to the form
25 and foundation and I think this has been

Page 57

1      G Maxwell - Confidential
2  asked and answered already.
3      Q.  You can answer the question.
4      A.  I have no idea what ████████
5  did.
6      Q.  You never observed ████████
7  with girls under the age of 18 at Jeffrey's
8  home?
9      MR. PAGLIUCA:  Object to the form
10 and foundation.
11     A.  The answer is no, I have no idea.
12     Q.  Do you know Glenn Dubin?
13     A.  I do.
14     Q.  What is your relationship with
15 Glenn Dubin?
16     MR. PAGLIUCA:  Object to the form.
17     A.  What do you mean what is my
18 relationship.
19     Q.  Are you friendly with him, how do
20 you know him?
21     A.  He is the husband of Eva Dubin.
22     Q.  Is Eva Dubin one of your friends?
23     A.  Yes.
24     Q.  Did you ever send Virginia to
25 Glenn's condo at the Breakers to give him a

MAGNA
LEGAL SERVICES

Page 58

1         G Maxwell - Confidential
2    massage?
3         MR. PAGLIUCA:  Objection to the
4    form and foundation.
5         A.  No.
6         Q.  Did you ever instruct Virginia
7    Roberts to have sex with Glenn?
8         MR. PAGLIUCA:  Objection to the
9    form and foundation.
10        A.  I have never instructed Virginia to
11   have sex with anybody ever.
12        Q.  How old was Eva Anderson when she
13   met Jeffrey?
14        MR. PAGLIUCA:  Objection to the
15   form and foundation.
16        A.  I have no idea.
17        Q.  What's she under the age of 18?
18        MR. PAGLIUCA:  Objection to the
19   form and foundation.
20        A.  I just testified I have idea how
21   old she was.
22        Q.  You testified she was your friend.
23   You don't know how old she was when she met
24   Jeffrey?
25        A.  That happened sometime in the '70s,

Page 59

1         G Maxwell - Confidential
2    how would I know, or '80s.  I have no idea.
3    Can you testify to what your friends did 30
4    years ago?
5         Q.  You don't ask the questions here,
6    Ms. Maxwell.
7         What about ████████ when
8    did you first meet ████████
9         A.  I don't recall the exact date.
10        Q.  Did you hire ████████
11        A.  I don't hire people, she came to
12   work at the house to answer phones.
13        Q.  Where did you meet her?
14        A.  I just testified, I don't recall
15   exactly when I met her.
16        Q.  Was one of your job
17   responsibilities to interview people that
18   would be then hired by Jeffrey?
19        A.  That was one of my
20   responsibilities.
21        Q.  Do you recall interviewing ████████
22        A.  I don't recall the exact interview,
23   no.
24        Q.  Do you know what tasks ████████ was
25   hired to performance?

Page 60

1         G Maxwell - Confidential
2         A.  She was tasked to answer
3    telephones.
4         Q.  Did you ever ask her to rub
5    Jeffrey's feet?
6         MR. PAGLIUCA:  Objection to the
7    form and foundation.
8         A.  I believe that I have read that,
9    but I don't have any memory of it.
10        Q.  Did you ever tell ████ that she
11   would get extra money if she provided Jeffrey
12   massages?
13        A.  I was always happy to give career
14   advice to people and I think that becoming
15   somebody in the healthcare profession, either
16   exercise instructor or nutritionist or
17   professional massage therapist is an
18   excellent job opportunity.  Hourly wages are
19   around 7, 8, $9 and as a professional
20   healthcare provider you can earn somewhere
21   between as we have established 100 to $200
22   and to be able to travel and have a job that
23   pays that is a wonderful job opportunity.  So
24   in the context of advising people for
25   opportunities for work, it is possible that I

Page 61

1         G Maxwell - Confidential
2    would have said that she should explore that
3    as an option.
4         Q.  Did you tell her she would get
5    extra money if she massaged Jeffrey?
6         A.  I'm just saying, I cannot recall
7    the exact conversation.  I give career advice
8    and I have done that.
9         Q.  Did you ever have ████ massage
10   you?
11        A.  I did.
12        Q.  How many times?
13        A.  I don't recall how many times.
14        Q.  Was there sex involved?
15        A.  No.
16        Q.  Did you ever instruct ████ to
17   massage Glenn Dubin?
18        A.  I don't believe -- I have no
19   recollection of it.
20        Q.  Did you ever have sexual contact
21   with ████
22        MR. PAGLIUCA:  Object to the form
23   and foundation.  You need to give me an
24   opportunity to get in between the
25   questions.



Page 62

```
 1        G Maxwell - Confidential
 2        Anything that involves consensual
 3   sex on your part, I'm instructing you
 4   not to answer.
 5        Q.  Did you ever have sexual contact
 6   with ████?
 7        A.  Again, she is an adult --
 8        Q.  I'm asking you, did you ever have
 9   sexual contact with ████████
10        A.  I've just been instructed not to
11   answer.
12        Q.  On what basis?
13        A.  You have to ask my lawyer.
14        Q.  Did you ever have sexual contact
15   with ████  that was not consensual on
16   ████████  part?
17        MR. PAGLIUCA:  You can answer
18   nonconsensual.
19        A.  I've never had nonconsensual sex
20   with anybody.
21        Q.  Not ████████?
22        MR. PAGLIUCA:  Objection.
23        A.  I just testified I never had
24   nonconsensual sex with anybody ever, at any
25   time, at anyplace, at any time, with anybody.
```

Page 63

```
 1        G Maxwell - Confidential
 2        Q.  So if ████████ were to testify that
 3   she did not consent to a sexual act that you
 4   participated in --
 5        A.  I just told you I have never ever
 6   under any circumstances with anybody, at any
 7   time, in anyplace, in any form had
 8   nonconsensual relations with anybody.
 9        Q.  Did you introduce ████████████
10   ████████
11        MR. PAGLIUCA:  Objection to the
12   form and foundation.
13        A.  I've, again, read that ████████
14   claimed that she met or that she said she met
15   ████████.  I don't know if I was the one
16   who made the introduction or not.
17        Q.  Do you know a female by the name of
18   Emmy Taylor?
19        A.  I do.
20        Q.  How do you know her?
21        A.  Emmy was my assistant.
22        Q.  So she worked for you?
23        A.  Yes.
24        Q.  Did you hire her?
25        A.  Again, Jeffrey hired people.
```

Page 64

```
 1        G Maxwell - Confidential
 2        Q.  Did you have sex with her?
 3        MR. PAGLIUCA:  This is the same
 4   instruction about consensual or
 5   nonconsensual.
 6        Q.  Was Emmy under the age of 18 when
 7   you hired her?
 8        A.  No.  I didn't hire her, as I said,
 9   Jeffrey did.
10        Q.  Did Emmy ever have sex with
11   Jeffrey?
12        MR. PAGLIUCA:  Objection to the
13   form and foundation.
14        A.  How would I know what somebody else
15   did.
16        Q.  You weren't involved in the sex
17   between Jeffrey, Emmy and yourself?
18        A.  We already --
19        Q.  Were you involved with sex between
20   Jeffrey, Emmy and yourself?
21        MR. PAGLIUCA:  Everyone is talking
22   over each other.  You heard the
23   question.
24        Again, you you know what the
25   instruction is.  If there is any
```

Page 65

```
 1        G Maxwell - Confidential
 2   consensual issue involved, I instruct
 3   you not to answer.
 4        A.  Moving on.
 5        Q.  So you are refusing to answer that
 6   question?
 7        A.  I've been instructed by my lawyer.
 8        Q.  Did you ever have sex with Jeffrey,
 9   Emmy, Virginia and yourself when Virginia was
10   underage?
11        A.  Absolutely not.
12        MR. PAGLIUCA:  We've been going for
13   about an hour.  I would like to take a
14   five-minute break, please.
15        MS. McCAWLEY:  I'm almost done.
16        MR. PAGLIUCA:  You are not going to
17   allow a break.
18        MS. McCAWLEY:  As soon as I get
19   through my line of questioning, which is
20   perfectly appropriate.
21        Q.  Did Emmy Taylor travel with you and
22   Jeffrey to Europe?
23        A.  I'm sure she did.
24        Q.  What is she doing today?
25        A.  I have no idea.
```

Page 66

```
 1        G Maxwell - Confidential
 2     Q.  Do you speak to her regularly now,
 3  do you speak to her?
 4     A.  No.
 5     Q.  Do you know where she lives?
 6     A.  No.
 7     Q.  Do you know what country she lives
 8  in?
 9     A.  No.
10     Q.  Where is the last place you knew
11  that she lived?
12     A.  Last place I knew for sure was in
13  Los Angeles.
14     Q.  When did she stop working for you?
15     A.  2001, 2002.
16     Q.  What tasks did she performance for
17  you?
18     A.  She helped me with moving in and
19  out of houses, construction, she was a
20  general help, she helped with buying things
21  that needed to be purchased, if I needed her
22  to stand in for me during meetings, it was a
23  very wide ranging job.
24     Q.  Did she ever bring females to
25  perform massages for Jeffrey?
```

Page 67

```
 1        G Maxwell - Confidential
 2        MR. PAGLIUCA:  Objection to the
 3     form and foundation.
 4     A.  What are you asking me?
 5     Q.  Did Emmy, was it ever Emmy's
 6  responsibility to bring females to the house
 7  for the purposes of massaging Jeffrey?
 8     A.  Emmy's job was to help me with the
 9  houses and work in homes.  It was not her job
10  to whatever you just said, bring masseuses.
11     Q.  Did she do that?
12     A.  I have no recollection.  I have no
13  idea.
14     Q.  Did you pay Emmy or did Jeffrey pay
15  her?
16     A.  Jeffrey.
17     Q.  Do you recall how much she was
18  paid?
19     A.  I do not.
20        MS. McCAWLEY:  I think we can take
21     a break now.
22        THE VIDEOGRAPHER:  It's 10:02 and
23     we are off the record.
24        (Recess.)
25        THE VIDEOGRAPHER:  It's now 10:18.
```

Page 68

```
 1        G Maxwell - Confidential
 2     We are back on the record and starting
 3     disk No. 2.
 4     Q.  Ms. Maxwell, I asked you about
 5  Virginia Roberts earlier.
 6        Can you describe what Virginia
 7  Roberts' duties were when she was with Mr.
 8  Epstein?
 9        MR. PAGLIUCA:  Objection to the
10     form and foundation.
11     A.  I believe that Virginia was a
12  masseuse.
13     Q.  Was Virginia required to dress up
14  in any way for massages?
15        MR. PAGLIUCA:  Objection to the
16     form and foundation.
17     A.  I have no idea.
18     Q.  Did you provide Virginia with
19  outfits to wear for certain massages?
20     A.  I have no idea what you are talking
21  about.
22     Q.  For example, did you ever provide
23  Virginia with a school girl outfit to wear
24  for a massage?
25     A.  I have no idea what you are talking
```

Page 69

```
 1        G Maxwell - Confidential
 2  about.
 3     Q.  So you didn't provide her with
 4  that?
 5     A.  As I just testified, I have no idea
 6  what you are talking about.
 7     Q.  I was trying to interpret whether
 8  you didn't understand what a school girl
 9  outfit was or you are saying that didn't
10  happen?
11     A.  I clearly know what a school girl
12  outfit is.  I have no recollection of
13  providing anybody with a school girl outfit.
14     Q.  Did you have a set of outfits used
15  by the massage therapists that would include
16  things like a school girl outfit or a black
17  patent leather outfit or anything of that
18  nature?
19        MR. PAGLIUCA:  Object to the form
20     and foundation.
21     A.  That would be just another one of
22  Virginia's lies.
23     Q.  You didn't have anything like that?
24     A.  I did not.
25     Q.  Did you have a basket of sex toys
```





Page 70

1      G Maxwell - Confidential
2  that you kept in the Palm Beach house?
3      MR. PAGLIUCA:  Objection to the
4      form and foundation.
5      A.  First of all what do you mean.
6      Q.  A laundry basket that contained sex
7  toys in it?
8      MR. PAGLIUCA:  Objection to the
9      form and foundation.
10     A.  Can you ask the question again?
11     Q.  Did you have a laundry basket that
12 contained sex toys in it, in the Palm Beach
13 House?
14     MR. PAGLIUCA:  Objection to the
15     form and foundation.
16     Q.  Did you have a laundry basket of
17 sex toys in the Palm Beach house?
18     MR. PAGLIUCA:  Same objection.
19     Q.  You can answer.
20     A.  I don't recollect anything about a
21 laundry basket of sex toys.
22     Q.  Do you recollect having sex toys at
23 the Palm Beach house?
24     A.  You have to define what are you
25 talking about.

Page 71

1      G Maxwell - Confidential
2      Q.  A sex toy meaning a vibrator of
3  some kind, sometimes they are called dildos,
4  of that nature, anything like that?
5      A.  I don't recollect anything that
6  would formally be a dildo, anything like
7  that.
8      Q.  How would you describe sex toys?
9      A.  I wouldn't describe sex toys.
10     Q.  Did you have anything that was of
11 an electronic nature that would be used
12 during sex?
13     MR. PAGLIUCA:  Objection to the
14     form and foundation.
15     A.  I have no idea what you are
16 referring to.
17     (Maxwell Exhibit 3, transcript,
18     marked for identification.)
19

Page 72

1      G Maxwell - Confidential



19 (Pages 70 to 73)

Page 74

```
 1          G Maxwell - Confidential
 2  [REDACTED]
 3
 4
 5          MR. PAGLIUCA:  Objection to the
 6  form and foundation.
 7  A.  First I have to read this.
 8  Q.  Sure.
 9          MS. McCAWLEY:  I will stop the
10  clock while the witness is reading.
11          MR. PAGLIUCA:  No.
12          MS. McCAWLEY:  Yes, if she is going
13  to read the whole document, I will stop
14  the clock.
15          MR. PAGLIUCA:  If you give her
16  documents to refresh her recollection,
17  we are on the clock here.
18          MS. McCAWLEY:  Then we will take it
19  up with the judge.
20          MR. PAGLIUCA:  Read whatever you
21  need to answer the question.
22          MS. McCAWLEY:  I'm going to set the
23  document aside and I'm just go to ask
24  you a question, independent of the
25  document.
```

Page 75

```
 1          G Maxwell - Confidential
 2  Q.  Do you recall having a basket full
 3  of sex toys?
 4  A.  I already told you I did not.
 5  Q.  We were talking a moment ago about
 6  Ms. Roberts and her position as a masseuse,
 7  do you know what she was paid for working as
 8  a masseuse for Jeffrey Epstein?
 9  A.  I do not.
10  Q.  Did you ever pay her?
11  A.  I don't ever recall paying her.
12  Q.  Do you know what happened during
13  the massage appointments with Jeffrey Epstein
14  and Virginia Roberts?
15          MR. PAGLIUCA:  Objection to the
16  form and foundation.
17  A.  No.
18  Q.  Were you ever present to view a
19  massage between Jeffrey Epstein and Virginia
20  Roberts?
21  A.  I don't recollect ever seeing
22  Virginia and Jeffrey in a massage situation.
23  Q.  Do you ever recollect seeing them
24  in a sexual situation?
25  A.  I never saw them in a sexual
```

Page 76

```
 1          G Maxwell - Confidential
 2  situation.
 3  Q.  Did you ever participate in sex
 4  with Virginia Roberts and Jeffrey Epstein?
 5  A.  I never ever at any single time at
 6  any point ever at all participated in
 7  anything with Virginia and Jeffrey.  And for
 8  the record, she is an absolute total liar and
 9  you all know she lied on multiple things and
10  that is just one other disgusting thing she
11  added.
12  Q.  Did you help her obtain an
13  apartment in Palm Beach to live in?
14          MR. PAGLIUCA:  Objection to the
15  form and foundation.
16  Q.  Was that part of your
17  responsibilities for Jeffrey?
18  A.  First of all, I didn't know she had
19  an apartment in Palm Beach.  I only learned
20  that from the many times you guys have gone
21  to the press to sell stories, so no.
22  Q.  Did you help her get a cell phone,
23  was that one of your responsibilities for
24  Jeffrey, to get her is a cell phone as part
25  of her masseuse obligations?
```

Page 77

```
 1          G Maxwell - Confidential
 2          MR. PAGLIUCA:  Objection to the
 3  form and foundation.
 4  A.  I don't know what that means,
 5  masseuse obligation, I don't know what you
 6  are referring to.  Would you like to ask the
 7  question properly?
 8  Q.  I think it was proper.  I will ask
 9  it again.
10          Did you ever assist in getting
11  Virginia Roberts a cell phone to use during
12  the time that she worked for Jeffrey Epstein?
13  A.  I have no recollection of doing
14  anything of that nature.
15  Q.  Did you ever tell Virginia that you
16  wanted her to have a cell phone so that she
17  could be on call regularly?
18  A.  I have no recollection of that
19  conversation.
20  Q.  How often would Virginia come over
21  to the house in Palm Beach to give massages?
22          MR. PAGLIUCA:  Objection to the
23  form and foundation.
24  A.  Ask the question again, please.
25  Q.  How often did Virginia Roberts come
```

MAGNA
LEGAL SERVICES

Page 78

```
1        G Maxwell - Confidential
2   over to the house in Palm Beach to give
3   massages?
4        A.  It's important to understand that I
5   wasn't with Jeffrey all the time.  In fact, I
6   was only in the house less than half the
7   time, so I cannot testify to when I wasn't in
8   the house how often she came when I wasn't
9   there.
10       What I can say is that I barely
11  would remember her, if not for all of this
12  rubbish, I probably wouldn't remember her at
13  all, except she did come from time to time
14  but I don't recollect her coming as often as
15  she portrayed herself.
16       Q.  How many times a day on an average
17  day would Jeffrey Epstein get a massage?
18       MR. PAGLIUCA:  Objection to the
19       form and foundation.
20       A.  When I was at the house and when I
21  was there with him, he received a massage, on
22  average, about once a day.
23       Q.  Just once?
24       A.  Yes.
25       Q.  Were there days when he received
```

Page 79

```
1        G Maxwell - Confidential
2   four or five?
3        MR. PAGLIUCA:  Objection to the
4        form and foundation.
5        A.  When I was present at the house, I
6   never saw something like that.
7        Q.  Do you know if Virginia was
8   required to be on call at all times to come
9   to the house if Jeffrey wanted her there?
10       MR. PAGLIUCA:  Objection to the
11       form and foundation.
12       A.  I have no idea of the arrangements
13  that Virginia made with Jeffrey.
14       Q.  When Virginia was in New York,
15  would Virginia sleep at Jeffrey's mansion in
16  New York?
17       MR. PAGLIUCA:  Objection to the
18       form and foundation.
19       A.  I don't recollect her being in New
20  York and I have no idea where she slept.
21       Q.  You don't ever remember seeing
22  Virginia Roberts in New York?
23       MR. PAGLIUCA:  Objection to the
24       form and foundation.
25       A.  I would barely recollect her at
```

Page 80

```
1        G Maxwell - Confidential
2   all, except for this story.
3        Q.  Do you recall Virginia Roberts
4   calling you because she was having a medical
5   crisis and you and Jeffrey taking her to the
6   hospital?
7        A.  I have heard this absurd story and
8   if any part of it were true I would remember
9   that.  I do not.
10       Q.  You don't remember taking her to
11  the hospital?
12       A.  It's not that I don't remember it,
13  it didn't happen.
14       Q.  How do you know it didn't happen?
15       A.  That's the sort of memory you would
16  recall.
17       Q.  Do you recall, you said you don't
18  remember her being at the New York mansion.
19  When you were in New York would you stay at
20  the New York mansion with Jeffrey?
21       A.  I stayed from time to time.
22       Q.  Do you recall Virginia being at the
23  New York mansion when ███████████ came to
24  visit?
25       MR. PAGLIUCA:  Objection to the
```

Page 81

```
1        G Maxwell - Confidential
2   form and foundation.
3        A.  Like I told you, I don't recall her
4   being at the house at all.
5        Q.  How many homes does Jeffrey have?
6        MR. PAGLIUCA:  Objection to the
7        form and foundation.
8        A.  When I was working for him, I think
9   he had six maybe.
10       Q.  Would Virginia stay with him in
11  those homes?
12       MR. PAGLIUCA:  Objection to the
13       form and foundation.
14       A.  I can only testify for when I was
15  present with him and I cannot say what she
16  did when I wasn't present with him.
17       Q.  When you were present, would
18  Virginia stay in the homes with him?
19       A.  I don't recall her staying in the
20  houses.
21       Q.  Did you train Virginia on how to
22  recruit other girls for massages?
23       MR. PAGLIUCA:  Objection to the
24       form and foundation.
25       A.  No.
```

MAGNA
LEGAL SERVICES

Page 82

1      G Maxwell - Confidential
2      Q.  Did you train Virginia on how to
3  recruit other girls to perform sexual
4  massages?
5          MR. PAGLIUCA:  Objection to the
6      form and foundation.
7      A.  No.  And it's absurd and her entire
8  story is one giant tissue of lies and
9  furthermore, she herself has -- if she says
10  that, you have to ask her about what she did.
11      Q.  Does Jeffrey like to have his
12  nipples pinched during sexual encounters?
13          MR. PAGLIUCA:  Objection to form
14      and foundation.
15      A.  I'm not referring to any advice on
16  my counsel.  I'm not talking about any adult
17  sexual things when I was with him.
18      Q.  When Jeffrey would have a massage,
19  would he request that the masseuse pinch his
20  nipples while he was having a massage?
21      A.  I'm not talking about anything with
22  consensual adult situation.
23      Q.  What about with underage --
24      A.  I am not aware of anything.
25      Q.  You are not aware of Jeffrey

Page 83

1      G Maxwell - Confidential
2  Epstein ever having sex with an underage
3  minor and asking them to pinch his nipples?
4      A.  I am not.
5      Q.  So I'm going to direct you to, I
6  believe it's Maxwell Exhibit 1, the police
7  report.
8          Are you aware that over 30 under
9  age minors gave testimony to police that they
10  were engaged in sexual acts during,
11  quote-unquote, massages.
12          MR. PAGLIUCA:  The witness needs to
13      find Exhibit 1.  Exhibit 1 -- if you can
14      hand me that please.
15      Q.  So now with respect to the police
16  report, are you aware that over 30 underage
17  girls, meaning under the age of 18 gave
18  reports to police that they were assaulted
19  sexually by Jeffrey Epstein during massages?
20          MR. PAGLIUCA:  Objection to the
21      form and foundation.
22      A.  I read the police report.  That's
23  all I can testify to.
24      Q.  Are you aware of what is in the
25  police report?  Are you aware that there were

Page 84

1      G Maxwell - Confidential
2  30 girls --
3      A.  I did not count the number of girls
4  and I did read the police report.  I can only
5  testify to what I read.
6      Q.  So you are aware that the police
7  report contains reports from 30 underage
8  girls?
9      A.  I can't testify to what the girls
10  said.  I can only testify to the fact that I
11  read a police report that stated that.
12      Q.  Were you working for Jeffrey -- you
13  said you worked for him off an on until 2009,
14  is that correct?
15      A.  I helped out from time to time.
16      Q.  So you were working with him during
17  the time period when these underage girls
18  were visiting Jeffrey's home?
19          MR. PAGLIUCA:  Objection to the
20      form and foundation.
21      A.  I was not -- what year, I need
22  years.
23      Q.  How about let's say 2005?
24      A.  I'm not sure I was at the house at
25  all in 2005, maybe one day, maybe.

Page 85

1      G Maxwell - Confidential
2      Q.  How about 2004?
3      A.  I was present for his mother's --
4  his mother died in 2004 so I was there for
5  his mother's death and the funeral and I was
6  at the house maybe a handful of days, again.
7      Q.  I would like to direct you to, you
8  have it pulled together now, it's page 39,
9  Bates stamped Giuffre 00040?
10      A.  Can you repeat that, please.
11      Q.  Sure.  00040.
12      A.  Yes.
13      Q.  At the top of that document, about
14  three lines down, you see the redacted
15  portions where there is black so it blacks
16  out the name.
17      A.  I see black redacted portions.
18      Q.  That's a black redaction of the
19  name of the minor and there is -- I will
20  represent for the record that's what it is.
21  You can contest that but I'm not asking about
22  the name of the minor.
23          Five lines down, it says, She was
24  just 16 years of age.
25          Do you see that?



1        G Maxwell - Confidential
2        A.  I have to read that, if you want me
3    to testify to some things,
4        Q.  I'm asking if you see where it
5    says, She was just 16 years old.
6        A.  No, I have to read it.
7        Q.  It's five line downs on the first
8    paragraph.
9        A.  I do see that.
10        Q.  Then the next paragraph down, it
11    says, this is the next full paragraph, it
12    says, Epstein entered the room, introduced
13    himself, Epstein lay on the table and told
14    her to get comfortable, blank could not
15    remember if he was naked or if he entered the
16    room with a towel.  Blank stated she provided
17    the massage wearing her panties.  She
18    continued rubbing his thighs and feet.  Blank
19    advised he turned over on his back and
20    continued to rub his legs with oil.  Epstein
21    touched her breast and began to masturbate.
22    I asked if she knew what circumcised and
23    uncircumcised meant.  She stated circumcised
24    is when the penis had no foreskin.
25        Then jumping down to the next

1        G Maxwell - Confidential
2    paragraph, it says, Blank became upset,
3    crying hysterically and stated she was paid
4    and also instructed to have sex with Epstein
5    and                    by Epstein.
6        Do you see that there?
7        A.  I do.
8        Q.  Are you aware that there were
9    underage minors in the Palm Beach house that
10    were required to give sexual massages to
11    Jeffrey Epstein?
12        MR. PAGLIUCA:  Objection to the
13        form and foundation.  This has been
14        asked and answered already.  Now you are
15        just reading a document.
16        MS. McCAWLEY:  I am allowed to take
17        this deposition.
18        A.  I already testified --
19        Q.  Are you aware there were underage
20    girls, 30 of them, in this police report that
21    were assaulted by Jeffrey Epstein in the Palm
22    Beach house during the time you are working
23    there?
24        A.  I am aware that Virginia has
25    lied repeatedly --

1        G Maxwell - Confidential
2        Q.  I'm not asking about Virginia. I'm
3    asking if you are aware that there were over
4    30 underage girls who gave reports to police
5    officers during the time you worked for
6    Jeffrey Epstein.  Are you aware of that?
7        MR. PAGLIUCA:  Counsel, what is
8        your factual basis for asserting there
9        are 30 underaged people who gave
10        reports?
11        MS. McCAWLEY:  I don't have to
12        answer that.
13        MR. PAGLIUCA:  Are you representing
14        as an officer of the court that you have
15        personal knowledge that there are 30
16        people referenced in these police
17        reports?
18        MS. McCAWLEY:  That's my
19        understanding, that there are 30 girls.
20        MR. PAGLIUCA:  How is that your
21        understanding if these are redacted
22        reports?
23        MS. McCAWLEY:  By reading through
24        the reports.
25        MR. PAGLIUCA:  So you have personal

1        G Maxwell - Confidential
2    knowledge there are 30 people --
3        MS. McCAWLEY:  Just like can you if
4        you read through -- I will not argue
5        with you counsel.. she can answer yes or
6        no.
7        Q.  Are you aware there were over 30
8    individuals who were minors who gave reports
9    to police just like the one we just read that
10    they were sexually assaulted by Jeffrey
11    Epstein in the Palm Beach home during the
12    years that you were working with him?
13        MR. PAGLIUCA:  Objection to the
14        form and foundation.  You can answer if
15        you have knowledge.
16        A.  I already testified I was limited
17    in the house, a couple of days, there is no
18    way I knew.  I have read these reports.  I
19    cannot testify to 30.  Given the experience
20    I've had with Virginia's lies, it's very hard
21    for me to testify about what I see.  I can
22    tell from you my personal knowledge I did not
23    know what you are referring to.
24        Q.  You did not know there were
25    underage girls in the home that were being

Page 90

G Maxwell - Confidential

1    G Maxwell - Confidential
2  assaulted by Jeffrey Epstein during the time
3  you were working there?
4    A.  Based on the lies that I have
5  already been told, I cannot comment on any --
6    Q.  Are you saying these 30 girls are
7  lying when they gave these reports to police
8  officers?
9    A.  I'm not testifying to their lies.
10  I'm testifying to Virginia's lies.
11    Q.  I am not asking about Virginia's
12  lies.
13    A.  I can only testify to Virginia's
14  lies.  I can testify to having read these
15  reports.  I cannot testify to anything else
16  about them.
17    Q.  So your testimony is that during
18  the time you were working there, you did not
19  know that these minor children were being
20  abused in the home while you were there?
21    A.  What I have already told you and I
22  will repeat, I was in the house very limited
23  times, very few times.  I do not know what
24  you are referring to.  I've read these
25  reports but based on the lies that Virginia

Page 91

1    G Maxwell - Confidential
2  has perpetrated, cannot tell you what is true
3  or factual or not.
4    Q.  You said you were in the home a
5  very limited time, so average in the year for
6  example, 2004, how many times would you have
7  been in his Palm Beach home?
8    A.  Very hard for me to state but very
9  little.
10    Q.  How about his New York home?
11    A.  Same.
12    Q.  Were you his girlfriend in that
13  year, in 2004?
14    A.  Define what you mean by girlfriend.
15    Q.  Were you in a relationship with him
16  where you would consider yourself his
17  girlfriend?
18    A.  No.
19    Q.  Did you ever consider yourself his
20  girlfriend?
21    A.  That's a tricky question.  There
22  were times when I would have liked to think
23  of myself as his girlfriend.
24    Q.  When would that have been?
25    A.  Probably in the early '90s.

Page 92

1    G Maxwell - Confidential
2    Q.  In your responsibilities in working
3  for Jeffrey, would you book massages for him
4  on any given day so that he would have a
5  massage scheduled?  Would you take a call for
6  example and book a massage for him?
7    MR. PAGLIUCA:  Objection to the
8    form and foundation.
9    Q.  You can answer.
10    A.  Typically, that was not my
11  responsibility.  He would either book the
12  massage himself or one of his other
13  assistants would do that.
14    Q.  From time to time you had to do
15  that?
16    MR. PAGLIUCA:  Objection to the
17    form and foundation.
18    A.  Like I said, typically it was
19  somebody else's responsibility.
20    Q.  If you were unable to book a girl
21  for a massage on a given day, would that mean
22  that you were responsible for giving him a
23  sexual massage?
24    MR. PAGLIUCA:  Objection to the
25    form and foundation and I instruct you

Page 93

1    G Maxwell - Confidential
2  not to answer any questions about any of
3  your consensual adult sexual activity.
4    Q.  So you are not going to answer that
5  question?
6    A.  You just heard my counsel.
7    Q.  Have you ever said to anybody that
8  recruiting other girls to perform sexual
9  massages for Jeffrey Epstein takes the
10  pressure off you?
11    MR. PAGLIUCA:  Object to the form
12    and foundation.
13    A.  Repeat the question and break it
14  out.
15    Q.  Have you ever said to anybody that
16  you recruit girls --
17    A.  Stop right there.  I never
18  recruited girls, let's stop there.  Now
19  breakdown the question.
20    Q.  Have you ever said to anybody --
21    A.  By girls, we are talking about
22  underage people -- you said girls, are you
23  talking about underage -- we are not talking
24  about consensual acts -- this is a defamation
25  suit.

Page 94

1        G Maxwell - Confidential
2        Q.  I'm asking the questions.  I know
3   what this case is about.  I'm trying to -- I
4   will ask you questions if you don't
5   understand the question I can break it down
6   for you.  I'm happy to do that.
7        A.  Break it down a lot please.
8        Q.  I will do that.
9            The question is, have you ever said
10  to anybody that you recruit other girls --
11       A.  Why don't you stop there.
12       Q.  Let me finish my question.
13           Have you ever said to anybody that
14  you recruit girls to take the pressure off
15  you, so you won't have to have sex with
16  Jeffrey, have you said that?
17           That's the question?
18       A.  You don't ask me questions like
19  that.  First of all, you are trying to trap
20  me, I will not be trapped.  You are asking me
21  if I recruit, I told you no.  Girls meaning
22  underage, I already said I don't do that with
23  underage people and as to ask me about a
24  specific conversation I had with language, we
25  talking about almost 17 years ago when this

Page 95

1   took place.  I cannot testify to an actual
2   conversation or language that I used with
3   anybody at any time.
4        Q.  Have you ever said to anybody that
5   you recruit other females over the age of 18
6   to take the pressure off you to having to
7   have sex with Jeffrey?
8        A.  I totally resent and find it
9   disgusting that you use the word recruit.  I
10  already told you I don't know what you are
11  saying about that and your implication is
12  repulsive.
13       Q.  Answer my question.
14       A.  I just did.
15       Q.  Have you ever said to anybody that
16  you recruit females --
17       A.  I don't recruit anybody.
18       Q.  That's an answer.  So you never
19  said that?
20       A.  I'm testifying that I cannot
21  testify to an actual language --
22       Q.  It's a yes or no.
23       A.  I will not testify to an actual
24  statement made 17 years ago, so I cannot

Page 96

1        G Maxwell - Confidential
2   testify to actual language.
3        Q.  So you won't testify to anything
4   I'm asking you 17 years ago about a statement
5   you made.  How do you know it's 17 years ago?
6        A.  We are talking about a time in
7   2000, right?
8        Q.  Have you ever said that to anybody?
9        A.  I'm 54 years old so you are asking
10  me in my entire life, what words are you
11  asking me in my entire life?
12       Q.  Your entire life is limited by the
13  time you were with Jeffrey, this is the
14  question.
15       A.  Let's time limit the question you
16  are asking me.
17       Q.  So from, let's say, I think you
18  said you started with him in 1992, is that
19  correct, and finished with him in 2009.
20           So from 1992 to 2009 have you ever
21  said to anybody that you recruit other and we
22  will start with girls to take the pressure
23  off you to have sex with Jeffrey?
24           MR. PAGLIUCA:  Objection to the
25       form and foundation.

Page 97

1        G Maxwell - Confidential
2        A.  First of all I resent and despise
3   the world recruit.  Would you like to define
4   what you mean by recruit and by girls, you
5   mean underage people.  I never had to do
6   anything with underage people.  So why don't
7   you reask the question in a way that I am
8   able to answer it.
9        Q.  I'm asking if you ever said that to
10  anybody.  So if you don't understand the word
11  recruit and you never used that word then the
12  answer to that question would be no.
13       A.  I have no memory as I sit here
14  today having used that word.
15       Q.  Did you ever meet an underage girl
16  in London to introduce her to Jeffrey to
17  provide him with a massage?
18           MR. PAGLIUCA:  Objection to the
19       form and foundation.
20       A.  Run that past me one more time.
21       Q.  Did you ever meet an underage girl
22  in London to introduce her to Jeffrey to
23  perform a massage?
24           MR. PAGLIUCA:  Same objection.
25       A.  Are you asking me if I met anybody



Page 98

1          G Maxwell - Confidential
2    that was underage in London specifically to
3    provide a massage to Jeffrey, is that your
4    question?
5        Q.  Yes.
6        A.  No.
7        Q.  Do you know who ███████ is?
8        A.  I don't recall her right now.
9        Q.  Do you know if -- strike that.
10         During the time that you were
11    working for Jeffrey, did you ever observe any
12    foreign females, so in other words, not from
13    the United States, that were brought to
14    Jeffrey's home to perform massages?
15         MR. PAGLIUCA:  Objection to the
16         form and foundation.
17        A.  Females, what age are we talking?
18        Q.  Any age.
19        A.  Can you repeat the question?
20        Q.  During the time you were working
21    for Jeffrey, did you ever observe any foreign
22    females of any age that were at Jeffrey's
23    home to perform a massage?
24         MR. PAGLIUCA:  Objection to the
25         form and foundation.

Page 99

1          G Maxwell - Confidential
2        A.  Are you asking me if any foreigner,
3    not an American person, gave Jeffrey a
4    massage?
5        Q.  Yes.
6        A.  Well, as I sit here today, I can't
7    think of anyone who is foreign.  Certainly --
8    I just can't think of anybody right this
9    second.
10        Q.  How about any foreign girls who
11    were under the age of 18?
12        A.  I already testified to not knowing
13    anything about underage girls.
14        Q.  Were there foreign girls who were
15    brought to Jeffrey's home by ███████
16    for the purposes of providing massages?
17         MR. PAGLIUCA:  Objection to the
18         form and foundation.
19        A.  I am not aware of ██████ bringing
20    girls.  I have no idea what you are
21    talking about.
22        Q.  You have never been around foreign
23    girls who are under the age of 18 at
24    Jeffrey's homes?
25         MR. PAGLIUCA:  Objection to the

Page 100

1          G Maxwell - Confidential
2    form and foundation.
3        A.  I already testified about not
4    knowing about underage girls.
5        Q.  Did you provide any assistance with
6    obtaining visas for foreign girls that were
7    under the age of 18?
8        A.  I've never participated in helping
9    people of any age to get visas.
10        Q.  Did Jeffrey, was it Jeffrey's
11    preference to start a massage with sex?
12         MR. PAGLIUCA:  Objection to the
13         form and foundation.
14        A.  I think you should ask that
15    question of Jeffrey.
16        Q.  Do you know?
17        A.  I don't believe that was his
18    preference.  I think -- you have to
19    understand, a massage -- perhaps you are not
20    really familiar with what massage is.
21        Q.  I am, I don't need a lecture on
22    massage.
23        A.  I think you do.
24         MR. PAGLIUCA:  No question pending.
25         She will ask you another question now.

Page 101

1          G Maxwell - Confidential
2        A.  Massage is for health benefits.
3        Q.  When did you first meet Jeffrey?
4        A.  Some point in 1991.
5        Q.  And did Jeffrey know your father?
6        A.  No.
7        Q.  How were you introduced to Jeffrey?
8        A.  Some friend introduced us.
9        Q.  Can you describe your relationship
10    back in 1991, was it friendship or was it
11    girlfriend relationship or was it a work
12    relationship, what was your relationship in
13    1991?
14        A.  It was just friendly.
15        Q.  Then I believe you testified you
16    began working for him in 1992, is that
17    correct?
18        A.  Yes.
19        Q.  In 1992 I know you gave me the
20    description of the work that you were
21    performing for him, how much was he paying
22    you, do you remember?
23        A.  I don't recall.
24        Q.  Do you know for example in 2001 how
25    much he was paying you?

Page 102

1      G Maxwell - Confidential
2      A.  I don't recall.
3      Q.  Did it change over the years or did
4  the payment remain the same?
5      A.  I believe over the course of time
6  it increased a little bit.
7      Q.  Was that the -- was that payment
8  the payment that -- was the payment made with
9  respect to the jobs, the work you were
10  performing for Jeffrey, was that your sole
11  income at that time?
12      MR. PAGLIUCA:  I object to the
13      form.  I'm also going to instruct you
14      not to answer about sources of -- your
15      personal sources of income outside of
16      Mr. Epstein at all.
17      MS. McCAWLEY:  What's the basis for
18      that?
19      MR. PAGLIUCA:  It's confidential,
20      it's not part of this lawsuit.
21      MS. McCAWLEY:  We have a protective
22      order and it is part of this lawsuit
23      with respect to our damage claims.
24      MR. PAGLIUCA:  It's not and, in
25      fact, you are not entitled to ask

Page 103

1      G Maxwell - Confidential
2  financial information of a defendant in
3  this kind of case, in a defamation case
4  unless and until there is a finding that
5  you are entitled to punitive damages.
6  That is clear in New York case law, both
7  state and Federal.
8      MS. McCAWLEY:  We disagree on that
9      point and we will come back to that.
10      Q.  From the source of payment from the
11  source of Jeffrey, from your work, can you
12  give me a range on that, do you know was it
13  over $100,000?
14      A.  I just testified I don't recall.
15      Q.  You don't don't know if it was
16  $500,000?
17      A.  It was less than that.
18      Q.  Somewhere between 100 and 500,
19  would that be fair to say?
20      A.  I believe it was between 100 and
21  $200,000.
22      Q.  Did Jeffrey during the time that
23  you were working for him purchase a town home
24  for you?
25      A.  The subject of the townhouse is, I

Page 104

1      G Maxwell - Confidential
2  worked for it and I had a loan, we did loans.
3      Q.  So a loan through Jeffrey?
4      A.  I don't recall the exact
5  transaction.
6      Q.  Did he purchase for you a
7  helicopter during the time you were working
8  for him?
9      A.  It was his helicopter.
10      Q.  When did you obtain your pilot
11  license?
12      A.  I believe it was '98 or '99.
13      Q.  Was that for both airplanes and
14  helicopters or just helicopters?
15      A.  Just helicopters.
16      Q.  Have you ever flown ███████
17  ████  on your helicopter?
18      A.  That is another one of Virginia's
19  lies.
20      Q.  The question is have you ever done
21  that?
22      A.  I have never flown ███████
23  ████  at any time ever, in any helicopter,
24  in any place, any time, in any state, in any
25  country, at any time anywhere.

Page 105

1      G Maxwell - Confidential
2      Q.  Have you ever had dinner with
3  ████████████  at Jeffrey's home, at any
4  of Jeffrey's homes?
5      A.  No, I don't believe so.
6      Q.  Have you traveled on Jeffrey's
7  planes with ██████████?
8      A.  Yes, I have.
9      Q.  Would that have been in 2002?
10      A.  It's very hard for me to recollect
11  exact dates but that sounds about right.
12      Q.  Was that during the time that
13  Virginia was working for Jeffrey?
14      A.  I don't know that Virginia ever did
15  work for Jeffrey.  I don't exactly know if
16  she testified to her so-called duties, we
17  know she is a serial liar so I can't testify
18  to what she did or didn't do.  So I object to
19  that characterization of her.  So repeat the
20  question, please.
21      Q.  Can you read the question back?
22      (Record read.)
23      Q.  You can answer the question.
24      A.  What was the question again?
25      Q.  When you were traveling on the

MAGNA
LEGAL SERVICES



Page 106

```
 1        G Maxwell - Confidential
 2   plane with ███████ was that during
 3   the time, it was 2002, that you were on a
 4   flight with ███████ was that during the time
 5   Virginia was working for Jeffrey?
 6        MR. PAGLIUCA:  Object to the form.
 7        Misstates the witness' answer and if you
 8        can answer the question, you can answer
 9        it.
10        A.  Well, like I said, I don't recall
11   exactly when I flew with him.  I don't recall
12   when Virginia, we know what Virginia claims
13   when she left, so I can't answer the
14   question.  I have no idea.
15        Q.  Do you know ███████?
16        A.  I do.
17        Q.  How long have you known him?
18        A.  A very long time.
19        Q.  Since you were a child?
20        A.  I really -- it's so long, it's
21   really a long time ago.  I just don't recall.
22        Q.  Do you remember how you first met
23   him?
24        A.  No, I do not.
25        Q.  Did you introduce him to Jeffrey?
```

Page 107

```
 1        G Maxwell - Confidential
 2        A.  That would be another of Virginia's
 3   lies and the lies you perpetrate.  I never
 4   introduced ███████ to Jeffrey Epstein
 5   at any time ever, so just add that the to
 6   long list of lies.
 7        Q.  Did Jeffrey know ███████?
 8        A.  Clearly he knew him.  I think we
 9   have that answer but how -- yeah.
10        Q.  Do you know how Jeffery met ███
11   ███ ███████?
12        A.  I do not know Jeffrey met
13   ███████  What I do know is that I did not
14   introduce them.  That is one of the many
15   lies.  Are we tallying all the lies?
16        Q.  Do you know when Jeffrey met ███████
17   ███████
18        A.  I do not know when Jeffrey met
19   ███████.
20        Q.  Did you ever introduce ███████
21   ███████ to any girls under the age of 18 who
22   were not friends of yours children?
23        A.  I have not introduced ███████
24   to anyone that I am aware of other than
25   friends of mine who have kids under that age
```

Page 108

```
 1        G Maxwell - Confidential
 2   that he may have met socially through me.
 3        Q.  Did you ever introduce ███
 4   ███████ to Virginia in London?
 5        A.  I understand her story about London
 6   but again, her tissue of lies is extremely
 7   hard to pick apart what is true and what
 8   isn't.  Actually I wouldn't recollect her at
 9   all but for her tissue stories about this
10   situation.
11        Q.  So did you ever introduce ███████
12   ███████ to Virginia in London?
13        A.  I have no recollection.
14        Q.  Did Virginia ever stay at your home
15   in London, your town home?
16        A.  I know she claims she did but if
17   you are asking me here today to remember
18   specifically, I cannot.
19        Q.  Do you remember taking a trip with
20   Virginia to travel over to Europe, including
21   London?
22        A.  So I have seen her reports and I
23   have seen the plane reports.  I see she says
24   she was on that but again, I really have no
25   recollection of her.
```

Page 109

```
 1        G Maxwell - Confidential
 2        Q.  Did you know that she was 17 at the
 3   time of that trip?
 4        MR. PAGLIUCA:  Objection to the
 5        form and foundation.
 6        A.  I have --
 7        Q.  Did you know she was 17 at the time
 8   of that trip?
 9        MR. PAGLIUCA:  Objection to the
10        form and foundation.
11        A.  I didn't even know she was on the
12   trip.
13        Q.  Did you hold her passport for her
14   when she was traveling?
15        MR. PAGLIUCA:  Objection to the
16        form and foundation.
17        A.  I have no recollection whatsoever
18   of her even being on the trip nor holding her
19   passport.
20        (Maxwell Exhibit 4, picture, marked
21        for identification.)
22        Q.  I'm showing you what we marked as
23   Maxwell Exhibit 4.
24        Can you take a look at that picture
25   for me?
```

MAGNA
LEGAL SERVICES



Page 110

```
1         G Maxwell - Confidential
2     A.  I've looked at it.
3     Q.  Are you in that picture?
4     A.  I am.
5     Q.  ████████████████████
6     ████████?
7     A.  It is.
8         MR. PAGLIUCA:  I don't believe this
9   has been produced to us in discovery by
10  you.
11        MS. McCAWLEY:  The picture?
12        MR. PAGLIUCA:  Yes.
13        MS. McCAWLEY:  It has.
14        MS. MENNINGER:  Is it the same
15  exact photograph.
16        MS. McCAWLEY:  I believe so.  We
17  will find one.  The picture has been
18  produced a number of times.
19        MR. PAGLIUCA:  I've seen different
20  iterations of this, I don't believe I
21  have ever seen this.
22        MS. McCAWLEY:  We had them blow it
23  up on a page so she could see it.  We
24  could use an article.
25        While you are looking for that, I
```

Page 111

```
1         G Maxwell - Confidential
2   will skip ahead.  Hold that until we can
3   find one that has the Bates range on it.
4     Q.  Do you recall Virginia being at
5   your London town home?
6     A.  I do not.
7     Q.  Do you recall going to dinner with
8   ████████, Jeffrey Epstein and Virginia
9   Roberts in London, at any time?
10    A.  I do not.
11    Q.  Do you recall going to a place
12  called ████████████████, Jeffrey
13  Epstein and yourself and Virginia Roberts?
14    A.  I would just like to state for the
15  record ███████████████████████
16  ████████████████████████████
17  ████████████████████████████
18  ████████████████████████
19  ████████████████████████
20  ███████ I do not have any recollection of it
21  and I doubt it actually happened.
22    Q.  You don't recall that.
23        Do you recall taking Virginia
24  shopping when you were in London to buy an
25  outfit to meet ████████?
```

Page 112

```
1         G Maxwell - Confidential
2     A.  No, I don't.
3     Q.  Where in your town home -- we will
4   come back to that.
5         Do you have guest bedrooms in your
6   town home in London?
7     A.  I do.
8     Q.  How many?
9     A.  Two.
10    Q.  Did ████████ ever visit
11  Jeffrey and you in New York?
12    A.  Yes.
13    Q.  Do you remember him visiting you
14  and Jeffrey in New York in the spring of
15  2001?
16    A.  Again, I can't testify to any
17  specific dates.
18    Q.  So you don't have a recollection of
19  that?
20    A.  I have a recollection -- you've
21  asked me if I have a recollection of being in
22  New York but if you are asking for a date, I
23  cannot confirm that date.
24    Q.  Do you remember ████████ being
25  present in New York for a party where ████
```

Page 113

```
1         G Maxwell - Confidential
2   ████████ was also present?
3     A.  I don't recollect.
4     Q.  Do you recall ever giving ████
5   ████████ a gift of a puppet that was in the
6   same -- that looked like him?
7     A.  I never gave him a gift of a
8   puppet.
9     Q.  Did Jeffrey ever give him a gift of
10  a puppet?
11    A.  No, not that I am aware of.
12    Q.  Have you ever given him any gifts?
13        MR. PAGLIUCA:  Objection,
14  foundation.
15    A.  I know ████████ --
16    Q.  Have you ever given him any gifts
17  that you remember when he came to Jeffrey's
18  home in New York?
19    A.  I don't recall giving him any gifts
20  in New York.
21        (Maxwell Exhibit 5, picture, marked
22  for identification.)
23    Q.  I think I directed you to page
24  0034.
25        Is that a picture that was taken at
```

Page 114

```
1        G Maxwell - Confidential
2   your London town home?
3        A.  I have no idea what this picture
4   was taken.  I know what she purports it to be
5   but I'm not going to say that I do.
6        Q.  Do the surroundings look like your
7   London town home?
8        A.  They are familiar.
9        Q.  Do you know who took this picture?
10       A.  I do not.
11       Q.  Did Jeffrey Epstein take the
12   picture?
13       A.  I just testified I don't know who
14   took the picture.
15       Q.  So you don't know if Jeffery
16   Epstein took the picture?
17       A.  When I tell you I don't know who
18   took the picture, it doesn't mean him -- I
19   don't know who took the picture.  You can
20   come up with 50 names, I still do not know
21   who took the picture.
22       Q.  Did you observe ████████ go
23   into a room with Virginia alone in your town
24   home?
25       A.  I cannot recall.  As I have said,
```

Page 115

```
1        G Maxwell - Confidential
2   no.
3        Q.  Did ████████ ever tell you
4   that he had sex with Virginia Roberts?
5        A.  He did not.
6        Q.  Did Jeffrey Epstein ever tell you
7   that ████████ had sex with Virginia
8   Roberts?
9        A.  He did not.
10       Q.  Did ████████ ever visit -- let
11   me back up for a moment.  We talked about
12   Jeffrey's homes, did Jeffrey have a home in
13   the U.S. Virgin islands called Little St.
14   James?
15       A.  Yes.
16       Q.  Did ████████ ever visit that
17   island -- are you aware of ████████ ever
18   visiting Jeffrey's island?
19       A.  I am aware of that, yes.
20       Q.  Do you know how many times he
21   visited?
22       A.  I do not.
23       Q.  Do you know if he visited when
24   Virginia was on the island?
25       A.  I do not.
```

Page 116

```
1        G Maxwell - Confidential
2        Q.  Were you present on the island when
3   ████████ visited?
4        A.  Yes.
5        Q.  How many times?
6        A.  I can only remember once.
7        Q.  Were there any girls under the age
8   of 18 on the island during that one visit
9   that you remember that were not family or
10   friends of or daughters of your friends?
11       MR. PAGLIUCA:  Objection to the
12       form and foundation.
13       A.  There were no girls on the island
14   at all.  No girls, no women, other than the
15   staff who work at the house.  Girls meaning,
16   I assume you are asking underage, but there
17   was nobody female outside of the cooks and
18   the cleaners.
19       Q.  Did you, as part of your duties in
20   working for Jeffrey, ever arrange for
21   Virginia to have sex with ████████?
22       MR. PAGLIUCA:  Objection to the
23       form and foundation.
24       A.  Just for the record, I have never
25   at any time, at anyplace, in any moment ever
```

Page 117

```
1        G Maxwell - Confidential
2   asked Virginia Roberts or whatever she is
3   called now to have sex with anybody.
4        Q.  Did you ever provide Virginia
5   Roberts with an outfit, an outfit of a sexual
6   nature to wear for ████████?
7        MR. PAGLIUCA:  Objection to the
8       form and foundation.
9        A.  I think we addressed the outfit
10   issue.
11       Q.  I am asking you if you ever
12   provided her with an outfit of a sexual
13   nature to wear for ████████?
14       A.  Categorically no.  You did get
15   that, I said categorically no
16       Q.  Don't worry I'm paying attention.
17       A.  You seemed very distracted in that
18   moment.
19       (Maxwell Exhibit 6, flight logs,
20       marked for identification.)
21       A.  Do you mind if I take a break for
22   the bathroom.
23       Q.  It's 11:08 and we are going to go
24   off the record now.
25       THE VIDEOGRAPHER:  It's now 11:09.
```

MAGNA ❯
LEGAL SERVICES

Page 118

```
1        G Maxwell - Confidential
2   We are off the record.
3        (Recess.)
4        THE VIDEOGRAPHER:  It's now 11:26,
5   we are back on the record and starting
6   disk No. 3.
7        Q.  Ms. Maxwell, I think I handed you
8   right before the break, did I hand you the
9   flight logs, they look like this.  Did I mark
10  those yet, I thought I did.
11       A.  I don't believe I have it.
12       Q.  These admittedly are a little
13  difficult to read so what I'm going to
14  provide you with to assist is I have a chart
15  that has the airport codes, because it will
16  have, for example, just for the record
17  reflects that the first page of document
18  ████████  it will have a code in the from line
19  that says PBI, for example, to TEB so I a
20  chart that matches up, just in case you don't
21  understand what those letters mean, PBI
22  meaning Palm Beach, TEB meaning Teterboro,
23  which is New Jersey, but others are more
24  difficult but just for you to be able to
25  understand the logs, I will provide you with
```

Page 119

```
1        G Maxwell - Confidential
2   that.
3        MR. PAGLIUCA:  So we are clear, if
4   the witness has personal knowledge of
5   what these are that's fine but I don't
6   know what these are and I don't expect
7   the witness to accept the representation
8   that they are what they are.
9        MS. McCAWLEY:  If she can testify
10  to what city it is, she can state that
11  on the record.
12       MR. PAGLIUCA:  If she knows what it
13  is, she knows what it is, we are not
14  putting any affirmatively on the record
15  until you ask your questions.
16       Q.  So I'm going to ask you and I think
17  we flagged a few of the pages which may
18  direct us a little bit easier but I will do
19  it by Bates number which is at the bottom of
20  the document kind of at the side.
21       The first I will direct your
22  attention to is ████████
23       A.  Does it have a tab?
24       Q.  It should.  Let me make sure.
25       A.  Yes it does.
```

Page 120

```
1        G Maxwell - Confidential
2        Q.  So I'm directing your attention to
3   the bottom, two lines up from the bottom,
4   there is a flight --
5        MR. PAGLIUCA:  Are you on ████
6        MS. McCAWLEY:  ████
7        Q.  So this flight is from, the one I'm
8   looking at, I think it's highlighted on your
9   copy.  On the far corner on the date, it says
10  ████ at the top and this would be the ████
11  and then the ████ are the two I'm going to
12  direct your attention to.
13       Q.  On that first one on the ████ you
14  will see the column reading PBI in the from
15  column to TEB in the to column and you will
16  see some initials, you will see JE for
17  Jeffrey Epstein, GM for Ghislaine Maxwell, ET
18  for Emmy Taylor and then Virginia?
19       A.  I have to object.
20       MR. PAGLIUCA:  You don't get to
21  object.
22       Q.  She is turning into a lawyer
23  already?
24       A.  I would like to.
25       Q.  Let me ask the question and if you
```

Page 121

```
1        G Maxwell - Confidential
2   have an issue -- so with respect to this
3   flight, do you recall being on a flight in
4   the -- ████████████ going from Palm Beach to
5   Teterboro?
6        A.  No, I don't recall any specific
7   flight.
8        Q.  Do you recall flying with Virginia
9   on a flight with Emmy Taylor and Jeffrey
10  Epstein at any time?
11       A.  I don't.
12       Q.  How often did you fly on a plane
13  with a 17 year old?
14       MR. PAGLIUCA:  Objection to form
15  and foundation.
16       A.  I have no idea what you are talking
17  about, other than friends of mine that had
18  kids.
19       Q.  Did you regularly fly on Jeffrey's
20  plane with individuals who were under the age
21  of 18?
22       MR. PAGLIUCA:  Objection to the
23  form and foundation.
24       A.  Can you repeat the question?
25       Q.  Did you regularly fly on Jeffrey
```

MAGNA
LEGAL SERVICES

Page 122

```
1         G Maxwell - Confidential
2  Epstein's planes with individuals who were
3  under the age of 18?
4      A.  I regularly flew on Jeffrey
5  Epstein's airplane but I cannot testify as to
6  flying with people under the age.  I don't
7  believe that I did.
8      Q.  Why wouldn't you remember flying
9  with a 17 year old?
10         MR. PAGLIUCA:  Objection to the
11     form and foundation.
12     A.  How would I know, one, that she is
13  17, how would you know that, how do you know
14  I'm on the plane.
15     Q.  Are you saying you are not on this
16  flight, so this is a Palm Beach to Teterboro.
17  This says the JE, GM ET and Virginia.  The GM
18  you are saying is not you?
19         MR. PAGLIUCA:  I object to the
20     form.  You can answer the question if
21     you know.
22     A.  How do you know the GM is me.
23     Q.  Is it your testimony that on the
24  flight logs when it represents GM that it is
25  not you flying on the plane?
```

Page 123

```
1         G Maxwell - Confidential
2         MR. PAGLIUCA:  Objection to the
3     form and foundation.
4      A.  GM can stand for any level, it
5  could be Georgina, George.
6      Q.  Are there any people that flew with
7  Jeffrey Epstein that had the initials GM?
8      A.  I don't know.
9      Q.  Do you recall flying with Jeffrey
10  Epstein on his plane over 300 times during
11  the period of 1999 to 2005?
12     A.  I cannot testify to how many times
13  I was on his plane because that would just be
14  impossible.
15     Q.  You were on his plane regularly,
16  would you say?
17     A.  I already testified I was on his
18  plane regularly.
19     Q.  Is it your testimony and I'm
20  referring now to the line that we were just
21  talking about that you were not on the flight
22  from Palm Beach to Teterboro that lists JE,
23  GM, ET and Virginia?
24     A.  I am not testifying to that.  I am
25  just saying that you cannot be sure that is
```

Page 124

```
1         G Maxwell - Confidential
2  me.
3      Q.  So as you sit here today, you don't
4  believe you flew on that plane?
5      A.  I'm not saying that.  I'm just
6  saying you cannot be sure that's me.
7      Q.  Do you have reason to doubt that
8  when it says GM on these flight logs that
9  that represents you?
10     A.  I cannot testify to that.  I'm just
11  saying it may not be me.
12     Q.  In looking at the flight logs and
13  look up, let's move up a couple of lines.  If
14  you start at the top, you are going to see
15  JE, ████████, then JE, ████████,
16  JE, ████████, JE, GM, JE, GM, JE, GM,
17  ████████, reposition, JE, GM, JE, GM
18  ████████, JE, GM, ████████
19  ████████ female, ████████
20  repositioning.  JE, GM, ET, ████████, JE,
21  GM, ET, ████████, JE, GM, ET, Virginia,
22  JE, GM, ████ Virginia, repositioning and then
23  a certification.
24         So is it your testimony in looking
25  at that that you do not believe that the GM
```

Page 125

```
1         G Maxwell - Confidential
2  represents you?
3         MR. PAGLIUCA:  Objection to the
4     form and foundation.
5      A.  I'm not saying that.  I'm just
6  saying that you cannot -- I can't sit here
7  and tell you for sure GM is me and I cannot
8  testify remembering being on a flight at that
9  time.
10     Q.  You don't remember being on any of
11  these flights with the initial GM?
12     A.  I remember being on many flights.
13  I cannot testify that is a flight I am on.
14     Q.  Let's go to the next page which is
15  going to be ████  I want you to look at
16  line -- so the date is at the top, so it's
17  ████████ and if you go down, you will see
18  a line that says the ████ and if you scroll
19  over you will see PBI to TIST, if you look at
20  the airport codes, TIST is going to be
21  representative for the U.S. Virgin Islands
22  and then you will see the list on the plane
23  JE, GM, ET, and Virginia Roberts.
24         Do you recall flying from Palm
25  Beach to the U.S. Virgin Islands with
```

MAGNA
LEGAL SERVICES

Page 126

```
1         G Maxwell - Confidential
2   Jeffrey, yourself, Emmy Taylor and Virginia
3   Roberts?
4         MR. PAGLIUCA:  I object to the form
5     and just so the record is clear, we
6     don't agree with whatever your
7     characterizations are.  The document
8     speaks for itself and she can answer
9     based on whatever her personal knowledge
10    is.
11        MS. McCAWLEY:  I understand.
12    Q.  Do you recall flying with those
13  individuals from Palm Beach to the U.S.
14  Virgin Islands?
15    A.  I have no recollection of any
16  individual flight you are pointing out here.
17  You are talking about 2001, how many years
18  ago is that?
19    Q.  I'm asking the questions.
20    A.  I'm not being difficult.  I'm just
21  asking, it's like 14, 15 years ago, it's
22  impossible, I'm sorry.
23    Q.  So your testimony is you don't
24  recall flying on that flight with Virginia
25  Roberts?
```

Page 127

```
1         G Maxwell - Confidential
2    A.  I cannot testify to that flight.
3    Q.  Let's look at the next flight which
4   is on the ██ from the Virgin Islands back
5   to Palm Beach, JE, Jeffrey Epstein, Ghislaine
6   Maxwell, Emmy Taylor, Virginia Roberts, the
7   same individuals on the above flight.
8    A.  It doesn't say my name, it has some
9   initials.
10   Q.  I understand, the initials GM.
11       Do you recall flying on a plane, on
12  one of Jeffrey's planes from the Virgin
13  Islands to Palm Beach with Virginia Roberts?
14   A.  I do not.
15   Q.  Was there any other person that
16  flew with Jeffrey Epstein with frequency
17  during that time period in these logs that
18  have the initials GM?
19       MR. PAGLIUCA:  Objection to the
20     form and foundation.
21   A.  I would have to look at all the
22  flight logs, I have no idea, I flew
23  frequently.
24   Q.  Why don't you take a look at the
25  next three pages and see if that refreshes
```

Page 128

```
1         G Maxwell - Confidential
2     your recollection.
3         MR. PAGLIUCA:  You are talking
4       about ██
5         MS. McCAWLEY:  She can pick any
6       couple of pages, those have a lot of the
7       individuals on them so that is a good
8       sampling.
9         MR. PAGLIUCA:  So pick any pages
10      you want.
11    Q.  Does that refresh your recollection
12  at all as to whether GM represents you or
13  some other individual?
14    A.  Again, I can't testify whether that
15  represents me or not, I don't see any other
16  GMs but you have to understand that even if
17  my name is on that record doesn't mean I was
18  on the flight.
19    Q.  So are you contesting the accuracy
20  of the flight logs?  In other words, you said
21  it doesn't represent you are on the flight so
22  is it your testimony just because a name is
23  listed doesn't mean they were actually on the
24  flight?
25        MR. PAGLIUCA:  Objection to the
```

Page 129

```
1         G Maxwell - Confidential
2     form and foundation.
3    A.  I can't testify to what -- these
4   are records that were produced by ██████
5   is on here, so these aren't federally
6   mandated records, so I can't testify to what
7   he produced.
8    Q.  I would like you to turn to page,
9   at the bottom, the Bates number is ███████
10  And the month is ██████.
11   A.  Okay.
12   Q.  If you go down to the number that
13  is ██ that would be ████████, you're
14  going to see on that line an ████ which is a
15  ████████████ and then you
16  will see ██████ which is going to be, I'm going
17  to pronounce it incorrectly, ██
18  ██ I'm sure I'm not pronouncing that
19  correctly.  Then you will see in the list,
20  you will see JE, GM, ██████████,
21  ██████, it looks like --
22   A.  I believe it says male.
23   Q.  Yes.  Then ██████████ I
24  believe.  Is that GM on this page
25  representative of you?
```

MAGNA
LEGAL SERVICES

Page 130

1        G Maxwell - Confidential
2        A.   Well, this would be a flight that I
3   would potentially remember with ▮▮▮▮▮▮
4   on it but I don't actually recall going to
5   Russia.
6        Q.   Are those your initials, do you
7   recall being on the flight?
8        A.   Those are my initials with
9   ▮▮▮▮▮▮▮▮, I don't recall this flight
10  either, but I would be more likely to if I
11  had a bit more time to study the timing of
12  this.
13       Q.   Your testimony is you don't recall
14  flying with ▮▮▮▮▮▮▮▮ from ▮▮▮ to
15  ▮▮▮▮▮▮▮▮
16       A.   I don't recall the ▮▮▮ to ▮▮▮
17  flight. I have definitely flown with
18  ▮▮▮▮▮▮▮▮.
19       Q.   On that same page you will see
20  beneath there, beneath 22 you will see the
21  indication, same as above, same as above,
22  same as above in the column that originally
23  had the initials.
24       A.   Uh-huh.
25       Q.   And the names.

Page 131

1        G Maxwell - Confidential
2        A.   Uh-huh.
3        Q.   Do you recall flying with ▮▮▮▮
4   ▮▮ from ▮▮▮▮▮▮▮▮ to ▮▮▮▮▮
5   ▮▮▮▮▮
6        A.   I do.
7        Q.   So the GM that would be represented
8   in that column would be you?
9        A.   I recall going to ▮▮▮▮▮ with
10  ▮▮▮ so that is likely to be me.
11       Q.   You were on Jeffrey's plane for
12  that trip?
13       A.   I believe I was.
14       Q.   Do you know who ▮▮▮▮▮▮▮▮
15  is?
16       A.   I do not.
17       Q.   I'm going back towards the front
18  which is going to be ▮▮▮▮ please. And
19  you're going to see --
20       A.   Hang on I'm not --
21       Q.   Take your time.
22       A.   Okay.
23       Q.   You are going to see in the date
24  column, you will see ▮▮▮ and then about
25  halfway down you will see ▮▮▮▮▮▮▮▮

Page 132

1        G Maxwell - Confidential
2   then you will see ▮▮▮▮▮▮▮▮ which
3   is the column which is where I want you to
4   start looking at the log and there you're
5   going to see ▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
11       A.   Okay.
12       Q.   If you look at the column, if you
13  go back up to the top on the ▮▮ if you look
14  at the column you will see JE, GM, ET,
15  Virginia Roberts and I believe it says
16  ▮▮▮▮▮▮ sorry I'm not reading that very
17  well.
18       Do you recall flying from, if you
19  see the dates, the ▮▮▮▮▮▮▮▮ ▮
20  ▮▮▮ Do you recall a trip that went from
21  the United States to ▮▮▮ and to the places
22  I just mentioned where Virginia Roberts was
23  on the plane with you?
24       MR. PAGLIUCA:   Objection to the
25  form and foundation.

Page 133

1        G Maxwell - Confidential
2        A.   I already testified that I don't
3   recall Virginia on any of these flights.
4        Q.   I would like to mark, as Maxwell 7,
5   I will put it at the top?
6        (Maxwell Exhibit 7, photo, marked
7   for identification.)
8        MR. PAGLIUCA:   Has this document
9   been produced in discovery?
10       MS. McCAWLEY:   Yes.
11       MR. PAGLIUCA:   Do you have a Bates
12  number?
13       MS. McCAWLEY:   This one doesn't.
14       Q.   I'm going to ask you --
15       MR. PAGLIUCA:   I don't recall
16  seeing this document so I would like to
17  see a Bates number document before we
18  ask questions about it.
19       MS. McCAWLEY:   Can you go look for
20  it and I will continue. We will set
21  that aside until we get a Bates number.
22  You may want to leave that log up and
23  set it to the side and we will bounce
24  back to that.
25       Q.   Do you recall -- I think earlier

MAGNA ▶
LEGAL SERVICES

Page 134

```
 1         G Maxwell - Confidential
 2   you said you visited Jeffrey's island, I
 3   think they called it St. Jeffrey or St.
 4   James, the U.S. Virgin Island home.
 5       A.  St. James.
 6       Q.  Do you recall whether ███████
 7   ████████ was ever on that island?
 8       A.  Categorically, definitively,
 9   absolutely, without a shadow of a doubt, when
10   I was present or any other time that I am
11   aware of, was ██████████████ ever on that
12   island, I do not believe he went to that
13   island ever ever, that is an absolute
14   fabrication and an absolute flat out lie.
15       Q.  Was ███████████
16   ████████████ ever at any of Jeffrey
17   Epstein's homes when you present, other than
18   the island I know you said that did not
19   happen, the home in either New York or Palm
20   Beach or New Mexico?
21       A.  I do not believe at any time
22   ████████████ was at any of Jeffrey's
23   homes, I have absolutely no knowledge or
24   otherwise that he was ever there.
25       Q.  You don't recall having dinner with
```

Page 135

```
 1         G Maxwell - Confidential
 2   him at any of those homes?
 3       A.  Again, Virginia is absolutely
 4   totally lying.  This is a subject of
 5   defamation about Virginia and the lies she
 6   has told and one of lies she told was that
 7   President Clinton was on the island where I
 8   was present.  Absolutely 1000 percent that is
 9   a flat out total fabrication and lie.
10       Q.  You did fly on planes, Jeffrey
11   Epstein's planes with President Clinton, is
12   that correct?
13       A.  I have flown, yes.
14       Q.  Would it be fair to say that
15   President Clinton and Jeffrey are friends?
16       A.  I wouldn't be able to characterize
17   it like that, no.
18       Q.  Are they acquaintances?
19       A.  I wouldn't categorize it.
20       Q.  He just allowed him to use his
21   plane?
22       A.  I couldn't categorize Jeffrey's
23   relationship.
24       Q.  When you were on the plane with
25   Jeffrey and President Clinton, did you
```

Page 136

```
 1         G Maxwell - Confidential
 2   observe Jeffrey and ████████████████
 3   talking?
 4       A.  I'm sure they did.
 5       Q.  Did they seem friendly?
 6       A.  I don't recollect.
 7       Q.  Was Epstein one of the original
 8   people that conceived the ████████████
 9   █████?
10         MR. PAGLIUCA:  Objection to the
11   form and foundation.
12       Q.  Do you know?
13       A.  I don't have -- I don't know what
14   you are talking about.
15       Q.  You don't know what I'm talking
16   about.
17         Did you ever, not at one of houses,
18   but did you ever eat dinner with ████████
19   ████████ and Jeffrey Epstein?
20       A.  Are you just talking in general
21   anywhere?
22       Q.  In general?
23       A.  I believe on a plane of this nature
24   we would have had a meal.
25       Q.  But not outside of the travel on
```

Page 137

```
 1         G Maxwell - Confidential
 2   the flights?
 3       A.  I can't recollect having a meal
 4   with them, but just so we are clear, the
 5   allegations that ███████ had a meal on
 6   Jeffrey's island is 100 percent false.
 7       Q.  But he may have had a meal on
 8   Jeffrey's plane?
 9       A.  I'm sure he had a meal on Jeffrey's
10   plane.
11       Q.  You do know how many times he flew
12   on Jeffrey's plane?
13       A.  I don't.
14       Q.  Do you know who ████████████ is?
15       A.  I do.
16       Q.  How do you know him?
17       A.  He used to work or still works for
18   ███████████.
19       Q.  Did you ever have a relationship
20   with him?
21       A.  We are talking about adult
22   consensual relationships, it's off the
23   record.
24       Q.  I'm not asking what you did with
25   him, I'm asking if you ever had a
```

MAGNA
LEGAL SERVICES

Page 138

1      G Maxwell - Confidential
2  relationship with him?
3         MR. PAGLIUCA:  If you understand
4     the term relationship, certainly you can
5     answer that.
6     A.   Define relationship.
7     Q.   Somebody that you would have spent
8  time together, either seeing them in a
9  romantic relationship or --
10    A.   You need to be, what do you mean by
11 romantic.  I was friends with ████ but you
12 are suggesting something more so I want to be
13 clear what you are actually asking me.
14    Q.   You defined it.  You said you were
15 friends with him.  If that's what you were
16 that's all I need to know.
17         While you were on the trip with
18 █████████████, do you recall where you
19 stayed at these locations, in other words,
20 would you leave the jet and stay overnight at
21 a hotel, do you have a recollection of this
22 trip?
23    A.   I recollect the trip but if you're
24 asking me where we stayed, you can see it's a
25 very fast paced trip.  It was very tiring and

Page 139

1      G Maxwell - Confidential
2  I don't recollect where we stayed.
3     Q.   Do you recollect if you stayed at
4  the same place ███████████ stayed?  In
5  other words, if you left the plane to go a
6  hotel did you all go together is your
7  recollection?
8     A.   I honestly don't recollect, no.
9     Q.   Part of this trip we were just
10 talking about, there is a flight that goes to
11 Thailand, do you remember being in Thailand?
12        MR. PAGLIUCA:  Objection to the
13    form and foundation.
14    A.   Are you asking me --
15    Q.   On the ████████████ trip.
16    A.   Are you referencing something?
17    Q.   The part that, let me make sure
18 I've got it here.  The entry that would be
19 the Thailand, would be the one -- let me make
20 sure I'm correct.  I have you on the wrong
21 page, it's actually the page before.  It's
22 going to be ██████  And it's going to be the
23 entry on ██████ starting on ██████ and then
24 it goes down to where it has the same as
25 above, to ██████████████ -- I'm saying

Page 140

1      G Maxwell - Confidential
2  ████████████████████
3         MR. PAGLIUCA:  That's what the
4     document says.
5     Q.   I'm not representing the date but
6  there it is.  So the last leg of that where
7  it says same as above has, the second to
8  last, I'm sorry on the ████████████████
9  █████████.
10        Do you remember being in Thailand
11 with ████████████?
12    A.   I do.
13    Q.   Do you remember what the purpose of
14 that trip was?
15    A.   I don't.
16    Q.   Do you know whether -- do you
17 recall, did you stay the night in Thailand?
18    A.   I don't recall.
19    Q.   Do you recall why you went to
20 Thailand?
21    A.   I don't recall.
22    Q.   Who is ████████████?
23    A.   She I believe was a stewardess on
24 this flight.
25    Q.   Did she perform any massages on the

Page 141

1      G Maxwell - Confidential
2  flight?
3     A.   I don't recollect any massages on
4  the flight.
5     Q.   Do you know who ████████████ is?
6     A.   It doesn't -- no I don't know who
7  that is, I can't recall.
8     Q.   This is not in color, it's a black
9  and white but it has the Bates label on it.
10 Should I take the sticker off the one that
11 has -- I don't know if you want to swap it.
12        MR. PAGLIUCA:  Let the record
13    reflect I am replacing this on the black
14    and white copy of this exhibit with
15    ████████.
16    Q.   So, we were talking earlier, we
17 were looking at the flight logs and we were
18 talking about a trip and let me just get you
19 back to the page.  I believe it's page
20 000746.  This wa█████████████████████

MAGNA
LEGAL SERVICES

Page 142

G Maxwell - Confidential
1
2     Q.  Can I direct your attention to the
3  picture, please.
4     A.  Of course.
5     Q.  Can you tell me who is in this
6  picture, who is pictured here, and for the
7  court reporter's benefit, can you go from the
8  left of the picture to the right of the
9  picture, to the extent you can identify the
10  individuals?
11     A.  Sure.  I cannot identify the person
12  on the left, I cannot identify the person
13  next left.  I can identify Jeffrey Epstein.
14  I cannot identify the next person to his
15  right and the next person in the picture is
16  myself.
17     Q.  Is the individual all the way to
18  the left at the beginning of the picture,
19  does that resemble Emmy Taylor.  You might
20  want to look at the color version if that
21  helps you at all, I know it's not the marked
22  one.  I don't if that's easier to see, they
23  are both dark.
24     A.  That does not look like Emmy Taylor
25  at all.

Page 143

G Maxwell - Confidential
1
2     Q.  Do you recall --
3     MR. PAGLIUCA:  Let's mark this then
4  as deposition Exhibit 8 since we are
5  referring to it and then you can give us
6  copies as well.
7     MS. MENNINGER:  It's different
8  because it has other people in this
9  color photo.
10     (Maxwell Exhibit 8, photo, marked
11  for identification.)
12     Q.  Do you recall who took this
13  photograph?
14     A.  I do not.
15     Q.  Do you recall this photograph being
16  taken by Virginia?
17     A.  First of all, I don't know where we
18  are.
19     Q.  So you don't recognize the
20  building?
21     A.  I don't recognize the building and
22  I don't recognize -- the only two people I
23  recognize in the picture are Jeffrey and
24  myself.
25     Q.  Does this like look a picture of a

Page 144

G Maxwell - Confidential
1
2  building that you would have seen when you
3  were on the trip in Europe?
4     MR. PAGLIUCA:  Objection to the
5  form and foundation.
6     A.  I can't possibly answer that.
7     Q.  Do you recall Virginia ever taking
8  pictures?
9     A.  I barely recall Virginia, period.
10     Q.  Do you recall her ever taking
11  pictures?
12     A.  No, I don't.
13     Q.  I'm going to direct your attention,
14  still within the flight logs to -- starting
15  on the next page from where you just were
16  which is going to be ███████  And the date at
17  the top says ████ you will see ██████ and I'm
18  directing your attention down towards the
19  middle to the bottom where you will see the
20  numbers ████████.
21     A.  Uh-huh.
22     Q.  And we've got actually I'm going to
23  direct your attention to the one that starts
24  with ██████████████████████████████
25

Page 145

G Maxwell - Confidential
1
2  and in the line, the remarks line you will
3  see JE, GM, ███████████████████
4
5     MR. PAGLIUCA:  Are you reading the
6  29th, is that what you're reading?
7     MS. McCAWLEY:  I'm reading the
8  29th, yes.
9     Q.  Below that you will see JE, GM, ████
10
11
12     Do you see that?
13     A.  I do.
14     Q.  Do you recall a trip from Teterboro
15  to Santa Fe and Santa Fe back to Palm Beach
16  with these individuals?
17     A.  I don't.
18     Q.  Do you recall being on a plane with
19  ████████████ and Virginia Roberts?
20     A.  I don't.
21     Q.  Do you recall ever witnessing any
22  sexual interaction on one of Jeffrey's planes
23  with any of these individuals?
24     A.  I do not, absolutely not.
25     Q.  Did Jeffrey have a fold out bed on

1        G Maxwell - Confidential
2    one of his planes?
3        A.  There was a bed on one of his
4    planes that folded out, yes.
5        Q.  Do you recall whether with respect
6    to this being in Santa Fe, do you recall
7    whether you were there for some form of a
8    party?
9        MR. PAGLIUCA:  Objection to the
10        form and foundation.
11       A.  I don't recall the trip at all and
12    this looks like a total work trip, not a
13    party trip.
14       Q.  What would be the difference
15    between a work trip and a party trip?
16       A.  Just that I would be on trips for
17    work and I believe that this looks like, ███
18    looks like it's one of the -- probably one of
19    the designers and the time would meet with a
20    trip to decorate the house, just the timing
21    of it.
22       Q.  So would Virginia be brought on
23    trips that were for the purpose of work and
24    decorating the house?
25       A.  Like I said, I never worked with

1        G Maxwell - Confidential
2    her but you would have to ask Jeffrey what he
3    brought her on the trip for.
4        Q.  But she would travel with him when
5    there was a work trip like this?
6        A.  I can't -- I'm seeing that she is
7    on this flight but I have no idea what she is
8    doing, he invited her, it would not be my
9    job.
10       Q.  What about Nadia Bjorlin, would she
11    regularly travel with Jeffrey on flights?
12       A.  I have no idea, you would have to
13    look through the flight logs.  I have no
14    idea.
15       Q.  Your recollection is -- what is
16    your recollection, do you recollect Nadia
17    traveling often on flights with Jeffrey?
18       A.  Absolutely not.  No, not at all.  I
19    don't recollect her actually on the flight at
20    all.
21       Q.  I think you can set that aside for
22    the moment.
23        (Maxwell Exhibit 9, message pad
24        pages, marked for identification.)
25       Q.  We will mark as Exhibit 9 these

1        G Maxwell - Confidential
2    excerpts from -- we will identify what they
3    are but from the message pads.
4        Did you want to correct anything?
5        A.  I want to make an addendum.
6        Would you mind rereading the last
7    question back to me?
8        (Record read.)
9        A.  I also just want to say that at
10    this point I cannot recollect flying to
11    parties.  Jeffrey went for work so -- was
12    this in Santa Fe, this flight as well.
13       Q.  The flight we were looking at, yes
14    but it was to Santa Fe --
15       A.  I don't recall going to any parties
16    in Santa Fe at any time but certainly flying
17    to Santa Fe for a party seems highly
18    improbable.
19       Q.  So I'm going to direct your
20    attention to the document that I set before
21    you which is Bates number ███████  and it
22    has different Bates numbers because it's a
23    smaller version of the larger production.
24    These are the pages I will be asking about.
25        In the time that you were working

1        G Maxwell - Confidential
2    with Jeffrey in Palm Beach, do you recall a
3    process for taking, anybody at the house
4    taking messages when incoming phone calls
5    came in?
6        A.  You are supposed to take a message
7    and receive the message and write the message
8    down.  Who was the message was for, what time
9    it was taken and who took it and what the
10    message was, obviously.
11       Q.  Does what's in front of you look
12    familiar with respect to the message pads
13    that you would have used at the house?
14       A.  It is familiar.
15       Q.  I'm going to direct your attention
16    to the second page of it?
17        MR. PAGLIUCA:  These all have SAO
18        numbers on them or Bates ranges and I
19        don't see any of your Bates ranges on
20        these.  I know you have produced message
21        pads but those have your Bates range
22        numbers on them and I'm wondering if
23        these are different documents.
24        MS. McCAWLEY:  It's the same, just
25        ours have the Bates underneath them.

MAGNA ▶
LEGAL SERVICES

Page 150

1        G Maxwell - Confidential
2    These were produced as part of the rule
3    26 discovery.  We can get the additional
4    Bates if you want.
5        Q.   The one I'm asking about first is
6    the ▮▮▮▮.  You can look at that and then
7    I will identify the Bates number referenced
8    in this case.
9        I want to direct your attention to
10   the top right-hand corner just so I have an
11   understanding of how these messages were
12   taken.  So I see that it says at the top it
13   says in the for line it says Ms. Maxwell and
14   the date of ▮▮▮▮ and then I see under the
15   M line it looks like ▮▮▮▮▮▮ or
16   something like that, a phone number and a
17   message saying returning your call and on the
18   bottom it looks like ▮▮▮
19       Explain to me, is this -- does this
20   represent ▮▮ taking down a message for you
21   from ▮▮, is that how these work?
22       MR. PAGLIUCA:  Objection to the
23   form and foundation.  Go ahead.
24       Q.   My question is, I'm trying to
25   understand how the messages were taken.

Page 151

1        G Maxwell - Confidential
2    Looking at this message pad, where it says
3    signed ▮▮▮ can you tell me who ▮▮ was?
4        A.   I cannot.
5        Q.   You do not know.
6        Typically when these messages were
7    taken in your practice when you were there,
8    would the individual who took the message
9    write their name on the message?
10       MR. PAGLIUCA:  Objection to the
11   form and foundation.
12       A.   I don't recollect, you can ask who
13   wrote it so you can find out who it was.
14       Q.   Do you know who ▮▮▮▮▮ is?
15       A.   I don't.
16       Q.   I'm going to direct your
17   attention -- do we have a Bates number for
18   that?
19       MR. EDWARDS: ▮▮▮
20       Q.   Giuffre ▮▮▮ for that one.
21       I will direct your attention to the
22   first page which has the ▮▮▮▮ on it.
23       A.   Okay.
24       Q.   Now at the top of that document, on
25   the right-hand side, the message that reads

Page 152

1        G Maxwell - Confidential
2    for JE, date ▮▮▮, message ▮▮▮▮▮▮▮
3    and then it's signed GM.
4        Is that your signature?
5        A.   That's not my handwriting.
6        Q.   Would other people take a message,
7    how did this process work, is there someone
8    else in the house with the initials GM?
9        MR. PAGLIUCA:  Objection to the
10   form and foundation.
11       A.   I cannot answer that.  It's not my
12   handwriting.
13       Q.   I'm trying to understand how this
14   gets there.  If you took a message and didn't
15   write it down, would someone else record that
16   message for you?
17       MR. PAGLIUCA:  Objection to the
18   form and foundation.
19       A.   All I can tell you, this is not my
20   handwriting so I cannot -- I have no idea
21   what that is.
22       Q.   Was the practice that, what was the
23   practice when someone answered the phone with
24   these message pads, what were they supposed
25   to do?

Page 153

1        G Maxwell - Confidential
2        A.   They were supposed to take a
3    message and the time and date and give the
4    message.
5        Q.   Were they supposed to indicate who
6    took the message?
7        A.   They were but it wasn't -- I don't
8    really recall the actual process.  I can see
9    from here it looks like you were supposed to
10   but that's not my handwriting so I can't say
11   what that was.
12       Q.   Do you know who ▮▮▮▮▮▮▮ is?
13       A.   No, I don't.
14       Q.   Do you know whether ▮▮▮▮▮▮
15   was under the age of 18?
16       A.   I just testified I couldn't
17   remember who she was so it would be difficult
18   to know how old she was.
19       Q.   Do you know if she was coming to
20   the house to provide massages?
21       A.   I don't remember who she is at all,
22   so no.
23       Q.   And then I would like to direct
24   your attention to the message right
25   underneath it.  Which says JE, ▮▮▮▮▮▮

MAGNA
LEGAL SERVICES

Page 154

```
 1          G Maxwell - Confidential
 2  and has a phone number and the message says,
 3  wants to know if she should bring her friend
 4  ██████ tonight.
 5          What is that message referring to?
 6          MR. PAGLIUCA:  Objection to the
 7      form and foundation.
 8      A.  I can't possibly know.
 9      Q.  Did individuals at the house take
10  messages for underage girls to come over and
11  bring friends for the purpose of providing
12  massages?
13          MR. PAGLIUCA:  Objection to the
14      form and foundation.
15      A.  How would I possibly know what you
16  are talking about.
17      Q.  Did you record messages at the
18  house?
19      A.  It's not my job.
20      Q.  You did from time to time record
21  messages?
22      A.  Hardly ever.
23      Q.  But you did from time to time do
24  it?
25      A.  I'm just saying I hardly ever took
```

Page 155

```
 1          G Maxwell - Confidential
 2  messages, very, very, very, very
 3  infrequently.
 4      Q.  Do you know if ██████ brought her
 5  friend ██████ over on that night?
 6          MR. PAGLIUCA:  Objection to the
 7      form and foundation.
 8      A.  One, I don't know what this message
 9  is, I don't know if I was in Palm Beach, I
10  don't know who ██████ is, I don't know who
11  ██████ is and I don't know what this message
12  is referring to.
13      Q.  So on January 2nd of 2003, were you
14  in Palm Beach?
15      A.  I don't know.
16      Q.  Where would you have been other
17  than Palm Beach at the time?
18      A.  I could have been anywhere.
19      Q.  Where did you typically live?
20      A.  What are you asking me?
21      Q.  So for example, in 2003, where was
22  your primary residence, was it wherever
23  Jeffrey was living and staying or was it
24  independent of that?
25      A.  What was the date again.
```

Page 156

```
 1          G Maxwell - Confidential
 2      Q.  In 2003?
 3      A.  The end of 2003?
 4      Q.  January, the beginning.
 5      A.  I don't know, I could have been
 6  anywhere, Jeffrey and I were leading almost
 7  separate lives by then.
 8      Q.  If you were at the house that day,
 9  did you recall seeing anybody by the name of
10  ██████
11          MR. PAGLIUCA:  Objection to the
12      form and foundation.
13      A.  I don't know if I was at the house,
14  so I can't testify to that.
15      Q.  Let's flip back to the next page,
16  the one we were on before the ██████, the
17  message towards the bottom that says, for
18  Jeffrey, message of Ghislaine.  And it says,
19  Would it be helpful to have and then redacted
20  come to Palm Beach today to stay here and
21  help train new staff with Ghislaine.  Who
22  were you referring to in that message; do you
23  remember?
24          MR. PAGLIUCA:  Objection to the
25      form and foundation.
```

Page 157

```
 1          G Maxwell - Confidential
 2      Q.  The question is, do you recall this
 3  message?
 4      A.  I do not recall this message.
 5      Q.  Do you recall training a female
 6  under the age of 18 at Jeffrey's home?
 7          MR. PAGLIUCA:  Objection to the
 8      form and foundation.
 9      A.  I never trained a female under the
10  age of 18 at Jeffrey's home.
11      Q.  Did you ever say it would be
12  helpful to have a female under the age of 18
13  come to Palm Beach today to stay here and
14  help train new staff with Ghislaine?
15      A.  I never asked anyone under the age
16  of 18 come to help train new staff.
17      Q.  I'm going to flip to the next page
18  which is ██████.
19      A.  By the way, that is not my
20  handwriting and it's not dated and I couldn't
21  possibly tell you who that is.
22          Did you hear that?
23      Q.  You got your testimony on the
24  record.
25  ██████
```

MAGNA
LEGAL SERVICES

1           G Maxwell - Confidential
2      A.  Yes.
3           MR. EDWARDS:  Giuffre ███
4      Q.  I'm going to direct your attention
5  to the top right-hand corner, for Mr.
6  Epstein, ███, message ███ a phone
7  number and called.
8           Do you know who ███ is?
9      A.  I don't.
10     Q.  Do you know that ███ was 15 at
11 the time she left this message?
12          MR. PAGLIUCA:  Objection to the
13     form and foundation.
14     A.  I don't know who ███ is.
15     Q.  And then I'm going to direct your
16 attention to the bottom left which is a
17 message JE message of ███ and the
18 message says, He just did a good one, 18
19 years, she spoke to me and said I love
20 Jeffrey.
21          Was ███ referring to sex with
22 an 18 year old in that message?
23          MR. PAGLIUCA:  Objection to the
24     form and foundation.
25     A.  How could I know what ███ is

1           G Maxwell - Confidential
2  referring to.
3      Q.  Do you know if ███ had sex
4  with an 18 year old that he referenced to
5  Jeffrey Epstein?
6           MR. PAGLIUCA:  Objection to the
7      form and foundation.
8      A.  How could I possibly know.
9      Q.  Did Jeffrey Epstein or ███
10 ever tell you that ███ had sex with an
11 18 year old?
12          MR. PAGLIUCA:  Objection to the
13     form and foundation.
14     A.  I have no idea what you are talking
15 about.
16     Q.  Did they ever tell you that?
17     A.  I have no recollection of ever
18 hearing such a ridiculous thing.
19     Q.  I will turn to the next page which
20 is SAO 2841?
21          MS. MENNINGER:  Do you have the
22     Bates number?
23     Q.  The bottom right-hand corner, Mr.
24 Epstein, the date ███, Ms. Maxwell, it
25 says, ███ it says, quote, ███ is

1           G Maxwell - Confidential
2  available on Tuesday, no one for tomorrow.
3           Is this a message you took?
4      A.  It's not my handwriting and I don't
5  know who R is.
6      Q.  So when it says Ms. Maxwell in the
7  line there, is that you calling for Mr.
8  Epstein?
9           MR. PAGLIUCA:  Objection to the
10     form and foundation.
11     A.  I didn't write it, I don't know
12 when this message was taken.  I don't even
13 know what it's referring to and I don't know
14 what my name is doing on that message pad.
15     Q.  I know you said you only took them
16 a few times.  Do you have a recollection of
17 taking messages of females who would call the
18 house to indicate whether or not they were
19 coming over?
20          MR. PAGLIUCA:  Objection to the
21     form and foundation.
22     A.  Give me a date range.
23     Q.  On 7/9/04.
24     A.  How would I know if I'm in Palm
25 Beach, most likely not.

1           G Maxwell - Confidential
2      Q.  I'm asking if you have a
3  recollection of taking messages for girls who
4  would call the house --
5      A.  Girls.
6      Q.  Females, who would call the
7  house --
8      A.  Over the age of 18.
9      Q.  ███ is 15.
10     A.  I don't know who ███ is, so I
11 can't testify anything to ███
12     Q.  Your name is on the message.
13     A.  I didn't put it there and I don't
14 know what it's doing there.
15     Q.  So your testimony is you didn't
16 take this message?
17     A.  I obviously didn't take the
18 message, it's signed by somebody R, it's not
19 my handwriting.  We don't know if I'm in Palm
20 Beach.
21     Q.  Did you arrange for ███ to have
22 his friend ███ come over on Tuesday of
23 this week?
24     A.  I don't know who ███ is so it
25 would be hard for me to arrange anything with

Page 162

```
1        G Maxwell - Confidential
2   someone I don't know.
3       Q.  Why is your name reflected on this
4   message pad?
5           MR. PAGLIUCA:  Objection to the
6       form and foundation.
7       A.  I have no idea.  You would have to
8   ask whoever took the message.
9       Q.  Did you, in the course of your
10  work, regularly take messages for Jeffrey
11  Epstein?
12      A.  I already testified I hardly ever
13  did.
14      Q.  Would you, in the course of your
15  work, regularly set up appointments for
16  females to come over and give massages for
17  Jeffrey Epstein?
18          MR. PAGLIUCA:  Objection to the
19      form and foundation.
20      A.  Can you specify, females, you mean
21  adults over the age of 18.
22      Q.  Did you regularly set up for
23  Jeffery adults over the age of 18 to come for
24  massages?
25      A.  I didn't regularly do that, no.
```

Page 163

```
1        G Maxwell - Confidential
2       Q.  Would you take messages with
3   respect to females over the age of 18 to come
4   over for a massage?
5       A.  I already testified I hardly ever
6   did take messages.
7       Q.  But would you?
8       A.  I already testified, I hardly
9   ever --
10      Q.  I know hardly ever, but did you?
11      A.  Over the course of time it is
12  possible I may have taken a couple, I have no
13  recollection.  I hardly ever did and I did so
14  irregularly that it would hard for me to
15  pinpoint.
16      Q.  Did you ever take a message for a
17  female under the age of 18 to come over for a
18  massage or for any other reason to be with
19  Jeffrey Epstein?
20          MR. PAGLIUCA:  Object to the form
21      and foundation.
22      A.  I hardly ever took a message.  I
23  have absolutely no way of knowing, maybe one
24  of my friends' daughters called to say they
25  were coming to visit me.  I have never taken
```

Page 164

```
1        G Maxwell - Confidential
2   messages, I don't know about how I would
3   possibly know if somebody I spoke to, one or
4   two times I took a message is, how old they
5   would be but I have never taken a message
6   where I was aware of anything being under the
7   age of 18 and I probably took it so
8   infrequently, it would be impossible.
9       Q.  Can you turn to ███████, it
10  should be the next page.
11      A.  Uh-huh.
12      Q.  Do you see at the top, it says, for
13  Mr. J.  11/8/04 and then the name is
14  redacted.  It says, I have a female for him.
15          Why would a minor be calling
16  Jeffrey to say they have a female for him?
17          Do you know?
18          MR. PAGLIUCA:  Objection to the
19      form and foundation.
20      A.  First of all, I don't know that's a
21  minor, I don't know who took the message.
22      Q.  I will represent to you these are
23  police reports and minor's names have to be
24  redacted for privacy purposes?
25          MR. PAGLIUCA:  Objection to the
```

Page 165

```
1        G Maxwell - Confidential
2       form and foundation.
3       Q.  Do you know why a minor child would
4   be calling Jeffrey and leaving a message to
5   say, quote, I have a female for him?
6           MR. PAGLIUCA:  Objection to the
7       form and foundation.
8       A.  I can't testify anything about this
9   message, I don't know anything about it.
10      Q.  I'm going to direct your attention
11  to the next page ███████.  If you look at
12  the bottom left, you are going to see a
13  message for Jeffrey, from ███████, it
14  says she doesn't have a number and left a
15  message that she called.
16          Do you know who ███████ is?
17      A.  I do not.
18      Q.  Do you know that ███████ was
19  13 at the time she placed this call to
20  Jeffrey?
21      A.  I don't know who ███████ is.
22      Q.  Would Jeffrey regularly have 13
23  year olds call and leave messages?
24          MR. PAGLIUCA:  Objection to the
25      form and foundation.
```

Page 166

```
 1       G Maxwell - Confidential
 2       A.  How would I possibly, these were
 3   messages taken when I was not at the house
 4   and I have no idea who they are nor how old
 5   they are nor anything.
 6       Q.  How do you know you weren't at the
 7   house on this day?
 8       A.  I was hardly at the house in 2005.
 9       Q.  So you could have been there, you
10   just don't know?
11       A.  In the five days I might have been
12   there in 2005, I suppose it's possible but
13   it's unlikely.
14       MR. PAGLIUCA:  Do you know why this
15       isn't redacted if you are representing
16       all the names of people who are underage
17       have been redacted from these records.
18       MS. McCAWLEY:  I think it was -- my
19       assumption is it was a miss by the
20       police department.
21       Q.  I will direct your attention to ████
22   ████ so you will skip a page and go back,
23   it's the final page in the message pads and
24   you will see on the top left for Jeffrey, on
25   6/1/2005 from ████████ with a phone
```

Page 167

```
 1       G Maxwell - Confidential
 2   number.  It says, quote, He has a teacher for
 3   you to teach you how to speak Russian.  She
 4   is two times eight years old.  Not blond.
 5   Lessons are free and you can have your first
 6   today if you call.
 7       Do you know whether ████████
 8   sent a Russian girl that was 16 years old
 9   over to Jeffrey Epstein's home?
10       MR. PAGLIUCA:  Objection to the
11       form and foundation.
12       A.  I do not know.
13       Q.  Did you ever observe a Russian girl
14   that was 16 years old come to Jeffrey
15   Epstein's home?
16       A.  I am not aware of any 16 year old
17   Russian girl that I can recall in Jeffrey
18   Epstein's home.
19       Q.  Do you know whether Jeffrey Epstein
20   had sex with a 16 year old Russian girl?
21       MR. PAGLIUCA:  Objection to the
22       form and foundation.
23       A.  I do not know.
24       THE VIDEOGRAPHER:  It's 12:25.
25   This will be the end of disk 3, we are
```

Page 168

```
 1       G Maxwell - Confidential
 2   off the record.
 3       (Recess.)
 4       A F T E R N O O N   S E S S I O N
 5       (Time noted:  1:21 p.m.)
 6   G H I S L A I N E   M A X W E L L,
 7   resumed and testified as follows:
 8   EXAMINATION BY (Cont'd.)
 9   MS. McCAWLEY:
10       THE VIDEOGRAPHER:  It's now 1:21,
11       we're starting disk No. 4.  We are back
12       on the record.
13       Q.  Ms. Maxwell, before the break, we
14   were talking about and I think it's one of
15   the exhibits that's marked in front of you,
16   I'm not sure of the number, but the police
17   report that I showed you earlier today.
18       Now may I have knowledge of the
19   police report and the criminal investigation
20   with respect to Jeffrey Epstein, do you
21   believe that Jeffrey Epstein abused any minor
22   children?
23       MR. PAGLIUCA:  Objection to the
24       form and foundation.
25       A.  Can you repeat the question please
```

Page 169

```
 1       G Maxwell - Confidential
 2   and break it down so it's more
 3   understandable.
 4       Q.  Now that you have the police report
 5   that I showed you this morning that you had
 6   an opportunity to look at.
 7       A.  You gave it to me, I did not look
 8   at it.
 9       Q.  The questions that I asked you
10   about the police report -- you are aware
11   there is a police report?
12       A.  I am aware there is a police
13   report.
14       Q.  You are aware there was a criminal
15   investigation of Jeffrey Epstein?
16       A.  I am aware that there was that.
17       Q.  Now that you are aware of those two
18   things and having talked to Jeffrey Epstein,
19   do you believe Jeffrey Epstein sexually
20   abused minors?
21       MR. PAGLIUCA:  Objection to the
22       form and foundation.
23       A.  Can you reask the second part of
24   that question please.
25       Q.  Sure.  The two documents we were
```

MAGNA ►
LEGAL SERVICES

1         G Maxwell - Confidential
2    talking about, the document and the
3    investigation, you said you are aware of and
4    after having talked to Jeffrey Epstein, do
5    you believe Jeffrey Epstein sexually abused
6    minors?
7         MR. PAGLIUCA:  Objection to the
8    form and foundation.
9    A.   What do you mean I talked to
10   Jeffrey, you need to break the question down
11   further.
12   Q.   So you have the police report.
13   A.   I do.
14   Q.   And you are aware of the criminal
15   investigation?
16   A.   I am.
17   Q.   Let's take those two things.  After
18   knowing those two things, do you believe that
19   Jeffrey Epstein abused minor children?
20        MR. PAGLIUCA:  Objection to the
21   form and foundation.
22   A.   Can you explain what you mean by
23   the question actually.
24   Q.   I think the question speaks for
25   itself.  I will try again.  I will say it one

1         G Maxwell - Confidential
2    more time because I want you to be able to
3    understand it.
4         Knowing that you have the police
5    report here and knowing about the criminal
6    investigation, do you believe that Jeffrey
7    Epstein sexually abused minors?
8         MR. PAGLIUCA:  Same objection.
9    A.   I know what you put in front of me
10   and I know what I read.
11   Q.   I'm asking what you believe, do you
12   believe Jeffrey Epstein sexually abused
13   minors?
14   A.   I can only tell you what I read and
15   what you showed me.
16   Q.   I'm asking what you believe, from
17   your own belief, do you believe that Jeffrey
18   Epstein abused minors?
19   A.   I can only go from what I know
20   personally and what I know personally about
21   what Virginia's lies talked about.  She is
22   the only person I know that actually claimed
23   that.  And I can say with certitude that
24   everything Virginia said was a lie.
25   Q.   You are aware Jeffrey Epstein was

1         G Maxwell - Confidential
2    sentenced for sexual abuse, are you aware of
3    that?
4         MR. PAGLIUCA:  Objection to the
5    form and foundation.
6    Q.   Are you aware that Jeffrey Epstein
7    served time for sexual abuse of a minor?
8         MR. PAGLIUCA:  Objection to the
9    form and foundation.
10   A.   I don't believe that's what he was
11   sentenced for, actually.
12   Q.   So you don't know that Jeffrey
13   Epstein served time for sexually abusing a
14   minor?
15        MR. PAGLIUCA:  Objection to the
16   form and foundation.
17   A.   I don't believe that's what he was
18   sentenced for.
19   Q.   Do you know that Jeffrey Epstein
20   was convicted for procuring a minor for
21   prostitution?
22        MR. PAGLIUCA:  Objection to the
23   form and foundation.
24   A.   I don't know exactly what he was
25   convicted of.  I don't know that he was

1         G Maxwell - Confidential
2    convicted.  I know he spent time in jail.
3    Q.   Do you know that he spent time in
4    jail related to an issue with a minor child?
5         MR. PAGLIUCA:  Objection to the
6    form and foundation.
7    A.   I did not know that.
8    Q.   What did you think he was spending
9    time in jail for?
10   A.   I only know he went to jail for --
11   it was alleged that he hired -- had an
12   underage prostitute.
13   Q.   So knowing that, do you believe
14   that Jeffrey Epstein sexually abused minors?
15        MR. PAGLIUCA:  Objection to the
16   form and foundation.
17   A.   I can only tell you what he went to
18   jail for.
19   Q.   I'm asking what you believe.  I'm
20   not asking what he went to jail for.  I'm
21   asking for your belief.
22   A.   I cannot testify to what I believe.
23   I can only say what I have seen in the
24   reports and I know he went to jail.
25   Q.   You can testify to what you

MAGNA
LEGAL SERVICES

1        G Maxwell - Confidential
2    believe.  Do you believe --
3        A.  I can only testify --
4        Q.  Let me finish the question so the
5    record is clear.
6        Do you believe Jeffrey Epstein
7    sexually abused minors?
8        MR. PAGLIUCA:  Objection to the
9    form and foundation.
10       Q.  You can answer.
11       A.  I can only testify to what I know.
12   I know that Virginia is a liar and I know
13   what she testified is a lie.  So I can only
14   testify to what I know to be a falsehood and
15   half those falsehoods are enormous and so I
16   can only categorically deny everything she
17   has said and that is the only thing I can
18   talk about because I have no knowledge of
19   anything else.
20       Q.  I'm not asking about Virginia.  I'm
21   asking whether you believe that Jeffrey
22   Epstein sexually abused minors?
23       A.  Again, I repeat, I can only go on
24   what I know and what I know is a falsehood
25   based on what Virginia said.

1        G Maxwell - Confidential
2        Q.  Do you believe Jeffrey Epstein
3    sexually abused minors?
4        A.  Again, I repeat, Virginia is a liar
5    and based on Virginia's stories, that is
6    what -- she lied and I can only then talk
7    about what you've showed me in the police
8    reports and I know he went to jail.
9        Q.  Do you believe that Jeffrey Epstein
10   sexually abused minors?  I'm asking about
11   your belief.
12       A.  Again, I just repeat, I can only
13   go -- my belief is Virginia is a liar.
14       Q.  What is that belief?
15       A.  She is an absolute liar and
16   everything she said is a lie and therefore,
17   everything that stems from that is a lie.
18       Q.  So do you believe that Jeffrey
19   Epstein sexually abused minors?
20       A.  Again -- can we move on from here?
21       Q.  No.  You are going to answer the
22   question.
23       A.  I have already.
24       Q.  No, you haven't.
25       A.  I have.

1        G Maxwell - Confidential
2        Q.  Do you believe Jeffrey Epstein
3    sexually abused minors?
4        A.  Again, I repeat, the only person I
5    know who has talked about these things that I
6    have personal -- was personally present, was
7    Virginia and I can only talk to Virginia and
8    she is a liar.
9        Q.  Setting aside Virginia.  Take her
10   out of the picture.  It's my question.
11       A.  We are here today because of
12   Virginia and her lies because this is a
13   defamation suit.
14       Q.  Setting aside Virginia, do you
15   believe Jeffrey Epstein sexually abused
16   minors?
17       A.  I cannot set aside Virginia because
18   that's why we are here and this is the only
19   reason I am sitting here in this room and I
20   will not set her aside and I cannot comment
21   about anything else except her because she is
22   the only person I actually know about.
23       Q.  Are you refusing to answer that
24   question?
25       A.  I am not refusing the question.  I

1        G Maxwell - Confidential
2    can only testify about Virginia who is an
3    absolute total liar and you all know she is.
4    She lied about her age, you know she lied
5    about absolutely everything.  So I can only
6    go on what I know as a liar and she is a
7    liar, an exaggerator, a fantasist and
8    absolutely true terrible person.
9        Q.  I want you to listen very
10   carefully.  I am asking you to set aside
11   Virginia.
12       A.  I can't set aside Virginia.
13       Q.  I am asking you to do that for
14   purposes of this question.
15       MR. PAGLIUCA:  She doesn't have to.
16       MS. McCAWLEY:  She can refuse to
17   answer the question.
18       A.  I'm not refusing to answer the
19   question.
20       Q.  You are refusing.
21       My question has nothing to do with
22   Virginia.  Let me make the record here.  My
23   question has nothing to do with Virginia.  I
24   want it to be clear for the court.  My
25   question has nothing to do with Virginia.

MAGNA
LEGAL SERVICES

Page 178

```
1        G Maxwell - Confidential
2        What I'm asking you is whether you
3   believe Jeffrey Epstein abused minors?
4        MR. PAGLIUCA:  I object to the form
5   and you made your record, she answered
6   the question.  A fair reading of her
7   answer is she doesn't have a belief
8   because she doesn't have any personal
9   knowledge.
10       MS. McCAWLEY:  Now you are
11   testifying for the witness.  Let her
12   answer the question.
13       MR. PAGLIUCA:  It's a fair answer
14   to the question.
15   A.   Again, I testified my only personal
16   knowledge concerns Virginia and everything
17   Virginia has said is an absolute lie, which
18   is why we are here in this room.  If you are
19   asking me to testify about things I have no
20   knowledge of other than the police report
21   that you showed me, I am not in a position to
22   make a statement based on that because you
23   are asking me to speculate and I cannot
24   speculate.
25   Q.   I'm asking you about your belief.
```

Page 179

```
1        G Maxwell - Confidential
2   I'm not asking you to speculate at all.  I'm
3   asking what you believe.
4   A.   You are asking me to speculate and
5   I won't speculate.
6   Q.   I'm not asking you to speculate.
7   I'm asking what you believe.
8        MR. PAGLIUCA:  She answered the
9   question and we can move on.
10       MS. McCAWLEY:  She hasn't answered
11   the question.
12       MR. PAGLIUCA:  We are not going to
13   engage in this debate.  She answered the
14   question.  If you want to mark it and
15   move to compel an answer to the
16   question, have at it.  Okay.
17   Q.   Ms. Maxwell, is it your belief that
18   Jeffrey Epstein interacted sexually with
19   minors?
20   A.   Again, you are asking me the same
21   type of question exactly but with different
22   language.  Again, my only knowledge of
23   somebody who claims these things that I have
24   personal knowledge of is Virginia.  Virginia
25   is an absolute liar and everything she has
```

Page 180

```
1        G Maxwell - Confidential
2   said is a lie.  Therefore, based on those
3   lies I cannot speculate on what anybody else
4   did or didn't do because if Virginia is the
5   example of what that story is and everything
6   she said is false, so everything that leads
7   from that is false.
8   Q.   So the 30 other minor children in
9   the police report are also telling lies about
10   being sexually abused during massages with
11   Mr. Epstein?
12       MR. PAGLIUCA:  Objection to the
13   form and foundation.  Counsel, can you
14   show me in these police reports who the
15   30 minors are?
16       MS. McCAWLEY:  I'm asking my
17   question.
18       MR. PAGLIUCA:  You are making a
19   representation about numbers, you are
20   making a representation on the record
21   about what people said or didn't say.
22   We have no knowledge about that.  These
23   are all redacted records so these are
24   bad questions.  They don't lead to any
25   admissible evidence.  It is only being
```

Page 181

```
1        G Maxwell - Confidential
2   propounded to the witness to harass her.
3   So we are done with these questions.
4        MS. McCAWLEY:  Are you done?
5        MR. PAGLIUCA:  Yes.
6   Q.   My question is, are you aware that
7   Jeffrey Epstein was convicted of having
8   relations with a minor child?
9        MR. PAGLIUCA:  She answered that
10   question already.
11       MS. McCAWLEY:  I'm getting to my
12   next question.
13       MR. PAGLIUCA:  Ask your next
14   question.  Don't keep asking the same
15   question.
16       MS. McCAWLEY:  You are now
17   shouting, I want the record to reflect
18   that you are interrupting the
19   deposition.  I ask you to calm down,
20   take a deep breath and please let me ask
21   my questions.
22       MR. PAGLIUCA:  Your behavior is
23   inappropriate.
24   Q.   I will ask you again.
25       Do you believe that Jeffrey Epstein
```

MAGNA
LEGAL SERVICES

1        G Maxwell - Confidential
2   interacted sexually with minors?
3        A.   Again, I go back to this, my only
4   actual knowledge is with Virginia and
5   Virginia is a liar, so I can only talk to
6   what Virginia's story and as I said before
7   and there are so many examples, I mean
8   thousands of examples of her lies, that that
9   is the only thing I can talk to.
10       Q.   Based on that you do not believe
11  that Jeffrey Epstein sexually abused minors?
12       A.   Again, as I said, I'm only talking
13  to what I know, I can only talk to Virginia.
14       Q.   So is it your belief that Jeffrey
15  Epstein did not sexually abuse minors?
16       A.   Again, I can only talk to what I
17  know and I know that Virginia is a liar and
18  that what she said is a lie.  So I can only
19  testify to what she accused and you guys put
20  in the press for salacious purposes and
21  whatever terrible, inappropriate, unethical
22  and terrible reasons you chose to do that
23  about me and I can testify those are all
24  lies.
25       Q.   Do you know whether Jeffrey Epstein

1        G Maxwell - Confidential
2   sexually abused any minor children?
3        A.   Again, I only know 1000 percent
4   that Virginia is a liar.  I can only talk to
5   Virginia, her lies and your inappropriate,
6   unethical, really unattractive, terrible use
7   of her and the way that you have abused the
8   system, used the press for purposes that are
9   unethical, inappropriate and appalling.
10       Q.   Do you believe that Jeffrey Epstein
11  used massages to lure minors to have sex with
12  him?
13       A.   Again, that is Virginia's
14  testimony, which is a lie.
15       Q.   But do you believe that?
16       A.   Again, I refer back to Virginia.
17       Q.   I'm asking whether you believe it
18  or not?
19       A.   I can only go with what I know and
20  I know Virginia is a liar and therefore
21  that's a lie.
22       Q.   So you don't believe that?
23       A.   I said, I only know that Virginia
24  is lying.
25       Q.   Are you aware that Jeffrey Epstein

1        G Maxwell - Confidential
2   is a registered sex offender?
3        A.   I am.
4        Q.   Are you aware that Jeffrey Epstein
5   paid considerable amounts of money to settle
6   lawsuits with the minor children that he had
7   sexual contact with?
8        MR. PAGLIUCA:  Objection to the
9   form and foundation.
10       A.   I have no knowledge of those
11  issues.
12       Q.   Why did you continue to maintain
13  contact with Jeffrey Epstein after he pled
14  guilty?
15       A.   I'm a very loyal person and Jeffrey
16  was very good to me when my father passed
17  away and I believe that you need to be a good
18  friend in people's hour of need and I felt
19  that it was a very thoughtful, nice thing for
20  me to do to help in very limited fashion
21  which was helping if he had any issue with
22  his homes, in terms of the staffing issues.
23  It was very, very minor but I felt it was
24  thoughtful in somebody's hour of need.
25       Q.   Did he continue to pay you during

1        G Maxwell - Confidential
2   that time period?
3        A.   I was paid a little.
4        Q.   You were paid?
5        A.   Yes.
6        Q.   When you say a little, what you did
7   mean by that?
8        A.   I don't recall exactly the amount.
9        Q.   So in 2009 when you left him, what
10  were you being paid?
11       A.   I just told you, I don't recall.
12       Q.   Were you being paid $100,000?
13       A.   I just don't you I don't recall.
14       Q.   Were you paid over a million
15  dollars?
16       A.   I think I would remember over a
17  million dollars.
18       Q.   So it was under a million dollars?
19       A.   It was under a million dollars.
20       Q.   Was it over $500,000?
21       A.   I just told you, it was under 500,
22  it was an amount of money less than $500,000,
23  less than a million dollars and I did it out
24  of thoughtfulness and consideration for
25  somebody who was in trouble.

1        G Maxwell - Confidential
2        Q.   Did you have an attorney to consult
3    with during the criminal investigation of
4    Jeffrey Epstein?
5        A.   I don't believe I did.
6        Q.   When did you learn that a search
7    warrant was executed for the Palm Beach
8    house?
9        A.   I don't recall exactly.
10       Q.   Were you present at the house in
11   advance of the search warrant being executed?
12       MR. PAGLIUCA:  Object to the form
13       of the question.
14       A.   I don't remember when the search
15   warrant was executed and I don't remember the
16   year that the search warrant was executed and
17   whenever that was, I already testified, I was
18   very, very infrequently at the house.  So
19   highly unlikely but I was there a couple of
20   days, I just don't know which days it was in
21   relation to the police situation.
22       Q.   Did you have a computer at the Palm
23   Beach home that was a computer that you would
24   use?
25       A.   No.

1        G Maxwell - Confidential
2        Q.   Was there a computer available for
3    use in the Palm Beach house?
4        A.   Can you be more specific.
5        Q.   Was there anywhere in the Palm
6    Beach house where there was a computer where
7    you said you worked for him and there were
8    other staff in the house, was there ever a
9    computer in the Palm Beach mansion that was
10   accessible by you or other staff?
11       MR. PAGLIUCA:  Objection to the
12       form and foundation.
13       A.   I stopped being regularly at the
14   house sometime in 2003 so from 2003 to when
15   the police search was executed, I have no
16   memory of what there was or what there was
17   not.  I can only testify for what was there
18   when I was present largely.
19       Q.   So in 2003 when you were still
20   there, was there a computer that was
21   accessible to you or other staff at the
22   house?
23       MR. PAGLIUCA:  Objection to the
24       form and foundation.
25       A.   There was a desktop computer that

1        G Maxwell - Confidential
2    people could use -- just like you would use
3    if you needed to go online to get something,
4    that people could use.
5        Q.   Was that on a desk that you would
6    use in your work capacity when you were at
7    the house?
8        A.   It was a desk, it was a room I was,
9    I didn't really use that computer.
10       Q.   Were there images of naked girls
11   whether they be under the age of 18 or over
12   the age of 18 on that computer?
13       A.   I have no recollection of any naked
14   people on that computer when I was there in
15   2003, we are talking.
16       Q.   What about from say '99 to 2003?
17       A.   No, I can't recollect any naked
18   pictures.
19       Q.   Why were the computers removed from
20   the house before the search warrant was
21   executed?
22       MR. PAGLIUCA:  Objection to the
23       form and foundation.
24       A.   I have no knowledge of anything
25   like that.

1        G Maxwell - Confidential
2        Q.   Do you know where the computers are
3    now?
4        MR. PAGLIUCA:  Objection to the
5        form and foundation.
6        A.   I don't know what computers you are
7    talking of and I have no idea what you are
8    referencing.
9        Q.   In 2003 you said there was a
10   computer in a room on a desk?
11       A.   Right.
12       Q.   Do you know where that computer is
13   now?
14       A.   I do not.
15       Q.   Did you take pictures of nude
16   females in any of Epstein's homes or in and
17   around the homes, out by the pool or anywhere
18   like, in the Palm Beach home, the New York
19   home, USVI home or the New Mexico home?
20       MR. PAGLIUCA:  Objection to the
21       form and foundation.
22       A.   Can you repeat the question.
23       Q.   Did you take pictures of nude woman
24   over 18 or under 18, females, in any of
25   Jeffrey Epstein's homes, inside or outside in

1        G Maxwell - Confidential
2   or around the home?
3        A.  I think we need to distinguish
4   between anyone under the age of 18 and over
5   the age of 18.
6        Q.  We will start with, did you take
7   pictures of nude females in or around any of
8   Jeffrey's homes of women or females that were
9   under the age of 18?
10       A.  No.
11       Q.  Did you take pictures of nude
12   females --
13       A.  Nude you mean with no clothing on.
14       Q.  Or half nude, with no top on, any
15   sort of nakedness to an individual.
16            In any of Jeffrey's homes, either
17   Palm Beach, New Mexico, USVI or New York
18   either outside by the pool, anywhere in or
19   around those homes of females over the age of
20   18?
21       A.  So it is possible that I took
22   pictures of people that were somehow semi or
23   had some clothing on or no clothes on but at
24   no time were any of these pictures remotely
25   inappropriate.  They were, you could see them

1        G Maxwell - Confidential
2   in a mainstream magazine today, there would
3   be no inappropriateness, they would be
4   covered, concealed, you wouldn't see anything
5   at all.
6            The types of -- first, I took very
7   few and they were always by request, this was
8   a picture you could put on your -- gift to
9   your parent or to your grandparents to put on
10   their mantel piece .  It would be a very
11   benign sort of attractive picture where you
12   wouldn't see anything.
13       Q.  Who would request those pictures?
14       A.  From time to time, people, men and
15   women would ask to have nice photographs of
16   them taken.
17       Q.  And did Jeffrey Epstein request
18   those pictures?
19       A.  I don't ever recall him asking me
20   to take pictures.
21       Q.  Did you give him pictures of naked
22   females as a present?
23       A.  I don't recall ever giving a
24   present of -- I don't know why a photograph
25   would constitute a gift.

1        G Maxwell - Confidential
2        Q.  Not as a gift.
3            Do you recall ever giving Jeffrey
4   Epstein pictures that you've taken of these
5   individuals in a naked state?
6            MR. PAGLIUCA:  Objection to the
7        form and foundation.
8        A.  First of all, we've already
9   established that they are not naked state
10   photographs.
11       Q.  A piece of them being naked as you
12   described.
13       A.  I said they would be attractive as
14   you would see in mainstream magazines and
15   those pictures could be a picture of a hand
16   or a foot, they didn't necessarily
17   constitute -- I know where you are headed
18   with this and it's nowhere appropriate and
19   it's really unattractive.
20       Q.  I'm not headed anywhere.  I'm just
21   asking the questions.  Did you give Jeffrey
22   Epstein any of these pictures that you took
23   of females in the state that you described?
24       A.  I can't recall ever giving him
25   pictures but it is possible that I took

1        G Maxwell - Confidential
2   pictures of people that would end up -- or a
3   friend of his that he would have -- not naked
4   or not inappropriate in any way, that he
5   might have somewhere in his house.
6        Q.  Name for me all the individuals who
7   you took these pictures of?
8        A.  It's entirely impossible for me to
9   name people.  First of all, it was just -- it
10   would not be possible, I took thousands of
11   photos, not of people, I mostly take pictures
12   of landscapes and things.  I have no
13   recollection specifically of people that I
14   took pictures of.
15       Q.  So you can't remember, is it your
16   testimony you can't remember one person that
17   you took a picture of in either a naked or
18   semi naked state?
19       A.  I seriously cannot recall.  I just
20   don't recall.
21       Q.  Did you take a picture of Virginia
22   Roberts either alone or with another
23   individual in a naked state?
24       A.  I have never taken, I believe, any
25   pictures of two people in any type of

MAGNA
LEGAL SERVICES

1          G Maxwell - Confidential
2    situation, naked as you describe.
3          Q.   Did you take a picture of Virginia
4    Roberts on her own without another individual
5    in it in a naked state?
6          A.   I don't recall ever taking a
7    picture of Virginia -- naked, we are not
8    referring to someone with no clothing on at
9    all, we are referring to someone that could
10   be semi clad or could have a towel or we are
11   not referring to anything inappropriate.
12         Q.   Was this a hobby of yours to take
13   pictures of the type that you are describing?
14         MR. PAGLIUCA:   Object to the form.
15         A.   I just testified, I didn't take
16   pictures of many people.  My preference is
17   pictures for landscapes and for architectural
18   pieces.
19         Q.   Where are those pictures today?
20         A.   I have no idea.
21         Q.   Do you have them in your home?
22         A.   I do not.
23         Q.   Do you have them on your computer?
24         A.   I do not.
25         Q.   What has Jeffrey Epstein told you

1          G Maxwell - Confidential
2    about the allegations related to the criminal
3    investigation that he was involved in?
4          A.   I really can't say, not because I
5    don't want to say but I just think of what he
6    has said to me over the course of this time.
7          Q.   Did he explain it to you and
8    explain what the charges were against him?
9          A.   I never had a detailed conversation
10   with him, as I recall.
11         Q.   Not detailed, just did he explain
12   anything that was happening to him?
13         A.   I haven't spoken to him for so
14   long.  I can't possibly testify to what
15   conversations I had with him over the course
16   of time.
17         Q.   Did he talk to you about any of the
18   girls that were making allegations against
19   him other than Virginia?
20         MR. PAGLIUCA:   Objection to the
21         form and foundation.
22         A.   You are talking about the police
23   records again, all of that?
24         Q.   Yes.
25         A.   I have never had a conversation

1          G Maxwell - Confidential
2    about those things.
3          Q.   What has Jeffrey Epstein told you
4    about Virginia Roberts?
5          A.   That she is a liar.
6          Q.   What does he base that on?
7          MR. PAGLIUCA:   Objection to the
8          form and foundation.
9          A.   You would have to check with him.
10   I can tell you why I think she is a liar, I'm
11   happy to do that.
12         Q.   Did he tell you he did not have
13   sexual relations with Virginia Roberts?
14         A.   I can only testify what I know.
15         Q.   I'm asking, has he told you that he
16   did not have sexual relations with Virginia
17   Roberts?
18         A.   I can only tell you what I know
19   about Virginia Roberts, I cannot tell you
20   what he knows about Virginia Roberts.
21         Q.   I'm asking, did he tell you that he
22   did not have sexual relations with Virginia
23   Roberts?
24         A.   All he told me is she is a liar.
25         Q.   That's all he said about Virginia

1          G Maxwell - Confidential
2    Roberts?
3          A.   We went through all the lies that
4    you have sold to the papers and sold in
5    general and we have analyzed her lies and
6    your lies and your inappropriate behavior in
7    detail.
8          Q.   Did he ever say that he did not
9    have sexual relations with Virginia Roberts?
10         A.   I just testified that we went
11   through all of her lies.
12         Q.   I understand what you said.  I'm
13   asking you a question.
14         Did he ever tell you that he never
15   had sex with Virginia Roberts?
16         A.   I don't recall whether he ever -- I
17   don't know I ever had that question.  We
18   focused on the lies she did say she had with
19   him as relates to me.  I don't remember
20   asking him about his problems with her.  I'm
21   interested in what she says about myself.
22         Q.   Did you also talk about what things
23   that Virginia Roberts was saying that were
24   true?
25         A.   There isn't anything that she said

Page 198

```
 1        G Maxwell - Confidential
 2   that was true.
 3        Q.  Nothing she said that you are aware
 4   of is true?
 5        A.  I think she is correct when she
 6   talks about what her name is.
 7        Q.  Anything else?
 8        A.  I'm sure there must be one or two
 9   other details but they are so far and few
10   between, I would have to look in detail at
11   all of her allegations to pinpoint what
12   possibly could be true.
13        Q.  Did you ever ask Jeffrey if he had
14   sex with minors?
15        A.  I have never been asked that
16   question.
17        Q.  You never asked him that question.
18        What analysis did Jeffrey do to
19   determine that the statements Virginia
20   Roberts were making were lies?
21        MR. PAGLIUCA:  Objection to the
22   form and foundation.
23        A.  Ask me again, please.
24        Q.  What analysis did Jeffrey do to
25   determine that the statements that Virginia
```

Page 199

```
 1        G Maxwell - Confidential
 2   Roberts were making were lies?
 3        MR. PAGLIUCA:  Objection to the
 4   form and foundation.  And to the extent
 5   that any of this answer calls for any
 6   privileged communication, I'm
 7   instructing, with myself or another
 8   lawyer representing you or in any common
 9   interest agreement, I'm instructing you
10   not to answer.
11        MS. McCAWLEY:  The court ruled she
12   is entitled and you had to produce
13   documents about communications with
14   Jeffrey, that's what I'm asking about.
15   I'm not asking about communications with
16   lawyers.
17        Q.  I'm asking what analysis did
18   Jeffrey do to determine that the statements
19   that Virginia Roberts was making were lies,
20   if you know?
21        MR. PAGLIUCA:  My objection is to
22   the extent she learned any of that
23   information as a result of either a
24   privileged communication from a lawyer,
25   one of her lawyers or a privileged
```

Page 200

```
 1        G Maxwell - Confidential
 2   communications subject to a joint
 3   defense agreement or common interest
 4   agreement, I'm telling her not to
 5   answer.  To the extent she has
 6   information outside of those things, she
 7   is permitted to answer.
 8        Q.  Do you understand?
 9        So if it was a conversation with a
10   lawyer which I'm not asking about, I don't
11   want you to tell me about your conversations
12   with lawyers.
13        I want you to tell me whether
14   Jeffrey Epstein ever told you what he
15   analyzed in order to determine which of -- of
16   what Virginia were saying were lies?
17        A.  I do not know what he did, no.
18        So you agree she is lying, Singrid.
19        Q.  I do not agree with that and I'm
20   asking the questions.
21        A.  You just said her lies.
22        Q.  I'm repeating a statement you made.
23        Q.  Are you saying it's an obvious lie
24   that Jeffrey Epstein engaged in sexual
25   conduct with Virginia while Virginia was
```

Page 201

```
 1        G Maxwell - Confidential
 2   underage?
 3        A.  I can only testify to what I saw
 4   and what I was present for, so if you are
 5   asking me what I saw then I am happy to
 6   testify.  I cannot testify to what somebody
 7   else did or didn't do.
 8        Q.  Did you issue a statement
 9   ███████████████ in 2015, stating that
10   Virginia Roberts' claims were, quote, obvious
11   lies?
12        MR. PAGLIUCA:  Objection to the
13   form and foundation.
14        Q.  You can answer.
15        A.  You need to reask me the question.
16        Q.  Sure.
17        Did you issue a press statement
18   █████████████████, in
19   January of 2015, stating that Virginia
20   Roberts' claims were, quote, obvious lies?
21        MR. PAGLIUCA:  Objection to the
22   form and foundation.
23        A.  Can you ask it a different way,
24   please?
25        Q.  I will ask it again and you can
```

MAGNA
LEGAL SERVICES

Page 202

```
 1       G Maxwell - Confidential
 2  listen carefully.
 3       Did you issue a press statement
 4  █████████████████████████████, in
 5  January of 2015, where you stated that
 6  Virginia Roberts' claims were, quote, obvious
 7  lies?
 8       MR. PAGLIUCA: Objection to the
 9  form and foundation.
10       A.  So my lawyer, █████████
11  instructed ████████ to issue a statement.
12       Q.  Today, did you say that Virginia
13  lied about, quote, absolutely everything?
14       A.  I said that there are some things
15  she may not have lied about.
16       Q.  So are you saying it's an obvious
17  lie that Jeffrey Epstein engaged in sexual
18  contact with Virginia while Virginia was
19  underage?
20       MR. PAGLIUCA: Objection to the
21  form and foundation.
22       A.  Can you ask the question again,
23  please?
24       Q.  Are you saying it's an obvious lie
25  that Jeffrey Epstein engaged in sexual
```

Page 203

```
 1       G Maxwell - Confidential
 2  conduct with Virginia while Virginia was
 3  underage?
 4       MR. PAGLIUCA: Objection to the
 5  form and foundation.
 6       Q.  You can answer.
 7       A.  Try again, please.
 8       Q.  Are you saying that it's an obvious
 9  lie that Jeffrey Epstein engaged in sexual
10  conduct with Virginia while Virginia was
11  underage?
12       MR. PAGLIUCA: Objection to the
13  form and foundation.
14       A.  Again, I'm telling you, first of
15  all, it was a statement that was issued by my
16  lawyer and -- through my lawyer to █████.
17       Q.  I understand that. I'm asking you,
18  are you saying that it's an obvious lie that
19  Jeffrey Epstein engaged in sexual conduct
20  with Virginia while Virginia was underage.
21       Is that a lie?
22       MR. PAGLIUCA: Objection to the
23  form and foundation.
24       Q.  You can answer.
25       A.  So I cannot testify to what █████
```

Page 204

```
 1       G Maxwell - Confidential
 2  ████ and ████████████ decided to put -- I can
 3  testify to what Virginia's obvious lies are
 4  as regards to me. I cannot make
 5  representations about all the many lies she
 6  may or may not have told about Jeffrey.
 7       Q.  So is Virginia lying when she says,
 8  is it an obvious lie when she says that she
 9  had sex with Jeffrey Epstein while she was
10  underage?
11       MR. PAGLIUCA: Objection to the
12  form and foundation.
13       A.  Again, I'm testifying to what I
14  know to be true. I can only testify to all
15  the many lies she told about me. I cannot
16  testify to what lies she told about somebody
17  else. Given she told so many about me, one
18  can probably infer she is lying about
19  everything.
20       Q.  So you think she is lying when she
21  said she had sex with Jeffrey Epstein when
22  she was underage?
23       MR. PAGLIUCA: Objection to the
24  form and foundation.
25       A.  Again, I can only talk about what I
```

Page 205

```
 1       G Maxwell - Confidential
 2  can positively say myself, not what somebody
 3  else is going to represent.
 4       Q.  When you were saying that she was,
 5  her claims of having sex with Jeffrey Epstein
 6  were obvious lies, are you saying she is
 7  lying about engaging in sexual conduct with
 8  Jeffrey Epstein when she was underage?
 9       MR. PAGLIUCA: Objection to the
10  form and foundation.
11       Q.  You can answer.
12       A.  Again, this was a statement that
13  was put out from my lawyer ████████████
14  ████████████. And I can only testify to
15  the obvious lies that she says about me. I
16  cannot make representations about lies she
17  says about someone else, but she lies so many
18  times about me, one can probably infer she is
19  lying about everything.
20       Q.  So is she not lying when -- is she
21  telling the truth when she says she had sex
22  with Jeffrey Epstein when she was underage?
23       MR. PAGLIUCA: Objection to the
24  form and foundation.
25       A.  Again, I don't know how else to
```

MAGNA
LEGAL SERVICES

Page 206

1          G Maxwell - Confidential
2    tell you, I can only talk about what I know
3    to be true.  What I know is her story about
4    how she claims that initial situation
5    happened is so egregiously false and such a
6    giant fat enormous, repulsive, disgusting,
7    inappropriate, vile lie, that that I can
8    testify to.
9        Q.  Was she lying when she said she met
10   you at Mar-a-Lago?
11       A.  Again I already testified I don't
12   recall meeting her at Mar-a-Lago.
13       Q.  We showed you a document where you
14   said you met her at Mar-a-Lago when she was
15   17, is that correct?
16          MR. PAGLIUCA:  Objection to the
17       form and foundation.
18       A.  I think I already testified to
19   that.  What I remembered based on all the
20   rubbish she has written and all the many
21   articles I have read, maybe in the moment
22   when I wrote that, have caused me to have
23   that but on reflection I don't recall it as I
24   sit here today.
25       Q.  Are you saying that it was an

Page 207

1          G Maxwell - Confidential
2    obvious lie that you approached Virginia
3    while she was under age at Mar-a-Lago?
4          MR. PAGLIUCA:  Objection to the
5       form and foundation.
6       A.  First of all, we can all agree
7    here, all of you sitting here that the lies
8    that you perpetrated in the press that she
9    was 15 and we should all agree now that that
10   is fake, a lie that was perpetrated between
11   all of you to make the story more exciting,
12   can we agree on that?
13       Q.  That is not my question.
14       A.  Can we agree she was not the age
15   she said and you put that in the press, that
16   is obviously, manifestly, absolutely, totally
17   a lie.
18          MS. McCAWLEY:  I am going to put on
19       the record, Ms. Maxwell very
20       inappropriately and very harshly pounded
21       our law firm table in an inappropriate
22       manner.  I ask she take a deep breath,
23       and calm down.  I know this is a
24       difficult position but physical assault
25       or threats is not appropriate, so no

Page 208

1          G Maxwell - Confidential
2    pounding, no stomping, no, that's not
3    appropriate,.
4       A.  Can we be clear, I didn't threaten
5    anybody.
6          MR. PAGLIUCA:  Stop, you made your
7       record, there is no dent in the table.
8       I don't see any chips.  Can we take a
9       break now.
10          MS. McCAWLEY:  I think it's
11       appropriate to take a break.
12          THE VIDEOGRAPHER:  It's 1:56 and we
13       are off the record.
14       (Recess.)
15          THE VIDEOGRAPHER:  It's now 2:13,
16       we're starting disk No. 5 and we are
17       back on the record.
18       Q.  Ms. Maxwell, how old was Virginia
19   Roberts when you met her in Mar-a-Lago?
20          MR. PAGLIUCA:  Objection to the
21       form and foundation.
22       A.  I know today that she was 17 years
23   old.
24       Q.  Are you saying that it's an obvious
25   lie that Virginia traveled on Jeffrey

Page 209

1          G Maxwell - Confidential
2    Epstein's airplanes?
3          MR. PAGLIUCA:  Objection to the
4       form and foundation.
5       Q.  You can answer.
6       A.  Are you referring to my statement
7    where that says that?
8       Q.  I'm referring to the language you
9    use in your statement that says, obvious
10   lies?
11       A.  Can you read my entire statement?
12       Q.  Sure, let me pass it out.
13       (Maxwell Exhibit 10, email,marked
14       for identification.)
15       Q.  This is Bates GM 00068 and we will
16   mark it as -- what you have in front of you
17   is a statement at the top.  This was produced
18   by your counsel, it is indicated Bates No.
19   GM 00068.  At the top the date reflects
20   January 2, 2015 from, appears to be ███████
21   █████████████, subject line, is you and
22   then there is a number of individuals you can
23   see at the top that are copied on this that
24   is sent to and bcc'd on this statement.
25          The statement, there are two parts

MAGNA ▶
LEGAL SERVICES

G Maxwell - Confidential

1  of it.  There is an opening email that says,
2  please find an attached quotable statement on
3  behalf of Ms. Maxwell and there is more
4  language there and it's from ████████ and
5  then it says in the body of it, Jane Doe No.
6  3 or Jane Doe 3 is Virginia Roberts so not a
7  new individual.  The allegations made by, and
8  it says Victoria but I believe that means
9  Virginia Roberts, against Ghislaine Maxwell
10  are not true.  The original allegations are
11  not new and have been fully responded to and
12  shown to be untrue.  And the next paragraph
13  says, Each time the story is retold, it
14  changes with new salacious details about
15  public figures and world leaders and now it
16  is alleged by Ms. Roberts that ████████
17  is involved in having sexual relations with
18  her which he denies.  Ms. Roberts claims are
19  obvious lies and should be treated as such
20  and not publicized as news as they are
21  defamatory.
22         The last paragraph states,
23  Ghislaine Maxwell's original response to the
24  lies and defamatory claims remains the same.

G Maxwell - Confidential

1  Maxwell strongly denies allegations of the --
2  strongly denies allegations of an unsavory
3  nature which have appeared in the British
4  press and elsewhere and reserves her right to
5  seek redress at the repetition of such old
6  defamatory claims.
7         Are you saying that it's an obvious
8  lie that Virginia Roberts traveled on Jeffrey
9  Epstein's planes?
10         MR. PAGLIUCA:  Objection to the
11  form and foundation.
12      A.  I'm saying what's an obvious lie
13  and I think we can all agree, you just had
14  the case tossed out by ████████.  He
15  just got removed from the case because you
16  put him in a case that he wasn't supposed to
17  be in so what was said about him is not true.
18      Q.  Are you saying that it's an obvious
19  lie that Virginia Roberts traveled on Jeffrey
20  Epstein's plane?
21         MR. PAGLIUCA:  Objection to the
22  form and foundation.
23      A.  You have given me plane records
24  that has her name on it but as I already

G Maxwell - Confidential

1  testified those aren't federally mandated
2  things and I can see her name on it but
3  that's what I -- I told you I don't recall
4  her on any planes.
5      Q.  Is that one of Virginia's
6  obvious lies?
7      A.  There are more obvious ones.
8      Q.  Is that one of them?
9      A.  I can't testify to her being on a
10  plane or not.
11      Q.  So is that an obvious lie?
12      A.  There are more obvious lies, like
13  ████████
14         Q.  I understand there are more obvious
15  ones.  I'm asking you, is the fact that she
16  said she traveled on Epstein's planes an
17  obvious lie?
18      A.  I think we can probably say because
19  you see her name on a plane record and she
20  went from A to B, that would not be the
21  obvious lie that I would pick.
22      Q.  What obvious lie were you picking
23  when you made this statement?
24      A.  There are so many that I would be

G Maxwell - Confidential

1  thrilled to go through all of them.
2      Q.  Let's go through them.
3         What's the first one?
4      A.  Her characterization of the first
5  meeting at Mar-a-Lago.
6      Q.  What part of that was an obvious
7  lie?
8      A.  The characterization that she said
9  that she said she was accosted.  She looked
10  like, as best as I can recall, if I met her
11  in Mar-a-Lago as she claims, she worked at
12  Mar-a-Lago, she claims, and her statement she
13  worked at Mar-a-Lago, she would have been
14  dressed as all the spa people in Mar-a-Lago
15  would have been.  It would have been
16  impossible to identify her as someone other
17  than someone who worked at a spa.  She made
18  many claims, she has been a bathroom
19  attendant, front of house attendant, we don't
20  know what she was, so her obvious lies are
21  her contradictory of her own personal
22  statements within that.
23      Q.  So what part of her statement
24  relating to Mar-a-Lago --

1       G Maxwell - Confidential
2       A.  I'm carrying on.
3       Q.  I'm sorry.  I thought you were
4  done.
5       A.  Please.  Her statement also that
6  she was driven by her father to Palm Beach.
7  She was driven by her mother, as a matter of
8  fact.  Her whole entire characterization of
9  the first meeting with Jeffrey, as I was
10 outside speaking to her mother.
11      Q.  Let me stop you there, so we don't
12 get too far ahead.  Let me make sure I
13 understand your testimony.
14         The first, in the first piece when
15 you were talking, I believe you said and
16 correct me if I'm wrong, that her
17 characterization of the first meeting at
18 Mar-a-Lago was an obvious lie.
19         What part of that meeting was an
20 obvious lie?
21      A.  By her own testimony, all her
22 various many different descriptions of what
23 she was or wasn't or where she was or wasn't,
24 they have all changed.  She was either front
25 of house or bathroom attendant.  I don't know

1       G Maxwell - Confidential
2  what she was, so just by her own words, one
3  doesn't know what's true and what isn't true.
4       Q.  Are you saying what position she
5  said she was working in, is that what you are
6  considering the obvious lie?
7       A.  I said inconsistency within her own
8  statement from everything, so in the
9  beginning it starts off with different
10 statements.
11      Q.  Then I believe you said the second
12 piece was that she was driven by her father?
13      A.  I said she was driven by her
14 mother.
15      Q.  That's the obvious lie?
16      A.  It's an obvious lie to me.
17      Q.  You said why don't you state it in
18 your own words but the characterization of
19 how she was with Jeffrey, what about that is
20 an obvious lie?
21      A.  I was standing outside talking to
22 her mother so the entire story is a
23 fabrication.
24      Q.  Did she not have sex with Jeffrey
25 Epstein during that first massage?

1       G Maxwell - Confidential
2       MR. PAGLIUCA:  Objection to the
3  form and foundation.
4       A.  I was talking to her mother so...
5       Q.  Do you know whether that's an
6  obvious lie, whether she had sex in that room
7  or not?
8       A.  Her story about what happened --
9  let's also be -- the story as first hit the
10 press was that somebody else led her to
11 Jeffrey's room, it was not me and then it
12 turned to being me so we have an obviously
13 important inconsistency, lie in my -- that's
14 how I would characterize a lie.  It cannot be
15 me or somebody else, it can only be one or
16 the other.
17      Q.  Who is the other person she said
18 took her to the room?
19      A.  Why don't you ask her.
20      Q.  I'm asking you.
21      A.  How would I possibly know.
22      Q.  You are saying that's a lie.
23      A.  It was a lie in the papers, she
24 said it in the newspaper, it was in the
25 newspaper.

1       G Maxwell - Confidential
2       Q.  How do you know she wasn't
3  identifying you?
4       A.  She said somebody.
5       Q.  How do you know that somebody
6  wasn't you?
7       A.  Why did it suddenly become me, why
8  not say it was me and be done with it.
9       Q.  So it's a lie because she
10 originally may not have named you and then
11 named you later?
12      A.  It's obviously inconsistent to
13 somebody who wasn't me.
14      Q.  How do you know it wasn't you?
15      A.  I know it wasn't me because I was
16 talking to her mother.
17      Q.  But she then named you, is what you
18 are saying?
19      A.  That's an obvious lie.
20      Q.  She named you?
21      A.  It's an obvious lie because I
22 wasn't even in the house.
23      Q.  Is it an obvious -- who did lead
24 her up to Jeffrey's room while you were
25 talking to her mother?

Page 218

G Maxwell - Confidential

1        G Maxwell - Confidential
2        A.  You would have to ask Virginia, I
3   don't know if she was led up to his room.
4        Q.  You were standing with the mother,
5   is that correct?
6        A.  That's correct.
7        Q.  Who was working at the house that
8   day?
9        A.  ██████████
10       A.  Would ████████ typically lead
11  someone up to the room where Jeffrey was
12  having a massage?
13       A.  I don't know she was led up to the
14  room to have a massage.
15       Q.  She would have found her way on her
16  own?
17       A.  I would suggest that that entire
18  story never happened at all in any of its
19  form.
20       Q.  If you stood outside with the
21  mother, what did you think happened inside
22  then?
23       A.  I believe that somebody, it wasn't
24  me, ████████ probably took her to meet
25  Jeffrey Epstein ████████

Page 219

1        G Maxwell - Confidential
2   ██████████████████.
3        Q.  Did Jeffrey tell you that?
4        A.  No but that would have been a
5   normal interaction.  I don't believe for a
6   second -- I know her entire characterization
7   didn't happen because I was outside talking
8   to her mother the entire time.
9        Q.  Why would she have come for a
10  massage and not given a massage?
11       MR. PAGLIUCA:  Objection to the
12       form and foundation.
13       A.  We are talking about her
14  characterization of the first time that she
15  came to the house.
16       Q.  If I'm following you correctly,
17  you're saying she walked in and would have
18  gone to -- it's your assumption she would
19  have gone and talked to Jeffrey and left?
20       A.  When I was working for Jeffrey,
21  typically he would meet someone before
22  getting a massage from them to see if he
23  wanted to have a massage from them,
24  typically.
25       Q.  So he would not have someone come

Page 220

G Maxwell - Confidential

1        G Maxwell - Confidential
2   up to the room and start a massage?
3        A.  He would not.
4        Q.  So the young girls in the police
5   report who say they came over and were led up
6   to the room on the first day, would they be
7   wrong about that?
8        MR. PAGLIUCA:  Objection to form
9        and foundation.
10       A.  I can't comment what happened when
11  I was not at the house.  I can only comment
12  when I was at the house.
13       Q.  Was there ever a time where a woman
14  came to the house for the first time to give
15  a massage and Jeffrey had the massage that
16  day?
17       MR. PAGLIUCA:  Objection to the
18       form and foundation.
19       A.  Can we talk about adult
20  professional masseuses, please?
21       Q.  I'm asking, whether adult or
22  underage?
23       A.  I'm not interested in talking about
24  underage.  I can only testify to what I know,
25  professional masseuses, adult, I cannot

Page 221

1        G Maxwell - Confidential
2   testify to anything else.
3        Q.  Why can't you testify to an
4   underage girl that came over and was led up
5   to the room for a massage?
6        MR. PAGLIUCA:  Objection to the
7        form and foundation.
8        A.  The police records you are
9   referring to?
10       Q.  You are saying that didn't happen.
11  You're saying I can only testify to adults
12  that came for an interview and were led up to
13  the room.  Why can't you testify to whether
14  an underage girl was brought in for an
15  interview and led up --
16       MR. PAGLIUCA:  Objection to the
17       form and foundation.
18       Q.  Go ahead.
19       A.  Can you reask the question.
20       Q.  Why can't you testify as to an
21  underage girl who came over for an interview
22  and then was then led up to the room for the
23  massage?
24       A.  You've mangled your entire
25  question.  Can you please reask that in a way

MAGNA ●
LEGAL SERVICES

```
 1        G Maxwell - Confidential
 2   that I can answer it correctly?
 3        Q.   Why can you not testify as to
 4   whether an underage girl, you said you can
 5   testify as to females that were over the age
 6   of 18, why can't you testify as to whether an
 7   underage girl came over for an interview and
 8   on the same day --
 9        A.   I don't know what you mean by
10   interview.
11        Q.   You just said that Jeffrey Epstein
12   interviewed, it was your word, interviewed
13   the masseuses before they gave massages, is
14   that correct?
15        A.   The word interview is making me --
16   I'm English, so you could have some
17   difficulty understanding the way I
18   communicate.
19        Q.   I'm using your word.
20        A.   Then I will reuse it a different
21   word.  He would meet them because receiving a
22   massage is something you want to make sure
23   you are comfortable with the person and so
24   interview is not the correct word but you
25   would meet them to have a conversation with
```

```
 1        G Maxwell - Confidential
 2   them to see if you want to have a massage
 3   with that person.
 4        Q.   Did Jeffrey Epstein ever meet an
 5   underaged girl and on the same day receive a
 6   massage from that girl?
 7        MR. PAGLIUCA:  Objection to the
 8   form and foundation.
 9        A.   I can't possibly testify to what
10   happened after I was not at the house.
11        Q.   If you are aware, at any time you
12   were at the house, did you ever see that?
13        MS. MENNINGER:  Let her finish the
14   question.
15        A.   I can only testify to people who
16   were adult professional masseuses who came to
17   the house.  I cannot testify to something I'm
18   not party to and don't know about.  I can
19   only testify to what I saw.  So when
20   professional adult masseuse, male and/or
21   females would come to the house, typically
22   when I was there, typically he would meet
23   with them prior, to have a conversation with
24   them about their experience, whatever, to
25   decide whether it would then A, if he had
```

```
 1        G Maxwell - Confidential
 2   time for a massage at that time or B, whether
 3   he could have a massage at that moment.
 4        Q.   Was Virginia an adult when she came
 5   over, was she over 18?
 6        MR. PAGLIUCA:  Objection to the
 7   form and foundation.
 8        A.   I think we established, as of
 9   today, we are all aware, everyone in this
10   room that she was 17.
11        Q.   So you have been present when a
12   minor was brought over for a massage for
13   Jeffrey?
14        A.   Can I say, as you are able to have
15   a massage at 17, so she came as a masseuse.
16        Q.   I'm not saying whether or not you
17   are able to.  I'm saying you've been present
18   at Jeffrey's home when an underage minor has
19   come over to give him a massage?
20        A.   That's just not how that works.
21   You are able to be a masseuse at 17 so she
22   came to give -- for a massage, at 17 you are
23   able to come and give a massage.
24        Q.   I'm not asking whether she is able
25   to do it.  I'm asking whether you were
```

```
 1        G Maxwell - Confidential
 2   present at the home when a girl under the age
 3   of 18 came over for the purposes of giving a
 4   massage?
 5        MR. PAGLIUCA:  Objection to the
 6   form and foundation.
 7        Q.   You can answer.
 8        A.   You can be a professional masseuse
 9   at 17 in Florida, so as far as I am aware, a
10   professional masseuse showed up for a
11   massage.  There is nothing inappropriate or
12   incorrect about that and your
13   mischaracterization of it, I think is
14   unfortunate.
15        Q.   How many teenagers did he have that
16   were professional masseuses that worked in
17   his home?
18        MR. PAGLIUCA:  Objection to the
19   form and foundation.
20        Q.   How many?
21        A.   First of all, I am not aware of
22   teenagers who worked in his home.
23        Q.   You are aware of Virginia Roberts
24   and you've stated she was 17 and she worked
25   for him, correct?
```

MAGNA
LEGAL SERVICES

Page 226

G Maxwell - Confidential

1       A. No. I did not state that at all,
2   you are mischaracterizing my words and what I
3   said.
4       What I said was that we can all
5   agree and I think at this point there is not
6   one person in this room, however much you
7   would like her to be younger, to say she was
8   not 17 because that has been a very offensive
9   thing that you have all done. So she was 17.
10  At 17 you are allowed to be a professional
11  masseuse and as far as I'm concerned, she was
12  a professional masseuse. There is nothing
13  inappropriate or incorrect about her coming
14  at that time to give a massage. Her entire
15  characterization of her first time at the
16  house was to me an obvious lie, given it was
17  impossible for her entire story to take place
18  given I was speaking to her mother the entire
19  she was at the house.
20      Q. So it was impossible that day, that
21  first day she came and you were speaking to
22  the mother, for Virginia Roberts to have had
23  sex with Jeffrey Epstein during the time that
24  you were outside with her mother?
25

Page 227

G Maxwell - Confidential

1       MR. PAGLIUCA: Objection to the
2   form and foundation.
3       A. You, again, are completely
4   mischaracterizing. I can only testify to
5   what I heard obvious lies about me and her
6   obvious lies about me are that she, as you
7   put out to the papers and every other which
8   way, went upstairs with her, didn't happen.
9   So that to me is an absolute, obvious lie. I
10  also don't believe that her -- her
11  mischaracterization of the length of time she
12  was there because as I recall, she just met
13  with Jeffrey and then left with her mother.
14  That's my recollection.
15      Q. So you were standing outside the
16  entire time that Virginia was in the house,
17  is that correct?
18      A. That is correct.
19      Q. So can you testify as to whether or
20  not, do you know either from Jeffrey or any
21  other source whether or not Virginia Roberts
22  had sex with Jeffrey on that first day that
23  she was at the house?
24      A. We can categorically state,
25

Page 228

G Maxwell - Confidential

1   absolutely 1000 percent that she did not have
2   any type of sexual relations as described by
3   you in your court papers that took place
4   because those allegedly according to her lies
5   involved some aspect of me.
6       As I was standing outside with her
7   mother the entire time, her entire story is a
8   lie. Therefore, to ask me what she did or
9   didn't do during that time, I can only
10  testify to what she said about me, which was
11  1000 percent false.
12      Q. So let's not take the first time,
13  let's take the next time she comes.
14      A. No no, how can do you that, when
15  the basis of this entire horrible story that
16  you have put out is based on this first
17  appalling story that was written, repeated,
18  multiply by the press that lied about her
19  age, lied about the first time she came, lied
20  about and characterized the entire first
21  time. I have been so absolutely appalled by
22  her story and appalled by the entire
23  characterization of it and I apologize
24  sincerely for my banging at the table
25

Page 229

G Maxwell - Confidential

1   earlier, I hope you accept my apology. It's
2   borne out of years of feeling the pressure of
3   this entire lie that she has perpetrated from
4   our first time and whilst I recognize that
5   was -- I hope you forgive me sincerely
6   because it was just the length of time that
7   that terrible story has been told and retold
8   and rehashed when I know it to be 100 percent
9   false.
10      Q. So not the first time she came, but
11  the second time she came or the third time or
12  any time she came, did you ever participate
13  in a massage with her in Jeffrey Epstein's
14  room?
15      A. I have never participated at any
16  time with Virginia in a massage with Jeffrey.
17      Q. Have you ever participated at any
18  time with Virginia in any kind of sexual
19  contact or sexual touching with Jeffrey and
20  Virginia?
21      A. I have not.
22      Q. So we were going through the list
23  of obvious lies and you were talking about
24  the first time which I believe we have
25





Page 230

```
1           G Maxwell - Confidential
2    completed but you can add to that if you need
3    to.
4           What other obvious lies did
5    Virginia Roberts tell that you were referring
6    to in your statement?
7        A.  Oh my goodness.  Well, I think we
8    can totally cover the ████████ story, the
9    story that I flew him with ███████████ and
10   there was a dinner with other people and that
11   entire thing is 100 percent fictitious.  I
12   have testified for the record and I'm happy
13   to do it again, that I have never flown ███
14   ███████ myself as a pilot in a helicopter at
15   any time, anyplace, at any time, to any part
16   of the world.
17       Q.  What other obvious lies were you
18   referring to?
19       A.  She was referring to ██████, she
20   is referring to a bunch of people.  I don't
21   believe ██████ ever came to the island at
22   any time ever.  I don't even know
23   actually.
24       Q.  Just one moment, I want to hear all
25   of them, but when you say you don't believe
```

Page 231

```
1           G Maxwell - Confidential
2    ██████ ever came to the island, do you know
3    whether ██████ ever came to the island?
4        A.  ██████ never came to the island.
5        Q.  How do you know that?
6        A.  Jeffrey doesn't know him, I don't
7    know him and I think had ██████ -- I don't
8    think -- had ██████ gone to the island
9    during the period when I would have been
10   involved in organizing a trip, I would have
11   been aware of it.
12       Q.  So go ahead, you had another one.
13       A.  It would be easier if I could see,
14   do you mind if a take a reference at some of
15   these newspaper articles or you just want me
16   to go from memory.
17          Her entire characterization of what
18   took place in London at my house with ██████
19   ██████.
20       Q.  Was it an obvious lie that she was
21   at your house in London?
22       A.  We can't really establish the
23   photograph and all that.  I don't know if
24   that's true, if that's a real picture or not.
25       Q.  So you dispute that you were
```

Page 232

```
1           G Maxwell - Confidential
2    actually photographed in your town home in
3    London --
4        A.  I don't recognize that picture.
5    I'm not sure if that's a real picture or not.
6        Q.  And have you talked to ████████
7    ████████ about that picture?
8        A.  We discussed Virginia's entire tail
9    and he asked me if he even knew her.
10       Q.  So did ████████████ tell you that
11   he did not have sex with Virginia Roberts?
12       A.  He doesn't even know who Virginia
13   Roberts is.
14       Q.  Did he tell you that he didn't have
15   sex with her?
16       A.  It would be difficult to have sex
17   with someone you don't know.
18       Q.  He may not remember her?
19       A.  I think the inference is he didn't
20   know who she was, he didn't have any
21   recollection of her whatsoever.
22       Q.  Has ████████████ ever come to your
23   London town home?
24       A.  Yes.  Ever being the entire time I
25   owned my house, yes.
```

Page 233

```
1           G Maxwell - Confidential
2           Can I go on on her obvious lies?
3        Q.  If you have more.
4        A.  I have -- her entire
5    characterization -- I took her shopping into
6    Burberry and bought her a very expensive
7    dress and if this photo were real and if this
8    is -- I would never -- the outfit doesn't
9    work at all so --
10       Q.  Do you not remember taking her
11   shopping or are you saying it's an obvious
12   lie, you know you did not take her shopping?
13       A.  I did not take her shopping.  I did
14   not by her a $5,000 handbag.
15       Q.  Did Jeffrey by her a $5,000
16   handbag?
17       A.  Her accusation was that I did.
18       Q.  Do you know if Jeffrey bought her a
19   handbag during that trip to London?
20       A.  I don't know what he did.  She
21   accused me, I can't physically remember
22   buying a $5,000 not for her, not for anyone,
23   not for me.
24       Q.  Did you ever go shopping with
25   Virginia?
```



Page 234

G Maxwell - Confidential

1        G Maxwell - Confidential
2        A.  I don't recall ever shopping with
3   Virginia.
4        Q.  Did you have more to go over or did
5   you want me to ask my questions?
6        A.  The entire characterization of what
7   took place in my house in London would have
8   been impossible.
9        Q.  Can I ask, do you still have it,
10  the picture of the London town home with you
11  in it, Giuffre 00407.
12       As you are looking at this picture,
13  Ms. Maxwell, as I'm looking at it it's on the
14  right-hand side, there appears to be a
15  picture hanging on the wall, do you recall
16  that in your London town home?
17       A.  It's a little difficult to see.
18       Q.  Do you recall having a picture on
19  the wall there by the room where you're
20  standing?
21       A.  I do have a picture.
22       Q.  Do you recall on the left-hand side
23  having a railing that looks like that with
24  sort of a bubble wood top?
25       A.  I do.

Page 235

1        G Maxwell - Confidential
2        Q.  So are you saying that it's an
3   obvious lie that Virginia's statement that
4   she had sex with ███████████ is an obvious
5   lie?
6        A.  What I'm representing is that her
7   entire ludicrous and absurd story of what
8   took place in my house is an obvious lie.
9        Q.  Including she had sex with ███████
10  ██████
11       A.  She claimed things took place in my
12  bathroom in London.  Her characterizations is
13  just not possible.
14       Q.  So you're saying it's an obvious
15  lie -- that she was telling an obvious lie
16  when she said she had sex with ██████████?
17       MR. PAGLIUCA:  Objection to the
18       form and foundation.  The witness
19       answered the question.
20       A.  I'm saying within the context of
21  all the stories she told, this particular
22  story -- back up, she claimed we went out at
23  night. ████████████████████████████████

Page 236

1        G Maxwell - Confidential
2        ████████████████. She characterized
3   that ████████
4        ████████.
5        She then characterized things took
6   place in my bathroom in the bathtub itself.
7   The tub is too small for any type of activity
8   whatsoever.
9        Q.  ████████████████████████████████
10  ████████████████████████████████
11  ████████████████████████
12
13       Q.  That would be a ████████████████
14  ████████████
15       A.  Yes.
16       Q.  Are you saying that it was an
17  obvious lie when Virginia said that you made
18  her dress up in a school girl outfit?
19       MR. PAGLIUCA:  Objection to the
20       form and foundation.
21       A.  I already testified that, first of
22  all, I don't know what you are taking about,
23  I already testified I didn't get her outfits
24  and all of that.
25       Q.  Is it an obvious lie that Virginia

Page 237

1        G Maxwell - Confidential
2   was paid to go to give a massage to Glenn
3   Dubin at the Breakers?
4        MR. PAGLIUCA:  Objection to the
5        form and foundation.
6        A.  I cannot testify to what Virginia
7   did outside of -- I can't testify to what she
8   did, who she gave massages to.
9        Q.  So you don't know on that one?
10       A.  Of course I don't know.
11       Q.  Do you agree that it's
12  psychologically harmful to have sex with a
13  minor?
14       MR. PAGLIUCA:  Objection to form
15       and foundation.
16       A.  What are you asking me?
17       Q.  I'm asking if is it psychologically
18  harmful for an adult to have sex with a
19  minor?
20       MR. PAGLIUCA:  Objection to the
21       form and foundation.
22       A.  I don't know what you are asking.
23  This has nothing to do with Virginia Roberts.
24       Q.  It does.
25       A.  How does it?

MAGNA ›
LEGAL SERVICES

Page 238

```
 1        G Maxwell - Confidential
 2     Q.  I ask the questions, you answer.
 3  If you can't answer, you can say I don't
 4  know.
 5        But my question is, do you agree
 6  that it's psychologically harmful to have sex
 7  with a minor?
 8        MR. PAGLIUCA:  Objection to the
 9     form and foundation.
10     A.  Are you giving me a random question
11  and as not relates to this case and not
12  relates to anything.  It's obviously not
13  something that you want to have happen.
14     Q.  Do you agree that Jeffrey Epstein
15  has harmed many minors by having sex with
16  them?
17        MR. PAGLIUCA:  Objection to the
18     form and foundation.
19     A.  I can't testify to what Jeffrey did
20  or didn't do.  I have no knowledge of what
21  you are asking me.
22     Q.  If Jeffrey had sex with minors,
23  would you agree that that could harm a minor?
24        MR. PAGLIUCA:  Object to the form
25     and foundation.
```

Page 239

```
 1        G Maxwell - Confidential
 2     A.  Again, I am not testifying to what
 3  Jeffrey did or did not do because I cannot.
 4     Q.  You don't know whether Jeffrey
 5  Epstein ever had sex with a minor?
 6     A.  Again, I cannot testify to what
 7  Jeffrey did or didn't do.  I cannot.
 8     Q.  You never observed him having sex
 9  with a minor?
10     A.  I never observed Jeffrey having sex
11  with a minor.
12     Q.  Do you agree that calling a sex
13  abuse victim a liar when she speaks about her
14  abuse can cause psychological harm?
15        MR. PAGLIUCA:  Objection to the
16     form and foundation.
17     A.  Can you repeat the question.
18     Q.  Do you agree calling a sex abuse
19  victim when she speaks about her abuse can
20  cause psychological harm?
21        MR. PAGLIUCA:  Objection to form
22     and foundation.
23     A.  Say it again.
24     Q.  Do you agree that calling a sexual
25  abuse victim a liar can cause psychological
```

Page 240

```
 1        G Maxwell - Confidential
 2  harm.
 3        MR. PAGLIUCA:  Object to the form
 4     form and foundation.
 5     A.  I would like to say all the
 6  terrible things Virginia Roberts said about
 7  me is extremely harmful and you should turn
 8  that around.  All the lies she has said and
 9  you have backed her on have been extremely
10  damaging to me.
11        So what I can testify to is that
12  somebody who has made these outrageous
13  allegations and who is a serious liar and
14  that I know for a fact is a liar, that I can
15  testify is damaging to me.
16     Q.  Do you agree that calling a sexual
17  abuse victim a liar when she speaks out about
18  her abuse can cause psychological harm?
19        MR. PAGLIUCA:  Are you asking a
20     hypothetical question?
21        MS. McCAWLEY:  Yes.
22     A.  You are asking me to speculate?
23     Q.  I'm not asking you to speculate .
24  If somebody is a sexual abuse victim --
25     A.  I can't testify to what some random
```

Page 241

```
 1        G Maxwell - Confidential
 2  hypothetical person that you are asking me to
 3  speculate on their mental state or health
 4  versus speculative statement.  I can't do
 5  that, that's just not right.
 6     Q.  Do you agree that by calling
 7  Virginia Roberts a liar when she was subject
 8  to sexual abuse by Jeffrey Epstein can cause
 9  psychological harm?
10        MR. PAGLIUCA:  Objection to the
11     form and foundation.  Assumes facts not
12     in evidence.
13     A.  I can only tell you about what I
14  know of Virginia's lies.  She lied
15  repeatedly, often and I know for a fact she
16  is a liar so I can only testify to what I
17  know and the fact that she has lied about me
18  from the beginning to the end and repeatedly
19  causes me to question anything that she may
20  feel.
21     Q.  Is it an obvious lie you had sex
22  toys in Jeffrey Epstein's Palm Beach house?
23        MR. PAGLIUCA:  Objection to the
24     form and foundation.
25     A.  Can you repeat the question,
```

1        G Maxwell - Confidential
2    please?
3        Q.  Is it an obvious lie that you had
4    sex toys in Jeffrey Epstein's Palm Beach
5    house?
6        MR. PAGLIUCA:  Objection to the
7    form and foundation.
8        A.  Did Virginia say that?
9        Q.  I'm asking you a question.
10       Is it an obvious lie that you had
11   sex toys in Jeffrey Epstein's house?
12       A.  I don't recall any sex toys.
13       Q.  If someone said had you sex toys,
14   would that be an obvious lie?
15       MR. PAGLIUCA:  Objection to the
16   form and foundation.
17       A.  Like I said -- can you be more
18   specific about the house or whatever, what
19   exactly you are referring to, what's a sex
20   toy?
21       Q.  Yes.  How would you define a sex
22   toy?
23       A.  No.  I need you to define a sex
24   toy, I don't have enough knowledge of sex
25   toys.

1        G Maxwell - Confidential
2        Q.  I will define it based on the
3    dictionary's definition, which is an object
4    or device used to sexually stimulate or
5    enhance sexual pleasure.
6        A.  What's your question, please?
7        Q.  The question is, is it an obvious
8    lie that you had sex toys in Jeffrey
9    Epstein's Palm Beach house?
10       MR. PAGLIUCA:  Same objection.
11       Q.  You can answer.
12       A.  Like I said, I do not have any
13   recollection of sex toys in Jeffrey's house.
14       Q.  Is it a lie, is it an obvious lie
15   that you took pictures of nude girls?
16       MR. PAGLIUCA:  Object to the form
17   and foundation.
18       A.  We already covered this.  Girls we
19   are not referring to -- I can only testify to
20   taking pictures of adult people and I already
21   testified they are not nude, per se.  That
22   every picture that I ever took and which they
23   were very limited, always by request, the
24   people would be covered or it would be a hand
25   or a foot.  There was never any pictures that

1        G Maxwell - Confidential
2    I took of people would only have been
3    mainstream type magazine type photos and any
4    photos I took could have been very happily
5    and expected to be displayed on your parents'
6    mantel piece or grandparents' mantel piece.
7        Q.  Is it a lie that you approached
8    females to bring them to Jeffrey Epstein?
9        MR. PAGLIUCA:  Objection to the
10   form and foundation.
11       A.  Please ask the question, again.
12       Q.  Sure.  Is it a lie that you
13   approached females to bring them to Jeffrey
14   Epstein?
15       A.  I don't know what you are asking
16   me.
17       Q.  I'm asking you, if it's a lie that
18   you approached females to bring them to
19   Jeffrey Epstein?
20       MR. PAGLIUCA:  Objection to the
21   form and foundation.
22       A.  You are not asking me a good
23   question, sorry.
24       Q.  You don't get to choose the
25   questions.

1        G Maxwell - Confidential
2        A.  I would like to answer your
3    questions but you are not asking me a
4    question that I can answer.
5        Q.  What about that is causing you
6    pause where you can't answer the question?
7        A.  You are trying to trap me and
8    that's not fair, so I already testified that
9    I hire people across the board, so I would
10   hire architects, decorators, pool people,
11   exercise instructors, gardeners, cooks,
12   chefs, cleaning people.  So I, in the course
13   of a very long time when I would hire people
14   I hired people to work for Jeffrey.  So I'm
15   happy to testify to hiring people for every
16   possible conceivable proper job that you
17   could conceive of within the context of
18   Jeffrey's life and homes.
19       Q.  Is it a lie that you approached
20   females to bring them to Jeffrey Epstein for
21   the purpose of performing massages?
22       MR. PAGLIUCA:  Objection to the
23   form and foundation.
24       A.  Again, I have already testified
25   that part of the job that I had was to hire

1         G Maxwell - Confidential
2   lots of different types of people.  In terms
3   of whatever -- very small part of my job,
4   Jeffrey enjoyed getting massages.  I think
5   that is something we can all agree in this
6   room and within the context of that, very
7   infrequently I would go to spas and myself
8   happily receive a professional nonsexual
9   massage from a man and/or from a woman and if
10  that massage was something that I thought was
11  something that was good, I would ask if that
12  man or woman would come back and does home
13  visits.  If that person said that they did,
14  they would sometimes come, from time to time,
15  not always, come back to the house to perform
16  a nonsexual professional male or female
17  massage.
18       Q.  Were any of the exercise
19  instructors you hired under the age of 18?
20       A.  Again, I don't hire, we've already
21  established that I don't hire people.  I
22  interview people to see if they are competent
23  in the job that they do and/or whether they
24  are someone who seemed that they can do home
25  visits.

1         G Maxwell - Confidential
2         At the point where I think that
3   there is somebody that has, can be either
4   whatever the job may be, pool, gardener, chef
5   and/or exercise instructor and I think they
6   could be good at whatever it is at whatever
7   skill that they had and they did a home visit
8   which would obviously be mandatory and Mr.
9   Epstein would meet with them and decide if he
10  wanted to have whatever skill it was that he
11  would do it and then he would then either
12  have them come back or hire them.
13       Q.  Were there any exercise instructors
14  that worked at the home that were under the
15  age of 18?
16       MR. PAGLIUCA:  Objection to the
17    form and foundation.
18       A.  Again, I keep coming back to this,
19  that the people that I employed or -- not the
20  right word, the people I would meet to come
21  and work at the house, under any guise
22  whatsoever, again, from any of the many
23  positions that I filled, were all over --
24  were adults.
25       Q.  When you say adults, over the age

1         G Maxwell - Confidential
2   of 18?
3       A.  I think we can establish what adult
4   would be.
5       Q.  You never interviewed or I know you
6   don't want to use the word hired, whatever
7   your role was, you brought in an exercise
8   instructor that was under the age of 18 to
9   work at the house?
10       MR. PAGLIUCA:  Object to the form
11    and foundation.
12       A.  I have already testified that what
13  I was responsible for was to find people who
14  had competencies in whatever area I was
15  looking for.  The competencies I was looking
16  for were professional and adult.
17       Q.  So there was no exercise instructor
18  that worked at the Palm Beach house or the
19  New York house or the New Mexico house or the
20  USVI under the age of 18?
21       MR. PAGLIUCA:  Objection to the
22    form and foundation.
23       A.  I can only testify to when I was at
24  the house.
25       Q.  Yes.

1         G Maxwell - Confidential
2       A.  I can only testify to the years
3   when I was present.
4       Q.  Right.
5       A.  And I can also only testify to
6   people I personally either met and/or worked
7   with and/or invited, to find the correct
8   word, I don't know what the correct word is,
9   to come to do exercise or whatever it was at
10  the house.
11       Of the people that I, male and/or
12  female that I brought were all appropriate
13  and age appropriate adults.
14       Q.  Over the age of 18?
15       A.  We've established them as an adult.
16       Q.  You are saying appropriate adults,
17  so we are clear, you didn't hire or bring in
18  or know of any exercise instructors that were
19  under the age of 18 at any of those homes?
20       A.  I am also testifying that when I
21  was present at the house and with the people
22  that I brought in, were all age appropriate
23  adults.
24       Q.  How do you define age appropriate
25  adults, is that over the age of 18, can we

MAGNA
LEGAL SERVICES

1      G Maxwell - Confidential
2  agree to that?
3          MR. PAGLIUCA:  Objection to the
4      form and foundation.
5      Q.  Are they under the age of 18?
6      A.  We already established that you can
7  be a masseuse in Florida at age 17.  That
8  does not make it inappropriate.
9      A.  I'm not saying appropriate or
10 inappropriate.  I'm just asking if there were
11 any exercise instructors that were under the
12 age of 18.
13     A.  I am not aware if anybody was but I
14 don't want to full out and say you oh she
15 said, we already established you can be a 17
16 year old masseuse and have it not be
17 something that is not appropriate.  So when
18 you say that and then you go, well, you come
19 back and say something, now we can establish
20 that Virginia was 17 but you can be a 17 year
21 old legal masseuse, but I am not aware to
22 your point.
23     Q.  Who were the other 17 year old
24 masseuses that you were aware of?
25     A.  I am not aware of any.

1      G Maxwell - Confidential
2      Q.  Were there any 16 year year old
3  masseuse that you are aware of?
4      A.  I am not aware.
5      Q.  Any 15?
6      A.  I just want to be clear.  The only
7  person that I am aware of who claims to have
8  been a -- we have to -- we established
9  Virginia now is 17, given she has changed her
10 age so many times.  The only person that I am
11 aware of that was a masseuse at the time when
12 I was present in the house was Virginia.
13     Q.  Is it an obvious lie that Jeffrey
14 Epstein had a sexual preference for underage
15 miners?
16         MR. PAGLIUCA:  Objection to the
17     form and foundation.
18     A.  Can you ask the question again?
19     Q.  It is it an obvious lie that
20 Jeffrey Epstein had a sexual preference for
21 underage minors?
22         MR. PAGLIUCA:  Objection to the
23     form and foundation.
24     A.  Can you ask the question again?
25     Q.  Is it an obvious lie that Jeffrey

1      G Maxwell - Confidential
2  Epstein had a sexual preference for underage
3  minors?
4          MR. PAGLIUCA:  Object to the form
5      and foundation.
6      A.  I cannot testify to what
7  Jeffrey's --
8      Q.  You don't know his preference?
9      A.  You handed me a stack of papers
10 from the police reports and that's what I've
11 read but I have no knowledge, direct
12 knowledge, of what you are referencing.
13     Q.  So you don't know, you don't know
14 in your own mind that Jeffrey Epstein had a
15 sexual preference for underage minors, is
16 that correct?
17         MR. PAGLIUCA:  Objection to the
18     form and foundation.
19     Q.  Is that correct?
20     A.  Please ask the question again.
21     Q.  You don't know in your own mind
22 that Jeffrey Epstein had a sexual preference
23 for underage minors?
24         MR. PAGLIUCA:  Objection to the
25     form and foundation.  You have to pause,

1      G Maxwell - Confidential
2  let me object, answer the question.
3  Listen to her question, pause, I object,
4  you answer.
5      Q.  So you don't know in your own mind
6  that Jeffrey Epstein had a sexual preference
7  for underage minors?
8          MR. PAGLIUCA:  Objection to the
9      form and foundation.
10     Q.  You can answer.
11     A.  I cannot tell you what Jeffrey's
12 story is.  I'm not able to.
13     Q.  Did Jeffrey Epstein have a scheme
14 to recruit underage girls to use them for
15 purposes of sexual massages?
16         MR. PAGLIUCA:  Objection to the
17     form and foundation.
18     A.  Can you ask me again, please?
19     Q.  Did Jeffrey Epstein have a scheme
20 to recruit underage girls to recruit them for
21 sexual massages?
22         MR. PAGLIUCA:  Objection to the
23     form and foundation.
24     A.  Can you ask it a different way?
25     Q.  Did Jeffrey Epstein have a scheme

Page 254

```
 1        G Maxwell - Confidential
 2  to recruit underage girls for sexual
 3  massages?
 4        MR. PAGLIUCA:  Objection to the
 5     form and foundation.
 6     Q.  If you know.
 7     A.  I don't know what you are talking
 8  about.
 9     Q.  Is it an obvious lie that Virginia
10  Giuffre was a minor the first time she was
11  taken to Jeffrey Epstein's house?
12        MR. PAGLIUCA:  Objection to the
13     form and foundation.
14     A.  So we've already established that
15  Virginia was 17 and we have established that
16  her mother brought her to the house and that
17  she came as a masseuse, age 17, which is
18  legal in Florida.
19     Q.  Would Jeffrey Epstein's assistants
20  arrange times for underage girls to come to
21  the house for sexual massages?
22        MR. PAGLIUCA:  Objection to the
23     form and foundation.
24     A.  What are you talking about?
25     Q.  Sure.  Would Jeffrey Epstein's
```

Page 255

```
 1        G Maxwell - Confidential
 2  assistants, I think earlier you mentioned, we
 3  talked about ████████ who worked in the
 4  role as an assistant or ████████,
 5  Would Jeffrey Epstein's assistants arrange
 6  times for underage girls to come over the
 7  house for sexual massages?
 8        MR. PAGLIUCA:  Objection to the
 9     form and foundation.
10     A.  Again, I read the police reports so
11  this is all happening according to the police
12  reports when I am no longer at the house so I
13  can't testify to what Jeffrey's assistants
14  did when this kind of activity as alleged in
15  the reports.
16     Q.  So you don't know?
17     A.  No.
18     Q.  Would Jeffrey Epstein's assistants,
19  meaning ████████████████ or any
20  other assistant that you are aware of from
21  the time you worked there take nude
22  photographs of underage girls?
23        MR. PAGLIUCA:  Object to the form
24     and foundation.
25     A.  During what period of time?
```

Page 256

```
 1        G Maxwell - Confidential
 2     Q.  During any period of time you
 3  worked, did you observe that?
 4     A.  I did not observe any such
 5  photographs.
 6     Q.  Are you aware if they took those
 7  kinds of photos?
 8     A.  I am not aware.
 9        MR. PAGLIUCA:  Can we take a
10     five-minute break.
11        THE VIDEOGRAPHER:  It's 2:58 and we
12     are off the record.
13        (Recess.)
14        THE VIDEOGRAPHER:  It's now 3:10.
15     We're starting disk No. 6 and we are
16     back on the record.
17     Q.  Ms. Maxwell, was it an obvious lie
18  when Virginia said she was sent to Thailand
19  by Epstein in September of 2002?
20        MR. PAGLIUCA:  Objection to the
21     form and foundation.
22     A.  I have no knowledge of Virginia
23  being sent to Thailand.
24        But may I say something?
25     Q.  There is not a question pending
```

Page 257

```
 1        G Maxwell - Confidential
 2  unless you want to clarify something.
 3        Did you want to clarify that?
 4     A.  No, I just wanted to say something.
 5     Q.  Is it an obvious lie when Virginia
 6  said she was given instructions to maintain
 7  telephone contact with you while she was in
 8  Thailand?
 9        MR. PAGLIUCA:  Objection to the
10     form and foundation.
11     A.  Can you repeat the question?
12     Q.  Is it an obvious lie when Virginia
13  said she was given instructions to maintain
14  telephone contact with you when she was in
15  Thailand?
16        MR. PAGLIUCA:  Same objection.
17     A.  I have no idea what instructions
18  Virginia was given, if any, when she went to
19  Thailand.
20     Q.  So you know she went to Thailand?
21     A.  I know she claimed she went to
22  Thailand from having read it but given that
23  she lied about everything it's hard to know
24  what is true and not true.
25     Q.  Would it make any sense for her to
```

Page 258

```
 1        G Maxwell - Confidential
 2   be in contact with you, would there be any
 3   reason why she needed to be in contact with
 4   you?
 5        MR. PAGLIUCA:  Objection to the
 6      form and foundation.
 7      A.  When are we talking about?
 8      Q.  When she went to Thailand.
 9        MR. PAGLIUCA:  Same objection.
10      Q.  In 2002, would there be any reason
11   for her to remain in contact with you?
12        MR. PAGLIUCA:  Objection to the
13      form and foundation.
14      A.  Can you ask the question again,
15   please?
16      Q.  Would there be any reason for
17   Virginia to maintain contact with you in 2002
18   when she went to Thailand?
19        MR. PAGLIUCA:  Same objection.
20      A.  First of all, I didn't know that
21   she went to Thailand.  I had had nothing to
22   do with her trip to go to Thailand and there
23   would absolutely no reason for her to be in
24   touch with me, whatsoever.
25      Q.  Did you ever have a phone number
```

Page 259

```
 1        G Maxwell - Confidential
 2   that was ███████████?
 3      A.  I did.
 4      Q.  Was that a cell phone number?
 5      A.  Yes.
 6      Q.  Is that your current cell phone
 7   number?
 8      A.  Yes.
 9      Q.  I'm going to mark a couple of
10   things here?
11        (Maxwell Exhibit 11, photos, marked
12      for identification.)
13        THE WITNESS:  Can I say something
14   now?
15        MR. PAGLIUCA:  No.
16        THE WITNESS:  Will you let me know
17   when I can?
18        MR. PAGLIUCA:  When she asks you a
19   question:
20      Q.  So we've marked this as Exhibit 11.
21   I'm showing you what's been marked as Exhibit
22   11 which is Giuffre 003191 and 003192.
23        Can you take a look at that
24   document for me.  Is that number that you
25   just identified the ██████████ as being
```

Page 260

```
 1        G Maxwell - Confidential
 2   your cell phone number, is that number on
 3   this document?
 4      A.  It is.
 5      Q.  And do you know who authored this
 6   document?
 7      A.  I do not.
 8      Q.  Who is ████
 9      A.  I don't know who ████ is on this
10   document because I don't know what this
11   document is.
12      Q.  Do you know someone by the name of
13   ████
14      A.  I do know someone by the name of
15   ████
16      Q.  Would he know your phone number?
17        MR. PAGLIUCA:  Object to the form.
18      A.  I have to idea.
19      Q.  Why would Virginia be instructed to
20   call Ms. Maxwell at your number on this form?
21        MR. PAGLIUCA:  Objection to the
22      form and foundation.
23      A.  I don't know what this document is.
24   I don't know when it was done, I don't know
25   anything about it other than I can see it has
```

Page 261

```
 1        G Maxwell - Confidential
 2   my name and my number on it.
 3      Q.  So ████ -- you said ████ -- is he
 4   employed by Mr. Epstein?
 5      A.  Again, it is not the only one ████
 6   on the planet.
 7      Q.  I understand.
 8        Do you know a ████ that is employed
 9   by Mr. Epstein?
10        MR. PAGLIUCA:  Objection to the
11      form and foundation.
12      A.  Can you ask me the question again?
13      Q.  Do you know someone by the name of
14   ████ that was employed by Mr. Epstein back in
15   2002?
16      A.  I do know somebody who was employed
17   by Mr. Epstein known as ████
18      Q.  Do you recognize the other numbers
19   listed at the top of this document?
20      A.  I do not.
21      Q.  Would you have known ████ cell
22   number at that time in 2002?
23        MR. PAGLIUCA:  Objection to the
24      form and foundation.
25      A.  I have no idea.
```

MAGNA ►
LEGAL SERVICES

Page 262

1     G Maxwell - Confidential
2     Q.  Can I ask you to turn to the next
3  page, please.
4         Do you know who ███████████
5  is who is mentioned on this document?
6     A.  I do not.
7     Q.  If you look on the bottom lines of
8  the document, it says, Still in Thailand
9  during your stay, if she is, she will be
10  staying at the same hotel.
11        Do you recall ever giving Virginia
12  instructions to meet a girl in Thailand?
13        MR. PAGLIUCA:  Objection to the
14     form and foundation.
15     A.  I have already testified that I
16  didn't even know that Virginia was going to
17  Thailand.
18     Q.  So you didn't give her instructions
19  to meet a girl in Thailand?
20     A.  Like I said, I didn't even know she
21  was going to Thailand.
22     Q.  Do you know whether Jeffrey Epstein
23  would have given her instructions to meet a
24  girl in Thailand?
25        MR. PAGLIUCA:  Objection to the

Page 263

1     G Maxwell - Confidential
2     form and foundation.
3     A.  I cannot possibly tell you what
4  Jeffrey did or didn't do.  I wouldn't know.
5     Q.  Do you know whether Jeffrey Epstein
6  paid for Virginia to go to Thailand?
7     A.  Again, I wouldn't know if he did.
8        (Maxwell Exhibit 12, documents,
9     marked for identification)
10     Q.  I'm going to direct -- you can take
11  a look at it and then I'm going to direct
12  your attention to a couple of pages.
13        MR. PAGLIUCA:  So the record should
14     be clear, this exhibit which is 12 is
15     375, 6, 7, 8, 9, 80, 1, and then skips
16     to 919, 920, 921, 922, 923, 924, 925 and
17     926.
18     Q.  So I'm going to direct your
19  attention to the first page, have you ever
20  traveled with Jeffrey Epstein where you've
21  received a document like this from Shoppers
22  Travel in your own independent travel.
23        Do you recognize this?
24        MR. PAGLIUCA:  Objection to the
25     form and foundation.

Page 264

1     G Maxwell - Confidential
2     Q.  The front form, the front page, do
3  you recognize this Shopper Travel form, have
4  you ever used them as a travel agent with
5  Jeffrey Epstein?
6        MR. PAGLIUCA:  Same objection.
7     Q.  You can answer.
8     A.  I don't recognize this.
9     Q.  Turning to the second page which is
10  the 00376, do you see at the top of that
11  document where it says Jeffrey Epstein, J.
12  Epstein 457 Madison Avenue 4th floor New York
13  New York.
14        Is that an address you are familiar
15  with that is Jeffrey Epstein's?
16     A.  I am.
17     Q.  Do you see below that, travel on
18  Singapore Airlines, and you are going to have
19  to go from New York JFK to Singapore Bangkok.
20        Do you see that?
21        MR. PAGLIUCA:  What?
22     Q.  The first entry is going to be on
23  September 27, New York.
24        MR. PAGLIUCA:  I see it.
25        MS. McCAWLEY:  I'm not talking to

Page 265

1     G Maxwell - Confidential
2     you.  I'm talking to the witness.
3     A.  I see it.
4     Q.  To Singapore Bangkok?
5     A.  Singapore Bangkok I'm afraid are
6  not the same place.
7     Q.  Singapore, then Bangkok:
8     Q.  I'm going to turn you to page
9  Giuffre, it's a little further back 000919.
10  And do you see at the top where it says J.
11  Epstein, underneath, Royal Princess, change
12  mine?
13     A.  I do.
14     Q.  Does this refresh your recollection
15  that Virginia Roberts' trip to Thailand was
16  paid for by Jeffrey Epstein?
17        MR. PAGLIUCA:  Objection to the
18     form and foundation.
19     A.  I can only testify to the piece of
20  paper you showed me that has that
21  information.  I cannot testify from direct
22  memory.
23     Q.  When Virginia was traveling to
24  Thailand, which the dates, again, I'm going
25  to refer you back to the first page so you

MAGNA ▶
LEGAL SERVICES

Page 266

```
1        G Maxwell - Confidential
2   can see the dates.
3        MR. PAGLIUCA:  Can you identify a
4   Bates number, please.
5   Q.   ████████ which was at the top says,
6   ████████████. I'm going to refer you,
7   at the same time, to the flight logs which
8   were marked, the thicker document that looks
9   like this with all the log entries on it.
10  I'm going to refer you to page --
11       MR. PAGLIUCA:  That's Exhibit No.
12  6, correct?  I'm trying to keep the
13  record straight.
14       MS. McCAWLEY:  I don't have Exhibit
15  numbers on mine.  That's Giuffre
16       MR. PAGLIUCA:  Hang on one second.
17  A.   Can you repeat the number please.
18  Q.   ██████ And if you will look on
19  that page at the entry, under ██████████
20  ██████ starting with the ██ and then it runs
21  down to the, looks like the ██████ that first
22  entry has ███████████████████████,
23  ██████████████ Jeffrey Epstein and the
24  initials GM.
25       Do you remember taking a trip with
```

Page 267

```
1        G Maxwell - Confidential
2   ████████████████ during ██████████████?
3        MR. PAGLIUCA:  Objection to the
4   form and foundation.
5   A.   Can you repeat the question,
6   please?
7   Q.   Do you remember taking a trip with
8   ████████████████ during ██████████████,
9   that's the ██████ it looks like, through the
10
11  A.   I don't remember the dates.  I
12  couldn't testify to when we actually did it
13  but I do remember the trip itself.
14  Q.   So you were traveling with Jeffrey
15  Epstein and █████████████ at the same
16  time Virginia was headed to Thailand, is that
17  correct?
18       MR. PAGLIUCA:  Objection to the
19  form and foundation.
20  A.   I don't know, is that right?
21  Q.   If you look at ████████████ on the
22  document that I gave you, the first document
23  and then you referred to, if you look in the
24  same as above lines, you will see the travel
25  group with ████████████?
```

Page 268

```
1        G Maxwell - Confidential
2        MR. PAGLIUCA:  Are you asking her
3   to compare the documents or are you
4   asking her what her personal knowledge
5   is.
6        MS. McCAWLEY:  I'm asking if she can
7   look at the doubts and tell me if she
8   recalls that she traveling with
9   ████████████ at the same time this
10  document reflects Virginia was in
11  Thailand.
12  A.   I can't testify to any dates.  I
13  couldn't tell you.  I can see a date and I
14  can see a date but I can't tell you that I
15  have a memory of the dates.  I have a memory
16  of the trip, I don't have a memory of the
17  time.
18  Q.   Who is ██████████?
19  A.   ████████████.
20  Q.   What is her address?
21  A.   I don't know.
22  Q.   Does she live in the United States?
23  A.   She does.
24  Q.   In what state?
25  A.   I believe in New Jersey somewhere.
```

Page 269

```
1        G Maxwell - Confidential
2   Q.   Do you have her phone number?
3   A.   Not memorized.
4   Q.   Do you have the ability to get her
5   phone number?
6   A.   Of course.
7   Q.   Has she ever asked -- has ████████
8   ████████ ever asked other girls to come over to
9   see Jeffrey Epstein for the purpose of a
10  sexual massage?
11       MR. PAGLIUCA:  Objection to the
12  form and foundation.
13  A.   Can you ask the question again
14  please.
15  Q.   Has ████████████ ever asked girls to
16  come over to see Jeffrey Epstein for the
17  purpose of a sexual massage?
18       MR. PAGLIUCA:  Object to form and
19  foundation.
20  A.   Can you ask again, please?
21  Q.   Has ████████████ ever asked girls to
22  come over to see Jeffrey Epstein for the
23  purpose of sexual massage?
24  A.   I have no personal knowledge.
25  Q.   What does ████████████ do for you?
```

Page 270

```
 1        G Maxwell - Confidential
 2        A.  She helps with my not-for-profit
 3   ocean foundation and any other related
 4   activities that I may have.
 5        Q.  Is she paid for by Jeffrey Epstein?
 6        A.  No.
 7        Q.  She is paid for by you?
 8        A.  Yes.
 9        Q.  When did you first meet █████
10   ████?
11        A.  I don't recollect exactly, sometime
12   maybe 2002, 2003.
13        Q.  How did you meet her?
14        A.  I don't recollect exactly how we
15   met.
16        Q.  Did Jeffrey introduce you to her?
17        A.  I don't recollect how we met.
18        Q.  Does she know Jeffrey Epstein?
19        MR. PAGLIUCA:  Objection to the
20   form and foundation.
21        A.  Can you ask again, please?
22        Q.  Does █████ know Jeffrey
23   Epstein?
24        A.  What do you mean by know?
25        Q.  Has she met her him before?
```

Page 271

```
 1        G Maxwell - Confidential
 2        MR. PAGLIUCA:  Objection to the
 3   form and foundation.
 4        A.  I can't recollect a time when
 5   ████ -- I've seen █████ with Jeffrey but --
 6        Q.  You are not sure --
 7        A.  I know they know either other.  I
 8   can't testify to a meeting between them.
 9        Q.  Do you know where in New Jersey she
10   lives?
11        A.  No
12        Q.  You don't know a city?
13        A.  No.
14        Q.  How long has she worked for you?
15        A.  Sometime 2002, 2003.
16        Q.  To the present?
17        A.  Yeah.
18        Q.  Why do you think that ██████████
19   might know Jeffrey?
20        MR. PAGLIUCA:  Objection to the
21   form and foundation.
22        A.  Because you know, I know Jeffrey.
23        Q.  Have you seen them together?
24        A.  I already testified I have not seen
25   them together, to my recollection.
```

Page 272

```
 1        G Maxwell - Confidential
 2        Q.  Is it your testimony that █████
 3   █████ knows Jeffrey Epstein through the work
 4   that she does for you?
 5        MR. PAGLIUCA:  Objection to the
 6   form and foundation.
 7        A.  I don't recollect, and I don't
 8   recollect how I met █████ and I can't testify
 9   to what █████ relationship is or is not with
10   Jeffrey.
11        Q.  Have you ever talked to Jeffrey
12   about ████?
13        A.  I don't know what you mean.
14        Q.  In any way, have you ever had a
15   conversation with Jeffrey about █████████?
16        A.  In what context.
17        Q.  In any context.  Have you ever
18   talked to Jeffrey Epstein about █████████?
19        A.  ████ works for me so it's entirely
20   possible that in the course of conversations
21   since 2002, 2003 that a conversation in which
22   █████ name would have come up is entirely
23   possible.
24        Q.  I provided you with and I'm sorry,
25   I don't know all the numbers, but the
```

Page 273

```
 1        G Maxwell - Confidential
 2   statement that was issued by █████ that
 3   should be a single page still in your stack
 4   of exhibits there.
 5        MR. PAGLIUCA:  Exhibit 10.
 6        Q.  Did you authorize █████ to issue
 7   that statement on your behalf in January of
 8   2015?
 9        A.  I already testified that that was
10   done by my lawyers.
11        Q.  So did you authorize your lawyers
12   to issue a statement on your behalf through
13   ████████ in January of 2015?
14        A.  It was determined that I had to
15   make a statement in the United Kingdom
16   because of the appalling lies and I just
17   thought of some new ones.
18        Virginia's statement that I
19   celebrated her 16 birthday with her.  We can
20   all agree that that's entirely impossible.  I
21   didn't meet her until she was 17 and other
22   lies she perpetrated that she had a diary and
23   we all know is a complete fake.  That's not a
24   diary.  It was just a book she was writing
25   that you helped sell to the press, as if it
```

Page 274

```
 1         G Maxwell - Confidential
 2    was a diary, when it was just a story that
 3    she is writing of fiction, fictional story
 4    for money.
 5         Q.  How did you arrive at the words
 6    that were put in that statement?
 7         MR. PAGLIUCA:  I'm going to object
 8         and instruct you to the extent this
 9         calls for any privileged communications
10         between yourself and ▮▮▮▮▮▮ or
11         another lawyer representing you, we're
12         asserting privilege.  If you can answer
13         that without that, feel free to answer.
14         Q.  So what your counsel is saying, and
15    I will exclude any privileged communications
16    you had with your lawyers.
17         The question is, how did you arrive
18    at the words that were put in that statement,
19    if you can tell me without disclosing
20    privileged communications?
21         A.  I'm not sure that I can.
22         Q.  Is the statement that you issued
23    true?
24         A.  What do you mean by that?
25         Q.  Is the statement that you issued,
```

Page 275

```
 1         G Maxwell - Confidential
 2    the statement that's in front of you, is it a
 3    true statement?
 4         A.  As in that Virginia is a liar?
 5         Q.  The words you put in there, is that
 6    true?
 7         A.  Of course they're true.
 8         Q.  When did you become aware that the
 9    statement was being released?
10         A.  I don't recollect exactly.
11         Q.  What day it was?
12         A.  No.
13         Q.  I'm sorry.  Did you identify, I
14    might not have caught it, did you identify
15    the name of the lawyer that you said you
16    retained for purposes of this statement?
17         A.  I think ▮▮▮▮▮▮ .
18         Q.  Did you pay that lawyer ▮▮▮▮
19    ▮▮▮▮ ?
20         A.  Yes.
21         Q.  Are you aware of any interstate or
22    international transportation of a woman aged
23    18 to 28 for the purposes of prostitution?
24         MR. PAGLIUCA:  Objection to the
25         form and foundation.
```

Page 276

```
 1         G Maxwell - Confidential
 2         A.  I'm not sure I even understand your
 3    question.
 4         Q.  I will go slower.
 5         Are you aware of any interstate,
 6    meaning between states, or international,
 7    meaning oversees transportation, of women
 8    aged 18 to 28, for the purposes of
 9    prostitution?
10         MR. PAGLIUCA:  Objection to the
11         form and foundation.
12         A.  Are you asking -- I'm still not
13    sure I understand the question.
14         Q.  I will try to make it clearer.
15         I'm asking you if you are aware of
16    any interstate, meaning between states, or
17    international transportation, meaning by
18    flight or by car or by train, of women aged
19    18 to 28, their ages are between the ages of
20    18 and 28, for the purposes of prostitution?
21         MR. PAGLIUCA:  Objection to the
22         form and foundation.
23         A.  In the world I'm sure that that
24    happens, I read about it all the time.
25         Q.  Not in the world.  Are you aware of
```

Page 277

```
 1         G Maxwell - Confidential
 2    it, in your experience with Jeffrey Epstein,
 3    of any interstate or international
 4    transportation of women aged 18 to 28, for
 5    the purposes of prostitution?
 6         MR. PAGLIUCA:  Objection to the
 7         form and foundation.
 8         A.  So whilst I appreciate this might
 9    not seem like a smart question, what do you
10    mean by prostitution, what are you asking me
11    exactly?
12         Q.  That would be sex for hire, any
13    kind of sexual act that's paid for.
14         MR. PAGLIUCA:  Objection to the
15         form and foundation.
16         A.  Who's paying, what are you asking
17    me.
18         Q.  It can be paid for by anybody.
19    It's a sexual act that's paid for.
20         I'm asking if you are aware of any
21    interstate or international transportation of
22    women aged 18 to 28, for the purposes of
23    prostitution?
24         MR. PAGLIUCA:  Objection to the
25         form and foundation.
```

MAGNA
LEGAL SERVICES

1         G Maxwell - Confidential
2     A.  I have no idea what you are talking
3  about.
4     Q.  So you are not aware of that?
5     A.  No.
6     Q.  Are you aware of any interstate or
7  international transportation of women, aged
8  18 to 28, for the purposes of having sex with
9  Epstein where they would receive compensation
10  of any type?
11         MR. PAGLIUCA:  Objection to the
12      form and foundation.
13     A.  I don't know what you are referring
14  to.
15     Q.  Do you want me to repeat the
16  question?
17     A.  Sure, go ahead.
18     Q.  Are you aware of any interstate or
19  international transportation of woman, aged
20  18 to 28, for the purpose of having sex with
21  Jeffrey Epstein where they would receive
22  compensation of any type?
23         MR. PAGLIUCA:  Objection to form
24      and foundation.
25     A.  I am not aware of what you are

1         G Maxwell - Confidential
2  talking about.
3     Q.  Are you aware of any interstate or
4  international transportation of women, aged
5  18 to 28, for the purposes of providing a
6  massage for Jeffrey Epstein?
7         MR. PAGLIUCA:  Objection to the
8      form and foundation.
9     A.  So I you need to repeat that
10  question for me.
11     Q.  Sure.
12         Are you aware of any interstate,
13  meaning between states, or international,
14  oversees, transportation of women, aged 18 to
15  28, for the purposes of providing massage for
16  Jeffrey Epstein?
17         MR. PAGLIUCA:  Objection to the
18      form and foundation.
19     A.  I think we can agree he did travel
20  from time to time with a professional adult
21  masseuse.
22     Q.  Are you aware of any interstate or
23  international transportation of women, aged
24  18 to 28, for the purposes of providing a
25  massage to any person other than Jeffrey

1       G Maxwell - Confidential
2  Epstein?
3         MR. PAGLIUCA:  Objection to the
4      form and foundation.
5     A.  Again, I'm not aware of anybody
6  that, if you are asking for specifics to
7  someone else, I have no knowledge of that.
8     Q.  So you are not aware of any
9  interstate or international transportation of
10  a woman aged 18 to 28 for the purposes of
11  providing a massage to any person other than
12  Jeffrey Epstein?
13         MR. PAGLIUCA:  Objection to the
14      form and foundation.
15     A.  I don't recall what any single
16  person being on a plane for a massage with
17  someone else other than Jeffrey, for the sole
18  purpose, if that's the question, I don't have
19  any recollection of that.
20     Q.  Earlier in your testimony, you
21  stated that Virginia Roberts was 17 at the
22  time you met her.
23         How do you know she was 17?
24         MR. PAGLIUCA:  Objection to the
25      form and foundation.  And to the extent

1        G Maxwell - Confidential
2  that calls for a privileged response,
3  I'm instructing you not to answer.
4     Q.  How do you know Virginia Roberts
5  was 17 at the time you met her?
6         MR. PAGLIUCA:  Again, if you
7      learned that information from your
8      lawyer, I'm instructing you not to
9      answer.
10     A.  I will follow my counsel's advice.
11     Q.  Are you able to answer that
12  question without telling me information you
13  learned from a lawyer?
14     A.  I'm not.
15     Q.  So you don't have independent
16  knowledge that Virginia, according to your
17  statement, was 17 at the time you met her?
18     A.  Again, my lawyer has instructed me
19  not to answer.
20     Q.  I'm asking you a different
21  question.  Whether you have any independent
22  knowledge, outside your lawyers, that
23  Virginia was 17 at the time you met her?
24     A.  Following the instructions of my
25  lawyers, I can only remember or testify to

MAGNA◗
LEGAL SERVICES

Page 282

```
1        G Maxwell - Confidential
2   what she --
3        MR. PAGLIUCA:  She is asking you a
4   different question.  She is asking other
5   than what your lawyers have told you, do
6   you have any knowledge about her being
7   17, that's what she is asking.
8        A.  I can't recollect where I got all
9   the information that I have that definitively
10  shows that.
11       Q.  Earlier in your testimony, I
12  believe you said all of us would know that
13  Virginia was 17 at the time you met her.
14       How would we know that?
15       A.  I think you know that by her own
16  dates, now that it was in 2000, so her entire
17  tail of me celebrating her 16th birthday is
18  clearly another giant falsehood.
19       Q.  But she was 16 and 17 that year,
20  wasn't she?
21       A.  Which year?
22       Q.  You said it was 2000.
23       A.  I think the information that I have
24  that indicates that definitively was
25  something that is privileged, so I can't
```

Page 283

```
1        G Maxwell - Confidential
2   share with you.
3        Q.  So you have privileged information
4   that definitively tells you that she was 17
5   at the time you met her?
6        A.  I believe I do.
7        Q.  How would we know that?
8        A.  What are you asking me?
9        Q.  Earlier today you testified that we
10  would know that she was 17 at the time that
11  you met her.
12       How would we know that?
13       A.  I imagine you have access to
14  exactly the same information that I do.
15       Q.  What is that information?
16       A.  Again, it's privileged, I can't
17  share it with you but you have been on this
18  case for, I don't know, much much longer than
19  I have and I imagine you have all the
20  information that I do.
21       Q.  Do you know whether your lawyers
22  have produced documents from you that would
23  show the age that Virginia was at the time
24  that you met her?
25       MR. PAGLIUCA:  To the extent that
```

Page 284

```
1        G Maxwell - Confidential
2   calls for a communication that you had
3   with one of your lawyers, I'm
4   instructing you not to answer that
5   question.
6        Q.  I assume you, as part of the
7   discovery process, had to collect documents
8   that were relevant to this action, is that
9   correct?
10       A.  I did.
11       Q.  Did you collect documents that
12  would show that Virginia was 17 at the time
13  that you met her?
14       A.  I think you have everything that
15  relates, that I had, contemporaneously per
16  what you asked for that I have that relates
17  to that.
18       Q.  Did you have a document that
19  identified that Virginia was 17 at the time
20  that you met her?
21       A.  You have all of the documents that
22  I had.
23       Q.  I'm not asking what documents.  I'm
24  asking, do you have a document that
25  identifies Virginia being 17 at the time you
```

Page 285

```
1        G Maxwell - Confidential
2   met her?
3        A.  You have every document that I
4   have.  You have seen every document that I
5   have.
6        Q.  That's not what I'm asking.
7        A.  I don't recall every document that
8   I gave you, so I don't know.  I would have to
9   look at every single document I gave you and
10  then review it but as I recall you have every
11  document that I have.
12       Q.  What are you planning to show the
13  jury that will prove that Virginia was 17
14  when you met her?
15       A.  Again that's privileged so I can't
16  share that with you.
17       Q.  If you're showing the jury, it
18  wouldn't be privileged, so is there a
19  document you have produced in this matter
20  that shows that Virginia was 17 at the time
21  you met her?
22       MR. PAGLIUCA:  She answered that
23  question already.  She said she doesn't
24  know, she has given you everything.  If
25  there is a decision -- assuming for the
```

MAGNA
LEGAL SERVICES

**Page 286**

```
 1        G Maxwell - Confidential
 2   moment there is such a document, just
 3   hypothetically, and assuming for the
 4   moment that it is going to get produced
 5   somewhere, if it hasn't already been
 6   produced, obviously that would involve a
 7   waiver, a future waiver of the
 8   privilege.  I think that's the answer to
 9   the question.
10        Q.  Has the document been produced, do
11   you know?
12        A.  You have everything that I have
13   given you, so if you can't -- if it's not in
14   those documents, I don't know what to tell
15   you.
16        Q.  Your lawyers haven't withheld any
17   documents?
18        A.  They are right here.  You can ask
19   them.
20        Q.  I'm asking you.
21        A.  I don't know what -- they're
22   lawyers.
23        Q.  When we were talking earlier about
24   ███████████, I asked you whether you had
25   ever given him a gift of a puppet.
```

**Page 287**

```
 1        G Maxwell - Confidential
 2        Did you ever, not as a gift, did
 3   you ever see in the presence of ████████
 4   a puppet?
 5        MR. PAGLIUCA:  Objection to the
 6   form and foundation.
 7        A.  Can you be more direct, please?
 8        Q.  Sure.  Were you ever in a room with
 9   ████████████ where there was a puppet?
10        MR. PAGLIUCA:  Objection to the
11   form and foundation.
12        A.  Can you be more specific please and
13   can you bound it by time and be more
14   specific, whatever you are actually asking
15   me?
16        Q.  Were you ever in a room with ████
17   ███████ in New York in Jeffrey Epstein's home
18   where there was a puppet?
19        MR. PAGLIUCA:  Objection to the
20   form and foundation.
21        A.  What sort of puppet are you asking
22   me?
23        Q.  Any kind of puppet?
24        A.  You need to be more descriptive.  I
25   don't know what you mean by puppet, there is
```

**Page 288**

```
 1        G Maxwell - Confidential
 2   hand puppets, all sorts of puppets.
 3        Q.  Is there any puppet you've ever
 4   seen in Jeffrey Epstein's home in the
 5   presence of █████████████?
 6        A.  Again, puppet, you know, there is
 7   lots of types of puppets.
 8        Q.  Any type of puppet.
 9        A.  If you want to give me a
10   description of the puppet, I would be perhaps
11   be able to say.
12        Q.  Any type of puppet?
13        A.  Can you be more detailed?
14        Q.  Have you ever seen a puppet in
15   Jeffrey Epstein's home in the presence of
16   █████████?
17        A.  My understanding of a puppet is a
18   small handheld item you have in a circus.  I
19   have never seen that.
20        Q.  Have you ever seen a puppet which
21   is defined as a movable model of a person or
22   animal that is used in entertainment and
23   typically moved either by strings or
24   controlled from above or by a hand inside it?
25        MR. PAGLIUCA:  Objection to the
```

**Page 289**

```
 1        G Maxwell - Confidential
 2   form and foundation.
 3        A.  I have not seen a puppet that fits
 4   exactly that description.
 5        Q.  Have you seen any puppet that fits
 6   any description?
 7        MR. PAGLIUCA:  Objection to the
 8   form and foundation.
 9        A.  Can you reask the question, please?
10        Q.  Yes.
11        Have you seen any puppet that fits
12   any description in the presence of █████
13   ███████ in Jeffrey Epstein's home?
14        MR. PAGLIUCA:  Objection to the
15   form and foundation.
16        A.  I am not aware of any small
17   handheld puppet that was there.  There was a
18   puppet -- not a puppet -- there was a -- I
19   don't know how would you describe it really,
20   I don't know how would you describe it.  Not
21   a puppet, I don't know how you would describe
22   it.  A caricature of ███████████ that was
23   in Jeffrey's home.
24        Q.  Did you use that caricature to put
25   the hand of the caricature on ████████
```

Page 290

```
1        G Maxwell - Confidential
2    ████████ breast?
3        MR. PAGLIUCA:  Objection to the
4    form and foundation.
5        A.  I don't recollect.  I recollect the
6    puppet but I don't recollect anything around
7    the puppet.  You characterized puppet, I
8    characterize it as, I don't know, as a
9    characterization of ████████.
10       Q.  Do you recollect asking Virginia
11   Roberts to sit on ████████ lap with
12   the caricature of ████████?
13       A.  I do not recollect that.
14       Q.  What do you remember about the
15   caricature of the ████████ caricature
16   when you were in the presence of ████████
17   ████████ Virginia Roberts and ████████?
18       MR. PAGLIUCA:  Objection to the
19   form and foundation.
20       A.  I don't recollect the story as told
21   by ████ or Virginia.  I don't even know
22   who -- I remember the caricature of
23   ████████ and I remember ████████ but I
24   don't recall anything else around the
25   caricature.
```

Page 291

```
1        G Maxwell - Confidential
2        Q.  Did you give it to him?
3        A.  I did not.
4        Q.  Who gave it to him?
5        A.  I don't think it was given to him
6    at all.
7        Q.  Did he bring it?
8        A.  No.
9        Q.  Was it something that was at the
10   house?
11       A.  As best I recollect.
12       Q.  Was it something that you saw at
13   the house in advance of ████████
14   arrival?
15       A.  Again, I don't real -- I recollect
16   the caricature, I recollect ████████, I
17   don't recollect much else around the
18   caricature.
19       Q.  Was there a party going on in the
20   house at the time you recollect the
21   caricature?
22       MR. PAGLIUCA:  Objection to the
23   form and foundation.
24       A.  You have to be way more specific?
25       Q.  Do you remember, you said you
```

Page 292

```
1        G Maxwell - Confidential
2    recollect this caricature, you recollect
3    ████████ being there.  Do you recollect
4    a party going on at the time of that
5    interaction with ████████ and the
6    caricature?
7        MR. PAGLIUCA:  Objection to the
8    form and foundation.
9        A.  I don't recollect a party -- first
10   of all, they weren't really parties -- I
11   don't recollect a party -- I don't know what
12   you mean by party in the context of that
13   scenario.
14       Q.  Who do you recollect being at the
15   home during the time ████████ was there
16   with this caricature?
17       MR. PAGLIUCA:  Objection to the
18   form and foundation.
19       A.  I only recollect myself with ████████
20   ████████ I don't recollect anybody else.
21       Q.  You don't recollect Jeffrey Epstein
22   being there?
23       A.  Actually, no.
24       Q.  You don't recollect ████████████
25   being there?
```

Page 293

```
1        G Maxwell - Confidential
2        A.  No.
3        Q.  You don't recollect Virginia
4    Roberts being there?
5        A.  No.
6        Q.  It was just you and ████████?
7        A.  I am not saying it was just me and
8    ████████, you are asking me do you
9    remember.  I only remember ████████, I
10   remember ████████ and the caricature but
11   I can't place the caricature and everybody
12   else in the same context, the same timeframe
13   you are asking me.
14       Q. ████████████████████
     ████████████████████████
     ████████████████████████
     ████████████████████████
     ████████████████████████
     ████████████████████████
     ████████████████████████
24       MR. PAGLIUCA:  Objection to the
25   form and foundation.
```

1        G Maxwell - Confidential
2        A.  Typically, there is no typical
3   because there is no standard procedure, so I
4   can't comment or testify to what ▮▮▮▮
5   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
6        Q.  Do you remember them being in the
7   house?
8        A.  Not specifically.
9        Do you mind if I take a bathroom
10  break.
11        THE VIDEOGRAPHER:  It's now 3:51
12  and we are off the record.
13        (Recess.)
14        THE VIDEOGRAPHER:  It's now 4:04.
15  We are back on the record and we're
16  starting disk No. 7.
17        Q.  Ms. Maxwell, during what time
18  period, I know you said, I believe you said
19  you met Jeffrey in 1991, if I'm correct there
20  and you've known him through the present.
21        During what time period within
22  those years would you say your relationship
23  was the closest with Jeffrey?
24        MR. PAGLIUCA:  Objection to the
25        form and foundation.

1        G Maxwell - Confidential
2        A.  What do you mean by close, sorry.
3        Q.  I think earlier today you testified
4   that at some point in time you considered
5   yourself to be his girlfriend, is that the
6   closest you would say that your relationship
7   was with him and if so, what time period was
8   that?
9        MR. PAGLIUCA:  Objection to the
10        form and foundation.
11        A.  I don't think I said I was his
12  girlfriend, I would like to think of myself
13  as maybe, I don't think I -- sometime in the
14  mid '90s.
15        Q.  How close was your relationship?
16        A.  We were very friendly.
17        Q.  Without going into details, was
18  your relationship with him intimate?
19        A.  Yes.
20        Q.  When was the last time you had
21  contact with Jeffrey Epstein?
22        A.  What do you mean by contact.
23        Q.  Either a phone call or email or
24  anything of that nature?
25        A.  As best as I can recollect when

1        G Maxwell - Confidential
2   all -- sometime last year.
3        Q.  So you haven't talked to him like,
4   for example, last week you didn't talk to
5   him?
6        A.  I did not.
7        Q.  How many times have you had either
8   direct or indirect, meaning, in the presence
9   of him or calling or emailing, contact with
10  Jeffrey Epstein from December 30, 2014 until
11  now?
12        A.  I'm sorry, can you just --
13        Q.  Either in person or by phone or by
14  email, from December 30, 2014 until present.
15        A.  I can't really characterize that
16  but not very much.  There was a period when
17  in January when you filed your, whatever you
18  filed, when we spoke and then, since then
19  not much at all.
20        Q.  Can you estimate how many emails
21  you would have sent Jeffrey from the period
22  of December 30, 2014 to the present?
23        A.  Not very many at all.
24        Q.  More than 20?
25        A.  I really wouldn't be able to

1        G Maxwell - Confidential
2   characterize it because it wouldn't be that
3   many.  I wouldn't know.
4        Q.  More than 50?
5        A.  It would be on the lesser side, not
6   on the more side.
7        Q.  Can you give me a number?
8        A.  I honestly couldn't.  I would be
9   guessing.
10        Q.  How many emails has Jeffrey sent
11  you from the period December 30, 2014 to the
12  present?
13        A.  I would say less emails, even less
14  emails than I sent him.
15        Q.  More than 20?
16        A.  I would say on the lesser side.
17        Q.  Less meaning 10?
18        A.  I really can't recall, very little.
19        Q.  When you spoke with Jeffrey in
20  January of 2015, what did he say to you?
21        A.  I really couldn't remember exactly
22  what he said to me.
23        Q.  Did you talk about Virginia
24  Roberts?
25        A.  I'm sure we did but I couldn't

MAGNA ◗
LEGAL SERVICES

Page 298

```
 1        G Maxwell - Confidential
 2   recall the exact conversation.
 3        Q.  Does Jeffrey Epstein send you text
 4   messages?
 5        A.  No.
 6        Q.  Do you send him text messages?
 7        A.  No.
 8        Q.  How many phone calls have you had
 9   with Jeffrey Epstein since December 30, 2014?
10        A.  Again, very few.
11        Q.  More than five?
12        A.  Probably as many as the few emails
13   that I would characterize, so just very few.
14   I mean a small number.
15        Q.  Are you aware of any disagreement
16   between your views about Virginia Roberts and
17   Jeffrey's views about Virginia Roberts?
18        MR. PAGLIUCA:  Object to the form
19        and foundation
20        A.  I cannot speculate to his views.  I
21   can only testify on my views.
22        Q.  Earlier you went through the series
23   of lies.  Have you talked to Jeffrey about
24   the lies and does he agree with you?
25        A.  I have discussed some of the issues
```

Page 299

```
 1        G Maxwell - Confidential
 2   with him, I can't remember specifically which
 3   ones.  I just don't recall.  I'm sorry.
 4        Q.  Do you recall him telling you that
 5   he didn't agree with you on any of those?
 6        A.  I don't recall him saying that.
 7        Q.  Do you have a joint defense
 8   agreement with ▮▮▮▮▮▮▮?
 9        A.  I believe I do.
10        Q.  Do you have a joint defense
11   agreement with Alan Dershowitz?
12        A.  I don't believe I do.
13        Q.  Earlier today in your testimony,
14   when I was asking you some questions, you
15   said that you couldn't answer but that
16   Jeffrey Epstein could answer that question.
17        Would Jeffrey Epstein be in a
18   position to confirm or deny some of the
19   obvious lies that we've discussed today?
20        MR. PAGLIUCA:  Objection to the
21        form and foundation.
22        A.  I can't possibly testify to what
23   Jeffrey could or would say.  I can't speak
24   for him.
25        Q.  Would Jeffrey be able to confirm or
```

Page 300

```
 1        G Maxwell - Confidential
 2   deny whether he had sex with Virginia
 3   Roberts?
 4        MR. PAGLIUCA:  Objection to the
 5        form and foundation.
 6        A.  I can't say what Jeffrey would say.
 7        Q.  Has he discussed that with you?
 8        A.  He has not.
 9        Q.  Would Jeffrey be able to confirm or
10   deny whether he had a sexual massage from
11   Virginia that first time she came to his
12   mansion in Palm Beach?
13        MR. PAGLIUCA:  Objection to the
14        form and foundation.
15        A.  I cannot speak for what he would
16   say.  I can only speak for what I would say.
17   So as I testified everything that she said
18   about that first meeting didn't happen so...
19        Q.  Has he told that you everything
20   about that first meeting didn't happen?
21        A.  I know it didn't happen because she
22   put me in that room.
23        Q.  I understand you know.  But has
24   Jeffrey said when you are talking about the
25   obvious lies, oh yeah, that never happened?
```

Page 301

```
 1        G Maxwell - Confidential
 2        MR. PAGLIUCA:  Objection to the
 3        form and foundation.
 4        A.  I can't specifically recall that.
 5   I don't know, but he has to agree with me
 6   because it didn't happen.
 7        Q.  Can Jeffrey Epstein, would he be
 8   able to confirm or deny whether he had sex
 9   with underage girls?
10        MR. PAGLIUCA:  Objection to the
11        form and foundation.
12        A.  I can't testify to what Jeffrey
13   would say.
14        Q.  Can Jeffrey confirm or deny whether
15   ▮▮▮▮▮▮ was on Jeffrey's island?
16        MR. PAGLIUCA:  Objection to the
17        form and foundation.
18        A.  I can't say what Jeffrey would say.
19   I can only say what I know to be true.
20        Q.  Has Jeffrey talked to you about the
21   fact whether ▮▮▮▮▮▮ was on his island?
22        A.  As best as I can recollect, he said
23   he was not on the island.  As best as I can
24   recollect.
25        Q.  Can Jeffrey Epstein confirm whether
```

MAGNA ►
LEGAL SERVICES

Page 302

```
 1        G Maxwell - Confidential
 2   he and Virginia Roberts were together in the
 3   presence of ███████?
 4        MR. PAGLIUCA:  Objection to the
 5   form and foundation.
 6        A.  I can't speak to what Jeffrey would
 7   say.
 8        Q.  Has he talked to about Virginia
 9   Roberts' statement that she was in the
10   presence of ███████?
11        MR. PAGLIUCA:  Objection to the
12   form and foundation.
13        A.  I have not discussed individual
14   presences with Virginia.  That's not -- I'm
15   only concerned with what I know to be the
16   stuff about me.  So my focus has always been
17   the lies and the obvious lies as something I
18   can personally attest to.  I cannot possibly
19   talk for anything else.
20        Q.  Has Jeffrey Epstein said to you
21   anything along the lines of Virginia is lying
22   when she says she met ███████?
23        MR. PAGLIUCA:  Objection to the
24   form and foundation.
25        A.  Again, I'm not talking about what
```

Page 303

```
 1        G Maxwell - Confidential
 2   she says as regards to other people.  I can
 3   talk to things as regards to me.
 4        Q.  I'm asking if Jeffrey ever said
 5   that to you?
 6        A.  I don't recollect specific
 7   conversations along those things.
 8        Q.  You don't recollect him saying that
 9   to you?
10        A.  I don't recollect him saying to me
11   that Virginia didn't meet ███████.  I'm
12   sure that wouldn't be a conversation that we
13   would have.  It doesn't effect me whether --
14   so I'm really only concerned about the lies
15   that were told as regards to me.
16        Q.  Can Jeffrey Epstein confirm or deny
17   whether you sent Virginia to give Glenn Dubin
18   a massage?
19        MR. PAGLIUCA:  Objection to the
20   form and foundation.
21        A.  I can't say what Jeffrey would say,
22   I can tell you I didn't.  I can't tell you
23   what anybody else.
24        Q.  Have you discussed with him
25   Virginia's allegation that she gave Glenn
```

Page 304

```
 1        G Maxwell - Confidential
 2   Dubin a massage?
 3        MR. PAGLIUCA:  Objection to the
 4   form and foundation.
 5        A.  I didn't know that she did say
 6   that.
 7        Q.  Do you know whether Jeffrey Epstein
 8   has ever sent anybody to Glenn Dubin to
 9   perform a massage for him?
10        MR. PAGLIUCA:  Objection to the
11   form and foundation.
12        A.  I couldn't possibly recollect
13   whether he did anything like that.
14        Q.  Did you ever send anybody, not
15   Virginia, anybody else over to Glenn Dubin's
16   home for a massage?
17        A.  Not to the best of my knowledge.
18        Q.  Do you know one of ████████
19   ████████ friend by the name of ████████
20   ████████
21        A.  I do recollect a person of that
22   name.
23        Q.  How do you know her?
24        A.  I don't recollect.
25        Q.  Did you meet her through Jeffrey?
```

Page 305

```
 1        G Maxwell - Confidential
 2        A.  I don't recollect.
 3        Q.  Do you recall when you met her?
 4        A.  I do not recollect.
 5        Q.  How many times have you seen ████
 6   ████████ in your life?
 7        A.  The only reason I remember is
 8   because it's an unusual name but I couldn't
 9   tell you anything else.
10        Q.  You didn't see her on a regular
11   basis, she wasn't one of your friends?
12        A.  No.
13        Q.  Was ████████ a masseuse?
14        A.  Not to my knowledge.
15        Q.  Do you have knowledge of whether
16   she had a sexual relationship with Jeffrey
17   Epstein?
18        A.  I have no knowledge of that.
19        Q.  When was the last time you spoke
20   with her?
21        A.  A very long -- I have no idea.
22        Q.  Would it be years?
23        A.  Yes.
24        Q.  What do you remember about ████
25   ████████
```

MAGNA ●
LEGAL SERVICES

Page 306

```
 1        G Maxwell - Confidential
 2    A.  Nothing really.
 3    Q.  Do you remember what she looks
 4  like?
 5    A.  I would just be speculating on how
 6  I remember.  I couldn't describe her.
 7    Q.  Do you recall traveling with her?
 8    A.  I don't.
 9    Q.  Did you ever go to her home?
10    A.  I don't believe I did.
11    Q.  Do you know where she lives?
12    A.  I don't.
13    Q.  Would you have met her through
14  Jeffrey Epstein?
15      MR. PAGLIUCA:  Objection to the
16    form and foundation.
17    A.  I already testified I don't
18  recollect how I met her and I remember her
19  because her name is very unusual.
20    Q.  So what's your -- what recollection
21  do you have of her, do you have a specific
22  recollection of meeting her somewhere, you
23  just don't know when that was or how do you
24  know that name ██████████?
25      MR. PAGLIUCA:  Objection to the
```

Page 307

```
 1        G Maxwell - Confidential
 2    form and foundation.
 3    A.  I don't know why the name is -- I'm
 4  sorry -- I can't -- I have no idea.  I
 5  recognize the name but that's it.
 6    Q.  Was ██████████ a masseuse?
 7      MR. PAGLIUCA:  Objection to the
 8    form and foundation.
 9    A.  What are you asking me, I'm sorry?
10    Q.  When ██████████ worked for
11  Jeffrey Epstein, did she perform massages?
12    A.  I've testified that when ████████
13  came originally, she came to answer
14  telephones.  I believe at some point she
15  became a masseuse.  I don't recollect when
16  and I personally had massages from ████████
17    Q.  What did ██████ do for Jeffrey
18  Epstein, did she perform massages, anything
19  else?
20      MR. PAGLIUCA:  Objection to the
21    form and foundation.
22    A.  When she came she answered phones
23  and at some point, I believe, I don't have
24  any firm recollection, but I believe she went
25  to school and became a masseuse and I had
```

Page 308

```
 1        G Maxwell - Confidential
 2  massages from her.
 3    Q.  Did you ever have any sexual
 4  interaction with her?
 5      MR. PAGLIUCA:  Object to the form
 6    and foundation and I'm going to instruct
 7    you if we're talking about any
 8    consensual adult contact, you are not
 9    allowed to answer the question.
10    Q.  Did you have any sexual contact
11  with her in the presence of Jeffrey Epstein?
12      MR. PAGLIUCA:  Same instruction.
13    Q.  Did you have any sexual contact
14  with her in the presence of anybody other
15  than Jeffrey Epstein?
16      MR. PAGLIUCA:  Same instruction.
17    Q.  How many massages did you receive
18  from ██████
19    A.  I really don't recall but a fair
20  amount.
21    Q.  Did the massages involve sex?
22      MR. PAGLIUCA:  I'm going to
23    instruct you not to answer.
24    Q.  Have you ever engaged in sex with
25  any female?
```

Page 309

```
 1        G Maxwell - Confidential
 2      MR. PAGLIUCA:  I'm going to
 3    instruct you not to answer.
 4      MS. McCAWLEY:  I want the record to
 5    reflect that Ms. Maxwell's attorney is
 6    directing her not to answer this series
 7    of questions.
 8      MR. PAGLIUCA:  It definitely does.
 9    Q.  Were you responsible for
10  introducing ██████ to Jeffrey Epstein?
11      MR. PAGLIUCA:  Objection to the
12    form and foundation.
13    A.  I already testified that I don't
14  really recall ██████
15    Q.  Were you responsible for
16  introducing ██████ to Jeffrey Epstein?
17      MR. PAGLIUCA:  Objection to the
18    form and foundation.
19    A.  Again, I don't like the
20  characterization of introduction. ████████
21  came to answer telephones.
22    Q.  When did you -- were you the person
23  who brought or introduced or met ██████ for
24  purposes of bringing her to Jeffrey Epstein's
25  home?
```

MAGNA
LEGAL SERVICES

Page 310

G Maxwell - Confidential

1        G Maxwell - Confidential
2        MR. PAGLIUCA:  Objection to the
3    form and foundation.
4        A.   That's not how I would characterize
5    that.
6        Q.   How would you characterize it?
7        A.   I have testified that I'm
8    responsible for finding professional people
9    to work in the homes, age appropriate adult
10   people, so from pool attendants, to
11   gardeners, to chefs, to housekeepers, to
12   butlers, to chauffeurs and one of the
13   functions was to be able to answer the
14   telephones and in the context of finding
15   someone to answer the telephones, I did look
16   to try to find appropriate people to answer
17   the phones.
18       Q.   So did you find Johanna for
19   purposes of that role?
20       A.   So in the course of looking for
21   somebody to answer phones at the house,
22   Johanna was one of the people who said that
23   she was willing to answer phones.
24       Q.   Did you approach her at her school
25   campus?

Page 311

1        G Maxwell - Confidential
2        MR. PAGLIUCA:  Objection to form
3    and foundation.
4        A.   I honestly don't recall how, in
5    that moment, how I met ████ and how she
6    came to get the job but...
7        Q.   Did you typically, in your work for
8    Jeffrey Epstein, would you typically go to
9    school campuses to try to find individuals to
10   work for Jeffrey Epstein?
11       MR. PAGLIUCA:  Objection to the
12       form and foundation.
13       A.   what -- what do you mean by
14   school?  Let's characterize school.
15       Q.   Any kind of school.
16       A.   Obviously not.  I never went to any
17   school with young people.  ████ I believe
18   came from an adult university, as I would
19   know in England, so university, I went there
20   but I never went, as I best recollect,
21   anywhere else.
22       Q.   Did you -- what university was it
23   that you went to?
24       A.   I don't recall the university that
25   she went to right now.

Page 312

1        G Maxwell - Confidential
2        Q.   Would you visit more than one
3    university to try to find individuals to work
4    for Jeffrey Epstein?
5        A.   As I recollect, I think that's, in
6    fact, the only university I went to.
7        Q.   Did you go there more than once?
8        A.   I think I went twice.
9        Q.   Who else did you find from that
10   university, was there anybody other than
11   ████
12       A.   I don't recollect, I'm sorry.
13       Q.   We are going to mark this as
14   Maxwell 13?
15       (Maxwell Exhibit 13, documents,
16       marked for identification.)
17       Q.   Can you take a look at the document
18   I put in front of you, please.
19       Are you familiar with this
20   document?
21       A.   I'm familiar with this actual
22   document.
23       Q.   How was this document created?
24       MR. PAGLIUCA:  Objection to the
25       form and foundation.

Page 313

1        G Maxwell - Confidential
2        A.   I don't know how this document was
3    created.
4        Q.   You were involved in the creation
5    of this document?
6        A.   I think you can see from the date
7    that it's 2004, 2005, so no.
8        Q.   You weren't involved in the
9    creation of this document.
10       Did you -- we talked earlier about
11   Mr. Epstein's house, I'm talking about the
12   Palm Beach house where you said there was a
13   computer on the desk, that employees had
14   access to -- people who worked for Jeffrey
15   Epstein may have had access to?
16       A.   I think anybody could have had
17   access to that.
18       Q.   Was that computer used, if you know
19   to keep a log of addresses and phone contact
20   information for Jeffrey Epstein?
21       A.   Are we talking about when this
22   document was created?
23       Q.   In general, was there, on that
24   computer during the time that you were
25   present with Jeffrey Epstein, was there a

MAGNA◆
LEGAL SERVICES

Page 314

```
 1        G Maxwell - Confidential
 2  mechanism by which you kept electronic
 3  information of names and addresses of
 4  individuals that he knew?
 5        MR. PAGLIUCA:  Objection to the
 6     form and foundation.
 7     A.  I can't testify to what was on that
 8  computer or not after I was gone.
 9     Q.  Not when you were gone, when you
10  were there.  If Jeffrey wanted to call, for
11  example, say ███████, would someone be
12  able to go to that computer to pull up the
13  address information and phone contact
14  information for that individual?
15        MR. PAGLIUCA:  Objection to the
16     form and foundation.
17     A.  I couldn't possibly say.
18     Q.  Did you ever have to keep track of
19  address or phone contact information for
20  Jeffrey Epstein?
21     A.  That was not my job.
22     Q.  Did you ever do it?
23     A.  I am not responsible for keeping
24  his numbers so that wasn't my job at all.
25     Q.  But did you ever do it?  I know
```

Page 315

```
 1        G Maxwell - Confidential
 2  it's not your job but did you ever do it, did
 3  you ever keep phone contact information for
 4  him?
 5     A.  During the course of the time we
 6  were together, if he gave me a telephone
 7  number, I would give it to an assistant to
 8  put in the computer, I could do that.
 9     Q.  Would he ask you for contact
10  information for different individuals, if he
11  wanted to contact someone?
12        MR. PAGLIUCA:  Objection to the
13     form and foundation.
14     A.  In the course of the long period of
15  time when I was there, it certainly would be
16  possible for him to ask me for a telephone
17  number and if I had the -- I wouldn't always
18  have it -- I'm sure it happened.
19     Q.  Was there a hardcopy book in
20  addition to the computer, a hardcopy book
21  that you could look for numbers that were
22  relevant to Jeffrey Epstein's life and
23  something on the computer or was it just an
24  electronic version?
25        MR. PAGLIUCA:  Objection to the
```

Page 316

```
 1     G Maxwell - Confidential
 2  form and foundation.
 3     Q.  Was there a hard copy book as well
 4  as something on the computer or was there
 5  only electronic information on the phone
 6  numbers?
 7        MR. PAGLIUCA:  Objection to the
 8     form and foundation.
 9     A.  I can only testify to what I know
10  obviously, and I believe that this is a copy
11  of a stolen document.  I would love to know
12  how you guys got it.
13     Q.  I'm asking during the time you
14  worked for Jeffrey Epstein, was there a
15  hardcopy document of any kind that kept phone
16  numbers for Jeffrey Epstein, if he needed to
17  contact someone?
18     A.  The stolen document I have in front
19  of me that you have is what you are referring
20  to.
21     Q.  So there was, during your time when
22  you were there, there was no other, you
23  mentioned there was information on a
24  computer.  Was there any hardcopy document
25  that you could refer to to find someone's
```

Page 317

```
 1        G Maxwell - Confidential
 2  number?
 3     A.  You have the stolen document in
 4  front of you.
 5     Q.  You had access to this when you
 6  worked for Jeffrey Epstein?
 7     A.  This is, I believe, the book that
 8  was stolen, that was the hardcopy of whatever
 9  was there.
10     Q.  So when you were working for
11  Jeffrey Epstein, you were able to access this
12  book?
13     A.  This book -- if this is what this
14  is, I believe it was, this is the stolen
15  document from his house.
16     Q.  And you were able to access it when
17  you worked for him?
18     A.  It was a document that was printed
19  that you could, if you needed to, look for a
20  number.
21     Q.  Do you know how this book was
22  created?
23     A.  No.
24     Q.  When you referred to it a moment
25  ago, to a stolen document, when ███████
```

MAGNA
LEGAL SERVICES

1          G Maxwell - Confidential
2     ▮▮▮▮ turned this document over to the
3 FBI, are you aware he described it as a
4 document that came from your computer?
5          MR. PAGLIUCA:  Objection to the
6     form and foundation.
7     A.  I have no idea what he said or
8 didn't say, so if you want me to reference
9 something he said, you need to show it to me.
10    Q.  Did you keep this document, an
11 electronic copy of it, on your personal
12 computer?
13    A.  I don't recollect.
14    Q.  If you had to update something, for
15 example, if there was a new number, a new
16 individual that Jeffrey had hired that you
17 were going to track, would you input that
18 information into this document on your
19 computer?
20         MR. PAGLIUCA:  Objection to the
21    form and foundation.
22    A.  I've already testified that I'm not
23 responsible for updating and keeping these
24 records.
25    Q.  Did you have this document on your

1          G Maxwell - Confidential
2 computer, your personal computer?
3     A.  I told you, I don't recollect
4 having this document on my computer.
5     Q.  Do you know what computers this
6 document was on, if more than one?
7     A.  I'm sorry, this is a long time ago
8 and I don't recall exactly how this was all
9 managed.
10    Q.  If you didn't create this document,
11 do you know who did?
12         MR. PAGLIUCA:  Objection to the
13    form and foundation.
14    A.  I don't.
15    Q.  I'm going to direct your attention
16 to part of this document. It's towards the
17 back, it's going to be page 91 and it has
18 bates label Giuffre 001663. I'm going to
19 direct your attention to the section that
20 says, Massage Florida.
21         Did you input any of the names or
22 numbers under that section?
23         MR. PAGLIUCA:  Objection to form
24    and foundation.
25    A.  So this document is produced in

1          G Maxwell - Confidential
2 2004, 2005, so no.
3     Q.  But I'm sorry, correct me if I'm
4 misunderstanding your testimony, I thought
5 you said when you were working with Jeffrey,
6 that this document existed and it was
7 something you utilized?
8     A.  I can't possibly tell you what
9 numbers were added or not added subsequent to
10 my departure.
11    Q.  So you can't recall if you added
12 any of these numbers?
13         MR. PAGLIUCA:  Objection to the
14    form and foundation, mischaracterizes
15    the witness' testimony.
16    Q.  Are there any numbers on here or
17 names that you recognize that you would have
18 entered into this section?
19    A.  I already testified that I'm not
20 responsible for inputting numbers and names
21 into this so I would not be able to tell you.
22    Q.  Are there any names or numbers
23 under this section, Massage Florida, that you
24 would have provided to an assistant to input
25 into this document?

1          G Maxwell - Confidential
2     A.  I can't possibly say.
3     Q.  Do you see under Massage Florida,
4 about halfway down the first column, do you
5 see a number that says ▮▮▮▮ cell?
6         MR. PAGLIUCA:  What page?
7     Q.  It's 91, Bates number 001663.
8 About halfway down, it says in the first
9 column, it says ▮▮▮▮ cell.
10         Do you see that?
11    A.  I do.
12    Q.  Would you have provided after, I
13 know you didn't hire her, Jeffrey hired her
14 but after you brought her to Jeffrey, would
15 you have given her cell phone number to an
16 assistant to input into this document?
17         MR. PAGLIUCA:  Objection to form
18    and foundation.
19    A.  I didn't bring her to Jeffrey, the
20 way you characterize and I would have no
21 knowledge of how this number ended up in this
22 book.
23    Q.  I believe you, and I will try to
24 use your words so we are clear, you met
25 ▮▮▮▮ is that correct?

MAGNA
LEGAL SERVICES

Page 322

```
 1          G Maxwell - Confidential
 2     A.  Yes.
 3     Q.  And then she began working for
 4  Jeffrey?
 5     A.  Yes.
 6     Q.  Would you have provided whomever
 7  was in charge of keeping this updated with
 8  ███████      cell number so you would be able to
 9  contact her if needed?
10        MR. PAGLIUCA:  Objection to the
11     form and foundation.
12     A.  I don't know.  It could have been a
13  number of different ways, it it could have
14  been Jeffrey who gave it to somebody.
15     Q.  You just don't remember doing that?
16     A.  I do not.
17     Q.  Now, as you look -- I want you to
18  take a look at the Florida massage list, it's
19  three columns there.
20        Do you, as you look at those names
21  on the various columns, do you know the ages
22  of any of the girls in this list?
23     A.  I don't know.  One, I don't know
24  who all the people are on this list and I
25  certainly don't know the ages.
```

Page 323

```
 1          G Maxwell - Confidential
 2     Q.  Do you know what their
 3  qualifications are?
 4     A.  I don't know who the people are in
 5  general so of course I don't know what their
 6  qualifications are.
 7     Q.  Do you know why Jeffrey has so many
 8  masseuses listed in Florida in his book here?
 9        MR. PAGLIUCA:  Objection to the
10     form and foundation.
11     A.  Again, this book was created post
12  my departure, so I couldn't explain why all
13  these people were here.
14     Q.  When you were there, you said this
15  book existed?
16     A.  Yes.
17     Q.  So when you were there, were there
18  a number of masseuses listed under the
19  Florida massage?
20        MR. PAGLIUCA:  Objection to the
21     form and foundation and
22     mischaracterization of the witness'
23     testimony.
24     Q.  I'm asking you a question.
25        When you were there, were there a
```

Page 324

```
 1          G Maxwell - Confidential
 2  number of masseuses listed under the Florida
 3  massage section?
 4     A.  When I was there, I would have, of
 5  course there would have been some masseuses
 6  listed but I could not tell you who or how
 7  many and this -- I could not possibly because
 8  I wouldn't remember.
 9     Q.  Do you know why Jeffrey would have
10  had so many names listed under his massage
11  Florida?
12        MR. PAGLIUCA:  Objection to form
13     and foundation.
14     A.  I can't testify to why Jeffrey has
15  so many.
16     Q.  Did he use a different masseuse
17  every day?
18        MR. PAGLIUCA:  Objection to the
19     form and foundation.
20     Q.  You can answer.
21     A.  When I was there he had a massage
22  roughly every day, one masseuse, and mostly
23  he would have them at random times, so it
24  would be difficult if you just only had one
25  person, man, woman, for an adult massage, to
```

Page 325

```
 1          G Maxwell - Confidential
 2  come and be available for whatever time it
 3  was.  So he would have more than one person
 4  that he could call for a massage because at
 5  any given time the one that he called first
 6  may not have been available.
 7     Q.  So would it typically be a
 8  different person each day that would give him
 9  a massage?
10        MR. PAGLIUCA:  Objection to the
11     form and foundation.
12     A.  It would be, when I was there,
13  based on availability.
14     Q.  Would it surprise you to learn that
15  the Federal Government found that some of the
16  girls on this list under massage Florida were
17  under the age of 18?
18        MR. PAGLIUCA:  Objection to the
19     form and foundation.
20     A.  I can't testify to what the
21  government found or did not find because I
22  would have no knowledge of it.
23     Q.  I'm asking if you would be
24  surprised by that?
25        MR. PAGLIUCA:  Form and foundation.
```

MAGNA ►
LEGAL SERVICES

Page 326

```
1        G Maxwell - Confidential
2        A.  I have knowledge of it.  I can't
3   speculate.
4        Q.  On the second column, towards the
5   bottom, there is the name, it's one up from
6   the bottom, there is the name █████████,
7   do you know █████████
8        A.  I do.
9        Q.  Who is she?
10       A.  She was a friend of Jeffrey's.
11       Q.  Is she a masseuse?
12       A.  She, I don't think she was a
13   masseuse, no.
14       Q.  Why would be she listed under
15   Florida massages?
16       A.  An input error.
17       Q.  Is this list any individual that
18   would have sex with Jeffrey?
19            MR. PAGLIUCA:  Objection to the
20       form and foundation.
21       A.  I wouldn't have any knowledge of
22   that.
23       Q.  Do you know if Jeffrey had sex with
24   █████████?
25            MR. PAGLIUCA:  Object to the form
```

Page 327

```
1        G Maxwell - Confidential
2   and foundation.
3        A.  First of all, I wouldn't have any
4   knowledge of that.
5            MS. McCAWLEY:  We are going to take
6       a quick break.
7            THE VIDEOGRAPHER:  It's now 4:39
8       and we are off the record.
9            (Recess.)
10           THE VIDEOGRAPHER:  It's now 4:54
11      and we are as back on the record
12      starting disk number 8.
13       Q.  Ms. Maxwell, we were talking
14   earlier about the journal and I believe you
15   said in 2004, 2005, you were no longer
16   working and responsible for that journal, is
17   that correct?
18           MR. PAGLIUCA:  Objection to the
19       form and foundation.
20       A.  What are we referring to, this
21   document right here?
22       Q.  Yes.
23       A.  I don't know who is the author of
24   this or I can't tell you what is in here
25   versus what would have been here when I was
```

Page 328

```
1        G Maxwell - Confidential
2   around.  I can't testify to that.
3        Q.  Were you around in 2004, 2005?
4        A.  I already testified that I was
5   there when Jeffrey's mother passed away and
6   so you know, I did visit for her passing and
7   I believe I was there for a couple of days in
8   2005.
9        Q.  So if an employee of Mr. Epstein in
10   2004 said that you were the employee's direct
11   supervisor, would that be incorrect?
12           MR. PAGLIUCA:  Objection to form
13       and foundation.
14       A.  What employee, what's the
15   circumstances and what is the story, I don't
16   know what you are asking me.
17       Q.  If █████████ said in 2004
18   when he was hired, you were his direct
19   supervisor, would that be true?
20       A.  No.
21       Q.  Were you in 2004 supervising █████
22   █████?
23           MR. PAGLIUCA:  Objection to form
24       and foundation.
25       A.  I never supervised █████████.
```

Page 329

```
1        G Maxwell - Confidential
2        Q.  Did █████████ take orders from
3   you?
4            MR. PAGLIUCA:  Objection to the
5       form and foundation.
6        A.  She worked for Jeffrey.
7        Q.  If █████████ said you had
8   knowledge of underage girls coming to
9   Jeffrey's home for the purpose of sex, would
10   you contend that that is truthful?
11           MR. PAGLIUCA:  Objection to the
12       form and foundation of the question.
13       A.  I have no idea what you are talking
14   about, I'm sorry.
15       Q.  If █████████ said that you
16   have knowledge of underage girls coming to
17   Jeffrey's home for the purpose of having
18   massages involving sex, would you say that
19   that statement is truthful?
20           MR. PAGLIUCA:  Objection to form
21       and foundation.
22       A.  I can't testify to what █████
23   said or didn't say.
24       Q.  I'm saying if █████ said that you
25   had knowledge that there were girls coming
```

Page 330

```
 1        G Maxwell - Confidential
 2  over to the house that were underage for the
 3  purposes of sex, would that statement be
 4  true?
 5        MR. PAGLIUCA:  Objection to form
 6     and foundation.
 7        A.  I can't testify to what ███████
 8  said or didn't say or what he thought.
 9        Q.  Did you have knowledge of underage
10  girls coming to Jeffrey Epstein's house for
11  the purpose of sex?
12        A.  No.
13        Q.  Earlier I believe you testified,
14  correct me if I'm wrong, that the document
15  that is in front of you, the thicker document
16  was a stolen document.
17        Do you know who stole that
18  document?
19        A.  I have read that ███████ stole the
20  document.
21        Q.  And where have you read that?
22        A.  I believe it was reported in the
23  press.
24        Q.  Earlier we were talking about the
25  computers at Jeffrey Epstein's home.  Did you
```

Page 331

```
 1        G Maxwell - Confidential
 2  have a computer that was your computer
 3  located in Jeffrey Epstein's home?
 4        MR. PAGLIUCA:  Objection to form
 5     and foundation.
 6        A.  I've testified to the computer
 7  already.  Even when I was around, there was a
 8  computer that people had access to.
 9        Q.  So is ████████████ telling the
10  truth when he says that he downloaded that
11  book from your computer?
12        MR. PAGLIUCA:  Objection to the
13     form and foundation.
14        A.  I couldn't possibly tell you what
15  ███████ did or didn't do or said or didn't
16  say.
17        Q.  Was it on your computer?
18        A.  I already testified I have no idea
19  where this document came from.
20        Q.  Did you have a list of names of
21  individuals with contact information for
22  Jeffrey Epstein on your personal computer?
23        A.  Again, that wasn't my computer.  I
24  already said that was a computer that lots of
25  people would have, so I have no recollection
```

Page 332

```
 1        G Maxwell - Confidential
 2  of this document being on it, so I don't know
 3  where this came from.
 4        Q.  I understand the computer at the
 5  house that you're referencing.  On a personal
 6  computer of yours, did you have that
 7  document?
 8        A.  I don't know where this document
 9  came from, so I can't possibly say this
10  document was on any computer that I may have
11  had access to.
12        Q.  On a personal computer of your own,
13  did you have lists of the phone numbers and
14  contact information relating to Jeffrey
15  Epstein?
16        A.  Like everybody, I have an address
17  book but I can't possibly testify to where
18  this thing came from.
19        Q.  Was it your address book or was it
20  addresses that related to Jeffrey Epstein?
21        MR. PAGLIUCA:  Objection to the
22     form and foundation.
23        A.  I don't know what you're asking me.
24        Q.  On your personal computer, the
25  address book you are referencing, was it your
```

Page 333

```
 1        G Maxwell - Confidential
 2  address book with individuals you knew or was
 3  it an address book for your employer, Jeffrey
 4  Epstein?
 5        A.  Jeffrey has his situation and I
 6  have no -- this is Jeffrey's, it came from
 7  his home, so I can't testify to anything
 8  about this in that period of time.
 9        Q.  So you didn't have on your computer
10  a list of contact information for individuals
11  that was related to Jeffrey Epstein?
12        A.  I don't recall exactly what I had
13  back in 2004 and 2005, so I can't say what I
14  had back then that relates to his addresses,
15  I can't recall.
16        Q.  So is it possible that someone
17  could have downloaded from your personal
18  computer a list of names and address that
19  were affiliated with Jeffrey Epstein?
20        MR. PAGLIUCA:  Objection to the
21     form and foundation.
22        A.  This didn't come from any computer
23  of mine.
24        Q.  But is it possible that someone
25  could have downloaded a list of names and
```

MAGNA
LEGAL SERVICES

Page 334

```
 1        G Maxwell - Confidential
 2   addresses affiliated with Jeffrey Epstein
 3   from your computer?
 4        MR. PAGLIUCA:  Objection to the
 5   form and foundation.
 6        A.  I already said, I didn't have a
 7   computer there, so I don't know where this
 8   came from, I have no idea.
 9        Q.  I'm going to read to you some
10   testimony from [          ] deposition
11   and it's on page 370 and I want to ask you a
12   question about it, if it's true or false?
13        MR. PAGLIUCA:  I'm going to object
14   unless you show the witness the
15   document.
16        MS. McCAWLEY:  I will pass it.  We
17   are not going to mark it.  We will skip
18   it.
19        Q.  Did you ever tell [        ]
20   that he better watch out and better keep his
21   mouth shut with respect to what occurred at
22   Mr. Epstein's home?
23        MR. PAGLIUCA:  Objection to the
24   form and foundation.
25        A.  It doesn't sound like anything I
```

Page 335

```
 1        G Maxwell - Confidential
 2   would say.
 3        Q.  Did you ever threaten [      ]
 4   [        ] in any way if he were to disclose
 5   information he learned from his employment
 6   with Jeffrey Epstein?
 7        MR. PAGLIUCA:  Objection to the
 8   form and foundation.
 9        A.  I'm happy to answer.  No, I never
10   threatened him in any way.
11        Q.  Were you concerned that he was
12   going to disclose that Jeffrey Epstein was
13   trafficking underage girls?
14        MR. PAGLIUCA:  Objection to the
15   form and foundation.
16        A.  First of all, there are so many
17   things wrong with that question, but I have
18   no knowledge of what you are talking about.
19        Q.  Have you ever contacted or
20   instructed anyone to contact any witness in
21   this case for the purposes of threatening
22   them not to testify in this case?
23        MR. PAGLIUCA:  Objection to the
24   form and foundation.
25        A.  I have never called anybody with
```

Page 336

```
 1        G Maxwell - Confidential
 2   reference to this case with any, anything you
 3   just mentioned, I never threatened anyone.
 4        Q.  Have you ever directed anyone to
 5   call any witnesses relevant to this case and
 6   threaten them not to testify?
 7        MR. PAGLIUCA:  Objection to the
 8   form and foundation.
 9        A.  I never done such a thing.
10        Q.  Did Jeffrey Epstein or you ever ask
11   any female, regardless of age, to carry
12   Jeffrey's baby for him?
13        MR. PAGLIUCA:  Objection to the
14   form and foundation.
15        Q.  Or anything along those lines?
16        MR. PAGLIUCA:  Objection to the
17   form and foundation.
18        A.  Can you repeat the question,
19   please?
20        Q.  Did you or Jeffrey Epstein ever ask
21   any female, regardless of age, to carry
22   Jeffrey Epstein's baby for him?
23        MR. PAGLIUCA:  Objection to the
24   form and foundation.
25        A.  Are you asking --
```

Page 337

```
 1        G Maxwell - Confidential
 2        Q.  To become pregnant, did you or
 3   Jeffrey Epstein ever ask any female to become
 4   pregnant and carry Jeffrey Epstein's baby for
 5   you or for Jeffrey?
 6        MR. PAGLIUCA:  Objection to form
 7   and foundation.
 8        A.  You need to be very specific.  I
 9   have no idea what you are talking about.
10   That's completely rubbish.
11        Q.  Did you or Jeffrey Epstein ask any
12   female to become pregnant and carry his baby
13   for either him or you?
14        MR. PAGLIUCA:  Objection to the
15   form and foundation.  Go ahead.
16        A.  I can't testify to anything Jeffrey
17   did or didn't do when I am not present, but I
18   have never asked anybody to carry a baby for
19   me.
20        Q.  Or anything along those lines?
21        MR. PAGLIUCA:  Object to the form
22   and foundation.
23        Q.  I want to make sure we are talking
24   about the same thing, not physically carry a
25   baby, I mean become pregnant with a baby?
```

Page 338

1    G Maxwell - Confidential
2        MR. PAGLIUCA:  Objection to the
3    form and foundation.
4        Q.  I want to make sure we are clear.
5        A.  I don't know what you are asking.
6        Q.  That's why I want to make sure we
7    are clear.
8        A.  We are clear.  I never asked
9    anybody to carry a baby for me.
10       Q.  Do you know if Jeffrey ever asked
11   anybody to carry a baby for him?
12       A.  I'm not going to characterize any
13   conversation Jeffrey had with somebody else.
14       Q.  You are not aware of that, is that
15   your testimony?
16       A.  I am testifying I never have and I
17   will not testify for anything for Jeffrey.
18       Q.  Did you ever hear Jeffrey ask
19   anybody to carry a baby for him?
20       A.  I don't recollect conversation
21   about Jeffrey and babies in any form.
22       Q.  Did Jeffrey ever tell he wanted to
23   have a baby?
24       A.  I don't recollect baby
25   conversations with Jeffrey.

Page 339

1    G Maxwell - Confidential
2        Q.  So he never told you he wanted to
3    have a baby?
4        A.  I don't recollect any baby
5    conversations with him saying he wanted to
6    have a baby.
7        Q.  Did you ever bring any females to
8    the Dubin's house that were not your friends'
9    children that were under the age of 18?
10       MR. PAGLIUCA:  Objection to form
11   and foundation.
12       A.  I have never, to my knowledge,
13   brought anybody under the age of 18 that's
14   not a friend of my family or my nieces or
15   nephews to the Dubin household.
16       Q.  Earlier today you testified, I
17   believe, that with respect to your town home
18   Jeffrey paid for some of that and then gave
19   you a loan, is that correct?
20       MR. PAGLIUCA:  Objection to the
21   form and foundation.
22       A.  I said, actually I think it was a
23   loan, I believe it was a loan.
24       Q.  The whole thing?
25       A.  As best as I can recollect.

Page 340

1    G Maxwell - Confidential
2        Q.  Did you pay that loan back?
3        A.  I don't have any outstanding loans
4    with him.
5        Q.  So you paid it back?
6        A.  I don't have any outstanding loans
7    with him.
8        Q.  That's not an answer to my
9    question.
10       Did you pay back Jeffrey for the
11   loans?
12       A.  I have paid back any loans I had
13   with him.
14       Q.  You have or haven't?
15       A.  Have.
16       Q.  Were there any other gifts that
17   Jeffrey gave you during the time period of
18   say 1999 to the present that were in excess
19   of $50,000?
20       MR. PAGLIUCA:  Objection to the
21   form and foundation.
22       A.  What's the question again?
23       Q.  Did Jeffrey give you any gifts in
24   excess of amounts of $50,000, I'm not talking
25   about a scarf here or something

Page 341

1    G Maxwell - Confidential
2    insignificant, from 1999 to the present?
3        A.  I can't recollect any gifts.
4        Q.  Did he ever buy you a car?
5        A.  I really don't recall, I can't
6    recall, it's a long time ago.
7        Q.  You can't recall if Jeffrey Epstein
8    ever bought you a car?
9        A.  I believe he did buy me a car, I
10   don't recall how much it cost.  I don't
11   recall any of the financial details of that.
12       Q.  Do you still have that car?
13       A.  I don't.
14       Q.  How long ago did you get rid of
15   that car?
16       A.  I don't recall all the cars.  There
17   was a car back -- there was -- I don't
18   recall, I'm sorry.
19       Q.  He supplied you with several cars?
20       MR. PAGLIUCA:  Object to the form
21   and the mischaracterization of the
22   testimony.
23       A.  I don't recall details of the cars.
24       Q.  Did he supply with you more than
25   one car?

Page 342

```
 1        G Maxwell - Confidential
 2      A.  Over the course of time, I've
 3  driven many cars.
 4      Q.  That Jeffrey provided to you?
 5      A.  They were cars that could be driven
 6  and I just don't recall them.
 7      Q.  Were they in your name?
 8      A.  I don't recall.
 9      Q.  You don't recall if Jeffrey Epstein
10  ever put a car in your name?
11      A.  We are talking a long time ago, I
12  really don't recall.
13      Q.  When is the last time you had a car
14  from Jeffrey Epstein that you used?
15      A.  2000, 2001, 2002.
16      Q.  Do you recall what kind of a car
17  that was?
18      A.  I don't recall, I'm sorry.
19      Q.  Did Jeffrey Epstein purchase
20  anything else for you besides the townhouse
21  and cars that would be over the amount of
22  $50,000?
23      A.  I didn't say that he did, I said I
24  had a loan.
25      Q.  Besides the loan, I'm sorry, you
```

Page 343

```
 1        G Maxwell - Confidential
 2  are right, you did say you had a loan and you
 3  said you paid that back, correct?
 4      A.  That's my testimony.
 5      Q.  Anything else in excess of $50,000
 6  that he would have purchased for you?
 7      A.  We are talking 2002, 2001, I don't
 8  recall any gifts really.
 9      Q.  When is the last time Jeffrey
10  Epstein gave you a gift in excess of $50,000?
11        MR. PAGLIUCA:  Assumes facts not in
12     evidence.  Form and foundation.
13      Q.  You're saying you don't remember
14  from 2001 and 2002.  I'm asking when is the
15  last time you remember Jeffrey Epstein
16  purchasing a gift for you?
17      A.  I don't recall gifts in excess of
18  $50,000, I barely recall gifts, I barely
19  recall a lot of this -- I'm sorry, I don't
20  recall.
21      Q.  Is Jeffrey Epstein paying for your
22  legal fees in this case?
23      A.  No.
24      Q.  Is he paying for anything related
25  to this case?
```

Page 344

```
 1        G Maxwell - Confidential
 2      A.  No.
 3      Q.  Are you aware of any grand theft
 4  police report relating to Virginia Roberts?
 5      A.  I believe I've read a report in the
 6  press on that.
 7      Q.  Did you provide the press with a
 8  report on a grand theft by Virginia Roberts?
 9      A.  I don't know how the press got that
10  story.
11      Q.  Do you know if Virginia Roberts
12  committed a grand theft?
13      A.  I only know what I read in the
14  press.
15      Q.  Did you ever state to the press
16  that Virginia Roberts committed a grand
17  theft?
18      A.  I've never had any conversation
19  directly with press.
20      Q.  Did any of your representatives
21  ever inform the press that Virginia Roberts
22  committed a grand theft?
23        MR. PAGLIUCA:  Objection to the
24     form and foundation.
25      A.  I have no way of knowing what my
```

Page 345

```
 1        G Maxwell - Confidential
 2  representatives said to press or didn't.
 3      Q.  Did they ever discuss with you the
 4  fact that they were going to report that
 5  Virginia Roberts participated in a grand
 6  theft?
 7      A.  I don't know how, first of all, I
 8  don't know how I know that.  I believe I read
 9  it in a press report so...
10      Q.  I'm going to mark this as composite
11  exhibit, Maxwell 14 please?
12        (Maxwell Exhibit 14, email, marked
13     for identification.)
14      Q.  I'm going to direct you to page GM
15  00109.  At the top of that page you are going
16  to see an email address from Jeffrey Epstein
17  on Sunday June 12, 2011 to ███████████
18  ███████████
19      A.  Yes.
20      Q.  The re line says, This is the
21  actual version they wanted me to send which I
22  changed but this is back from my U.K.
23  lawyers.
24        Do you see that?
25      A.  Yes.
```

**MAGNA** ▶
LEGAL SERVICES



Page 346

```
 1        G Maxwell - Confidential
 2     Q.  If you go down further, you're
 3  going to see halfway through the page, you
 4  will see your email address the ███████████
 5  and you will see a statement that says, Thank
 6  you.  I have it now.  I'm working on the
 7  letter a little.  I will send final version
 8  tomorrow and whatever is in it will be
 9  factually accurate.
10        Beneath that you will see ████████
11  ████████ who I believe you identified earlier
12  as one of your attorneys?
13     A.  Uh-huh.
14     Q.  And you will see a letter, starting
15  the text of a letter starting, I want you to
16  turn to the second page which is GM 00110.
17  About halfway through the page, it says you
18  will also presumably draw attention to the
19  fact that prior to filing her suit against
20  Mr. Epstein, Ms. Roberts fled the U.S. to
21  avoid being arrested for grand theft.  Police
22  report available.
23        What grand theft were you referring
24  to there that Virginia Roberts committed?
25        MR. PAGLIUCA:  Objection to the
```

Page 347

```
 1        G Maxwell - Confidential
 2     form and foundation.
 3     A.  I don't know.  However, I believe
 4  she stole money from somewhere where she
 5  worked.
 6     Q.  How do you know that was grand
 7  theft?
 8     A.  I don't know how I know that.
 9     Q.  So you authorized a statement that
10  characterized that as grand theft without
11  knowing whether it was grand theft?
12     A.  What month, what is the date of
13  this?
14     Q.  The date of this is June 12, 2011?
15     A.  So I'm afraid such a long time ago,
16  I'm not sure how, I really couldn't testify
17  as to how that language ended up in here.
18     Q.  Do you have the police report?  It
19  says police report available.  Do you have
20  that document?
21     A.  I don't have that document.
22     Q.  Who does?
23     A.  I have no idea.
24     Q.  Would your lawyer ███████████
25  have that document?
```

Page 348

```
 1        G Maxwell - Confidential
 2     A.  I don't know who has this document.
 3     Q.  What's your basis in that statement
 4  for saying Ms. Roberts fled the U.S.?
 5     A.  Again, you are asking me for a
 6  statement that I made in 2011 and I can't say
 7  what in 2011 exactly the basis of that
 8  statement was.
 9     Q.  So you don't know whether or not
10  that statement is true?
11     A.  This is in 2011 and it never went
12  out, so I'm not sure exactly.
13     Q.  But you said in your email that you
14  were working to make it factually accurate,
15  is that correct?
16     A.  That's what it says.
17     Q.  I'm going to mark as Maxwell 15 a
18  document dated February 24, 2015?
19        (Maxwell Exhibit 15, email, marked
20     for identification.)
21     Q.  This is an email from ████████ who
22  you've identified as your ████████ on
23  February 24, 2015 to ████████ which I understand
24  to be your email address and ████████.
25  The subject line says, VR cried rape.  Prior
```

Page 349

```
 1        G Maxwell - Confidential
 2  case dismissed as prosecutors found her not
 3  credible.  The message says, Ghislaine, some
 4  helpful leakage, dot dot dot.  What is it you
 5  were leaking to the press?
 6        MR. PAGLIUCA:  Objection, there is
 7     no foundation that she leaked anything
 8     and you know that.
 9     Q.  What was it that you were leaking
10  to the press in that statement?
11     A.  Again, I don't think that's
12  referring to that, that's just referring to
13  the press getting hold of whatever story it
14  is.
15     Q.  What was ████████ leaking to the
16  press?
17        MR. PAGLIUCA:  Objection to form
18     and foundation.
19     A.  It doesn't say ████ was leaking
20  anything.  It doesn't say that.
21     Q.  The statement says, helpful
22  leakage, is that correct?
23     A.  It says helpful leakage.  That
24  doesn't mean he leaked anything.
25     Q.  Did you leak to the press
```

MAGNA ▶
LEGAL SERVICES

Page 350

1        G Maxwell - Confidential
2    information to the press information about
3    the subject line, VR cried rape, prior case
4    dismissed as prosecutors found her not
5    credible?
6        A.  I don't no idea what ████ is
7    referring to.  I think he is referring to the
8    press held the story.  I couldn't testify to
9    that.
10        Q.  Did you leak to the press
11    information regarding the statement, VR cried
12    rape prior case dismissed as prosecutors
13    found her not credible, either through you or
14    through ████████?
15        A.  I think this is coming from the
16    daily mail.
17        Q.  That is not my question, I'm asking
18    whether you or ████████ leaked that?
19        A.  I have no knowledge, I have no
20    idea, I'm sorry.  I can't -- I have no
21    recollection.  I have no idea what she is
22    talking about.
23        Q.  I'm going to mark this as 16?
24        (Maxwell Exhibit 16 email marked
25        for identification.)

Page 351

1        G Maxwell - Confidential
2        Q.  This is an email addressed at the
3    top from Jeffrey Epstein on Monday, January
4    12, 2015 to ████ which I understand to be
5    your email address.  The email reads, You can
6    issue a reward to any of Virginia's friends,
7    aquaints, family, that come forward to help
8    prove her allegations are false.  The
9    strongest is the ████ dinner and the new
10    version of the Virgin Islands that ████
11    ████ practiced in an underage orgy.
12        Did you offer any rewards to
13    Virginia's family or friends to contradict
14    Virginia's story?
15        A.  Absolutely not.
16        Q.  Did Jeffrey Epstein offer any
17    rewards to any of Virginia's, as he suggests
18    here, friends, family or acquaintances to
19    contradict Virginia's story?
20        MR. PAGLIUCA:  Objection to the
21        form and foundation.
22        A.  I have no idea what he did.
23        Q.  Did he tell he was going to offer
24    rewards to Virginia's acquaintances, friends
25    and family to prove her allegations were

Page 352

1        G Maxwell - Confidential
2    false?
3        A.  He did not.
4        Q.  Do you know whether Jeffrey Epstein
5    paid ████████ to give testimony about
6    Virginia Roberts?
7        A.  I don't know who ████████ is.
8        Q.  So you don't know whether Jeffrey
9    Epstein paid her?
10        A.  I don't know who ████████ is.
11        Q.  Have you ever contacted any of
12    Virginia's friends, acquaintances or family
13    regarding this case?
14        A.  I don't know who Virginia's friends
15    or family are and I have not contacted
16    anybody related to her in any way, shape or
17    form.
18        Q.  I will turn you, I believe it's the
19    thicker document which is Maxwell, I believe
20    it was 14, right there, the compilation
21    document to GM, at the bottom, GM 00071.  You
22    actually may want to turn to the prior page
23    70 so you can see the email chain.  At the
24    top of the page --
25        MR. PAGLIUCA:  I don't have a 00071

Page 353

1        G Maxwell - Confidential
2    on mine.
3        MS. McCAWLEY:  It's the second page
4    in that document.
5        MR. PAGLIUCA:  Okay.
6        Q.  It's dated Friday March 11, 2011
7    from Maxwell to Jeffrey with the title, Daily
8    Mail and there is a forward from ████ to
9    you and a number of other individuals, that's
10    on the cover page and as you scroll to the
11    second page, you are going to see that part
12    of the chain that I'm asking about and that
13    is the chain at the bottom which is dated
14    3/10/2011 from ████████ and it says we
15    think -- we should think about the letter to
16    the editor.  School can be university.  Age
17    of consent in Florida is complex.  See below,
18    if you are 16 years old, a sexual
19    relationship with someone between 18 and 24
20    is legal in Florida.  Two persons between 16
21    and 24, Florida statute 794.05.  A person 24
22    years of or age or older who engages in
23    sexual activity with a person 16 or 17 years
24    of age commits a felony in the second degree.
25    So as soon as you turn 16 you are able to

Page 354

1  G Maxwell - Confidential
2  have sexual relations and you can have sexual
3  relations with a minor under the age of 18
4  until your 24th birthday.
5  Why were you concerned with the age
6  of consent in Florida?
7  MR. PAGLIUCA: Objection to the
8  form and foundation of the question.
9  A. I wasn't concerned. I think this
10  was somebody sending me the statute for
11  informational purposes.
12  Q. Who is ███████?
13  A. He is the person who, ███████
14  boss I believe, I don't know what the
15  relationship is.
16  Q. I didn't hear you?
17  A. ████████████████, I'm not
18  sure exactly.
19  Q. Why would he be sending you
20  information addressing concerns about the age
21  of consent in Florida?
22  MR. PAGLIUCA: Objection to the
23  form and foundation.
24  A. I think he was just trying to be --
25  telling me details that would happen,

Page 355

1  G Maxwell - Confidential
2  Virginia in '11 was claiming she was 15 and
3  we thought she was 17. I didn't know what
4  the statutes were in Florida and I think he
5  was just trying to be helpful so I would
6  know.
7  Q. Did you have a concern that you had
8  violated this statute in Florida?
9  MR. PAGLIUCA: Objection to the
10  form and foundation.
11  A. No.
12  Q. Did you have a concern that Jeffrey
13  Epstein had violated this statute in Florida?
14  A. I'm not concerned what happened
15  with Jeffrey. I'm only concerned what
16  happens with me.
17  Q. Why did you communicate with ███
18  ████████ about the sexual consent age in
19  Florida?
20  MR. PAGLIUCA: Objection to the
21  form and foundation. It misstates her
22  testimony.
23  A. I wasn't concerned. I think he was
24  being helpful and stating what the statute
25  was.

Page 356

1  G Maxwell - Confidential
2  Q. I'm going to turn you now in that
3  same stack the Bates number GM 00088. At the
4  top of the email you are going to see Jeffrey
5  Epstein, dated June 8, 2011, to you and it's
6  got a re line, Vanity Fair. If you go down
7  the chain you will see where it says under
8  your email, Do you have a problem with
9  anything I said.
10  Were you communicating with Jeffrey
11  to confirm what statements you could put in
12  any press releases you were given?
13  MR. PAGLIUCA: Objection to the
14  form and foundation.
15  A. Any interest I have is in accuracy.
16  Q. Were you confirming with Jeffrey
17  Epstein what information you could put in
18  press releases?
19  MR. PAGLIUCA: Objection to the
20  form and foundation.
21  A. Again, I'm only looking for
22  accuracy.
23  Q. Why would you ask him if he had a
24  problem with anything you were saying?
25  A. If there is anything I

Page 357

1  G Maxwell - Confidential
2  characterized that was not correct.
3  Q. That's not what you said. You
4  said, do you have a problem with anything I
5  said.
6  MR. PAGLIUCA: Objection to the
7  form and foundation. There is no
8  question pending.
9  MS. McCAWLEY: There is.
10  MR. PAGLIUCA: That's not a
11  question, it's a statement.
12  MS. McCAWLEY: Don't interrupt me.
13  Q. Di you say, do you have a problem
14  with anything I said?
15  A. That was asking in my parlance that
16  I wanted him to check it for accuracy.
17  Q. Did he tell you there was anything
18  inaccurate about the statement?
19  A. Again, I have to read the whole
20  thing to figure that out.
21  Q. Were you coordinating with Jeffrey
22  Epstein during this time period in 2011
23  regarding statements that you were issuing to
24  the press?
25  MR. PAGLIUCA: Did you withdraw the

MAGNA ▶
LEGAL SERVICES

Page 358

```
 1        G Maxwell - Confidential
 2  last question.
 3        MS. McCAWLEY:  I'm not withdrawing
 4  anything. I'm asking a question.
 5        MR. PAGLIUCA:  There was a question
 6  pending. You didn't let the witness
 7  answer the question, then you moved on
 8  to another question so I'm asking for
 9  clarification for the record now which
10  question are we answering.
11        MS. McCAWLEY:  There is an answer.
12  The question was did he tell you
13  anything, there was anything in the
14  statement inaccurate about the statement
15  and she said again, I read the whole
16  thing --
17        THE WITNESS:  I would have to.
18        MS. McCAWLELY:  -- I would have to
19  read the whole thing to figure that out.
20        MR. PAGLIUCA:  Then she started
21  reading it and you asked another
22  question.
23        MS. McCAWLEY:  That's the question.
24        MR. PAGLIUCA:  I'm wondering if its
25  still pending.
```

Page 359

```
 1        G Maxwell - Confidential
 2        MS. McCAWLEY:  It was answered.
 3   Q.  Were you coordinating with Jeffrey
 4  Epstein during the time period in 2011
 5  regarding the statements you were issuing to
 6  the press?
 7        MR. PAGLIUCA:  Objection to the
 8        form and foundation.
 9   A.  I only wanted to be accurate in any
10  factual statements that I made.
11   Q.  You knew at that time that Jeffrey
12  Epstein had been convicted for sexual abuse
13  of a minor, is that correct?
14        MR. PAGLIUCA:  Objection to form
15        and foundation.
16   A.  He was sentenced I believe for
17  underage -- soliciting an underaged
18  prostitute.
19   Q.  You knew that he was a registered
20  sex offender?
21   A.  Yes.
22   Q.  You were coordinating with him the
23  statement that you were going to be making to
24  the press to confirm whether they were
25  accurate in your words?
```

Page 360

```
 1        G Maxwell - Confidential
 2        MR. PAGLIUCA:  Objection to the
 3        form and foundation.
 4   A.  I was not coordinating with
 5  Jeffrey. He had details that I did not have.
 6  I was not party to his case. I needed to
 7  have information in order to be able to
 8  respond so I was not coordinating with him.
 9  I was merely asking for details that I could
10  have.
11   Q.  Did Jeffrey write any of your press
12  statements for you?
13   A.  No.
14   Q.  He didn't draft any of them?
15   A.  I have a lawyer who was working on
16  this and that was -- I asked, I believe as I
17  recollect asked him for information to make
18  sure I was being accurate in the
19  representations for whatever I was
20  discussing.
21   Q.  Did Jeffrey provide you with any
22  drafts of statements to provide to the press?
23   A.  I only recall drafts from my
24  lawyer.
25   Q.  I will mark this as Maxwell 17.
```

Page 361

```
 1        G Maxwell - Confidential
 2        (Maxwell Exhibit 17, email, marked
 3        for identification.)
 4   Q.  This is an email from you on
 5  January 10, 2015 to ███████████
 6  ███████  The statement you had before you
 7  earlier, that, if you can pull that in front
 8  of you, the one page press release that you
 9  gave. You might know from memory.
10        Was the press release that you
11  issued with the statement about Virginia
12  issued in or around January 2, 2015?
13   A.  As best as I can recollect.
14   Q.  I want to turn your attention to
15  the document I just handed you which is Bates
16  No. 001044, from you to ████████ and
17  ████████.  It says in the first sentence, I'm
18  out of my depth to understand defamation,
19  other legal hazards and I don't want to end
20  up in a lawsuit aimed at me from anyone, if I
21  can help it. Apparently, even saying
22  Virginia is a liar has hazards.
23        You knew at the time you called
24  Virginia a liar in early January of 2015 that
25  that was something that would result in a
```

MAGNA
LEGAL SERVICES

Page 362

```
1        G Maxwell - Confidential
2  lawsuit, is that correct?
3        MR. PAGLIUCA:  Objection to the
4     form and foundation.
5     A.  I have legal advice that I took.
6     Q.  But you knew in early January by
7  making a statement calling Virginia a liar
8  that you were subjecting yourself to a legal
9  dispute with her?
10        MR. PAGLIUCA:  Objection to the
11     form and foundation.
12     A.  I took legal advice as to what
13  should be said and not be said and the legal
14  advice that came from the United Kingdom
15  was --
16        MR. PAGLIUCA:  You are not allowed
17     to talk about any legal advice that you
18     got from anybody that's a lawyer.
19     A.  Sorry.
20     Q.  So is it correct without telling me
21  what you talked to your lawyers about that
22  you knew because this is dated January 10
23  that when you made this statement in early
24  January, January 2 of 2015 you knew that
25  calling Virginia a liar would subject you to
```

Page 363

```
1        G Maxwell - Confidential
2  a legal action, isn't that correct?
3        MR. PAGLIUCA:  Objection to the
4     form and foundation.  As to what you
5     knew -- whatever she knows would be
6     privileged.
7        MS. McCAWLEY:  I'm asking if she
8     knows.  I'm not asking her to tell me
9     about her privileged communications.
10     A.  All I can say is I asked a question
11  and received legal advice.
12        (Maxwell Exhibit 18, email, marked
13     for identification.)
14     Q.  This is an email dated January 15,
15  2015 from Jeffrey Epstein to you?
16     A.  Uh-huh.
17     Q.  It states in the first line, do you
18  want ████ to come out and say she was the
19  girlfriend during the time?
20        MR. PAGLIUCA:  Objection to the
21     form and foundation of the question and
22     actually the word is ████████, there
23     is no vowel in there.
24        MS. McCAWLEY:  I was just trying to
25     pronounce it.
```

Page 364

```
1        G Maxwell - Confidential
2     Q.  This email reads do you want
3     ████ without a vowel, to come out and say
4  she was the girlfriend during the time.
5        Who was Jeffrey Epstein referring
6  to?
7     A.  I believe he was referring to
8  ████████.
9     Q.  Why was he asking you if you wanted
10  ████████ to come out and say she was the
11  girlfriend?
12        MR. PAGLIUCA:  Objection to the
13     form and foundation.
14     A.  The way the press and you were
15  characterizing me is I was with Jeffrey
16  throughout this entire period of time and I
17  was not.
18     Q.  Was ████ with Jeffrey during this
19  period of time?
20     A.  I believe she was.
21     Q.  Did Jeffrey come out and tell the
22  press it was ████ and not you that was with
23  him as he is proposing here?
24     A.  I don't believe he did.
25     Q.  Did you want him to do that?
```

Page 365

```
1        G Maxwell - Confidential
2     A.  No, I didn't ask him to do
3  anything.  No.
4     Q.  So do you know in January of 2015,
5  was ████ his girlfriend?
6     A.  2015, I have no idea who was his
7  girlfriend in 2015.
8     Q.  I'm sorry, you are correct.
9        In the period of 1999 to 2002, was
10  ████ his girlfriend?
11     A.  They spent a lot of time together.
12     Q.  Did you talk to ████ about going
13  to the press and saying that she was the
14  girlfriend and not you?
15     A.  I have never spoken to ████
16     Q.  Was ████ offered any money to
17  make a statement that she was the girlfriend?
18        MR. PAGLIUCA:  Objection to the
19     form and foundation.
20     A.  I have no idea.  I have never
21  spoken to ████ and I don't know anything --
22  I have no idea.
23        (Maxwell Exhibit 19, email, marked
24     for identification.)
25     Q.  That's an email from Jeffrey to
```

MAGNA
LEGAL SERVICES



Page 366

```
1        G Maxwell - Confidential
2   Maxwell dated January 25, 2015.
3        A.  Uh-huh.
4        Q.  I will direct your attention to the
5   bottom email which is from you on Saturday
6   January 24, 2015.  It says, I would
7   appreciate it if [          ] would come out and
8   say she was your girlfriend.  I think she was
9   from the end of '99 to 2002.
10        Does that refresh your recollection
11   that you asked Jeffrey to have [        ] come
12   out and say she was his girlfriend?
13        A.  I'm sure I would loved anybody to
14   come out and say they were with Jeffrey
15   rather than me.
16        Q.  Was that an accurate statement you
17   were asking to be made to the press?
18        MR. PAGLIUCA:  Objection to the
19   form and foundation.
20        A.  When is this?
21        Q.  2015.  The statement is whether she
22   was the girlfriend from '99 to 2002.  As the
23   email reads.
24        A.  What is your question?
25        Q.  My question is, was that an
```

Page 367

```
1        G Maxwell - Confidential
2   accurate statement you were going to be
3   giving to the press?
4        A.  I didn't make the statement and
5   [        ] never came out, so it's completely
6   moot.
7        Q.  My question is, was it an accurate
8   statement that [        ] was the girlfriend from
9   '99 to 2002 or were you just making that up
10   for purposes of deflecting press from you?
11        MR. PAGLIUCA:  Objection to the
12   form and foundation.
13        A.  As I said they spent a lot of time
14   together and...
15        Q.  Were you also his girlfriend from
16   '99 to 2002?
17        A.  I don't if I would have ever
18   characterized myself as his girlfriend, but
19   [        ] at that time, was with him as much if
20   not more than I was.
21        Q.  I will mark this as Maxwell 20?
22        (Maxwell Exhibit 20, email, marked
23   for identification.)
24        Q.  This is an email at the top, it's
25   Bates labled 001060.  At the top is a chain
```

Page 368

```
1        G Maxwell - Confidential
2   from Jeffrey to you on January 11, 2015 and
3   if you look below, I'm going to start at the
4   bottom of that chain which is January 11 at
5   9:15 from Jeffrey and he wrote, [        ] do you
6   have an article coming out in Monday's paper.
7   If so, could you please forward us a copy.
8        Do you know what [      ] Jeffrey was
9   referring to there?
10        A.  I don't know.
11        Q.  If you look up in the email chain
12   do you see an email address from [        ]
13   [                ] responding to that letter?
14        A.  I do.
15        Q.  So that would be [                    ]
16   that Jeffrey was emailing at that time
17   according to this chain, correct?
18        A.  It certainly looks like it.
19        Q.  The email from [      ] to Jeffrey is,
20   Nothing on Monday.  I'm working on several
21   possible articles about unfairness in the
22   legal process that allows false charges to be
23   inserted into legal documents with no
24   opportunity to respond.
25        And do you see above that Jeffrey's
```

Page 369

```
1        G Maxwell - Confidential
2   email to you says, quote, Careful.
3        A.  Is that to me or to [        ]
4        Q.  Jeffrey to [      ] at the top.  Why
5   was Jeffrey telling you to be careful?
6        MR. PAGLIUCA:  Objection to the
7   form and foundation.
8        A.  I have no idea.
9        Q.  What was he concerned about with
10   [                    ] suggestion in the email
11   below?
12        MR. PAGLIUCA:  Objection to form
13   and foundation.
14        A.  I can't possibly know.
15        Q.  Did you discuss with him why he
16   told you to be careful?
17        A.  I had limited contact with him.  I
18   don't recall where this goes in the chain,
19   why he was telling me to be careful, I have
20   no idea.
21        Q.  Did you respond to this email?
22        A.  If you don't have it, I didn't
23   respond.
24        Q.  Did you ever delete emails during
25   the period of January of 2015?
```

MAGNA

LEGAL SERVICES

G Maxwell - Confidential

1
2    A.  I have every email that you asked
3    for in discovery, that I have I gave you.
4        Q.  That's not my question.
5        Did you ever delete emails in
6    January of 2015?
7        A.  I have not deleted anything that
8    you have asked me for in discovery.  I have
9    given you everything that I have.
10       Q.  That is not my question, my
11   question is, did you ever delete emails in
12   January of 2015?
13       A.  In the normal course of my work,
14   there are emails from spam that I delete.
15   That is the type of email I've deleted.
16   Anything that is material to what you want, I
17   have not deleted.
18       Q.  How do you know that?
19       A.  Well, anybody that's to do with
20   Jeffrey or ███ or women or anything of which
21   I know you were interested in, of which I
22   have anything I would not have done because I
23   don't want to subject myself to...
24       Q.  Have you had your computer
25   forensically copied for purposes of this

G Maxwell - Confidential

1
2    litigation?
3        MR. PAGLIUCA:  Objection to the
4    form and foundation.
5        A.  Has someone made a copy of your
6    computer for purposes of this litigation.
7        A.  No.
8        Q.  Are you a citizen of the United
9    States?
10       A.  I am.
11       Q.  Are you also a citizen of England?
12       A.  I am.
13       Q.  Are you a citizen of any other
14   land?
15       A.  TerraMar.
16       Q.  That's the name of your charity
17   project that deals with oceans, is that
18   correct?
19       A.  Yeah. I'm French as well.
20       Q.  Has Jeffrey Epstein funded TerraMar
21   for you?
22       A.  He did give some money to TerraMar,
23   yes.
24       Q.  How much?
25       A.  I believe it was $50,000.

G Maxwell - Confidential

1
2        Q.  Earlier today, you said you were in
3    the process of resolving the sale of your
4    town home.  Where do you intend to live once
5    your town home is sold?
6        A.  That's a good question.  I don't
7    have an answer for you yet.
8        Q.  You don't have a present plan.  Do
9    you intend to live in the United States?
10       A.  I don't have a present plan.
11       Q.  Are you living outside of your town
12   home right now or are you still there?
13       A.  I'm just couch surfing.
14       Q.  Has Jeffrey Epstein ever purchased
15   a company for you or put a company in your
16   name?
17       MR. PAGLIUCA:  Objection to the
18   form and foundation.
19       A.  I have no recollection.
20       Q.  Is there a Ghislaine Maxwell
21   corporation, for example?
22       A.  No, not that I am aware of that has
23   anything to do with me.  There may be with
24   one that someone else owns or started but not
25   one that is related to me.

G Maxwell - Confidential

1
2        MS. McCAWLEY:  I'm going to take a
3    short break and make sure to keep it
4    short because I know you wanted to -- I
5    just want to wrap up what we have left.
6        THE VIDEOGRAPHER:  It's now 5:49 we
7    are off the record.
8        (Recess.)
9        THE VIDEOGRAPHER:  It's now 6:00
10   p.m. and we are back on the record.
11       Q.  Ms. Maxwell, do you recall being
12   subpoenaed for a deposition back in 2009?
13       A.  I do.
14       Q.  Why did you avoid giving your
15   deposition in that case when you were
16   subpoenaed and had the opportunity to tell
17   your side of the story?
18       MR. PAGLIUCA:  Objection to the
19   form and foundation.
20       A.  That's not what happened.
21       Q.  What happened?
22       A.  As I best recall, I was subpoenaed
23   and a date was set for the subpoena and
24   everything was set and I believe it was with
25   Brad Edwards, correct me if I'm wrong, and

**MAGNA** ◆
LEGAL SERVICES



Page 374

1      G Maxwell - Confidential
2  Brad Edwards failed to show up for the
3  subpoena.
4      Q.  So your testimony is Brad Edwards
5  did not show up for the deposition that had
6  been set?
7      A.  Correct.
8      Q.  Did you give any statement that
9  your mother was ill and, therefore, you
10  couldn't take your deposition and had to
11  leave the country indefinitely?
12      A.  That's an entirely separate
13  situation.  Brad Edwards was involved in the
14  ███████████████████████, I
15  believe, you know, is when fake suits were
16  created in Jeffrey's case and ████████
17  ███████████████ and Brad Edwards worked
18  for that firm.
19      Q.  And Mr. Edwards worked for that
20  firm?
21      A.  So when the subpoena came, Brad
22  Edwards was involved with ███████ in the
23  case so when I was called for subpoena, then
24  and I had a subpoena, date and time set, Brad
25  Edwards went AWAL, meaning he failed to

Page 375

1      G Maxwell - Confidential
2  respond to calls and failed to get in touch
3  with my attorneys, even though a date and
4  time was set for the subpoena and so that's
5  what happened to that subpoena.  It just
6  didn't happen.
7      Q.  We may be talking about two
8  different cases so I will ask the question
9  again.
10      Was there ever a time where you
11  were subpoenaed to sit for a deposition that
12  you could not make it because you said that
13  your mother was ill?
14      A.  So that is the same subpoena that
15  Brad Edwards failed to turn up for and then I
16  think five or six months passed between -- a
17  period of time, I can't characterize it
18  exactly, a period of time passed where then
19  he resurfaced and asked for a new subpoena to
20  be -- a new time to be set and because he had
21  contacted the press and done all sorts of
22  things that you guys are familiar with, I
23  believe, it was my lawyer suggested that I
24  should have some sort of protective order and
25  I believe between the time for when Brad

Page 376

1      G Maxwell - Confidential
2  Edwards resurfaced after the ████████,
3  ██████████████████████ for
4  creating fake cases in Jeffrey's and other
5  people's cases, in between the time when
6  there were -- trying to figure out the
7  protective situation for me, my mother was
8  sick, she is 89, she was 89 at that time so I
9  -- they -- we can all -- we all have parents,
10  so anyone, I don't know how old your parents
11  are but any parent or godparent, any
12  individual who is in the late 80s 90s, we can
13  understand has health issues so my mother's
14  health was deteriorating very rapidly at that
15  time and we had issues at home with who she
16  would talk to and how to manage her, her
17  healthcare situation and so I went home.
18  They were still arguing about the protective
19  order --
20      Q.  Is it your testimony that there was
21  not a date set for your deposition at the
22  time you left to go see your mother?
23      A.  I don't believe so.
24      Q.  Are you friends with the ████████
25      A.  I am.

Page 377

1      G Maxwell - Confidential
2      Q.  Did you attend a wedding of ███████
3  ███████ a few weeks after the date was set,
4  let's say a few weeks after you left to go
5  see your mother who was ill?
6      A.  I don't recall exactly when I left
7  but it was before, a few weeks before -- I
8  don't remember the exact timing of that, so
9  I'm sorry, can you repeat the question?
10      Q.  Did you come back to the United
11  States to attend ████████████ wedding?
12      A.  I attended ████████████████
13  wedding but I don't know if I came back
14  specifically for that or not.
15      Q.  When we were looking at the flight
16  logs earlier, there was a flight where you
17  ended up in ████████, I believe it was
18  in ████ do you know how you got clearance
19  to land at ███████?
20      A.  I need to have a look at whatever
21  document.
22      Q.  It's one of the flight logs, it was
23  on the flight with ███████ when we were
24  talking about you landed at ████████.  I
25  know you are a pilot, do you know what you

MAGNA
LEGAL SERVICES

Page 378

```
1          G Maxwell - Confidential
2   had to do to get clearance to land at that
3   naval base.
4          MR. PAGLIUCA:  If you need to look
5       at something to answer the question, you
6       can.  If you can't answer the question
7       without looking at something just
8       indicate such.
9       A.  Regardless, I wouldn't have any
10  knowledge of that.
11      Q.  Was ███████ traveling with you
12  on the flights you were on with ████
13      A.  I would have to look at a document.
14  I wouldn't know if she was on all of them or
15  not.  I don't know.
16      Q.  Do you recall her being on any of
17  them?
18      A.  To the best of my recollection, I
19  think she was.  I don't recollect exactly
20  what flight she was on or not.
21      Q.  ███████ was one of the
22  co-conspirators, physically, in the
23  nonconstitution agreement, is that correct?
24          MR. PAGLIUCA:  Objection to the
25       form and foundation.
```

Page 379

```
1          G Maxwell - Confidential
2       A.  I have never seen the document but
3   my understanding, I believe, is that she was.
4       Q.  Did you ever stay the night ever at
5   ███████ house in ████ have you ever
6   stayed the night there?
7       A.  In his home in ████
8       Q.  Yes.
9       A.  I don't believe I did.
10      Q.  Are you aware of anybody providing
11  Jeffrey with two 12 year old girls as a
12  birthday present?
13          MR. PAGLIUCA:  Objection to the
14       form and foundation.
15      A.  No.
16      Q.  Are you aware of anybody ever
17  providing Jeffrey with French girls under the
18  age of 18 as a birthday present?
19          MR. PAGLIUCA:  Objection to the
20       form and foundation.
21      A.  No.
22      Q.  Do you know whether ████████
23  provided girls under the age of 18 to Jeffrey
24  for the purposes of sex?
25          MR. PAGLIUCA:  Objection to the
```

Page 380

```
1          G Maxwell - Confidential
2   form and foundation.
3       A.  I am un -- the answer is no, I
4   don't know anything about that.
5       Q.  Did you ever witness ████████
6   ████ bringing girls under the age of 18 to
7   any of Jeffrey residences?
8          MR. PAGLIUCA:  Objection to the
9       form and foundation.
10      A.  I don't recollect ████ coming
11  to the house with girls, period.
12      Q.  Do you, when I say house, I'm
13  including the U.S. Virgin Island home.
14          Do you recollect ████████
15  bringing foreign girls under the age of 18 to
16  the U.S. Virgin Island house?
17      A.  I don't recollect anything like
18  that.
19      Q.  Do you know how Jeffrey Epstein
20  made his money?
21      A.  No.
22      Q.  Was ████████████ one
23  of his clients?
24      A.  I have no idea.
25      Q.  What do you know about the
```

Page 381

```
1          G Maxwell - Confidential
2   relationship between Jeffrey Epstein and ████
3   ████
4       A.  Are you talking today?
5       Q.  Yes, today.
6       A.  I have no idea.
7       Q.  Do they have a business
8   relationship?
9       A.  I have no idea.
10      Q.  Did they have a business
11  relationship during the time that you were
12  working for Jeffrey Epstein?
13      A.  I believe in the '90s when I was
14  there they had a business relationship.
15      Q.  Did they have any other kind of
16  relationship?
17          MR. PAGLIUCA:  Objection to form
18       and foundation.
19      A.  The only relationship I am aware of
20  is the business relationship.
21      Q.  Do you know why ████████ sold the
22  New York house or gave the New York house to
23  Jeffrey, if you know?
24          MR. PAGLIUCA:  Objection to the
25       form and foundation.
```

MAGNA◆
LEGAL SERVICES

Page 382

```
 1      G Maxwell - Confidential
 2      A.  I know nothing about that
 3  transaction.
 4      Q.  Can you list for me all the girls
 5  that you have met and brought to Jeffrey
 6  Epstein's house that were under the age of
 7  18?
 8          MR. PAGLIUCA:  Objection to the
 9      form and foundation.
10      A.  I could only recall my family
11  members that were there and I could not make
12  a list of anyone else because that list -- it
13  never happened that I can think of.
14      Q.  I'm talking about the time you were
15  working for Jeffrey Epstein, can you list all
16  girls that you found for Jeffrey Epstein that
17  were under the age of 18 to come work for him
18  in any capacity?
19          MR. PAGLIUCA:  Objection to the
20      form and foundation.
21      A.  I didn't find the girls.
22      Q.  You choose the word.
23          MR. PAGLIUCA:  If you have a
24      question ask it, you don't choose the
25      word.
```

Page 383

```
 1      G Maxwell - Confidential
 2      Q.  List all of the girls you met and
 3  brought to Jeffrey Epstein's home for the
 4  purposes of employment that were under the
 5  age of 18?
 6          MR. PAGLIUCA:  Objection to the
 7      form and foundation.
 8      A.  I've already characterized my job
 9  was to find people, adults, professional
10  people to do the jobs I listed before; pool
11  person, secretary, house person, chef, pilot,
12  architect.
13      Q.  I'm asking about individuals under
14  the age of 18, not adult persons, people
15  under the age of 18.
16      A.  I looked for people or tried to
17  find people to fill professional jobs in
18  professional situations.
19      Q.  So Virginia Roberts was under the
20  age of 18, correct?
21      A.  I think we've established that
22  Virginia was 17.
23      Q.  Is she the -- sorry, go ahead.
24          Is she the only individual that you
25  met for purposes of hiring someone for
```

Page 384

```
 1      G Maxwell - Confidential
 2  Jeffrey that was under the age of 18?
 3          MR. PAGLIUCA:  Objection to form
 4      and foundation.  Mischaracterizes her
 5      testimony.
 6      A.  I didn't hire people.
 7      Q.  I said met.
 8      A.  I interviewed people for jobs for
 9  professional things and I am not aware of
10  anyone aside from now Virginia who clearly
11  was a masseuse aged 17 but that's, at least
12  that's how far we know that I can think of
13  that fulfilled any professional capacity for
14  Jeffrey.
15      Q.  List all the people under the age
16  of 18 that you interacted with at any of
17  Jeffrey's properties?
18      A.  I'm not aware of anybody that I
19  interacted with, other than obviously
20  Virginia who was 17 at this point?
21          (Maxwell Exhibit 21, email, marked
22      for identification.)
23      Q.  I'm showing you what's been marked
24  as Maxwell 21, it's an email dated January
25  21, 2015 from Jeffrey to you.  Is that, you
```

Page 385

```
 1      G Maxwell - Confidential
 2  can take a moment to take a look at it, is
 3  that a statement that Jeffrey Epstein wrote
 4  for you to be issued to the press?
 5          MR. PAGLIUCA:  Objection to the
 6      form and foundation.
 7      A.  The question was?
 8      Q.  Is this a statement that Jeffrey
 9  Epstein wrote for you to be issued to the
10  press?
11          MR. PAGLIUCA:  Same objection.
12      A.  Is there any other emails that you
13  have that surround this that would allow me
14  to know what -- does this have a context?
15      Q.  These were produced by your counsel
16  so the extent there are emails that
17  surround this, this is what we were given.
18      A.  Okay.  I don't know whether he
19  wrote this -- obviously he wrote this and
20  sent this to me.  I don't know if this is
21  post a phone call we had, I can't recollect
22  exactly.
23      Q.  Do you know if this was issued to
24  the press, this statement?
25      A.  The only press statement that was
```

MAGNA
LEGAL SERVICES

1    G Maxwell - Confidential
2  issued is the one that you have.
3    Q.  When the paragraph refers to you
4  being in a very long term committed
5  relationship with another man, who was that
6  other man?
7    MR. PAGLIUCA:  You don't have to
8  answer the question.
9    MS. McCAWLEY:  I'm asking the
10  identity of a witness in a statement she
11  is giving.
12    MR. PAGLIUCA:  She didn't give the
13  statement.
14    MS. McCAWLEY:  Jeffrey is writing
15  to her, I'm asking who is he is
16  referencing to a long term relationship.
17    You are going to refuse to let her
18  answer that question.
19    MR. PAGLIUCA:  Yes.
20    MS. McCAWLEY:  I would like to
21  state for the record he is refusing to
22  allow her to identify a potential
23  witness in this litigation.  So we will
24  be back to get the answer to that
25  question.

1    G Maxwell - Confidential
2    Q.  Do you recall when you were
3  traveling with Virginia Roberts that you
4  would be responsible for holding her
5  passport?
6    MR. PAGLIUCA:  Objection to the
7  form and foundation.
8    A.  I already testified I don't recall
9  traveling with Virginia.
10    Q.  Do you recall whether Jeffrey
11  Epstein when he was traveling with a minor,
12  someone under the age of 18, someone would
13  hold their passport?
14    MR. PAGLIUCA:  Object to the form.
15    A.  I couldn't testify to what Jeffrey
16  did or didn't do.
17    Q.  You never observed him gathering a
18  minor's passport and holding it during one of
19  the trips you were on?
20    A.  I don't have a recollection of
21  that.
22    Q.  Are you familiar with a company
23  called Hyperion Air Inc.?
24    A.  I am.
25    Q.  Is that a company you are

1    G Maxwell - Confidential
2  affiliated with?
3    A.  No.
4    Q.  Is that a company that Jeffrey
5  owns?
6    A.  I knew it back in 2001, back when I
7  was working.  I have no idea what that is
8  today.
9    Q.  What about JEGE, are you familiar
10  with that company, JEGE Inc.?
11    A.  I don't recall it.
12    Q.  You don't recall?
13    A.  It vaguely rings a bell.  I don't
14  remember what it relates to.
15    Q.  What about J Epstein Virgin Islands
16  Foundation, Inc.
17    Are you familiar with that company?
18    A.  No.
19    Q.  How did J Epstein & Company, Inc.?
20    A.  Again, I don't recall his business
21  names and affiliations.
22    Q.  How about NES LLC, are you familiar
23  with that name?
24    A.  Again, I think that was one of his
25  businesses, but I don't recall.

1    G Maxwell - Confidential
2    Q.  Do you know what that business did?
3    A.  I don't.
4    Q.  How about New York Strategy Group
5  Inc.?
6    A.  I don't know.
7    Q.  What about Ghislaine Maxwell
8  Company, are you familiar with that company?
9    A.  I never heard of that.
10    Q.  Is that a company you are on record
11  as being either a board member of or having a
12  position of authority in?
13    MR. PAGLIUCA:  Objection to the
14  form and foundation.
15    A.  I've never heard of the business.
16    Q.  What about negative, unflattering,
17  private or potentially embarrassing
18  information does Jeffrey Epstein know about
19  you?
20    MR. PAGLIUCA:  Objection to the
21  form and foundation.
22    A.  I imagine none.
23    Q.  Does he know, does he have any
24  knowledge of any illegal activity that you've
25  conducted?

**MAGNA**
LEGAL SERVICES

Page 390

```
 1        G Maxwell - Confidential
 2        MR. PAGLIUCA:  Object to the form
 3   and foundation.
 4        A.  If you want to ask Jeffrey
 5   questions about me, you would have to ask
 6   him.
 7        Q.  Have you ever been involved in any
 8   illegal activity in your lifetime?
 9        MR. PAGLIUCA:  Objection to the
10   form and foundation.
11        A.  I can't think of anything I have
12   done that is illegal.
13        Q.  Have you ever been arrested?
14        A.  I have a DUI in the U.K. a long
15   time ago.
16        Q.  Is that the only arrest you have on
17   your record?
18        A.  Yes.
19        Q.  I will mark as Maxwell 22 this
20   email?
21        (Maxwell Exhibit 22, email, marked
22   for identification.)
23        Q.  This is dated January 21, 2015.
24   It's from Jeffrey Epstein to you, forwarding
25   the Guardian and I would like you to look at
```

Page 391

```
 1        G Maxwell - Confidential
 2   the chain of emails so you understand the --
 3   have an appreciation for who is on this.
 4   It's a three-page document.  The bottom of
 5   the email appears to be a message from, there
 6   is a -- at the very bottom there is the
 7   signature block for ███████,
 8   ████████████████, and above that
 9   there is a message from a ████████████
10   ████
11        Do you see that?
12        A.  Uh-huh.
13        Q.  Do you know who ██████████ is?
14        A.  I do not.
15        Q.  Above that there is a message from
16   ████████ and you and it
17   says, so this isn't getting better, latest
18   from our chums at the Guardian and above that
19   you will see on January 21 an email from you
20   where you wrote, See below.
21        And right above that chain you will
22   see Jeffrey Epstein to you on January 21 and
23   his statement to you is, This will now end
24   but I think a dismissive statement is okay.
25        What did he mean by his statement,
```

Page 392

```
 1        G Maxwell - Confidential
 2   This will now end?
 3        MR. PAGLIUCA:  Objection to the
 4   form and foundation.
 5        A.  I have no idea.
 6        Q.  Did you discuss with him what he
 7   meant by the statement, This will now end?
 8        A.  I don't recall.
 9        Q.  Was he taking any action to ensure
10   that, quote, this will now end?
11        A.  I have no idea.
12        (Maxwell Exhibit 23, email, marked
13   for identification.)
14        Q.  This is an email from, if you look
15   at the chain at the top, you will see it's
16   from you to Jeffrey on January 27 and the
17   email at the bottom of the chain is from
18   Jeffrey to you on January 27.
19        He states, What happened to you and
20   your statement, question mark, question mark.
21   And you put at the top, I have not decided
22   what to do.
23        A.  Uh-huh.
24        Q.  Why was Jeffrey interested in you
25   making a statement to the press?
```

Page 393

```
 1        G Maxwell - Confidential
 2        MR. PAGLIUCA:  Objection to the
 3   form and foundation.
 4        A.  I don't know that he was
 5   interested.  We made a statement and then I
 6   was being advised to make an additional
 7   statement and I never did.
 8        Q.  Was Jeffrey communicating with you
 9   regularly on what additional statement you
10   might make?
11        MR. PAGLIUCA:  Objection to the
12   form and foundation.
13        A.  No, I've communicated with him very
14   little, as little as possible.
15        Q.  Why did you feel you had to keep
16   him informed of statements you were making to
17   the press?
18        MR. PAGLIUCA:  Objection to the
19   form and foundation.
20        A.  I didn't feel I had to.
21        Q.  Then why you were communicating
22   with him about statements you were making to
23   the press?
24        MR. PAGLIUCA:  Objection to the
25   form and foundation.
```

MAGNA ►
LEGAL SERVICES

Page 394

```
 1        G Maxwell - Confidential
 2      A.  Insofar as this is the case, it's
 3  really all about Jeffrey, it's not a case
 4  about me.
 5      Q.  In 2009, did you direct your
 6  lawyer, either directly or indirectly, to
 7  tell Brad Edwards that you were unavailable
 8  to attend a deposition?
 9        MR. PAGLIUCA:  Objection to the
10      form and foundation.  And this is a
11      privileged communication as I understand
12      the question, what someone said or
13      didn't say to their lawyer.  So don't
14      answer the question.
15      Q.  Can you answer that question
16  without revealing a privileged communication?
17      A.  Can you ask the question again?
18      Q.  In 2009, did you direct your lawyer
19  to tell Brad Edwards that you were
20  unavailable to attend a deposition?
21        MR. PAGLIUCA:  Same instruction.
22      Q.  Did you make any statement in 2009
23  to anybody that you were unavailable to
24  attend a deposition?
25      A.  My mother was sick and I don't
```

Page 395

```
 1        G Maxwell - Confidential
 2  recall exactly the sequence of events but
 3  what sequence of events do exist are -- was
 4  handled by my lawyers.
 5      Q.  What is your understanding of
 6  Jeffrey Epstein's nonprosecution agreement?
 7      A.  I have no idea.
 8      Q.  Do you have an understanding of the
 9  co-conspirators listed in the nonprosecution
10  agreement?
11        MR. PAGLIUCA:  Objection to the
12      form and foundation.
13      A.  I have no knowledge of his
14  agreement, whatever that is.
15      Q.  Do you know, you mentioned earlier
16  today that ▆▆▆▆▆▆▆ was one of the listed
17  co-conspirators.
18        Do you know who the other
19  co-conspirators are in the nonprosecution
20  agreement?
21        MR. PAGLIUCA:  Objection to the
22      form and foundation.
23      A.  I do not know.
24      Q.  What did Jeffrey Epstein tell you
25  about the nonprosecution agreement?
```

Page 396

```
 1        G Maxwell - Confidential
 2      A.  I don't think I've ever discussed
 3  it with him.
 4      Q.  How did you come to learn that
 5  ▆▆▆▆▆▆▆ was covered by the
 6  nonprosecution agreement?
 7      A.  I believe I read it in the press.
 8      Q.  Did you have any discussions with
 9  ▆▆▆▆▆▆▆ with about the nonprosecution
10  agreement?
11      A.  I have not had any discussions with
12  ▆▆▆▆
13      Q.  When is the last time you spoke to
14  ▆▆▆▆▆?
15      A.  Maybe 2005, 2006 maybe.
16      Q.  And same with ▆▆▆▆▆▆▆▆,
17  when is the last time you recall speaking
18  with ▆▆▆▆▆▆▆?
19      A.  Probably even more time before
20  that, maybe -- I've never had communications
21  really with ▆▆▆▆
22      Q.  I'm sorry, I didn't hear that.
23      A.  I never had communications with
24  her.
25      Q.  You were working for Jeffrey at the
```

Page 397

```
 1        G Maxwell - Confidential
 2  same time ▆▆▆▆ was also working for Jeffrey,
 3  isn't that correct?
 4      A.  I didn't know what ▆▆▆▆ did for
 5  Jeffrey so I didn't characterize what her
 6  relationship or work or not was and I was
 7  still helping him with his construction
 8  projects and the like but I never crossed
 9  paths with ▆▆▆▆
10      Q.  What did you think ▆▆▆▆ was doing
11  for Jeffrey?
12      A.  I have no idea what ▆▆▆▆ was doing
13  for Jeffrey.
14      Q.  Did you observe ▆▆▆▆ at any of
15  Jeffrey's houses while you were there?
16      A.  She was at the house on occasion.
17      Q.  What would she be doing there?
18      A.  I have no idea.
19      Q.  Did you know if she lived at his
20  houses?
21      A.  I have no idea.
22      Q.  Did you ever go into a bedroom and
23  see her belongings at one of the houses?
24      A.  Not that I recall, no.
25      Q.  I'm going to mark this as Maxwell
```

**MAGNA** ▶
LEGAL SERVICES

Page 398

G Maxwell - Confidential

1    G Maxwell - Confidential
2    Exhibit 24?
3         (Maxwell Exhibit 24, email, marked
4    for identification.)
5    Q.  You can see at the top of the first
6    page which is GM 0001, it's dated January 3,
7    2015 from you to the ███████.
8         Is that ████████ who we
9    referred to today?
10   A.  Yes.
11   Q.  And can you tell me, it says, Have
12   some info.  Call me when you have a moment.
13        What is redacted there?
14   A.  I don't recall, I'm sorry.
15   Q.  Do you know why there is a
16   redaction on this document?
17   A.  You would have to confer with my
18   lawyers.
19   Q.  What did you discuss on that call?
20   A.  I don't have any specific knowledge
21   of that call.
22   Q.  So the call is being made on
23   Saturday, January 3, 2015?
24        MR. PAGLIUCA:  Objection to the
25   form and foundation.

Page 399

G Maxwell - Confidential

1    G Maxwell - Confidential
2    Q.  The document states, it's Saturday
3    January 3, 2015.  You issued your press
4    release on January 2, 2015.
5         Were you discussing with ██████
6    ██████ the subject of Virginia Roberts during
7    these calls?
8         MR. PAGLIUCA:  Objection to the
9    form and foundation.
10   A.  I don't know if I spoke to him.
11   Q.  I would like you to turn to GM 0002
12   and the bottom chain says ████████,
13   Saturday January 3, to ████ re, and he says
14   let me know when we can talk.  Got some
15   specific questions to ask you about Virginia
16   Roberts.
17        Do you recall having a conversation
18   with ████████ about Virginia Roberts in
19   or around early January of 2015?
20   A.  I don't know if we actually spoke.
21   Q.  Did you ever speak to ████████
22   about Virginia Roberts after you issued your
23   statement on January 2, 2015?
24   A.  I know that we did speak at some
25   point but I don't recollect when we spoke.

Page 400

G Maxwell - Confidential

1    G Maxwell - Confidential
2    Q.  What did you talk about?
3    A.  Just what a liar she is.
4    Q.  What did he say to you?
5    A.  What a liar she is.
6    Q.  Did he tell you why he thought she
7    was a liar?
8    A.  I don't think he told me why she
9    was a liar.  The substance of everything that
10   she said was a lie with regard to him.
11   Q.  What did you say to him?
12   A.  She is a liar.
13   Q.  That was the whole conversation, it
14   was you said to him, she is a liar and he
15   said to you she say liar and you discuss
16   any of the details about what those lies
17   were?
18   A.  I don't recollect.
19   Q.  Was that only one conversation you
20   had?
21   A.  I don't recollect.  I don't
22   recollect actually the conversation but other
23   than -- in detail other than we both said she
24   was a liar.
25   Q.  Do you regularly communicate with

Page 401

G Maxwell - Confidential

1    G Maxwell - Confidential
2    ████████?
3         MR. PAGLIUCA:  Objection to the
4    form and foundation.
5    A.  What do you mean by regularly.
6    Q.  Do you email with him once a month,
7    once every two months or text him or call
8    him?
9    A.  No, we are not in that type of
10   regular touch.
11   Q.  Do you travel with him regularly?
12   A.  I don't know, I have traveled with
13   him.  We have traveled together but regularly
14   is not a correct characterization.
15   Q.  Do you travel with him more than
16   once a year?
17   A.  There is no standard.  There is no
18   set pattern.  The answer to that was no.
19   Q.  Have you ever observed him with any
20   underage, any women, female under the age of
21   18, interacting, that's not a child or a
22   family friend, interacting for the purposes
23   of a sexual relationship with that
24   individual?
25        MR. PAGLIUCA:  Objection to the

MAGNA
LEGAL SERVICES



Page 402

1        G Maxwell - Confidential
2    form and foundation.
3        A.  I've never seen ▮▮▮▮ interact in
4    any way of that nature.
5        Q.  Have you ever gone to dinner with
6    him with any individual under the age of 18
7    that's not a family member or friend of yours
8    that is under the age of 18?
9        MR. PAGLIUCA:  Objection to form
10    and foundation.
11        A.  We've been to dinner all the time,
12    I am not not sure who is at dinner with us, I
13    can't testify to that.
14        Q.  Has he ever brought a female under
15    the age 18 that's not a relative of his --
16        A.  He has children.
17        Q.  I said not relatives.
18        A.  I can't possibly testify to who he
19    comes to dinner with, I wouldn't recall.
20        Q.  To your knowledge, has he ever had
21    a relationship with any female under the age
22    of 18 for purposes of a romantic relationship
23    to your knowledge?
24        A.  I can't testify to ▮▮▮▮
25    relationship.

Page 403

1        G Maxwell - Confidential
2        Q.  You haven't observed that?
3        A.  No.
4        Q.  Have you talked to ▮▮▮▮
5    about coming to testify at trial in this
6    case?
7        A.  No.
8        Q.  When was the last time you
9    communicated with ▮▮▮▮?
10        A.  1994, 1995.
11        Q.  I believe earlier, did you say that
12    you -- when is the last time you've been to
13    his home in ▮▮▮▮
14        A.  I said -- you asked me if I stayed
15    the night.
16        Q.  I'm asking you a different
17    question.  When is the last time you have
18    been to his home in ▮▮▮▮
19        A.  Roughly the same time, in the
20    middle of the '90s sometime, mid '90s.
21        Q.  Not in the years 2000 to 2002?
22        A.  Mid '90s.
23        Q.  Have you ever communicated with any
24    representative of ▮▮▮▮?
25        MR. PAGLIUCA:  Objection to the

Page 404

1        G Maxwell - Confidential
2    form and foundation.
3        A.  I mean I've been to his -- in the
4    mid '90s, I would have communicated with
5    people who worked for him.
6        Q.  Have you communicated with ▮▮▮▮
7    ▮▮▮▮ about this case?
8        A.  No.
9        Q.  Have you ever seen a topless female
10    at any one of Jeffrey Epstein's properties?
11        MR. PAGLIUCA:  Objection to the
12    form and foundation.  You've asked this
13    question, by the way, earlier on today.
14        A.  Again, I testified that there are
15    people who from time to time in the privacy
16    of a swimming pool have maybe taken a bikini
17    top off or something but it's not common and
18    certainly when I was at the house I don't
19    really recollect seeing that kind of
20    activity.
21        Q.  Have you ever smoked cigarettes?
22        A.  Yes.
23        Q.  Have you ever smoked cigarettes
24    with Virginia Roberts?
25        A.  I don't recall smoking cigarettes

Page 405

1        G Maxwell - Confidential
2    with Virginia Roberts.
3        Q.  I'm marking this as Maxwell 25.
4        (Maxwell Exhibit 25, email, marked
5        for identification.)
6        Q.  I'm showing you what has been
7    marked as Maxwell 25.
8        This is an email dated January 11,
9    2015 at the top?
10        Do you see that that from Jeffrey
11    to you?
12        A.  Uh-huh.
13        Q.  And then below there is an email
14    from ▮▮▮▮ to you and cc'ing ▮▮▮▮
15    on January 11, 2015.
16        Do you see that?
17        A.  Uh-huh.
18        Q.  It says, Dear Ghislaine, as you
19    know I have been working behind the scenes
20    and this article comes from that.  It helps
21    but doesn't answer the VR claims.  I will get
22    the criminal allegations out.  This shows the
23    MOS will print truth, not just a VR voice
24    piece.  We can only make the truth by making
25    a statement.

MAGNA ▶
LEGAL SERVICES

Page 406

```
 1          G Maxwell - Confidential
 2      What did he mean when he said, I
 3  will get the criminal allegations out, what
 4  was he referring to?
 5          MR. PAGLIUCA:  Objection to the
 6      form and foundation.
 7      A.  I have no idea.
 8      Q.  Were there criminal allegations
 9  about Virginia that either your lawyer or
10  ██████████ were leaking to the press?
11          MR. PAGLIUCA:  Objection to form
12      and foundation.
13      A.  I have no idea.
14      Q.  Did you ask him what he meant when
15  he said, I will get the criminal allegations
16  out?
17      A.  I don't recollect the conversation.
18      Q.  Did you direct him to leak to the
19  press criminal allegations about Virginia
20  Roberts?
21      A.  I already testified that I have no
22  knowledge of what you are asking me.
23      Q.  Were you copied on this email,
24  correct?
25      A.  I was.
```

Page 407

```
 1          G Maxwell - Confidential
 2      Q.  Did Jeffrey Epstein assist in
 3  obtaining information about criminal
 4  allegations relating to Virginia Roberts?
 5          MR. PAGLIUCA:  Objection to form
 6      and foundation.
 7      A.  I have no recollection.
 8      Q.  Did ██████████ assist in
 9  obtaining information regarding criminal
10  allegations of Virginia Roberts?
11          MR. PAGLIUCA:  Objection to form
12      and foundation.
13      A.  I have no knowledge of that.
14      Q.  Did you ever discuss that with ███
15  ████████
16      A.  Discuss what?
17      Q.  Criminal allegations about Virginia
18  Roberts.
19      A.  I don't believe I have.
20      Q.  Have you ever discussed allegations
21  relating to --
22      Q.  Do you know if Jeffrey Epstein had
23  any relationship with the U.S. government
24  either working for the CIA or the FBI in his
25  lifetime?
```

Page 408

```
 1          G Maxwell - Confidential
 2          MR. PAGLIUCA:  Objection to the
 3      form and foundation.
 4      A.  I have no knowledge of that.
 5      Q.  Do you know if Jeffrey Epstein has
 6  any friends that are in the CIA or FBI?
 7          MR. PAGLIUCA:  Objection to the
 8  form and foundation.
 9      A.  I have no idea.
10      Q.  Are you aware of an investigation
11  of Jeffrey Epstein in the early '80s relating
12  to the SEC?
13          MR. PAGLIUCA:  Objection to the
14      form and foundation.
15      A.  I have no knowledge of that.
16      Q.  Are you aware that Jeffrey Epstein
17  has told people that he worked for the
18  government to recover stolen funds?
19          MR. PAGLIUCA:  Objection to the
20      form and foundation.
21      A.  I don't recall conversations about
22  that.
23      Q.  Has he ever told that you he worked
24  for the U.S. government?
25      A.  I don't recollect that.
```

Page 409

```
 1          G Maxwell - Confidential
 2      Q.  You don't recollect or has he never
 3  told you that?
 4      A.  I have no knowledge, I don't
 5  recollect him telling me he worked for the
 6  government.
 7      Q.  Does Jeffrey Epstein have any
 8  affiliation with the Israeli government?
 9          MR. PAGLIUCA:  Objection to the
10      form and foundation.
11      A.  I have no knowledge of that.
12      Q.  Do you know if he ever performed
13  any work for the Israeli government?
14      A.  I have no knowledge of that.
15      Q.  Have you ever visited Israel with
16  Jeffrey Epstein?
17      A.  I'm sorry, I don't recollect.
18      Q.  You've seen the flight logs that I
19  provided you today.  Are there, during the
20  time you worked for Jeffrey Epstein, were
21  there times that you flew on commercial
22  flights rather than Jeffrey Epstein's planes?
23      A.  Yes.
24      Q.  How often did that occur?
25      A.  Decently.
```

Page 410

```
 1        G Maxwell - Confidential
 2      Q.  Were there other flights that you
 3    recall flying on with Jeffrey Epstein that
 4    were on flights that -- where _____ was
 5    not the pilot?
 6      A.  _____ was not always the
 7    pilot.
 8      Q.  How many planes did Jeffrey Epstein
 9    have during the time you were with him?
10        MR. PAGLIUCA:  Objection to the
11      form and foundation.
12      A.  So you need to give me a date
13    range.
14      Q.  During the time period of 1992
15    through when you left your employment which I
16    think you said was in 2009?
17      A.  So in the '90s he had one plane and
18    at some point in the 2000s he had two planes
19    but I can't testify to anything past 2002,
20    2003, what happened to his planes after that.
21      Q.  Do you know what travel agency, if
22    any, Jeffrey would use when he would send
23    someone, for example, you or one of his other
24    employees on a flight somewhere?  Did he use
25    a particular travel agency to make those
```

Page 411

```
 1        G Maxwell - Confidential
 2    arrangements?
 3      A.  I don't recall.
 4      Q.  Were you ever responsible for
 5    making those arrangements for other
 6    individuals?
 7      A.  I don't recall making flight
 8    arrangements.
 9      Q.  Was it a New York travel agent that
10    you would use for those arrangements?
11      A.  Again, we are talking 16, 17, 18
12    years.  I just don't recall anything to do
13    with travel agents.
14      Q.  Would Jeffrey Epstein ever fly, for
15    example, _____ on a commercial flight
16    to meet you in New Mexico?
17        MR. PAGLIUCA:  Objection to the
18      form and foundation.
19      A.  I can't testify to that.
20      Q.  Do you recall a trip where you met
21    _____ in New Mexico?
22      A.  No, I don't recall any specific
23    trip, no.
24      Q.  Why would you be sent to New
25    Mexico, is there a reason why you would go
```

Page 412

```
 1        G Maxwell - Confidential
 2    there in the course of the work you were
 3    doing for Jeffrey?
 4        MR. PAGLIUCA:  Objection to the
 5      form and foundation.
 6      A.  I was never sent.  I had a job to
 7    do and I would have to go to New Mexico for
 8    work.
 9      Q.  Would _____ assist in that
10    project?
11        MR. PAGLIUCA:  Objection to the
12      form and foundation.
13      A.  No.  The project was largely
14    complete, largely complete by the end -- I
15    don't remember the dates exactly but it was
16    largely complete by the 1990s, 2000s.
17      Q.  Do you know why _____ would
18    be going to New Mexico to meet you?
19        MR. PAGLIUCA:  Objection to the
20      form and foundation.
21      A.  I don't know.  She worked for
22    Jeffrey.
23        MR. PAGLIUCA:  I think we are out
24      of time, counsel.
25        THE VIDEOGRAPHER:  It's true.
```

Page 413

```
 1      G Maxwell - Confidential
 2        MS. McCAWLEY:  I will state for the
 3      record there were questions today that
 4      remain unanswered because the witness
 5      has been instructed not to answer those
 6      questions and we will be raising our
 7      objections with the court to be able to
 8      have those questions answered in the
 9      near future.
10        MR. PAGLIUCA:  So we are clear, we
11      are designating this entire deposition
12      as confidential under the protective
13      order.  That would cover the paralegal
14      whose been present as well as the court
15      reporter and the videographer and all
16      the lawyers in the room.
17        THE VIDEOGRAPHER:  This concludes
18      today's proceedings.  We are off the
19      record at 6:43 p.m.
20        (Time noted: 6:43 p.m.)
21
22
23
24
25
```

MAGNA ▶
LEGAL SERVICES

```
                                    Page  414
1
2              - - -
3           I N D E X
4              - - -
5
6    GHISLAINE MAXWELL              PAGE
7      By Ms. McCawley           4
8
9              - - -
10          E X H I B I T S
11             - - -
12   MAXWELL EXHIBIT              PAGE
13   Exhibit 1 police report        24
14   Exhibit 2 email                33
15   Exhibit 3 transcript           71
16   Exhibit 4 photo               109
17   Exhibit 5 photo               113
18   Exhibit 6 flight logs         117
19   Exhibit 7 photo               133
20   Exhibit 8 photo               143
21   Exhibit 9 message pad pages    147
22   Exhibit 10 email              209
23   Exhibit 11 photo              259
24   Exhibit 12 documents          263
25   Exhibit 13 documents          312
```

```
                                    Page  415
1
2    MAXWELL EXHIBIT              PAGE
3    Exhibit 14 email              345
4    Exhibit 15 email              348
5    Exhibit 16 email              348
6    Exhibit 17 email              361
7    Exhibit 18 email              363
8    Exhibit 19 email              365
9    Exhibit 20 email              367
10   Exhibit 21 email              384
11   Exhibit 22 email              390
12   Exhibit 23 email              392
13   Exhibit 24 email              398
14   Exhibit 25 email              405
15
16
17
18
19
20
21
22
23
24
25
```

```
                                    Page  416
1
2            CERTIFICATE
3
4
5        I HEREBY CERTIFY that the witness,
6    GHISLAINE MAXWELL, was duly sworn by me and
7    that the deposition is a true record of the
8    testimony given by the witness.
9
10   _____
11   Leslie Fagin,
     Registered Professional Reporter
12   Dated: April 22, 2016
13
14
15       (The foregoing certification of
16   this transcript does not apply to any
17   reproduction of the same by any means, unless
18   under the direct control and/or supervision
19   of the certifying reporter.)
20
21
22
23
24
25
```

```
                                    Page  417
1
2        ACKNOWLEDGMENT OF DEPONENT
3
4    I,                  , do hereby
     certify that I have read the foregoing pages,
     and that the same is a correct transcription
5    of the answers given by me to the questions
     therein propounded, except for the
6    corrections or changes in form or substance,
     if any, noted in the attached Errata Sheet.
7
8
9    GHISLAINE MAXWELL               DATE
10
11   Subscribed and sworn
     to before me this
12        day of          , 2016.
13   My commission expires:
14
15   Notary Public
16
17
18
19
20
21
22
23
24
25
```

MAGNA
LEGAL SERVICES