# EXHIBIT 6

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

VIRGINIA L. GIUFFRE,

         Plaintiff,

                        Case No.:

  -against-             15-cv-07433-RWS

GHISLAINE MAXWELL,

         Defendants.

- - - - - - - - - - - - - - - - - - - x

               **CONFIDENTIAL**

      Videotaped deposition of GHISLAINE
MAXWELL, taken pursuant to subpoena, was
held at the law offices of BOIES
SCHILLER & FLEXNER, 575 Lexington
Avenue, New York, New York, commencing
April 22, 2016, 9:04 a.m., on the above
date, before Leslie Fagin, a Court
Reporter and Notary Public in the State
of New York.

                - - -

        MAGNA LEGAL SERVICES
      1200 Avenue of the Americas
       New York, New York 10026



Page 2

```
 1
 2    APPEARANCES:
 3
      BOIES SCHILLER & FLEXNER, LLP
 4    Attorneys for Plaintiff
                401 East Las Olas Boulevard
 5              Fort Lauderdatle, Florida, 33301
      BY:       SIGRID McCAWLEY, ESQUIRE
 6              MEREDITH SCHULTZ, ESQUIRE
                EMMA ROSEN, PARALEGAL
 7
 8
      FARMER JAFFE WEISSING EDWARDS FISTOS &
 9    LEHRMAN, P.L.
                Attorneys for Plaintiff
10              425 N. Andrews Avenue
                Fort Lauderdale, Florida 33301
11    BY:       BRAD EDWARDS, ESQUIRE
12
13    PAUL G. CASSELL, ESQUIRE
      Attorneys for Plaintiff
14              383 South University Street
                Salt Lake City, Utah 84112
15
16
      HADDON MORGAN FOREMAN
17    Attorneys for Defendant
                150 East 10th Avenu
18              Denver, Colorado 80203
      BY:       JEFFREY S. PAGLIUCA, ESQUIRE
19              LAURA A. MENNINGER, ESQUIRE
20
21    Also Present:
22       James Christe, videographer
23
24
25
```



1

2          THE VIDEOGRAPHER:  We are now on

3      the record and recording.  This begins

4      disk No. 1 in the deposition of

5      Ghislaine Maxwell in the matter of

6      Virginia Giuffre versus Ghislaine

7      Maxwell in the U.S. District Court for

8      the Southern District of New York.

9          Today is April 22, 2016 the time is

10     9:04 a.m..  This deposition is being

11     taken at 575 Lexington Avenue in New

12     York at the request of Sigrid McCawley

13     of Boies Schiller & Flexner.

14         The videographer is James Christe

15     and the court reporter is Leslie Fagin.

16     Will counsel state their appearance and

17     whom they represent and then court

18     reporter swear in Ms. Maxwell.

19         MS. McCAWLEY:  My name is Sigrid

20     McCawley with my colleague Meredith

21     Schultz.  We are with Boies Schiller &

22     Flexner.  We represent Ms. Giuffre.

23         MR. EDWARDS:  Brad Edwards.  I also

24     represent Ms.  Giuffre.

25         MR. CASSELL:  Paul Cassell, I also



Page 4

```
 1          G Maxwell - Confidential
 2          represent Ms. Giuffre.
 3               MR. PAGLIUCA:  Jeff Pagliuca and
 4          Laura Menninger on behalf of Ms.
 5          Maxwell.
 6     G H I S L A I N E   M A X W E L L,  called
 7     as a  witness,   having been duly sworn by a
 8     Notary Public, was examined and testified as
 9     follows:
10     EXAMINATION BY
11     MS. McCAWLEY:
12          Q.   Good morning.  I'm going to explain
13     some of the rules that will happen with
14     respect to depositions.
15               Have you ever been deposed before?
16          A.   I have not.
17          Q.   What is going to happen here, we
18     have a court reporter and a videographer.
19     What they do is take down the words that we
20     say so when I ask you a question they will
21     record what you say in response to that.  So
22     we have to be mindful that in order for them
23     to do their job we can't talk over each
24     other.
25               Another issue you have to be weary
```



```
 1          G Maxwell - Confidential
 2    of is that in a response, you can't give a
 3    nonverbal response, in other words, nodding a
 4    yes or no, they need to hear verbal response
 5    so they can record it on their transcript.
 6    So that's important for you to remember as we
 7    go through the day.  If you forget, I will be
 8    sure to remind you.
 9              Is there anything that would
10    prevent you from giving truthful testimony
11    today?
12         A.   There is not.
13         Q.   You are not on any medications or
14    anything that would inhibit your ability to
15    remember or give truthful testimony?
16         A.   I am not.
17              MR. PAGLIUCA:  Could you identify
18         the assistant in the room.
19              MS. McCAWLEY:  This is Emma Rosen
20         from our New York office.  She is a
21         paralegal.
22         Q.   Ms. Maxwell, can you please state
23    your address for the record?
24         A.   Currently ███████████████
25         Q.   What is your date of birth?
```



Page 6

```
 1          G Maxwell - Confidential
 2     A.    ███████████████
 3     Q.   When did you first recruit a female
 4  to work for Mr. Epstein?
 5          MR. PAGLIUCA:  I object to the form
 6      and foundation of the question.  I
 7      believe this is confidential
 8      information.  I ask anyone who is not
 9      admitted in this case be excused from
10      the room, please.
11          MS. McCAWLEY:  So the response to
12      that question would --
13          MR. PAGLIUCA:  The subject matter
14      of this question is confidential and I'm
15      designating it as confidential.
16          MS. McCAWLEY:  I just want to make
17      that clear for the record.
18          MR. EDWARDS:  So we don't delay the
19      deposition I will step out of the room
20      but I think it's important to lay the
21      record that --
22          MR. PAGLIUCA:  I'm sorry, you are
23      not admitted in this proceeding so you
24      are not entitled to make any record.  If
25      Ms. McCawley wants to make a record she
```



1        G Maxwell - Confidential

2      can.

3           MR. EDWARDS:  I can make a record

4      right now.

5           MR. PAGLIUCA:  Maybe we should get

6      the judge on the phone and talk about

7      it.

8           MR. EDWARDS:  The record will be

9      short.  This is the precise reason why

10      Ms. Giuffre wants me in this case and

11      I'm unable to effectively represent her

12      at this time because I am unable to have

13      access to the confidential information

14      which includes apparently the entire

15      deposition of Ms. Maxwell.  But for the

16      sake of not further delaying this, I

17      will be outside the room.

18           MS. McCAWLEY:  Thank you.

19      A.   I would like to just -- wait for

20   him to leave.

21      Q.   That's fine.

22      A.   I would just like to clarify the

23   address.  I'm in the process of selling the

24   house so while while I still receive mail

25   there, it's not my actual physical address.



Page 8

1         G Maxwell - Confidential

2    It's in the process of being sold.  It still

3    requires some final paperwork to be done, so

4    just for the purposes of clarity.

5         Q.   Do you have a new address where you

6    will be living?

7         A.   I do not.

8         Q.   For the purpose of the record, if

9    there is something I ask you that you later

10   remember something else or need to correct

11   your testimony in some way, you can do that,

12   just let me know what it is and we will go

13   back to that question and can you clarify.

14        A.   Of course.  I just wanted to be

15   clear, there is still some paperwork pending

16   for final release, but it's in the process of

17   sale.  But I don't have another address

18   currently, so whilst that should still be of

19   record that the mail could be forwarded

20   there, so for purposes of clarity I wanted to

21   be clear.

22        Q.   I appreciate that.

23             So Ms. Maxwell, when did you first

24   recruit a female to work for Mr. Epstein?

25             MR. PAGLIUCA:  Again.  I object to



1           G Maxwell - Confidential

2           form and foundation of the question.

3           Q.    You can answer the question.

4           A.    First of all, can you please

5    clarify the question.  I don't understand

6    what you mean by female, I don't understand

7    what you mean by recruit.  Please be more

8    clear and specific about what you are

9    suggesting.

10           Q.    Are you a female, is that the sex

11   that you are?

12           A.    I am a female.

13           Q.    That's what I'm referring to a

14   female and I'm asking you when you first, the

15   very first time you recruited a female to

16   work for Mr. Epstein?

17           A.    Again, I don't understand what

18   female -- I am a 54 year old women.

19           Q.    I'm not making it age, any age of a

20   female that you recruited to work for Mr.

21   Epstein?

22           A.    Again, I was somebody who hired a

23   number of people to work for Mr. Epstein and

24   hiring is one of my functions.

25           Q.    And when is the first time you



```
 1          G Maxwell - Confidential
 2    hired someone to work for Mr. Epstein, a
 3    female?
 4          A.   As best as I can recollect, a woman
 5    the age probably of about 40 or 50 was in
 6    sometime in 1992.
 7          Q.   How long did you work for Mr.
 8    Epstein?
 9          A.   I started working for him at some
10    point in 1992 and the nature of my work
11    relationship with him changed over time so
12    from around 2002, 2003, the work lessened
13    considerably.
14          Q.   When did you --
15          MR. PAGLIUCA:  Can I interject for
16    a moment.  If we are talking about
17    background --
18          MS. McCAWLEY:  I'm in the middle of
19    a question.  Let me finish it and then
20    can you interject.
21          Q.   When you say 2002 to 2003 that the
22    work lessened, when did you complete working
23    for Mr. Epstein; when was the last time you
24    were employed by him, the last date?
25          A.   I believe I still was doing --
```



Page 11

1            G Maxwell - Confidential

2       helping him in a very nominal way, maybe an

3       hour or two a year at sometime 2008 and 2009.

4            MR. PAGLIUCA:  So if you are going

5            to be talking about general background,

6            I don't need to designate that as

7            confidential.  So if you want to have

8            them come back in, that's fine.

9            I assumed by your first question

10           you were going into more sensitive

11           areas.  I will leave it up to you, but

12           if this is general background it will

13           not be designated as confidential.

14           MS. McCAWLEY:   I appreciate that.

15           I will jump back into my other

16           questions.

17           MR. PAGLIUCA:  So we will keep it

18           as confidential.

19       Q.   When you were first employed by him

20       in 1992, what were you hired to do?

21       A.   First, I was consulting and what I

22       did was I helped with decorating houses and

23       in hiring staff to help run those houses.

24       Q.   Did your duties change over the

25       course of 1992 to 2009?



Page 12

1          G Maxwell - Confidential

2             MR. PAGLIUCA:  Object to the form

3        and foundation.

4        A.   My job entailed running the homes

5     that he had but much more importantly, most

6     of the houses had construction and so whilst

7     in 1992 there was no construction project,

8     there was construction projects that began

9     after that time and I was in charge not only

10    of hiring architects, I was also in charge of

11    all the filings or overseeing that, like a

12    general contractor would.

13             I also helped with hiring the

14    architects, hiring the builders, reviewing

15    the contracts for the builders, coordinating

16    the building projects, coordinating how the

17    projects would layout, the timing of the

18    projects and all the various materials that

19    they would require to run a very substantial

20    building project.  That's the nature of the

21    job I was dealing with.

22    Q.   How old was the youngest female you

23    ever hired to work for Jeffrey?

24             MR. PAGLIUCA:  Object to the form

25        and foundation.



1           G Maxwell - Confidential

2           Q.    You can answer.

3           A.    I have not any idea exactly of the

4      youngest adult employee that I hired for

5      Jeffrey.

6           Q.    When you say adult employee, did

7      you ever hire someone that was under the age

8      of 18?

9           A.    Never.

10          Q.    Did you ever bring someone who was

11     under -- invite someone under the age of 18

12     to Jeffrey's home, any of his homes?

13               MR. PAGLIUCA:   Object to the form

14          foundation.

15          A.    Can you repeat the question?

16          Q.    Did you ever invite anybody who was

17     under the age of 18 to Jeffrey's homes?

18               MR. PAGLIUCA:   Same objections.

19          A.    I have a number of friends that

20     have children and friends of mine that have

21     kids and in the invitation of my friends and

22     their kids, I'm sure I may have invited some

23     of my friend's kids to come.

24          Q.    Anybody that is not a friend of

25     yours.



Page 14

1          G Maxwell - Confidential

2              Any female under the age of 18, did

3    you invite them to come to Jeffrey's home?

4              MR. PAGLIUCA:  Object to the form

5         and foundation.

6         A.   Again, as I said, I am not aware of

7    inviting anybody other than friends of mine

8    who have children to the house.

9         Q.   Did you invite Virginia Giuffre to

10   come to Jeffrey Epstein's home when she was

11   under the age of 18?

12             MR. PAGLIUCA:  Object to the form

13        and foundation.

14        A.   Virginia Roberts held herself out

15   as a masseuse and invited herself to come and

16   give a massage.

17        Q.   My question is, did you invite

18   Virginia Roberts when she was under the age

19   of 18 to come to Jeffrey Epstein's home?

20             MR. PAGLIUCA:  Object to the form

21        and foundation.

22        A.   Again, Virginia Roberts was a

23   masseuse --

24        Q.   I'm asking not asking if she was a

25   masseuse.  I'm asking if you invited her to



Page 15

1          G Maxwell - Confidential

2    come to Jeffrey Epstein's home?

3          A.   Again, there would be no course to

4    have a conversation with Virginia unless she

5    held herself out to be a masseuse.

6          Q.   I'm not asking that question.  I'm

7    asking if you invited her to come to Jeffrey

8    Epstein's home when she was under the age of

9    18?

10         A.   Again, I repeat, she was a masseuse

11   and in the form and as my job, I was to have

12   people who he wanted for various things

13   including massage.  She came as a masseuse.

14         Q.   So you invited her to his home to

15   come to give a massage, is that correct?

16              MR. PAGLIUCA:  Object to the form

17         and foundation.  Misstates the witness'

18         testimony.

19         A.   Again, I did not invite Virginia

20   Roberts.  She came as a masseuse.

21         Q.   She who invited her to come as a

22   masseuse, she just showed up at the front

23   door?

24              MR. PAGLIUCA:  Object to the form

25         and foundation.



Page 16

1          G Maxwell - Confidential

2          A.   Ms. Roberts held herself out --

3          Q.   I'm not asking how she held herself

4     out.  I'm asking how she arrived at the home.

5     Did you meet her and invite her to come to

6     the home or how did she arrive there?

7               MR. PAGLIUCA:   Object to the form

8          and foundation.

9          A.   Ms. Roberts held her to be a

10    masseuse and her mother drove her to the

11    house.

12         Q.   When did you first meet Virginia

13    Roberts?

14         A.   I don't have a recollection of the

15    first meeting.

16         Q.   Do you recall meeting her at

17    Mar-a-Lago?

18         A.   Like I said, I don't have a

19    recollection of meeting Ms. Roberts.

20         Q.   So you recall Ms. Roberts being

21    brought to the home by her mother, is that

22    your testimony?

23         A.   That is my testimony.

24         Q.   And that is the first time you met

25    her?



```
 1            G Maxwell - Confidential
 2       A.   Like I said, I don't recall meeting
 3   her the first time.  I do remember her mother
 4   bringing her to the house.
 5       Q.   Are you a member at Mar-a-Lago?
 6       A.   No.
 7       Q.   Have you visited Mar-a-Lago?
 8       A.   Yes.
 9       Q.   Did you visit Mar-a-Lago in the
10   year 2000?
11       A.   I'm pretty sure I did.
12       Q.   When Ms. Roberts arrived at the
13   home with her mother, what happened?
14       A.   I spoke to her mother outside of
15   the house and she -- what I don't recall is
16   exactly what happened because I was talking
17   to her mother the entire she was in the
18   house.
19       Q.   Did you introduce Ms. Roberts to
20   Jeffrey Epstein?
21       A.   I don't recall how she actually met
22   Mr. Epstein.  As I said, I spoke to her
23   mother the entire time outside the house.
24       Q.   Did you walk Ms. Roberts up to the
25   upstairs location at the Palm Beach house to
```



Page 18

1           G Maxwell - Confidential

2    meet Mr. Epstein?

3              MR. PAGLIUCA:  Object to the form

4         and foundation.

5         Q.   You can answer.

6         A.   I just explained.

7         A.   I spent the entire time talking to

8    Virginia's mother outside the house so the

9    answer to the question is no.

10        Q.   No, did you not walk her up and

11   introduce her to Mr. Epstein?

12        A.   I just said no.

13        Q.   Did you participate in a massage

14   this first time when she first came to the

15   home and you were speaking with her mother,

16   she was in the home, is that correct, you

17   brought her into the home?

18             MR. PAGLIUCA:  Object to the form

19        and foundation.

20        A.   I will repeat again, I was standing

21   outside with her mother so very difficult for

22   me to do anything else at that time so no, I

23   did not take her upstairs.

24        Q.   Did you participate --

25        A.   Virginia lied 100 percent about



```
 1          G Maxwell - Confidential
 2   absolutely everything that took place in that
 3   first meeting.  She has lied repeatedly,
 4   often and is just an awful fantasist.  So
 5   very difficult for anything to take place
 6   that she repeated because I was with her
 7   mother the entire time.
 8       Q.   So did you have -- did you give a
 9   massage with Virginia Roberts and Mr. Epstein
10   during the first time Virginia Roberts was at
11   the West Palm Beach house?
12          MR. PAGLIUCA:  Object to the form
13       and foundation.
14       Q.   Yes or no?
15       A.   No.
16       Q.   Have you ever given a massage with
17   Virginia Roberts in the room and Jeffrey
18   Epstein?
19          MR. PAGLIUCA:  Object to the form
20       and foundation.
21       A.   No.
22       Q.   Have you ever given Jeffrey Epstein
23   a massage?
24          MR. PAGLIUCA:  Object to the form,
25       foundation.  And I'm going to instruct
```


MAGNA
LEGAL SERVICES

1           G Maxwell - Confidential

2           you not to answer that question.  I

3           don't have any problem with you asking

4           questions about what the subject matter

5           of this lawsuit is, which would be, as

6           you've termed it, sexual trafficking of

7           Ms. Roberts.

8                To the extent you are asking for

9           information relating to any consensual

10          adult interaction between my client and

11          Mr. Epstein, I'm going to instruct her

12          not to answer because it's not part of

13          this litigation and it is her private

14          confidential information, not subject to

15          this deposition.

16               MS. McCAWLEY:  You can instruct her

17          not to answer.  That is your right.  But

18          I will bring her back for another

19          deposition because it is part of the

20          subject matter of this litigation so she

21          should be answering these questions.

22          This is civil litigation, deposition and

23          she should be responsible for answering

24          these questions.

25               MR. PAGLIUCA:  I disagree and you



1          G Maxwell - Confidential

2      understand the bounds that I put on it.

3          MS. McCAWLEY:  No, I don't.  I will

4      continue to ask my questions and you can

5      continue to make your objections.

6      Q.   Did you ever participate from the

7  time period of 1992 to 2009, did you ever

8  participate in a massage with Jeffrey Epstein

9  and another female?

10         MR. PAGLIUCA:  Objection.  Do not

11     answer that question.  Again, to the

12     extent you are asking for some sort of

13     illegal activity as you've construed in

14     connection with this case I don't have

15     any problem with you asking that

16     question.  To the extent these questions

17     involve consensual acts between adults,

18     frankly, they're none of your business

19     and I will instruct the witness not to

20     answer.

21         MS. McCAWLEY:  This case involves

22     sexual trafficking, sexual abuse,

23     questions about her having interactions

24     with other females is relevant to this

25     case.  She needs to answer these



Page 22

```
 1         G Maxwell - Confidential
 2      questions.
 3           MR. PAGLIUCA:  I'm instructing her
 4      not to answer.
 5           MS. McCAWLEY:  Then we will be back
 6      here again.
 7      Q.   Have you ever given a massage to
 8  Mr. Epstein with a female that was under the
 9  age of 18?
10      A.   Can you repeat the question?
11      Q.   Yes.  Have you ever given a massage
12  to Mr. Epstein with a female that was under
13  the age of 18?
14      A.   No.
15      Q.   Have you ever observed Mr. Epstein
16  having a massage given by an individual, a
17  female, who was under the age of 18?
18      A.   No.
19      Q.   Have you ever observed females
20  under the age of 18 in the presence of
21  Jeffrey Epstein at his home?
22           MR. PAGLIUCA:  Object to the form
23      and foundation.
24      A.   Again, I have friends that have
25  children --
```



1          G Maxwell - Confidential

2          Q.   I'm not talking about friends.  I'm

3    talking about individuals --

4          MR. PAGLIUCA:  I'm going to object

5          to you interrupting the witness who was

6          answering your question.  The question

7          was, have you ever seen anyone, female

8          under the age of 18 at the house and

9          that's the question she was answering.

10         If you want to strike that question and

11         ask another question, feel free, but let

12         the witness respond, please.

13         MS. McCAWLEY:  I will do that.

14         Q.   Have you ever observed a female

15   under the age of 18 at Jeffrey Epstein's home

16   that was not a friend, a child -- one of your

17   friend's children?

18         A.   Again, I can't testify to that

19   because I have no idea what you are talking

20   about.

21         Q.   You have no idea what I'm talking

22   about in the sense you never observed a

23   female under the age of 18 at Jeffrey

24   Epstein's home that was not one of your

25   friend's children, is that correct?


MAGNA
LEGAL SERVICES

Page 24

1          G Maxwell - Confidential

2              MR. PAGLIUCA:   Object to the form

3      and foundation.

4      A.   How would I possibly know how

5  someone is when they are at his house.   You

6  are asking me to do that.   I cannot possibly

7  testify to that.   As far as I'm concerned,

8  everyone who came to his house was an adult

9  professional person.

10     Q.   Are you familiar with the police

11  report that was issued in respect to the

12  investigation in this matter?

13             MR. PAGLIUCA:   Object to the form

14      and foundation.

15     Q.   Are you familiar with the police

16  report that was used in this matter, the

17  investigation of Jeffrey Epstein, has been

18  produced as a document in this matter?

19     A.   I have seen a police report.

20             (Maxwell Exhibit 1, police report,

21      marked for identification.)

22     Q.   The police report that you have in

23  front of you, can you turn to page 28 of that

24  report, the numbers are on the top right-hand

25  corner.



Page 25

1        G Maxwell - Confidential

2            You will see some redactions in

3   this report, Ms. Maxwell, the redacted

4   information is redacted because it reveals

5   the name of a minor, someone who is under the

6   age of 18.

7            On page 28, in the third paragraph,

8   about halfway down, it says, ▮▮▮▮ stated

9   she performed the massage naked.  At the

10  conclusion of this massage, Epstein paid

11  ▮▮▮▮ $200 for the massage.  He explained, I

12  know you are not comfortable put I will pay

13  you if you bring some girls.  He told her the

14  younger the better.  ▮▮▮▮ stated once tried

15  to bring a 23 year old to Epstein and he

16  stated the female was too old.

17           Have you heard Mr. Epstein use the

18  phrase the younger the better?

19       A.   I have no recollection of hearing

20  that.

21       Q.   Have you used the phrase in talking

22  to ▮▮▮▮ and asking her to recruit

23  females for Mr. Epstein, the younger the

24  better?

25           MR. PAGLIUCA:  Object to the form



Page 26

1          G Maxwell - Confidential

2          and foundation of the question.

3          A.    First of all, can you break the

4     question apart.

5          Q.    Have you used the phrase the

6     younger the better in speaking to ████████

7     and asking her to recruit females for Jeffrey

8     Epstein?

9               MR. PAGLIUCA:   Object to the form

10          and foundation.

11         Q.    You can answer.  It's yes or no.

12         A.    No, that's absolutely not true, on

13    the second part of your question, I have not

14    asked Virginia to recruit females and the

15    first part of your question, if you can

16    repeat that again, the question you asked.

17         Q.    Will you read back the question.

18               (Record read.)

19         A.    I believe I answered the later part

20    of the question.  The first part of the

21    question, it's impossible for me to recall

22    events that took place 16 years ago but it

23    doesn't sound like something I would say.

24         Q.    On page 28, that same paragraph,

25    ████████ was asked how many girls in total she



```
 1        G Maxwell - Confidential
 2  brought to Epstein.  █████  stated that she
 3  can remember,  ████  stated that she brought
 4  and, it's redacted there, and the victim in
 5  this case.
 6           Let me ask my question, I have a
 7  question pending right now.
 8           Are you testifying that you are
 9  unaware of any underage, under the age of 18,
10  females coming to Jeffrey Epstein's home to
11  perform massages?
12           MR. PAGLIUCA:  Object to the form
13      foundation.
14      A.   You need to straddle that question
15  in a different time period.  When I was
16  there, at the time I was present, the people
17  that gave Jeffrey, men and women who gave
18  Jeffrey massages were adults over the age of
19  18.
20      Q.   Never in your time at any of
21  Jeffrey Epstein's homes were you present when
22  a female under the age of 18 was there to
23  give Jeffrey Epstein a massage?
24           MR. PAGLIUCA:  Object to the form
25      and foundation.
```



Page 28

         G Maxwell - Confidential
1
2        A.   First of all, as I said when I was
3    present --
4        Q.   It is a yes or no.
5        A.   No, it is not.
6        Q.   You can answer the question in full
7    but please provide yes or no as an initial
8    matter.
9        A.   I cannot answer yes or no, it's not
10   bounded by time.  It's entirely possible I
11   could have been in a room or even in the
12   vicinity of Palm beach when somebody came and
13   I would not know.  How would I know when
14   somebody was in the house.  There is no way I
15   can know.
16       Q.   Did you stay at Jeffrey Epstein's
17   home when you were in Palm Beach?
18       A.   Most of the time.
19       Q.   So how is it that you wouldn't know
20   if there was a female in the home under the
21   age of 18 if you were staying there?
22       A.   Well, first of all, when I was
23   staying there, the house is actually quite
24   large and I have a very busy job and I had an
25   office with a door so the door would be shut



Page 29

1          G Maxwell - Confidential

2     and I would be working.  I'm not responsible

3     for what Jeffrey does and I don't always pay

4     attention to what happens in the house.  I'm

5     very busy.

6          Q.   So you're testifying that you never

7     observed a female under the age of 18 at

8     Jeffrey Epstein's West Palm Beach home?

9               MR. PAGLIUCA:  Object to the form

10          and foundation.

11          A.   I already answered that question, I

12     believe.

13          Q.   You didn't answer my question.

14          A.   I did.

15          Q.   Did you observe a female under the

16     age of 18 at Jeffrey Epstein's home in Palm

17     Beach?

18          A.   Like I said, I work, I don't sit

19     there and watch people coming in and out of

20     the house.  I cannot possibly tell you if I'm

21     in the home that somebody was there that I

22     did not see, I cannot comment on it, I have

23     no idea.

24          Q.   Did you observe females at Jeffrey

25     Epstein's home that were laying out topless



Page 30

1          G Maxwell - Confidential

2     in the back of the home, in other words

3     without a shirt on?

4          A.   So that's just another of

5     Virginia's lies.  So let's be clear, at the

6     time when I was there and present, frequently

7     at the house, it was unusual to see people

8     without their clothes on.

9          Q.   When you say unusual, did you

10    observe people without their clothes at

11    Jeffrey Espstein's home?

12         A.   Can I answer.  Sometimes people in

13    the privacy of a house and swimming pool, I

14    have seen people from time to time take their

15    top off.  I have seen people from time to

16    time do that.  Very unusual.  Naked people

17    around the people at any frequent period of

18    time, I have never seen.

19         Q.   Were they under the age of 18?

20         A.   As I was saying, people when I was

21    in the house, were of adult age, if they were

22    children, friends of my family or friends

23    that were there, they may well have been

24    because I have nieces and nephews under the

25    age of 18, I cannot testify to anybody else



Page 31

```
 1            G Maxwell - Confidential
 2    -- just another one of Virginia's many
 3    fictitious lies and stories to make this a
 4    salacious event to get interest and press.
 5    It's absolute rubbish.
 6        Q.   Were you in charge of hiring
 7    individuals to provide massages for Jeffrey
 8    Epstein?
 9        A.   My job included hiring many people.
10    There were six homes.  As I sit here, I hired
11    assistants, I hired architects, I hired
12    decorators, I hired cooks, I hired cleaners,
13    I hired gardeners, I hired pool people, I
14    hired pilots, I hired all sorts of people.
15            In the course and a very small part
16    of my job was from from time to time to find
17    adult professional massage therapists for
18    Jeffrey.
19        Q.   When you say adult professional
20    massage therapists, where did you find these
21    massage therapists?
22        A.   From time to time I would visit
23    professional spas, I would receive a massage
24    and if the massage was good I would ask that
25    man or woman if they did home visits.
```



Page 32

1          G Maxwell - Confidential

2     Q.   Did you ever hire a masseuse that

3  was under the age of 18?

4          MR. PAGLIUCA:  Object to the form

5     and foundation.

6     Q.   Did you?

7     A.   Again, I don't hire massage

8  therapists, so that was not my job.

9     Q.   You just said you did, you just

10 said you hired massage therapists for Jeffrey

11 Epstein, I'm asking if you hired a massage

12 therapist who was under the age of 18?

13    A.   Let me correct myself.  When I

14 meant hire, I didn't mean hire in the way you

15 are doing it.  What I say is that I went to

16 spas and I met people and if they did home

17 visits, Jeffrey would then, in fact, hire

18 them.  I'm not responsible for hiring

19 someone.  And they were not full-time, so

20 it's not a correct characterization.

21    Q.   Did you ever, your term is meet,

22 did you ever meet a person that was under the

23 age of 18 that you -- that Jeffrey then hired

24 as a masseuse?

25         MR. PAGLIUCA:  Object to the form



Page 33

1          G Maxwell - Confidential

2      and foundation.

3      A.   First of all, Virginia Roberts who

4  you are referring to was a masseuse aged 17,

5  we all now know, so your story that you keep

6  pushing out to the press that she was a 15

7  year old -- you and I both know was a lie,

8  correct.

9      Q.   You are not sentencing my question.

10     A.   You and I both know that was a lie,

11 correct.

12     Q.   You are not answering my question.

13 I'm asking you whether you ever met a female

14 under the age of 18 that Jeffrey then hired

15 as a masseuse?

16          MR. PAGLIUCA:  Object to the form

17      and foundation.

18     A.   The only person I can talk about

19 who clearly was a massage age 17, a masseuse,

20 was Virginia.

21     Q.   Did you meet her and then introduce

22 her to Jeffrey?

23     A.   I don't know.  I already testified

24 I don't recall meeting her.

25          (Maxwell Exhibit 2, email, marked



Page 34

1          G Maxwell - Confidential

2          for identification.)

3     Q.    So I'm showing you a document that

4    we have marked as Maxwell Exhibit 2.  It's a

5    document you produced in this matter labeled

6    confidential GM 00109.  It's dated Sunday

7    June 12, 2011.  It's from Jeffrey Epstein to

8    you.  If you can turn to page 4 -- sorry, can

9    you turn to the first page, the cover page

10   initially which is 00109.  If you look under

11   the time stamp it says, June 12, 2011 at 4:12

12   p.m., it says ███████████████

13          Is that your email address?

14   A.    It is.

15   Q.    Under that it says, Thank you.  I

16   have it now and I'm working on a letter, a

17   little, I will send the final version

18   tomorrow and what ever it is will be

19   factually accurate.

20          Do you see that on page 1?

21   A.    I do.

22   Q.    Then I would like you to turn to

23   page 4 please.  The second paragraph down on

24   page 4, it states, After some thought, I

25   recall that I first met Ms. Roberts when she



Page 35

```
 1          G Maxwell - Confidential
 2    was working at a premier resort claiming to
 3    be 18 years old and a professional masseuse?
 4              MR. PAGLIUCA:  What line are you
 5         on, counsel.
 6              MS. McCAWLEY:  Second paragraph
 7         down.
 8              MR. PAGLIUCA:  I got it.
 9         Q.   Is that a statement that you wrote?
10         A.   It appears to be.
11         Q.   So does that correct your testimony
12    that you did meet Ms. Roberts at Mar-a-Lago?
13         A.   Again, this was written in, when
14    were you saying?
15         Q.   2011.
16         A.   So by 2011, Ms. Roberts had already
17    perpetrated so many lies and stories it's
18    hard for me to accurately tell you today what
19    I remember back then.  As I sit here today,
20    the testimony I give you today, I do not
21    recollect it.
22         Q.   Do you have a reason to say that
23    this document that you wrote is incorrect?
24         A.   It's in 2011, I can't possibly tell
25    you what I remember in 2011.
```



Page 36

1           G Maxwell - Confidential

2      Q.   Are you questioning that this

3  document is incorrect, this document -- this

4  email that you wrote?

5      A.   I wrote an email.  I was trying to

6  be accurate, so who knows, with all the

7  rubbish that you guys have put out in the

8  press that I read, maybe in the moment I

9  wrote it a memory came to me that I don't

10  know, but as I sit here today and the

11  testimony I gave you today is I don't

12  recollect it.

13      Q.   Does this refresh your recollection

14  that you recalled meeting Ms. Roberts at

15  Mar-a-Lago?

16      A.   It does not.

17      Q.   So your testimony today is that you

18  don't remember meeting Ms. Roberts at

19  Mar-a-Lago?

20      A.   I do not.

21           I just want to clarify, when you

22  read so much stuff and so much rubbish that

23  comes out from Virginia Roberts, you don't

24  know what's up and down, at the time I wrote

25  this I believe I had a memory but as I sit



Page 37

```
1           G Maxwell - Confidential

2     here today I do not.

3           Q.   Ms. Maxwell, when did you first

4     meet ███████████████?

5                MR. PAGLIUCA:  Object to the form

6           and foundation.

7           A.   I have no idea when I met her.

8           Q.   Do you know how old she was when

9     you met her?

10          A.   I have no idea how old she was when

11    I met her.

12          Q.   Is it possible she was 13 years old

13    when you first met her?

14               MR. PAGLIUCA:  Object to the form

15          and foundation.

16          A.   ███████████████████████████████

17  ██ ████████████████████████████████  ███████

18    may have been in the house when Jeffrey was

19    in the house.  I have no idea how old she

20    was.

21          Q.   I understand ███████████████████

22    ████████

23               I'm asking if ████████████ was 13

24    years old when you first met her?

25          A.   I have no idea.
```



Page 38

1          G Maxwell - Confidential

2          Q.    Was she under 18 when you first met

3     her?

4          A.    I have no idea how old she was when

5     I first met her.

6          Q.    Did she look like a child when you

7     first met her?

8          A.    I don't remember what she looked

9     like at the time she was in the house.

10          Q.    How many years have you known her?

11          A.    I can only recall the last time I

12     saw her.

13          Q.    When was the first time you met

14     her?

15          A.    Again, I just told you, I don't

16     recall the first time I met her.

17          Q.    Did ▇▇▇▇▇▇▇▇       travel with you

18     on Jeffrey's planes?

19          A.    I wouldn't remember if ▇▇▇▇ was on

20     the plane or not.

21          Q.    Did you ever have sex with ▇▇▇▇

22     ▇▇▇▇▇▇

23          A.    No.

24          Q.    Did you ever observe Jeffrey having

25     sex with ▇▇▇▇▇▇▇▇▇?



Page 39

```
 1          G Maxwell - Confidential
 2     A.    No.
 3     Q.    Were you aware that Jeffrey was
 4  having sexual contact with ████████████ when
 5  she was 13 years old?
 6          MR. PAGLIUCA:  Object to the form
 7       and foundation.
 8     A.    I would be very shocked and
 9  surprised if that were true.
10     Q.    Were you in the house when ████████
11  ████████ was in the house in a private area
12  with Jeffrey Epstein?
13          MR. PAGLIUCA:  Object to the form
14       and foundation.
15     A.    Can you repeat the question.
16     Q.    Were you ever in the Palm Beach
17  house when Jeffrey Epstein was in the house
18  with ████████████████?
19          MR. PAGLIUCA:  Object to the form
20       and foundation.
21     A.    I've already testified that I have
22  met her and that she was there ██████████
23  ████████  I don't understand what your
24  question is asking.
25     Q.    So you have never seen ████████
```



Page 40

```
 1           G Maxwell - Confidential
 2    ████████████████████████████
 3           MR. PAGLIUCA:  Object to the form
 4    and foundation.
 5      Q.  Is that your testimony?
 6      A.  I already said I don't recall all
 7   the times I've seen her and I have no memory
 8   of that.
 9      Q.  Have you ever seen ██████████ in
10   the house with Jeffrey Epstein ██████████
11   ██████
12           MR. PAGLIUCA:  Object to the form
13    and foundation.
14      A.  I just told you I don't recall
15   seeing ████
16      Q.  Were you ever involved in an orgy
17   with ████████████?
18      A.  No, absolutely not.
19      Q.  Can you tell me, do you know an
20   individual by the name of ██████████████?
21      A.  I do.
22      Q.  How did you meet ██████████████?
23      A.  At some point she was a friend of
24   Jeffrey's and I recall meeting her at some
25   point.
```



Page 41

1          G Maxwell - Confidential

2          Q.    Did you hire her?

3          A.    First of all, I don't hire girls

4    like that, so let's be clear, I already

5    testified to that, and I have no idea what

6    you are referring to.

7          Q.    When you say girls like that, what

8    do you mean?

9          A.    I hire people who are professional

10   at the house.  You are asking if I hired

11   somebody to do what, I don't know what you

12   are talking about.  I hired people to work in

13   the homes.

14         Q.    What was Nadia Marcinkova doing?

15               MR. PAGLIUCA:  Object to the form

16         and foundation.

17         A.    I have no idea what Nadia

18   Marcinkova was doing.  I didn't hire her and

19   I don't know what you are referring to.

20         Q.    You met Nadia Marcinkova?

21         A.    I testified I did.

22         Q.    Did she work for Jeffrey Epstein?

23         A.    I have no idea what she did.

24         Q.    Have you flown on planes with Nadia

25   Marcinkova?



Page 42

1              G Maxwell - Confidential

2        A.   I don't recollect.  I don't know if

3    I did.

4        Q.   How many times have you flown on

5    Jeffrey Epstein's planes?

6        A.   Too many times.

7        Q.   More than 300?

8        A.   I really couldn't tell you how

9    many.

10        Q.   More than 400?

11        A.   Again, I said I cannot tell you how

12    many, a lot.

13        Q.   How many times with █████

14    █████████████

15        A.   I already testified, I have no

16    idea.

17        Q.   How old was ████████████████  when

18    she first became involved with Jeffrey?

19        A.   I have no idea.

20        Q.   Was she 14?

21             MR. PAGLIUCA:  Object to the form

22        and foundation.

23        A.   I have no idea.

24        Q.   Did she look like a child the first

25    time you met her?



Page 43

```
 1          G Maxwell - Confidential
 2             MR. PAGLIUCA:  Object to the form
 3      and foundation.  Asked and answered.
 4          Q.  Did she look like a child the first
 5      time you met ███████████████?
 6          A.  I don't know what you mean if she
 7      looked like a child.
 8          Q.  Did she look like she was under the
 9      age of 18?
10          A.  No.
11          Q.  Did she look like she was under the
12      age of 16?
13          A.  I just testified -- first of all, I
14      couldn't tell you how old she was, she didn't
15      like like a child, leave it at that.
16          Q.  Did you know that she was a child?
17             MR. PAGLIUCA:  Object to the form
18      and foundation.
19          A.  I just answered I did not know how
20      old she was and she looked like an adult.
21          Q.   In the times that you traveled with
22      her on Jeffrey Epstein's planes, did you ever
23      ask her how old she was?
24             MR. PAGLIUCA:  Object to the form
25      and foundation.  Assumes facts not in
```



Page 44

1          G Maxwell - Confidential

2          evidence.  The witness already testified

3          she doesn't remember.

4          Q.   You can answer that question.

5               Did you ever ask her on the many

6     flights you were with her or the many times

7     you were with her at the house?

8          A.   First of all, I don't know I was on

9     many flights with her, you are making stories

10    up again as usual.  And secondly, if I was on

11    a flight with her, there would not be any

12    reason why I would ask her how old she was.

13         Q.   You don't recollect having any

14    conversation with her about her age?

15         A.   I already testified to that.

16         Q.   Do you know what ███████████████

17    was hired to do for Jeffrey?

18         A.   I already testified I didn't know

19    she was hired and I don't know that she did

20    anything.  I don't know how to answer that

21    question.

22         Q.   Was ████████████████ at the house,

23    the Palm Beach house, when you were present

24    at that house?

25               MR. PAGLIUCA:  Object to the



Page 45

```
 1            G Maxwell - Confidential

 2       foundation.

 3       A.    I have no recollection of her being

 4  at the house at the same time as me.

 5       Q.    When did you first meet ████

 6  ████████████

 7       A.    I already told you I don't recall.

 8       Q.    Do you recall anything about ████

 9  ████████████

10       A.    That she was tall and blond.

11       Q.    Do you recall ████████████████

12  interacting with other females at the house?

13       A.    No, I do not.

14       Q.    Did you arrange to get a visa for

15  ████████████   to come into this country?

16            MR. PAGLIUCA:  Object to the form

17       and foundation.

18       A.    Absolutely not.

19       Q.    Did Jeffrey arrange for a visa for

20  ████████████?

21            MR. PAGLIUCA:  You need to give me

22       a break so I can interpose an objection.

23            Object to the form and foundation.

24       Q.    You can answer.

25       A.    What was the question?
```



Page 46

```
 1          G Maxwell - Confidential
 2      Q.    Did Jeffrey arrange for a visa for
 3    ███████████████?
 4      A.    I don't know what Jeffrey did.  I
 5    cannot testify what Jeffrey did.
 6      Q.    Was  ██████  involved in sex with
 7    Jeffrey and other girls?
 8          MR. PAGLIUCA:  Object to the form
 9      and foundation.
10      Q.    Girls under the age of 18?
11          MR. PAGLIUCA:  Same objection.
12      A.    I have no idea.
13      Q.    Was  ██████  involved with sex with
14    Jeffrey and girls over the age of 18?
15          MR. PAGLIUCA:  Same objection.
16      A.    I have no idea.
17      Q.    Did  ██████  recruit other girls for
18    sex with Jeffrey?
19          MR. PAGLIUCA:  Object to the form
20      and foundation.
21      A.    I have no idea.
22      Q.    Do you still talk to ████████
23      A.    No.
24      Q.    ██████████████████
25      A.    I have no idea.
```



Page 47

1          G Maxwell - Confidential

2     ██    ████████████████████████████

3  ████████████████████████████████

4      A.   I have no idea.

5      Q.   Are you a pilot?

6      A.   I am.

7      Q.   Have you flown with ████████████?

8      A.   I have.

9      Q.   Have you flown with ██████

10 ████████

11     A.   What do you mean by flown?

12     Q.   Have you been on planes with her?

13     A.   I already testified I don't recall

14 having her on a plane with me.

15     Q.   Do you know ████████████?

16     A.   I do.

17     Q.   When did you first meet her?

18     A.   I don't recall exact dates.

19     Q.   Did you meet her with the purpose

20 of hiring her to work for Jeffrey or having

21 Jeffrey hire her?

22          MR. PAGLIUCA:  Object to the form

23      and foundation.

24     A.   No.

25     Q.   What was her relationship with



Page 48

```
 1          G Maxwell - Confidential
 2   Jeffrey?
 3              MR. PAGLIUCA:  Object to the form
 4        and foundation.
 5        A.   I don't know exactly the nature of
 6   her relationship but she worked for him.
 7        Q.   What did she do?
 8              MR. PAGLIUCA:  Object to the form
 9        and foundation.
10        A.   At the time she when was with him I
11   believe she traveled with him and helped with
12   his travel arrangements.
13        Q.   Did she bring girls to the house to
14   give massages to Jeffrey?
15              MR. PAGLIUCA:  Object to the form
16        and foundation.
17        A.   I don't know what ████ did.
18        Q.   So you never observed ████
19   bringing girls to the home to give massages
20   to Jeffrey?
21              MR. PAGLIUCA:  Object to the form
22        and foundation.
23        A.   I don't understand the question,
24   what did you mean bring?
25        Q.   Did you ever observe ████
```


MAGNA
LEGAL SERVICES

Page 49

1          G Maxwell - Confidential

2     inviting, bringing, walking anyone into the

3     home to give a massage for Jeffrey?

4              MR. PAGLIUCA:  Object to the form

5          and foundation.

6          A.   I don't recollect anything like

7     that.

8          Q.   Are you aware that ████████ was

9     a co-conspirator, named as a co-conspirator

10    in the case involving Jeffrey Epstein?

11             MR. PAGLIUCA:  Object to the form

12         and foundation and also calls for a

13         legal conclusion.

14             MS. McCAWLEY I'm just asking if she

15         is aware of that.

16         A.   I am aware.

17         Q.   Who paid ████████?

18         A.   I have no idea.

19         Q.   Did you ever arrange payment for

20    any of the employees at the home?

21             MR. PAGLIUCA:  Object to the form.

22         A.   What do you mean by arrange?

23         Q.   Were you ever in charge or

24    responsible for paying individuals at the

25    home, that worked there?



Page 50

          G Maxwell - Confidential

1          G Maxwell - Confidential

2          A.   People had salaries and they were

3    paid by the office.

4          Q.   Did you ever pay any individual,

5    did you ever hand an individual cash for work

6    they performed?

7               MR. PAGLIUCA:  Object to the form.

8          A.   Can you be more specific about what

9    you are asking me.

10         Q.   Did you ever hand any individual

11   who was working at the home cash as payment

12   for something that they performed at the

13   home?

14              MR. PAGLIUCA:  Object to the form.

15         A.   To the best of my recollection

16   there were very few times where I would leave

17   some cash for people for work performed.

18         Q.   And what type of work was being

19   performed where you would be doing that?

20         A.   If I left cash for the pool guy, I

21   would have left potentially some cash for the

22   gardener, potentially for exercise

23   instructors and sometimes for massage

24   therapy.

25         Q.   How much were the massage



```
 1          G Maxwell - Confidential
 2    therapists paid?
 3              MR. PAGLIUCA:  Object to the form
 4         and foundation.
 5         A.   They get paid between 100 and $200.
 6         Q.   Did it vary based on what sexual
 7    acts they performed?
 8              MR. PAGLIUCA:  Object to the form
 9         and foundation.
10         A.   No.  It varied depending how much
11    time, some massage therapists charge more and
12    some charge less.
13         Q.   Did the massage therapists that
14    were hired to come to the home perform sexual
15    acts for Jeffrey Epstein?
16              MR. PAGLIUCA:  Object to the form
17         and foundation.
18         A.   What are you asking me?
19         Q.   I'm asking if the massage
20    therapists --
21         A.   Are you asking me about underage
22    girls?
23         Q.   I'm asking in general, did any of
24    the massage therapists in the home --
25         A.   Are you asking if they were paid
```



Page 52

```
 1          G Maxwell - Confidential
 2    for sexual acts.
 3         Q.   I'm asking if they performed sexual
 4    acts?
 5              MR. PAGLIUCA:   Object to the form
 6         and foundation.
 7         Q.   Did any of the massage therapists
 8    who were at the home perform sexual acts for
 9    Jeffrey Epstein?
10         A.   I don't know what you mean by
11    sexual acts.
12         Q.   Did any of the massage therapists
13    who were working at the home perform sexual
14    acts, including touching the breasts,
15    touching the vaginal area, being touched
16    while Jeffrey is masturbating, having
17    intercourse, any of those things?
18              MR. PAGLIUCA:   Objection.  Form and
19         foundation.
20              To the extent any of this is asking
21         for to your knowledge any consensual sex
22         act that may or may not have involved
23         you, I'm instructing you not to answer
24         the question.
25         Q.   I'm not asking about consensual sex
```



```
 1          G Maxwell - Confidential
 2     acts.  I'm asking whether any of the massage
 3     therapists performed sexual acts for Mr.
 4     Epstein, as I have just described?
 5          A.   I have never seen anybody have
 6     sexual intercourse with with Jeffrey, ever.
 7          Q.   I'm not asking about sexual
 8     intercourse.  I'm asking about any sexual
 9     act, touching of the breast -- did you ever
10     see -- can you read back the question?
11          (Record read.)
12          A.   I'm not addressing any questions
13     about consensual adult sex.  If you want to
14     talk about what the subject matter, which is
15     defamation and lying, Virginia Roberts, that
16     you and Virginia Roberts are participating in
17     perpetrating her lies, I'm happy to address
18     those.  I never saw any inappropriate
19     underage activities with Jeffrey ever.
20          Q.   I'm not asking about underage.  I'm
21     asking about whether any of the masseuses
22     that were at the home perform sexual acts for
23     Jeffrey Epstein?
24          A.   I have just answered the question.
25          Q.   No, you haven't.
```



Page 54

 1          G Maxwell - Confidential

 2      A.   I have.

 3      Q.   No, you haven't.

 4      A.   Yes, I have.

 5      Q.   You are refusing to answer the

 6  question.

 7      A.   Let's move on.

 8      Q.   I'm in charge of the deposition.  I

 9  say when we move on and when we don't.

10          You are here to respond to my

11  questions.  If you are refusing to answer the

12  court will bring you back for another

13  deposition to answer these questions.

14          Do you understand that?

15          MR. PAGLIUCA:  You don't need to

16      threaten the witness.

17          MS. McCAWLEY:  I'm not threatening

18      her.  I'm making sure the record is

19      clear.

20          MR. PAGLIUCA:  Certainly can you

21      apply to have someone come back and the

22      court may or may not have her come back

23      again.

24          Again, she is not answering

25      questions that relate to adult consent



```
1           G Maxwell - Confidential
2      sex acts.  Period.  And that's the
3      instruction and we can take it up with
4      the court.
5          Q.   Ms. Maxwell, are you aware of any
6  sexual acts with masseuses and Jeffrey
7  Epstein that were nonconsensual?
8          A.   No.
9          Q.   How do you know that?
10         A.   All the time that I have been in
11 the house I have never seen, heard, nor
12 witnessed, nor have reported to me that any
13 activities took place, that people were in
14 distress, either reported to me by the staff
15 or anyone else.  I base my answer based on
16 that.
17         Q.   Are you familiar with a person by
18 the name of _____?
19         A.   I am.
20         Q.   Has _____ given a statement
21 to police about you performing sexual acts on
22 her?
23         A.   I have not heard that.
24         Q.   Has _____ given a statement
25 to police about Jeffrey Epstein performing
```



Page 56

```
 1          G Maxwell - Confidential
 2    sexual acts on her?
 3             MR. PAGLIUCA:  Object to the form
 4          and foundation.
 5          A.   I have not heard that.
 6          Q.   How do you know ████████████?
 7          A.   ██████████████████████████
    ████████████████████████████████████████████
    ██ ████████████
10          Q.   Was ██████████████  under the age of
11    18?
12             MR. PAGLIUCA:  Object to the form
13          and foundation.
14          A.   I don't recall how old ████████████
15    was.
16          Q.   Did she tell police that Jeffrey
17    Epstein assaulted her sexually?
18             MR. PAGLIUCA:  Object to the form
19          and foundation.
20          A.   I never heard that.
21          Q.   Did ██████████████  recruit or bring
22    girls to the home that were under the age of
23    18?
24             MR. PAGLIUCA:  Object to the form
25          and foundation and I think this has been
```



Page 57

1          G Maxwell - Confidential

2          asked and answered already.

3          Q.   You can answer the question.

4          A.   I have no idea what ████████████

5     did.

6          Q.   You never observed ████████████

7     with girls under the age of 18 at Jeffrey's

8     home?

9               MR. PAGLIUCA:  Object to the form

10         and foundation.

11         A.   The answer is no, I have no idea.

12         Q.   Do you know Glenn Dubin?

13         A.   I do.

14         Q.   What is your relationship with

15    Glenn Dubin?

16              MR. PAGLIUCA:  Object to the form.

17         A.   What do you mean what is my

18    relationship.

19         Q.   Are you friendly with him, how do

20    you know him?

21         A.   He is the husband of Eva Dubin.

22         Q.   Is Eva Dubin one of your friends?

23         A.   Yes.

24         Q.   Did you ever send Virginia to

25    Glenn's condo at the Breakers to give him a



Page 58

```
 1          G Maxwell - Confidential
 2     massage?
 3              MR. PAGLIUCA:  Objection to the
 4          form and foundation.
 5          A.   No.
 6          Q.   Did you ever instruct Virginia
 7     Roberts to have sex with Glenn?
 8              MR. PAGLIUCA:  Objection to the
 9          form and foundation.
10          A.   I have never instructed Virginia to
11     have sex with anybody ever.
12          Q.   How old was Eva Anderson when she
13     met Jeffrey?
14              MR. PAGLIUCA:  Objection to the
15          form and foundation.
16          A.   I have no idea.
17          Q.   What's she under the age of 18?
18              MR. PAGLIUCA:  Objection to the
19          form and foundation.
20          A.   I just testified I have idea how
21     old she was.
22          Q.   You testified she was your friend.
23     You don't know how old she was when she met
24     Jeffrey?
25          A.   That happened sometime in the '70s,
```



Page 59

         G Maxwell - Confidential

1

2    how would I know, or '80s.  I have no idea.

3    Can you testify to what your friends did 30

4    years ago?

5         Q.   You don't ask the questions here,

6    Ms. Maxwell.

7              What about ▇▇▇▇▇▇▇▇▇▇, when

8    did you first meet ▇▇▇▇▇▇

9         A.   I don't recall the exact date.

10        Q.   Did you hire ▇▇▇▇▇▇

11        A.   I don't hire people, she came to

12   work at the house to answer phones.

13        Q.   Where did you meet her?

14        A.   I just testified, I don't recall

15   exactly when I met her.

16        Q.   Was one of your job

17   responsibilities to interview people that

18   would be then hired by Jeffrey?

19        A.   That was one of my

20   responsibilities.

21        Q.   Do you recall interviewing ▇▇▇▇▇

22        A.   I don't recall the exact interview,

23   no.

24        Q.   Do you know what tasks ▇▇▇▇▇ was

25   hired to performance?



Page 60

```
 1          G Maxwell - Confidential
 2      A.   She was tasked to answer
 3  telephones.
 4      Q.   Did you ever ask her to rub
 5  Jeffrey's feet?
 6          MR. PAGLIUCA:  Objection to the
 7      form and foundation.
 8      A.   I believe that I have read that,
 9  but I don't have any memory of it.
10      Q.   Did you ever tell ███████ that she
11  would get extra money if she provided Jeffrey
12  massages?
13      A.   I was always happy to give career
14  advice to people and I think that becoming
15  somebody in the healthcare profession, either
16  exercise instructor or nutritionist or
17  professional massage therapist is an
18  excellent job opportunity.  Hourly wages are
19  around 7, 8, $9 and as a professional
20  healthcare provider you can earn somewhere
21  between as we have established 100 to $200
22  and to be able to travel and have a job that
23  pays that is a wonderful job opportunity.  So
24  in the context of advising people for
25  opportunities for work, it is possible that I
```



Page 61

1            G Maxwell - Confidential

2    would have said that she should explore that

3    as an option.

4         Q.   Did you tell her she would get

5    extra money if she massaged Jeffrey?

6         A.   I'm just saying, I cannot recall

7    the exact conversation.  I give career advice

8    and I have done that.

9         Q.   Did you ever have ████████ massage

10   you?

11        A.   I did.

12        Q.   How many times?

13        A.   I don't recall how many times.

14        Q.   Was there sex involved?

15        A.   No.

16        Q.   Did you ever instruct ████████ to

17   massage Glenn Dubin?

18        A.   I don't believe -- I have no

19   recollection of it.

20        Q.   Did you ever have sexual contact

21   with ████████

22             MR. PAGLIUCA:  Object to the form

23        and foundation.  You need to give me an

24        opportunity to get in between the

25        questions.



Page 62

```
 1            G Maxwell - Confidential
 2               Anything that involves consensual
 3        sex on your part, I'm instructing you
 4        not to answer.
 5        Q.   Did you ever have sexual contact
 6   with ███████
 7        A.   Again, she is an adult --
 8        Q.   I'm asking you, did you ever have
 9   sexual contact with ███████
10        A.   I've just been instructed not to
11   answer.
12        Q.   On what basis?
13        A.   You have to ask my lawyer.
14        Q.   Did you ever have sexual contact
15   with ███████ that was not consensual on
16   ███████ part?
17               MR. PAGLIUCA:  You can answer
18        nonconsensual.
19        A.   I've never had nonconsensual sex
20   with anybody.
21        Q.   Not ███████████?
22               MR. PAGLIUCA:  Objection.
23        A.   I just testified I never had
24   nonconsensual sex with anybody ever, at any
25   time, at anyplace, at any time, with anybody.
```



Page 63

```
 1          G Maxwell - Confidential
 2      Q.   So if ▬▬▬▬ were to testify that
 3   she did not consent to a sexual act that you
 4   participated in --
 5      A.   I just told you I have never ever
 6   under any circumstances with anybody, at any
 7   time, in anyplace, in any form had
 8   nonconsensual relations with anybody.
 9      Q.   Did you introduce ▬▬▬▬▬▬▬▬
10   ▬▬▬
11          MR. PAGLIUCA:   Objection to the
12      form and foundation.
13      A.   I've, again, read that ▬▬▬▬
14   claimed that she met or that she said she met
15   ▬▬▬▬▬.   I don't know if I was the one
16   who made the introduction or not.
17      Q.   Do you know a female by the name of
18   Emmy Taylor?
19      A.   I do.
20      Q.   How do you know her?
21      A.   Emmy was my assistant.
22      Q.   So she worked for you?
23      A.   Yes.
24      Q.   Did you hire her?
25      A.   Again, Jeffrey hired people.
```



Page 64

1             G Maxwell - Confidential

2        Q.   Did you have sex with her?

3             MR. PAGLIUCA:   This is the same

4        instruction about consensual or

5        nonconsensual.

6        Q.   Was Emmy under the age of 18 when

7   you hired her?

8        A.   No.   I didn't hire her, as I said,

9   Jeffrey did.

10        Q.   Did Emmy ever have sex with

11   Jeffrey?

12             MR. PAGLIUCA:   Objection to the

13        form and foundation.

14        A.   How would I know what somebody else

15   did.

16        Q.   You weren't involved in the sex

17   between Jeffrey, Emmy and yourself?

18        A.   We already --

19        Q.   Were you involved with sex between

20   Jeffrey, Emmy and yourself?

21             MR. PAGLIUCA:   Everyone is talking

22        over each other.   You heard the

23        question.

24             Again, you you know what the

25        instruction is.   If there is any



1          G Maxwell - Confidential

2          consensual issue involved, I instruct

3          you not to answer.

4          A.    Moving on.

5          Q.    So you are refusing to answer that

6     question?

7          A.    I've been instructed by my lawyer.

8          Q.    Did you ever have sex with Jeffrey,

9     Emmy, Virginia and yourself when Virginia was

10    underage?

11         A.    Absolutely not.

12              MR. PAGLIUCA:  We've been going for

13         about an hour.  I would like to take a

14         five-minute break, please.

15              MS. McCAWLEY:  I'm almost done.

16              MR. PAGLIUCA:  You are not going to

17         allow a break.

18              MS. McCAWLEY:  As soon as I get

19         through my line of questioning, which is

20         perfectly appropriate.

21         Q.    Did Emmy Taylor travel with you and

22    Jeffrey to Europe?

23         A.    I'm sure she did.

24         Q.    What is she doing today?

25         A.    I have no idea.



Page 66

1           G Maxwell - Confidential

2           Q.   Do you speak to her regularly now,

3     do you speak to her?

4           A.   No.

5           Q.   Do you know where she lives?

6           A.   No.

7           Q.   Do you know what country she lives

8     in?

9           A.   No.

10          Q.   Where is the last place you knew

11    that she lived?

12          A.   Last place I knew for sure was in

13    Los Angeles.

14          Q.   When did she stop working for you?

15          A.   2001, 2002.

16          Q.   What tasks did she performance for

17    you?

18          A.   She helped me with moving in and

19    out of houses, construction, she was a

20    general help, she helped with buying things

21    that needed to be purchased, if I needed her

22    to stand in for me during meetings, it was a

23    very wide ranging job.

24          Q.   Did she ever bring females to

25    perform massages for Jeffrey?



Page 67

1          G Maxwell - Confidential

2              MR. PAGLIUCA:  Objection to the

3      form and foundation.

4      A.   What are you asking me?

5      Q.   Did Emmy, was it ever Emmy's

6  responsibility to bring females to the house

7  for the purposes of massaging Jeffrey?

8      A.   Emmy's job was to help me with the

9  houses and work in homes.  It was not her job

10 to whatever you just said, bring masseuses.

11     Q.   Did she do that?

12     A.   I have no recollection.  I have no

13 idea.

14     Q.   Did you pay Emmy or did Jeffrey pay

15 her?

16     A.   Jeffrey.

17     Q.   Do you recall how much she was

18 paid?

19     A.   I do not.

20             MS. McCAWLEY:  I think we can take

21     a break now.

22             THE VIDEOGRAPHER:  It's 10:02 and

23     we are off the record.

24             (Recess.)

25             THE VIDEOGRAPHER:  It's now 10:18.



Page 68

1        G Maxwell - Confidential

2        We are back on the record and starting

3        disk No. 2.

4        Q.   Ms. Maxwell, I asked you about

5   Virginia Roberts earlier.

6            Can you describe what Virginia

7   Roberts' duties were when she was with Mr.

8   Epstein?

9            MR. PAGLIUCA:  Objection to the

10       form and foundation.

11       A.   I believe that Virginia was a

12   masseuse.

13       Q.   Was Virginia required to dress up

14   in any way for massages?

15            MR. PAGLIUCA:  Objection to the

16       form and foundation.

17       A.   I have no idea.

18       Q.   Did you provide Virginia with

19   outfits to wear for certain massages?

20       A.   I have no idea what you are talking

21   about.

22       Q.   For example, did you ever provide

23   Virginia with a school girl outfit to wear

24   for a massage?

25       A.   I have no idea what you are talking



Page 69

1          G Maxwell - Confidential

2     about.

3          Q.   So you didn't provide her with

4     that?

5          A.   As I just testified, I have no idea

6     what you are talking about.

7          Q.   I was trying to interpret whether

8     you didn't understand what a school girl

9     outfit was or you are saying that didn't

10    happen?

11         A.   I clearly know what a school girl

12    outfit is.  I have no recollection of

13    providing anybody with a school girl outfit.

14         Q.   Did you have a set of outfits used

15    by the massage therapists that would include

16    things like a school girl outfit or a black

17    patent leather outfit or anything of that

18    nature?

19              MR. PAGLIUCA:  Object to the form

20         and foundation.

21         A.   That would be just another one of

22    Virginia's lies.

23         Q.   You didn't have anything like that?

24         A.   I did not.

25         Q.   Did you have a basket of sex toys



Page 70

1          G Maxwell - Confidential

2    that you kept in the Palm Beach house?

3          MR. PAGLIUCA:  Objection to the

4     form and foundation.

5     A.   First of all what do you mean.

6     Q.   A laundry basket that contained sex

7    toys in it?

8          MR. PAGLIUCA:  Objection to the

9     form and foundation.

10    A.   Can you ask the question again?

11    Q.   Did you have a laundry basket that

12   contained sex toys in it, in the Palm Beach

13   House?

14          MR. PAGLIUCA:  Objection to the

15     form and foundation.

16    Q.   Did you have a laundry basket of

17   sex toys in the Palm Beach house?

18          MR. PAGLIUCA:  Same objection.

19    Q.   You can answer.

20    A.   I don't recollect anything about a

21   laundry basket of sex toys.

22    Q.   Do you recollect having sex toys at

23   the Palm Beach house?

24    A.   You have to define what are you

25   talking about.



Page 71

```
 1          G Maxwell - Confidential
 2     Q.   A sex toy meaning a vibrator of
 3  some kind, sometimes they are called dildos,
 4  of that nature, anything like that?
 5     A.   I don't recollect anything that
 6  would formally be a dildo, anything like
 7  that.
 8     Q.   How would you describe sex toys?
 9     A.   I wouldn't describe sex toys.
10     Q.   Did you have anything that was of
11  an electronic nature that would be used
12  during sex?
13          MR. PAGLIUCA:  Objection to the
14      form and foundation.
15     A.   I have no idea what you are
16  referring to.
17          (Maxwell Exhibit 3, transcript,
18      marked for identification.)
19  ███  ███████████████████████████
20  █████████████████████████
21      █████████████████████████████
22  ███████████████████████████
23  ██████████████████████████
24  ███  ██████
25  ███  ███████████
```



Page 72



```
 1          G Maxwell - Confidential
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



Page 73

1          G Maxwell - Confidential





1          G Maxwell - Confidential

2                              ████████████████████

3       ████████████████████████████████████

4       ██████

5              MR. PAGLIUCA:  Objection to the

6       form and foundation.

7       A.    First I have to read this.

8       Q.    Sure.

9              MS. McCAWLEY:  I will stop the

10      clock while the witness is reading.

11             MR. PAGLIUCA:  No.

12             MS. McCAWLEY:  Yes, if she is going

13      to read the whole document, I will stop

14      the clock.

15             MR. PAGLIUCA:  If you give her

16      documents to refresh her recollection,

17      we are on the clock here.

18             MS. McCAWLEY:  Then we will take it

19      up with the judge.

20             MR. PAGLIUCA:  Read whatever you

21      need to answer the question.

22             MS. McCAWLEY:  I'm going to set the

23      document aside and I'm just go to ask

24      you a question, independent of the

25      document.



Page 75

1          G Maxwell - Confidential

2          Q.   Do you recall having a basket full

3    of sex toys?

4          A.   I already told you I did not.

5          Q.   We were talking a moment ago about

6    Ms. Roberts and her position as a masseuse,

7    do you know what she was paid for working as

8    a masseuse for Jeffrey Epstein?

9          A.   I do not.

10         Q.   Did you ever pay her?

11         A.   I don't ever recall paying her.

12         Q.   Do you know what happened during

13   the massage appointments with Jeffrey Epstein

14   and Virginia Roberts?

15              MR. PAGLIUCA:  Objection to the

16         form and foundation.

17         A.   No.

18         Q.   Were you ever present to view a

19   massage between Jeffrey Epstein and Virginia

20   Roberts?

21         A.   I don't recollect ever seeing

22   Virginia and Jeffrey in a massage situation.

23         Q.   Do you ever recollect seeing them

24   in a sexual situation?

25         A.   I never saw them in a sexual



Page 76

1          G Maxwell - Confidential

2     situation.

3          Q.   Did you ever participate in sex

4     with Virginia Roberts and Jeffrey Epstein?

5          A.   I never ever at any single time at

6     any point ever at all participated in

7     anything with Virginia and Jeffrey.  And for

8     the record, she is an absolute total liar and

9     you all know she lied on multiple things and

10    that is just one other disgusting thing she

11    added.

12         Q.   Did you help her obtain an

13    apartment in Palm Beach to live in?

14              MR. PAGLIUCA:  Objection to the

15         form and foundation.

16         Q.   Was that part of your

17    responsibilities for Jeffrey?

18         A.   First of all, I didn't know she had

19    an apartment in Palm Beach.  I only learned

20    that from the many times you guys have gone

21    to the press to sell stories, so no.

22         Q.   Did you help her get a cell phone,

23    was that one of your responsibilities for

24    Jeffrey, to get her is a cell phone as part

25    of her masseuse obligations?



Page 77

1          G Maxwell - Confidential

2               MR. PAGLIUCA:  Objection to the

3          form and foundation.

4          A.   I don't know what that means,

5     masseuse obligation, I don't know what you

6     are referring to.  Would you like to ask the

7     question properly?

8          Q.   I think it was proper.  I will ask

9     it again.

10               Did you ever assist in getting

11    Virginia Roberts a cell phone to use during

12    the time that she worked for Jeffrey Epstein?

13         A.   I have no recollection of doing

14    anything of that nature.

15         Q.   Did you ever tell Virginia that you

16    wanted her to have a cell phone so that she

17    could be on call regularly?

18         A.   I have no recollection of that

19    conversation.

20         Q.   How often would Virginia come over

21    to the house in Palm Beach to give massages?

22               MR. PAGLIUCA:  Objection to the

23          form and foundation.

24         A.   Ask the question again, please.

25         Q.   How often did Virginia Roberts come



Page 78

1          G Maxwell - Confidential

2     over to the house in Palm Beach to give

3     massages?

4          A.    It's important to understand that I

5     wasn't with Jeffrey all the time.  In fact, I

6     was only in the house less than half the

7     time, so I cannot testify to when I wasn't in

8     the house how often she came when I wasn't

9     there.

10             What I can say is that I barely

11    would remember her, if not for all of this

12    rubbish, I probably wouldn't remember her at

13    all, except she did come from time to time

14    but I don't recollect her coming as often as

15    she portrayed herself.

16         Q.   How many times a day on an average

17    day would Jeffrey Epstein get a massage?

18             MR. PAGLIUCA:  Objection to the

19         form and foundation.

20         A.   When I was at the house and when I

21    was there with him, he received a massage, on

22    average, about once a day.

23         Q.   Just once?

24         A.   Yes.

25         Q.   Were there days when he received



1          G Maxwell - Confidential

2     four or five?

3              MR. PAGLIUCA:  Objection to the

4          form and foundation.

5          A.   When I was present at the house, I

6     never saw something like that.

7          Q.   Do you know if Virginia was

8     required to be on call at all times to come

9     to the house if Jeffrey wanted her there?

10             MR. PAGLIUCA:  Objection to the

11         form and foundation.

12         A.   I have no idea of the arrangements

13    that Virginia made with Jeffrey.

14         Q.   When Virginia was in New York,

15    would Virginia sleep at Jeffrey's mansion in

16    New York?

17             MR. PAGLIUCA:  Objection to the

18         form and foundation.

19         A.   I don't recollect her being in New

20    York and I have no idea where she slept.

21         Q.   You don't ever remember seeing

22    Virginia Roberts in New York?

23             MR. PAGLIUCA:  Objection to the

24         form and foundation.

25         A.   I would barely recollect her at



Page 80

1          G Maxwell - Confidential

2     all, except for this story.

3          Q.   Do you recall Virginia Roberts

4     calling you because she was having a medical

5     crisis and you and Jeffrey taking her to the

6     hospital?

7          A.   I have heard this absurd story and

8     if any part of it were true I would remember

9     that.  I do not.

10         Q.   You don't remember taking her to

11    the hospital?

12         A.   It's not that I don't remember it,

13    it didn't happen.

14         Q.   How do you know it didn't happen?

15         A.   That's the sort of memory you would

16    recall.

17         Q.   Do you recall, you said you don't

18    remember her being at the New York mansion.

19    When you were in New York would you stay at

20    the New York mansion with Jeffrey?

21         A.   I stayed from time to time.

22         Q.   Do you recall Virginia being at the

23    New York mansion when ████████████ came to

24    visit?

25              MR. PAGLIUCA:  Objection to the



Page 81

1         G Maxwell - Confidential

2         form and foundation.

3         A.    Like I told you, I don't recall her

4    being at the house at all.

5         Q.    How many homes does Jeffrey have?

6              MR. PAGLIUCA:  Objection to the

7         form and foundation.

8         A.    When I was working for him, I think

9    he had six maybe.

10        Q.    Would Virginia stay with him in

11   those homes?

12              MR. PAGLIUCA:  Objection to the

13        form and foundation.

14        A.    I can only testify for when I was

15   present with him and I cannot say what she

16   did when I wasn't present with him.

17        Q.    When you were present, would

18   Virginia stay in the homes with him?

19        A.    I don't recall her staying in the

20   houses.

21        Q.    Did you train Virginia on how to

22   recruit other girls for massages?

23              MR. PAGLIUCA:  Objection to the

24        form and foundation.

25        A.    No.



Page 82

1           G Maxwell - Confidential

2      Q.   Did you train Virginia on how to

3  recruit other girls to perform sexual

4  massages?

5           MR. PAGLIUCA:  Objection to the

6      form and foundation.

7      A.   No.  And it's absurd and her entire

8  story is one giant tissue of lies and

9  furthermore, she herself has -- if she says

10  that, you have to ask her about what she did.

11     Q.   Does Jeffrey like to have his

12  nipples pinched during sexual encounters?

13          MR. PAGLIUCA:  Objection to form

14     and foundation.

15     A.   I'm not referring to any advice on

16  my counsel.  I'm not talking about any adult

17  sexual things when I was with him.

18     Q.   When Jeffrey would have a massage,

19  would he request that the masseuse pinch his

20  nipples while he was having a massage?

21     A.   I'm not talking about anything with

22  consensual adult situation.

23     Q.   What about with underage --

24     A.   I am not aware of anything.

25     Q.   You are not aware of Jeffrey



Page 83

         1          G Maxwell - Confidential

         2    Epstein ever having sex with an underage

         3    minor and asking them to pinch his nipples?

         4          A.   I am not.

         5          Q.   So I'm going to direct you to, I

         6    believe it's Maxwell Exhibit 1, the police

         7    report.

         8               Are you aware that over 30 under

         9    age minors gave testimony to police that they

        10    were engaged in sexual acts during,

        11    quote-unquote, massages.

        12               MR. PAGLIUCA:  The witness needs to

        13          find Exhibit 1.  Exhibit 1 -- if you can

        14          hand me that please.

        15          Q.   So now with respect to the police

        16    report, are you aware that over 30 underage

        17    girls, meaning under the age of 18 gave

        18    reports to police that they were assaulted

        19    sexually by Jeffrey Epstein during massages?

        20               MR. PAGLIUCA:  Objection to the

        21          form and foundation.

        22          A.   I read the police report.  That's

        23    all I can testify to.

        24          Q.   Are you aware of what is in the

        25    police report?  Are you aware that there were



Page 84

1              G Maxwell - Confidential

2      30 girls --

3          A.   I did not count the number of girls

4      and I did read the police report.  I can only

5      testify to what I read.

6          Q.   So you are aware that the police

7      report contains reports from 30 underage

8      girls?

9          A.   I can't testify to what the girls

10     said.  I can only testify to the fact that I

11     read a police report that stated that.

12         Q.   Were you working for Jeffrey -- you

13     said you worked for him off an on until 2009,

14     is that correct?

15         A.   I helped out from time to time.

16         Q.   So you were working with him during

17     the time period when these underage girls

18     were visiting Jeffrey's home?

19             MR. PAGLIUCA:  Objection to the

20         form and foundation.

21         A.   I was not -- what year, I need

22     years.

23         Q.   How about let's say 2005?

24         A.   I'm not sure I was at the house at

25     all in 2005, maybe one day, maybe.



Page 85

1          G Maxwell - Confidential

2     Q.    How about 2004?

3     A.    I was present for his mother's --

4  his mother died in 2004 so I was there for

5  his mother's death and the funeral and I was

6  at the house maybe a handful of days, again.

7     Q.    I would like to direct you to, you

8  have it pulled together now, it's page 39,

9  Bates stamped Giuffre 00040?

10    A.    Can you repeat that, please.

11    Q.    Sure.  00040.

12    A.    Yes.

13    Q.    At the top of that document, about

14 three lines down, you see the redacted

15 portions where there is black so it blacks

16 out the name.

17    A.    I see black redacted portions.

18    Q.    That's a black redaction of the

19 name of the minor and there is -- I will

20 represent for the record that's what it is.

21 You can contest that but I'm not asking about

22 the name of the minor.

23          Five lines down, it says, She was

24 just 16 years of age.

25          Do you see that?



Page 86

 1          G Maxwell - Confidential

 2          A.    I have to read that, if you want me

 3     to testify to some things.

 4          Q.    I'm asking if you see where it

 5     says, She was just 16 years old.

 6          A.    No, I have to read it.

 7          Q.    It's five line downs on the first

 8     paragraph.

 9          A.    I do see that.

10          Q.    Then the next paragraph down, it

11     says, this is the next full paragraph, it

12     says, Epstein entered the room, introduced

13     himself, Epstein lay on the table and told

14     her to get comfortable, blank could not

15     remember if he was naked or if he entered the

16     room with a towel.  Blank stated she provided

17     the massage wearing her panties.  She

18     continued rubbing his thighs and feet.  Blank

19     advised he turned over on his back and

20     continued to rub his legs with oil.  Epstein

21     touched her breast and began to masturbate.

22     I asked if she knew what circumcised and

23     uncircumcised meant.  She stated circumcised

24     is when the penis had no foreskin.

25              Then jumping down to the next



```
 1          G Maxwell - Confidential
 2    paragraph, it says, Blank became upset,
 3    crying hysterically and stated she was paid
 4    and also instructed to have sex with Epstein
 5    and ███████████████ by Epstein.
 6              Do you see that there?
 7    A.    I do.
 8    Q.    Are you aware that there were
 9    underage minors in the Palm Beach house that
10    were required to give sexual massages to
11    Jeffrey Epstein?
12              MR. PAGLIUCA:  Objection to the
13         form and foundation.  This has been
14         asked and answered already.  Now you are
15         just reading a document.
16              MS. McCAWLEY:  I am allowed to take
17         this deposition.
18    A.    I already testified --
19    Q.    Are you aware there were underage
20    girls, 30 of them, in this police report that
21    were assaulted by Jeffrey Epstein in the Palm
22    Beach house during the time you are working
23    there?
24    A.    I am aware that Virginia has
25    lied repeatedly --
```



Page 88

```
 1            G Maxwell - Confidential
 2       Q.   I'm not asking about Virginia.  I'm
 3  asking if you are aware that there were over
 4  30 underage girls who gave reports to police
 5  officers during the time you worked for
 6  Jeffrey Epstein.  Are you aware of that?
 7            MR. PAGLIUCA:  Counsel, what is
 8       your factual basis for asserting there
 9       are 30 underaged people who gave
10       reports?
11            MS. McCAWLEY:  I don't have to
12       answer that.
13            MR. PAGLIUCA:  Are you representing
14       as an officer of the court that you have
15       personal knowledge that there are 30
16       people referenced in these police
17       reports?
18            MS. McCAWLEY:  That's my
19       understanding, that there are 30 girls.
20            MR. PAGLIUCA:  How is that your
21       understanding if these are redacted
22       reports?
23            MS. McCAWLEY:  By reading through
24       the reports.
25            MR. PAGLIUCA:  So you have personal
```



Page 89

1          G Maxwell - Confidential

2          knowledge there are 30 people --

3               MS. McCAWLEY:   Just like can you if

4          you read through -- I will not argue

5          with you counsel.. she can answer yes or

6          no.

7     Q.   Are you aware there were over 30

8     individuals who were minors who gave reports

9     to police just like the one we just read that

10    they were sexually assaulted by Jeffrey

11    Epstein in the Palm Beach home during the

12    years that you were working with him?

13              MR. PAGLIUCA:   Objection to the

14         form and foundation.  You can answer if

15         you have knowledge.

16    A.   I already testified I was limited

17    in the house, a couple of days, there is no

18    way I knew.  I have read these reports.  I

19    cannot testify to 30.  Given the experience

20    I've had with Virginia's lies, it's very hard

21    for me to testify about what I see.  I can

22    tell from you my personal knowledge I did not

23    know what you are referring to.

24    Q.   You did not know there were

25    underage girls in the home that were being



Page 90

1          G Maxwell - Confidential

2    assaulted by Jeffrey Epstein during the time

3    you were working there?

4          A.   Based on the lies that I have

5    already been told, I cannot comment on any --

6          Q.   Are you saying these 30 girls are

7    lying when they gave these reports to police

8    officers?

9          A.   I'm not testifying to their lies.

10   I'm testifying to Virginia's lies.

11         Q.   I am not asking about Virginia's

12   lies.

13         A.   I can only testify to Virginia's

14   lies.  I can testify to having read these

15   reports.  I cannot testify to anything else

16   about them.

17         Q.   So your testimony is that during

18   the time you were working there, you did not

19   know that these minor children were being

20   abused in the home while you were there?

21         A.   What I have already told you and I

22   will repeat, I was in the house very limited

23   times, very few times.  I do not know what

24   you are referring to.  I've read these

25   reports but based on the lies that Virginia



Page 91

1           G Maxwell - Confidential
2     has perpetrated, cannot tell you what is true
3     or factual or not.
4           Q.   You said you were in the home a
5     very limited time, so average in the year for
6     example, 2004, how many times would you have
7     been in his Palm Beach home?
8           A.   Very hard for me to state but very
9     little.
10          Q.   How about his New York home?
11          A.   Same.
12          Q.   Were you his girlfriend in that
13    year, in 2004?
14          A.   Define what you mean by girlfriend.
15          Q.   Were you in a relationship with him
16    where you would consider yourself his
17    girlfriend?
18          A.   No.
19          Q.   Did you ever consider yourself his
20    girlfriend?
21          A.   That's a tricky question.  There
22    were times when I would have liked to think
23    of myself as his girlfriend.
24          Q.   When would that have been?
25          A.   Probably in the early '90s.


MAGNA
LEGAL SERVICES

Page 92

1          G Maxwell - Confidential

2          Q.    In your responsibilities in working

3     for Jeffrey, would you book massages for him

4     on any given day so that he would have a

5     massage scheduled?  Would you take a call for

6     example and book a massage for him?

7               MR. PAGLIUCA:  Objection to the

8          form and foundation.

9          Q.    You can answer.

10         A.    Typically, that was not my

11    responsibility.  He would either book the

12    massage himself or one of his other

13    assistants would do that.

14         Q.    From time to time you had to do

15    that?

16              MR. PAGLIUCA:  Objection to the

17         form and foundation.

18         A.    Like I said, typically it was

19    somebody else's responsibility.

20         Q.    If you were unable to book a girl

21    for a massage on a given day, would that mean

22    that you were responsible for giving him a

23    sexual massage?

24              MR. PAGLIUCA:  Objection to the

25         form and foundation and I instruct you



Page 93

```
 1          G Maxwell - Confidential
 2          not to answer any questions about any of
 3          your consensual adult sexual activity.
 4          Q.   So you are not going to answer that
 5     question?
 6          A.   You just heard my counsel.
 7          Q.   Have you ever said to anybody that
 8     recruiting other girls to perform sexual
 9     massages for Jeffrey Epstein takes the
10     pressure off you?
11               MR. PAGLIUCA:   Object to the form
12          and foundation.
13          A.   Repeat the question and break it
14     out.
15          Q.   Have you ever said to anybody that
16     you recruit girls --
17          A.   Stop right there.  I never
18     recruited girls, let's stop there.  Now
19     breakdown the question.
20          Q.   Have you ever said to anybody --
21          A.   By girls, we are talking about
22     underage people -- you said girls, are you
23     talking about underage -- we are not talking
24     about consensual acts -- this is a defamation
25     suit.
```



Page 94

1          G Maxwell - Confidential

2          Q.   I'm asking the questions.  I know

3    what this case is about.  I'm trying to -- I

4    will ask you questions if you don't

5    understand the question I can break it down

6    for you.  I'm happy to do that.

7          A.   Break it down a lot please.

8          Q.   I will do that.

9               The question is, have you ever said

10   to anybody that you recruit other girls --

11         A.   Why don't you stop there.

12         Q.   Let me finish my question.

13              Have you ever said to anybody that

14   you recruit girls to take the pressure off

15   you, so you won't have to have sex with

16   Jeffrey, have you said that?

17              That's the question?

18         A.   You don't ask me questions like

19   that.  First of all, you are trying to trap

20   me, I will not be trapped.  You are asking me

21   if I recruit, I told you no.  Girls meaning

22   underage, I already said I don't do that with

23   underage people and as to ask me about a

24   specific conversation I had with language, we

25   talking about almost 17 years ago when this



Page 95

1          G Maxwell - Confidential

2    took place.  I cannot testify to an actual

3    conversation or language that I used with

4    anybody at any time.

5          Q.   Have you ever said to anybody that

6    you recruit other females over the age of 18

7    to take the pressure off you to having to

8    have sex with Jeffrey?

9          A.   I totally resent and find it

10   disgusting that you use the word recruit.  I

11   already told you I don't know what you are

12   saying about that and your implication is

13   repulsive.

14         Q.   Answer my question.

15         A.   I just did.

16         Q.   Have you ever said to anybody that

17   you recruit females --

18         A.   I don't recruit anybody.

19         Q.   That's an answer.  So you never

20   said that?

21         A.   I'm testifying that I cannot

22   testify to an actual language --

23         Q.   It's a yes or no.

24         A.   I will not testify to an actual

25   statement made 17 years ago, so I cannot



Page 96

```
 1          G Maxwell - Confidential
 2   testify to actual language.
 3          Q.   So you won't testify to anything
 4   I'm asking you 17 years ago about a statement
 5   you made.  How do you know it's 17 years ago?
 6          A.   We are talking about a time in
 7   2000, right?
 8          Q.   Have you ever said that to anybody?
 9          A.   I'm 54 years old so you are asking
10   me in my entire life, what words are you
11   asking me in my entire life?
12          Q.   Your entire life is limited by the
13   time you were with Jeffrey, this is the
14   question.
15          A.   Let's time limit the question you
16   are asking me.
17          Q.   So from, let's say, I think you
18   said you started with him in 1992, is that
19   correct, and finished with him in 2009.
20               So from 1992 to 2009 have you ever
21   said to anybody that you recruit other and we
22   will start with girls to take the pressure
23   off you to have sex with Jeffrey?
24               MR. PAGLIUCA:  Objection to the
25          form and foundation.
```



1          G Maxwell - Confidential

2          A.    First of all I resent and despise

3     the world recruit.  Would you like to define

4     what you mean by recruit and by girls, you

5     mean underage people.  I never had to do

6     anything with underage people.  So why don't

7     you reask the question in a way that I am

8     able to answer it.

9          Q.    I'm asking if you ever said that to

10    anybody.  So if you don't understand the word

11    recruit and you never used that word then the

12    answer to that question would be no.

13         A.    I have no memory as I sit here

14    today having used that word.

15         Q.    Did you ever meet an underage girl

16    in London to introduce her to Jeffrey to

17    provide him with a massage?

18              MR. PAGLIUCA:  Objection to the

19         form and foundation.

20         A.    Run that past me one more time.

21         Q.    Did you ever meet an underage girl

22    in London to introduce her to Jeffrey to

23    perform a massage?

24              MR. PAGLIUCA:  Same objection.

25         A.    Are you asking me if I met anybody



Page 98

```
 1            G Maxwell - Confidential
 2    that was underage in London specifically to
 3    provide a massage to Jeffrey, is that your
 4    question?
 5         Q.   Yes.
 6         A.   No.
 7         Q.   Do you know who ████████████ is?
 8         A.   I don't recall her right now.
 9         Q.   Do you know if -- strike that.
10              During the time that you were
11    working for Jeffrey, did you ever observe any
12    foreign females, so in other words, not from
13    the United States, that were brought to
14    Jeffrey's home to perform massages?
15              MR. PAGLIUCA:  Objection to the
16         form and foundation.
17         A.   Females, what age are we talking?
18         Q.   Any age.
19         A.   Can you repeat the question?
20         Q.   During the time you were working
21    for Jeffrey, did you ever observe any foreign
22    females of any age that were at Jeffrey's
23    home to perform a massage?
24              MR. PAGLIUCA:  Objection to the
25         form and foundation.
```



1          G Maxwell - Confidential

2          A.   Are you asking me if any foreigner,

3    not an American person, gave Jeffrey a

4    massage?

5          Q.   Yes.

6          A.   Well, as I sit here today, I can't

7    think of anyone who is foreign.  Certainly --

8    I just can't think of anybody right this

9    second.

10         Q.   How about any foreign girls who

11   were under the age of 18?

12         A.   I already testified to not knowing

13   anything about underage girls.

14         Q.   Were there foreign girls who were

15   brought to Jeffrey's home by ███████████████

16   for the purposes of providing massages?

17              MR. PAGLIUCA:  Objection to the

18         form and foundation.

19         A.   I am not aware of ██████████ bringing

20   girls.  I have not no idea what you are

21   talking about.

22         Q.   You have never been around foreign

23   girls who are under the age of 18 at

24   Jeffrey's homes?

25              MR. PAGLIUCA:  Objection to the



Page 100

 1           G Maxwell - Confidential

 2       form and foundation.

 3       A.   I already testified about not

 4   knowing about underage girls.

 5       Q.   Did you provide any assistance with

 6   obtaining visas for foreign girls that were

 7   under the age of 18?

 8       A.   I've never participated in helping

 9   people of any age to get visas.

10       Q.   Did Jeffrey, was it Jeffrey's

11   preference to start a massage with sex?

12           MR. PAGLIUCA:  Objection to the

13       form and foundation.

14       A.   I think you should ask that

15   question of Jeffrey.

16       Q.   Do you know?

17       A.   I don't believe that was his

18   preference.  I think -- you have to

19   understand, a massage -- perhaps you are not

20   really familiar with what massage is.

21       Q.   I am, I don't need a lecture on

22   massage.

23       A.   I think you do.

24           MR. PAGLIUCA:  No question pending.

25       She will ask you another question now.



```
 1              G Maxwell - Confidential
 2       A.    Massage is for health benefits.
 3       Q.    When did you first meet Jeffrey?
 4       A.    Some point in 1991.
 5       Q.    And did Jeffrey know your father?
 6       A.    No.
 7       Q.    How were you introduced to Jeffrey?
 8       A.    Some friend introduced us.
 9       Q.    Can you describe your relationship
10  back in 1991, was it friendship or was it
11  girlfriend relationship or was it a work
12  relationship, what was your relationship in
13  1991?
14       A.    It was just friendly.
15       Q.    Then I believe you testified you
16  began working for him in 1992, is that
17  correct?
18       A.    Yes.
19       Q.    In 1992 I know you gave me the
20  description of the work that you were
21  performing for him, how much was he paying
22  you, do you remember?
23       A.    I don't recall.
24       Q.    Do you know for example in 2001 how
25  much he was paying you?
```



Page 102

1              G Maxwell - Confidential

2         A.    I don't recall.

3         Q.    Did it change over the years or did

4    the payment remain the same?

5         A.    I believe over the course of time

6    it increased a little bit.

7         Q.    Was that the -- was that payment

8    the payment that -- was the payment made with

9    respect to the jobs, the work you were

10   performing for Jeffrey, was that your sole

11   income at that time?

12             MR. PAGLIUCA:  I object to the

13        form.  I'm also going to instruct you

14        not to answer about sources of -- your

15        personal sources of income outside of

16        Mr. Epstein at all.

17             MS. McCAWLEY:  What's the basis for

18        that?

19             MR. PAGLIUCA:  It's confidential,

20        it's not part of this lawsuit.

21             MS. McCAWLEY:  We have a protective

22        order and it is part of this lawsuit

23        with respect to our damage claims.

24             MR. PAGLIUCA:  It's not and, in

25        fact, you are not entitled to ask



Page 103

1           G Maxwell - Confidential

2           financial information of a defendant in

3           this kind of case, in a defamation case

4           unless and until there is a finding that

5           you are entitled to punitive damages.

6           That is clear in New York case law, both

7           state and Federal.

8                MS. McCAWLEY:  We disagree on that

9           point and we will come back to that.

10     Q.   From the source of payment from the

11   source of Jeffrey, from your work, can you

12   give me a range on that, do you know was it

13   over $100,000?

14     A.   I just testified I don't recall.

15     Q.   You don't don't know if it was

16   $500,000?

17     A.   It was less than that.

18     Q.   Somewhere between 100 and 500,

19   would that be fair to say?

20     A.   I believe it was between 100 and

21   $200,000.

22     Q.   Did Jeffrey during the time that

23   you were working for him purchase a town home

24   for you?

25     A.   The subject of the townhouse is, I



Page 104

1          G Maxwell - Confidential

2     worked for it and I had a loan, we did loans.

3          Q.   So a loan through Jeffrey?

4          A.   I don't recall the exact

5     transaction.

6          Q.   Did he purchase for you a

7     helicopter during the time you were working

8     for him?

9          A.   It was his helicopter.

10         Q.   When did you obtain your pilot

11    license?

12         A.   I believe it was '98 or '99.

13         Q.   Was that for both airplanes and

14    helicopters or just helicopters?

15         A.   Just helicopters.

16         Q.   Have you ever flown █████████

17    █████████ on your helicopter?

18         A.   That is another one of Virginia's

19    lies.

20         Q.   The question is have you ever done

21    that?

22         A.   I have never flown ████████

23    ████████ at any time ever, in any helicopter,

24    in any place, any time, in any state, in any

25    country, at any time anywhere.



```
 1        G Maxwell - Confidential
 2        Q.   Have you ever had dinner with
 3   ████████████████   at Jeffrey's home, at any
 4   of Jeffrey's homes?
 5        A.   No, I don't believe so.
 6        Q.   Have you traveled on Jeffrey's
 7   planes with ███████████████?
 8        A.   Yes, I have.
 9        Q.   Would that have been in 2002?
10        A.   It's very hard for me to recollect
11   exact dates but that sounds about right.
12        Q.   Was that during the time that
13   Virginia was working for Jeffrey?
14        A.   I don't know that Virginia ever did
15   work for Jeffrey.  I don't exactly know if
16   she testified to her so-called duties, we
17   know she is a serial liar so I can't testify
18   to what she did or didn't do.  So I object to
19   that characterization of her.  So repeat the
20   question, please.
21        Q.   Can you read the question back?
22             (Record read.)
23        Q.   You can answer the question.
24        A.   What was the question again?
25        Q.   When you were traveling on the
```



Page 106

```
 1           G Maxwell - Confidential
 2    plane with ███████████, was that during
 3    the time, it was 2002, that you were on a
 4    flight with ██████ was that during the time
 5    Virginia was working for Jeffrey?
 6              MR. PAGLIUCA:  Object to the form.
 7         Misstates the witness' answer and if you
 8         can answer the question, you can answer
 9         it.
10         A.   Well, like I said, I don't recall
11    exactly when I flew with him.  I don't recall
12    when Virginia, we know what Virginia claims
13    when she left, so I can't answer the
14    question.  I have no idea.
15         Q.   Do you know ████████████?
16         A.   I do.
17         Q.   How long have you known him?
18         A.   A very long time.
19         Q.   Since you were a child?
20         A.   I really -- it's so long, it's
21    really a long time ago.  I just don't recall.
22         Q.   Do you remember how you first met
23    him?
24         A.   No, I do not.
25         Q.   Did you introduce him to Jeffrey?
```



Page 107

```
 1          G Maxwell - Confidential
 2          A.   That would be another of Virginia's
 3    lies and the lies you perpetrate.  I never
 4    introduced ███████████ to Jeffrey Epstein
 5    at any time ever, so just add that the to
 6    long list of lies.
 7          Q.   Did Jeffrey know ██████████?
 8          A.   Clearly he knew him.  I think we
 9    have that answer but how -- yeah.
10          Q.   Do you know how Jeffery met ████████
11    ████████
12          A.   I do not know Jeffrey met ████████
13    ████████   What I do know is that I did not
14    introduce them.  That is one of the many
15    lies.  Are we tallying all the lies?
16          Q.   Do you know when Jeffrey met ████████
17    ████████
18          A.   I do not know when Jeffrey met
19    ████████████████.
20          Q.   Did you ever introduce ████████
21    ████████ to any girls under the age of 18 who
22    were not friends of yours children?
23          A.   I have not introduced ██████████████
24    to anyone that I am aware of other than
25    friends of mine who have kids under that age
```



1          G Maxwell - Confidential

2    that he may have met socially through me.

3          Q.    Did you ever introduce █████

4    █████ to Virginia in London?

5          A.    I understand her story about █████

6    but again, her tissue of lies is extremely

7    hard to pick apart what is true and what

8    isn't.  Actually I wouldn't recollect her at

9    all but for her tissue stories about this

10   situation.

11         Q.    So did you ever introduce █████

12   █████ to Virginia in London?

13         A.    I have no recollection.

14         Q.    Did Virginia ever stay at your home

15   in London, your town home?

16         A.    I know she claims she did but if

17   you are asking me here today to remember

18   specifically, I cannot.

19         Q.    Do you remember taking a trip with

20   Virginia to travel over to Europe, including

21   London?

22         A.    So I have seen her reports and I

23   have seen the plane reports.  I see she says

24   she was on that but again, I really have no

25   recollection of her.



1          G Maxwell - Confidential

2     Q.   Did you know that she was 17 at the

3  time of that trip?

4          MR. PAGLIUCA:  Objection to the

5      form and foundation.

6     A.   I have --

7     Q.   Did you know she was 17 at the time

8  of that trip?

9          MR. PAGLIUCA:  Objection to the

10     form and foundation.

11    A.   I didn't even know she was on the

12 trip.

13    Q.   Did you hold her passport for her

14 when she was traveling?

15         MR. PAGLIUCA:  Objection to the

16     form and foundation.

17    A.   I have no recollection whatsoever

18 of her even being on the trip nor holding her

19 passport.

20         (Maxwell Exhibit 4, picture, marked

21     for identification.)

22    Q.   I'm showing you what we marked as

23 Maxwell Exhibit 4.

24         Can you take a look at that picture

25 for me?



Page 110

```
 1          G Maxwell - Confidential
 2     A.   I've looked at it.
 3     Q.   Are you in that picture?
 4     A.   I am.
 5     Q.   ████████████████████████
       █  ██████████████████
 7     A.   It is.
 8          MR. PAGLIUCA:  I don't believe this
 9     has been produced to us in discovery by
10     you.
11          MS. McCAWLEY:  The picture?
12          MR. PAGLIUCA:  Yes.
13          MS. McCAWLEY:  It has.
14          MS. MENNINGER:  Is it the same
15     exact photograph.
16          MS. McCAWLEY:  I believe so.  We
17     will find one.  The picture has been
18     produced a number of times.
19          MR. PAGLIUCA:  I've seen different
20     iterations of this, I don't believe I
21     have ever seen this.
22          MS. McCAWLEY:  We had them blow it
23     up on a page so she could see it.  We
24     could use an article.
25          While you are looking for that, I
```



Page 111

```
 1          G Maxwell - Confidential
 2          will skip ahead.  Hold that until we can
 3          find one that has the Bates range on it.
 4          Q.   Do you recall Virginia being at
 5     your London town home?
 6          A.   I do not.
 7          Q.   Do you recall going to dinner with
 8     ██████████████, Jeffrey Epstein and Virginia
 9     Roberts in London, at any time?
10          A.   I do not.
11          Q.   Do you recall going to a place
12     called ███████ with █████████, Jeffrey
13     Epstein and yourself and Virginia Roberts?
14          A.   I would just like to state for the
15     record ████████████████████████████████
   ██ ███████████████████████████████████████
   ██ █████████████████████████████████████
   ██ █████████████████████   ███████████████
   ██ ██████████████████████████████████
   ██ ████████   I do not have any recollection of it
21     and I doubt it actually happened.
22          Q.   You don't recall that.
23               Do you recall taking Virginia
24     shopping when you were in London to buy an
25     outfit to meet ██████████████
```



Page 112

1          G Maxwell - Confidential

2     A.    No, I don't.

3     Q.    Where in your town home -- we will

4  come back to that.

5          Do you have guest bedrooms in your

6  town home in London?

7     A.    I do.

8     Q.    How many?

9     A.    Two.

10    Q.    Did ██████████ ever visit

11 Jeffrey and you in New York?

12    A.    Yes.

13    Q.    Do you remember him visiting you

14 and Jeffrey in New York in the spring of

15 2001?

16    A.    Again, I can't testify to any

17 specific dates.

18    Q.    So you don't have a recollection of

19 that?

20    A.    I have a recollection -- you've

21 asked me if I have a recollection of being in

22 New York but if you are asking for a date, I

23 cannot confirm that date.

24    Q.    Do you remember ██████████ being

25 present in New York for a party where ██████



Page 113

```
 1          G Maxwell - Confidential
 2   ██████  was also present?
 3       A.    I don't recollect.
 4       Q.    Do you recall ever giving ██████
 5   ██████  a gift of a puppet that was in the
 6   same -- that looked like him?
 7       A.    I never gave him a gift of a
 8   puppet.
 9       Q.    Did Jeffrey ever give him a gift of
10   a puppet?
11       A.    No, not that I am aware of.
12       Q.    Have you ever given him any gifts?
13             MR. PAGLIUCA:   Objection,
14       foundation.
15       A.    I know ██████ --
16       Q.    Have you ever given him any gifts
17   that you remember when he came to Jeffrey's
18   home in New York?
19       A.    I don't recall giving him any gifts
20   in New York.
21             (Maxwell Exhibit 5, picture, marked
22       for identification.)
23       Q.    I think I directed you to page
24   0034.
25             Is that a picture that was taken at
```



Page 114

1            G Maxwell - Confidential

2    your London town home?

3         A.    I have no idea what this picture

4    was taken.   I know what she purports it to be

5    but I'm not going to say that I do.

6         Q.    Do the surroundings look like your

7    London town home?

8         A.    They are familiar.

9         Q.    Do you know who took this picture?

10        A.    I do not.

11        Q.    Did Jeffrey Epstein take the

12   picture?

13        A.    I just testified I don't know who

14   took the picture.

15        Q.    So you don't know if Jeffery

16   Epstein took the picture?

17        A.    When I tell you I don't know who

18   took the picture, it doesn't mean him -- I

19   don't know who took the picture.   You can

20   come up with 50 names, I still do not know

21   who took the picture.

22        Q.    Did you observe ██████████ go

23   into a room with Virginia alone in your town

24   home?

25        A.    I cannot recall.   As I have said,



Page 115

1          G Maxwell - Confidential

2     no.

3          Q.   Did ███████████ ever tell you

4     that he had sex with Virginia Roberts?

5          A.   He did not.

6          Q.   Did Jeffrey Epstein ever tell you

7     that ███████████ had sex with Virginia

8     Roberts?

9          A.   He did not.

10         Q.   Did ███████████ ever visit -- let

11    me back up for a moment.  We talked about

12    Jeffrey's homes, did Jeffrey have a home in

13    the U.S. Virgin islands called Little St.

14    James?

15         A.   Yes.

16         Q.   Did ███████████ ever visit that

17    island -- are you aware of ███████████ ever

18    visiting Jeffrey's island?

19         A.   I am aware of that, yes.

20         Q.   Do you know how many times he

21    visited?

22         A.   I do not.

23         Q.   Do you know if he visited when

24    Virginia was on the island?

25         A.   I do not.



Page 116

```
 1           G Maxwell - Confidential
 2      Q.   Were you present on the island when
 3  ███████████  visited?
 4      A.   Yes.
 5      Q.   How many times?
 6      A.   I can only remember once.
 7      Q.   Were there any girls under the age
 8  of 18 on the island during that one visit
 9  that you remember that were not family or
10  friends of or daughters of your friends?
11           MR. PAGLIUCA:  Objection to the
12      form and foundation.
13      A.   There were no girls on the island
14  at all.  No girls, no women, other than the
15  staff who work at the house.  Girls meaning,
16  I assume you are asking underage, but there
17  was nobody female outside of the cooks and
18  the cleaners.
19      Q.   Did you, as part of your duties in
20  working for Jeffrey, ever arrange for
21  Virginia to have sex with ██████████████?
22           MR. PAGLIUCA:  Objection to the
23      form and foundation.
24      A.   Just for the record, I have never
25  at any time, at anyplace, in any moment ever
```



Page 117

```
 1          G Maxwell - Confidential
 2   asked Virginia Roberts or whatever she is
 3   called now to have sex with anybody.
 4       Q.   Did you ever provide Virginia
 5   Roberts with an outfit, an outfit of a sexual
 6   nature to wear for ███████████?
 7          MR. PAGLIUCA:  Objection to the
 8       form and foundation.
 9       A.   I think we addressed the outfit
10   issue.
11       Q.   I am asking you if you ever
12   provided her with an outfit of a sexual
13   nature to wear for ███████████?
14       A.   Categorically no.  You did get
15   that, I said categorically no
16       Q.   Don't worry I'm paying attention.
17       A.   You seemed very distracted in that
18   moment.
19          (Maxwell Exhibit 6, flight logs,
20       marked for identification.)
21       A.   Do you mind if I take a break for
22   the bathroom.
23       Q.   It's 11:08 and we are going to go
24   off the record now.
25          THE VIDEOGRAPHER:  It's now 11:09.
```



Page 118

```
 1          G Maxwell - Confidential
 2      We are off the record.
 3          (Recess.)
 4          THE VIDEOGRAPHER:  It's now 11:26,
 5      we are back on the record and starting
 6      disk No. 3.
 7      Q.   Ms. Maxwell, I think I handed you
 8  right before the break, did I hand you the
 9  flight logs, they look like this.  Did I mark
10  those yet, I thought I did.
11      A.   I don't believe I have it.
12      Q.   These admittedly are a little
13  difficult to read so what I'm going to
14  provide you with to assist is I have a chart
15  that has the airport codes, because it will
16  have, for example, just for the record
17  reflects that the first page of document
18  ███████, it will have a code in the from line
19  that says PBI, for example, to TEB so I a
20  chart that matches up, just in case you don't
21  understand what those letters mean, PBI
22  meaning Palm Beach, TEB meaning Teterboro,
23  which is New Jersey, but others are more
24  difficult but just for you to be able to
25  understand the logs, I will provide you with
```



Page 119

         G Maxwell - Confidential

1    that.

2         MR. PAGLIUCA:  So we are clear, if

3         the witness has personal knowledge of

4         what these are that's fine but I don't

5         know what these are and I don't expect

6         the witness to accept the representation

7         that they are what they are.

8         MS. McCAWLEY:  If she can testify

9         to what city it is, she can state that

10        on the record.

11        MR. PAGLIUCA:  If she knows what it

12        is, she knows what it is, we are not

13        putting any affirmatively on the record

14        until you ask your questions.

15    Q.   So I'm going to ask you and I think

16   we flagged a few of the pages which may

17   direct us a little bit easier but I will do

18   it by Bates number which is at the bottom of

19   the document kind of at the side.

20        The first I will direct your

21   attention to is ▮▮▮▮▮▮

22    A.   Does it have a tab?

23    Q.   It should.  Let me make sure.

24    A.   Yes it does.



Page 120

```
 1            G Maxwell - Confidential
 2        Q.   So I'm directing your attention to
 3   the bottom, two lines up from the bottom,
 4   there is a flight --
 5            MR. PAGLIUCA:  Are you on ███
 6            MS. McCAWLEY:  ████
 7        Q.   So this flight is from, the one I'm
 8   looking at, I think it's highlighted on your
 9   copy.  On the far corner on the date, it says
10   ████ at the top and this would be the ████
11   and then the ████ are the two I'm going to
12   direct your attention to.
13        Q.   On that first one on the ████ you
14   will see the column reading PBI in the from
15   column to TEB in the to column and you will
16   see some initials, you will see JE for
17   Jeffrey Epstein, GM for Ghislaine Maxwell, ET
18   for Emmy Taylor and then Virginia?
19        A.   I have to object.
20            MR. PAGLIUCA:  You don't get to
21        object.
22        Q.   She is turning into a lawyer
23   already?
24        A.   I would like to.
25        Q.   Let me ask the question and if you
```



Page 121

```
 1          G Maxwell - Confidential
 2   have an issue -- so with respect to this
 3   flight, do you recall being on a flight in
 4   the -- ███████  ████ going from Palm Beach to
 5   Teterboro?
 6       A.   No, I don't recall any specific
 7   flight.
 8       Q.   Do you recall flying with Virginia
 9   on a flight with Emmy Taylor and Jeffrey
10   Epstein at any time?
11       A.   I don't.
12       Q.   How often did you fly on a plane
13   with a 17 year old?
14          MR. PAGLIUCA:  Objection to form
15          and foundation.
16       A.   I have no idea what you are talking
17   about, other than friends of mine that had
18   kids.
19       Q.   Did you regularly fly on Jeffrey's
20   plane with individuals who were under the age
21   of 18?
22          MR. PAGLIUCA:  Objection to the
23          form and foundation.
24       A.   Can you repeat the question?
25       Q.   Did you regularly fly on Jeffrey
```



Page 122

1          G Maxwell - Confidential

2    Epstein's planes with individuals who were

3    under the age of 18?

4          A.   I regularly flew on Jeffrey

5    Epstein's airplane but I cannot testify as to

6    flying with people under the age.  I don't

7    believe that I did.

8          Q.   Why wouldn't you remember flying

9    with a 17 year old?

10              MR. PAGLIUCA:  Objection to the

11         form and foundation.

12         A.   How would I know, one, that she is

13   17, how would you know that, how do you know

14   I'm on the plane.

15         Q.   Are you saying you are not on this

16   flight, so this is a Palm Beach to Teterboro.

17   This says the JE, GM ET and Virginia.  The GM

18   you are saying is not you?

19              MR. PAGLIUCA:  I object to the

20         form.  You can answer the question if

21         you know.

22         A.   How do you know the GM is me.

23         Q.   Is it your testimony that on the

24   flight logs when it represents GM that it is

25   not you flying on the plane?



```
 1          G Maxwell - Confidential
 2          MR. PAGLIUCA:  Objection to the
 3      form and foundation.
 4      A.   GM can stand for any level, it
 5  could be Georgina, George.
 6      Q.   Are there any people that flew with
 7  Jeffrey Epstein that had the initials GM?
 8      A.   I don't know.
 9      Q.   Do you recall flying with Jeffrey
10  Epstein on his plane over 300 times during
11  the period of 1999 to 2005?
12      A.   I cannot testify to how many times
13  I was on his plane because that would just be
14  impossible.
15      Q.   You were on his plane regularly,
16  would you say?
17      A.   I already testified I was on his
18  plane regularly.
19      Q.   Is it your testimony and I'm
20  referring now to the line that we were just
21  talking about that you were not on the flight
22  from Palm Beach to Teterboro that lists JE,
23  GM, ET and Virginia?
24      A.   I am not testifying to that.  I am
25  just saying that you cannot be sure that is
```



Page 124

1          G Maxwell - Confidential

2    me.

3          Q.   So as you sit here today, you don't

4    believe you flew on that plane?

5          A.   I'm not saying that.  I'm just

6    saying you cannot be sure that's me.

7          Q.   Do you have reason to doubt that

8    when it says GM on these flight logs that

9    that represents you?

10         A.   I cannot testify to that.  I'm just

11   saying it may not be me.

12         Q.   In looking at the flight logs and

13   look up, let's move up a couple of lines.  If

14   you start at the top, you are going to see

15   JE, ████████████, then JE, ██ ██████████,

16   JE, ██ ████████, JE, GM, JE, GM, JE, GM,

17   ████████████, reposition, JE, GM, JE, GM

18   ██████████, JE, GM, ██████████, ██

19   ████████ female, ████████████████

20   repositioning.  JE, GM, ██ ██████████, JE,

21   GM, ██ ██████████, JE, GM, ET, Virginia,

22   JE, GM, ██ Virginia, repositioning and then

23   a certification.

24              So is it your testimony in looking

25   at that that you do not believe that the GM



Page 125

```
 1        G Maxwell - Confidential
 2   represents you?
 3            MR. PAGLIUCA:  Objection to the
 4        form and foundation.
 5        A.   I'm not saying that.  I'm just
 6   saying that you cannot -- I can't sit here
 7   and tell you for sure GM is me and I cannot
 8   testify remembering being on a flight at that
 9   time.
10        Q.   You don't remember being on any of
11   these flights with the initial GM?
12        A.   I remember being on many flights.
13   I cannot testify that is a flight I am on.
14        Q.   Let's go to the next page which is
15   going to be ███     I want you to look at
16   line -- so the date is at the top, so it's
17   ████████████  and if you go down, you will see
18   a line that says the ████ and if you scroll
19   over you will see PBI to TIST, if you look at
20   the airport codes, TIST is going to be
21   representative for the U.S. Virgin Islands
22   and then you will see the list on the plane
23   JE, GM, ██ and Virginia Roberts.
24            Do you recall flying from Palm
25   Beach to the U.S. Virgin Islands with
```



Page 126

```
 1          G Maxwell - Confidential
 2    Jeffrey, yourself, Emmy Taylor and Virginia
 3    Roberts?
 4              MR. PAGLIUCA:  I object to the form
 5          and just so the record is clear, we
 6          don't agree with whatever your
 7          characterizations are.  The document
 8          speaks for itself and she can answer
 9          based on whatever her personal knowledge
10          is.
11              MS. McCAWLEY:  I understand.
12      Q.   Do you recall flying with those
13    individuals from Palm Beach to the U.S.
14    Virgin Islands?
15      A.    I have no recollection of any
16    individual flight you are pointing out here.
17    You are talking about 2001, how many years
18    ago is that?
19      Q.   I'm asking the questions.
20      A.    I'm not being difficult.  I'm just
21    asking, it's like 14, 15 years ago, it's
22    impossible, I'm sorry.
23      Q.   So your testimony is you don't
24    recall flying on that flight with Virginia
25    Roberts?
```



Page 127

1          G Maxwell - Confidential

2      A.    I cannot testify to that flight.

3      Q.    Let's look at the next flight which

4  is on the ████ from the Virgin Islands back

5  to Palm Beach, JE, Jeffrey Epstein, Ghislaine

6  Maxwell, Emmy Taylor, Virginia Roberts, the

7  same individuals on the above flight.

8      A.    It doesn't say my name, it has some

9  initials.

10     Q.    I understand, the initials GM.

11           Do you recall flying on a plane, on

12 one of Jeffrey's planes from the Virgin

13 Islands to Palm Beach with Virginia Roberts?

14     A.    I do not.

15     Q.    Was there any other person that

16 flew with Jeffrey Epstein with frequency

17 during that time period in these logs that

18 have the initials GM?

19           MR. PAGLIUCA:  Objection to the

20           form and foundation.

21     A.    I would have to look at all the

22 flight logs, I have no idea, I flew

23 frequently.

24     Q.    Why don't you take a look at the

25 next three pages and see if that refreshes



Page 128

```
 1          G Maxwell - Confidential
 2    your recollection.
 3            MR. PAGLIUCA:  You are talking
 4        about  ████
 5            MS. McCAWLEY:  She can pick any
 6        couple of pages, those have a lot of the
 7        individuals on them so that is a good
 8        sampling.
 9            MR. PAGLIUCA:  So pick any pages
10        you want.
11        Q.   Does that refresh your recollection
12    at all as to whether GM represents you or
13    some other individual?
14        A.   Again, I can't testify whether that
15    represents me or not, I don't see any other
16    GMs but you have to understand that even if
17    my name is on that record doesn't mean I was
18    on the flight.
19        Q.   So are you contesting the accuracy
20    of the flight logs?  In other words, you said
21    it doesn't represent you are on the flight so
22    is it your testimony just because a name is
23    listed doesn't mean they were actually on the
24    flight?
25            MR. PAGLIUCA:  Objection to the
```



Page 129

```
 1          G Maxwell - Confidential
 2      form and foundation.
 3      A.   I can't testify to what -- these
 4  are records that were produced by ████████
 5  is on here, so these aren't federally
 6  mandated records, so I can't testify to what
 7  he produced.
 8      Q.   I would like you to turn to page,
 9  at the bottom, the Bates number is ██████.
10  And the month is ██████████.
11      A.   Okay.
12      Q.   If you go down to the number that
13  is ███ that would be ████████████ you're
14  going to see on that line an █████ which is a
15  ████████████████████ and then you
16  will see █████ which is going to be, I'm going
17  to pronounce it incorrectly, ████████████
18  ████████ I'm sure I'm not pronouncing that
19  correctly.  Then you will see in the list,
20  you will see JE, GM, ████ ████████████████████,
21  ████████████, it looks like --
22      A.   I believe it says male.
23      Q.   Yes.  Then ████████████████ I
24  believe.  Is that GM on this page
25  representative of you?
```



Page 130

```
 1          G Maxwell - Confidential
 2     A.   Well, this would be a flight that I
 3  would potentially remember with ████████████
 4  on it but I don't actually recall going to
 5  Russia.
 6     Q.   Are those your initials, do you
 7  recall being on the flight?
 8     A.   Those are my initials with
 9  ████████████████, I don't recall this flight
10  either, but I would be more likely to if I
11  had a bit more time to study the timing of
12  this.
13     Q.   Your testimony is you don't recall
14  flying with ████████████████  from ██████  to
15  ██████
16     A.   I don't recall the ██████ to ██████
17  flight.  I have definitely flown with
18  ████████████████.
19     Q.   On that same page you will see
20  beneath there, beneath 22 you will see the
21  indication, same as above, same as above,
22  same as above in the column that originally
23  had the initials.
24     A.   Uh-huh.
25     Q.   And the names.
```



```
 1          G Maxwell - Confidential
 2      A.   Uh-huh.
 3      Q.   Do you recall flying with ██████
 4   ██████ from ██████████████ to ███████
 5   ███████
 6      A.   I do.
 7      Q.   So the GM that would be represented
 8   in that column would be you?
 9      A.   I recall going to ██████ with ███
10   ██████ so that is likely to be me.
11      Q.   You were on Jeffrey's plane for
12   that trip?
13      A.   I believe I was.
14      Q.   Do you know who █████████████████
15   is?
16      A.   I do not.
17      Q.   I'm going back towards the front
18   which is going to be ███████ please.  And
19   you're going to see --
20      A.   Hang on I'm not --
21      Q.   Take your time.
22      A.   Okay.
23      Q.   You are going to see in the date
24   column, you will see ██████ and then about
25   halfway down you will see █████████████████
```



```
 1        G Maxwell - Confidential
 2   then you will see the ███████████ which
 3   is the column which is where I want you to
 4   start looking at the log and there you're
 5   going to see ██████████████████
 █   ████████████████████████████
 █   ████████████  ██████████████████
 █   ██████████████████████████████
 █   ████████████████████████████
 █   ██████████████████
11        A.   Okay.
12        Q.   If you look at the column, if you
13   go back up to the top on the ████ if you look
14   at the column you will see JE, GM, ET,
15   Virginia Roberts and I believe it says ████
16   ██████, sorry I'm not reading that very
17   well.
18        Do you recall flying from, if you
19   see the dates, the ██████████████████
20   ████ Do you recall a trip that went from
21   the United States to ██████ and to the places
22   I just mentioned where Virginia Roberts was
23   on the plane with you?
24        MR. PAGLIUCA:  Objection to the
25        form and foundation.
```



Page 133

1           G Maxwell - Confidential

2           A.   I already testified that I don't

3    recall Virginia on any of these flights.

4           Q.   I would like to mark, as Maxwell 7,

5    I will put it at the top?

6                (Maxwell Exhibit 7, photo, marked

7           for identification.)

8                MR. PAGLIUCA:  Has this document

9           been produced in discovery?

10               MS. McCAWLEY:  Yes.

11               MR. PAGLIUCA:  Do you have a Bates

12          number?

13               MS. McCAWLEY:  This one doesn't.

14          Q.   I'm going to ask you --

15               MR. PAGLIUCA:  I don't recall

16          seeing this document so I would like to

17          see a Bates number document before we

18          ask questions about it.

19               MS. McCAWLEY:  Can you go look for

20          it and I will continue.  We will set

21          that aside until we get a Bates number.

22          You may want to leave that log up and

23          set it to the side and we will bounce

24          back to that.

25          Q.   Do you recall -- I think earlier



Page 134

```
 1          G Maxwell - Confidential

 2   you said you visited Jeffrey's island, I

 3   think they called it St. Jeffrey or St.

 4   James, the U.S. Virgin Island home.

 5        A.   St. James.

 6        Q.   Do you recall whether ███████

 7   ██████ was ever on that island?

 8        A.   Categorically, definitively,

 9   absolutely, without a shadow of a doubt, when

10   I was present or any other time that I am

11   aware of, was ███████████ ever on that

12   island, I do not believe he went to that

13   island ever ever, that is an absolute

14   fabrication and an absolute flat out lie.

15        Q.   Was ██████████████████

██ ████████████ ever at any of Jeffrey

17   Epstein's homes when you present, other than

18   the island I know you said that did not

19   happen, the home in either New York or Palm

20   Beach or New Mexico?

21        A.   I do not believe at any time

22   ████████████ was at any of Jeffrey's

23   homes, I have absolutely no knowledge or

24   otherwise that he was ever there.

25        Q.   You don't recall having dinner with
```



MAGNA
LEGAL SERVICES

Page 135

```
 1          G Maxwell - Confidential
 2    him at any of those homes?
 3          A.   Again, Virginia is absolutely
 4    totally lying.  This is a subject of
 5    defamation about Virginia and the lies she
 6    has told and one of lies she told was that
 7    President Clinton was on the island where I
 8    was present.  Absolutely 1000 percent that is
 9    a flat out total fabrication and lie.
10          Q.   You did fly on planes, Jeffrey
11    Epstein's planes with President Clinton, is
12    that correct?
13          A.   I have flown, yes.
14          Q.   Would it be fair to say that
15    President Clinton and Jeffrey are friends?
16          A.   I wouldn't be able to characterize
17    it like that, no.
18          Q.   Are they acquaintances?
19          A.   I wouldn't categorize it.
20          Q.   He just allowed him to use his
21    plane?
22          A.   I couldn't categorize Jeffrey's
23    relationship.
24          Q.   When you were on the plane with
25    Jeffrey and President Clinton, did you
```



Page 136

```
 1          G Maxwell - Confidential
 2    observe Jeffrey and ████████████
 3    talking?
 4         A.   I'm sure they did.
 5         Q.   Did they seem friendly?
 6         A.   I don't recollect.
 7         Q.   Was Epstein one of the original
 8    people that conceived the ███████████
 9    ██████████
10              MR. PAGLIUCA:   Objection to the
11         form and foundation.
12         Q.   Do you know?
13         A.   I don't have -- I don't know what
14    you are talking about.
15         Q.   You don't know what I'm talking
16    about.
17              Did you ever, not at one of houses,
18    but did you ever eat dinner with ██████████
19    ██████████ and Jeffrey Epstein?
20         A.   Are you just talking in general
21    anywhere.
22         Q.   In general?
23         A.   I believe on a plane of this nature
24    we would have had a meal.
25         Q.   But not outside of the travel on
```



Page 137

```
 1        G Maxwell - Confidential
 2   the flights?
 3        A.   I can't recollect having a meal
 4   with them, but just so we are clear, the
 5   allegations that ████████ had a meal on
 6   Jeffrey's island is 100 percent false.
 7        Q.   But he may have had a meal on
 8   Jeffrey's plane?
 9        A.   I'm sure he had a meal on Jeffrey's
10   plane.
11        Q.   You do know how many times he flew
12   on Jeffrey's plane?
13        A.   I don't.
14        Q.   Do you know who ██████████ is?
15        A.   I do.
16        Q.   How do you know him?
17        A.   He used to work or still works for
18   ████████████████
19        Q.   Did you ever have a relationship
20   with him?
21        A.   We are talking about adult
22   consensual relationships, it's off the
23   record.
24        Q.   I'm not asking what you did with
25   him, I'm asking if you ever had a
```



Page 138

```
 1          G Maxwell - Confidential
 2   relationship with him?
 3          MR. PAGLIUCA:  If you understand
 4       the term relationship, certainly you can
 5       answer that.
 6       A.   Define relationship.
 7       Q.   Somebody that you would have spent
 8   time together, either seeing them in a
 9   romantic relationship or --
10       A.   You need to be, what do you mean by
11   romantic.  I was friends with ███ but you
12   are suggesting something more so I want to be
13   clear what you are actually asking me.
14       Q.   You defined it.  You said you were
15   friends with him.  If that's what you were
16   that's all I need to know.
17          While you were on the trip with
18   ██████████████, do you recall where you
19   stayed at these locations, in other words,
20   would you leave the jet and stay overnight at
21   a hotel, do you have a recollection of this
22   trip?
23       A.   I recollect the trip but if you're
24   asking me where we stayed, you can see it's a
25   very fast paced trip.  It was very tiring and
```



Page 139

```
 1        G Maxwell - Confidential
 2   I don't recollect where we stayed.
 3        Q.   Do you recollect if you stayed at
 4   the same place ████████████ stayed?   In
 5   other words, if you left the plane to go a
 6   hotel did you all go together is your
 7   recollection?
 8        A.   I honestly don't recollect, no.
 9        Q.   Part of this trip we were just
10   talking about, there is a flight that goes to
11   Thailand, do you remember being in Thailand?
12             MR. PAGLIUCA:   Objection to the
13        form and foundation.
14        A.   Are you asking me --
15        Q.   On the ████████████ trip.
16        A.   Are you referencing something?
17        Q.   The part that, let me make sure
18   I've got it here.   The entry that would be
19   the Thailand, would be the one -- let me make
20   sure I'm correct.   I have you on the wrong
21   page, it's actually the page before.   It's
22   going to be █████   And it's going to be the
23   entry on █████ starting on ██████ and then
24   it goes down to where it has the same as
25   above, to ██████████ -- I'm saying
```



Page 140

```
 1            G Maxwell - Confidential
 2      ███████████████████████████
 3            MR. PAGLIUCA:  That's what the
 4      document says.
 5      Q.   I'm not representing the date but
 6  there it is.  So the last leg of that where
 7  it says same as above has, the second to
 8  last, I'm sorry on the ████████████████
 █  ██████████████████████████
10            Do you remember being in Thailand
11  with ███████████████?
12      A.   I do.
13      Q.   Do you remember what the purpose of
14  that trip was?
15      A.   I don't.
16      Q.   Do you know whether -- do you
17  recall, did you stay the night in Thailand?
18      A.   I don't recall.
19      Q.   Do you recall why you went to
20  Thailand?
21      A.   I don't recall.
22      Q.   Who is ███████████████?
23      A.   She I believe was a stewardess on
24  this flight.
25      Q.   Did she perform any massages on the
```



Page 141

```
 1          G Maxwell - Confidential
 2   flight?
 3        A.   I don't recollect any massages on
 4   the flight.
 5        Q.   Do you know who ███████████ is?
 6        A.   It doesn't -- no I don't know who
 7   that is, I can't recall.
 8        Q.   This is not in color, it's a black
 9   and white but it has the Bates label on it.
10   Should I take the sticker off the one that
11   has -- I don't know if you want to swap it.
12           MR. PAGLIUCA:  Let the record
13           reflect I am replacing this on the black
14           and white copy of this exhibit with
15           ████████████████.
16        Q.   So, we were talking earlier, we
17   were looking at the flight logs and we were
18   talking about a trip and let me just get you
19   back to the page.  █████████████████
```



Page 142

1          G Maxwell - Confidential

2          Q.    Can I direct your attention to the

3    picture, please.

4          A.    Of course.

5          Q.    Can you tell me who is in this

6    picture, who is pictured here, and for the

7    court reporter's benefit, can you go from the

8    left of the picture to the right of the

9    picture, to the extent you can identify the

10   individuals?

11         A.    Sure.  I cannot identify the person

12   on the left, I cannot identify the person

13   next left.  I can identify Jeffrey Epstein.

14   I cannot identify the next person to his

15   right and the next person in the picture is

16   myself.

17         Q.    Is the individual all the way to

18   the left at the beginning of the picture,

19   does that resemble Emmy Taylor.  You might

20   want to look at the color version if that

21   helps you at all, I know it's not the marked

22   one.  I don't if that's easier to see, they

23   are both dark.

24         A.    That does not look like Emmy Taylor

25   at all.



Page 143

```
 1            G Maxwell - Confidential

 2       Q.   Do you recall --

 3            MR. PAGLIUCA:  Let's mark this then

 4       as deposition Exhibit 8 since we are

 5       referring to it and then you can give us

 6       copies as well.

 7            MS. MENNINGER:  It's different

 8       because it has other people in this

 9       color photo.

10            (Maxwell Exhibit 8, photo, marked

11       for identification.)

12       Q.   Do you recall who took this

13  photograph?

14       A.   I do not.

15       Q.   Do you recall this photograph being

16  taken by Virginia?

17       A.   First of all, I don't know where we

18  are.

19       Q.   So you don't recognize the

20  building?

21       A.   I don't recognize the building and

22  I don't recognize -- the only two people I

23  recognize in the picture are Jeffrey and

24  myself.

25       Q.   Does this like look a picture of a
```



Page 144

```
 1          G Maxwell - Confidential
 2     building that you would have seen when you
 3     were on the trip in Europe?
 4               MR. PAGLIUCA:   Objection to the
 5          form and foundation.
 6          A.   I can't possibly answer that.
 7          Q.   Do you recall Virginia ever taking
 8     pictures?
 9          A.   I barely recall Virginia, period.
10          Q.   Do you recall her ever taking
11     pictures?
12          A.   No, I don't.
13          Q.   I'm going to direct your attention,
14     still within the flight logs to -- starting
15     on the next page from where you just were
16     which is going to be ███████   And the date at
17     the top says █████  you will see ██████ and I'm
18     directing your attention down towards the
19     middle to the bottom where you will see the
20     numbers ████████████████
21          A.   Uh-huh.
22          Q.   And we've got actually I'm going to
23     direct your attention to the one that starts
24     with ██████████████████████████
        ██  ████████████████████████████
```



Page 145

```
 1          G Maxwell - Confidential
 2    and in the line, the remarks line you will
 3    see JE, GM, ███ ███ ███ ████████ ███
      █ ██████████████████████████?
 5              MR. PAGLIUCA:  Are you reading the
 6          29th, is that what you're reading?
 7              MS. McCAWLEY:  I'm reading the
 8          29th, yes.
 9          Q.   Below that you will see JE, GM, ███
10    ████████████████████████████████
11    ██████
12              Do you see that?
13          A.   I do.
14          Q.   Do you recall a trip from Teterboro
15    to Santa Fe and Santa Fe back to Palm Beach
16    with these individuals?
17          A.   I don't.
18          Q.   Do you recall being on a plane with
19    ████████████  and Virginia Roberts?
20          A.   I don't.
21          Q.   Do you recall ever witnessing any
22    sexual interaction on one of Jeffrey's planes
23    with any of these individuals?
24          A.   I do not, absolutely not.
25          Q.   Did Jeffrey have a fold out bed on
```



1        G Maxwell - Confidential

2    one of his planes?

3        A.    There was a bed on one of his

4    planes that folded out, yes.

5        Q.    Do you recall whether with respect

6    to this being in Santa Fe, do you recall

7    whether you were there for some form of a

8    party?

9            MR. PAGLIUCA:  Objection to the

10           form and foundation.

11       A.    I don't recall the trip at all and

12   this looks like a total work trip, not a

13   party trip.

14       Q.    What would be the difference

15   between a work trip and a party trip?

16       A.    Just that I would be on trips for

17   work and I believe that this looks like, ▮

18   looks like it's one of the -- probably one of

19   the designers and the time would meet with a

20   trip to decorate the house, just the timing

21   of it.

22       Q.    So would Virginia be brought on

23   trips that were for the purpose of work and

24   decorating the house?

25       A.    Like I said, I never worked with



Page 147

1          G Maxwell - Confidential

2     her but you would have to ask Jeffrey what he

3     brought her on the trip for.

4          Q.   But she would travel with him when

5     there was a work trip like this?

6          A.   I can't -- I'm seeing that she is

7     on this flight but I have no idea what she is

8     doing, he invited her, it would not be my

9     job.

10         Q.   What about Nadia Bjorlin, would she

11    regularly travel with Jeffrey on flights?

12         A.   I have no idea, you would have to

13    look through the flight logs.  I have no

14    idea.

15         Q.   Your recollection is -- what is

16    your recollection, do you recollect Nadia

17    traveling often on flights with Jeffrey?

18         A.   Absolutely not.  No, not at all.  I

19    don't recollect her actually on the flight at

20    all.

21         Q.   I think you can set that aside for

22    the moment.

23              (Maxwell Exhibit 9, message pad

24         pages, marked for identification.)

25         Q.   We will mark as Exhibit 9 these



Page 148

```
 1          G Maxwell - Confidential
 2    excerpts from -- we will identify what they
 3    are but from the message pads.
 4              Did you want to correct anything?
 5         A.   I want to make an addendum.
 6              Would you mind rereading the last
 7    question back to me?
 8              (Record read.)
 9         A.   I also just want to say that at
10    this point I cannot recollect flying to
11    parties.  Jeffrey went for work so -- was
12    this in Santa Fe, this flight as well.
13         Q.   The flight we were looking at, yes
14    but it was to Santa Fe --
15         A.   I don't recall going to any parties
16    in Santa Fe at any time but certainly flying
17    to Santa Fe for a party seems highly
18    improbable.
19         Q.   So I'm going to direct your
20    attention to the document that I set before
21    you which is Bates number ███████  and it
22    has different Bates numbers because it's a
23    smaller version of the larger production.
24    These are the pages I will be asking about.
25              In the time that you were working
```



Page 149

```
 1            G Maxwell - Confidential
 2    with Jeffrey in Palm Beach, do you recall a
 3    process for taking, anybody at the house
 4    taking messages when incoming phone calls
 5    came in?
 6        A.    You are supposed to take a message
 7    and receive the message and write the message
 8    down.  Who was the message was for, what time
 9    it was taken and who took it and what the
10    message was, obviously.
11        Q.    Does what's in front of you look
12    familiar with respect to the message pads
13    that you would have used at the house?
14        A.    It is familiar.
15        Q.    I'm going to direct your attention
16    to the second page of it?
17            MR. PAGLIUCA:  These all have SAO
18        numbers on them or Bates ranges and I
19        don't see any of your Bates ranges on
20        these.  I know you have produced message
21        pads but those have your Bates range
22        numbers on them and I'm wondering if
23        these are different documents.
24            MS. McCAWLEY:  It's the same, just
25        ours have the Bates underneath them.
```



Page 150

1          G Maxwell - Confidential

2          These were produced as part of the rule

3          26 discovery.  We can get the additional

4          Bates if you want.

5          Q.   The one I'm asking about first is

6    the ███████.  You can look at that and then

7    I will identify the Bates number referenced

8    in this case.

9          I want to direct your attention to

10   the top right-hand corner just so I have an

11   understanding of how these messages were

12   taken.  So I see that it says at the top it

13   says in the for line it says Ms. Maxwell and

14   the date of ████████ and then I see under the

15   M line it looks like ████████████ or

16   something like that, a phone number and a

17   message saying returning your call and on the

18   bottom it looks like ██████.

19          Explain to me, is this -- does this

20   represent █████ taking down a message for you

21   from ████████ is that how these work?

22          MR. PAGLIUCA:  Objection to the

23       form and foundation.  Go ahead.

24       Q.   My question is, I'm trying to

25   understand how the messages were taken.



Page 151

```
 1          G Maxwell - Confidential
 2    Looking at this message pad, where it says
 3    signed ████ can you tell me who ████ was?
 4        A.   I cannot.
 5        Q.   You do not know.
 6             Typically when these messages were
 7    taken in your practice when you were there,
 8    would the individual who took the message
 9    write their name on the message?
10             MR. PAGLIUCA:  Objection to the
11        form and foundation.
12        A.   I don't recollect, you can ask who
13    wrote it so you can find out who it was.
14        Q.   Do you know who ████████ is?
15        A.   I don't.
16        Q.   I'm going to direct your
17    attention -- do we have a Bates number for
18    that?
19             MR. EDWARDS:  ████
20        Q.   Giuffre ████ for that one.
21             I will direct your attention to the
22    first page which has the ████ on it.
23        A.   Okay.
24        Q.   Now at the top of that document, on
25    the right-hand side, the message that reads
```



```
 1          G Maxwell - Confidential
 2    for JE, date ████████ , message ████████████
 3    and then it's signed GM.
 4              Is that your signature?
 5         A.    That's not my handwriting.
 6         Q.    Would other people take a message,
 7    how did this process work, is there someone
 8    else in the house with the initials GM?
 9              MR. PAGLIUCA:  Objection to the
10         form and foundation.
11         A.    I cannot answer that.  It's not my
12    handwriting.
13         Q.    I'm trying to understand how this
14    gets there.  If you took a message and didn't
15    write it down, would someone else record that
16    message for you?
17              MR. PAGLIUCA:  Objection to the
18         form and foundation.
19         A.    All I can tell you, this is not my
20    handwriting so I cannot -- I have no idea
21    what that is.
22         Q.    Was the practice that, what was the
23    practice when someone answered the phone with
24    these message pads, what were they supposed
25    to do?
```



MAGNA
LEGAL SERVICES

Page 153

```
 1          G Maxwell - Confidential
 2          A.   They were supposed to take a
 3    message and the time and date and give the
 4    message.
 5          Q.   Were they supposed to indicate who
 6    took the message?
 7          A.   They were but it wasn't -- I don't
 8    really recall the actual process.  I can see
 9    from here it looks like you were supposed to
10    but that's not my handwriting so I can't say
11    what that was.
12          Q.   Do you know who ████████████ is?
13          A.   No, I don't.
14          Q.   Do you know whether ██████████████
15    was under the age of 18?
16          A.   I just testified I couldn't
17    remember who she was so it would be difficult
18    to know how old she was.
19          Q.   Do you know if she was coming to
20    the house to provide massages?
21          A.   I don't remember who she is at all,
22    so no.
23          Q.   And then I would like to direct
24    your attention to the message right
25    underneath it.  Which says JE, ███████ , ████████
```





MAGNA
LEGAL SERVICES

Page 154

```
 1              G Maxwell - Confidential
 2   and has a phone number and the message says,
 3   wants to know if she should bring her friend
 4   ████   tonight.
 5           What is that message referring to?
 6           MR. PAGLIUCA:  Objection to the
 7        form and foundation.
 8      A.   I can't possibly know.
 9      Q.   Did individuals at the house take
10   messages for underage girls to come over and
11   bring friends for the purpose of providing
12   massages?
13           MR. PAGLIUCA:  Objection to the
14        form and foundation.
15      A.   How would I possibly know what you
16   are talking about.
17      Q.   Did you record messages at the
18   house?
19      A.   It's not my job.
20      Q.   You did from time to time record
21   messages?
22      A.   Hardly ever.
23      Q.   But you did from time to time do
24   it?
25      A.   I'm just saying I hardly ever took
```



```
 1          G Maxwell - Confidential
 2   messages, very, very, very, very
 3   infrequently.
 4      Q.   Do you know if ██████ brought her
 5   friend ████ over on that night?
 6          MR. PAGLIUCA:  Objection to the
 7      form and foundation.
 8      A.   One, I don't know what this message
 9   is, I don't know if I was in Palm Beach, I
10   don't know who ██████ is, I don't know who
11   ██████ is and I don't know what this message
12   is referring to.
13      Q.   So on January 2nd of 2003, were you
14   in Palm Beach?
15      A.   I don't know.
16      Q.   Where would you have been other
17   than Palm Beach at the time?
18      A.   I could have been anywhere.
19      Q.   Where did you typically live?
20      A.   What are you asking me?
21      Q.   So for example, in 2003, where was
22   your primary residence, was it wherever
23   Jeffrey was living and staying or was it
24   independent of that?
25      A.   What was the date again.
```



MAGNA ▶
LEGAL SERVICES

Page 156

```
 1          G Maxwell - Confidential
 2      Q.   In 2003?
 3      A.   The end of 2003?
 4      Q.   January, the beginning.
 5      A.   I don't know, I could have been
 6  anywhere, Jeffrey and I were leading almost
 7  separate lives by then.
 8      Q.   If you were at the house that day,
 9  did you recall seeing anybody by the name of
10  ███████
11          MR. PAGLIUCA:  Objection to the
12      form and foundation.
13      A.   I don't know if I was at the house,
14  so I can't testify to that.
15      Q.   Let's flip back to the next page,
16  the one we were on before the ████████  the
17  message towards the bottom that says, for
18  Jeffrey, message of Ghislaine.  And it says,
19  Would it be helpful to have and then redacted
20  come to Palm Beach today to stay here and
21  help train new staff with Ghislaine.  Who
22  were you referring to in that message; do you
23  remember?
24          MR. PAGLIUCA:  Objection to the
25      form and foundation.
```



Page 157

```
 1          G Maxwell - Confidential
 2      Q.   The question is, do you recall this
 3  message?
 4      A.   I do not recall this message.
 5      Q.   Do you recall training a female
 6  under the age of 18 at Jeffrey's home?
 7           MR. PAGLIUCA:  Objection to the
 8      form and foundation.
 9      A.   I never trained a female under the
10  age of 18 at Jeffrey's home.
11      Q.   Did you ever say it would be
12  helpful to have a female under the age of 18
13  come to Palm Beach today to stay here and
14  help train new staff with Ghislaine?
15      A.   I never asked anyone under the age
16  of 18 come to help train new staff.
17      Q.   I'm going to flip to the next page
18  which is ███████ .
19      A.   By the way, that is not my
20  handwriting and it's not dated and I couldn't
21  possibly tell you who that is.
22           Did you hear that?
23      Q.   You got your testimony on the
24  record.
25           ██████
```



```
 1          G Maxwell - Confidential
 2     A.   Yes.
 3          MR. EDWARDS:  Giuffre ███████
 4     Q.   I'm going to direct your attention
 5   to the top right-hand corner, for Mr.
 6   Epstein, ████████, message ████████ a phone
 7   number and called.
 8          Do you know who ████████ is?
 9     A.   I don't.
10     Q.   Do you know that ████████ was 15 at
11   the time she left this message?
12          MR. PAGLIUCA:  Objection to the
13          form and foundation.
14     A.   I don't know who ████████ is.
15     Q.   And then I'm going to direct your
16   attention to the bottom left which is a
17   message JE message of ████████ and the
18   message says, He just did a good one, 18
19   years, she spoke to me and said I love
20   Jeffrey.
21          Was ████████ referring to sex with
22   an 18 year old in that message?
23          MR. PAGLIUCA:  Objection to the
24          form and foundation.
25     A.   How could I know what ████████ is
```



1          G Maxwell - Confidential

2     referring to.

3          Q.    Do you know if ██████ had sex

4     with an 18 year old that he referenced to

5     Jeffrey Epstein?

6               MR. PAGLIUCA:  Objection to the

7          form and foundation.

8          A.    How could I possibly know.

9          Q.    Did Jeffrey Epstein or ██████

10    ever tell you that ██████ had sex with an

11    18 year old?

12              MR. PAGLIUCA:  Objection to the

13         form and foundation.

14         A.    I have no idea what you are talking

15    about.

16         Q.    Did they ever tell you that?

17         A.    I have no recollection of ever

18    hearing such a ridiculous thing.

19         Q.    I will turn to the next page which

20    is SAO 2841?

21              MS. MENNINGER:  Do you have the

22         Bates number?

23         Q.    The bottom right-hand corner, Mr.

24    Epstein, the date ██████ , Ms. Maxwell, it

25    says, ██████ it says, quote, ██████ is



Page 160

1          G Maxwell - Confidential

2   available on Tuesday, no one for tomorrow.

3          Is this a message you took?

4     A.    It's not my handwriting and I don't

5   know who R is.

6     Q.    So when it says Ms. Maxwell in the

7   line there, is that you calling for Mr.

8   Epstein?

9          MR. PAGLIUCA:  Objection to the

10         form and foundation.

11    A.    I didn't write it, I don't know

12   when this message was taken.  I don't even

13   know what it's referring to and I don't know

14   what my name is doing on that message pad.

15    Q.    I know you said you only took them

16   a few times.  Do you have a recollection of

17   taking messages of females who would call the

18   house to indicate whether or not they were

19   coming over?

20         MR. PAGLIUCA:  Objection to the

21         form and foundation.

22    A.    Give me a date range.

23    Q.    On 7/9/04.

24    A.    How would I know if I'm in Palm

25   Beach, most likely not.


MAGNA
LEGAL SERVICES

Page 161

```
 1          G Maxwell - Confidential
 2          Q.   I'm asking if you have a
 3   recollection of taking messages for girls who
 4   would call the house --
 5          A.   Girls.
 6          Q.   Females, who would call the
 7   house --
 8          A.   Over the age of 18.
 9          Q.   ███████ is 15.
10          A.   I don't know who ██████ is, so I
11   can't testify anything to ██████
12          Q.   Your name is on the message.
13          A.   I didn't put it there and I don't
14   know what it's doing there.
15          Q.   So your testimony is you didn't
16   take this message?
17          A.   I obviously didn't take the
18   message, it's signed by somebody R, it's not
19   my handwriting.  We don't know if I'm in Palm
20   Beach.
21          Q.   Did you arrange for █████ to have
22   his friend ███████ come over on Tuesday of
23   this week?
24          A.   I don't know who ██████ is so it
25   would be hard for me to arrange anything with
```



1        G Maxwell - Confidential

2   someone I don't know.

3        Q.   Why is your name reflected on this

4   message pad?

5             MR. PAGLIUCA:  Objection to the

6        form and foundation.

7        A.   I have no idea.  You would have to

8   ask whoever took the message.

9        Q.   Did you, in the course of your

10  work, regularly take messages for Jeffrey

11  Epstein?

12       A.   I already testified I hardly ever

13  did.

14       Q.   Would you, in the course of your

15  work, regularly set up appointments for

16  females to come over and give massages for

17  Jeffrey Epstein?

18            MR. PAGLIUCA:  Objection to the

19       form and foundation.

20       A.   Can you specify, females, you mean

21  adults over the age of 18.

22       Q.   Did you regularly set up for

23  Jeffery adults over the age of 18 to come for

24  massages?

25       A.   I didn't regularly do that, no.



Page 163

1        G Maxwell - Confidential

2        Q.   Would you take messages with

3   respect to females over the age of 18 to come

4   over for a massage?

5        A.   I already testified I hardly ever

6   did take messages.

7        Q.   But would you?

8        A.   I already testified, I hardly

9   ever --

10       Q.   I know hardly ever, but did you?

11       A.   Over the course of time it is

12  possible I may have taken a couple, I have no

13  recollection.  I hardly ever did and I did so

14  irregularly that it would hard for me to

15  pinpoint.

16       Q.   Did you ever take a message for a

17  female under the age of 18 to come over for a

18  massage or for any other reason to be with

19  Jeffrey Epstein?

20            MR. PAGLIUCA:  Object to the form

21       and foundation.

22       A.   I hardly ever took a message.  I

23  have absolutely no way of knowing, maybe one

24  of my friends' daughters called to say they

25  were coming to visit me.  I have never taken


MAGNA
LEGAL SERVICES

Page 164

1          G Maxwell - Confidential

2     messages, I don't know about how I would

3     possibly know if somebody I spoke to, one or

4     two times I took a message is, how old they

5     would be but I have never taken a message

6     where I was aware of anything being under the

7     age of 18 and I probably took it so

8     infrequently, it would be impossible.

9          Q.   Can you turn to ████████, it

10     should be the next page.

11          A.    Uh-huh.

12          Q.   Do you see at the top, it says, for

13     Mr. J.  11/8/04 and then the name is

14     redacted.  It says, I have a female for him.

15          Why would a minor be calling

16     Jeffrey to say they have a female for him?

17          Do you know?

18          MR. PAGLIUCA:  Objection to the

19          form and foundation.

20          A.   First of all, I don't know that's a

21     minor, I don't know who took the message.

22          Q.   I will represent to you these are

23     police reports and minor's names have to be

24     redacted for privacy purposes?

25          MR. PAGLIUCA:  Objection to the



Page 165

1           G Maxwell - Confidential

2        form and foundation.

3        Q.   Do you know why a minor child would

4   be calling Jeffrey and leaving a message to

5   say, quote, I have a female for him?

6           MR. PAGLIUCA:  Objection to the

7        form and foundation.

8        A.   I can't testify anything about this

9   message, I don't know anything about it.

10       Q.   I'm going to direct your attention

11  to the next page ████████.  If you look at

12  the bottom left, you are going to see a

13  message for Jeffrey, from ████████████, it

14  says she doesn't have a number and left a

15  message that she called.

16           Do you know who ████████████ is?

17       A.   I do not.

18       Q.   Do you know that ████████████ was

19  13 at the time she placed this call to

20  Jeffrey?

21       A.   I don't know who ████████████ is.

22       Q.   Would Jeffrey regularly have 13

23  year olds call and leave messages?

24           MR. PAGLIUCA:  Objection to the

25       form and foundation.



```
 1          G Maxwell - Confidential
 2          A.   How would I possibly, these were
 3     messages taken when I was not at the house
 4     and I have no idea who they are nor how old
 5     they are nor anything.
 6          Q.   How do you know you weren't at the
 7     house on this day?
 8          A.   I was hardly at the house in 2005.
 9          Q.   So you could have been there, you
10     just don't know?
11          A.    In the five days I might have been
12     there in 2005, I suppose it's possible but
13     it's unlikely.
14          MR. PAGLIUCA:  Do you know why this
15          isn't redacted if you are representing
16          all the names of people who are underage
17          have been redacted from these records.
18          MS. McCAWLEY:  I think it was -- my
19          assumption is it was a miss by the
20          police department.
21          Q.   I will direct your attention to ███
22     ███ so you will skip a page and go back,
23     it's the final page in the message pads and
24     you will see on the top left for Jeffrey, on
25     6/1/2005 from ███████████ with a phone
```



Page 167

```
 1          G Maxwell - Confidential
 2    number.  It says, quote, He has a teacher for
 3    you to teach you how to speak Russian.  She
 4    is two times eight years old.  Not blond.
 5    Lessons are free and you can have your first
 6    today if you call.
 7              Do you know whether ███████████
 8    sent a Russian girl that was 16 years old
 9    over to Jeffrey Epstein's home?
10              MR. PAGLIUCA:  Objection to the
11         form and foundation.
12         A.   I do not know.
13         Q.   Did you ever observe a Russian girl
14    that was 16 years old come to Jeffrey
15    Epstein's home?
16         A.   I am not aware of any 16 year old
17    Russian girl that I can recall in Jeffrey
18    Epstein's home.
19         Q.   Do you know whether Jeffrey Epstein
20    had sex with a 16 year old Russian girl?
21              MR. PAGLIUCA:  Objection to the
22         form and foundation.
23         A.   I do not know.
24              THE VIDEOGRAPHER:  It's 12:25.
25         This will be the end of disk 3, we are
```



Page 168

```
 1          G Maxwell - Confidential
 2       off the record.
 3            (Recess.)
 4        A F T E R N O O N   S E S S I O N
 5            (Time noted:  1:21 p.m.)
 6   G H I S L A I N E   M A X W E L L,
 7   resumed and testified as follows:
 8   EXAMINATION BY (Cont'd.)
 9   MS. McCAWLEY:
10            THE VIDEOGRAPHER:  It's now 1:21,
11       we're starting disk No. 4.  We are back
12       on the record.
13       Q.   Ms. Maxwell, before the break, we
14   were talking about and I think it's one of
15   the exhibits that's marked in front of you,
16   I'm not sure of the number, but the police
17   report that I showed you earlier today.
18            Now that you have knowledge of the
19   police report and the criminal investigation
20   with respect to Jeffrey Epstein, do you
21   believe that Jeffrey Epstein abused any minor
22   children?
23            MR. PAGLIUCA:  Objection to the
24       form and foundation.
25       A.   Can you repeat the question please
```



Page 169

1          G Maxwell - Confidential

2     and break it down so it's more

3     understandable.

4          Q.   Now that you have the police report

5     that I showed you this morning that you had

6     an opportunity to look at.

7          A.   You gave it to me, I did not look

8     at it.

9          Q.   The questions that I asked you

10    about the police report -- you are aware

11    there is a police report?

12         A.   I am aware there is a police

13    report.

14         Q.   You are aware there was a criminal

15    investigation of Jeffrey Epstein?

16         A.   I am aware that there was that.

17         Q.   Now that you are aware of those two

18    things and having talked to Jeffrey Epstein,

19    do you believe Jeffrey Epstein sexually

20    abused minors?

21              MR. PAGLIUCA:  Objection to the

22         form and foundation.

23         A.   Can you reask the second part of

24    that question please.

25         Q.   Sure.  The two documents we were



Page 170

1          G Maxwell - Confidential

2     talking about, the document and the

3     investigation, you said you are aware of and

4     after having talked to Jeffrey Epstein, do

5     you believe Jeffrey Epstein sexually abused

6     minors?

7               MR. PAGLIUCA:  Objection to the

8          form and foundation.

9          A.   What do you mean I talked to

10    Jeffrey, you need to break the question down

11    further.

12         Q.   So you have the police report.

13         A.   I do.

14         Q.   And you are aware of the criminal

15    investigation?

16         A.   I am.

17         Q.   Let's take those two things.  After

18    knowing those two things, do you believe that

19    Jeffrey Epstein abused minor children?

20              MR. PAGLIUCA:  Objection to the

21         form and foundation.

22         A.   Can you explain what you mean by

23    the question actually.

24         Q.   I think the question speaks for

25    itself.  I will try again.  I will say it one



Page 171

1           G Maxwell - Confidential

2    more time because I want you to be able to

3    understand it.

4           Knowing that you have the police

5    report here and knowing about the criminal

6    investigation, do you believe that Jeffrey

7    Epstein sexually abused minors?

8           MR. PAGLIUCA:  Same objection.

9      A.   I know what you put in front of me

10   and I know what I read.

11     Q.   I'm asking what you believe, do you

12   believe Jeffrey Epstein sexually abused

13   minors?

14     A.   I can only tell you what I read and

15   what you showed me.

16     Q.   I'm asking what you believe, from

17   your own belief, do you believe that Jeffrey

18   Epstein abused minors?

19     A.   I can only go from what I know

20   personally and what I know personally about

21   what Virginia's lies talked about.  She is

22   the only person I know that actually claimed

23   that.  And I can say with certitude that

24   everything Virginia said was a lie.

25     Q.   You are aware Jeffrey Epstein was



Page 172

1        G Maxwell - Confidential

2   sentenced for sexual abuse, are you aware of

3   that?

4            MR. PAGLIUCA:  Objection to the

5       form and foundation.

6       Q.   Are you aware that Jeffrey Epstein

7   served time for sexual abuse of a minor?

8            MR. PAGLIUCA:  Objection to the

9       form and foundation.

10      A.   I don't believe that's what he was

11  sentenced for, actually.

12      Q.   So you don't know that Jeffrey

13  Epstein served time for sexually abusing a

14  minor?

15           MR. PAGLIUCA:  Objection to the

16      form and foundation.

17      A.   I don't believe that's what he was

18  sentenced for.

19      Q.   Do you know that Jeffrey Epstein

20  was convicted for procuring a minor for

21  prostitution?

22           MR. PAGLIUCA:  Objection to the

23      form and foundation.

24      A.   I don't know exactly what he was

25  convicted of.  I don't know that he was



1          G Maxwell - Confidential

2     convicted.  I know he spent time in jail.

3          Q.   Do you know that he spent time in

4     jail related to an issue with a minor child?

5               MR. PAGLIUCA:  Objection to the

6          form and foundation.

7          A.   I did not know that.

8          Q.   What did you think he was spending

9     time in jail for?

10         A.   I only know he went to jail for --

11    it was alleged that he hired -- had an

12    underage prostitute.

13         Q.   So knowing that, do you believe

14    that Jeffrey Epstein sexually abused minors?

15              MR. PAGLIUCA:  Objection to the

16         form and foundation.

17         A.   I can only tell you what he went to

18    jail for.

19         Q.   I'm asking what you believe.  I'm

20    not asking what he went to jail for.  I'm

21    asking for your belief.

22         A.   I cannot testify to what I believe.

23    I can only say what I have seen in the

24    reports and I know he went to jail.

25         Q.   You can testify to what you



Page 174

1           G Maxwell - Confidential

2    believe.  Do you believe --

3         A.   I can only testify --

4         Q.   Let me finish the question so the

5    record is clear.

6              Do you believe Jeffrey Epstein

7    sexually abused minors?

8              MR. PAGLIUCA:  Objection to the

9         form and foundation.

10        Q.   You can answer.

11        A.   I can only testify to what I know.

12   I know that Virginia is a liar and I know

13   what she testified is a lie.  So I can only

14   testify to what I know to be a falsehood and

15   half those falsehoods are enormous and so I

16   can only categorically deny everything she

17   has said and that is the only thing I can

18   talk about because I have no knowledge of

19   anything else.

20        Q.   I'm not asking about Virginia.  I'm

21   asking whether you believe that Jeffrey

22   Epstein sexually abused minors?

23        A.   Again, I repeat, I can only go on

24   what I know and what I know is a falsehood

25   based on what Virginia said.



1          G Maxwell - Confidential

2          Q.   Do you believe Jeffrey Epstein

3     sexually abused minors?

4          A.   Again, I repeat, Virginia is a liar

5     and based on Virginia's stories, that is

6     what -- she lied and I can only then talk

7     about what you've showed me in the police

8     reports and I know he went to jail.

9          Q.   Do you believe that Jeffrey Epstein

10    sexually abused minors?  I'm asking about

11    your belief.

12         A.   Again, I just repeat, I can only

13    go -- my belief is Virginia is a liar.

14         Q.   What is that belief?

15         A.   She is an absolute liar and

16    everything she said is a lie and therefore,

17    everything that stems from that is a lie.

18         Q.   So do you believe that Jeffrey

19    Epstein sexually abused minors?

20         A.   Again -- can we move on from here?

21         Q.   No.  You are going to answer the

22    question.

23         A.   I have already.

24         Q.   No, you haven't.

25         A.   I have.



Page 176

1          G Maxwell - Confidential

2          Q.   Do you believe Jeffrey Epstein

3     sexually abused minors?

4          A.   Again, I repeat, the only person I

5     know who has talked about these things that I

6     have personal -- was personally present, was

7     Virginia and I can only talk to Virginia and

8     she is a liar.

9          Q.   Setting aside Virginia.  Take her

10    out of the picture.  It's my question.

11         A.   We are here today because of

12    Virginia and her lies because this is a

13    defamation suit.

14         Q.   Setting aside Virginia, do you

15    believe Jeffrey Epstein sexually abused

16    minors?

17         A.   I cannot set aside Virginia because

18    that's why we are here and this is the only

19    reason I am sitting here in this room and I

20    will not set her aside and I cannot comment

21    about anything else except her because she is

22    the only person I actually know about.

23         Q.   Are you refusing to answer that

24    question?

25         A.   I am not refusing the question.  I



Page 177

```
 1          G Maxwell - Confidential
 2   can only testify about Virginia who is an
 3   absolute total liar and you all know she is.
 4   She lied about her age, you know she lied
 5   about absolutely everything.  So I can only
 6   go on what I know as a liar and she is a
 7   liar, an exaggerator, a fantasist and
 8   absolutely true terrible person.
 9       Q.   I want you to listen very
10   carefully.  I am asking you to set aside
11   Virginia.
12       A.   I can't set aside Virginia.
13       Q.   I am asking you to do that for
14   purposes of this question.
15           MR. PAGLIUCA:  She doesn't have to.
16           MS. McCAWLEY:  She can refuse to
17       answer the question.
18       A.   I'm not refusing to answer the
19   question.
20       Q.   You are refusing.
21           My question has nothing to do with
22   Virginia.  Let me make the record here.  My
23   question has nothing to do with Virginia.  I
24   want it to be clear for the court.  My
25   question has nothing to do with Virginia.
```



Page 178

```
 1            G Maxwell - Confidential
 2            What I'm asking you is whether you
 3   believe Jeffrey Epstein abused minors?
 4            MR. PAGLIUCA:  I object to the form
 5       and you made your record, she answered
 6       the question.  A fair reading of her
 7       answer is she doesn't have a belief
 8       because she doesn't have any personal
 9       knowledge.
10            MS. McCAWLEY:  Now you are
11       testifying for the witness.  Let her
12       answer the question.
13            MR. PAGLIUCA:  It's a fair answer
14       to the question.
15       A.   Again, I testified my only personal
16   knowledge concerns Virginia and everything
17   Virginia has said is an absolute lie, which
18   is why we are here in this room.  If you are
19   asking me to testify about things I have no
20   knowledge of other than the police report
21   that you showed me, I am not in a position to
22   make a statement based on that because you
23   are asking me to speculate and I cannot
24   speculate.
25       Q.   I'm asking you about your belief.
```



1          G Maxwell - Confidential

2   I'm not asking you to speculate at all.  I'm

3   asking what you believe.

4          A.   You are asking me to speculate and

5   I won't speculate.

6          Q.   I'm not asking you to speculate.

7   I'm asking what you believe.

8               MR. PAGLIUCA:  She answered the

9          question and we can move on.

10              MS. McCAWLEY:  She hasn't answered

11         the question.

12              MR. PAGLIUCA:  We are not going to

13         engage in this debate.  She answered the

14         question.  If you want to mark it and

15         move to compel an answer to the

16         question, have at it.  Okay.

17         Q.   Ms. Maxwell, is it your belief that

18   Jeffrey Epstein interacted sexually with

19   minors?

20         A.   Again, you are asking me the same

21   type of question exactly but with different

22   language.  Again, my only knowledge of

23   somebody who claims these things that I have

24   personal knowledge of is Virginia.  Virginia

25   is an absolute liar and everything she has



Page 180

1          G Maxwell - Confidential

2    said is a lie.  Therefore, based on those

3    lies I cannot speculate on what anybody else

4    did or didn't do because if Virginia is the

5    example of what that story is and everything

6    she said is false, so everything that leads

7    from that is false.

8         Q.   So the 30 other minor children in

9    the police report are also telling lies about

10   being sexually abused during massages with

11   Mr. Epstein?

12             MR. PAGLIUCA:  Objection to the

13        form and foundation.  Counsel, can you

14        show me in these police reports who the

15        30 minors are?

16             MS. McCAWLEY:  I'm asking my

17        question.

18             MR. PAGLIUCA:  You are making a

19        representation about numbers, you are

20        making a representation on the record

21        about what people said or didn't say.

22        We have no knowledge about that.  These

23        are all redacted records so these are

24        bad questions.  They don't lead to any

25        admissible evidence.  It is only being



Page 181

1           G Maxwell - Confidential

2           propounded to the witness to harass her.

3           So we are done with these questions.

4                  MS. McCAWLEY: Are you done?

5                  MR. PAGLIUCA:  Yes.

6           Q.   My question is, are you aware that

7    Jeffrey Epstein was convicted of having

8    relations with a minor child?

9                  MR. PAGLIUCA:  She answered that

10           question already.

11                  MS. McCAWLEY:  I'm getting to my

12           next question.

13                  MR. PAGLIUCA:  Ask your next

14           question.  Don't keep asking the same

15           question.

16                  MS. McCAWLEY:  You are now

17           shouting, I want the record to reflect

18           that you are interrupting the

19           deposition.  I ask you to calm down,

20           take a deep breath and please let me ask

21           my questions.

22                  MR. PAGLIUCA:  Your behavior is

23           inappropriate.

24           Q.   I will ask you again.

25                  Do you believe that Jeffrey Epstein



```
 1          G Maxwell - Confidential
 2   interacted sexually with minors?
 3        A.   Again, I go back to this, my only
 4   actual knowledge is with Virginia and
 5   Virginia is a liar, so I can only talk to
 6   what Virginia's story and as I said before
 7   and there are so many examples, I mean
 8   thousands of examples of her lies, that that
 9   is the only thing I can talk to.
10        Q.   Based on that you do not believe
11   that Jeffrey Epstein sexually abused minors?
12        A.   Again, as I said, I'm only talking
13   to what I know, I can only talk to Virginia.
14        Q.   So is it your belief that Jeffrey
15   Epstein did not sexually abuse minors?
16        A.   Again, I can only talk to what I
17   know and I know that Virginia is a liar and
18   that what she said is a lie.  So I can only
19   testify to what she accused and you guys put
20   in the press for salacious purposes and
21   whatever terrible, inappropriate, unethical
22   and terrible reasons you chose to do that
23   about me and I can testify those are all
24   lies.
25        Q.   Do you know whether Jeffrey Epstein
```



Page 183

1          G Maxwell - Confidential

2    sexually abused any minor children?

3          A.    Again, I only know 1000 percent

4    that Virginia is a liar.  I can only talk to

5    Virginia, her lies and your inappropriate,

6    unethical, really unattractive, terrible use

7    of her and the way that you have abused the

8    system, used the press for purposes that are

9    unethical, inappropriate and appalling.

10         Q.    Do you believe that Jeffrey Epstein

11   used massages to lure minors to have sex with

12   him?

13         A.    Again, that is Virginia's

14   testimony, which is a lie.

15         Q.    But do you believe that?

16         A.    Again, I refer back to Virginia.

17         Q.    I'm asking whether you believe it

18   or not?

19         A.    I can only go with what I know and

20   I know Virginia is a liar and therefore

21   that's a lie.

22         Q.    So you don't believe that?

23         A.    I said, I only know that Virginia

24   is lying.

25         Q.    Are you aware that Jeffrey Epstein



Page 184

1          G Maxwell - Confidential

2     is a registered sex offender?

3          A.    I am.

4          Q.    Are you aware that Jeffrey Epstein

5     paid considerable amounts of money to settle

6     lawsuits with the minor children that he had

7     sexual contact with?

8               MR. PAGLIUCA:   Objection to the

9          form and foundation.

10         A.    I have no knowledge of those

11    issues.

12         Q.    Why did you continue to maintain

13    contact with Jeffrey Epstein after he pled

14    guilty?

15         A.    I'm a very loyal person and Jeffrey

16    was very good to me when my father passed

17    away and I believe that you need to be a good

18    friend in people's hour of need and I felt

19    that it was a very thoughtful, nice thing for

20    me to do to help in very limited fashion

21    which was helping if he had any issue with

22    his homes, in terms of the staffing issues.

23    It was very, very minor but I felt it was

24    thoughtful in somebody's hour of need.

25         Q.    Did he continue to pay you during



```
 1          G Maxwell - Confidential
 2    that time period?
 3          A.    I was paid a little.
 4          Q.    You were paid?
 5          A.    Yes.
 6          Q.    When you say a little, what you did
 7    mean by that?
 8          A.    I don't recall exactly the amount.
 9          Q.    So in 2009 when you left him, what
10    were you being paid?
11          A.    I just told you, I don't recall.
12          Q.    Were you being paid $100,000?
13          A.    I just don't you I don't recall.
14          Q.    Were you paid over a million
15    dollars?
16          A.    I think I would remember over a
17    million dollars.
18          Q.    So it was under a million dollars?
19          A.    It was under a million dollars.
20          Q.    Was it over $500,000?
21          A.    I just told you, it was under 500,
22    it was an amount of money less than $500,000,
23    less than a million dollars and I did it out
24    of thoughtfulness and consideration for
25    somebody who was in trouble.
```



Page 186

1            G Maxwell - Confidential

2       Q.   Did you have an attorney to consult

3   with during the criminal investigation of

4   Jeffrey Epstein?

5       A.   I don't believe I did.

6       Q.   When did you learn that a search

7   warrant was executed for the Palm Beach

8   house?

9       A.   I don't recall exactly.

10      Q.   Were you present at the house in

11  advance of the search warrant being executed?

12           MR. PAGLIUCA:  Object to the form

13      of the question.

14      A.   I don't remember when the search

15  warrant was executed and I don't remember the

16  year that the search warrant was executed and

17  whenever that was, I already testified, I was

18  very, very infrequently at the house.  So

19  highly unlikely but I was there a couple of

20  days, I just don't know which days it was in

21  relation to the police situation.

22      Q.   Did you have a computer at the Palm

23  Beach home that was a computer that you would

24  use?

25      A.   No.



Page 187

1          G Maxwell - Confidential

2          Q.    Was there a computer available for

3    use in the Palm Beach house?

4          A.    Can you be more specific.

5          Q.    Was there anywhere in the Palm

6    Beach house where there was a computer where

7    you said you worked for him and there were

8    other staff in the house, was there ever a

9    computer in the Palm Beach mansion that was

10   accessible by you or other staff?

11              MR. PAGLIUCA:  Objection to the

12        form and foundation.

13         A.    I stopped being regularly at the

14   house sometime in 2003 so from 2003 to when

15   the police search was executed, I have no

16   memory of what there was or what there was

17   not.  I can only testify for what was there

18   when I was present largely.

19         Q.    So in 2003 when you were still

20   there, was there a computer that was

21   accessible to you or other staff at the

22   house?

23              MR. PAGLIUCA:  Objection to the

24        form and foundation.

25         A.    There was a desktop computer that



Page 188

1           G Maxwell - Confidential

2    people could use -- just like you would use

3    if you needed to go online to get something,

4    that people could use.

5          Q.   Was that on a desk that you would

6    use in your work capacity when you were at

7    the house?

8          A.   It was a desk, it was a room I was,

9    I didn't really use that computer.

10         Q.   Were there images of naked girls

11   whether they be under the age of 18 or over

12   the age of 18 on that computer?

13         A.   I have no recollection of any naked

14   people on that computer when I was there in

15   2003, we are talking.

16         Q.   What about from say '99 to 2003?

17         A.   No, I can't recollect any naked

18   pictures.

19         Q.   Why were the computers removed from

20   the house before the search warrant was

21   executed?

22              MR. PAGLIUCA:  Objection to the

23         form and foundation.

24         A.   I have no knowledge of anything

25   like that.



Page 189

1          G Maxwell - Confidential

2          Q.    Do you know where the computers are

3     now?

4               MR. PAGLIUCA:   Objection to the

5          form and foundation.

6          A.    I don't know what computers you are

7     talking of and I have no idea what you are

8     referencing.

9          Q.    In 2003 you said there was a

10    computer in a room on a desk?

11         A.    Right.

12         Q.    Do you know where that computer is

13    now?

14         A.    I do not.

15         Q.    Did you take pictures of nude

16    females in any of Epstein's homes or in and

17    around the homes, out by the pool or anywhere

18    like, in the Palm Beach home, the New York

19    home, USVI home or the New Mexico home?

20              MR. PAGLIUCA:   Objection to the

21         form and foundation.

22         A.    Can you repeat the question.

23         Q.    Did you take pictures of nude woman

24    over 18 or under 18, females, in any of

25    Jeffrey Epstein's homes, inside or outside in



Page 190

1          G Maxwell - Confidential

2     or around the home?

3          A.    I think we need to distinguish

4     between anyone under the age of 18 and over

5     the age of 18.

6          Q.    We will start with, did you take

7     pictures of nude females in or around any of

8     Jeffrey's homes of women or females that were

9     under the age of 18?

10         A.    No.

11         Q.    Did you take pictures of nude

12    females --

13         A.    Nude you mean with no clothing on.

14         Q.    Or half nude, with no top on, any

15    sort of nakedness to an individual.

16              In any of Jeffrey's homes, either

17    Palm Beach, New Mexico, USVI or New York

18    either outside by the pool, anywhere in or

19    around those homes of females over the age of

20    18?

21         A.    So it is possible that I took

22    pictures of people that were somehow semi or

23    had some clothing on or no clothes on but at

24    no time were any of these pictures remotely

25    inappropriate.  They were, you could see them



Page 191

```
 1          G Maxwell - Confidential
 2   in a mainstream magazine today, there would
 3   be no inappropriateness, they would be
 4   covered, concealed, you wouldn't see anything
 5   at all.
 6              The types of -- first, I took very
 7   few and they were always by request, this was
 8   a picture you could put on your -- gift to
 9   your parent or to your grandparents to put on
10   their mantel piece . It would be a very
11   benign sort of attractive picture where you
12   wouldn't see anything.
13       Q.   Who would request those pictures?
14       A.   From time to time, people, men and
15   women would ask to have nice photographs of
16   them taken.
17       Q.   And did Jeffrey Epstein request
18   those pictures?
19       A.   I don't ever recall him asking me
20   to take pictures.
21       Q.   Did you give him pictures of naked
22   females as a present?
23       A.   I don't recall ever giving a
24   present of -- I don't know why a photograph
25   would constitute a gift.
```



Page 192

1          G Maxwell - Confidential

2          Q.   Not as a gift.

3               Do you recall ever giving Jeffrey

4   Epstein pictures that you've taken of these

5   individuals in a naked state?

6               MR. PAGLIUCA:  Objection to the

7          form and foundation.

8          A.   First of all, we've already

9   established that they are not naked state

10  photographs.

11         Q.   A piece of them being naked as you

12  described.

13         A.   I said they would be attractive as

14  you would see in mainstream magazines and

15  those pictures could be a picture of a hand

16  or a foot, they didn't necessarily

17  constitute -- I know where you are headed

18  with this and it's nowhere appropriate and

19  it's really unattractive.

20         Q.   I'm not headed anywhere.  I'm just

21  asking the questions.  Did you give Jeffrey

22  Epstein any of these pictures that you took

23  of females in the state that you described?

24         A.   I can't recall ever giving him

25  pictures but it is possible that I took



1          G Maxwell - Confidential

2    pictures of people that would end up -- or a

3    friend of his that he would have -- not naked

4    or not inappropriate in any way, that he

5    might have somewhere in his house.

6          Q.   Name for me all the individuals who

7    you took these pictures of?

8          A.   It's entirely impossible for me to

9    name people.  First of all, it was just -- it

10   would not be possible, I took thousands of

11   photos, not of people, I mostly take pictures

12   of landscapes and things.  I have no

13   recollection specifically of people that I

14   took pictures of.

15         Q.   So you can't remember, is it your

16   testimony you can't remember one person that

17   you took a picture of in either a naked or

18   semi naked state?

19         A.   I seriously cannot recall.  I just

20   don't recall.

21         Q.   Did you take a picture of Virginia

22   Roberts either alone or with another

23   individual in a naked state?

24         A.   I have never taken, I believe, any

25   pictures of two people in any type of



Page 194

```
 1          G Maxwell - Confidential
 2   situation, naked as you describe.
 3          Q.   Did you take a picture of Virginia
 4   Roberts on her own without another individual
 5   in it in a naked state?
 6          A.   I don't recall ever taking a
 7   picture of Virginia -- naked, we are not
 8   referring to someone with no clothing on at
 9   all, we are referring to someone that could
10   be semi clad or could have a towel or we are
11   not referring to anything inappropriate.
12          Q.   Was this a hobby of yours to take
13   pictures of the type that you are describing?
14               MR. PAGLIUCA:  Object to the form.
15          A.   I just testified, I didn't take
16   pictures of many people.  My preference is
17   pictures for landscapes and for architectural
18   pieces.
19          Q.   Where are those pictures today?
20          A.   I have no idea.
21          Q.   Do you have them in your home?
22          A.   I do not.
23          Q.   Do you have them on your computer?
24          A.   I do not.
25          Q.   What has Jeffrey Epstein told you
```



Page 195

1          G Maxwell - Confidential

2    about the allegations related to the criminal

3    investigation that he was involved in?

4       A.   I really can't say, not because I

5    don't want to say but I just think of what he

6    has said to me over the course of this time.

7       Q.   Did he explain it to you and

8    explain what the charges were against him?

9       A.   I never had a detailed conversation

10   with him, as I recall.

11      Q.   Not detailed, just did he explain

12   anything that was happening to him?

13      A.   I haven't spoken to him for so

14   long.  I can't possibly testify to what

15   conversations I had with him over the course

16   of time.

17      Q.   Did he talk to you about any of the

18   girls that were making allegations against

19   him other than Virginia?

20           MR. PAGLIUCA:  Objection to the

21        form and foundation.

22      A.   You are talking about the police

23   records again, all of that?

24      Q.   Yes.

25      A.   I have never had a conversation



Page 196

1          G Maxwell - Confidential

2    about those things.

3         Q.   What has Jeffrey Epstein told you

4    about Virginia Roberts?

5         A.   That she is a liar.

6         Q.   What does he base that on?

7              MR. PAGLIUCA:   Objection to the

8         form and foundation.

9         A.   You would have to check with him.

10   I can tell you why I think she is a liar, I'm

11   happy to do that.

12        Q.   Did he tell you he did not have

13   sexual relations with Virginia Roberts?

14        A.   I can only testify what I know.

15        Q.   I'm asking, has he told you that he

16   did not have sexual relations with Virginia

17   Roberts?

18        A.   I can only tell you what I know

19   about Virginia Roberts, I cannot tell you

20   what he knows about Virginia Roberts.

21        Q.   I'm asking, did he tell you that he

22   did not have sexual relations with Virginia

23   Roberts?

24        A.   All he told me is she is a liar.

25        Q.   That's all he said about Virginia



1          G Maxwell - Confidential

2   Roberts?

3        A.   We went through all the lies that

4   you have sold to the papers and sold in

5   general and we have analyzed her lies and

6   your lies and your inappropriate behavior in

7   detail.

8        Q.   Did he ever say that he did not

9   have sexual relations with Virginia Roberts?

10       A.   I just testified that we went

11   through all of her lies.

12       Q.   I understand what you said.  I'm

13   asking you a question.

14            Did he ever tell you that he never

15   had sex with Virginia Roberts?

16       A.   I don't recall whether he ever -- I

17   don't know I ever had that question.  We

18   focused on the lies she did say she had with

19   him as relates to me.  I don't remember

20   asking him about his problems with her.  I'm

21   interested in what she says about myself.

22       Q.   Did you also talk about what things

23   that Virginia Roberts was saying that were

24   true?

25       A.   There isn't anything that she said



Page 198

1            G Maxwell - Confidential

2      that was true.

3            Q.   Nothing she said that you are aware

4      of is true?

5            A.   I think she is correct when she

6      talks about what her name is.

7            Q.   Anything else?

8            A.   I'm sure there must be one or two

9      other details but they are so far and few

10     between, I would have to look in detail at

11     all of her allegations to pinpoint what

12     possibly could be true.

13           Q.   Did you ever ask Jeffrey if he had

14     sex with minors?

15           A.   I have never been asked that

16     question.

17           Q.   You never asked him that question.

18                What analysis did Jeffrey do to

19     determine that the statements Virginia

20     Roberts were making were lies?

21                MR. PAGLIUCA:  Objection to the

22           form and foundation.

23           A.   Ask me again, please.

24           Q.   What analysis did Jeffrey do to

25     determine that the statements that Virginia



Page 199

```
 1          G Maxwell - Confidential
 2    Roberts were making were lies?
 3          MR. PAGLIUCA:  Objection to the
 4          form and foundation.  And to the extent
 5          that any of this answer calls for any
 6          privileged communication, I'm
 7          instructing, with myself or another
 8          lawyer representing you or in any common
 9          interest agreement, I'm instructing you
10          not to answer.
11          MS. McCAWLEY:  The court ruled she
12          is entitled and you had to produce
13          documents about communications with
14          Jeffrey, that's what I'm asking about.
15          I'm not asking about communications with
16          lawyers.
17     Q.   I'm asking what analysis did
18    Jeffrey do to determine that the statements
19    that Virginia Roberts was making were lies,
20    if you know?
21          MR. PAGLIUCA:  My objection is to
22          the extent she learned any of that
23          information as a result of either a
24          privileged communication from a lawyer,
25          one of her lawyers or a privileged
```



Page 200

```
 1        G Maxwell - Confidential
 2        communications subject to a joint
 3        defense agreement or common interest
 4        agreement, I'm telling her not to
 5        answer.  To the extent she has
 6        information outside of those things, she
 7        is permitted to answer.
 8   Q.   Do you understand?
 9        So if it was a conversation with a
10   lawyer which I'm not asking about, I don't
11   want you to tell me about your conversations
12   with lawyers.
13        I want you to tell me whether
14   Jeffrey Epstein ever told you what he
15   analyzed in order to determine which of -- of
16   what Virginia were saying were lies?
17   A.   I do not know what he did, no.
18        So you agree she is lying, Singrid.
19   Q.   I do not agree with that and I'm
20   asking the questions.
21   A.   You just said her lies.
22   Q.   I'm repeating a statement you made.
23   Q.   Are you saying it's an obvious lie
24   that Jeffrey Epstein engaged in sexual
25   conduct with Virginia while Virginia was
```



Page 201

```
 1          G Maxwell - Confidential
 2     underage?
 3          A.   I can only testify to what I saw
 4     and what I was present for, so if you are
 5     asking me what I saw then I am happy to
 6     testify.  I cannot testify to what somebody
 7     else did or didn't do.
 8          Q.   Did you issue a statement ████████
 9     █   ████████████████  in 2015, stating that
10     Virginia Roberts' claims were, quote, obvious
11     lies?
12               MR. PAGLIUCA:  Objection to the
13          form and foundation.
14          Q.   You can answer.
15          A.   You need to reask me the question.
16          Q.   Sure.
17               Did you issue a press statement
18     ██████████████████████████████  in
19     January of 2015, stating that Virginia
20     Roberts' claims were, quote, obvious lies?
21               MR. PAGLIUCA:  Objection to the
22          form and foundation.
23          A.   Can you ask it a different way,
24     please?
25          Q.   I will ask it again and you can
```



Page 202

```
 1          G Maxwell - Confidential
 2     listen carefully.
 3          Did you issue a press statement
 4     ████████████████████████████  in
 5     January of 2015, where you stated that
 6     Virginia Roberts' claims were, quote, obvious
 7     lies?
 8          MR. PAGLIUCA:  Objection to the
 9          form and foundation.
10     A.  So my lawyer, ████████████
11     instructed ████████ to issue a statement.
12     Q.  Today, did you say that Virginia
13     lied about, quote, absolutely everything?
14     A.  I said that there are some things
15     she may not have lied about.
16     Q.  So are you saying it's an obvious
17     lie that Jeffrey Epstein engaged in sexual
18     contact with Virginia while Virginia was
19     underage?
20          MR. PAGLIUCA:  Objection to the
21          form and foundation.
22     A.  Can you ask the question again,
23     please?
24     Q.  Are you saying it's an obvious lie
25     that Jeffrey Epstein engaged in sexual
```



1          G Maxwell - Confidential

2     conduct with Virginia while Virginia was

3     underage?

4              MR. PAGLIUCA:  Objection to the

5          form and foundation.

6          Q.   You can answer.

7          A.   Try again, please.

8          Q.   Are you saying that it's an obvious

9     lie that Jeffrey Epstein engaged in sexual

10    conduct with Virginia while Virginia was

11    underage?

12             MR. PAGLIUCA:  Objection to the

13         form and foundation.

14         A.   Again, I'm telling you, first of

15    all, it was a statement that was issued by my

16    lawyer and -- through my lawyer ▮▮▮▮▮▮▮.

17         Q.   I understand that.  I'm asking you,

18    are you saying that it's an obvious lie that

19    Jeffrey Epstein engaged in sexual conduct

20    with Virginia while Virginia was underage.

21             Is that a lie?

22             MR. PAGLIUCA:  Objection to the

23         form and foundation.

24         Q.   You can answer.

25         A.   So I cannot testify to what ▮▮▮▮



1          G Maxwell - Confidential

2    ████  and ████████████     decided to put -- I can

3    testify to what Virginia's obvious lies are

4    as regards to me.  I cannot make

5    representations about all the many lies she

6    may or may not have told about Jeffrey.

7         Q.    So is Virginia lying when she says,

8    is it an obvious lie when she says that she

9    had sex with Jeffrey Epstein while she was

10   underage?

11             MR. PAGLIUCA:  Objection to the

12        form and foundation.

13        A.    Again, I'm testifying to what I

14   know to be true.  I can only testify to all

15   the many lies she told about me.  I cannot

16   testify to what lies she told about somebody

17   else.  Given she told so many about me, one

18   can probably infer she is lying about

19   everything.

20        Q.    So you think she is lying when she

21   said she had sex with Jeffrey Epstein when

22   she was underage?

23             MR. PAGLIUCA:  Objection to the

24        form and foundation.

25        A.    Again, I can only talk about what I



Page 205

```
 1          G Maxwell - Confidential
 2    can positively say myself, not what somebody
 3    else is going to represent.
 4          Q.    When you were saying that she was,
 5    her claims of having sex with Jeffrey Epstein
 6    were obvious lies, are you saying she is
 7    lying about engaging in sexual conduct with
 8    Jeffrey Epstein when she was underage?
 9             MR. PAGLIUCA:  Objection to the
10          form and foundation.
11          Q.    You can answer.
12          A.    Again, this was a statement that
13    was put out from my lawyer ████████████████
      ██  ██████████████████    And I can only testify to
      the obvious lies that she says about me.  I
16    cannot make representations about lies she
17    says about someone else, but she lies so many
18    times about me, one can probably infer she is
19    lying about everything.
20          Q.    So is she not lying when -- is she
21    telling the truth when she says she had sex
22    with Jeffrey Epstein when she was underage?
23             MR. PAGLIUCA:  Objection to the
24          form and foundation.
25          A.    Again, I don't know how else to
```



Page 206

1          G Maxwell - Confidential

2     tell you, I can only talk about what I know

3     to be true.  What I know is her story about

4     how she claims that initial situation

5     happened is so egregiously false and such a

6     giant fat enormous, repulsive, disgusting,

7     inappropriate, vile lie, that that I can

8     testify to.

9          Q.   Was she lying when she said she met

10    you at Mar-a-Lago?

11         A.   Again I already testified I don't

12    recall meeting her at Mar-a-Lago.

13         Q.   We showed you a document where you

14    said you met her at Mar-a-Lago when she was

15    17, is that correct?

16              MR. PAGLIUCA:  Objection to the

17         form and foundation.

18         A.   I think I already testified to

19    that.  What I remembered based on all the

20    rubbish she has written and all the many

21    articles I have read, maybe in the moment

22    when I wrote that, have caused me to have

23    that but on reflection I don't recall it as I

24    sit here today.

25         Q.   Are you saying that it was an



```
 1          G Maxwell - Confidential
 2   obvious lie that you approached Virginia
 3   while she was under age at Mar-a-Lago?
 4          MR. PAGLIUCA:  Objection to the
 5       form and foundation.
 6          A.   First of all, we can all agree
 7   here, all of you sitting here that the lies
 8   that you perpetrated in the press that she
 9   was 15 and we should all agree now that that
10   is fake, a lie that was perpetrated between
11   all of you to make the story more exciting,
12   can we agree on that?
13          Q.   That is not my question.
14          A.   Can we agree she was not the age
15   she said and you put that in the press, that
16   is obviously, manifestly, absolutely, totally
17   a lie.
18          MS. McCAWLEY:  I am going to put on
19       the record, Ms. Maxwell very
20       inappropriately and very harshly pounded
21       our law firm table in an inappropriate
22       manner.  I ask she take a deep breath,
23       and calm down.  I know this is a
24       difficult position but physical assault
25       or threats is not appropriate, so no
```



Page 208

1          G Maxwell - Confidential

2      pounding, no stomping, no, that's not

3      appropriate,.

4      A.   Can we be clear, I didn't threaten

5   anybody.

6          MR. PAGLIUCA:  Stop, you made your

7      record, there is no dent in the table.

8      I don't see any chips.  Can we take a

9      break now.

10         MS. McCAWLEY:  I think it's

11     appropriate to take a break.

12         THE VIDEOGRAPHER:  It's 1:56 and we

13     are off the record.

14         (Recess.)

15         THE VIDEOGRAPHER:  It's now 2:13,

16     we're starting disk No. 5 and we are

17     back on the record.

18     Q.   Ms. Maxwell, how old was Virginia

19   Roberts when you met her in Mar-a-Lago?

20         MR. PAGLIUCA:  Objection to the

21     form and foundation.

22     A.   I know today that she was 17 years

23   old.

24     Q.   Are you saying that it's an obvious

25   lie that Virginia traveled on Jeffrey



```
 1          G Maxwell - Confidential
 2    Epstein's airplanes?
 3             MR. PAGLIUCA:   Objection to the
 4         form and foundation.
 5         Q.   You can answer.
 6         A.   Are you referring to my statement
 7    where that says that?
 8         Q.   I'm referring to the language you
 9    use in your statement that says, obvious
10    lies?
11         A.   Can you read my entire statement?
12         Q.   Sure, let me pass it out.
13             (Maxwell Exhibit 10, email,marked
14         for identification.)
15         Q.   This is Bates GM 00068 and we will
16    mark it as -- what you have in front of you
17    is a statement at the top.  This was produced
18    by your counsel, it is indicated Bates No.
19    GM 00068.  At the top the date reflects
20    January 2, 2015 from, appears to be a ▮▮▮▮▮
21    ▮▮▮▮▮▮▮▮▮▮▮, subject line, is you and
22    then there is a number of individuals you can
23    see at the top that are copied on this that
24    is sent to and bcc'd on this statement.
25             The statement, there are two parts
```



Page 210

1          G Maxwell - Confidential

2     of it.  There is an opening email that says,

3     please find an attached quotable statement on

4     behalf of Ms. Maxwell and there is more

5     language there and it's from ████████ and

6     then it says in the body of it, Jane Doe No.

7     3 or Jane Doe 3 is Virginia Roberts so not a

8     new individual.  The allegations made by, and

9     it says Victoria but I believe that means

10    Virginia Roberts, against Ghislaine Maxwell

11    are not true.  The original allegations are

12    not new and have been fully responded to and

13    shown to be untrue.  And the next paragraph

14    says, Each time the story is retold, it

15    changes with new salacious details about

16    public figures and world leaders and now it

17    is alleged by Ms. Roberts that Al Dershowitz

18    is involved in having sexual relations with

19    her which he denies.  Ms. Roberts claims are

20    obvious lies and should be treated as such

21    and not publicized as news as they are

22    defamatory.

23          The last paragraph states,

24    Ghislaine Maxwell's original response to the

25    lies and defamatory claims remains the same.



Page 211

```
 1          G Maxwell - Confidential
 2   Maxwell strongly denies allegations of the --
 3   strongly denies allegations of an unsavory
 4   nature which have appeared in the British
 5   press and elsewhere and reserves her right to
 6   seek redress at the repetition of such old
 7   defamatory claims.
 8          Are you saying that it's an obvious
 9   lie that Virginia Roberts traveled on Jeffrey
10   Epstein's planes?
11          MR. PAGLIUCA:  Objection to the
12      form and foundation.
13      A.   I'm saying what's an obvious lie
14   and I think we can all agree, you just had
15   the case tossed out by Alan Dershowitz.  He
16   just got removed from the case because you
17   put him in a case that he wasn't supposed to
18   be in so what was said about him is not true.
19      Q.   Are you saying that it's an obvious
20   lie that Virginia Roberts traveled on Jeffrey
21   Epstein's plane?
22          MR. PAGLIUCA:  Objection to the
23      form and foundation.
24      A.   You have given me plane records
25   that has her name on it but as I already
```



Page 212

1          G Maxwell - Confidential

2    testified those aren't federally mandated

3    things and I can see her name on it but

4    that's what I -- I told you I don't recall

5    her on any planes.

6          Q.   Is is that one of Virginia's

7    obvious lies?

8          A.   There are more obvious ones.

9          Q.   Is that one of them?

10         A.   I can't testify to her being on a

11   plane or not.

12         Q.   So is that an obvious lie?

13         A.   There are more obvious lies, like

14   ██████████

15         Q.   I understand there are more obvious

16   ones.  I'm asking you, is the fact that she

17   said she traveled on Epstein's planes an

18   obvious lie?

19         A.   I think we can probably say because

20   you see her name on a plane record and she

21   went from A to B, that would not be the

22   obvious lie that I would pick.

23         Q.   What obvious lie were you picking

24   when you made this statement?

25         A.   There are so many that I would be



Page 213

1           G Maxwell - Confidential

2      thrilled to go through all of them.

3           Q.    Let's go through them.

4                 What's the first one?

5           A.    Her characterization of the first

6      meeting at Mar-a-Lago.

7           Q.    What part of that was an obvious

8      lie?

9           A.    The characterization that she said

10     that she said she was accosted.  She looked

11     like, as best as I can recall, if I met her

12     in Mar-a-Lago as she claims, she worked at

13     Mar-a-Lago, she claims, and her statement she

14     worked at Mar-a-Lago, she would have been

15     dressed as all the spa people in Mar-a-Lago

16     would have been.  It would have been

17     impossible to identify her as someone other

18     than someone who worked at a spa.  She made

19     many claims, she has been a bathroom

20     attendant, front of house attendant, we don't

21     know what she was, so her obvious lies are

22     her contradictory of her own personal

23     statements within that.

24          Q.    So what part of her statement

25     relating to Mar-a-Lago --



Page 214

1              G Maxwell - Confidential

2         A.    I'm carrying on.

3         Q.    I'm sorry.  I thought you were

4    done.

5         A.    Please.  Her statement also that

6    she was driven by her father to Palm Beach.

7    She was driven by her mother, as a matter of

8    fact.  Her whole entire characterization of

9    the first meeting with Jeffrey, as I was

10   outside speaking to her mother.

11        Q.    Let me stop you there, so we don't

12   get too far ahead.  Let me make sure I

13   understand your testimony.

14             The first, in the first piece when

15   you were talking, I believe you said and

16   correct me if I'm wrong, that her

17   characterization of the first meeting at

18   Mar-a-Lago was an obvious lie.

19             What part of that meeting was an

20   obvious lie?

21        A.    By her own testimony, all her

22   various many different descriptions of what

23   she was or wasn't or where she was or wasn't,

24   they have all changed.  She was either front

25   of house or bathroom attendant.  I don't know



Page 215

```
 1          G Maxwell - Confidential
 2    what she was, so just by her own words, one
 3    doesn't know what's true and what isn't true.
 4          Q.   Are you saying what position she
 5    said she was working in, is that what you are
 6    considering the obvious lie?
 7          A.   I said inconsistency within her own
 8    statement from everything, so in the
 9    beginning it starts off with different
10    statements.
11          Q.   Then I believe you said the second
12    piece was that she was driven by her father?
13          A.   I said she was driven by her
14    mother.
15          Q.   That's the obvious lie?
16          A.   It's an obvious lie to me.
17          Q.   You said why don't you state it in
18    your own words but the characterization of
19    how she was with Jeffrey, what about that is
20    an obvious lie?
21          A.   I was standing outside talking to
22    her mother so the entire story is a
23    fabrication.
24          Q.   Did she not have sex with Jeffrey
25    Epstein during that first massage?
```



Page 216

1           G Maxwell - Confidential

2           MR. PAGLIUCA:   Objection to the

3      form and foundation.

4      A.   I was talking to her mother so...

5      Q.   Do you know whether that's an

6  obvious lie, whether she had sex in that room

7  or not?

8      A.   Her story about what happened --

9  let's also be -- the story as first hit the

10  press was that somebody else led her to

11  Jeffrey's room, it was not me and then it

12  turned to being me so we have an obviously

13  important inconsistency, lie in my -- that's

14  how I would characterize a lie.  It cannot be

15  me or somebody else, it can only be one or

16  the other.

17      Q.   Who is the other person she said

18  took her to the room?

19      A.   Why don't you ask her.

20      Q.   I'm asking you.

21      A.   How would I possibly know.

22      Q.   You are saying that's a lie.

23      A.   It was a lie in the papers, she

24  said it in the newspaper, it was in the

25  newspaper.



Page 217

1           G Maxwell - Confidential

2       Q.   How do you know she wasn't

3   identifying you?

4       A.   She said somebody.

5       Q.   How do you know that somebody

6   wasn't you?

7       A.   Why did it suddenly become me, why

8   not say it was me and be done with it.

9       Q.   So it's a lie because she

10  originally may not have named you and then

11  named you later?

12      A.   It's obviously inconsistent to

13  somebody who wasn't me.

14      Q.   How do you know it wasn't you?

15      A.   I know it wasn't me because I was

16  talking to her mother.

17      Q.   But she then named you, is what you

18  are saying?

19      A.   That's an obvious lie.

20      Q.   She named you?

21      A.   It's an obvious lie because I

22  wasn't even in the house.

23      Q.   Is it an obvious -- who did lead

24  her up to Jeffrey's room while you were

25  talking to her mother?



Page 218

```
 1          G Maxwell - Confidential
 2          A.   You would have to ask Virginia, I
 3   don't know if she was led up to his room.
 4          Q.   You were standing with the mother,
 5   is that correct?
 6          A.   That's correct.
 7          Q.   Who was working at the house that
 8   day?
 9          A.   ███████████████████████.
10          A.   Would ████████ typically lead
11   someone up to the room where Jeffrey was
12   having a massage?
13          A.   I don't know she was led up to the
14   room to have a massage.
15          Q.   She would have found her way on her
16   own?
17          A.   I would suggest that that entire
18   story never happened at all in any of its
19   form.
20          Q.   If you stood outside with the
21   mother, what did you think happened inside
22   then?
23          A.   I believe that somebody, it wasn't
24   me, ██████████ probably took her to meet
25   Jeffrey Epstein ████████████████████
```



1          G Maxwell - Confidential

2    ██████████████████████████████.

3        Q.   Did Jeffrey tell you that?

4        A.   No but that would have been a

5    normal interaction.  I don't believe for a

6    second -- I know her entire characterization

7    didn't happen because I was outside talking

8    to her mother the entire time.

9        Q.   Why would she have come for a

10   massage and not given a massage?

11            MR. PAGLIUCA:  Objection to the

12        form and foundation.

13       A.   We are talking about her

14   characterization of the first time that she

15   came to the house.

16       Q.   If I'm following you correctly,

17   you're saying she walked in and would have

18   gone to -- it's your assumption she would

19   have gone and talked to Jeffrey and left?

20       A.   When I was working for Jeffrey,

21   typically he would meet someone before

22   getting a massage from them to see if he

23   wanted to have a massage from them,

24   typically.

25       Q.   So he would not have someone come



Page 220

1         G Maxwell - Confidential

2    up to the room and start a massage?

3         A.   He would not.

4         Q.   So the young girls in the police

5    report who say they came over and were led up

6    to the room on the first day, would they be

7    wrong about that?

8              MR. PAGLIUCA:  Objection to form

9         and foundation.

10        A.   I can't comment what happened when

11   I was not at the house.  I can only comment

12   when I was at the house.

13        Q.   Was there ever a time where a woman

14   came to the house for the first time to give

15   a massage and Jeffrey had the massage that

16   day?

17             MR. PAGLIUCA:  Objection to the

18        form and foundation.

19        A.   Can we talk about adult

20   professional masseuses, please?

21        Q.   I'm asking, whether adult or

22   underage?

23        A.   I'm not interested in talking about

24   underage.  I can only testify to what I know,

25   professional masseuses, adult, I cannot



Page 221

1           G Maxwell - Confidential
2     testify to anything else.
3          Q.   Why can't you testify to an
4     underage girl that came over and was led up
5     to the room for a massage?
6               MR. PAGLIUCA:  Objection to the
7               form and foundation.
8          A.   The police records you are
9     referring to?
10         Q.   You are saying that didn't happen.
11    You're saying I can only testify to adults
12    that came for an interview and were led up to
13    the room.  Why can't you testify to whether
14    an underage girl was brought in for an
15    interview and led up --
16              MR. PAGLIUCA:  Objection to the
17              form and foundation.
18         Q.   Go ahead.
19         A.   Can you reask the question.
20         Q.   Why can't you testify as to an
21    underage girl who came over for an interview
22    and then was then led up to the room for the
23    massage?
24         A.   You've mangled your entire
25    question.  Can you please reask that in a way



Page 222

1          G Maxwell - Confidential

2     that I can answer it correctly?

3          Q.   Why can you not testify as to

4     whether an underage girl, you said you can

5     testify as to females that were over the age

6     of 18, why can't you testify as to whether an

7     underage girl came over for an interview and

8     on the same day --

9          A.   I don't know what you mean by

10    interview.

11         Q.   You just said that Jeffrey Epstein

12    interviewed, it was your word, interviewed

13    the masseuses before they gave massages, is

14    that correct?

15         A.   The word interview is making me --

16    I'm English, so you could have some

17    difficulty understanding the way I

18    communicate.

19         Q.   I'm using your word.

20         A.   Then I will reuse it a different

21    word.  He would meet them because receiving a

22    massage is something you want to make sure

23    you are comfortable with the person and so

24    interview is not the correct word but you

25    would meet them to have a conversation with


MAGNA
LEGAL SERVICES

Page 223

 1          G Maxwell - Confidential
 2    them to see if you want to have a massage
 3    with that person.
 4          Q.   Did Jeffrey Epstein ever meet an
 5    underaged girl and on the same day receive a
 6    massage from that girl?
 7               MR. PAGLIUCA:   Objection to the
 8          form and foundation.
 9          A.   I can't possibly testify to what
10    happened after I was not at the house.
11          Q.   If you are aware, at any time you
12    were at the house, did you ever see that?
13               MS. MENNINGER:   Let her finish the
14          question.
15          A.   I can only testify to people who
16    were adult professional masseuses who came to
17    the house.  I cannot testify to something I'm
18    not party to and don't know about.  I can
19    only testify to what I saw.  So when
20    professional adult masseuse, male and/or
21    females would come to the house, typically
22    when I was there, typically he would meet
23    with them prior, to have a conversation with
24    them about their experience, whatever, to
25    decide whether it would then A, if he had



Page 224

```
 1        G Maxwell - Confidential
 2   time for a massage at that time or B, whether
 3   he could have a massage at that moment.
 4        Q.   Was Virginia an adult when she came
 5   over, was she over 18?
 6             MR. PAGLIUCA:   Objection to the
 7        form and foundation.
 8        A.   I think we established, as of
 9   today, we are all aware, everyone in this
10   room that she was 17.
11        Q.   So you have been present when a
12   minor was brought over for a massage for
13   Jeffrey?
14        A.   Can I say, as you are able to have
15   a massage at 17, so she came as a masseuse.
16        Q.   I'm not saying whether or not you
17   are able to.   I'm saying you've been present
18   at Jeffrey's home when an underage minor has
19   come over to give him a massage?
20        A.   That's just not how that works.
21   You are able to be a masseuse at 17 so she
22   came to give -- for a massage, at 17 you are
23   able to come and give a massage.
24        Q.   I'm not asking whether she is able
25   to do it.   I'm asking whether you were
```



Page 225

```
 1         G Maxwell - Confidential
 2    present at the home when a girl under the age
 3    of 18 came over for the purposes of giving a
 4    massage?
 5              MR. PAGLIUCA:  Objection to the
 6         form and foundation.
 7         Q.   You can answer.
 8         A.   You can be a professional masseuse
 9    at 17 in Florida, so as far as I am aware, a
10    professional masseuse showed up for a
11    massage.  There is nothing inappropriate or
12    incorrect about that and your
13    mischaracterization of it, I think is
14    unfortunate.
15         Q.   How many teenagers did he have that
16    were professional masseuses that worked in
17    his home?
18              MR. PAGLIUCA:  Objection to the
19         form and foundation.
20         Q.   How many?
21         A.   First of all, I am not aware of
22    teenagers who worked in his home.
23         Q.   You are aware of Virginia Roberts
24    and you've stated she was 17 and she worked
25    for him, correct?
```



Page 226

1          G Maxwell - Confidential

2          A.   No.   I did not state that at all,

3     you are mischaracterizing my words and what I

4     said.

5               What I said was that we can all

6     agree and I think at this point there is not

7     one person in this room, however much you

8     would like her to be younger, to say she was

9     not 17 because that has been a very offensive

10    thing that you have all done.  So she was 17.

11    At 17 you are allowed to be a professional

12    masseuse and as far as I'm concerned, she was

13    a professional masseuse.   There is nothing

14    inappropriate or incorrect about her coming

15    at that time to give a massage.   Her entire

16    characterization of her first time at the

17    house was to me an obvious lie, given it was

18    impossible for her entire story to take place

19    given I was speaking to her mother the entire

20    she was at the house.

21          Q.   So it was impossible that day, that

22    first day she came and you were speaking to

23    the mother, for Virginia Roberts to have had

24    sex with Jeffrey Epstein during the time that

25    you were outside with her mother?



 1          G Maxwell - Confidential

 2          MR. PAGLIUCA:   Objection to the

 3      form and foundation.

 4      A.   You, again, are completely

 5  mischaracterizing.   I can only testify to

 6  what I heard obvious lies about me and her

 7  obvious lies about me are that she, as you

 8  put out to the papers and every other which

 9  way, went upstairs with her, didn't happen.

10  So that to me is an absolute, obvious lie.   I

11  also don't believe that her -- her

12  mischaracterization of the length of time she

13  was there because as I recall, she just met

14  with Jeffrey and then left with her mother.

15  That's my recollection.

16      Q.   So you were standing outside the

17  entire time that Virginia was in the house,

18  is that correct?

19      A.   That is correct.

20      Q.   So can you testify as to whether or

21  not, do you know either from Jeffrey or any

22  other source whether or not Virginia Roberts

23  had sex with Jeffrey on that first day that

24  she was at the house?

25      A.    We can categorically state,



Page 228

1              G Maxwell - Confidential

2     absolutely 1000 percent that she did not have

3     any type of sexual relations as described by

4     you in your court papers that took place

5     because those allegedly according to her lies

6     involved some aspect of me.

7              As I was standing outside with her

8     mother the entire time, her entire story is a

9     lie.  Therefore, to ask me what she did or

10    didn't do during that time, I can only

11    testify to what she said about me, which was

12    1000 percent false.

13        Q.   So let's not take the first time,

14    let's take the next time she comes.

15        A.   No no, how can do you that, when

16    the basis of this entire horrible story that

17    you have put out is based on this first

18    appalling story that was written, repeated,

19    multiply by the press that lied about her

20    age, lied about the first time she came, lied

21    about and characterized the entire first

22    time.  I have been so absolutely appalled by

23    her story and appalled by the entire

24    characterization of it and I apologize

25    sincerely for my banging at the table



```
 1          G Maxwell - Confidential
 2    earlier, I hope you accept my apology.  It's
 3    borne out of years of feeling the pressure of
 4    this entire lie that she has perpetrated from
 5    our first time and whilst I recognize that
 6    was -- I hope you forgive me sincerely
 7    because it was just the length of time that
 8    that terrible story has been told and retold
 9    and rehashed when I know it to be 100 percent
10    false.
11         Q.   So not the first time she came, but
12    the second time she came or the third time or
13    any time she came, did you ever participate
14    in a massage with her in Jeffrey Epstein's
15    room?
16         A.   I have never participated at any
17    time with Virginia in a massage with Jeffrey.
18         Q.   Have you ever participated at any
19    time with Virginia in any kind of sexual
20    contact or sexual touching with Jeffrey and
21    Virginia?
22         A.   I have not.
23         Q.   So we were going through the list
24    of obvious lies and you were talking about
25    the first time which I believe we have
```



Page 230

```
 1          G Maxwell - Confidential
 2    completed but you can add to that if you need
 3    to.
 4               What other obvious lies did
 5    Virginia Roberts tell that you were referring
 6    to in your statement?
 7         A.   Oh my goodness.  Well, I think we
 8    can totally cover the ██████ story, the
 9    story that I flew him with ██████████ and
10    there was a dinner with other people and that
11    entire thing is 100 percent fictitious.  I
12    have testified for the record and I'm happy
13    to do it again, that I have never flown ████
14    ███████ myself as a pilot in a helicopter at
15    any time, anyplace, at any time, to any part
16    of the world.
17         Q.   What other obvious lies were you
18    referring to?
19         A.   She was referring to ███████, she
20    is referring to a bunch of people.  I don't
21    believe ███████ ever came to the island at
22    any time ever.  I don't even know ████████
23    actually.
24         Q.   Just one moment, I want to hear all
25    of them, but when you say you don't believe
```



Page 231

```
 1          G Maxwell - Confidential
 2   █████ ever came to the island, do you know
 3   whether █████ ever came to the island?
 4      A.   █████ never came to the island.
 5      Q.   How do you know that?
 6      A.   Jeffrey doesn't know him, I don't
 7   know him and I think had █████ -- I don't
 8   think -- had █████ gone to the island
 9   during the period when I would have been
10   involved in organizing a trip, I would have
11   been aware of it.
12      Q.   So go ahead, you had another one.
13      A.   It would be easier if I could see,
14   do you mind if a take a reference at some of
15   these newspaper articles or you just want me
16   to go from memory.
17           Her entire characterization of what
18   took place in London at my house with █████
19   █████
20      Q.   Was it an obvious lie that she was
21   at your house in London?
22      A.   We can't really establish the
23   photograph and all that.  I don't know if
24   that's true, if that's a real picture or not.
25      Q.   So you dispute that you were
```



Page 232

```
 1          G Maxwell - Confidential
 2    actually photographed in your town home in
 3    London --
 4          A.   I don't recognize that picture.
 5    I'm not sure if that's a real picture or not.
 6          Q.   And have you talked to ████
 7    ████ about that picture?
 8          A.   We discussed Virginia's entire tail
 9    and he asked me if he even knew her.
10          Q.   So did ████████ tell you that
11    he did not have sex with Virginia Roberts?
12          A.   He doesn't even know who Virginia
13    Roberts is.
14          Q.   Did he tell you that he didn't have
15    sex with her?
16          A.   It would be difficult to have sex
17    with someone you don't know.
18          Q.   He may not remember her?
19          A.   I think the inference is he didn't
20    know who she was, he didn't have any
21    recollection of her whatsoever.
22          Q.   Has ████████ ever come to your
23    London town home?
24          A.   Yes.  Ever being the entire time I
25    owned my house, yes.
```



Page 233

```
 1          G Maxwell - Confidential
 2              Can I go on on her obvious lies?
 3      Q.   If you have more.
 4      A.   I have -- her entire
 5  characterization -- I took her shopping into
 6  Burberry and bought her a very expensive
 7  dress and if this photo were real and if this
 8  is -- I would never -- the outfit doesn't
 9  work at all so --
10      Q.   Do you not remember taking her
11  shopping or are you saying it's an obvious
12  lie, you know you did not take her shopping?
13      A.   I did not take her shopping.  I did
14  not by her a $5,000 handbag.
15      Q.   Did Jeffrey by her a $5,000
16  handbag?
17      A.   Her accusation was that I did.
18      Q.   Do you know if Jeffrey bought her a
19  handbag during that trip to London?
20      A.   I don't know what he did.  She
21  accused me, I can't physically remember
22  buying a $5,000 not for her, not for anyone,
23  not for me.
24      Q.   Did you ever go shopping with
25  Virginia?
```



Page 234

1          G Maxwell - Confidential

2          A.    I don't recall ever shopping with

3    Virginia.

4          Q.    Did you have more to go over or did

5    you want me to ask my questions?

6          A.    The entire characterization of what

7    took place in my house in London would have

8    been impossible.

9          Q.    Can I ask, do you still have it,

10   the picture of the London town home with you

11   in it, Giuffre 00407.

12              As you are looking at this picture,

13   Ms. Maxwell, as I'm looking at it it's on the

14   right-hand side, there appears to be a

15   picture hanging on the wall, do you recall

16   that in your London town home?

17         A.    It's a little difficult to see.

18         Q.    Do you recall having a picture on

19   the wall there by the room where you're

20   standing?

21         A.    I do have a picture.

22         Q.    Do you recall on the left-hand side

23   having a railing that looks like that with

24   sort of a bubble wood top?

25         A.    I do.



Page 235

```
 1        G Maxwell - Confidential
 2        Q.   So are you saying that it's an
 3   obvious lie that Virginia's statement that
 4   she had sex with ██████████ is an obvious
 5   lie?
 6        A.   What I'm representing is that her
 7   entire ludicrous and absurd story of what
 8   took place in my house is an obvious lie.
 9        Q.   Including she had sex with █████
10   ██████
11        A.   She claimed things took place in my
12   bathroom in London.  Her characterizations is
13   just not possible.
14        Q.   So you're saying it's an obvious
15   lie -- that she was telling an obvious lie
16   when she said she had sex with ████████████?
17             MR. PAGLIUCA:  Objection to the
18        form and foundation.  The witness
19        answered the question.
20        A.   I'm saying within the context of
21   all the stories she told, this particular
22   story -- back up, she claimed we went out at
23   night.  ██████████████████████████████
██   ████████████████████████████████████████
██   ████████████████████████████████████
```



```
 1          G Maxwell - Confidential
 2     ████████████████.  She characterized
 3  that ███████████████████.  ██████
 4  ████████████████.
 5          She then characterized things took
 6  place in my bathroom in the bathtub itself.
 7  The tub is too small for any type of activity
 8  whatsoever.
 9     Q. ████████████████████████
██  ███████████████████████
11     A. ███████████████████████
██  ████████████████
13     Q.  That would be ████████████
14  ██████
15     A.  Yes.
16     Q.  Are you saying that it was an
17  obvious lie when Virginia said that you made
18  her dress up in a school girl outfit?
19          MR. PAGLIUCA:  Objection to the
20          form and foundation.
21     A.  I already testified that, first of
22  all, I don't know what you are taking about,
23  I already testified I didn't get her outfits
24  and all of that.
25     Q.  Is it an obvious lie that Virginia
```



Page  237

```
 1            G Maxwell - Confidential
 2   was paid to go to give a massage to Glenn
 3   Dubin at the Breakers?
 4            MR. PAGLIUCA:  Objection to the
 5        form and foundation.
 6        A.   I cannot testify to what Virginia
 7   did outside of -- I can't testify to what she
 8   did, who she gave massages to.
 9        Q.   So you don't know on that one?
10        A.   Of course I don't know.
11        Q.   Do you agree that it's
12   psychologically harmful to have sex with a
13   minor?
14            MR. PAGLIUCA:  Objection to form
15        and foundation.
16        A.   What are you asking me?
17        Q.   I'm asking if is it psychologically
18   harmful for an adult to have sex with a
19   minor?
20            MR. PAGLIUCA:  Objection to the
21        form and foundation.
22        A.   I don't know what you are asking.
23   This has nothing to do with Virginia Roberts.
24        Q.   It does.
25        A.   How does it?
```



Page 238

1              G Maxwell - Confidential

2         Q.   I ask the questions, you answer.

3    If you can't answer, you can say I don't

4    know.

5              But my question is, do you agree

6    that it's psychologically harmful to have sex

7    with a minor?

8              MR. PAGLIUCA:  Objection to the

9         form and foundation.

10        A.   Are you giving me a random question

11   and as not relates to this case and not

12   relates to anything.  It's obviously not

13   something that you want to have happen.

14        Q.   Do you agree that Jeffrey Epstein

15   has harmed many minors by having sex with

16   them?

17             MR. PAGLIUCA:  Objection to the

18        form and foundation.

19        A.   I can't testify to what Jeffrey did

20   or didn't do.  I have no knowledge of what

21   you are asking me.

22        Q.   If Jeffrey had sex with minors,

23   would you agree that that could harm a minor?

24             MR. PAGLIUCA:  Object to the form

25        and foundation.



Page 239

1          G Maxwell - Confidential

2          A.    Again, I am not testifying to what

3     Jeffrey did or did not do because I cannot.

4          Q.    You don't know whether Jeffrey

5     Epstein ever had sex with a minor?

6          A.    Again, I cannot testify to what

7     Jeffrey did or didn't do.  I cannot.

8          Q.    You never observed him having sex

9     with a minor?

10         A.    I never observed Jeffrey having sex

11    with a minor.

12         Q.    Do you agree that calling a sex

13    abuse victim a liar when she speaks about her

14    abuse can cause psychological harm?

15              MR. PAGLIUCA:  Objection to the

16         form and foundation.

17         A.    Can you repeat the question.

18         Q.    Do you agree calling a sex abuse

19    victim when she speaks about her abuse can

20    cause psychological harm?

21              MR. PAGLIUCA:  Objection to form

22         and foundation.

23         A.    Say it again.

24         Q.    Do you agree that calling a sexual

25    abuse victim a liar can cause psychological



Page 240

1          G Maxwell - Confidential

2     harm.

3              MR. PAGLIUCA:  Object to the form

4          form and foundation.

5          A.   I would like to say all the

6     terrible things Virginia Roberts said about

7     me is extremely harmful and you should turn

8     that around.  All the lies she has said and

9     you have backed her on have been extremely

10    damaging to me.

11              So what I can testify to is that

12    somebody who has made these outrageous

13    allegations and who is a serious liar and

14    that I know for a fact is a liar, that I can

15    testify is damaging to me.

16         Q.   Do you agree that calling a sexual

17    abuse victim a liar when she speaks out about

18    her abuse can cause psychological harm?

19              MR. PAGLIUCA:  Are you asking a

20         hypothetical question?

21              MS. McCAWLEY:  Yes.

22         A.   You are asking me to speculate?

23         Q.   I'm not asking you to speculate .

24    If somebody is a sexual abuse victim --

25         A.   I can't testify to what some random



Page 241

```
 1          G Maxwell - Confidential
 2     hypothetical person that you are asking me to
 3     speculate on their mental state or health
 4     versus speculative statement.  I can't do
 5     that, that's just not right.
 6          Q.   Do you agree that by calling
 7     Virginia Roberts a liar when she was subject
 8     to sexual abuse by Jeffrey Epstein can cause
 9     psychological harm?
10          MR. PAGLIUCA:  Objection to the
11          form and foundation.  Assumes facts not
12          in evidence.
13          A.   I can only tell you about what I
14     know of Virginia's lies.  She lied
15     repeatedly, often and I know for a fact she
16     is a liar so I can only testify to what I
17     know and the fact that she has lied about me
18     from the beginning to the end and repeatedly
19     causes me to question anything that she may
20     feel.
21          Q.   Is it an obvious lie you had sex
22     toys in Jeffrey Epstein's Palm Beach house?
23          MR. PAGLIUCA:  Objection to the
24          form and foundation.
25          A.   Can you repeat the question,
```



Page 242

1           G Maxwell - Confidential

2    please?

3        Q.   Is it an obvious lie that you had

4    sex toys in Jeffrey Epstein's Palm Beach

5    house?

6            MR. PAGLIUCA:  Objection to the

7        form and foundation.

8        A.   Did Virginia say that?

9        Q.   I'm asking you a question.

10           Is it an obvious lie that you had

11   sex toys in Jeffrey Epstein's house?

12       A.   I don't recall any sex toys.

13       Q.   If someone said had you sex toys,

14   would that be an obvious lie?

15           MR. PAGLIUCA:  Objection to the

16       form and foundation.

17       A.   Like I said -- can you be more

18   specific about the house or whatever, what

19   exactly you are referring to, what's a sex

20   toy?

21       Q.   Yes.  How would you define a sex

22   toy?

23       A.   No.  I need you to define a sex

24   toy, I don't have enough knowledge of sex

25   toys.



Page 243

1         G Maxwell - Confidential

2         Q.    I will define it based on the

3    dictionary's definition, which is an object

4    or device used to sexually stimulate or

5    enhance sexual pleasure.

6         A.    What's your question, please?

7         Q.    The question is, is it an obvious

8    lie that you had sex toys in Jeffrey

9    Epstein's Palm Beach house?

10            MR. PAGLIUCA:  Same objection.

11        Q.    You can answer.

12        A.    Like I said, I do not have any

13   recollection of sex toys in Jeffrey's house.

14        Q.    Is it a lie, is it an obvious lie

15   that you took pictures of nude girls?

16            MR. PAGLIUCA:  Object to the form

17        and foundation.

18        A.    We already covered this.  Girls we

19   are not referring to -- I can only testify to

20   taking pictures of adult people and I already

21   testified they are not nude, per se.  That

22   every picture that I ever took and which they

23   were very limited, always by request, the

24   people would be covered or it would be a hand

25   or a foot.  There was never any pictures that



Page 244

1          G Maxwell - Confidential

2     I took of people would only have been

3     mainstream type magazine type photos and any

4     photos I took could have been very happily

5     and expected to be displayed on your parents'

6     mantel piece or grandparents' mantel piece.

7          Q.   Is it a lie that you approached

8     females to bring them to Jeffrey Epstein?

9          MR. PAGLIUCA:  Objection to the

10          form and foundation.

11          A.   Please ask the question, again.

12          Q.   Sure.  Is it a lie that you

13     approached females to bring them to Jeffrey

14     Epstein?

15          A.   I don't know what you are asking

16     me.

17          Q.   I'm asking you, if it's a lie that

18     you approached females to bring them to

19     Jeffrey Epstein?

20          MR. PAGLIUCA:  Objection to the

21          form and foundation.

22          A.   You are not asking me a good

23     question, sorry.

24          Q.   You don't get to choose the

25     questions.



Page 245

           G Maxwell - Confidential

1

2      A.   I would like to answer your

3   questions but you are not asking me a

4   question that I can answer.

5      Q.   What about that is causing you

6   pause where you can't answer the question?

7      A.   You are trying to trap me and

8   that's not fair, so I already testified that

9   I hire people across the board, so I would

10  hire architects, decorators, pool people,

11  exercise instructors, gardeners, cooks,

12  chefs, cleaning people.  So I, in the course

13  of a very long time when I would hire people

14  I hired people to work for Jeffrey.  So I'm

15  happy to testify to hiring people for every

16  possible conceivable proper job that you

17  could conceive of within the context of

18  Jeffrey's life and homes.

19     Q.   Is it a lie that you approached

20  females to bring them to Jeffrey Epstein for

21  the purpose of performing massages?

22          MR. PAGLIUCA:  Objection to the

23      form and foundation.

24     A.   Again, I have already testified

25  that part of the job that I had was to hire



Page 246

 1            G Maxwell - Confidential

 2     lots of different types of people.  In terms

 3     of whatever -- very small part of my job,

 4     Jeffrey enjoyed getting massages.  I think

 5     that is something we can all agree in this

 6     room and within the context of that, very

 7     infrequently I would go to spas and myself

 8     happily receive a professional nonsexual

 9     massage from a man and/or from a woman and if

10     that massage was something that I thought was

11     something that was good, I would ask if that

12     man or woman would come back and does home

13     visits.  If that person said that they did,

14     they would sometimes come, from time to time,

15     not always, come back to the house to perform

16     a nonsexual professional male or female

17     massage.

18          Q.   Were any of the exercise

19     instructors you hired under the age of 18?

20          A.   Again, I don't hire, we've already

21     established that I don't hire people.  I

22     interview people to see if they are competent

23     in the job that they do and/or whether they

24     are someone who seemed that they can do home

25     visits.



Page 247

1          G Maxwell - Confidential

2              At the point where I think that

3      there is somebody that has, can be either

4      whatever the job may be, pool, gardener, chef

5      and/or exercise instructor and I think they

6      could be good at whatever it is at whatever

7      skill that they had and they did a home visit

8      which would obviously be mandatory and Mr.

9      Epstein would meet with them and decide if he

10     wanted to have whatever skill it was that he

11     would do it and then he would then either

12     have them come back or hire them.

13          Q.   Were there any exercise instructors

14     that worked at the home that were under the

15     age of 18?

16              MR. PAGLIUCA:  Objection to the

17          form and foundation.

18          A.   Again, I keep coming back to this,

19     that the people that I employed or -- not the

20     right word, the people I would meet to come

21     and work at the house, under any guise

22     whatsoever, again, from any of the many

23     positions that I filled, were all over --

24     were adults.

25          Q.   When you say adults, over the age



Page 248

1          G Maxwell - Confidential

2    of 18?

3          A.   I think we can establish what adult

4    would be.

5          Q.   You never interviewed or I know you

6    don't want to use the word hired, whatever

7    your role was, you brought in an exercise

8    instructor that was under the age of 18 to

9    work at the house?

10              MR. PAGLIUCA:  Object to the form

11         and foundation.

12         A.   I have already testified that what

13   I was responsible for was to find people who

14   had competencies in whatever area I was

15   looking for.  The competencies I was looking

16   for were professional and adult.

17         Q.   So there was no exercise instructor

18   that worked at the Palm Beach house or the

19   New York house or the New Mexico house or the

20   USVI under the age of 18?

21              MR. PAGLIUCA:  Objection to the

22         form and foundation.

23         A.   I can only testify to when I was at

24   the house.

25         Q.   Yes.



Page 249

1          G Maxwell - Confidential

2          A.   I can only testify to the years

3    when I was present.

4          Q.   Right.

5          A.   And I can also only testify to

6    people I personally either met and/or worked

7    with and/or invited, to find the correct

8    word, I don't know what the correct word is,

9    to come to do exercise or whatever it was at

10   the house.

11              Of the people that I, male and/or

12   female that I brought were all appropriate

13   and age appropriate adults.

14         Q.   Over the age of 18?

15         A.   We've established them as an adult.

16         Q.   You are saying appropriate adults,

17   so we are clear, you didn't hire or bring in

18   or know of any exercise instructors that were

19   under the age of 18 at any of those homes?

20         A.   I am also testifying that when I

21   was present at the house and with the people

22   that I brought in, were all age appropriate

23   adults.

24         Q.   How do you define age appropriate

25   adults, is that over the age of 18, can we



Page 250

 1         G Maxwell - Confidential

 2    agree to that?

 3              MR. PAGLIUCA:   Objection to the

 4         form and foundation.

 5         Q.   Are they under the age of 18?

 6         A.   We already established that you can

 7    be a masseuse in Florida at age 17.  That

 8    does not make it inappropriate.

 9         A.   I'm not saying appropriate or

10    inappropriate.  I'm just asking if there were

11    any exercise instructors that were under the

12    age of 18.

13         A.   I am not aware if anybody was but I

14    don't want to full out and say you oh she

15    said, we already established you can be a 17

16    year old masseuse and have it not be

17    something that is not appropriate.  So when

18    you say that and then you go, well, you come

19    back and say something, now we can establish

20    that Virginia was 17 but you can be a 17 year

21    old legal masseuse, but I am not aware to

22    your point.

23         Q.   Who were the other 17 year old

24    masseuses that you were aware of?

25         A.   I am not aware of any.



Page 251

1          G Maxwell - Confidential

2     Q.    Were there any 16 year year old

3  masseuse that you are aware of?

4     A.    I am not aware.

5     Q.    Any 15?

6     A.    I just want to be clear.  The only

7  person that I am aware of who claims to have

8  been a -- we have to -- we established

9  Virginia now is 17, given she has changed her

10  age so many times.  The only person that I am

11  aware of that was a masseuse at the time when

12  I was present in the house was Virginia.

13     Q.    Is it an obvious lie that Jeffrey

14  Epstein had a sexual preference for underage

15  miners?

16          MR. PAGLIUCA:  Objection to the

17          form and foundation.

18     A.    Can you ask the question again?

19     Q.    It is it an obvious lie that

20  Jeffrey Epstein had a sexual preference for

21  underage minors?

22          MR. PAGLIUCA:  Objection to the

23          form and foundation.

24     A.    Can you ask the question again?

25     Q.    Is it an obvious lie that Jeffrey



Page 252

1          G Maxwell - Confidential

2   Epstein had a sexual preference for underage

3   minors?

4              MR. PAGLIUCA:  Object to the form

5         and foundation.

6         A.   I cannot testify to what

7   Jeffrey's --

8         Q.   You don't know his preference?

9         A.   You handed me a stack of papers

10  from the police reports and that's what I've

11  read but I have no knowledge, direct

12  knowledge, of what you are referencing.

13        Q.   So you don't know, you don't know

14  in your own mind that Jeffrey Epstein had a

15  sexual preference for underage minors, is

16  that correct?

17             MR. PAGLIUCA:  Objection to the

18        form and foundation.

19        Q.   Is that correct?

20        A.   Please ask the question again.

21        Q.   You don't know in your own mind

22  that Jeffrey Epstein had a sexual preference

23  for underage minors?

24             MR. PAGLIUCA:  Objection to the

25        form and foundation.  You have to pause,



Page 253

1          G Maxwell - Confidential

2          let me object, answer the question.

3          Listen to her question, pause, I object,

4          you answer.

5          Q.   So you don't know in your own mind

6     that Jeffrey Epstein had a sexual preference

7     for underage minors?

8               MR. PAGLIUCA:  Objection to the

9          form and foundation.

10         Q.   You can answer.

11         A.   I cannot tell you what Jeffrey's

12    story is.  I'm not able to.

13         Q.   Did Jeffrey Epstein have a scheme

14    to recruit underage girls to use them for

15    purposes of sexual massages?

16              MR. PAGLIUCA:  Objection to the

17         form and foundation.

18         A.   Can you ask me again, please?

19         Q.   Did Jeffrey Epstein have a scheme

20    to recruit underage girls to recruit them for

21    sexual massages?

22              MR. PAGLIUCA:  Objection to the

23         form and foundation.

24         A.   Can you ask it a different way?

25         Q.   Did Jeffrey Epstein have a scheme



1          G Maxwell - Confidential

2     to recruit underage girls for sexual

3     massages?

4               MR. PAGLIUCA:  Objection to the

5          form and foundation.

6          Q.   If you know.

7          A.   I don't know what you are talking

8     about.

9          Q.   Is it an obvious lie that Virginia

10    Giuffre was a minor the first time she was

11    taken to Jeffrey Epstein's house?

12              MR. PAGLIUCA:  Objection to the

13         form and foundation.

14         A.   So we've already established that

15    Virginia was 17 and we have established that

16    her mother brought her to the house and that

17    she came as a masseuse, age 17, which is

18    legal in Florida.

19         Q.   Would Jeffrey Epstein's assistants

20    arrange times for underage girls to come to

21    the house for sexual massages?

22              MR. PAGLIUCA:  Objection to the

23         form and foundation.

24         A.   What are you talking about?

25         Q.   Sure.  Would Jeffrey Epstein's



MAGNA
LEGAL SERVICES

Page 255

```
 1          G Maxwell - Confidential
 2   assistants, I think earlier you mentioned, we
 3   talked about ████████████ who worked in the
 4   role as an assistant or ████████████.
 5   Would Jeffrey Epstein's assistants arrange
 6   times for underage girls to come over the
 7   house for sexual massages?
 8              MR. PAGLIUCA:  Objection to the
 9         form and foundation.
10        A.   Again, I read the police reports so
11   this is all happening according to the police
12   reports when I am no longer at the house so I
13   can't testify to what Jeffrey's assistants
14   did when this kind of activity as alleged in
15   the reports.
16        Q.   So you don't know?
17        A.   No.
18        Q.   Would Jeffrey Epstein's assistants,
19   meaning ████████████████████████ or any
20   other assistant that you are aware of from
21   the time you worked there take nude
22   photographs of underage girls?
23              MR. PAGLIUCA:  Object to the form
24         and foundation.
25        A.   During what period of time?
```



Page 256

1          G Maxwell - Confidential

2          Q.   During any period of time you

3    worked, did you observe that?

4          A.   I did not observe any such

5    photographs.

6          Q.   Are you aware if they took those

7    kinds of photos?

8          A.   I am not aware.

9               MR. PAGLIUCA:   Can we take a

10         five-minute break.

11              THE VIDEOGRAPHER:   It's 2:58 and we

12         are off the record.

13              (Recess.)

14              THE VIDEOGRAPHER:   It's now 3:10.

15         We're starting disk No. 6 and we are

16         back on the record.

17         Q.   Ms. Maxwell, was it an obvious lie

18    when Virginia said she was sent to Thailand

19    by Epstein in September of 2002?

20              MR. PAGLIUCA:   Objection to the

21         form and foundation.

22         A.   I have no knowledge of Virginia

23    being sent to Thailand.

24              But may I say something?

25         Q.   There is not a question pending



Page 257

1           G Maxwell - Confidential

2     unless you want to clarify something.

3               Did you want to clarify that?

4           A.   No, I just wanted to say something.

5           Q.   Is it an obvious lie when Virginia

6     said she was given instructions to maintain

7     telephone contact with you while she was in

8     Thailand?

9               MR. PAGLIUCA:  Objection to the

10          form and foundation.

11          A.   Can you repeat the question?

12          Q.   Is it an obvious lie when Virginia

13    said she was given instructions to maintain

14    telephone contact with you when she was in

15    Thailand?

16               MR. PAGLIUCA:  Same objection.

17          A.   I have no idea what instructions

18    Virginia was given, if any, when she went to

19    Thailand.

20          Q.   So you know she went to Thailand?

21          A.   I know she claimed she went to

22    Thailand from having read it but given that

23    she lied about everything it's hard to know

24    what is true and not true.

25          Q.   Would it make any sense for her to



Page 258

 1          G Maxwell - Confidential

 2    be in contact with you, would there be any

 3    reason why she needed to be in contact with

 4    you?

 5              MR. PAGLIUCA:  Objection to the

 6          form and foundation.

 7          A.    When are we talking about?

 8          Q.    When she went to Thailand.

 9              MR. PAGLIUCA:  Same objection.

10          Q.    In 2002, would there be any reason

11    for her to remain in contact with you?

12              MR. PAGLIUCA:  Objection to the

13          form and foundation.

14          A.    Can you ask the question again,

15    please?

16          Q.    Would there be any reason for

17    Virginia to maintain contact with you in 2002

18    when she went to Thailand?

19              MR. PAGLIUCA:  Same objection.

20          A.    First of all, I didn't know that

21    she went to Thailand.  I had had nothing to

22    do with her trip to go to Thailand and there

23    would absolutely no reason for her to be in

24    touch with me, whatsoever.

25          Q.    Did you ever have a phone number



Page 259

```
 1           G Maxwell - Confidential
 2    that was ████████████
 3         A.   I did.
 4         Q.   Was that a cell phone number?
 5         A.   Yes.
 6         Q.   Is that your current cell phone
 7    number?
 8         A.   Yes.
 9         Q.   I'm going to mark a couple of
10    things here?
11               (Maxwell Exhibit 11, photos, marked
12          for identification.)
13               THE WITNESS:  Can I say something
14          now?
15               MR. PAGLIUCA:  No.
16               THE WITNESS:  Will you let me know
17          when I can?
18               MR. PAGLIUCA:  When she asks you a
19          question:
20         Q.   So we've marked this as Exhibit 11.
21    I'm showing you what's been marked as Exhibit
22    11 which is Giuffre 003191 and 003192.
23               Can you take a look at that
24    document for me.  Is that number that you
25    just identified the ████████████ as being
```



Page 260

```
 1           G Maxwell - Confidential
 2    your cell phone number, is that number on
 3    this document?
 4           A.   It is.
 5           Q.   And do you know who authored this
 6    document?
 7           A.   I do not.
 8           Q.   Who is ████
 9           A.   I don't know who ████ is on this
10    document because I don't know what this
11    document is.
12           Q.   Do you know someone by the name of
13    ████
14           A.   I do know someone by the name of
15    ████
16           Q.   Would he know your phone number?
17                MR. PAGLIUCA:  Object to the form.
18           A.   I have to idea.
19           Q.   Why would Virginia be instructed to
20    call Ms. Maxwell at your number on this form?
21                MR. PAGLIUCA:  Objection to the
22           form and foundation.
23           A.   I don't know what this document is.
24    I don't know when it was done, I don't know
25    anything about it other than I can see it has
```



Page 261

```
 1          G Maxwell - Confidential
 2    my name and my number on it.
 3          Q.   So ▓▓▓▓ -- you said ▓▓▓▓ -- is he
 4    employed by Mr. Epstein?
 5          A.   Again, it is not the only one ▓▓▓▓
 6    on the planet.
 7          Q.   I understand.
 8               Do you know a ▓▓▓▓ that is employed
 9    by Mr. Epstein?
10               MR. PAGLIUCA:  Objection to the
11          form and foundation.
12          A.   Can you ask me the question again?
13          Q.   Do you know someone by the name of
14    ▓▓▓▓ that was employed by Mr. Epstein back in
15    2002?
16          A.   I do know somebody who was employed
17    by Mr. Epstein known as ▓▓▓▓
18          Q.   Do you recognize the other numbers
19    listed at the top of this document?
20          A.   I do not.
21          Q.   Would you have known ▓▓▓▓ cell
22    number at that time in 2002?
23               MR. PAGLIUCA:  Objection to the
24          form and foundation.
25          A.   I have no idea.
```



Page 262

         1          G Maxwell - Confidential

         2          Q.   Can I ask you to turn to the next

         3     page, please.

         4               Do you know who █████████████

         5     is who is mentioned on this document?

         6          A.   I do not.

         7          Q.   If you look on the bottom lines of

         8     the document, it says, Still in Thailand

         9     during your stay, if she is, she will be

        10     staying at the same hotel.

        11               Do you recall ever giving Virginia

        12     instructions to meet a girl in Thailand?

        13               MR. PAGLIUCA:  Objection to the

        14          form and foundation.

        15          A.   I have already testified that I

        16     didn't even know that Virginia was going to

        17     Thailand.

        18          Q.   So you didn't give her instructions

        19     to meet a girl in Thailand?

        20          A.   Like I said, I didn't even know she

        21     was going to Thailand.

        22          Q.   Do you know whether Jeffrey Epstein

        23     would have given her instructions to meet a

        24     girl in Thailand?

        25               MR. PAGLIUCA:  Objection to the



Page 263

1          G Maxwell - Confidential

2          form and foundation.

3          A.   I cannot possibly tell you what

4     Jeffrey did or didn't do.  I wouldn't know.

5          Q.   Do you know whether Jeffrey Epstein

6     paid for Virginia to go to Thailand?

7          A.   Again, I wouldn't know if he did.

8               (Maxwell Exhibit 12, documents,

9          marked for identification)

10         Q.   I'm going to direct -- you can take

11    a look at it and then I'm going to direct

12    your attention to a couple of pages.

13              MR. PAGLIUCA:  So the record should

14         be clear, this exhibit which is 12 is

15         375, 6, 7, 8, 9, 80, 1, and then skips

16         to 919, 920, 921, 922, 923, 924, 925 and

17         926.

18         Q.   So I'm going to direct your

19    attention to the first page, have you ever

20    traveled with Jeffrey Epstein where you've

21    received a document like this from Shoppers

22    Travel in your own independent travel.

23              Do you recognize this?

24              MR. PAGLIUCA:  Objection to the

25         form and foundation.



Page 264

1           G Maxwell - Confidential

2      Q.   The front form, the front page, do

3  you recognize this Shopper Travel form, have

4  you ever used them as a travel agent with

5  Jeffrey Epstein?

6           MR. PAGLIUCA:  Same objection.

7      Q.   You can answer.

8      A.   I don't recognize this.

9      Q.   Turning to the second page which is

10  the 00376, do you see at the top of that

11  document where it says Jeffrey Epstein, J.

12  Epstein 457 Madison Avenue 4th floor New York

13  New York.

14           Is that an address you are familiar

15  with that is Jeffrey Epstein's?

16      A.   I am.

17      Q.   Do you see below that, travel on

18  Singapore Airlines, and you are going to have

19  to go from New York JFK to Singapore Bangkok.

20           Do you see that?

21           MR. PAGLIUCA:  What?

22      Q.   The first entry is going to be on

23  September 27, New York.

24           MR. PAGLIUCA:  I see it.

25           MS. McCAWLEY:  I'm not talking to



Page 265

1           G Maxwell - Confidential

2           you.  I'm talking to the witness.

3           A.   I see it.

4           Q.   To Singapore Bangkok?

5           A.   Singapore Bangkok I'm afraid are

6      not the same place.

7           Q.   Singapore, then Bangkok:

8           Q.   I'm going to turn you to page

9      Giuffre, it's a little further back 000919.

10     And do you see at the top where it says J.

11     Epstein, underneath, Royal Princess, change

12     mine?

13          A.   I do.

14          Q.   Does this refresh your recollection

15     that Virginia Roberts' trip to Thailand was

16     paid for by Jeffrey Epstein?

17               MR. PAGLIUCA:  Objection to the

18          form and foundation.

19          A.   I can only testify to the piece of

20     paper you showed me that has that

21     information.  I cannot testify from direct

22     memory.

23          Q.   When Virginia was traveling to

24     Thailand, which the dates, again, I'm going

25     to refer you back to the first page so you



Page 266

```
 1          G Maxwell - Confidential
 2   can see the dates.
 3          MR. PAGLIUCA:  Can you identify a
 4       Bates number, please.
 5       Q.  ██████  which was at the top says,
 6   ██████████████.  I'm going to refer you,
 7   at the same time, to the flight logs which
 8   were marked, the thicker document that looks
 9   like this with all the log entries on it.
10   I'm going to refer you to page --
11          MR. PAGLIUCA:  That's Exhibit No.
12       6, correct?  I'm trying to keep the
13       record straight.
14          MS. McCAWLEY:  I don't have Exhibit
15       numbers on mine.  That's Giuffre ██████.
16          MR. PAGLIUCA:  Hang on one second.
17       A.  Can you repeat the number please.
18       Q.  ██████.  And if you will look on
19   that page at the entry, under ██████████████
20   ██████ starting with the ██████ and then it runs
21   down to the, looks like the ██████ that first
22   entry has ██████████████████████████████,
23   ██████████████, Jeffrey Epstein and the
24   initials GM.
25          Do you remember taking a trip with
```



Page 267

```
1           G Maxwell - Confidential
2      ████████████████ during ████████████████?
3           MR. PAGLIUCA:  Objection to the
4      form and foundation.
5      A.   Can you repeat the question,
6   please?
7      Q.   Do you remember taking a trip with
8   ████████████████ during ████████████████
9   that's the ██████ it looks like, through the
10  ██████
11     A.   I don't remember the dates.  I
12  couldn't testify to when we actually did it
13  but I do remember the trip itself.
14     Q.   So you were traveling with Jeffrey
15  Epstein and ████████████████ at the same
16  time Virginia was headed to Thailand, is that
17  correct?
18          MR. PAGLIUCA:  Objection to the
19      form and foundation.
20     A.   I don't know, is that right?
21     Q.   If you look at ████████████ on the
22  document that I gave you, the first document
23  and then you referred to, if you look in the
24  same as above lines, you will see the travel
25  group with ████████████████?
```



Page 268

```
 1          G Maxwell - Confidential
 2              MR. PAGLIUCA:  Are you asking her
 3          to compare the documents or are you
 4          asking her what her personal knowledge
 5          is.
 6              MS. McCAWLEY: I'm asking if she can
 7          look at the doubts and tell me if she
 8          recalls that she traveling with
 9          ███████████████   at the same time this
10          document reflects Virginia was in
11          Thailand.
12          A.   I can't testify to any dates.  I
13     couldn't tell you.  I can see a date and I
14     can see a date but I can't tell you that I
15     have a memory of the dates.  I have a memory
16     of the trip, I don't have a memory of the
17     time.
18          Q.   Who is ███████████?
19          A.   ██████████████████
20          Q.   What is her address?
21          A.   I don't know.
22          Q.   Does she live in the United States?
23          A.   She does.
24          Q.   In what state?
25          A.   I believe in New Jersey somewhere.
```



1          G Maxwell - Confidential

2     Q.    Do you have her phone number?

3     A.    Not memorized.

4     Q.    Do you have the ability to get her

5  phone number?

6     A.    Of course.

7     Q.    Has she ever asked -- has ███

8  ██████ ever asked other girls to come over to

9  see Jeffrey Epstein for the purpose of a

10  sexual massage?

11          MR. PAGLIUCA:  Objection to the

12     form and foundation.

13     A.    Can you ask the question again

14  please.

15     Q.    Has ███████████ ever asked girls to

16  come over to see Jeffrey Epstein for the

17  purpose of a sexual massage?

18          MR. PAGLIUCA:  Object to form and

19     foundation.

20     A.    Can you ask again, please?

21     Q.    Has ███████████ ever asked girls to

22  come over to see Jeffrey Epstein for the

23  purpose of sexual massage?

24     A.    I have no personal knowledge.

25     Q.    What does ████████████ do for you?


MAGNA
LEGAL SERVICES

Page 270

1              G Maxwell - Confidential

2        A.    She helps with my not-for-profit

3   ocean foundation and any other related

4   activities that I may have.

5        Q.    Is she paid for by Jeffrey Epstein?

6        A.    No.

7        Q.    She is paid for by you?

8        A.    Yes.

9        Q.    When did you first meet ▇▇▇▇

10  ▇▇▇▇▇▇▇

11       A.    I don't recollect exactly, sometime

12  maybe 2002, 2003.

13       Q.    How did you meet her?

14       A.    I don't recollect exactly how we

15  met.

16       Q.    Did Jeffrey introduce you to her?

17       A.    I don't recollect how we met.

18       Q.    Does she know Jeffrey Epstein?

19            MR. PAGLIUCA:   Objection to the

20       form and foundation.

21       A.    Can you ask again, please?

22       Q.    Does ▇▇▇▇▇▇▇▇   know Jeffrey

23  Epstein?

24       A.    What do you mean by know?

25       Q.    Has she met her him before?


MAGNA
LEGAL SERVICES

Page 271

1          G Maxwell - Confidential

2              MR. PAGLIUCA:  Objection to the

3      form and foundation.

4          A.   I can't recollect a time when

5      ███ -- I've seen ███ with Jeffrey but --

6          Q.   You are not sure --

7          A.   I know they know either other.  I

8      can't testify to a meeting between them.

9          Q.   Do you know where in New Jersey she

10     lives?

11         A.   No

12         Q.   You don't know a city?

13         A.   No.

14         Q.   How long has she worked for you?

15         A.   Sometime 2002, 2003.

16         Q.   To the present?

17         A.   Yeah.

18         Q.   Why do you think that ███████

19     might know Jeffrey?

20             MR. PAGLIUCA:  Objection to the

21     form and foundation.

22         A.   Because you know, I know Jeffrey.

23         Q.   Have you seen them together?

24         A.   I already testified I have not seen

25     them together, to my recollection.



Page 272

```
 1        G Maxwell - Confidential
 2        Q.   Is it your testimony that ███
 3    ███   knows Jeffrey Epstein through the work
 4    that she does for you?
 5             MR. PAGLIUCA:   Objection to the
 6        form and foundation.
 7        A.   I don't recollect, and I don't
 8    recollect how I met ███ and I can't testify
 9    to what ███ relationship is or is not with
10    Jeffrey.
11        Q.   Have you ever talked to Jeffrey
12    about ███
13        A.   I don't know what you mean.
14        Q.   In any way, have you ever had a
15    conversation with Jeffrey about ███████?
16        A.   In what context.
17        Q.   In any context.  Have you ever
18    talked to Jeffrey Epstein about ███████?
19        A.   ███   works for me so it's entirely
20    possible that in the course of conversations
21    since 2002, 2003 that a conversation in which
22    ███   name would have come up is entirely
23    possible.
24        Q.    I provided you with and I'm sorry,
25    I don't know all the numbers, but the
```



Page 273

```
 1          G Maxwell - Confidential
 2    statement that was issued by ████████ that
 3    should be a single page still in your stack
 4    of exhibits there.
 5          MR. PAGLIUCA:  Exhibit 10.
 6      Q.   Did you authorize ████████ to issue
 7    that statement on your behalf in January of
 8    2015?
 9      A.   I already testified that that was
10    done by my lawyers.
11      Q.   So did you authorize your lawyers
12    to issue a statement on your behalf through
13    ████████ in January of 2015?
14      A.   It was determined that I had to
15    make a statement in the United Kingdom
16    because of the appalling lies and I just
17    thought of some new ones.
18          Virginia's statement that I
19    celebrated her 16 birthday with her.  We can
20    all agree that that's entirely impossible.  I
21    didn't meet her until she was 17 and other
22    lies she perpetrated that she had a diary and
23    we all know is a complete fake.  That's not a
24    diary.  It was just a book she was writing
25    that you helped sell to the press, as if it
```



Page 274

```
 1          G Maxwell - Confidential
 2    was a diary, when it was just a story that
 3    she is writing of fiction, fictional story
 4    for money.
 5          Q.   How did you arrive at the words
 6    that were put in that statement?
 7              MR. PAGLIUCA:   I'm going to object
 8          and instruct you to the extent this
 9          calls for any privileged communications
10          between yourself and ████████ or
11          another lawyer representing you, we're
12          asserting privilege.  If you can answer
13          that without that, feel free to answer.
14          Q.   So what your counsel is saying, and
15    I will exclude any privileged communications
16    you had with your lawyers.
17              The question is, how did you arrive
18    at the words that were put in that statement,
19    if you can tell me without disclosing
20    privileged communications?
21          A.   I'm not sure that I can.
22          Q.   Is the statement that you issued
23    true?
24          A.   What do you mean by that?
25          Q.   Is the statement that you issued,
```



Page 275

```
 1          G Maxwell - Confidential
 2    the statement that's in front of you, is it a
 3    true statement?
 4          A.   As in that Virginia is a liar?
 5          Q.   The words you put in there, is that
 6    true?
 7          A.   Of course they're true.
 8          Q.   When did you become aware that the
 9    statement was being released?
10          A.   I don't recollect exactly.
11          Q.   What day it was?
12          A.   No.
13          Q.   I'm sorry.  Did you identify, I
14    might not have caught it, did you identify
15    the name of the lawyer that you said you
16    retained for purposes of this statement?
17          A.   I think ████████████ .
18          Q.   Did you pay that lawyer ██████
19    ████████
20          A.   Yes.
21          Q.   Are you aware of any interstate or
22    international transportation of a woman aged
23    18 to 28 for the purposes of prostitution?
24               MR. PAGLIUCA:  Objection to the
25          form and foundation.
```



MAGNA
LEGAL SERVICES

Page 276

1           G Maxwell - Confidential

2       A.    I'm not sure I even understand your

3   question.

4       Q.    I will go slower.

5             Are you aware of any interstate,

6   meaning between states, or international,

7   meaning oversees transportation, of women

8   aged 18 to 28, for the purposes of

9   prostitution?

10            MR. PAGLIUCA:   Objection to the

11        form and foundation.

12      A.    Are you asking -- I'm still not

13  sure I understand the question.

14      Q.    I will try to make it clearer.

15            I'm asking you if you are aware of

16  any interstate, meaning between states, or

17  international transportation, meaning by

18  flight or by car or by train, of women aged

19  18 to 28, their ages are between the ages of

20  18 and 28, for the purposes of prostitution?

21            MR. PAGLIUCA:   Objection to the

22        form and foundation.

23      A.    In the world I'm sure that that

24  happens, I read about it all the time.

25      Q.    Not in the world.  Are you aware of



Page 277

1          G Maxwell - Confidential

2    it, in your experience with Jeffrey Epstein,

3    of any interstate or international

4    transportation of women aged 18 to 28, for

5    the purposes of prostitution?

6              MR. PAGLIUCA:  Objection to the

7         form and foundation.

8         A.   So whilst I appreciate this might

9    not seem like a smart question, what do you

10   mean by prostitution, what are you asking me

11   exactly?

12        Q.   That would be sex for hire, any

13   kind of sexual act that's paid for.

14             MR. PAGLIUCA:  Objection to the

15        form and foundation.

16        A.   Who's paying, what are you asking

17   me.

18        Q.   It can be paid for by anybody.

19   It's a sexual act that's paid for.

20             I'm asking if you are aware of any

21   interstate or international transportation of

22   women aged 18 to 28, for the purposes of

23   prostitution?

24             MR. PAGLIUCA:  Objection to the

25        form and foundation.



Page 278

1        G Maxwell - Confidential

2        A.   I have no idea what you are talking

3    about.

4        Q.   So you are not aware of that?

5        A.   No.

6        Q.   Are you aware of any interstate or

7    international transportation of women, aged

8    18 to 28, for the purposes of having sex with

9    Epstein where they would receive compensation

10   of any type?

11            MR. PAGLIUCA:  Objection to the

12       form and foundation.

13       A.   I don't know what you are referring

14   to.

15       Q.   Do you want me to repeat the

16   question?

17       A.   Sure, go ahead.

18       Q.   Are you aware of any interstate or

19   international transportation of woman, aged

20   18 to 28, for the purpose of having sex with

21   Jeffrey Epstein where they would receive

22   compensation of any type?

23            MR. PAGLIUCA:  Objection to form

24       and foundation.

25       A.   I am not aware of what you are



Page 279

1           G Maxwell - Confidential

2    talking about.

3        Q.   Are you aware of any interstate or

4    international transportation of women, aged

5    18 to 28, for the purposes of providing a

6    massage for Jeffrey Epstein?

7               MR. PAGLIUCA:  Objection to the

8          form and foundation.

9        A.   So I you need to repeat that

10   question for me.

11       Q.   Sure.

12              Are you aware of any interstate,

13   meaning between states, or international,

14   oversees, transportation of women, aged 18 to

15   28, for the purposes of providing massage for

16   Jeffrey Epstein?

17              MR. PAGLIUCA:  Objection to the

18         form and foundation.

19       A.   I think we can agree he did travel

20   from time to time with a professional adult

21   masseuse.

22       Q.   Are you aware of any interstate or

23   international transportation of women, aged

24   18 to 28, for the purposes of providing a

25   massage to any person other than Jeffrey



Page 280

1          G Maxwell - Confidential

2    Epstein?

3               MR. PAGLIUCA:  Objection to the

4          form and foundation.

5          A.   Again, I'm not aware of anybody

6    that, if you are asking for specifics to

7    someone else, I have no knowledge of that.

8          Q.   So you are not aware of any

9    interstate or international transportation of

10   a woman aged 18 to 28 for the purposes of

11   providing a massage to any person other than

12   Jeffrey Epstein?

13              MR. PAGLIUCA:  Objection to the

14         form and foundation.

15         A.   I don't recall what any single

16   person being on a plane for a massage with

17   someone else other than Jeffrey, for the sole

18   purpose, if that's the question, I don't have

19   any recollection of that.

20         Q.   Earlier in your testimony, you

21   stated that Virginia Roberts was 17 at the

22   time you met her.

23              How do you know she was 17?

24              MR. PAGLIUCA:  Objection to the

25         form and foundation.  And to the extent



Page 281

1          G Maxwell - Confidential

2          that calls for a privileged response,

3          I'm instructing you not to answer.

4          Q.   How do you know Virginia Roberts

5     was 17 at the time you met her?

6               MR. PAGLIUCA:   Again, if you

7          learned that information from your

8          lawyer, I'm instructing you not to

9          answer.

10         A.   I will follow my counsel's advice.

11         Q.   Are you able to answer that

12    question without telling me information you

13    learned from a lawyer?

14         A.   I'm not.

15         Q.   So you don't have independent

16    knowledge that Virginia, according to your

17    statement, was 17 at the time you met her?

18         A.   Again, my lawyer has instructed me

19    not to answer.

20         Q.   I'm asking you a different

21    question.   Whether you have any independent

22    knowledge, outside your lawyers, that

23    Virginia was 17 at the time you met her?

24         A.   Following the instructions of my

25    lawyers, I can only remember or testify to



Page 282

```
 1         G Maxwell - Confidential
 2    what she --
 3            MR. PAGLIUCA:  She is asking you a
 4        different question.  She is asking other
 5        than what your lawyers have told you, do
 6        you have any knowledge about her being
 7        17, that's what she is asking.
 8        A.   I can't recollect where I got all
 9    the information that I have that definitively
10    shows that.
11        Q.   Earlier in your testimony, I
12    believe you said all of us would know that
13    Virginia was 17 at the time you met her.
14            How would we know that?
15        A.   I think you know that by her own
16    dates, now that it was in 2000, so her entire
17    tail of me celebrating her 16th birthday is
18    clearly another giant falsehood.
19        Q.   But she was 16 and 17 that year,
20    wasn't she?
21        A.   Which year?
22        Q.   You said it was 2000.
23        A.   I think the information that I have
24    that indicates that definitively was
25    something that is privileged, so I can't
```



Page 283

```
 1          G Maxwell - Confidential
 2    share with you.
 3          Q.    So you have privileged information
 4    that definitively tells you that she was 17
 5    at the time you met her?
 6          A.    I believe I do.
 7          Q.    How would we know that?
 8          A.    What are you asking me?
 9          Q.    Earlier today you testified that we
10    would know that she was 17 at the time that
11    you met her.
12              How would we know that?
13          A.    I imagine you have access to
14    exactly the same information that I do.
15          Q.    What is that information?
16          A.    Again, it's privileged, I can't
17    share it with you but you have been on this
18    case for, I don't know, much much longer than
19    I have and I imagine you have all the
20    information that I do.
21          Q.    Do you know whether your lawyers
22    have produced documents from you that would
23    show the age that Virginia was at the time
24    that you met her?
25              MR. PAGLIUCA:  To the extent that
```



Page 284

1           G Maxwell - Confidential

2           calls for a communication that you had

3           with one of your lawyers, I'm

4           instructing you not to answer that

5           question.

6       Q.   I assume you, as part of the

7    discovery process, had to collect documents

8    that were relevant to this action, is that

9    correct?

10      A.   I did.

11      Q.   Did you collect documents that

12   would show that Virginia was 17 at the time

13   that you met her?

14      A.   I think you have everything that

15   relates, that I had, contemporaneously per

16   what you asked for that I have that relates

17   to that.

18      Q.   Did you have a document that

19   identified that Virginia was 17 at the time

20   that you met her?

21      A.   You have all of the documents that

22   I had.

23      Q.   I'm not asking what documents.  I'm

24   asking, do you have a document that

25   identifies Virginia being 17 at the time you



Page 285

1           G Maxwell - Confidential

2    met her?

3           A.    You have every document that I

4    have.  You have seen every document that I

5    have.

6           Q.    That's not what I'm asking.

7           A.    I don't recall every document that

8    I gave you, so I don't know.  I would have to

9    look at every single document I gave you and

10   then review it but as I recall you have every

11   document that I have.

12          Q.    What are you planning to show the

13   jury that will prove that Virginia was 17

14   when you met her?

15          A.    Again that's privileged so I can't

16   share that with you.

17          Q.    If you're showing the jury, it

18   wouldn't be privileged, so is there a

19   document you have produced in this matter

20   that shows that Virginia was 17 at the time

21   you met her?

22          MR. PAGLIUCA:  She answered that

23       question already.  She said she doesn't

24       know, she has given you everything.  If

25       there is a decision -- assuming for the



Page 286

```
 1          G Maxwell - Confidential
 2      moment there is such a document, just
 3      hypothetically, and assuming for the
 4      moment that it is going to get produced
 5      somewhere, if it hasn't already been
 6      produced, obviously that would involve a
 7      waiver, a future waiver of the
 8      privilege.  I think that's the answer to
 9      the question.
10      Q.   Has the document been produced, do
11  you know?
12      A.   You have everything that I have
13  given you, so if you can't -- if it's not in
14  those documents, I don't know what to tell
15  you.
16      Q.   Your lawyers haven't withheld any
17  documents?
18      A.   They are right here.  You can ask
19  them.
20      Q.   I'm asking you.
21      A.   I don't know what -- they're
22  lawyers.
23      Q.   When we were talking earlier about
24  █████████, I asked you whether you had
25  ever given him a gift of a puppet.
```



1          G Maxwell - Confidential

2              Did you ever, not as a gift, did

3      you ever see in the presence of ███████████

4      a puppet?

5              MR. PAGLIUCA:  Objection to the

6          form and foundation.

7          A.   Can you be more direct, please?

8          Q.   Sure.  Were you ever in a room with

9      █████████████  where there was a puppet?

10              MR. PAGLIUCA:  Objection to the

11          form and foundation.

12          A.   Can you be more specific please and

13      can you bound it by time and be more

14      specific, whatever you are actually asking

15      me?

16          Q.   Were you ever in a room with ████████

17      ████████  in New York in Jeffrey Epstein's home

18      where there was a puppet?

19              MR. PAGLIUCA:  Objection to the

20          form and foundation.

21          A.   What sort of puppet are you asking

22      me?

23          Q.   Any kind of puppet?

24          A.   You need to be more descriptive.  I

25      don't know what you mean by puppet, there is



Page 288

```
 1          G Maxwell - Confidential
 2   hand puppets, all sorts of puppets.
 3        Q.   Is there any puppet you've ever
 4   seen in Jeffrey Epstein's home in the
 5   presence of ████████████████?
 6        A.   Again, puppet, you know, there is
 7   lots of types of puppets.
 8        Q.   Any type of puppet.
 9        A.   If you want to give me a
10   description of the puppet, I would be perhaps
11   be able to say.
12        Q.   Any type of puppet?
13        A.   Can you be more detailed?
14        Q.   Have you ever seen a puppet in
15   Jeffrey Epstein's home in the presence of
16   ████████████?
17        A.   My understanding of a puppet is a
18   small handheld item you have in a circus.  I
19   have never seen that.
20        Q.   Have you ever seen a puppet which
21   is defined as a movable model of a person or
22   animal that is used in entertainment and
23   typically moved either by strings or
24   controlled from above or by a hand inside it?
25             MR. PAGLIUCA:  Objection to the
```



Page 289

```
 1          G Maxwell - Confidential
 2      form and foundation.
 3      A.    I have not seen a puppet that fits
 4  exactly that description.
 5      Q.    Have you seen any puppet that fits
 6  any description?
 7          MR. PAGLIUCA:  Objection to the
 8      form and foundation.
 9      A.    Can you reask the question, please?
10      Q.    Yes.
11          Have you seen any puppet that fits
12  any description in the presence of � ▇
    ▇   ▇    in Jeffrey Epstein's home?
14          MR. PAGLIUCA:  Objection to the
15      form and foundation.
16      A.    I am not aware of any small
17  handheld puppet that was there.  There was a
18  puppet -- not a puppet -- there was a -- I
19  don't know how would you describe it really,
20  I don't know how would you describe it.  Not
21  a puppet, I don't know how you would describe
22  it.  A caricature of ▇▇▇▇▇ that was
23  in Jeffrey's home.
24      Q.    Did you use that caricature to put
25  the hand of the caricature on ▇▇▇
```



Page 290

```
 1            G Maxwell - Confidential
 2    ▮▮▮▮▮▮▮  breast?
 3            MR. PAGLIUCA:  Objection to the
 4       form and foundation.
 5       A.   I don't recollect.  I recollect the
 6    puppet but I don't recollect anything around
 7    the puppet.  You characterized puppet, I
 8    characterize it as, I don't know, as a
 9    characterization of ▮▮▮▮▮▮
10       Q.   Do you recollect asking Virginia
11    Roberts to sit on ▮▮▮▮▮▮▮▮▮ lap with
12    the caricature of ▮▮▮▮▮▮▮▮▮?
13       A.   I do not recollect that.
14       Q.   What do you remember about the
15    caricature of the ▮▮▮▮▮▮▮▮▮ caricature
16    when you were in the presence of ▮▮▮▮
17    ▮▮▮▮▮  Virginia Roberts and ▮▮▮▮▮▮▮▮▮▮▮▮
18            MR. PAGLIUCA:  Objection to the
19       form and foundation.
20       A.   I don't recollect the story as told
21    by ▮▮▮▮ or Virginia.  I don't even know
22    who -- I remember the caricature of ▮▮▮▮
23    ▮▮▮▮  and I remember ▮▮▮▮▮▮▮▮▮ but I
24    don't recall anything else around the
25    caricature.
```



Page 291

1          G Maxwell - Confidential

2     Q.   Did you give it to him?

3     A.   I did not.

4     Q.   Who gave it to him?

5     A.   I don't think it was given to him

6  at all.

7     Q.   Did he bring it?

8     A.   No.

9     Q.   Was it something that was at the

10  house?

11     A.   As best I recollect.

12     Q.   Was it something that you saw at

13  the house in advance of ████████████

14  arrival?

15     A.   Again, I don't real -- I recollect

16  the caricature, I recollect ████████████, I

17  don't recollect much else around the

18  caricature.

19     Q.   Was there a party going on in the

20  house at the time you recollect the

21  caricature?

22          MR. PAGLIUCA:  Objection to the

23      form and foundation.

24     A.   You have to be way more specific?

25     Q.   Do you remember, you said you



Page 292

```
 1          G Maxwell - Confidential
 2    recollect this caricature, you recollect
 3    ██████████ being there.  Do you recollect
 4    a party going on at the time of that
 5    interaction with ██████████ and the
 6    caricature?
 7          MR. PAGLIUCA:  Objection to the
 8          form and foundation.
 9          A.  I don't recollect a party -- first
10    of all, they weren't really parties -- I
11    don't recollect a party -- I don't know what
12    you mean by party in the context of that
13    scenario.
14          Q.  Who do you recollect being at the
15    home during the time ██████████ was there
16    with this caricature?
17          MR. PAGLIUCA:  Objection to the
18          form and foundation.
19          A.  I only recollect myself with ██████
20    ██████ I don't recollect anybody else.
21          Q.  You don't recollect Jeffrey Epstein
22    being there?
23          A.  Actually, no.
24          Q.  You don't recollect ████████████████
25    being there?
```



Page 293

```
 1           G Maxwell - Confidential
 2      A.   No.
 3      Q.   You don't recollect Virginia
 4  Roberts being there?
 5      A.   No.
 6      Q.   It was just you and ███████████?
 7      A.   I am not saying it was just me and
 8  ███████████, you are asking me do you
 9  remember.  I only remember ███████████, I
10  remember ███████████ and the caricature but
11  I can't place the caricature and everybody
12  else in the same context, the same timeframe
13  you are asking me.
14      Q.   █████████████████████████
██ █████████████████████████████
██ ████████████████████████████████
██ ████████████████████
18      █ ████████████████████████
██      █ ███████████████████████
██ ████████████████████ ████████████████
██ ██████████████████████████████████
██ █████████████████████████████████
██ █████████████
24           MR. PAGLIUCA:  Objection to the
25  form and foundation.
```



Page 294

1          G Maxwell - Confidential

2          A.    Typically, there is no typical

3     because there is no standard procedure, so I

4     can't comment or testify to ██████████

      ██  ██████████████████████.

6          Q.    Do you remember them being in the

7     house?

8          A.    Not specifically.

9                Do you mind if I take a bathroom

10    break.

11               THE VIDEOGRAPHER:   It's now 3:51

12         and we are off the record.

13               (Recess.)

14               THE VIDEOGRAPHER:   It's now 4:04.

15         We are back on the record and we're

16         starting disk No. 7.

17         Q.    Ms. Maxwell, during what time

18    period, I know you said, I believe you said

19    you met Jeffrey in 1991, if I'm correct there

20    and you've known him through the present.

21               During what time period within

22    those years would you say your relationship

23    was the closest with Jeffrey?

24               MR. PAGLIUCA:   Objection to the

25         form and foundation.



Page 295

1              G Maxwell - Confidential

2        A.   What do you mean by close, sorry.

3        Q.   I think earlier today you testified

4   that at some point in time you considered

5   yourself to be his girlfriend, is that the

6   closest you would say that your relationship

7   was with him and if so, what time period was

8   that?

9              MR. PAGLIUCA:   Objection to the

10        form and foundation.

11        A.   I don't think I said I was his

12   girlfriend, I would like to think of myself

13   as maybe, I don't think I -- sometime in the

14   mid '90s.

15        Q.   How close was your relationship?

16        A.   We were very friendly.

17        Q.   Without going into details, was

18   your relationship with him intimate?

19        A.   Yes.

20        Q.   When was the last time you had

21   contact with Jeffrey Epstein?

22        A.   What do you mean by contact.

23        Q.   Either a phone call or email or

24   anything of that nature?

25        A.   As best as I can recollect when



MAGNA
LEGAL SERVICES

Page 296

1              G Maxwell - Confidential

2      all -- sometime last year.

3          Q.   So you haven't talked to him like,

4      for example, last week you didn't talk to

5      him?

6          A.   I did not.

7          Q.   How many times have you had either

8      direct or indirect, meaning, in the presence

9      of him or calling or emailing, contact with

10     Jeffrey Epstein from December 30, 2014 until

11     now?

12         A.   I'm sorry, can you just --

13         Q.   Either in person or by phone or by

14     email, from December 30, 2014 until present.

15         A.   I can't really characterize that

16     but not very much.  There was a period when

17     in January when you filed your, whatever you

18     filed, where we spoke and then, since then

19     not much at all.

20         Q.   Can you estimate how many emails

21     you would have sent Jeffrey from the period

22     of December 30, 2014 to the present?

23         A.   Not very many at all.

24         Q.   More than 20?

25         A.   I really wouldn't be able to



Page 297

1          G Maxwell - Confidential

2    characterize it because it wouldn't be that

3    many.  I wouldn't know.

4          Q.   More than 50?

5          A.   It would be on the lesser side, not

6    on the more side.

7          Q.   Can you give me a number?

8          A.   I honestly couldn't.  I would be

9    guessing.

10         Q.   How many emails has Jeffrey sent

11   you from the period December 30, 2014 to the

12   present?

13         A.   I would say less emails, even less

14   emails than I sent him.

15         Q.   More than 20?

16         A.   I would say on the lesser side.

17         Q.   Less meaning 10?

18         A.   I really can't recall, very little.

19         Q.   When you spoke with Jeffrey in

20   January of 2015, what did he say to you?

21         A.   I really couldn't remember exactly

22   what he said to me.

23         Q.   Did you talk about Virginia

24   Roberts?

25         A.   I'm sure we did but I couldn't



Page 298

1          G Maxwell - Confidential

2    recall the exact conversation.

3          Q.    Does Jeffrey Epstein send you text

4    messages?

5          A.    No.

6          Q.    Do you send him text messages?

7          A.    No.

8          Q.    How many phone calls have you had

9    with Jeffrey Epstein since December 30, 2014?

10         A.    Again, very few.

11         Q.    More than five?

12         A.    Probably as many as the few emails

13   that I would characterize, so just very few.

14   I mean a small number.

15         Q.    Are you aware of any disagreement

16   between your views about Virginia Roberts and

17   Jeffrey's views about Virginia Roberts?

18              MR. PAGLIUCA:  Object to the form

19         and foundation

20         A.    I cannot speculate to his views.  I

21   can only testify on my views.

22         Q.    Earlier you went through the series

23   of lies.  Have you talked to Jeffrey about

24   the lies and does he agree with you?

25         A.    I have discussed some of the issues



Page 299

```
 1           G Maxwell - Confidential
 2   with him, I can't remember specifically which
 3   ones.  I just don't recall.  I'm sorry.
 4        Q.   Do you recall him telling you that
 5   he didn't agree with you on any of those?
 6        A.   I don't recall him saying that.
 7        Q.   Do you have a joint defense
 8   agreement with Jeffrey Epstein?
 9        A.   I believe I do.
10        Q.   Do you have a joint defense
11   agreement with Alan Dershowitz?
12        A.   I don't believe I do.
13        Q.   Earlier today in your testimony,
14   when I was asking you some questions, you
15   said that you couldn't answer but that
16   Jeffrey Epstein could answer that question.
17           Would Jeffrey Epstein be in a
18   position to confirm or deny some of the
19   obvious lies that we've discussed today?
20           MR. PAGLIUCA:  Objection to the
21        form and foundation.
22        A.   I can't possibly testify to what
23   Jeffrey could or would say.  I can't speak
24   for him.
25        Q.   Would Jeffrey be able to confirm or
```



Page 300

```
 1          G Maxwell - Confidential
 2   deny whether he had sex with Virginia
 3   Roberts?
 4          MR. PAGLIUCA:  Objection to the
 5       form and foundation.
 6       A.   I can't say what Jeffrey would say.
 7       Q.   Has he discussed that with you?
 8       A.   He has not.
 9       Q.   Would Jeffrey be able to confirm or
10   deny whether he had a sexual massage from
11   Virginia that first time she came to his
12   mansion in Palm Beach?
13          MR. PAGLIUCA:  Objection to the
14       form and foundation.
15       A.   I cannot speak for what he would
16   say.  I can only speak for what I would say.
17   So as I testified everything that she said
18   about that first meeting didn't happen so...
19       Q.   Has he told that you everything
20   about that first meeting didn't happen?
21       A.   I know it didn't happen because she
22   put me in that room.
23       Q.   I understand you know.  But has
24   Jeffrey said when you are talking about the
25   obvious lies, oh yeah, that never happened?
```



Page 301

```
 1          G Maxwell - Confidential
 2              MR. PAGLIUCA:  Objection to the
 3          form and foundation.
 4          A.   I can't specifically recall that.
 5     I don't know, but he has to agree with me
 6     because it didn't happen.
 7          Q.   Can Jeffrey Epstein, would he be
 8     able to confirm or deny whether he had sex
 9     with underage girls?
10              MR. PAGLIUCA:  Objection to the
11          form and foundation.
12          A.   I can't testify to what Jeffrey
13     would say.
14          Q.   Can Jeffrey confirm or deny whether
15     ▆▆▆▆▆▆▆▆▆  was on Jeffrey's island?
16              MR. PAGLIUCA:  Objection to the
17          form and foundation.
18          A.   I can't say what Jeffrey would say.
19     I can only say what I know to be true.
20          Q.   Has Jeffrey talked to you about the
21     fact whether ▆▆▆▆▆▆▆▆  was on his island?
22          A.   As best as I can recollect, he said
23     he was not on the island.  As best as I can
24     recollect.
25          Q.   Can Jeffrey Epstein confirm whether
```



Page 302

```
 1          G Maxwell - Confidential
 2    he and Virginia Roberts were together in the
 3    presence of ██████████?
 4              MR. PAGLIUCA:  Objection to the
 5         form and foundation.
 6         A.   I can't speak to what Jeffrey would
 7    say.
 8         Q.   Has he talked to about Virginia
 9    Roberts' statement that she was in the
10    presence of ██████████?
11              MR. PAGLIUCA:  Objection to the
12         form and foundation.
13         A.   I have not discussed individual
14    presences with Virginia.  That's not -- I'm
15    only concerned with what I know to be the
16    stuff about me.  So my focus has always been
17    the lies and the obvious lies as something I
18    can personally attest to.  I cannot possibly
19    talk for anything else.
20         Q.   Has Jeffrey Epstein said to you
21    anything along the lines of Virginia is lying
22    when she says she met ██████████?
23              MR. PAGLIUCA:  Objection to the
24         form and foundation.
25         A.   Again, I'm not talking about what
```



Page 303

```
 1            G Maxwell - Confidential
 2    she says as regards to other people.  I can
 3    talk to things as regards to me.
 4        Q.   I'm asking if Jeffrey ever said
 5    that to you?
 6        A.   I don't recollect specific
 7    conversations along those things.
 8        Q.   You don't recollect him saying that
 9    to you?
10        A.   I don't recollect him saying to me
11    that Virginia didn't meet ███████.  I'm
12    sure that wouldn't be a conversation that we
13    would have.  It doesn't effect me whether --
14    so I'm really only concerned about the lies
15    that were told as regards to me.
16        Q.   Can Jeffrey Epstein confirm or deny
17    whether you sent Virginia to give Glenn Dubin
18    a massage?
19            MR. PAGLIUCA:  Objection to the
20            form and foundation.
21        A.   I can't say what Jeffrey would say,
22    I can tell you I didn't.  I can't tell you
23    what anybody else.
24        Q.   Have you discussed with him
25    Virginia's allegation that she gave Glenn
```



Page 304

```
 1          G Maxwell - Confidential
 2   Dubin a massage?
 3          MR. PAGLIUCA:  Objection to the
 4       form and foundation.
 5       A.   I didn't know that she did say
 6   that.
 7       Q.   Do you know whether Jeffrey Epstein
 8   has ever sent anybody to Glenn Dubin to
 9   perform a massage for him?
10          MR. PAGLIUCA:  Objection to the
11       form and foundation.
12       A.   I couldn't possibly recollect
13   whether he did anything like that.
14       Q.   Did you ever send anybody, not
15   Virginia, anybody else over to Glenn Dubin's
16   home for a massage?
17       A.   Not to the best of my knowledge.
18       Q.   Do you know one of ███████
19   ███████  friend by the name of ██████
20   ████████
21       A.   I do recollect a person of that
22   name.
23       Q.   How do you know her?
24       A.   I don't recollect.
25       Q.   Did you meet her through Jeffrey?
```



Page 305

```
 1            G Maxwell - Confidential
 2       A.   I don't recollect.
 3       Q.   Do you recall when you met her?
 4       A.   I do not recollect.
 5       Q.   How many times have you seen ████
 6  ████████ in your life?
 7       A.   The only reason I remember is
 8  because it's an unusual name but I couldn't
 9  tell you anything else.
10       Q.   You didn't see her on a regular
11  basis, she wasn't one of your friends?
12       A.   No.
13       Q.   Was ██████████ a masseuse?
14       A.   Not to my knowledge.
15       Q.   Do you have knowledge of whether
16  she had a sexual relationship with Jeffrey
17  Epstein?
18       A.   I have no knowledge of that.
19       Q.   When was the last time you spoke
20  with her?
21       A.   A very long -- I have no idea.
22       Q.   Would it be years?
23       A.   Yes.
24       Q.   What do you remember about ████
25  ████████
```



Page 306

```
1              G Maxwell - Confidential
2       A.   Nothing really.
3       Q.   Do you remember what she looks
4  like?
5       A.   I would just be speculating on how
6  I remember.  I couldn't describe her.
7       Q.   Do you recall traveling with her?
8       A.   I don't.
9       Q.   Did you ever go to her home?
10      A.   I don't believe I did.
11      Q.   Do you know where she lives?
12      A.   I don't.
13      Q.   Would you have met her through
14 Jeffrey Epstein?
15           MR. PAGLIUCA:  Objection to the
16      form and foundation.
17      A.   I already testified I don't
18 recollect how I met her and I remember her
19 because her name is very unusual.
20      Q.   So what's your -- what recollection
21 do you have of her, do you have a specific
22 recollection of meeting her somewhere, you
23 just don't know when that was or how do you
24 know that name              ?
25           MR. PAGLIUCA:  Objection to the
```



Page 307

```
1           G Maxwell - Confidential
2      form and foundation.
3      A.   I don't know why the name is -- I'm
4  sorry -- I can't -- I have no idea.   I
5  recognize the name but that's it.
6      Q.   Was ████████████ a masseuse?
7           MR. PAGLIUCA:  Objection to the
8      form and foundation.
9      A.   What are you asking me, I'm sorry?
10     Q.   When ████████████ worked for
11 Jeffrey Epstein, did she perform massages?
12     A.   I've testified that when ██████
13 came originally, she came to answer
14 telephones.  I believe at some point she
15 became a masseuse.  I don't recollect when
16 and I personally had massages from ████████
17     Q.   What did ████████ do for Jeffrey
18 Epstein, did she perform massages, anything
19 else?
20          MR. PAGLIUCA:  Objection to the
21     form and foundation.
22     A.    When she came she answered phones
23 and at some point, I believe, I don't have
24 any firm recollection, but I believe she went
25 to school and became a masseuse and I had
```



Page 308

```
 1           G Maxwell - Confidential
 2    massages from her.
 3        Q.   Did you ever have any sexual
 4    interaction with her?
 5           MR. PAGLIUCA:  Object to the form
 6        and foundation and I'm going to instruct
 7        you if we're talking about any
 8        consensual adult contact, you are not
 9        allowed to answer the question.
10        Q.   Did you have any sexual contact
11    with her in the presence of Jeffrey Epstein?
12           MR. PAGLIUCA:  Same instruction.
13        Q.   Did you have any sexual contact
14    with her in the presence of anybody other
15    than Jeffrey Epstein?
16           MR. PAGLIUCA:  Same instruction.
17        Q.   How many massages did you receive
18    from ██████
19        A.   I really don't recall but a fair
20    amount.
21        Q.   Did the massages involve sex?
22           MR. PAGLIUCA:  I'm going to
23        instruct you not to answer.
24        Q.   Have you ever engaged in sex with
25    any female?
```



Page 309

1          G Maxwell - Confidential

2          MR. PAGLIUCA:  I'm going to

3     instruct you not to answer.

4          MS. McCAWLEY:  I want the record to

5     reflect that Ms. Maxwell's attorney is

6     directing her not to answer this series

7     of questions.

8          MR. PAGLIUCA:  It definitely does.

9     Q.   Were you responsible for

10    introducing ████ to Jeffrey Epstein?

11         MR. PAGLIUCA:  Objection to the

12    form and foundation.

13    A.   I already testified that I don't

14    really recall ████

15    Q.   Were you responsible for

16    introducing ██████ to Jeffrey Epstein?

17         MR. PAGLIUCA:  Objection to the

18    form and foundation.

19    A.   Again, I don't like the

20    characterization of introduction.  ██████

21    came to answer telephones.

22    Q.   When did you -- were you the person

23    who brought or introduced or met ██████ for

24    purposes of bringing her to Jeffrey Epstein's

25    home?



Page 310

1          G Maxwell - Confidential

2              MR. PAGLIUCA:   Objection to the

3      form and foundation.

4      A.    That's not how I would characterize

5  that.

6      Q.    How would you characterize it?

7      A.    I have testified that I'm

8  responsible for finding professional people

9  to work in the homes, age appropriate adult

10  people, so from pool attendants, to

11  gardeners, to chefs, to housekeepers, to

12  butlers, to chauffeurs and one of the

13  functions was to be able to answer the

14  telephones and in the context of finding

15  someone to answer the telephones, I did look

16  to try to find appropriate people to answer

17  the phones.

18      Q.    So did you find Johanna for

19  purposes of that role?

20      A.    So in the course of looking for

21  somebody to answer phones at the house,

22  Johanna was one of the people who said that

23  she was willing to answer phones.

24      Q.    Did you approach her at her school

25  campus?



Page 311

1          G Maxwell - Confidential

2              MR. PAGLIUCA:  Objection to form

3          and foundation.

4          A.   I honestly don't recall how, in

5      that moment, how I met ███████ and how she

6      came to get the job but...

7          Q.   Did you typically, in your work for

8      Jeffrey Epstein, would you typically go to

9      school campuses to try to find individuals to

10     work for Jeffrey Epstein?

11             MR. PAGLIUCA:  Objection to the

12         form and foundation.

13         A.   I never -- what do you mean by

14     school?  Let's characterize school.

15         Q.   Any kind of school.

16         A.   Obviously not.  I never went to any

17     school with young people.  ████████ I believe

18     came from an adult university, as I would

19     know in England, so university, I went there

20     but I never went, as I best recollect,

21     anywhere else.

22         Q.   Did you -- what university was it

23     that you went to?

24         A.   I don't recall the university that

25     she went to right now.



Page 312

```
 1            G Maxwell - Confidential
 2       Q.   Would you visit more than one
 3  university to try to find individuals to work
 4  for Jeffrey Epstein?
 5       A.   As I recollect, I think that's, in
 6  fact, the only university I went to.
 7       Q.   Did you go there more than once?
 8       A.   I think I went twice.
 9       Q.   Who else did you find from that
10  university, was there anybody other than
11  ██████████
12       A.   I don't recollect, I'm sorry.
13       Q.   We are going to mark this as
14  Maxwell 13?
15            (Maxwell Exhibit 13, documents,
16       marked for identification.)
17       Q.   Can you take a look at the document
18  I put in front of you, please.
19            Are you familiar with this
20  document?
21       A.   I'm familiar with this actual
22  document.
23       Q.   How was this document created?
24            MR. PAGLIUCA:  Objection to the
25       form and foundation.
```



Page 313

1          G Maxwell - Confidential

2          A.   I don't know how this document was

3     created.

4          Q.   You were involved in the creation

5     of this document?

6          A.   I think you can see from the date

7     that it's 2004, 2005, so no.

8          Q.   You weren't involved in the

9     creation of this document.

10              Did you -- we talked earlier about

11    Mr. Epstein's house, I'm talking about the

12    Palm Beach house where you said there was a

13    computer on the desk, that employees had

14    access to -- people who worked for Jeffrey

15    Epstein may have had access to?

16         A.   I think anybody could have had

17    access to that.

18         Q.   Was that computer used, if you know

19    to keep a log of addresses and phone contact

20    information for Jeffrey Epstein?

21         A.   Are we talking about when this

22    document was created.

23         Q.   In general, was there, on that

24    computer during the time that you were

25    present with Jeffrey Epstein, was there a



Page 314

```
 1          G Maxwell - Confidential
 2    mechanism by which you kept electronic
 3    information of names and addresses of
 4    individuals that he knew?
 5               MR. PAGLIUCA:  Objection to the
 6          form and foundation.
 7          A.   I can't testify to what was on that
 8    computer or not after I was gone.
 9          Q.   Not when you were gone, when you
10    were there.  If Jeffrey wanted to call, for
11    example, say ███████████, would someone be
12    able to go to that computer to pull up the
13    address information and phone contact
14    information for that individual?
15               MR. PAGLIUCA:  Objection to the
16          form and foundation.
17          A.   I couldn't possibly say.
18          Q.   Did you ever have to keep track of
19    address or phone contact information for
20    Jeffrey Epstein?
21          A.   That was not my job.
22          Q.   Did you ever do it?
23          A.   I am not responsible for keeping
24    his numbers so that wasn't my job at all.
25          Q.   But did you ever do it?  I know
```



Page 315

1           G Maxwell - Confidential

2     it's not your job but did you ever do it, did

3     you ever keep phone contact information for

4     him?

5           A.    During the course of the time we

6     were together, if he gave me a telephone

7     number, I would give it to an assistant to

8     put in the computer, I could do that.

9           Q.    Would he ask you for contact

10    information for different individuals, if he

11    wanted to contact someone?

12               MR. PAGLIUCA:  Objection to the

13          form and foundation.

14          A.    In the course of the long period of

15    time when I was there, it certainly would be

16    possible for him to ask me for a telephone

17    number and if I had the -- I wouldn't always

18    have it -- I'm sure it happened.

19          Q.    Was there a hardcopy book in

20    addition to the computer, a hardcopy book

21    that you could look for numbers that were

22    relevant to Jeffrey Epstein's life and

23    something on the computer or was it just an

24    electronic version?

25               MR. PAGLIUCA:  Objection to the



Page 316

1           G Maxwell - Confidential

2           form and foundation.

3       Q.   Was there a hard copy book as well

4   as something on the computer or was there

5   only electronic information on the phone

6   numbers?

7           MR. PAGLIUCA:  Objection to the

8           form and foundation.

9       A.   I can only testify to what I know

10  obviously, and I believe that this is a copy

11  of a stolen document.  I would love to know

12  how you guys got it.

13      Q.   I'm asking during the time you

14  worked for Jeffrey Epstein, was there a

15  hardcopy document of any kind that kept phone

16  numbers for Jeffrey Epstein, if he needed to

17  contact someone?

18      A.   The stolen document I have in front

19  of me that you have is what you are referring

20  to.

21      Q.   So there was, during your time when

22  you were there, there was no other, you

23  mentioned there was information on a

24  computer.  Was there any hardcopy document

25  that you could refer to to find someone's



1          G Maxwell - Confidential

2    number?

3          A.    You have the stolen document in

4    front of you.

5          Q.    You had access to this when you

6    worked for Jeffrey Epstein?

7          A.    This is, I believe, the book that

8    was stolen, that was the hardcopy of whatever

9    was there.

10         Q.    So when you were working for

11   Jeffrey Epstein, you were able to access this

12   book?

13         A.    This book -- if this is what this

14   is, I believe it was, this is the stolen

15   document from his house.

16         Q.    And you were able to access it when

17   you worked for him?

18         A.    It was a document that was printed

19   that you could, if you needed to, look for a

20   number.

21         Q.    Do you know how this book was

22   created?

23         A.    No.

24         Q.    When you referred to it a moment

25   ago, to a stolen document, when ███████



1          G Maxwell - Confidential

2    ▮▮▮▮▮▮▮▮  turned this document over to the

3    FBI, are you aware he described it as a

4    document that came from your computer?

5          MR. PAGLIUCA:  Objection to the

6       form and foundation.

7       A.   I have no idea what he said or

8    didn't say, so if you want me to reference

9    something he said, you need to show it to me.

10       Q.   Did you keep this document, an

11   electronic copy of it, on your personal

12   computer?

13       A.   I don't recollect.

14       Q.   If you had to update something, for

15   example, if there was a new number, a new

16   individual that Jeffrey had hired that you

17   were going to track, would you input that

18   information into this document on your

19   computer?

20          MR. PAGLIUCA:  Objection to the

21       form and foundation.

22       A.   I've already testified that I'm not

23   responsible for updating and keeping these

24   records.

25       Q.   Did you have this document on your



Page 319

1           G Maxwell - Confidential

2    computer, your personal computer?

3           A.   I told you, I don't recollect

4    having this document on my computer.

5           Q.   Do you know what computers this

6    document was on, if more than one?

7           A.   I'm sorry, this is a long time ago

8    and I don't recall exactly how this was all

9    managed.

10          Q.   If you didn't create this document,

11   do you know who did?

12               MR. PAGLIUCA:   Objection to the

13          form and foundation.

14          A.   I don't.

15          Q.   I'm going to direct your attention

16   to part of this document.  It's towards the

17   back, it's going to be page 91 and it has

18   bates label Giuffre 001663.  I'm going to

19   direct your attention to the section that

20   says, Massage Florida.

21               Did you input any of the names or

22   numbers under that section?

23               MR. PAGLIUCA:   Objection to form

24          and foundation.

25          A.   So this document is produced in



Page 320

1            G Maxwell - Confidential

2     2004, 2005, so, no.

3          Q.   But I'm sorry, correct me if I'm

4     misunderstanding your testimony, I thought

5     you said when you were working with Jeffrey,

6     that this document existed and it was

7     something you utilized?

8          A.   I can't possibly tell you what

9     numbers were added or not added subsequent to

10    my departure.

11         Q.   So you can't recall if you added

12    any of these numbers?

13              MR. PAGLIUCA:   Objection to the

14         form and foundation, mischaracterizes

15         the witness' testimony.

16         Q.   Are there any numbers on here or

17    names that you recognize that you would have

18    entered into this section?

19         A.   I already testified that I'm not

20    responsible for inputting numbers and names

21    into this so I would not be able to tell you.

22         Q.   Are there any names or numbers

23    under this section, Massage Florida, that you

24    would have provided to an assistant to input

25    into this document?



Page 321

1          G Maxwell - Confidential

2          A.   I can't possibly say.

3          Q.   Do you see under Massage Florida,

4     about halfway down the first column, do you

5     see a number that says ████████ cell?

6               MR. PAGLIUCA:  What page?

7          Q.   It's 91, Bates number 001663.

8     About halfway down, it says in the first

9     column, it says ████████ cell.

10               Do you see that?

11          A.   I do.

12          Q.   Would you have provided after, I

13     know you didn't hire her, Jeffrey hired her

14     but after you brought her to Jeffrey, would

15     you have given her cell phone number to an

16     assistant to input into this document?

17               MR. PAGLIUCA:  Objection to form

18          and foundation.

19          A.   I didn't bring her to Jeffrey, the

20     way you characterize and I would have no

21     knowledge of how this number ended up in this

22     book.

23          Q.   I believe you, and I will try to

24     use your words so we are clear, you met

25     ████████ is that correct?



Page 322

1          G Maxwell - Confidential

2     A.    Yes.

3     Q.    And then she began working for

4   Jeffrey?

5     A.    Yes.

6     Q.    Would you have provided whomever

7   was in charge of keeping this updated with

8   ██████████    cell number so you would be able to

9   contact her if needed?

10          MR. PAGLIUCA:   Objection to the

11       form and foundation.

12    A.    I don't know.   It could have been a

13   number of different ways, it it could have

14   been Jeffrey who gave it to somebody.

15    Q.    You just don't remember doing that?

16    A.    I do not.

17    Q.    Now, as you look -- I want you to

18   take a look at the Florida massage list, it's

19   three columns there.

20          Do you, as you look at those names

21   on the various columns, do you know the ages

22   of any of the girls in this list?

23    A.    I don't know.   One, I don't know

24   who all the people are on this list and I

25   certainly don't know the ages.



Page 323

1          G Maxwell - Confidential

2          Q.   Do you know what their

3     qualifications are?

4          A.   I don't know who the people are in

5     general so of course I don't know what their

6     qualifications are.

7          Q.   Do you know why Jeffrey has so many

8     masseuses listed in Florida in his book here?

9               MR. PAGLIUCA:  Objection to the

10              form and foundation.

11         A.   Again, this book was created post

12    my departure, so I couldn't explain why all

13    these people were here.

14         Q.   When you were there, you said this

15    book existed?

16         A.   Yes.

17         Q.   So when you were there, were there

18    a number of masseuses listed under the

19    Florida massage?

20              MR. PAGLIUCA:  Objection to the

21              form and foundation and

22              mischaracterization of the witness'

23              testimony.

24         Q.   I'm asking you a question.

25              When you were there, were there a



Page 324

1          G Maxwell - Confidential

2     number of masseuses listed under the Florida

3     massage section?

4          A.   When I was there, I would have, of

5     course there would have been some masseuses

6     listed but I could not tell you who or how

7     many and this -- I could not possibly because

8     I wouldn't remember.

9          Q.   Do you know why Jeffrey would have

10    had so many names listed under his massage

11    Florida?

12             MR. PAGLIUCA:   Objection to form

13         and foundation.

14        A.   I can't testify to why Jeffrey has

15    so many.

16        Q.   Did he use a different masseuse

17    every day?

18             MR. PAGLIUCA:   Objection to the

19         form and foundation.

20        Q.   You can answer.

21        A.   When I was there he had a massage

22    roughly every day, one masseuse, and mostly

23    he would have them at random times, so it

24    would be difficult if you just only had one

25    person, man, woman, for an adult massage, to



1          G Maxwell - Confidential

2     come and be available for whatever time it

3     was.  So he would have more than one person

4     that he could call for a massage because at

5     any given time the one that he called first

6     may not have been available.

7          Q.   So would it typically be a

8     different person each day that would give him

9     a massage?

10              MR. PAGLIUCA:  Objection to the

11         form and foundation.

12         A.   It would be, when I was there,

13    based on availability.

14         Q.   Would it surprise you to learn that

15    the Federal Government found that some of the

16    girls on this list under massage Florida were

17    under the age of 18?

18              MR. PAGLIUCA:  Objection to the

19         form and foundation.

20         A.   I can't testify to what the

21    government found or did not find because I

22    would have no knowledge of it.

23         Q.   I'm asking if you would be

24    surprised by that?

25              MR. PAGLIUCA:  Form and foundation.



Page 326

1            G Maxwell - Confidential

2        A.   I have knowledge of it.  I can't

3    speculate.

4        Q.   On the second column, towards the

5    bottom, there is the name, it's one up from

6    the bottom, there is the name ███████████,

7    do you know ██████████?

8        A.   I do.

9        Q.   Who is she?

10       A.   She was a friend of Jeffrey's.

11       Q.   Is she a masseuse?

12       A.   She, I don't think she was a

13   masseuse, no.

14       Q.   Why would be she listed under

15   Florida massages?

16       A.   An input error.

17       Q.   Is this list any individual that

18   would have sex with Jeffrey?

19            MR. PAGLIUCA:  Objection to the

20       form and foundation.

21       A.   I wouldn't have any knowledge of

22   that.

23       Q.   Do you know if Jeffrey had sex with

24   ████████████?

25            MR. PAGLIUCA:  Object to the form



Page 327

1         G Maxwell - Confidential

2      and foundation.

3         A.   First of all, I wouldn't have any

4    knowledge of that.

5            MS. McCAWLEY:   We are going to take

6        a quick break.

7            THE VIDEOGRAPHER:   It's now 4:39

8        and we are off the record.

9            (Recess.)

10           THE VIDEOGRAPHER:   It's now 4:54

11       and we are as back on the record

12       starting disk number 8.

13        Q.   Ms. Maxwell, we were talking

14   earlier about the journal and I believe you

15   said in 2004, 2005, you were no longer

16   working and responsible for that journal, is

17   that correct?

18           MR. PAGLIUCA:   Objection to the

19       form and foundation.

20        A.   What are we referring to, this

21   document right here?

22        Q.   Yes.

23        A.   I don't know who is the author of

24   this or I can't tell you what is in here

25   versus what would have been here when I was


MAGNA
LEGAL SERVICES

Page 328

```
 1          G Maxwell - Confidential
 2   around.  I can't testify to that.
 3          Q.   Were you around in 2004, 2005?
 4          A.   I already testified that I was
 5   there when Jeffrey's mother passed away and
 6   so you know, I did visit for her passing and
 7   I believe I was there for a couple of days in
 8   2005.
 9          Q.   So if an employee of Mr. Epstein in
10   2004 said that you were the employee's direct
11   supervisor, would that be incorrect?
12          MR. PAGLIUCA:   Objection to form
13          and foundation.
14          A.   What employee, what's the
15   circumstances and what is the story, I don't
16   know what you are asking me.
17          Q.   If ███████████ said in 2004
18   when he was hired, you were his direct
19   supervisor, would that be true?
20          A.   No.
21          Q.   Were you in 2004 supervising ████
22   ██████
23          MR. PAGLIUCA:   Objection to form
24          and foundation.
25          A.   I never supervised ████████████.
```



Page 329

```
 1          G Maxwell - Confidential
 2     Q.   Did ████████████ take orders from
 3  you?
 4          MR. PAGLIUCA:  Objection to the
 5     form and foundation.
 6     A.   She worked for Jeffrey.
 7     Q.   If ████████████ said you had
 8  knowledge of underage girls coming to
 9  Jeffrey's home for the purpose of sex, would
10  you contend that that is truthful?
11          MR. PAGLIUCA:  Objection to the
12     form and foundation of the question.
13     A.   I have no idea what you are talking
14  about, I'm sorry.
15     Q.   If ████████████ said that you
16  have knowledge of underage girls coming to
17  Jeffrey's home for the purpose of having
18  massages involving sex, would you say that
19  that statement is truthful?
20          MR. PAGLIUCA:  Objection to the
21     form and foundation.
22     A.   I can't testify to what ████████
23  said or didn't say.
24     Q.   I'm saying if ████████ said that you
25  had knowledge that there were girls coming
```



Page 330

```
 1            G Maxwell - Confidential
 2     over to the house that were underage for the
 3     purposes of sex, would that statement be
 4     true?
 5               MR. PAGLIUCA:  Objection to form
 6          and foundation.
 7          A.   I can't testify to what ████████
 8     said or didn't say or what he thought.
 9          Q.   Did you have knowledge of underage
10     girls coming to Jeffrey Epstein's house for
11     the purpose of sex?
12          A.   No.
13          Q.   Earlier I believe you testified,
14     correct me if I'm wrong, that the document
15     that is in front of you, the thicker document
16     was a stolen document.
17               Do you know who stole that
18     document?
19          A.   I have read that ██████ stole the
20     document.
21          Q.   And where have you read that?
22          A.   I believe it was reported in the
23     press.
24          Q.   Earlier we were talking about the
25     computers at Jeffrey Epstein's home.  Did you
```



Page 331

```
 1          G Maxwell - Confidential

 2    have a computer that was your computer

 3    located in Jeffrey Epstein's home?

 4          MR. PAGLIUCA:  Objection to form

 5       and foundation.

 6       A.   I've testified to the computer

 7    already.  Even when I was around, there was a

 8    computer that people had access to.

 9       Q.   So is ▇▇▇▇▇▇▇▇ telling the

10    truth when he says that he downloaded that

11    book from your computer?

12          MR. PAGLIUCA:  Objection to the

13       form and foundation.

14       A.   I couldn't possibly tell you what

15    ▇▇▇▇ did or didn't do or said or didn't

16    say.

17       Q.   Was it on your computer?

18       A.   I already testified I have no idea

19    where this document came from.

20       Q.   Did you have a list of names of

21    individuals with contact information for

22    Jeffrey Epstein on your personal computer?

23       A.   Again, that wasn't my computer.  I

24    already said that was a computer that lots of

25    people would have, so I have no recollection
```



Page 332

1          G Maxwell - Confidential

2     of this document being on it, so I don't know

3     where this came from.

4          Q.   I understand the computer at the

5     house that you're referencing.  On a personal

6     computer of yours, did you have that

7     document?

8          A.   I don't know where this document

9     came from, so I can't possibly say this

10    document was on any computer that I may have

11    had access to.

12         Q.   On a personal computer of your own,

13    did you have lists of the phone numbers and

14    contact information relating to Jeffrey

15    Epstein?

16         A.   Like everybody, I have an address

17    book but I can't possibly testify to where

18    this thing came from.

19         Q.   Was it your address book or was it

20    addresses that related to Jeffrey Epstein?

21         MR. PAGLIUCA:  Objection to the

22         form and foundation.

23         A.   I don't know what you're asking me.

24         Q.   On your personal computer, the

25    address book you are referencing, was it your



Page 333

1            G Maxwell - Confidential

2    address book with individuals you knew or was

3    it an address book for your employer, Jeffrey

4    Epstein?

5        A.    Jeffrey has his situation and I

6    have no -- this is Jeffrey's, it came from

7    his home, so I can't testify to anything

8    about this in that period of time.

9        Q.    So you didn't have on your computer

10   a list of contact information for individuals

11   that was related to Jeffrey Epstein?

12       A.    I don't recall exactly what I had

13   back in 2004 and 2005, so I can't say what I

14   had back then that relates to his addresses,

15   I can't recall.

16       Q.    So is it possible that someone

17   could have downloaded from your personal

18   computer a list of names and address that

19   were affiliated with Jeffrey Epstein?

20           MR. PAGLIUCA:   Objection to the

21       form and foundation.

22       A.    This didn't come from any computer

23   of mine.

24       Q.    But is it possible that someone

25   could have downloaded a list of names and



Page 334

```
 1          G Maxwell - Confidential
 2    addresses affiliated with Jeffrey Epstein
 3    from your computer?
 4          MR. PAGLIUCA:  Objection to the
 5          form and foundation.
 6          A.   I already said, I didn't have a
 7    computer there, so I don't know where this
 8    came from, I have no idea.
 9          Q.   I'm going to read to you some
10    testimony from ████████████████ deposition
11    and it's on page 370 and I want to ask you a
12    question about it, if it's true or false?
13          MR. PAGLIUCA:  I'm going to object
14          unless you show the witness the
15          document.
16          MS. McCAWLEY:  I will pass it.  We
17          are not going to mark it.  We will skip
18          it.
19          Q.   Did you ever tell ████████████
20    that he better watch out and better keep his
21    mouth shut with respect to what occurred at
22    Mr. Epstein's home?
23          MR. PAGLIUCA:  Objection to the
24          form and foundation.
25          A.   It doesn't sound like anything I
```



Page 335

```
 1          G Maxwell - Confidential
 2   would say.
 3          Q.   Did you ever threaten ████████
 4   ████████   in any way if he were to disclose
 5   information he learned from his employment
 6   with Jeffrey Epstein?
 7               MR. PAGLIUCA:  Objection to the
 8          form and foundation.
 9          A.   I'm happy to answer.  No, I never
10   threatened him in any way.
11          Q.   Were you concerned that he was
12   going to disclose that Jeffrey Epstein was
13   trafficking underage girls?
14               MR. PAGLIUCA:  Objection to the
15          form and foundation.
16          A.   First of all, there are so many
17   things wrong with that question, but I have
18   no knowledge of what you are talking about.
19          Q.   Have you ever contacted or
20   instructed anyone to contact any witness in
21   this case for the purposes of threatening
22   them not to testify in this case?
23               MR. PAGLIUCA:  Objection to the
24          form and foundation.
25          A.   I have never called anybody with
```



Page 336

1          G Maxwell - Confidential

2    reference to this case with any, anything you

3    just mentioned, I never threatened anyone.

4          Q.   Have you ever directed anyone to

5    call any witnesses relevant to this case and

6    threaten them not to testify?

7               MR. PAGLIUCA:  Objection to the

8          form and foundation.

9          A.   I never done such a thing.

10         Q.   Did Jeffrey Epstein or you ever ask

11   any female, regardless of age, to carry

12   Jeffrey's baby for him?

13              MR. PAGLIUCA:  Objection to the

14         form and foundation.

15         Q.   Or anything along those lines?

16              MR. PAGLIUCA:  Objection to the

17         form and foundation.

18         A.   Can you repeat the question,

19   please?

20         Q.   Did you or Jeffrey Epstein ever ask

21   any female, regardless of age, to carry

22   Jeffrey Epstein's baby for him?

23              MR. PAGLIUCA:  Objection to the

24         form and foundation.

25         A.   Are you asking --



Page 337

```
 1          G Maxwell - Confidential
 2      Q.   To become pregnant, did you or
 3  Jeffrey Epstein ever ask any female to become
 4  pregnant and carry Jeffrey Epstein's baby for
 5  you or for Jeffrey?
 6          MR. PAGLIUCA:  Objection to form
 7      and foundation.
 8      A.   You need to be very specific.  I
 9  have no idea what you are talking about.
10  That's completely rubbish.
11      Q.   Did you or Jeffrey Epstein ask any
12  female to become pregnant and carry his baby
13  for either him or you?
14          MR. PAGLIUCA:  Objection to the
15      form and foundation.  Go ahead.
16      A.   I can't testify to anything Jeffrey
17  did or didn't do when I am not present, but I
18  have never asked anybody to carry a baby for
19  me.
20      Q.   Or anything along those lines?
21          MR. PAGLIUCA:  Object to the form
22      and foundation.
23      Q.   I want to make sure we are talking
24  about the same thing, not physically carry a
25  baby, I mean become pregnant with a baby?
```



Page 338

1            G Maxwell - Confidential

2            MR. PAGLIUCA:   Objection to the

3      form and foundation.

4      Q.   I want to make sure we are clear.

5      A.   I don't know what you are asking.

6      Q.   That's why I want to make sure we

7      are clear.

8      A.   We are clear.  I never asked

9      anybody to carry a baby for me.

10     Q.   Do you know if Jeffrey ever asked

11     anybody to carry a baby for him?

12     A.   I'm not going to characterize any

13     conversation Jeffrey had with somebody else.

14     Q.   You are not aware of that, is that

15     your testimony?

16     A.   I am testifying I never have and I

17     will not testify for anything for Jeffrey.

18     Q.   Did you ever hear Jeffrey ask

19     anybody to carry a baby for him?

20     A.   I don't recollect conversation

21     about Jeffrey and babies in any form.

22     Q.   Did Jeffrey ever tell he wanted to

23     have a baby?

24     A.   I don't recollect baby

25     conversations with Jeffrey.



Page 339

1           G Maxwell - Confidential

2       Q.   So he never told you he wanted to

3   have a baby?

4       A.   I don't recollect any baby

5   conversations with him saying he wanted to

6   have a baby.

7       Q.   Did you ever bring any females to

8   the Dubin's house that were not your friends'

9   children that were under the age of 18?

10          MR. PAGLIUCA:   Objection to form

11      and foundation.

12      A.   I have never, to my knowledge,

13  brought anybody under the age of 18 that's

14  not a friend of my family or my nieces or

15  nephews to the Dubin household.

16      Q.   Earlier today you testified, I

17  believe, that with respect to your town home

18  Jeffrey paid for some of that and then gave

19  you a loan, is that correct?

20          MR. PAGLIUCA:   Objection to the

21      form and foundation.

22      A.   I said, actually I think it was a

23  loan, I believe it was a loan.

24      Q.   The whole thing?

25      A.   As best as I can recollect.



Page 340

1           G Maxwell - Confidential

2      Q.   Did you pay that loan back?

3      A.   I don't have any outstanding loans

4  with him.

5      Q.   So you paid it back?

6      A.   I don't have any outstanding loans

7  with him.

8      Q.   That's not an answer to my

9  question.

10          Did you pay back Jeffrey for the

11  loans?

12     A.   I have paid back any loans I had

13  with him.

14     Q.   You have or haven't?

15     A.   Have.

16     Q.   Were there any other gifts that

17  Jeffrey gave you during the time period of

18  say 1999 to the present that were in excess

19  of $50,000?

20          MR. PAGLIUCA:  Objection to the

21      form and foundation.

22     A.   What's the question again?

23     Q.   Did Jeffrey give you any gifts in

24  excess of amounts of $50,000, I'm not talking

25  about a scarf here or something



Page 341

1          G Maxwell - Confidential

2    insignificant, from 1999 to the present?

3          A.   I can't recollect any gifts.

4          Q.   Did he ever buy you a car?

5          A.   I really don't recall, I can't

6    recall, it's a long time ago.

7          Q.   You can't recall if Jeffrey Epstein

8    ever bought you a car?

9          A.   I believe he did buy me a car, I

10   don't recall how much it cost.  I don't

11   recall any of the financial details of that.

12         Q.   Do you still have that car?

13         A.   I don't.

14         Q.   How long ago did you get rid of

15   that car?

16         A.   I don't recall all the cars.  There

17   was a car back -- there was -- I don't

18   recall, I'm sorry.

19         Q.   He supplied you with several cars?

20              MR. PAGLIUCA:  Object to the form

21         and the mischaracterization of the

22         testimony.

23         A.   I don't recall details of the cars.

24         Q.   Did he supply with you more than

25   one car?



1         G Maxwell - Confidential

2         A.   Over the course of time, I've

3    driven many cars.

4         Q.   That Jeffrey provided to you?

5         A.   They were cars that could be driven

6    and I just don't recall them.

7         Q.   Were they in your name?

8         A.   I don't recall.

9         Q.   You don't recall if Jeffrey Epstein

10   ever put a car in your name?

11        A.   We are talking a long time ago, I

12   really don't recall.

13        Q.   When is the last time you had a car

14   from Jeffrey Epstein that you used?

15        A.   2000, 2001, 2002.

16        Q.   Do you recall what kind of a car

17   that was?

18        A.   I don't recall, I'm sorry.

19        Q.   Did Jeffrey Epstein purchase

20   anything else for you besides the townhouse

21   and cars that would be over the amount of

22   $50,000?

23        A.   I didn't say that he did, I said I

24   had a loan.

25        Q.   Besides the loan, I'm sorry, you

MAGNA
LEGAL SERVICES

Page 343

1          G Maxwell - Confidential

2     are right, you did say you had a loan and you

3     said you paid that back, correct?

4          A.   That's my testimony.

5          Q.   Anything else in excess of $50,000

6     that he would have purchased for you?

7          A.   We are talking 2002, 2001, I don't

8     recall any gifts really.

9          Q.   When is the last time Jeffrey

10    Epstein gave you a gift in excess of $50,000?

11          MR. PAGLIUCA:   Assumes facts not in

12          evidence.   Form and foundation.

13          Q.   You're saying you don't remember

14    from 2001 and 2002.   I'm asking when is the

15    last time you remember Jeffrey Epstein

16    purchasing a gift for you?

17          A.   I don't recall gifts in excess of

18    $50,000, I barely recall gifts, I barely

19    recall a lot of this -- I'm sorry, I don't

20    recall.

21          Q.   Is Jeffrey Epstein paying for your

22    legal fees in this case?

23          A.   No.

24          Q.   Is he paying for anything related

25    to this case?



Page 344

                    G Maxwell - Confidential

1
2       A.    No.

3       Q.    Are you aware of any grand theft

4    police report relating to Virginia Roberts?

5       A.    I believe I've read a report in the

6    press on that.

7       Q.    Did you provide the press with a

8    report on a grand theft by Virginia Roberts?

9       A.    I don't know how the press got that

10   story.

11      Q.    Do you know if Virginia Roberts

12   committed a grand theft?

13      A.    I only know what I read in the

14   press.

15      Q.    Did you ever state to the press

16   that Virginia Roberts committed a grand

17   theft?

18      A.    I've never had any conversation

19   directly with press.

20      Q.    Did any of your representatives

21   ever inform the press that Virginia Roberts

22   committed a grand theft?

23           MR. PAGLIUCA:   Objection to the

24           form and foundation.

25      A.    I have no way of knowing what my



Page 345

```
 1          G Maxwell - Confidential
 2   representatives said to press or didn't.
 3          Q.   Did they ever discuss with you the
 4   fact that they were going to report that
 5   Virginia Roberts participated in a grand
 6   theft?
 7          A.   I don't know how, first of all, I
 8   don't know how I know that.  I believe I read
 9   it in a press report so...
10          Q.   I'm going to mark this as composite
11   exhibit, Maxwell 14 please?
12               (Maxwell Exhibit 14, email, marked
13          for identification.)
14          Q.   I'm going to direct you to page GM
15   00109.  At the top of that page you are going
16   to see an email address from Jeffrey Epstein
17   on Sunday June 12, 2011 to ███████████████
18   ████████████
19          A.   Yes.
20          Q.   The re line says, This is the
21   actual version they wanted me to send which I
22   changed but this is back from my U.K.
23   lawyers.
24               Do you see that?
25          A.   Yes.
```



Page 346

```
 1          G Maxwell - Confidential
 2      Q.   If you go down further, you're
 3  going to see halfway through the page, you
 4  will see your email address the ████████
 5  and you will see a statement that says, Thank
 6  you.  I have it now.  I'm working on the
 7  letter a little.  I will send final version
 8  tomorrow and whatever is in it will be
 9  factually accurate.
10          Beneath that you will see ████████
11  ████████ who I believe you identified earlier
12  as one of your attorneys?
13      A.   Uh-huh.
14      Q.   And you will see a letter, starting
15  the text of a letter starting, I want you to
16  turn to the second page which is GM 00110.
17  About halfway through the page, it says you
18  will also presumably draw attention to the
19  fact that prior to filing her suit against
20  Mr. Epstein, Ms. Roberts fled the U.S. to
21  avoid being arrested for grand theft.  Police
22  report available.
23          What grand theft were you referring
24  to there that Virginia Roberts committed?
25          MR. PAGLIUCA:  Objection to the
```



Page 347

1          G Maxwell - Confidential

2      form and foundation.

3      A.    I don't know.  However, I believe

4  she stole money from somewhere where she

5  worked.

6      Q.    How do you know that was grand

7  theft?

8      A.    I don't know how I know that.

9      Q.    So you authorized a statement that

10  characterized that as grand theft without

11  knowing whether it was grand theft?

12      A.    What month, what is the date of

13  this?

14      Q.    The date of this is June 12, 2011?

15      A.    So I'm afraid such a long time ago,

16  I'm not sure how, I really couldn't testify

17  as to how that language ended up in here.

18      Q.    Do you have the police report?  It

19  says police report available.  Do you have

20  that document?

21      A.    I don't have that document.

22      Q.    Who does?

23      A.    I have no idea.

24      Q.    Would your lawyer ███████████

25  have that document?



Page 348

```
 1          G Maxwell - Confidential
 2      A.   I don't know who has this document.
 3      Q.   What's your basis in that statement
 4  for saying Ms. Roberts fled the U.S.?
 5      A.   Again, you are asking me for a
 6  statement that I made in 2011 and I can't say
 7  what in 2011 exactly the basis of that
 8  statement was.
 9      Q.   So you don't know whether or not
10  that statement is true?
11      A.   This is in 2011 and it never went
12  out, so I'm not sure exactly.
13      Q.   But you said in your email that you
14  were working to make it factually accurate,
15  is that correct?
16      A.   That's what it says.
17      Q.   I'm going to mark as Maxwell 15 a
18  document dated February 24, 2015?
19          (Maxwell Exhibit 15, email, marked
20          for identification.)
21      Q.   This is an email from ████████ who
22  you've identified as your ████████ on
23  February 24, 2015 to ████ which I understand
24  to be your email address and ████████.
25  The subject line says, VR cried rape.  Prior
```



Page 349

```
 1        G Maxwell - Confidential
 2   case dismissed as prosecutors found her not
 3   credible.  The message says, Ghislaine, some
 4   helpful leakage, dot dot dot.  What is it you
 5   were leaking to the press?
 6             MR. PAGLIUCA:  Objection, there is
 7        no foundation that she leaked anything
 8        and you know that.
 9        Q.   What was it that you were leaking
10   to the press in that statement?
11        A.   Again, I don't think that's
12   referring to that, that's just referring to
13   the press getting hold of whatever story it
14   is.
15        Q.   What was █████████ leaking to the
16   press?
17             MR. PAGLIUCA:  Objection to form
18        and foundation.
19        A.   It doesn't say ██████ was leaking
20   anything.  It doesn't say that.
21        Q.   The statement says, helpful
22   leakage, is that correct?
23        A.   It says helpful leakage.  That
24   doesn't mean he leaked anything.
25        Q.   Did you leak to the press
```



Page 350

```
 1          G Maxwell - Confidential
 2   information to the press information about
 3   the subject line, VR cried rape, prior case
 4   dismissed as prosecutors found her not
 5   credible?
 6        A.   I don't no idea what ███ is
 7   referring to.  I think he is referring to the
 8   press held the story.  I couldn't testify to
 9   that.
10        Q.   Did you leak to the press
11   information regarding the statement, VR cried
12   rape prior case dismissed as prosecutors
13   found her not credible, either through you or
14   through ██████████████?
15        A.   I think this is coming from the
16   daily mail.
17        Q.   That is not my question, I'm asking
18   whether you or ██████████████ leaked that?
19        A.   I have no knowledge, I have no
20   idea, I'm sorry.  I can't -- I have no
21   recollection.  I have no idea what she is
22   talking about.
23        Q.   I'm going to mark this as 16?
24             (Maxwell Exhibit 16 email marked
25        for identification.)
```



Page 351

1          G Maxwell - Confidential

2          Q.    This is an email addressed at the

3    top from Jeffrey Epstein on Monday, January

4    12, 2015 to ████ which I understand to be

5    your email address.  The email reads, You can

6    issue a reward to any of Virginia's friends,

7    aquaints, family, that come forward to help

8    prove her allegations are false.  The

9    strongest is the ████ dinner and the new

10   version of the Virgin Islands that ████

11   ████ practiced in an underage orgy.

12          Did you offer any rewards to

13   Virginia's family or friends to contradict

14   Virginia's story?

15          A.    Absolutely not.

16          Q.    Did Jeffrey Epstein offer any

17   rewards to any of Virginia's, as he suggests

18   here, friends, family or acquaintances to

19   contradict Virginia's story?

20          MR. PAGLIUCA:  Objection to the

21          form and foundation.

22          A.    I have no idea what he did.

23          Q.    Did he tell he was going to offer

24   rewards to Virginia's acquaintances, friends

25   and family to prove her allegations were



Page 352

```
 1          G Maxwell - Confidential
 2   false?
 3          A.   He did not.
 4          Q.   Do you know whether Jeffrey Epstein
 5   paid ████████████ to give testimony about
 6   Virginia Roberts?
 7          A.   I don't know who ████████████ is.
 8          Q.   So you don't know whether Jeffrey
 9   Epstein paid her?
10          A.   I don't know who ████████████ is.
11          Q.   Have you ever contacted any of
12   Virginia's friends, acquaintances or family
13   regarding this case?
14          A.   I don't know who Virginia's friends
15   or family are and I have not contacted
16   anybody related to her in any way, shape or
17   form.
18          Q.   I will turn you, I believe it's the
19   thicker document which is Maxwell, I believe
20   it was 14, right there, the compilation
21   document to GM, at the bottom, GM 00071.  You
22   actually may want to turn to the prior page
23   70 so you can see the email chain.  At the
24   top of the page --
25               MR. PAGLIUCA:  I don't have a 00071
```



Page 353

```
 1        G Maxwell - Confidential
 2     on mine.
 3          MS. McCAWLEY:   It's the second page
 4     in that document.
 5          MR. PAGLIUCA:   Okay.
 6     Q.   It's dated Friday March 11, 2011
 7  from Maxwell to Jeffrey with the title, Daily
 8  Mail and there is a forward from ███████ to
 9  you and a number of other individuals, that's
10  on the cover page and as you scroll to the
11  second page, you are going to see that part
12  of the chain that I'm asking about and that
13  is the chain at the bottom which is dated
14  3/10/2011 from ████████ and it says we
15  think -- we should think about the letter to
16  the editor.  School can be university.  Age
17  of consent in Florida is complex.  See below,
18  if you are 16 years old, a sexual
19  relationship with someone between 18 and 24
20  is legal in Florida.  Two persons between 16
21  and 24, Florida statute 794.05.  A person 24
22  years or of age or older who engages in
23  sexual activity with a person 16 or 17 years
24  of age commits a felony in the second degree.
25  So as soon as you turn 16 you are able to
```



```
 1          G Maxwell - Confidential
 2   have sexual relations and you can have sexual
 3   relations with a minor under the age of 18
 4   until your 24th birthday.
 5          Why were you concerned with the age
 6   of consent in Florida?
 7          MR. PAGLIUCA:  Objection to the
 8      form and foundation of the question.
 9      A.   I wasn't concerned.  I think this
10   was somebody sending me the statute for
11   informational purposes.
12      Q.   Who is            ?
13      A.   He is the person who,
14   boss I believe, I don't know what the
15   relationship is.
16      Q.   I didn't hear you?
17      A.   I                        I'm not
18   sure exactly.
19      Q.   Why would he be sending you
20   information addressing concerns about the age
21   of consent in Florida?
22          MR. PAGLIUCA:  Objection to the
23      form and foundation.
24      A.   I think he was just trying to be --
25   telling me details that would happen,
```



Page 355

```
 1        G Maxwell - Confidential
 2   Virginia in '11 was claiming she was 15 and
 3   we thought she was 17.  I didn't know what
 4   the statutes were in Florida and I think he
 5   was just trying to be helpful so I would
 6   know.
 7        Q.   Did you have a concern that you had
 8   violated this statute in Florida?
 9             MR. PAGLIUCA:  Objection to the
10        form and foundation.
11        A.   No.
12        Q.   Did you have a concern that Jeffrey
13   Epstein had violated this statute in Florida?
14        A.   I'm not concerned what happened
15   with Jeffrey.  I'm only concerned what
16   happens with me.
17        Q.   Why did you communicate with ████
18   ███████████  about the sexual consent age in
19   Florida?
20             MR. PAGLIUCA:  Objection to the
21        form and foundation.  It misstates her
22        testimony.
23        A.   I wasn't concerned.  I think he was
24   being helpful and stating what the statute
25   was.
```



Page 356

1          G Maxwell - Confidential

2          Q.   I'm going to turn you now in that

3     same stack the Bates number GM 00088.  At the

4     top of the email you are going to see Jeffrey

5     Epstein, dated June 8, 2011, to you and it's

6     got a re line, Vanity Fair.  If you go down

7     the chain you will see where it says under

8     your email, Do you have a problem with

9     anything I said.

10          Were you communicating with Jeffrey

11     to confirm what statements you could put in

12     any press releases you were given?

13          MR. PAGLIUCA:  Objection to the

14          form and foundation.

15          A.   Any interest I have is in accuracy.

16          Q.   Were you confirming with Jeffrey

17     Epstein what information you could put in

18     press releases?

19          MR. PAGLIUCA:  Objection to the

20          form and foundation.

21          A.   Again, I'm only looking for

22     accuracy.

23          Q.   Why would you ask him if he had a

24     problem with anything you were saying?

25          A.   If there is anything I



Page 357

```
 1          G Maxwell - Confidential
 2    characterized that was not correct.
 3        Q.   That's not what you said.  You
 4    said, do you have a problem with anything I
 5    said.
 6          MR. PAGLIUCA:  Objection to the
 7          form and foundation.  There is no
 8          question pending.
 9          MS. McCAWLEY:  There is.
10          MR. PAGLIUCA:  That's not a
11          question, it's a statement.
12          MS. McCAWLEY:  Don't interrupt me.
13        Q.   Di you say, do you have a problem
14    with anything I said?
15        A.   That was asking in my parlance that
16    I wanted him to check it for accuracy.
17        Q.   Did he tell you there was anything
18    inaccurate about the statement?
19        A.   Again, I have to read the whole
20    thing to figure that out.
21        Q.   Were you coordinating with Jeffrey
22    Epstein during this time period in 2011
23    regarding statements that you were issuing to
24    the press?
25          MR. PAGLIUCA:  Did you withdraw the
```



Page 358

```
 1        G Maxwell - Confidential
 2     last question.
 3          MS. McCAWLEY:  I'm not withdrawing
 4     anything.  I'm asking a question.
 5          MR. PAGLIUCA:  There was a question
 6     pending.  You didn't let the witness
 7     answer the question, then you moved on
 8     to another question so I'm asking for
 9     clarification for the record now which
10     question are we answering.
11          MS. McCAWLEY:  There is an answer.
12     The question was did he tell you
13     anything, there was anything in the
14     statement inaccurate about the statement
15     and she said again, I read the whole
16     thing --
17          THE WITNESS:  I would have to.
18          MS. McCAWLELY:  -- I would have to
19     read the whole thing to figure that out.
20          MR. PAGLIUCA:  Then she started
21     reading it and you asked another
22     question.
23          MS. McCAWLEY:  That's the question.
24          MR. PAGLIUCA:  I'm wondering if its
25     still pending.
```



Page 359

1          G Maxwell - Confidential

2              MS. McCAWLEY:  It was answered.

3      Q.   Were you coordinating with Jeffrey

4  Epstein during the time period in 2011

5  regarding the statements you were issuing to

6  the press?

7              MR. PAGLIUCA:  Objection to the

8          form and foundation.

9      A.   I only wanted to be accurate in any

10  factual statements that I made.

11      Q.   You knew at that time that Jeffrey

12  Epstein had been convicted for sexual abuse

13  of a minor, is that correct?

14              MR. PAGLIUCA:  Objection to form

15          and foundation.

16      A.   He was sentenced I believe for

17  underage -- soliciting an underaged

18  prostitute.

19      Q.   You knew that he was a registered

20  sex offender?

21      A.   Yes.

22      Q.   You were coordinating with him the

23  statement that you were going to be making to

24  the press to confirm whether they were

25  accurate in your words?



Page 360

1          G Maxwell - Confidential

2              MR. PAGLIUCA:   Objection to the

3       form and foundation.

4          A.   I was not coordinating with

5    Jeffrey.  He had details that I did not have.

6    I was not party to his case.  I needed to

7    have information in order to be able to

8    respond so I was not coordinating with him.

9    I was merely asking for details that I could

10   have.

11         Q.   Did Jeffrey write any of your press

12   statements for you?

13         A.   No.

14         Q.   He didn't draft any of them?

15         A.   I have a lawyer who was working on

16   this and that was -- I asked, I believe as I

17   recollect asked him for information to make

18   sure I was being accurate in the

19   representations for whatever I was

20   discussing.

21         Q.   Did Jeffrey provide you with any

22   drafts of statements to provide to the press?

23         A.   I only recall drafts from my

24   lawyer.

25         Q.   I will mark this as Maxwell 17.



Page 361

1          G Maxwell - Confidential

2              (Maxwell Exhibit 17, email, marked

3          for identification.)

4          Q.   This is an email from you on

5     January 10, 2015 to ████████████████████

6     ████    The statement you had before you

7     earlier, that, if you can pull that in front

8     of you, the one page press release that you

9     gave.   You might know from memory.

10             Was the press release that you

11    issued with the statement about Virginia

12    issued in or around January 2, 2015?

13         A.   As best as I can recollect.

14         Q.   I want to turn your attention to

15    the document I just handed you which is Bates

16    No. 001044, from you to ████████████████

17    ████████    It says in the first sentence, I'm

18    out of my depth to understand defamation,

19    other legal hazards and I don't want to end

20    up in a lawsuit aimed at me from anyone, if I

21    can help it.   Apparently, even saying

22    Virginia is a liar has hazards.

23             You knew at the time you called

24    Virginia a liar in early January of 2015 that

25    that was something that would result in a



Page 362

```
 1          G Maxwell - Confidential
 2    lawsuit, is that correct?
 3             MR. PAGLIUCA:  Objection to the
 4          form and foundation.
 5          A.    I have legal advice that I took.
 6          Q.    But you knew in early January by
 7    making a statement calling Virginia a liar
 8    that you were subjecting yourself to a legal
 9    dispute with her?
10             MR. PAGLIUCA:  Objection to the
11          form and foundation.
12          A.    I took legal advice as to what
13    should be said and not be said and the legal
14    advice that came from the United Kingdom
15    was --
16             MR. PAGLIUCA:  You are not allowed
17          to talk about any legal advice that you
18          got from anybody that's a lawyer.
19          A.    Sorry.
20          Q.    So is it correct without telling me
21    what you talked to your lawyers about that
22    you knew because this is dated January 10
23    that when you made this statement in early
24    January, January 2 of 2015 you knew that
25    calling Virginia a liar would subject you to
```



Page 363

1           G Maxwell - Confidential

2      a legal action, isn't that correct?

3              MR. PAGLIUCA:  Objection to the

4         form and foundation.  As to what you

5         knew -- whatever she knows would be

6         privileged.

7              MS. McCAWLEY:  I'm asking if she

8         knows.  I'm not asking her to tell me

9         about her privileged communications.

10     A.    All I can say is I asked a question

11     and received legal advice.

12             (Maxwell Exhibit 18, email, marked

13        for identification.)

14     Q.    This is an email dated January 15,

15     2015 from Jeffrey Epstein to you?

16     A.    Uh-huh.

17     Q.    It states in the first line, do you

18     want ██████ to come out and say she was the

19     girlfriend during the time?

20             MR. PAGLIUCA:  Objection to the

21        form and foundation of the question and

22        actually the word is ████████, there

23        is no vowel in there.

24             MS. McCAWLEY:  I was just trying to

25        pronounce it.


MAGNA
LEGAL SERVICES

Page 364

```
 1            G Maxwell - Confidential
 2       Q.   This email reads do you want
 3   ████████ without a vowel, to come out and say
 4   she was the girlfriend during the time.
 5            Who was Jeffrey Epstein referring
 6   to?
 7       A.   I believe he was referring to
 8   ███████████████.
 9       Q.   Why was he asking you if you wanted
10   ███████████ to come out and say she was the
11   girlfriend?
12            MR. PAGLIUCA:   Objection to the
13       form and foundation.
14       A.   The way the press and you were
15   characterizing me is I was with Jeffrey
16   throughout this entire period of time and I
17   was not.
18       Q.   Was ██████ with Jeffrey during this
19   period of time?
20       A.   I believe she was.
21       Q.   Did Jeffrey come out and tell the
22   press it was ██████ and not you that was with
23   him as he is proposing here?
24       A.   I don't believe he did.
25       Q.   Did you want him to do that?
```



Page 365

```
 1          G Maxwell - Confidential
 2      A.   No, I didn't ask him to do
 3  anything.  No.
 4      Q.   So do you know in January of 2015,
 5  was  ███████  his girlfriend?
 6      A.   2015, I have no idea who was his
 7  girlfriend in 2015.
 8      Q.   I'm sorry, you are correct.
 9           In the period of 1999 to 2002, was
10  ███████  his girlfriend?
11      A.   They spent a lot of time together.
12      Q.   Did you talk to ██████  about going
13  to the press and saying that she was the
14  girlfriend and not you?
15      A.   I have never spoken to ██████
16      Q.   Was ██████  offered any money to
17  make a statement that she was the girlfriend?
18           MR. PAGLIUCA:  Objection to the
19      form and foundation.
20      A.   I have no idea.  I have never
21  spoken to ██████  and I don't know anything --
22  I have no idea.
23           (Maxwell Exhibit 19, email, marked
24      for identification.)
25      Q.   That's an email from Jeffrey to
```



Page 366

1          G Maxwell - Confidential

2    Maxwell dated January 25, 2015.

3          A.    Uh-huh.

4          Q.    I will direct your attention to the

5    bottom email which is from you on Saturday

6    January 24, 2015.  It says, I would

7    appreciate it if ███████ would come out and

8    say she was your girlfriend.  I think she was

9    from the end of '99 to 2002.

10            Does that refresh your recollection

11    that you asked Jeffrey to have ███████ come

12    out and say she was his girlfriend?

13          A.    I'm sure I would loved anybody to

14    come out and say they were with Jeffrey

15    rather than me.

16          Q.    Was that an accurate statement you

17    were asking to be made to the press?

18            MR. PAGLIUCA:  Objection to the

19            form and foundation.

20          A.    When is this?

21          Q.    2015.  The statement is whether she

22    was the girlfriend from '99 to 2002.  As the

23    email reads.

24          A.    What is your question?

25          Q.    My question is, was that an



Page 367

```
 1        G Maxwell - Confidential
 2   accurate statement you were going to be
 3   giving to the press?
 4        A.   I didn't make the statement and
 5   ████ never came out, so it's completely
 6   moot.
 7        Q.   My question is, was it an accurate
 8   statement that ████ was the girlfriend from
 9   '99 to 2002 or were you just making that up
10   for purposes of deflecting press from you?
11             MR. PAGLIUCA:  Objection to the
12        form and foundation.
13        A.   As I said they spent a lot of time
14   together and...
15        Q.   Were you also his girlfriend from
16   '99 to 2002?
17        A.   I don't if I would have ever
18   characterized myself as his girlfriend, but
19   ████ at that time, was with him as much if
20   not more than I was.
21        Q.   I will mark this as Maxwell 20?
22             (Maxwell Exhibit 20, email, marked
23        for identification.)
24        Q.   This is an email at the top, it's
25   Bates labled 001060.  At the top is a chain
```



Page 368

1            G Maxwell - Confidential

2     from Jeffrey to you on January 11, 2015 and

3     if you look below, I'm going to start at the

4     bottom of that chain which is January 11 at

5     9:15 from Jeffrey and he wrote, Alan, do you

6     have an article coming out in Monday's paper.

7     If so, could you please forward us a copy.

8            Do you know what Alan Jeffrey was

9     referring to there?

10     A.   I don't know.

11     Q.   If you look up in the email chain

12     do you see an email address from Alan

13     Dershowitz responding to that letter?

14     A.   I do.

15     Q.   So that would be Alan Dershowitz

16     that Jeffrey was emailing at that time

17     according to this chain, correct?

18     A.   It certainly looks like it.

19     Q.   The email from Alan to Jeffrey is,

20     Nothing on Monday.  I'm working on several

21     possible articles about unfairness in the

22     legal process that allows false charges to be

23     inserted into legal documents with no

24     opportunity to respond.

25            And do you see above that Jeffrey's



Page 369

```
 1          G Maxwell - Confidential
 2   email to you says, quote, Careful.
 3        A.    Is that to me or to Alan?
 4        Q.    Jeffrey to ████ at the top.  Why
 5   was Jeffrey telling you to be careful?
 6              MR. PAGLIUCA:  Objection to the
 7        form and foundation.
 8        A.    I have no idea.
 9        Q.    What was he concerned about with
10   Alan Dershowitz's suggestion in the email
11   below?
12              MR. PAGLIUCA:  Objection to form
13        and foundation.
14        A.    I can't possibly know.
15        Q.    Did you discuss with him why he
16   told you to be careful?
17        A.    I had limited contact with him.  I
18   don't recall where this goes in the chain,
19   why he was telling me to be careful, I have
20   no idea.
21        Q.    Did you respond to this email?
22        A.    If you don't have it, I didn't
23   respond.
24        Q.    Did you ever delete emails during
25   the period of January of 2015?
```



Page 370

```
 1          G Maxwell - Confidential
 2       A.    I have every email that you asked
 3  for in discovery, that I have I gave you.
 4       Q.    That's not my question.
 5             Did you ever delete emails in
 6  January of 2015?
 7       A.    I have not deleted anything that
 8  you have asked me for in discovery.  I have
 9  given you everything that I have.
10       Q.    That is not my question, my
11  question is, did you ever delete emails in
12  January of 2015?
13       A.    In the normal course of my work,
14  there are emails from spam that I delete.
15  That is the type of email I've deleted.
16  Anything that is material to what you want, I
17  have not deleted.
18       Q.    How do you know that?
19       A.    Well, anybody that's to do with
20  Jeffrey or Alan or women or anything of which
21  I know you were interested in, of which I
22  have anything I would not have done because I
23  don't want to subject myself to...
24       Q.    Have you had your computer
25  forensically copied for purposes of this
```



Page 371

1          G Maxwell - Confidential

2    litigation?

3              MR. PAGLIUCA:  Objection to the

4        form and foundation.

5        A.    Has someone made a copy of your

6    computer for purposes of this litigation.

7        A.    No.

8        Q.    Are you a citizen of the United

9    States?

10       A.    I am.

11       Q.    Are you also a citizen of England?

12       A.    I am.

13       Q.    Are you a citizen of any other

14   land?

15       A.    TerraMar.

16       Q.    That's the name of your charity

17   project that deals with oceans, is that

18   correct?

19       A.    Yeah. I'm French as well.

20       Q.    Has Jeffrey Epstein funded TerraMar

21   for you?

22       A.    He did give some money to TerraMar,

23   yes.

24       Q.    How much?

25       A.    I believe it was $50,000.



Page 372

1          G Maxwell - Confidential

2          Q.   Earlier today, you said you were in

3     the process of resolving the sale of your

4     town home.  Where do you intend to live once

5     your town home is sold?

6          A.   That's a good question.  I don't

7     have an answer for you yet.

8          Q.   You don't have a present plan.  Do

9     you intend to live in the United States?

10         A.   I don't have a present plan.

11         Q.   Are you living outside of your town

12    home right now or are you still there?

13         A.   I'm just couch surfing.

14         Q.   Has Jeffrey Epstein ever purchased

15    a company for you or put a company in your

16    name?

17              MR. PAGLIUCA:  Objection to the

18         form and foundation.

19         A.   I have no recollection.

20         Q.   Is there a Ghislaine Maxwell

21    corporation, for example?

22         A.   No, not that I am aware of that has

23    anything to do with me.  There may be with

24    one that someone else owns or started but not

25    one that is related to me.



Page 373

1          G Maxwell - Confidential

2              MS. McCAWLEY:  I'm going to take a

3         short break and make sure to keep it

4         short because I know you wanted to -- I

5         just want to wrap up what we have left.

6              THE VIDEOGRAPHER:  It's now 5:49 we

7         are off the record.

8              (Recess.)

9              THE VIDEOGRAPHER:  It's now 6:00

10        p.m. and we are back on the record.

11        Q.    Ms. Maxwell, do you recall being

12   subpoenaed for a deposition back in 2009?

13        A.    I do.

14        Q.    Why did you avoid giving your

15   deposition in that case when you were

16   subpoenaed and had the opportunity to tell

17   your side of the story?

18             MR. PAGLIUCA:  Objection to the

19        form and foundation.

20        A.    That's not what happened.

21        Q.    What happened?

22        A.    As I best recall, I was subpoenaed

23   and a date was set for the subpoena and

24   everything was set and I believe it was with

25   Brad Edwards, correct me if I'm wrong, and



Page 374

```
 1            G Maxwell - Confidential
 2    Brad Edwards failed to show up for the
 3    subpoena.
 4         Q.   So your testimony is Brad Edwards
 5    did not show up for the deposition that had
 6    been set?
 7         A.   Correct.
 8         Q.   Did you give any statement that
 9    your mother was ill and, therefore, you
10    couldn't take your deposition and had to
11    leave the country indefinitely?
12         A.   That's an entirely separate
13    situation.  Brad Edwards was involved in the
14    ██████████████████████████████, I
15    believe, you know, is when fake suits were
16    created in Jeffrey's case and ████████████
      █ ████████████████████  and Brad Edwards worked
18    for that firm.
19         Q.   And Mr. Edwards worked for that
20    firm?
21         A.   So when the subpoena came, Brad
22    Edwards was involved with ████████ in the
23    case so when I was called for subpoena, then
24    and I had a subpoena, date and time set, Brad
25    Edwards went AWAL, meaning he failed to
```



Page 375

1          G Maxwell - Confidential

2     respond to calls and failed to get in touch

3     with my attorneys, even though a date and

4     time was set for the subpoena and so that's

5     what happened to that subpoena.  It just

6     didn't happen.

7          Q.   We may be talking about two

8     different cases so I will ask the question

9     again.

10          Was there ever a time where you

11     were subpoenaed to sit for a deposition that

12     you could not make it because you said that

13     your mother was ill?

14          A.   So that is the same subpoena that

15     Brad Edwards failed to turn up for and then I

16     think five or six months passed between -- a

17     period of time, I can't characterize it

18     exactly, a period of time passed where then

19     he resurfaced and asked for a new subpoena to

20     be -- a new time to be set and because he had

21     contacted the press and done all sorts of

22     things that you guys are familiar with, I

23     believe, it was my lawyer suggested that I

24     should have some sort of protective order and

25     I believe between the time for when Brad



Page 376

```
 1          G Maxwell - Confidential
 2    Edwards resurfaced after the ███████████
      ██ ████████████████████████████ for
 4    creating fake cases in Jeffrey's and other
 5    people's cases, in between the time when
 6    there were -- trying to figure out the
 7    protective situation for me, my mother was
 8    sick, she is 89, she was 89 at that time so I
 9    -- they -- we can all -- we all have parents,
10    so anyone, I don't know how old your parents
11    are but any parent or godparent, any
12    individual who is in the late 80s 90s, we can
13    understand has health issues so my mother's
14    health was deteriorating very rapidly at that
15    time and we had issues at home with who she
16    would talk to and how to manage her, her
17    healthcare situation and so I went home.
18    They were still arguing about the protective
19    order --
20         Q.   Is it your testimony that there was
21    not a date set for your deposition at the
22    time you left to go see your mother?
23         A.   I don't believe so.
24         Q.   Are you friends with the ████████
25         A.   I am.
```



Page 377

```
 1          G Maxwell - Confidential
 2          Q.   Did you attend a wedding of ████
 3    ████   a few weeks after the date was set,
 4    let's say a few weeks after you left to go
 5    see your mother who was ill?
 6          A.   I don't recall exactly when I left
 7    but it was before, a few weeks before -- I
 8    don't remember the exact timing of that, so
 9    I'm sorry, can you repeat the question?
10          Q.   Did you come back to the United
11    States to attend ████████████   wedding?
12          A.   I attended ████████████
13    wedding but I don't know if I came back
14    specifically for that or not.
15          Q.   When we were looking at the flight
16    logs earlier, there was a flight where you
17    ended up in ████████████, I believe it was
18    in ██████ do you know how you got clearance
19    to land at that ████████████?
20          A.   I need to have a look at whatever
21    document.
22          Q.   It's one of the flight logs, it was
23    on the flight with ██████ when we were
24    talking about you landed at ██████████████   I
25    know you are a pilot, do you know what you
```



Page 378

```
 1          G Maxwell - Confidential
 2    had to do to get clearance to land at that
 3    naval base.
 4          MR. PAGLIUCA:  If you need to look
 5       at something to answer the question, you
 6       can.  If you can't answer the question
 7       without looking at something just
 8       indicate such.
 9       A.   Regardless, I wouldn't have any
10    knowledge of that.
11       Q.   Was ███████████ traveling with you
12    on the flights you were on with ████████
13       A.   I would have to look at a document.
14    I wouldn't know if she was on all of them or
15    not.  I don't know.
16       Q.   Do you recall her being on any of
17    them?
18       A.   To the best of my recollection, I
19    think she was.  I don't recollect exactly
20    what flight she was on or not.
21       Q.   ██████████ was one of the
22    co-conspirators, physically, in the
23    nonconstitution agreement, is that correct?
24          MR. PAGLIUCA:  Objection to the
25       form and foundation.
```



Page 379

```
 1            G Maxwell - Confidential
 2       A.   I have never seen the document but
 3  my understanding, I believe, is that she was.
 4       Q.   Did you ever stay the night ever at
 5  ███████████  house ██████████  have you ever
 6  stayed the night there?
 7       A.   In his home ████████
 8       Q.   Yes.
 9       A.   I don't believe I did.
10       Q.   Are you aware of anybody providing
11  Jeffrey with two 12 year old girls as a
12  birthday present?
13            MR. PAGLIUCA:  Objection to the
14       form and foundation.
15       A.   No.
16       Q.   Are you aware of anybody ever
17  providing Jeffrey with French girls under the
18  age of 18 as a birthday present?
19            MR. PAGLIUCA:  Objection to the
20       form and foundation.
21       A.   No.
22       Q.   Do you know whether ████████████████
23  provided girls under the age of 18 to Jeffrey
24  for the purposes of sex?
25            MR. PAGLIUCA:  Objection to the
```



Page 380

```
 1          G Maxwell - Confidential
 2       form and foundation.
 3       A.   I am un -- the answer is no, I
 4  don't know anything about that.
 5       Q.   Did you ever witness ████████
 6  ████████ bringing girls under the age of 18 to
 7  any of Jeffrey residences?
 8            MR. PAGLIUCA:  Objection to the
 9       form and foundation.
10       A.   I don't recollect ████████ coming
11  to the house with girls, period.
12       Q.   Do you, when I say house, I'm
13  including the U.S. Virgin Island home.
14            Do you recollect ███████████████
15  bringing foreign girls under the age of 18 to
16  the U.S. Virgin Island house?
17       A.   I don't recollect anything like
18  that.
19       Q.   Do you know how Jeffrey Epstein
20  made his money?
21       A.   No.
22       Q.   Was █████████████████████ one
23  of his clients?
24       A.   I have no idea.
25       Q.   What do you know about the
```



Page 381

```
 1          G Maxwell - Confidential
 2  relationship between Jeffrey Epstein and ███
 3  ███████
 4      A.   Are you talking today?
 5      Q.   Yes, today.
 6      A.   I have no idea.
 7      Q.   Do they have a business
 8  relationship?
 9      A.   I have no idea.
10      Q.   Did they have a business
11  relationship during the time that you were
12  working for Jeffrey Epstein?
13      A.   I believe in the '90s when I was
14  there they had a business relationship.
15      Q.   Did they have any other kind of
16  relationship?
17          MR. PAGLIUCA:  Objection to form
18      and foundation.
19      A.   The only relationship I am aware of
20  is the business relationship.
21      Q.   Do you know why ████████ sold the
22  New York house or gave the New York house to
23  Jeffrey, if you know?
24          MR. PAGLIUCA:  Objection to the
25      form and foundation.
```



Page 382

1          G Maxwell - Confidential

2          A.    I know nothing about that

3     transaction.

4          Q.    Can you list for me all the girls

5     that you have met and brought to Jeffrey

6     Epstein's house that were under the age of

7     18?

8               MR. PAGLIUCA:   Objection to the

9          form and foundation.

10         A.    I could only recall my family

11    members that were there and I could not make

12    a list of anyone else because that list -- it

13    never happened that I can think of.

14         Q.    I'm talking about the time you were

15    working for Jeffrey Epstein, can you list all

16    girls that you found for Jeffrey Epstein that

17    were under the age of 18 to come work for him

18    in any capacity?

19              MR. PAGLIUCA:   Objection to the

20         form and foundation.

21         A.    I didn't find the girls.

22         Q.    You choose the word.

23              MR. PAGLIUCA:   If you have a

24         question ask it, you don't choose the

25         word.



Page 383

1          G Maxwell - Confidential

2       Q.   List all of the girls you met and

3   brought to Jeffrey Epstein's home for the

4   purposes of employment that were under the

5   age of 18?

6            MR. PAGLIUCA:   Objection to the

7       form and foundation.

8       A.   I've already characterized my job

9   was to find people, adults, professional

10  people to do the jobs I listed before; pool

11  person, secretary, house person, chef, pilot,

12  architect.

13      Q.   I'm asking about individuals under

14  the age of 18, not adult persons, people

15  under the age of 18.

16      A.   I looked for people or tried to

17  find people to fill professional jobs in

18  professional situations.

19      Q.   So Virginia Roberts was under the

20  age of 18, correct?

21      A.   I think we've established that

22  Virginia was 17.

23      Q.   Is she the -- sorry, go ahead.

24           Is she the only individual that you

25  met for purposes of hiring someone for



Page 384

```
 1        G Maxwell - Confidential
 2   Jeffrey that was under the age of 18?
 3            MR. PAGLIUCA:  Objection to form
 4        and foundation.  Mischaracterizes her
 5        testimony.
 6        A.   I didn't hire people.
 7        Q.   I said met.
 8        A.   I interviewed people for jobs for
 9   professional things and I am not aware of
10   anyone aside from now Virginia who clearly
11   was a masseuse aged 17 but that's, at least
12   that's how far we know that I can think of
13   that fulfilled any professional capacity for
14   Jeffrey.
15        Q.   List all the people under the age
16   of 18 that you interacted with at any of
17   Jeffrey's properties?
18        A.   I'm not aware of anybody that I
19   interacted with, other than obviously
20   Virginia who was 17 at this point?
21            (Maxwell Exhibit 21, email, marked
22        for identification.)
23        Q.   I'm showing you what's been marked
24   as Maxwell 21, it's an email dated January
25   21, 2015 from Jeffrey to you.  Is that, you
```



Page 385

 1          G Maxwell - Confidential

 2    can take a moment to take a look at it, is

 3    that a statement that Jeffrey Epstein wrote

 4    for you to be issued to the press?

 5          MR. PAGLIUCA:  Objection to the

 6       form and foundation.

 7       A.    The question was?

 8       Q.    Is this a statement that Jeffrey

 9    Epstein wrote for you to be issued to the

10    press?

11          MR. PAGLIUCA:  Same objection.

12       A.    Is there any other emails that you

13    have that surround this that would allow me

14    to know what -- does this have a context?

15       Q.    These were produced by your counsel

16    so the to extent there are emails that

17    surround this, this is what we were given.

18       A.    Okay.  I don't know whether he

19    wrote this -- obviously he wrote this and

20    sent this to me.  I don't know if this is

21    post a phone call we had, I can't recollect

22    exactly.

23       Q.    Do you know if this was issued to

24    the press, this statement?

25       A.    The only press statement that was



1          G Maxwell - Confidential

2     issued is the one that you have.

3          Q.    When the paragraph refers to you

4     being in a very long term committed

5     relationship with another man, who was that

6     other man?

7               MR. PAGLIUCA:  You don't have to

8          answer the question.

9               MS. McCAWLEY:  I'm asking the

10          identity of a witness in a statement she

11          is giving.

12               MR. PAGLIUCA:  She didn't give the

13          statement.

14               MS. McCAWLEY:  Jeffrey is writing

15          to her, I'm asking who is he is

16          referencing to a long term relationship.

17               You are going to refuse to let her

18          answer that question.

19               MR. PAGLIUCA:  Yes.

20               MS. McCAWLEY:  I would like to

21          state for the record he is refusing to

22          allow her to identify a potential

23          witness in this litigation.  So we will

24          be back to get the answer to that

25          question.



Page 387

1          G Maxwell - Confidential

2          Q.   Do you recall when you were

3    traveling with Virginia Roberts that you

4    would be responsible for holding her

5    passport?

6              MR. PAGLIUCA:  Objection to the

7         form and foundation.

8          A.   I already testified I don't recall

9    traveling with Virginia.

10         Q.   Do you recall whether Jeffrey

11   Epstein when he was traveling with a minor,

12   someone under the age of 18, someone would

13   hold their passport?

14             MR. PAGLIUCA:  Object to the form.

15         A.   I couldn't testify to what Jeffrey

16   did or didn't do.

17         Q.   You never observed him gathering a

18   minor's passport and holding it during one of

19   the trips you were on?

20         A.   I don't have a recollection of

21   that.

22         Q.   Are you familiar with a company

23   called Hyperion Air Inc.?

24         A.   I am.

25         Q.   Is that a company you are



Page 388

1            G Maxwell - Confidential

2    affiliated with?

3        A.   No.

4        Q.   Is that a company that Jeffrey

5    owns?

6        A.   I knew it back in 2001, back when I

7    was working.  I have no idea what that is

8    today.

9        Q.   What about JEGE, are you familiar

10   with that company, JEGE Inc.?

11       A.   I don't recall it.

12       Q.   You don't recall?

13       A.   It vaguely rings a bell.  I don't

14   remember what it relates to.

15       Q.   What about J Epstein Virgin Islands

16   Foundation, Inc.

17            Are you familiar with that company?

18       A.   No.

19       Q.   How did J Epstein & Company, Inc.?

20       A.   Again, I don't recall his business

21   names and affiliations.

22       Q.   How about NES LLC, are you familiar

23   with that name?

24       A.   Again, I think that was one of his

25   businesses, but I don't recall.



Page 389

1              G Maxwell - Confidential

2       Q.   Do you know what that business did?

3       A.   I don't.

4       Q.   How about New York Strategy Group

5   Inc.?

6       A.   I don't know.

7       Q.   What about Ghislaine Maxwell

8   Company, are you familiar with that company?

9       A.   I never heard of that.

10      Q.   Is that a company you are on record

11  as being either a board member of or having a

12  position of authority in?

13           MR. PAGLIUCA:  Objection to the

14       form and foundation.

15      A.   I've never heard of the business.

16      Q.   What negative, unflattering,

17  private or potentially embarrassing

18  information does Jeffrey Epstein know about

19  you?

20           MR. PAGLIUCA:  Objection to the

21       form and foundation.

22      A.   I imagine none.

23      Q.   Does he know, does he have any

24  knowledge of any illegal activity that you've

25  conducted?



Page 390

1         G Maxwell - Confidential

2              MR. PAGLIUCA:  Object to the form

3         and foundation.

4         A.   If you want to ask Jeffrey

5    questions about me, you would have to ask

6    him.

7         Q.   Have you ever been involved in any

8    illegal activity in your lifetime?

9              MR. PAGLIUCA:  Objection to the

10        form and foundation.

11        A.   I can't think of anything I have

12   done that is illegal.

13        Q.   Have you ever been arrested?

14        A.   I have a DUI in the U.K. a long

15   time ago.

16        Q.   Is that the only arrest you have on

17   your record?

18        A.   Yes.

19        Q.   I will mark as Maxwell 22 this

20   email?

21             (Maxwell Exhibit 22, email, marked

22        for identification.)

23        Q.   This is dated January 21, 2015.

24   It's from Jeffrey Epstein to you, forwarding

25   the Guardian and I would like you to look at



Page 391

```
 1           G Maxwell - Confidential
 2    the chain of emails so you understand the --
 3    have an appreciation for who is on this.
 4    It's a three-page document.  The bottom of
 5    the email appears to be a message from, there
 6    is a -- at the very bottom there is the
 7    signature block for ████████ , ██████
      █  ████████████████████████  and above that
 9    there is a message from a ████████████  ███████
10    ████
11           Do you see that?
12    A.    Uh-huh.
13    Q.    Do you know who ████████████ is?
14    A.    I do not.
15    Q.    Above that there is a message from
16    ████████████████████████  and you and it
17    says, so this isn't getting better, latest
18    from our chums at the Guardian and above that
19    you will see on January 21 an email from you
20    where you wrote, See below.
21           And right above that chain you will
22    see Jeffrey Epstein to you on January 21 and
23    his statement to you is, This will now end
24    but I think a dismissive statement is okay.
25           What did he mean by his statement,
```



Page 392

```
 1           G Maxwell - Confidential
 2    This will now end?
 3              MR. PAGLIUCA:   Objection to the
 4         form and foundation.
 5         A.   I have no idea.
 6         Q.   Did you discuss with him what he
 7    meant by the statement, This will now end?
 8         A.   I don't recall.
 9         Q.   Was he taking any action to ensure
10    that, quote, this will now end?
11         A.   I have no idea.
12              (Maxwell Exhibit 23, email, marked
13         for identification.)
14         Q.   This is an email from, if you look
15    at the chain at the top, you will see it's
16    from you to Jeffrey on January 27 and the
17    email at the bottom of the chain is from
18    Jeffrey to you on January 27.
19              He states, What happened to you and
20    your statement, question mark, question mark.
21    And you put at the top, I have not decided
22    what to do.
23         A.   Uh-huh.
24         Q.   Why was Jeffrey interested in you
25    making a statement to the press?
```



Page 393

1        G Maxwell - Confidential

2            MR. PAGLIUCA:  Objection to the

3        form and foundation.

4        A.   I don't know that he was

5   interested.  We made a statement and then I

6   was being advised to make an additional

7   statement and I never did.

8        Q.   Was Jeffrey communicating with you

9   regularly on what additional statement you

10  might make?

11           MR. PAGLIUCA:  Objection to the

12       form and foundation.

13       A.   No, I've communicated with him very

14  little, as little as possible.

15       Q.   Why did you feel you had to keep

16  him informed of statements you were making to

17  the press?

18           MR. PAGLIUCA:  Objection to the

19       form and foundation.

20       A.   I didn't feel I had to.

21       Q.   Then why you were communicating

22  with him about statements you were making to

23  the press?

24           MR. PAGLIUCA:  Objection to the

25       form and foundation.



Page 394

1           G Maxwell - Confidential

2         A.    Insofar as this is the case, it's

3    really all about Jeffrey, it's not a case

4    about me.

5         Q.    In 2009, did you direct your

6    lawyer, either directly or indirectly, to

7    tell Brad Edwards that you were unavailable

8    to attend a deposition?

9              MR. PAGLIUCA:  Objection to the

10         form and foundation.  And this is a

11         privileged communication as I understand

12         the question, what someone said or

13         didn't say to their lawyer.  So don't

14         answer the question.

15        Q.    Can you answer that question

16   without revealing a privileged communication?

17        A.    Can you ask the question again?

18        Q.    In 2009, did you direct your lawyer

19   to tell Brad Edwards that you were

20   unavailable to attend a deposition?

21             MR. PAGLIUCA:  Same instruction.

22        Q.    Did you make any statement in 2009

23   to anybody that you were unavailable to

24   attend a deposition?

25        A.    My mother was sick and I don't



Page 395

```
 1          G Maxwell - Confidential
 2   recall exactly the sequence of events but
 3   what sequence of events do exist are -- was
 4   handled by my lawyers.
 5       Q.   What is your understanding of
 6   Jeffrey Epstein's nonprosecution agreement?
 7       A.   I have no idea.
 8       Q.   Do you have an understanding of the
 9   co-conspirators listed in the nonprosecution
10   agreement?
11          MR. PAGLIUCA:  Objection to the
12       form and foundation.
13       A.   I have no knowledge of his
14   agreement, whatever that is.
15       Q.   Do you know, you mentioned earlier
16   today that ███████████ was one of the listed
17   co-conspirators.
18          Do you know who the other
19   co-conspirators are in the nonprosecution
20   agreement?
21          MR. PAGLIUCA:  Objection to the
22       form and foundation.
23       A.   I do not know.
24       Q.   What did Jeffrey Epstein tell you
25   about the nonprosecution agreement?
```



Page 396

```
 1            G Maxwell - Confidential
 2       A.   I don't think I've ever discussed
 3   it with him.
 4       Q.   How did you come to learn that
 5   ███████████    was covered by the
 6   nonprosecution agreement?
 7       A.   I believe I read it in the press.
 8       Q.   Did you have any discussions with
 9   ███████████   with about the nonprosecution
10   agreement?
11       A.   I have not had any discussions with
12   ██████
13       Q.   When is the last time you spoke to
14   ███████████?
15       A.   Maybe 2005, 2006 maybe.
16       Q.   And same with ████████████,
17   when is the last time you recall speaking
18   with ██████████████?
19       A.   Probably even more time before
20   that, maybe -- I've never had communications
21   really with ███████
22       Q.   I'm sorry, I didn't hear that.
23       A.   I never had communications with
24   her.
25       Q.   You were working for Jeffrey at the
```



Page 397

```
 1          G Maxwell - Confidential
 2    same time █████ was also working for Jeffrey,
 3    isn't that correct?
 4         A.   I didn't know what █████ did for
 5    Jeffrey so I didn't characterize what her
 6    relationship or work or not was and I was
 7    still helping him with his construction
 8    projects and the like but I never crossed
 9    paths with █████
10         Q.   What did you think █████ was doing
11    for Jeffrey?
12         A.   I have no idea what █████ was doing
13    for Jeffrey.
14         Q.   Did you observe █████ at any of
15    Jeffrey's houses while you were there?
16         A.   She was at the house on occasion.
17         Q.   What would she be doing there?
18         A.   I have no idea.
19         Q.   Did you know if she lived at his
20    houses?
21         A.   I have no idea.
22         Q.   Did you ever go into a bedroom and
23    see her belongings at one of the houses?
24         A.   Not that I recall, no.
25         Q.   I'm going to mark this as Maxwell
```



Page 398

```
 1          G Maxwell - Confidential
 2    Exhibit 24?
 3             (Maxwell Exhibit 24, email, marked
 4        for identification.)
 5        Q.   You can see at the top of the first
 6    page which is GM 0001, it's dated January 3,
 7    2015 from you to the ████████████
 8             Is that ████████████  who we
 9    referred to today?
10        A.   Yes.
11        Q.   And can you tell me, it says, Have
12    some info.  Call me when you have a moment.
13             What is redacted there?
14        A.   I don't recall, I'm sorry.
15        Q.   Do you know why there is a
16    redaction on this document?
17        A.   You would have to confer with my
18    lawyers.
19        Q.   What did you discuss on that call?
20        A.   I don't have any specific knowledge
21    of that call.
22        Q.   So the call is being made on
23    Saturday, January 3, 2015?
24             MR. PAGLIUCA:  Objection to the
25        form and foundation.
```



Page 399

```
 1          G Maxwell - Confidential

 2      Q.    The document states, it's Saturday

 3  January 3, 2015.  You issued your press

 4  release on January 2, 2015.

 5            Were you discussing with ████

 6  ████  the subject of Virginia Roberts during

 7  these calls?

 8            MR. PAGLIUCA:  Objection to the

 9      form and foundation.

10      A.    I don't know if I spoke to him.

11      Q.    I would like you to turn to GM 0002

12  and the bottom chain says ██████████,

13  Saturday January 3, to ████, re, and he says

14  let me know when we can talk.  Got some

15  specific questions to ask you about Virginia

16  Roberts.

17            Do you recall having a conversation

18  with ██████████  about Virginia Roberts in

19  or around early January of 2015?

20      A.    I don't know if we actually spoke.

21      Q.    Did you ever speak to ██████████

22  about Virginia Roberts after you issued your

23  statement on January 2, 2015?

24      A.    I know that we did speak at some

25  point but I don't recollect when we spoke.
```



Page 400

1           G Maxwell - Confidential

2      Q.    What did you talk about?

3      A.    Just what a liar she is.

4      Q.    What did he say to you?

5      A.    What a liar she is.

6      Q.    Did he tell you why he thought she

7  was a liar?

8      A.    I don't think he told me why she

9  was a liar.  The substance of everything that

10  she said was a lie with regard to him.

11      Q.    What did you say to him?

12      A.    She is a liar.

13      Q.    That was the whole conversation, it

14  was you said to him, she is a liar and he

15  said to you she say liar and did you discuss

16  any of the details about what those lies

17  were?

18      A.    I don't recollect.

19      Q.    Was that only one conversation you

20  had?

21      A.    I don't recollect.  I don't

22  recollect actually the conversation but other

23  than -- in detail other than we both said she

24  was a liar.

25      Q.    Do you regularly communicate with



Page 401

```
 1          G Maxwell - Confidential
 2     ██████████████?
 3              MR. PAGLIUCA:  Objection to the
 4         form and foundation.
 5         A.   What do you mean by regularly.
 6         Q.   Do you email with him once a month,
 7    once every two months or text him or call
 8    him?
 9         A.   No, we are not in that type of
10    regular touch.
11         Q.   Do you travel with him regularly?
12         A.   I don't know, I have traveled with
13    him.  We have traveled together but regularly
14    is not a correct characterization.
15         Q.   Do you travel with him more than
16    once a year?
17         A.   There is no standard.  There is no
18    set pattern.  The answer to that was no.
19         Q.   Have you ever observed him with any
20    underage, any women, female under the age of
21    18, interacting, that's not a child or a
22    family friend, interacting for the purposes
23    of a sexual relationship with that
24    individual?
25              MR. PAGLIUCA:  Objection to the
```



Page 402

1          G Maxwell - Confidential

2          form and foundation.

3          A.    I've never seen ████    interact in

4     any way of that nature.

5          Q.    Have you ever gone to dinner with

6     him with any individual under the age of 18

7     that's not a family member or friend of yours

8     that is under the age of 18?

9               MR. PAGLIUCA:   Objection to form

10         and foundation.

11         A.    We've been to dinner all the time,

12    I am not not sure who is at dinner with us, I

13    can't testify to that.

14         Q.    Has he ever brought a female under

15    the age 18 that's not a relative of his --

16         A.    He has children.

17         Q.    I said not relatives.

18         A.    I can't possibly testify to who he

19    comes to dinner with, I wouldn't recall.

20         Q.    To your knowledge, has he ever had

21    a relationship with any female under the age

22    of 18 for purposes of a romantic relationship

23    to your knowledge?

24         A.    I can't testify to ████

25    relationship.



Page 403

```
 1        G Maxwell - Confidential
 2    Q.   You haven't observed that?
 3    A.   No.
 4    Q.   Have you talked to ███████████
 5  about coming to testify at trial in this
 6  case?
 7    A.   No.
 8    Q.   When was the last time you
 9  communicated with ████████████
10    A.   1994, 1995.
11    Q.   I believe earlier, did you say that
12  you -- when is the last time you've been to
13  his home in ██████
14    A.   I said -- you asked me if I stayed
15  the night.
16    Q.   I'm asking you a different
17  question.  When is the last time you have
18  been to his home in █████
19    A.   Roughly the same time, in the
20  middle of the '90s sometime, mid '90s.
21    Q.   Not in the years 2000 to 2002?
22    A.   Mid '90s.
23    Q.   Have you ever communicated with any
24  representative of ████████████
25          MR. PAGLIUCA:  Objection to the
```



Page 404

1           G Maxwell - Confidential

2           form and foundation.

3           A.    I mean I've been to his -- in the

4     mid '90s, I would have communicated with

5     people who worked for him.

6           Q.    Have you communicated with █████

7     █████ about this case?

8           A.    No.

9           Q.    Have you ever seen a topless female

10    at any one of Jeffrey Epstein's properties?

11              MR. PAGLIUCA:  Objection to the

12          form and foundation.  You've asked this

13          question, by the way, earlier on today.

14          A.    Again, I testified that there are

15    people who from time to time in the privacy

16    of a swimming pool have maybe taken a bikini

17    top off or something but it's not common and

18    certainly when I was at the house I don't

19    really recollect seeing that kind of

20    activity.

21          Q.    Have you ever smoked cigarettes?

22          A.    Yes.

23          Q.    Have you ever smoked cigarettes

24    with Virginia Roberts?

25          A.    I don't recall smoking cigarettes



Page 405

```
 1          G Maxwell - Confidential
 2    with Virginia Roberts.
 3          Q.   I'm marking this as Maxwell 25.
 4              (Maxwell Exhibit 25, email, marked
 5         for identification.)
 6          Q.   I'm showing you what has been
 7    marked as Maxwell 25.
 8              This is an email dated January 11,
 9    2015 at the top?
10              Do you see that that from Jeffrey
11    to you?
12          A.   Uh-huh.
13          Q.   And then below there is an email
14    from ███████████ to you and cc'ing ████████
15    on January 11, 2015.
16              Do you see that?
17          A.   Uh-huh.
18          Q.   It says, Dear Ghislaine, as you
19    know I have been working behind the scenes
20    and this article comes from that.  It helps
21    but doesn't answer the VR claims.  I will get
22    the criminal allegations out.  This shows the
23    MOS will print truth, not just a VR voice
24    piece.  We can only make the truth by making
25    a statement.
```



```
 1          G Maxwell - Confidential
 2              What did he mean when he said, I
 3    will get the criminal allegations out, what
 4    was he referring to?
 5              MR. PAGLIUCA:  Objection to the
 6         form and foundation.
 7         A.   I have no idea.
 8         Q.   Were there criminal allegations
 9    about Virginia that either your lawyer or
10    ████████████ were leaking to the press?
11              MR. PAGLIUCA:  Objection to form
12         and foundation.
13         A.   I have no idea.
14         Q.   Did you ask him what he meant when
15    he said, I will get the criminal allegations
16    out?
17         A.   I don't recollect the conversation.
18         Q.   Did you direct him to leak to the
19    press criminal allegations about Virginia
20    Roberts?
21         A.   I already testified that I have no
22    knowledge of what you are asking me.
23         Q.   Were you copied on this email,
24    correct?
25         A.   I was.
```



Page 407

1          G Maxwell - Confidential

2          Q.   Did Jeffrey Epstein assist in

3     obtaining information about criminal

4     allegations relating to Virginia Roberts?

5               MR. PAGLIUCA:  Objection to form

6          and foundation.

7          A.   I have no recollection.

8          Q.   Did Alan Dershowitz assist in

9     obtaining information regarding criminal

10    allegations of Virginia Roberts?

11              MR. PAGLIUCA:  Objection to form

12         and foundation.

13         A.   I have no knowledge of that.

14         Q.   Did you ever discuss that with Alan

15    Dershowitz?

16         A.   Discuss what?

17         Q.   Criminal allegations about Virginia

18    Roberts.

19         A.   I don't believe I have.

20         Q.   Have you ever discussed allegations

21    relating to --

22         Q.   Do you know if Jeffrey Epstein had

23    any relationship with the U.S. government

24    either working for the CIA or the FBI in his

25    lifetime?



Page 408

1           G Maxwell - Confidential

2                MR. PAGLIUCA:   Objection to the

3          form and foundation.

4          A.   I have no knowledge of that.

5          Q.   Do you know if Jeffrey Epstein has

6     any friends that are in the CIA or FBI?

7                MR. PAGLIUCA:   Objection to the

8     form and foundation.

9          A.   I have no idea.

10         Q.   Are you aware of an investigation

11    of Jeffrey Epstein in the early '80s relating

12    to the SEC?

13               MR. PAGLIUCA:   Objection to the

14         form and foundation.

15         A.   I have no knowledge of that.

16         Q.   Are you aware that Jeffrey Epstein

17    has told people that he worked for the

18    government to recover stolen funds?

19               MR. PAGLIUCA:   Objection to the

20         form and foundation.

21         A.   I don't recall conversations about

22    that.

23         Q.   Has he ever told that you he worked

24    for the U.S. government?

25         A.   I don't recollect that.



Page 409

1          G Maxwell - Confidential

2          Q.    You don't recollect or has he never

3    told you that?

4          A.    I have no knowledge, I don't

5    recollect him telling me he worked for the

6    government.

7          Q.    Does Jeffrey Epstein have any

8    affiliation with the Israeli government?

9          MR. PAGLIUCA:  Objection to the

10         form and foundation.

11         A.    I have no knowledge of that.

12         Q.    Do you know if he ever performed

13   any work for the Israeli government?

14         A.    I have no knowledge of that.

15         Q.    Have you ever visited Israel with

16   Jeffrey Epstein?

17         A.    I'm sorry, I don't recollect.

18         Q.    You've seen the flight logs that I

19   provided you today.  Are there, during the

20   time you worked for Jeffrey Epstein, were

21   there times that you flew on commercial

22   flights rather than Jeffrey Epstein's planes?

23         A.    Yes.

24         Q.    How often did that occur?

25         A.    Decently.



Page 410

```
 1          G Maxwell - Confidential
 2      Q.   Were there other flights that you
 3  recall flying on with Jeffrey Epstein that
 4  were on flights that -- where ▆▆▆▆▆▆ was
 5  not the pilot?
 6      A.   ▆▆▆▆▆▆ was not always the
 7  pilot.
 8      Q.   How many planes did Jeffrey Epstein
 9  have during the time you were with him?
10          MR. PAGLIUCA:  Objection to the
11      form and foundation.
12      A.   So you need to give me a date
13  range.
14      Q.   During the time period of 1992
15  through when you left your employment which I
16  think you said was in 2009?
17      A.   So in the '90s he had one plane and
18  at some point in the 2000s he had two planes
19  but I can't testify to anything past 2002,
20  2003, what happened to his planes after that.
21      Q.   Do you know what travel agency, if
22  any, Jeffrey would use when he would send
23  someone, for example, you or one of his other
24  employees on a flight somewhere?  Did he use
25  a particular travel agency to make those
```



Page 411

```
 1        G Maxwell - Confidential
 2   arrangements?
 3        A.   I don't recall.
 4        Q.   Were you ever responsible for
 5   making those arrangements for other
 6   individuals?
 7        A.   I don't recall making flight
 8   arrangements.
 9        Q.   Was it a New York travel agent that
10   you would use for those arrangements?
11        A.   Again, we are talking 16, 17, 18
12   years.  I just don't recall anything to do
13   with travel agents.
14        Q.   Would Jeffrey Epstein ever fly, for
15   example, ████████████  on a commercial flight
16   to meet you in New Mexico?
17             MR. PAGLIUCA:  Objection to the
18        form and foundation.
19        A.   I can't testify to that.
20        Q.   Do you recall a trip where you met
21   ████████████   in New Mexico?
22        A.   No, I don't recall any specific
23   trip, no.
24        Q.   Why would you be sent to New
25   Mexico, is there a reason why you would go
```



MAGNA
LEGAL SERVICES

Page 412

```
 1        G Maxwell - Confidential
 2   there in the course of the work you were
 3   doing for Jeffrey?
 4            MR. PAGLIUCA:  Objection to the
 5        form and foundation.
 6        A.   I was never sent.  I had a job to
 7   do and I would have to go to New Mexico for
 8   work.
 9        Q.   Would ██████████ assist in that
10   project?
11            MR. PAGLIUCA:  Objection to the
12        form and foundation.
13        A.   No.  The project was largely
14   complete, largely complete by the end -- I
15   don't remember the dates exactly but it was
16   largely complete by the 1990s, 2000s.
17        Q.   Do you know why ██████████ would
18   be going to New Mexico to meet you?
19            MR. PAGLIUCA:  Objection to the
20        form and foundation.
21        A.   I don't know.  She worked for
22   Jeffrey.
23            MR. PAGLIUCA:  I think we are out
24        of time, counsel.
25            THE VIDEOGRAPHER:  It's true.
```



Page 413

1          G Maxwell - Confidential

2             MS. McCAWLEY:  I will state for the

3      record there were questions today that

4      remain unanswered because the witness

5      has been instructed not to answer those

6      questions and we will be raising our

7      objections with the court to be able to

8      have those questions answered in the

9      near future.

10            MR. PAGLIUCA:  So we are clear, we

11     are designating this entire deposition

12     as confidential under the protective

13     order.  That would cover the paralegal

14     whose been present as well as the court

15     reporter and the videographer and all

16     the lawyers in the room.

17            THE VIDEOGRAPHER:  This concludes

18     today's proceedings.  We are off the

19     record at 6:43 p.m.

20            (Time noted:  6:43 p.m.)

21

22

23

24

25



Page 414

```
 1
 2                    - - -
 3              I N D E X
 4                    - - -
 5
 6   GHISLAINE MAXWELL                    PAGE
 7        By Ms. McCawley                  4
 8
 9                    - - -
10              E X H I B I T S
11                    - - -
12   MAXWELL EXHIBIT                      PAGE
13   Exhibit 1 police report             24
14   Exhibit 2 email                     33
15   Exhibit 3 transcript                71
16   Exhibit 4 photo                     109
17   Exhibit 5 photo                     113
18   Exhibit 6 flight logs               117
19   Exhibit 7 photo                     133
20   Exhibit 8 photo                     143
21   Exhibit 9 message pad pages         147
22   Exhibit 10 email                    209
23   Exhibit 11 photo                    259
24   Exhibit 12 documents                263
25   Exhibit 13 documents                312
```



Page  415

1

2  MAXWELL EXHIBIT                          PAGE

3   Exhibit 14 email                        345

4   Exhibit 15 email                        348

5   Exhibit 16 email                        348

6   Exhibit 17 email                        361

7   Exhibit 18 email                        363

8   Exhibit 19 email                        365

9   Exhibit 20 email                        367

10   Exhibit 21 email                       384

11   Exhibit 22 email                       390

12   Exhibit 23 email                       392

13   Exhibit 24 email                       398

14   Exhibit 25 email                       405

15

16

17

18

19

20

21

22

23

24

25



Page 416

```
 1

 2                     CERTIFICATE

 3

 4

 5          I HEREBY CERTIFY that the witness,

 6   GHISLAINE MAXWELL, was duly sworn by me and

 7   that the deposition is a true record of the

 8   testimony given by the witness.

 9
                    _____
10

11          Leslie Fagin,

            Registered Professional Reporter

12          Dated: April 22, 2016

13

14

15          (The foregoing certification of

16   this transcript does not apply to any

17   reproduction of the same by any means, unless

18   under the direct control and/or supervision

19   of the certifying reporter.)

20

21

22

23

24

25
```



Page 417

1

2              ACKNOWLEDGMENT OF DEPONENT

3

          I,                        , do hereby
4    certify that I have read the foregoing pages,
     and that the same is a correct transcription
5    of the answers given by me to the questions
     therein propounded, except for the
6    corrections or changes in form or substance,
     if any, noted in the attached Errata Sheet.

7

8

9    GHISLAINE MAXWELL                DATE

10

11   Subscribed and sworn
     to before me this
12       day of                 , 2016.
13   My commission expires:

14
     Notary Public
15

16

17

18

19

20

21

22

23

24

25



Page 418

```
 1
 2                    - - - - - -
                    E R R A T A
 3                    - - - - - -
     PAGE   LINE   CHANGE
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



**A**

**ability** 5:14 269:4
**able** 60:22 73:12
97:8 118:24
135:16 171:2
224:14,17,21,23
224:24 253:12
281:11 288:11
296:25 299:25
300:9 301:8
310:13 314:12
317:11,16 320:21
322:8 353:25
360:7 413:7
**absolute** 31:5 76:8
134:13,14 175:15
177:3 178:17
179:25 227:10
**absolutely** 19:2
26:12 40:18 45:18
65:11 134:9,23
135:3,8 145:24
147:18 163:23
177:5,8 202:13
207:16 228:2,22
258:23 351:15
**absurd** 80:7 82:7
235:7
**abuse** 21:22 172:2
172:7 182:15
239:13,14,18,19
239:25 240:17,18
240:24 241:8
359:12
**abused** 90:20
168:21 169:20
170:5,19 171:7,12
171:18 173:14
174:7,22 175:3,10
175:19 176:3,15
178:3 180:10
182:11 183:2,7
**abusing** 172:13
**accept** 119:7 229:2
**access** 7:13 283:13

313:14,15,17
317:5,11,16 331:8
332:11
**accessible** 187:10
187:21
**accosted** 213:10
**accuracy** 128:19
356:15,22 357:16
**accurate** 34:19
36:6 346:9 348:14
359:9,25 360:18
366:16 367:2,7
**accurately** 35:18
**accusation** 233:17
**accused** 182:19
233:21
**acknowledgment**
417:2
**acquaintances**
135:18 351:18,24
352:12
**act** 52:22 53:9 63:3
277:13,19
**action** 284:8 363:2
392:9
**activities** 53:19
55:13 270:4
**activity** 21:13 93:3
236:7 255:14
353:23 389:24
390:8 404:20
**acts** 21:17 51:7,15
52:2,4,8,11,14
53:2,3,22 55:2,6
55:21 56:2 83:10
93:24
**actual** 7:25 72:5
95:2,22,24 96:2
153:8 182:4
312:21 345:21
**add** 107:5 230:2
**added** 76:11 320:9
320:9,11
**addendum** 148:5
**addition** 315:20
**additional** 150:3

393:6,9
**address** 5:23 7:23
7:25 8:5,17 34:13
53:17 264:14
268:20 314:13,19
332:16,19,25
333:2,3,18 345:16
345:18 346:4
348:24 351:5
368:12
**addressed** 117:9
351:2
**addresses** 313:19
314:3 332:20
333:14 334:2
**addressing** 53:12
354:20
**admissible** 180:25
**admitted** 6:9,23
**admittedly** 118:12
**adult** 13:4,6 20:10
24:8 30:21 31:17
31:19 43:20 53:13
54:25 62:7 82:16
82:22 93:3 137:21
220:19,21,25
223:16,20 224:4
237:18 243:20
248:3,16 249:15
279:20 308:8
310:9 311:18
324:25 383:14
**adults** 21:17 27:18
162:21,23 221:11
247:24,25 249:13
249:16,23,25
383:9
**advance** 186:11
291:13
**advice** 60:14 61:7
82:15 281:10
362:5,12,14,17
363:11
**advised** 86:19
393:6
**advising** 60:24

**affiliated** 333:19
334:2 388:2
**affiliation** 409:8
**affiliations** 388:21
**affirmatively**
119:14
**afraid** 265:5 347:15
**age** 9:19,19 10:5
13:7,11,17 14:2
14:11,18 15:8
22:9,13,17,20
23:8,15,23 25:6
27:9,18,22 28:21
29:7,16 30:19,21
30:25 32:3,12,23
33:14,19 43:9,12
44:14 46:10,14
56:10,22 57:7
58:17 64:6 83:9
83:17 85:24 95:6
98:17,18,22 99:11
99:23 100:7,9
107:21,25 116:7
121:20 122:3,6
153:15 157:6,10
157:12,15 161:8
162:21,23 163:3
163:17 164:7
177:4 188:11,12
190:4,5,9,19
207:3,14 222:5
225:2 228:20
246:19 247:15,25
248:8,20 249:13
249:14,19,22,24
249:25 250:5,7,12
251:10 254:17
283:23 310:9
325:17 336:11,21
339:9,13 353:16
353:22,24 354:3,5
354:20 355:18
379:18,23 380:6
380:15 382:6,17
383:5,14,15,20
384:2,15 387:12

401:20 402:6,8,15
402:21
**aged** 33:4 275:22
276:8,18 277:4,22
278:7,19 279:4,14
279:23 280:10
384:11
**agency** 354:17
410:21,25
**agent** 201:9,18
202:4 264:4
348:22 350:18
355:18 391:8
406:10 411:9
**agents** 350:14
411:13
**ages** 276:19,19
322:21,25
**ago** 26:22 59:4 75:5
94:25 95:25 96:4
96:5 106:21
126:18,21 317:25
319:7 341:6,14
342:11 347:15
390:15
**agree** 126:6 200:18
200:19 207:6,9,12
207:14 211:14
226:6 237:11
238:5,14,23
239:12,18,24
240:16 241:6
246:5 250:2
273:20 279:19
298:24 299:5
301:5
**agreement** 199:9
200:3,4 299:8,11
378:23 395:6,10
395:14,20,25
396:6,10
**ahead** 111:2 150:23
214:12 221:18
231:12 278:17
337:15 383:23
**aimed** 361:20



**air** 124:19 129:15
 387:23
**airlines** 264:18
**airplane** 122:5
**airplanes** 104:13
 209:2
**airport** 118:15
 125:20
**al** 210:17 230:19,21
 230:22 231:2,3,4
 231:7,8
**alan** 211:15 299:11
 368:5,8,12,15,19
 369:3,10 370:20
 407:8,14
**alcohol** 236:3
 ████ 71:23,23 73:3
 218:9,10,24
 ████ 98:7
 304:18
 ████ 317:25
 328:17 329:7,15
 329:22,24 330:7
 330:19 331:9,15
 334:10,19 335:3
**allegation** 303:25
**allegations** 137:5
 195:2,18 198:11
 210:8,11 211:2,3
 240:13 351:8,25
 405:22 406:3,8,15
 406:19 407:4,10
 407:17,20
**alleged** 173:11
 210:17 255:14
**allegedly** 228:5
**allow** 65:17 385:13
 386:22
**allowed** 87:16
 135:20 226:11
 308:9 362:16
**allows** 368:22
 ████ 153:25
 155:4,10
**american** 99:3
**americas** 1:24

**amount** 185:8,22
 308:20 342:21
**amounts** 184:5
 340:24
**analysis** 198:18,24
 199:17
**analyzed** 197:5
 200:15
 ████ 58:12
 ████ 140:22
 ████ 63:10,15
 80:23 106:15
 107:4,7,11,13,17
 107:19,21,23
 108:4,12 110:5
 111:8,12,15,25
 112:10,24 113:5
 113:15 114:22
 115:3,7,10,16,17
 116:3 231:19
 232:7,10,22 235:4
 235:10,16,24
 236:3,4 286:24
 287:3,9,17 288:5
 288:16 289:13,22
 290:9,12,15,17,23
 290:23 291:16
 292:3,5,15,20
 293:6,8,9,10,14
 302:3,10,22
 303:11 398:8
 399:6,18,21 401:2
 402:3 403:4
 ████ 2:10
 290:11 291:13
 402:24
**angeles** 66:13
**animal** 288:22
 ████ 55:18,20,24
 56:6,7,8,10,14
 62:21
**answer** 9:3 13:2
 18:5,9 20:2,12,17
 21:11,20,25 22:4
 26:11 28:6,9
 29:13 30:12 44:4

44:20 45:24 52:23
 54:5,11,13 55:15
 57:3,11 59:12
 60:2 62:4,11,17
 65:3,5 70:19 73:6
 74:21 88:12 89:5
 89:14 92:9 93:2,4
 95:14,19 97:8,12
 102:14 105:23
 106:7,8,8,13
 107:9 122:20
 126:8 138:5 144:6
 152:11 174:10
 175:21 176:23
 177:17,18 178:7
 178:12,13 179:15
 199:5,10 200:5,7
 201:14 203:6,24
 205:11 209:5
 222:2 225:7 238:2
 238:3 243:11
 245:2,4,6 253:2,4
 253:10 264:7
 274:12,13 281:3,9
 281:11,19 284:4
 286:8 299:15,16
 307:13 308:9,23
 309:3,6,21 310:13
 310:15,16,21,23
 324:20 335:9
 340:8 358:7,11
 372:7 378:5,6
 380:3 386:8,18,24
 394:14,15 401:18
 405:21 413:5
**answered** 26:19
 29:11 43:3,19
 53:24 57:2 87:14
 152:23 178:5
 179:8,10,13 181:9
 235:19 285:22
 307:22 359:2
 413:8
**answering** 20:21,23
 23:6,9 33:12
 54:24 73:13

358:10
**answers** 417:5
 ████ 304:19
 305:5,13,24
 306:24 309:10,14
**anybody** 13:16,24
 14:7 30:25 53:5
 58:11 62:20,24,25
 63:6,8 69:13 93:7
 93:15,20 94:10,13
 95:4,5,16,18 96:8
 96:21 97:10,25
 99:8 117:3 149:3
 156:9 180:3 208:5
 250:13 277:18
 280:5 292:20
 303:23 304:8,14
 304:15 308:14
 312:10 313:16
 335:25 337:18
 338:9,11,19
 339:13 352:16
 362:18 366:13
 370:19 379:10,16
 384:18 394:23
**anyplace** 62:25
 63:7 116:25
 230:15
**ap** 124:15,16,22
 145:3,9 146:17
**apart** 26:4 108:7
**apartment** 76:13
 76:19
**apologize** 228:24
**apology** 229:2
**appalled** 228:22,23
**appalling** 183:9
 228:18 273:16
**apparently** 7:14
 361:21
**appearance** 3:16
**appearances** 2:2
**appeared** 211:4
**appears** 35:10
 209:20 234:14
 391:5

**apply** 54:21 416:16
**appointments**
 75:13 162:15
**appreciate** 8:22
 11:14 277:8 366:7
**appreciation** 391:3
**approach** 310:24
**approached** 207:2
 244:7,13,18
 245:19
**appropriate** 65:20
 192:18 207:25
 208:3,11 249:12
 249:13,16,22,24
 250:9,17 310:9,16
**april** 1:18 3:9
 416:12
**aquaints** 351:7
**architect** 383:12
**architects** 12:10,14
 31:11 245:10
**architectural**
 194:17
**area** 39:11 52:15
 248:14
**areas** 11:11
**arent** 129:5 212:2
**argue** 89:4
**arguing** 376:18
 ████ 141:5
**arrange** 45:14,19
 46:2 49:19,22
 116:20 161:21,25
 254:20 255:5
**arrangements**
 48:12 79:12 411:2
 411:5,8,10
**arrest** 390:16
**arrested** 346:21
 390:13
**arrival** 291:14
**arrive** 16:6 274:5
 274:17
**arrived** 16:4 17:12
**article** 110:24
 368:6 405:20



**articles** 206:21
231:15 368:21
**aside** 74:23 133:21
147:21 176:9,14
176:17,20 177:10
177:12 384:10
**asked** 26:14,16,25
43:3 57:2 68:4
86:22 87:14
112:21 117:2
157:15 169:9
198:15,17 232:9
269:7,8,15,21
284:16 286:24
337:18 338:8,10
358:21 360:16,17
363:10 366:11
370:2,8 375:19
403:14 404:12
**asking** 9:14 14:24
14:24,25 15:6,7
16:3,4 20:3,8
21:12,15 24:6
25:22 26:7 32:11
33:13 37:23 39:24
41:10 49:14 50:9
51:18,19,21,23,25
52:3,20,25 53:2,7
53:8,20,21 62:8
67:4 83:3 85:21
86:4 88:2,3 90:11
94:2,20 96:4,9,11
96:16 97:9,25
99:2 108:17
112:22 116:16
117:11 126:19,21
137:24,25 138:13
138:24 139:14
148:24 150:5
155:20 161:2
171:11,16 173:19
173:20,21 174:20
174:21 175:10
177:10,13 178:2
178:19,23,25
179:2,3,4,6,7,20

180:16 181:14
183:17 191:19
192:21 196:15,21
197:13,20 199:14
199:15,17 200:10
200:20 201:5
203:17 212:16
216:20 220:21
224:24,25 237:16
237:17,22 238:21
240:19,22,23
241:2 242:9
244:15,17,22
245:3 250:10
268:2,4,6 276:12
276:15 277:10,16
277:20 280:6
281:20 282:3,4,7
283:8 284:23,24
285:6 286:20
287:14,21 290:10
293:8,13 299:14
303:4 307:9
316:13 323:24
325:23 328:16
332:23 336:25
338:5 343:14
348:5 350:17
353:12 357:15
358:4,8 360:9
363:7,8 364:9
366:17 383:13
386:9,15 403:16
406:22
**asks** 259:18
**aspect** 228:6
**assault** 207:24
**assaulted** 56:17
83:18 87:21 89:10
90:2
**asserting** 88:8
274:12
**assist** 77:10 118:14
407:2,8 412:9
**assistance** 100:5
**assistant** 5:18

63:21 255:4,20
268:19 315:7
320:24 321:16
**assistants** 31:11
92:13 254:19
255:2,5,13,18
**assume** 116:16
284:6
**assumed** 11:9
**assumes** 43:25
241:11 343:11
**assuming** 285:25
286:3
**assumption** 166:19
219:18
**attached** 210:3
417:6
**attend** 377:2,11
394:8,20,24
**attendant** 213:20
213:20 214:25
**attendants** 310:10
**attended** 377:12
**attention** 29:4 73:2
117:16 119:22
120:2,12 142:2
144:13,18,23
148:20 149:15
150:9 151:17,21
153:24 158:4,16
165:10 166:21
263:12,19 319:15
319:19 346:18
361:14 366:4
**attest** 302:18
**attorney** 186:2
309:5
**attorneys** 2:4,9,13
2:17 346:12 375:3
**attractive** 191:11
192:13
**author** 327:23
**authored** 260:5
**authority** 389:12
**authorize** 273:6,11
**authorized** 347:9

**availability** 325:13
**available** 160:2
187:2 325:2,6
346:22 347:19
**avenu** 2:17
**avenue** 1:17,24
2:10 3:11 264:12
**average** 78:16,22
91:5
**avoid** 346:21
373:14
**awal** 374:25
**aware** 14:6 39:3
49:8,15,16 55:5
82:24,25 83:8,16
83:24,25 84:6
87:8,19,24 88:3,6
89:7 99:19 107:24
111:16 113:11
115:17,19 134:11
164:6 167:16
169:10,12,14,16
169:17 170:3,14
171:25 172:2,6
181:6 183:25
184:4 198:3
223:11 224:9
225:9,21,23
231:11 250:13,21
250:24,25 251:3,4
251:7,11 255:20
256:6,8 275:8,21
276:5,15,25
277:20 278:4,6,18
278:25 279:3,12
279:22 280:5,8
289:16 298:15
318:3 338:14
344:3 372:22
379:10,16 381:19
384:9,18 408:10
408:16
**awful** 19:4

_____
**B**
_____
**b** 212:21 224:2

414:10
**babies** 338:21
**baby** 336:12,22
337:4,12,18,25,25
338:9,11,19,23,24
339:3,4,6
**back** 8:13 11:8,15
20:18 22:5 26:17
30:2 35:19 53:10
54:12,21,22 68:2
72:16 73:24 86:19
101:10 103:9
105:21 112:4
115:11 118:5
127:4 131:17
132:13 133:24
141:19 145:15
148:7 156:15
166:22 168:11
182:3 183:16
208:17 235:22
246:12,15 247:12
247:18 250:19
256:16 261:14
265:9,25 294:15
319:17 327:11
333:13,14 340:2,5
340:10,12 341:17
343:3 345:22
373:10,12 377:10
377:13 386:24
388:6,6
**backed** 240:9
**background** 10:17
11:5,12
**bad** 180:24
**band** 129:21
137:14
**banging** 228:25
**bangkok** 131:4
140:9 264:19
265:4,5,7
████ 202:10
204:2 274:10
275:17,19 346:11
347:24 348:24



361:5,16 391:16
405:14
**barely** 78:10 79:25
144:9 343:18,18
**base** 55:15 196:6
377:17,19,24
378:3
**based** 51:6 55:15
90:4,25 126:9
174:25 175:5
178:22 180:2
182:10 206:19
228:17 243:2
325:13
███████ 353:14
354:12
**basis** 62:12 88:8
102:17 228:16
305:11 348:3,7
**basket** 69:25 70:6
70:11,16,21 73:20
74:3 75:2
**baskets** 73:21
**bates** 72:23 85:9
111:3 119:19
129:9 133:11,17
133:21 141:9,15
148:21,22 149:18
149:19,21,25
150:4,7 151:17
159:22 209:15,18
266:4 319:18
321:7 356:3
361:15 367:25
**bathroom** 117:22
213:19 214:25
235:12 236:6
294:9
**bathtub** 236:6
**bccd** 209:24
**beach** 17:25 19:11
28:12,17 29:8,17
39:16 44:23 70:2
70:12,17,23 72:3
76:13,19 77:21
78:2 87:9,22

89:11 91:7 118:22
121:4 122:16
123:22 125:25
126:13 127:5,13
132:5 134:20
144:25 145:15
149:2 155:9,14,17
156:20 157:13
160:25 161:20
186:7,23 187:3,6
187:9 189:18
190:17 214:6
241:22 242:4
243:9 248:18
300:12 313:12
███ 326:6,7,24
**becoming** 60:14
**bed** 73:24 145:25
146:3
**bedroom** 397:22
**bedrooms** 112:5
**began** 12:8 86:21
101:16 322:3
**beginning** 72:13
142:18 156:4
215:9 241:18
**begins** 3:3
**behalf** 4:4 210:4
273:7,12
**behavior** 181:22
197:6
**belief** 171:17
173:21 175:11,13
175:14 178:7,25
179:17 182:14
**believe** 6:7 10:25
26:19 29:12 36:25
48:11 56:8 60:8
61:18 68:11 72:16
83:6 100:17
101:15 102:5
103:20 104:12
105:5 110:8,16,20
118:11 122:7
124:4,25 129:22
129:24 131:13

132:15 134:12,21
136:23 140:23
141:19 146:17
168:21 169:19
170:5,18 171:6,11
171:12,16,17
172:10,17 173:13
173:19,22 174:2,2
174:6,21 175:2,9
175:18 176:2,15
178:3 179:3,7
181:25 182:10
183:10,15,17,22
184:17 186:5
193:24 210:9
214:15 215:11
218:9,23 219:5
227:11 229:25
230:21,25 268:25
282:12 283:6
294:18 299:9,12
306:10 307:14,23
307:24 311:17
316:10 317:7,14
321:23 327:14
328:7 330:13,22
339:17,23 341:9
344:5 345:8
346:11 347:3
352:18,19 354:14
359:16 360:16
364:7,20,24
371:25 373:24
374:15 375:23,25
376:23 377:17
379:3,9 381:13
396:7 403:11
407:19
**bell** 388:13
**belongings** 397:23
**beneath** 130:20,20
346:10
**benefit** 142:7
**benefits** 101:2
**benign** 191:11
**best** 10:4 50:15

213:11 291:11
295:25 301:22,23
304:17 311:20
339:25 361:13
373:22 378:18
**better** 25:14,18,24
26:6 334:20,20
391:17
**big** 73:7,8
**bikini** 404:16
██████ 130:3 137:18
230:13 301:15,21
**birth** 5:25
**birthday** 273:19
282:17 354:4
379:12,18
**bit** 102:6 119:18
130:11
██████ 37:4,16,23
38:17,22,25 39:4
39:11,18 40:2,9
40:17 145:10,19
147:10
**bk** 145:3
**black** 69:16 85:15
85:17,18 141:8,13
**blacks** 85:15
**blank** 86:14,16,18
87:2
**block** 391:7
**blond** 45:10 167:4
**blow** 110:22
**board** 245:9 389:11
**body** 210:6
**boies** 1:15 2:3 3:13
3:21
**book** 92:3,6,11,20
273:24 315:19,20
316:3 317:7,12,13
317:21 321:22
323:8,11,15
331:11 332:17,19
332:25 333:2,3
**borne** 229:3
**boss** 354:14
**bottom** 72:17

119:19 120:3,3
129:9 141:24
144:19 150:18
156:17 158:16
159:23 165:12
262:7 326:5,6
352:21 353:13
366:5 368:4 391:4
391:6 392:17
399:12
**bought** 233:6,18
341:8
**boulevard** 2:4
**bounce** 133:23
**bound** 287:13
**bounded** 28:10
**bounds** 21:2
██████ 352:5,7,10
**brad** 2:11 3:23
373:25 374:2,4,13
374:17,21,24
375:15,25 394:7
394:19
**break** 26:3 45:22
65:14,17 67:21
93:13 94:5,7
117:21 118:8
168:13 169:2
170:10 208:9,11
256:10 294:10
327:6 373:3
**breakdown** 93:19
**breakers** 57:25
237:3
**breast** 53:9 86:21
290:2
**breasts** 52:14
**breath** 181:20
207:22
████████

**bring** 13:10 20:18
25:13,15 48:13,24
54:12 56:21 66:24
67:6,10 154:3,11
244:8,13,18



245:20 249:17
291:7 321:19
339:7
**bringing** 17:4
48:19 49:2 99:19
309:24 380:6,15
**british** 211:4
▇▇▇ 159:25
161:22
**brought** 16:21
18:17 27:2,3
98:13 99:15
146:22 147:3
155:4 221:14
224:12 248:7
249:12,22 254:16
309:23 321:14
339:13 382:5
383:3 402:14
▇▇▇ 99:15
116:21 166:25
167:7 379:22
380:6,14
**bubble** 234:24
**builders** 12:14,15
**building** 12:16,20
143:20,21 144:2
**bunch** 230:20
**burberry** 233:6
**business** 21:18
381:7,10,14,20
388:20 389:2,15
**businesses** 388:25
**busy** 28:24 29:5
**butlers** 310:12
**buy** 111:24 341:4,9
**buying** 66:20
233:22
▇▇▇ 268:18
269:8,15,21,25
270:10,22 271:18
272:3,15,18
———————
**C**
▇▇▇ 129:17
**call** 73:8 77:17 79:8

92:5 150:17
160:17 161:4,6
165:19,23 167:6
260:20 295:23
314:10 325:4
336:5 385:21
398:12,19,21,22
401:7
**called** 4:6 71:3
111:12 115:13
117:3 134:3 158:7
163:24 165:15
236:11,12 325:5
335:25 361:23
374:23 387:23
**calling** 80:4 160:7
164:15 165:4
239:12,18,24
240:16 241:6
296:9 362:7,25
**calls** 49:12 149:4
199:5 274:9 281:2
284:2 298:8 375:2
399:7
**calm** 181:19 207:23
**campus** 310:25
**campuses** 311:9
**canada** 132:6,7,21
141:21
**cant** 4:23 5:2 23:18
35:24 73:10 84:9
99:6,8 105:17
106:13 112:16
125:6 128:14
129:3,6 137:3
141:7 144:6 147:6
153:10 154:8
156:14 161:11
165:8 177:12
188:17 192:24
193:15,16 195:4
195:14 212:10
220:10 221:3,13
221:20 222:6
223:9 231:22
233:21 237:7

238:3,19 240:25
241:4 245:6
255:13 268:12,14
271:4,8 272:8
282:8,25 283:16
285:15 286:13
293:11 294:4
296:15 297:18
299:2,22,23 300:6
301:4,12,18 302:6
303:21,22 307:4
314:7 320:8,11
321:2 324:14
325:20 326:2
327:24 328:2
329:22 330:7
332:9,17 333:7,13
333:15 337:16
341:3,5,7 348:6
350:20 369:14
375:17 378:6
385:21 390:11
402:13,18,24
410:19 411:19
**capacity** 188:6
382:18 384:13
**car** 276:18 341:4,8
341:9,12,15,17,25
342:10,13,16
**career** 60:13 61:7
**careful** 369:2,5,16
369:19
**carefully** 177:10
202:2
**caricature** 289:22
289:24,25 290:12
290:15,15,22,25
291:16,18,21
292:2,6,16 293:10
293:11
▇▇▇ 152:2
153:12,14
**carry** 336:11,21
337:4,12,18,24
338:9,11,19
**carrying** 214:2

**cars** 341:16,19,23
342:3,5,21
**case** 1:7 6:9 7:10
21:14,21,25 27:5
49:10 94:3 103:3
103:3,6 118:20
150:8 211:15,16
211:17 238:11
283:18 335:21,22
336:2,5 343:22,25
349:2 350:3,12
352:13 360:6
373:15 374:16,23
394:2,3 403:6
404:7
**cases** 375:8 376:4,5
**casey** 152:2 153:12
153:14
**cash** 50:5,11,17,20
50:21
**cassell** 2:13 3:25,25
**categorically**
117:14,15 134:8
174:16 227:25
**categorize** 135:19
135:22
**caught** 275:14
**cause** 239:14,20,25
240:18 241:8
**caused** 206:22
**causes** 241:19
**causing** 245:5
**ccing** 405:14
**celebrated** 273:19
**celebrating** 282:17
**cell** 76:22,24 77:11
77:16 259:4,6
260:2 261:21
321:5,9,15 322:8
**certain** 68:19
**certainly** 54:20
99:7 138:4 148:16
315:15 322:25
368:18 404:18
**certificate** 416:2
**certification** 124:23

416:15
**certify** 416:5 417:4
**certifying** 416:19
**certitude** 171:23
**chain** 352:23
353:12,13 356:7
367:25 368:4,11
368:17 369:18
391:2,21 392:15
392:17 399:12
**change** 11:24 102:3
265:11 418:3
**changed** 10:11
214:24 251:9
345:22
**changes** 210:15
417:6
**characterization**
32:20 105:19
213:5,9 214:8,17
215:18 219:6,14
226:16 228:24
231:17 233:5
234:6 290:9
309:20 401:14
**characterizations**
126:7 235:12
**characterize**
135:16 216:14
290:8 296:15
297:2 298:13
310:4,6 311:14
321:20 338:12
375:17 397:5
**characterized**
228:21 236:2,5
290:7 347:10
357:2 367:18
383:8
**characterizing**
364:15
**charge** 12:9,10 31:6
49:23 51:11,12
54:8 322:7
**charges** 195:8
368:22



charity 371:16
chart 118:14,20
chauffeurs 310:12
check 196:9 357:16
chef 247:4 383:11
chefs 245:12
  310:11
███████ 377:2,11,12
child 23:16 38:6
  42:24 43:4,7,15
  43:16 106:19
  165:3 173:4 181:8
  401:21
children 13:20 14:8
  22:25 23:17,25
  30:22 90:19
  107:22 168:22
  170:19 180:8
  183:2 184:6 339:9
  402:16
china 131:4 140:9
  377:18
chips 208:8
choose 244:24
  382:22,24
chose 182:22
███████ 266:23
christe 2:22 3:14
chums 391:18
cia 407:24 408:6
cigarettes 404:21
  404:23,25
circumcised 86:22
  86:23
circumstances 63:6
  328:15
circus 288:18
citizen 371:8,11,13
city 2:14 119:10
  271:12
civil 20:22
clad 194:10
claimed 63:14
  171:22 235:11,22
  257:21
claiming 35:2

355:2
claims 102:23
  106:12 108:16
  179:23 201:10,20
  202:6 205:5 206:4
  210:19,25 211:7
  213:12,13,19
  251:7 405:21
clarification 358:9
clarify 7:22 8:13
  9:5 36:21 257:2,3
clarity 8:4,20
cleaners 31:12
  116:18
cleaning 245:12
clear 6:17 8:15,21
  9:8 30:5 41:4
  54:19 103:6 119:3
  126:5 137:4
  138:13 174:5
  177:24 208:4
  249:17 251:6
  263:14 321:24
  338:4,7,8 413:10
clearance 377:18
  378:2
clearer 276:14
clearly 33:19 69:11
  107:8 282:18
  384:10
client 20:10
clients 380:23
██████ 104:17,23
  105:3,7 106:2,4
  129:20 130:3,9,14
  130:18 131:4
  134:7,11,15,16,22
  135:7,11,15,25
  136:2,8,19 137:5
  137:18 138:18
  139:4,15 140:11
  212:14 230:8,14
  266:22 267:2,8,15
  267:25 268:9
  301:15,21 351:9
  377:3,23 378:12

███████ 376:24
  377:11,12
clock 74:10,14,17
close 295:2,15
closest 294:23
  295:6
closet 73:20
clothes 30:8,10
  190:23
clothing 190:13,23
  194:8
club 111:12 236:9
  236:10,10,11,13
coconspirator 49:9
  49:9
coconspirators
  378:22 395:9,17
  395:19
code 118:18
codes 118:15
  125:20
colleague 3:20
collect 284:7,11
color 141:8 142:20
  143:9
colorado 2:18
column 120:14,15
  120:15 130:22
  131:8,24 132:3,12
  132:14 321:4,9
  326:4
columns 322:19,21
com 34:12
come 11:8 13:23
  14:3,10,15,19
  15:2,7,15,21 16:5
  45:15 51:14 54:21
  54:22 73:24 77:20
  77:25 78:13 79:8
  103:9 112:4
  114:20 154:10
  156:20 157:13,16
  161:22 162:16,23
  163:3,17 167:14
  219:9,25 223:21
  224:19,23 232:22

246:12,14,15
  247:12,20 249:9
  250:18 254:20
  255:6 269:8,16,22
  272:22 293:16,23
  325:2 333:22
  351:7 363:18
  364:3,10,21 366:7
  366:11,14 377:10
  382:17 396:4
comes 36:23 228:14
  402:19 405:20
comfortable 25:12
  86:14 222:23
coming 27:10 29:19
  78:14 153:19
  160:19 163:25
  226:14 247:18
  329:8,16,25
  330:10 350:15
  368:6 380:10
  403:5
commencing 1:17
comment 29:22
  90:5 176:20
  220:10,11 294:4
commercial 409:21
  411:15
commission 417:13
commits 353:24
committed 344:12
  344:16,22 346:24
  386:4
common 199:8
  200:3 404:17
communicate
  222:18 355:17
  400:25
communicated
  393:13 403:9,23
  404:4,6
communicating
  356:10 393:8,21
communication
  199:6,24 284:2
  394:11,16

communications
  199:13,15 200:2
  274:9,15,20 363:9
  396:20,23
company 372:15,15
  387:22,25 388:4
  388:10,17,19
  389:8,8,10
compare 268:3
compel 179:15
compensation
  278:9,22
competencies
  248:14,15
competent 246:22
compilation 352:20
complete 10:22
  273:23 412:14,14
  412:16
completed 230:2
completely 227:4
  337:10 367:5
complex 353:17
composite 345:10
computer 186:22
  186:23 187:2,6,9
  187:20,25 188:9
  188:12,14 189:10
  189:12 194:23
  313:13,18,24
  314:8,12 315:8,20
  315:23 316:4,24
  318:4,12,19 319:2
  319:2,4 331:2,2,6
  331:8,11,17,22,23
  331:24 332:4,6,10
  332:12,24 333:9
  333:18,22 334:3,7
  370:24 371:6
computers 188:19
  189:2,6 319:5
  330:25
concealed 191:4
conceivable 245:16
conceive 245:17
conceived 136:8



**concern** 355:7,12
**concerned** 24:7
226:12 302:15
303:14 335:11
354:5,9 355:14,15
355:23 369:9
**concerns** 178:16
354:20
**concludes** 413:17
**conclusion** 25:10
49:13
**condo** 57:25
**conduct** 200:25
203:2,10,19 205:7
**conducted** 389:25
**confer** 398:17
**confidential** 1:11
4:1 5:1 6:1,7,14
6:15 7:1,13 8:1
9:1 10:1 11:1,7,13
11:18 12:1 13:1
14:1 15:1 16:1
17:1 18:1 19:1
20:1,14 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
32:1 33:1 34:1,6
35:1 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1
44:1 45:1 46:1
47:1 48:1 49:1
50:1 51:1 52:1
53:1 54:1 55:1
56:1 57:1 58:1
59:1 60:1 61:1
62:1 63:1 64:1
65:1 66:1 67:1
68:1 69:1 70:1
71:1 72:1 73:1
74:1 75:1 76:1
77:1 78:1 79:1
80:1 81:1 82:1
83:1 84:1 85:1
86:1 87:1 88:1

89:1 90:1 91:1
92:1 93:1 94:1
95:1 96:1 97:1
98:1 99:1 100:1
101:1 102:1,19
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1 125:1 126:1
127:1 128:1 129:1
130:1 131:1 132:1
133:1 134:1 135:1
136:1 137:1 138:1
139:1 140:1 141:1
142:1 143:1 144:1
145:1 146:1 147:1
148:1 149:1 150:1
151:1 152:1 153:1
154:1 155:1 156:1
157:1 158:1 159:1
160:1 161:1 162:1
163:1 164:1 165:1
166:1 167:1 168:1
169:1 170:1 171:1
172:1 173:1 174:1
175:1 176:1 177:1
178:1 179:1 180:1
181:1 182:1 183:1
184:1 185:1 186:1
187:1 188:1 189:1
190:1 191:1 192:1
193:1 194:1 195:1
196:1 197:1 198:1
199:1 200:1 201:1
202:1 203:1 204:1
205:1 206:1 207:1
208:1 209:1 210:1
211:1 212:1 213:1
214:1 215:1 216:1
217:1 218:1 219:1
220:1 221:1 222:1
223:1 224:1 225:1

226:1 227:1 228:1
229:1 230:1 231:1
232:1 233:1 234:1
235:1 236:1 237:1
238:1 239:1 240:1
241:1 242:1 243:1
244:1 245:1 246:1
247:1 248:1 249:1
250:1 251:1 252:1
253:1 254:1 255:1
256:1 257:1 258:1
259:1 260:1 261:1
262:1 263:1 264:1
265:1 266:1 267:1
268:1 269:1 270:1
271:1 272:1 273:1
274:1 275:1 276:1
277:1 278:1 279:1
280:1 281:1 282:1
283:1 284:1 285:1
286:1 287:1 288:1
289:1 290:1 291:1
292:1 293:1 294:1
295:1 296:1 297:1
298:1 299:1 300:1
301:1 302:1 303:1
304:1 305:1 306:1
307:1 308:1 309:1
310:1 311:1 312:1
313:1 314:1 315:1
316:1 317:1 318:1
319:1 320:1 321:1
322:1 323:1 324:1
325:1 326:1 327:1
328:1 329:1 330:1
331:1 332:1 333:1
334:1 335:1 336:1
337:1 338:1 339:1
340:1 341:1 342:1
343:1 344:1 345:1
346:1 347:1 348:1
349:1 350:1 351:1
352:1 353:1 354:1
355:1 356:1 357:1
358:1 359:1 360:1
361:1 362:1 363:1

364:1 365:1 366:1
367:1 368:1 369:1
370:1 371:1 372:1
373:1 374:1 375:1
376:1 377:1 378:1
379:1 380:1 381:1
382:1 383:1 384:1
385:1 386:1 387:1
388:1 389:1 390:1
391:1 392:1 393:1
394:1 395:1 396:1
397:1 398:1 399:1
400:1 401:1 402:1
403:1 404:1 405:1
406:1 407:1 408:1
409:1 410:1 411:1
412:1 413:1,12
**confirm** 112:23
299:18,25 300:9
301:8,14,25
303:16 356:11
359:24
**confirming** 356:16
**connection** 21:14
**consensual** 20:9
21:17 52:21,25
53:13 62:2,15
64:4 65:2 82:22
93:3,24 137:22
308:8
**consent** 54:25 63:3
353:17 354:6,21
355:18
**consider** 91:16,19
**considerable** 184:5
**considerably** 10:13
**consideration**
185:24
**considered** 295:4
**considering** 215:6
**constitute** 191:25
192:17
**construction** 12:6,7
12:8 66:19 397:7
**construed** 21:13
**consult** 186:2

**consulting** 11:21
**contact** 39:4 61:20
62:5,9,14 184:7
184:13 202:18
229:20 257:7,14
258:2,3,11,17
295:21,22 296:9
308:8,10,13
313:19 314:13,19
315:3,9,11 316:17
322:9 331:21
332:14 333:10
335:20 369:17
**contacted** 335:19
352:11,15 375:21
**contained** 70:6,12
**contains** 84:7
**contd** 168:8
**contemporaneou...**
284:15
**contend** 329:10
**contest** 85:21
**contesting** 128:19
**context** 60:24
235:20 245:17
246:6 272:16,17
292:12 293:12
310:14 385:14
**continue** 21:4,5
133:20 184:12,25
**continued** 86:18,20
**contractor** 12:12
**contracts** 12:15
**contradict** 351:13
351:19
**contradictory**
213:22
**control** 416:18
**controlled** 288:24
**conversation** 15:4
44:14 61:7 77:19
94:24 95:3 195:9
195:25 200:9
219:2 222:25
223:23 272:15,21
298:2 303:12



338:13,20 344:18
399:17 400:13,19
400:22 406:17
**conversations**
195:15 200:11
272:20 303:7
338:25 339:5
408:21
**convicted** 172:20
172:25 173:2
181:7 359:12
**cooks** 31:12 116:17
245:11
**coordinating** 12:15
12:16 357:21
359:3,22 360:4,8
**copied** 209:23
370:25 406:23
**copies** 143:6
**copy** 120:9 141:14
316:3,10 318:11
368:7 371:5
**corner** 24:25 120:9
150:10 158:5
159:23
**corporation** 372:21
**correct** 8:10 15:15
18:16 23:25 32:13
32:20 33:8,11
35:11 84:14 96:19
101:17 135:12
139:20 148:4
198:5 206:15
214:16 218:5,6
222:14,24 225:25
227:18,19 249:7,8
252:16,19 266:12
267:17 284:9
294:19 320:3
321:25 327:17
330:14 339:19
343:3 348:15
349:22 357:2
359:13 362:2,20
363:2 365:8
368:17 371:18

373:25 374:7
378:23 383:20
397:3 401:14
406:24 417:4
**corrections** 417:6
**correctly** 129:19
219:16 222:2
**cost** 341:10
**couch** 372:13
**couldnt** 42:8 43:14
135:22 153:16
157:20 267:12
268:13 297:8,21
297:25 299:15
304:12 305:8
306:6 314:17
323:12 331:14
347:16 350:8
374:10 387:15
**counsel** 3:16 35:5
82:16 88:7 89:5
93:6 180:13
209:18 274:14
385:15 412:24
**counsels** 281:10
**count** 84:3
**country** 45:15 66:7
104:25 374:11
**couple** 89:17
124:13 128:6
163:12 186:19
259:9 263:12
328:7
**course** 8:14 11:25
15:3 31:15 102:5
142:4 162:9,14
163:11 195:6,15
237:10 245:12
269:6 272:20
275:7 310:20
315:5,14 323:5
324:5 342:2
370:13 412:2
**court** 1:2,19 3:7,15
3:17 4:18 54:12
54:22 55:4 88:14

142:7 177:24
199:11 228:4
413:7,14
**cover** 34:9 71:21
230:8 353:10
413:13
**covered** 191:4
243:18,24 396:5
**create** 319:10
**created** 312:23
313:3,22 317:22
323:11 374:16
**creating** 376:4
**creation** 313:4,9
**credible** 349:3
350:5,13
**cried** 348:25 350:3
350:11
**criminal** 168:19
169:14 170:14
171:5 186:3 195:2
405:22 406:3,8,15
406:19 407:3,9,17
**crisis** 80:5
**crossed** 397:8
**crying** 87:3
**current** 259:6
**currently** 5:24 8:18

**D**

**d** 414:3
**daily** 350:16 353:7
**damage** 102:23
**damages** 103:5
**damaging** 240:10
240:15
■■■ 268:18 269:7
269:15,21,25
270:9,22 271:5,5
271:18 272:2,8,12
272:15,18,19
■■■ 272:9,22
**dark** 142:23
**date** 1:19 5:25
10:24 59:9 112:22
112:23 120:9

125:16 131:23
140:5 144:16
150:14 152:2
153:3 155:25
159:24 160:22
209:19 268:13,14
313:6 347:12,14
373:23 374:24
375:3 376:21
377:3 410:12
417:9
**dated** 34:6 157:20
348:18 353:6,13
356:5 362:22
363:14 366:2
384:24 390:23
398:6 405:8
416:12
**dates** 47:18 105:11
112:17 132:19
265:24 266:2
267:11 268:12,15
282:16 412:15
**daughters** 116:10
163:24
■■■ 129:4 410:4,6
**day** 5:7 78:16,17,22
84:25 92:4,21
156:8 166:7 218:8
220:6,16 222:8
223:5 226:21,22
227:23 275:11
324:17,22 325:8
417:12
**days** 78:25 85:6
89:17 166:11
186:20,20 328:7
**dealing** 12:21
**deals** 371:17
**dear** 405:18
**death** 85:5
**debate** 179:13
**december** 296:10
296:14,22 297:11
298:9
**decently** 409:25

**decide** 223:25
247:9
**decided** 204:2
392:21
**decision** 285:25
**decorate** 146:20
**decorating** 11:22
146:24
**decorators** 31:12
245:10
**deep** 181:20 207:22
**defamation** 53:15
93:24 103:3 135:5
176:13 361:18
**defamatory** 210:22
210:25 211:7
**defendant** 2:17
103:2
**defendants** 1:9
**defense** 200:3
299:7,10
**define** 70:24 91:14
97:3 138:6 242:21
242:23 243:2
249:24
**defined** 138:14
288:21
**definitely** 130:17
309:8
**definition** 243:3
**definitively** 134:8
282:9,24 283:4
**deflecting** 367:10
**degree** 353:24
**delay** 6:18
**delaying** 7:16
**delete** 369:24 370:5
370:11,14
**deleted** 370:7,15,17
**denies** 210:19
211:2,3
**dent** 208:7
**denver** 2:18
**deny** 174:16 299:18
300:2,10 301:8,14
303:16



**department** 166:20
**departure** 320:10
  323:12
**depending** 51:10
**deponent** 417:2
**deposed** 4:15
**deposition** 1:13 3:4
  3:10 6:19 7:15
  20:15,19,22 54:8
  54:13 71:22 73:3
  87:17 143:4
  181:19 334:10
  373:12,15 374:5
  374:10 375:11
  376:21 394:8,20
  394:24 413:11
  416:7
**depositions** 4:14
**depth** 361:18
**dershowitz** 210:17
  211:15 299:11
  368:13,15 407:8
  407:15
**dershowitzs** 369:10
**describe** 68:6 71:8
  71:9 73:4 101:9
  194:2 289:19,20
  289:21 306:6
**described** 53:4
  192:12,23 228:3
  318:3
**describing** 194:13
**description** 101:20
  288:10 289:4,6,12
**descriptions** 214:22
**descriptive** 287:24
**designate** 11:6
**designated** 11:13
**designating** 6:15
  413:11
**designers** 146:19
**desk** 188:5,8
  189:10 219:2
  313:13
**desktop** 187:25
**despise** 97:2

**detail** 197:7 198:10
  400:23
**detailed** 195:9,11
  288:13
**details** 198:9
  210:15 295:17
  341:11,23 354:25
  360:5,9 400:16
**deteriorating**
  376:14
**determine** 198:19
  198:25 199:18
  200:15
**determined** 273:14
**device** 243:4
**di** 357:13
**diary** 273:22,24
  274:2
**dictionarys** 243:3
**didnt** 29:13 32:14
  41:18 43:14 44:18
  64:8 69:3,8,9,23
  76:18 80:13,14
  105:18 109:11
  152:14 160:11
  161:13,15,17
  162:25 180:4,21
  188:9 192:16
  194:15 201:7
  208:4 219:7
  221:10 227:9
  228:10 232:14,19
  232:20 236:23
  238:20 239:7
  249:17 258:20
  262:16,18,20
  263:4 273:21
  296:4 299:5
  300:18,20,21
  301:6 303:11,22
  304:5 305:10
  318:8 319:10
  321:13,19 329:23
  330:8 331:15,15
  333:9,22 334:6
  337:17 342:23

  345:2 354:16
  355:3 358:6
  360:14 365:2
  367:4 369:22
  375:6 382:21
  384:6 386:12
  387:16 393:20
  394:13 396:22
  397:4,5
**died** 85:4
**difference** 146:14
**different** 27:15
  110:19 143:7
  148:22 149:23
  179:21 201:23
  214:22 215:9
  222:20 246:2
  253:24 281:20
  282:4 315:10
  322:13 324:16
  325:8 375:8
  403:16
**difficult** 18:21 19:5
  118:13,24 126:20
  153:17 207:24
  232:16 234:17
  324:24
**difficulty** 222:17
  ███████ 304:20
  305:6,13,25
  306:24
**dildo** 71:6
**dildos** 71:3 73:7
**dinner** 105:2 111:7
  134:25 136:18
  230:10 351:9
  402:5,11,12,19
**direct** 73:2 83:5
  85:7 119:18,21
  120:12 142:2
  144:13,23 148:19
  149:15 150:9
  151:16,21 153:23
  158:4,15 165:10
  166:21 252:11
  263:10,11,18

  265:21 287:7
  296:8 319:15,19
  328:10,18 345:14
  366:4 394:5,18
  406:18 416:18
**directed** 113:23
  336:4
**directing** 120:2
  144:18 309:6
**directly** 344:19
  394:6
**disagree** 20:25
  103:8
**disagreement**
  298:15
**disclose** 335:4,12
**disclosing** 274:19
**discovery** 110:9
  133:9 150:3 284:7
  370:3,8
**discuss** 345:3
  369:15 392:6
  398:19 400:15
  407:14,16
**discussed** 232:8
  298:25 299:19
  300:7 302:13
  303:24 396:2
  407:20
**discussing** 360:20
  399:5
**discussions** 396:8
  396:11
**disgusting** 76:10
  95:10 206:6
**disk** 3:4 68:3 118:6
  167:25 168:11
  208:16 256:15
  294:16 327:12
**dismissed** 349:2
  350:4,12
**dismissive** 391:24
**displayed** 244:5
**dispute** 231:25
  362:9
**distinguish** 190:3

**distracted** 117:17
**distress** 55:14
**district** 1:2,3 3:7,8
  ███ 98:7
  ███ 304:19
**document** 24:18
  34:3,5 35:23 36:3
  36:3 74:13,23,25
  85:13 87:15
  118:17 119:20
  126:7 133:8,16,17
  140:4 148:20
  151:24 170:2
  206:13 259:24
  260:3,6,10,11,23
  261:19 262:5,8
  263:21 264:11
  266:8 267:22,22
  268:10 284:18,24
  285:3,4,7,9,11,19
  286:2,10 312:17
  312:20,22,23
  313:2,5,9,22
  316:11,15,18,24
  317:3,15,18,25
  318:2,4,10,18,25
  319:4,6,10,16,25
  320:6,25 321:16
  327:21 330:14,15
  330:16,18,20
  331:19 332:2,7,8
  332:10 334:15
  347:20,21,25
  348:2,18 352:19
  352:21 353:4
  361:15 377:21
  378:13 379:2
  391:4 398:16
  399:2
**documents** 74:16
  149:23 169:25
  199:13 263:8
  268:3 283:22
  284:7,11,21,23
  286:14,17 312:15
  368:23 414:24,25



**doe** 210:6,7
**doesnt** 26:23 44:3
  114:18 127:8
  128:17,21,23
  133:13 141:6
  165:14 177:15
  178:7,8 215:3
  231:6 232:12
  233:8 285:23
  303:13 334:25
  349:19,20,24
  405:21
**doing** 10:25 32:15
  41:14,18 50:19
  65:24 77:13 147:8
  160:14 161:14
  322:15 397:10,12
  397:17 412:3
**dollars** 185:15,17
  185:18,19,23
**dont** 6:18 8:17 9:5
  9:6,17 11:6 16:14
  16:18 17:2,15,21
  20:3 21:3,14 29:3
  29:18 32:7 33:23
  33:24 36:9,11,18
  36:23 38:8,15
  39:23 40:6,14
  41:3,11,19 42:2,2
  43:6 44:8,13,19
  44:20 45:7 46:4
  47:13,18 48:5,17
  48:23 49:6 52:10
  54:9,15 56:14
  58:23 59:5,9,11
  59:14,22 60:9
  61:13,18 63:15
  70:20 71:5 72:11
  72:16 75:11,21
  77:4,5 78:14
  79:19,21 80:10,12
  80:17 81:3,19
  88:11 94:4,11,18
  94:22 95:11,18
  97:6,10 98:8
  100:17,21 101:23

102:2 103:14,15
103:15 104:4
105:5,14,15
106:10,11,21
110:8,20 111:22
112:2,18 113:3,19
114:13,15,17,19
117:16 118:11,20
119:5,6 120:20
121:6,11 122:6
123:8 124:3
125:10 126:6,23
127:24 128:15
130:4,9,13,16
133:2,15 134:25
136:6,13,13,15
137:13 139:2,8
140:15,18,21
141:3,6,11 142:22
143:17,19,21,22
144:12 145:17,20
146:11 147:19
148:15 149:19
151:12,15 153:7
153:13,21 155:8,9
155:10,10,11,15
156:5,13 158:9,14
160:4,11,12,13
161:10,13,19,24
162:2 164:2,20,21
165:9,21 166:10
172:10,12,17,24
172:25 180:24
181:14 183:22
185:8,11,13,13
186:5,9,14,15,20
189:6 191:19,23
191:24 193:20
194:6 195:5
197:16,17,19
200:10 205:25
206:11,23 208:8
212:4 213:20
214:11,25 215:17
216:19 218:3,13
219:5 222:9

223:18 227:11
230:20,22,25
231:6,7,23 232:4
232:17 233:20
234:2 236:22
237:9,10,22 238:3
239:4 242:12,24
244:15,24 246:20
246:21 248:6
249:8 250:14
252:8,13,13,21
253:5 254:7
255:16 260:9,10
260:23,24,24
264:8 266:14
267:11,20 268:16
268:21 270:11,14
270:17 271:12
272:7,7,13,25
275:10 278:13
280:15,18 281:15
283:18 285:7,8
286:14,21 287:25
289:19,20,21
290:5,6,8,20,21
290:24 291:5,15
291:17 292:9,11
292:11,20,21,24
293:3 295:11,13
299:3,6,12 301:5
303:6,8,10 304:24
305:2 306:8,10,12
306:17,23 307:3
307:15,23 308:19
309:13,19 311:4
311:24 312:12
313:2 318:13
319:3,8,14 322:12
322:15,23,23,25
323:4,5 326:12
327:23 328:15
332:2,8,23 333:12
334:7 338:5,20,24
339:4 340:3,6
341:5,10,10,13,16
341:17,23 342:6,8

342:9,12,18 343:7
343:13,17,19
344:9 345:7,8
347:3,8,21 348:2
348:9 349:11
350:6 352:7,8,10
352:14,25 354:14
357:12 361:19
364:24 365:21
367:17 368:10
369:18,22 370:23
372:6,8,10 376:10
376:23 377:6,8,13
378:15,19 379:9
380:4,10,17
382:24 385:18,20
386:7 387:8,20
388:11,12,13,20
388:25 389:3,6
392:8 393:4
394:13,25 396:2
398:14,20 399:10
399:20,25 400:8
400:18,21,21
401:12 404:18,25
406:17 407:19
408:21,25 409:2,4
409:17 411:3,7,12
411:22 412:15,21
**door** 15:23 28:25
  28:25
**doors** 293:22
**dot** 349:4,4,4
**doubt** 111:21 124:7
  134:9
**doubts** 268:7
  ███ 129:21 137:14
  138:11
**downloaded** 331:10
  333:17,25
**downs** 86:7
**draft** 360:14
**drafts** 360:22,23
**drank** 236:3
**draw** 346:18
**dress** 68:13 233:7

236:18
**dressed** 213:15
**driven** 214:6,7
  215:12,13 342:3,5
**drove** 16:10
**dubin** 57:12,15,21
  57:22 61:17 237:3
  303:17 304:2,8
  339:15
**dubins** 304:15
  339:8
**dui** 390:14
  ███ 398:7 399:12
**duly** 4:7 416:6
**duties** 11:24 68:7
  105:16 116:19

**E**

**e** 4:6,6 168:4,4,6,6
  414:3,10 418:2
**earlier** 68:5 133:25
  141:16 168:17
  229:2 255:2
  280:20 282:11
  283:9 286:23
  295:3 298:22
  299:13 313:10
  327:14 330:13,24
  339:16 346:11
  361:7 372:2
  377:16 395:15
  403:11 404:13
**early** 91:25 361:24
  362:6,23 399:19
  408:11
**earn** 60:20
**easier** 119:18
  142:22 231:13
**east** 2:4,17 5:24
**eat** 136:18
**editor** 353:16
**edwards** 2:8,11
  3:23,23 6:18 7:3,8
  151:19 158:3
  373:25 374:2,4,13
  374:17,19,22,25



375:15 376:2
394:7,19
**effect** 303:13
**effectively** 7:11
**egregiously** 206:5
**eight** 167:4
**either** 55:14 60:15
92:11 130:10
134:19 138:8
190:16,18 193:17
193:22 199:23
214:24 227:21
247:3,11 249:6
271:7 288:23
295:23 296:7,13
337:13 350:13
389:11 394:6
406:9 407:24
**electronic** 71:11
314:2 315:24
316:5 318:11
█████ 34:12 346:4
**elses** 92:19
**email** 33:25 34:13
36:4,5 209:13
210:2 295:23
296:14 345:12,16
345:18 346:4
348:13,19,21,24
350:24 351:2,5,5
352:23 356:4,8
361:2,4 363:12,14
364:2 365:23,25
366:5,23 367:22
367:24 368:11,12
368:19 369:2,10
369:21 370:2,15
384:21,24 390:20
390:21 391:5,19
392:12,14,17
398:3 401:6 405:4
405:8,13 406:23
414:14,22 415:3,4
415:5,6,7,8,9,10
415:11,12,13,14
**emailing** 296:9

368:16
**emails** 296:20
297:10,13,14
298:12 369:24
370:5,11,14
385:12,16 391:2
**embarrassing**
389:17
████ 2:6 5:19
**emmy** 63:18,21
64:6,10,17,20
65:9,21 67:5,14
120:18 121:9
126:2 127:6
142:19,24
**emmys** 67:5,8
**employed** 10:24
11:19 247:19
261:4,8,14,16
**employee** 13:4,6
328:9,14
**employees** 49:20
313:13 328:10
410:24
**employer** 333:3
**employment** 335:5
383:4 410:15
**encounters** 82:12
**ended** 321:21
347:17 377:17
**engage** 179:13
**engaged** 83:10
200:24 202:17,25
203:9,19 308:24
**engages** 353:22
**engaging** 205:7
**england** 132:9,10
311:19 371:11
**english** 222:16
**enhance** 243:5
**enjoyed** 246:4
**enormous** 174:15
206:6
**ensure** 392:9
**entailed** 12:4
**entered** 86:12,15

320:18
**entertainment**
288:22
**entire** 7:14 17:17
17:23 18:7 19:7
82:7 96:10,11,12
209:11 214:8
215:22 218:17
219:6,8 221:24
226:15,18,19
227:17 228:8,8,16
228:21,23 229:4
230:11 231:17
232:8,24 233:4
234:6 235:7
282:16 364:16
413:11
**entirely** 28:10
193:8 272:19,22
273:20 374:12
**entitled** 6:24
102:25 103:5
199:12
**entries** 266:9
**entry** 139:18,23
264:22 266:19,22
**epstein** 6:4 8:24
9:16,21,23 10:2,8
10:23 17:20,22
18:2,11 19:9,18
19:22 20:11 21:8
22:8,12,15,21
24:17 25:10,15,17
25:23 26:8 27:2
27:23 31:8 32:11
34:7 39:12,17
40:10 41:22 49:10
51:15 52:9 53:4
53:23 55:7,25
56:17 68:8 75:8
75:13,19 76:4
77:12 78:17 83:2
83:19 86:12,13,20
87:4,5,11,21 88:6
89:11 90:2 93:9
102:16 107:4

111:8,13 114:11
114:16 115:6
120:17 121:10
123:7,10 127:5,16
136:7,19 142:13
158:6 159:5,9,24
160:8 162:11,17
163:19 167:19
168:20,21 169:15
169:18,19 170:4,5
170:19 171:7,12
171:18,25 172:6
172:13,19 173:14
174:6,22 175:2,9
175:19 176:2,15
178:3 179:18
180:11 181:7,25
182:11,15,25
183:10,25 184:4
184:13 186:4
191:17 192:4,22
194:25 196:3
200:14,24 202:17
202:25 203:9,19
204:9,21 205:5,8
205:22 215:25
218:25 222:11
223:4 226:24
238:14 239:5
241:8 244:8,14,19
245:20 247:9
251:14,20 252:2
252:14,22 253:6
253:13,19,25
256:19 261:4,9,14
261:17 262:22
263:5,20 264:5,11
264:12 265:11,16
266:23 267:15
269:9,16,22 270:5
270:18,23 272:3
272:18 277:2
278:9,21 279:6,16
280:2,12 292:21
295:21 296:10
298:3,9 299:8,16

299:17 301:7,25
302:20 303:16
304:7 305:17
306:14 307:11,18
308:11,15 309:10
309:16 311:8,10
312:4 313:15,20
313:25 314:20
316:14,16 317:6
317:11 328:9
331:22 332:15,20
333:4,11,19 334:2
335:6,12 336:10
336:20 337:3,11
341:7 342:9,14,19
343:10,15,21
345:16 346:20
351:3,16 352:4,9
355:13 356:5,17
357:22 359:4,12
363:15 364:5
371:20 372:14
380:19 381:2,12
382:15,16 385:3,9
387:11 388:15,19
389:18 390:24
391:22 395:24
407:2,22 408:5,11
408:16 409:7,16
409:20 410:3,8
411:14
**epsteins** 14:10,19
15:2,8 23:15,24
27:10,21 28:16
29:8,16,25 42:5
43:22 122:2,5
134:17 135:11
167:9,15,18
189:16,25 209:2
211:10,21 212:17
229:14 241:22
242:4,11 243:9
254:11,19,25
255:5,18 264:15
287:17 288:4,15
289:13 309:24



313:11 315:22
330:10,25 331:3
334:22 336:22
337:4 382:6 383:3
395:6 404:10
409:22
**equity** 209:21
**errata** 417:6
**error** 326:16
**espsteins** 30:11
**esquire** 2:5,6,11,13
2:18,19
**establish** 231:22
248:3 250:19
**established** 60:21
192:9 224:8
246:21 249:15
250:6,15 251:8
254:14,15 383:21
**estimate** 296:20
■ 120:17 122:17
123:23 124:18,20
124:21,21 125:23
132:14
**europe** 65:22
108:20 144:3
**eva** 57:21,22 58:12
**event** 31:4
**events** 26:22 395:2
395:3
**everybody** 293:11
332:16
**evidence** 44:2
180:25 241:12
343:12
**exact** 47:18 59:9,22
61:7 104:4 105:11
110:15 298:2
377:8
**exactly** 13:3 17:16
48:5 59:15 72:25
105:15 106:11
172:24 179:21
185:8 186:9
242:19 270:11,14
275:10 277:11

283:14 289:4
297:21 319:8
333:12 348:7,12
354:18 375:18
377:6 378:19
385:22 395:2
412:15
**exaggerator** 177:7
**examination** 4:10
168:8
**examined** 4:8
**example** 68:22 91:6
92:6 101:24
118:16,19 155:21
180:5 296:4
314:11 318:15
372:21 410:23
411:15
**examples** 182:7,8
**excellent** 60:18
**excerpts** 148:2
**excess** 340:18,24
343:5,10,17
**exciting** 207:11
**exclude** 274:15
**excused** 6:9
**executed** 186:7,11
186:15,16 187:15
188:21
**exercise** 50:22
60:16 245:11
246:18 247:5,13
248:7,17 249:9,18
250:11
**exhibit** 24:20 33:25
34:4 71:17,20
83:6,13,13 109:20
109:23 113:21
117:19 133:6
141:14 143:4,10
147:23,25 209:13
259:11,20,21
263:8,14 266:11
266:14 273:5
312:15 345:11,12
348:19 350:24

361:2 363:12
365:23 367:22
384:21 390:21
392:12 398:2,3
405:4 414:12,13
414:14,15,16,17
414:18,19,20,21
414:22,23,24,25
415:2,3,4,5,6,7,8
415:9,10,11,12,13
415:14
**exhibits** 168:15
273:4
**exist** 395:3
**existed** 320:6
323:15
**expect** 119:6
**expected** 244:5
**expensive** 233:6
**experience** 89:19
223:24 277:2
**expires** 417:13
**explain** 4:12 150:19
170:22 195:7,8,11
323:12
**explained** 18:6
25:11
**explore** 61:2
**extent** 20:8 21:12
21:16 52:20 142:9
199:4,22 200:5
274:8 280:25
283:25 385:16
**extra** 60:11 61:5
**extremely** 108:6
240:7,9

**F**

**f** 168:4
**fabrication** 134:14
135:9 215:23
**fact** 32:17 78:5
84:10 102:25
212:16 214:8
240:14 241:15,17
301:21 312:6

345:4 346:19
**facts** 43:25 241:11
343:11
**factual** 88:8 91:3
359:10
**factually** 34:19
346:9 348:14
**fagin** 1:19 3:15
416:11
**failed** 374:2,25
375:2,15
**fair** 103:19 135:14
178:6,13 245:8
308:19 356:6
**fake** 207:10 273:23
374:15 376:4
**false** 137:6 180:6,7
206:5 228:12
229:10 334:12
351:8 352:2
368:22
**falsehood** 174:14
174:24 282:18
**falsehoods** 174:15
**familiar** 24:10,15
55:17 73:6,6
100:20 114:8
149:12,14 264:14
312:19,21 375:22
387:22 388:9,17
388:22 389:8
**family** 30:22 116:9
339:14 351:7,13
351:18,25 352:12
352:15 382:10
401:22 402:7
**famous** 111:15
235:24
**fantasist** 19:4 177:7
**far** 24:7 72:16
120:9 198:9
214:12 225:9
226:12 384:12
■ 2:8 55:18
55:20,24 56:6,7,8
56:10,14 62:21

**fashion** 184:20
**fast** 138:25
**fat** 206:6
**father** 101:5 184:16
214:6 215:12
**fbi** 318:3 407:24
408:6
**fe** 144:24,25 145:15
145:15 146:6
148:12,14,16,17
**february** 6:2
348:18,23
**federal** 103:7
325:15
**federally** 129:5
212:2
**feel** 23:11 241:20
274:13 393:15,20
**feeling** 229:3
**fees** 343:22
**feet** 60:5 86:18
**felony** 353:24
**felt** 184:18,23
**female** 6:3 8:24 9:6
9:10,12,14,15,18
9:20 10:3 12:22
14:2 21:9 22:8,12
22:17 23:7,14,23
25:16 27:22 28:20
29:7,15 33:13
63:17 116:17
124:19 157:5,9,12
163:17 164:14,16
165:5 246:16
249:12 308:25
336:11,21 337:3
337:12 401:20
402:14,21 404:9
**females** 21:24
22:19 25:23 26:7
26:14 27:10 29:24
45:12 66:24 67:6
95:6,17 98:12,17
98:22 160:17
161:6 162:16,20
163:3 189:16,24



190:7,8,12,19
191:22 192:23
222:5 223:21
244:8,13,18
245:20 339:7
**fiction** 274:3
**fictional** 274:3
**fictitious** 31:3
230:11
**figure** 357:20
358:19 376:6
**figures** 210:16
**filed** 296:17,18
**filing** 346:19
**filings** 12:11
**fill** 383:17
**filled** 247:23
**final** 8:3,16 34:17
166:23 346:7
**financial** 103:2
341:11
**find** 31:16,20 73:10
83:13 95:9 110:17
111:3 151:13
210:3 248:13
249:7 310:16,18
311:9 312:3,9
316:25 325:21
382:21 383:9,17
**finding** 72:15 103:4
310:8,14
**fine** 7:21 11:8 119:5
**finish** 10:19 94:12
111:18 174:4
223:13
**finished** 96:19
**firm** 207:21 307:24
374:18,20
**first** 6:3 8:23 9:4,14
9:15,25 11:9,19
11:21 16:12,15,24
17:3 18:14,14
19:3,10 26:3,15
26:20 28:2,22
33:3 34:9,25 37:3
37:13,24 38:2,5,7

38:13,16 41:3
42:18,24 43:4,13
44:8 45:5 47:17
59:8 70:5 74:7
76:18 86:7 94:19
97:2 101:3 106:22
118:17 119:21
120:13 143:17
150:5 151:22
164:20 167:5
191:6 192:8 193:9
203:14 207:6
213:4,5 214:9,14
214:14,17 215:25
216:9 219:14
220:6,14 225:21
226:16,22 227:23
228:13,17,20,21
229:5,11,25
236:21 254:10
258:20 263:19
264:22 265:25
266:21 267:22
270:9 292:9
300:11,18,20
321:4,8 325:5
327:3 335:16
345:7 361:17
363:17 398:5
**fistos** 2:8
**fits** 289:3,5,11
**five** 79:2 85:23 86:7
166:11 298:11
375:16
**fiveminute** 65:14
256:10
**flagged** 119:17
**flat** 134:14 135:9
**fled** 346:20 348:4
**flew** 106:11 122:4
123:6 124:4
127:16,22 137:11
230:9 409:21
**flexner** 1:16 2:3
3:13,22
**flight** 44:11 106:4

117:19 118:9
120:4,7 121:3,3,7
121:9 122:16,24
123:21 124:8,12
125:8,13 126:16
126:24 127:2,3,7
127:22 128:18,20
128:21,24 130:2,7
130:9,17 139:10
140:24 141:2,4,17
144:14 147:7,13
147:19 148:12,13
266:7 276:18
377:15,16,22,23
378:20 409:18
410:24 411:7,15
414:18
**flights** 44:6,9
125:11,12 133:3
137:2 147:11,17
378:12 409:22
410:2,4
**flip** 156:15 157:17
**floor** 264:12
**florida** 2:5,10 225:9
250:7 254:18
319:20 320:23
321:3 322:18
323:8,19 324:2,11
325:16 326:15
353:17,20,21
354:6,21 355:4,8
355:13,19
**flown** 41:24 42:4
47:7,9,11 104:16
104:22 130:17
135:13 230:13
**fly** 47:2 121:12,19
121:25 135:10
411:14
**flying** 121:8 122:6
122:8,25 123:9
125:24 126:12,24
127:11 130:14
131:3 132:18
148:10,16 410:3

**focus** 302:16
**focused** 197:18
**fold** 145:25
**folded** 146:4
**follow** 281:10
**following** 219:16
281:24
**follows** 4:9 168:7
**foot** 192:16 243:25
**force** 124:19
129:15
**foregoing** 416:15
417:4
**foreign** 98:12,21
99:7,10,14,22
100:6 380:15
**foreigner** 99:2
**foreman** 2:16
**forensically** 370:25
**foreskin** 86:24
**forget** 5:7
**forgive** 229:6
**form** 6:5 9:2 12:2
12:24 13:13 14:4
14:12,20 15:11,16
15:24 16:7 18:3
18:18 19:12,19,24
22:22 24:2,13
25:25 26:9 27:12
27:24 29:9 32:4
32:25 33:16 37:5
37:14 39:6,13,19
40:3,12 41:15
42:21 43:2,17,24
45:16,23 46:8,19
47:22 48:3,8,15
48:21 49:4,11,21
50:7,14 51:3,8,16
52:5,18 56:3,12
56:18,24 57:9,16
58:4,9,15,19 60:7
61:22 63:7,12
64:13 67:3 68:10
68:16 69:19 70:4
70:9,15 71:14
74:6 75:16 76:15

77:3,23 78:19
79:4,11,18,24
81:2,7,13,24 82:6
82:13 83:21 84:20
87:13 89:14 92:8
92:17,25 93:11
96:25 97:19 98:16
98:25 99:18 100:2
100:13 102:13
106:6 109:5,10,16
116:12,23 117:8
121:14,23 122:11
122:20 123:3
125:4 126:4
127:20 129:2
132:25 136:11
139:13 144:5
146:7,10 150:23
151:11 152:10,18
154:7,14 155:7
156:12,25 157:8
158:13,24 159:7
159:13 160:10,21
162:6,19 163:20
164:19 165:2,7,25
167:11,22 168:24
169:22 170:8,21
172:5,9,16,23
173:6,16 174:9
178:4 180:13
184:9 186:12
187:12,24 188:23
189:5,21 192:7
194:14 195:21
196:8 198:22
199:4 201:13,22
202:9,21 203:5,13
203:23 204:12,24
205:10,24 206:17
207:5 208:21
209:4 211:12,23
216:3 218:19
219:12 220:8,18
221:7,17 223:8
224:7 225:6,19
227:3 235:18



236:20 237:5,14
237:21 238:9,18
238:24 239:16,21
240:3,4 241:11,24
242:7,16 243:16
244:10,21 245:23
247:17 248:10,22
250:4 251:17,23
252:4,18,25 253:9
253:17,23 254:5
254:13,23 255:9
255:23 256:21
257:10 258:6,13
260:17,20,22
261:11,24 262:16
263:2,25 264:2,3
265:18 267:4,19
269:12,18 270:20
271:3,21 272:6
275:25 276:11,22
277:7,15,25
278:12,23 279:8
279:18 280:4,14
280:25 287:6,11
287:20 289:2,8,15
290:4,19 291:23
292:8,18 293:25
294:25 295:10
298:18 299:21
300:5,14 301:3,11
301:17 302:5,12
302:24 303:20
304:4,11 306:16
307:2,8,21 308:5
309:12,18 310:3
311:2,12 312:25
314:6,16 315:13
316:2,8 318:6,21
319:13,23 320:14
321:17 322:11
323:10,21 324:12
324:19 325:11,19
325:25 326:20,25
327:19 328:12,23
329:5,12,21 330:5
331:4,13 332:22

333:21 334:5,24
335:8,15,24 336:8
336:14,17,24
337:6,15,21 338:3
338:21 339:10,21
340:21 341:20
343:12 344:24
347:2 349:17
351:21 352:17
354:8,23 355:10
355:21 356:14,20
357:7 359:8,14
360:3 362:4,11
363:4,21 364:13
365:19 366:19
367:12 369:7,12
371:4 372:18
373:19 378:25
379:14,20 380:2,9
381:17,25 382:9
382:20 383:7
384:3 385:6 387:7
387:14 389:14,21
390:2,10 392:4
393:3,12,19,25
394:10 395:12,22
398:25 399:9
401:4 402:2,9
404:2,12 406:6,11
407:5,11 408:3,8
408:14,20 409:10
410:11 411:18
412:5,12,20 417:6
**formally** 71:6
**former** 134:15
**fort** 2:5,10
**forward** 351:7
    353:8 368:7
**forwarded** 8:19
**forwarding** 390:24
**found** 73:5 218:15
    325:15,21 349:2
    350:4,13 382:16
**foundation** 6:6 9:2
    12:3,25 13:14
    14:5,13,21 15:17

15:25 16:8 18:4
18:19 19:13,20,25
22:23 24:3,14
26:2,10 27:13,25
29:10 32:5 33:2
33:17 37:6,15
39:7,14,20 40:4
40:13 41:16 42:22
43:3,18,25 45:2
45:17,23 46:9,20
47:23 48:4,9,16
48:22 49:5,12
51:4,9,17 52:6,19
56:4,13,19,25
57:10 58:4,9,15
58:19 60:7 61:23
63:12 64:13 67:3
68:10,16 69:20
70:4,9,15 71:14
74:6 75:16 76:15
77:3,23 78:19
79:4,11,18,24
81:2,7,13,24 82:6
82:14 83:21 84:20
87:13 89:14 92:8
92:17,25 93:12
96:25 97:19 98:16
98:25 99:18 100:2
100:13 109:5,10
109:16 113:14
116:12,23 117:8
121:15,23 122:11
123:3 125:4
127:20 129:2
132:25 136:11
139:13 144:5
146:10 150:23
151:11 152:10,18
154:7,14 155:7
156:12,25 157:8
158:13,24 159:7
159:13 160:10,21
162:6,19 163:21
164:19 165:2,7,25
167:11,22 168:24
169:22 170:8,21

172:5,9,16,23
173:6,16 174:9
180:13 184:9
187:12,24 188:23
189:5,21 192:7
195:21 196:8
198:22 199:4
201:13,22 202:9
202:21 203:5,13
203:23 204:12,24
205:10,24 206:17
207:5 208:21
209:4 211:12,23
216:3 219:12
220:9,18 221:7,17
223:8 224:7 225:6
225:19 227:3
235:18 236:20
237:5,15,21 238:9
238:18,25 239:16
239:22 240:4
241:11,24 242:7
242:16 243:17
244:10,21 245:23
247:17 248:11,22
250:4 251:17,23
252:5,18,25 253:9
253:17,23 254:5
254:13,23 255:9
255:24 256:21
257:10 258:6,13
260:22 261:11,24
262:14 263:2,25
265:18 267:4,19
269:12,19 270:3
270:20 271:3,21
272:6 275:25
276:11,22 277:7
277:15,25 278:12
278:24 279:8,18
280:4,14,25 287:6
287:11,20 289:2,8
289:15 290:4,19
291:23 292:8,18
293:25 294:25
295:10 298:19

299:21 300:5,14
301:3,11,17 302:5
302:12,24 303:20
304:4,11 306:16
307:2,8,21 308:6
309:12,18 310:3
311:3,12 312:25
314:6,16 315:13
316:2,8 318:6,21
319:13,24 320:14
321:18 322:11
323:10,21 324:13
324:19 325:11,19
325:25 326:20
327:2,19 328:13
328:24 329:5,12
329:21 330:6
331:5,13 332:22
333:21 334:5,24
335:8,15,24 336:8
336:14,17,24
337:7,15,22 338:3
339:11,21 340:21
343:12 344:24
347:2 349:7,18
351:21 354:8,23
355:10,21 356:14
356:20 357:7
359:8,15 360:3
362:4,11 363:4,21
364:13 365:19
366:19 367:12
369:7,13 371:4
372:18 373:19
378:25 379:14,20
380:2,9 381:18,25
382:9,20 383:7
384:4 385:6 387:7
388:16 389:14,21
390:3,10 392:4
393:3,12,19,25
394:10 395:12,22
398:25 399:9
401:4 402:2,10
404:2,12 406:6,12
407:6,12 408:3,8



MAGNA
LEGAL SERVICES

408:14,20 409:10 410:11 411:18 412:5,12,20
**four** 72:20 79:2
**frankly** 21:18
**free** 23:11 167:5 274:13
**french** 371:19 379:17
**frequency** 127:16
**frequent** 30:17
**frequently** 30:6 127:23
**friday** 353:6
**friend** 13:24 23:16 37:16,17 40:23 58:22 101:8 154:3 155:5 161:22 184:18 193:3 304:19 326:10 339:14 401:22 402:7
**friendly** 57:19 101:14 136:5 295:16
**friends** 13:19,20,21 13:23 14:7 22:24 23:2,17,25 30:22 30:22 57:22 59:3 107:22,25 116:10 116:10 121:17 135:15 138:11,15 154:11 163:24 305:11 339:8 351:6,13,18,24 352:12,14 376:24 408:6
**friendship** 101:10
**front** 15:22 24:23 131:17 149:11 168:15 171:9 209:16 213:20 214:24 264:2,2 275:2 312:18 316:18 317:4 330:15 361:7

**fulfilled** 384:13
**full** 28:6 73:22 74:3 75:2 86:11 250:14
**fulltime** 32:19
**fully** 210:12
**functions** 9:24 310:13
**funded** 371:20
**funds** 408:18
**funeral** 85:5
**further** 7:16 170:11 265:9 346:2
**furthermore** 82:9
**future** 286:7 413:9

---

**G**

**g** 2:13 4:1,6 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1

95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1 122:1 123:1 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1 135:1 136:1 137:1 138:1 139:1 140:1 141:1 142:1 143:1 144:1 145:1 146:1 147:1 148:1 149:1 150:1 151:1 152:1 153:1 154:1 155:1 156:1 157:1 158:1 159:1 160:1 161:1 162:1 163:1 164:1 165:1 166:1 167:1 168:1,6 169:1 170:1 171:1 172:1 173:1 174:1 175:1 176:1 177:1 178:1 179:1 180:1 181:1 182:1 183:1 184:1 185:1 186:1 187:1 188:1 189:1 190:1 191:1 192:1 193:1 194:1 195:1 196:1 197:1 198:1 199:1 200:1 201:1 202:1 203:1 204:1 205:1 206:1 207:1 208:1 209:1 210:1 211:1 212:1 213:1 214:1 215:1 216:1 217:1 218:1 219:1 220:1 221:1 222:1 223:1 224:1 225:1 226:1 227:1 228:1 229:1 230:1 231:1

232:1 233:1 234:1 235:1 236:1 237:1 238:1 239:1 240:1 241:1 242:1 243:1 244:1 245:1 246:1 247:1 248:1 249:1 250:1 251:1 252:1 253:1 254:1 255:1 256:1 257:1 258:1 259:1 260:1 261:1 262:1 263:1 264:1 265:1 266:1 267:1 268:1 269:1 270:1 271:1 272:1 273:1 274:1 275:1 276:1 277:1 278:1 279:1 280:1 281:1 282:1 283:1 284:1 285:1 286:1 287:1 288:1 289:1 290:1 291:1 292:1 293:1 294:1 295:1 296:1 297:1 298:1 299:1 300:1 301:1 302:1 303:1 304:1 305:1 306:1 307:1 308:1 309:1 310:1 311:1 312:1 313:1 314:1 315:1 316:1 317:1 318:1 319:1 320:1 321:1 322:1 323:1 324:1 325:1 326:1 327:1 328:1 329:1 330:1 331:1 332:1 333:1 334:1 335:1 336:1 337:1 338:1 339:1 340:1 341:1 342:1 343:1 344:1 345:1 346:1 347:1 348:1 349:1 350:1 351:1 352:1 353:1 354:1 355:1 356:1 357:1 358:1 359:1 360:1 361:1 362:1 363:1 364:1 365:1 366:1 367:1 368:1 369:1

370:1 371:1 372:1 373:1 374:1 375:1 376:1 377:1 378:1 379:1 380:1 381:1 382:1 383:1 384:1 385:1 386:1 387:1 388:1 389:1 390:1 391:1 392:1 393:1 394:1 395:1 396:1 397:1 398:1 399:1 400:1 401:1 402:1 403:1 404:1 405:1 406:1 407:1 408:1 409:1 410:1 411:1 412:1 413:1
**gardener** 50:22 247:4
**gardeners** 31:13 245:11 310:11 ████ 132:15
**gathering** 387:17
**general** 11:5,12 12:12 51:23 66:20 136:20,22 197:5 313:23 323:5
**george** 123:5
**georgina** 123:5 ████ 145:4,10
**getting** 77:10 181:11 219:22 246:4 349:13 391:17
**ghislaine** 1:8,13 3:5 3:6 120:17 127:5 156:18,21 157:14 210:10,24 349:3 372:20 389:7 405:18 414:6 416:6 417:9
**giant** 82:8 206:6 282:18
**gift** 113:5,7,9 191:8 191:25 192:2 286:25 287:2 343:10,16
**gifts** 113:12,16,19



340:16,23 341:3
343:8,17,18
**girl** 68:23 69:8,11
69:13,16 92:20
97:15,21 167:8,13
167:17,20 221:4
221:14,21 222:4,7
223:5,6 225:2
236:18 262:12,19
262:24
**girlfriend** 91:12,14
91:17,20,23
101:11 295:5,12
363:19 364:4,11
365:5,7,10,14,17
366:8,12,22 367:8
367:15,18
**girls** 25:13 26:25
41:3,7 46:7,10,14
46:17 48:13,19
51:22 56:22 57:7
81:22 82:3 83:17
84:2,3,8,9,17
87:20 88:4,19
89:25 90:6 93:8
93:16,18,21,22
94:10,14,21 96:22
97:4 99:10,13,14
99:20,23 100:4,6
107:21 116:7,13
116:14,15 154:10
161:3,5 188:10
195:18 220:4
243:15,18 253:14
253:20 254:2,20
255:6,22 269:8,15
269:21 301:9
322:22 325:16
329:8,16,25
330:10 335:13
379:11,17,23
380:6,11,15 382:4
382:16,21 383:2
**giuffre** 1:5 3:6,22
3:24 4:2 7:10 14:9
85:9 151:20 158:3

234:11 254:10
259:22 265:9
266:15 319:18
**give** 5:2,15 14:16
15:15 19:8 27:23
35:20 45:21 48:14
48:19 49:3 57:25
60:13 61:7,23
74:15 77:21 78:2
87:10 103:12
113:9 143:5 153:3
160:22 162:16
191:21 192:21
220:14 224:19,22
224:23 226:15
237:2 262:18
288:9 291:2 297:7
303:17 315:7
325:8 340:23
352:5 371:22
374:8 386:12
410:12
**given** 19:16,22 22:7
22:11,16 55:20,24
89:19 92:4,21
113:12,16 204:17
211:24 219:10
226:17,19 251:9
257:6,13,18,22
262:23 285:24
286:13,25 291:5
321:15 325:5
356:12 370:9
385:17 416:8
417:5
**giving** 5:10 92:22
113:4,19 191:23
192:3,24 225:3
238:10 262:11
367:3 373:14
386:11
**glenn** 57:12,15 58:7
61:17 237:2
303:17,25 304:8
304:15
**glenns** 57:25

**global** 136:8
**gloves** 73:17
**gm** 34:6 120:17
122:17,17,22,24
123:4,7,23 124:8
124:16,16,16,17
124:17,18,20,21
124:21,22,25
125:7,11,23
127:10,18 128:12
129:20,24 131:7
132:14 145:3,9
152:3,8 209:15,19
266:24 345:14
346:16 352:21,21
356:3 398:6
399:11
345:17,17
346:4 348:23
351:4 369:4
399:13
34:12
**gms** 128:16
**go** 5:7 8:12 73:16
74:23 114:22
117:23 125:14,17
129:12 132:13
133:19 139:5,6
142:7 150:23
166:22 171:19
174:23 175:13
177:6 182:3
183:19 188:3
213:2,3 221:18
231:12,16 233:2
233:24 234:4
237:2 246:7
250:18 258:22
263:6 264:19
276:4 278:17
306:9 311:8 312:7
314:12 337:15
346:2 356:6
376:22 377:4
383:23 397:22
411:25 412:7

**godparent** 376:11
**goes** 139:10,24
369:18
**going** 4:12,17 11:4
11:10 19:25 20:11
23:4 65:12,16
74:12,22 83:5
93:4 102:13 111:7
111:11 114:5
117:23 118:13
119:16 120:11
121:4 124:14
125:15,20 129:14
129:16,16 130:4
131:9,17,18,19,23
132:5 133:14
139:22,22 144:13
144:16,22 148:15
148:19 149:15
151:16 157:17
158:4,15 165:10
165:12 175:21
179:12 205:3
207:18 229:23
259:9 262:16,21
263:10,11,18
264:18,22 265:8
265:24 266:6,10
274:7 286:4
291:19 292:4
295:17 308:6,22
309:2 312:13
318:17 319:15,17
319:18 327:5
334:9,13,17
335:12 338:12
345:4,10,14,15
346:3 348:17
350:23 351:23
353:11 356:2,4
359:23 365:12
367:2 368:3 373:2
386:17 397:25
412:18
**good** 4:12 31:24
128:7 158:18

184:16,17 244:22
246:11 247:6
372:6
**goodness** 230:7
230:19,21,22
231:2,3,4,7,8
**government** 325:15
325:21 407:23
408:18,24 409:6,8
409:13
201:9,18 202:4
202:11 203:16
204:2 210:5 273:2
273:6,13 348:21
349:15 353:8
361:6,17 391:7,10
391:16 405:14
354:13
**grand** 344:3,8,12
344:16,22 345:5
346:21,23 347:6
347:10,11
**grandparents**
191:9 244:6
**group** 267:25 389:4
**guardian** 390:25
391:18
**guarding** 293:22
**guessing** 297:9
**guest** 112:5
**guilty** 184:14
**guise** 247:21
**guy** 50:20 376:3
**guys** 36:7 76:20
182:19 316:12
375:22
 326:6,7
326:24

---
**H**
---
**h** 4:6 168:6 414:10
**haddon** 2:16
**half** 78:6 174:15
190:14
**halfway** 25:8
131:25 321:4,8



346:3,17
**hand** 50:5,10 83:14
118:6 192:15
243:24 288:2,24
289:25
**handbag** 233:14,16
233:19
**handed** 118:7
252:9 361:15
**handful** 85:6
**handheld** 288:18
289:17
**handled** 395:4
**handwriting** 152:5
152:12,20 153:10
157:20 160:4
161:19
**hang** 131:20 266:16
**hanging** 234:15
**happen** 4:13,17
69:10 80:13,14
134:19 219:7
221:10 227:9
238:13 300:18,20
300:21 301:6
354:25 375:6
**happened** 17:13,16
58:25 75:12
111:21 206:5
216:8 218:18,21
220:10 223:10
300:25 315:18
355:14 373:20,21
375:5 382:13
392:19 410:20
**happening** 195:12
255:11
**happens** 29:4
276:24 355:16
**happily** 244:4
246:8
**happy** 53:17 60:13
94:6 196:11 201:5
230:12 245:15
335:9
**harass** 181:2

**hard** 35:18 89:20
91:8 105:10 108:7
161:25 163:14
257:23 316:3
**hardcopy** 315:19
315:20 316:15,24
317:8
**harm** 238:23
239:14,20 240:2
240:18 241:9
**harmed** 238:15
**harmful** 237:12,18
238:6 240:7
**harshly** 207:20
**hasnt** 179:10 286:5
**havent** 53:25 54:3
175:24 195:13
286:16 296:3
340:14 403:2
■■■■■ 351:11
**hazards** 361:19,22
**headed** 192:17,20
267:16
**health** 101:2 241:3
376:13,14
**healthcare** 60:15
60:20 376:17
**hear** 5:4 157:22
230:24 338:18
354:16 396:22
**heard** 25:17 55:11
55:23 56:5,20
64:22 80:7 93:6
227:6 236:10
389:9,15
**hearing** 25:19
159:18
**held** 1:15 14:14
15:5 16:2,3,9
350:8
**helicopter** 104:7,9
104:17,23 230:14
**helicopters** 104:14
104:14,15
**help** 11:23 66:20
67:8 76:12,22

156:21 157:14,16
184:20 351:7
361:21
**helped** 11:22 12:13
48:11 66:18,20
84:15 273:25
**helpful** 156:19
157:12 349:4,21
349:23 355:5,24
**helping** 11:2 100:8
184:21 397:7
**helps** 142:21 270:2
405:20
■■■■ 145:4,10
■■■ 150:15,21
151:14
**highlighted** 120:8
**highly** 148:17
186:19
**hire** 13:7 32:2,7,14
32:14,17 41:2,3,9
41:18 47:21 59:10
59:11 63:24 64:8
245:9,10,13,25
246:20,21 247:12
249:17 277:12
321:13 384:6
**hired** 9:22 10:2
11:20 12:23 13:4
31:10,11,11,12,12
31:13,13,14,14
32:10,11,23 33:14
41:10,12 44:17,19
51:14 59:18,25
63:25 64:7 72:2
173:11 245:14
246:19 248:6
318:16 321:13
328:18
**hiring** 9:24 11:23
12:10,13,14 31:6
31:9 32:18 47:20
245:15 383:25
**hit** 216:9
**hobby** 194:12
**hold** 109:13 111:2

349:13 387:13
**holding** 109:18
387:4,18
■■■ 154:4 155:5
155:11 156:10
**home** 13:12 14:3,10
14:19 15:2,8,14
16:4,6,21 17:13
18:15,16,17 22:21
23:15,24 27:10
28:17,20 29:8,16
29:21,25 30:2,11
31:25 32:16 48:19
49:3,20,25 50:11
50:13 51:14,24
52:8,13 53:22
56:22 57:8 84:18
89:11,25 90:20
91:4,7,10 98:14
98:23 99:15
103:23 105:3
108:14,15 111:5
112:3,6 113:18
114:2,7,24 115:12
134:4,19 157:6,10
167:9,15,18
186:23 189:18,19
189:19,19 190:2
194:21 224:18
225:2,17,22 232:2
232:23 234:10,16
246:12,24 247:7
247:14 287:17
288:4,15 289:13
289:23 292:15
304:16 306:9
309:25 329:9,17
330:25 331:3
333:7 334:22
339:17 372:4,5,12
376:15,17 379:7
380:13 383:3
403:13,18
**homes** 12:4 13:12
13:17 27:21 31:10
41:13 67:9 81:5

81:11,18 99:24
105:4 115:12
134:17,23 135:2
184:22 189:16,17
189:25 190:8,16
190:19 245:18
249:19 310:9
**honestly** 139:8
297:8 311:4
**hope** 229:2,6
**horrible** 228:16
**hospital** 80:6,11
**hotel** 138:21 139:6
262:10
**hour** 11:3 65:13
184:18,24
**hourly** 60:12
**house** 7:24 14:8
16:11 17:4,15,18
17:23,25 18:8
19:11 23:8 24:5,8
28:14,23 29:4,20
30:7,13,21 37:18
37:19 38:9 39:10
39:11,17,17 40:10
41:10 44:7,22,23
44:24 45:4,12
48:13 55:11 59:12
67:6 70:2,13,17
70:23 72:3 77:21
78:2,6,8,20 79:5,9
81:4 84:24 85:6
87:9,22 89:17
90:22 116:15
146:20,24 149:3
149:13 152:8
153:20 154:9,18
156:8,13 160:18
161:4,7 166:3,7,8
186:8,10,18 187:3
187:6,8,14,22
188:7,20 193:13
213:20 214:25
217:22 218:7
219:15 220:11,12
220:14 223:10,12



223:17,21 226:17
226:20 227:17,24
231:18,21 232:25
234:7 235:8
241:22 242:5,11
242:18 243:9,13
246:15 247:21
248:9,18,19,19,24
249:10,21 251:12
254:11,16,21
255:7,12 291:10
291:13,20 293:19
293:20,21,21
294:7 310:21
313:11,12 317:15
330:2,10 332:5
339:8 379:5
380:11,12,16
381:22,22 382:6
383:11 397:16
404:18
**household** 339:15
**housekeepers**
310:11
**houses** 11:22,23
12:6 66:19 67:9
81:20 136:17
397:15,20,23
**husband** 57:21
**hyperion** 387:23
**hypothetical**
240:20 241:2
**hypothetically**
286:3
**hysterically** 87:3

_____
**I**
**idea** 13:3 23:19,21
29:23 37:7,10,19
37:25 38:4 41:5
41:17,23 42:16,19
42:23 46:12,16,21
46:25 47:4 49:18
57:4,11 58:16,20
59:2 65:25 67:13
68:17,20,25 69:5

71:15 79:12,20
99:20 106:14
114:3 121:16
127:22 147:7,12
147:14 152:20
159:14 162:7
166:4 189:7
194:20 257:17
260:18 261:25
278:2 305:21
307:4 318:7
329:13 331:18
334:8 337:9
347:23 350:6,20
350:21 351:22
365:6,20,22 369:8
369:20 380:24
381:6,9 388:7
392:5,11 395:7
397:12,18,21
406:7,13 408:9
**identification** 24:21
34:2 71:18 109:21
113:22 117:20
133:7 143:11
147:24 209:14
259:12 263:9
312:16 345:13
348:20 350:25
361:3 363:13
365:24 367:23
384:22 390:22
392:13 398:4
405:5
**identified** 259:25
284:19 346:11
348:22
**identifies** 284:25
**identify** 5:17 142:9
142:11,12,13,14
148:2 150:7
213:17 266:3
275:13,14 386:22
**identifying** 217:3
**identity** 386:10
**ill** 374:9 375:13

377:5
**illegal** 21:13 389:24
390:8,12
**im** 4:12 6:14,22
7:11,23 9:13,14
9:19 10:18 13:22
14:24,25 15:6,6
16:3,4 17:11
19:25 20:11 22:3
23:2,2,4,21 24:7
29:2,4,20 32:11
32:18 33:13 34:3
34:16 37:23 49:14
51:19,23 52:3,23
52:25 53:2,7,8,12
53:17,20,20 54:8
54:17,18 61:6
62:3,8 65:15,23
73:6 74:22,23
82:15,16,21 83:5
84:24 85:21 86:4
88:2,2 90:9,10
94:2,3,6 95:21
96:4,9 97:9
102:13 109:22
114:5 117:16
118:13 119:16
120:2,7,11 122:14
123:19 124:5,5,10
125:5,5 126:19,20
126:20,22 129:16
129:18,18 131:17
131:20 132:16
133:14 136:4,15
137:9,24,25
139:20,25 140:5,8
144:13,17,22
145:7 147:6
148:19 149:15,22
150:5,24 151:16
152:13 154:25
157:17 158:4,15
160:24 161:2,19
165:10 168:16
171:11,16 173:19
173:19,20 174:20

174:20 175:10
177:18 178:2,25
179:2,2,6,7
180:16 181:11
182:12 183:17
184:15 192:20,20
196:10,15,21
197:12,20 198:8
199:6,9,14,15,17
200:4,10,19,22
203:14,17 204:13
209:8 211:13
212:16 214:2,3,16
216:20 219:16
220:21,23 222:16
222:19 223:17
224:16,17,24,25
226:12 230:12
232:5 234:13
235:6,20 237:17
240:23 242:9
244:17 245:14
250:9,10 253:12
259:9,21 263:10
263:11,18 264:25
265:2,5,8,24
266:6,10,12 268:6
272:24 274:7,21
275:13 276:2,12
276:15,23 277:20
280:5 281:3,8,14
281:20 284:3,23
284:23 285:6
286:20 294:19
296:12 297:25
299:3 302:14,25
303:4,11,14 307:3
307:9 308:6,22
309:2 310:7
312:12,21 313:11
315:18 316:13
318:22 319:7,15
319:18 320:3,3,19
323:24 325:23
329:14,24 330:14
334:9,13 335:9

338:12 340:24
341:18 342:18,25
343:14,19 345:10
345:14 346:6
347:15,16 348:12
348:17 350:17,20
350:23 353:12
354:17 355:14,15
356:2,21 358:3,4
358:8,24 361:17
363:7,8 365:8
366:13 368:3,20
371:19 372:13
373:2,25 377:9
380:12 382:14
383:13 384:18,23
386:9,15 396:22
397:25 398:14
403:16 405:3,6
409:17
**images** 188:10
**imagine** 283:13,19
389:22
**implication** 95:12
**important** 5:6 6:20
78:4 216:13
**importantly** 12:5
**impossible** 26:21
123:14 126:22
164:8 193:8
213:17 226:18,21
234:8 273:20
**improbable** 148:18
**inaccurate** 357:18
358:14
**inappropriate**
53:18 181:23
182:21 183:5,9
190:25 193:4
194:11 197:6
206:7 207:21
225:11 226:14
250:8,10
**inappropriately**
207:20
**inappropriateness**



191:3
include 69:15
included 31:9
includes 7:14
including 15:13
  52:14 108:20
  235:9 380:13
income 102:11,15
incoming 149:4
inconsistency 215:7
  216:13
inconsistent 217:12
incorrect 35:23
  36:3 225:12
  226:14 328:11
incorrectly 129:17
increased 102:6
indefinitely 374:11
independent 74:24
  155:24 263:22
  281:15,21
indicate 153:5
  160:18 378:8
indicated 209:18
indicates 282:24
indicating 73:9
indication 130:21
indirect 296:8
indirectly 394:6
individual 22:16
  40:20 50:4,5,10
  126:16 128:13
  142:17 151:8
  190:15 193:23
  194:4 210:8
  302:13 314:14
  318:16 326:17
  376:12 383:24
  401:24 402:6
individuals 23:3
  31:7 49:24 89:8
  121:20 122:2
  126:13 127:7
  128:7 142:10
  145:16,23 154:9
  192:5 193:6

209:22 311:9
312:3 314:4
315:10 331:21
333:2,10 353:9
383:13 411:6
infer 204:18 205:18
inference 232:19
info 398:12
inform 344:21
information 6:8
  7:13 20:9,14 25:4
  103:2 199:23
  200:6 265:21
  281:7,12 282:9,23
  283:3,14,15,20
  313:20 314:3,13
  314:14,19 315:3
  315:10 316:5,23
  318:18 331:21
  332:14 333:10
  335:5 350:2,2,11
  354:20 356:17
  360:7,17 389:18
  407:3,9
informational
  354:11
informed 393:16
infrequently 155:3
  164:8 186:18
  246:7
inhibit 5:14
initial 28:7 125:11
  206:4
initially 34:10
initials 120:16
  123:7 127:9,10,18
  130:6,8,23 152:8
  266:24
initiative 136:9
input 318:17
  319:21 320:24
  321:16 326:16
inputting 320:20
inserted 368:23
inside 189:25
  218:21 288:24

293:23
insignificant 341:2
insofar 394:2
instruct 19:25
  20:11,16 21:19
  58:6 61:16 65:2
  92:25 102:13
  274:8 308:6,23
  309:3
instructed 58:10
  62:10 65:7 87:4
  202:11 260:19
  281:18 335:20
  413:5
instructing 22:3
  52:23 62:3 199:7
  199:9 281:3,8
  284:4
instruction 55:3
  64:4,25 308:12,16
  394:21
instructions 257:6
  257:13,17 262:12
  262:18,23 281:24
instructor 60:16
  247:5 248:8,17
instructors 50:23
  245:11 246:19
  247:13 249:18
  250:11
intend 372:4,9
interact 402:3
interacted 179:18
  182:2 384:16,19
interacting 45:12
  401:21,22
interaction 20:10
  145:22 219:5
  292:5 308:4
interactions 21:23
intercourse 52:17
  53:6,8
interest 31:4 199:9
  200:3 356:15
interested 197:21
  220:23 370:21

392:24 393:5
interject 10:15,20
international
  275:22 276:6,17
  277:3,21 278:7,19
  279:4,13,23 280:9
interpose 45:22
interpret 69:7
interrupt 357:12
interrupting 23:5
  181:18
interstate 275:21
  276:5,16 277:3,21
  278:6,18 279:3,12
  279:22 280:9
interview 59:17,22
  221:12,15,21
  222:7,10,15,24
  246:22
interviewed 222:12
  222:12 248:5
  384:8
interviewing 59:21
intimate 295:18
introduce 17:19
  18:11 33:21 63:9
  97:16,22 106:25
  107:14,20 108:3
  108:11 270:16
introduced 56:8
  86:12 101:7,8
  107:4,23 309:23
introducing 309:10
  309:16
introduction 63:16
  309:20
investigation 24:12
  24:17 168:19
  169:15 170:3,15
  171:6 186:3 195:3
  408:10
invitation 13:21
invite 13:11,16 14:3
  14:9,17 15:19
  16:5
invited 13:22 14:15

14:25 15:7,14,21
147:8 249:7
inviting 14:7 49:2
involve 21:17 286:6
  308:21
involved 40:16
  42:18 46:6,13
  52:22 61:14 64:16
  64:19 65:2 195:3
  210:18 228:6
  231:10 313:4,8
  374:13,22 390:7
involves 21:21 62:2
involving 49:10
  329:18
irregularly 163:14
island 115:17,18,24
  116:2,8,13 134:2
  134:4,7,12,13,18
  135:7 137:6
  230:21 231:2,3,4
  231:8 301:15,21
  301:23 380:13,16
islands 115:13
  125:21,25 126:14
  127:4,13 351:10
  388:15
isnt 108:8 166:15
  197:25 215:3
  363:2 391:17
  397:3
israel 409:15
israeli 409:8,13
issue 4:25 65:2
  117:10 121:2
  173:4 184:21
  201:8,17 202:3,11
  273:6,12 351:6
issued 24:11 203:15
  273:2 274:22,25
  361:11,12 385:4,9
  385:23 386:2
  399:3,22
issues 184:11,22
  298:25 376:13,15
issuing 357:23



359:5
**item** 288:18
**iterations** 110:20
**ive** 39:21 40:7
   62:10,19 63:13
   65:7 89:20 90:24
   100:8 110:2,19
   139:18 235:23
   252:10 271:5
   307:12 318:22
   331:6 342:2 344:5
   344:18 370:15
   383:8 389:15
   393:13 396:2,20
   402:3 404:3

──────────

**J**

**j** 164:13 264:11
   265:10 388:15,19
**jaffe** 2:8
**jail** 173:2,4,9,10,18
   173:20,24 175:8
   374:17 376:3
**james** 2:22 3:14
   115:14 134:4,5
   ■ 210:6,7
   ■ 129:23
   131:14
**january** 125:17
   129:10,13 155:13
   156:4 201:19
   202:5 209:20
   273:7,13 296:17
   297:20 351:3
   361:5,12,24 362:6
   362:22,24,24
   363:14 365:4
   366:2,6 368:2,4
   369:25 370:6,12
   384:24 390:23
   391:19,22 392:16
   392:18 398:6,23
   399:3,4,13,19,23
   405:8,15
**japan** 129:15
   130:14,16

**je** 120:16 122:17
   123:22 124:15,15
   124:16,16,16,16
   124:17,17,18,20
   124:20,21,22
   125:23 127:5
   129:20 132:14
   145:3,9 152:2
   153:25 158:17
   ■ 99:15,19
   158:17,21,25
   159:3,9,10 166:25
   167:7 379:22
   380:5,10,14
**jeff** 4:3
**jeffery** 107:10
   114:15 162:23
**jeffrey** 2:18 12:23
   13:5 14:10,19
   15:2,7 17:20
   19:17,22 21:8
   22:21 23:15,23
   24:17 26:7 27:10
   27:17,18,21,23
   28:16 29:3,8,16
   29:24 30:11 31:7
   31:18 32:10,17,23
   33:14,22 34:7
   37:18 38:24 39:3
   39:12,17 40:10
   41:22 42:5,18
   43:22 44:17 45:19
   46:2,4,5,7,14,18
   47:7,20,21 48:2
   48:14,20 49:3,10
   51:15 52:9,16
   53:6,19,23 55:6
   55:25 56:9,16
   58:13,24 59:18
   60:11 61:5 63:25
   64:9,11,17,20
   65:8,22 66:25
   67:7,14,16 72:2
   75:8,13,19,22
   76:4,7,17,24
   77:12 78:5,17

79:9,13 80:5,20
   81:5 82:11,18,25
   83:19 84:12 87:11
   87:21 88:6 89:10
   90:2 92:3 93:9
   94:16 95:8 96:13
   96:23 97:16,22
   98:3,11,21 99:3
   100:10,15 101:3,5
   101:7 102:10
   103:11,22 104:3
   105:13,15 106:5
   106:25 107:4,7,12
   107:16,18 111:8
   111:12 112:11,14
   113:9 114:11
   115:6,12 116:20
   120:17 121:9,25
   122:4 123:7,9
   126:2 127:5,16
   134:3,16 135:10
   135:15,25 136:2
   136:19 142:13
   143:23 145:25
   147:2,11,17
   148:11 149:2
   155:23 156:6,18
   158:20 159:5,9
   162:10,17 163:19
   164:16 165:4,13
   165:20,22 166:24
   167:9,14,17,19
   168:20,21 169:15
   169:18,19 170:4,5
   170:10,19 171:6
   171:12,17,25
   172:6,12,19
   173:14 174:6,21
   175:2,9,18 176:2
   176:15 178:3
   179:18 181:7,25
   182:11,14,25
   183:10,25 184:4
   184:13,15 186:4
   189:25 191:17
   192:3,21 194:25

196:3 198:13,18
   198:24 199:14,18
   200:14,24 202:17
   202:25 203:9,19
   204:6,9,21 205:5
   205:8,22 208:25
   211:9,20 214:9
   215:19,24 218:11
   218:25 219:3,19
   219:20 220:15
   222:11 223:4
   224:13 226:24
   227:14,21,23
   229:14,17,20
   231:6 233:15,18
   238:14,19,22
   239:3,4,7,10
   241:8,22 242:4,11
   243:8 244:8,13,19
   245:14,20 246:4
   251:13,20,25
   252:14,22 253:6
   253:13,19,25
   254:11,19,25
   255:5,18 262:22
   263:4,5,20 264:5
   264:11,15 265:16
   266:23 267:14
   269:9,16,22 270:5
   270:16,18,22
   271:5,19,22 272:3
   272:10,11,15,18
   277:2 278:21
   279:6,16,25
   280:12,17 287:17
   288:4,15 289:13
   292:21 293:17
   294:19,23 295:21
   296:10,21 297:10
   297:19 298:3,9,23
   299:8,16,17,23,25
   300:6,9,24 301:7
   301:12,14,18,20
   301:25 302:6,20
   303:4,16,21 304:7
   304:25 305:16

306:14 307:11,17
   308:11,15 309:10
   309:16,24 311:8
   311:10 312:4
   313:14,20,25
   314:10,20 315:22
   316:14,16 317:6
   317:11 318:16
   320:5 321:13,14
   321:19 322:4,14
   323:7 324:9,14
   326:18,23 329:6
   330:10,25 331:3
   331:22 332:14,20
   333:3,5,11,19
   334:2 335:6,12
   336:10,20,22
   337:3,4,5,11,16
   338:10,13,17,18
   338:21,22,25
   339:18 340:10,17
   340:23 341:7
   342:4,9,14,19
   343:9,15,21
   345:16 351:3,16
   352:4,8 353:7
   355:12,15 356:4
   356:10,16 357:21
   359:3,11 360:5,11
   360:21 363:15
   364:5,15,18,21
   365:25 366:11,14
   368:2,5,8,16,19
   369:4,5 370:20
   371:20 372:14
   379:11,17,23
   380:7,19 381:2,12
   381:23 382:5,15
   382:16 383:3
   384:2,14,25 385:3
   385:8 386:14
   387:10,15 388:4
   389:18 390:4,24
   391:22 392:16,18
   392:24 393:8
   394:3 395:6,24



396:25 397:2,5,11
397:13 404:10
405:10 407:2,22
408:5,11,16 409:7
409:16,20,22
410:3,8,22 411:14
412:3,22
**jeffreys** 13:12,17
14:3 37:16,17
38:18 40:24 47:3
57:7 60:5 79:15
84:18 98:14,22
99:15,24 100:10
105:3,4,6 113:17
115:12,18 121:19
127:12 131:11
134:2,22 135:22
137:6,8,9,12
145:22 157:6,10
190:8,16 216:11
217:24 224:18
243:13 245:18
252:7 253:11
255:13 289:23
298:17 301:15
326:10 328:5
329:9,17 333:6
336:12 368:25
374:16 376:4
384:17 397:15
**jege** 388:9,10
**jersey** 118:23
268:25 271:9
129:23
131:14
**jet** 138:20
**jfk** 264:19
**job** 4:23 12:4,21
15:11 28:24 31:9
31:16 32:8 59:16
60:18,22,23 66:23
67:8,9 147:9
154:19 245:16,25
246:3,23 247:4
311:6 314:21,24
315:2 383:8 412:6

**jobs** 102:9 383:10
383:17 384:8
59:7,8,10
59:21,24 60:10
61:9,16,21 62:6,9
62:15 63:2,9,13
112:25 289:25
290:17,21 292:24
307:6,10,12,16,17
308:18 309:16,20
309:23 310:18,22
311:5,17 312:11
321:25
62:16
321:5,9 322:8
116:21 218:9
218:10,24 391:9
391:13
**joint** 200:2 299:7
299:10
260:8,9,13,15
261:3,3,5,8,14,17
261:21
**journal** 327:14,16
71:22,23 73:3
**judge** 7:6 74:19
**jump** 11:15
**jumping** 86:25
**june** 34:7,11 345:17
347:14 356:5
**jury** 285:13,17

_____

**K**

**k** 345:22 390:14
**keep** 11:17 33:5
181:14 247:18
266:12 313:19
314:18 315:3
318:10 334:20
373:3 393:15
**keeping** 314:23
318:23 322:7
47:15 49:8
49:17 56:21 57:4
57:6 255:3,19
328:22,25 329:2

378:11,21 395:16
396:5,9,14 411:15
411:21 412:9,17
124:18,18,20
124:21
**kept** 70:2 314:2
316:15
266:22
**kids** 13:21,22,23
107:25 121:18
**kind** 71:3 103:3
119:20 229:19
255:14 277:13
287:23 311:15
316:15 342:16
381:15 404:19
**kinds** 73:4 256:7
**kingdom** 273:15
362:14
**knew** 66:10,12
86:22 89:18 107:8
232:9 314:4 333:2
359:11,19 361:23
362:6,22,24 363:5
388:6
**know** 8:12 24:4
25:12 28:13,13,15
28:19 33:5,7,10
33:23 36:10,24
37:8 40:19 41:11
41:19 42:2 43:6
43:16,19 44:8,16
44:18,19,20 46:4
47:15 48:5,17
52:10 55:9 56:6
57:12,20 58:23
59:2,24 63:15,17
63:20 64:14,24
66:5,7 69:11
71:23 75:7,12
76:9,18 77:4,5
79:7 80:14 89:23
89:24 90:19,23
94:2 95:11 96:5
98:7,9 100:16
101:5,19,24

103:12,15 105:14
105:15,17 106:12
106:15 107:7,10
107:12,13,16,18
108:16 109:2,7,11
111:16 113:15
114:4,9,13,15,17
114:19,20 115:20
115:23 119:6
122:12,13,13,21
122:22 123:8
131:14 134:18
136:12,13,15
137:11,14,16
138:16 140:16
141:5,6,11 142:21
143:17 149:20
151:5,14 153:12
153:14,18,19
154:3,8,15 155:4
155:8,9,10,10,11
155:15 156:5,13
158:8,10,14,25
159:3,8 160:5,11
160:13,13,15,24
161:10,14,19,24
162:2 163:10
164:2,3,17,20,21
165:3,9,16,18,21
166:6,10,14 167:7
167:12,19,23
171:9,10,19,20,22
172:12,19,24,25
173:2,3,7,10,24
174:11,12,12,14
174:24,24 175:8
176:5,22 177:3,4
177:6 182:13,17
182:17,25 183:3
183:19,20,23
186:20 189:2,6,12
191:24 192:17
196:14,18 197:17
199:20 200:17
204:14 205:25
206:2,3 207:23

208:22 213:21
214:25 215:3
216:5,21 217:2,5
217:14,15 218:3
218:13 219:6
220:24 222:9
223:18 227:21
229:9 230:22
231:2,5,6,7,23
232:12,17,20
233:12,18,20
236:22 237:9,10
237:22 238:4
239:4 240:14
241:14,15,17
244:15 248:5
249:8,18 252:8,13
252:13,21 253:5
254:6,7 255:16
257:20,21,23
258:20 259:16
260:5,9,10,12,14
260:16,23,24,24
261:8,13,16 262:4
262:16,20,22
263:4,5,7 267:20
268:21 270:18,22
270:24 271:7,7,9
271:12,19,22,22
272:13,25 273:23
278:13 280:23
281:4 282:12,14
282:15 283:7,10
283:12,18,21
285:8,24 286:11
286:14,21 287:25
288:6 289:19,20
289:21 290:8,21
292:11 294:18
297:3 300:21,23
301:5,19 302:15
304:5,7,18,23
306:11,23,24
307:3 311:19
313:2,18 314:25
316:9,11 317:21



319:5,11 321:13
322:12,21,23,23
322:25 323:2,4,5
323:7 324:9 326:7
326:23 327:23
328:6,16 330:17
332:2,8,23 334:7
338:5,10 344:9,11
344:13 345:7,8,8
347:3,6,8,8 348:2
348:9 349:8 352:4
352:7,8,10,14
354:14 355:3,6
361:9 365:4,21
368:8,10 369:14
370:18,21 373:4
374:15 376:10
377:13,18,25,25
378:14,15 379:22
380:4,19,25
381:21,23 382:2
384:12 385:14,18
385:20,23 389:2,6
389:18,23 391:13
393:4 395:15,18
395:23 397:4,19
398:15 399:10,14
399:20,24 401:12
405:19 407:22
408:5 409:12
410:21 412:17,21
**knowing** 99:12
  100:4 163:23
  170:18 171:4,5
  173:13 344:25
  347:11
**knowledge** 52:21
  88:15 89:2,15,22
  119:4 126:9
  134:23 168:18
  174:18 178:9,16
  178:20 179:22,24
  180:22 182:4
  184:10 188:24
  238:20 242:24
  252:11,12 256:22

268:4 269:24
280:7 281:16,22
282:6 304:17
305:14,15,18
321:21 325:22
326:2,21 327:4
329:8,16,25 330:9
335:18 339:12
350:19 378:10
389:24 395:13
398:20 402:20,23
406:22 407:13
408:4,15 409:4,11
409:14
**known** 38:10
  106:17 261:17,21
  294:20
**knows** 36:6 119:12
  119:13 196:20
  272:3 363:5,8

**L**

**l** 1:5 2:9 4:6,6,6
  168:6,6,6
**label** 72:23 141:9
  319:18
**labeled** 34:5
**labled** 367:25
**lake** 2:14
**land** 371:14 377:19
  378:2
**landed** 377:24
**landscapes** 193:12
  194:17
**language** 94:24
  95:3,22 96:2
  179:22 209:8
  210:5 347:17
**lap** 290:11
**large** 28:24
**largely** 187:18
  412:13,14,16
**larger** 148:23
  ███ 47:2
**las** 2:4
**late** 376:12

**latest** 391:17
**lauderdale** 2:10
**lauderdatle** 2:5
**laundry** 70:6,11,16
  70:21 73:20,21,21
  74:3
**laura** 2:19 4:4
**law** 1:15 103:6
  207:21
**lawsuit** 20:5 102:20
  102:22 361:20
  362:2
**lawsuits** 184:6
**lawyer** 62:13 65:7
  120:22 199:8,24
  200:10 202:10
  203:16,16 205:13
  274:11 275:15,18
  281:8,13,18
  347:24 360:15,24
  362:18 375:23
  394:6,13,18 406:9
**lawyers** 199:16,25
  200:12 273:10,11
  274:16 281:22,25
  282:5 283:21
  284:3 286:16,22
  345:23 362:21
  395:4 398:18
  413:16
**lay** 6:20 86:13
**laying** 29:25
**layout** 12:17
**lead** 180:24 217:23
  218:10
**leaders** 210:16
**leading** 156:6
**leads** 180:6
**leak** 349:25 350:10
  406:18
**leakage** 349:4,22
  349:23
**leaked** 349:7,24
  350:18
**leaking** 349:5,9,15
  349:19 406:10

**learn** 186:6 325:14
  396:4
**learned** 76:19
  199:22 281:7,13
  335:5
**leather** 69:17
**leave** 7:20 11:11
  43:15 50:16
  133:22 138:20
  165:23 374:11
**leaving** 73:23 165:4
**lecture** 100:21
**led** 216:10 218:3,13
  220:5 221:4,12,15
  221:22
**left** 50:20,21 106:13
  139:5 142:8,12,13
  142:18 158:11,16
  165:12,14 166:24
  185:9 219:19
  227:14 373:5
  376:22 377:4,6
  410:15
**lefthand** 234:22
**leg** 140:6
**legal** 1:24 49:13
  250:21 254:18
  343:22 353:20
  361:19 362:5,8,12
  362:13,17 363:2
  363:11 368:22,23
**legs** 86:20
**lehrman** 2:9
**length** 227:12
  229:7
  ███ 117:6,13 314:11
  379:5 380:22,22
  381:2,21
  ███ 1:19 3:15
  403:9,24 404:6
  416:11
**lessened** 10:12,22
**lesser** 297:5,16
**lessons** 167:5
**letter** 34:16 346:7
  346:14,15 353:15

368:13
**letters** 118:21
**level** 123:4
**lewis** 124:15,15,16
  364:8,10
**lexington** 1:16 3:11
**lfbep** 132:7
**liar** 76:8 105:17
  174:12 175:4,13
  175:15 176:8
  177:3,6,7 179:25
  182:5,17 183:4,20
  196:5,10,24
  239:13,25 240:13
  240:14,17 241:7
  241:16 275:4
  361:22,24 362:7
  362:25 400:3,5,7
  400:9,12,14,15,24
**license** 104:11
**lie** 33:7,10 134:14
  135:9 171:24
  174:13 175:16,17
  178:17 180:2
  182:18 183:14,21
  200:23 202:17,24
  203:9,18,21 204:8
  206:7 207:2,10,17
  208:25 211:9,13
  211:20 212:12,18
  212:22,23 213:8
  214:18,20 215:6
  215:15,16,20
  216:6,13,14,22,23
  217:9,19,21
  226:17 227:10
  228:9 229:4
  231:20 233:12
  235:3,5,8,15,15
  236:17,25 241:21
  242:3,10,14 243:8
  243:14,14 244:7
  244:12,17 245:19
  251:13,19,25
  254:9 256:17
  257:5,12 400:10



**lied** 18:25 19:3 76:9
87:25 175:6 177:4
177:4 202:13,15
228:19,20,20
241:14,17 257:23
**lies** 30:5 31:3 35:17
53:17 69:22 82:8
89:20 90:4,9,10
90:12,14,25
104:19 107:3,3,6
107:15,15 108:6
135:5,6 171:21
176:12 180:3,9
182:8,24 183:5
197:3,5,6,11,18
198:20 199:2,19
200:16,21 201:11
201:20 202:7
204:3,5,15,16
205:6,15,16,17
207:7 209:10
210:20,25 212:7
212:13 213:21
227:6,7 228:5
229:24 230:4,17
233:2 240:8
241:14 273:16,22
298:23,24 299:19
300:25 302:17,17
303:14 400:16
**life** 96:10,11,12
245:18 305:6
315:22
**lifetime** 390:8
407:25
**liked** 91:22
**limit** 96:15
**limited** 89:16 90:22
91:5 96:12 184:20
243:23 369:17
**line** 35:4 65:19 86:7
118:18 123:20
125:16,18 129:14
145:2,2 150:13,15
160:7 209:21
345:20 348:25

350:3 356:6
363:17 418:3
**lines** 85:14,23
120:3 124:13
262:7 267:24
302:21 336:15
337:20
**list** 107:6 125:22
129:19 229:23
322:18,22,24
325:16 326:17
331:20 333:10,18
333:25 382:4,12
382:12,15 383:2
384:15
**listed** 128:23
261:19 323:8,18
324:2,6,10 326:14
383:10 395:9,16
**listen** 177:9 202:2
253:3
**lists** 123:22 332:13
**litigation** 20:13,20
20:22 371:2,6
386:23
**little** 34:17 91:9
102:6 115:13
118:12 119:18
185:3,6 234:17
265:9 297:18
346:7 393:14,14
**live** 76:13 155:19
268:22 372:4,9
**lived** 66:11 397:19
**lives** 66:5,7 156:7
271:10 306:11
**living** 8:6 155:23
372:11
**llc** 388:22
**llp** 2:3
**loan** 104:2,3 339:19
339:23,23 340:2
342:24,25 343:2
**loans** 104:2 340:3,6
340:11,12
**located** 236:13

331:3
**location** 17:25
**locations** 138:19
**log** 132:4 133:22
266:9 313:19
**logs** 117:19 118:9
118:25 122:24
124:8,12 127:17
127:22 128:20
141:17 144:14
147:13 266:7
377:16,22 409:18
414:18
**london** 97:16,22
98:2 108:4,5,12
108:15,21 111:5,9
111:24 112:6
114:2,7 132:9,9
141:22,22 205:14
231:18,21 232:3
232:23 233:19
234:7,10,16
235:12 236:9,14
**long** 10:7 106:17,18
106:20,21 107:6
195:14 245:13
271:14 305:21
315:14 319:7
341:6,14 342:11
347:15 386:4,16
390:14
**longer** 255:12
283:18 327:15
**look** 34:10 38:6
42:24 43:4,8,11
71:21 109:24
114:6 118:9
124:13 125:15,19
127:3,21,24
132:12,13 133:19
142:20,24 143:25
147:13 149:11
150:6 165:11
169:6,7 198:10
259:23 262:7
263:11 266:18

267:21,23 268:7
285:9 310:15
312:17 315:21
317:19 322:17,18
322:20 368:3,11
377:20 378:4,13
385:2 390:25
392:14
**looked** 38:8 43:7,20
110:2 113:6
213:10 383:16
**looking** 73:10
110:25 120:8
124:12,24 132:4
141:17 148:13
151:2 234:12,13
248:15,15 310:20
356:21 377:15
378:7
**looks** 72:14 129:21
146:12,17,18
150:15,18 153:9
234:23 266:8,21
267:9 306:3
368:18
████████ 124:17
**los** 66:13
**lot** 42:12 94:7 128:6
343:19 365:11
367:13
**lots** 246:2 288:7
331:24
**love** 158:19 316:11
**loved** 366:13
**loyal** 184:15
████ 99:15,19 116:21
158:17,21,25
159:3,9,10 166:25
167:7 379:22
380:5,10,14
**ludicrous** 235:7
**lure** 183:11
**lying** 53:15 90:7
135:4 183:24
200:18 204:7,18
204:20 205:7,19

205:20 206:9
302:21

**M**

**m** 1:18 3:10 4:6
34:12 150:15
168:5,6 373:10
413:19,20
**madison** 264:12
**magazine** 191:2
244:3
**magazines** 192:14
**magna** 1:24
**mail** 7:24 8:19
350:16 353:8
**maine** 132:10
141:22
**mainstream** 191:2
192:14 244:3
**maintain** 184:12
257:6,13 258:17
**making** 9:19 44:9
54:18 180:18,20
195:18 198:20
199:2,19 222:15
359:23 362:7
367:9 392:25
393:16,22 405:24
411:5,7
**male** 129:22 223:20
246:16 249:11
**man** 31:25 246:9,12
324:25 386:5,6
**manage** 376:16
**managed** 319:9
**mandated** 129:6
212:2
**mandatory** 247:8
**mangled** 221:24
**manifestly** 207:16
**manner** 207:22
**mansion** 79:15
80:18,20,23 187:9
300:12
**mantel** 191:10
244:6,6



**mar** 131:25
**maralago** 16:17
  17:5,7,9 35:12
  36:15,19 206:10
  206:12,14 207:3
  208:19 213:6,12
  213:13,14,15,25
  214:18
**march** 131:25
  132:2 139:23,23
  139:25 140:2
  144:17 353:6
  ███████ 40:20
  40:22 41:14,18,20
  41:25 42:14,17
  43:5 44:16,22
  45:6,9,11,15,20
  46:3 47:10 87:5
  255:4,19 396:16
  396:18
**marham** 124:19
**mark** 73:5 118:9
  133:4 143:3
  147:25 179:14
  209:16 259:9
  312:13 334:17
  345:10 348:17
  350:23 360:25
  367:21 390:19
  392:20,20 397:25
**marked** 24:21
  33:25 34:4 71:18
  109:20,22 113:21
  117:20 133:6
  142:21 143:10
  147:24 168:15
  209:13 259:11,20
  259:21 263:9
  266:8 312:16
  345:12 348:19
  350:24 361:2
  363:12 365:23
  367:22 384:21,23
  390:21 392:12
  398:3 405:4,7
**marking** 71:20

  405:3
  ███████ 145:3,10
**massage** 14:16
  15:13,15 18:13
  19:9,16,23 21:8
  22:7,11,16 25:9
  25:10,11 27:23
  31:17,20,21,23,24
  32:7,10,11 33:19
  49:3 50:23,25
  51:11,13,19,24
  52:7,12 53:2 58:2
  60:17 61:9,17
  68:24 69:15 75:13
  75:19,22 78:17,21
  82:18,20 86:17
  92:5,6,12,21,23
  97:17,23 98:3,23
  99:4 100:11,19,20
  100:22 101:2
  163:4,18 215:25
  218:12,14 219:10
  219:10,22,23
  220:2,15,15 221:5
  221:23 222:22
  223:2,6 224:2,3
  224:12,15,19,22
  224:23 225:4,11
  226:15 229:14,17
  237:2 246:9,10,17
  269:10,17,23
  279:6,15,25
  280:11,16 300:10
  303:18 304:2,9,16
  319:20 320:23
  321:3 322:18
  323:19 324:3,10
  324:21,25 325:4,9
  325:16
**massaged** 61:5
**massages** 27:11,18
  31:7 48:14,19
  60:12 66:25 68:14
  68:19 77:21 78:3
  81:22 82:4 83:11
  83:19 87:10 92:3

  93:9 98:14 99:16
  140:25 141:3
  153:20 154:12
  162:16,24 180:10
  183:11 222:13
  237:8 245:21
  246:4 253:15,21
  254:3,21 255:7
  307:11,16,18
  308:2,17,21
  326:15 329:18
**massaging** 67:7
**masseuse** 14:15,23
  14:25 15:5,10,13
  15:20,22 16:10
  32:2,24 33:4,15
  33:19 35:3 68:12
  75:6,8 76:25 77:5
  82:19 223:20
  224:15,21 225:8
  225:10 226:12,13
  250:7,16,21 251:3
  251:11 254:17
  279:21 305:13
  307:6,15,25
  324:16,22 326:11
  326:13 384:11
**masseuses** 53:21
  55:6 67:10 220:20
  220:25 222:13
  223:16 225:16
  250:24 323:8,18
  324:2,5
**masturbate** 86:21
**masturbating**
  52:16
**matches** 118:20
**material** 370:16
**materials** 12:18
**matter** 3:5 6:13
  20:4,20 24:12,16
  24:18 28:8 34:5
  53:14 214:7
  285:19
**maxwell** 1:8,14 3:5
  3:7,18 4:1,5 5:1

  5:22 6:1 7:1,15
  8:1,23 9:1 10:1
  11:1 12:1 13:1
  14:1 15:1 16:1
  17:1 18:1 19:1
  20:1 21:1 22:1
  23:1 24:1,20 25:1
  25:3 26:1 27:1
  28:1 29:1 30:1
  31:1 32:1 33:1,25
  34:1,4 35:1 36:1
  37:1,3 38:1 39:1
  40:1 41:1 42:1
  43:1 44:1 45:1
  46:1 47:1 48:1
  49:1 50:1 51:1
  52:1 53:1 54:1
  55:1,5 56:1 57:1
  58:1 59:1,6 60:1
  61:1 62:1 63:1
  64:1 65:1 66:1
  67:1 68:1,4 69:1
  70:1 71:1,17,19
  71:20 72:1 73:1
  73:19 74:1 75:1
  76:1 77:1 78:1
  79:1 80:1 81:1
  82:1 83:1,6 84:1
  85:1 86:1 87:1
  88:1 89:1 90:1
  91:1 92:1 93:1
  94:1 95:1 96:1
  97:1 98:1 99:1
  100:1 101:1 102:1
  103:1 104:1 105:1
  106:1 107:1 108:1
  109:1,20,23 110:1
  111:1 112:1 113:1
  113:21 114:1
  115:1 116:1 117:1
  117:19 118:1,7
  119:1 120:1,17
  121:1 122:1 123:1
  124:1 125:1 126:1
  127:1,6 128:1
  129:1 130:1 131:1

  132:1 133:1,4,6
  134:1 135:1 136:1
  137:1 138:1 139:1
  140:1 141:1 142:1
  143:1,10 144:1
  145:1 146:1 147:1
  147:23 148:1
  149:1 150:1,13
  151:1 152:1 153:1
  154:1 155:1 156:1
  157:1 158:1 159:1
  159:24 160:1,6
  161:1 162:1 163:1
  164:1 165:1 166:1
  167:1 168:1,13
  169:1 170:1 171:1
  172:1 173:1 174:1
  175:1 176:1 177:1
  178:1 179:1,17
  180:1 181:1 182:1
  183:1 184:1 185:1
  186:1 187:1 188:1
  189:1 190:1 191:1
  192:1 193:1 194:1
  195:1 196:1 197:1
  198:1 199:1 200:1
  201:1 202:1 203:1
  204:1 205:1 206:1
  207:1,19 208:1,18
  209:1,13 210:1,4
  210:10 211:1,2
  212:1 213:1 214:1
  215:1 216:1 217:1
  218:1 219:1 220:1
  221:1 222:1 223:1
  224:1 225:1 226:1
  227:1 228:1 229:1
  230:1 231:1 232:1
  233:1 234:1,13
  235:1 236:1 237:1
  238:1 239:1 240:1
  241:1 242:1 243:1
  244:1 245:1 246:1
  247:1 248:1 249:1
  250:1 251:1 252:1
  253:1 254:1 255:1



256:1,17 257:1
258:1 259:1,11
260:1,20 261:1
262:1 263:1,8
264:1 265:1 266:1
267:1 268:1 269:1
270:1 271:1 272:1
273:1 274:1 275:1
276:1 277:1 278:1
279:1 280:1 281:1
282:1 283:1 284:1
285:1 286:1 287:1
288:1 289:1 290:1
291:1 292:1 293:1
294:1,17 295:1
296:1 297:1 298:1
299:1 300:1 301:1
302:1 303:1 304:1
305:1 306:1 307:1
308:1 309:1 310:1
311:1 312:1,14,15
313:1 314:1 315:1
316:1 317:1 318:1
319:1 320:1 321:1
322:1 323:1 324:1
325:1 326:1 327:1
327:13 328:1
329:1 330:1 331:1
332:1 333:1 334:1
335:1 336:1 337:1
338:1 339:1 340:1
341:1 342:1 343:1
344:1 345:1,11,12
346:1 347:1 348:1
348:17,19 349:1
350:1,24 351:1
352:1,19 353:1,7
354:1 355:1 356:1
357:1 358:1 359:1
360:1,25 361:1,2
362:1 363:1,12
364:1 365:1,23
366:1,2 367:1,21
367:22 368:1
369:1 370:1 371:1
372:1,20 373:1,11

374:1 375:1 376:1
377:1 378:1 379:1
380:1 381:1 382:1
383:1 384:1,21,24
385:1 386:1 387:1
388:1 389:1,7
390:1,19,21 391:1
392:1,12 393:1
394:1 395:1 396:1
397:1,25 398:1,3
399:1 400:1 401:1
402:1 403:1 404:1
405:1,3,4,7 406:1
407:1 408:1 409:1
410:1 411:1 412:1
413:1 414:6,12
415:2 416:6 417:9
**maxwells** 73:19
210:24 309:5
**mccawley** 358:18
**mccawley** 2:5 3:12
3:19,20 4:11 5:19
6:11,16,25 7:18
10:18 11:14 20:16
21:3,21 22:5
23:13 35:6 49:14
54:17 65:15,18
67:20 72:22,25
74:9,12,18,22
87:16 88:11,18,23
89:3 102:17,21
103:8 110:11,13
110:16,22 119:9
120:6 126:11
128:5 133:10,13
133:19 145:7
149:24 166:18
168:9 177:16
178:10 179:10
180:16 181:4,11
181:16 199:11
207:18 208:10
240:21 264:25
266:14 268:6
309:4 327:5
334:16 353:3

357:9,12 358:3,11
358:23 359:2
363:7,24 373:2
386:9,14,20 413:2
414:7
**meal** 136:24 137:3
137:5,7,9
**mean** 9:6,7 32:14
41:8 43:6 47:11
48:24 49:22 52:10
57:17 70:5 91:14
92:21 97:4,5
114:18 118:21
128:17,23 138:10
162:20 170:9,22
182:7 185:7
190:13 222:9
270:24 272:13
274:24 277:10
287:25 292:12
295:2,22 298:14
311:13 337:25
349:24 391:25
401:5 404:3 406:2
**meaning** 71:2
83:17 94:21
116:15 118:22,22
255:19 276:6,7,16
276:17 279:13
296:8 297:17
374:25
**means** 77:4 210:9
416:17
**meant** 32:14 86:23
392:7 406:14
**mechanism** 314:2
**medical** 80:4
**medications** 5:13
**meet** 16:5,12 18:2
32:21,22 33:21
35:12 37:4 40:22
45:5 47:17,19
59:8,13 97:15,21
101:3 111:25
146:19 218:24
219:21 222:21,25

223:4,22 247:9,20
262:12,19,23
270:9,13 273:21
303:11 304:25
411:16 412:18
**meeting** 16:15,16
16:19 17:2 19:3
33:24 36:14,18
40:24 206:12
213:6 214:9,17,19
271:8 300:18,20
306:22
**meetings** 66:22
**member** 17:5
389:11 402:7
**members** 382:11
**memorized** 269:3
**memory** 36:9,25
40:7 60:9 80:15
97:13 187:16
231:16 265:22
268:15,15,16
361:9
**men** 27:17 191:14
**menninger** 2:19 4:4
72:21 110:14
143:7 159:21
223:13
**mental** 241:3
**mentioned** 132:22
255:2 262:5
316:23 336:3
395:15
**meredith** 2:6 3:20
**merely** 360:9
**message** 147:23
148:3 149:6,7,8
149:10,12,20
150:17,20 151:2,8
151:9,25 152:2,6
152:14,16,24
153:3,4,6,24
154:2,5 155:8,11
156:17,18,22
157:3,4 158:6,11
158:17,17,18,22

160:3,12,14
161:12,16,18
162:4,8 163:16,22
164:4,5,21 165:4
165:9,13,15
166:23 349:3
391:5,9,15 414:21
**messages** 149:4
150:11,25 151:6
154:10,17,21
155:2 160:17
161:3 162:10
163:2,6 164:2
165:23 166:3
298:4,6
**met** 16:24 17:21
32:16 33:13 34:25
37:7,9,11,13,24
38:2,5,7,13,16
39:22 41:20 42:25
43:5 58:13,23
59:15 63:14,14
97:25 106:22
107:10,12,16,18
108:2 206:9,14
208:19 213:11
227:13 249:6
270:15,17,25
272:8 280:22
281:5,17,23
282:13 283:5,11
283:24 284:13,20
285:2,14,21
294:19 302:22
305:3 306:13,18
309:23 311:5
321:24 382:5
383:2,25 384:7
411:20
**mexico** 134:20
189:19 190:17
248:19 411:16,21
411:25 412:7,18
**mid** 295:14 403:20
403:22 404:4
**middle** 10:18



MAGNA
LEGAL SERVICES

144:19 403:20
**million** 185:14,17
185:18,19,23
**mind** 117:21 148:6
231:14 252:14,21
253:5 294:9
**mindful** 4:22
**mine** 13:20 14:7
107:25 121:17
265:12 266:15
333:23 353:2
**miners** 251:15
**mini** 72:9
**miniscript** 72:12,19
**minor** 25:5 83:3
85:19,22 90:19
164:15,21 165:3
168:21 170:19
172:7,14,20 173:4
180:8 181:8 183:2
184:6,23 224:12
224:18 237:13,19
238:7,23 239:5,9
239:11 254:10
354:3 359:13
387:11
**minors** 83:9 87:9
89:8 164:23
169:20 170:6
171:7,13,18
173:14 174:7,22
175:3,10,19 176:3
176:16 178:3
179:19 180:15
182:2,11,15
183:11 198:14
238:15,22 251:21
252:3,15,23 253:7
387:18
███ 145:3,11
**mischaracterizat...**
225:13 227:12
323:22 341:21
**mischaracterizes**
320:14 384:4
**mischaracterizing**

226:3 227:5
**misstates** 15:17
106:7 355:21
**misunderstanding**
320:4
███ 140:22
**model** 288:21
███ 165:13,16
165:18,21
**moment** 10:16 36:8
75:5 115:11
116:25 117:18
147:22 206:21
224:3 230:24
286:2,4 311:5
317:24 385:2
398:12
**monday** 351:3
368:20
**mondays** 368:6
**money** 60:11 61:5
184:5 185:22
274:4 347:4
365:16 371:22
380:20
**month** 129:10
347:12 401:6
**months** 375:16
401:7
**moot** 367:6
**morgan** 2:16
**morning** 4:12
169:5
**morocco** 132:8,9
141:22,22
**mos** 405:23
**mother** 16:10,21
17:3,13,14,17,23
18:8,15,21 19:7
37:17,22 39:23
40:2,11 85:4
214:7,10 215:14
215:22 216:4
217:16,25 218:4
218:21 219:8
226:19,23,25

227:14 228:8
254:16 328:5
374:9 375:13
376:7,22 377:5
394:25
**mothers** 85:3,5
376:13
**mouth** 334:21
**movable** 288:21
**move** 54:7,9 124:13
175:20 179:9,15
**moved** 288:23
358:7
**moving** 65:4 66:18
**multiple** 76:9
**multiply** 228:19

## N

**n** 2:10 4:6 168:4,4,4
168:6 414:3
███ 37:4,16,17,23
38:17,19,21,25
39:4,10,18,25
40:9,15,17,20,22
41:14,17,20,24
42:13,17 43:5
44:16,22 45:5,8
45:11,15,20 46:3
46:6,13,17,22
47:9 87:5 145:10
145:19 147:10,16
255:4,19 396:16
396:18,21 397:2,4
397:9,10,12,14
**naked** 25:9 30:16
86:15 188:10,13
188:17 191:21
192:5,9,11 193:3
193:17,18,23
194:2,5,7
**nakedness** 190:15
**name** 3:19 25:5
40:20 55:18 63:17
85:16,19,22 127:8
128:17,22 151:9
156:9 160:14

161:12 162:3
164:13 193:6,9
198:6 211:25
212:3,20 236:9
260:12,14 261:2
261:13 272:22
275:15 304:19,22
305:8 306:19,24
307:3,5 326:5,6
342:7,10 371:16
372:16 388:23
**named** 49:9 217:10
217:11,17,20
**names** 73:7 114:20
130:25 164:23
166:16 314:3
319:21 320:17,20
320:22 322:20
324:10 331:20
333:18,25 388:21
███ 262:4
**nature** 10:10 12:20
48:5 69:18 71:4
71:11 77:14 117:6
117:13 136:23
211:4 295:24
402:4
**naval** 129:15
377:17,19,24
378:3
**near** 413:9
**necessarily** 192:16
███ 150:15
151:14
**need** 5:4 8:10 11:6
27:14 45:21 54:15
61:23 73:12 74:21
84:21 100:21
138:10,16 170:10
184:17,18,24
190:3 201:15
230:2 242:23
279:9 287:24
318:9 337:8
377:20 378:4
410:12

**needed** 66:21,21
188:3 258:3
316:16 317:19
322:9 360:6
**needs** 21:25 83:12
**negative** 389:16
**nephews** 30:24
339:15
**nes** 388:22
**never** 13:9 23:22
27:20 29:6 30:18
39:25 48:18 53:5
53:18 55:11 56:20
57:6 58:10 62:19
62:23 63:5 75:25
76:5 79:6 93:17
95:19 97:5,11
99:22 100:8
104:22 107:3
113:7 116:24
146:25 157:9,15
163:25 164:5
193:24 195:9,25
197:14 198:15,17
218:18 229:16
230:13 231:4
233:8 239:8,10
243:25 248:5
288:19 300:25
311:13,16,20
328:25 335:9,25
336:3,9 337:18
338:8,16 339:2,12
344:18 348:11
365:15,20 367:5
379:2 382:13
387:17 389:9,15
393:7 396:20,23
397:8 402:3 409:2
412:6
**new** 1:3,17,17,21
1:25,25 3:8,11
5:20 8:5 79:14,16
79:19,22 80:18,19
80:20,23 91:10
103:6 112:11,14



112:22,25 113:18
113:20 118:23
134:19,20 156:21
157:14,16 189:18
189:19 190:17,17
210:8,12,15
248:19,19 264:12
264:13,19,23
268:25 271:9
273:17 287:17
293:17 318:15,15
351:9 375:19,20
381:22,22 389:4
411:9,16,21,24
412:7,18
**news** 210:21
**newspaper** 216:24
216:25 231:15
**nice** 184:19 191:15
**nieces** 30:24 339:14
**night** 140:17 155:5
235:23 379:4,6
403:15
**nightclub** 235:25
**nipples** 82:12,20
83:3
**nodding** 5:3
**nominal** 11:2
**nonconsensual**
55:7 62:18,19,24
63:8 64:5
**nonconstitution**
378:23
**nonprosecution**
395:6,9,19,25
396:6,9
**nonsexual** 246:8,16
**nonverbal** 5:3
**normal** 219:5
370:13
**notary** 1:20 4:8
417:14
**noted** 168:5 413:20
417:6
**notforprofit** 270:2
**november** 121:4

**nude** 189:15,23
190:7,11,13,14
243:15,21 255:21
**number** 9:23 13:19
84:3 110:18
119:19 129:9,12
133:12,17,21
148:21 150:7,16
151:17 154:2
158:7 159:22
165:14 167:2
168:16 209:22
258:25 259:4,7,24
260:2,2,16,20
261:2,22 266:4,17
269:2,5 297:7
298:14 315:7,17
317:2,20 318:15
321:5,7,15,21
322:8,13 323:18
324:2 327:12
353:9 356:3
**numbers** 24:24
144:20 148:22
149:18,22 180:19
261:18 266:15
272:25 314:24
315:21 316:6,16
319:22 320:9,12
320:16,20,22
332:13
**nutritionist** 60:16

**O**

**o** 168:4,4,4
**object** 6:5 8:25 12:2
12:24 13:13 14:4
14:12,20 15:16,24
16:7 18:3,18
19:12,19,24 22:22
23:4 24:2,13
25:25 26:9 27:12
27:24 29:9 32:4
32:25 33:16 37:5
37:14 39:6,13,19
40:3,12 41:15

42:21 43:2,17,24
44:25 45:16,23
46:8,19 47:22
48:3,8,15,21 49:4
49:11,21 50:7,14
51:3,8,16 52:5
56:3,12,18,24
57:9,16 61:22
69:19 93:11
102:12 105:18
106:6 120:19,21
122:19 126:4
163:20 178:4
186:12 194:14
238:24 240:3
243:3,16 248:10
252:4 253:2,3
255:23 260:17
269:18 274:7
298:18 308:5
326:25 334:13
337:21 341:20
387:14 390:2
**objection** 21:10
45:22 46:11,15
52:18 58:3,8,14
58:18 60:6 62:22
63:11 64:12 67:2
68:9,15 70:3,8,14
70:18 71:13 74:5
75:15 76:14 77:2
77:22 78:18 79:3
79:10,17,23 80:25
81:6,12,23 82:5
82:13 83:20 84:19
87:12 89:13 92:7
92:16,24 96:24
97:18,24 98:15,24
99:17,25 100:12
109:4,9,15 113:13
116:11,22 117:7
121:14,22 122:10
123:2 125:3
127:19 128:25
132:24 136:10
139:12 144:4

146:9 150:22
151:10 152:9,17
154:6,13 155:6
156:11,24 157:7
158:12,23 159:6
159:12 160:9,20
162:5,18 164:18
164:25 165:6,24
167:10,21 168:23
169:21 170:7,20
171:8 172:4,8,15
172:22 173:5,15
174:8 180:12
184:8 187:11,23
188:22 189:4,20
192:6 195:20
196:7 198:21
199:3,21 201:12
201:21 202:8,20
203:4,12,22
204:11,23 205:9
205:23 206:16
207:4 208:20
209:3 211:11,22
216:2 219:11
220:8,17 221:6,16
223:7 224:6 225:5
225:18 227:2
235:17 236:19
237:4,14,20 238:8
238:17 239:15,21
241:10,23 242:6
242:15 243:10
244:9,20 245:22
247:16 248:21
250:3 251:16,22
252:17,24 253:8
253:16,22 254:4
254:12,22 255:8
256:20 257:9,16
258:5,9,12,19
260:21 261:10,23
262:13,25 263:24
264:6 265:17
267:3,18 269:11
270:19 271:2,20

272:5 275:24
276:10,21 277:6
277:14,24 278:11
278:23 279:7,17
280:3,13,24 287:5
287:10,19 288:25
289:7,14 290:3,18
291:22 292:7,17
293:24 294:24
295:9 299:20
300:4,13 301:2,10
301:16 302:4,11
302:23 303:19
304:3,10 306:15
306:25 307:7,20
309:11,17 310:22
311:2,11 312:24
314:5,15 315:12
315:25 316:7
318:5,20 319:12
319:23 320:13
321:17 322:10
323:9,20 324:12
324:18 325:10,18
326:19 327:18
328:12,23 329:4
329:11,20 330:5
331:4,12 332:21
333:20 334:4,23
335:7,14,23 336:7
336:13,16,23
337:6,14 338:2
339:10,20 340:20
344:23 346:25
349:6,17 351:20
354:7,22 355:9,20
356:13,19 357:6
359:7,14 360:2
362:3,10 363:3,20
364:12 365:18
366:18 367:11
369:6,12 371:3
372:17 373:18
378:24 379:13,19
379:25 380:8
381:17,24 382:8



382:19 383:6
384:3 385:5,11
387:6 389:13,20
390:9 392:3 393:2
393:11,18,24
394:9 395:11,21
398:24 399:8
401:3,25 402:9
403:25 404:11
406:5,11 407:5,11
408:2,7,13,19
409:9 410:10
411:17 412:4,11
412:19
**objections** 13:18
21:5 413:7
**obligation** 77:5
**obligations** 76:25
**observe** 29:15,24
30:10 38:24 48:25
98:11,21 114:22
136:2 167:13
256:3,4 397:14
**observed** 22:15,19
23:14,22 29:7
48:18 57:6 239:8
239:10 387:17
401:19 403:2
**obtain** 76:12
104:10
**obtaining** 100:6
407:3,9
**obvious** 200:23
201:10,20 202:6
202:16,24 203:8
203:18 204:3,8
205:6,15 207:2
208:24 209:9
210:20 211:8,13
211:19 212:7,8,12
212:13,15,18,22
212:23 213:7,21
214:18,20 215:6
215:15,16,20
216:6 217:19,21
217:23 226:17

227:6,7,10 229:24
230:4,17 231:20
233:2,11 235:3,4
235:8,14,15
236:17,25 241:21
242:3,10,14 243:7
243:14 251:13,19
251:25 254:9
256:17 257:5,12
299:19 300:25
302:17
**obviously** 149:10
161:17 207:16
216:12 217:12
238:12 247:8
286:6 311:16
316:10 384:19
385:19
**occasion** 397:16
**occur** 409:24
**occurred** 334:21
**ocean** 270:3
**oceans** 371:17
**offender** 184:2
359:20
**offensive** 226:9
**offer** 351:12,16,23
**offered** 365:16
**office** 5:20 28:25
50:3
**officer** 88:14
**officers** 88:5 90:8
**offices** 1:15
**oh** 230:7 250:14
300:25
████ 379:5,7 403:13
403:18
**oil** 86:20
**okay** 72:18 129:11
131:22 132:11
151:23 179:16
353:5 385:18
391:24
**olas** 2:4
**old** 9:18 12:22
25:15,16 33:7

35:3 37:8,10,12
37:19,24 38:4
39:5 42:17 43:14
43:20,23 44:12
56:14 58:12,21,23
86:5 96:9 121:13
122:9 153:18
158:22 159:4,11
164:4 166:4 167:4
167:8,14,16,20
208:18,23 211:6
250:16,21,23
251:2 353:18
376:10 379:11
**older** 353:22
**olds** 165:23
**once** 25:14 78:22
78:23 116:6 312:7
372:4 401:6,7,16
**ones** 212:8,16
273:17 299:3
**online** 188:3
**opening** 210:2
**opportunities**
60:25
**opportunity** 60:18
60:23 61:24 169:6
368:24 373:16
**option** 61:3
**order** 4:22 102:22
200:15 360:7
375:24 376:19
413:13
**orders** 329:2
**organizing** 231:10
**orgy** 40:16 351:11
**original** 136:7
210:11,24
**originally** 130:22
217:10 307:13
**outfit** 68:23 69:9,12
69:13,16,17
111:25 117:5,5,9
117:12 233:8
236:18
**outfits** 68:19 69:14

236:23
**outrageous** 240:12
**outside** 7:17 17:14
17:23 18:8,21
102:15 116:17
136:25 189:25
190:18 200:6
214:10 215:21
218:20 219:7
226:25 227:16
228:7 237:7
281:22 293:20,21
372:11
**outstanding** 340:3
340:6
**overnight** 138:20
**overseeing** 12:11
**oversees** 276:7
279:14
**owned** 232:25
**owns** 354:17
372:24 388:5

**P**

**p** 2:9 34:12 168:5
373:10 413:19,20
**paced** 138:25
**pad** 147:23 151:2
160:14 162:4
414:21
**pads** 148:3 149:12
149:21 152:24
166:23
**page** 24:23 25:7
26:24 34:8,9,9,20
34:23,24 72:5,5
72:11,13,17 73:3
73:11 85:8 110:23
113:23 118:17
125:14 129:8,24
130:19 139:21,21
141:19,19 144:15
149:16 151:22
156:15 157:17
159:19 164:10
165:11 166:22,23

262:3 263:19
264:2,9 265:8,25
266:10,19 273:3
319:17 321:16
334:11 345:14,15
346:3,16,17
352:22,24 353:3
353:10,11 361:8
398:6 414:6,12
415:2 418:3
**pages** 119:17
127:25 128:6,9
147:24 148:24
263:12 414:21
417:4
**pagliuca** 2:18 4:3,3
5:17 6:5,13,22 7:5
8:25 10:15 11:4
11:17 12:2,24
13:13,18 14:4,12
14:20 15:16,24
16:7 18:3,18
19:12,19,24 20:25
21:10 22:3,22
23:4 24:2,13
25:25 26:9 27:12
27:24 29:9 32:4
32:25 33:16 35:4
35:8 37:5,14 39:6
39:13,19 40:3,12
41:15 42:21 43:2
43:17,24 44:25
45:16,21 46:8,11
46:15,19 47:22
48:3,8,15,21 49:4
49:11,21 50:7,14
51:3,8,16 52:5,18
54:15,20 56:3,12
56:18,24 57:9,16
58:3,8,14,18 60:6
61:22 62:17,22
63:11 64:3,12,21
65:12,16 67:2
68:9,15 69:19
70:3,8,14,18
71:13 72:7,23



74:5,11,15,20
75:15 76:14 77:2
77:22 78:18 79:3
79:10,17,23 80:25
81:6,12,23 82:5
82:13 83:12,20
84:19 87:12 88:7
88:13,20,25 89:13
92:7,16,24 93:11
96:24 97:18,24
98:15,24 99:17,25
100:12,24 102:12
102:19,24 106:6
109:4,9,15 110:8
110:12,19 113:13
116:11,22 117:7
119:3,12 120:5,20
121:14,22 122:10
122:19 123:2
125:3 126:4
127:19 128:3,9,25
132:24 133:8,11
133:15 136:10
138:3 139:12
140:3 141:12
143:3 144:4 145:5
146:9 149:17
150:22 151:10
152:9,17 154:6,13
155:6 156:11,24
157:7 158:12,23
159:6,12 160:9,20
162:5,18 163:20
164:18,25 165:6
165:24 166:14
167:10,21 168:23
169:21 170:7,20
171:8 172:4,8,15
172:22 173:5,15
174:8 177:15
178:4,13 179:8,12
180:12,18 181:5,9
181:13,22 184:8
186:12 187:11,23
188:22 189:4,20
192:6 194:14

195:20 196:7
198:21 199:3,21
201:12,21 202:8
202:20 203:4,12
203:22 204:11,23
205:9,23 206:16
207:4 208:6,20
209:3 211:11,22
216:2 219:11
220:8,17 221:6,16
223:7 224:6 225:5
225:18 227:2
235:17 236:19
237:4,14,20 238:8
238:17,24 239:15
239:21 240:3,19
241:10,23 242:6
242:15 243:10,16
244:9,20 245:22
247:16 248:10,21
250:3 251:16,22
252:4,17,24 253:8
253:16,22 254:4
254:12,22 255:8
255:23 256:9,20
257:9,16 258:5,9
258:12,19 259:15
259:18 260:17,21
261:10,23 262:13
262:25 263:13,24
264:6,21,24
265:17 266:3,11
266:16 267:3,18
268:2 269:11,18
270:19 271:2,20
272:5 273:5 274:7
275:24 276:10,21
277:6,14,24
278:11,23 279:7
279:17 280:3,13
280:24 281:6
282:3 283:25
285:22 287:5,10
287:19 288:25
289:7,14 290:3,18
291:22 292:7,17

293:24 294:24
295:9 298:18
299:20 300:4,13
301:2,10,16 302:4
302:11,23 303:19
304:3,10 306:15
306:25 307:7,20
308:5,12,16,22
309:2,8,11,17
310:2 311:2,11
312:24 314:5,15
315:12,25 316:7
318:5,20 319:12
319:23 320:13
321:6,17 322:10
323:9,20 324:12
324:18 325:10,18
325:25 326:19,25
327:18 328:12,23
329:4,11,20 330:5
331:4,12 332:21
333:20 334:4,13
334:23 335:7,14
335:23 336:7,13
336:16,23 337:6
337:14,21 338:2
339:10,20 340:20
341:20 343:11
344:23 346:25
349:6,17 351:20
352:25 353:5
354:7,22 355:9,20
356:13,19 357:6
357:10,25 358:5
358:20,24 359:7
359:14 360:2
362:3,10,16 363:3
363:20 364:12
365:18 366:18
367:11 369:6,12
371:3 372:17
373:18 378:4,24
379:13,19,25
380:8 381:17,24
382:8,19,23 383:6
384:3 385:5,11

386:7,12,19 387:6
387:14 389:13,20
390:2,9 392:3
393:2,11,18,24
394:9,21 395:11
395:21 398:24
399:8 401:3,25
402:9 403:25
404:11 406:5,11
407:5,11 408:2,7
408:13,19 409:9
410:10 411:17
412:4,11,19,23
413:10
**paid** 25:10 49:17
50:3 51:2,5,25
67:18 75:7 87:3
184:5 185:3,4,10
185:12,14 237:2
263:6 265:16
270:5,7 277:13,18
277:19 339:18
340:5,12 343:3
352:5,9
**palm** 17:25 19:11
28:12,17 29:8,16
39:16 44:23 70:2
70:12,17,23 72:3
76:13,19 77:21
78:2 87:9,21
89:11 91:7 118:22
121:4 122:16
123:22 125:24
126:13 127:5,13
132:5 134:19
144:25 145:15
149:2 155:9,14,17
156:20 157:13
160:24 161:19
186:7,22 187:3,5
187:9 189:18
190:17 214:6
241:22 242:4
243:9 248:18
300:12 313:12
**panties** 86:17

**paper** 265:20 368:6
**papers** 197:4
216:23 227:8
228:4 252:9
**paperwork** 8:3,15
**paragraph** 25:7
26:24 34:23 35:6
86:8,10,11 87:2
210:13,23 386:3
**paralegal** 2:6 5:21
413:13
**parent** 191:9
376:11
**parents** 244:5
376:9,10
**paris** 132:7,7,7
141:21,21
**parlance** 357:15
**part** 20:12,19 26:13
26:15,19,20 31:15
62:3,16 76:16,24
80:8 102:20,22
116:19 139:9,17
150:2 169:23
213:7,24 214:19
230:15 245:25
246:3 284:6
319:16 353:11
**participate** 18:13
18:24 21:6,8 76:3
229:13
**participated** 63:4
76:6 100:8 229:16
229:18 345:5
**participating** 53:16
**particular** 235:21
410:25
**parties** 148:11,15
292:10
**parts** 209:25
**party** 112:25 146:8
146:13,15 148:17
223:18 291:19
292:4,9,11,12
360:6
**pass** 209:12 334:16



passed 184:16
  328:5 375:16,18
passing 328:6
passport 109:13,19
  387:5,13,18
patent 69:17
paths 397:9
pattern 401:18
paul 2:13 3:25
pause 245:6 252:25
  253:3
pay 25:12 29:3 50:4
  67:14,14 75:10
  184:25 275:18
  340:2,10
paying 49:24 75:11
  101:21,25 117:16
  277:16 343:21,24
payment 49:19
  50:11 102:4,7,8,8
  103:10
pays 60:23
pbi 118:19,21
  120:14 125:19
pending 8:15 27:7
  100:24 256:25
  357:8 358:6,25
penis 86:24
people 9:23 15:12
  27:16 29:19 30:7
  30:10,12,14,15,16
  30:17,20 31:9,13
  31:14 32:16 41:9
  41:12 50:2,17
  55:13 59:11,17
  60:14,24 63:25
  88:9,16 89:2
  93:22 94:23 97:5
  97:6 100:9 122:6
  123:6 136:8 143:8
  143:22 152:6
  166:16 180:21
  188:2,4,14 190:22
  191:14 193:2,9,11
  193:13,25 194:16
  213:15 223:15

230:10,20 243:20
  243:24 244:2
  245:9,10,12,13,14
  245:15 246:2,21
  246:22 247:19,20
  248:13 249:6,11
  249:21 303:2
  310:8,10,16,22
  311:17 313:14
  322:24 323:4,13
  331:8,25 383:9,10
  383:14,16,17
  384:6,8,15 404:5
  404:15 408:17
peoples 184:18
  376:5
percent 18:25
  135:8 137:6 183:3
  228:2,12 229:9
  230:11
perfectly 65:20
perform 27:11
  51:14 52:8,13
  53:22 66:25 82:3
  93:8 97:23 98:14
  98:23 140:25
  246:15 304:9
  307:11,18
performance 59:25
  66:16
performed 25:9
  50:6,12,17,19
  51:7 52:3 53:3
  409:12
performing 55:21
  55:25 101:21
  102:10 245:21
period 21:7 27:15
  30:17 55:2 84:17
  123:11 127:17
  144:9 185:2 231:9
  255:25 256:2
  294:18,21 295:7
  296:16,21 297:11
  315:14 333:8
  340:17 357:22

359:4 364:16,19
  365:9 369:25
  375:17,18 380:11
  410:14
permitted 200:7
perpetrate 107:3
perpetrated 35:17
  91:2 207:8,10
  229:4 273:22
perpetrating 53:17
person 24:9 32:22
  33:18 55:17 99:3
  111:16 127:15
  142:11,12,14,15
  171:22 176:4,22
  177:8 184:15
  193:16 205:14
  216:17 222:23
  223:3 226:7
  235:24 241:2
  246:13 251:7,10
  279:25 280:11,16
  288:21 296:13
  304:21 309:22
  324:25 325:3,8
  353:21,23 354:13
  383:11,11
personal 88:15,25
  89:22 102:15
  119:4 126:9 176:6
  178:8,15 179:24
  213:22 268:4
  269:24 318:11
  319:2 331:22
  332:5,12,24
  333:17
personally 171:20
  171:20 176:6
  249:6 302:18
  307:16
persons 353:20
  383:14
██████ 202:10 204:2
  275:17,18 346:10
  347:24 348:24
  361:5,16 391:16

405:14
phone 7:6 76:22,24
  77:11,16 149:4
  150:16 152:23
  154:2 158:6
  166:25 258:25
  259:4,6 260:2,16
  269:2,5 295:23
  296:13 298:8
  313:19 314:13,19
  315:3 316:5,15
  321:15 332:13
  385:21
phones 59:12
  307:22 310:17,21
  310:23
phonetic 47:3
photo 133:6 143:9
  143:10 233:7
  414:16,17,19,20
  414:23
photograph 110:15
  143:13,15 191:24
  231:23
photographed
  232:2
photographs
  191:15 192:10
  255:22 256:5
photos 193:11
  244:3,4 256:7
  259:11
phrase 25:18,21
  26:5
physical 7:25
  207:24
physically 233:21
  337:24 378:22
pick 73:17 108:7
  128:5,9 212:22
picking 212:23
picture 109:20,24
  110:3,6,11,17
  113:21,25 114:3,9
  114:12,14,16,18
  114:19,21 142:3,6

142:8,9,15,18
  143:23,25 176:10
  191:8,11 192:15
  193:17,21 194:3,7
  231:24 232:4,5,7
  234:10,12,15,18
  234:21 243:22
pictured 142:6
pictures 144:8,11
  188:18 189:15,23
  190:7,11,22,24
  191:13,18,20,21
  192:4,15,22,25
  193:2,7,11,14,25
  194:13,16,17,19
  243:15,20,25
piece 191:10
  192:11 214:14
  215:12 244:6,6
  265:19 405:24
pieces 194:18
pilot 46:24 47:5
  104:10 230:14
  377:25 383:11
  410:5,7
pilots 31:14 47:3
pinch 82:19 83:3
pinched 82:12
pinpoint 163:15
  198:11
place 19:2,5 26:22
  55:13 66:10,12
  95:2 104:24
  111:11 129:15
  139:4 226:18
  228:4 231:18
  234:7 235:8,11
  236:6 265:6
  293:11
placed 165:19
places 132:21
plaintiff 1:6 2:4,9
  2:13
plan 372:8,10
plane 38:20 47:14
  106:2 108:23



MAGNA
LEGAL SERVICES

121:12,20 122:14
122:25 123:10,13
123:15,18 124:4
125:22 127:11
131:11 132:23
135:21,24 136:23
137:8,10,12 139:5
145:18 211:21,24
212:11,20 280:16
410:17
**planes** 38:18 41:24
42:5 43:22 47:12
105:7 122:2
127:12 135:10,11
145:22 146:2,4
211:10 212:5,17
409:22 410:8,18
410:20
**planet** 261:6
**planning** 285:12
**please** 5:22 6:10 9:4
9:7 23:12 28:7
34:23 65:14 77:24
83:14 85:10 94:7
105:20 111:18
131:18 142:3
168:25 169:24
181:20 198:23
201:24 202:23
203:7 210:3 214:5
220:20 221:25
242:2 243:6
244:11 252:20
253:18 258:15
262:3 266:4,17
267:6 269:14,20
270:21 287:7,12
289:9 312:18
336:19 345:11
368:7
**pleasure** 243:5
**pled** 184:13
**point** 10:10 40:23
40:25 76:6 101:4
103:9 148:10
226:6 247:2

250:22 295:4
307:14,23 384:20
399:25 410:18
**pointing** 126:16
**police** 24:10,15,19
24:20,22 55:21,25
56:16 83:6,9,15
83:18,22,25 84:4
84:6,11 87:20
88:4,16 89:9 90:7
164:23 166:20
168:16,19 169:4
169:10,11,12
170:12 171:4
175:17 178:20
180:9,14 186:21
187:15 195:22
220:4 221:8
252:10 255:10,11
344:4 346:21
347:18,19 414:13
**pool** 30:13 31:13
50:20 189:17
190:18 245:10
247:4 310:10
383:10 404:16
**portion** 72:12
**portions** 85:15,17
**portrayed** 78:15
**position** 75:6
178:21 207:24
215:4 299:18
389:12
**positions** 247:23
**positively** 205:2
**possible** 28:10
37:12 60:25
163:12 166:12
190:21 192:25
193:10 235:13
245:16 272:20,23
315:16 333:16,24
368:21 393:14
**possibly** 24:4,6
29:20 35:24 144:6
154:8,15 157:21

159:8 164:3 166:2
195:14 198:12
216:21 223:9
263:3 299:22
302:18 304:12
314:17 320:8
321:2 324:7
331:14 332:9,17
369:14 402:18
**post** 323:11 385:21
**potential** 386:22
**potentially** 50:21
50:22 130:3
389:17
**pounded** 207:20
**pounding** 208:2
**practice** 151:7
152:22,23
**practiced** 351:11
**precise** 7:9
**preference** 100:11
100:18 194:16
251:14,20 252:2,8
252:15,22 253:6
**pregnant** 337:2,4
337:12,25
**premier** 35:2
**presence** 22:20
287:3 288:5,15
289:12 290:16
296:8 302:3,10
308:11,14
**presences** 302:14
**present** 2:21 27:16
27:21 28:3 30:6
44:23 75:18 79:5
81:15,16,17 85:3
112:25 113:2
116:2 134:10,17
135:8 176:6
186:10 187:18
191:22,24 201:4
224:11,17 225:2
249:3,21 251:12
271:16 294:20
296:14,22 297:12

313:25 337:17
340:18 341:2
372:8,10 379:12
379:18 413:14
████████ 104:16
104:22 105:3,7
106:2 129:20
130:9,14,18 131:3
131:10 134:6,11
134:15,16,22
135:7,11,15,25
136:2,18 138:18
139:4,15 140:11
266:22 267:2,8,15
267:25 268:9
**press** 31:4 33:6
36:8 76:21 111:17
111:20 182:20
183:8 201:9,17,18
202:3,4 205:13
207:8,15 211:5
216:10 228:19
236:2 273:25
330:23 344:6,7,9
344:14,15,19,21
345:2,9 348:22
349:5,10,13,16,25
350:2,8,10,14,18
355:18 356:12,18
357:24 359:6,24
360:11,22 361:8
361:10 364:14,22
365:13 366:17
367:3,10 375:21
385:4,10,24,25
391:8 392:25
393:17,23 396:7
399:3 406:10,10
406:19
**pressure** 93:10
94:14 95:7 96:22
229:3
**presumably** 346:18
**pretty** 17:11
**prevent** 5:10
**primary** 155:22

████ 63:9,15
80:23 106:15
107:4,7,10,12,16
107:19,20,23
108:3,11 110:5
111:8,12,15,25
112:10,24 113:4
114:22 115:3,7,10
115:16,17 116:3
231:18 232:6,10
232:22 235:4,9,16
235:23 236:3,3
286:24 287:3,9,16
288:5,16 289:12
289:22 290:11,12
290:15,16,22,23
291:13,16 292:3,5
292:15,19 293:6,8
293:9,10,14 302:3
302:10,22 303:11
398:8 399:5,18,21
401:2 403:4
████████ 265:11
**print** 405:23
**printed** 317:18
**prior** 223:23
346:19 348:25
350:3,12 352:22
████████ 124:19
**privacy** 30:13
164:24 404:15
**private** 20:13 39:11
389:17
**privilege** 274:12
286:8
**privileged** 199:6,24
199:25 274:9,15
274:20 281:2
282:25 283:3,16
285:15,18 363:6,9
394:11,16
**probably** 10:5
78:12 91:25
146:18 164:7
204:18 205:18
212:19 218:24



298:12 396:19
**problem** 20:3 21:15
  356:8,24 357:4,13
**problems** 197:20
**procedure** 294:3
**proceeding** 6:23
**proceedings** 413:18
**process** 7:23 8:2,16
  149:3 152:7 153:8
  284:7 368:22
  372:3
**procuring** 172:20
**produce** 199:12
**produced** 24:18
  34:5 110:9,18
  129:4,7 133:9
  149:20 150:2
  209:17 283:22
  285:19 286:4,6,10
  319:25 385:15
**production** 148:23
**profession** 60:15
**professional** 24:9
  31:17,19,23 35:3
  41:9 60:17,19
  220:20,25 223:16
  223:20 225:8,10
  225:16 226:11,13
  246:8,16 248:16
  279:20 310:8
  383:9,17,18 384:9
  384:13 416:11
**professionally**
  73:23
**project** 12:7,20
  371:17 412:10,13
**projects** 12:8,16,17
  12:18 397:8
**pronounce** 129:17
  363:25
**pronouncing**
  129:18
**proper** 77:8 245:16
**properly** 77:7
**properties** 384:17
  404:10

**proposing** 364:23
**propounded** 181:2
  417:5
**prosecutors** 349:2
  350:4,12
  ████ 141:5
**prostitute** 173:12
  359:18
**prostitution** 172:21
  275:23 276:9,20
  277:5,10,23
**protective** 102:21
  375:24 376:7,18
  413:12
**prove** 285:13 351:8
  351:25
**provide** 28:7 31:7
  68:18,22 69:3
  97:17 98:3 100:5
  117:4 118:14,25
  153:20 344:7
  360:21,22
**provided** 60:11
  86:16 117:12
  272:24 320:24
  321:12 322:6
  342:4 379:23
  409:19
**provider** 60:20
**providing** 69:13
  99:16 154:11
  279:5,15,24
  280:11 379:10,17
**psychological**
  239:14,20,25
  240:18 241:9
**psychologically**
  237:12,17 238:6
**public** 1:20 4:8
  210:16 417:14
**publicized** 210:21
**pull** 314:12 361:7
**pulled** 85:8
**punitive** 103:5
**puppet** 113:5,8,10
  286:25 287:4,9,18

287:21,23,25
288:3,6,8,10,12
288:14,17,20
289:3,5,11,17,18
289:18,21 290:6,7
290:7
**puppets** 288:2,2,7
**purchase** 103:23
  104:6 342:19
**purchased** 66:21
  343:6 372:14
**purchasing** 343:16
**purports** 114:4
**purpose** 8:8 47:19
  140:13 146:23
  154:11 245:21
  269:9,17,23
  278:20 280:18
  329:9,17 330:11
**purposes** 8:4,20
  67:7 99:16 164:24
  177:14 182:20
  183:8 225:3
  253:15 275:16,23
  276:8,20 277:5,22
  278:8 279:5,15,24
  280:10 309:24
  310:19 330:3
  335:21 354:11
  367:10 370:25
  371:6 379:24
  383:4,25 401:22
  402:22
**pursuant** 1:14
**pushing** 33:6
**put** 21:2 25:12 36:7
  73:17,17,18,21
  133:5 161:13
  171:9 182:19
  191:8,9 204:2
  205:13 207:15,18
  211:17 227:8
  228:17 274:6,18
  275:5 289:24
  300:22 312:18
  315:8 342:10

356:11,17 372:15
392:21
**putting** 119:14

---

## Q

**qualifications**
  323:3,6
**question** 4:20 6:6
  6:12,14 8:13 9:2,3
  9:5 10:19 11:9
  13:15 14:17 15:6
  18:9 20:2 21:11
  21:16 22:10 23:6
  23:6,9,10,11 26:2
  26:4,13,15,16,17
  26:20,21 27:6,7
  27:14 28:6 29:11
  29:13 33:9,12
  39:15,24 44:4,21
  45:25 48:23 52:24
  53:10,24 54:6
  57:3 64:23 65:6
  70:10 73:5 74:21
  74:24 77:7,24
  91:21 93:5,13,19
  94:5,9,12,17
  95:14 96:14,15
  97:7,12 98:4,19
  100:15,24,25
  104:20 105:20,21
  105:23,24 106:8
  106:14 120:25
  121:24 122:20
  148:7 150:24
  157:2 168:25
  169:24 170:10,23
  170:24 174:4
  175:22 176:10,24
  176:25 177:14,17
  177:19,21,23,25
  178:6,12,14 179:9
  179:11,14,16,21
  180:17 181:6,10
  181:12,14,15
  186:13 189:22
  197:13,17 198:16

198:17 201:15
202:22 207:13
221:19,25 223:14
235:19 238:5,10
239:17 240:20
241:19,25 242:9
243:6,7 244:11,23
245:4,6 251:18,24
252:20 253:2,3
256:25 257:11
258:14 259:19
261:12 267:5
269:13 274:17
276:3,13 277:9
278:16 279:10
280:18 281:12,21
282:4 284:5
285:23 286:9
289:9 299:16
308:9 323:24
329:12 334:12
335:17 336:18
340:9,22 350:17
354:8 357:8,11
358:2,4,5,7,8,10
358:12,22,23
363:10,21 366:24
366:25 367:7
370:4,10,11 372:6
375:8 377:9 378:5
378:6 382:24
385:7 386:8,18,25
392:20,20 394:12
394:14,15,17
403:17 404:13
**questioning** 36:2
  65:19
**questions** 11:16
  20:4,21,24 21:4
  21:16,23 22:2
  53:12 54:11,13,25
  59:5 61:25 93:2
  94:2,4,18 119:15
  126:19 133:18
  169:9 180:24
  181:3,21 192:21



200:20 234:5
238:2 244:25
245:3 299:14
309:7 390:5
399:15 413:3,6,8
417:5
**quick** 327:6
**quite** 28:23
**quotable** 210:3
**quote** 159:25 165:5
167:2 201:10,20
202:6,13 369:2
392:10
**quoteunquote**
83:11

**R**
**r** 160:5 161:18
168:4 418:2,2
**railing** 234:23
**raising** 413:6
**random** 238:10
240:25 324:23
**range** 103:12 111:3
149:21 160:22
410:13
**ranges** 149:18,19
**ranging** 66:23
**rape** 348:25 350:3
350:12
**rapidly** 376:14
**read** 26:17,18 36:8
36:22 53:10,11
60:8 63:13 73:12
73:14,14,15 74:7
74:13,20 83:22
84:4,5,11 86:2,6
89:4,9,18 90:14
90:24 105:21,22
118:13 148:8
171:10,14 206:21
209:11 252:11
255:10 257:22
276:24 330:19,21
334:9 344:5,13
345:8 357:19

358:15,19 396:7
417:4
**reading** 74:10
87:15 88:23
120:14 132:16
145:5,6,7 178:6
358:21
**reads** 151:25 351:5
364:2 366:23
**ready** 73:24
**real** 231:24 232:5
233:7 291:15
**really** 42:8 100:20
106:20,21 108:24
153:8 183:6 188:9
192:19 195:4
231:22 289:19
292:10 296:15,25
297:18,21 303:14
306:2 308:19
309:14 341:5
342:12 343:8
347:16 394:3
396:21 404:19
**reask** 97:7 169:23
201:15 221:19,25
289:9
**reason** 7:9 35:22
44:12 124:7
163:18 176:19
258:3,10,16,23
305:7 411:25
**reasons** 182:22
▇▇▇▇▇ 352:5,7,10
**recall** 16:16,20 17:2
17:15,21 26:21
33:24 34:25 38:11
38:16 40:6,14,24
45:7,8,11 47:13
47:18 56:14 59:9
59:14,21,22 61:6
61:13 67:17 75:2
75:11 80:3,16,17
80:22 81:3,19
98:8 101:23 102:2
103:14 104:4

106:10,11,21
111:4,7,11,22,23
113:4,19 114:25
121:3,6,8 123:9
125:24 126:12,24
127:11 130:4,7,9
130:13,16 131:3,9
132:18,20 133:3
133:15,25 134:6
134:25 138:18
140:17,18,19,21
141:7 143:2,12,15
144:7,9,10 145:14
145:18,21 146:5,6
146:11 148:15
149:2 153:8 156:9
157:2,4,5 167:17
185:8,11,13 186:9
191:19,23 192:3
192:24 193:19,20
194:6 195:10
197:16 206:12,23
212:4 213:11
227:13 234:2,15
234:18,22 242:12
262:11 280:15
285:7,10 290:24
297:18 298:2
299:3,4,6 301:4
305:3 306:7
308:19 309:14
311:4,24 319:8
320:11 333:12,15
341:5,6,7,10,11
341:16,18,23
342:6,8,9,12,16
342:18 343:8,17
343:18,19,20
360:23 369:18
373:11,22 377:6
378:16 382:10
387:2,8,10 388:11
388:12,20,25
392:8 395:2
396:17 397:24
398:14 399:17

402:19 404:25
408:21 410:3
411:3,7,12,20,22
**recalled** 36:14
**recalls** 268:8
**receive** 7:24 31:23
149:7 223:5 246:8
278:9,21 308:17
**received** 78:21,25
263:21 363:11
**receiving** 222:21
**recess** 67:24 118:3
168:3 208:14
256:13 294:13
327:9 373:8
**recognize** 143:19
143:21,22,23
229:5 232:4
261:18 263:23
264:3,8 307:5
320:17
**recollect** 10:4 35:21
36:12 42:2 44:13
49:6 70:20,22
71:5 75:21,23
78:14 79:19,25
105:10 108:8
113:3 136:6 137:3
138:23 139:2,3,8
141:3 147:16,19
148:10 151:12
188:17 270:11,14
270:17 271:4
272:7,8 275:10
282:8 290:5,5,6
290:10,13,20
291:11,15,16,17
291:20 292:2,2,3
292:9,11,14,19,20
292:21,24 293:3
295:25 301:22,24
304:21,24 305:2,4
306:18 307:15
311:20 312:5,12
318:13 319:3

338:20,24 339:4
339:25 341:3
360:17 361:13
378:19 380:10,14
380:17 385:21
399:25 400:18,21
400:22 404:19
406:17 408:25
409:2,5,17
**recollection** 16:14
16:19 25:19 36:13
45:3 50:15 61:19
67:12 69:12 74:2
74:16 77:13,18
108:13,25 109:17
111:20 112:18,20
112:21 126:15
139:7 147:15,16
159:17 160:16
161:3 163:13
188:13 193:13
227:15 232:21
243:13 265:14
271:25 280:19
306:20,22 307:24
331:25 350:21
366:10 372:19
378:18 387:20
407:7
**record** 3:3 4:21 5:5
5:23 6:17,21,24
6:25 7:3,8 8:8,19
26:18 53:11 54:18
67:23 68:2 76:8
85:20 105:22
111:15 116:24
117:24 118:2,5,16
119:11,14 126:5
128:17 137:23
141:12 148:8
152:15 154:17,20
157:24 168:2,12
174:5 177:22
178:5 180:20
181:17 207:19



208:7,13,17
212:20 230:12
256:12,16 263:13
266:13 294:12,15
309:4 327:8,11
358:9 373:7,10
386:21 389:10
390:17 413:3,19
416:7
**recording** 3:3
**records** 129:4,6
166:17 180:23
195:23 211:24
221:8 318:24
**recover** 408:18
**recruit** 6:3 8:24 9:7
25:22 26:7,14
46:17 56:21 81:22
82:3 93:16 94:10
94:14,21 95:6,10
95:17,18 96:21
97:3,4,11 253:14
253:20,20 254:2
**recruited** 9:15,20
93:18
**recruiting** 93:8
**redacted** 25:3,4
27:4 85:14,17
88:21 156:19
164:14,24 166:15
166:17 180:23
398:13
**redaction** 85:18
398:16
**redactions** 25:2
**redress** 211:6
**refer** 183:16 265:25
266:6,10 316:25
**reference** 231:14
318:8 336:2
**referenced** 88:16
150:7 159:4
**referencing** 139:16
189:8 252:12
332:5,25 386:16
**referred** 267:23

317:24 398:9
**referring** 9:13 33:4
41:6,19 71:16
77:6 82:15 89:23
90:24 123:20
143:5 154:5
155:12 156:22
158:21 159:2
160:13 194:8,9,11
209:6,8 221:9
230:5,18,19,20
242:19 243:19
278:13 316:19
327:20 346:23
349:12,12 350:7,7
364:5,7 368:9
406:4
**refers** 386:3
**reflect** 141:13
181:17 309:5
**reflected** 162:3
**reflection** 206:23
**reflects** 118:17
209:19 268:10
**refresh** 36:13 74:2
74:16 128:11
265:14 366:10
**refreshes** 127:25
**refuse** 177:16
386:17
**refusing** 54:5,11
65:5 176:23,25
177:18,20 386:21
**regard** 400:10
**regarding** 350:11
352:13 357:23
359:5 407:9
**regardless** 336:11
336:21 378:9
**regards** 204:4
303:2,3,15
**registered** 184:2
359:19 416:11
**regular** 305:10
401:10
**regularly** 66:2

77:17 121:19,25
122:4 123:15,18
147:11 162:10,15
162:22,25 165:22
187:13 393:9
400:25 401:5,11
401:13
**rehashed** 229:9
**relate** 54:25
**related** 173:4 195:2
270:3 332:20
333:11 343:24
352:16 372:25
**relates** 197:19
238:11,12 284:15
284:16 333:14
388:14
**relating** 20:9
213:25 332:14
344:4 407:4,21
408:11
**relation** 186:21
**relations** 63:8
181:8 196:13,16
196:22 197:9
210:18 228:3
354:2,3
**relationship** 10:11
47:25 48:6 57:14
57:18 91:15 101:9
101:11,12,12
135:23 137:19
138:2,4,6,9 272:9
294:22 295:6,15
295:18 305:16
353:19 354:15
381:2,8,11,14,16
381:19,20 386:5
386:16 397:6
401:23 402:21,22
402:25 407:23
**relationships**
137:22
**relative** 402:15
**relatives** 402:17
**release** 8:16 361:8

361:10 399:4
**released** 275:9
**releases** 356:12,18
**relevant** 21:24
284:8 315:22
336:5
**remain** 102:4
258:11 413:4
**remains** 210:25
**remarks** 145:2
**remember** 5:6,15
8:10 17:3 27:3
35:19,25 36:18
38:8,19 44:3
78:11,12 79:21
80:8,10,12,18
86:15 101:22
106:22 108:17,19
112:13,24 113:17
116:6,9 122:8
125:10,12 130:3
139:11 140:10,13
153:17,21 156:23
185:16 186:14,15
193:15,16 197:19
232:18 233:10,21
266:25 267:7,11
267:13 281:25
290:14,22,23
291:25 293:9,9,10
294:6 297:21
299:2 305:7,24
306:3,6,18 322:15
324:8 343:13,15
377:8 388:14
412:15
**remembered**
206:19
**remembering**
125:8
**remind** 5:8
**remotely** 190:24
**removed** 188:19
211:16
**repeat** 13:15 15:10
18:20 22:10 26:16

39:15 85:10 90:22
93:13 98:19
105:19 121:24
168:25 174:23
175:4,12 176:4
189:22 239:17
241:25 257:11
266:17 267:5
278:15 279:9
336:18 377:9
**repeated** 19:6
228:18
**repeatedly** 19:3
87:25 241:15,18
**repeating** 200:22
**repetition** 211:6
**replacing** 141:13
**report** 24:11,16,19
24:20,22,24 25:3
83:7,16,22,25
84:4,7,11 87:20
168:17,19 169:4
169:10,11,13
170:12 171:5
178:20 180:9
220:5 344:4,5,8
345:4,9 346:22
347:18,19 414:13
**reported** 55:12,14
111:19 235:25
330:22
**reporter** 1:20 3:15
3:18 4:18 413:15
416:11,19
**reporters** 142:7
**reports** 83:18 84:7
88:4,10,17,22,24
89:8,18 90:7,15
90:25 108:22,23
164:23 173:24
175:8 180:14
252:10 255:10,12
255:15
**reposition** 124:17
**repositioning**
124:20,22



**represent** 3:17,22
3:24 4:2 7:11
85:20 128:21
150:20 164:22
205:3
**representation**
119:7 180:19,20
**representations**
204:5 205:16
360:19
**representative**
125:21 129:25
403:24
**representatives**
344:20 345:2
**represented** 131:7
**representing** 88:13
140:5 166:15
199:8 235:6
274:11
**represents** 122:24
124:9 125:2
128:12,15
**reproduction**
416:17
**repulsive** 95:13
206:6
**reputation** 209:21
**request** 3:12 82:19
191:7,13,17
243:23
**require** 12:19
**required** 68:13
79:8 87:10
**requires** 8:3
**rereading** 148:6
**resemble** 142:19
**resent** 95:9 97:2
**reserves** 211:5
**residence** 155:22
**residences** 380:7
**resolving** 372:3
**resort** 35:2
**respect** 4:14 24:11
83:15 102:9,23
121:2 146:5

149:12 163:3
168:20 334:21
339:17
**respond** 23:12
54:10 360:8
368:24 369:21,23
375:2
**responded** 210:12
**responding** 368:13
**response** 4:21 5:2,3
5:4 6:11 210:24
281:2
**responsibilities**
59:17,20 76:17,23
92:2
**responsibility** 67:6
92:11,19
**responsible** 20:23
29:2 32:18 49:24
92:22 248:13
309:9,15 310:8
314:23 318:23
320:20 327:16
387:4 411:4
**result** 199:23
361:25
**resumed** 168:7
**resurfaced** 375:19
376:2
**retained** 275:16
**retold** 210:14 229:8
**returning** 150:17
**reuse** 222:20
**revealing** 394:16
**reveals** 25:4
**review** 285:10
**reviewing** 12:14
**reward** 351:6
**rewards** 351:12,17
351:24
████████ 124:17
████ 374:14
**rid** 341:14
**ridiculous** 159:18
**right** 7:4 20:17 27:7
73:11 93:17 96:7

98:8 99:8 105:11
118:8 142:8,15
153:24 189:11
211:5 241:5
247:20 249:4
267:20 286:18
311:25 327:21
343:2 352:20
372:12 391:21
**righthand** 24:24
150:10 151:25
158:5 159:23
234:14
**rings** 388:13
**rinse** 73:18
**rjta** 129:14
**roberts** 14:14,18,22
15:20 16:2,9,13
16:19,20 17:12,19
17:24 19:9,10,17
20:7 25:8,22 26:6
26:25 33:3 34:25
35:12,16 36:14,18
36:23 53:15,16
58:7 68:5,7 75:6
75:14,20 76:4
77:11,25 79:22
80:3 111:9,13
115:4,8 117:2,5
125:23 126:3,25
127:6,13 132:15
132:22 145:19
193:22 194:4
196:4,13,17,19,20
196:23 197:2,9,15
197:23 198:20
199:2,19 201:10
201:20 202:6
208:19 210:7,10
210:17,19 211:9
211:20 225:23
226:23 227:22
230:5 232:11,13
237:23 240:6
241:7 265:15
280:21 281:4

290:11,17 293:4
297:24 298:16,17
300:3 302:2,9
344:4,8,11,16,21
345:5 346:20,24
348:4 352:6
383:19 387:3
399:6,16,18,22
404:24 405:2
406:20 407:4,10
407:18
████████ 25:11,14
27:2,3
████████ 132:16
████████ 318:2
328:17 329:7,15
331:9 334:19
335:4
████████ 334:10
████████ 129:4 410:4
410:6
**role** 248:7 255:4
310:19
**romantic** 138:9,11
402:22
**room** 5:18 6:10,19
7:17 19:17 28:11
73:24,25 86:12,16
114:23 176:19
178:18 188:8
189:10 216:6,11
216:18 217:24
218:3,11,14 220:2
220:6 221:5,13,22
224:10 226:7
229:15 234:19
246:6 287:8,16
300:22 413:16
**rosen** 2:6 5:19
████ 201:9,18 202:4
202:11 203:16,25
209:20 210:5
273:2,6,13 348:21
349:15,19 350:6
353:8 354:13
361:5,17 391:7,9

391:16 405:14
████████ 374:14,16
374:22 376:2
**roughly** 324:22
403:19
**royal** 265:11
**rub** 60:4 86:20
**rubber** 73:8
**rubbing** 86:18
**rubbish** 31:5 36:7
36:22 78:12
206:20 337:10
**rule** 150:2
**ruled** 199:11
**rules** 4:13
**run** 11:23 12:19
97:20
**running** 12:4
**runs** 266:20
████ 150:18,20
151:3,3
**russia** 129:18 130:5
130:15,16
**russian** 167:3,8,13
167:17,20

─────────────
**S**
─────────────
**s** 2:18 3:7 4:6
115:13 125:21,25
126:13 134:4
168:4,4,4,6
346:20 348:4
380:13,16 407:23
408:24 414:10
**saf** 144:24
**sake** 7:16
**salacious** 31:4
182:20 210:15
**salaries** 50:2
**sale** 8:17 372:3
**salt** 2:14
**sampling** 128:8
**santa** 144:24,25
145:15,15 146:6
148:12,14,16,17
**sao** 148:21 149:17



150:6 151:22
156:16 157:18
159:20 164:9
165:11 166:21
███ 47:15 48:17
48:18,25 49:8,17
56:21 57:4,6
255:3,19 328:21
328:25 329:2
378:11,21 395:16
396:5,9,12,14
411:15,21 412:9
412:17
**saturday** 366:5
398:23 399:2,13
**saw** 38:12 53:18
75:25 79:6 201:3
201:5 223:19
291:12
**saying** 30:20 35:14
61:6 69:9 90:6
95:12 122:15,18
123:25 124:5,6,11
125:5,6 139:25
150:17 154:25
197:23 200:16,23
202:16,24 203:8
203:18 205:4,6
206:25 208:24
211:8,13,19 215:4
216:22 217:18
219:17 221:10,11
224:16,17 233:11
235:2,14,20
236:16 249:16
250:9 274:14
293:7 299:6 303:8
303:10 329:24
339:5 343:13
348:4 356:24
361:21 365:13
**says** 25:8 34:11,12
34:15 72:16 73:4
82:9 85:23 86:5
86:11,12 87:2
108:23 118:19

120:9 122:17
124:8 125:18
129:22 132:15
140:4,7 144:17
150:12,13,13
151:2 153:25
154:2 156:17,18
158:18 159:25,25
160:6 164:12,14
165:14 167:2
197:21 204:7,8
205:15,17,21
209:7,9 210:2,6,9
210:14 262:8
264:11 265:10
266:5 302:22
303:2 319:20
321:5,8,9 331:10
345:20 346:5,17
347:19 348:16,25
349:3,21,23
353:14 356:7
361:17 366:6
369:2 391:17
398:11 399:12,13
405:18
**scandal** 374:14
**scarf** 340:25
**scenario** 292:13
**scenes** 405:19
**scheduled** 92:5
**scheme** 253:13,19
253:25
**schiller** 1:16 2:3
3:13,21
**school** 68:23 69:8
69:11,13,16
236:18 307:25
310:24 311:9,14
311:14,15,17
353:16
**schultz** 2:6 3:21
**scroll** 125:18
353:10
**se** 243:21
**search** 186:6,11,14

186:16 187:15
188:20
**sec** 408:12
**second** 26:13 34:23
35:6 99:9 140:7
149:16 169:23
215:11 219:6
229:12 264:9
266:16 326:4
346:16 353:3,11
353:24
**secondly** 44:10
**secret** 230:9 293:15
294:4
**secretary** 383:11
**section** 319:19,22
320:18,23 324:3
**security** 293:16
**see** 25:2 29:22 30:7
34:20 53:10 71:22
85:14,17,25 86:4
86:9 87:6 89:21
108:23 110:23
120:14,16,16
124:14 125:17,19
125:22 127:25
128:15 129:14,16
129:19,20 130:19
130:20 131:19,23
131:24,25 132:2,5
132:14,19 133:17
138:24 142:22
144:17,19 145:3,9
145:12 149:19
150:12,14 153:8
164:12 165:12
166:24 190:25
191:4,12 192:14
208:8 209:23
212:3,20 219:22
223:2,12 231:13
234:17 246:22
260:25 264:10,17
264:20,24 265:3
265:10 266:2
267:24 268:13,14

269:9,16,22 287:3
305:10 313:6
321:3,5,10 345:16
345:24 346:3,4,5
346:10,14 352:23
353:11,17 356:4,7
368:12,25 376:22
377:5 391:11,19
391:20,22 392:15
397:23 398:5
405:10,16
**seeing** 40:15 75:21
75:23 79:21
133:16 138:8
147:6 156:9
404:19
**seek** 211:6
**seen** 23:7 24:19
30:14,15,18 39:25
40:7,9 53:5 55:11
108:22,23 110:19
110:21 144:2
173:23 271:5,23
271:24 285:4
288:4,14,19,20
289:3,5,11 305:5
379:2 402:3 404:9
409:18
**sell** 76:21 273:25
**selling** 7:23
**semi** 190:22 193:18
194:10
**send** 34:17 57:24
298:3,6 304:14
345:21 346:7
410:22
**sending** 354:10,19
**sense** 23:22 257:25
**sensitive** 11:10
**sent** 167:8 209:24
256:18,23 296:21
297:10,14 303:17
304:8 385:20
411:24 412:6
**sentence** 361:17
**sentenced** 172:2,11

172:18 359:16
**sentencing** 33:9
**separate** 156:7
374:12
**september** 256:19
264:23 266:6,19
267:2,8,21
**sequence** 395:2,3
**serial** 105:17
**series** 298:22 309:6
**serious** 240:13
**seriously** 193:19
**served** 172:7,13
**service** 230:9
293:15 294:5
**services** 1:24
**set** 69:14 74:22
133:20,23 147:21
148:20 162:15,22
176:17,20 177:10
177:12 373:23,24
374:6,24 375:4,20
376:21 377:3
401:18
**setting** 176:9,14
**settle** 184:5
**sex** 9:10 38:21,25
46:6,13,18 52:21
52:25 53:13 55:2
58:7,11 61:14
62:3,19,24 64:2
64:10,16,19 65:8
69:25 70:6,12,17
70:21,22 71:2,8,9
71:12 74:3 75:3
76:3 83:2 87:4
94:15 95:8 96:23
100:11 115:4,7
116:21 117:3
158:21 159:3,10
167:20 183:11
184:2 197:15
198:14 204:9,21
205:5,21 215:24
216:6 226:24
227:23 232:11,15



MAGNA
LEGAL SERVICES

232:16 235:4,9,16
237:12,18 238:6
238:15,22 239:5,8
239:10,12,18
241:21 242:4,11
242:12,13,19,21
242:23,24 243:8
243:13 277:12
278:8,20 300:2
301:8 308:21,24
326:18,23 329:9
329:18 330:3,11
359:20 379:24
**sexual** 20:6 21:22
21:22 39:4 51:6
51:14 52:2,3,8,11
52:13 53:3,6,7,8
53:22 55:6,21
56:2 61:20 62:5,9
62:14 63:3 75:24
75:25 82:3,12,17
83:10 87:10 92:23
93:3,8 117:5,12
145:22 172:2,7
184:7 196:13,16
196:22 197:9
200:24 202:17,25
203:9,19 205:7
210:18 228:3
229:19,20 239:24
240:16,24 241:8
243:5 251:14,20
252:2,15,22 253:6
253:15,21 254:2
254:21 255:7
269:10,17,23
277:13,19 300:10
305:16 308:3,10
308:13 353:18,23
354:2,2 355:18
359:12 401:23
**sexually** 56:17
83:19 89:10
169:19 170:5
171:7,12 172:13
173:14 174:7,22

175:3,10,19 176:3
176:15 179:18
180:10 182:2,11
182:15 183:2
243:4
**shadow** 134:9
**shape** 352:16
**share** 283:2,17
285:16
**sheet** 417:6
████ 124:15,15,16
364:8,10,18,22
365:5,10,12,15,16
365:21 366:7,11
367:5,8,19
**shirt** 30:3
**shocked** 39:8
**shopper** 264:3
**shoppers** 263:21
**shopping** 111:24
233:5,11,12,13,24
234:2
**short** 7:9 373:3,4
**shouting** 181:17
**show** 71:19 180:14
283:23 284:12
285:12 318:9
334:14 374:2,5
**showed** 15:22
168:17 169:5
171:15 175:7
178:21 206:13
225:10 265:20
**showing** 34:3
109:22 259:21
285:17 384:23
405:6
**shown** 210:13
**shows** 282:10
285:20 405:22
**shut** 28:25 334:21
████ 363:22
364:3
**sick** 376:8 394:25
**side** 119:20 133:23
151:25 234:14,22

297:5,6,16 373:17
**signature** 152:4
391:7
**signed** 151:3 152:3
161:18
**sigrid** 2:5 3:12,19
**sincerely** 228:25
229:6
**singapore** 131:4
140:8 264:18,19
265:4,5,7
**single** 76:5 273:3
280:15 285:9
**singrid** 200:18
**sink** 73:18
**sister** 56:7,8
**sit** 29:18 31:10
35:19 36:10,25
97:13 99:6 124:3
125:6 206:24
290:11 375:11
**sitting** 176:19
207:7
**situation** 75:22,24
76:2 82:22 108:10
186:21 194:2
206:4 333:5
374:13 376:7,17
**situations** 383:18
**six** 31:10 81:9
375:16
████ 59:7 113:2
290:17 292:24
307:6,10
████ 290:2
129:20
**skill** 247:7,10
**skip** 111:2 166:22
334:17
**skips** 263:15
**sleep** 79:15
**slept** 79:20
**slower** 276:4
**small** 41:15 72:15
236:7 246:3
288:18 289:16

298:14
**smaller** 148:23
**smart** 277:9
**smoked** 404:21,23
**smoking** 404:25
**socalled** 105:16
**socially** 108:2
**sold** 8:2 197:4,4
372:5 381:21
**sole** 102:10 280:17
**soliciting** 359:17
**somebody** 9:22
28:12,14 29:21
41:11 60:15 64:14
72:2 92:19 138:7
161:18 164:3
179:23 185:25
201:6 204:16
205:2 216:10,15
217:4,5,13 218:23
240:12,24 247:3
261:16 293:18
310:21 322:14
338:13 354:10
**somebodys** 184:24
**someones** 316:25
**soon** 65:18 353:25
**sorry** 6:22 34:8
126:22 132:16
140:8 214:3
244:23 272:24
275:13 295:2
296:12 299:3
307:4,9 312:12
319:7 320:3
329:14 341:18
342:18,25 343:19
350:20 362:19
365:8 377:9
383:23 396:2
398:14 409:17
**sort** 21:12 80:15
190:15 191:11
234:24 287:21
293:15 375:24
**sorts** 31:14 288:2

375:21
**sound** 26:23 334:25
**sounds** 105:11
**source** 103:10,11
227:22
**sources** 102:14,15
**south** 2:14
**southern** 1:3 3:8
**spa** 213:15,18
████ 266:22
**spain** 132:8,8
141:21,21
**spam** 370:14
████ 124:18,18
124:20,21
**spas** 31:23 32:16
246:7
**speak** 66:2,3 167:3
299:23 300:15,16
302:6 399:21,24
**speaking** 18:15
26:6 214:10
226:19,22 396:17
**speaks** 126:8
170:24 239:13,19
240:17
**specific** 9:8 50:8
94:24 112:17
121:6 187:4
242:18 287:12,14
291:24 303:6
306:21 337:8
398:20 399:15
411:22
**specifically** 98:2
108:18 193:13
294:8 299:2 301:4
377:14
**specifics** 280:6
**specify** 162:20
**speculate** 178:23
178:24 179:2,4,5
179:6 180:3
240:22,23 241:3
298:20 326:3
**speculating** 306:5



**speculative** 241:4
**spending** 173:8
**spent** 18:7 138:7
 173:2,3 365:11
 367:13
**spoke** 17:14,22
 158:19 164:3
 296:18 297:19
 305:19 396:13
 399:10,20,25
**spoken** 195:13
 365:15,21
**spring** 112:14
**square** 72:15
**squares** 72:20
**st** 115:13 134:3,3,5
**stack** 252:9 273:3
 356:3
**staff** 11:23 55:14
 116:15 156:21
 157:14,16 187:8
 187:10,21
**staffing** 184:22
**stamp** 34:11
**stamped** 85:9
**stand** 66:22 123:4
**standard** 294:3
 401:17
**standing** 18:20
 215:21 218:4
 227:16 228:7
 234:20
**start** 96:22 100:11
 124:14 132:4
 190:6 220:2 368:3
**started** 10:9 96:18
 358:20 372:24
**starting** 68:2 118:5
 139:23 144:14
 168:11 208:16
 256:15 266:20
 294:16 327:12
 346:14,15
**starts** 144:23 215:9
**state** 1:20 3:16 5:22
 91:8 103:7 104:24

111:14 119:10
 192:5,9,23 193:18
 193:23 194:5
 215:17 226:2
 227:25 241:3
 268:24 344:15
 386:21 413:2
**stated** 25:8,14,16
 27:2,3 84:11
 86:16,23 87:3
 202:5 225:24
 280:21
**statement** 35:9
 55:20,24 95:25
 96:4 178:22
 200:22 201:8,17
 202:3,11 203:15
 205:12 209:6,9,11
 209:17,24,25
 210:3 212:24
 213:13,24 214:5
 215:8 230:6 235:3
 241:4 273:2,7,12
 273:15,18 274:6
 274:18,22,25
 275:2,3,9,16
 281:17 302:9
 329:19 330:3
 346:5 347:9 348:3
 348:6,8,10 349:10
 349:21 350:11
 357:11,18 358:14
 358:14 359:23
 361:6,11 362:7,23
 365:17 366:16,21
 367:2,4,8 374:8
 385:3,8,24,25
 386:10,13 391:23
 391:24,25 392:7
 392:20,25 393:5,7
 393:9 394:22
 399:23 405:25
**statements** 198:19
 198:25 199:18
 213:23 215:10
 356:11 357:23

359:5,10 360:12
 360:22 393:16,22
**states** 1:2 34:24
 98:13 132:21
 210:23 268:22
 276:6,16 279:13
 363:17 371:9
 372:9 377:11
 392:19 399:2
**stating** 201:9,19
 355:24
**statute** 353:21
 354:10 355:8,13
 355:24
**statutes** 355:4
**stay** 28:16 80:19
 81:10,18 108:14
 138:20 140:17
 156:20 157:13
 262:9 293:21
 379:4
**stayed** 80:21
 138:19,24 139:2,3
 139:4 379:6
 403:14
**staying** 28:21,23
 81:19 155:23
 262:10
**stems** 175:17
**step** 6:19
**stephenville** 132:5
 132:6
**stewardess** 140:23
**sticker** 141:10
**stimulate** 243:4
**stole** 330:17,19
 347:4
**stolen** 316:11,18
 317:3,8,14,25
 330:16 408:18
**stomping** 208:2
**stood** 218:20
**stop** 66:14 74:9,13
 93:17,18 94:11
 208:6 214:11
**stopped** 187:13

**stories** 31:3 35:17
 44:9 76:21 108:9
 111:17 175:5
 235:21
**story** 33:5 80:2,7
 82:8 108:5 180:5
 182:6 206:3
 207:11 210:14
 215:22 216:8,9
 218:18 226:18
 228:8,16,18,23
 229:8 230:8,9
 235:7,22 253:12
 274:2,3 290:20
 328:15 344:10
 349:13 350:8
 351:14,19 373:17
 376:2
**straddle** 27:14
**straight** 266:13
**strategy** 389:4
**street** 2:14 5:24
**strike** 23:10 98:9
**strings** 288:23
**strongest** 351:9
**strongly** 211:2,3
**study** 130:11
**stuff** 36:22 302:16
▮▮▮▮▮ 351:10
**subject** 6:13 20:4
 20:14,20 53:14
 103:25 135:4
 200:2 209:21
 241:7 348:25
 350:3 362:25
 370:23 399:6
**subjecting** 362:8
**subpoena** 1:14
 373:23 374:3,21
 374:23,24 375:4,5
 375:14,19
**subpoenaed** 373:12
 373:16,22 375:11
**subscribed** 417:11
**subsequent** 320:9
**substance** 400:9

417:6
**substantial** 12:19
**suddenly** 217:7
**suggest** 218:17
**suggested** 375:23
**suggesting** 9:9
 138:12
**suggestion** 369:10
**suggests** 351:17
**suit** 93:25 176:13
 346:19
**suits** 374:15
**sunday** 34:6 345:17
**supervised** 328:25
**supervising** 328:21
**supervision** 416:18
**supervisor** 328:11
 328:19
**supplied** 341:19
**supply** 341:24
**suppose** 166:12
**supposed** 149:6
 152:24 153:2,5,9
 211:17
**sure** 5:8 13:22
 17:11 54:18 65:23
 66:12 74:8 84:24
 85:11 119:24
 123:25 124:6
 125:7 129:18
 136:4 137:9
 139:17,20 142:11
 168:16 169:25
 198:8 201:16
 209:12 214:12
 222:22 232:5
 244:12 254:25
 271:6 274:21
 276:2,13,23
 278:17 279:11
 287:8 297:25
 303:12 315:18
 337:23 338:4,6
 347:16 348:12
 354:18 360:18
 366:13 373:3



402:12
**surfing** 372:13
**surprise** 325:14
**surprised** 39:9
325:24
**surround** 385:13
385:17
**surroundings**
114:6
**swaine** 391:9,13
**swap** 141:11
**swear** 3:18
███ 363:18
**swimming** 30:13
404:16
**sworn** 4:7 416:6
417:11
**system** 183:8

**T**

**t** 168:4 414:10
418:2
**tab** 119:23
**table** 86:13 207:21
208:7 228:25
**tail** 232:8 282:17
**take** 4:19 18:23
19:5 30:14 55:3
65:13 67:20 74:18
87:16 92:5 94:14
95:7 96:22 109:24
114:11 117:21
127:24 131:21
141:10 149:6
152:6 153:2 154:9
161:16,17 162:10
163:2,6,16 170:17
176:9 181:20
189:15,23 190:6
190:11 191:20
193:11,21 194:3
194:12,15 207:22
208:8,11 226:18
228:13,14 231:14
233:12,13 255:21
256:9 259:23

263:10 294:9
312:17 322:18
327:5 329:2 373:2
374:10 385:2,2
**taken** 1:14 3:11
113:25 114:4
143:16 149:9
150:12,25 151:7
160:12 163:12,25
164:5 166:3
191:16 192:4
193:24 254:11
404:16
**takes** 93:9
**talk** 4:23 7:6 33:18
46:22 53:14
174:18 175:6
176:7 182:5,9,13
182:16 183:4
195:17 197:22
204:25 206:2
220:19 296:4
297:23 302:19
303:3 362:17
365:12 376:16
399:14 400:2
**talked** 115:11
169:18 170:4,9
171:21 176:5
219:19 232:6
255:3 272:11,18
296:3 298:23
301:20 302:8
313:10 362:21
403:4
**talking** 10:16 11:5
17:16 18:7 23:2,3
23:19,21 25:21
41:12 64:21 68:20
68:25 69:6 70:25
75:5 82:16,21
93:21,23,23 94:25
96:6 98:17 99:21
121:16 123:21
126:17 128:3
136:3,14,15,20

137:21 139:10
141:16,18 154:16
159:14 168:14
170:2 182:12
188:15 189:7
195:22 214:15
215:21 216:4
217:16,25 219:7
219:13 220:23
229:24 254:7,24
258:7 264:25
265:2 278:2 279:2
286:23 300:24
302:25 308:7
313:11,21 327:13
329:13 330:24
335:18 337:9,23
340:24 342:11
343:7 350:22
375:7 377:24
381:4 382:14
411:11
**talks** 198:6
**tall** 45:10
**tallying** 107:15
**tasked** 60:2
**tasks** 59:24 66:16
███ 158:6,8,10
158:14 159:25
161:9,10,11,21,24
**taylor** 63:18 65:21
120:18 121:9
126:2 127:6
142:19,24
**tea** 236:4
**teach** 167:3
**teacher** 167:2
**teb** 118:19,22
120:15 144:24
**teenagers** 225:15
225:22
**telephone** 257:7,14
315:6,16
**telephones** 60:3
307:14 309:21
310:14,15

**tell** 29:20 35:18,24
40:19 42:8,11
43:14 56:16 60:10
61:4 77:15 89:22
91:2 114:17 115:3
115:6 125:7 142:5
151:3 152:19
157:21 159:10,16
171:14 173:17
196:10,12,18,19
196:21 197:14
200:11,13 206:2
219:3 230:5
232:10,14 241:13
253:11 263:3
268:7,13,14
274:19 286:14
303:22,22 305:9
320:8,21 324:6
327:24 331:14
334:19 338:22
351:23 357:17
358:12 363:8
364:21 373:16
394:7,19 395:24
398:11 400:6
**telling** 180:9 200:4
203:14 205:21
235:15 281:12
299:4 331:9
354:25 362:20
369:5,19 409:5
**tells** 283:4
**term** 32:21 138:4
386:4,16
**termed** 20:6
**terms** 184:22 246:2
**terramar** 371:15
371:20,22
**terrible** 177:8
182:21,22 183:6
229:8 240:6
**testified** 4:8 33:23
39:21 41:5,21
42:15 43:13 44:2
44:15,18 47:13

58:20,22 59:14
62:23 69:5 87:18
89:16 99:12 100:3
101:15 103:14
105:16 114:13
123:17 133:2
153:16 162:12
163:5,8 168:7
174:13 178:15
186:17 194:15
197:10 206:11,18
212:2 230:12
235:23 236:21,23
243:21 245:8,24
248:12 262:15
271:24 273:9
283:9 295:3
300:17 306:17
307:12 309:13
310:7 318:22
320:19 328:4
330:13 331:6,18
339:16 387:8
404:14 406:21
**testify** 23:18 24:7
30:25 46:5 59:3
63:2 78:7 81:14
83:23 84:5,9,10
86:3 89:19,21
90:13,14,15 95:2
95:22,24 96:2,3
105:17 112:16
119:9 122:5
123:12 124:10
125:8,13 127:2
128:14 129:3,6
156:14 161:11
165:8 173:22,25
174:3,11,14 177:2
178:19 182:19,23
187:17 195:14
196:14 201:3,6,6
203:25 204:3,14
204:16 205:14
206:8 212:10
220:24 221:2,3,11



221:13,20 222:3,5
222:6 223:9,15,17
223:19 227:5,20
228:11 237:6,7
238:19 239:6
240:11,15,25
241:16 243:19
245:15 248:23
249:2,5 252:6
255:13 265:19,21
267:12 268:12
271:8 272:8
281:25 294:4
298:21 299:22
301:12 314:7
316:9 324:14
325:20 328:2
329:22 330:7
332:17 333:7
335:22 336:6
337:16 338:17
347:16 350:8
387:15 402:13,18
402:24 403:5
410:19 411:19
**testifying** 27:8 29:6
90:9,10 95:21
123:24 178:11
204:13 239:2
249:20 338:16
**testimony** 5:10,15
8:11 15:18 16:22
16:23 35:11,20
36:11,17 40:5
83:9 90:17 122:23
123:19 124:24
126:23 128:22
130:13 157:23
161:15 183:14
193:16 214:13,21
272:2 280:20
282:11 299:13
320:4,15 323:23
334:10 338:15
341:22 343:4
352:5 355:22

374:4 376:20
384:5 416:8
**teterboro** 118:22
121:5 122:16
123:22 144:24
145:14
**text** 298:3,6 346:15
401:7
**thailand** 131:5,9
139:11,11,19
140:9,10,17,20
256:18,23 257:8
257:15,19,20,22
258:8,18,21,22
262:8,12,17,19,21
262:24 263:6
265:15,24 267:16
268:11
**thank** 7:18 34:15
346:5
█████████ 262:4
**thats** 5:6 7:21 9:13
11:8 12:20 23:9
26:12 30:4 55:2
80:15 83:22 85:18
85:20 88:18 91:21
94:17 95:19 119:5
124:6 138:15,16
140:2,3 142:22
152:5 153:10
164:20 168:15
172:10,17 176:18
183:21 196:25
199:14 208:2
212:4 215:15
216:5,13,22
217:19 218:6
224:20 227:15
231:24,24 232:5
241:5 245:8
252:10 266:11,15
267:9 273:20,23
275:2 277:13,19
280:18 282:7
285:6,15 286:8
302:14 307:5

310:4 312:5
337:10 338:6
339:13 340:8
343:4 348:16
349:11,12 353:9
357:3,10 358:23
362:18 365:25
370:4,19 371:16
372:6 373:20
374:12 375:4
384:11,12 401:21
402:7,15
**theft** 344:3,8,12,17
344:22 345:6
346:21,23 347:7
347:10,11
**therapist** 32:12
60:17
**therapists** 31:17,20
31:21 32:8,10
51:2,11,13,20,24
52:7,12 53:3
69:15
**therapy** 50:24
**theyre** 21:18 275:7
286:21
**thicker** 266:8
330:15 352:19
**thighs** 86:18
**thing** 76:10 159:18
174:17 182:9
184:19 226:10
230:11 332:18
336:9 337:24
339:24 357:20
358:16,19
**things** 15:12 52:17
66:20 69:16 73:8
76:9 82:17 86:3
169:18 170:17,18
176:5 178:19
179:23 193:12
196:2 197:22
200:6 202:14
212:3 235:11
236:5 240:6

259:10 303:3,7
335:17 375:22
384:9
**think** 6:20 56:25
60:14 67:20 72:9
77:8 81:8 91:22
96:17 99:7,8
100:14,18,23
107:8 113:23
117:9 118:7
119:16 120:8
133:25 134:3
147:21 166:18
168:14 170:24
173:8 185:16
190:3 195:5
196:10 198:5
204:20 206:18
208:10 211:14
212:19 218:21
224:8 225:13
226:6 230:7 231:7
231:8 232:19
246:4 247:2,5
248:3 255:2
271:18 275:17
279:19 282:15,23
284:14 286:8
291:5 295:3,11,12
295:13 312:5,8
313:6,16 326:12
339:22 349:11
350:7,15 353:15
353:15 354:9,17
354:24 355:4,23
366:8 375:16
378:19 382:13
383:21 384:12
388:24 390:11
391:24 396:2
397:10 400:8
410:16 412:23
**third** 25:7 229:12
**thought** 34:24
118:10 214:3
246:10 273:17

320:4 330:8 355:3
400:6
**thoughtful** 184:19
184:24
**thoughtfulness**
185:24
**thousands** 182:8
193:10
**threaten** 54:16
208:4 335:3 336:6
**threatened** 335:10
336:3
**threatening** 54:17
335:21
**threats** 207:25
**three** 85:14 127:25
322:19
**threepage** 391:4
**thrilled** 213:2
**time** 3:9 7:12 9:15
9:25 10:11,23
12:9 16:24 17:3
17:23 18:7,14,22
19:7,10 21:7
27:15,16,20 28:10
28:18 30:6,14,14
30:15,16,18 31:16
31:16,22,22 34:11
36:24 38:9,11,13
38:16 42:25 43:5
45:4 48:10 51:11
55:10 62:25,25
63:7 76:5 77:12
78:5,7,13,13
80:21,21 84:15,15
84:17 87:22 88:5
90:2,18 91:5
92:14,14 95:4
96:6,13,15 97:20
98:10,20 102:5,11
103:22 104:7,23
104:24,25 105:12
106:3,4,18,21
107:5 109:3,7
111:9,19 116:25
121:10 125:9



127:17 130:11
131:21 134:10,21
138:8 146:19
148:16,25 149:8
153:3 154:20,20
154:23,23 155:17
158:11 163:11
165:19 168:5
171:2 172:7,13
173:2,3,9 185:2
190:24 191:14,14
195:6,16 210:14
219:8,14 220:13
220:14 223:11
224:2,2 226:15,16
226:24 227:12,17
228:8,10,13,14,20
228:22 229:5,7,11
229:12,12,13,17
229:19,25 230:15
230:15,22 232:24
236:2 245:13
246:14,14 251:11
254:10 255:21,25
256:2 261:22
266:7 267:16
268:9,17 271:4
276:24 279:20,20
280:22 281:5,17
281:23 282:13
283:5,10,23
284:12,19,25
285:20 287:13
291:20 292:4,15
294:17,21 295:4,7
295:20 300:11
305:19 313:24
315:5,15 316:13
316:21 319:7
325:2,5 333:8
340:17 341:6
342:2,11,13 343:9
343:15 347:15
357:22 359:4,11
361:23 363:19
364:4,16,19

365:11 367:13,19
368:16 374:24
375:4,10,17,18,20
375:25 376:5,8,15
376:22 381:11
382:14 390:15
396:13,17,19
397:2 402:11
403:8,12,17,19
404:15,15 409:20
410:9,14 412:24
413:20
**timeframe** 293:12
**times** 40:7 42:4,6
42:13 43:21 44:6
50:16 61:12,13
76:20 78:16 79:8
90:23,23 91:6,22
110:18 115:20
116:5 123:10,12
137:11 160:16
164:4 167:4
205:18 251:10
254:20 255:6
296:7 305:5
324:23 409:21
**timing** 12:17
130:11 146:20
377:8
**tiring** 138:25
**tissue** 82:8 108:6,9
**tist** 125:19,20
**title** 353:7
**today** 3:9 5:11
35:18,19,20 36:10
36:11,17 37:2
65:24 97:14 99:6
108:17 124:3
156:20 157:13
167:6 168:17
176:11 191:2
194:19 202:12
206:24 208:22
224:9 283:9 295:3
299:13,19 339:16
372:2 381:4,5

388:8 395:16
398:9 404:13
409:19 413:3
**todays** 413:18
**told** 25:13 38:15
40:14 45:7 63:5
75:4 81:3 86:13
90:5,21 94:21
95:11 135:6,6
185:11,21 194:25
196:3,15,24
200:14 204:6,15
204:16,17 212:4
229:8 235:21
282:5 290:20
300:19 303:15
319:3 339:2
369:16 400:8
408:17,23 409:3
■ 124:18
**tomorrow** 34:18
160:2 346:8
**tonight** 154:4
**top** 24:24 30:15
72:14 85:13
120:10 124:14
125:16 132:13
133:5 144:17
150:10,12 151:24
158:5 164:12
166:24 190:14
209:17,19,23
234:24 261:19
264:10 265:10
266:5 345:15
351:3 352:24
356:4 367:24,25
369:4 392:15,21
398:5 404:17
405:9
**topless** 29:25 404:9
**tossed** 211:15
**total** 26:25 76:8
135:9 146:12
177:3 236:4
**totally** 95:9 135:4

207:16 230:8
**touch** 258:24 375:2
401:10
**touched** 52:15
86:21
**touching** 52:14,15
53:9 229:20
**towel** 86:16 194:10
**town** 103:23 108:15
111:5 112:3,6
114:2,7,23 232:2
232:23 234:10,16
339:17 372:4,5,11
**townhouse** 103:25
342:20
**toy** 71:2 242:20,22
242:24
**toys** 69:25 70:7,12
70:17,21,22 71:8
71:9 73:22 74:4
75:3 241:22 242:4
242:11,12,13,25
243:8,13
**track** 314:18
318:17
**trafficking** 20:6
21:22 335:13
**train** 81:21 82:2
156:21 157:14,16
276:18
**trained** 157:9
**training** 157:5
■ 111:12,18
236:9,11,12
**transaction** 104:5
382:3
**transcript** 5:5
71:17,22 72:6
414:15 416:16
**transcription** 417:4
**transcripts** 72:8
**transportation**
275:22 276:7,17
277:4,21 278:7,19
279:4,14,23 280:9
**trap** 94:19 245:7

**trapped** 94:20
**travel** 38:17 48:12
60:22 65:21
108:20 136:25
147:4,11 263:22
263:22 264:3,4,17
267:24 279:19
293:15 401:11,15
410:21,25 411:9
411:13
**traveled** 43:21
48:11 105:6
208:25 211:9,20
212:17 263:20
401:12,13
**traveling** 105:25
109:14 147:17
265:23 267:14
268:8 306:7
378:11 387:3,9,11
**treated** 210:20
**trial** 403:5
**tricky** 91:21
**tried** 25:14 383:16
**trip** 108:19 109:3,8
109:12,18 131:12
132:20 138:17,22
138:23,25 139:9
139:15 140:14
141:18,20 144:3
145:14 146:11,12
146:13,15,15,20
147:3,5 231:10
233:19 258:22
265:15 266:25
267:7,13 268:16
411:20,23
**trips** 146:16,23
387:19
**true** 26:12 39:9
80:8 91:2 108:7
177:8 197:24
198:2,4,12 204:14
206:3 210:11
211:18 215:3,3



231:24 257:24,24
274:23 275:3,6,7
301:19 328:19
330:4 334:12
348:10 412:25
416:7
**truth** 205:21
331:10 405:23,24
**truthful** 5:10,15
329:10,19
**try** 170:25 203:7
276:14 310:16
311:9 312:3
321:23
**trying** 36:5 69:7
94:3,19 150:24
152:13 245:7
266:12 354:24
355:5 363:24
376:6
**tub** 236:7
■■■■ 266:23
**tuesday** 160:2
161:22
**turn** 24:23 34:8,9
34:22 72:4 129:8
159:19 164:9
240:7 262:2 265:8
346:16 352:18,22
353:25 356:2
361:14 375:15
399:11
**turned** 86:19
216:12 318:2
**turning** 120:22
264:9
**twice** 312:8
**two** 11:3 72:7 112:9
120:3,11 143:22
164:4 167:4
169:17,25 170:17
170:18 193:25
198:8 209:25
353:20 375:7
379:11 401:7
410:18

**type** 50:18 179:21
193:25 194:13
228:3 236:7 244:3
244:3 278:10,22
288:8,12 370:15
401:9
**types** 191:6 246:2
288:7
**typical** 294:2
**typically** 92:10,18
151:6 155:19
218:10 219:21,24
223:21,22 288:23
293:14,18 294:2
311:7,8 325:7

—————
**U**
**u** 3:7 115:13 125:21
125:25 126:13
134:4 345:22
346:20 348:4
380:13,16 390:14
407:23 408:24
**uhhuh** 130:24
131:2 144:21
164:11 346:13
363:16 366:3
391:12 392:23
405:12,17
**un** 380:3
**unable** 7:11,12
92:20
**unanswered** 413:4
**unattractive** 183:6
192:19
**unavailable** 394:7
394:20,23
**unaware** 27:9
**uncircumcised**
86:23
**underage** 27:9
51:21 53:19,20
65:10 82:23 83:2
83:16 84:7,17
87:9,19 88:4
89:25 93:22,23

94:22,23 97:5,6
97:15,21 98:2
99:13 100:4
116:16 154:10
166:16 173:12
201:2 202:19
203:3,11,20
204:10,22 205:8
205:22 220:22,24
221:4,14,21 222:4
222:7 224:18
251:14,21 252:2
252:15,23 253:7
253:14,20 254:2
254:20 255:6,22
301:9 329:8,16
330:2,9 335:13
351:11 359:17
401:20
**underaged** 88:9
223:5 359:17
**underneath** 132:6
149:25 153:25
265:11
**understand** 9:5,6
9:17 21:2 37:21
39:23 48:23 54:14
69:8 78:4 94:5
97:10 100:19
108:5 118:21,25
126:11 127:10
128:16 138:3
150:25 152:13
171:3 197:12
200:8 203:17
212:15 214:13
261:7 276:2,13
300:23 332:4
348:23 351:4
361:18 376:13
391:2,8 394:11
**understandable**
169:3
**understanding**
88:19,21 150:11
222:17 288:17

379:3 395:5,8
**unethical** 182:21
183:6,9
**unfairness** 368:21
**unflattering** 389:16
**unfortunate** 225:14
**united** 1:2 98:13
132:21 268:22
273:15 362:14
371:8 372:9
377:10
**university** 2:14
311:18,19,22,24
312:3,6,10 353:16
**unsavory** 211:3
**untrue** 210:13
**unusual** 30:7,9,16
305:8 306:19
**update** 318:14
**updated** 322:7
**updating** 318:23
**upset** 87:2
**upstairs** 17:25
18:23 227:9
**use** 25:17 77:11
95:10 110:24
111:17 135:20
183:6 186:24
187:3 188:2,2,4,6
188:9 209:9 248:6
253:14 289:24
321:24 324:16
410:22,24 411:10
**usual** 44:10
**usually** 293:20
**usvi** 189:19 190:17
248:20
**utah** 2:14
**utilized** 320:7

—————
**V**
**vaginal** 52:15
**vaguely** 388:13
■■■■■■■■■■
**vanity** 356:6

**varied** 51:10
**various** 12:18
15:12 214:22
322:21
**vary** 51:6
**verbal** 5:4
**version** 34:17 72:9
142:20 148:23
315:24 345:21
346:7 351:10
**versus** 3:6 241:4
327:25
■■■■■■■■

**vhhh** 129:16
**vibrator** 71:2
**vibrators** 73:5
**vicinity** 28:12
**victim** 27:4 239:13
239:19,25 240:17
240:24
**victoria** 210:9
**videographer** 2:22
3:2,14 4:18 67:22
67:25 117:25
118:4 167:24
168:10 208:12,15
256:11,14 294:11
294:14 327:7,10
373:6,9 412:25
413:15,17
**videotaped** 1:13
**view** 75:18
**views** 298:16,17,20
298:21
**vile** 206:7
**violated** 355:8,13
**virgin** 115:13
125:21,25 126:14
127:4,12 134:4
351:10 380:13,16
388:15
**virginia** 1:5 3:6
14:9,14,18,22
15:4,19 16:12
18:25 19:9,10,17



26:14 33:3,20
36:23 53:15,16
57:24 58:6,10
65:9,9 68:5,6,11
68:13,18,23 75:14
75:19,22 76:4,7
77:11,15,20,25
79:7,13,14,15,22
80:3,22 81:10,18
81:21 82:2 87:24
88:2 90:25 105:13
105:14 106:5,12
106:12 108:4,12
108:14,20 111:4,8
111:13,23 114:23
115:4,7,24 116:21
117:2,4 120:18
121:8 122:17
123:23 124:21,22
125:23 126:2,24
127:6,13 132:15
132:22 133:3
135:3,5 143:16
144:7,9 145:19
146:22 171:24
174:12,20,25
175:4,13 176:7,7
176:9,12,14,17
177:2,11,12,22,23
177:25 178:16,17
179:24,24 180:4
182:4,5,13,17
183:4,5,16,20,23
193:21 194:3,7
195:19 196:4,13
196:16,19,20,22
196:25 197:9,15
197:23 198:19,25
199:19 200:16,25
200:25 201:10,19
202:6,12,18,18
203:2,2,10,10,20
203:20 204:7
207:2 208:18,25
210:7,10 211:9,20
218:2 224:4

225:23 226:23
227:17,22 229:17
229:19,21 230:5
232:11,12 233:25
234:3 236:17,25
237:6,23 240:6
241:7 242:8
250:20 251:9,12
254:9,15 256:18
256:22 257:5,12
257:18 258:17
260:19 262:11,16
263:6 265:15,23
267:16 268:10
275:4 280:21
281:4,16,23
282:13 283:23
284:12,19,25
285:13,20 290:10
290:17,21 293:3
297:23 298:16,17
300:2,11 302:2,8
302:14,21 303:11
303:17 304:15
344:4,8,11,16,21
345:5 346:24
352:6 355:2
361:11,22,24
362:7,25 383:19
383:22 384:10,20
387:3,9 399:6,15
399:18,22 404:24
405:2 406:9,19
407:4,10,17
**virginias** 18:8 30:5
31:2 69:22 89:20
90:10,11,13
104:18 107:2
171:21 175:5
182:6 183:13
204:3 212:6 232:8
235:3 241:14
273:18 303:25
351:6,13,14,17,19
351:24 352:12,14
**visa** 45:14,19 46:2

**visas** 100:6,9
**visit** 17:9 31:22
80:24 112:10
115:10,16 116:8
163:25 247:7
293:16 312:2
328:6
**visited** 17:7 115:21
115:23 116:3
134:2 409:15
**visiting** 84:18
112:13 115:18
**visits** 31:25 32:17
246:13,25
**voice** 405:23
**vowel** 363:23 364:3
**vr** 145:3,10 348:25
350:3,11 405:21
405:23

_____

## W

**w** 4:6 168:6
**wages** 60:18
**wait** 7:19
**waiver** 286:7,7
**walk** 17:24 18:10
**walked** 219:17
**walking** 49:2
**wall** 234:15,19
**want** 6:16 11:7
23:10 36:21 53:13
86:2 125:15
128:10 132:3
133:22 138:12
141:11 142:20
148:4,5,9 150:4,9
171:2 177:9,24
179:14 181:17
195:5 200:11,13
222:22 223:2
230:24 231:15
234:5 238:13
248:6 250:14
251:6 257:2,3
278:15 288:9
309:4 318:8

322:17 334:11
337:23 338:4,6
346:15 352:22
361:14,19 363:18
364:2,25 370:16
370:23 373:5
390:4
**wanted** 8:14,20
15:12 77:16 79:9
219:23 247:10
257:4 314:10
315:11 338:22
339:2,5 345:21
357:16 359:9
364:9 373:4
**wants** 6:25 7:10
154:3
**warrant** 186:7,11
186:15,16 188:20
**wasnt** 78:5,7,8
81:16 153:7
211:17 214:23,23
217:2,6,13,14,15
217:22 218:23
282:20 305:11
314:24 331:23
354:9 355:23
**watch** 29:19 334:20
**way** 8:11 11:2
28:14 32:14 68:14
89:18 97:7 142:17
157:19 163:23
183:7 193:4
201:23 218:15
221:25 222:17
227:9 253:24
272:14 291:24
321:20 335:4,10
344:25 352:16
364:14 402:4
404:13
**ways** 322:13
**wear** 68:19,23
117:6,13
**wearing** 86:17
**weary** 4:25

**wedding** 377:2,11
377:13
**week** 161:23 296:4
**weeks** 377:3,4,7
**weissing** 2:8
**went** 32:15 132:20
134:12 140:19
141:20 148:11
173:10,17,20,24
175:8 197:3,10
212:21 227:9
235:22,24 257:18
257:20,21 258:8
258:18,21 298:22
307:24 311:16,19
311:20,23,25
312:6,8 348:11
374:16,25 376:3
376:17
**west** 19:11 29:8
**weve** 65:12 144:22
192:8 246:20
249:15 254:14
259:20 299:19
383:21 402:11
■■■■ 117:6,13
314:11 380:22,22
381:3,21 403:9,24
404:7
■■■■ 379:5
**whats** 36:24 58:17
102:17 149:11
211:13 213:4
215:3 242:19
243:6 259:21
306:20 328:14
340:22 348:3
384:23
**whatsoever** 109:17
232:21 236:8
247:22 258:24
**whilst** 8:18 12:6
229:5 277:8
**white** 141:9,14
**whos** 277:16
**wide** 66:23



**willing** 310:23
**withdraw** 357:25
**withdrawing** 358:3
**withheld** 286:16
**witness** 4:7 15:17
  21:19 23:5,12
  44:2 54:16 74:10
  83:12 106:7 119:4
  119:7 178:11
  181:2 235:18
  259:13,16 265:2
  320:15 323:22
  334:14 335:20
  358:6,17 380:5
  386:10,23 413:4
  416:5,8
**witnessed** 55:12
**witnesses** 336:5
**witnessing** 145:21
**woman** 10:4 31:25
  189:23 220:13
  246:9,12 275:22
  278:19 280:10
  324:25
**women** 9:18 27:17
  116:14 190:8
  191:15 276:7,18
  277:4,22 278:7
  279:4,14,23
  370:20 401:20
**wonderful** 60:23
**wondering** 149:22
  358:24
**wont** 94:15 96:3
  179:5
**wood** 234:24
**word** 95:10 97:10
  97:11,14 222:12
  222:15,19,21,24
  247:20 248:6
  249:8,8 363:22
  382:22,25
**words** 4:19 5:3 30:2
  96:10 98:12
  128:20 138:19
  139:5 215:2,18

226:3 274:5,18
  275:5 293:22
  321:24 359:25
**work** 6:4 8:24 9:16
  9:20,23 10:2,7,10
  10:12,22 12:23
  29:18 41:11,22
  47:20 50:5,17,18
  59:12 60:25 67:9
  101:11,20 102:9
  103:11 105:15
  116:15 137:17
  146:12,15,17,23
  147:5 148:11
  150:21 152:7
  162:10,15 188:6
  233:9 245:14
  247:21 248:9
  272:3 310:9 311:7
  311:10 312:3
  370:13 382:17
  397:6 409:13
  412:2,8
**worked** 48:6 49:25
  63:22 72:3 77:12
  84:13 88:5 104:2
  146:25 187:7
  213:12,14,18
  225:16,22,24
  247:14 248:18
  249:6 255:3,21
  256:3 271:14
  307:10 313:14
  316:14 317:6,17
  329:6 347:5
  374:17,19 404:5
  408:17,23 409:5
  409:20 412:21
**working** 10:9,22
  29:2 34:16 35:2
  50:11 52:13 66:14
  75:7 81:8 84:12
  84:16 87:22 89:12
  90:3,18 92:2
  98:11,20 101:16
  103:23 104:7

105:13 106:5
  116:20 148:25
  215:5 218:7,25
  219:20 317:10
  320:5 322:3
  327:16 346:6
  348:14 360:15
  368:20 381:12
  382:15 388:7
  396:25 397:2
  405:19 407:24
**works** 137:17
  224:20 272:19
**world** 97:3 210:16
  230:16 276:23,25
**worry** 117:16
**wouldnt** 28:19
  38:19 71:9 78:12
  108:8 122:8
  135:16,19 191:4
  191:12 263:4,7
  285:18 294:5
  296:25 297:2,3
  303:12 315:17
  324:8 326:21
  327:3 378:9,14
  402:19
**wrap** 373:5
**write** 149:7 151:9
  152:15 160:11
  360:11
**writing** 273:24
  274:3 386:14
**written** 35:13
  206:20 228:18
**wrong** 139:20
  140:2 145:4
  214:16 220:7
  330:14 335:17
  373:25
**wrote** 35:9,23 36:4
  36:5,9,24 151:13
  206:22 368:5
  385:3,9,19,19
  391:20

|   |   | X |   |   |
| --- | --- | --- | --- | --- |

**x** 1:4,10 4:6 168:6
  414:3,10

|   |   | Y |   |   |
| --- | --- | --- | --- | --- |

**yeah** 107:9 141:25
  271:17 300:25
  371:19
**year** 9:18 11:3
  17:10 25:15 33:7
  84:21 91:5,13
  121:13 122:9
  158:22 159:4,11
  165:23 167:16,20
  186:16 250:16,20
  250:23 251:2,2
  282:19,21 296:2
  379:11 401:16
**years** 26:22 35:3
  37:12,24 38:10
  39:5 59:4 84:22
  85:24 86:5 89:12
  94:25 95:25 96:4
  96:5,9 102:3
  126:17,21 158:19
  167:4,8,14 208:22
  229:3 249:2
  294:22 305:22
  353:18,22,23
  374:17 376:3
  403:21 411:12
  ■ 1:3,17,17,21
  1:25,25 3:8,12
  5:20 79:14,16,20
  79:22 80:18,19,20
  80:23 91:10 103:6
  112:11,14,22,25
  113:18,20 134:19
  189:18 190:17
  248:19 264:12,13
  264:19,23 287:17
  293:17 381:22,22
  389:4 398:7
  399:12 411:9
**young** 220:4 311:17
**younger** 25:14,18

25:23 26:6 226:8
**youngest** 12:22
  13:4
**youre** 29:6 129:13
  131:19 132:4
  138:23 145:6
  219:17 221:11
  234:19 235:14
  285:17 332:5,23
  343:13 346:2
**youve** 20:6 21:13
  112:20 175:7
  192:4 221:24
  224:17 225:24
  263:20 288:3
  294:20 348:22
  389:24 403:12
  404:12 409:18

|   |   | Z |   |   |
| --- | --- | --- | --- | --- |

|   |   | 0 |   |   |
| --- | --- | --- | --- | --- |

**00** 373:9
**000** 103:13,16,21
  185:12,20,22
  233:14,15,22
  340:19,24 342:22
  343:5,10,18
  371:25
**0001** 398:6
**000109** 72:24
**0002** 399:11
**00040** 85:9,11
**000424** 141:15
**00068** 209:15,19
**00071** 352:21,25
**000744** 119:22
**000746** 131:18
  141:20,23
**000747** 144:16
**000759** 129:9
**000767** 266:15,18
**00088** 356:3
**000919** 265:9
**001044** 361:16
**001060** 367:25



**00109** 34:6,10
  345:15
**00110** 346:16
**001454** 151:20
**001456** 158:3
**001663** 319:18
  321:7
**003191** 259:22
**003192** 259:22
**0034** 113:24
**00376** 264:10 266:5
**00407** 234:11
**00721** 118:18
**00745** 125:15
**00759** 139:22
**01452** 164:9
**01456** 148:21
**02** 67:22 152:2
**03** 152:2 153:25
**04** 1:18 3:10 150:14
  158:6 159:24
  160:23 164:13
  294:14
**05** 353:21
**08** 117:23
**09** 117:25

---
**1**

**1** 3:4 24:20 34:20
  83:6,13,13 152:2
  153:25 166:25
  168:5,10 208:12
  263:15 414:13
**10** 67:22,25 209:13
  256:14 273:5
  297:17 353:14
  361:5 362:22
  414:22
**100** 18:25 51:5
  60:21 103:13,18
  103:20 137:6
  185:12 229:9
  230:11
**1000** 135:8 183:3
  228:2,12
**10026** 1:25

**109** 72:21 414:16
**10th** 2:17
**11** 117:23,25 118:4
  164:13 259:11,20
  259:22 353:6
  355:2 368:2,4
  405:8,15 414:23
**113** 414:17
**116** 5:24
**117** 414:18
**11th** 120:10,13
  132:20
**12** 6:2 34:7,11,11
  167:24 263:8,14
  345:17 347:14
  351:4 379:11
  414:24
**1200** 1:24
**13** 37:12,23 39:5
  165:19,22 208:15
  312:14,15 414:25
**133** 414:19
**14** 42:20 126:21
  345:11,12 352:20
  415:3
**143** 414:20
**1454** 151:19
**1456** 151:22
**147** 414:21
**14th** 120:11
**15** 33:6 126:21
  158:10 161:9
  207:9 251:5
  348:17,19 355:2
  363:14 368:5
  415:4
**150** 2:17
**15cv07433rws** 1:7
**16** 26:22 43:12
  85:24 86:5 167:8
  167:14,16,20
  251:2 273:19
  282:19 350:23,24
  353:18,20,23,25
  411:11 415:5
**16th** 282:17

**17** 33:4,19 94:25
  95:25 96:4,5
  109:2,7 121:13
  122:9,13 206:15
  208:22 224:10,15
  224:21,22 225:9
  225:24 226:9,10
  226:11 250:7,15
  250:20,20,23
  251:9 254:15,17
  273:21 280:21,23
  281:5,17,23 282:7
  282:13,19 283:4
  283:10 284:12,19
  284:25 285:13,20
  353:23 355:3
  360:25 361:2
  383:22 384:11,20
  411:11 415:6
**18** 13:8,11,17 14:2
  14:11,19 15:9
  22:9,13,17,20
  23:8,15,23 25:6
  27:9,19,22 28:21
  29:7,16 30:19,25
  32:3,12,23 33:14
  35:3 38:2 43:9
  46:10,14 56:11,23
  57:7 58:17 64:6
  67:25 83:17 95:6
  99:11,23 100:7
  107:21 116:8
  121:21 122:3
  153:15 157:6,10
  157:12,16 158:18
  158:22 159:4,11
  161:8 162:21,23
  163:3,17 164:7
  188:11,12 189:24
  189:24 190:4,5,9
  190:20 222:6
  224:5 225:3
  246:19 247:15
  248:2,8,20 249:14
  249:19,25 250:5
  250:12 275:23

**276**:8,19,20 277:4
  277:22 278:8,20
  279:5,14,24
  280:10 325:17
  339:9,13 353:19
  354:3 363:12
  379:18,23 380:6
  380:15 382:7,17
  383:5,14,15,20
  384:2,16 387:12
  401:21 402:6,8,15
  402:22 411:11
  415:7
**19** 72:17,21,22
  365:23 415:8
**1961** 6:2
**1990s** 412:16
**1991** 101:4,10,13
  294:19
**1992** 10:6,10 11:20
  11:25 12:7 21:7
  96:18,20 101:16
  101:19 410:14
**1994** 403:10
**1995** 403:10
**1999** 123:11 340:18
  341:2 365:9

---
**2**

**2** 33:25 34:4 68:3
  153:25 158:6
  208:15 209:20
  256:11 361:12
  362:24 399:4,23
  414:14
**20** 296:24 297:15
  367:21,22 415:9
**200** 25:11 51:5
  60:21 103:21
**2000** 17:10 96:7
  120:10 121:4
  282:16,22 342:15
  403:21
**2000s** 410:18
  412:16
**2001** 66:15 101:24

**112**:15 125:17
  126:17 131:24
  144:17 342:15
  343:7,14 388:6
**2002** 10:12,21
  66:15 105:9 106:3
  129:10 139:25
  256:19 258:10,17
  261:15,22 266:6
  266:20 267:2,8
  270:12 271:15
  272:21 342:15
  343:7,14 365:9
  366:9,22 367:9,16
  403:21 410:19
**2003** 10:12,21
  155:13,21 156:2,3
  187:14,14,19
  188:15,16 189:9
  270:12 271:15
  272:21 410:20
**2004** 85:2,4 91:6,13
  313:7 320:2
  327:15 328:3,10
  328:17,21 333:13
**2005** 84:23,25
  123:11 166:8,12
  166:25 313:7
  320:2 327:15
  328:3,8 333:13
  396:15
**2006** 396:15
**2008** 11:3
**2009** 11:3,25 21:7
  84:13 96:19,20
  185:9 373:12
  394:5,18,22
  410:16
**2011** 34:7,11 35:15
  35:16,24,25
  345:17 347:14
  348:6,7,11 353:6
  353:14 356:5
  357:22 359:4
**2014** 296:10,14,22
  297:11 298:9



**2015** 201:9,19
202:5 209:20
273:8,13 297:20
348:18,23 351:4
361:5,12,24
362:24 363:15
365:4,6,7 366:2,6
366:21 368:2
369:25 370:6,12
384:25 390:23
398:7,23 399:3,4
399:19,23 405:9
405:15
**2016** 1:18 3:9
416:12 417:12
**209** 414:22
**21** 168:5,10 384:21
384:24,25 390:23
391:19,22 415:10
**21st** 266:20 267:9
**22** 1:18 3:9 129:13
130:20 139:23
390:19,21 415:11
416:12
**22nd** 125:18 129:13
**23** 25:15 392:12
415:12
**24** 348:18,23
353:19,21,21
366:6 398:2,3
414:13 415:13
**24th** 354:4
**25** 139:25 150:14
167:24 366:2
405:3,4,7 415:14
**259** 414:23
**25th** 140:8
**26** 118:4 150:3
**263** 414:24
**27** 144:20 264:23
266:6 267:21
392:16,18
**27th** 266:21 267:10
**28** 24:23 25:7 26:24
275:23 276:8,19
276:20 277:4,22

278:8,20 279:5,15
279:24 280:10
**2830** 150:6 156:16
**2832** 157:18,25
**2841** 159:20
**29** 144:20
**2994** 165:11
**29th** 145:6,8
**2nd** 155:13

———————
**3**
**3** 71:17,20 118:6
167:25 210:7,7
256:14 294:11
353:14 398:6,23
399:3,13 414:15
**30** 59:3 83:8,16
84:2,7 87:20 88:4
88:9,15,19 89:2,7
89:19 90:6 180:8
180:15 296:10,14
296:22 297:11
298:9
**300** 42:7 123:10
**3008** 166:22
**30th** 127:4
**31** 144:20
**312** 414:25
**33** 414:14
**33301** 2:5,10
**345** 415:3
**348** 415:4,5
**361** 415:6
**363** 415:7
**365** 415:8
**367** 415:9
**370** 334:11
**375** 263:15
**383** 2:14
**384** 415:10
**39** 85:8 327:7
**390** 415:11
**392** 415:12
**398** 415:13

———————
**4**

**4** 34:8,11,23,24
109:20,23 150:14
168:11 294:14
327:7,10 414:7,16
**40** 10:5
**400** 42:10
**401** 2:4
**405** 415:14
**425** 2:10
**43** 413:19,20
**44** 120:5
**457** 264:12
**49** 373:6
**4th** 264:12

———————
**5**
**5** 113:21 132:2,2
158:6 208:16
233:14,15,22
373:6 414:17
**50** 10:5 114:20
297:4 340:19,24
342:22 343:5,10
343:18 371:25
374:17 376:3
**500** 103:16,18
185:20,21,22
**51** 294:11
**5203106** 259:2,25
**54** 9:18 96:9 327:10
**56** 208:12
**575** 1:16 3:11
**58** 256:11
**5th** 132:13,19

———————
**6**

**6** 117:19 166:25
256:15 263:15
266:12 373:9
413:19,20 414:18
**65th** 5:24
**6th** 132:19

———————
**7**
**7** 60:19 133:4,6
159:24 160:23

263:15 294:16
414:19
**70** 352:23
**70s** 58:25
**71** 414:15
**744** 120:6
**746** 128:4
**76** 72:5,11,14 73:3
73:11
**794** 353:21

———————
**8**
**8** 60:19 143:4,10
164:13 263:15
327:12 356:5
414:20
**80** 263:15
**80203** 2:18
**80s** 59:2 376:12
408:11
**84112** 2:14
**89** 376:8,8
**8th** 132:19

———————
**9**
**9** 1:18 3:10 60:19
147:23,25 159:24
160:23 263:15
368:5 414:21
**90s** 91:25 295:14
376:12 381:13
403:20,20,22
404:4 410:17
**91** 319:17 321:7
**917** 259:2,25
**919** 263:16
**920** 263:16
**921** 263:16
**922** 263:16
**923** 263:16
**924** 263:16
**925** 263:16
**926** 263:17
**98** 104:12
**99** 104:12 188:16
366:9,22 367:9,16

**9th** 132:19

