

Sigrid S. McCawley<br>
Telephone: (954) 356-0011<br>
Email: smccawley@bsfllp.com

October 26, 2023

**VIA ECF**

The Honorable Loretta A. Preska
District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Giuffre v. Maxwell*,
               **Case No. 15-cv-7433-LAP**

Dear Judge Preska,

    The Parties, the Miami Herald, and Doe 107 write in response to the Court's August 24, 2023, order.  ECF No. 1306.  Based on counsel's representations concerning Doe 107's safety in her current country, the Parties and the Miami Herald consent to redacting Doe 107's name and any personally identifying information in the docket entries that the Court previously ordered unsealed.  Giuffre's and the Miami Herald's consent to such redactions is based on circumstances specific to Doe 107 and does not extend to other purported victims living in countries without the same risks of physical harm.

    The Parties therefore respectfully request the Court's permission to maintain the redactions to Doe 107's name and personally identifying information.

Sincerely,

| | |
|---|---|
| /s/ Sigrid S. McCawley | /s/ Richard Levitt |
| Sigrid S. McCawley | Richard Levitt |
| Counsel for Plaintiff | Counsel for Doe 107 |
| | |
| /s/ Laura Menninger | /s/ Christine N. Waltz |
| Laura Menninger | Christine N. Waltz |
| Counsel for Defendant | Counsel for Miami Herald |

cc:  Counsel of Record  (via ECF)

BOIES SCHILLER FLEXNER LLP

401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com