UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VIRGINIA GIUFFRE,                              15-CR-7433 (LAP)

      -against-

GHISLAINE MAXWELL,                             NOTICE OF APPEARANCE

      *Defendant.*
-------------------------------------------------------------X

    PLEASE TAKE NOTICE that RICHARD WARE LEVITT, an attorney duly admitted to practice in the Courts of this District since February 1977, hereby appears as counsel of record for Objector JOHN DOE 107 in the above-captioned matter.

Dated: New York, New York
       December 20, 2023

                                        Yours, etc.,

                                        */s/ Richard Levitt*
                                        _____
                                        Richard W. Levitt
                                        Levitt & Kaizer
                                        rlevitt@landklaw.com
                                        40 Fulton Street, 17th Floor
                                        New York, N.Y. 10038
                                        Tel. 212-480-4000
                                        *Attorneys for Objector Doe 107*