```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| VIRGINIA GIUFFRE,<br><br>              Plaintiff,<br><br> -against-<br><br> GHISLAINE MAXWELL,<br><br>              Defendant. | 15 Civ. 7433 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

On December 18, 2023, the Court entered an order (dkt. no. 1315) summarizing its findings following a particularized review of the documents noted therein and immediately staying its order for fourteen days to allow any impacted Doe an opportunity to appeal.

The Court received inquiries from two Does seeking to remain under seal. The first of these two Does is Doe 107, whom the Court granted an extension of time until January 22, 2024, to submit support for her assertion that unsealing would cause her physical harm. (See dkt. no. 1318.) The second inquiry was submitted by Doe 110 and is currently under review by the Court.

With the exception of the documents relating to these Does, the parties have informed the Court that they will begin filing the unsealed records outlined in this Court's December 18 Order later today. The Court will render its determination on the documents relating to Does 107 and 110 in due course.

**SO ORDERED.**

Dated:     January 3, 2024
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge