# EXHIBIT 4

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - -x
VIRGINIA L. GIUFFRE,

          Plaintiff,
                                   Case No.:
     -against-                     15-cv-07433-RWS

GHISLAINE MAXWELL,

          Defendants.

- - - - - - - - - - - - - - - - - - - - -x

               **CONFIDENTIAL**

       Videotaped deposition of GHISLAINE
   MAXWELL, taken pursuant to subpoena, was
   held at the law offices of BOIES
   SCHILLER & FLEXNER, 575 Lexington
   Avenue, New York, New York, commencing
   April 22, 2016, 9:04 a.m., on the above
   date, before Leslie Fagin, a Court
   Reporter and Notary Public in the State
   of New York.

                    - - -

         MAGNA LEGAL SERVICES
      1200 Avenue of the Americas
        New York, New York 10026



```
 1
 2     APPEARANCES:
 3
       BOIES SCHILLER & FLEXNER, LLP
 4     Attorneys for Plaintiff
               401 East Las Olas Boulevard
 5             Fort Lauderdatle, Florida, 33301
       BY:     SIGRID McCAWLEY, ESQUIRE
 6             MEREDITH SCHULTZ, ESQUIRE
               EMMA ROSEN, PARALEGAL
 7
 8
       FARMER JAFFE WEISSING EDWARDS FISTOS &
 9     LEHRMAN, P.L.
               Attorneys for Plaintiff
10             425 N. Andrews Avenue
               Fort Lauderdale, Florida 33301
11     BY:     BRAD EDWARDS, ESQUIRE
12
13     PAUL G. CASSELL, ESQUIRE
       Attorneys for Plaintiff
14             383 South University Street
               Salt Lake City, Utah 84112
15
16
       HADDON MORGAN FOREMAN
17     Attorneys for Defendant
               150 East 10th Avenu
18             Denver, Colorado 80203
       BY:     JEFFREY S. PAGLIUCA, ESQUIRE
19             LAURA A. MENNINGER, ESQUIRE
20
21     Also Present:
22        James Christe, videographer
23
24
25
```



```
                                                  Page 60
 1           G Maxwell - Confidential
 2      A.   She was tasked to answer
 3   telephones.
 4      Q.   Did you ever ask her to rub
 5   Jeffrey's feet?
 6           MR. PAGLIUCA:  Objection to the
 7      form and foundation.
 8      A.   I believe that I have read that,
 9   but I don't have any memory of it.
10      Q.   Did you ever tell Johanna that she
11   would get extra money if she provided Jeffrey
12   massages?
13      A.   I was always happy to give career
14   advice to people and I think that becoming
15   somebody in the healthcare profession, either
16   exercise instructor or nutritionist or
17   professional massage therapist is an
18   excellent job opportunity.  Hourly wages are
19   around 7, 8, $9 and as a professional
20   healthcare provider you can earn somewhere
21   between as we have established 100 to $200
22   and to be able to travel and have a job that
23   pays that is a wonderful job opportunity.  So
24   in the context of advising people for
25   opportunities for work, it is possible that I
```



```
                                                        Page 61
 1          G Maxwell - Confidential
 2    would have said that she should explore that
 3    as an option.
 4         Q.    Did you tell her she would get
 5    extra money if she massaged Jeffrey?
 6         A.    I'm just saying, I cannot recall
 7    the exact conversation.  I give career advice
 8    and I have done that.
 9         Q.    Did you ever have Johanna massage
10    you?
11         A.    I did.
12         Q.    How many times?
13         A.    I don't recall how many times.
14         Q.    Was there sex involved?
15         A.    No.
16         Q.    Did you ever instruct Johanna to
17    massage Glenn Dubin?
18         A.    I don't believe -- I have no
19    recollection of it.
20         Q.    Did you ever have sexual contact
21    with Johanna?
22             MR. PAGLIUCA:  Object to the form
23         and foundation.  You need to give me an
24         opportunity to get in between the
25         questions.
```



```
                                                      Page 62
 1          G Maxwell - Confidential
 2              Anything that involves consensual
 3      sex on your part, I'm instructing you
 4      not to answer.
 5      Q.   Did you ever have sexual contact
 6  with Johanna?
 7      A.   Again, she is an adult --
 8      Q.   I'm asking you, did you ever have
 9  sexual contact with Johanna?
10      A.   I've just been instructed not to
11  answer.
12      Q.   On what basis?
13      A.   You have to ask my lawyer.
14      Q.   Did you ever have sexual contact
15  with Johanna that was not consensual on
16  Johanna's part?
17          MR. PAGLIUCA:  You can answer
18      nonconsensual.
19      A.   I've never had nonconsensual sex
20  with anybody.
21      Q.   Not Annie Farmer?
22          MR. PAGLIUCA:  Objection.
23      A.   I just testified I never had
24  nonconsensual sex with anybody ever, at any
25  time, at anyplace, at any time, with anybody.
```

