COMPOSITE EXHIBIT A

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
VIRGINIA L. GIUFFRE,

        Plaintiff,

                    Case No.:
   -against-           15-cv-07433-RWS

GHISLAINE MAXWELL,

        Defendants.

- - - - - - - - - - - - - - - - - - - - x

              **CONFIDENTIAL**

       Videotaped deposition of GHISLAINE
MAXWELL, taken pursuant to subpoena, was
held at the law offices of BOIES
SCHILLER & FLEXNER, 575 Lexington
Avenue, New York, New York, commencing
April 22, 2016, 9:04 a.m., on the above
date, before Leslie Fagin, a Court
Reporter and Notary Public in the State
of New York.

                - - -

     MAGNA LEGAL SERVICES
  1200 Avenue of the Americas
   New York, New York 10026



Page 2

```
 1
 2    APPEARANCES:
 3
      BOIES SCHILLER & FLEXNER, LLP
 4    Attorneys for Plaintiff
                401 East Las Olas Boulevard
 5              Fort Lauderdatle, Florida, 33301
      BY:       SIGRID McCAWLEY, ESQUIRE
 6              MEREDITH SCHULTZ, ESQUIRE
                EMMA ROSEN, PARALEGAL
 7
 8
      FARMER JAFFE WEISSING EDWARDS FISTOS &
 9    LEHRMAN, P.L.
                Attorneys for Plaintiff
10              425 N. Andrews Avenue
                Fort Lauderdale, Florida 33301
11    BY:       BRAD EDWARDS, ESQUIRE
12
13    PAUL G. CASSELL, ESQUIRE
      Attorneys for Plaintiff
14              383 South University Street
                Salt Lake City, Utah 84112
15
16
      HADDON MORGAN FOREMAN
17    Attorneys for Defendant
                150 East 10th Avenu
18              Denver, Colorado 80203
      BY:       JEFFREY S. PAGLIUCA, ESQUIRE
19              LAURA A. MENNINGER, ESQUIRE
20
21    Also Present:
22        James Christe, videographer
23
24
25
```



Questions About People Under the Age of 18 at Epstein's Home

Page 13

```
 1          G Maxwell - Confidential
 2      Q.   You can answer.
 3      A.   I have not any idea exactly of the
 4 youngest adult employee that I hired for
 5 Jeffrey.
 6      Q.   When you say adult employee, did
 7 you ever hire someone that was under the age
 8 of 18?
 9      A.   Never.
10      Q.   Did you ever bring someone who was
11 under -- invite someone under the age of 18
12 to Jeffrey's home, any of his homes?
13          MR. PAGLIUCA:  Object to the form
14      foundation.
15      A.   Can you repeat the question?
16      Q.   Did you ever invite anybody who was
17 under the age of 18 to Jeffrey's homes?
18          MR. PAGLIUCA:  Same objections.
19      A.   I have a number of friends that
20 have children and friends of mine that have
21 kids and in the invitation of my friends and
22 their kids, I'm sure I may have invited some
23 of my friend's kids to come.
24      Q.   Anybody that is not a friend of
25 yours.
```



Questions About Meeting the Plaintiff and
Massages with Plaintiff

Page 16

1            G Maxwell - Confidential

2        A.    Ms. Roberts held herself out --

3        Q.    I'm not asking how she held herself

4    out.  I'm asking how she arrived at the home.

5    Did you meet her and invite her to come to

6    the home or how did she arrive there?

7            MR. PAGLIUCA:  Object to the form

8        and foundation.

9        A.    Ms. Roberts held her to be a

10   masseuse and her mother drove her to the

11   house.

12       Q.    When did you first meet Virginia

13   Roberts?

14       A.    I don't have a recollection of the

15   first meeting.

16       Q.    Do you recall meeting her at

17   Mar-a-Lago?

18       A.    Like I said, I don't have a

19   recollection of meeting Ms. Roberts.

20       Q.    So you recall Ms. Roberts being

21   brought to the home by her mother, is that

22   your testimony?

