# EXHIBIT 4

```
                                                              Page 1
 1             UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
 2
 3   JANE DOE NO. 2,           Case No: 08-CV-80119
 4        Plaintiff,
 5   Vs
 6   JEFFREY EPSTEIN,
 7        Defendant.
     _____/
 8
     JANE DOE NO. 3,           Case NO: 08-CV-80232
 9
          Plaintiff,
10   Vs
11   JEFFREY EPSTEIN,
12        Defendant.
     _____/
13
     JANE DOE NO. 4,           Case No: 08-CV-80380
14
          Plaintiff,
15
     Vs.
16
     JEFFREY EPSTEIN,
17
          Defendant.
18   _____/
19   JANE DOE NO. 5,           Case No: 08-CV-80381
20        Plaintiff,
21   Vs
22   JEFFREY EPSTEIN,
23        Defendant.
     _____/
24
25
```

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

**NON PARTY (VR) 000247**

GIUFFRE000935

Page 2

```
 1   JANE DOE NO. 6,        Case No: 08-CV-80994
 2        Plaintiff,
 3   Vs
 4   JEFFREY EPSTEIN,
 5        Defendant.
                              /
 6
     JANE DOE NO. 7,        Case No. 08-CV-80993
 7
          Plaintiff,
 8
     Vs
 9
     JEFFREY EPSTEIN,
10
          Defendant.
11                            /
12   C.M.A.,                Case No: 08-CV-80811
13        Plaintiff,
14   Vs
15   JEFFREY EPSTEIN,
16        Defendant.
                              /
17
     JANE DOE,              Case No: 08-CV-80893
18
          Plaintiff,
19
     Vs
20
     JEFFREY EPSTEIN,
21
          Defendant.
22                            /
23
24
25
```

Page 3

```
 1   JANE DOE NO. II,       Case No: 08-CV-80469
 2        Plaintiff,
 3   Vs
 4   JEFFREY EPSTEIN,
 5        Defendant.
                              /
 6
     JANE DOE NO. 101,      Case No: 09-CV-80591
 7
          Plaintiff,
 8
     Vs
 9
     JEFFREY EPSTEIN,
10
          Defendant.
11                            /
12   JANE DOE NO. 102,      Case No: 09-CV-80656
13        Plaintiff,
14   Vs
15   JEFFREY EPSTEIN,
16        Defendant.
                              /
17
18
19
20         1031 Ives Dairy Road
           Suite 228
21         North Miami, Florida
           July 29, 2009
22         11:00 a.m. to 5:30 p.m.
23
24
25
```

Page 4

```
 1              V I D E O T A P E D
 2              D E P O S I T I O N
 3                       of
 4              ALFREDO RODRIGUEZ
 5
 6   taken on behalf of the Plaintiffs pursuant
 7   to a Re-Notice of Taking Deposition (Duces Tecum)
 8
 9              - - -
10   APPEARANCES:
11
            MERMELSTEIN & HOROWITZ, P.A.
12          BY: STUART MERMELSTEIN, ESQ.
            18205 Biscayne Boulevard
13          Suite 2218
            Miami, Florida 33160
14          Attorney for Jane Doe 2, 3, 4, 5,
            6, and 7.
15
16          ROTHSTEIN ROSENFELDT ADLER
            BY: BRAD J. EDWARDS, ESQ., and
17          CARA HOLMES, ESQ.
            Las Olas City Centre
18          Suite 1650
            401 East Las Olas Boulevard
19          Fort Lauderdale, Florida 33301
            Attorney for Jane Doe and E.W.
20          And L.M.
21
            PODHURST ORSECK
22          BY: KATHERINE W. EZELL
            25 West Flagler Street
23          Suite 800
            Miami, Florida 33130
24          Attorney for Jane Doe 101 and 102.
25
```

