**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

       Plaintiff,                Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.

_____/

**<u>NON-REDACTED DECLARATION OF SIGRID S. McCAWLEY IN SUPPORT OF PLAINTIFF'S MOTION TO EXCEED PRESUMPTIVE TEN DEPOSITION LIMIT IN FEDERAL RULE OF CIVIL PROCEDURE 30(A)(2)(a)(ii), FILED UNDER SEAL</u>**

      I, Sigrid S. McCawley, declare that the below is true and correct to the best of my knowledge as follows:

      1.      I am a partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's September 29, 2015 Order granting my Application to Appear Pro Hac Vice.

      2.      I respectfully submit this Declaration in support of Plaintiff's Motion to Exceed Presumptive Ten Deposition Limit In Federal Rule of Civil Procedure 30(A)(2)(a)(ii), Filed Under Seal.

      3.      Attached hereto as Composite Exhibit 1, is a true and correct copy of the May 17, 2016 Email Correspondence from Sigrid McCawley.

      4.      Attached hereto as Exhibit 2, is a true and correct copy of the May 27, 2016 Email Correspondence from Laura Menninger.

      5.      Attached hereto as Exhibit 3, is a true and correct copy of the Notice of Service

and Subpoena to Juan Alessi.

6. Attached hereto as Exhibit 4, is a true and correct copy of the May 26, 2016 Correspondence from Sigrid McCawley.

7. Attached hereto as Exhibit 5, is a true and correct copy of the May 18, 2016 Deposition Transcript of Johanna Sjoberg.

8. Attached hereto as Composite Exhibit 6, is a true and correct copy of the April 22, 2016 Deposition Transcript of Ghislaine Maxwell.

9. Attached hereto as Exhibit 7, is a true and correct copy of the Palm Beach Police Report.

10. Attached hereto as Exhibit 8, is a true and correct copy of the November 21, 2005 Sworn Statement of Juan Alessi.

11. Attached hereto as Exhibit 9, is a true and correct copy of the May 4, 2016 Email Correspondence from Laura Menninger.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Sigrid S. McCawley_____
Sigrid S. McCawley, Esq.

Dated: May 27, 2016.

                                      Respectfully Submitted,

                                      BOIES, SCHILLER & FLEXNER LLP

                         By: /s/ Sigrid McCawley
                              Sigrid McCawley (Pro Hac Vice)
                              Meredith Schultz (Pro Hac Vice)
                              Boies, Schiller & Flexner LLP 401 E.
                              Las Olas Blvd., Suite 1200 Ft.
                              Lauderdale, FL 33301
                              Tel: (954) 356-0011

                              David Boies
                              Boies, Schiller & Flexner LLP 333
                              Main Street
                              Armonk, NY 10504

                              Bradley J. Edwards (Pro Hac Vice)
                              FARMER, JAFFE, WEISSING,
                              EDWARDS, FISTOS & LEHRMAN, P.L.
                              425 North Andrews Avenue, Suite 2
                              Fort Lauderdale, Florida 33301
                              Tel:  (954) 524-2820

                              Paul G. Cassell (Pro Hac Vice)
                              S.J. Quinney College of Law
                              University of Utah
                              383 University St.
                              Salt Lake City, UT 84112
                              Tel: (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 27, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

Laura A. Menninger, Esq.
Jeffrey Paliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com
       jpagliuca@hmflaw.com

/s/ Sigrid S. McCawley
Sigrid S. McCawley, Esq.