# EXHIBIT 1

| | |
|---|---|
| From: | jeffrey E. <jeevacation@gmail.com> |
| Sent: | Monday, January 12, 2015 10:03 AM |
| To: | Gmax |

you can issue a reward to any of virginias friends acquaionts family that come forward and help prove her allegations are false the strongest is the clinton dinner, and the new version in the virgin isalnds that stven hawking partica-ted in an underage orgy

--
        please note
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved



EXHIBIT
Maxwell 16
4-22-16

1

PRIVILEGED GM_001065

CONFIDENTIAL

| | |
|---|---|
| From: | Ross Gow <ross@acuityreputation.com> |
| Sent: | Tuesday, February 24, 2015 3:36 AM |
| To: | G Max; Philip Barden |
| Subject: | VR cried rape - prior case dismissed as prosecutors found her 'not credible' |

Ghislaine

Some helpful leakage...

In today's Daily Mail print edition and on web
www.dailymail.co.uk/news/article-2965360/Prince-Andrew-s-sex-slave-accused-two-teens-rape-three-years-joined-Jeffrey-Epstein-s-harem.html

and

www.nydailynews.com/news/world/sex-slave-prince-andrew-accused-2-men-rape-1998-article-1.2125569
Mom told a detective "about her daughter's past drug abuse and also how many kids in Royal Palm Beach are involved in drugs, witchcraft and animal sacrifice," according to a confidential report by the Palm Beach County Sheriff's Office.

best
Ross


Ross Gow
Managing Partner
ACUITY Reputation
23 Berkeley Square
London W1J 6HE

+44 (0) 777 875 5251 mob

+7  903 363 5393  Москва Мобильный

www.acuityreputation.com

The information contained in this e-mail and any attachments is confidential and may be privileged or otherwise protected from disclosure. It is intended solely for the attention and use of the named addressee(s). If you are not the intended recipient, dissemination, copying or use of this e-mail and any attachments in whole or in part is prohibited. If you have received the e-mail in error, please notify the sender and delete the e-mail and any attachments from your computer system. Whilst any attachments may have been checked for viruses, you should rely on your own virus checker and procedures. No responsibility is accepted by ACUITY Reputation Limited for loss or damage arising from the receipt or use of this e-mail.

CONFIDENTIAL GM_00577