# EXHIBIT 1
(Filed Under Seal)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK


CASE NO. 15-CV-07433-RWS


------------------------------------------x

VIRGINIA L. GIUFFRE,


                    Plaintiff,

v.

GHISLAINE MAXWELL,

                    Defendant.


------------------------------------------x


                    May 18, 2016
                    9:04 a.m.


          C O N F I D E N T I A L

     Deposition of JOHANNA SJOBERG, pursuant

     to notice, taken by Plaintiff, at the

     offices of Boies Schiller & Flexner, 401

     Las Olas Boulevard, Fort Lauderdale, Florida,

     before Kelli Ann Willis, a Registered

     Professional Reporter, Certified Realtime

     Reporter and Notary Public within and

     for the State of Florida.



Page 21

1    Jeffrey's home when you arrived?

2         A.   Yes.  When I first walked in the door, it

3    was just myself, and Ghislaine headed for the

4    staircase and said -- told me to come up to the

5    living room.

6         Q.   And what happened at that point, when you

7    came up to the living room?

8         A.   I came up and saw Virginia, Jeffrey,

9    Prince Andrew, Ghislaine in the room.

10        Q.   And did you meet Prince Andrew at that

11   time?

12        A.   Yes.

13        Q.   And what happened next?

14        A.   At one point, Ghislaine told me to come

15   upstairs, and we went into a closet and pulled out

16   the puppet, the caricature of Prince Andrew, and

17   brought it down.  And there was a little tag on the

18   puppet that said "Prince Andrew" on it, and that's

19   when I knew who he was.

20        Q.   And did -- what did the puppet look like?

21        A.   It looked like him.  And she brought it

22   down and presented it to him; and that was a great

23   joke, because apparently it was a production from a

24   show on BBC.  And they decided to take a picture

25   with it, in which Virginia and Andrew sat on a



1  couch.  They put the puppet on Virginia's lap, and I

2  sat on Andrew's lap, and they put the puppet's hand

3  on Virginia's breast, and Andrew put his hand on my

4  breast, and they took a photo.

5      Q.   Do you remember who took the photo?

6      A.   I don't recall.

7      Q.   Did you ever see the photo after it was

8  taken?

9      A.   I did not.

10     Q.   And Ms. Maxwell was present during the --

11 was Ms. Maxwell present during that?

12     A.   Yes.

13     Q.   What happened next?

14     A.   The next thing I remember is just being

15 shown to which room I was going to be staying in.

16     Q.   When you exited the room that you were in

17 where the picture was taken, do you recall who

18 remained in that room?

19     A.   I don't.

20     Q.   Do you recall seeing Virginia exit that

21 room?

22     A.   I don't.

23     Q.   During this trip to New York, did you have

24 to perform any work when you were at the New York

25 house?



Page 141

1   always covered himself with a towel.

2        Q.   I believe I asked this, but I just want to

3   clarify to make sure that I did:  Did Maxwell ever

4   ask you to bring other girls over to -- for Jeffrey?

5        A.   Yes.

6        Q.   Yes?

7        A.   Yes.

8        Q.   And what did you -- did you do anything in

9   response to that?

10       A.   I did bring one girl named ████████--

11   no.  ████████ -- it was some girl named ████████

12   that I had worked with at a restaurant.  And I

13   recall Ghislaine giving me money to bring her over;

14   however, they never called her to come.

15       Q.   And then I believe you mentioned that one

16   of your physical fitness instructors, you brought a

17   physical fitness instructor; was that correct?

18       A.   Correct.

19       Q.   And what did she do?

20       A.   She gave him a -- like a training session,

21   twice.

22       Q.   Twice.

23            Did anything sexual in nature happen

24   during the session?

25       A.   At one point he lifted up her shirt and



Page 142

1    exposed her bra, and she grabbed it and pulled it

2    down.

3         Q.   Anything else?

4         A.   That was the conversation that he had told

5    her that he had taken this girl's virginity, the

6    girl by the pool.

7         Q.   Okay.  Did Maxwell ever say to you that it

8    takes the pressure off of her to have other girls

9    around?

