# EXHIBIT D

# GIUFFRE

# VS.

# MAXWELL

### Deposition

# VIRGINIA GIUFFRE

*05/03/2016*

---

## Agren Blando Court Reporting & Video, Inc.

*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Civil Action No. 15-cv-07433-RWS

_____

CONFIDENTIAL VIDEOTAPED DEPOSITION OF
VIRGINIA GIUFFRE                          May 3, 2016

_____

VIRGINIA L. GIUFFRE,

Plaintiff,

v.

GHISLAINE MAXWELL,

Defendant.

_____

APPEARANCES:

    FAMER, JAFFE, WEISSING, EDWARDS, FISTOS &
    LEHRMAN, P.L.
        By Brad Edwards, Esq.
           425 N. Andrews Avenue
           Suite 2
           Fort Lauderdale, FL 33301
           Phone: 954.524.2820
           brad@pathtojustice.com
           Appearing on behalf of the
           Plaintiff


    BOIES, SCHILLER & FLEXNER LLP
        By Sigrid S. McCawley, Esq. (For Portion)
           401 East Las Olas Boulevard
           Suite 1200
           Fort Lauderdale, FL 33301-2211
           Phone: 954.356.0011
           smccawley@bsfllp.com
           Appearing on behalf of the
           Plaintiff

```
1        APPEARANCES:   (Continued)

2            HADDON, MORGAN AND FORMAN, P.C.
                  By Laura A. Menninger, Esq.
3                    Jeffrey S. Pagliuca, Esq.
                     150 East 10th Avenue
4                    Denver, CO 80203
                     Phone: 303.831.7364
5                    lmenninger@hmflaw.com
                     jpagliuca@hmflaw.com
6                    Appearing on behalf of the
                     Defendant
7
         Also Present:
8                    Brenda Rodriguez, Paralegal
                     Nicholas F. Borgia, CLVS Videographer
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1            Pursuant to Notice and the Federal Rules

2      of Civil Procedure, the VIDEOTAPED DEPOSITION OF

3      VIRGINIA GIUFFRE, called by Defendant, was taken on

4      Tuesday, May 3, 2016, commencing at 9:00 a.m., at 150

5      East 10th Avenue, Denver, Colorado, before Kelly A.

6      Mackereth, Certified Shorthand Reporter, Registered

7      Professional Reporter, Certified Realtime Reporter

8      and Notary Public within Colorado.

9

                        * * * * * * *
10                        I N D E X

11

      EXAMINATION                                    PAGE
12
       MS. MENNINGER                                  8
13

14      PRODUCTION REQUEST(S):

15       (None.)

16

17

18

19

20

21

22

23

24

25

1    wanted to know about the Prince Andrew incident.

2         Q    So that's a different piece of paper?

3         A    Yeah, that's just random paper.

4         Q    So you had a green spiral notebook that

5    you began sometime in 2011 or 2012 in which you wrote

6    down your recollections about what had happened to

7    you, and you burned that in a bonfire in 2013.

8              Did I get that right?

9         A    You got that right.

10        Q    And do you have no other names of people

11   to whom you claim Ghislaine Maxwell directed you to

12   have sex, correct?

13        A    At this time, no.

14        Q    Is there any document that would refresh

15   your recollection that you could look at?

16        A    If you have a document you'd like to show

17   me, I would be glad to look at it and tell you the

18   names I recognize off of that.

19        Q    I'm just asking you if there's a document

20   you know of that has this list of names in it?

21        A    Not in front of me, no.

22        Q    Where is the original of the photograph

23   that has been widely circulated in the press of you

24   with Prince Andrew?

25        A    I probably still have it.  It's not in my

1      possession right now.

2             Q      Where is it?

3             A      Probably in some storage boxes.

4             Q      Where?

5             A      In Sydney.

6             Q      Where in Sydney?

7             A      At some family's house.  We got the boxes

8      shipped to Australia, and they were picked up off the

9      porch by my nephews and brought to their house.

10            Q      Which is where?

11            A      In Sydney.

12            Q      Where in Sydney?

13            A      Bass Hill.

14            Q      And who lives in that house?

15            A      Well, it's owned by my mother-in-law and

16     father-in-law, but my nephews live in the house.

17            Q      What are their names?

18            A      I'm not giving you the names of my

19     nephews.

20            Q      What's the address of the house?

21            A      Why would you want that?

22            Q      I want to know where the photograph is.

23     I'm asking you where the photograph is.  And you've

24     just told me it's somewhere in Bass Hill?

25            A      Yes.

1          Q       So where in Bass Hill is the photograph

2    located?

3          A       If I can't 100 percent say that the

4    photograph is there, it could be at my house that I

5    presently live in.  I'm not going to give you the

6    address of my nephews' residence.

7          Q       When is the last time you saw the

8    photograph in person?

9          A       When I packed and left America.

10         Q       Colorado?

11         A       Yes.

12         Q       All right.  So you had that photograph

13   here with you in Colorado?

14         A       Yes.

15         Q       What's on the back of the photograph?

16         A       I'm sorry?

17         Q       Is there anything on the back of the

18   photograph?

19         A       There's like the date it was printed, but

20   no writing or anything.

21         Q       Okay.  Does it say where it was printed?

22         A       I don't believe so.  I think it just -- I

23   don't remember.  I just remember there's a date on

24   it.

25         Q       Whose camera was it taken with?

