**EXHIBIT N**

United States District Court
Southern District Of New York

-------------------------------------------------X
VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

-------------------------------------------------X

15-cv-07433-RWS

# DEFENDANT GHISLAINE MAXWELL'S
# THIRD SUPPLEMENTAL F.R.C.P. 26(A)(1)(A) DISCLOSURES

Pursuant to F.R.C.P. 26(a)(1)(A), Defendant Ghislaine Maxwell makes the following disclosures:

**I. IDENTITIES OF INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION RELEVANT TO DISPUTED FACTS ALLEGED WITH PARTICULARITY IN THE PLEADINGS**

1. Ghislaine Maxwell
   c/o Laura A. Menninger, Esq.
   Haddon, Morgan & Foreman, P.C.
   150 E. 10th Ave.
   Denver, CO 80203
   303-831-7364
   LMenninger@HMFLaw.com

   Ms. Maxwell is the Defendant and may have knowledge concerning matters at issue, including the events of 1999-2002 and the publication of statements in the press in 2011-2015.

2. Virginia Lee Roberts Giuffre
   c/o Sigrid S. McCawley, Esq.
   Boies, Schiller & Flexner LLP
   401 East Las Olas Boulevard, Suite 1200

Miami, Florida 33301
(954) 356-0011
smccawley@bsfllp.com

Ms. Giuffre is the Plaintiff and has knowledge concerning the matters at issue in her Complaint, including the events of 1996-2015 and the publication of statements in the press in 2011-2015.

3. Kathy Alexander
   Address unknown at this time
   Telephone number unknown at this time

   Ms. Alexander has knowledge about matters at issue, including Plaintiff's whereabouts during 2000-2002 and her false claims concerning Defendant and others.

4. Miles Alexander
   Address unknown at this time
   Telephone number unknown at this time

   Mr. Alexander has knowledge about matters at issue, including Plaintiff's whereabouts during 2000-2002 and her false claims concerning Defendant and others.

5. James Michael Austrich
   10108 NW 261 Terrace
   High Springs, Florida, 32643

   Mr. Austrich has knowledge concerning matters at issue in the Complaint, including events of 1996-2002.

6. Philip Barden
   Devonshires Solicitors LLP
   30 Finsbury Circus
   London, United Kingdom
   EC2M 7DT
   DX: 33856 Finsbury Square
   (020) 7628-7576
   Philip.Barden@devonshires.co.uk

   Mr. Barden has knowledge concerning press statements by Plaintiff and Defendant in 2011-2015 at issue in this matter.

7. 

██████████████████████████████

8. David Boies
   Boies, Schiller, Flexner LLP
   575 Lexington Ave.
   New York, NY 10022
   (212) 446-2300

   Mr. Boies has knowledge concerning matters at issue in the Complaint and in Plaintiff's pleadings and sworn statements in other litigations, including in particular her publicly filed allegations concerning Defendant and Alan Dershowitz.

9. Laura Boothe
   The Mar-a-Lago Club, LC.
   1100 South Ocean Boulevard,
   Palm Beach, FL 33480

   Ms. Boothe has knowledge concerning matters at issue, including the date that Sky Roberts began working at the Mar-a-Lago Club, and the human resources department at Mar-A-Lago.

10. Evelyn Boulet
    Address unknown at this time
    Telephone number unknown at this time

    Ms. Boulet may have knowledge concerning Plaintiff's false claims against Defendant.

11. Rebecca Boylan
    Address unknown at this time
    Telephone number unknown at this time

    Ms. Boylan has knowledge concerning Plaintiff during the relevant time period including claims for damages, motive and bias.

12. Joshua Bunner
    Address unknown at this time

    Joshua Bunner has knowledge concerning Plaintiff's credibility, including false claims of sexual assault.

13. Carolyn Casey
    Address unknown at this time
    Telephone number unknown at this time

Ms. Casey may have knowledge concerning Plaintiff's false claims against Defendant.

14. Paul Cassell
    383 South University Street
    Salt Lake City, UT 84112
    801-585-5202
    paul.cassell@law.utah.edu

    Mr. Cassell has knowledge concerning press statements by Plaintiff, Plaintiff's court pleadings, and Plaintiff's sworn testimony.

