

January 4, 2024

<u>**VIA ECF**</u>

The Honorable Loretta A. Preska
District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>***Giuffre v. Maxwell*, Case No. 15-cv-7433-LAP**</u>

Dear Judge Preska,

    Plaintiff is filing a revised version of docket entry 235-13 pursuant to the Court's January 4, 2024, email correspondence with counsel.

                                        Respectfully,

                                        /s/ Sigrid S. McCawley
                                        Sigrid S. McCawley

    cc:  Counsel of Record  (via ECF)

BOIES SCHILLER FLEXNER LLP

401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com