LAW OFFICES OF

*Aidala, Bertuna & Kamins, P.C.*

ARTHUR L. AIDALA*
MARIANNE E. BERTUNA*
HON. BARRY KAMINS (RET.)
HON. JOHN M. LEVENTHAL (RET.)
HON. DAVID L. LEWIS (RET.)
JOHN S. ESPOSITO*
MICHAEL T. JACCARINO
IMRAN H. ANSARI
DIANA FABI SAMSON**
ANDREA M. ARRIGO*
MICHAEL F. DIBENEDETTO*
LINO J. DE MASI
DAVID M. SCHWARTZ+

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN CONNECTICUT
+ALSO ADMITTED IN D.C.

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (917) 261-4832
WWW.AIDALALAW.COM

8118 - 13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH
SIGURD SORENSON

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

January 4, 2024

**VIA ECF**

Honorable Loretta A. Preska
District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: INTERVENOR ALAN DERSHOWITZ'S LETTER MOTION TO UNSEAL DOCKET ENTRY 1026-3**
*Giuffre v. Maxwell*, Case No. 15-cv-7433-LAP

Dear Judge Preska:

Intervenor Alan Dershowitz (hereinafter referred to as "Dershowitz") joins in the letter motion filed by Intervenors Julie Brown and Miami Herald Media Company (hereinafter collectively referred to as "Herald") requesting that the Court unseal Docket Entry 1026-3. Dershowitz adopts the rationale and arguments as set forth within the Herald's letter motion, filed on this date, as Docket Entry 1021.

Dershowitz has long advocated for unsealing and transparency in this matter. To circumvent potential reporting inaccuracies and misplaced assumptions, the unsealing of Docket Entry 1026-3 will be beneficial to the Intervenors, media, and public alike, and will assist with the free flow of information into the public domain in accordance with the Court's prior Order(s) pertaining to unsealing.

As such, Dershowitz respectfully requests that Docket Entry 1026-3 be unsealed.

[SIGNATURE PAGE TO FOLLOW]

Respectfully Submitted,

**AIDALA, BERTUNA & KAMINS P.C.**

By: _____
**IMRAN H. ANSARI, ESQ.**
546 5th Avenue, 6th Floor
New York, New York 10036
(212) 486-0011
iansari@aidalalaw.com
*Attorneys for Intervenor Alan Dershowitz*