UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA GIUFFRE,<br><br>          Plaintiff,<br><br>-against-<br><br>GHISLAINE MAXWELL,<br><br>          Defendant. | 15 Civ. 7433 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

   The Clerk of the Court is directed to strike docket entries 1320-13, 1320-14, 1320-15, 1320-39, and 1320-40 in the above-captioned case because they contain personally identifiable information, the disclosure of which could threaten the safety and privacy of named individuals.  Counsel shall redact the personally identifiable information and re-file the stricken documents as soon as is practicable.

   Counsel shall inform the Court if there are any additional documents to be stricken in accordance with this order.

**SO ORDERED.**

Dated:     January 4, 2024
           New York, New York

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge