# EXHIBIT A

To: Sharon.Churcher@mailonsunday.co.uk[Sharon.Churcher@mailonsunday.co.uk]
From: Jenna
Sent: Mon 3/7/2011 10:55:59 AM
Importance: Normal
Subject: RE: Re:
Received: Mon 3/7/2011 10:55:59 AM

Hi again,
Thanks alot for understanding, I appreciate all that you are helping me with. It's going to be splendid weather tomorrow! :-) We should meet at the kids water gym next to where you went to watch the pelicans feed.
See you then...
Take care,
Jenna

-----Original Message-----
From: Sharon.Churcher@mailonsunday.co.uk
Sent: Monday, 7 March 2011 8:46 PM
To: Virginia Giuffre
Subject: Re:

All understood. A lot of people are rooting for you.
You must do what is best for you and your family.
Where shall we meet? (Glorious weather....)

|---------->
|From:    |
|---------->
>---------------------------------------------------------------------------|
                                                                            |
>---------------------------------------------------------------------------|

|---------->
|To:    |
|---------->
>---------------------------------------------------------------------------|
|Sharon Churcher                                                            |
>---------------------------------------------------------------------------|

|---------->
|Date:    |
|---------->
>---------------------------------------------------------------------------|
|07/03/2011 09:28 GMT                                                       |
>---------------------------------------------------------------------------|

|---------->
|Subject:  |
|---------->
>---------------------------------------------------------------------------|
|RE:                                                                        |
>---------------------------------------------------------------------------|

Hi shazza,
That will be great if we can arrange the wire tomorrow, much appreciated buddy! If you don't mind my husband and I would like to be alone with the phone conversation taking place tomorrow, we just have some serious things to think about and our families well being comes first. I'll fill you in over lunch tomorrow. We were thinking of meeting you at The entrance instead. There's really nice alfresco dining and great for the kids to play. What do you think? See you then...
Take care,
Jenna

-----Original Message-----
From: Sharon.Churcher@mailonsunday.co.uk
Sent: Monday, 7 March 2011 6:22 PM
To: Virginia Giuffre

CONFIDENTIAL

GIUFFRE003720

We'll get your money going asap. You earned it babe!!! The book next...
See you tomorrow.
Hugs,
S
X0x0

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delete it from your system. Please be advised that the views and opinions expressed in this e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachments to it for viruses as we can take no responsibility for any computer virus which may be transferred by way of this e-mail. Use of this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of these facilities.
Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121 England.

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delet it from your system. Please be advised that the views and opinions expressed in this e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachments to it for viruses as we can take no responsibility for any computer vin which may be transferred by way of this e-mail. Use of this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of these facilities.
Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121 England.

CONFIDENTIAL

GIUFFRE003721

To:         Villafana, Ann Marie C. (USAFLS)[Ann.Marie.C.Villafana@usdoj.gov]
From:       Jenna
·Sent:       Mon 3/7/2011 9:14:33 PM
Importance:        Normal
Subject:    RE: Confidential contact information
Received:          Mon 3/7/2011 9:14:33 PM

Hi Mrs. Villafana,
I am unable to be contacted by Skype for the next few days as my laptop had a fight with my 3 year old and lost, its in the repair shop now, but I am still contactable by phone. When you are ready, feel free to give me a call anytime.
Sincerely,
Mrs. Virginia Roberts

——Original Message——
From: Villafana, Ann Marie C. (USAFLS)
Sent: Tuesday, 8 March 2011 4:06 AM
To: Virginia Giuffre
Cc: Bardfeld, Wende E. (FBI)
Subject: FW: Confidential contact information

Dear Virginia:

Please treat this as a confidential communication.

Thank you for contacting me.  Special Agent Wende Bardfeld and I would like to speak with you at 9:00 a.m. your time, Tuesday, Mar 8, 2011.  According to my calculations, that is 5:00 p.m., Monday, March 7, 2011 here in West Palm Beach.

We would prefer to speak with you via Skype, if possible.  We feel that a video-conference would put you a bit more at ease, and wou be a better way for us to introduce ourselves to you.  Wende has set up a Skype account with user name Wende.Bardfeld@ic.fbi.gov.

If you are unable to sign in to Skype, or if you cannot locate Special Agent Bardfeld's log-in, please send me an email.  In the alternative, if we do not hear from you on Skype by 5:10, we will call you on the telephone number that you provided.

Thank you again.

A. Marie Villafaña
Assistant U.S. Attorney
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
561-209-1047
Fax 561-802-1787

——Original Message——
From: Sharon.Churcher@mailonsunday.co.uk [mailto:Sharon.Churcher@mailonsunday.co.uk]
Sent: Sunday, March 06, 2011 10:06 PM
To: Villafana, Ann Marie C. (USAFLS)
Cc: Virginia Giuffre
Subject: Confidential contact information

Dear Ms. Villafana:

I am sending you this email on a strictly background, not for attribution basis. I will not disclose it nor any future  communications between us without your explicit permission.

Virginia Roberts has asked me to give you her cell phone number.

She is in Australia,

I am copying her in by email but she will be grateful any initial contact with her is by phone. She is 16 hours ahead of EST. A good time for her to speak is nine am her time tomorrow (Monday your time).
Virginia would prefer me to be present when you initiate communication with her. We both realize that any such communication must be in confidence. I will be there for support, not as a journalist.

I am sure you understand that it has been a big step for her coming
forward. She has 3 young children and a husband and has concerns about
whether she is compromising their well-being.

I am a former investigative reporter for New York Magazine where my
colleagues included Nick Pileggi. I understand the sensitivity of this
situation.

Frankly, if I still worked there, I would publish everything that I believe
happened to Virginia and that now may be happening to a new generation of
minors.

But I now run the NY bureau for a UK paper and I am restrained because of
the UK's libel laws.

So Virginia and I are putting our trust in you.

Best regards,
Sharon Churcher

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and
legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee)
you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delet
it from your system. Please be advised that the views and opinions expressed in this e-mail may not reflect the views and opinions of
Associated Newspapers Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses.
However, you do need to check this e-mail and any attachments to it for viruses as we can take no responsibility for any computer viri
which may be transferred by way of this e-mail. Use of this or any other e-mail facility signifies consent to any interception we might
lawfully carry out to prevent abuse of these facilit!
ies.
Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121
England.

CONFIDENTIAL                                                                                          GIUFFRE003701

To:         Sharon.Churcher@mailonsunday.co.uk[Sharon.Churcher@mailonsunday.co.uk]
From:       Jenna
Sent:       Tue 3/15/2011 10:55:12 PM
Importance:        Normal
Subject:    RE: Here is contact info for NY literary agency u might like
Received:          Tue 3/15/2011 10:55:12 PM

Thanks so much shazza! This sounds so amazing! What a good team we make, see you in Sydney!
Xoxo
Jenna

-----Original Message-----
From: Sharon.Churcher@mailonsunday.co.uk
Sent: Tuesday, 15 March 2011 8:00 PM
To: Virginia Giuffre; Sandra White
Subject: Here is contact info for NY literary agency u might like


They are called Objective Entertainment. Top guy is Jarred.  i think he
will be intrigued because you could spin off a TV miniseries Jenna
Will be happy to introduce u.

I also am attaching info on a more traditional agent I know,  Irene
Goodman. She has had several successes with new authors. Maybe talk to both
of them as well as Sandra's agency.



This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and
legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee)
you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delet
it from your system. Please be advised that the views and opinions expressed in this e-mail may not reflect the views and opinions of
Associated Newspapers Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses.
However, you do need to check this e-mail and any attachments to it for viruses as we can take no responsibility for any computer vir
which may be transferred by way of this e-mail. Use of this or any other e-mail facility signifies consent to any interception we might
lawfully carry out to prevent abuse of these facilities.
Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121
England.

To:         Sharon.Churcher@mailonsunday.co.uk[Sharon.Churcher@mailonsunday.co.uk]
From:       Jenna
Sent:       Wed 3/16/2011 8:16:47 PM
Importance:       Normal
Subject:    RE: Your money
Received:         Wed 3/16/2011 8:16:47 PM

Hi buddy,
You must be looking forward to getting back home today, I'm just really happy I got to work with you on this! Many more great times to come. Sorry went to bed early last night, we should meet at the newsstand on martin pl and George st. Call me when you get there. Also I don't need Sandra to come this a.m, I've spoken to Jason who sounds nice and she's only a phone call away if I need some support. I'll call her a little later anyways. See ya soon
Jenna

-----Original Message-----
From: Sharon.Churcher@mailonsunday.co.uk
Sent: Wednesday, 16 March 2011 7:51 PM
To: Virginia Giuffre
Subject: Your money


Hotel found a 19-29 Martin Place -- US consulate there. If I get a cab to there, will I find the newstand?


Shazza
X0

_____

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delet it from your system. Please be advised that the views and opinions expressed in this e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachments to it for viruses as we can take no responsibility for any computer vir which may be transferred by way of this e-mail. Use of this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of these facilities.
Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121 England.

CONFIDENTIAL

GIUFFRE003751

To:      Sharon.Churcher@mailonsunday.co.uk[Sharon.Churcher@mailonsunday.co.uk]
From:    Jenna
Sent:    Thur 3/17/2011 8:11:42 PM
Importance:   Normal
Subject:   RE:
Received:      Thur 3/17/2011 8:11:42 PM

Hi shazza,
You'd still be in the air but hopefully near home by now! We had a wonderful time with you and know this is only a new beginning of a wonderful friendship. Next time bring your hubby and rob can show him a real Aussie BBQ. Yesterday went well, I set some guideline and helped in every way I could, needless to say it took a long time! I would like you to give Brad Edwards my phone number or email so that I may speak with him regarding the victims suit and start that off. You have been so amazingly informative, thank you for everything! Lets speak when your back and relaxed. Take care buddy!
Xoxo
Jenna

—--Original Message----
From: Sharon.Churcher@mailonsunday.co.uk
Sent: Thursday, 17 March 2011 12:23 PM
To: Virginia Giuffre

Darling Jenna and Rob,

Thank you so much for breakfast...and for finally getting me into downtown Sydney. It makes NY look a bit shabby! I loved the old buildings. And did you see the little black dresses in the Chanel window display near Martin Place??

Seriously, I am so blessed to have you as friends. It is a wrench leaving you -- despite everything Jenna has been through, there is a sphere of peace around you and your family and going back into the brash world of New York isn't going to be easy.

I do hope today is going well and that Jeffrey gets the vibes of what's coming to him and his evil empire.

I leave at 3.25pm and get in around 11pm NY time on Thursday.

Sandra is around if you need her. And I will look forward to catching up Friday.

With a very, very big hug,
Shazza
X0x0

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delet it from your system. Please be advised that the views and opinions expressed in this e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachments to it for viruses as we can take no responsibility for any computer viru which may be transferred by way of this e-mail. Use of this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of these facilities.
Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121 England.

To:        Sharon.Churcher@mailonsunday.co.uk[Sharon.Churcher@mailonsunday.co.uk]
From:      Jenna
Sent:      Sat 3/19/2011 11:45:51 PM
Importance:    Normal
Subject:   RE:
Received:      Sat 3/19/2011 11:45:51 PM

Hi shazza,

I just got off the phone with Jason and he confirmed that he does infact have your flight logs and journal. I told him you must remain a confidential source and the way he explained it was that all of the info you pass through me will not be used in court, only as a lead fo investigation, but he cannot use you as a direct source. He would like your help with the contact inforrnation for the following people: Teala Davis, miles and Kathy, Emmy tayler, and Sarah kellan. If there is anyone else you can think of that may be viable, please let m know and I will be happy to pass it on.
Take care buddy,
Jenna

——Original Message-----
From: Sharon.Churcher@mailonsunday.co.uk
Sent: Sunday, 20 March 2011 9:22 AM
To: Virginia Giuffre


Hi there Detective Jenna...

Can you ask Jason to regard me as a confidential source. He may be afraid of media...I can't be seen to be helping him either.

Re his question: I am told the FBI have the flight logs. They also have the journal. It's the document they confiscated from a houseman called Alfredo Rodriguez.   Maybe Jason means that he wants to know how they corroborate the flight to London when you were 'given' to Andrew. Here's how: you had photos from that trip -- taken in Granada and London -- and you recalled going to Paris as well and Morocco. I found that itinerary in the logs (you landed at Luton airport near London) . Also Johanna had recalled being groped by Andrew one Easter at the NY mansion and that Ghislaine sat both of you on his knee. You had an identical memory and there was a flight to NY just before Easter in 01 that I found in the logs.
Love,
Sharon
X0

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delet it from your system. Please be advised that the views and opinions expressed in this e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachments to it for viruses as we can take no responsibility for any computer viri which may be transferred by way of this e-mail. Use of this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of these facilities.
Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121 England.

CONFIDENTIAL                    GIUFFRE003665

| To: | Irene Goodman ███████ |
|---|---|
| From: | Virginia Giuffre |
| Sent: | Fri 3/25/2011 8:32:51 PM |
| Importance: | Normal |
| Subject: | Re: Virginia Roberts-Jane Doe 102- Jeffrey Epstein & Prince Andrew Story |
| Received: | Fri 3/25/2011 8:32:51 PM |

==Hi Irene,==
==Sorry about the confusion, maybe I misunderstood. So you are a lit agent? I am going to be selling my book soon after Ju== ==maybe we will be in touch then. I hope you are well and thank you for your time.==

Regards,
V. Roberts

--- On **Thu, 24/3/11, Irene Goodman** *<irene@irenegoodman.com>* wrote:

From: Irene Goodman ███████
Subject: Re: Virginia Roberts-Jane Doe 102- Jeffrey Epstein & Prince Andrew Story
To: "Virginia Giuffre" ███████
Received: Thursday, 24 March, 2011, 2:51 PM

Virginia,

I don't publish books--I represent them and sell them to publishers. If you have a proposal, I'd be happy to take a look at it.

