

January 4, 2024

<u>**VIA ECF**</u>

The Honorable Loretta A. Preska
District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>***Giuffre v. Maxwell*,  Case No. 15-cv-7433-LAP**</u>

Dear Judge Preska,

    Plaintiff is filing a revised version of docket entries 173-8, 180-1, 180-2, 235-10 pursuant to the Court's January 4, 2024, Order.  *See* ECF No. 1324.

                                    Respectfully,

                                    <u>/s/ Sigrid S. McCawley</u>
                                    Sigrid S. McCawley

    cc:  Counsel of Record  (via ECF)

BOIES SCHILLER FLEXNER LLP

401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com