# EXHIBIT 9

# (File Under Seal)

UNCERTIFIED TRANSCRIPT DISCLAIMER IN THE MATTER OF

Virginia L. Giuffre
v.
Ghislaine Maxwell

The following transcript of proceedings, or any portion thereof, in the above-entitled matter, taken on any date, is being delivered UNEDITED and UNCERTIFIED by the official court reporter at the request of ordering attorney.

This is an unofficial transcript, which should NOT be relied upon for purposes of verbatim citation of testimony.

This transcript has not been checked, proofed or corrected.  It is a draft transcript, NOT a certified transcript.  As such, it may contain computer-generated mistranslations of stenotype code or electronic transmission errors, resulting in inaccurate or nonsensical word combinations, or untranslated stenotype symbols which cannot be deciphered by non-stenotypists.  Corrections will be made in the preparation of the certified transcript, resulting in differences in content, page and line numbers, punctuation and formatting.

This uncertified unedited transcript contains no appearance page, certificate page, index or certification.

1    START TIME: 8:57 a.m.

2             THE COURT REPORTER:  Do you declare under

3        penalty of perjury to tell the truth, the whole

4        truth, and nothing but the truth?

5             THE WITNESS:

6             THE VIDEOGRAPHER:   In the mart /O*F

7        Virginia L Jeffrey verses Ghislaine Maxwell.

8        Today's date June 24, 2016, and time is

9        8:59 a.m. this is videotaped deposition of Tony

10       Figueroa.  Counsel please truce /THEFL after

11       which the court reporter will swear in the

12       witness.

13            MR. EDWARDS:  Brad adards I represent

14       Virginia Giuffre.  And Virginia Giuffre is here

15       with me as well.

16            MS. MENNINGER:  Laura manager on behalf of

17       gelen Maxwell, the Defendant.  She is not here.

18   (Off the record at  9:01 a.m.).

19       A    Yes.

20            MS. MENNINGER:

21       Q    Good morning?

22       A    Good morning.

23       Q    Can you state your full name and spell

24   your last name for the record?

25       A    My name is Anthony Lewis Zach Figueroa

1    /EUFPB 2001?

2           MS. MENNINGER:  /TPOPBLGZ form /TPOUPBLZ.

3      A    No.

4      Q    How do you know that?

5      A    Because she did not have a job anywhere

6    else.

7      Q    How frequently during that period of time

8    would she be going over to Jeffrey epistipes house?

9           MS. MENNINGER:  Object to the form

10      foundation.

11     A    When I was with her she would go over

12   there two weeks out of every month.

13     Q    And how often what is the frequency you

14   would be the person take her to his house?

15          MS. MENNINGER:  /TPOPBLGZ form /TPOUFRPZ.

16     A    Pretty much whenever she was leaving to go

17   on a trip I would drive  her there.

18   BY MR. EDWARDS:

19     Q    Times when she went therein during the day

20   and came back that night?

21     A    Yes.

22     Q    And would you be the person that drove her

23   on those occations too?

24     A    No.

25     Q    She would drive herself on those

1    occasions?

2        A    Yeah.

3        Q    Were there times when you drove her to the

4    airport, the private airport?

5        A    The private airport I picked her up from.

6    I never drove her there.

7        Q    Did you see epi/SPAOEPB airplane at the

8    airport?

9        A    Yes.

10       Q    What did it look like?

11       A    Object form.

12       A    A big black leer jet I guess it was.  I

13   don't know. It was a  pretty nice black jet.

14       Q    Did you observe Virginia entering or

15   exiting that airplane?

16       A    Yes.

17       Q    And other than Virginia what other people

18   did you observe entering or exiting that airplane?

19       A    I'm pretty sure Jeffrey and Ms. Maxwell

20   were both there.

21       Q    Can you tell me the first time that you

22   met Ms. Maxwell.  Describe that occasion?

23       A    Like I said we were just pretty much I was

24   in the house hang out and she was in the kitchen she

25   was there one of the times I guess.  And pretty much

1    Q    How many times did you go to Jeffrey

2    epi/STAOEPBZ pool area?

