Exhibit 2

(File Under Seal)



## VEHICLES

| Vehicle | Phone | Service Location |
|---|---|---|
| Mercedes Benz 600<br>2001 Black<br>Licence: EO3PRU<br>*Gone to NYC '98*<br>Lic: U90-BQL ← | (561) 309-6415 Rear<br>(561) 379-9390 Front<br>*(taken by Doug)* | Mercedes Benz of Palm Beach<br>4000 Okeechobee Boulevard<br>West Palm Beach, FL 33409<br>Att: Shawn Adison<br>Tel: (561) 689-6363 |
| Mercedes Benz 600<br>1997 Black<br>Licence: G14KCT | (561) 758-1672 Rear<br>(561) 818-8867 Front | |
| Mercedes Benz 600 Conv<br>1998 Silver<br>Licence: RAS85L *Gone* | (561) 346-7141 | Paint work & Body shop<br>Coach work<br>Contact Dominique<br>[redacted] |
| Suburban<br>2001 Black<br>Licence: WGE53R *Gone to Volvo* | (561) 371-1686 | Roger Dean Chevrolet<br>2235 Okeechobee Boulevard<br>West Palm Beach, FL 33409<br>Tel: (561) 683-8100 |
| Crysler Mini Van<br>1996 White<br>Licence: WGE52R *Gone* | (561) 308-5700 | Nestor Auto Repairs<br>2600 Florida Avenue<br>West Palm Beach, FL 33401<br>Tel: (561) 835-0809 |
| (Cobra Grand<br>1993 Green<br>C97CRJ) *Larry's Garage* | | Nestor Auto Repairs<br>2600 Florida Avenue<br>West Palm Beach, FL 33401<br>Tel: (561) 835-0809 |
| Volvo<br>1998 Gold<br>Mrs Epstein | (561) 686-3707 | Volvo Palm Beach<br>5544 Okeechobee Boulevard<br>West Palm Beach, FL 33417<br>Tel: (561) 471-7600 |
| Oil Well | 900 Southern Boulevard<br>West Palm Beach, FL 33405<br>Tel: (561) 835-9374 | Oil change every 3 000 miles |

Registration, insurance and yearly inspection papers to be kept in the glove compartment of each vehicle
Spare keys are kept in the key box in the office

GIUFFRE007590
Confidential

| Muvico Parisian | City Place<br>545 Hibiscus Street<br>West Palm Beach, FL  33401<br><br>Tel:  (561) 833-0400 | |

## GROCERY STORES

| Bishop Water Co | Tel:  (561) 582-1367  *Sharon* | *Evian*<br>~~Fiji~~ bottled water (large and small) |
|---|---|---|
| Carmine Giardini's | 2401 PGA Boulevard, Suite 172<br>Palm Beach Gardens, FL  33410<br><br>Tel:  (561) 775-0105<br>Fax (561) 775-9233 | Fish, meat, gourmet foods<br><br>█████████ |
| C'est Si Bon | 280 Sunset Avenue<br>Palm Beach, FL  33480<br><br>Tel:  (561) 659-6503 | Gourmet foods |
| Publix Super Market | 265 Sunset Avenue<br>Palm Beach, FL  33480<br><br>Tel:  (561) 655-4120 | General, cleaning, toiletries |
| Wild Oats | 7735 South Dixie Highway<br>West Palm Beach, FL  33405<br><br>Tel:  (561) 585-8800 | Health Foods |

## HEALTH & BEAUTY

| Pharmacy | Greens Pharmacy<br>151 North County Road<br>Palm Beach, FL  33480<br><br>Tel:  (561) 832-4443 | |
|---|---|---|
| | Lewis Pharmacy<br>235 South County Road<br>Palm Beach, FL  33480<br><br>Tel:  (561) 655-7867 | |

