# EXHIBIT 8

United States District Court
Southern District Of New York

-----------------------------------------------------X

Virginia L. Giuffre,

    Plaintiff,

v.                                                                                  15-cv-07433-RWS

Ghislaine Maxwell,

    Defendant.

-----------------------------------------------------X

### DEFENDANT GHISLAINE MAXWELL'S
### INITIAL F.R.C.P. 26(a)(1)(A) DISCLOSURES

Pursuant to F.R.C.P. 26(a)(1)(A), Defendant Ghislaine Maxwell makes the following disclosures:

I. **IDENTITIES OF INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION RELEVANT TO DISPUTED FACTS ALLEGED WITH PARTICULARITY IN THE PLEADINGS**

1. Ghislaine Maxwell
   c/o Laura A. Menninger, Esq.
   Haddon, Morgan & Foreman, P.C.
   150 E. 10th Ave.
   Denver, CO 80203
   303-831-7364
   LMenninger@HMFLaw.com

   Ms. Maxwell is the Defendant and may have knowledge concerning matters at issue, including the events of 1999-2002 and the publication of statements in the press in 2011-2015.

2. Virginia Lee Roberts Giuffre
   c/o Sigrid S. McCawley, Esq.
   Boies, Schiller & Flexner LLP
   401 East Las Olas Boulevard, Suite 1200

Mr. Edwards has knowledge concerning Plaintiff's false statements to the press, in court pleadings, and in sworn testimony at issue in this matter. Mr. Edwards also has knowledge concerning "Victim's Refuse Silence, Inc."

7. Jeffrey Epstein
   c/o Tonja Haddad Coleman, Esq.
   315 SE 7th Street, Suite 301
   Fort Lauderdale, FL 33301
   (954) 467-1223

   Mr. Epstein has knowledge concerning Plaintiff's false statements to the press and in court pleadings, as well as the events of 1999-2002 concerning Plaintiff and Defendant.

8. Anthony Figueroa
   Address unknown at this time
   Telephone number unknown at this time

   Mr. Figueroa may have knowledge concerning matters at issue, including Plaintiff's activities during 1996 – 2002.

9. Louis Freeh
   Address unknown at this time

   Mr. Freeh may have knowledge concerning travel of Bill Clinton.

10. Robert Giuffre
    Address unknown at this time
    Telephone number unknown at this time

    Mr. Giuffre is may have knowledge concerning matters at issue, including Plaintiff's activities during 2002-2016 and her damages allegations.

11. Ross Gow
    Acuity Representation
    23 Berkeley Square
    London W1J 6HE

    Mr. Gow may have knowledge concerning matters at issue, including the publication of statements in the press in 2011-2015 concerning Plaintiff and Defendant.

3

Dated: February 24, 2016.

                Respectfully submitted,

*s/ Laura A. Menninger*
Laura A. Menninger (LM-1374)
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
Phone: 303.831.7364
Fax: 303.832.2628
lmenninger@hmflaw.com

*Attorney for Ghislaine Maxwell*

### CERTIFICATE OF SERVICE

I certify that on February 24, 2016, I electronically served this *DEFENDANT GHISLAINE MAXWELL'S INITIAL F.R.C.P. 26(A)(1) DISCLOSURES* via e-mail on the following:

Sigrid S. McCawley
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com

                *s/ Laura A. Menninger*
                Laura A. Menninger

7