COMPOSITE

EXHIBIT 7

(File Under Seal)

Confidential

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
VIRGINIA L. GIUFFRE,

       Plaintiff,

                           Case No.:
    -against-             15-cv-07433-RWS

GHISLAINE MAXWELL,

       Defendant.

- - - - - - - - - - - - - - - - - - - - x

**CONFIDENTIAL**

       Continued Videotaped Deposition of
GHISLAINE MAXWELL, the Defendant herein,
taken pursuant to subpoena, was held at
the law offices of Boies, Schiller &
Flexner, LLP, 575 Lexington Avenue, New
York, New York, commencing July 22,
2016, 9:04 a.m., on the above date,
before Leslie Fagin, a Court Reporter
and Notary Public in the State of New
York.

       MAGNA LEGAL SERVICES
  1200 Avenue of the Americas
  New York, New York 10026
      (866) 624-6221



Confidential

Page 18

```
 1          G. Maxwell - Confidential
 2      A.    I think everyone here can
 3  understand what intercourse is, is when you
 4  have sex.  I don't know how to say
 5  intercourse any other way, having sex with
 6  somebody.  Perhaps you would like to define
 7  it for me.
 8      Q.    I'm trying to get your definition
 9  right now because you are the witness.  When
10  you use the term intercourse, what are you
11  referring to?
12      A.    I'm referring to a penis entering
13  someone's vagina.
14      Q.    Now, have you ever engaged in oral
15  sex?
16      A.    In my life?
17          MR. PAGLIUCA:  There are specific
18      areas that the court has allowed inquiry
19      into, and those are delineated in the
20      court's order of June 20th.  The
21      open-ended "Have you ever engaged in
22      oral sex" is not part of the court's
23      order at page 10, and the court
24      specifically indicated that sexual
25      activity of third parties who bear no
```



Confidential

Page 20

         G. Maxwell - Confidential

2    anyone in any of Mr. Epstein's five homes

3    that you have identified?

4         A.   Yes.

5         Q.   With whom?

6         A.   Mr. Epstein.

7         Q.   Did you ever have oral sex with

8    anyone in any of Mr. Epstein's five homes

9    that you've identified other than

10   Mr. Epstein?

11        MR. PAGLIUCA:  I'm going to

12        instruct you not to answer, unless you

13        tie it to a specific individual related

14        to this case per the court's order.

15        MR. BOIES:  I think the court's

16        order specifically permits this question

17        with respect to occasions related to

18        this case.  If you instruct her not to

19        answer, all you're going to do is bring

20        her back.  That's up to you.

21        MR. PAGLIUCA:  It's up to you as

22        the questioner, Mr. Boies.  The court's

23        order says the defendant need not answer

24        questions that relate to none of these

25        subjects or that is clearly not relevant



Confidential

```
Page 78
  1        G. Maxwell - Confidential
  2   Johanna?
  3        A.   I would not know.  I would say no.
  4        Q.   Did you engage in sexual activities
  5   with Johanna?
  6        A.   No.
  7        Q.   Do you know how Johanna came to
  8   know Mr. Epstein?
  9        A.   I met her at her university and she
 10   came to answer phones.
 11        Q.   When you say she came to answer
 12   phones, where?
 13        A.   In Palm Beach.
 14        Q.   At Mr. Epstein's home in Palm
 15   Beach?
 16        A.   Yes.
 17        Q.   So is it fair to say that Johanna
 18   was initially hired to answer telephones,
 19   according to your testimony?
 20            MR. PAGLIUCA:  This has already
 21        been testified to Mr. Boies.  We are
 22        repeating testimony now.
 23            MR. BOIES:  I think in the context
 24        of the witness' answers, these are fair
 25        questions.
```



Confidential

Page 79

1       G. Maxwell — Confidential

2            Now, I've asked you before, if you

3       want to instruct her not to answer, if

4       you want to go to the judge, we are

5       happy to do that, but I would suggest,

6       in the interest of moving it along, that

7       you stop these speeches.

8            MR. PAGLIUCA:  You are not moving

9       it along is the problem, so maybe we

10      should call the court and get some

11      direction here, because I am not going

12      to sit here and rehash the testimony we

13      already gave.

