COMPOSITE

EXHIBIT 8

(File Under Seal)

Lynn & JoJo

① I sent █████████
mail to their correct address
and called Post office to make
sure all future mail will be sent to them.

② I Scheduled the cable company
to come on Thursday. This is their
soonest appointment. Ghislaine asked
me to make an appointment because
the TV in the Blue Room does not
get a clear reception.

③ SHUTTER COMPANY WILL COME
EARLY THURSDAY TO MEASURE
SHUTTER NEXT TO GHISLAINE'S
DESK.. THE SHUTTER WILL NOT
ROLL DOWN.

* BOTH CABLE COMPANY & SHUTTER COMPANY
WILL CALL ME ON MY CELL PHONE TO
MAKE SURE JEFFREY & GHISLAINE ARE NOT
HERE. █████████

**Jeffrey E. Epstein**

# 301.3101

GIUFFRE001523

**IMPORTANT MESSAGE**

FOR _JR Epstein_
DATE _02/02/03_   TIME _8:51_  A.M. / P.M.
M ██████
OF _____
PHONE ██████

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _Could_
_you Please call back,_
_its very important_

SIGNED ██████
1184

---

**IMPORTANT MESSAGE**

FOR _JE_
DATE _01/02/03_   TIME _16:30_  A.M. / P.M.
M _CAROLINE CASEY_
OF _____
PHONE ___AREA CODE___ ██████ ___EXTENSION___

| TELEPHONED | PLEASE CALL ✓ |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _____

SIGNED _GM?_
1184

---

**IMPORTANT MESSAGE**

FOR _Gill_
DATE _____   TIME _____  A.M. / P.M.
M _____
OF _____
PHONE ___AREA CODE___ ___NUMBER___ ___EXTENSION___

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE ██████ _PHONED_
_To confirm 1 coat_

SIGNED _____
1184

---

**IMPORTANT MESSAGE**

FOR _JE_
DATE _01/02/03_   TIME _21:06_  A.M. / P.M.
M ██████
OF _____
PHONE ██████ ___NUMBER___ ___EXTENSION___

| TELEPHONED | PLEASE CALL ✓ |
| CAME TO SEE YOU ✓ | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _WANTS TO KNOW_
_IF SHE SHOULD BRING_
_HER FRIEND_ ██████
_WITH TONIGHT_

SAO01456

SIGNED _M____?_
1184

GIUFFRE001427

## IMPORTANT MESSAGE

FOR _MR EPStein_

DATE _4/23/04_ TIME _6:10_ A.M. / P.M.

M ██████████████████

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _FA YOUR emails_

SIGNED _____
1184

---

## IMPORTANT MESSAGE

FOR _Mr Maxwell_

DATE _4/23/04_ TIME _5:25_ A.M. / P.M.

M ██████████████████

OF _____

PHONE/MOBILE _Office_

| TELEPHONED | ✗ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____
1184

---

## IMPORTANT MESSAGE

FOR _MR EPStein_

DATE _____ TIME _____ A.M. / P.M.

M ██████████████████

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | ✓ |

MESSAGE _____

SIGNED _____
1184

---

## IMPORTANT MESSAGE

FOR _Mr Maxwell_

DATE _4/23/04_ TIME _5:37_ A.M. / P.M.

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SAO2827

SIGNED _____
1184

GIUFFRE001451

## IMPORTANT MESSAGE

FOR ___6 m___
DATE ___7/28/04___  TIME ___2 00___ A.M. / P.M.
M ___Martha___
OF ___Colonial Bank___
PHONE/MOBILE ███████████

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _____

SIGNED _____  1184

---

## IMPORTANT MESSAGE

FOR ___MS. MAXWELL___
DATE ___04/25/04___  TIME ___6·55___ A.M. / P.M.
M ___S. NECOLE HESSE___
OF _____
PHONE/MOBILE ███████████

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE ___RETURNIN YOUR CALL___

SIGNED ███████████  1184

---

## IMPORTANT MESSAGE

FOR _____  A.M. / P.M.
DA ███████████
M ███████████
OF ███████████
PHONE/MOBILE ███████████

| | |
|---|---|
| TELEPHONED | PLEASE CALL ✗ |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS-TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _____

SIGNED _____  1184

---

## IMPORTANT MESSAGE

FOR ___Jeffrey___
DATE _____  TIME _____  A.M. / P.M.
M ___Ghislaine___
OF _____
PHONE/MOBILE _____

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE ___would be helpful to have ⅋ _____ come to Palm Beach today to stay here and help train new staff with Ghislaine___

SAO2830

SIGNED _____

GIUFFRE001454

## IMPORTANT MESSAGE

FOR 05/21/04

DATE FOR MR EPSTEIN   TIME 5:37 P.M.

M ███████████████████████

OF

PHONE/MOBILE ███████████████

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE "PLEASE CALL ME"

SIGNED 1184

## IMPORTANT MESSAGE

FOR MR EPSTEIN

DATE   TIME 8:30 A.M.

M SARAH

OF

PHONE/MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE WILL CALL BACK

SIGNED 1184

## IMPORTANT MESSAGE

FOR MR EPSTEIN

DATE 05/21/04   TIME 4:38 P.M.

M JOHANNA FJOBERG

███████████████████████

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE "CALLED"

"CALL BACK"

SIGNED 1184

## IMPORTANT MESSAGE

FOR 05/21/04

DATE TO MR EPSTEIN   TIME 12:45 P.M.

███████████████████████

| | | | |
|---|---|---|---|
| TELEPHONED | ✓ | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE CALLED

SAO2833

SIGNED 1184

GIUFFRE001457

**IMPORTANT MESSAGE**

FOR Jeffrey

DATE _____ TIME _____ A.M. / P.M.

M Ghislaine

OF called

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL |
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE

SIGNED _____ 1184

---

**IMPORTANT MESSAGE**

FOR 06/06/04

DATE FOR MR EPSTEIN   TIME 7.44 A.M. / P.M.

M MS. MAXWELL

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL |
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE " CALLED BUT NOT VERY IMPORTENT "

SIGNED R 1184

---

**IMPORTANT MESSAGE**

FOR MR EPSTEIN

DATE 06/11/04   TIME 1.48 A.M. / P.M.

███████████████████████

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE 'CALL BACK'

SIGNED R 1184

---

**IMPORTANT MESSAGE**

FOR MR. EPSTEIN

DATE 6/6/04 —   TIME 8.57 A.M. / P.M.

M TONY

OF

PHONE/MOBILE ███████████████

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE " WILL BE COMING AT 11 A.M. TODAY "

SAO2836

SIGNED _____ 1184

GIUFFRE001460

## IMPORTANT MESSAGE

██████████████

DATE _____ TIME _____ A.M. P.M.

