# EXHIBIT F

Search Terms Defendant Has Already Searched

From Plaintiff's June 30th proposed list:
(note: Plaintiff's numbers have been used)

1) jef*
2) geof*
3) epst! !n*
4) jeevacation*
5) j* w/2 *jep*
6) j* w/2 *jeep*
7) roberts*
8) g!!ff!!*
9) virginia*
10) jenna*
11) jena*
12) genna*
13) andrew*
14) prince*
15) royal*
22) massage*
23) masseur*
24) therapist*
26) mindspring*
28) emmy*
29) taylor*
30) sara*
31) kellen*
32) kensington *
33) vikers*
34) dubin*
35) eva*
36) glen*
37) brunel*
38) jean*
39) luc*
40) nadia*
41) marcinko*
42) *copter*
43) chopper*
44) pilot*
45) manifest*
46) log*
47) flight*
48) passport*
52) state* /3 attorney*
53) ross*
54) gow*
55) acuity*
56) victoria* w/3 secret*

1

57) al!n*
58) all!n*
59) dersh*
60) law.harvard.edu *
61) alandersh*
73) lago*
74) clinton*
75) BC
76) HC
77) HRC
78) police*
79) cop*
80) fbi*
81) federal* w/3 bur*
82) bur* w/8 inves! *
83) sex*
84) abuse*
85) toy*
86) dildo*
87) strap* w/3 on*
88) vibr*
89) sm* w/3 101 *
90) slave*
91) erotic*
92) servitude*
95) high* w/3 school*
96) secondary* w/3 school*
97) campus*
98) duke*
99) york*
100) licen!e*
101) assault*
102) juvenile*
103) seal*
104) joint* w/3 defen*
105) jda
106) roadhouse*
107) grill*
108) illegal*
109) immune*
110) prosecut*
111) law* w/3 enforc*
112) jane* w/3 *doe*
117) model*
118) actress*
123) vanity* w/ 3 fair*
342) underage*

2

343) under!age*
344) minor*
345) daily* w/10 mail*
346) daily* w/10 news*
347) lie*
348) obvious* w/10 lie*
349) sex w/3 toy*
350) nipple*
351) schoolgirl
352) school w/3 girl
353) us w/3 att*
354) United w/3 states w/3 att*
356) Pedophil*
357) Paedophil*
359) Traffic*
362) Masturbate*
363) Ejaculate*
364) Masseuse*

From Plaintiff's July 20 proposed list
- Alessi
- Biddle
- ▪ ▬
- Brunel
- ▪ ▬
- Casey (this is a sur-name to Caroly Casey)
- Chambers
- Cordero
- Cotrin
- Cousteau
- Davies
- DeGeorgieou
- Dionne
- Dubin
- ▬
- Espinoza
- Farmer
- Ward
- Fekkai
- Figueroa
- Fontanilla
- Friedman
- Gibson-Butte
- Gramza
- Gany
- Grant
- Groff

3

- ▮ ▮
- Hazel (surname of Claire Hazel)
- Harrison (surname of Shelley Harrison)
- Ignatieva
- ▮ ▮
- Kovylina
- ▮ ▮
- ▮ ▮
- Liffman
- Lopez (surname of Cindy Lopez)
- Lutz
- Lynch (surname of Cheri Lynch)
- Meister
- Mellawa
- Minsky
- Mitrovich
- ▮ ▮
- Mullen
- Pagano
- Paluga
- Peadon
- Pritzker
- Preece
- Rabuyo
- Rizzo
- Robson
- Ross (surname of Adriana)
- Mucinska (former surname of Adriana)
- Sjoberg
- Spamm
- Stein (surname of Cecilia)
- Taylor
- Valdes (surname of Cresenda)
- Vazquez
- Valenzuela
- Visosky
- Wexner
- Wild (surname of Courtney)
- Zinoview