# EXHIBIT 6

# (Filed Under Seal)

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 15-CV-07433-RWS

------------------------------------------x
VIRGINIA L. GIUFFRE,

                Plaintiff,
v.
GHISLAINE MAXWELL,

                Defendant.

------------------------------------------x

May 18, 2016
9:04 a.m.

C O N F I D E N T I A L

Deposition of JOHANNA SJOBERG, pursuant to notice, taken by Plaintiff, at the offices of Boies Schiller & Flexner, 401 Las Olas Boulevard, Fort Lauderdale, Florida, before Kelli Ann Willis, a Registered Professional Reporter, Certified Realtime Reporter and Notary Public within and for the State of Florida.



```
                                                          Page 45
 1        Q.   And what -- do you recall any observations
 2   about ███████ when you met her?
 3        A.   To speak with, she was a little rough
 4   around the edges, and I could see the progression of
 5   her being groomed a little.  They got her braces.
 6   She had terrible posture.  And with a lot of
 7   massages, she learned to stand up straight.  So I
 8   just saw her become a much more confident person.
 9        Q.   Do you recall how old she was when you
10   first met her?
11        A.   I assumed she was 18, but I do not know
12   her age.
13             MS. McCAWLEY:  We're going to take a break
14        really quickly and then we will be back.  So we
15        are going to go off the record.
16             THE VIDEOGRAPHER:  Off the record at 9:48.
17             (Thereupon, a recess was taken, after
18        which the following proceedings were held:)
19             THE VIDEOGRAPHER:  On the record at 9:58.
20   BY MS. McCAWLEY:
21        Q.   I'm just going to resume.  I have a few
22   more questions for you.
23             You mentioned visiting the US Virgin
24   Islands.
25             Do you recall doing any activities with
```



Page 159

1                    CERTIFICATE OF OATH
2     STATE OF FLORIDA     )
3     COUNTY OF MIAMI-DADE )
4
5              I, the undersigned authority, certify
6        that JOHANNA SJOBERG personally appeared before me
7        and was duly sworn.
8              WITNESS my hand and official seal this
9        18th day of May, 2016.
10
11
                          KELLI ANN WILLIS, RPR, CRR
12                        Notary Public, State of Florida
                          My Commission No. FF911443
13                        Expires: 2/16/21
14            + + + + + + + + + + + + + + + + + +
15
16
17
18
19
20
21
22
23
24
25

