# EXHIBIT 8

# (Filed Under Seal)

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA
CASE NO:502008CA028051XXXXMB AB

L.M.

Plaintiff,

-vs-

JEFFREY EPSTEIN
AND SARAH KELLEN,

Defendants.
______________________________/

DEPOSITION OF JANUSZ BANASIAK

Tuesday, February 16, 2010
10:09 - 2:30 p.m.

250 Australian Avenue South
Suite 1500
West Palm Beach, Florida 33401

Reported By:
Cynthia Hopkins, RPR, FPR
Notary Public, State of Florida
Prose Court Reporting
Job No.: 1317

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
2d75a91d-3eaa-42b3-ae22-b5d3c7182d1e
GIUFFRE004424

A. One was in cabana. One, the other second one was in living room and one was in small office next to the kitchen.

Q. All right. In your time at the house prior to that, is it fair to say those computers had never been removed before?

A. I remember that there was to bring some new ones to replace them at some point. I don't know remember exactly if it was for upgrading, but they change computers very often I would say.

Q. All right. But the computers -- the removal by Adriana and this individual, that wasn't done -- we're talking about a different -- that's not a time where they were replacing computers. This was just removing computers from the house?

A. Yes.

Q. And did you receive any explanation as to why the computers were being removed from the house?

A. No.

Q. Did you ever have occasion to use any of the three computers that were removed from the house?

A. No. I never, I never, you know, touch them, never use them. I have my own computer in my office, so I use this computer.

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
2d75a91d-3eaa-42b3-ae22-b5d3c7182d1e
GIUFFRE004478

Q. Is your computer in your office --

A. Yes.

Q. Let me finish. Is the computer in your office linked up with the three computers that were removed from the house? Meaning, can you look at the system and see what is on those three computers?

A. No, no.

Q. Is it your understanding that those three computers are linked with one another or do you know?

A. I don't know, but I, I doubt it. They are separate I guess.

Q. Okay. Were you aware that Mr. Epstein used a Citrix program to link various computers? Did you know that?

A. Yeah. I use Citrix too in my computer for exchanging e-mails and get through Internet.

Q. Okay. So, is it your understanding that the only connection then through Citrix with these computers, these various computers that were in Mr. Epstein's home, was for e-mail purposes?

A. Yes.

Q. Okay. To your knowledge, you're not familiar with those computers sharing other files or information?

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
2d75a91d-3eaa-42b3-ae22-b5d3c7182d1e
GIUFFRE004479

A. No.

Q. That's not something that you were, you were privy to? You weren't, you weren't in the loop of the sharing of information in the house in terms of the computers being connected through any server?

A. I don't really know what, how, how to answer your question because Citrix is for the whole organization to exchange e-mail between employees.

Q. All right. You used the term?

A. So, even my computer is connected to Citrix. I can receive mail and I can e-mail information to employee within organization. But I don't know if you can see to each computer what is going on on another computer.

Q. You don't know about --

A. Is that your question?

Q. You don't know about shared files?

A. No.

Q. You only know that the one computer can e-mail the other?

A. Right.

Q. But that can happen with any two computers in the world pretty much. You can send e-mails to each other, right.

A. Yes.

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

2d75a91d-3eaa-42b3-ae22-b5d3c7182d1e
GIUFFRE004480

Q. You have used the term organization, you can share within the organization. What do you -- just so I can understand what you're calling the organization, what do you mean by that word?

A. People employed by Jeffrey Epstein. There are a few groups of people, his office in New York and I guess --

Q. Who are those people by name that you would consider within the Jeffrey Epstein organization?

A. His accountant, his --

Q. Who is that?

A. Bella Klen.

Q. What is it?

A. Bella Klen. K-l-i-n. E-n, I'm sorry.

Q. Bella, B-e-l-l-a?

A. Yes.

Q. Is that somebody in New York?

A. Yes.

Q. Is that a male or female?

A. Female.

Q. And you understand that's his accountant?

A. Right.

MR. GOLDBERGER: Just to get the spelling correct is it K-l-e-i-n?

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

2d75a91d-3eaa-42b3-ae22-b5d3c7182d1e
GIUFFRE004481

THE WITNESS: K-l-e-n.

MR. MERMELSTEIN: K-l-e-n.

