# EXHIBIT E

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK


CASE NO. 15-CV-07433-RWS


----------------------------------------x

VIRGINIA L. GIUFFRE,


                         Plaintiff,

v.

GHISLAINE MAXWELL,

                         Defendant.


----------------------------------------x


                         May 18, 2016
                         9:04 a.m.


         C O N F I D E N T I A L

     Deposition of JOHANNA SJOBERG, pursuant

     to notice, taken by Plaintiff, at the

     offices of Boies Schiller & Flexner, 401

     Las Olas Boulevard, Fort Lauderdale, Florida,

     before Kelli Ann Willis, a Registered

     Professional Reporter, Certified Realtime

     Reporter and Notary Public within and

     for the State of Florida.



1   in your view?

2       A.   Yes.

3       Q.   Did you ever -- did you at that time

4   wonder why she was traveling with Jeffrey?

5       A.   At that time, I did not.

6       Q.   Did you later wonder that?

7       A.   Yes.

8       Q.   And what was your impression?

9            MS. MENNINGER:  Objection, vague,

10       speculative.

11           THE WITNESS:  I -- we're jumping ahead; is

12       that okay?

13  BY MS. McCAWLEY:

14      Q.   Yes, that's okay.

15      A.   A few days later, I remember asking her

16  questions to try to figure out her role, why she was

17  there, and she gave me vague answers and was never

18  specific.

19           And so I thought perhaps she just was an

20  assistant, someone that did massages well.  I wanted

21  to believe that she was innocent.

22      Q.   Did you ever refer to her as being

23  orphan-like?

24      A.   I did.

25      Q.   And how did that come about?



Page 25

1   And I can't recall if they were in the main living

2   areas.

3        Q.   Did you see them in the stairwell up to

4   the second story of the house?

5        A.   I can't recall.

6        Q.   Do you know who -- who the people were in

7   those photos?  Were you familiar with any of them?

8        A.   No.

9        Q.   Were you in any of those photos?

10       A.   At one point, yes.

11       Q.   And were you naked in that photo?

12       A.   Topless.

13       Q.   Do you recall seeing any naked photos of

14   Virginia Roberts?

15       A.   I do not.

16       Q.   Where did you go next, after the New York

17   visit?

18       A.   I went to the Virgin Islands.

19       Q.   And who told you that you would be going

20   to the Virgin Islands?

21       A.   He asked me if I wanted to go, and I said

22   I would still like to go.

23       Q.   And do you recall who you -- who went with

24   you to the Virgin Islands?

25       A.   I believe -- well, I know Virginia was



Page 27

1          leading.

2               THE WITNESS:  Jeffrey Epstein; Ghislaine

3          Maxwell; AP and PK are the two women I do not

4          recall; Virginia Roberts; and myself.

5     BY MS. McCAWLEY:

6          Q.   Do you recall how you flew back from the

7     location in the US Virgin Islands?

8          A.   They put me on a commercial flight.  I

9     wanted to be home in time for Easter.

10         Q.   When you say "they," do you recall who

11    made those arrangements for you?

12         A.   It could have been Ghislaine.

13         Q.   Did you -- do you recall performing

14    massages while you were in the US Virgin Islands?

15         A.   Yes.

16         Q.   Who was involved in -- was there more than

17    one?

18         A.   Yes.  I massaged Ghislaine at one point.

19    And I massaged Jeffrey, Virginia and I, both, on the

20    beach.

21         Q.   Were you dressed during the massage that

22    was on the beach?

23         A.   Yes.  Bikinis probably, most likely.

24         Q.   Do you recall what Virginia was wearing?

25         A.   I believe she was wearing a bathing suit,



Page 29

1      Q.   Did you ever see Ghislaine Maxwell during
2   that trip laying out by the pool?
3      A.   There was one time where we were all by
4   the pool, yes.
5      Q.   Was Ghislaine Maxwell ever nude or topless
6   by the pool?
7      A.   I don't recall.  She was nude when she
8   went swimming in the ocean.
9      Q.   At that moment in the USVI home, did you
10   observe any photos there of nude females?
11      A.   I don't recall.
12      Q.   Besides Virginia, who you mentioned, you
13   observed to be young, did you observe any other
14   females that in your view appeared to be essentially
15   under the age of 18?
16      A.   No.
17      Q.   Did you observe any females who you
18   thought looked young, younger than you?
19      A.   No.
20      Q.   Do you remember an individual by the name
21   of ███ that you met during your time with Jeffrey
22   Epstein?
23      A.   In Palm Beach?
24      Q.   Yes.
25      A.   Yes.



