# EXHIBIT H

```
 1

 2                         UNITED STATES DISTRICT COURT
                           SOUTHERN DISTRICT OF NEW YORK
 3
                           CASE: 15-cv-07433-RWS
 4
     VIRGINIA GIUFFRE,
 5
             Plaintiff,
 6
     v.
 7
     GHISLAINE MAXWELL,
 8
             Defendant.
 9   _____/

10

11              VIDEOTAPED DEPOSITION OF TONY FIGUEROA

12                          Volume 1 of 2

13                          Pages 1 - 157

14

15           Taken at the Instance of the Defendant

16

17
        DATE:           Friday, June 24, 2016
18
        TIME:           Commenced:  8:59 a.m.
19                      Concluded:  1:22 p.m.

20      PLACE:          Southern Reporting Company
                        B. Paul Katz Professional Center
21                      (SunTrust Building)
                        One Florida Park Drive South
22                      Suite 214
                        Palm Coast, Florida  32137
23
        REPORTED BY:    LEANNE W. FITZGERALD, FPR
24                      Florida Professional Reporter
                        Court Reporter and Notary Public
25
```

```
 1         Q    You didn't know her to work at any retail
 2    places?
 3         A    Not that I'm aware of.
 4         Q    Do you recall her working as a waitress?
 5         A    I believe so, yes.
 6         Q    When was that?
 7         A    I don't know the exact date.
 8         Q    Was it while you-all were dating?
 9         A    I'm pretty -- it might have been, yes.
10         Q    Did you ever go to her restaurant?
11         A    No.  I did not have a car.
12         Q    Did Ms. Roberts have a car?
13         A    She did, yeah.
14         Q    What kind of car did she have?
15         A    It was a -- I'm pretty sure it was a
16    white -- a white Pontiac, I think it was, at first.
17         Q    Like a '93?
18         A    Yeah, I think so.  And then she ended up
19    buying a truck.
20         Q    When did she buy the truck?
21         A    It was a little bit before she left, but
22    not too long.
23         Q    What kind of truck?
24         A    It was a Dodge Dakota extended cab.
25         Q    Do you know what happened to that when she
```

1    did not come back from Thailand?

2        A    Yeah.  I ended up getting in some trouble
3    with it, and I got it impounded.  And her dad got
4    it, I guess, because I obviously couldn't.

5        Q    What kind of trouble did you get into with
6    that truck?

7        A    I ended up getting arrested for grand
8    theft.  I ended up taking a bunch of Xanax and
9    stealing a bunch of stuff on the way back from
10   dropping her off at the airport to go to Thailand.

11       Q    In that -- in that --

12       A    In that truck, yes.

13       Q    Okay.  How was that case resolved?

14       A    I ended up getting charged with a felony.
15   And, I mean, I got my rights back, like, last year,
16   so...

17       Q    Great.

18            Did you have to serve any time?

19       A    I did.  I went to jail for -- I'm not
20   exactly sure.  But then I was on probation for a
21   long time, so...

22       Q    And that all stemmed from an incident
23   where you were driving Ms. Roberts' truck?

24       A    That was the exact -- when I was dropping
25   her off at Thailand -- or to the airport to go to

1   Thailand -- in Miami.  And it was literally that
2   night.  I made it back to West Palm and then got
3   caught in West Palm and woke up in jail.
4       Q    Was that truck in her name?
5       A    That, I'm not sure.
6       Q    Were you with her when she got the truck?
7       A    Together as in her boyfriend?  Or with her
8   when she bought it?
9       Q    With her when she bought it.
10      A    No.
11      Q    You were her boyfriend?
12      A    Yeah, I was.  But I was not there when she
13  got the truck.  I mean, I don't even know when it
14  was, but I know she bought it, though.
15      Q    Was it new or used?
16      A    No, it was not new.  I believe it was a
17  few years old.  I'm not positive.  But it was a
18  while ago, so, I mean, that kind of an old truck
19  is -- I mean, I'm not sure exactly if it was new
20  then or not, you know.
21      Q    Got it.
22           At the time she left for Thailand, she had
23  the Dodge Dakota, and you did not have a vehicle?
24      A    Yeah.
25      Q    Before the Dodge Dakota, she was driving a

```
 1        Q    Was it one event or more than one event?
 2        A    I'm positive it was more than one.
 3        Q    Why do you say that?
 4        A    Because they were always with each other.
 5   Like, any time she would talk to me about them going
 6   to do stuff, it was with her and Ms. Maxwell.  Like,
 7   they were always out, like, trying to get girls and
 8   whatnot.
 9        Q    Okay.  Did you ever participate in getting
10   girls?
11        A    Yes.  But...
12        Q    Tell me what you mean.  What did you do?
13   When you say 'get girls,' what do you mean?
14        A    Pretty much I got some of my friends that
15   I knew, because Virginia was looking for other girls
16   to go over there, because Jeffrey was giving us $200
17   apiece for every one that we brought over.  And
18   I'll -- pretty much I would get friends that I went
19   to school with, and I would take them over there and
20   introduce them, and then I would just leave.
21        Q    What did you tell them they were going to
22   do?
23        A    A masseuse, like, and then I told them --
24   I was, like, "Now, listen."  I was, like, "I'm
25   letting you know I don't know what he's going to ask
```

