# COMPOSITE EXHIBIT 4
# (Filed Under Seal)

```
                          UNITED STATES DISTRICT COURT
                          SOUTHERN DISTRICT OF NEW YORK

                          CASE: 15-cv-07433-RWS
```

VIRGINIA GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.
_____/

```
            VIDEOTAPED DEPOSITION OF TONY FIGUEROA

                       Volume 1 of 2

                       Pages 1 - 157


            Taken at the Instance of the Defendant


   DATE:          Friday, June 24, 2016

   TIME:          Commenced:  8:59 a.m.
                  Concluded:  1:22 p.m.

   PLACE:         Southern Reporting Company
                  B. Paul Katz Professional Center
                  (SunTrust Building)
                  One Florida Park Drive South
                  Suite 214
                  Palm Coast, Florida  32137

   REPORTED BY:   LEANNE W. FITZGERALD, FPR
                  Florida Professional Reporter
                  Court Reporter and Notary Public
```

```
 1         Q    I guess my question is:  Did she ever tell
 2    you that she had started as a regular masseuse for
 3    him and then transitioned to something other than a
 4    masseuse?
 5         A    No.  She never said that it transitioned.
 6    But she ended up explaining to me what had happened
 7    before, so...
 8         Q    What has -- what is that?
 9         A    That her and Ms. Maxwell and Jeffrey would
10    obviously be doing stuff, all three of them
11    together.  Like I said, that they would all go out
12    to clubs to pick up girls and try and find them to
13    bring back for Jeffrey.  And then she told me about
14    how, like I said, her and Ms. Maxwell and Jeffrey
15    were all intimate together on multiple occasions.
16         Q    When did she tell you this?
17         A    I'm not exactly sure on the dates.
18         Q    Was it while you were still together?
19         A    Yes.
20         Q    Did you -- had you met Ms. Maxwell?
21         A    Yeah, I had met her a couple of times.
22         Q    When did you meet Ms. Maxwell?
23         A    Dates, I'm unsure of.  But it was pretty
24    much, like I said, at Jeffrey's house in the
25    kitchen.
```

1          Q    Was it earlier in the time you were with
2     her, or...
3          A    It was about -- I'd say about six months
4     or so.  I don't know.  I'm not exactly positive.
5          Q    All right.  So at the time you met
6     Ms. Maxwell, had Ms. Roberts already told you that
7     she had been intimate?
8          A    No.  She had told me about that, I
9     believe, after I had max- -- after I had already met
10    her.
11         Q    Okay.  And tell me everything that you
12    remember about what Ms. Roberts said about being
13    intimate with Ms. Maxwell and Mr. Epstein at the
14    same time.
15         A    I remember her talking about, like,
16    strap-ons and stuff like that.  But, I mean, like I
17    said, all the details are not really that clear.
18    But I remember her talking about, like, how they
19    would always be using and stuff like that.
20         Q    She and Ms. Maxwell and Mr Epstein would
21    used strap-ons?
22         A    Uh-huh (affirmative).
23         Q    How did you feel about that?
24         A    I just -- obviously not happy about it.
25         Q    What did you say?

1      A    I did not.
2      Q    When the FBI interviewed you, did you
3   mention this to them?
4      A    I mentioned -- anything they asked me, I
5   did not hold anything back.
6      Q    Okay.  Do you recall specifically talking
7   about sex with the Prince?
8      A    I -- I don't recall talking to them about
9   that, but, I mean, it's -- it could be possible.
10     Q    Other than sex with the Prince, is there
11  anyone else that Jeffrey wanted Ms. Roberts to have
12  sex with that she relayed to you?
13     A    Mainly, like I said, just Ms. Maxwell and
14  all the other girls.
15     Q    Ms. Maxwell wanted -- Jeffrey wanted
16  Virginia to have sex with Ms. Maxwell?
17     A    And him, yeah.
18     Q    And did she tell you whether she had ever
19  done that?
20     A    Yeah.  She said that she did.
21     Q    And when did she tell you that?
22     A    I'm not sure on the date.
23     Q    And what did she describe having happened?
24     A    I believe I already told you that.  With
25  the strap-ons and dildos and everything.

```
 1        Q    Was it one event or more than one event?
 2        A    I'm positive it was more than one.
 3        Q    Why do you say that?
 4        A    Because they were always with each other.
 5   Like, any time she would talk to me about them going
 6   to do stuff, it was with her and Ms. Maxwell.  Like,
 7   they were always out, like, trying to get girls and
 8   whatnot.
 9        Q    Okay.  Did you ever participate in getting
10   girls?
11        A    Yes.  But...
12        Q    Tell me what you mean.  What did you do?
13   When you say 'get girls,' what do you mean?
14        A    Pretty much I got some of my friends that
15   I knew, because Virginia was looking for other girls
16   to go over there, because Jeffrey was giving us $200
17   apiece for every one that we brought over.  And
18   I'll -- pretty much I would get friends that I went
19   to school with, and I would take them over there and
20   introduce them, and then I would just leave.
21        Q    What did you tell them they were going to
22   do?
23        A    A masseuse, like, and then I told them --
24   I was, like, "Now, listen."  I was, like, "I'm
25   letting you know I don't know what he's going to ask
```

