# EXHIBIT 5
# (Filed Under Seal)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 15-CV-07433-RWS

------------------------------------------x

VIRGINIA L. GIUFFRE,

Plaintiff,

v.

GHISLAINE MAXWELL,

Defendant.

------------------------------------------x

May 18, 2016
9:04 a.m.

C O N F I D E N T I A L

Deposition of JOHANNA SJOBERG, pursuant to notice, taken by Plaintiff, at the offices of Boies Schiller & Flexner, 401 Las Olas Boulevard, Fort Lauderdale, Florida, before Kelli Ann Willis, a Registered Professional Reporter, Certified Realtime Reporter and Notary Public within and for the State of Florida.



Q. Okay. Great.
All right. Do you know a female by the name of Ghislaine Maxwell?
A. Yes.
Q. And when did you first meet Ms. Maxwell?
A. 2001. March probably. End of February/beginning of March.
Q. And how did you meet her?
A. She approached me while I was on campus at Palm Beach Atlantic College.
Q. And what happened when she approached you?
A. She asked me if I could tell her how to find someone that would come and work at her house. She wanted to know if there was, like, a bulletin board or something that she could post, that she was looking for someone to hire.
Q. And what did you discuss with her?
A. I told her where she could go to -- you know, to put up a listing. And then she asked me if I knew anyone that would be interested in working for her.
Q. Did she describe what that work was going to be?
A. She explained that she lived in Palm Beach and didn't want butlers because they're too stuffy.

And so she just liked to hire girls to work at the house, answer phones, get drinks, do the job a butler would do.

Q. And did she tell you what she would pay for that kind of a job?

A. At that moment, no, but later in the day, yes.

Q. And what did she say?

A. Twenty dollars an hour.

Q. Was there anybody else with Ms. Maxwell when you met her?

A. There was another woman with her. I don't recall her or what she looks like or how old she was.

Q. And what happened next?

A. And then she asked me if I would be interested in working for her. And she told me that she was -- I could trust her and that I could jump in her car and go check out the house at that moment if I wanted.

And so I said, Sure, let's do it, and went to her home with her.

Q. And where was that home?

A. In Palm Beach.

Q. And did she describe that home as being



Q. And how long did you work in that position answering phones and doing --
A. Just that one day.
Q. Just that one day.
And did your duties change?
A. Well, the next time she called me, she asked me if I wanted to come over and make $100 an hour rubbing feet.
Q. And what did you think of that offer?
A. I thought it was fantastic.
Q. And did you come over to the house for that purpose?
A. Yes.
Q. And when you came over to the house, was Maxwell present?
A. I don't recall.
Q. And what happened that second time you came to the house?
A. At that point, I met Emmy Taylor, and she took me up to Jeffrey's bathroom and he was present. And her and I both massaged Jeffrey. She was showing me how to massage.
And then she -- he took -- he got off the table, she got on the table. She took off her clothes, got on the table, and then he was showing



me moves that he liked. And then I took my clothes off. They asked me to get on the table so I could feel it. Then they both massaged me.

Q. So it was more than a foot massage at that point?

A. Yeah, it was mostly, like, legs and back.

Q. Was everybody in the room without clothes on?

A. When they were on the massage table, yes.

Q. Did they -- when they got off the massage table to perform the massage, did they dress or did --

A. Yes.

Q. They dressed.

And do you recall who paid you for that first day that you did the massages?

A. I don't recall.

Q. Do you recall whether Maxwell was at the house during that first day when you were doing the massage with Emmy and Jeffrey?

MS. MENNINGER: Objection, asked and answered.

BY MS. McCAWLEY:

Q. You can answer.

A. I don't recall.



A. No, I only -- to you, I said that to you. I just saw her as perhaps someone who may not have had a strong family, and they took her under their wing.

Q. Now, you mentioned remembering going to Atlantic City.

Did you go -- where did you go after Atlantic City?

A. Once we landed in New York, Emmy and I went in a car and drove around the city for a half hour or so, just to see some of the city.

Q. And then where did you go after doing the sightseeing?

A. We went to the townhouse on East 71st.

Q. And can you describe that location for me?

A. Sure. Between Madison and Park. I think the address might have been 9 East 71st Street.

Q. And who owned that home?

A. As far as I knew, Epstein.

Q. Can you describe for me physically what --

A. Palatial. When you walk up, it looks like a normal door to a townhouse, and when you walk in -- I thought there were four floors. I heard there were seven floors. I didn't see them all.