23       A.    That is my testimony.

24       Q.    And that is the first time you met

25   her?





```
 1          G Maxwell - Confidential
 2          A.    Like I said, I don't recall meeting
 3     her the first time.  I do remember her mother
 4     bringing her to the house.
 5          Q.    Are you a member at Mar-a-Lago?
 6          A.    No.
 7          Q.    Have you visited Mar-a-Lago?
 8          A.    Yes.
 9          Q.    Did you visit Mar-a-Lago in the
10     year 2000?
11          A.    I'm pretty sure I did.
12          Q.    When Ms. Roberts arrived at the
13     home with her mother, what happened?
14          A.    I spoke to her mother outside of
15     the house and she -- what I don't recall is
16     exactly what happened because I was talking
17     to her mother the entire she was in the
18     house.
19          Q.    Did you introduce Ms. Roberts to
20     Jeffrey Epstein?
21          A.    I don't recall how she actually met
22     Mr. Epstein.  As I said, I spoke to her
23     mother the entire time outside the house.
24          Q.    Did you walk Ms. Roberts up to the
25     upstairs location at the Palm Beach house to
```



```
 1          G Maxwell - Confidential
 2   absolutely everything that took place in that
 3   first meeting.  She has lied repeatedly,
 4   often and is just an awful fantasist.  So
 5   very difficult for anything to take place
 6   that she repeated because I was with her
 7   mother the entire time.
 8       Q.   So did you have -- did you give a
 9   massage with Virginia Roberts and Mr. Epstein
10   during the first time Virginia Roberts was at
11   the West Palm Beach house?
12          MR. PAGLIUCA:  Object to the form
13       and foundation.
14       Q.   Yes or no?
15       A.   No.
16       Q.   Have you ever given a massage with
17   Virginia Roberts in the room and Jeffrey
18   Epstein?
19          MR. PAGLIUCA:  Object to the form
20       and foundation.
21       A.   No.
22       Q.   Have you ever given Jeffrey Epstein
23   a massage?
24          MR. PAGLIUCA:  Object to the form,
25       foundation.  And I'm going to instruct
```



Questions About Massages with Minors

1          G Maxwell - Confidential

2      questions.

3            MR. PAGLIUCA:  I'm instructing her

4      not to answer.

5            MS. McCAWLEY:  Then we will be back

6      here again.

7      Q.   Have you ever given a massage to

8  Mr. Epstein with a female that was under the

9  age of 18?

10     A.   Can you repeat the question?

11     Q.   Yes.  Have you ever given a massage

12 to Mr. Epstein with a female that was under

13 the age of 18?

14     A.   No.

15     Q.   Have you ever observed Mr. Epstein

16 having a massage given by an individual, a

17 female, who was under the age of 18?

18     A.   No.

19     Q.   Have you ever observed females

20 under the age of 18 in the presence of

21 Jeffrey Epstein at his home?

22            MR. PAGLIUCA:  Object to the form

23      and foundation.

24     A.   Again, I have friends that have

25 children --



Questions About Hiring Massage Therapists

Page 31

```
 1          G Maxwell - Confidential
 2    -- just another one of Virginia's many
 3    fictitious lies and stories to make this a
 4    salacious event to get interest and press.
 5    It's absolute rubbish.
 6          Q.    Were you in charge of hiring
 7    individuals to provide massages for Jeffrey
 8    Epstein?
 9          A.    My job included hiring many people.
10    There were six homes.  As I sit here, I hired
11    assistants, I hired architects, I hired
12    decorators, I hired cooks, I hired cleaners,
13    I hired gardeners, I hired pool people, I
14    hired pilots, I hired all sorts of people.
15              In the course and a very small part
16    of my job was from from time to time to find
17    adult professional massage therapists for
18    Jeffrey.
19          Q.    When you say adult professional
20    massage therapists, where did you find these
21    massage therapists?
22          A.    From time to time I would visit
23    professional spas, I would receive a massage
24    and if the massage was good I would ask that
25    man or woman if they did home visits.
```



Questions About ████████ and Nadia Marcinkova

1          G Maxwell - Confidential

2    here today I do not.

3          Q.   Ms. Maxwell, when did you first

4    meet ████████████████

5               MR. PAGLIUCA:  Object to the form

6          and foundation.

7          A.   I have no idea when I met her.

8          Q.   Do you know how old she was when

9    you met her?

10         A.   I have no idea how old she was when

11   I met her.

12         Q.   Is it possible she was 13 years old

13   when you first met her?

14              MR. PAGLIUCA:  Object to the form

15         and foundation.

16         A.   ████████████████████████████

████ ███████████████████████████ ████████

18   may have been in the house when Jeffrey was

19   in the house.  I have no idea how old she

20   was.

21         Q.   I understand she was with ████

22   ██████

23              I'm asking if ██████████████ was 13

24   years old when you first met her?