Page 5

```
 1
     APPEARANCES:
 2
 3          LEOPOLD-KUVIN
            ADAM J. LANGINO, ESQ.
 4          2925 PGA Boulevard
            Suite 200
 5          Palm Beach Gardens, Florida 33410
            Attorney for B.B.
 6
 7          RICHARD WILLITS, ESQ.
            2290 10th Avenue North
 8          Suite 404
            Lake Worth, Florida 33461
 9          Attorney for C.M.A.
10
            BURMAN, CRITTON, LUTTIER &
11          COLEMAN, LLP
            BY: ROBERT CRITTON, ESQ.
12          515 North Flagler Drive
            Suite 400
13          West Palm Beach, Florida 33401
            Attorney for Jeffrey Epstein.
14
15
16   ALSO PRESENT:
17
        JOE LANGSAM, VIDEOGRAPHER
18
19              - - -
20
21
22
23
24
25
```

2 (Pages 2 to 5)

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

**NON PARTY (VR) 000248**

| | Page 94 | | Page 96 |
|---|---|---|---|
| 1 | A. I don't remember, sir. | 1 | Q. Okay. Do you recall on any occasion who |
| 2 | Q. The next page is a message in the upper | 2 | would travel with him to the Virgin Islands? |
| 3 | left dated January 13, 2005, from C.W. Correct? | 3 | MR. CRITTON: Form. |
| 4 | A. Yes. | 4 | THE WITNESS: No, sir. |
| 5 | Q. That's the same C. that we've been | 5 | BY MR. MERMELSTEIN: |
| 6 | talking about. Correct? | 6 | Q. I think we were talking about the money |
| 7 | A. Yes. | 7 | before, the household account, sometimes you gave |
| 8 | Q. That was at 7:30 p.m. Correct? | 8 | gifts? |
| 9 | A. Yes. | 9 | A. Yes, I was told to buy some gifts. |
| 10 | Q. And you don't recall what that particular | 10 | Q. For whom? |
| 11 | call was about. Right? | 11 | A. For the guests. |
| 12 | A. No, sir. | 12 | Q. Okay. And what kind of gifts? |
| 13 | Q. The message dated January 20, 2005, from | 13 | A. Shoes, sweaters, clothes. |
| 14 | Maria. Do you see that on the bottom right? | 14 | Q. So were you instructed to buy something |
| 15 | A. Yes. | 15 | in particular at a particular store? |
| 16 | Q. Do you know who that is? | 16 | A. They would go to the store, if they like |
| 17 | A. I think I have a different page. | 17 | something I will go after and pay them and |
| 18 | Q. You're a little ahead of me. January 20, | 18 | retrieve it. |
| 19 | 2005. | 19 | Q. Okay. So would this be a girl who was |
| 20 | MR. CRITTON: I think that's page 31. | 20 | staying at the house? |
| 21 | THE WITNESS: I don't remember who she | 21 | A. Yes. |
| 22 | was, sir. | 22 | Q. Okay. This was one of the girls who |
| 23 | BY MR. MERMELSTEIN: | 23 | travelled with Mr. Epstein to Palm Beach. |
| 24 | Q. You don't recall what that message was | 24 | Correct? |
| 25 | about? | 25 | A. Yes. |