10        A.   She implied that, yes.

11        Q.   In what way?

12        A.   Sexually.

13        Q.   And earlier Laura asked you, I believe, if

14   Maxwell ever asked you to perform any sexual acts,

15   and I believe your testimony was no, but then you

16   also previously stated that during the camera

17   incident that Maxwell had talked to you about not

18   finishing the job.

19             Did you understand "not finishing the job"

20   meaning bringing Jeffrey to orgasm?

21             MS. MENNINGER:  Objection, leading, form.

22   BY MS. McCAWLEY:

23        Q.   I'm sorry, Johanna, let me correct that

24   question.

25             What did you understand Maxwell to mean



Page 143

1    when she said you hadn't finished the job, with

2    respect to the camera?

3            MS. MENNINGER:  Objection, leading, form.

4            THE WITNESS:  She implied that I had not

5        brought him to orgasm.

6    BY MS. McCAWLEY:

7        Q.   So is it fair to say that Maxwell expected

8    you to perform sexual acts when you were massaging

9    Jeffrey?

10           MS. MENNINGER:  Objection, leading, form,

11       foundation.

12           THE WITNESS:  I can answer?

13           Yes, I took that conversation to mean that

14       is what was expected of me.

15   BY MS. McCAWLEY:

16       Q.   And then you mentioned, I believe, when

17   you were testifying earlier that Jeffrey told you a

18   story about sex on the plane.  What was that about?

19           MS. MENNINGER:  Objection, hearsay.

20           THE WITNESS:  He told me one time Emmy was

21       sleeping on the plane, and they were getting

22       ready to land.  And he went and woke her up,

23       and she thought that meant he wanted a blow

24       job, so she started to unzip his pants, and he

25       said, No, no, no, you just have to be awake for



1      A.   No.

2      Q.   Was it in the context of anything?

3      A.   About the camera that she had bought for

4  me.

5      Q.   What did she say in relationship to the

6  camera that she bought for you and taking

7  photographs of you?

8      A.   Just that Jeffrey would like to have some

9  photos of me, and she asked me to take photos of

10  myself.

11      Q.   What did you say?

12      A.   I don't remember saying no, but I never

13  ended up following through.  I think I tried once.

14      Q.   This was the pre-selfie era, correct?

15      A.   Exactly.

16      Q.   I want to go back to this:  You testified

17  to two things just now with Sigrid that you said

18  were implied to you.

19      A.   Okay.

20      Q.   The first one was it would take pressure

21  off of Maxwell to have more girls around?

22      A.   Right.

23      Q.   What exactly did Maxwell say to you that

24  led you to believe that was her implication?

25      A.   She said she doesn't have the time or



Page 151

1    desire to please him as much as he needs, and that's

2    why there were other girls around.

3        Q.    And did she refer specifically to any

4    other girls?

5        A.    No.

6        Q.    Did she talk about underaged girls?

7        A.    No.

8        Q.    Was she talking about massage therapists?

9        A.    Not specifically.

10       Q.    Okay.  There were other girls in the house

11   that were not massage therapists, correct?

12       A.    Yes.

13       Q.    ████████ is another person that was around,

14   correct?

15       A.    Yes.

16       Q.    There were other people he traveled with?

17       A.    Uh-huh.

18             MS. McCAWLEY:  Objection.

19   BY MS. MENNINGER:

20       Q.    Correct?

21       A.    Correct.

22       Q.    Other girls?

23       A.    Yes.

24       Q.    Adults?

25       A.    Yes.



```
 1                    CERTIFICATE OF OATH

 2    STATE OF FLORIDA      )

 3    COUNTY OF MIAMI-DADE )

 4

 5             I, the undersigned authority, certify

 6    that JOHANNA SJOBERG personally appeared before me

 7    and was duly sworn.

 8             WITNESS my hand and official seal this

 9    18th day of May, 2016.

10

11

                  KELLI ANN WILLIS, RPR, CRR

12                Notary Public, State of Florida

                  My Commission No. FF911443

13                Expires: 2/16/21

14        + + + + + + + + + + + + + + + + + +

15

16

17

18

19

20

21

22

23

24

25
```