```
 1        A     My little yellow Kodak camera.

 2        Q     Who took the picture?

 3        A     Jeffrey Epstein.

 4        Q     And where did you have it developed?

 5        A     I believe when I got back to America.

 6        Q     So where?

 7        A     I don't know.

 8        Q     Palm Beach?

 9        A     I don't know.

10        Q     What is the date the photograph was

11   printed?

12        A     I believe it's in March 2001.

13        Q     Okay.

14        A     But that's just off of my photographic

15   memory.  I don't -- it could be different, but I

16   think it's March 2001.

17        Q     You have a photographic memory?

18        A     I'm not saying I have a photographic

19   memory.  But if I'd look at the back of the photo and

20   I remember what it says, I believe it was March 2001.

21        Q     Did the photograph ever leave your

22   possession for a while?

23        A     I gave it to the FBI.

24        Q     Okay.  And when did you get it back?

25        A     When they took copies of it.
```

1      Q      When was that?

2      A      2011.

3      Q      When they came to interview you?

4      A      Yes.

5      Q      So from 2011 until you left Colorado it

6    was in your personal possession?

7      A      Yes.

8      Q      What other documents related to this case

9    are in that, storage boxes in Australia?

10          MR. EDWARDS:  Object to the form.

11     A      Documents related to this case -- there --

12   I don't know.  I really can't tell you.  I mean,

13   there's seven boxes full of Nerf guns, my kids' toys,

14   photos.  I don't know what other documents would be

15   in there.

16     Q      (BY MS. MENNINGER)  Did anyone search

17   those documents after you received discovery requests

18   from us in this case?

19     A      I haven't been able to obtain those boxes.

20   I can't get them sent back up to me.  It's going to

21   cost me a large amount of money.  And right now I'm

22   trying to look after my family, so I'm not able to

23   afford to get them up.

24     Q      You live in Australia, correct?

25     A      I do.

1       Q       Okay.  How far away are the boxes from

2   where you live in Australia?

3       A       Sydney is down here at the bottom.  Cairns

4   is up here at the top.

5       Q       Okay.

6       A       It's probably a six-day drive.

7       Q       Did you fly here through Sydney?

8       A       No.

9       Q       Have you been to Sydney since you've moved

10  back to Australia?

11      A       I flew into Sydney with my three kids, but

12  it was a connecting flight to Brisbane.

13      Q       Did you ask your nephews or anyone else to

14  search those boxes in response to discovery requests

15  that we issued in this case?

16      A       They are my nephews.  I would never let

17  them look at those.

18      Q       Other than your green spiral notebook,

19  what else did you burn in this bonfire in 2013?

20      A       That was it.

21      Q       That's the only thing?

22      A       Yes.

23      Q       Did you use wood?

24      A       Yes.

25      Q       Charcoal?

1      A      My husband built the bonfire out of wood

2  and I don't know what else he put in it.  He's the

3  one who always makes the fires, not me.

4      Q      Who else was present?

5      A      Just him and I.

6      Q      Were your kids there?

7      A      No.  They were inside sleeping.

8      Q      And what beach was this?

9      A      It wasn't a beach.  It was in my backyard.

10      Q      What's your address?

11      A      At that time?

12      Q      Um-hum.

13      A      ████████████████████████

14      Q      ████████████████

15      A      Yes.

16      Q      Who were your neighbors?

17      A      Sweet people.  Ray and -- I could look on

18  my phone if you want.

19      Q      No, thank you.  Do they still live there?

20      A      Yes.

21      Q      Do you keep in touch with them?

22      A      Last time I talked to them was a few

23  months ago.

24      Q      Did they see the fire?

25      A      They've seen many fires that we've had.

1      We've had lots of bonfires there.

2          Q      Did you ever ride in a helicopter with

3      Ghislaine Maxwell acting as pilot of the helicopter?

4          A      Yes.

5          Q      Who else was on the flight?

6          A      I've been on the helicopter with her

7      plenty of times.  I can't mention how many people

8      were on the -- on the helicopter at the same time.

9          Q      How many times?

10         A      I don't know.  Do you have helicopter

11     records that you could show me?

12         Q      I'm asking you how many times you were on

13     the helicopter with Ghislaine Maxwell acting as the

14     pilot --