15. Sharon Churcher
    3 Deveau Road
    N. Salem, NY 10560

    Ms. Churcher has knowledge concerning matters at issue, including Plaintiff's statements regarding Defendant and others.

16. Alexandra Cousteau
    Address unknown at this time
    Telephone number unknown at this time

    Ms. Cousteau may have knowledge concerning Plaintiff's false claims against Defendant and others.

17. Alan Dershowitz
    c/o Richard A. Simpson, Esq.
    WILEY REIN, LLP
    1776 K Street NW
    Washington, D.C. 20006
    (202) 719-7000

    Mr. Dershowitz has knowledge concerning Plaintiff's false statements to the press, in court pleadings, and in sworn testimony, at issue in this matter.

18. Dr. Mona Devanesan
    PO Box 3250
    601 E. Delmonte Avenue
    Clerwiston, FL 33440
    (561) 254-2502
    modev358@aol.com

    Dr. Devanesan has knowledge about matters at issue, including Plaintiff's whereabouts during 2001 and her claimed damages.

19. ███████████
   Address unknown at this time
   Telephone number unknown at this time

   ████████████████████████████████████████████
   ████████

20. Bradley Edwards
    Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L.
    425 N. Andrews Ave., Suite 2
    Ft. Lauderdale, FL 33301
    (954) 524-2820
    brad@pathtojustice.com

    Mr. Edwards has knowledge concerning Plaintiff's false statements to the press, in court pleadings, and in sworn testimony at issue in this matter. Mr. Edwards also has knowledge concerning "Victim's Refuse Silence, Inc."

21. Amanda Ellison
    Address unknown at this time
    561-628-4338

    Ms. Ellison has knowledge concerning Plaintiff's false allegations concerning Defendant.

22. Cimberly Espinosa
    1113 West Columbine Ave.
    Santa Ana, CA 92707

    Ms. Espinosa has knowledge concerning Plaintiff's false allegations concerning Defendant.

23. Jeffrey Epstein
    c/o Tonja Haddad Coleman, Esq.
    315 SE 7th Street, Suite 301
    Fort Lauderdale, FL 33301
    (954) 467-1223

    Mr. Epstein has knowledge concerning Plaintiff's false statements to the press and in court pleadings, as well as the events of 1999-2002 concerning Plaintiff and Defendant.

24. Annie Farmer
    Address unknown at this time
    Telephone number unknown at this time

Ms. Farmer may have knowledge concerning Plaintiff's false claims against Defendant.

25. Marie Farmer
    Address unknown at this time
    Telephone number unknown at this time

    Ms. Farmer may have knowledge concerning Plaintiff's false claims against Defendant.

26. Alexandra Fekkai
    Address unknown at this time
    Telephone number unknown at this time

    Ms. Fekkai may have knowledge concerning Plaintiff's false claims against Defendant and others.

27. Crystal Figueroa
    Address unknown at this time

    Ms. Figueroa may have knowledge concerning matters at issue, including Plaintiff's activities during 1996 – 2002

28. Anthony Figueroa
    38 Bunker View Drive
    Palm Coast, FL

    Mr. Figueroa has knowledge concerning matters at issue, including Plaintiff's activities during 1996 – 2002.

29. Louis Freeh
    Address unknown at this time
    (202) 215-8321
    Freeh@FreehGroup.com

    Mr. Freeh may have knowledge concerning travel of Bill Clinton.

30. Eric Gany
    Address unknown at this time
    Telephone number unknown at this time

    Mr. Gany may have knowledge concerning Plaintiff whereabouts during 2000-2002 and her false claims against Defendant.

31. Meg Garvin
    Lewis & Clark Law School

10015 S.W. Terwilliger Boulevard MSC 51
Portland, Oregon 97219

Ms. Garvin has knowledge concerning matters at issue including Victims Refuse Silence and Plaintiff's damages.