Irene

On Wed, Mar 23, 2011 at 7:53 PM, Virginia Giuffre <███████ wrote:

==Hello Irene,==
==    You came highly recommended from my good pal Sharon Churcher, a journalist who works for Sunday Mai== ==She mentioned to me that you publish books back in N.Y and thought it would be a great idea to contact you== ==talk about "The Billionaires Playboy Club" a book that I am currently writing, including names of the rich, fame== ==and always in trouble. If you are interested in speaking further about this I would love to chat with you someti== ==I am still under a contract until May 20th, so It could only be off the record for now.==

*Please keep this email strictly confidential*
 Sincerely,
 Virginia Roberts

--

Irene Goodman Literary Agency
27 West 24th St. Suite 700B
New York, NY 10010
(212) 604-0330

CONFIDENTIAL

GIUFFRE004032

To:      Sharon.Churcher@mailonsunday.co.uk[Sharon.Churcher@mailonsunday.co.uk]
From:    Jenna
Sent:    Sat 3/26/2011 12:52:38 AM
Importance:   Normal
Subject: RE: Solo query from Virginia Giuffre
Received:     Sat 3/26/2011 12:52:38 AM

Hi shazza,
How's it going in snowy n.y? I am using your gift the thesaurus, thanks again buddy its really come in handy! I am doing some writing and its real good stuff, putting alot of heartfelt memoirs down for the first time. Hopefully meeting Sandra today and I can really get started! I sent an email to Irene and jarred to let them know I will be interested in using them after my contract is up and jarred asked me to call him but gave me no number. Crazy, huh? Anyways I would love to catch up over the phone when you get a sec. Take care buddy!
Jenna

-----Original Message-----
From: Sharon.Churcher@mailonsunday.co.uk
Sent: Thursday, 24 March 2011 12:23 AM
To: Virginia Giuffre
Subject: Fw: Solo query from Virginia Giuffre


Hi Jenna
Let me know if you hear from this guy.
S
XO


    ----- Original Message -----
    From: John Wellington
    Sent: 23/03/2011 13:11 GMT
    To: Sharon Churcher
    Subject: Re: Solo query from Virginia Giuffre
I have asked Paolo Silva in Solo to contact Virginia.

John

(Embedded image moved to file: pic06618.jpg)

From John Wellington
Managing Editor
The Mail on Sunday
2 Derry Street
London W8 5TS

Telephone: (+44) 20 7938 7012
Fax: (+44) 20 7795 6696.



Sharon
Churcher/Feat/TMO
S/ANL

To

cc
"Virginia Giuffre"

Subject
Solo query from Virginia Giuffre

22/03/11 22:49

CONFIDENTIAL

GIUFFRE003733

Hi John

Virginia has not received an accounting. Can you ask Solo please?
(Virginia's email is above)

Sharon

_____

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and
legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee)
you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delet
it from your system. Please be advised that the views and opinions expressed in this e-mail may not reflect the views and opinions of
Associated Newspapers Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses.
However, you do need to check this e-mail and any attachments to it for viruses as we can take no responsibility for any computer vin
which may be transferred by way of this e-mail. Use of this or any other e-mail facility signifies consent to any interception we might
lawfully carry out to prevent abuse of these facilities.
Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121
England.

To:       Sharon.Churcher@mailonsunday.co.uk[Sharon.Churcher@mailonsunday.co.uk]
From:     Virginia Giuffre
Sent:     Sun 3/27/2011 5:15:33 AM
Importance:      Normal
Subject:  RE: Solo query from Virginia Giuffre
Received:        Sun 3/27/2011 5:15:33 AM

Hi Shazza,,
Just got the house sprayed so were saying "bye-bye" to all the redbacks and other vermon..lol!!

I had a meeting with Sandra and it went really well, thanks for the connection!! The book is going really well, everytime
rewrite it, my memories only reflect more and more!!!

I will try and contact Jarred on the number you gave me, thanks for that, and let him know that I am interested in speaking
with him but he's gonna have to wait... with the rest of them...he he... until my contract finishes.

I haven't heard anything back yet from the people regarding syndicates, maybe there's just too many :)!! well let me know
when you have an idea when you hear something, thank-you buddy.

Take Cares,
Jenna




--- On Sat, 26/3/11, Sharon.Churcher@mailonsunday.co.uk <*Sharon.Churcher@mailonsunday.co.uk*> wrote:

From: Sharon.Churcher@mailonsunday.co.uk <Sharon.Churcher@mailonsunday.co.uk>
Subject: RE: Solo query from Virginia Giuffre
To: "Jenna" ▉
Received: Saturday, 26 March, 2011, 1:15 AM

Hey that's great. You are a real writer.....I think I told you the only
incentives that get me going are deadlines and/or cash! Just remember to
put me in the acknowledgments!!!! Jarred is moving offices. His number is
or was ▉ .

Did you hear from Solo, the syndication agency?

And how are the redbacks and roos treating y'all?

S
xo



This e-mail and any attached files are intended for the named addressee only. It contains information, which may be
confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or
authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in
error please notify the sender immediately and then delete it from your system. Please be advised that the views and
opinions expressed in this e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of
its subsidiary companies. We make every effort to keep our network free from viruses. However, you do need to
check this e-mail and any attachments to it for viruses as we can take no responsibility for any computer virus which
may be transferred by way of this e-mail. Use of this or any other e-mail facility signifies consent to any interception
we might lawfully carry out to prevent abuse of these facilities.
Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT.

Registered No 84121 England.

11 Copyright Protected Material
CONFIDENTIAL

GIUFFRE004034

.To:

**From:**     Jenna

**Sent:**     Tue 4/5/2011 11:08:09 PM

**Importance:**     Normal

**Subject:**     RE: Virginia Roberts- Jane Doe 102- Jeffrey Epstein and Prince Andrew Story

**Received:**     Tue 4/5/2011 11:08:09 PM

Hi jarred,

I have no idea how you could've been on hold, I didn't get any messages or missed calls are you sure you dialled the right number, if so I am really sorry. I will call you today, my apologies again.

Regards,

Jenna

---

**From:** Jarred Weisfeld

**Sent:** Wednesday, 6 April 2011 2:21 AM

**To:** 'Virginia Giuffre'

**Subject:** RE: Virginia Roberts- Jane Doe 102- Jeffrey Epstein and Prince Andrew Story

I called and was on hold for like 30 mins and had to go

Thanks,

Jarred Weisfeld

Objective Entertainment

Please note our new address as of April 15th, 2010

609 Greenwich St. 6th floor

New York, New York 10014

Please Note:
The information in this E-mail message, and any files transmitted with it, is confidential and may be legally privileged. It is intended only for the use of the individual(s) named above and if forwarded should remain in it's entire state unless permission is granted by sender.. If you are the intended recipient, be aware that your use of any confidential or personal information may be restricted by state and federal privacy laws. If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, or forward this E-mail message. If you have received this E-mail in error, please notify the sender and delete the material from any computer. Thank you for your cooperation, Objective Entertainment.

**From:** Virginia Giuffre

**Sent:** Monday, April 04, 2011 8:24 PM

**To:** Jarred Weisfeld

**Subject:** RE: Virginia Roberts- Jane Doe 102- Jeffrey Epstein and Prince Andrew Story

HI Jarred,

I tried to give you a call today and left a message for you. Is there a good time I should try to call you or alternatively you can call me on my mobile.

MOB:

Warmest Regards,

Jenna

--- On **Tue, 29/3/11, Jarred Weisfeld** wrote:

From: Jarred Weisfeld

Subject: RE: Virginia Roberts- Jane Doe 102- Jeffrey Epstein and Prince Andrew Story

To: '''Virginia Giuffre'''

Received: Tuesday, 29 March, 2011, 3:15 PM

Thanks,

|￼| Copyright Protected Material
CONFIDENTIAL

GIUFFRE003743

Jarred Weisfeld

Objective Entertainment

Please note our new address as of April 15th, 2010

609 Greenwich St. 6th floor

New York, New York 10014

Please Note:
The information in this E-mail message, and any files transmitted with it, is confidential and may be legally privileged. It is intended only for the use of the individual(s) named abo and if forwarded should remain in it's entire state unless permission is granted by sender. If you are the intended recipient, be aware that your use of any confidential or persona information may be restricted by state and federal privacy laws. If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not furth disseminate, distribute, or forward this E-mail message. If you have received this E-mail in error, please notify the sender and delete the material from any computer. Thank you your cooperation, Objective Entertainment.

**From:** Virginia Giuffre [
**Sent:** Wednesday, March 23, 2011 7:47 PM
**To:**
**Subject:** Virginia Roberts- Jane Doe 102- Jeffrey Epstein and Prince Andrew Story

G'day Jarred,

You came highly recommended from my good pal Sharon Churcher, a journalist who works for Sunday Mail. She mentioned to me that you produce miniseries back in N.Y and thought it would be a great idea to contact you to talk about "The Billionaires Playboy Club" a book that I am currently writing, including names of the rich, famous and always in trouble. If you are interested in speaking further about this I would love to chat with you sometime. I am still under a contract until May 20th, so It could only be off the record for now.

*Please keep this email strictly confidential*.. Thanks Mate!!

Sincerely,

Virginia Roberts

[ ] Copyright Protected Material
CONFIDENTIAL

GIUFFRE003744

**To:**       Jarred Weisfeld
**From:**     Virginia Giuffre
**Sent:**     Wed 4/6/2011 11:02:49 PM
**Importance:**    Normal
**Subject:**  RE: Virginia Roberts- Jane Doe 102- Jeffrey Epstein and Prince Andrew Story
**Received:**          Wed 4/6/2011 11:02:50 PM
J.E Article.webarchive
J.E Jailtime.webarchive
Local News_ West Palm Beach, Palm Beach County, Martin & St. Lucie Counties _ The Palm Beach Post.webarchive
Prince Andrew may be quizzed as FBI reopen Jeffrey Epstein sex case _ Mail Online.webarchive

Hi Jarred,
Really sorry again about the other day, I questioned my husband and father-in-law and nobody knew anything, and it's really weird because
nobody calls me Virginia at home, so anyways it's a mystery unsolved. lol

Here are some of the articles pertaining to the J.E case and i.e "The Story" as requested.

I look forward to speaking with you again shortly!!!

Take Care,
Jenna

— On **Tue, 5/4/11, Jarred Weisfeld**                        wrote:

From: Jarred Weisfeld
Subject: RE: Virginia Roberts- Jane Doe 102- Jeffrey Epstein and Prince Andrew Story
To: "'Virginia Giuffre'"
Received: Tuesday, 5 April, 2011, 4:21 PM

I called and was on hold for like 30 mins and had to go

Thanks,
Jarred Weisfeld
Objective Entertainment

Please note our new address as of April 15th, 2010
609 Greenwich St. 6th floor
New York, New York 10014

Please Note:
The information in this E-mail message, and any files transmitted with it, is confidential and may be legally privileged. It is intended only for the use of the individual(s) named above and
if forwarded should remain in it's entire state unless permission is granted by sender.. If you are the intended recipient, be aware that your use of any confidential or personal information
may be restricted by state and federal privacy laws. If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate,
distribute, or forward this E-mail message. If you have received this E-mail in error, please notify the sender and delete the material from any computer. Thank you for your cooperation,
Objective Entertainment.

**From:** Virginia Giuffre
**Sent:** Monday, April 04, 2011 8:24 PM
**To:** Jarred Weisfeld
**Subject:** RE: Virginia Roberts- Jane Doe 102- Jeffrey Epstein and Prince Andrew Story

HI Jarred,

I tried to give you a call today and left a message for you. Is there a good time I should try to call you or alternatively yo
can call me on my mobile.
  MOB:

Warmest Regards,
Jenna
--- On **Tue, 29/3/11, Jarred Weisfeld**                        wrote:
From:
Subject: RE: Virginia Roberts- Jane Doe 102- Jeffrey Epstein and Prince Andrew Story
To: "'Virginia Giuffre'"
Received: Tuesday, 29 March, 2011, 3:15 PM

| | Copyright Protected Material
CONFIDENTIAL
GIUFRE004054

212-431-5454

Thanks,

Jarred Weisfeld

Objective Entertainment

Please note our new address as of April 15th, 2010

609 Greenwich St. 6th floor

New York, New York 10014

Please Note:
The information in this E-mail message, and any files transmitted with it, is confidential and may be legally privileged. It is intended only for the use of the individual(s) named above and if forwarded should remain in it's entire state unless permission is granted by sender. If you are the intended recipient, be aware that your use of any confidential or personal information may be restricted by state and federal privacy laws. If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, or forward this E-mail message. If you have received this E-mail in error, please notify the sender and delete the material from any computer. Thank you for your cooperation, Objective Entertainment.