3    A    Like three times.

4    Q    And on the three occasions that you went

5    to Jeffrey epi/STAOEPBZ pool area who else was by

6    had pool parea?

7    A    I understand nobody like I was liltry just

8    sitting out there by myself waiting for her to get

9    done talking with him. But pretty much everytime I

10   was at that house there was just random girls the

11   chef and Ms. Maxwell.

12   Q    At this time in 2000 one your how old are

13   you.  What is your  date of birth?

14   A    March 4th 1982. I'm 34.

15   Q    Okay. So in 2001 you about 19?

16   A    Yeah.

17   Q    When you were at Jeffrey epi/STAOEPBZ

18   house and by the pool?

19   A    Uh-huh.

20   Q    I your describing other girls that were in

21   had house did youknow these other hours?

22   A    No they were like fraught different

23   countries.

24   Q    Hoe did you know they waere from different

25   contries?

**ROUGH***Deposition of Tony Figueroa*** ROUGH***

1    A    Because whenever they would talk or I

2  would hear them say blah blah or she would tell me

3  this girl was this place and that girl was thaw that

4  place.

5    Q    Would could tell from the accent?

6    A    Yeah.

7    Q    Would you ever talk to these girls?

8    A    Not really.  I mean sometimes I would.

9  But not like a conversation about asking what they

10  were doing ear.

11    Q    At this time 19 years old.  Can you tell

12  me what the age range of these girls you describing

13  that are foreign girls at Jeffries house?

14        MS. MENNINGER:  Objection form

15        /TPAUFRPBGZ.

16    A    They looked about Virginia's age.  They

17  all looked about that about 17, 18.  But I don't

18  know.  I did not ask hem how old they were so I

19  don't know the exact number.

20  BY MR. EDWARDS:

21    Q    Okay. And when you were in the house by

22  the pool by yourself you said Virginia was just I

23  guess describing one occasion Virginia was just talk

24  to them?

25    A    Jeffrey I don't know about what.

1      Q    Was Ms. Maxwell the?

2      A    I'm not sure I know she was only there 5

3    or six times out of the whole time I was with her

4    that I met her.

5      Q    All right. And each of the five or six

6    times that you met Ms. Maxwell do I understand it

7    correctly that it was inside Jeff sephouse?

8      A    Yes.

9      Q    Each of the 5 or six times that you met

10   Ms. Maxwell inside of  Jeffrey's house was your

11   conversation with her always fairly similar stoowhat

12   you described?

13     A    Yeah, it was never like I never talked to

14   her as I would like Jeffrey.  Like she never set

15   down with me I had a conversation 0 high how you

16   doing blew blew ahow doing and that would be it.

17     Q    Okay.

18     Q    And when St. The first time you met

19   Jeffrey Epstein in relationship the the first time

20   you met Ms. Maxwell.  Meaning did you meet him

21   first.  Second?

22     A    I met Jeffrey first.

23     Q    How did how were you introduced to Jeffrey

24   Epstein?

25     A    Just high this is Jeffrey this is Tony,

1   you know, just casually.

2       Q    When is the first time that you were asked

3   by anyone to bring other girls Jeff /AEF

4   epi/STAOEPBZ house?

5       A    Pretty much right after she left.  When

6   she would go on trips.  They would just ask me if I

7   would find like Jeffrey would say when you get back

8   find more girls to have here blue blue this and

9   that.  And then after she went to thiland when he

10  was calling me searching for her he would throw that

11  in there randomly do you  have any girls.  And then

12  where is Virginia at.  Like trying to seem like he

13  was trying to get more information about her than

14  anything after she left but make it seem like still

15  wanted me to be around kind of.

16      Q    Okay.

17      A    But I don't know exactly.

18      Q    Okay. So in the beginning?

19      A    Uh-huh.

20      Q    Of your going over to Jeffrey Epstein

21  house primary it was just you and Virginia?

22      A    Yeah,.

23      Q    At someintp point in time Virginia starts

24  recruiting other girls to go to the house; is that

25  right?

1      Q    Describe for us what these girls looked

2   like that were being brought to the house?