GIUFFRE007590
Confidential

## UTILITIES

| | | |
|---|---|---|
| Water | City of West Palm Beach<br>226 Cypress Lane<br>Palm Springs, FL 33461<br><br>Tel: (561) 965-5770 | Water shut-off for entire property is located next to the mailbox on the sidewalk. |
| Electricity | Florida Power and Light<br>General Mailing Facility<br>Miami, FL 33188-0001<br><br>Tel: (561) 697-8000 | |
| Gas | Florida Gas Company<br>401 South Dixie Highway<br>West Palm Beach, FL 33401<br><br>Tel: (561) 832-0872 | |
| Sewer | City of West Palm Beach<br>226 Cypress Lane<br>Palm Springs, FL 33461<br><br>Tel: (561) 965-5770 | |
| Trash Removal | City of West Palm Beach<br>226 Cypress Lane<br>Palm Springs, FL 33461<br><br>Tel: (561) 965-5770 — *Water Dpt*<br>*(561) 965 4022 Trash Removal* | Daily (Monday - Friday)<br><br>*Recyclables (Thurs bef Noon)* |
| Telephone | ETC<br>2921 N Australian Avenue<br>West Palm Beach, FL 33407<br><br>Tel: (561) 881-8118 | |
| | Bell South<br><br>Tel: (561) 780-2611 | |

GIUFFRE007590
Confidential

| Plumber  *general Plumbing 561-585-2591* | Foster Plumbing<br>2800 Westgate Avenue<br>West Palm Beach, FL 33409<br><br>Tel: (561) 686-1721 | General plumbing repairs |
|---|---|---|
| | Roto Rooter<br>6600 NW 12th Avenue, Suite 213<br>Fort Lauderdale, FL 33309<br><br>Tel: (561) 832-1495 | Blocked drains |
| Pool | Hackl Pools<br>1331 Central Terrace<br>Lake Worth, FL 33460<br>Tel: (561) 588-7493  *Valerie* | Monday and Thursday at 10:30am<br>Clean pool, filter, add salt<br><br>(*Michelle*) ▮▮▮ |
| Tree Trimming | County Wide Tree Service<br><br>Tel: (561) 371-5786 | First Monday in May and November |

## STORAGE

| Storage USA | 5580 Okeechobee Boulevard<br>West Palm Beach, FL 33417<br><br>Tel: (561) 683-9955 | 10 ft x 20 ft unit available |
|---|---|---|

## VEHICLES

| Car Detailing | ~~Palm Beach Wash & Auto Detail<br>1229 N. Dixie Highway<br>(at Amoco Gas)<br>Tel: (561) 835-8748~~  *James?* | |
|---|---|---|

*George*
*Clean Car Services*
▮▮▮▮▮▮▮ ✓
*724 SW 1st Ave*
*Boynton Beach Fl*
*33426*

*S. G.*
*724 SW 1st Av.*
*Boynton Beach, Fl*

3

GIUFFRE007590
Confidential

## MAIL & DELIVERY SERVICES

| | | |
|---|---|---|
| FedEx | 1-800-463-3339 | Account No: ▉▉▉▉▉<br><br>Drop-off box is next to Palm Beach National Bank on Worth Avenue |
| Post Office | 401 South County Road<br>West Palm Beach, FL<br><br>Tel: (561) 832-0697 | |

## MAINTENANCE

| | | |
|---|---|---|
| Air Conditioning | Cassidy Air Conditioning<br>501 Fern Street<br>West Palm Beach, FL 33401<br><br>Tel: (561) 833-6331 — Kathy<br>— Kary | Monthly service contract   a/c Payment<br>First Monday of every month<br>— Joe (Technician)<br>※ Bob (Filter Service)<br><br>Can? |
| Awnings | American Awning Company<br>537 Pine Terrace<br>West Palm Beach, FL 33405<br><br>Tel: (561) 832-7123 | |
| Cable Service | Adelphia Cable<br>1401 North Point Parkway<br>West Palm Beach, FL 33407<br><br>Tel: (561) 478-8300 | Ca? |
| Carpenter | Tel: (561) 994-8906<br>▉▉▉▉▉ | Erwin Roy   Cash |
| Carpet Cleaners<br><br>*Merry Rug Clean* | Stanley Steamers<br>Tel: (561) 586-5700 | Wall to wall   2 - Cash |
| | Merry Rugs<br>Tel: (561) 588-8588 | Loose rugs |
| Computers | Bloomberg ✗<br>499 Park Avenue<br>New York, NY 10022<br><br>Tel: (212) 318-2100 | Palm Beach consultants:<br>Chad Bonta<br>Peter Kapopoulos   Changed<br>Tel: ▉▉▉▉▉ |