14           MR. BOIES:  That's fine.

15           THE VIDEOGRAPHER:  The time is

16      10:51 a.m. and we are going off the

17      record.

18           (Whereupon, an off-the-record

19      discussion was held.)

20           THE VIDEOGRAPHER:  The time is

21      10:56 a.m. and we are going back on the

22      record.  This begins DVD No. 3.

23           MR. BOIES:  We have just had a call

24      with Judge Sweet's chambers, Judge Sweet

25      is not available and his chambers



Confidential

Page 81

```
 1        G. Maxwell - Confidential
 2        or argue this in front of Judge Sweet.
 3            But I will simply start referring
 4        you back to the transcript and
 5        instructing the witness not to answer
 6        when I think we are getting into some
 7        things that have been asked and answered
 8        already.
 9            MR. BOIES:  Exactly the procedure
10        that I have proposed from the beginning.
11        If you think a question is out of
12        bounds, instruct not to answer and we
13        will then let the judge decide it.
14   BY MR. BOIES:
15        Q.   How did it happen, Ms. Maxwell,
16   that Johanna, who had been hired to answer
17   the phones, ended up giving massages to you
18   and Mr. Epstein?
19            MR. PAGLIUCA:  I'm going to
20        instruct you not to answer the question.
21        This has been previously, the subject of
22        your former deposition, it doesn't fall
23        into any of the categories ordered by
24        the court, and so you don't need to
25        answer that.
```



Confidential

```
Page 82
 1          G. Maxwell - Confidential
 2          Q.   Was Johanna paid for the massages
 3   that she gave you?
 4          A.   I didn't pay her, so I believe she
 5   was paid.
 6          Q.   Who paid her?
 7          A.   I don't know who paid her.
 8          MR. PAGLIUCA:  Again, you've
 9        already answered that there was no
10        sexual activity between yourself and
11        Mr. Epstein related to these massages.
12        That's record testimony today.  That's
13        within the scope of the court's order.
14        The rest of this is outside the scope of
15        the court's order, and I instruct you
16        not to answer.
17          MR. BOIES:  You are taking the
18        position that as long as she said says
19        that a massage did not involve sexual
20        activity, we cannot ask about massages.
21        That's your view?
22          MR. PAGLIUCA:  On this particular
23        questioning, yes.
24   BY MR. BOIES:
25          Q.   Did Mr. Epstein pay Johanna for the
```



MAGNA
LEGAL SERVICES

Confidential

Page 83

 1          G. Maxwell - Confidential
 2    massages that she gave Mr. Epstein?
 3              MR. PAGLIUCA:  You just asked this
 4         question, and I told her not to answer.
 5         I will tell her not to answer again for
 6         the same reasons.
 7         Q.   Do you know how much Mr. Epstein
 8    paid Johanna to give massages?
 9              MR. PAGLIUCA:  Same instruction to
10         the witness.  Why do you believe this is
11         within the scope of the court's order?
12         MR. BOIES:  Because of the court's
13         reference to massages, and because I
14         think how much a girl who was hired to
15         answer the phone was paid to give a
16         "massage" goes to whether there actually
17         was or was not sexual activity involved.
18              MR. PAGLIUCA:  The witness has
19         testified there wasn't.
20              MR. BOIES:  Perhaps it will
21         surprise you, I think it should not,
22         that I do not believe in my deposition I
23         need to simply accept her
24         characterization without
25         cross-examination.  Now, that's



Confidential

Page 84

1        G. Maxwell - Confidential

2        something the judge can decide, but a

3        question as to how much this young girl

4        was being paid for a "massage", I think

5        goes directly to the issue of sexual

6        activity.

7           MR. PAGLIUCA:  Here is the problem,

8        Mr. Boies, at the first deposition,

9        there were very limited instructions not

10       to answer and the witness was not told

11       not to answer questions about how much

12       people were paid or not paid or any of

13       those subject matters.  The witness was

14       only instructed not to answer about

15       sexual activity concerning adults in the

16       home.

17          None of this came up during the

18       deposition, and you just don't get a

19       chance to redo the deposition because

20       you feel like you want to.