M _____

OF _____

PHONE/ MOBILE ██████████████

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR  SARAH

DATE 6·12·2004  TIME 3.55 A.M. P.M.

M  JO JO

OF _____

PHONE/ MOBILE ██████████████

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE  CALLED. SAYING

SOME ONE CALLED

FROM PALM BEACH

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR ██████████████

DATE _____ TIME _____ A.M. P.M.

M _____

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE  She'll be here

at 5.30

SIGNED _____ 1184

---

## IMPORTANT MESSAGE

FOR  MR Epstein

DATE _____ TIME _____ A.M. P.M.

M _____

OF  Ms. Maxwell

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SAO2837

SIGNED _____ 1184

GIUFFRE001461

## IMPORTANT MESSAGE

FOR MR EPSTEIN

DATE 7.9.2004   TIME 1.30 A.M. / P.M.

M ▮▮▮▮▮▮▮▮▮▮▮

OF ▮▮▮▮▮▮▮▮▮▮▮

PHONE / MOBILE ▮▮▮▮▮▮▮▮▮▮▮

| TELEPHONED | ✔ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | ✔ | SPECIAL ATTENTION | |

MESSAGE CALLED

SIGNED _____   1184

---

## IMPORTANT MESSAGE

FOR EPSTEIN

DATE ____   TIME ____ A.M. / P.M.

M ▮▮▮▮▮▮▮▮▮▮▮

OF ▮▮▮▮▮▮▮▮▮▮▮

PHONE / MOBILE ▮▮▮▮▮▮▮▮▮▮▮

| TELEPHONED | ✔ | PLEASE CALL | ✔ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ____

SIGNED _____   1184

---

## IMPORTANT MESSAGE

FOR SARAH

DATE 7/9/04   TIME 10.36 A.M. / P.M.

M LESLIE (N.Y OFFICE)

OF ____

PHONE / MOBILE ▮▮▮▮▮▮▮▮▮▮▮

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE SHE IS WORKING FROM HOME TODAY PL CALL THE ABOVE # ASAP

SIGNED R   1184

---

## IMPORTANT MESSAGE

FOR MR. EPSTEIN

DATE ____   TIME 6.35 A.M. / P.M.

M MAXWELL &

OF DARREN

PHONE / MOBILE ____

| TELEPHONED | ✔ | PLEASE CALL | ✔ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE PLEASE CALL WHEN POSSIBLE

SAO2840

SIGNED _____   1184

GIUFFRE001464

## IMPORTANT MESSAGE

FOR SARAH IN

DATE 07/10/04 TIME 6:33 A.M. / P.M.

M ▮▮▮▮

OF ▮▮▮▮

PHONE/MOBILE ▮▮▮▮

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE PL CALL

CALLED

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR MR EPSTEIN

TIME A.M. / P.M.

▮▮▮▮

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | ✓ |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR SARAH H

DATE 7/9/04 TIME 10:36 A.M. / P.M.

M ▮▮▮▮

OF LESLIE (NY OFFICE)

PHONE/MOBILE ▮▮▮▮

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE SHE IS WORKING
FROM HOME ALL DAY
PL CALL THE ABOVE
# ASAP

SIGNED R 1184

## IMPORTANT MESSAGE

FOR MR EPSTEIN

DATE 7/9/04 TIME 7:50 A.M. / P.M.

M MAXWELL €

OF ▮▮▮▮

PHONE/MOBILE ▮▮▮▮

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ▮▮▮▮ IS
AVAILABLE ON TUESDAY
NO ONE FOR TOMORROW

SAO2841

SIGNED R 1184

GIUFFRE001465

**IMPORTANT MESSAGE**

FOR _MR. EPSTEIN_
DATE _____ TIME _____ A.M. P.M.
M _____
OF _MS. MAXWELL_
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

---

**IMPORTANT MESSAGE**

FOR _JE_
DATE _____ TIME _7:3_ A.M. P.M.
M ████████████
OF ███
PHONE/MOBILE ███

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She said if she can't come tomorrow, they'll before, she'll see later, after 4:6 (6:30 or 7:00) 'coz she has bday dinner with her grandpa._

SIGNED _____ 1184

---

**IMPORTANT MESSAGE**

FOR _Mr EPSTEIN_
DATE _____ TIME _____ A.M. P.M.
M _____
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She will see you at 7:30_

SIGNED _____ 1184

---

**IMPORTANT MESSAGE**

FOR _Mr. Epstein_
DATE ████████████ TIME _2:48_ A.M. P.M.
M ████████████
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She said that sophie ad her messages & said that she's sorry for not seeing you in California_

SAO01465

SIGNED _____ 1184

GIUFFRE001436

**IMPORTANT MESSAGE**

FOR _JEFFREY_

DATE _AUG 2_  TIME _12:45_ A.M. / P.M.

M ▮▮▮▮▮▮▮▮▮▮▮▮▮

OF ▮▮▮▮▮▮▮▮▮▮▮▮▮

PHONE/ MOBILE

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _THEY ARE AVAILABLE ALL WEEKEND AND ▮▮▮▮ MAYBE ▮▮▮▮▮ ▮▮▮_

SIGNED _Nicole Wsss_    1184

---

**IMPORTANT MESSAGE**

FOR _MR EPSTEIN_

DATE _7/25/04_  TIME _5.08_ A.M. / P.M.

M

OF _SNYDER_

PHONE/ MOBILE ▮▮▮▮▮▮▮▮▮▮▮

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _"RETUNING YOUR CALL"_

SIGNED _Ru_    1184

---

**IMPORTANT MESSAGE**

FOR _SARA_

DATE _Aug 2_  TIME _2:00_ A.M. / P.M.

M ▮▮▮▮▮▮▮▮▮▮▮▮▮

OF ▮▮▮▮▮▮▮▮▮▮▮▮▮

PHONE/ MOBILE ▮▮▮▮▮▮▮▮▮▮▮

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | ✓ |

MESSAGE _Please call IN reference to ▮▮▮▮ this around please ▮▮▮ 1 ▮▮▮ ▮▮▮▮ over the Maxwell ▮ request._

SIGNED _Nicole Kelli_    1184

---

**IMPORTANT MESSAGE**

FOR _MR. EPSTEIN_

DATE _7/25/04_  TIME _1.48_ A.M. / P.M.