BY MR. EDWARDS:

Q. And in addition to Bella Klen, who else would you have considered to be in Jeffrey Epstein's organization?

A. Rich Kahn. Richard Kahn.

Q. And how do you spell the last name?

A. K-a-h-n.

Q. And where is he located?

A. New York office.

Q. What does he do?

A. I guess he was involved with the accounting.

Q. And who else?

A. Leslie. I would think I would say secretary.

Q. Leslie Groff?

A. Yes.

Q. And is she also in the New York office?

A. Yes.

Q. What do you understand her role to be?

A. Secretary I would say.

Q. Did she also schedule appointments for these young females to come to Jeffrey Epstein's house?

MR. GOLDBERGER: Form.

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

2d75a91d-3eaa-42b3-ae22-b5d3c7182d1e
GIUFFRE004482

THE WITNESS: I don't know.

BY MR. EDWARDS:

Q. We'll go back to that but I tell you why I ask. If you don't know then you don't know, but in the course of Mr. Epstein's -- you're aware that he did plead guilty to a couple felonies in state court, right?

A. Right.

Q. Well, in the course of the negotiation with the federal government and the U.S. Attorney's Office, they, the agreement between Mr. Epstein and the U.S. Attorney's office mentions people that are called co-conspirators of Epstein. And Leslie Groff is named as one of those co-conspirators.

Do you know what involvement, if any, that she had with the crimes that were being investigated?

A. No.

Q. Okay.

A. I am not aware of this.

Q. Okay. The other people mentioned as co-conspirators are Sarah Kellen, Adriana Ross, and Nadia Marcinkova. So we'll get to them in a minute but first just so we stay on the track of who was in the organization, is Sarah Kellen, Adriana Ross and

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

2d75a91d-3eaa-42b3-ae22-b5d3c7182d1e

Nadia Marcinkova all people that you would also consider within the organization?

A. Yes.

Q. Okay. So, we just added three more names to it. Who else would you consider, Ghislaine Maxwell?

A. Yes.

Q. And who else?

A. Who was working there?

Q. Bella, Richard Kahn, Leslie Groff, Ghislaine Maxwell, Nadia, Sarah, Adriana.

A. I think Harry was involved with the accounting.

Q. Okay.

A. I don't recall his last name.

Q. Somebody else involved with the accounting?

A. Yes.

Q. Okay. Any of those people that you just named, were any of those people that you just named the person that you described as the gentleman that assisted Adriana in removing the computers from the house prior to the search warrant being executed?

A. No. You mean the one who show up to do those computers?

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
2d75a91d-3eaa-42b3-ae22-b5d3c7182d1e
GIUFFRE004484

Q. Right. The one who helped Adriana move it.

A. No, it wasn't.

Q. Had you ever seen that individual on the property, on Mr. Epstein's property at 358 Albrillo Way prior to him assisting Adriana in removing the computers from the home?

A. No.

Q. That was their first time seeing him?

A. Yes.

Q. Had you ever seen him since that date?

A. No.

Q. And to this date you don't know who that individual was?

A. No.

Q. Were you told that the -- let me rephrase that. I guess you told me that anything that happened in the home in terms of guests coming over or things of that nature, you would be forwarned about it, right?

A. Right.

Q. So, when was the first time that you learned that Adriana and some gentleman that you had never met would be coming to the home to remove the computers?

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

A. I got the phone call from her that there would be -- I don't know what time it was in the house in certain time and they would pick up those computers.

Q. Okay. And you got a phone call from Adriana?

A. Right.

Q. Why were you called by Adriana to tell you that Adriana and would be coming over to, with some other gentleman to remove the computers. Do you know why you were told that?

A. No.

Q. Would Adriana call every time she would come over?

A. Yes.

Q. Okay.

A. I mean, any, any time coming to the house, they always let me know who is coming when they are arriving or whatever.

Q. Back in 2000, sorry.

A. I said even if Jeffrey Epstein arriving at the house, I always know what time and which day he would be here or another person, so I would be aware of what was going on and I would be prepared.

Q. Who besides you back in 2005 lived at the house full time; just you?



Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
2d75a91d-3eaa-42b3-ae22-b5d3c7182d1e
GIUFFRE004486

CERTIFICATE OF OATH

THE STATE OF FLORIDA

COUNTY OF PALM BEACH

I, the undersigned authority, certify that JANUSZ BANASIAK personally appeared before me and was duly sworn on the 16th day of February, 2010.

Dated this 28th day of February, 2010.

Cynthia J. Hopkins

Cynthia Hopkins, RPR, FPR
Notary Public - State of Florida
My Commission Expires: February 25, 2011
My Commission No.: DD 643788

NDTCA . Signed Electronic Transcript

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

2d75a91d-3eaa-42b3-ae22-b5d3c7182d1e
GIUFFRE004614