Page 42

1      A.    Sarah Kellen was there.  Ghislaine was
2  there.  That's all I recall.
3      Q.    Do you recall why you went on the trip to
4  New Mexico?
5      A.    To work.
6      Q.    Did you perform massages on that trip?
7      A.    Yes.
8      Q.    Did you -- do you recall whether you
9  performed massages with Sarah Kellen on that trip?
10     A.    No.
11     Q.    Do you recall in the New Mexico home ever
12  observing nude photos of females there?
13     A.    I don't recall.
14     Q.    When you would provide massages, would you
15  provide those massages naked?
16     A.    On occasion.
17     Q.    On average, would you be naked, if it was
18  100 percent of the time, more than 50 percent of the
19  time?
20     A.    Can you repeat it?
21     Q.    Sure.  When you're performing the
22  massages, can you tell me -- you said on occasion.
23  Over the five years that you worked for him, how
24  often did you perform massages naked?
25     A.    Somewhere between 25 and 50 percent of the



Page 55

1    observed her personality to be?

2         A.   Sure.  She definitely had a great sense of

3    humor, she loved making jokes.  I mean, in a very

4    British way.  I don't remember her ever laughing,

5    but she was funny.

6              And I remember just thinking, she -- the

7    first weekend that we flew to the Virgin Islands,

8    she flew the helicopter from Saint, wherever we were

9    to little Saint Jeff [sic] or whatever the name of

10   the island was, and I just thought, wow, who is this

11   woman.

12        Q.   Would you say that you respected her?

13        A.   Yes.

14        Q.   When you ended up getting in the car with

15   her and this other woman and going back to the

16   house, who was driving the car?

17        A.   She was driving.

18        Q.   And where did she take you?

19        A.   She took me to the house in Palm Beach.

20        Q.   And can you describe the house in Palm

21   Beach?

22        A.   Sure.  It's at the end of El Brillo Way,

23   on the Intracoastal.  The house was either white or

24   pink.  It was pink at one time it may have been

25   painted.  It was nothing fancy, it was large, it was



Page 85

1    something.  That's all I recall.

2        Q.   Did you go anywhere with Virginia?

3        A.   Oh, my gosh, yes.  We went to Phantom of

4    the Opera.

5        Q.   Who else went?

6        A.   I think it was just she and I.  I forgot

7    about that.  Thank you for that memory.

8        Q.   It's my job.

9             Anything else you remember about that day

10   in New York?

11       A.   No.

12       Q.   You said you had given a massage to

13   Jeffrey while you were there on that trip or was it

14   a subsequent trip?

15       A.   That trip.

16       Q.   And how did that come to be?

17       A.   Either he or somebody asked me to go and

18   do it.  Someone showed me to the room, but I don't

19   remember who it was.

20       Q.   Can you describe that room?

21       A.   Yes.  It was high ceilings, dark.  There

22   were, like, dark red walls or dark blue walls or

23   dark blue carpeting or something.  It had a massage

24   table set up in the middle, and there was a large --

25   I want to say like a 15-foot photo, either photo or



Page 87

 1        Q.    Do you know personally whether anyone else
 2   had said no to him?
 3        A.    No.
 4        Q.    Did anyone ever tell you that they had
 5   been in a massage scenario and told him no?
 6        A.    No.
 7        Q.    Do you recall when in your trip the
 8   massage occurred?
 9        A.    Well, it was not the day we landed.  It
10   must have been that next day that we were there.
11        Q.    Do you remember anything else about
12   Virginia from that trip other than the Prince Andrew
13   thing and Phantom of the Opera?
14        A.    Well, we were getting ready to leave to go
15   to the airport, and we were waiting.  She and I sat
16   on the steps in the foyer.  I do remember just kind
17   of asking a few questions to try to understand her
18   role, because at that point now I knew what he
19   wanted from me in the massage.  And -- but she did
20   not make it clear to me that she was participating
21   in that.  So I was prodding gently to see if there
22   was anything happening that shouldn't have been,
23   because I was getting the impression that she was --
24   she told me she was 17.
25        Q.    She told you she was 17?