1    you to do.  But, you know, he obviously has money
2    willing to pay for stuff.  So whatever happens, I
3    don't."  You know, I don't know.  I've never been up
4    there.  I've never seen what happens up there.
5            You know, I -- you know.  But as far as I
6    told them, it was just a masseuse job.
7            But any time someone:  Oh, you're going to
8    be a masseuse, like, they always jump to the
9    conclusion, you know, happy endings, blah, blah,
10   blah, blah, you know, so...
11      Q    You never had any direct conversations
12   with these girls?
13      A    No.  I never asked them what had happened,
14   ever.
15      Q    What are the names of some of these girls
16   that you remember?
17      A    I remember taking ███████████████
18   [phonetic].  And I know she ended up bringing some
19   other girls, also.
20           But we met this other girl -- well, it was
21   actually her boyfriend we met.  I met him -- I think
22   it was at Gold Coast or South Area.  It was one of
23   those schools that I met him at.  And his girlfriend
24   ended up working for him, also.  And I think she got
25   more girls for him, as well.

1   Q   Do you know her name?
2   A   I think it was Carolyn -- Caroline,
3   Carolyn -- I don't know -- something like that.
4   Q   Did Jeffrey call you directly about
5   getting more girls?
6   A   Yes.
7   Q   On the phone?
8   A   Uh-huh (affirmative).
9   Q   What did he say?
10  A   He was just asking me if I had any other
11  girls that wanted to come work.
12  Q   Okay.  Is that the term that he used?
13  A   Yeah.
14  Q   And did he pay -- he paid you personally?
15  A   Yeah.  He handed me $200 for every girl
16  that I walked in that door, whether they did stuff
17  with him or not.
18  Q   In cash?
19  A   Cash.
20  Q   Did you ever get paid by Ms. Maxwell for
21  that?
22  A   No.
23  Q   Did you ever bring a girl to Ms. Maxwell?
24  A   No.
25  Q   Did Ms. Maxwell ever call you and ask you

1  to bring a girl to her?
2       A    No.
3       Q    Did Ms. Maxwell ever call you and ask you
4  to bring a girl to Jeffrey?
5       A    No.
6       Q    All right.  Approximately what period of
7  time were you doing this bringing of girls?
8       A    I'd say probably, like, about six months
9  before she left.  Because mainly, like I said, I
10 mean, she would get them with Ms. Maxwell or whoever
11 else.  And whenever we were around, like I said, I
12 would find friends that I went to school with or
13 whatever that were willing to go there, so...
14      Q    I'm sorry.  What did you start that
15 sentence with?  She would get them from Ms. Maxwell?
16      A    No.  Her and Ms. Maxwell would go get them
17 for him.
18      Q    Did you see Virginia with Ms. Maxwell
19 at --
20      A    I had never.  Like I said, aside from
21 going to the mansion, I had never went out with them
22 anywhere.  I've never been out to clubbing with
23 them.  I've never been to New York or anything.  I
24 never went on any trips with them.  So anything that
25 happened, I was not there for, so...