1                    CERTIFICATE OF REPORTER

2
     STATE OF FLORIDA     )
3                         )
     COUNTY OF VOLUSIA    )
4

5

6

7            I, Leanne W. Fitzgerald, Court Reporter, do
     hereby certify that I was authorized to and did
8    stenographically report the deposition of TONY
     FIGUEROA; and that the foregoing transcript is a
9    true record of my stenographic notes.

10           I further certify that I am not a relative,
     employee, attorney, or counsel of any of the
11   parties, nor am I a relative or employee of any of
     the parties' attorneys or counsel connected with the
12   action, nor am I financially interested in the
     action.

13
             Dated this 5th day of July, 2016.
14

15

16

17

18

19
                          _____
20                        Leanne W. Fitzgerald, FPR
                          Florida Professional Reporter
21
                          Digital Certificate Authenticated
22                        By Symantec

23

24

25

```
                     UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF NEW YORK

                     CASE:  15-cv-07433-RWS
```

VIRGINIA GIUFFRE,

       Plaintiff,

v.

GHISLAINE MAXWELL,

       Defendant.
_____/

         VIDEOTAPED DEPOSITION OF TONY FIGUEROA

                 Volume 2 of 2

                Pages 158 - 258


        Taken at the Instance of the Defendant


```
    DATE:          Friday, June 24, 2016

    TIME:          Commenced:  8:59 a.m.
                   Concluded:  1:22 p.m.

    PLACE:         Southern Reporting Company
                   B. Paul Katz Professional Center
                   (SunTrust Building)
                   One Florida Park Drive South
                   Suite 214
                   Palm Coast, Florida  32137

    REPORTED BY:   LEANNE W. FITZGERALD, FPR
                   Florida Professional Reporter
                   Court Reporter and Notary Public
```

1              MS. MENNINGER:  Objection.  Form.
2       Foundation.
3       A    For Jeffrey.
4  BY MR. EDWARDS:
5       Q    All right.  Let me fix this.  Ghislaine --
6  when Ghislaine Maxwell would call you during the
7  time that you were living with Virginia, she would
8  ask you what, specifically?
9              MS. MENNINGER:  Objection.  Form.
10      Foundation.
11      A    Just if I had found any other girls just
12 to bring to Jeffrey.
13 BY MR. EDWARDS:
14      Q    Okay.
15      A    Pretty much every time there was a
16 conversation with any of them, it was either asking
17 Virginia where she was at, or asking her to get
18 girls, or asking me to get girls.
19      Q    All right.  Let's go to that second
20 category you just identified, which is asking
21 Virginia to get girls.  How many times were you in a
22 room where specifically Ghislaine Maxwell would ask
23 Virginia to bring girls?
24      A    None that I can recall.
25      Q    Okay.  How many times -- when you say they

1                    CERTIFICATE OF REPORTER

2
    STATE OF FLORIDA    )
3                       )
    COUNTY OF VOLUSIA   )
4

5

6

7           I, Leanne W. Fitzgerald, Court Reporter, do
    hereby certify that I was authorized to and did
8   stenographically report the deposition of TONY
    FIGUEROA; and that the foregoing transcript is a
9   true record of my stenographic notes.

10          I further certify that I am not a relative,
    employee, attorney, or counsel of any of the
11  parties, nor am I a relative or employee of any of
    the parties' attorneys or counsel connected with the
12  action, nor am I financially interested in the
    action.

13
            Dated this 5th day of July, 2016.
14

15

16

17

18

19
                            _____
20                          Leanne W. Fitzgerald, FPR
                            Florida Professional Reporter
21
                            Digital Certificate Authenticated
22                          By Symantec

23

24

25