Q. And do you recall who, if anybody, was at



Jeffrey's home when you arrived?

A. Yes. When I first walked in the door, it was just myself, and Ghislaine headed for the staircase and said -- told me to come up to the living room.

Q. And what happened at that point, when you came up to the living room?

A. I came up and saw Virginia, Jeffrey, Prince Andrew, Ghislaine in the room.

Q. And did you meet Prince Andrew at that time?

A. Yes.

Q. And what happened next?

A. At one point, Ghislaine told me to come upstairs, and we went into a closet and pulled out the puppet, the caricature of Prince Andrew, and brought it down. And there was a little tag on the puppet that said "Prince Andrew" on it, and that's when I knew who he was.

Q. And did -- what did the puppet look like?

A. It looked like him. And she brought it down and presented it to him; and that was a great joke, because apparently it was a production from a show on BBC. And they decided to take a picture with it, in which Virginia and Andrew sat on a

couch. They put the puppet on Virginia's lap, and I sat on Andrew's lap, and they put the puppet's hand on Virginia's breast, and Andrew put his hand on my breast, and they took a photo.

Q. Do you remember who took the photo?

A. I don't recall.

Q. Did you ever see the photo after it was taken?

A. I did not.

Q. And Ms. Maxwell was present during the -- was Ms. Maxwell present during that?

A. Yes.

Q. What happened next?

A. The next thing I remember is just being shown to which room I was going to be staying in.

Q. When you exited the room that you were in where the picture was taken, do you recall who remained in that room?

A. I don't.

Q. Do you recall seeing Virginia exit that room?

A. I don't.

Q. During this trip to New York, did you have to perform any work when you were at the New York house?



A. I performed at least one massage that I recall.
Q. And who instructed you to give that massage?
A. Jeffrey.
Q. And can you describe for me what happened during that massage?
A. Near the end, he asked me to rub his nipples while he masturbated.
Q. And did that take place?
A. It did not.
Q. And why not?
A. I was not comfortable with it. And so I left the room.
Q. Did you have any -- did you say anything to him before leaving the room?
A. I believe I said, "I'm done."
Q. Do you recall what his reaction was to that?
A. I do not. At the time, at that moment, I do not.
Q. Did you recall later what --
A. Well, we had a conversation a little later, talking about his expectations, and that was the conversation where he said that the next trip



Q. Did you observe her to be young when you met her?

MS. MENNINGER: Objection, vague as to time.

THE WITNESS: All of the women were generally young. I did not know the ages of really anyone, so...

BY MS. McCAWLEY:

Q. How many massages did Jeffrey receive on average in a given day?

MS. MENNINGER: Objection, foundation.

THE WITNESS: Three a day.

BY MS. McCAWLEY:

Q. Let me back up for a moment.

How long did you work for Jeffrey and Ghislaine?

MS. MENNINGER: Objection, leading and foundation.

THE WITNESS: I believe it was five years, 2001 to 2006.

BY MS. McCAWLEY:

Q. And how many massages did Epstein receive per day on average?

MS. MENNINGER: Objection, foundation.

THE WITNESS: Three.



BY MS. McCAWLEY:
Q. Were the massages performed by the same girl or different females?
A. Different.
MS. MENNINGER: Objection, foundation.
BY MS. McCAWLEY:
Q. What did the females who performed the massages look like?
MS. MENNINGER: Objection, foundation.
THE WITNESS: They all looked different. Some of them were ethnic, some were blond, some were short, some were tall. Everyone was thin.
BY MS. McCAWLEY:
Q. Were the girls who performed the massages young or old?
MS. MENNINGER: Objection, foundation.
THE WITNESS: I don't recall anyone being old.
BY MS. McCAWLEY:
Q. Do you recall anybody being over the age of, say, 25?
MS. MENNINGER: Objection, form.
THE WITNESS: Yeah, I believe there was probably a few women that were older than 25.
MS. MENNINGER: I'm sorry. I get a chance

to object and then you can still answer. No one is going to stop you from answering. I just need to get the objection on the record, in the same way she needs to be able to talk before you. My apologies. I'm not trying to cut you off, but I am supposed to get it in before you answer.

BY MS. McCAWLEY:

Q. Did Jeffrey ever tell you why he received so many massages from so many different girls?

MS. MENNINGER: Objection, hearsay.