25         A.   I have no idea.



```
 1          G Maxwell - Confidential
 2          Q.   Was she under 18 when you first met
 3     her?
 4          A.   I have no idea how old she was when
 5     I first met her.
 6          Q.   Did she look like a child when you
 7     first met her?
 8          A.   I don't remember what she looked
 9     like at the time she was in the house.
10          Q.   How many years have you known her?
11          A.   I can only recall the last time I
12     saw her.
13          Q.   When was the first time you met
14     her?
15          A.   Again, I just told you, I don't
16     recall the first time I met her.
17          Q.   Did ███████████ travel with you
18     on Jeffrey's planes?
19          A.   I wouldn't remember if ████ was on
20     the plane or not.
21          Q.   Did you ever have sex with ████
22     ██████
23          A.   No.
24          Q.   Did you ever observe Jeffrey having
25     sex with ████████████
```



Page 39

```
 1            G Maxwell - Confidential
 2      A.    No.
 3      Q.    Were you aware that Jeffrey was
 4   having sexual contact with ███████████ when
 5   she was 13 years old?
 6            MR. PAGLIUCA:  Object to the form
 7        and foundation.
 8      A.    I would be very shocked and
 9   surprised if that were true.
10      Q.    Were you in the house when ███████
███   ████████ was in the house in a private area
12   with Jeffrey Epstein?
13            MR. PAGLIUCA:  Object to the form
14        and foundation.
15      A.    Can you repeat the question.
16      Q.    Were you ever in the Palm Beach
17   house when Jeffrey Epstein was in the house
18   with ██████████████?
19            MR. PAGLIUCA:  Object to the form
20        and foundation.
21      A.    I've already testified that I have
22   met her and that she was there ████████████
23   ████████   I don't understand what your
24   question is asking.
25      Q.    So you have never seen ████████
```



Page 40

```
 1          G Maxwell - Confidential
 2     ████████████████████████████████
 3          MR. PAGLIUCA:  Object to the form
 4     and foundation.
 5     Q.   Is that your testimony?
 6     A.   I already said I don't recall all
 7  the times I've seen her and I have no memory
 8  of that.
 9     Q.   Have you ever seen █████████████ in
10  the house with Jeffrey Epstein ███████████
11  █████████
12          MR. PAGLIUCA:  Object to the form
13     and foundation.
14     A.   I just told you I don't recall
15  seeing ██████
16     Q.   Were you ever involved in an orgy
17  with ████████████████
18     A.   No, absolutely not.
19     Q.   Can you tell me, do you know an
20  individual by the name of Nadia Marcinkova?
21     A.   I do.
22     Q.   How did you meet Nadia Marcinkova?
23     A.   At some point she was a friend of
24  Jeffrey's and I recall meeting her at some
25  point.
```



```
 1          G Maxwell - Confidential
 2     Q.   Did Jeffrey arrange for a visa for
 3   Nadia Marcinkova?
 4     A.   I don't know what Jeffrey did.  I
 5   cannot testify what Jeffrey did.
 6     Q.   Was Nadia involved in sex with
 7   Jeffrey and other girls?
 8          MR. PAGLIUCA:  Object to the form
 9     and foundation.
10     Q.   Girls under the age of 18?
11          MR. PAGLIUCA:  Same objection.
12     A.   I have no idea.
13     Q.   Was Nadia involved with sex with
14   Jeffrey and girls over the age of 18?
15          MR. PAGLIUCA:  Same objection.
16     A.   I have no idea.
17     Q.   Did Nadia recruit other girls for
18   sex with Jeffrey?
19          MR. PAGLIUCA:  Object to the form
20     and foundation.
21     A.   I have no idea.
22     Q.   Do you still talk to Nadia?
23     A.   No.
24     Q.   Is she a pilot?
25     A.   I have no idea.
```



Questions About Mr. Epstein and Sex

Page 53

```
 1          G Maxwell - Confidential
 2   acts.  I'm asking whether any of the massage
 3   therapists performed sexual acts for Mr.
 4   Epstein, as I have just described?
 5       A.   I have never seen anybody have
 6   sexual intercourse with with Jeffrey, ever.
 7       Q.   I'm not asking about sexual
 8   intercourse.  I'm asking about any sexual
 9   act, touching of the breast -- did you ever
10   see -- can you read back the question?
11          (Record read.)
12       A.   I'm not addressing any questions
13   about consensual adult sex.  If you want to
14   talk about what the subject matter, which is
15   defamation and lying, Virginia Roberts, that
16   you and Virginia Roberts are participating in
17   perpetrating her lies, I'm happy to address
18   those.  I never saw any inappropriate
19   underage activities with Jeffrey ever.
20       Q.   I'm not asking about underage.  I'm
21   asking about whether any of the masseuses
22   that were at the home perform sexual acts for
23   Jeffrey Epstein?
24       A.   I have just answered the question.
25       Q.   No, you haven't.
```



Questions About Sarah Kellen, Glen Dubin, Plaintiff, Johanna Sjoberg, Annie Farmer and Sex