| | Page 95 | | Page 97 |
|---|---|---|---|
| 1 | A. No, sir. | 1 | Q. And so Mr. Epstein would instruct you to |
| 2 | Q. What about the next page there is a | 2 | go shopping with this girl? |
| 3 | message that Eva called? | 3 | A. Yes. |
| 4 | A. Yes. | 4 | Q. And instructed you to pay for whatever it |
| 5 | Q. Dated January 21, 2005? | 5 | is she wanted to buy? |
| 6 | A. Yes. | 6 | A. Yes. |
| 7 | Q. Do you know who Eva is? | 7 | Q. Was there a price limit or anything of |
| 8 | A. Yes. | 8 | that nature? |
| 9 | Q. Who is Eva? | 9 | A. No, sir. |
| 10 | A. The assistant comptroller from the New | 10 | Q. So when the girl decided what she wanted |
| 11 | York office. | 11 | you would -- |
| 12 | Q. Do you remember her last name? | 12 | A. I would write them a check. |
| 13 | A. Polish last name I guess. She was | 13 | Q. In that instance you would pay by check? |
| 14 | Russian. She is Russian actually. | 14 | A. Yes. |
| 15 | Q. Did you ever travel to any other | 15 | Q. Any other instances where you gave gifts |
| 16 | residences that Mr. Epstein had? | 16 | to girls at the instruction of Mr. Epstein? |
| 17 | A. No. | 17 | A. No. I was just told, you know, when they |
| 18 | Q. Are you aware he had a residence in the | 18 | told me I will buy the item. |
| 19 | Virgin Islands? | 19 | Q. I'm sorry? |
| 20 | MR. CRITTON: Form. | 20 | A. You know, when I was told to purchase |
| 21 | THE WITNESS: Yes. | 21 | this item for them, you know, I will do that, but |
| 22 | BY MR. MERMELSTEIN: | 22 | not on any other occasions. |
| 23 | Q. And would he sometimes travel to that | 23 | Q. What do you mean not in any locations? |
| 24 | residence from Palm Beach? | 24 | A. Any other occasions. |
| 25 | A. Yes. | 25 | Q. Not any other occasions. Okay. Did you |

25 (Pages 94 to 97)

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

**NON PARTY (VR) 000271**

Page 98

1  ever buy flowers for a girl?
2  A. Yes, sir.
3  Q. Tell me about that.
4  A. I was told to buy flowers and roses for a
5  girl performing in high school.
6  Q. Which girl was that?
7  A. I don't remember the name, sir.
8  Q. What was Mr. Epstein's relationship to
9  this girl?
10     MR. CRITTON: Form.
11     THE WITNESS: I think she was an
12     acquaintance, friend.
13 BY MR. MERMELSTEIN:
14  Q. She was a friend?
15  A. Yes, sir.
16  Q. Now, she was performing at the high
17 school in what capacity?
18  A. There was like a -- like a play in the
19 graduation for high school.
20  Q. A play for graduation?
21  A. Yes, in the high school theatre there was
22 some kind of performance.
23  Q. Was it like a theatre production?
24  A. Yeah, something like that. I didn't go
25 inside so I didn't know what was going on inside.

Page 99

1  Q. Why do you say it was for graduation?
2  A. Because everybody was the graduation
3 outside, there were parents, there were a lot of
4 people at the school.
5  Q. Okay. A lot of high schools have theatre
6 production companies and they put on plays.
7 Correct?
8     MR. CRITTON: Form.
9     THE WITNESS: It was towards the end of
10     the year. Well, I think I overheard that
11     there was a graduation performance of some
12     kind.
13 BY MR. MERMELSTEIN:
14  Q. But you didn't go in so you don't know?
15  A. No, sir.
16  Q. But this was a high school student you
17 were bringing the flowers to. Is that correct?
18  A. Yes.
19  Q. Had you seen this girl before at the El
20 Brillo Way property?
21  A. Yes, sir.
22  Q. You had seen her a number of times?
23  A. Yes, sir.
24  Q. Do you recall her name?
25  A. I don't remember her name, sir.

Page 100

1  Q. Now, you said you never went inside the
2 theatre?
3  A. No, sir.
4  Q. Okay. How did you get to the flower
5 store?
6  A. I called the girl to her cell and she
7 will come to the back door and I give her the
8 flowers.
9  Q. Was anyone else around at the time?
10  A. No, sir.
11  Q. And you mentioned this was a girl you had
12 seen before?
13  A. Yes.
14  Q. Was this girl who had come to give
15 massages to Mr. Epstein?
16     MR. CRITTON: Form.
17     THE WITNESS: I don't know if she was
18     doing massages but she was at the house.
19 BY MR. MERMELSTEIN:
20  Q. What would she have been there for?
21  A. To visit him.
22  Q. This was a high school girl who was
23 coming to visit Mr. Epstein at the house?
24  A. She came to the house, I open the door
25 and I left, you know.