15         A      It's impossible for me to answer the

16     question without having the actual physical records

17     in front of me.

18         Q      I'm asking you to look into your memory

19     and tell me how many times you recall being on a

20     helicopter with Ghislaine Maxwell at the pilot seat?

21         A      There is no number I can give you.

22     There's plenty of times I've been on her helicopter.

23         Q      Where did you go from and to on a

24     helicopter?

25         A      I believe it was -- don't quote me on this

1    because I get confused on the islands there.  I want

2    to say it was St. John's.  It could have been

3    St. Barts.  St. John or St. Barts, and then we would

4    fly straight to Jeffrey's island.

5         Q    Okay.  Did you ever go anywhere else on

6    the helicopter?

7         A    No.

8         Q    Were you ever on the helicopter with Bill

9    Clinton and Ghislaine Maxwell as the pilot of the

10   helicopter?

11        A    No.

12        Q    Were you ever on the helicopter with Bill

13   Clinton's Secret Service and Ghislaine Maxwell as the

14   pilot?

15        A    No.

16        Q    Do you recall telling Sharon Churcher that

17   you were?

18        A    No.

19        Q    Did you see the press article in which

20   Sharon Churcher reported that you were?

21             MR. EDWARDS:  Objection.  I'd just ask

22   that if you're going to ask this witness about a

23   specific article I'd like for her to see the article.

24   Otherwise she's not going to testify about it.

25             If you have something to show her, then,

1     please.

2     Q     (BY MS. MENNINGER)   Do you recall seeing a

3     press article in which Sharon Churcher reported that

4     you were on a helicopter with Bill Clinton and

5     Ghislaine Maxwell as the pilot?

6     MR. EDWARDS:   Again, I'll let you answer

7     the question once she's looking at the document that

8     you're being asked about.

9     MS. MENNINGER:   You're not letting her

10     answer a question about whether she recalls a

11     particular press statement?

12     MR. EDWARDS:   I will let her answer every

13     question about the press statement as long as she

14     sees the press statement.   I'm okay with that.   She

15     can answer all of them.

16     MS. MENNINGER:   No, there is a rule of

17     civil procedure that allows you to direct a witness

18     not to answer a question when there's a claim of

19     privilege.

20     What privilege are you claiming to direct

21     her not to answer this question?

22     MR. EDWARDS:   I thought that you wanted

23     accurate answers from this witness.   If the --

24     MS. MENNINGER:   I asked her if she

25     recalled something --

1    MR. EDWARDS:  If the sole purpose is to

2  just to harass her --

3    MS. MENNINGER:  I asked her if she

4  recalled something --

5    MR. EDWARDS:  Then that's just not going

6  to be what's happening today.

7    Q    (BY MS. MENNINGER)  All right.  So you're

8  refusing to answer a question about whether you

9  recall a particular press statement --

10    MR. EDWARDS:  She's --

11    Q    (BY MS. MENNINGER) -- is that true?

12    MR. EDWARDS:  She is not refusing to

13  answer any questions.  She --

14    A    I'm not refusing to answer.  I just want

15  to see the article you're talking about so I can be

16  clear in my statement.

17    Q    (BY MS. MENNINGER)  Do you recall seeing a

18  press article written by Sharon Churcher reporting

19  that you flew on a helicopter with Bill Clinton and

20  Ghislaine Maxwell as the pilot?

21    A    No, I do not recall reading a press

22  article saying that I was on a helicopter with Bill

23  Clinton as Ghislaine is the pilot.

24    Q    Do you recall telling Sharon Churcher that

25  you had conversations with Bill Clinton regarding him

1    flying on a helicopter with Ghislaine Maxwell?

2        A    I believe that it was taken out of

3    context.  Ghislaine told me that she flew Bill

4    Clinton in.  And Ghislaine likes to talk a lot of

5    stuff that sounds fantastical.  And whether it's true

6    or not, that is what I do recall telling Sharon

7    Churcher.

8        Q    So you told Sharon Churcher that Ghislaine

9    Maxwell is the one who told you that she flew Bill

10    Clinton in the helicopter?

11        A    I told Sharon Churcher that Ghislaine flew

12    Bill Clinton onto the island, based upon what

13    Ghislaine had told me.

14        Q    Not based upon what Bill Clinton had told

15    you, correct?

16        A    Correct.

17        Q    Did you ever ask Sharon Churcher to

18    correct anything that was printed under her name,

19    concerning your stories to Sharon Churcher?

20        A    I wasn't given those stories to read