32. Sheridan Gibson-Butte
Address unknown at this time
Telephone number unknown at this time
Ms. Gibson-Butte may have knowledge concerning Plaintiff's false claims against Defendant.

33. Robert Giuffre
Queensland, Australia

Mr. Giuffre is may have knowledge concerning matters at issue, including Plaintiff's activities during 2002-2016 and her damages allegations.

34. Ross Gow
Acuity Representation
23 Berkeley Square
London W1J 6HE
44 (0) 777 875 5251
ross@acuityreputation.com

Mr. Gow may have knowledge concerning matters at issue, including the publication of statements in the press in 2011-2015 concerning Plaintiff and Defendant.

35. Fred Graff
Address unknown at this time
Telephone number unknown at this time

Mr. Graff may have knowledge concerning Plaintiff's false claims against Defendant.

36. Philip Guderyon
Address unknown at this time
Telephone number unknown at this time

Mr. Guderyon may have knowledge concerning matters at issue, including Plaintiff's activities during 1996 – 2002.

37. 



may have knowledge concerning matters at issue.

38. Shannon Harrison
    Address unknown at this time
    Telephone number unknown at this time

    Ms. Harrison may have knowledge concerning Plaintiff's false claims against Defendant.

39. Victoria Hazel
    Address unknown at this time
    Telephone number unknown at this time

    Ms. Hazel may have knowledge concerning Plaintiff's false claims against Defendant.

40. Brittany Henderson
    Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L.
    425 N. Andrews Ave., Suite 2
    Ft. Lauderdale, FL 33301

    Ms. Henderson has knowledge concerning matters at issue including Victims Refuse Silence and Plaintiff's damages.

41. Brett Jaffe
    Address unknown at this time
    Telephone number unknown at this time

    Mr. Jaffe has knowledge concerning Plaintiff's false claims concerning Ms. Maxwell including her compliance with any deposition subpoena in the CVRA matter.

42. Carol Roberts Kess
    Address unknown at this time
    Telephone number unknown at this time

    Ms. Kess may have knowledge concerning matters at issue, including Plaintiff's activities during 1996 – 2002.

43. Dr. Karen Kutikoff
    12957 Palms W Drive #101

Loxahatchee, FL 33470

Dr. Kutifkoff may have knowledge concerning matters at issue, including Plaintiff's whereabouts during 1998-2002 and Plaintiff's damages.

44. Peter Listerman
    Address unknown at this time
    Telephone number unknown at this time

    Mr. Listerman may have knowledge concerning Plaintiff's false claims against Defendant.

45. Tony Lyons
    Skyhorse Publishing, Inc.
    307 West 36th Street, 11th Floor
    New York, NY 10018

    Mr. Lyons may have knowledge concerning matters at issue, including Plaintiff's false allegations concerning Defendant and others.

46. Bob Meister
    101 Seminole Avenue,
    Palm Beach, FL 38480
    (561) 650-0083

    Mr. Meister may have knowledge concerning Plaintiff's false claims against Defendant.

47. Jamie A. Melanson
    5280 NW 53rd Ave.
    Coconut Creek, FL 33073

    Mr. Melanson has knowledge concerning Plaintiff's honesty and truthfulness.

48. Lynn Miller
    936 O Street
    Penrose, CO 81240

    Ms. Miller may have knowledge concerning matters at issue, including Plaintiff's activities during 1996 – 2002.

49. Marvin Minsky
    Address unknown at this time
    Telephone number unknown at this time

Mr. Minsky may have knowledge concerning Plaintiff's false claims against Defendant and others.

50. ███████████████
   ███████████████

   ███████████████

51. David Mullen
    Address unknown at this time
    Telephone number unknown at this time

    Mr. Mullen may have knowledge concerning Plaintiff's false claims against Defendant.

52. Joe Pagano
    Address unknown at this time
    Telephone number unknown at this time

    Mr. Pagano may have knowledge concerning Plaintiff's false claims against Defendant.

53. Mary Paluga
    Address unknown at this time
    Telephone number unknown at this time

    Ms. Paluga may have knowledge concerning Plaintiff's false claims against Defendant.