**From:** Virginia Giuffre
**Sent:** Wednesday, March 23, 2011 7:47 PM
**To:**
**Subject:** Virginia Roberts- Jane Doe 102- Jeffrey Epstein and Prince Andrew Story

G'day Jarred,

You came highly recommended from my good pal Sharon Churcher, a journalist who works for Sunday Mail. She mentioned to me that you produce miniseries back in N.Y and thought it would be a great idea to contact you to talk abo "The Billionaires Playboy Club" a book that I am currently writing, including names of the rich, famous and always in trouble. If you are interested in speaking further about this I would love to chat with you sometime. I am still under a contract until May 20th, so It could only be off the record for now.

*Please keep this email strictly confidential*.. Thanks Mate!!

Sincerely,

Virginia Roberts

Copyright Protected Material
CONFIDENTIAL

GIUFFRE004056

**To:** Sharon.Churcher@mailonsunday.co.uk[Sharon.Churcher@mailonsunday.co.uk]
**From:** Virginia Giuffre
**Sent:** Mon 5/2/2011 11:28:30 PM
**Importance:** Normal
**Subject:** Re:
**Received:** Mon 5/2/2011 11:28:30 PM

HI Buddy,

So much has been happening lately, I haven't even had the chance to catch up with you, my apologies!!! I have been working really hard on "The Story" and loving it! Only 17 days until the contract is finished with Mail On Sunday and I am so excited I will soon be selling my book to a publisher and who knows from there...YEAH!!!!

I was sent a message by Brad Edwards who suggested that maybe it could be a good idea to speak with the gentleman from Vanity Fair when my contract is finished as it is a great way to gain publicity for my book and the case, as long as I can ensure that the writer brings the story out in a classy way and does not spill the beans on the major parts of the story. I am considering it as long as my needs and conditions are met. Do you have any major concerns that could see this potentially hindering anything? If so please let me know as i do trust in you as my wonderful confidante.

Sandra is still in England covering the wedding, hopefully she'll be back soon to start some serious work with me. I have received her version of the raw synopsis and so far so good. I look forward to seeing the finale!!

Much Love xoxoxo
Jenna

--- On Mon, 2/5/11, Sharon.Churcher@mailonsunday.co.uk <*Sharon.Churcher@mailonsunday.co.uk*> wrote:

 From: Sharon.Churcher@mailonsunday.co.uk <Sharon.Churcher@mailonsunday.co.uk>
Subject:
To: "Virginia Giuffre" ▮▮▮▮▮▮▮▮▮▮▮
Received: Monday, 2 May, 2011, 3:34 PM


Hi sweetheart

How is the book going?

I thought I should catch up with you because Vanity Fair are doing an Andrew piece and Brad says their writer, Ed Klein, wants to interview you.

My strong instinct is not to help him -- not to even take his calls -- as there is no upside in giving away one of THE selling points of the book. (This crazy wedding hoopla should be great timing in terms of getting publishers interested..).

See you in June!

Love,
Shaza
X0x0


This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or



EXHIBIT 23
Giuffre
AGREN BLANDO REPORTING
5/3/16   KAM

GIUFFRE004868
CONFIDENTIAL

authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delete it from your system. Please be advised that the views and opinions expressed in this e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachments to it for viruses as we can take no responsibility for any computer virus which may be transferred by way of this e-mail. Use of this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of these facilities.

Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121 England.

GIUFFRE004869
CONFIDENTIAL

**To:** Sharon.Churcher@mailonsunday.co.uk[Sharon.Churcher@mailonsunday.co.uk]
**From:** Virginia Giuffre
**Sent:** Tue 5/3/2011 1:01:39 AM
**Importance:** Normal
**Subject:** Re: Re: Do you recognize this girl?
**Received:** Tue 5/3/2011 1:01:39 AM

My God that sounds just like your cup of tea...NOT!! You poor thing, at least it can't be as bad as the customer service at the Crown Plaza..he..he..he!! Have fun buddy
Take Care,
Jenna

--- On **Tue, 3/5/11, Sharon.Churcher@mailonsunday.co.uk** <*Sharon.Churcher@mailonsunday.co.uk*> wrote:

 From: Sharon.Churcher@mailonsunday.co.uk <Sharon.Churcher@mailonsunday.co.uk>
Subject: Re: Re: Do you recognize this girl?
To: "Virginia Giuffre" ▮▮▮▮▮▮▮
Received: Tuesday, 3 May, 2011, 12:54 AM

Excellently said, Jenna. Now let's just hope he does a GREAT pr job.

I am off to the UK tonight -- to see my mom and for a company "war zone" training course. Idea of the latter is that ex Special Forces guys teach us what to do if we are shot at or kidnapped....dumbest thing I ever heard of unless they plan to arm us with machine guns.

I will be on my usual email and cell phone. Get back to NY on May 17th.
Hugs to you all,
Shazza
Xcxc

```
|----------->
|From:   |
|----------->
>-----------------------------------------------------------------------------------|
 |Virginia Giuffre ▮▮▮▮▮▮▮▮▮▮▮                                              |        |
 >-----------------------------------------------------------------------------------|
|----------->
|To:   |
|----------->
>-----------------------------------------------------------------------------------|
 |Sharon Churcher                                                     |              |
 >-----------------------------------------------------------------------------------|
|----------->
|Date:   |
|----------->
>-----------------------------------------------------------------------------------|
 |03/05/2011 01:42 GDT                                              |               |
 >-----------------------------------------------------------------------------------|
|----------->
|Subject:  |
|----------->
>-----------------------------------------------------------------------------------|
 |Fw: Re: Do you recognize this girl?                               |               |
 >-----------------------------------------------------------------------------------|
```

GIUFFRE004870
CONFIDENTIAL

Shazza,
I LOVE YOUR WORK!!!! Read below this is what I also just sent him, I can't
thank my lucky stars enough to count you as one of my friends...my deepest
appreciation for your concern!!!
Warmest Regards,Jenna

--- On Tue, 3/5/11, Virginia Giuffre ▮▮▮▮▮▮▮▮▮▮ wrote:

From: Virginia Giuffre ▮▮▮▮▮▮▮▮
Subject: Re: Do you recognize this girl?
To: "Brad Edwards" <brad@pathtojustice.com>
Received: Tuesday, 3 May, 2011, 12:36 AM

Hi Brad,
I am so sorry to hear the news of Ruslana, and my condolences are with her
family and friends. I can say that I have never had any meetings with her,
sorry not to be of any help there.
With the Vanity Fair piece, I spoke to Sharon Churcher who had some great
pointers about why I shouldn't give him an exclusive about the case. First
of all "The Story" is full of names of people involved in my years spent
with J.E and I wouldn't want to spoil the details in my book. Secondly If
J.E finds out that I am doing a book he may try to stop me from publishing
it,
Im sure he has his ways through his many various contacts, and thirdly I
want to have this book on the shelves for the audience to go buy the second
that my publicity starts. In saying that I still believe it is great
publicity for our case and probably a good idea for you to speak with him
about the case instead of me. If written the right way and brought out as
you having a key witness now speaking with authorities or what not, they
could even use a simple picture of me to spice it up. I just don't want my
last name "Giuffre" mentioned or the fact that there is a book in the
makings. What do you think about all of this? It will be very helpful to
hear your opinion tomorrow when we speak.
I hope you have been doing well and staying busy fighting one scandal at a
time!!
Best Regards,Jenna  --- On Mon, 2/5/11, Brad Edwards
<brad@pathtojustice.com>
wrote:

From: Brad Edwards <brad@pathtojustice.com>
Subject: Do you recognize this girl?
To: "'Virginia Giuffre'" ▮▮▮▮▮▮▮▮
Received: Monday, 2 May, 2011, 2:09 PM

I think it is a long shot that you would recognize her, but read the
article I attached and then look at the pictures and see if you recognize
her. I will call you tomorrow.
http://www.newsweek.com/2011/05/01/the-lost-girl.html   Ruslana Korshunova
-
http://www.bittenandbound.com/2008/06/29/model-ruslana-korshunova-dies-after-nine-story-fall/
      Brad EdwardsCivil Justice AttorneyFarmer, Jaffe, Weissing, Edwards,
Fistos & Lehrman, P.L.425 North Andrews Avenue, Suite 2Fort

GIUFFRE004871
CONFIDENTIAL

Lauderdale, Florida 33301Telephone: 954-524-2820Facsimile:
954-524-2822Toll-free:
1-800-400-1098brad@pathtojustice.comwww.pathtojustice.com   Become our fan
on Facebook  P Please consider the environment before
printing this e-mail.IRS Circular 230 Disclosure: Please note that the
views expressed herein or in any attachments hereto are not intended to
constitute a "reliance opinion" under applicable Treasury Regulations, and
accordingly are not intended or written to be used, and may not be used or
relied upon, for the purpose of (i) avoiding tax-related penalties that may
be imposed by the Internal Revenue Service, or (ii) promoting, marketing or
recommending to another party any tax-related matters addressed
herein.NOTICE: THE INFORMATION
CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL. IT
IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF
THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY
NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION
IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR,
PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE TOLL FREE (800) 400-1098 AND
DELETE THE MATERIAL FROM ANY COMPUTER. THANK YOU.

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be
confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or
authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in
error please notify the sender immediately and then delete it from your system. Please be advised that the views and
opinions expressed in this e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of
its subsidiary companies. We make every effort to keep our network free from viruses. However, you do need to
check this e-mail and any attachments to it for viruses as we can take no responsibility for any computer virus which
may be transferred by way of this e-mail. Use of this or any other e-mail facility signifies consent to any interception
we might lawfully carry out to prevent abuse of these facilities.
Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT.
Registered No 84121 England.

GIUFFRE004872
CONFIDENTIAL

To:         sharon churcher[sharon.churcher@mailonsunday.co.uk]
From:       Virginia Giuffre
Sent:       Wed 5/4/2011 4:46:50 AM
Importance: Normal
Subject:    Fw: RE: Virginia Roberts- How's the wedding?
Received:   Wed 5/4/2011 4:46:50 AM

Hi Shazza,
I just got this message in from Sandra and was wondering what you think about her increase in percentages. I'm not sure what to respond,
when you get this message do you mind giving me a holler, as I would appreciate your advice.

As Always Appreciative,
Jenna

-- On Tue, 3/5/11, Sandra White ████████████ wrote:

 From: Sandra White ████████████
 Subject: RE: Virginia Roberts- How's the wedding?
 To: ████████████
 Received: Tuesday, 3 May, 2011, 4:18 PM

Hi Jenna
Good to hear from you - so nice to get an email that wasn't connected to work! I have been doing seven days a week on this wedding
and I even wrote five pages yesterday!
However, that will probably be the last of the heavy workload I should think.
As far as the mid June deadline goes, nothing is impossible but you don't want to sell yourself short. All you need for any meetings with
agents is a strong proposal (which ours is, though not complete) and a sample chapter or two.
But, as you mentioned before, we need to get things on a more formal footing between us before we progress much further.
I have been in touch with agents here to confirm what I thought and ghost writers' percentages vary from 50-50. Seeing as though you
are doing a lot of the initial work yourself, I thought it would be fairer if we worlked on a 7-30 split, in your favour.
Let me know what you think, then we can get an agreement written up between us and move on. bring it on!
Hope you are feeling well and that Robbie and the kids are well.
Yours
Sandra


Date: Mon, 2 May 2011 17:59:05 -0700
From: ████████████
Subject: Virginia Roberts- How's the wedding?
To: ████████████

Hi Sandra,
 I am glad for you the big wedding is now over, and we can start looking at getting this book up and running. I have had some big named
mag's trying to contact me for some pieces on "the story" and some one else from an editing agency wanting to do a story themselves, so
need to get busy. I have done a lot of work and when you are ready, I'd love for us to coincide our writing. Mid- June is when I am going to
in the States, and would be my deadline to have this book nearly finished, if not completed. Do you see this as a possibility?I am looking r
forward to speaking with you soon, and only 17 more days until my contract is up with Mail On Sunday...Yeah!! Take Care Buddy.

Warmest regards,
Jenna

Copyright Protected Material
CONFIDENTIAL

GIUFFRE004071

| | |
|---|---|
| To: | Sharon.Churcher@mailonsunday.co.uk[Sharon.Churcher@mailonsunday.co.uk] |
| From: | Virginia Giuffre |
| Sent: | Fri 5/6/2011 1:20:10 AM |
| Importance: | Normal |
| Subject: | Re: |
| Received: | Fri 5/6/2011 1:20:10 AM |

Hi again buddy,

I thank you for looking into the percentages of Ghostwriters. I honestly don't know what to do regarding her offer. What do you think about her status compared to another Ghostwriter that charges the same rate? I just want to know she's worth in the end. She said she conferred with her agents in London and they supposedly said it's normally 50% cut between both writers but because I'm doing most of the work she will generously give me 70% and she'll take 30%. I guess the advantage of hiring her is that she is local and can help get INT'L coverage, but should I be waiting to sign with an agent before her and I agree to anything? I haven't responded back to her yet hoping you could advise me on the best route to take her. I know you have a wealth of experience in this field and I completely trust in your guidance.

How is it on the front line? I hope your having a good vacation/training and enjoying time with your Mother. Take care o yourself and I look forward to hearing from you soon.