3           MS. MENNINGER:  Object to the form found

4       vague time to place.

5   BY MR. EDWARDS:

6      Q    Sorry let me prephrase the question during

7   this 2001 period if you were driving Virginia and

8   another girl to the house, what type of girls would

9   you be driving?

10          MS. MENNINGER:  Form form foundation.

11     A    Pretty much like young looking teenager

12  girls 16, 17, really pretty.

13     Q    How did you know that's what was being

14  requested that that age range and that look and?

15     A    I just assumed that that's what most guys

16  are into.

17     Q    Girls that looked like Virginia?

18     A    Yeah.

19     Q    When you would bring girls over to the

20  house were you looking for some sort of professional

21  mussuese or massge experience?

22     A    Just get friends that I knew from school.

23     Q    And that's what Jeffrey wanted?

24     A    Yeah.

25          MS. MENNINGER:  Object form founds.

```
 1    BY MR. EDWARDS:

 2        Q     How did you know what Jeffrey wanted?

 3        A     That's what he asked me.

 4        Q     What would he ask you?

 5        A     Ask  me to try to find gills a resem

 6    believed like somewhat that type.

 7        Q     And when you would bring these girls that

 8    resem believed Virginia or some type would Jeffrey

 9    Epstein pay you?

10        A     Yes cension form /STKPWHROUPBGZ.

11        Q     Would Jeffrey pay you every time?

12        A     Ojbection form foundation.

13        A     Yes.

14        Q     And how much would he pay you foreach girl

15    that you brought to him?

16        A     Object form founds.

17        A     Two hundred dollars apiece.

18        Q     Where would this transaction tace place?

19        A     Object to the form.

20              MS. MENNINGER:  Object to the form

21        /TPOUFRPBLZ the living room.

22    BY MR. EDWARDS:

23        Q     And how much money do you think overall

24    Jeffy epistein paid you for bringing girls to him?

25        A     Me personal or us together.
```

1    Q    Sure. How how often did Jeffy Epstein ask

2    you to bring girls to the house?

3    A    Pretty much as much as possible like he

4    would tell us as men girls we could bring the

5    better, so...

6    Q    When you say us who are the us?

7    A    Me I Virginia.

8    Q    So walking me through an example of that

9    you would go thohouse with Virginia and describe

10   what would happen that ultimately let to this

11   conversation that you just describe would Jeff /AEF

12   Epstein?

13   A    Well because /THRAOEU explain that.

14   Q    Sure you I Virginia my initial question

15   was I think you initial answer was is as often

16   Jeffrey bring girls to him as muffin as possible as

17   many osto us.  Us being you I Virginia.  So walk ame

18   through an example go thohouse and then where do you

19   have this discussion where did you have this

20   discussion what words did he use what did he tell

21   you specifically?

22   A    Specifically he just said see if you can

23   find firls. It was in the living room.  There's a

24   little desk that is where I normally talk to him. He

25   would sit behind the so you have any nor girls you

1    want to beak in a cupp for nis weekend and like I

2    said pretty much every time I went there if I knew

3    /KPWEBLS I could bring to him I started bring ilto I

4    guessee liked then they would start doing stuff

5    without me so then slowy just fading out, you know.

6         Q    Squat this point Jeffrey Epstein in the

7    living room and Virginia to bring other girls?

8         A    Uh-huh.

9         Q    Was he using the world massage anymore?

10        A    No,ee did not say anything like that just

11   is saying to bring them.

12        Q    At that stage where this conversation a

13   happening dud you already settle conversation and

14   Virginia you knew what was actually at the house as

15   apoid I'ma masagge therapist?

16        A    I'm not positive but I don't doubt it.

17        Q    Once you were hin house with Virginia and

18   you were having these conversation with Jeffy

19   Epstein was it obviously to you whata happening that

20   house?

21        A    I mean it was obvious to me.  Like I said

22   I never witnesses any of the stuff so...

23        Q    Of course?

24        Q    What would you tell the girls that you

25   would bring to Jeffrey's what the did you del the

1   Jeffries house to get them to the house.

2        A    Well I told them that it was for a

3   massage. And I told them obviously that if people

4   when they get massaged I don't know going to expect

5   more from you or not.  If he does tell him know it's

6   up to you  if you want to go.  And they would still

7   do it it.