GIUFFRE007590
Confidential

# TRAVEL

| Pilots | Larry Visoski ✓ | |
| --- | --- | --- |
| | Dave Rodgers | |
| | Larry Morrison | |
| Mr Epstein's planes | Jet Aviation | (561) 233-7241<br><br>Procedure for leaving cars at the airport:<br>Leave car at Jet Aviation landing strip<br>Leave the keys in the car<br>Advise Jet Aviation<br>Tail #909JE  or  Tail #908JE<br>They will tag and pull car to plane upon arrival |
| Ms Maxwell's plane | Raytheon  *Changed to:*<br><br>*Fly Options* | 1-888-835-9782<br><br>Contract No: Air 4<br>Tail # ...TA   *970 QS*<br>Always a Beech Jet or Hawker |
| Commercial Airlines | Air France | 1-800-237-2747 |
| | American | 1-800-433-7300 |
| | British Airways | 1-800-247-9297 |
| | Continental | 1-800-525-0280 |
| | Delta | 1-800-221-1212 |
| | South African Airways | 1-800-722-9675 |
| | United | 1-800-241-6522 |
| | US Air | 1-800-428-4322 |

— Carlos Avila Handymen (561)

*→ Colonial Bank / Worth Ave.*
*- Ben Lewin*
*- Leonor*

## BANKING

| Household Banking Account | Palm Beach National Bank<br>125 Worth Avenue<br>Palm Beach, FL  33480<br><br>Tel:  (561) 653-5594 | Account No: ▮▮▮▮▮▮<br>Send to Eric Gany for reconciliation<br>$1,000 Petty Cash Float |
|---|---|---|

## BICYCLES

| Bicycles | Palm Beach Bicycle Trail Shop<br>223 Sunrise Avenue<br>Palm Beach, FL  33480<br><br>Tel:  (561) 659-4583 | Mongoose Crossway 450<br>Raleigh Aluminium 300<br>Mercedes Benz<br>Cignal Sports Bike<br>Schwinn World<br>Huffy Santa Fe<br>Raleigh Sport<br>Scott Boston |
|---|---|---|

## BOOKSTORES

| Newspapers | Publix Super Market<br>265 Sunset Avenue<br>Palm Beach, FL  33480<br><br>Tel:  (561) 655-4120 | |
|---|---|---|
| Magazines | Main Street News<br>255 Royal Poinciana Way<br>Palm Beach, FL  33480<br><br>Tel:  (561) 833-4027 | |

## CLEANING SERVICE

| Francis Peadon<br>House Cleaning Services | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | Every Tuesday and Wednesday<br>8:00am - 4:00pm<br>(Francis and Pastora Peadon) |
|---|---|---|

## ENTERTAINMENT

| The Breakers | One South County Road<br>Palm Beach, FL  33480<br><br>Tel:  (561) 655-6611 | Renew car park stickers every September |
|---|---|---|
| Comedy Corner | 2000 South Dixie Highway<br>West Palm Beach, FL  33401<br><br>Tel:  (561) 833-1812 | |
| The Mar-a-Lago Club | 1100 South Ocean Boulevard<br>Palm Beach, FL  33480<br><br>Tel:  (561) 832-2600 | |