21          So the judge's order is in the

22       context of the instructions to the

23       witness not to answer in the first

24       deposition, which is simply sexual

25       activity involving adults, which was the



Confidential

Page 89

```
 1          G. Maxwell - Confidential
 2    were sex toys or devices used in sexual
 3    activities in Mr. Epstein's property in the
 4    Virgin Islands?
 5          MR. PAGLIUCA:  Objection to form
 6       and foundation.
 7       A.    No.
 8       Q.    Do you know whether Mr. Epstein
 9    possessed sex toys or devices used in sexual
10    activities?
11          MR. PAGLIUCA:  Objection to form
12       and foundation.
13       A.    No.
14       Q.    Did you ever assist Mr. Epstein in
15    obtaining sex toys or devices used in sexual
16    activities?
17          MR. PAGLIUCA:  Objection to form
18       and foundation.
19       A.    No.
20       Q.    In the 1990s and 2000s, did you
21    ever have possession of or use sex toys or
22    devices used in sexual activities?
23       A.    No.
24       Q.    Did you, in the 1990s and 2000s,
25    engage in sexual activities other than
```



Confidential

Page 90

1          G. Maxwell - Confidential

2    intercourse with women other than what you

3    have testified to already?

4          MR. PAGLIUCA:  First of all, I

5          object to the form and foundation and

6          it's also outside of the court's order

7          because it's unclear as you question,

8          and I specifically direct you to the

9          last line of the court's order:  Sexual

10         activity of third parties who bear no

11         knowledge or relation to key events,

12         individuals or locations in this case.

13         MR. BOIES:  This simply asks yes or

14         no, and I think that it is an

15         appropriate question given some of the

16         witness' prior answers, but there is no

17         point in debating it, because if you

18         instruct her not to answer, the judge

19         will decide whether it's appropriate.

20         MR. PAGLIUCA:  I'm just telling you

21         if you tie it to something in this case,

22         I will let her answer.

23         MR. BOIES:  Are you instructing her

24         not to answer?

25         MR. PAGLIUCA:  Yes, unless you tie



Confidential

Page 99

```
 1          G. Maxwell - Confidential
 2          A.    I don't recall ever hearing such a
 3   thing.
 4          Q.    You know Mr. Les Wexner, correct?
 5          A.    I do.
 6          Q.    Do you know whether or not Maria
 7   Farmer was ever at Mr. Wexner's property in
 8   Ohio?
 9              MR. PAGLIUCA:  Can you tell me how
10          that relates to this order, counselor?
11              MR. BOIES:  Yes, I think it goes
12          directly to the sexual activity related
13          to Maria Farmer and what Mr. Epstein was
14          doing with Maria Farmer.
15              Again, you can instruct not to
16          answer.
17              MR. PAGLIUCA:  I'm trying to
18          understand why you are asking these
19          questions before I --
20              MR. BOIES:  I'm asking these
21          questions because these are people who
22          not only have been publicly written
23          about in terms of the sexual activity
24          that they were put into in connection
25          with Mr. Epstein, but the person who
```



Confidential

Page 100

1          G. Maxwell - Confidential

2     wrote about them is somebody who talked

3     to this witness about it, and I think

4     that this is more than easily understood

5     cross-examination.

6          MR. PAGLIUCA:  Your question was,

7     do you know whether or not Maria Farmer

8     was ever at Mr. Wexner's property in

9     Ohio.

10          MR. BOIES:  Yes.  And if you let

11     her answer, you will see where it leads.

12     If you won't let her answer, the judge

13     is going to determine it.  And I just

14     suggest to you that you stop these

15     speeches and stop debating, because you

16     are not going to convince me not to

17     follow-up on these questions.  If you

18     can convince the court to truncate the

19     deposition, that's your right, but all

20     you're doing is dragging this deposition

21     out.

22          MR. PAGLIUCA:  You have the

23     opportunity to give me a good faith

24     basis why you are asking these

25     questions.



Confidential

Page 101

1        G. Maxwell - Confidential

2            MR. BOIES:  I have given you a good

3        faith basis.