M

OF _MS MAXWELL_

PHONE/ MOBILE

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _"TELL HIM TO CALL ME"_

SAO01464

SIGNED _RM._    1184

GIUFFRE001435

## IMPORTANT MESSAGE

FOR _Jo Jo_
DATE _8/6/04_   TIME _12:00_ A.M. **P.M.**
M ▮▮▮▮▮▮▮
OF ▮
PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL |
|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE _Arriving at_
_Customs at 8:15_
_Need 2 vehicles_
_(5) people_

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _JE_
D▮▮▮▮▮▮▮   TIME _930_ **A.M.** P.M.
M ▮▮▮▮▮▮▮
OF
PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL |
|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE _will phone again_
_in 1/2 hr._

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _JF_
DATE _____   TIME ___ A.M. P.M.
M _t JA_
OF
PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL |
|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE _____

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _JE_
▮▮▮▮▮▮▮ _1126_ A.M. P.M.
▮▮▮▮▮▮▮
▮▮▮▮▮▮▮

| TELEPHONED | | PLEASE CALL |
|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE _____

SAO2845

SIGNED _____ 1184

GIUFFRE001469

**IMPORTANT MESSAGE**

FOR J█ █
DATE 20 AUG   TIME 11.00 ☐ A.M. / P.M.

M _____
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ____ CALLED,
SHE WAS All THE INFO
YOU NEED
██████████████████

SIGNED ████████   1184

---

**IMPORTANT MESSAGE**

FOR J█ █
DATE 20 AUG   TIME 3.00 A.M. / P.M.

M _____
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ████████
Call HER BACK
██████████████████

SIGNED ████████   1184

---

**IMPORTANT MESSAGE**

FOR J█ █
DATE 20 AUG   TIME 3.40 A.M. / P.M.

M ████████
OF _____
PHONE/MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____
Returns your call
██████████████████

SIGNED _____   SAO2848   1184

---

**IMPORTANT MESSAGE**

FOR ██ ME
DATE 20 AUG   TIME 3.40 A.M. / P.M.

M Christine
OF _____
PHONE/MOBILE ✓

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE SHE LET LARRY GO
THE ONLY FLIGHT TO PB leaves
at. 3.15
Not heard from Tom Ford.
If you call it means she will pick
Up ██ alone in the chopper.
If you want to change please
call GM back

SIGNED _____   1184

GIUFFRE001472

**IMPORTANT MESSAGE**

FOR _MR EPSTEIN_
DATE _M4_ TIME _2 45_ A.M. / P.M.
M _____
OF _MS MAXWELL_
PHONE/
MOBILE ____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ____

SIGNED _____   1184

---

**IMPORTANT MESSAGE**

FOR _JE_
DATE _____ TIME _9 2_ A.M. / P.M.
M _Sarah_
OF ████████████
PHONE/
MOBILE ____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She said if she
could call her by her cell
before does out eleven
(after 4:30 (6:00 or so)
b'coz she has b'day
dinner w/her grandpa_

SIGNED _____   1184

---

**IMPORTANT MESSAGE**

FOR _MR EPSTEIN_
DATE _____ TIME _____ A.M. / P.M.
M _Sophie Biddle_
OF ____
PHONE/
MOBILE ████████████████████

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _she will see you
at 7:30_

SIGNED _____   1184

---

**IMPORTANT MESSAGE**

FOR _MR Epstein_
DATE _____ TIME _248_ A.M. / P.M.
M ████████████████
OF ____
PHONE/
MOBILE ____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She said that sophie
got her messages & said
that she's sorry for
not seeing you in
California_

SAO2850

SIGNED _____   1184

GIUFFRE001474

**IMPORTANT MESSAGE**

FOR Sarah,
DATE 11-4-04   TIME 2:40 ☐ A.M. ☐ P.M.
M
OF ███████████
PHONE/ ███████████
MOBILE

| TELEPHONED | | PLEASE CALL |
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE Return ███████████

Call

SIGNED _____ 1184

---

**IMPORTANT MESSAGE**

FOR Jeffrey
DATE 12-4-04   TIME 2:55 ☐ A.M. ☐ P.M.
M from Sarah
OF
PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL |
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE ███████████
like to work @ 4:00 pr
if possible.
[ is scheduled
for 5:00 today]
the
movie is @ 7:30

SIGNED _____ 1184

---

**IMPORTANT MESSAGE**

FOR Sarah
DATE 12/6/04   TIME 1:00 ☐ A.M. ☐ P.M.
M
OF ███████████
PHONE/ ███████████
MOBILE

| TELEPHONED | | PLEASE CALL |
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE Please call her

SIGNED _____ 1184

---

**IMPORTANT MESSAGE**

FOR Mr. J.E.
DATE 12/6/04   TIME 1:30 ☐ A.M. ☐ P.M.
M r. Harry Beller
OF
PHONE/ ███████████
MOBILE

| TELEPHONED | | PLEASE CALL |
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE Returning your

Call         SAO2939

SIGNED _____ 1184

GIUFFRE001493

**IMPORTANT MESSAGE**

FOR Mr. J.E.
DATE 12/04/04  TIME 2:40 AM
M ▮▮▮▮▮▮▮▮▮▮▮
OF ▮▮▮▮▮▮▮▮▮▮
PHONE/
MOB ▮▮▮▮▮▮▮▮▮▮

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Please call
him

SIGNED

---

**IMPORTANT MESSAGE**

FOR Mr. J.E.
DATE 12/04/04  TIME 4:20 AM
M s G. Maxwell
OF
PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Please call her.

SIGNED

---

**IMPORTANT MESSAGE**

FOR Mr. J.E.
DATE 12/04/04  TIME 5:30 AM
M s G. Maxwell
OF
PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Please call her

SIGNED

---

**IMPORTANT MESSAGE**

FOR Mr. J.E.
DATE 12/04/04  TIME 5:40 A.M.
M JoAnne
OF ▮▮▮▮▮▮▮
PHONE/
MOBILE ▮▮▮▮▮▮▮

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Please call her

SAO2938

SIGNED

GIUFFRE001492

## IMPORTANT MESSAGE

FOR SARAH

DATE 12/9/04   TIME 10:20 A.M.

█████████████████████

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Scheduling for girl
thru Palm Beach
House"

SIGNED

---

## IMPORTANT MESSAGE

FOR Mr. J.E

DATE 12/9/04   TIME 5:00 P.M.

█████████████████████

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Please Call him

SIGNED

---

## IMPORTANT MESSAGE

FOR Mr. J.E

12/09/04   TIME 830 P.M.

█████████████████████

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE "Tell him that I
Called"

SIGNED

---

## IMPORTANT MESSAGE

FOR Mr. J.E

DATE 12/09/04   TIME 8:00 P.M.

M rs Werner

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Please She will call
back

SAO2943

SIGNED

GIUFFRE001497

## IMPORTANT MESSAGE

FOR _J.E._

_1.8.05_ TIME _1:05_ A.M. / P.M.

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

_Please call me_

_back!_

SIGNED _R_   1184

## IMPORTANT MESSAGE

FOR _Jeffrey_

_noodles_ TIME _10:1_ A.M. / P.M.

OF

PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

_Please call_
_her_

SIGNED   1164

## IMPORTANT MESSAGE

FOR _J.E_

DATE _1.8.05_ TIME _4:55_ A.M. / P.M.