Page 88

```
 1        A.    Uh-huh.

 2        Q.    How did that come up?

 3        A.    I asked her.

 4        Q.    Was anyone else present during this

 5   conversation?

 6        A.    No.

 7        Q.    You mentioned in your earlier testimony

 8   that she seemed orphan-like.

 9        A.    Yes.

10        Q.    But you said that was something you had

11   said to Ms. McCawley, correct?

12        A.    Correct.

13        Q.    That was not said at the time?

14        A.    Right.  No.  At the time I was getting an

15   impression that she did not have a family or she had

16   walked away from her family.  And it seemed to me,

17   you know, they had just sort of adopted her, not as

18   a child, but they would take care of her.

19        Q.    Did you observe anyone speaking to her as

20   a child, like make up your bed?

21        A.    No.

22        Q.    Did you observe whether she was using

23   drugs during that trip?

24        A.    No.

25              MS. McCAWLEY:  Objection.
```



Page 92

1   celebration or cake with candles.  It was just

2   another day.

3        Q.   You said that the Virgin Islands were a

4   part of that second trip, as well?

5        A.   Yes.

6        Q.   And do you remember Ghislaine being part

7   of the Virgin Islands the second time?

8        A.   Yes.  That's when she called -- went to

9   bed and kissed us all on the head and called us her

10  children.

11       Q.   Who were the other participants in that

12  session?

13       A.   That's who -- I don't recall who was

14  there.  I want to say that ███ was.

15       Q.   But Virginia was not there?

16       A.   Virginia was not there.

17       Q.   Do you recall the point in time in which

18  Virginia went away?

19       A.   Sort of.  After the trip to New York, I

20  was given her phone number to call.  And I remember

21  one time I tried to get ahold of her.  Her boyfriend

22  answered.  A boyfriend, I would assume, and he

23  sounded like he was high.  And I couldn't find out

24  where she was.  And then from there on, she was out

25  of the picture.



Page 93

1        Q.   Do you recall how long after the New York

2   trip that occurred?

3        A.   I would say it was probably within a month

4   or two.

5        Q.   Did she tell you she was working

6   elsewhere?

7        A.   No.

8        Q.   Did you ask her?

9        A.   No.

10       Q.   Did she mention that she was a waitress?

11       A.   No.

12       Q.   And worked at Taco Bell?

13       A.   Huh-huh.

14       Q.   Did you speak to her boyfriend or a

15   boyfriend at any other time associated with her?

16       A.   No.

17       Q.   Did you meet her boyfriend?

18       A.   No.

19       Q.   Her fiancé?

20       A.   No.

21            MS. McCAWLEY:   Objection.

22   BY MS. MENNINGER:

23       Q.   When you were on the plane with Jeffrey

24   during these two trips, he was present on all of

25   those flights?



```
 1        A.   Yes.
 2        Q.   Did you observe any sexual behavior
 3   happening on the plane?
 4        A.   No.  He told me a story of something that
 5   had happened one time.
 6        Q.   Did it involve Ghislaine Maxwell?
 7        A.   No.
 8        Q.   Did it involve Virginia Roberts?
 9        A.   No.
10        Q.   And you didn't see anything?
11        A.   No.
12        Q.   You did give massages to Ghislaine
13   Maxwell, correct?
14        A.   Yes.
15        Q.   On how many occasions?
16        A.   Maybe somewhere between five and 10.
17        Q.   Was that over the course of the five
18   years?
19        A.   Yes.
20        Q.   Was there some point during that five
21   years where Ghislaine Maxwell was not around as
22   much?
23        A.   Yes.
24        Q.   Do you recall when that was?
25        A.   In the middle.
```



1        Q.   Did you know why that might be?

2        A.   No.

3        Q.   Is that about the time that you started

4   seeing ███ more frequently?