1    Q    What drugs had you seen Ms. Roberts use?
2         MR. EDWARDS:  Object to the form.
3    A    Weed, coke, bars, Xanax -- which are bars,
4  obviously.  I mean, that's mainly what we were
5  doing.  I mean, we tripped a couple of times.
6  BY MS. MENNINGER:
7    Q    Tripped on what?
8    A    Acid.
9    Q    Was there ecstasy?
10   A    I mean, honestly, I really was not too big
11 into ecstasy.  But back then, I mean, a lot of the
12 nights could have been with some, and just I don't
13 remember.  I mean, that's a good possibility.  I
14 used to get pretty messed up myself, so...
15   Q    How frequently did you see Ms. Roberts
16 using cocaine?
17   A    Not very --
18        MR. EDWARDS:  Object to the form.
19   A    -- often at all, actually.
20 BY MS. MENNINGER:
21   Q    How often did you see her using weed?
22   A    That -- that, we did, like, daily.
23   Q    What money was used to purchase the weed,
24 if you know?
25   A    I pretty much bought that myself.  Like, I

1   always smoked weed, and I always had my own, so...
2       Q   And where did you get your money at that
3   time?
4       A   What's that?
5       Q   Where were you getting your money at that
6   time?
7       A   I was actually working at Denny's at the
8   time before she started -- before I met her.  I was
9   a cook.
10      Q   After you met her, did you stop working at
11  Denny's?
12      A   Yeah, I did stop working there.  But then
13  I ended up getting a job at Dunkin' Donuts
14  eventually, and just bouncing around from different
15  places and...
16      Q   Were you living off of her money?
17      A   Somewhat, yes.
18      Q   She was paying the rent?
19      A   Uh-huh (affirmative).
20      Q   Yes or no?
21      A   Yes.  Sorry.
22      Q   You made your own purchases of weed?
23      A   Uh-huh (affirmative).
24      Q   You --
25      A   Yeah.  My neighbor actually across the

1  street from me, he used to -- he was my guy I got my
2  weed from.  So he would just always, "Here you go."
3      Q    How often did you see Ms. Roberts taking
4  Xanax?
5      A    Not very often.  And then -- I mean, but
6  the thing about Xanax is, like, you don't remember
7  much.  So whenever it was, obviously, I was taking
8  it, too.  So I couldn't exactly recall the amounts
9  of times, you know.
10     Q    So the two of you took Xanax together?
11     A    Yeah.
12     Q    And your experience is that when you were
13 taking Xanax, you can't remember things that well?
14     A    Yeah.
15     Q    Did you ever observe her taking up to
16 eight Xanax per day?
17     A    That, I'm not exactly sure on the number,
18 so I don't know.
19     Q    Did you observe her under the influence of
20 any drugs?
21     A    Yeah.  Like I said, whenever we took them
22 together.  When she was off doing her own thing with
23 them, I have no clue what they were doing.
24     Q    Do you know whether Jeffrey wanted her to
25 use drugs or did not want her to use drugs, or

1   anything about it?
2       A    I don't know.  I know he didn't do
3   anything.  But I don't know what he told her not to
4   do or do, so...
5       Q    Did you have any concerns, since she had
6   been in a rehabilitation program, before about her
7   drug use?
8       A    No.  Because as I stated before, I was not
9   exactly a standup guy back then either.  So I was
10  not really the best person to get advice from.  You
11  know, I was kind of doing the same stuff and getting
12  in trouble.  So I was not really trying to tell
13  people how to live their life, you know?
14      Q    Is it fair to say you were both partying
15  together?
16      A    Yes.
17      Q    You had parties at your apartment?
18      A    Yeah.
19      Q    People came over?
20      A    Yeah.
21      Q    You bought and supplied drugs for those
22  people?
23      A    Yeah.
24      Q    They came over to your house specifically
25  to party?

1            MR. EDWARDS:  Object to the form.
2       A    Um, no.  Because they were my friends.  I
3  mean, they would hang out just to play video games,
4  you know.  It was just sometimes it got wild,
5  sometimes it didn't.  You know, sometimes we were
6  all just chilling, smoking; sometimes we weren't.
7  You know, it's just, like, it just all depended on
8  who was there and what was going on at the time.  It
9  was not like we always had random people just
10 showing up at the apartment.  It was always pretty
11 much, like, the same group of people that would come
12 over.
13            Because that guy Anthony, he actually was
14 staying in the apartment across from us with, I
15 believe -- I can't remember these two brothers'
16 names.  But there was them over there, and then
17 there was -- damn, I can't remember their names.
18 But there was two brothers that lived there.  Them
19 two, Anthony, my friend Mario.  Like, it was just
20 pretty much the same people that always would just
21 come over and just, you know, hang out and chill.
22 My friend Wes.
23      Q    Anthony was living in an apartment in the
24 same complex?
25      A    Yeah.