BY MS. McCAWLEY:

Q. You can answer.

A. He explained to me that, in his opinion, he needed to have three orgasms a day. It was biological, like eating.

Q. And what was your reaction to that statement?

A. I thought it was a little crazy.

Q. And what did -- do you recall what -- when you observed the other females giving massages, do you recall what they would dress like? Did they wear scrubs or did they typically wear normal clothes?

A. Normal clothes.



MS. MENNINGER: Objection, leading.
BY MS. McCAWLEY:
Q. Do you believe that from your observations, Maxwell and Epstein were boyfriend and girlfriend?
A. Initially, yes.
Q. Did Maxwell ever share with you whether it bothered her that Jeffrey had so many girls around?
MS. MENNINGER: Objection, leading, hearsay.
THE WITNESS: No. Actually, the opposite.
BY MS. McCAWLEY:
Q. What did she say?
A. She let me know that she was -- she would not be able to please him as much as he needed and that is why there were other girls around.
Q. Did there ever come a time -- did you ever take a photography class in school?
A. Yes.
Q. And did there ever come a time when Maxwell offered to buy you a camera?
A. Yes.
MS. MENNINGER: Objection, leading.
BY MS. McCAWLEY:
Q. Did Maxwell ever offer to buy you a



camera?

MS. MENNINGER: Objection, leading.

THE WITNESS: Yes.

BY MS. McCAWLEY:

Q. Was there anything you were supposed to do in order to get the camera?

MS. MENNINGER: Objection, leading.

THE WITNESS: I did not know that there were expectations of me to get the camera until after. She had purchased the camera for me, and I was over there giving Jeffrey a massage. I did not know that she was in possession of the camera until later.

She told me -- called me after I had left and said, I have the camera for you, but you cannot receive it yet because you came here and didn't finish your job and I had to finish it for you.

BY MS. McCAWLEY:

Q. And did you -- what did you understand her to mean?

A. She was implying that I did not get Jeffrey off, and so she had to do it.

Q. And when you say "get Jeffrey off," do you mean bring him to orgasm?

A. Yes.

Q. Did Ghislaine ever describe to you what types of girls Jeffrey liked?

A. Model types.

Q. Did Ghislaine ever talk to you about how you should act around Jeffrey?

A. She just had a conversation with me that I should always act grateful.

Q. Did Jeffrey ever tell you that he took a girl's virginity?

A. He did not tell me. He told a friend of mine.

Q. And what do you recall about that?

MS. MENNINGER: Objection, hearsay, foundation.

THE WITNESS: He wanted to have a friend of mine come out who was cardio-kickboxer instructor. She was a physical trainer.

And so I brought her over to the house, and he told my friend Rachel that -- he said, You see that girl over there laying by the pool? She was 19. And he said, I just took her virginity. And my friend Rachel was mortified.



BY MS. McCAWLEY:

Q. Based on what you knew, did Maxwell know that the type of massages Jeffrey was getting typically involved sexual acts?

MS. MENNINGER: Objection, foundation, leading.

THE WITNESS: Yes.

BY MS. McCAWLEY:

Q. What was Maxwell's main job with respect to Jeffrey?

MS. MENNINGER: Objection, foundation.

THE WITNESS: Well, beyond companionship, her job, as it related to me, was to find other girls that would perform massages for him and herself.

BY MS. McCAWLEY:

Q. Did Maxwell ever refer to the girls in a particular way?

A. At one point when we were in the islands, we were all watching a movie and she called us her children.

Q. Did anybody respond to that?

A. I don't recall.

Q. Did she ever refer to herself as a mother?

A. Yes, like a mother hen.



time.

Q. Did Epstein try to make the massages sexual?

A. On occasion.

Q. Would Epstein have you rub his nipples?

A. Yes.

Q. Would he masturbate during the massages?

A. Yes.

Q. Did he use sex toys or vibrators on you?

A. Yes.

Q. Would he leave the sex toys or vibrators out after the massage or would he clean up after himself?

MS. MENNINGER: Objection, vague, form.

THE WITNESS: He did not ever clean up.

BY MS. McCAWLEY:

Q. Do you believe that your experience during the years you were with Jeffrey and Maxwell damaged you?

MS. MENNINGER: Objection, leading, form.

THE WITNESS: It affected me. "Damaged" is a strong word.