Page 54

```
 1           G Maxwell - Confidential
 2      A.   I have.
 3      Q.   No, you haven't.
 4      A.   Yes, I have.
 5      Q.   You are refusing to answer the
 6 question.
 7      A.   Let's move on.
 8      Q.   I'm in charge of the deposition.  I
 9 say when we move on and when we don't.
10           You are here to respond to my
11 questions.  If you are refusing to answer the
12 court will bring you back for another
13 deposition to answer these questions.
14           Do you understand that?
15           MR. PAGLIUCA:  You don't need to
16      threaten the witness.
17           MS. McCAWLEY:  I'm not threatening
18      her.  I'm making sure the record is
19      clear.
20           MR. PAGLIUCA:  Certainly can you
21      apply to have someone come back and the
22      court may or may not have her come back
23      again.
24           Again, she is not answering
25      questions that relate to adult consent
```



Page 55

1           G Maxwell - Confidential

2           sex acts.  Period.  And that's the

3           instruction and we can take it up with

4           the court.

5           Q.   Ms. Maxwell, are you aware of any

6      sexual acts with masseuses and Jeffrey

7      Epstein that were nonconsensual?

8           A.   No.

9           Q.   How do you know that?

10          A.   All the time that I have been in

11     the house I have never seen, heard, nor

12     witnessed, nor have reported to me that any

13     activities took place, that people were in

14     distress, either reported to me by the staff

15     or anyone else.  I base my answer based on

16     that.

17          Q.   Are you familiar with a person by

18     the name of Annie Farmer?

19          A.   I am.

20          Q.   Has Annie Farmer given a statement

21     to police about you performing sexual acts on

22     her?

23          A.   I have not heard that.

24          Q.   Has Annie Farmer given a statement

25     to police about Jeffrey Epstein performing



Page 57

1          G Maxwell - Confidential

2          asked and answered already.

3      Q.   You can answer the question.

4      A.   I have no idea what Sarah Kellen

5    did.

6      Q.   You never observed Sarah Kellen

7    with girls under the age of 18 at Jeffrey's

8    home?

9          MR. PAGLIUCA:  Object to the form

10         and foundation.

11     A.   The answer is no, I have no idea.

12     Q.   Do you know Glenn Dubin?

13     A.   I do.

14     Q.   What is your relationship with

15   Glenn Dubin?

16         MR. PAGLIUCA:  Object to the form.

17     A.   What do you mean what is my

18   relationship.

19     Q.   Are you friendly with him, how do

20   you know him?

21     A.   He is the husband of Eva Dubin.

22     Q.   Is Eva Dubin one of your friends?

23     A.   Yes.

24     Q.   Did you ever send Virginia to

25   Glenn's condo at the Breakers to give him a



Page 58

```
 1          G Maxwell - Confidential
 2    massage?
 3          MR. PAGLIUCA:  Objection to the
 4       form and foundation.
 5       A.  No.
 6       Q.  Did you ever instruct Virginia
 7    Roberts to have sex with Glenn?
 8          MR. PAGLIUCA:  Objection to the
 9       form and foundation.
10       A.  I have never instructed Virginia to
11    have sex with anybody ever.
12       Q.  How old was Eva Anderson when she
13    met Jeffrey?
14          MR. PAGLIUCA:  Objection to the
15       form and foundation.
16       A.  I have no idea.
17       Q.  What's she under the age of 18?
18          MR. PAGLIUCA:  Objection to the
19       form and foundation.
20       A.  I just testified I have idea how
21    old she was.
22       Q.  You testified she was your friend.
23    You don't know how old she was when she met
24    Jeffrey?
25       A.  That happened sometime in the '70s,
```



Page 59

1           G Maxwell - Confidential

2    how would I know, or '80s.  I have no idea.

3    Can you testify to what your friends did 30

4    years ago?

5           Q.   You don't ask the questions here,

6    Ms. Maxwell.

7                What about Johanna Sjoberg, when

8    did you first meet Johanna?

9           A.   I don't recall the exact date.

10          Q.   Did you hire Johanna?

11          A.   I don't hire people, she came to

12   work at the house to answer phones.

13          Q.   Where did you meet her?

14          A.   I just testified, I don't recall

15   exactly when I met her.

16          Q.   Was one of your job

17   responsibilities to interview people that

18   would be then hired by Jeffrey?

19          A.   That was one of my

20   responsibilities.

21          Q.   Do you recall interviewing Johanna?

22          A.   I don't recall the exact interview,

23   no.

24          Q.   Do you know what tasks Johanna was

25   hired to performance?



Page 60

1           G Maxwell - Confidential

2      A.    She was tasked to answer

3   telephones.

4      Q.    Did you ever ask her to rub

5   Jeffrey's feet?

6           MR. PAGLIUCA:   Objection to the

7      form and foundation.

8      A.    I believe that I have read that,

9   but I don't have any memory of it.

10     Q.    Did you ever tell Johanna that she

11  would get extra money if she provided Jeffrey

12  massages?