Page 101

1  Q. Did you take her to the kitchen like you
2 did --
3  A. Yes.
4  Q. So you brought her to the kitchen just
5 like you did for the girls who gave him massages.
6 Correct?
7  A. Yes, sir.
8  Q. Did you ever pay her?
9  A. I don't remember, sir, but probably I
10 did.
11     MR. CRITTON: Form, move to strike,
12     speculation.
13 BY MR. MERMELSTEIN:
14  Q. Why do you say you probably did?
15  A. Because I was the only one paying --
16 well, not the only one but, you know, but chances
17 are I paid her but I don't remember that
18 particular instance that I gave her money.
19  Q. Is it fair to say that the girls who came
20 to the Palm Beach residence, these are not the
21 girls who are staying there, the girls who came --
22 were there to give massages. Correct?
23     MR. CRITTON: Form.
24     THE WITNESS: Yes.
25 BY MR. MERMELSTEIN:

26 (Pages 98 to 101)

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

**NON PARTY (VR) 000272**

GIUFFRE000961

Page 166

1  written down anywhere?
2      A.  No.
3      Q.  It's my understanding that C. and T.
4  either came to his house alone to visit with Mr.
5  Epstein or brought other girls in their age group
6  to Mr. Epstein.
7          Were you familiar with that type of
8  recruitment process of girls bringing other girls?
9          MR. CRITTON:  Form.
10         THE WITNESS:  Yes.
11 BY MR. EDWARDS:
12     Q.  Can you tell me more about what you know
13 about girls bringing other girls that are
14 relatively the same age to come to Jeffrey
15 Epstein's house and to use your words, have a good
16 time?
17         MR. CRITTON:  Form.
18         THE WITNESS:  It's hard to know who they
19     knew.  But I think that was -- they feel
20     better themselves when they're in a group
21     than going by themselves, but I don't know
22     somebody recruiting.
23 BY MR. EDWARDS:
24     Q.  Okay.  And you've talked about, at least
25 referred to yourself I believe to the police and

Page 167

1  as well today as a human ATM machine.  Right?
2          MR. CRITTON:  Form.
3          THE WITNESS:  Something like that.  I was
4      supposed to carry cash at all times.
5  BY MR. EDWARDS:
6      Q.  One of the primary reasons why you
7  carried cash was to pay the girls in this age
8  group of C. and T. for whatever happened at the
9  house.  Right?
10         MR. CRITTON:  Form.
11         THE WITNESS:  Yes.
12 BY MR. EDWARDS:
13     Q.  That's a fair statement.  Right?
14         MR. CRITTON:  Form.
15         THE WITNESS:  Yes.
16 BY MR. EDWARDS:
17     Q.  Okay.  And when C., let's use her for
18 example, would bring somebody else to the house,
19 did you pay C. as well as whomever she brought to
20 the house, pay them both?
21     A.  No, I pay only one person.
22     Q.  Okay.  My understanding, and tell me if
23 this is wrong or you can corroborate this, is that
24 Mr. Epstein would pay the girl that was actually
25 performing whatever was happening in the room --

Page 168

1  for now we'll call it a massage -- as well as
2  anybody who brought that person over to the house,
3  they would both get paid cash.  Are you familiar
4  with that?
5          MR. CRITTON:  Form.
6          THE WITNESS:  No.
7  BY MR. EDWARDS:
8      Q.  If C. brought another girl over to the
9  house and C. stayed downstairs but this other girl
10 went upstairs with Mr. Epstein, which one would
11 you pay?
12     A.  I don't know because I was told who to
13 pay.
14     Q.  And Sarah Kellen always told you?
15     A.  Sarah told me pay so and so.
16     Q.  So if we were going to ask anybody else
17 about the exact method in terms of who would get
18 paid and for what, who would the people be?  I
19 mean, other than Mr. Epstein who else could we ask
20 these questions?
21     A.  Sarah.
22     Q.  Sarah Kellen?
23     A.  Yes.
24     Q.  She would know this?
25     A.  Yes.