21    before they were printed.

22        Q    After they were printed did you read them?

23        A    I tried to stay away from them.  They were

24    very hard.  You have to understand it was a very hard

25    time for me and my husband to have to have this

1    public -- we didn't think it was going to be this

2    publicly announced and that big.  So we turned off

3    the news and we stopped reading so many things.

4         Q    You didn't read the articles about your

5    stories to Sharon Churcher --

6         A    I've read some articles --

7         Q    Let me just finish.  You did not read the

8    articles published by Sharon Churcher about your

9    stories to Sharon Churcher?

10        A    I have read some articles about what

11   Sharon Churcher wrote.  And a lot of the stuff that

12   she writes she takes things from my own mouth and

13   changes them into her own words as journalists do.

14             And I never came back to her and told her

15   to correct anything.  What was done was done.  There

16   was nothing else I can do.

17        Q    So even if she printed something that were

18   untrue you didn't ask her to correct it, correct?

19        A    There was things that she printed that

20   really pissed me off, but there was nothing I could

21   do about it.  It's already out there.

22        Q    She printed things that were untrue,

23   correct?

24             MR. EDWARDS:  Objection to the form.

25   Mischaracterization.

1    A    I wouldn't say that they were untrue.  I

2    would just say that she printed them as journalists

3    take your words and turn them into something else.

4    Q    (BY MS. MENNINGER)  She got it wrong?

5         MR. EDWARDS:  Object to the form.

6    Mischaracterization.

7    A    In some ways, yes.

8    Q    (BY MS. MENNINGER)  Did she print things

9    in her articles that you did not say to her?

10        MR. EDWARDS:  I object and ask that the

11   witness be given the opportunity to see the document

12   so that she can review it and answer that question

13   accurately.  Otherwise she's unable to answer the

14   question.  I'm not going to allow her to answer.

15        MS. MENNINGER:  You know the civil rules

16   tell you not to suggest answers to your client.

17   Q    (BY MS. MENNINGER)  And you understand

18   your lawyer is now directing you to not all of a

19   sudden remember what your answer is.  That's what

20   he's suggesting that you say.  So you're not supposed

21   to listen to him suggest that to you.  You're

22   supposed to tell me from your memory.

23        MR. EDWARDS:  That is not what I'm --

24   Q    (BY MS. MENNINGER)  Did you --

25        MR. EDWARDS:  That's not what I'm doing.

1          You don't get to just talk over me and

2     tell my client when not to listen to me.  All you

3     have to do to get answers is show her the document

4     you're talking about, and I'll let her answer every

5     question.  I don't know why we're so scared of the

6     actual documents.

7          MS. MENNINGER:  I don't know why you're

8     scared of your client's recollection, Mr. Edwards.

9     But anyway --

10          MR. EDWARDS:  Why would you do this to

11     her?

12          Q     (BY MS. MENNINGER)  Did Sharon Churcher

13     print things that you did not say?

14          MR. EDWARDS:  I'm going to instruct my

15     client not to answer unless you give her what it is

16     that you're talking about that was printed.  And she

17     will tell you the answer, the accurate answer to your

18     question.  Just without the document to refresh her

19     recollection and see it, she's not going to answer

20     the question.

21          Q     (BY MS. MENNINGER)  Did Sharon Churcher

22     print things that you did not say?

23          MR. EDWARDS:  Same objection.  Same

24     instruction not to answer.

25          I think I've made a very clear record as

1    to why I want my client to answer all of these

2    questions, but I want her to have the fair

3    opportunity to see this document.

4         Q    (BY MS. MENNINGER)  Did Sharon Churcher

5    print things that you felt were inaccurate?

6              MR. EDWARDS:  Same objection.  Same

7    instruction.  If she sees the document, she's going

8    to answer every one of these questions.

9         Q    (BY MS. MENNINGER)  Did any other reporter

10   print statements that you believe are inaccurate?

11             MR. EDWARDS:  Same objection.  Same

12   instruction.

13        Q    (BY MS. MENNINGER)  Did any reporter print

14   statements about Ghislaine Maxwell that were

15   inaccurate?

16             MR. EDWARDS:  Same objection.  Same

17   instruction.

18             This is harassing.  This is harassing a

19   sexual abuse victim.  And all I'm asking is for