54. J. Stanley Pottinger
    49 Twin Lakes Rd.
    South Salem, NY 10590
    914-763-8333

    Mr. Pottinger may have knowledge concerning matters at issue, including Plaintiff's attempts to sell her story to the media and her contacts with the media.

55. Joseph Recarey
    2753 Misty Oaks Circle
    Royal Palm Beach, FL 33441
    Telephone number unknown at this time

    Mr. Recarey may have knowledge concerning Plaintiff's false claims against Defendant.

56. Michael Reiter
    2335 So. Ocean Blvd., Apt. 15
    Palm Beach, FL 33480
    Telephone number unknown at this time

    Mr. Reiter may have knowledge concerning Plaintiff's false claims against Defendant.

57. Jason Richards
    Federal Bureau of Investigations
    Address unknown at this time

    Mr. Richards has knowledge concerning matters at issue, including Plaintiff's statements concerning Defendant, Alan Dershowitz and other individuals.

58. Bill Richardson
    Address unknown at this time
    Telephone number unknown at this time

    Mr. Richardson may have knowledge concerning Plaintiff's false claims against Defendant and others.

59. Sky Roberts
    15020 SE 47th Ave
    Summerfield, FL 34491-5141

    Mr. Roberts may have knowledge concerning matters at issue, including Plaintiff's activities during 1996 – 2002.

60. Scott Rothstein
    U.S. Bureau of Prisons

    Mr. Rothstein has knowledge concerning Plaintiff's civil claims against Jeffrey Epstein.

61. Forest Sawyer
    Address unknown at this time
    Telephone number unknown at this time

    Mr. Sawyer may have knowledge concerning Plaintiff's false claims against Defendant.

62. Doug Schoetlle
    Address unknown at this time
    Telephone number unknown at this time

Mr. Schoettle may have knowledge concerning Plaintiff's false claims against Defendant.

63. Cecilia Stein
    Address unknown at this time
    Telephone number unknown at this time

    Ms. Stein may have knowledge concerning Plaintiff's false claims against Defendant.

64. Mark Tafoya
    Address unknown at this time
    Telephone number unknown at this time

    Mr. Tafoya may have knowledge concerning Plaintiff's false claims against Defendant.

65. Brent Tindall
    Address unknown at this time
    Telephone number unknown at this time

66. Kevin Thompson
    Address unknown at this time

    Kevin Thompson has knowledge concerning Plaintiff's credibility, including false claims of sexual assault.

67. Ed Tuttle
    Address unknown at this time
    Telephone number unknown at this time

    Mr. Tuttle may have knowledge concerning Plaintiff's false claims against Defendant.

68. Emma Vaghan
    Address unknown at this time
    Telephone number unknown at this time

    Ms. Vaghan may have knowledge concerning Plaintiff's false claims against Defendant.

69. Kimberly Vaughan-Edwards
    Address unknown at this time
    Telephone number unknown at this time
    Believed to be in the UK

Ms. Vaughan-Edwards has knowledge concerning facts relevant to this dispute and Ms. Maxwell's character.

70. Cresenda Valdes
    Address unknown at this time
    Telephone number unknown at this time

    Ms. Valdes may have knowledge concerning Plaintiff's false claims against Defendant.

71. Anthony Valladares
    Address unknown at this time
    Telephone number unknown at this time

    Mr. Valladares may have knowledge concerning matters at issue, including Plaintiff's activities during 1996 – 2002.

72. Maritza Vazquez
    Address unknown at this time
    Telephone number unknown at this time

    Ms. Vazquez may have knowledge concerning Plaintiff's false claims against Defendant.

73. Vicky Ward
    Address unknown at this time
    Telephone number unknown at this time

    Ms. Ward may have knowledge concerning Plaintiff's false claims against Defendant.

74. Jarred Weisfeld
    Address unknown at this time

    Mr. Weisfeld may have knowledge concerning matters at issue, including Plaintiff's attempted publication of false allegations concerning Defendant and others.

75. Courtney Wild
    Pinellas County Jail

    Ms. Wild may have knowledge concerning Plaintiff's false claims against Defendant.