Warmest Regards,
Jenna

--- On **Wed, 4/5/11, Sharon.Churcher@mailonsunday.co.uk** *<Sharon.Churcher@mailonsunday.co.uk>* wrote:

From: Sharon.Churcher@mailonsunday.co.uk <Sharon.Churcher@mailonsunday.co.uk>
Subject:
To: "Virginia Giuffre"
Received: Wednesday, 4 May, 2011, 9:18 PM

Hi Jenna
Thirty percent is the going rate, at least for top ghost writers. I checked with my friend.
Having said which, my advice would be to negotiate since you are doing so much of the work. I would offer 30 percent of your "net" advance

(the advance is an upfront fee from the publisher...
The net advance is the money you receive after the agent takes his or her percentage which is usually 10 to 15pc. )

S
X0

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delete it from your system. Please be advised that the views and opinions expressed in this e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachments to it for viruses as we can take no responsibility for any computer virus which may be transferred by way of this e-mail. Use of this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of these facilities.
Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT.

|| Copyright Protected Material
CONFIDENTIAL

GIUFFRE004072

To:        sharon churcher[sharon.churcher@mailonsunday.co.uk]
From:      Virginia Giuffre
Sent:      Tue 5/10/2011 10:00:56 PM
Importance:        Normal
Subject:   Good News!!
Received:          Tue 5/10/2011 10:00:56 PM

Hi Sharon,

Hello gorgeous, I hope this message comes to you on a bright, sunny day!!! I took your advice about what to offer Sandra and she accepted. Were drawing up a contract through her agent right now and getting busy to meet my deadline. Just wondering if you have any information on you from when you and I were doing interviews about the J.E story. I wanted i put the names of some of these assholes, cops, I meant to say, pedo's, that J.E sent me to. With everything going on my brain feels like mush and it would be a great deal of help!

Having fun sweetie?

Thanks,
Jenna

**To:**      Sharon.Churcher@mailonsunday.co.uk[Sharon.Churcher@mailonsunday.co.uk]
**From:**    Virginia Giuffre
**Sent:**    Thur 5/12/2011 2:21:43 AM
**Importance:**      Normal
**Subject:**  Re: Good News!!
**Received:**         Thur 5/12/2011 2:21:43 AM

Thanks again Shazza, I'm bringing down the house with this book!!!
xoxo Jenna

--- On **Wed, 11/5/11, Sharon.Churcher@mailonsunday.co.uk** *<Sharon.Churcher@mailonsunday.co.uk>* wrote:

From: Sharon.Churcher@mailonsunday.co.uk <Sharon.Churcher@mailonsunday.co.uk>
Subject: Re: Good News!!
To: "Virginia Giuffre"
Received: Wednesday, 11 May, 2011, 4:17 PM

Don't forget Alan Dershowitz...JE's buddy and lawyer..good name for your
pitch as he repped Claus von Bulow and a movie was made about that
case...title was Reversal of Fortune. We all suspect Alan is a pedo and tho
no proof of that, you probably met him when he was hanging put w JE

```
----------->
|From:     |
----------->
>------------------------------------------------------------------------------|
 |Virginia Giuffre                                                         |
>------------------------------------------------------------------------------|
----------->
|To:       |
----------->
>------------------------------------------------------------------------------|
 |Sharon Churcher                                                  |
>------------------------------------------------------------------------------|
----------->
|Date:     |
----------->
>------------------------------------------------------------------------------|
 |10/05/2011 23:00 GDT                                             |
>------------------------------------------------------------------------------|
----------->
|Subject:  |
----------->
>------------------------------------------------------------------------------|
 |Good News!!                                                     |
>------------------------------------------------------------------------------|


|-----------------------------------------------------------------|
|Hi Sharon,                                       |
|                                                 |
|Hello gorgeous, I hope this message comes to you on a bright, sunny day!!!|
|I took your advice about what to offer Sandra and she accepted. Were    |
|drawing up a contract through her agent right now and getting busy to meet|
```

[.] Copyright Protected Material
CONFIDENTIAL

GIUFFRE004096

|my deadline. Just wondering if you have any information on you from when |
|you and I were doing interviews about the J.E story. I wanted to put the |
|names of some of these assholes, oops, I meant to say, pedo's, that J.E |
|sent me to. With everything going on my brain feels like mush and it would|
|be a great deal of help! |
|Having fun sweetie? |
| |
|Thanks, |
|Jenna |
|--------------------------------------------------------------------------|

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delete it from your system. Please be advised that the views and opinions expressed in this e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachments to it for viruses as we can take no responsibility for any computer virus which may be transferred by way of this e-mail. Use of this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of these facilities.
Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121 England.

**To:**       sharon churcher[sharon.churcher@mailonsunday.co.uk]
**From:**     Virginia Giuffre
**Sent:**     Fri 5/13/2011 10:03:54 PM
**Importance:**        Normal
**Subject:**  Fw: Re: Solo Syndication
**Received:**          Fri 5/13/2011 10:03:54 PM

HI Shazza,

We are starting to freeze out here in Australia as winter closes in fast...burr!!
How are things for you? Are you still out in the U.K or back in N.Y.C?
<mark>I was hoping I could confide in your advice again.</mark> Paulo sent me the below messages
regarding the syndicates and from the last time him and I emailed and I have actually lost $300-
If you look at the long list of big named companies that would mean my story/picture was only sold for
$600 each. I am only looking out for my best interests and know you would do the same. I haven't
told anyone that I am asking you this, not wanting to rock the boat, I just know your experience
in the field far exceeds mine and would love your input! I hope all is well for you and your own
and taking care, as always!!

xoxo Jenna

--- On **Fri, 13/5/11, Paulo Silva <psilva@solosyndication.com>** wrote:

 From: Paulo Silva
Subject: Re: Solo Syndication
To: "Virginia Giuffre"
Received: Friday, 13 May, 2011, 12:49 PM

Hi Virginia,
I have now spoken to our accounts. This is how it stands:

Total amount owed to you - £ 4,175
Amount ready to be paid to you - £ 1,825
Amount still to be received - £ 2,350

Obviously we are still chasing the outstanding amount. I know you requested that the whole payment be made to you when ready, but if you wish
I am happy to arrange for the initial amount to be paid, and the remaining amount to be paid once received from our clients? Let me know your
thoughts.

Regards,
Paulo Silva
Senior Sales Executive, Photos
Solo Syndication
Tel: +44 (0)207 566 0364

--

From: Virginia Giuffre
Date: Thu, 12 May 2011 22:52:13 -0700 (PDT)
To: Paulo Silva
Subject: Re: Solo Syndication

Hi Paulo,
Were only a week off from my contract finishing with the Mail On Sunday and I was wondering if you have received the full amount owed f
the syndicates. I thought it'd be a good idea to check in and see how it was all tying up. I hope you and yours are well, and taking care.

Sincerely,
Virginia Roberts

--- On **Fri, 1/4/11, Paulo Silva**                            wrote:

[] Copyright Protected Material
CONFIDENTIAL

GIUFFRE004108

To:         sharon churcher[sharon.churcher@mailonsunday.co.uk]
From:       Virginia Giuffre
Sent:       Fri 5/20/2011 2:20:09 AM
Importance:     Normal
Subject:    How ya doing??
Received:       Fri 5/20/2011 2:20:09 AM

Hi Buddy,

I hope you are stopping to smell the daffodils once in a while and having a good day!! I am so excited today because I ca
go sign with an agent as my contract is finished with "Mail On Sunday"...YEAH!! Sandra and I have been working really
hard to get me ready for my trip to the U.S in a few weeks and I was wondering if I could use your advice again. She has
got an INT'L agent who is interested in speaking with me and I don't want to say "Yes" to the first bite because I'm not su
what to look for in an agent. What could you recommend that I do? I will send Jarred and Irene (your recommended agen
a copy of the synopsis and sample chapters but how do I choose the right one for "The Story"? Do you know anyone else
that might be interested in this as well? If so, i am keen on speaking with anyone who might be. I am soooooooo excited
about this and will keep you updated with the progressing events. When I am in New York we have to meet up for some
city shopping and take the kids to Central Park to see the Zoo, given there will be no masturbating kangaroo's for you to
make friends with, but who know's? I am looking forward to showing Robbie around and he's got some family out there a
well we have to catch up with. Such busy times, but I'm loving it!! Anyways I hope your taking care and catch me up on :
your fun times!!

Take care,
Jenna

- **To:** sharon churcher[sharon.churcher@mailonsunday.co.uk]
- **From:** Virginia Giuffre
- **Sent:** Sat 5/21/2011 8:42:10 PM
- **Importance:** Normal
- **Subject:** What do you think of this?
- **Received:** Sat 5/21/2011 8:42:10 PM

Hi Sharon,

Sandra and I are just about to start sending prologues out when she finally got back to me with a contract. After our last discussion to take 30% off the net advance for her being the ghostwriter, and no electronic rights, she has now sent me th any advance, royalties, serialisation rights, book club rights, film rights and TV rights will be split between them 70 – 30, Virginia Giuffre's favour, after any agent's commission.

She has got all of the info to write a story by herself if she wanted too, can she legally?

Please give me a call or let me know a good time to reach you, I don't know how to respond back to this when we are so close to the end.

Much Thanks,
Jenna

To:        Sharon Churcher[Sharon.Churcher@mailonsunday.co.uk]
From:      Virginia Giuffre
Sent:      Mon 5/23/2011 10:20:27 PM
Importance:        Normal
Subject:   Re: What do you think of this?
Received:          Mon 5/23/2011 10:20:27 PM

Hi Shazza,

I replied back to Sandra, in a very nice but business like way, and have not heard from her since, insinuating that she mig
be offended that I am not paying her what she wants. I need to start looking at alternative ghostwriters and was hoping yc
could point me in the right direction and what their financial interests are. Once again you always come through, Thanks
Matey!!

xoxox
Jenna

--- On Sat, 21/5/11, Sharon Churcher <*Sharon.Churcher@mailonsunday.co.uk*> wrote:

 From: Sharon Churcher <Sharon.Churcher@mailonsunday.co.uk>
 Subject: Re: What do you think of this?
 To:
 Received: Saturday, 21 May, 2011, 8:47 PM

I was delayed getting back to the US so apologize for not replying sooner. My advice is you :
1 stick to original deal and retain all electronic rights
2 sign nothing. Keep the agreement verbal until you have an agent to do a collaboration agreement
3 send Sandra a note confirming the copyright in all dealings with her is reserved by you pending a collaboration agreement

From: Virginia Giuffre
Sent: Saturday, May 21, 2011 09:42 PM
To: Sharon Churcher
Subject: What do you think of this?

Hi Sharon,
Sandra and I are just about to start sending prologues out when she finally got back to me with a contract. After our last
discussion to take 30% off the net advance for her being the ghostwriter, and no electronic rights, she has now sent me tl
any advance, royalties, serialisation rights, book club rights, film rights and TV rights will be split between them 70 – 3C
Virginia Giuffre's favour, after any agent's commission.
She has got all of the info to write a story by herself if she wanted too, can she legally?
Please give me a call or let me know a good time to reach you, I don't know how to respond back to this when we are so
close to the end.

Much Thanks,
Jenna


This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email


This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delete it from your system. Please be advised that the views and opinions expressed in the e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachments it for viruses as we can take no responsibility for any computer virus which may be transferred by way of this e-mail. Use this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of these facilities.

Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121 England.

From: Virginia Giuffre █████████████████
Sent: Monday, May 23, 2011 11:20 PM
To: Sharon Churcher
Subject: Re: What do you think of this?

Hi Shazza,

I replied back to Sandra, in a very nice but business like way, and have not heard from her since, insinuating that she might be offended that am not paying her what she wants. I need to start looking at alternative ghostwriters and was hoping you could point me in the right direction and what their financial interests are. Once again you always come through, Thanks Matey!!

xoxox
Jenna

--- On Sat, 21/5/11, Sharon Churcher <*Sharon.Churcher@mailonsunday.co.uk*> wrote:

 From: Sharon Churcher <Sharon.Churcher@mailonsunday.co.uk>
Subject: Re: What do you think of this?
To: █████████████████
Received: Saturday, 21 May, 2011, 8:47 PM

I was delayed getting back to the US so apologize for not replying sooner. My advice is you :
1 stick to original deal and retain all electronic rights
2 sign nothing. Keep the agreement verbal until you have an agent to do a collaboration agreement
3 send Sandra a note confirming the copyright in all dealings with her is reserved by you pending a collaboration
 agreement

From: Virginia Giuffre █████████████
Sent: Saturday, May 21, 2011 09:42 PM
To: Sharon Churcher
Subject: What do you think of this?

Hi Sharon,
Sandra and I are just about to start sending prologues out when she finally got back to me with a contract. After our last discussion to take 30% off the net advance for her being the ghostwriter, and no electronic rights, she has now sent me this:
any advance, royalties, serialisation rights, book club rights, film rights and TV rights will be split between them 70 – 30, i Virginia Giuffre's favour, after any agent's commission.
She has got all of the info to write a story by herself if she wanted too, can she legally?
Please give me a call or let me know a good time to reach you, I don't know how to respond back to this when we are so close to the end.

Much Thanks,
Jenna

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delete it from your system Please be advised that the views and opinions expressed in this e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses. However, you do need to check this mail and any attachments to it for viruses as we can take no responsibility for any computer virus which may be transferred by way of this e-mail. Use of this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of these facilities Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121 England.