8        Q    How did you know to use the word massage

9   to get the girls to Jeffrey epi/STAOEPBZ house?

10       A    I did not want to straight up be like why

11  don't you jerk this guy off for money so...

12       Q    You thought that was a better way to get

13  them to the house?

14       A    Yeah, sounded a little bit more

15  professional aguess not as bad.

16       Q    Okay.

17       Q    When you brought other girls to the house

18  aside from Virginia where was elenmax in the house?

19       A    Object form /STKPWHROUPBZ brought other

20  girls to the house aside from Virginia was

21  Ms. Maxwell in the house?

22       A    Yes.

23       Q    Where was Ms. Maxwell in the house when

24  you brought other girls to the house aside from

25  Virginia?

1      A      In the kitchen.

2      Q      And on these occasions would you see

3  Ms. Maxwell in the kitchen?

4      A      Yes.

5      Q      On these occasion when you would bring

6  girls other the Virginia to the house and

7  Ms. Maxwell was in the kitsch would Ms. Maxwell see

8  the girl you brought to the house?

9      A      Yes.

10      A      Form foundation.

11      Q      And when you would brink these girls other

12  than Virginia to Jeff /AEF epi/STAOEPBZ house I see

13  Ms. Maxwell in the kitchen were you with the girl

14  that you just brought?

15      A      Yes.

16          MS. MENNINGER:   /TPOPBL form foun.

17  BY MR. EDWARDS:

18      Q      I during these occasion what conversation

19  if any did Ms. Maxwell have knyefe girls you

20  brought?

21      A      Not much pretty mump like I said when I

22  take the girls all it would just a friendly

23  conversation with everybody and just high what's

24  your name asking about what they do and where they

25  are and stuff like that.  It was never anything like

1    sexual talk or anything like that.

2         Q    Okay. So just so have a good image of that

3    bring a girl authority when you brought a other than

4    verge into -- what door did you enter Jeffrey

5    Epstein's house?

6         A    When you pull up to his house a walkway

7    where higarage is like off to the side that's the

8    bay I always go.

9         Q    I know the sider door by the kitchen?

10        A    Yeah.

11        Q    So on one of occasions if you can think to

12   one of the occasion brought a girl into the kitchen

13   other than Virginia?

14        A    Uh-huh.

15        Q    And Ms. Maxwell an in the kitchen, did you

16   and this /OEURT girl that you were bringing over sit

17   there and together have this small stalk and

18   McMaxal?

19        A    Yeah.

20             MS. MENNINGER:  Fom form foundation.

21        A    Yes.

22        Q    And how long would you and one of these

23   other girls sit there and have this small talk with

24   Ms. Maxwell?

25        A    No more than 10 or 15 minutes.

1    Q    What were you waiting for?

2    A    Pretty much her to take them up stairs

3  then I would leave.  I would wait for them to be

4  like we're ready.  And I would be all right. See you

5  later and I would leave.

6    Q    You were waiting for who to take who up

7  stairs?

8    A    I had seen Ms. Maxwell take a girl up

9  there well not up there visibly but I watched her

10 leave had room with one.

11   Q    Up stairs?

12   A    Well, I didn't see the stairs.  Like in

13 the kitchen there's not like you have to go all

14 around and all that shit.

15   Q    Let me just understand what you did see

16 then.  So you brought a girl over.  We're talking

17 about an instance where you brought another girl

18 over to the house?

19   A    Yes.

20   Q    And your in the kitchen with this other

21 girl and Ms. Maxwell?

22   A    Yes.

23   Q    And what did you actually see in terms of

24 of where did that girl and with whom?

25   A    I just saw them leave the room.

1     Q     Together?

2     A     Together.  And assumed that they were

3  heading up to massage room.

4     Q     Because that was the purpose of bringing

5  her over?