*Sam Co. System (561) 715-4832  Sam*

| Electrician | Energy Efficient Electric<br>Tel: (561) 655-7211 | *Changed.* |
| --- | --- | --- |
| Exterminator | Palm Beach Exterminating<br><br>Tel: (561) 689-0808 | Contact is Ken<br>First Monday of every month at 10:30am<br>Also use for termite tent |
| Garden Service | Alan Stopek<br><br>Efflorescence<br>■■■■■■■■■■■■<br>Wellington, FL 33414<br><br>■■■■■■■■■ | |
| | Jerome Pierre<br><br><br><br>■■■■■■■■■■■ | Part-time help. Billed through Alan Stopek.<br>In residence: Daily from 6.30am<br>Not in residence: Mon - Fri from 2pm - 5pm<br>Also maintains Mrs Epstein's property on<br>Saturday mornings. |
| Garage Doors | The Doorsmith<br>4160 NW First Avenue<br>Boca Raton, FL 33431<br><br>Tel: (561) 391-7768 | |
| Gates | Reich Metal Fabricators  *Tom*<br><br>Tel: (561) 585-3173  *John ✓* | Back door gate switch - above garage door controls. When open, round red light is on.<br><br>Front door gate switch - in telephone outlet above the kitchen telephone |
| Irrigation | Dolphin Sprinkler Inc<br><br>Tel: (561) 844-8082  *Janet* | *Alan Bontz* |
| Landscape Spraying | Academy Services<br><br>Tel: (561) 478-4629 | Arrange through Alan Stopek |
| Locksmith | Wilson Rowan Locksmiths<br>625 South Dixie Highway<br>West Palm Beach, FL 33401<br><br>Tel: (561) 655-3637 | |
| Painter | ■■■■■■■■■ | Bill  *Changed* |

GIUFFRE007590
Confidential

Suburb of (Sunrock)

Sarah
* Adriana
* Alan
* Stopole
- Bolla
- Benjamin State Dept
* - Bruno
- Dave (Pilot)
- David (Cook)
- T. Mollica
* - George Meertens A
- Ghislaine
- Hollon
- Jean Luc (Karen Models)
- Jorge Meertens
- Larry (Pilot)
- Lonny (Electri...)
- Miguel
- Mike Pecodi...

Mom's
1.-
2.-
3.

Sarah

- Nadia
- Omar

P.B still
P.B Ha...
P.B Fa...
P.B

**Address / Telephone Sheet**   Sarah's E Mail: [REDACTED]

# 358 El Brillo Way, Palm Beach Fl, 33480

| Name | Address | Telephone/Fax |
|---|---|---|

Mr. Jeffrey Epstein (NYSG LLC ) Office
457, Madison Avenue 4th Floor
New York, NY 10021.

[handwritten right side:] Leslie / Jenn (Scty) / Helen Fox

Ms. Ghislaine Maxwell

**Accountants**

- Eric Gany
- Bella Klein-Accountants

[handwritten:] EMAD HANNA (St. Rep) — (Deutche Bank)
(Petty Cash Rep.)

**Assistants**

Leslie Groff (JE Sec)
Cecelia
Helan Kim
~~Michelle Compos~~
Jenn Doyle

**Property**

Keith Blumberg

**Engineer**

Richard Barnett    (212) 249·1113 O.
DOUG              (212) 717·4672 F.
SCHOETTLE  Architech

[handwritten left margin:] E 71st, N.Y. OO

→ 'Not in Service'

**Computers**

Mark Lumberg

**Residences of Mr. Jeffrey Epstein**
9 East 71st Street,
New York NY 10021

Mr. Jeffrey Epstein

Ms. Ghislaine Maxwell

**Staff**
House Manager Jojo
House Manger Lynn

**Staff Phone**

**Chef**   Brent Tindall

*Home Depot*
*478.0783 Mon*

### Palm Beach Contractors

**General Plumbing**
Customer Service representative        Amy                     561 585 2591

**Electrical**
Reel Power Inc                         Lenny (electrician)     561 706 0827

**Gates**
Samco Systems                          Sam (owner)             561 719 4832
Service gate switch: above garage door controls, when round light is on
Front gate switch: just above the telephone outlet kitchen area

**Garage doors**
The Door Smith Inc                     Keith Kelly             ███████

**Telephones**
Southern Bell (repairs)                                        561 780 2355

**Internal Phone system ( NEC)**
Repair and Programming                                         561 881 8118

**Alarm System**
Benham Industries Inc                  Keith                   854 491 4112

**Locksmith**
Wilson & Rowan                                                 561 655 3637

**A/C Maintenance**
John C Cassidy                         24 hr service           ███████

**Handyman**
Carlos (carpenter) *Avilq*
*Parker*

**Landscape**
Alan Stopeck                                                   ███████


**Pest Control**
Palm Beach Exterminator                Kim                     561 844 8082

**Irrigation**
Dolphin Sprinkle                                               561 478 4696

**Pool Heating**
National Pool Service                  When needed             561 585 8866

**Pool Maintenance**
Hack Pool Service                      Monday/ Thursday        561 588 7493

**Tree Trimming**
Country Wide Trees                     Twice, summer/winter    561 371 5786

**Carpet Cleaners**
Stanley Steamers                       wall to wall            561 586 5700
Merry Rug                              area rug                561 588 8588