4            MR. PAGLIUCA:  You haven't.

5            MR. BOIES:  Then instruct not to

6        answer.

7            MR. PAGLIUCA:  I am giving you the

8        opportunity to say why you are asking

9        the question, and why I'm telling her

10       not to answer and I am entitled to know

11       that.

12           MR. BOIES:  You are not entitled to

13       know why I'm asking the question.  You

14       are only entitled to know that it

15       relates to the subject matter that I am

16       entitled to inquire about, and I don't

17       think the judge is going to think that,

18       you know, where Mr. Epstein shipped

19       Maria Farmer off to is outside the scope

20       of what I'm entitled to inquire about.

21           THE WITNESS:  Can we take a break?

22           MR. BOIES:  Only if you commit not

23       to talk to your counsel during the

24       break.

25           THE WITNESS:  That's ludicrous.



Confidential

Page 154

```
 1          G. Maxwell - Confidential
 2      Q.    Insofar as you were aware, did
 3  Virginia Roberts ever have a male friend that
 4  visited her at the Epstein residences?
 5      A.    I don't recall ever seeing a man
 6  with Virginia.  I believe she had a fiance
 7  that I was aware of, I think, but that's all.
 8      Q.    When were you aware that Virginia
 9  Roberts had a fiance?
10      A.    I can't say I became aware from
11  reading all this stuff, or I was aware of it
12  at the time.  I don't know.
13      Q.    Did you ever meet Virginia Roberts'
14  fiance?
15      A.    I don't think I ever did.  I don't
16  recall meeting any men with Virginia.
17      Q.    Do you know ████████████,
18  ██████████████
19      A.    I never heard that name before.
20      Q.    Have you ever heard the name of
21  Carolyn Andriamo, A-N-D-R-I-A-M-O?
22      A.    I don't recollect that name at all.
23          MR. PAGLIUCA:  Mr. Boies, those
24      names are on Exhibit 26, which we have
25      already gone over and she said she
```



Confidential

Page 155

```
 1        G. Maxwell - Confidential
 2    didn't recognize those people, so now we
 3    are just repeating things that we went
 4    over.
 5        MR. BOIES:  I am in the context of
 6    seeing if I can refresh her
 7    recollection, because these are women
 8    that Mr. Figueroa, who she also does not
 9    recall, brought over to Mr. Epstein's
10    residences, and I also want to make a
11    very clear record of what her testimony
12    is and is not right now.
13        Again, you can instruct her not to
14    answer if you wish.
15        MR. PAGLIUCA:  I'm trying to get to
16    nonrepetitive questions here.  You
17    basically asked the same question three
18    times.  Then we get a pile of notes that
19    get pushed up to you, you read those.
20    Then you ask those three times, and then
21    we go to another question.  So it's
22    taking an inordinately long amount of
23    time and it shouldn't.
24        MR. BOIES:  I think that is a
25    demonstrably inaccurate statement of
```



Confidential

Page 156

```
 1          G. Maxwell - Confidential
 2      what has been going on, and I
 3      attribute -- maybe I shouldn't attribute
 4      it at all.
 5          But if you want to instruct not to
 6      answer, instruct not to answer.  If you
 7      don't, again, all I will do is request
 8      that you cease your comments.  I can't
 9      do that.  All I can do is seek sanctions
10      afterwards.
11  BY MR. BOIES:
12      Q.   Ms. Maxwell.
13      A.   Mr. Boies.
14      Q.   What?
15      A.   I'm replying.  You said Ms.
16  Maxwell, I said Mr. Boies.
17      Q.   Do you have a question?
18      A.   No.
19      Q.   I have a question.
20      A.   I'm sure you do.
21      Q.   During the time that you were in
22  the property or at the property that
23  Mr. Epstein has in the Virgin Islands, were
24  you aware of Mr. Epstein getting any
25  massages?
```