_Copro-field_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

_Please cell him_

SIGNED _R_   1184

## IMPORTANT MESSAGE

FOR _01/04/05_ _9:30_

DATE _Can Live_ TIME _ A.M. / P.M.

M

OF

PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _ing if you_
_have called_
_him he has_
_sth for some_
_message for you_

SAO2949

SIGNED   1184

GIUFFRE001503

**IMPORTANT MESSAGE**

FOR _J.E_
DATE _2/24/05_  TIME _4:18_ A.M.

M _[redacted]_
_[redacted]_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please! Call her_
_Tomorrow is her_
_birthday_

SIGNED _J._   1184

---

**IMPORTANT MESSAGE**

FOR _J.E_
DATE _2/23_  TIME _12:45_

M _[redacted]_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

_Please! Call her._

SIGNED _J._   1184

---

**IMPORTANT MESSAGE**

FOR _Jeffrey_
DATE _2/25/05_  TIME _01:10_ A.M.

M _[redacted]_
OF _[redacted]_
PHONE/
MOBILE _[redacted]_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please call_
_him back_

SIGNED _____   1184

---

**IMPORTANT MESSAGE**

FOR _Mr. Epstein_
DATE _2/24/05_  TIME _11:19_ A.M.

M _[redacted]_
OF _____
PHONE/
MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She needs Lien's_
_telephone number_
_[redacted]_

SIGNED _L&R_   1184

SAO2967

GIUFFRE001521

**IMPORTANT MESSAGE**

FOR Jeffrey

DATE 2/25/05   TIME 1:39 A.M. / P.M.

M Christine

OF

PHONE/MOBILE

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Third she called

SIGNED ___ 1184

---

**IMPORTANT MESSAGE**

FOR Jeffrey

DATE 2/25/05   TIME 9:42 A.M. / P.M.

M

OF ████████████

PHONE/MOBILE ████████████

| TELEPHONED | | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She would like to speak with you.

SIGNED ___ 1184

---

**IMPORTANT MESSAGE**

FOR

DATE ___   TIME ___ A.M. / P.M.

M

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED ___ 1184

---

**IMPORTANT MESSAGE**

FOR Jeffrey

DATE 2/25/05   TIME 12:12 A.M. / P.M.

M

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED ___ 1184

SAO2998

GIUFFRE001553

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _02/26/05_   TIME _11:15_ A.M./P.M.

O▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
P▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
M▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please call her_
_back in 1630_
_She is on the way_
_to the gym_

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _02/25/05_   TIME _05:30_ A.M./P.M.

M _Kim - Lee_

OF _____

PHONE/MOBILE _You have it_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Going back to_
_conversation..._
_what about_
_Paris on Saturday_

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _2/26/05_   TIME _12:40_ A.M./P.M.

M _▮▮▮▮▮▮▮▮▮▮▮▮_

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please call_
_her_

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _2/26/05_   TIME _12:31_ A.M./P.M.

M _▮▮▮▮▮▮▮▮▮_

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please call_
_her back_

SIGNED _____ 1184

SAO2968

GIUFFRE001522

## IMPORTANT MESSAGE

FOR _J.E._

DATE _2/27/05_  TIME _10:18_ A.M. PM

M _Ms. Maxwell_

OF ___

PHONE/MOBILE ___

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She is home_

SIGNED _J._  1184

## IMPORTANT MESSAGE

FOR _J.E._

DATE _2/26/05_  TIME _4:40_ A.M. PM

M _Gean Luc_

OF ___

PHONE/MOBILE _no phone #_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please!_ _Call him_

SIGNED _J._  1184

## IMPORTANT MESSAGE

FOR _Jeffity_

DATE _2/28/05_  TIME _12:30_ A.M. PM

M _in_

OF ___

PHONE/MOBILE ▓▓▓▓▓▓▓▓

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She is wondering_ _if 2:30 is ok_ _we she needs to_ _stay in school_

## IMPORTANT MESSAGE

FOR _Jeffity_

DATE _2/27/05_  TIME _07:45_ A.M. PM

M _Jean Luc_

OF ___

PHONE/MOBILE ___

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _That he_ _called back_

SAO01067

GIUFFRE001388

**IMPORTANT MESSAGE**

FOR _Jeffrey_
DATE _2/28/05_   TIME _12:11_ A.M. / P.M.
M _Darren_
OF
PHONE/MOBILE

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _He needs to speak with you._

SIGNED _____   1184

---

**IMPORTANT MESSAGE**

FOR _Jeffrey_
DATE _2/28/05_   TIME _12:10_ A.M. / P.M.
M ████████████████

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _He has sent you some faxes that he would like follow up._

SIGNED _____   1184

---

**IMPORTANT MESSAGE**

FOR _Jeffrey_
DATE _2/28/05_   TIME _5:30_ A.M. / P.M.
M _Ghislaine_
OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Pls call Puss_

SIGNED _____

SAO3000

---

**IMPORTANT MESSAGE**

FOR _Jeffrey_
DATE _2/27/05_   TIME _11:20_ A.M. / P.M.
M _Sarah._
OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please call her back. She wanted make sure you know that she is going to meet Ghislaine and go with her to the Ranch_

VED _____   1184

GIUFFRE001555

## IMPORTANT MESSAGE

FOR Jeffrey
DATE _____ TIME 6:05 A.M./P.M.
M ▮▮▮▮▮▮▮▮▮▮
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Call back

SIGNED Nadia

1184

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 2/28/05 _____ TIME 7:11 A.M./P.M.
M ▮▮▮▮▮▮▮▮▮▮▮▮
OF ▮▮▮▮▮▮▮▮▮▮▮
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

M ▮▮▮▮▮▮▮▮ is away
Back on Wensday
and she might
have sthan Friday

SIGNED _____

1184

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 02/28/05 TIME 7:56 A.M./P.M.
M Teala
OF _____
PHONE/MOBILE ▮▮▮▮▮▮▮▮▮

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE That she called
please call her
Back

## IMPORTANT MESSAGE

FOR Ghislaine
DATE 02/28/05 TIME 7:50 A.M./P.M.
M Ghislaine
OF _____
PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Please call
back

SAO3001

GIUFFRE001556

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _3/5/05_  TIME _12:20_ A.M. / P.M.
M _Ghislaine_
OF
PHONE/
MOBILE

| | | |
|---|---|---|
| TELEPHONED | X | PLEASE CALL |
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE _Tecno still doesn't answer the phone._

SIGNED _AM_
1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
D___ _3/4/05_  TIME _10:20_ A.M. / P.M.
M ██████████
OF
PHONE/
MOBILE

| | | |
|---|---|---|
| TELEPHONED | | PLEASE CALL |
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE _She had on the phone. Mr. Harvey Weinstein_