5        A.   Yeah, I guess she was probably in the

6   picture more.  Her and Sarah both had kind of been

7   around the most.

8        Q.   Did you observe ███ or Sarah appearing

9   to act like Jeffrey's girlfriend?

10       A.   ███, not Sarah.

11       Q.   What did you observe?

12       A.   She was just very loving, kissing him.

13       Q.   Did you know how old she was?

14       A.   I didn't know.

15       Q.   So you gave massages to Ghislaine five or

16   10 times.  Was there anything unusual about those

17   massages?

18       A.   No.

19       Q.   You've been quoted in the press perhaps as

20   saying that she wasn't very picky?

21       A.   About massage?

22       Q.   About her massages.

23       A.   Not like Jeffrey, I guess.  I mean, saying

24   that meant that, you know, I would do whatever I

25   wanted to do in the massage; whereas, Jeffrey was,

Page 96

1    like, Do my foot, do my leg.  He would kind of

2    narrate what he wanted.  She just wanted a massage.

3    So if that makes sense.

4          Q.   She may have been naked under a towel --

5          A.   Definitely.

6          Q.   -- in a regular massage fashion?

7               MS. McCAWLEY:  Objection.

8               THE WITNESS:  Yes.  Actually, I do recall

9          an instance where I was massaging her and

10         Jeffrey came into the room and he did something

11         sort of sexual to her, whether it was fondling

12         her or slapping her butt or something, and she

13         brushed him off like she was embarrassed.

14   BY MS. MENNINGER:

15         Q.   So she never asked you to touch her in a

16   sexual manner, correct?

17         A.   No.

18         Q.   And she did not rub her breasts on you,

19   for example?

20         A.   No.

21              MS. McCAWLEY:  Objection.

22   BY MS. MENNINGER:

23         Q.   She did not demand that you perform oral

24   sex on her?

25         A.   No.



Page 97

1      Q.   Did she did not demand that you undress

2  during your massages?

3      A.   No.

4      Q.   There was nothing from her that was sexual

5  during the massages that you gave to her?

6           MS. McCAWLEY:  Objection.

7           THE WITNESS:  Correct.

8  BY MS. McCAWLEY:

9      Q.   Do you recall when the last time you gave

10 her a massage was?

11     A.   I don't recall.

12     Q.   Do you recall meeting with her in about

13 2006 when she was in town for some helicopter

14 training?

15     A.   I do recall that.

16     Q.   Do you recall giving her some massages

17 during that period?

18     A.   Yes.

19     Q.   Do you remember going out to dinner with

20 her and to a movie?

21     A.   I remember to a movie, and I don't

22 remember if we went to dinner.  I remember her

23 cooking dinner.  That was another way she impressed

24 me:  She knew how to cook like a chef.  She had done

25 some culinary training.



Page 98

1        Q.    And you guys had a normal type

2    conversation?

3        A.    Yes.  It was very fun.

4              MS. McCAWLEY:  Objection.

5              MS. MENNINGER:  I would like to take about

6        a 5-, to 10-minute break, if that's okay.

7              THE VIDEOGRAPHER:  Off the record at

8        11:05.

9              (Thereupon, a recess was taken, after

10       which the following proceedings were held:)

11             THE VIDEOGRAPHER:  This is the beginning

12       of Disk 2.  On the record at 11:25.

13   BY MS. MENNINGER:

14       Q.    Hi.  I believe when we left off I was

15   asking you about massages that you gave to

16   Ghislaine.

17             Did Ghislaine pay you when she got a

18   massage from you?

19       A.    Yes.

20       Q.    Do you know how much she paid you?

21       A.    I believe it was 200.  It was the going

22   rate.