BY MS. McCAWLEY:

Q. And in what way did it affect you?

A. It affected future relationships with men,



trust issues, expectation issues.

Q. Did you observe Nadia Marcinkova and Ghislaine at the house at the same time?

MS. MENNINGER: Objection, leading, form.

THE WITNESS: I don't recall.

BY MS. McCAWLEY:

Q. On the USVI trip, the second trip that you took, do you recall Nadia Marcinkova being present?

A. I believe she was present at that trip.

Q. Do you recall Maxwell being present on that trip?

A. Yes.

Q. Do you know an individual by the name of [REDACTED]?

A. Yes.

Q. And who is [REDACTED]?

A. She was one of the girls that was around.

Q. Was [REDACTED] around both Jeffrey Epstein and Ghislaine Maxwell?

A. I don't recall.

Q. Do you recall where you first met [REDACTED] [REDACTED]?

A. In Palm Beach.

Q. At Jeffrey Epstein's home?

A. Yes.



Q. And what -- do you recall any observations about [redacted] when you met her?

A. To speak with, she was a little rough around the edges, and I could see the progression of her being groomed a little. They got her braces. She had terrible posture. And with a lot of massages, she learned to stand up straight. So I just saw her become a much more confident person.

Q. Do you recall how old she was when you first met her?

A. I assumed she was 18, but I do not know her age.

MS. McCAWLEY: We're going to take a break really quickly and then we will be back. So we are going to go off the record.

THE VIDEOGRAPHER: Off the record at 9:48.

(Thereupon, a recess was taken, after which the following proceedings were held:)

THE VIDEOGRAPHER: On the record at 9:58.

BY MS. McCAWLEY:

Q. I'm just going to resume. I have a few more questions for you.

You mentioned visiting the US Virgin Islands.

Do you recall doing any activities with



Maxwell when you were on the visit to the USVI?

MS. MENNINGER: Objection, vague as to time.

THE WITNESS: I don't recall.

BY MS. McCAWLEY:

Q. Do you recall ever going hiking with her?

A. Yes.

Q. Did Maxwell ever ask you to try to bring other girls over for Jeffrey?

A. At that time?

Q. Yes.

A. No.

Q. Any other time?

A. Well, she had asked me if I knew anyone that could perform massages that would come to the house.

Q. And what was your understanding of that request?

MS. MENNINGER: Objection.

THE WITNESS: Well --

MS. MENNINGER: Form.

THE WITNESS: -- I just wondered why they wouldn't just call me.

BY MS. McCAWLEY:

Q. And did you bring anybody else over to



perform massages?

A. I did not.

Q. When you were either in the USVI or in Palm Beach, did you ever observe any females either topless or naked out by the pool?

A. Yes.

Q. What did you observe?

A. Mostly skinny-dipping.

Q. Do you know who the individuals were that you observed?

A. Sarah Kellen and Ghislaine.

Q. Anybody else?

A. Yes, but I don't recall who.

Q. Did that happen on more than one occasion?

A. Yes.

Q. How often do you remember making those observations?

A. Three times.

Q. Do you recall giving a statement to the police regarding Jeffrey Epstein?

A. Yes.

Q. Do you recall when you gave that statement?

A. I don't recall the date.

Q. Do you recall the year?



post that she needed help.

She then asked me if I knew anyone, and I didn't know who she was, I didn't want to take the responsibility of finding someone to work for her, and so I said, Sorry, I don't.

And then she said, Well, maybe what about you?

And I was at a point in life, I was super spontaneous and willing to skip school.

So she said, Come to my house, come in my car and check it out.

And so I did.

Q. Okay. So for those of you -- of us who don't know, is this like a college campus, like a traditional college campus, or is it in a city setting?

A. It's in a city setting. I mean, Palm Beach is not a big city. So it's on the Intracoastal, and there was a big grassy area that were surrounded by buildings, so she was inside of the campus.

Q. And she was looking for a bulletin board where she could post a job?

A. Something like that, yes.

Q. Did she have any kind of flyers --

the news channel 12 showed up at my door asking me questions.

Q. When Jeffrey was pressuring you to do more than you felt comfortable with, did you observe him being more aggressive in general? Outside of the massage context?

MS. McCAWLEY: Objection.

THE WITNESS: No.