13     A.    I was always happy to give career

14  advice to people and I think that becoming

15  somebody in the healthcare profession, either

16  exercise instructor or nutritionist or

17  professional massage therapist is an

18  excellent job opportunity.   Hourly wages are

19  around 7, 8, $9 and as a professional

20  healthcare provider you can earn somewhere

21  between as we have established 100 to $200

22  and to be able to travel and have a job that

23  pays that is a wonderful job opportunity.   So

24  in the context of advising people for

25  opportunities for work, it is possible that I



Page 61

 1          G Maxwell - Confidential
 2    would have said that she should explore that
 3    as an option.
 4         Q.   Did you tell her she would get
 5    extra money if she massaged Jeffrey?
 6         A.   I'm just saying, I cannot recall
 7    the exact conversation.  I give career advice
 8    and I have done that.
 9         Q.   Did you ever have Johanna massage
10    you?
11         A.   I did.
12         Q.   How many times?
13         A.   I don't recall how many times.
14         Q.   Was there sex involved?
15         A.   No.
16         Q.   Did you ever instruct Johanna to
17    massage Glenn Dubin?
18         A.   I don't believe -- I have no
19    recollection of it.
20         Q.   Did you ever have sexual contact
21    with Johanna?
22              MR. PAGLIUCA:  Object to the form
23         and foundation.  You need to give me an
24         opportunity to get in between the
25         questions.



Page 62

```
 1            G Maxwell - Confidential
 2            Anything that involves consensual
 3       sex on your part, I'm instructing you
 4       not to answer.
 5       Q.   Did you ever have sexual contact
 6   with Johanna?
 7       A.   Again, she is an adult --
 8       Q.   I'm asking you, did you ever have
 9   sexual contact with Johanna?
10       A.   I've just been instructed not to
11   answer.
12       Q.   On what basis?
13       A.   You have to ask my lawyer.
14       Q.   Did you ever have sexual contact
15   with Johanna that was not consensual on
16   Johanna's part?
17            MR. PAGLIUCA:  You can answer
18       nonconsensual.
19       A.   I've never had nonconsensual sex
20   with anybody.
21       Q.   Not Annie Farmer?
22            MR. PAGLIUCA:  Objection.
23       A.   I just testified I never had
24   nonconsensual sex with anybody ever, at any
25   time, at anyplace, at any time, with anybody.
```



Page 63

1          G Maxwell - Confidential

2      Q.   So if Johanna were to testify that

3  she did not consent to a sexual act that you

4  participated in --

5      A.   I just told you I have never ever

6  under any circumstances with anybody, at any

7  time, in anyplace, in any form had

8  nonconsensual relations with anybody.

9      Q.   Did you introduce Johanna to Prince

10  Andrew?

11          MR. PAGLIUCA:  Objection to the

12      form and foundation.

13      A.   I've, again, read that Johanna

14  claimed that she met or that she said she met

15  Prince Andrew.  I don't know if I was the one

16  who made the introduction or not.

17      Q.   Do you know a female by the name of

18  Emmy Taylor?

19      A.   I do.

20      Q.   How do you know her?

21      A.   Emmy was my assistant.

22      Q.   So she worked for you?

23      A.   Yes.

24      Q.   Did you hire her?

25      A.   Again, Jeffrey hired people.



Questions About Emmy, Virginia, and Ms. Maxwell Regarding Sex

Page 65

```
 1          G Maxwell - Confidential
 2      consensual issue involved, I instruct
 3      you not to answer.
 4      A.    Moving on.
 5      Q.    So you are refusing to answer that
 6  question?
 7      A.    I've been instructed by my lawyer.
 8      Q.    Did you ever have sex with Jeffrey,
 9  Emmy, Virginia and yourself when Virginia was
10  underage?
11      A.    Absolutely not.
12          MR. PAGLIUCA:  We've been going for
13      about an hour.  I would like to take a
14      five-minute break, please.
15          MS. McCAWLEY:  I'm almost done.
16          MR. PAGLIUCA:  You are not going to
17      allow a break.
18          MS. McCAWLEY:  As soon as I get
19      through my line of questioning, which is
20      perfectly appropriate.
21      Q.    Did Emmy Taylor travel with you and
22  Jeffrey to Europe?
23      A.    I'm sure she did.
24      Q.    What is she doing today?
25      A.    I have no idea.
```



Questions About Outfits and Sex Toys

Page 69

1           G Maxwell - Confidential

2     about.

3        Q.   So you didn't provide her with

4     that?

5        A.   As I just testified, I have no idea

6     what you are talking about.

7        Q.   I was trying to interpret whether

8     you didn't understand what a school girl

9     outfit was or you are saying that didn't

10    happen?