Page 169

1      Q.  What about Ghislaine Maxwell?
2          MR. CRITTON:  Form.
3          THE WITNESS:  You're talking about the
4      boss.  I don't know.
5  BY MR. EDWARDS:
6      Q.  To your knowledge was Ghislaine Maxwell
7  aware of these girls that are in the age group of
8  C. and T. coming to Jeffrey Epstein's house to
9  have a good time?
10         MR. CRITTON:  Form.
11         THE WITNESS:  I have to say something.
12     Mrs. Maxwell called me and told me not to
13     ever discuss or contact her again in a
14     threaten way.
15 BY MR. EDWARDS:
16     Q.  When was this?
17     A.  Right after I left because I call one of
18 the friends for a job and she told me this, but,
19 you know, I feel intimidated and so I want to keep
20 her out.
21     Q.  What exactly did she say?  First of all,
22 was this a telephone call?
23     A.  Yes, she was in New York.
24     Q.  She called you on your cell phone?
25     A.  Yes.

43 (Pages 166 to 169)

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

**NON PARTY (VR) 000289**

GIUFFRE000978

Page 170

1  Q. Is this the cell phone that was issued to
2  you by Mr. Epstein?
3  A. No, it was my personal phone. I was
4  already --
5  Q. Gone?
6  A. Yeah, this is three, four months down the
7  road.
8  Q. So if you left in --
9  A. February, March -- it was May or June.
10  Q. Of 2005?
11  A. Yes.
12  Q. And you got a call from Ghislaine Maxwell
13  out of the blue?
14  A. Yes.
15  Q. And do you know what prompted that
16  telephone call?
17  A. Because I contact somebody in New York to
18  get a job.
19  Q. Who was that person?
20  A. I contact Jean-Luc and I contact Eva, the
21  Swedish girl, she used to be very good friends
22  with Mr. Epstein because she asked me she need
23  somebody in New York.
24  Q. What does Eva do?
25  A. Eva was a model many years ago and he

Page 171

1  married -- Eva is the mother of the girl who was
2  on the wall.
3  Q. Who is on the wall of Mr. Epstein's
4  house?
5  A. Yeah.
6  Q. All right. There is a younger girl model
7  that's on the wall of Mr. Epstein's house and this
8  lady Eva is her mother?
9  A. Yes.
10  Q. And at some point in time you called her
11  in New York to get a job?
12  A. That's right.
13  Q. And you also called Jean-Luc Bernell?
14  That's his name. Right?
15  A. Jean-Luc, yeah, I don't remember his last
16  name.
17  Q. Does that sound familiar to you, Jean-Luc
18  Bernell?
19  A. Yeah.
20  Q. What did Eva and/or Jean-Luc say about
21  employing you?
22  A. No, they said they're going to find out
23  and obviously the first thing they did was talk to
24  Mrs. Maxwell.
25  Q. She made a telephone call to you and what

Page 172

1  precisely did she say?
2  A. She said I forbid you that you're going
3  to be -- that I will be sorry if I contact any of
4  her friends again.
5  Q. Okay. Other than you will be sorry if
6  you contact any of my friends again did she say
7  anything else about what you know about Mr.
8  Epstein and/or what goes on at his house?
9  A. She said something like don't open your
10  mouth or something like that. But you have to
11  understand, I'm a civil humble, I came as an
12  immigrant to service people, and right now you
13  feel a little -- I'm 55 and I'm afraid. First of
14  all, I don't have a job, but I'm glad this is on
15  tape because I don't want nothing to happen to me.
16  This is the way they treat you, better do this and
17  you shut up and don't talk to nobody and --
18  Q. When you say this is the way they treat,
19  who specifically are you talking about when you
20  say the word they?
21  A. Maxwell.
22  Q. And usually when you say the word they,
23  you're not only talking about one person --
24  A. Wealthy people.
25  Q. Are you also putting Jeffrey Epstein in