20   fairness, that we just let her see the document so

21   she can answer this.

22             MS. MENNINGER:  Mr. Edwards, please stop

23   saying anything other than an objection, what the

24   basis is, or instructing your client not to answer.

25             MR. EDWARDS:  I will do that.

1          MS. MENNINGER:  That's what the Federal

2     Rules of Civil Procedure provide.

3          MR. EDWARDS:  I hear you.  They also

4     provide for fairness and civility.  And all I'm

5     asking, very calmly, is for her to see this.

6          MS. MENNINGER:  Mr. Edwards, this is not

7     your deposition.  I'm asking your client what she

8     remembers.  If she doesn't want to talk about what

9     she remembers, then let her not answer.  But you

10    cannot instruct her not to answer unless there's a

11    privilege.

12          What privilege --

13          MR. EDWARDS:  I am instructing her not to

14    answer.

15     Q     (BY MS. MENNINGER)  All right.  You are

16    refusing to answer questions about whether statements

17    to the press about Ghislaine Maxwell attributed to

18    you were inaccurate?

19          MR. EDWARDS:  She's not refusing not to

20    answer.

21     A     You are refusing to show me these

22    documents so I could answer properly.  I would give

23    you an answer if you were to show me some documents.

24     Q     (BY MS. MENNINGER)  You can't say without

25    looking at a document whether the press attributed to

1      you is accurate or inaccurate?

2          A      Please show me the document.

3          Q      You can't say from the top of your head

4      whether any inaccurate statement has been attributed

5      to you in the press?

6          A      Please show me a document and I will tell

7      you.

8          Q      Are you refusing to answer my questions

9      about your knowledge of whether inaccurate statements

10     have been attributed to you in the press?

11         A      Are you refusing to give me the documents

12     to look at?

13         Q      Are you refusing to answer the question?

14         A      I am refusing to answer the question based

15     upon the fact that you are not being fair enough to

16     let me see the document in order to give you an

17     honest answer.

18         Q      Ms. Giuffre --

19         A      Yes.

20         Q      -- we are talking about press that has

21     been published on the Internet, correct?

22         A      Yes.

23         Q      Do you have access to the Internet?

24         A      Yes.

25         Q      Have you looked on the Internet and read

1      articles that attribute statements to you about

2      Ghislaine Maxwell?

3          A      Yes.

4          Q      Do you know any statement that has been

5      attributed to you in a press article on the Internet

6      about Ghislaine Maxwell that is untrue?

7                 MR. EDWARDS:  Same objection.  Same

8      instruction.

9          A      Please show me a specific document.

10         Q      (BY MS. MENNINGER)  Do you know of any

11     such statement about Ghislaine Maxwell attributed to

12     you by the press that is inaccurate?

13         A      If you could please show me a specific

14     document.

15         Q      Tell me what Sharon Churcher asked you to

16     write for her.

17         A      Any knowledge that I had about my time

18     with Prince Andrew.

19         Q      And did you write it?

20         A      Um-hum.

21         Q      What did you write it in or on?

22         A      Paper.

23         Q      What kind of paper?

24         A      Lined paper.

25         Q      Was it in a book or single sheets?

1           A       Single sheets.

2           Q       And did you write a long document or a

3    short document?  What was it?

4           A       I can't recall how long the document was,

5    but I would say it would be a few pages.

6           Q       And other than asking you to write

7    whatever you remember about Prince Andrew, did she

8    give you any other directions about what you should

9    write?

10          A       She was interested in two things, really.

11   How Epstein got away with so many counts of child

12   trafficking for sex and how Prince Andrew was

13   involved in it.  Those were her two main inquiries.

14          Q       What did she ask you to write?

15          A       She asked me to write about Prince Andrew.

16          Q       Did she tell you to put it in your own

17   handwriting?

18          A       No, she just asked me to write down what I

19   can remember.

20          Q       Did you give her everything that you

21   wrote?

22          A       Did I give her the whole entire pages that

23   I wrote?

24          Q       Yes.

25          A       Yeah, I wrote pages for her specifically.