76. Daniel Wilson
    Address unknown at this time

Telephone number unknown at this time

Mr. Wilson may have knowledge concerning matters at issue, including Plaintiff's activities during 1996 – 2002.

77. Andrew Albert Christian Edwards, Duke of York
    Address unknown at this time
    Telephone number unknown at this time

    The Duke has knowledge concerning Plaintiff's false statements to the press, in court pleadings, and in sworn testimony as well as the events of 1999-2002.

78. Witnessed identified by Plaintiff in any of the various versions of her Rule 26 disclosures.

79. Witnesses whose identities and contact information can be identified in law enforcement reports disclosed herein.

80. Any other witness learned through the discovery process.

Defendant Ghislaine Maxwell reserves her right to supplement these disclosures as additional witnesses are learned through the discovery process, or endorsed by Plaintiff.

II. **DOCUMENTS, DATA, COMPILATIONS AND TANGIBLE THINGS IN POSSESSION, CUSTODY OR CONTROL OF DEFENDANT THAT MAY BE USED TO SUPPORT DEFENDANT'S CLAIM OR DEFENSES**

1. Documents received from any other party through disclosures and/or in discovery, including any deposition exhibits, will not be identified or produced, though they technically may fall within this category "II", and Defendant reserves the right to utilize such documents at any hearing or trial on this matter.

2. News articles from the internet:

    a. "Sordid friends and why he isn't fit for the job: Duke of York risks losing ambassador role," *Daily Mail Online* (Feb. 28, 2011).

    b. "Prince Andrew and the 17-year-old girl his sex offender friend flew to Britain to meet him," *Daily Mail Online* (corrected Mar. 2, 2011).

    c. "Unsavoury association: How Robert Maxwell's daughter 'procured young girls' for Prince Andrew's billionaire friend," *Daily Mail Online* (Mar. 5, 2011).

14

d. "Virginia Roberts' account of the explosive Prince Andrew 'sex slave' drama," *Daily Mail Online* (Jan. 3, 2015).

   e. "Court papers put daughter of Robert Maxwell at centre of 'sex slave' scandal," *The Guardian* (Jan. 4, 2015).

   f. "Prince Andrew denies sexual abuse allegations in unprecedented Buckingham Palace statement: The Duke of York denies having relations with alleged 'sex slave,'" *The Independent* (Jan. 4, 2015).

   g. "Prince Andrew story runs and runs - but editors should beware," *The Guardian* (Jan. 5, 2015).

   h. "US lawyer sues in Prince Andrew sex claims case," *Time* (Jan 6, 2015).

   i. "Harvard professor Alan Dershowitz denies charges of sex with underage girl," *Boston Globe* (Jan. 22, 2015).

   j. "Virginia Roberts's Aunt Reveals Jeffrey Epstein Girl Says I Am In Fear for My Life," *Daily Mail Online*, (Jan. 10, 2015).

   k. "EXCLUSIVE: Alleged 'sex slave' of Jeffrey Epstein, Prince Andrew accused two men of rape in 1998, but was found not credible," *NY Daily News* (Feb. 23, 2015).

   l. "Jeffrey Epstein accuser was not a sex slave, but a money-hungry sex kitten, her former friends say," *NY Daily News* (Mar. 1, 2015).

   m. "Twat Claims She Was Underage Sex Slave Bedding Prince Andrew," http://www.mgtowhq.com/viewtopic.php?f=2&t=6676 (Jan. 5, 2015).

   n. "Exclusive: Prince Andrew at Heidi Klum's 'Hookers and Pimps' party with the New York socialite accused of procuring underage girls for his billionaire pedophile friend" *Daily Mail Online* (May 10, 2016).

3. Email from Ross Gow to various news organizations, Subject: "Ghislaine Maxwell," (Jan. 2, 2015).

4. "Lawyers Acknowledge Mistake In Filing Sexual Misconduct Charges Against Professor Dershowitz," Joint Statement of Brad Edwards, Paul Cassell and Alan Dershowitz (Apr. 8, 2016).