GIUFFRE003973

CONFIDENTIAL        COPYRIGHT PROTECTED
                    MATERIAL

**To:**      Sharon Churcher[Sharon.Churcher@mailonsunday.co.uk]
**From:**    Virginia Giuffre
**Sent:**    Tue 5/24/2011 11:07:04 PM
**Importance:**   Normal
**Subject:**  Re: Book!
**Received:**        Tue 5/24/2011 11:07:04 PM

I thank my mucky stars to have a good friend like you!!!...Jenna

--- On **Tue, 24/5/11, Sharon Churcher** <*Sharon.Churcher@mailonsunday.co.uk*> wrote:

  From: Sharon Churcher <Sharon.Churcher@mailonsunday.co.uk>
  Subject: Book!
  To: "Sandra White
  Cc: "Virginia Giuffre
  Received: Tuesday, 24 May, 2011, 10:48 PM


Hi Sandra


How's it all going?


Virginia just emailed me asking suggestions about agents. I assume you guys plan to share one as that will keep the commission and collaborations agreement costs down? She also wasn't sure about the norm with splits on electronic rights.....I think the agent can advise you both on the latest industry norms as it all has changed so much with the Internet.


A pal of mine (David Heymann) has said to use his name with his agent, Mel Berger, who is the top guy at William Morris in NY.


Is that OK with you? I know you have your own rep so thought I should check.


Love,


Sharon


PS We are out of contract with Virginia but are hoping to buy first serial to the book of course...did she tell you Vanity Fair are trying to find her? We aren't helping them and have refused to tell them her married name...I am not going to give it to Mel as he tends to be a bit of a gossip and knows the VF crowd.

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delete it from your system. Please be advised that the views and

opinions expressed in this e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachments to it for viruses as we can take no responsibility for any computer virus which may be transferred by way of this e-mail. Use of this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of these facilities.

Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121 England.

GIUFFRE003976

**To:**       Sharon Churcher[Sharon.Churcher@mailonsunday.co.uk]
**From:**     Virginia Giuffre
**Sent:**     Tue 5/24/2011 10:15:28 PM
**Importance:**   Normal
**Subject:**  Re: What do you think of this?
**Received:**     Tue 5/24/2011 10:15:28 PM

Hi Shazza,

This is her final reply, I am not very hopeful about using her anymore.
Do you know of any other reputable Ghostwriters in N.Y.C, I just don't think she is going to
in be in my best interests. See below email from her this a.m...

Thanks Buddy!!

Hi Jenna

I am not offended by your comments and I agree with you that this is business but I must say I don't know where you are getting your
information from. All the research I have done here tells me that ghost writer's are usually working on a 50-50 basis. That is the figure quot
in the 2011 edition of the Writers and Artists Year Book. I have never worked on less than 40% but because you were doing a lot of the init
writing I thought it would be much fairer if my percentage reflected that, that's why I went down to 30%
I do not know of any ghost writer who relinquished screen rights and serialisation rights. The main reason for that is, obviously, it is the gho
writer's writing and input that has been sold on for screen or serialisation.
If you want to find someone esle, that is entirely up to you, but those are my terms.
As for Grant, there is no need to get him to sign a confidentiality agreement because there is no need for him to see the manuscript. He on
needs to know who you are and that has been in the paper!
As for sending out to agents, I was going to advise you nearer the time, but I'll do it now. In my opinion your first step should be to make
appointments to see the people in New York when you go there, taking with you the proposal and first chapter. They know what the story is
and they have expressed an interest. You have got your foot in the door to sell yourself and your book. If you send it to them beforehand yc
are giving them the opportunity to say no without having met you. And you have a lot going for you personality and intelligence wise so we
want them to see that!
If those meetings don't produce anything, then we send it to other agents.
I'll get Grant to call you but I have left your phone number at home, so email it to me and I'll pass it on.
Hope all is well.
Sandra
--- On **Tue, 24/5/11, Sharon Churcher <Sharon.Churcher@mailonsunday.co.uk>** wrote:

From: Sharon Churcher <Sharon.Churcher@mailonsunday.co.uk>
Subject: Re: What do you think of this?
To: ▮▮▮▮▮▮▮▮▮▮▮▮
Received: Tuesday, 24 May, 2011, 11:57 AM

There are 2 top agents who rep writers I know. Let me see what I can do. Did y check on "Grant"?

**From:** Virginia Giuffre ▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Tuesday, May 24, 2011 03:12 AM
**To:** Sharon Churcher
**Subject:** Re: What do you think of this?

HI Shazza,
   She did send back a message after I asked If we were still on, but very blunt and to the point. She said she has been very busy and that
it. I don't know what that means but i am meeting with an entertainment lawyer on Friday who is going to write me up an official collaborati
agreement in hopes to get the ball rolling.I do think I should have a backup plan and appreciate all of your assistance!! I am compiling  list
reputable agents, is there anyone else you can think of besides Jared and Irene? Hope you are all well and your Mother is improving. Tak
care my friend..

xoxox
Jenna

--- On **Tue, 24/5/11, Sharon Churcher <Sharon.Churcher@mailonsunday.co.uk>** wrote:

From: Sharon Churcher <Sharon.Churcher@mailonsunday.co.uk>
Subject: Re: What do you think of this?
To: ▮▮▮▮▮▮▮▮▮▮▮▮
Received: Tuesday, 24 May, 2011, 12:42 AM

I would phone Sandra and suggest meeting to talk about agents (including Grant, about whom you have every reason to
ask questions). At this stage you have enough to sell the book...and she needs you so I think will be reasonable.
S
X0x0

GIUFFRE003972

**To:**      Sharon Churcher[Sharon.Churcher@mailonsunday.co.uk]
**From:**    Virginia Giuffre
**Sent:**    Tue 5/24/2011 2:12:09 AM
**Importance:**    Normal
**Subject:**   Re: What do you think of this?
**Received:**       Tue 5/24/2011 2:12:09 AM

HI Shazza,

She did send back a message after I asked If we were still on, but very blunt and to the point. She said she has been very busy and that was it. I don't know what that means but i am meeting with an entertainment lawyer on Friday who is going write me up an official collaboration agreement in hopes to get the ball rolling,I do think I should have a backup plan and appreciate all of your assistance!! I am compiling list of reputable agents, is there anyone else you can think of besides Jared and Irene? Hope you are all well and your Mother is improving. Take care my friend..

xoxox
Jenna

--- On **Tue, 24/5/11, Sharon Churcher <*Sharon.Churcher@mailonsunday.co.uk*> wrote:**

From: Sharon Churcher <Sharon.Churcher@mailonsunday.co.uk>
Subject: Re: What do you think of this?
To:
Received: Tuesday, 24 May, 2011, 12:42 AM

I would phone Sandra and suggest meeting to talk about agents (including Grant, about whom you have every reason to ask questions). At this stage you have enough to sell the book...and she needs you so I think will be reasonable.
S
X0x0

**From:** Virginia Giuffre
**Sent:** Monday, May 23, 2011 11:20 PM
**To:** Sharon Churcher
**Subject:** Re: What do you think of this?

Hi Shazza,

I replied back to Sandra, in a very nice but business like way, and have not heard from her since, insinuating that she mig be offended that I am not paying her what she wants. I need to start looking at alternative ghostwriters and was hoping y could point me in the right direction and what their financial interests are. Once again you always come through, Thanks Matey!!

xoxox
Jenna

--- On **Sat, 21/5/11, Sharon Churcher <*Sharon.Churcher@mailonsunday.co.uk*> wrote:**

From: Sharon Churcher <Sharon.Churcher@mailonsunday.co.uk>
Subject: Re: What do you think of this?
To:
Received: Saturday, 21 May, 2011, 8:47 PM

I was delayed getting back to the US so apologize for not replying sooner. My advice is you :
1 stick to original deal and retain all electronic rights
2 sign nothing. Keep the agreement verbal until you have an agent to do a collaboration agreement
3 send Sandra a note confirming the copyright in all dealings with her is reserved by you pending a collaboration agreement

**From:** Virginia Giuffre
**Sent:** Saturday, May 21, 2011 09:42 PM
**To:** Sharon Churcher

Subject: What do you think of this?

Hi Sharon,

Sandra and I are just about to start sending prologues out when she finally got back to me with a contract. After our last discussion to take 30% off the net advance for her being the ghostwriter, and no electronic rights, she has now sent me t any advance, royalties, serialisation rights, book club rights, film rights and TV rights will be split between them 70 – 3 Virginia Giuffre's favour, after any agent's commission.
She has got all of the info to write a story by herself if she wanted too, can she legally?
Please give me a call or let me know a good time to reach you, I don't know how to respond back to this when we are so close to the end.

Much Thanks,
Jenna

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

---

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notif the sender immediately and then delete it from your system. Please be advised that the views and opinions expressed in t e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachment it for viruses as we can take no responsibility for any computer virus which may be transferred by way of this e-mail. Us this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of thes facilities.
Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registere No 84121 England.

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

---

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify

the sender immediately and then delete it from your system. Please be advised that the views and opinions expressed in th
e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. We
make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachments
it for viruses as we can take no responsibility for any computer virus which may be transferred by way of this e-mail. Use
this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of these
facilities.

Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered
No 84121 England.

 GIUFFRE003968

To:        Sharon Churcher[Sharon.Churcher@mailonsunday.co.uk]
From:      Virginia Giuffre
Sent:      Tue 5/24/2011 9:49:22 PM
Importance:      Normal
Subject:   Re: What do you think of this?
Received:        Tue 5/24/2011 9:49:22 PM

Hi Shazza,

I appreciate your assistance, and look forward to any help that you can offer. I haven't heard back from her yet with any details re Grant. I will send you a message when I know more too!! Much Love...

Jenna

--- On **Tue, 24/5/11, Sharon Churcher** *<Sharon.Churcher@mailonsunday.co.uk>* wrote:

 From: Sharon Churcher <Sharon.Churcher@mailonsunday.co.uk>
Subject: Re: What do you think of this?
To: ███████████████████████
Received: Tuesday, 24 May, 2011, 11:57 AM

There are 2 top agents who rep writers I know. Let me see what I can do. Did y check on "Grant"?

**From**: Virginia Giuffre ████████████████
**Sent**: Tuesday, May 24, 2011 03:12 AM
**To**: Sharon Churcher
**Subject**: Re: What do you think of this?

HI Shazza,

  She did send back a message after I asked If we were still on, but very blunt and to the point. She said she has been ver busy and that was it. I don't know what that means but i am meeting with an entertainment lawyer on Friday who is goin write me up an official collaboration agreement in hopes to get the ball rolling.I do think I should have a backup plan an appreciate all of your assistance!! I am compiling  list of reputable agents, is there anyone else you can think of besides Jared and Irene? Hope you are all well and your Mother is improving. Take care my friend..

xoxox
Jenna

--- On **Tue, 24/5/11, Sharon Churcher** *<Sharon.Churcher@mailonsunday.co.uk>* wrote:

 From: Sharon Churcher <Sharon.Churcher@mailonsunday.co.uk>
Subject: Re: What do you think of this?
To: ██████████████████████
Received: Tuesday, 24 May, 2011, 12:42 AM

I would phone Sandra and suggest meeting to talk about agents (including Grant, about whom you have every reason to ask questions). At this stage you have enough to sell the book...and she needs you so I think will be reasonable.
S
X0x0

**From**: Virginia Giuffre ████████████████
**Sent**: Monday, May 23, 2011 11:20 PM
**To**: Sharon Churcher
**Subject**: Re: What do you think of this?

Hi Shazza,

I replied back to Sandra, in a very nice but business like way, and have not heard from her since, insinuating that she mi be offended that I am not paying her what she wants. I need to start looking at alternative ghostwriters and was hoping y

could point me in the right direction and what their financial interests are. Once again you always come through, Thank Matey!!

xoxox
Jenna

--- On Sat, 21/5/11, Sharon Churcher <*Sharon.Churcher@mailonsunday.co.uk*> wrote:

From: Sharon Churcher <Sharon.Churcher@mailonsunday.co.uk>
Subject: Re: What do you think of this?
To: █████████████████████████
Received: Saturday, 21 May, 2011, 8:47 PM

I was delayed getting back to the US so apologize for not replying sooner. My advice is you :
1 stick to original deal and retain all electronic rights
2 sign nothing. Keep the agreement verbal until you have an agent to do a collaboration agreement
3 send Sandra a note confirming the copyright in all dealings with her is reserved by you pending a collaboration agreement

**From**: Virginia Giuffre ██████████████████████████
**Sent**: Saturday, May 21, 2011 09:42 PM
**To**: Sharon Churcher
**Subject**: What do you think of this?

Hi Sharon,
Sandra and I are just about to start sending prologues out when she finally got back to me with a contract. After our las
discussion to take 30% off the net advance for her being the ghostwriter, and no electronic rights, she has now sent me
any advance, royalties, serialisation rights, book club rights, film rights and TV rights will be split between them 70 – 
Virginia Giuffre's favour, after any agent's commission.
She has got all of the info to write a story by herself if she wanted too, can she legally?
Please give me a call or let me know a good time to reach you, I don't know how to respond back to this when we are s
close to the end.

Much Thanks,
Jenna

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please noti the sender immediately and then delete it from your system. Please be advised that the views and opinions expressed in e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. W make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachmen it for viruses as we can take no responsibility for any computer virus which may be transferred by way of this e-mail. U this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of the

facilities.
Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registere
No 84121 England.