6           MS. MENNINGER:  Objection.

7     A     Yeah.

8           MS. MENNINGER:  Form founds.

9  BY MR. EDWARDS:

10     Q     When during that circumstance?

11     Q     So you undderstand the circumstance I'm

12  talking about you bring a girl into the kitchen and

13  Ms. Mackle is in the kitchen?

14     A     Uh-huh.

15     Q     And you see Ms. Maxwell and this girl

16  leave the kitchen?

17     A     Yes.

18     Q     When during that circumstances do you get

19  paid?

20     A     I gid paid before anything happens period.

21  I walk in the door talk to Jeffrey and then he hands

22  me my money walk back to kitchen say by and leave.

23  And then like I said at some point and seen her

24  before when I was leave walking the girl out the

25  living room out through the kitchen.  So she could

1    have taken up stairs she could have not but I

2    definitely seen her walking.

3        Q    On how many occasionings?

4        Q    /KWROPBLT might I told me this but how

5    many occasion did you bring girls into the kitchen

6    and the three of you, you the girl you brought and I

7    /STKPWEULian Maxwell have conversation?

8        A    Not many. I only met her maybe six times.

9        Q    Each of the times you met gillian Maxwell

10   in  Jeffrey epi/STAOEPBZ house did you have girls

11   that were being brought to Jeffrey?

12       A    Everything time at the house it was either

13   with Virginia or some girl.  I never went there by

14   myself.

15       Q    He did not have a use for you?

16       A    Yeah, he did not need me.

17       Q    All right. That beginning of the

18   deposition I believe tell me if I got this wrong I

19   believe talk about it time Virginia just gone to

20   thiland talking to you in telephone?

21       A    Uh-huh.

22       Q    And you believe Jeff /AEF was supposed to

23   pay the phone bill; is that correct?

24       A    Yeah.

25       Q    Why did you believe Jeffrey Epstein was

1  lead to where is she, so...

2       Q    How did Jeffrey Epstein have you telephone

3  number?

4       A    I would imagine from Virginia.

5       Q    Okay. What prior to her going did he call

6  you on the telepone?

7       A    I mean sometimes he would have his

8  assistant call thee but he did call me sometimes.

9       Q    Which assistant call you of jiffy

10  sep/STAOEFRPBZ I can't remember her name but his

11  main asigh?

12       Q    Would sarah callin cal lyou?

13       A    I believe that's her.

14       Q    Gillian Maxwell call you?

15       A    I think she  might have once or twice.

16  I'm not positive but I'm pretty sureee did.

17       Q    Would the calls that gill wherein Maxwell

18  made to you been during the time that you were

19  living with Virginia or after Virginia had left?

20       A    It was while living together.

21       Q    And what would be what did Virginia what

22  did gillian Maxwell say to you when she called you

23  while living?

24       A

25            MS. MENNINGER:  Objection miscontact when

1    watt.

2    A    And what say what did he say?

3    Q    Yes.

4    A    Just ask mead had anybody else lined up.

5    Q    Anything else lined up for what?

6    A    Objection form /TPOUFRPBLDZ.

7    A    For Jeffrey.

8    Q    Let me fix this.  Gill when gillian

9    Maxwell would call you during the time that you were

10   living with Virginia she would ask you what

11   specifically?

12          MS. MENNINGER:  Fom form foundation.

13   A    Just if I had found any ear girls just to

14   bring the Jeffrey.

15   Q    Okay.

16   A    Pretty much everytime a conversation with

17   any of them it was either asking Virginia where she

18   was ask the asking her to get girls or asking me get

19   girls.

20   Q    Let's go to that second categorying you

21   just identified asking Virginia to get girls.  How

22   many times were you in a room where specifically

23   gill max would ask Virginia to bring girls?

24   A    Not that I can recall.

25   Q    How many times when you say thigh asked

1    Q    How often would Virginia according to

2    Virginia how much would Virginia and /PH*BGS maxal

3    go out look forg girls?

4    A    I stopped asking after a while.  I would

5    imagine every time but I don't recall.

6    A    Every time when she was telling you or you

7    were asking that's what was happening.

8    A    Yeah.

9    Q    All right. And going back to when he

10   finally told you that having sex with these people?