*Alarm -  954.*

POST OFFICE — 1.800.275.8777
☎ 561.659.0261

*ed 1*
8-12

**Cable**
Adelphia cable — Cable TV — 561 ~~468-8300~~  697.8473
1.888.683.1000

**Bottled Water.**
Bishop water company — Avion water — 561 582 1367

**Upholsterer**
Frank Jennes — ▓▓▓▓

**Gas**
Gas Energy Inc (Joe Di Giovanni) all gas repairs) — 561 963 0505

**Laundry equipment**
May Tag — 1800 622 4729

**Painter**
Sam — Contact Lenny — ▓▓▓▓

**Storage**
Storage USA — 561 683 5835
5580, Okeechobee Blvd
Unit 6218

**Grocery & General Household items**
**General Grocery**
Publix
265, Sunset Ave — 561 655 4120

**Gourmet food**
C' est si bon
289, Sunset Blvd — 561 659 6503

**Carmines**
2401 PGA Blvd    Take 95 North to PGA Blvd — 561 775 9233
Too Jays    Gravelox/ Nova sliced salmon — 561 655 6545

**Green Pharmacy**
151., N County Road — 561 832 4443

**Flowers**
Extra touch Flowers — 561 835 8000

**Hardware**
Home Depot — 561 832 0783
Sewell Hardware — 561 832 7171
528, Clematis Street

**Newspapers**
Main Street News
255, Royal Poinciana Way — 561 833 4027

**Post Office**
401, South County Road, — 561 832 0697

**Car Detailing**    George
**Taxi Service/Limo**    Dan Tischen — ▓▓▓▓
**FedEx**    # 114420816 (Monday & Thursday) — 1800 463 3339
**Recycling**    Every Thursday 6AM to 5PM
**Trash collection**    M-F once a day Early Morning

**Cars**
Mercedes of Palm Beach — 561 689 6393
Chevrolet — 561 683 8100
Auto Repairs    Gray Sunoco 340 South County — 561 655 6545
              Nestor Auto 2600, Florida Avenue — 561 835 0809
GasolineGray Sunoco

ALL AMERICAN SHUTTERS        561.712.9882

GIUFFRE007590
Confidential

02/11/2015                    Page 2307            Public Records Request No.: 16-268

Marina [redacted]

\* <u>INTEL</u> \*

\* From Sgt Dan Szarzewski
[redacted] w/F) [redacted]

Per Curtis ↓

could talk w/ EPSTEIN KNOWS
him well. INFO passed on to Capt.

~~scribbled out~~

GIUFFRE007590
Confidential

- ▮▮▮▮▮▮▮▮▮▮
- 12:50 pm ▮▮▮▮▮
  ABIGAIL Wexner — wants to talk to you @ something private
- ▮▮▮ Friday
- 6/19  7:15 pm  Adriana
- 6/17  5:55 pm  Glen ▮▮▮▮
- 12:30 ▮▮▮ has a Q for you — can you please call her
  ▮▮▮▮
- 6/19  1020pm  Jean Luc
- Signed Neiman Marcus 6/a/05  $33.02  Amex ▮▮▮▮  01/06
- ▮▮▮ will be here @ 6:30 am
- 6/19/05  1:00pm  Jean Luc
- Four Season  582-2800  Waitt
- 6/18/05  6:40  Nathalie
- ▮▮▮▮▮▮
- 6/19/05  Stepanie Buens ▮▮▮
- TonyAworld.com
  Janina ▮▮▮▮▮
  ▮▮▮▮▮▮
  Valerie ▮▮▮▮
      Ostrousley Anna
      ▮▮▮▮▮

GIUFFRE007590
Confidential

02/11/2015                Page 2309                Public Records Request No.: 16-268