Confidential

Page 174

```
 1        G. Maxwell - Confidential
 2        court's order.
 3        Q.    In terms of preparing for this
 4   deposition, what documents did you review?
 5            MR. PAGLIUCA:   To the extent I
 6        provided you with any documents to
 7        review, I will tell you that's both --
 8        it's privileged and I instruct you not
 9        to answer.
10        Q.    Did your lawyer provide you with
11   any documents to review in preparation for
12   this deposition that refreshed your
13   recollection about any of the events that
14   occurred?
15            MR. PAGLIUCA:   You can answer that
16        question.
17        A.    No.
18        Q.    How many documents did your lawyer
19   provide you with?
20            MR. PAGLIUCA:   You can answer.
21        A.    One, I believe.
22        Q.    One document.  Was that a document
23   that had been prepared by your attorney, or
24   was it a document from the past?
25            MR. PAGLIUCA:   I will tell you not
```



Confidential

Page 177

1          G. Maxwell - Confidential
2              MR. PAGLIUCA:  Don't answer that
3          question.  It's outside the court's
4          order.
5          Q.    In 2005, were you aware of any
6      effort to destroy records of messages you had
7      taken of women who had called Mr. Epstein in
8      the prior period?
9              MR. PAGLIUCA:  Don't answer that
10         question.  It's outside the court's
11         order.
12             MR. BOIES:  I said I would give you
13         a break every hour.  It's been an hour.
14             MR. PAGLIUCA:  Do you want a break
15         or do you want to keep going?
16             THE WITNESS:  Keep going.
17             MR. BOIES:  What I told you before,
18         you asked for a break every hour.  I am
19         happy to give you a break at a fixed
20         time.  What I'm not happy to do is
21         interrupt a chain of examination.
22             So if you want a break now, we will
23         take a break now.  If you don't want a
24         break now, we will not break for another
25         hour.



Confidential

Page 184

```
 1          G. Maxwell - Confidential
 2      Q.   Next one is Heidi --
 3      A.   Tony is Virginia's guy that you
 4  asked me about.  I don't know Tony.
 5      Q.   I asked you about a Tony Figueroa.
 6      A.   Right, I don't know him, so I'm
 7  guessing, I don't know him.
 8      Q.   Nicole?
 9      A.   No.
10      Q.   Colleen?
11      A.   No.
12      Q.   Crystal?
13      A.   I don't know who these people are.
14      Q.   Was there a list that was kept of
15  women or girls who provided massages?
16          MR. PAGLIUCA:  This has been
17      previously deposed on.  This is not part
18      of the court's order, I will tell her
19      not to answer.
20          MR. BOIES:  You are going to tell
21      her not to answer a question that says
22      was there a list of women or girls who
23      provided massages?
24          MR. PAGLIUCA:  She has been
25      previously deposed on this subject.
```


MAGNA
LEGAL SERVICES

Confidential

Page 185

```
 1         G. Maxwell - Confidential
 2            MR. BOIES:  I think this is
 3         squarely in the court's order, but if
 4         you instruct her not to answer, you
 5         instruct her not to answer.
 6            MR. PAGLIUCA:  We'll find out.
 7    BY MR. BOIES:
 8         Q.   I take it you don't know the ages
 9    of any of these people?
10         A.   The ones that I did recognize were
11    roughly my age.  The ones I don't know, I
12    wouldn't have a clue.
13         Q.   Did you, or insofar as you are
14    aware anyone, maintain a list of females that
15    provided massage services to Mr. Epstein at
16    his residences?
17            MR. PAGLIUCA:  Objection to form
18         and foundation.
19            You can answer if you can.
20         A.   I don't know anything about a list.
21         Q.   Let me go back to Exhibit 28.  I
22    want to go down this list, excluding
23    Mr. Epstein himself, and just ask you a
24    series of the same essential questions about
25    each one.
```



Confidential

Page 197

```
 1
 2                          CERTIFICATE
 3
 4
 5              I HEREBY CERTIFY that GHISLAINE
 6   MAXWELL, was duly sworn by me and that the
 7   deposition is a true record of the testimony
 8   given by the witness.
 9
10   _____
11   Leslie Fagin,
     Registered Professional Reporter
12   Dated:  July 22, 2016
13
14
15              (The foregoing certification of
16   this transcript does not apply to any
17   reproduction of the same by any means, unless
18   under the direct control and/or supervision
19   of the certifying reporter.)
20
21
22
23
24
25
```