SIGNED
1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _3/5/05_  TIME _12:72_ A.M. / P.M.
██████████████████████
██████████████████████

| | | |
|---|---|---|
| TELEPHONED | | PLEASE CALL |
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE _She has problems with car... could she be here at 2 pm?_

SIGNED

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _3/5/05_  TIME _11:50_ A.M. / P.M.
M _Larry Visoski_
OF
PHONE/
MOBIL █████████████████

| | | |
|---|---|---|
| TELEPHONED | | PLEASE CALL |
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE _Person for the car will be here in 15 min. to drop off foam and papers_

SIGNED
1184

SAO3002

GIUFFRE001557

**IMPORTANT MESSAGE**

FOR Jeffrey
DATE 3/6/05   TIME 0:30 A.M./P.M.
M ████████████
OF ████████████
PHONE/MOBILE ████████████

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Returning your
phone call

SIGNED _____   1184

---

**IMPORTANT MESSAGE**

FOR Jeffrey
DATE 3/06/05   TIME 11:40 A.M./P.M.
M ████████████
OF ████████████
PHONE/MOBILE ████████████

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE That he cold eol

SIGNED _____   1184

---

**IMPORTANT MESSAGE**

FOR J. E.
DATE 3/7/05   TIME 7:30 A.M./P.M.
M ████████████
OF ████████████
PHONE/MOBILE ████████████

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Do you want to
see him?

SIGNED J.   1184

---

**IMPORTANT MESSAGE**

FOR Ms. G. Maxwell
DATE 3/06/05   TIME 9:01 A.M./P.M.
M ████████████
OF ████████████
PHONE/MOBILE ████████████

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Left his cell #
████████████

SAO01071

SIGNED _____   1184

GIUFFRE001392

## IMPORTANT MESSAGE

FOR _Sarah_
DATE _3/20/05_ TIME _1.10_ A.M. P.M.
M _Haley_
OF
PHONE/ MOBILE

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Lift. her cell #_
████████████

SIGNED _α_

## IMPORTANT MESSAGE

FOR _J.E._
DATE _3/18/05_ TIME _8.05_ A.M. P.M.
M _Tell Staly_
OF ████████████
PHONE/ MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _J._

## IMPORTANT MESSAGE

FOR _Ms. G. Maxwell_
DATE _3/19/05_ TIME _3:45_ A.M. P.M.
M ████████████
OF
PHONE/ MOBILE

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Appointment is at_
_9:30am tomorrow._
_Christine is not_
_available, if it's_
_okay to have_
_another person._

SIGNED _α_

## IMPORTANT MESSAGE

FOR _J.E._
DATE _3/18/05_ TIME _12:55_ A.M. P.M.
M _Sarah_
OF
PHONE/ MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SAO01474

SIGNED _J_

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _2/01/05_ TIME _R:20_ A.M. / P.M.
M _Ghislaine_
OF
PHONE/MOBILE

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Glen has pulled muscle and he is at the hospital "Good Sam" They have called dr. Mostavite and everything has been organized. In this case probably they won't make for lunch._
SIGNED _LC_

## IMPORTANT MESSAGE

FOR _J.E._
DATE _3/31/05_ TIME _7:05_ A.M. / P.M.
M _Leslie Wexler_
OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
SIGNED _J._

#16

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _04/01/05_ TIME _11:07_ A.M. / P.M.
M _Cecilia_
OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She had on the phone Mr. Cipriani_
SIGNED

## IMPORTANT MESSAGE

FOR _Jeffrey Epstein_
DATE _04/11/04_ TIME _07:3_ A.M. / P.M.
M _Genia_
OF
PHONE/MOBILE _No number he will call back_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _That he called_
SIGNED

SAO2972

GIUFFRE001526

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _4/8/05_   TIME _02:10_ A.M./P.M.

M _Ghislaine_

OF _____

PHONE/MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____

## IMPORTANT MESSAGE

FOR _Jeffrey_

DATE _4/8/05_   TIME _Dick_ A.M./P.M.

M _____

OF _____

PHONE/MOBILE ██████████

| | | | |
|---|---|---|---|
| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____

## IMPORTANT MESSAGE

FOR _J.E._

DATE _4/10/05_   TIME _1:20_ A.M./P.M.

M ██████████

OF _____

PHONE/MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She went runing and back to the gym_

SIGNED _J._

## IMPORTANT MESSAGE

FOR _J.E._

DATE _4/10/05_   TIME ___ A.M./P.M.

M ██████████

OF _____

PHONE/MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She went running_

SIGNED _____

SAO2975

GIUFFRE001530

## IMPORTANT MESSAGE

FOR Jeffery
DATE 9/9/05   TIME 4:40 A.M. P.M.

M _____
OF ██████████
PHONE/ MOBILE ██████████

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She is waiting
for her friend to
call her back.
She would like
to speak with you

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR Jeffery
DATE 9/9/05   TIME 5:15

M _____
OF _____
PHONE/ MOBILE ██████████

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR Jeffery
DATE 9/11/05   TIME 11:40 A.M. P.M.

M ██████████
O ██████████
P ██████████
MOBILE

| TELEPHONED | | PLEASE CALL | X |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR Jeffery
DATE 9/9/05   TIME 1:05 A.M. P.M.

M Ghislaine
OF _____
PHONE/ MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Please call
her back

SIGNED _____

SAO3013

GIUFFRE001568

**IMPORTANT MESSAGE**

FOR _J. E._

DATE _5/9/05_   TIME _3:05_ A.M. / P.M.

M. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

OF ▮▮▮▮▮▮▮▮▮▮▮▮▮

PHONE/MOBILE ▮▮▮▮▮▮▮▮▮▮

| TELEPHONED | | X | PLEASE CALL |
| CAME TO SEE YOU | | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | | RUSH |
| RETURNED YOUR CALL | | | SPECIAL ATTENTION |

MESSAGE

SIGNED _J._   1184

---

**IMPORTANT MESSAGE**

FOR _J. E._

DATE _5/9/05_   TIME _3:06_ A.M. / P.M.

M _Joana_

OF ▮▮▮▮▮▮▮▮▮▮▮▮

PHONE/MOBILE

| TELEPHONED | | X | PLEASE CALL |
| CAME TO SEE YOU | | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | | RUSH |
| RETURNED YOUR CALL | | | SPECIAL ATTENTION |

MESSAGE

SIGNED _J._   1184

---

**IMPORTANT MESSAGE**

FOR _JE_

▮▮▮▮▮▮▮▮▮▮▮▮   TIME _4:45_ A.M. / P.M.

OF

PHONE/MOBILE

| TELEPHONED | | | PLEASE CALL |
| CAME TO SEE YOU | | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | | RUSH |
| RETURNED YOUR CALL | | | SPECIAL ATTENTION |

MESSAGE _Thank you_

SIGNED   1184

---

**IMPORTANT MESSAGE**

FOR _JE_

DATE _Leo Wexner_   TIME _2:15_ A.M. / P.M.