23       Q.    The same as you were getting paid by

24   Jeffrey, correct?

25       A.    Yes.



Page 101

```
 1        Q.   How much?

 2        A.   One hundred dollars extra.

 3             Can I clarify?

 4        Q.   Absolutely.

 5        A.   He didn't ever say he would pay me more,

 6   but when the massage was more than just a massage

 7   and it was sexual, then he would pay me more.

 8        Q.   It wasn't a discussion; it's just what

 9   happened?

10        A.   Correct.

11        Q.   Thank you for clarifying.

12             The things that took place with you and

13   Jeffrey behind closed doors were when you were a

14   consenting adult, correct?

15        A.   Yes.

16             MS. McCAWLEY:  Objection.

17             THE WITNESS:  Correct.

18   BY MS. MENNINGER:

19        Q.   And you did not have knowledge of what

20   took place with other women behind closed doors and

21   Jeffrey, correct?

22             MS. McCAWLEY:  Objection.

23             THE WITNESS:  Correct.

24   BY MS. MENNINGER:

25        Q.   Do you recall giving an interview to a
```



Page 102

1  reporter from the Mail on Sunday?

2      A.   Yes.

3      Q.   You told that reporter, I believe, that

4  the police report painted a picture that it was a

5  big orgy all the time, but it wasn't?

6      A.   What I saw, I did not see anything out in

7  the open sexually.  Me, personally.

8      Q.   Right.  You did not see orgies happening

9  in the pool, for example?

10     A.   No.

11     Q.   You did not see people engaging in sexual

12  conduct out in the open areas of the home, correct?

13     A.   Right.

14          MS. McCAWLEY:  Objection.

15  BY MS. MENNINGER:

16     Q.   When you became aware of the allegations

17  against Jeffrey, those came as a surprise to you,

18  correct?

19          MS. McCAWLEY:  Objection.

20          THE WITNESS:  Correct.

21  BY MS. MENNINGER:

22     Q.   And the surprise was that it involved

23  underaged girls making that allegation, correct?

24          MS. McCAWLEY:  Objection.

25          THE WITNESS:  Correct.



1   BY MS. MENNINGER:

2        Q.   You were asked some questions with

3   Ms. McCawley about nude photographs that were

4   present in the home?  Homes?

5        A.   Uh-huh.

6        Q.   In Palm Beach, I believe you said there

7   were some in the room where the massage table was?

8        A.   Yes.

9        Q.   Can you tell me what you recall seeing?

10       A.   It wasn't candid photos.  They were all,

11  like, staged.

12       Q.   Like a model?

13       A.   Yes.  And my -- I don't recall necessarily

14  knowing any of the people in those photos.  I

15  remember at one point there was a photo of myself,

16  but...

17       Q.   Were they fully frontally nude or were

18  they staged, like, with, you know, parts of bodies

19  showing?

20       A.   I really only remember topless photos.  I

21  don't remember full frontal photos.

22       Q.   So exposing the breasts, but not exposing

23  the genitalia?

24       A.   Not that I recall.  And Ghislaine's

25  bathroom, I believe there was a photo of her



Page 104

1    topless, or a painting.

2         Q.   A painting?

3         A.   Uh-huh.

4         Q.   Did you see any nude or semi-clad photos

5    of young girls?

6         A.   No.

7         Q.   Preteens, for example?

8         A.   No.

9         Q.   Something you would consider child

10   pornography?

11        A.   Never.

12        Q.   Other than in the bathroom or the massage

13   room at the Palm Beach home, do you recall any other

14   place in the Palm Beach home where you saw any of

15   these topless photos of women?

16        A.   I remember there being photos everywhere,

17   and the ones that stick out in my memory are the

18   ones -- there was a photo of Ghislaine with the

19   Pope.  It would not surprise me if there were naked

20   photos around.  I just didn't retain them in my

21   memory.

22        Q.   So when you say there were photos

23   everywhere, you mean just photos in general?

24        A.   Yes.  They had a lot of photos around the

25   house.



1            MS. McCAWLEY:  Objection.

2   BY MS. MENNINGER:

3       Q.   And Ghislaine was not topless in a photo

4   with the Pope, just so I'm clear?

5       A.   Correct.

6       Q.   I just want to make sure we get that

7   record really clear.

8            So you recall there being photos

9   everywhere; you just remember a couple sticking out

10  in your brain as being topless?