BY MS. MENNINGER:

Q. Do you know whether he was taking any type of steroids?

A. No.

Q. Did you ever see him wearing a patch or something like that?

A. I don't recall.

Q. Did you tell anyone that Jeffrey was becoming more aggressive with you contemporaneous with when it was happening?

MS. McCAWLEY: Objection.

THE WITNESS: No.

BY MS. MENNINGER:

Q. When Jeffrey asked you to do other things besides a normal massage, did he offer to pay you additionally?

A. Yes.



Q. How much?
A. One hundred dollars extra.
Can I clarify?
Q. Absolutely.
A. He didn't ever say he would pay me more, but when the massage was more than just a massage and it was sexual, then he would pay me more.
Q. It wasn't a discussion; it's just what happened?
A. Correct.
Q. Thank you for clarifying.
The things that took place with you and Jeffrey behind closed doors were when you were a consenting adult, correct?
A. Yes.
MS. McCAWLEY: Objection.
THE WITNESS: Correct.
BY MS. MENNINGER:
Q. And you did not have knowledge of what took place with other women behind closed doors and Jeffrey, correct?
MS. McCAWLEY: Objection.
THE WITNESS: Correct.
BY MS. MENNINGER:
Q. Do you recall giving an interview to a



story out, because this is when Dershowitz -- Dershowitz was saying nothing was happening and he was calling her a liar. And she was just trying to find people to back up her story.

BY MS. MENNINGER:

Q. And what did you understand her story to be? Did she tell you?

A. That she was recruited to give massages, sexual massages, and have sex with people such as Dershowitz and Andrew. But I knew none of that at the time.

Q. Right. Did you tell them anything -- did you tell them during that meeting that you knew of anything about her being recruited to give sex to either Jeffrey or to other people?

MS. McCAWLEY: Objection.

THE WITNESS: Can you rephrase?

BY MS. MENNINGER:

Q. Yes. That wasn't a very good question.

What did you say during this meeting with Virginia and her investigator?

A. Basically that I believed her, even though I -- she never spoke to me specifically about what was going on; that once I learned everything that happened based on reading the police report, I



believed her side of the story.

Q. And did she tell you what her side of the story was?

A. You know, just that she wasn't a liar; that, you know, she was there to have sex with men that Jeffrey wanted her to sleep with.

Q. Did she tell you in that meeting who she had sex with?

A. No.

Q. Did she name any of the famous people?

A. Only Dershowitz came up.

Q. Did you two talk about the incident in New York with the puppet?

A. I don't recall.

Q. And you formed this opinion about whether she was a liar based on things that you've read in the police report?

MS. McCAWLEY: Objection.

THE WITNESS: I formed my opinion based on my experience in the house.

BY MS. MENNINGER:

Q. Okay. And what experience in the house helped you form your opinion that what Virginia is saying is true?

A. You know, Jeffrey being open with me about



A. Flight logs.
Q. Any other documents?
A. No.
Q. What did Ms. McCawley or Mr. Edwards or any of the other lawyers say to you about Ghislaine Maxwell?
A. They just asked impressions. They never said anything about her.
Q. Were you shown a copy of any report that came out of that interview?
A. Which interview?
Q. The one with the -- Virginia's attorneys.
MS. McCAWLEY: Objection.
THE WITNESS: No.
BY MS. MENNINGER:
Q. You testified earlier about an incident with a camera that Ghislaine Maxwell had given you. I want to ask you some questions about that.
A. Sure.
Q. Do you know when that was?
A. That was in 2002.
Q. And why does that date stick out?
A. Because I was living -- where I was living specifically and where I had the phone call.
Q. Tell me what you remember about the



conversation.

A. I had been over to her house prior massaging Jeffrey. And I got a phone call from her, and she told me she had a camera for me for my photography class, but yet, she couldn't give it to me yet because during the massage I didn't finish my job and she had to finish it for me.

Q. Did she say what she meant?

A. No, but I knew.

Q. Was there any other time that you had discussed with her finishing your job?

A. Not that I recall.

Q. Any other time you just recall discussing with her anything about your sexual contact with Jeffrey?

MS. McCAWLEY: Objection.

THE WITNESS: No.

BY MS. MENNINGER:

Q. Did she give you the camera?

A. I did get the camera.

Q. Okay. When did she give you the camera?

A. I guess the next time I went to the house.

Q. What was said at that time?

A. I honestly don't know that she handed it to me. I remember it being there for me.

exposed her bra, and she grabbed it and pulled it down.