11       A.   I clearly know what a school girl

12    outfit is.  I have no recollection of

13    providing anybody with a school girl outfit.

14       Q.   Did you have a set of outfits used

15    by the massage therapists that would include

16    things like a school girl outfit or a black

17    patent leather outfit or anything of that

18    nature?

19           MR. PAGLIUCA:  Object to the form

20       and foundation.

21       A.   That would be just another one of

22    Virginia's lies.

23       Q.   You didn't have anything like that?

24       A.   I did not.

25       Q.   Did you have a basket of sex toys



Page 70

```
 1            G Maxwell - Confidential
 2    that you kept in the Palm Beach house?
 3            MR. PAGLIUCA:  Objection to the
 4        form and foundation.
 5        A.   First of all what do you mean.
 6        Q.   A laundry basket that contained sex
 7    toys in it?
 8            MR. PAGLIUCA:  Objection to the
 9        form and foundation.
10        A.   Can you ask the question again?
11        Q.   Did you have a laundry basket that
12    contained sex toys in it, in the Palm Beach
13    House?
14            MR. PAGLIUCA:  Objection to the
15        form and foundation.
16        Q.   Did you have a laundry basket of
17    sex toys in the Palm Beach house?
18            MR. PAGLIUCA:  Same objection.
19        Q.   You can answer.
20        A.   I don't recollect anything about a
21    laundry basket of sex toys.
22        Q.   Do you recollect having sex toys at
23    the Palm Beach house?
24        A.   You have to define what are you
25    talking about.
```



Questions About Plaintiff and Epstein and Sex

Page 75

 1          G Maxwell - Confidential
 2      Q.   Do you recall having a basket full
 3   of sex toys?
 4      A.   I already told you I did not.
 5      Q.   We were talking a moment ago about
 6   Ms. Roberts and her position as a masseuse,
 7   do you know what she was paid for working as
 8   a masseuse for Jeffrey Epstein?
 9      A.   I do not.
10      Q.   Did you ever pay her?
11      A.   I don't ever recall paying her.
12      Q.   Do you know what happened during
13   the massage appointments with Jeffrey Epstein
14   and Virginia Roberts?
15          MR. PAGLIUCA:  Objection to the
16      form and foundation.
17      A.   No.
18      Q.   Were you ever present to view a
19   massage between Jeffrey Epstein and Virginia
20   Roberts?
21      A.   I don't recollect ever seeing
22   Virginia and Jeffrey in a massage situation.
23      Q.   Do you ever recollect seeing them
24   in a sexual situation?
25      A.   I never saw them in a sexual



Page 76

1          G Maxwell - Confidential

2    situation.

3          Q.   Did you ever participate in sex

4    with Virginia Roberts and Jeffrey Epstein?

5          A.   I never ever at any single time at

6    any point ever at all participated in

7    anything with Virginia and Jeffrey.  And for

8    the record, she is an absolute total liar and

9    you all know she lied on multiple things and

10   that is just one other disgusting thing she

11   added.

12         Q.   Did you help her obtain an

13   apartment in Palm Beach to live in?

14              MR. PAGLIUCA:  Objection to the

15         form and foundation.

16         Q.   Was that part of your

17   responsibilities for Jeffrey?

18         A.   First of all, I didn't know she had

19   an apartment in Palm Beach.  I only learned

20   that from the many times you guys have gone

21   to the press to sell stories, so no.

22         Q.   Did you help her get a cell phone,

23   was that one of your responsibilities for

24   Jeffrey, to get her is a cell phone as part

25   of her masseuse obligations?



Questions About Training Plaintiff to Recruit Girls for Massages

```
 1          G Maxwell - Confidential
 2      form and foundation.
 3      A.   Like I told you, I don't recall her
 4  being at the house at all.
 5      Q.   How many homes does Jeffrey have?
 6          MR. PAGLIUCA:  Objection to the
 7      form and foundation.
 8      A.   When I was working for him, I think
 9  he had six maybe.
10      Q.   Would Virginia stay with him in
11  those homes?
12          MR. PAGLIUCA:  Objection to the
13      form and foundation.
14      A.   I can only testify for when I was
15  present with him and I cannot say what she
16  did when I wasn't present with him.
17      Q.   When you were present, would
18  Virginia stay in the homes with him?
19      A.   I don't recall her staying in the
20  houses.
21      Q.   Did you train Virginia on how to
22  recruit other girls for massages?
23          MR. PAGLIUCA:  Objection to the
24      form and foundation.
25      A.   No.
```



Page 82

1            G Maxwell - Confidential

2        Q.    Did you train Virginia on how to

3    recruit other girls to perform sexual

4    massages?

5              MR. PAGLIUCA:  Objection to the

6         form and foundation.