Page 173

1  that category?
2      MR. CRITTON: Form.
3      THE WITNESS: I didn't talk to him
4   directly most of the time.
5  BY MR. EDWARDS:
6  Q. What's the reason why if you were his
7  head of security that you wouldn't have more
8  direct contact with him? Why is that?
9      MR. CRITTON: Form.
10     THE WITNESS: He wanted that way, you
11  know, so, yeah, I have to talk to Sarah,
12  Sarah is not available talk to Lesley in New
13  York. He didn't want to be disturbed.
14  BY MR. EDWARDS:
15  Q. Even while you were in the same house
16  with him he still had other people you could talk
17  to directly but he was not one of them?
18  A. Yeah.
19  Q. When you were fired you were not fired
20  directly by him?
21  A. No.
22  Q. It was through somebody else?
23  A. Ms. Maxwell.
24  Q. Okay. But it was for upsetting him for
25  taking the wrong car?

44 (Pages 170 to 173)

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

**NON PARTY (VR) 000290**

### Page 174

```
 1    A.  Yes.
 2    Q.  Okay.  Ever since this communication that
 3  Ms. Maxwell made to you where she called you
 4  sometime in May or June of 2005, and have you felt
 5  threatened?
 6    A.  Yes.
 7        MR. CRITTON:  Form.
 8  BY MR. EDWARDS:
 9    Q.  Have you felt reluctant to come forward
10  and give truthful, honest, and full disclosure of
11  all information that you know about this case?
12        MR. CRITTON:  Form.
13        THE WITNESS:  I said this off the record
14    but I will say it on the record, being in
15    the Epstein case for me resulted in two
16    years I have -- I won't bring the names but
17    I was in the third interview to get hired as
18    a household manager in Palm Beach and they
19    told me you are the Jeffrey Epstein guy.
20    Not in the sense I did something wrong
21    because of the scandal, so they shun the job
22    away from me.  And so I was afraid that --
23    this is very powerful people and one phone
24    call and you finish, so I'm the little guy.
25    Even I'm wearing a tie I'm a -- I'm talking
```

### Page 175

```
 1    from my heart.  This is the way it is.
 2  BY MR. EDWARDS:
 3    Q.  I feel for you, I'm sorry that you have
 4  to be in this position.
 5        MR. CRITTON:  Move to strike this.
 6  BY MR. EDWARDS:
 7    Q.  Well, when you applied for these jobs and
 8  they turned you down and gave you the reason that
 9  you're the person involved in the Jeffrey Epstein
10  scandal, was it that they are associated or
11  friends with Jeffrey Epstein or is it that you
12  have information and you have this confidentiality
13  but you're revealing some certain information that
14  Mr. Epstein would not like?
15        MR. CRITTON:  Form.
16        THE WITNESS:  Both.
17  BY MR. EDWARDS:
18    Q.  Both?
19    A.  Both.
20    Q.  And since then given what you just told
21  us about these people being very powerful, are you
22  afraid for your life given the fact that you're
23  involved to some extent in this case?
24        MR. CRITTON:  Form.
25        THE WITNESS:  I just start thinking about
```

### Page 176

```
 1    this.  Because I went through -- the first
 2    time I went to the deposition I was in Palm
 3    Beach and I did my duty, I mean, I tell what
 4    I know, but now I know there is more
 5    digging, all I want is this to be to get on
 6    with my normal life and stuff.
 7  BY MR. EDWARDS:
 8    Q.  So when you come here today to testify,
 9  your main objective is to get back to your normal
10  life and get out of the spotlight of this case.
11  Yes?
12    A.  Yes.
13    Q.  And in doing so have you held back some
14  of the details that you know about that happened
15  in this case to remove yourself from the
16  spotlight?
17        MR. CRITTON:  Form.
18        THE WITNESS:  No, sir.
19  BY MR. EDWARDS:
20    Q.  Okay.  Have you ever talked to Ghislaine
21  Maxwell after that telephone call where she called
22  you and you felt threatened?
23    A.  No.
24    Q.  Okay.  So going back to where we started
25  here was, does Ghislaine Maxwell have knowledge of
```