```
 1        Q       In your own handwriting?

 2        A       In my own handwriting.

 3        Q       And what you wrote, was that true?

 4        A       Yes.

 5        Q       And did you get paid for those pieces of

 6   paper?

 7        A       Not for the papers, I don't believe.

 8        Q       Okay.  Have you gotten paid when they've

 9   been reprinted?

10        A       No.

11        Q       Have you negotiated any deal with Radar

12   Online?

13        A       No.

14        Q       Have you negotiated any deal with Sharon

15   Churcher for the purpose of publishing those pieces

16   of paper?

17        A       Not those pieces of paper.

18        Q       When did you write those pieces of paper?

19                MR. EDWARDS:  Object to the form.

20        A       A week before she came out.

21        Q       (BY MS. MENNINGER)  And when did you give

22   them to her?

23        A       When she came out.

24        Q       When was that?

25        A       Sometime, I believe, in early 2011.
```

Agren Blando Court Reporting & Video, Inc.

1    Q    What did you get paid for, if not for

2  those pieces of paper?

3         MR. EDWARDS:  Object to the form.

4    A    I was paid for the picture with Prince

5  Andrew with his arm around me, Ghislaine in the

6  background.  And I was paid for the, I guess, the

7  print of the stories.

8    Q    (BY MS. MENNINGER)  Anything else?

9    A    No.

10   Q    You were not paid for those pieces of

11 paper?

12   A    No.

13   Q    All right.  And how many pieces of paper

14 did you write?

15   A    Like I said, I'm rounding it around three.

16   Q    Three pieces of paper?

17   A    That's what I -- I don't remember to be

18 exact on a number.  I'm sorry.  But over three pages.

19   Q    And you wrote those sometime in 2011?

20   A    The week that she was coming out to see

21 me.

22   Q    And you gave them to her, right?

23   A    I gave them to her.

24   Q    Did you keep a copy of that?

25   A    No.