5. *Edwards and Cassell v. Dershowitz,* In the Circuit Court of the Seventeenth Judicial District In and For Broward County Florida to include:

a. Deposition testimony of Paul G. Cassell, dated October 16, 2015 and October 17, 2015.

6. *Jane Doe #1 and #2 v. United States,* U.S. District Court for the Southern District of Florida, 08-cv-80736-KAM pleadings to include:

   a. Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filing (July 28, 2008) (Doc. # 16)

   b. Notice of Change of Address and Firm Affiliation (Apr. 9, 2009) (Doc. # 37)

   c. Order Denying Petitioners' Motion to Join Under Rule 21 and Motion to Amend Under Rule 15 (Apr. 7, 2015) (Doc. #324)

   d. Order Scheduling Settlement Conference Before the Magistrate Judge, U.S. District Court (Mar. 31, 2016) (Doc. #378)

7. *Epstein v. Scott Rothstein and Bradley J. Edwards*, In the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, 09-ca-040800, pleadings to include:

   a. Complaint (Dec. 7, 2009).

8. Law enforcement records obtained from the Palm Beach County (Florida) Sheriff's Office, the Royal Palm Beach (Florida) Police Department, the County Court in and for Palm Beach County (Florida), the Greenacres (Florida) Department of Public Safety, and the Fremont County (Colorado) Sheriff's Office.

9. Employment records obtained from ET Employment Training and Recruiting Australia.

10. Education records obtained from Royal Palm Beach Community High School and Forest Hills High School.

11. Documents received from Palm Beach County Library System.

12. Documents received from any other party through disclosures and/or in discovery, including any deposition exhibits, will not be identified or produced, though they technically may fall within this category "II", and Defendant reserves the right to utilize such documents at any hearing or trial on this matter.

Defendant reserves the right to identify additional documents, data, compilations and tangible things as discovery continues and to supplement this list accordingly.

III. **DESCRIPTION OF CATEGORIES OF DAMAGES SOUGHT AND COMPUTATION OF ECONOMIC DAMAGES CLAIMED BY THE DISCLOSING PARTY**

Not applicable at this time Ms. Maxwell reserves her right to supplement these disclosures as necessary.

IV. **INSURANCE AGREEMENT UNDER WHICH ANY PERSON CARRYING ON AN INSURANCE BUSINESS MAY BE LIABLE TO SATISFY A PART OR ALL OF A JUDGMENT**

Ms. Maxwell's AIG Homeowners and Excess Liability insurance policies. Coverage has been denied by AIG, as their letter of April 18, 2016 to Ms. Maxwell, copied to Ms. McCawley, attests.

Dated: June 17, 2016.

Respectfully submitted,

*s/ Laura A. Menninger*
Laura A. Menninger
Jeffrey S. Pagliuca
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
Phone: 303.831.7364
Fax: 303.832.2628
lmenninger@hmflaw.com
jpagliuca@hmflaw.com

*Attorneys for Ghislaine Maxwell*

**CERTIFICATE OF SERVICE**

      I certify that on June 17, 2016, I electronically served this *DEFENDANT GHISLAINE MAXWELL'S THIRD SUPPLEMENTAL F.R.C.P. 26(A)(1) DISCLOSURES* via e-mail on the following:

| | |
|---|---|
| Sigrid S. McCawley<br>Meredith Schultz<br>BOIES, SCHILLER & FLEXNER, LLP<br>401 East Las Olas Boulevard, Ste. 1200<br>Ft. Lauderdale, FL 33301<br>smccawley@bsfllp.com<br>mschultz@bsfllp.com<br><br>Bradley J. Edwards<br>FARMER, JAFFE, WEISSING, EDWARDS,<br>FISTOS & LEHRMAN, P.L.<br>425 North Andrews Ave., Ste. 2<br>Ft. Lauderdale, FL 33301<br>brad@pathtojustice.com | Paul G. Cassell<br>383 S. University Street<br>Salt Lake City, UT 84112<br>cassellp@law.utah.edu<br><br>J. Stanley Pottinger<br>49 Twin Lakes Rd.<br>South Salem, NY 10590<br>StanPottinger@aol.com<br><br>*s/* _____ |