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be
confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to
receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notif
the sender immediately and then delete it from your system. Please be advised that the views and opinions expressed in t
e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. We
make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachment
it for viruses as we can take no responsibility for any computer virus which may be transferred by way of this e-mail. Us
this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of thes
facilities.
Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registere
No 84121 England.

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be
confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to
receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify
the sender immediately and then delete it from your system. Please be advised that the views and opinions expressed in tl
e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. We
make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachments
it for viruses as we can take no responsibility for any computer virus which may be transferred by way of this e-mail. Use
this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of thes
facilities.
Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered
No 84121 England.

To:       Sharon Churcher[Sharon.Churcher@mailonsunday.co.uk]
From:     Virginia Giuffre
Sent:     Tue 5/24/2011 10:15:28 PM
Importance:   Normal
Subject:  Re: What do you think of this?
Received:     Tue 5/24/2011 10:15:28 PM

Hi Shazza,
This is her final reply, I am not very hopeful about using her anymore.
Do you know of any other reputable Ghostwriters in N.Y.C, I just don't think she is going to
in be in my best interests. See below email from her this a.m...

Thanks Buddy!!

Hi Jenna
I am not offended by your comments and I agree with you that this is business but I must say I don't know where you are getting your
information from. All the research I have done here tells me that ghost writer's are usually working on a 50-50 basis. That is the figure quoted
in the 2011 edition of the Writers and Artists Year Book. I have never worked on less than 40% but because you were doing a lot of the initial
writing I thought it would be much fairer if my percentage reflected that, that's why I went down to 30%
I do not know of any ghost writer who relinquished screen rights and serialisation rights. The main reason for that is, obviously, it is the ghost
writer's writing and input that has been sold on for screen or serialisation.
If you want to find someone esle, that is entirely up to you, but those are my terms.
As for Grant, there is no need to get him to sign a confidentiality agreement because there is no need for him to see the manuscript. He only
needs to know who you are and that has been in the paper!
As for sending out to agents, I was going to advise you nearer the time, but I'll do it now. In my opinion your first step should be to make
appointments to see the people in New York when you go there, taking with you the proposal and first chapter. They know what the story is
and they have expressed an interest. You have got your foot in the door to sell yourself and your book. If you send it to them beforehand you
are giving them the opportunity to say no without having met you. And you have a lot going for you personality and intelligence wise so we
want them to see that!
If those meetings don't produce anything, then we send it to other agents.
I'll get Grant to call you but I have left your phone number at home, so email it to me and I'll pass it on.
Hope all is well.
Sandra
— On Tue, 24/5/11, Sharon Churcher <*Sharon.Churcher@mailonsunday.co.uk*> wrote:

  From: Sharon Churcher <Sharon.Churcher@mailonsunday.co.uk>
  Subject: Re: What do you think of this?
  To: ███████████████████
  Received: Tuesday, 24 May, 2011, 11:57 AM

There are 2 top agents who rep writers I know. Let me see what I can do. Did y check on "Grant"?

From: Virginia Giuffre ███████████████████████
Sent: Tuesday, May 24, 2011 03:12 AM
To: Sharon Churcher
Subject: Re: What do you think of this?

Hi Shazza,
   She did send back a message after I asked if we were still on, but very blunt and to the point. She said she has been very busy and that was
it. I don't know what that means but i am meeting with an entertainment lawyer on Friday who is going to write me up an official collaboration
agreement in hopes to get the ball rolling.I do think I should have a backup plan and appreciate all of your assistance!! I am compiling  list of
reputable agents, is there anyone else you can think of besides Jared and Irene? Hope you are all well and your Mother is improving. Take
care my friend..

xoxox
Jenna

— On Tue, 24/5/11, Sharon Churcher <*Sharon.Churcher@mailonsunday.co.uk*> wrote:

  From: Sharon Churcher <Sharon.Churcher@mailonsunday.co.uk>
  Subject: Re: What do you think of this?
  To: ███████████████████
  Received: Tuesday, 24 May, 2011, 12:42 AM

I would phone Sandra and suggest meeting to talk about agents (including Grant, about whom you have every reason to
ask questions). At this stage you have enough to sell the book...and she needs you so I think will be reasonable.
S
X0x0

CONFIDENTIAL          COPYRIGHT PROTECTED
                              MATERIAL

GIUFFRE003972

**To:**      sharon churcher[sharonchurcher@hotmail.com]
**From:**    Virginia Giuffre
**Sent:**    Sun 5/24/2015 1:40:53 AM
**Importance:**      Normal
**Subject:**   Re: RE:
**Received:**        Sun 5/24/2015 1:40:53 AM

Hi there,

Yeah lots of good things happening, right now just have to stay tight lipped but I hope you're doing well and take care!!

xoxo Jenna

Sent from my iPhone

On May 23, 2015, at 3:07 PM, sharon churcher <sharonchurcher@hotmail.com> wrote:

> Just was reading about David Boies taking your case. How fantastic, Jenna! Have you asked him how he'd feel about you reviving your book? It would be an incredible shame if the other project lifts your story, which it could at least somewhat. Jarred still is very keen to represent you. I am afraid I screwed up by steering you to Mimi.
>
> I just had a great week in LA on a celebrity story. Got to go to Rodeo Drive!!!!
>
> Much love,
>
> Shazza xoxo

Sharon Churcher
New York Correspondent
Telephone: +1 (914)-319-1838
Email:      sharonchurcher@hotmail.com

---

**From:** Virginia Giuffre
**Sent:** 5/9/2015 1:46 PM
**To:** sharon churcher
**Subject:** Re:

Hi Shazza!!

Who is this writer? Don't know anything about it.

Hope all has been well lately!!

Jenna

Sent from my iPhone

On May 9, 2015, at 2:10 PM, sharon churcher <sharonchurcher@hotmail.com> wrote:

> Hi there

A NY writer is doing a book on Jeffrey. The writer claims you are on side and if that is so, that is fantastic. But if for any reason you are not on that contract, this would be the time to sell your own book. I believe it will be a bestseller. You write very well.

CONFIDENTIAL                    **Page 46 of 69**                    GIUFFRE003762

Love to all,
Shazz

CONFIDENTIAL

GIUFFRE003763

| To: | sharon churcher[sharon.churcher@mailonsunday.co.uk] |
| From: | Virginia Giuffre |
| Sent: | Wed 5/25/2011 11:29:40 PM |
| Importance: | Normal |
| Subject: | Hello... |
| Received: | Wed 5/25/2011 11:29:40 PM |

Hi again buddy,

Just wondering if Sandra got back to you with a reply to your message. I don't think she's gonna budge on the final cuts, I
I'll give it a few days to see what comes of this. I will keep writing, but should I still see the lawyer on Friday to draft a
collaboration agreement if no reply from her. How are you settling back in N.Y.C? I hope you are doing well and I look
forward to chatting again soon!!

Take Care,
Jenna

CONFIDENTIAL

GIUFFRE003977

**To:** Sharon Churcher[Sharon.Churcher@mailonsunday.co.uk]
**From:** Virginia Giuffre
**Sent:** Thur 5/26/2011 12:15:04 AM
**Importance:** Normal
**Subject:** Re: Hello...
**Received:** Thur 5/26/2011 12:15:04 AM

Hi,

Okay, so my next step is to look for an agent, don't I need to send them a synopsis and sample chapters, or how do I approach one and ask them to represent me? I'm sorry to bombard you with these questions but I take your word upon oth and know that you actually know what your talking about!!
As far as Sandra goes I am not willing to pay her what she wants, could you please give me the names and contact info t any other ghostwriters who might be interested. Are you sure you don't want a piece of this story??? ba, ha.

As always xoxoxo Jenna

--- On **Wed, 25/5/11, Sharon Churcher <*Sharon.Churcher@mailonsunday.co.uk*>** wrote:

From: Sharon Churcher <Sharon.Churcher@mailonsunday.co.uk>
Subject: Re: Hello...
To: ███████████████████
Received: Wednesday, 25 May, 2011, 11:37 PM

I think u should call her and say you cannot agree to give her more than 30pc of the book advance at this v early stage of things. If she balks I would say to her that you are going to look for an agent and will have him/her talk to Sandra or her agent about hammering out an agreement with her. I don't think paying a lawyer is worth it unless she goes for the 30pc. If she does he can do up an agreement.

From: Virginia Giuffre ███████████████
Sent: Thursday, May 26, 2011 12:29 AM
To: Sharon Churcher
Subject: Hello...

Hi again buddy,
Just wondering if Sandra got back to you with a reply to your message. I don't think she's gonna budge on the final cuts, I'll give it a few days to see what comes of this. I will keep writing, but should I still see the lawyer on Friday to draft a collaboration agreement if no reply from her. How are you settling back in N.Y.C? I hope you are doing well and I look forward to chatting again soon!!

Take Care,
Jenna

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delete it from your system. Please be advised that the views and opinions expressed in th

- e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. We
- make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachments
  it for viruses as we can take no responsibility for any computer virus which may be transferred by way of this e-mail. Use
- this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of these
  facilities.

Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered
No 84121 England.

To: Sharon Churcher[Sharon.Churcher@mailonsunday.co.uk]
From: Virginia Giuffre
Sent: Thur 5/26/2011 9:38:46 PM
Importance: Normal
Subject: Re:
Received: Thur 5/26/2011 9:38:46 PM

Hi Shazza,

Sounds like a good plan but I haven't heard back from Sandra yet re the money I will pay her for synopsis and sample chapters, If I don't hear back from her soon, I will send you what Iv'e got and maybe you can judge wether or not it is rea to go to an agent. I hope your enjoying Boston and try to not work so hard all the time!!

xoxox
Jenna

--- On **Thu, 26/5/11, Sharon Churcher** *<Sharon.Churcher@mailonsunday.co.uk>* wrote:

From: Sharon Churcher <Sharon.Churcher@mailonsunday.co.uk>
Subject:
To: █████████████████████████
Received: Thursday, 26 May, 2011, 5:28 PM

My ghostwriter pal says 30pc of all rights is norm. But also says Sandra doesn't sound right for u...u need someone more reliable. I suggest u first look for an agent and then they hook u up with a tested writer.

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delete it from your system. Please be advised that the views and opinions expressed in this e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachments to it for viruses as we can take no responsibility for any computer virus which may be transferred by way of this e-mail. Use of this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of these facilities.
Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121 England.

To:        Sharon Churcher[Sharon.Churcher@mailonsunday.co.uk]
From:      Virginia Giuffre
Sent:      Mon 5/30/2011 2:01:32 AM
Importance:      Normal
Subject:   Re:
Received:        Mon 5/30/2011 2:01:32 AM

Hi Shazza,

No news from Sandra yet, not even a reply back. So now my next plan of action is to get an agent and get my book sold by a publisher. Sandra's professional approach towards this matter isn't suffice, I need someone who will take this very serious. In other news I got another message from Brad Edwards who passed on another request from VF, offering to pay me for my pic with P.A. I know they are putting together a piece on P.A and I would like to find out exactly what that entitles about myself. I hope you are enjoying the festivity of the weekend and look forward to your next email.

Take Care,
Jenna

--- On Sat, 28/5/11, Sharon Churcher <*Sharon.Churcher@mailonsunday.co.uk*> wrote:

From: Sharon Churcher <Sharon.Churcher@mailonsunday.co.uk>
Subject:
To:
Received: Saturday, 28 May, 2011, 8:00 PM

Before you make a final decision on Sandra, I would ask her for titles and publishers of other books she has ghosted and titles of any films. That's is a legit request since she wants 30pc of everything. Let's see what experience she has.
S
X0x0

---

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delete it from your system. Please be advised that the views and opinions expressed in this e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachments to it for viruses as we can take no responsibility for any computer virus which may be transferred by way of this e-mail. Use of this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of these facilities.
Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT.
Registered No 84121 England.

GIUFFRE004882
CONFIDENTIAL

To:        Sharon Churcher[Sharon.Churcher@mailonsunday.co.uk]
From:      Virginia Giuffre
Sent:      Mon 5/30/2011 10:43:19 PM
Importance:    Normal
Subject:   Re: VF
Received:      Mon 5/30/2011 10:43:19 PM

Hi Shazza,

Good points, all of them. I am looking at both sides to the picture. On the upside it will give exposure to build up publicity for the case and the story but like you said, It must be carefully written and not give any notions about the upcoming book and or any new info. When i was doing some research into VF yesterday, it does concern me what they could want to write about me considering that B.Clinton walked into VF and threatened them not to write sex-trafficing articles about his good friend J.E. Should I be asking what is this story their writing pertaining to? I wouldn't want to give the public a bad image or anything like that. I don't know, it's all such a gamble. I just thank goodness for having a friend like you on the inside who knows how to deal with the viciousness of todays world!! I will let Brad know what you have recommended. Thanks Again!!!!

xoxoxoxo Jenna

--- On Mon, 30/5/11, Sharon Churcher <*Sharon.Churcher@mailonsunday.co.uk*> wrote:

From: Sharon Churcher <Sharon.Churcher@mailonsunday.co.uk>
Subject: VF
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Cc: "'brad@pathtojustice.com'" <brad@pathtojustice.com>
Received: Monday, 30 May, 2011, 1:48 PM

I would let VF buy your picture via Brad. The big gamble would be to let him also give them a statement saying your interviews with us were accurately reported and you have no more to say at this time about how you were "sex trafficked to PA and other men including two of the world's most respected politicans (▮▮▮▮▮ and ▮▮▮▮▮▮▮▮▮▮ as well as women (the scenes with Ghislaine etc) because you are writing a book. The reason this is a gamble is Jeffrey knows some of the most powerful people in publishing and, once alerted, will inevitably try to scare off potential buyers. But the upside is it should help you get a good agent.
I would have Brad use the phrase "sex trafficked" as that is a heads up about the book revealing more than we printed.