11   A    Uh-huh.

12   Q    It was the people she told you that she

13   was having sex with Jeffp /STAOEPB Ms. Mackual

14   andthol other girls did you understand all the other

15   girls were?

16   A    I just assumed justthol girls that heever

17   had at his house I never on a personal basis with

18   pretty much anyone except for the ones I went to

19   school with so...

20   Q    And?

21   Q    Of the girls brought to had us or that you

22   observed Virginia bring to the house how many of

23   them were professional masuesses?

24   A    Zero.

25   Q    What was the age range of the girls that

1    you start with you that you brought with Jeffy

2    Epstein.  Object to the form foundation?

3         A    Well had age-age brought for sure were

4    around my age. I met them through school people

5    where knew actually hung out with.

6         Q    What were the age range of the girls your

7    observe thad Virginia brought to the house?

8              MS. MENNINGER:  Object to the form

9         foundation.

10        A    I like I said I never asked them how old

11   they all seemed like there were younger.

12        Q    Are you bring you bring 253540 year olds

13   to the house?

14        A    No.

15        Q    So within a range?

16        A    I'd say probably 16 to 19.

17        Q    Okay.

18             MS. MENNINGER:  /TPOPBLG /TPORP foundation

19        sore slipping it in afterwards but...

20   BY MR. EDWARDS:

21        Q    Yousaid when you were at the house you saw

22   naked photos what is the naked photo?

23        A    Pictures of people naked.

24        Q    Photohad ezpeople that were faked?

25        A    Yeah.

1    /STKRAUP /UPD some a/KAEUZsiobe the inside.

2        A    Yes.

3        Q    Hung out the by had pool?

4        A    Yes.

5        Q    On the /KWEUFPB?

6        A    Yes?  And in total of the times you went

7    if soohad house you saw Ms. Maxwellout gut tall ix.

8        A    Five or six times.

9        Q    Total?

10       A    Tote.

11       Q    Not fix?

12       A    /PAOERLD all together.

13       Q    /WROU brought?

14       A    All together period.

15       Q    I thought you said asking you questions

16   that Ms. Maxwell ever Jude bring girls?

17       A    I don't remember saying had a.

18       Q    Tell me when did Ms. Macual ask row to

19   bring a girl?

20       A    Never /EUFRP person like liltally on it

21   phone once or twice.

22       Q    Did Ms. Maxwell call you /TPR-BGSly?

23       A    No.

24       Q    How many times do you think Ms. Mackle?

25       A    Ever just a few couple times onceoy twice.

1    Q    /PHUPLG ort of /TAOEUFPL pretty much his

2    assistant?

3    Q    How do you know /PH*GS Maxwell's voice?

4    A    Sounds British.

5    Q    So-so someone British acthe /SHAOEFRPBLG

6    told me who she was?

7    Q    And what did see say wheni called you

8    asked you to bring gills?

9    A    High a gillian Jeffy wandering had anybody

10   to could come /STKPWHROEFRB when did that happen.

11   A    I'm not exactty shirr of time /TPRAEUFPL.

12   Q    After the road house grillo /PW-F?

13   A    Probably I would think before I'm pretty

14   sure pretty positive.

15   Q    /TPWH-FR /HOED house grill wray?

16   A    After started going back to work with

17   Jeffrey /STAUPLD talking to her went back to him I

18   never Todd to Ms. Mackual again after the had to

19   been before that.

20   Q    When /TKPEUD you stop talking to?

21   A    Just /TWAOEPBT there never like she was

22   anything more than a high how are you kind a thing

23   not like when I talked to Jeffy ask me about stuff

24   and hold an information with her just hay hours your

25   mom see yeah not anything detail.

1        A    /HRO*EUTSeredered not like debate that.

2        Q    So you waiver reading it if you like all

3   right. Thank you very much for you time?

4   (Off the record at  1:23 p.m.) order order.

5             MS. MENNINGER:  Orderered.

6   BY MS. MENNINGER:

7        Q

8             MR. EDWARDS:  Yeah I wand a copy.

9   Cology dense said.  /EUFPLTS disc

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25