M

OF

PHONE/MOBILE

| TELEPHONED | | | PLEASE CALL |
| CAME TO SEE YOU | | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | | RUSH |
| RETURNED YOUR CALL | | X | SPECIAL ATTENTION |

MESSAGE

SIGNED   1184

SAO2980

GIUFFRE001535

**IMPORTANT MESSAGE**

FOR _____

DATE 5/24/05   TIME 9:10 ☑ A.M. P.M.

M Eva

OF _____

PHONE/MOBILE call her at home

| | | | |
|---|---|---|---|
| TELEPHONED | ✓ | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____

---

**IMPORTANT MESSAGE**

FOR J.E.

DATE 5/9/05   TIME 7:20 A.M. ☑ P.M.

M Mrs Maxwell

OF _____

PHONE/MOBILE _____

| | | | |
|---|---|---|---|
| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED J

---

**IMPORTANT MESSAGE**

FOR JE

D ████████   TIME 12:25 A.M. ☑ P.M.

M _____

OF ████████

PHONE/MOBILE ████████

| | | |
|---|---|---|
| TELEPHONED | | PLEASE CALL |
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE _____

SIGNED _____

---

**IMPORTANT MESSAGE**

FOR JE

████████   TIME 10:25 A.M. P.M.

████████

OF _____

PHONE/MOBILE _____

| | | |
|---|---|---|
| TELEPHONED | | PLEASE CALL |
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | ✓ | SPECIAL ATTENTION |

MESSAGE she got there safe

SIGNED _____

SAO2981

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 04/01/05   TIME 12:30 A.M. / P.M.
M Ghislaine
OF
PHONE/
MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Glen has pulled
muscle and he is at the
hospital "Good Sam" They
have called dr. Moskovite
and everything has
been organized. In this
case probably they won't
make for lunch.
SIGNED IC
1184

## IMPORTANT MESSAGE

FOR J.E.
DATE 3/31/05   TIME 7:05 A.M. / P.M.
M Leslie Wexler
OF
PHONE/
MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED J.
1184

#16

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 04/01/05   TIME 11:07 A.M. / P.M.
M ███████
OF
PHONE/
MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She had on the
phone Mr. Cipriani

SIGNED
1184

## IMPORTANT MESSAGE

FOR ████ Moscow
DATE ████ 04/11/05   TIME 07:5 A.M. / P.M.
M ███████
OF
PHONE/
MOBILE

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE That he called

SIGNED
1184

SAO2983

GIUFFRE001538

**IMPORTANT MESSAGE**

FOR _Jeffrey_
DATE _12/9/05_ TIME _02:10_ A.M. / P.M.
M _Ghislaine_
OF _____
PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

---

**IMPORTANT MESSAGE**

FOR _Jeffrey_
DATE _4/9/05_ TIME _12:04_ A.M. / P.M.
M _____
OF _____
PHONE/ MOBILE ███████████████

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

---

**IMPORTANT MESSAGE**

FOR _J.E_
DATE _4/10/05_ TIME _1:20_ A.M. / P.M.
M ███████████████
OF _____
PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She went runing_
_and back to the gym_

SIGNED _J_ 1183

---

**IMPORTANT MESSAGE**

FOR _J.E._
DATE _4/10/05_ TIME _____ A.M. / P.M.
M ███████████████
OF _____
PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She went running_

SIGNED _____ 1184

SAO2986

GIUFFRE001541

## IMPORTANT MESSAGE

FOR _J. E._
DATE _5/9/05_   TIME _3:05_ AM/PM

M ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
OF ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
PHONE/ ▮▮▮▮▮▮▮▮▮▮
MOBILE

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _J._   1184

## IMPORTANT MESSAGE

FOR _J. E._
DATE _5/9/05_   TIME _3:06_ AM/PM

M _Joana_
OF ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
PHONE/
MOBILE

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _J._   1184

## IMPORTANT MESSAGE

FOR _JE_
▮▮▮▮▮▮▮▮▮▮ ME _9:45_ A.M./P.M.
▮▮▮▮▮▮▮▮▮▮
OF
PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Thank you_

SIGNED

## IMPORTANT MESSAGE

FOR _JE_
DATE _Les Wexner_   TIME _2:15_ A.M./P.M.
M
OF
PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | X | SPECIAL ATTENTION | |

MESSAGE

SIGNED   1184

SAO2990

GIUFFRE001545

**IMPORTANT MESSAGE**

FOR _____
DATE 5/24/05   TIME 9:10 A.M./P.M.
M Eva
OF _____
PHONE/MOBILE call her at home

| | | |
|---|---|---|
| TELEPHONED | PLEASE CALL | ✓ |
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOUR CALL | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____   1184

---

**IMPORTANT MESSAGE**

FOR J.E.
DATE 5/9/05   TIME 7:20 A.M./P.M.
M Mrs Maxwell
OF _____
PHONE/MOBILE _____

| | | |
|---|---|---|
| TELEPHONED | X | PLEASE CALL |
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE _____

SIGNED J   1184

---

**IMPORTANT MESSAGE**

FOR JE
DA ███████   TIME 12 A.M./P.M.
M ███████
OF ███████
PHONE/MOBILE ███████

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _____

SIGNED _____   1184

SAO2991

---

**IMPORTANT MESSAGE**

FOR JE
███████   TIME 10.25 A.M./P.M.
PHONE/MOBILE _____

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL ✓ | SPECIAL ATTENTION |

MESSAGE she got there
safe

SIGNED _____   1184

GIUFFRE001546

**IMPORTANT MESSAGE**

FOR Sarah

DATE 6-18-05 TIME 3:10 A.M. / P.M.

M ▮▮▮▮▮▮▮▮

OF

PHONE/
MOBILE

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED

---

**IMPORTANT MESSAGE**

FOR J. E.

DATE 6/13/05 TIME 10's A.M. / P.M.

M G. M.

OF

PHONE/
MOBILE

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Please. Call her
back

SIGNED I

---

**IMPORTANT MESSAGE**

FOR Jeffrey

DATE 06/21/05 TIME 12.05 A.M. / P.M.

M ▮▮▮▮▮▮▮▮

OF ▮▮▮▮▮▮

PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED

---

**IMPORTANT MESSAGE**

FOR Mr. J. Epstein

DATE 6/11/05 TIME 12:05 A.M. / P.M.

M ▮▮▮▮▮▮

OF

PHONE/
MOBILE

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | ✓ | SPECIAL ATTENTION | |

MESSAGE

SAO01078

SIGNED

## IMPORTANT MESSAGE

FOR J. E.

DATE 7/4/05   TIME 6:25 A.M. / P.M.