11      A.   Yes.

12      Q.   And the walls on the staircase to the

13  upstairs were not just covered with nude

14  photographs, to your recollection?

15      A.   To my recollection, I just -- I don't

16  remember.

17      Q.   Did you observe what you would consider to

18  be child pornography on any computer in the home?

19      A.   No.

20      Q.   Did you observe anyone taking photographs

21  of young girls in the home?

22      A.   No.

23      Q.   The photograph of yourself that you saw,

24  was that something that you had posed for?

25      A.   Not, like, professionally.  But I was just



Page 106

1    sitting, and I believe Jeffrey took the photo.   I

2    was just sitting on a couch upstairs in the

3    bathroom.

4         Q.   It wasn't taken by a hidden camera?

5         A.   No.   No.   I was smiling in the picture.

6         Q.   And, likewise, in the New York home, did

7    you see anything -- you described a large painting

8    or a photograph that was in the massage room?

9         A.   Yes.

10        Q.   Do you recall any other photos of

11   semi-clad or naked females?

12        A.   I don't recall.

13        Q.   Anything that you would consider to be

14   child pornography that you saw in the New York home?

15        A.   No.

16        Q.   And, likewise, in New Mexico?

17        A.   I don't recall.

18        Q.   Do you recall seeing any semi-clad photos

19   in New Mexico at all?

20        A.   I do not recall.

21        Q.   And the Virgin Islands?

22        A.   Yes, in his bathroom, master bathroom.

23        Q.   And what do you recall, if anything, about

24   that photo?

25        A.   There was a photo of me in there.



Page 112

```
 1        A.   Right.
 2        Q.   And an increase corresponding to massages
 3   you were giving to guests, correct?
 4        A.   Yes.
 5        Q.   Did any of the guests for whom you gave a
 6   massage mention that they expected something sexual?
 7        A.   No.
 8        Q.   Did they ask you to engage in sexual
 9   contact and you refused?
10             MS. McCAWLEY:  Objection.
11             THE WITNESS:  No.
12   BY MS. MENNINGER:
13        Q.   Marvin Minsky?
14        A.   I don't know that.
15        Q.   George Lucas?
16        A.   No.
17        Q.   Donald Trump?
18        A.   No.
19        Q.   Did you ever massage Donald Trump?
20        A.   No.
21        Q.   Sorry, I have to ask, but did you ever
22   have sex with Alan Dershowitz in the back of a
23   limousine with Virginia and Jeffrey present?
24             MS. McCAWLEY:  Objection.
25             THE WITNESS:  Absolutely not.
```



Page 113

```
1    BY MS. MENNINGER:
2         Q.   Do you know who Alan Dershowitz is?
3         A.   I do.
4         Q.   You would remember --
5         A.   I would remember that.
6         Q.   Did you ever see Virginia Roberts with any
7    of the people that I just asked you about?
8         A.   No.
9         Q.   Did Virginia ever talk to you about having
10   been with any of those people?
11             MS. McCAWLEY:  Objection.
12             THE WITNESS:  No.
13   BY MS. MENNINGER:
14        Q.   Did she tell you that she had met any of
15   those people?
16        A.   No.
17        Q.   I believe you saw in that police report a
18   reference to a friend of Jeffrey named Glenn and his
19   wife?
20        A.   Uh-huh.
21        Q.   Do you remember them?
22        A.   Vaguely.
23        Q.   Tell me what you remember.
24        A.   I remember they had an apartment in -- on
25   Breakers Row.  I went up there and massaged.  It may
```



Page 114

1    have been more than once, but I only really remember

2    one time.  But there was nothing sexual.

3         Q.   Neither with the wife, nor with Glenn?

4         A.   Right.

5         Q.   Do you remember the apartment?

6         A.   I only remember that I had to carry my

7    massage table up some stairs.

8         Q.   So you actually gave the massage on a

9    massage table?

10        A.   Yes.

11        Q.   Does that help you place it in time as to

12   when that might have occurred?  In other words --

13        A.   Well --

14        Q.   -- did you get your massage license at

15   some point and a massage table?