Q. Anything else?

A. That was the conversation that he had told her that he had taken this girl's virginity, the girl by the pool.

Q. Okay. Did Maxwell ever say to you that it takes the pressure off of her to have other girls around?

A. She implied that, yes.

Q. In what way?

A. Sexually.

Q. And earlier Laura asked you, I believe, if Maxwell ever asked you to perform any sexual acts, and I believe your testimony was no, but then you also previously stated that during the camera incident that Maxwell had talked to you about not finishing the job.

Did you understand "not finishing the job" meaning bringing Jeffrey to orgasm?

MS. MENNINGER: Objection, leading, form.

BY MS. McCAWLEY:

Q. I'm sorry, Johanna, let me correct that question.

What did you understand Maxwell to mean



when she said you hadn't finished the job, with respect to the camera?

MS. MENNINGER: Objection, leading, form.

THE WITNESS: She implied that I had not brought him to orgasm.

BY MS. McCAWLEY:

Q. So is it fair to say that Maxwell expected you to perform sexual acts when you were massaging Jeffrey?

MS. MENNINGER: Objection, leading, form, foundation.

THE WITNESS: I can answer?

Yes, I took that conversation to mean that is what was expected of me.

BY MS. McCAWLEY:

Q. And then you mentioned, I believe, when you were testifying earlier that Jeffrey told you a story about sex on the plane. What was that about?

MS. MENNINGER: Objection, hearsay.

THE WITNESS: He told me one time Emmy was sleeping on the plane, and they were getting ready to land. And he went and woke her up, and she thought that meant he wanted a blow job, so she started to unzip his pants, and he said, No, no, no, you just have to be awake for



landing.

BY MS. McCAWLEY:

Q. Do you recall witnessing any sexual acts on the plane?

A. No.

Q. Did Emmy ever talk to you about performing sexual acts on the plane?

A. No.

Q. We looked earlier at the police report, and I just want to clarify, you identified some areas where there were discrepancies in that report.

And you can take another look at it if you want, but other than the discrepancies you pointed out, is that a recollection of what you remember telling the detective?

A. Yes.

MS. MENNINGER: Objection, outside the scope of cross.

BY MS. McCAWLEY:

Q. You mentioned that there was a time when you noticed that Maxwell was around a little bit less?

A. Uh-huh.

Q. And I believe you said that was during the middle of the time you were with Jeffrey.

Do you remember approximately when that was year-wise?

A. I don't. I would say it was probably sometime between 2003 and 2004.

Q. And what made you think that?

A. I just saw her less and less at the house.

Q. Were you there more at the house during that time period?

A. No, not necessarily. It's just at the beginning, she was around a lot. And then I would see her occasionally without him. The one time we spent a few days together in 2006, she wasn't there at all.

Q. So you saw her in the -- is it fair to say that you saw her in the 2005 and 2006 time frame?

A. Yes.

Q. Then we were talking about the photography earlier and about the photographs.

Did Maxwell ever ask you to take nude photos of yourself for Jeffrey?

A. She asked me to take photos of myself for Jeffrey, yes.

Q. And did you do that?

A. I did not.

Q. And the photos that were around that were

in the bathroom, that you mentioned a couple of times places that there were photos of you, who took those?

A. He did.

Q. And when we were talking about the Palm Beach house and you were describing an area where there were just a lot of photographs, is it fair to say that there could have been nude photographs amongst those photos that you saw?

A. Yes.

Q. And earlier you testified that you don't have knowledge of what happens behind closed doors, but you also said that Jeffrey had told you what other girls did for him and that he wanted you to do those things for him.

Is it fair to say that you knew that other girls were performing sexual acts?

A. Yes.

MS. MENNINGER: Objection, foundation, form.

BY MS. McCAWLEY:

Q. And I know you mentioned previously that your relationship and the interaction with him progressed over time.

Did there come a time when you were



C E R T I F I C A T E

STATE OF FLORIDA )
: ss
COUNTY OF MIAMI-DADE )

I, KELLI ANN WILLIS, a Registered Professional, Certified Realtime Reporter and Notary Public within and for The State of Florida, do hereby certify:

That JOHANNA SJOBERG, the witness whose deposition is hereinbefore set forth was duly sworn by me and that such Deposition is a true record of the testimony given by the witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 18th day of May, 2016.

___________________________
KELLI ANN WILLIS, RPR, CRR