7        A.    No.  And it's absurd and her entire

8    story is one giant tissue of lies and

9    furthermore, she herself has -- if she says

10   that, you have to ask her about what she did.

11       Q.    Does Jeffrey like to have his

12   nipples pinched during sexual encounters?

13             MR. PAGLIUCA:  Objection to form

14        and foundation.

15       A.    I'm not referring to any advice on

16   my counsel.  I'm not talking about any adult

17   sexual things when I was with him.

18       Q.    When Jeffrey would have a massage,

19   would he request that the masseuse pinch his

20   nipples while he was having a massage?

21       A.    I'm not talking about anything with

22   consensual adult situation.

23       Q.    What about with underage --

24       A.    I am not aware of anything.

25       Q.    You are not aware of Jeffrey



Questions About Ms. Maxwell's Relationship with Mr. Epstein

1              G Maxwell - Confidential

2    has perpetrated, cannot tell you what is true

3    or factual or not.

4         Q.   You said you were in the home a

5    very limited time, so average in the year for

6    example, 2004, how many times would you have

7    been in his Palm Beach home?

8         A.   Very hard for me to state but very

9    little.

10        Q.   How about his New York home?

11        A.   Same.

12        Q.   Were you his girlfriend in that

13   year, in 2004?

14        A.   Define what you mean by girlfriend.

15        Q.   Were you in a relationship with him

16   where you would consider yourself his

17   girlfriend?

18        A.   No.

19        Q.   Did you ever consider yourself his

20   girlfriend?

21        A.   That's a tricky question.  There

22   were times when I would have liked to think

23   of myself as his girlfriend.

24        Q.   When would that have been?

25        A.   Probably in the early '90s.



Questions About Recruiting Girls, an Underage Girl in London, and Foreign Girls

Page 97

1          G Maxwell - Confidential

2          A.   First of all I resent and despise

3     the world recruit.  Would you like to define

4     what you mean by recruit and by girls, you

5     mean underage people.  I never had to do

6     anything with underage people.  So why don't

7     you reask the question in a way that I am

8     able to answer it.

9          Q.   I'm asking if you ever said that to

10    anybody.  So if you don't understand the word

11    recruit and you never used that word then the

12    answer to that question would be no.

13         A.   I have no memory as I sit here

14    today having used that word.

15         Q.   Did you ever meet an underage girl

16    in London to introduce her to Jeffrey to

17    provide him with a massage?

18              MR. PAGLIUCA:  Objection to the

19         form and foundation.

20         A.   Run that past me one more time.

21         Q.   Did you ever meet an underage girl

22    in London to introduce her to Jeffrey to

23    perform a massage?

24              MR. PAGLIUCA:  Same objection.

25         A.   Are you asking me if I met anybody



Page 98

```
 1            G Maxwell - Confidential
 2    that was underage in London specifically to
 3    provide a massage to Jeffrey, is that your
 4    question?
 5        Q.   Yes.
 6        A.   No.
 7        Q.   Do you know who Alexander Dixon is?
 8        A.   I don't recall her right now.
 9        Q.   Do you know if -- strike that.
10            During the time that you were
11    working for Jeffrey, did you ever observe any
12    foreign females, so in other words, not from
13    the United States, that were brought to
14    Jeffrey's home to perform massages?
15            MR. PAGLIUCA:  Objection to the
16        form and foundation.
17        A.   Females, what age are we talking?
18        Q.   Any age.
19        A.   Can you repeat the question?
20        Q.   During the time you were working
21    for Jeffrey, did you ever observe any foreign
22    females of any age that were at Jeffrey's
23    home to perform a massage?
24            MR. PAGLIUCA:  Objection to the
25        form and foundation.
```



Page 99

          G Maxwell - Confidential
1
2        A.   Are you asking me if any foreigner,
3   not an American person, gave Jeffrey a
4   massage?
5        Q.   Yes.
6        A.   Well, as I sit here today, I can't
7   think of anyone who is foreign.  Certainly --
8   I just can't think of anybody right this
9   second.
10       Q.   How about any foreign girls who
11  were under the age of 18?
12       A.   I already testified to not knowing
13  anything about underage girls.
14       Q.   Were there foreign girls who were
15  brought to Jeffrey's home by Jean Luc Brunel
16  for the purposes of providing massages?
17            MR. PAGLIUCA:  Objection to the
18       form and foundation.
19       A.   I am not aware of Jean Luc bringing
20  girls.  I have not no idea what you are
21  talking about.
22       Q.   You have never been around foreign
23  girls who are under the age of 18 at
24  Jeffrey's homes?
25            MR. PAGLIUCA:  Objection to the



Page 100

1           G Maxwell - Confidential

2       form and foundation.

3       A.   I already testified about not

4    knowing about underage girls.