### Page 177

```
 1  the girls that would come over to Jeffrey
 2  Epstein's house that are in roughly the same age
 3  group as C. and T. and to have a good time as you
 4  put it?
 5        MR. CRITTON:  Form.
 6        THE WITNESS:  Yes.
 7  BY MR. EDWARDS:
 8    Q.  And what was her involvement and/or
 9  knowledge about that?
10        MR. CRITTON:  Form.
11        THE WITNESS:  She knew what was going on.
12  BY MR. EDWARDS:
13    Q.  You referred to her at one point in time
14  as Jeffrey Epstein's companion.  But then later on
15  you said that if she flew she flew on a different
16  airplane and oftentimes or sometimes she slept in
17  a different bed from Mr. Epstein.  Did that seem
18  unusual to you?
19        MR. CRITTON:  Form.
20        THE WITNESS:  It was odd but, I mean, and
21    again, everything is odd in Palm Beach.
22  BY MR. EDWARDS:
23    Q.  Okay, I don't mean to laugh.
24    A.  Mr. Epstein fly to Jet Aviation, she fly
25  to Galaxy Aviation, but they never flew the same
```

45 (Pages 174 to 177)

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

**NON PARTY (VR) 000291**

GIUFFRE000980

Page 266

BY MR. LANGINO:
Q. Are you currently in fear of Mr. Epstein?
A. Not at this particular moment but it's something I have to be worry about, yes.
Q. Are you personally afraid of criminal prosecution?
A. No.
Q. Do you believe that you did anything illegal?
A. Illegal, no.
   MR. LANGINO: I have no further questions. Thank you.
   MR. CRITTON: We're going to break in about 15 minutes. Do you want to start and go for 15 minutes or do you want to -- it's up to you.
   MS. EZELL: I'll start.
   MR. WILLITS: When are we going to quit, folks?
   MR. CRITTON: In 15 minutes.
   THE VIDEOGRAPHER: Might as well change tapes.
   MR. EDWARDS: Bob has to get back so we've agreed we're going to come back some other time.

Page 267

   MR. WILLITS: Why don't we just stop now?
   MS. EZELL: Okay.
   MR. EDWARDS: Rather than you start.
   MS. EZELL: Yeah, I won't get very far.
   MR. EDWARDS: Sorry to do this with you, we didn't finish.
   MR. CRITTON: So we're stopped?
   MR. EDWARDS: We're stopped.
   THE VIDEOGRAPHER: Off the record.
   (Thereupon, the videotaped deposition was adjourned at 5:30 p.m.)
      - - -

Page 268

THE STATE OF FLORIDA,   )
COUNTY OF DADE.         )

   I, the undersigned authority, certify that ALFREDO RODRIGUEZ personally appeared before me on the 29th day of July, 2009 and was duly sworn.

   WITNESS my hand and official seal this 31st day of July, 2009.

   _____
   MICHELLE PAYNE, Court Reporter
   Notary Public - State of Florida

Page 269

          C E R T I F I C A T E

The State Of Florida,   )
County Of Dade.         )

   I, MICHELLE PAYNE, Court Reporter and Notary Public in and for the State of Florida at large, do hereby certify that I was authorized to and did stenographically report the videotaped deposition of ALFREDO RODRIGUEZ; that a review of the transcript was requested; and that the foregoing pages, numbered from 1 to 269, inclusive, are a true and correct transcription of my stenographic notes of said deposition.
   I further certify that said videotaped deposition was taken at the time and place hereinabove set forth and that the taking of said videotaped deposition was commenced and completed as hereinabove set out.
   I further certify that I am not an attorney or counsel of any of the parties, nor am I a relative or employee of any attorney or counsel of party connected with the action, nor am I financially interested in the action.
   The foregoing certification of this transcript does not apply to any reproduction of the same by any means unless under the direct control and/or direction of the certifying reporter.
   DATED this 31st day of July, 2009.

   _____
   MICHELLE PAYNE, Court Reporter

**NON PARTY (VR) 000314**

GIUFFRE001003