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delete it from your system. Please be advised that the views and opinions expressed in this e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachments to it for viruses as we can take no responsibility for any computer virus which may be transferred by way of this e-mail. Use of this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of these facilities.
Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121 England.

GIUFFRE004883
CONFIDENTIAL

and or any new info. When i was doing some research into VF yesterday, it does concern me what they could want to write about me considering that B.Clinton walked into VF and threatened them not to write sex-trafficking articles about his good friend J.E. Should I be asking what is this story their writing pertaining to? I wouldn't want to give the public a bad image c anything like that. I don't know, it's all such a gamble. I just thank goodness for having a friend like you on the inside who knows how to deal with the viciousness of todays world!! I will let Brad know what you have recommended. Thanks Again!!!!

xoxoxoxo Jenna

--- On Mon, 30/5/11, Sharon Churcher *<Sharon.Churcher@mailonsunday.co.uk>* wrote:

From: Sharon Churcher <Sharon.Churcher@mailonsunday.co.uk>
Subject: VF
To: ███████████████
Cc: "'brad@pathtojustice.com'" <brad@pathtojustice.com>
Received: Monday, 30 May, 2011, 1:48 PM

I would let VF buy your picture via Brad. The big gamble would be to let him also give them a statement saying your interviews with us were accurately reported and you have no more to say at this time about how you were "sex trafficked to PA and other men including two of the world's most respected politicans ██████████ and ██████ ████████ as well as women (the scenes with Ghislaine etc) because you are writing a book. The reason this is a gamble is Jeffrey knows some of the most powerful people in publishing and, once alerted, will inevitably try to scare off potential buyers. But the upside is it should help you get a good agent.
I would have Brad use the phrase "sex trafficked" as that is a heads up about the book revealing more than we printed.

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delete it from your system. Please be advised that the views and opinions expressed in this e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachments to it for viruses as we can take no responsibility for any computer virus which may be transferred by way of this e-mail. Use of this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of these facilities.
Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121 England.

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delete it from your system. Please be advised that the views and opinions expressed in this

GIUFFRE004887
CONFIDENTIAL

To:        Sharon Churcher[Sharon.Churcher@mailonsunday.co.uk]
From:      Virginia Giuffre
Sent:      Wed 6/1/2011 12:05:04 AM
Importance:   Normal
Subject:   Re: VF
Received:  Wed 6/1/2011 12:05:04 AM

HI Shazza,

I am going to ask Brad to inquire what the piece is about firstly and see what it is they want to write about before I sell VF any pic, not sure if it will even be financially viable or good publicity. What do you think a good price to sell this to VF should be? Also I am concluding my Synopsis today and was wondering If I could send it to you to read over before I I start sending them out to agents. I know you know what they would be looking for and would be good to have you approve of my writing. I just cant believe that Sandra hasn't gotten back to me at all. It is a shame but it goes to show that her professional approach and seriousness towards the book were not the enthusiasm I was looking for anyways. How was your Memorial Day? I hope you had the day off to relax for once!! Let me know what you are thinking about all this...

Take Good Care,
Jenna

--- On Tue, 31/5/11, Sharon Churcher <*Sharon.Churcher@mailonsunday.co.uk*> wrote:

From: Sharon Churcher <Sharon.Churcher@mailonsunday.co.uk>
Subject: Re: VF
To: ████████████████████
Received: Tuesday, 31 May, 2011, 1:00 PM

PS their piece is about PA -- but u are right to be concerned whose side they are taking. I think it is anti PA. Either way I'd go for a Brad statement.

From: Virginia Giuffre ████████████████
Sent: Monday, May 30, 2011 11:43 PM
To: Sharon Churcher
Subject: Re: VF

Hi Shazza,

Good points, all of them. I am looking at both sides to the picture. On the upside it will give exposure to build up publicity for the case and the story but like you said, It must be carefully written and not give any notions about the upcoming book and or any new info. When i was doing some research into VF yesterday, it does concern me what they could want to write about me considering that B.Clinton walked into VF and threatened them not to write sex-trafficking articles about his good friend J.E. Should I be asking what is this story their writing pertaining to? I wouldn't want to give the public a bad image or anything like that. I don't know, it's all such a gamble. I just thank goodness for having a friend like you on the inside who knows how to deal with the viciousness of todays world!! I will let Brad know what you have recommended. Thanks Again!!!!

xoxoxoxo Jenna

--- On Mon, 30/5/11, Sharon Churcher <*Sharon.Churcher@mailonsunday.co.uk*> wrote:

From: Sharon Churcher <Sharon.Churcher@mailonsunday.co.uk>
Subject: VF
To: ████████████████████
Cc: "'brad@pathtojustice.com'" <brad@pathtojustice.com>
Received: Monday, 30 May, 2011, 1:48 PM

I would let VF buy your picture via Brad. The big gamble would be to let him also give them a statement saying your

EXHIBIT **24**

Giuffre

AGREN BLANDO REPORTING
5/3/16   KAM

GIUFFRE004884
CONFIDENTIAL

interviews with us were accurately reported and you have no more to say at this time about how you were "sex trafficked to PA and other men including two of the world's most respected politcians (████████ and ████ as well as women (the scenes with Ghislaine etc) because you are writing a book. The reason this is a gamble is Jeffrey knows some of the most powerful people in publishing and, once alerted, will inevitably try to scare off potential buyers. But the upside is it should help you get a good agent.

I would have Brad use the phrase "sex trafficked" as that is a heads up about the book revealing more than we printed.

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delete it from your system. Please be advised that the views and opinions expressed in this e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachments to it for viruses as we can take no responsibility for any computer virus which may be transferred by way of this e-mail. Use of this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of these facilities.
Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121 England.

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delete it from your system. Please be advised that the views and opinions expressed in this e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachments to it for viruses as we can take no responsibility for any computer virus which may be transferred by way of this e-mail. Use of this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of these facilities.
Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121 England.

GIUFFRE004885
CONFIDENTIAL

To:        Sharon Churcher[Sharon.Churcher@mailonsunday.co.uk]
From:      Virginia Giuffre
Sent:      Wed 6/1/2011 12:34:25 AM
Importance:    Normal
Subject:   Re: VF
Received:      Wed 6/1/2011 12:34:25 AM

Thanks Buddy, I will send it to you shortly!!!

--- On Wed, 1/6/11, Sharon Churcher <*Sharon.Churcher@mailonsunday.co.uk*> wrote:

 From: Sharon Churcher <Sharon.Churcher@mailonsunday.co.uk>
 Subject: Re: VF
 To: ███████████████████████
 Received: Wednesday, 1 June, 2011, 12:11 AM

Darling sell them "one time usage" to the photo. It has been everywhere so no downside. They will offer you a price tied to their
 circulation. I would hold out for US2k minimum.
I will be honored to read the synopsis!
Shazza
X0

From: Virginia Giuffre      ██████████████████
Sent: Wednesday, June 01, 2011 01:05 AM
To: Sharon Churcher
Subject: Re: VF

HI Shazza,
I am going to ask Brad to inquire what the piece is about firstly and see what it is they want to write about before I sell VF
any pic, not sure if it will even be financially viable or good publicity. What do you think a good price to sell this to VF
should be? Also I am concluding my Synopsis today and was wondering If I could send it to you to read over before I I start
sending them out to agents. I know you know what they would be looking for and would be good to have you approve of
my writing. I just cant believe that Sandra hasn't gotten back to me at all. It is a shame but it goes to show that her
professional approach and seriousness towards the book were not the enthusiasm I was looking for anyways.
How was your Memorial Day? I hope you had the day off to relax for once!! Let me know what you are thinking about all
this...

Take Good Care,
Jenna


--- On Tue, 31/5/11, Sharon Churcher <*Sharon.Churcher@mailonsunday.co.uk*> wrote:

 From: Sharon Churcher <Sharon.Churcher@mailonsunday.co.uk>
 Subject: Re: VF
 To: ██████████████████████████
 Received: Tuesday, 31 May, 2011, 1:00 PM

PS their piece is about PA -- but u are right to be concerned whose side they are taking. I think it is anti PA. Either way I'd go for a
 Brad statement.

From: Virginia Giuffre      ██████████████████
Sent: Monday, May 30, 2011 11:43 PM
To: Sharon Churcher
Subject: Re: VF

Hi Shazza,
Good points, all of them. I am looking at both sides to the picture. On the upside it will give exposure to build up publicit
for the case and the story but like you said, It must be carefully written and not give any notions about the upcoming book

GIUFFRE004886
CONFIDENTIAL

<mark>and or any new info.</mark> When i was doing some research into VF yesterday, it does concern me what they could want to write about me considering that B.Clinton walked into VF and threatened them not to write sex-trafficing articles about his good friend J.E. Should I be asking what is this story their writing pertaining to? I wouldn't want to give the public a bad image of anything like that. I don't know, it's all such a gamble. I just thank goodness for having a friend like you on the inside who knows how to deal with the viciousness of todays world!! I will let Brad know what you have recommended. Thanks Again!!!!

xoxoxoxo Jenna

--- On **Mon, 30/5/11, Sharon Churcher** <*Sharon.Churcher@mailonsunday.co.uk*> wrote:

From: Sharon Churcher <Sharon.Churcher@mailonsunday.co.uk>
Subject: VF
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Cc: "'brad@pathtojustice.com'" <brad@pathtojustice.com>
Received: Monday, 30 May, 2011, 1:48 PM

I would let VF buy your picture via Brad. The big gamble would be to let him also give them a statement saying your interviews with us were accurately reported and you have no more to say at this time about how you were "sex trafficked to PA and other men including two of the world's most respected politcians ▮▮▮▮▮▮▮ and ▮▮▮ ▮▮▮▮▮▮▮▮ as well as women (the scenes with Ghislaine etc) because you are writing a book. The reason this is a gamble is Jeffrey knows some of the most powerful people in publishing and, once alerted, will inevitably try to scare off potential buyers. But the upside is it should help you get a good agent.
I would have Brad use the phrase "sex trafficked" as that is a heads up about the book revealing more than we printed.

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delete it from your system. Please be advised that the views and opinions expressed in this e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachments to it for viruses as we can take no responsibility for any computer virus which may be transferred by way of this e-mail. Use of this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of these facilities.
Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121 England.

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delete it from your system. Please be advised that the views and opinions expressed in this

GIUFFRE004887
CONFIDENTIAL

e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachments to it for viruses as we can take no responsibility for any computer virus which may be transferred by way of this e-mail. Use of this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of these facilities.

Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121 England.

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delete it from your system. Please be advised that the views and opinions expressed in this e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachments to it for viruses as we can take no responsibility for any computer virus which may be transferred by way of this e-mail. Use of this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of these facilities.

Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121 England.

GIUFFRE004888
CONFIDENTIAL

To:        Sharon Churcher[Sharon.Churcher@mailonsunday.co.uk]
From:      Virginia Giuffre
Sent:      Thur 6/2/2011 4:26:51 AM
Importance:   Normal
Subject:  Re: VR- Synopsis
Received:      Thur 6/2/2011 4:26:51 AM

Thanks buddy!! Glad to hear it...
xoxox Jenna

--- On Wed, 1/6/11, Sharon Churcher <*Sharon.Churcher@mailonsunday.co.uk*> wrote:

 From: Sharon Churcher <Sharon.Churcher@mailonsunday.co.uk>
Subject: Re: VR- Synopsis
To: ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊
Received: Wednesday, 1 June, 2011, 11:48 PM

Just dipped into this. It is BRILLIANT.

From: Virginia Giuffre ▊▊▊▊▊▊▊▊▊▊▊▊
Sent: Wednesday, June 01, 2011 11:41 PM
To: Sharon Churcher
Subject: VR- Synopsis

Hi Shazza,
Hope all is well for you today!! Here is my synopsis, I need your honest opinion and look forward to your feedback!!!

Thanks for this...
Jenna

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be
confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to
receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify
the sender immediately and then delete it from your system. Please be advised that the views and opinions expressed in the
e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. We
make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachments
it for viruses as we can take no responsibility for any computer virus which may be transferred by way of this e-mail. Use
this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of these
facilities.
Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered
No 84121 England.

□ Copyright Protected Material
CONFIDENTIAL

GIUFFRE003986

**To:** Sharon Churcher[Sharon.Churcher@mailonsunday.co.uk]
**From:** Virginia Giuffre
**Sent:** Thur 6/2/2011 9:48:27 PM
**Importance:** Normal
**Subject:** RE: VR- Synopsis
**Received:** Thur 6/2/2011 9:48:27 PM

Hi Shazza,

I cant believe I didn't pick up that error...Thank-You!!! Glad to hear that you think this is ready, I will compile a list of articles and let you know when I can send it all out. Yes, please let Jarred know I am ready and anyone else you might thi be interested in this story. I am so stoked...we are on our way!!! YEAH..

xoxox Jenna

--- On **Thu, 2/6/11, Sharon Churcher <*Sharon.Churcher@mailonsunday.co.uk*>** wrote:

From: Sharon Churcher <Sharon.Churcher@mailonsunday.co.uk>
Subject: RE: VR- Synopsis
To: "Virginia Giuffre"
Received: Thursday, 2 June, 2011, 4:18 PM

Playboy club....spelling error! Anyway I think u have enough here to pitch agents. I would download and attach every article you can find about you and Jeffrey .