M _____

OF G. M.

PHONE/MOBILE

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED J.

1184

## IMPORTANT MESSAGE

FOR J. E.

DATE 7/4/05   TIME 7:20 A.M. / P.M.

M ███████████

OF _____

PHONE/MOBILE

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED I.

1184

## IMPORTANT MESSAGE

FOR JE

DATE 6   TIME 12:30 A.M. / P.M.

M G

OF _____

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She called Eduardo
She's going to have
dinner w/ him - He's not
going to Grand Prix -
but she told her to
call his secretary to
organize passes -

SIGNED _____

1184

## IMPORTANT MESSAGE

FOR JE

DATE _____   TIME 035 A.M. / P.M.

M ███████████

OF _____

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Called to say
goodnight

SAO01081

SIGNED _____

1184

GIUFFRE001402

**IMPORTANT MESSAGE**

FOR _J. E._
DATE _8/19/05_ TIME _____ A.M. P.M.
M _Cecilia_
OF ____
PHONE/MOBILE ____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Remanid you about conference call at 9 AM_

SIGNED _J_
1184

---

**IMPORTANT MESSAGE**

FOR _Jeffrey_
DATE _25/07/05_ TIME _11:45_ A.M. P.M.
M _from wexner office_
OF ____
PHONE/MOBILE ____

| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Jim Lucas the head of the text department has answer on aircraft His number is_ ████████

SIGNED ____
1184

---

**IMPORTANT MESSAGE**

FOR _JE_
DATE _____ TIME _____ A.M. P.M.
M ____
OF _Joanna_
PHONE/MOBILE ____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She doesn't want to come to the movies, but call her if you want a massage before or after the movie._

SIGNED ____
1184

---

**IMPORTANT MESSAGE**

FOR _JE_
DATE _____ TIME _9:00_ A.M. P.M.
M _G_
OF ____
PHONE/MOBILE ____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She's at 71 st please call_

SAO01084

SIGNED ____
1184

**IMPORTANT MESSAGE**

FOR _J.E._
DATE _8/19/05_ TIME _4:12_ A.M. / P.M.
M _G.M._
OF ___
PHONE/MOBILE ___

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _she left message on answering machine._

SIGNED _J._   1184

---

**IMPORTANT MESSAGE**

FOR _8/19/05_          7:50
DATE _Adriana_ TIME ___ A.M. / P.M.
M ___
OF ___
PHONE/MOBILE ___

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Alex _____ forgot key to get information. Where he has to go to Hampton and how to get this person? He can be reach on cellphone._
_J_

SIGNED ___   1184

---

**IMPORTANT MESSAGE**

FOR _JE_
DATE ___ TIME ___ A.M. / P.M.
M ___
OF _Savoli_
PHONE/MOBILE ___

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | X |
| WANTS TO SEE YOU | S. | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Edga _____ work on Sunday @ 4.00 and _____ @ 4.30_

SIGNED ___   1184

---

**IMPORTANT MESSAGE**

FOR _8/19/05_          7:35
DATE _Adriana_ TIME ___ A.M. / P.M.
M ___
OF ___
PHONE/MOBILE ___

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR | | _____ AL ATTENTION | |

MESSAGE _____ will be here tomorrow at 11:00 AM_

SAO01085

SIGNED _J._   1184

GIUFFRE001406

## IMPORTANT MESSAGE

FOR _J. E_

DATE _9/3/05_   TIME _8:50_ A.M. P.M.

M _Adriana_

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _I left message_
_for ▓▓▓▓▓ to_
_confirm for 11:00 AM_
_and ▓▓▓▓▓_
_for 4:30 PM_

SIGNED _I_   1184

## IMPORTANT MESSAGE

FOR _J. E_

DATE _8/22/05_   TIME _9:2_ A.M. P.M.

M _Nicole_

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | X |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _I_   1184

## IMPORTANT MESSAGE

FOR _J. E_

DATE _9/4/05_   TIME _12:55_ A.M. P.M.

M ▓▓▓▓▓▓▓

OF

PHONE/MOBILE ▓▓▓▓▓▓▓

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She would like to_
_reschedule her_
_time._

SIGNED _I_   1184

## IMPORTANT MESSAGE

FOR _J. E_

DATE _8/22/05_   TIME _____ A.M. P.M.

M _G M_

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | X |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

**SAO01477**

SIGNED _I_   1184

GIUFFRE001449

**IMPORTANT MESSAGE**

FOR _Mr. J. Epstein_

DATE _8/23/05_   TIME _2:18_   A.M. / P.M.

M ▮▮▮▮▮▮▮▮▮▮

OF _____

PHONE/MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____  1184

---

**IMPORTANT MESSAGE**

FOR _JE_

DATE _____   TIME _____   A.M. / P.M.

M _____

OF _Sandy_

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Call her back please_

SIGNED _____  1184

---

**IMPORTANT MESSAGE**

FOR _Mr. J. Epstein_

DATE _8/22_   TIME _4:21_   A.M. / P.M.

M ▮▮▮▮▮▮▮▮▮▮

OF _____

PHONE/MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please call her_

SIGNED _____  1184

---

**IMPORTANT MESSAGE**

FOR _Mr. J Epstein_

DATE _8/21_   TIME _11:39_   A.M. / P.M.

M ▮▮▮▮▮▮▮▮▮▮

OF _____

PHONE/MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _cannot work today. ▮▮▮▮ will be here at 4:00 pm._

SAO01449

SIGNED _____  1184

GIUFFRE001420

## IMPORTANT MESSAGE

FOR _____
DATE _____ TIME _____ A.M. / P.M.
M ███████████
OF _____
PHONE/MOBILE _____

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE
I went to a store to
buy food
I will be back @ 5.00

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR JE
DATE _____ TIME _____ A.M. / P.M.
M _____
OF Adriana
PHONE/MOBILE _____

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE
███████ & ... ave
confirmed

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR JE
DATE _____ TIME _____ A.M. / P.M.
M ███████████
OF ███████████
PHONE/MOBILE _____

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE
Please call back

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _____
DATE _____ TIME _____ A.M. / P.M.
M _____
OF ███████████
PHONE/MOBILE _____

| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE
The movie
starts @ 7.15

SAO01086

SIGNED _____ 1184

GIUFFRE001407

## IMPORTANT MESSAGE

FOR _J. E._

DATE _9/4/05_   TIME _3:40_ A.M. / ~~P.M.~~

M _____

OF _____

PHONE/ MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _J_   1184

## IMPORTANT MESSAGE

FOR _Ms. B. Maxwell_

DATE _9/4/05_   TIME _1:40_ A.M. / ~~P.M.~~

M ████████████

OF _____

PHONE/ MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She will be here at 3 with her body._