16             MS. McCAWLEY:  Objection.

17             THE WITNESS:  Yes.  He bought me my

18        massage table around the time that I went to

19        massage school.  So it could have been any time

20        after.  If I thought really hard, I could

21        remember when I went to school.  But it -- I

22        want to say it's around 2003.

23   BY MS. MENNINGER:

24        Q.   Nothing sexual happened with Glenn?

25        A.   No.



Page 115

1        Q.   Did Glenn ask you to give him a massage on

2    the floor of the home?

3        A.   I don't recall.

4        Q.   Did you ever discuss Glenn with Virginia?

5        A.   Not to my recollection.

6        Q.   Did you ever go to Virginia's home?

7        A.   No.

8        Q.   Do you know where she lived?

9        A.   No.

10       Q.   Did she talk about it?

11       A.   Not that I remember.

12       Q.   Did you see anything in your interactions

13   with Virginia that led you to believe that she was a

14   sex slave?

15            MS. McCAWLEY:  Objection.

16            THE WITNESS:  No.

17   BY MS. MENNINGER:

18       Q.   Did you see anyone forcing her to remain

19   in the home?

20       A.   No.

21       Q.   Did you see her look traumatized at some

22   point?

23            MS. McCAWLEY:  Objection.

24            THE WITNESS:  No.

25



Page 116

```
 1   BY MS. MENNINGER:
 2        Q.   Did you see anything that led you to
 3   believe Virginia Roberts had been trafficked,
 4   sexually trafficked to third parties?
 5             MS. McCAWLEY:  Objection.
 6             THE WITNESS:  No.
 7   BY MS. MENNINGER:
 8        Q.   Did Virginia ever tell you that she had
 9   been trafficked?
10        A.   No.
11             MS. McCAWLEY:  Objection.
12   BY MS. MENNINGER:
13        Q.   Did you hear anyone direct Virginia
14   Roberts to go have sex with someone?
15        A.   No.
16        Q.   Did Jeffrey ever ask you to go have sex
17   with another person?
18        A.   No.
19        Q.   Did Ghislaine Maxwell ever ask you to go
20   have sex with another person?
21        A.   No.
22        Q.   Did Ghislaine Maxwell ever ask you to give
23   a massage to someone else?
24        A.   No.
25        Q.   Did Ghislaine Maxwell ever ask you to
```



Page 120

1          Q.   Okay.  That's fine.

2          A.   Yeah, sure.

3          Q.   If it doesn't, it doesn't.  I'm just

4     asking.

5               Did Virginia say anything to you about

6     having met Prince Andrew before this time in New

7     York?

8               MS. McCAWLEY:  Objection.

9               THE WITNESS:  She did not say.

10    BY MS. MENNINGER:

11         Q.   Did Prince Andrew say or do anything that

12    led you to believe that he had met Virginia prior to

13    that time?

14         A.   I don't recall.

15         Q.   Did you ever see Al Gore on the island?

16         A.   No.

17         Q.   Did you see his wife, Tipper Gore, on the

18    island?

19         A.   No.

20         Q.   What is your understanding of what the

21    lawsuit we are here today is about?

22         A.   I understand that Ghislaine is calling

23    Virginia a liar, and so Ghislaine is suing Virginia.

24    I'm sorry.  Strike that.  Reverse it.

25               Right, Virginia is suing Ghislaine for



Page 141

1    always covered himself with a towel.

2          Q.    I believe I asked this, but I just want to

3    clarify to make sure that I did:  Did Maxwell ever

4    ask you to bring other girls over to -- for Jeffrey?

5          A.    Yes.

6          Q.    Yes?

7          A.    Yes.

8          Q.    And what did you -- did you do anything in

9    response to that?

10         A.    I did bring one girl named ████████ --

11   no.  ██████ -- it was some girl named █████████

12   that I had worked with at a restaurant.  And I

13   recall Ghislaine giving me money to bring her over;

14   however, they never called her to come.

15         Q.    And then I believe you mentioned that one

16   of your physical fitness instructors, you brought a

17   physical fitness instructor; was that correct?

18         A.    Correct.

19         Q.    And what did she do?

20         A.    She gave him a -- like a training session,

21   twice.