5       Q.   Did you provide any assistance with

6    obtaining visas for foreign girls that were

7    under the age of 18?

8       A.   I've never participated in helping

9    people of any age to get visas.

10      Q.   Did Jeffrey, was it Jeffrey's

11   preference to start a massage with sex?

12           MR. PAGLIUCA:  Objection to the

13      form and foundation.

14      A.   I think you should ask that

15   question of Jeffrey.

16      Q.   Do you know?

17      A.   I don't believe that was his

18   preference.  I think -- you have to

19   understand, a massage -- perhaps you are not

20   really familiar with what massage is.

21      Q.   I am, I don't need a lecture on

22   massage.

23      A.   I think you do.

24           MR. PAGLIUCA:  No question pending.

25      She will ask you another question now.



Questions About Underage Girls, Sex with Jon Luc Brunel, and Outfits

1            G Maxwell - Confidential

2        Q.   Were you present on the island when

3    Prince Andrew visited?

4        A.   Yes.

5        Q.   How many times?

6        A.   I can only remember once.

7        Q.   Were there any girls under the age

8    of 18 on the island during that one visit

9    that you remember that were not family or

10   friends of or daughters of your friends?

11            MR. PAGLIUCA:  Objection to the

12        form and foundation.

13       A.   There were no girls on the island

14   at all.  No girls, no women, other than the

15   staff who work at the house.  Girls meaning,

16   I assume you are asking underage, but there

17   was nobody female outside of the cooks and

18   the cleaners.

19       Q.   Did you, as part of your duties in

20   working for Jeffrey, ever arrange for

21   Virginia to have sex with John Luc Brunel?

22            MR. PAGLIUCA:  Objection to the

23        form and foundation.

24       A.   Just for the record, I have never

25   at any time, at anyplace, in any moment ever



Page 117

```
 1           G Maxwell - Confidential
 2    asked Virginia Roberts or whatever she is
 3    called now to have sex with anybody.
 4         Q.   Did you ever provide Virginia
 5    Roberts with an outfit, an outfit of a sexual
 6    nature to wear for Les Wexner?
 7              MR. PAGLIUCA:  Objection to the
 8         form and foundation.
 9         A.   I think we addressed the outfit
10    issue.
11         Q.   I am asking you if you ever
12    provided her with an outfit of a sexual
13    nature to wear for Les Wexner?
14         A.   Categorically no.  You did get
15    that, I said categorically no
16         Q.   Don't worry I'm paying attention.
17         A.   You seemed very distracted in that
18    moment.
19              (Maxwell Exhibit 6, flight logs,
20         marked for identification.)
21         A.   Do you mind if I take a break for
22    the bathroom.
23         Q.   It's 11:08 and we are going to go
24    off the record now.
25              THE VIDEOGRAPHER:  It's now 11:09.
```



Questions About Pictures of Naked Girls

Page 188

    1           G Maxwell - Confidential
    2   people could use -- just like you would use
    3   if you needed to go online to get something,
    4   that people could use.
    5       Q.   Was that on a desk that you would
    6   use in your work capacity when you were at
    7   the house?
    8       A.   It was a desk, it was a room I was,
    9   I didn't really use that computer.
   10       Q.   Were there images of naked girls
   11   whether they be under the age of 18 or over
   12   the age of 18 on that computer?
   13       A.   I have no recollection of any naked
   14   people on that computer when I was there in
   15   2003, we are talking.
   16       Q.   What about from say '99 to 2003?
   17       A.   No, I can't recollect any naked
   18   pictures.
   19       Q.   Why were the computers removed from
   20   the house before the search warrant was
   21   executed?
   22           MR. PAGLIUCA:  Objection to the
   23       form and foundation.
   24       A.   I have no knowledge of anything
   25   like that.



Questions About Topless Females

Page 404

1           G Maxwell - Confidential

2           form and foundation.

3      A.   I mean I've been to his -- in the

4  mid '90s, I would have communicated with

5  people who worked for him.

6      Q.   Have you communicated with Leslie

7  Wexner about this case?

8      A.   No.

9      Q.   Have you ever seen a topless female

10 at any one of Jeffrey Epstein's properties?

11          MR. PAGLIUCA:  Objection to the

12          form and foundation.  You've asked this

13          question, by the way, earlier on today.

14     A.   Again, I testified that there are

15 people who from time to time in the privacy

16 of a swimming pool have maybe taken a bikini

17 top off or something but it's not common and

18 certainly when I was at the house I don't

19 really recollect seeing that kind of

20 activity.

21     Q.   Have you ever smoked cigarettes?

22     A.   Yes.

23     Q.   Have you ever smoked cigarettes

24 with Virginia Roberts?

25     A.   I don't recall smoking cigarettes