Shall I mention to Jarred Weisfeld that the synopsis is ready?

**From:** Virginia Giuffre
**Sent:** 01 June 2011 18:41
**To:** Sharon Churcher
**Subject:** VR- Synopsis

Hi Shazza,

Hope all is well for you today!! Here is my synopsis, I need your honest opinion and look forward to your feedback!!!

Thanks for this...

Jenna

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

[] Copyright Protected Material
CONFIDENTIAL

GIUFFRE003987

Importance: Normal
Subject: Re:
Received: Sat 6/4/2011 2:51:41 AM
VR-Cover Letter & Resume.docx

Hi Shazza,

Back from the E.R and **Personal** has got a torn ligament, could be much worse...phew!!! Anyways, I wasn't to sure exactly what to put in my profile so I included what I thought would be informative, but if this is not what you had in mind, let m know and I will fix it up. Thanks again for doing so much for me and my family!!

Sincerely,
Jenna

--- On Sat, 4/6/11, Sharon Churcher <*Sharon.Churcher@mailonsunday.co.uk*> wrote:

From: Sharon Churcher <Sharon.Churcher@mailonsunday.co.uk>
Subject: Re:
To:
Received: Saturday, 4 June, 2011, 12:37 AM

Poor poor **Persona** Hope it isn't a break
Shazza
Xoxox

From: Virginia Giuffre
Sent: Saturday, June 04, 2011 01:14 AM
To: Sharon Churcher
Subject: Re:

Great stuff! I will send you it as soon as I get back home, just at hospital with **Personal** who may have broken his arm. Neve dull moment around here! Lol! Anyways, thanks so much... Your incredible!
Xoxoxo and many thanks,
Jenna

From: Sharon Churcher <Sharon.Churcher@mailonsunday.co.uk>;
To
Sent: Fri, Jun 3, 2011 11:05:07 PM

Jarred would like to see the package when u have it ready. I can send him our stories. U should write up a pit about yourself...a pen portrait like the author bios u see on book jackets.

This e-mail and any attached files are intended for the named addressee only. It contains information, which r be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you recei it in error please notify the sender immediately and then delete it from your system. Please be advised that th views and opinions expressed in this e-mail may not reflect the views and opinions of Associated Newspaper Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachments to it for viruses as we can take no responsibi for any computer virus which may be transferred by way of this e-mail. Use of this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of these facilities. Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121 England.

Copyright Protected Material
CONFIDENTIAL

GIUFFRE003992

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delete it from your system. Please be advised that the views and opinions expressed in the e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachments it for viruses as we can take no responsibility for any computer virus which may be transferred by way of this e-mail. Use this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of these facilities.
Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121 England.

i i Copyright Protected Material
CONFIDENTIAL

GIUFFRE003993

Importance:   Normal
Subject:   Re:
Received:        Sat 6/4/2011 3:27:53 AM

Shazza,

Big compliments coming from such a great writer like you!!! Thank you so much, you have lit up my day!!! I look forwa
to hearing back from you this weekend...have a good one!!

xoxoxxo
Jenna

--- On **Sat, 4/6/11, Sharon Churcher** *<Sharon.Churcher@mailonsunday.co.uk>* wrote:

From: Sharon Churcher <Sharon.Churcher@mailonsunday.co.uk>
Subject: Re:
To: '███████████████████
Received: Saturday, 4 June, 2011, 3:08 AM

This is grabbing. Spot on. ==The one aspect of this you need to address is how many names to name (of men) and when. I will go==
==through your synopsis carefully over the weekend and then let's chat. One strategy would be to add in some examples with xxxx==
==instead of names.==
And thank goodness ▉Personal▉ is OK!
S
X0

**From**: Virginia Giuffre ███████████████
**Sent**: Saturday, June 04, 2011 03:51 AM
**To**: Sharon Churcher
**Subject**: Re:

Hi Shazza,
    Back from the E.R and ▉Personal▉ has got a torn ligament, could be much worse...phew!!! Anyways, I wasn't to sure exactly
what to put in my profile so I included what I thought would be informative, but if this is not what you had in mind, let n
know and I will fix it up. Thanks again for doing so much for me and my family!!

Sincerely,
Jenna

--- On **Sat, 4/6/11, Sharon Churcher** *<Sharon.Churcher@mailonsunday.co.uk>* wrote:

From: Sharon Churcher <Sharon.Churcher@mailonsunday.co.uk>
Subject: Re:
To: ███████████████████
Received: Saturday, 4 June, 2011, 12:37 AM

Poor poor ▉Personal▉ Hope it isn't a break
Shazza
Xoxox

**From**: Virginia Giuffre ███████████████
**Sent**: Saturday, June 04, 2011 01:14 AM
**To**: Sharon Churcher
**Subject**: Re:

Great stuff! I will send you it as soon as I get back home, just at hospital with ▉Personal▉ who may have broken his arm. Nev
dull moment around here! Lol! Anyways, thanks so much... Your incredible!

1/ Copyright Protected Material
CONFIDENTIAL

GIUFFRE004014

Xoxoxo and many thanks,
Jenna

**From:** Sharon Churcher <Sharon.Churcher@mailonsunday.co.uk>;
**To:**
**Sent:** Fri, Jun 3, 2011 11:05:07 PM

Jarred would like to see the package when u have it ready. I can send him our stories. U should write up a pi
about yourself...a pen portrait like the author bios u see on book jackets.

This e-mail and any attached files are intended for the named addressee only. It contains information, which
be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (
authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you recei
it in error please notify the sender immediately and then delete it from your system. Please be advised that th
views and opinions expressed in this e-mail may not reflect the views and opinions of Associated Newspaper
Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses.
However, you do need to check this e-mail and any attachments to it for viruses as we can take no responsib
for any computer virus which may be transferred by way of this e-mail. Use of this or any other e-mail facility
signifies consent to any interception we might lawfully carry out to prevent abuse of these facilities.
Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT.
Registered No 84121 England.

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be
confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to
receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notif
the sender immediately and then delete it from your system. Please be advised that the views and opinions expressed in t
e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. We
make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachment
it for viruses as we can take no responsibility for any computer virus which may be transferred by way of this e-mail. Us
this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of thes
facilities.
Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registere
No 84121 England.

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

[ ] Copyright Protected Material
CONFIDENTIAL

GIUFFRE004015

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delete it from your system. Please be advised that the views and opinions expressed in th e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachments it for viruses as we can take no responsibility for any computer virus which may be transferred by way of this e-mail. Use this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of these facilities.

Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121 England.

To:         Sharon Churcher[Sharon.Churcher@mailonsunday.co.uk]
From:       Virginia Giuffre
Sent:       Tue 6/7/2011 11:35:48 PM
Importance: Normal
Subject:    Re:
Received:               Tue 6/7/2011 11:35:48 PM

HI Shazza,

Hope you had a great weekend!! We are ready to send it all away...fingers crossed Jarred loves it!! Thanks again for all o
your help and I will keep you informed of anything new. I hope you and hubby are doing well and I look forward to
speaking with you soon.

xoxoxoxo
Jenna

--- On **Tue, 7/6/11, Sharon Churcher** *<Sharon.Churcher@mailonsunday.co.uk>* wrote:

 From: Sharon Churcher <Sharon.Churcher@mailonsunday.co.uk>
Subject:
To:
Received: Tuesday, 7 June, 2011, 12:56 PM

Why don't u send Jarred your synopsis, bio and some of the Australian and US pickup? I can send him our stuff.

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be
confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or
authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in
error please notify the sender immediately and then delete it from your system. Please be advised that the views and
opinions expressed in this e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of
its subsidiary companies. We make every effort to keep our network free from viruses. However, you do need to
check this e-mail and any attachments to it for viruses as we can take no responsibility for any computer virus which
may be transferred by way of this e-mail. Use of this or any other e-mail facility signifies consent to any interception
we might lawfully carry out to prevent abuse of these facilities.
Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT.
Registered No 84121 England.

**To:**     jarred lit agent/ producer ▮▮▮▮▮▮▮
**From:**    Virginia Giuffre
**Sent:**     Wed 6/8/2011 12:06:45 AM
**Importance:**     Normal
**Subject:**   Virginia Roberts- Synopsis & Profile
**Received:**          Wed 6/8/2011 12:06:47 AM
FINAL DRAFT-SYNOPSIS.docx
VR-Cover Letter & Resume.docx
Convicted paedophile Jeffrey Epstein is facing a new criminal investigation and is involved in a civil suit with a lawyer – Tel.dat
daily telegraph June 02 2011.docx
Local News   West Palm Beach, Palm Beach County, Martin & St. Lucie Counties   The Palm Beach Post.webarchive
Prince Andrew's link to sex offender Jeffrey Epstein taints royalty in US   UK news   The Observer.webarchive
Prince Andrew   He's just trying to massage export figures - Home News, UK - The Independent.webarchive
Secret Sex Lives.docx
The Total Collapse.docx
A unique resemblance....docx

Dear Jarred Weisfeld,

   We spoke on the phone going back a couple months ago regarding the story I am writing called, The Billionaires Playbo
Club. I am no longer under any contract and would like to ask you to review my synopsis and if you are interested I woul
love for you to represent me as my literary agent. I have included some of the press that has covered the ongoing case of
Jeffrey Epstein, the worlds richest pedophile, and my good friend and journalist Sharon Churcher has a few from her artic
that she has written to send to you as well. I am very serious about getting my book published and believe this story will
cover many genres of interest, not only by those following the lengthy case, but it is also a Woman's story of glitz, glamo
sorrow, compassion, and true love. I hope you enjoy....

Sincerely,
Virginia Roberts

| | Copyright Protected Material
CONFIDENTIAL

GIUFFRE004018

To:          Sharon Churcher[Sharon.Churcher@mailonsunday.co.uk]
From:        Virginia Giuffre
Sent:        Wed 6/8/2011 6:27:15 AM
Importance:  Normal
Subject:     Re: Virginia Roberts
Received:                Wed 6/8/2011 6:27:15 AM

Dearest Shazza,

==Once again you have really outdone yourself...MANY, MANY, THANKS!!!==

I took the kids to the Australian Walkabout Park today and enjoyed the scenic walks and many kangaroos. Rob and I had good chuckle about our adventures at the Reptile Park with you and Mike ...good times!!! Have you heard from Mike? I hope he is well and if you ever speak, tell him I sent a BIG hello.

==I really appreciate everything you have helped with, as a friend you have gone beyond the call of duty!!!==

I hope we hear back from Jarred soon!!

xoxoxo Jenna

--- On Wed, 8/6/11, Sharon Churcher <*Sharon.Churcher@mailonsunday.co.uk*> wrote:

 From: Sharon Churcher <Sharon.Churcher@mailonsunday.co.uk>
Subject: Virginia Roberts
To: "jarred halperin agent ██████████████████"  ██████████████
Cc: "Virginia Giuffre"██████
Received: Wednesday, 8 June, 2011, 2:31 AM

Hi Jarred

Hopefully you have Virginia's book pitch by now.

She has some amazing names which she can share with you in confidence and I think she also has a human interest story that could appeal to the Oprah/female set as well as the Wall Streeters who follow Epstein – a hedge fund king.

Here are a few of our stories about Virginia, plus some examples of the massive US and other international media pickup. Vanity Fair are doing a piece I believe in their August issue. The FBI have reopened the Epstein case due to Virginia's revelations. I also am attaching a link to a NY Magazine profile of Epstein.....written before his world combusted. The FBI believe he was essentially running a private – and mobile -- brothel for some of the world's richest and most influential men.

He got off the first time round after retaining Kenneth Starr (who witchhunted Bill Clinton) and Alan Dershowitz (von Bulow's appeal lawyer, who inspired the movie Reversal of Fortune). The US Justice Dept is investigating corruption allegations against at least one prosecutor involved in the case.

Best regards,

| | Copyright Protected Material
CONFIDENTIAL

GIUFFRE004026

Sharon

http://www.dailymail.co.uk/news/article-1361039/Prince-Andrew-girl-17-sex-offender-friend-flew-Britain-meet-him.html

http://www.dailymail.co.uk/news/article-1363452/Bill-Clinton-15-year-old-masseuse-I-met-twice-claims-Epsteins-girl.html

http://www.nypost.com/p/news/local/manhattan/pervy_mogul_lent_me_out_Balv1IrcQq9ADFlOXcwyoJ

http://blogs.villagevoice.com/runninscared/2011/02/virginia_robert.php

http://billionaires.forbes.com/article/03rxgl12IP9nv (This one, in Forbes Magazine,  seems to require subscribing but you get the gist)

http://www.telegraph.co.uk/news/uknews/theroyalfamily/8362690/Prince-Andrew.html

http://www.dailytelegraph.com.au/news/the-prince-a-paedophile-and-the-sex-slave-teen/story-e6freuy9-1226013783994

http://nymag.com/nymetro/news/people/n_7912/

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delete it from your system. Please be advised that the views and opinions expressed in this e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachments to it for viruses as we can take no responsibility for any computer virus which may be transferred by way of this e-mail. Use of this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of these facilities.
Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121 England.