SIGNED _L_   1184

## IMPORTANT MESSAGE

FOR _J. E._

DATE _9/4/05_   TIME _7:25_ A.M. / ~~P.M.~~

M _Adriana_

OF _____

PHONE/ MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Canceled ████. She would like to speak to you. I belive about college ████._

_Shoul I schedule any one else?_

SIGNED _J_   1184

## IMPORTANT MESSAGE

FOR _Mr. J. Epstein_

DATE _9/4/05_   TIME _2:08_ A.M. / ~~P.M.~~

M _____

OF _____

PHONE/ MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SAO01089

SIGNED _L_   1184

GIUFFRE001409

**IMPORTANT MESSAGE**

FOR _J. E._
DATE _9/10/05_ TIME _11:16_ (A.M.) P.M.
M _G. M._
OF ___
PHONE/ MOBILE ___

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION ▓ | |

MESSAGE ▓▓▓▓▓▓▓▓▓
_got invitation_

SIGNED _T_   1184

---

**IMPORTANT MESSAGE**

FOR _J. E._
DATE _9/5/05_ TIME _10:25_ (A.M.) P.M.
M ▓▓▓▓▓▓
OF ___
PHONE/ MOBILE ___

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
_5:00 PM_
_is O.K. with her_

SIGNED _T_   1184

---

**IMPORTANT MESSAGE**

FOR _J. E._
DATE _9/10/05_ TIME _11:16_ (A.M.) P.M.
M _G. M._
OF ___
PHONE/ MOBILE ___

| TELEPHONED | | PLEASE CALL | X |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSA ▓▓▓▓▓▓▓▓
_got an invitation_

SIGNED _J_   1184

---

**IMPORTANT MESSAGE**

FOR _J. E._
DATE _9/8/05_ TIME _4:30_ (A.M.) P.M.
M ▓▓▓▓▓▓
OF ___
PHONE/ MOBILE ___

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
_Her new phone #_
▓▓▓▓▓▓▓

SAO01090

SIGNED _T_   1184

GIUFFRE001410

## IMPORTANT MESSAGE

FOR J.E.
DATE 9/10/05   TIME 12:50 A.M. P.M.
M ▮▮▮▮▮▮
OF
PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Call her in
North Salem

SIGNED J.

## IMPORTANT MESSAGE

FOR J.E.
DATE 9/10/05   TIME 11:16 A.M. P.M.
M G. M.
OF
PHONE/
MOBILE

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ▮▮▮▮▮▮ decline invitation

SIGNED J

## IMPORTANT MESSAGE

FOR J.E.
DATE     TIME   A.M. P.M.
M ▮▮▮▮▮▮
OF
PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE RETURNING
YOUR
CALL

@ 12 20

SIGNED

## IMPORTANT MESSAGE

FOR J.E.
DATE 9/10/05   TIME 1:15 A.M. P.M.
M Adriana
OF
PHONE/
MOBILE

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ▮▮▮▮▮ confirm
4 PM

SAO01091

SIGNED J

GIUFFRE001411

**IMPORTANT MESSAGE**

FOR J.E.

DATE 9/11/05   TIME 9:15 A.M.

M Adriana

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

I got a car for

SIGNED J

1184

---

**IMPORTANT MESSAGE**

FOR JE

DATE   TIME   A.M. P.M.

M

OF N

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Adriana hasn't confirmed

▇▇▇▇ @11.00 yet so

she is keeping

on hold in case

doesn't call back

SIGNED

1184

---

**IMPORTANT MESSAGE**

FOR Mr. J. Epstein

DATE 9/11/05   TIME 10:01 A.M.

M ▇▇▇▇▇▇▇▇

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED L

1184

---

**IMPORTANT MESSAGE**

FOR J.E.

DATE 9/10/05   TIME 10:10 A.M.

M Adriana

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

M ▇▇▇▇▇▇ will be at

11:AM

Do you want me to

cancel ▇▇▇▇▇▇

SIGNED J   SAO01093

1184

GIUFFRE001413

ITEM  J-1

## IMPORTANT MESSAGE

FOR _J. E._

DATE _10/1/05_    TIME _2:50_ A.M./P.M.

M ▮▮▮▮▮▮▮▮▮▮▮▮▮

OF

PHONE/MOBILE

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _T_    1184

## IMPORTANT MESSAGE

FOR _J. E._

DATE _10/1/05_    TIME _9:30_ A.M./P.M.

M _Sarah_

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _continued at 11 AM and 4 PM_

SIGNED _J_    1184

## IMPORTANT MESSAGE

FOR _J. E._

DATE _10/1/05_    TIME _7:10_ A.M./P.M.

▮▮▮▮▮▮▮▮▮▮▮▮▮

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _T_    1184

## IMPORTANT MESSAGE

FOR _J. E._

DATE _10/1/05_    TIME _10:15_ A.M./P.M.

▮▮▮▮▮▮▮▮▮▮▮▮▮

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SAO01469

SIGNED _T_    1184

GIUFFRE001441

## IMPORTANT MESSAGE

FOR J. E.

DATE 10/2/05   TIME 10:40 A.M. P.M.

M Sarah

OF

PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ████ is sick
and she can't
come today

SIGNED J.

1184

## IMPORTANT MESSAGE

FOR J. E.
10/1/05   7:20 A.M. P.M.

████████████

MOBILE

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED J.

1184

## IMPORTANT MESSAGE

FOR Mr. J. Epstein

DATE Oct. 2.05   TIME 12:30 A.M. P.M.

M ████████████

OF

PHONE/
MOBILE

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

████████████

SIGNED L

1184

## IMPORTANT MESSAGE

FOR J. E.

DATE 10/2/05   TIME 10:20 A.M. P.M.

M ████████████

OF ████████████

PHONE/
MOBILE

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SAO01470

SIGNED J.

1184

GIUFFRE001442

## IMPORTANT MESSAGE

FOR _J. E._

DATE _10/3/05_   TIME _2:50_ A.M. / P.M.

M ███████████████████████

O ███████████████████████

PH ███████████████████████

M ███████████████████████

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _J_   1184

## IMPORTANT MESSAGE

FOR _J. E._

DATE _10/2/05_   TIME _8:05_ A.M. / P.M.

███████████████████████

███████████████████████

MOBILE ██████████████████

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Can you call him_
_at this # between_
_10⁰⁰ - 10³⁰ DrY_

SIGNED _J_   1184

## IMPORTANT MESSAGE

FOR _J. E._

DATE _10/3/05_   TIME _4:10_ A.M. / P.M.

M _Sarah_

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ████████ _will be_
_1/2 hour late_

## IMPORTANT MESSAGE

FOR _Mr. J. Epstein_

DATE _10-2-05_   TIME _12:30_ A.M. / P.M.

M ████████████████

OF _____

PHONE/MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SAO01471

GIUFFRE001443