22         Q.    Twice.

23               Did anything sexual in nature happen

24   during the session?

25         A.    At one point he lifted up her shirt and



Page 142

1   exposed her bra, and she grabbed it and pulled it

2   down.

3       Q.   Anything else?

4       A.   That was the conversation that he had told

5   her that he had taken this girl's virginity, the

6   girl by the pool.

7       Q.   Okay.  Did Maxwell ever say to you that it

8   takes the pressure off of her to have other girls

9   around?

10      A.   She implied that, yes.

11      Q.   In what way?

12      A.   Sexually.

13      Q.   And earlier Laura asked you, I believe, if

14  Maxwell ever asked you to perform any sexual acts,

15  and I believe your testimony was no, but then you

16  also previously stated that during the camera

17  incident that Maxwell had talked to you about not

18  finishing the job.

19           Did you understand "not finishing the job"

20  meaning bringing Jeffrey to orgasm?

21           MS. MENNINGER:  Objection, leading, form.

22  BY MS. McCAWLEY:

23      Q.   I'm sorry, Johanna, let me correct that

24  question.

25           What did you understand Maxwell to mean



Page 147

1    expected to have sexual intercourse with Jeffrey?

2         A.   Yes.

3         Q.   And when was that?

4         A.   2005.

5              MS. McCAWLEY:  That's it.  I just do want

6         to also put on the record that we're

7         designating the testimony as confidential under

8         the protective order.

9              F U R T H E R   E X A M I N A T I O N

10   BY MS. MENNINGER:

11        Q.   Okay.  You just testified that you have

12   knowledge -- you had knowledge that -- of what

13   Jeffrey was doing behind closed doors with other

14   girls.  Was that your testimony?

15        A.   Based on what he had told me.

16        Q.   Okay.  So Jeffrey told you things that he

17   had done with other girls?

18        A.   Yes.

19        Q.   You did not observe any of those things?

20        A.   No.

21        Q.   You did not talk to any of those girls

22   about what they had done with Jeffrey behind closed

23   doors?

24              MS. McCAWLEY:  Objection.

25



Page 152

1        Q.   When I say "girl," I really mean women,

2   correct?

3        A.   Correct.

4        Q.   There were other women around who hung out

5   with Jeffrey, and you don't know what they did

6   behind closed doors, correct?

7        A.   Correct.

8        Q.   So when you heard the implication that she

9   wanted other girls around to take the pressure off

10  of her sexually, in your mind that meant other adult

11  women that he had in his life, correct?

12            MS. McCAWLEY:  Objection.

13            THE WITNESS:  Correct, doing what I was

14       expected to do in a massage, you know.

15  BY MS. MENNINGER:

16       Q.   Ghislaine didn't have anything to do with

17  you bringing this woman over for a physical workout

18  with Jeffrey, correct?

19       A.   Correct.

20       Q.   She asked you to bring another girl to

21  be -- to perform massages at the home?

22       A.   Yes.  Well, she was always asking if I

23  knew anyone else.  And so I brought this one girl

24  that I didn't even know I worked with her at a

25  restaurant.  So I didn't care what she thought of me



Page 153

1    if anything happened.  And so -- but it never turned

2    into anything.

3         Q.   She was an adult?

4         A.   She was an adult.

5         Q.   Working at a restaurant with you?

6         A.   Yes.

7         Q.   What restaurant was that?

8         A.   It's a restaurant that's closed.  It's

9    called BD's Mongolian Barbecue.

10        Q.   You were asked about the famous people.

11   You said you met Michael Jackson?

12        A.   Yes.

13        Q.   But you did not give him a massage?

14        A.   No.

15        Q.   There were other famous people, perhaps,

16   who were around Jeffrey's home that you didn't meet,

17   correct?

18        A.   Correct.

19        Q.   Do you know whether Virginia Roberts has

20   told the truth about the age she was when she met

21   Ghislaine Maxwell?

22             MS. McCAWLEY:  Objection.  Exceeds the

23        scope of cross.

24             THE WITNESS:  I don't have any idea what

25        she told them in terms of her age.

