# EXHIBIT 12
# (Filed Under Seal)

09 - 22783

**Condensed Transcript**

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA
CIVIL DIVISION

L.M.,

      Plaintiff,

  vs.

                                 CASE No.
                                 502008CA028051XXXXMB AB

JEFFREY EPSTEIN,

      Defendant.
~~~~~~~~~~~~~~~~~~~~~~

**DEPOSITION OF**

**LOUELLA RABUYO**

**VOLUME I**

October, 20, 2009
10:10 a.m.

515 N. Flagler Drive
Suite 200-P
West Palm Beach, Florida 33401

Reported By: Teresa Whalen, RPR, FPR, Notary Public, State of Florida



Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

GIUFFRE004386

Louella Rabuyo - Volume I                          October 20, 2009

9

1  head or shake your head, and she can't take that down.
2      A   All right.
3      Q   It's also very easy to say uh-huh or huh-uh,
4  but it kind of looks the same on paper, so you can't do
5  that either.  I'm going to wait until you finish your
6  answer, and you have to wait until I finish my question,
7  because if we talk over one another, then the court
8  reporter can't get it down.
9      A   Okay.  Yes, sir.
10     Q   All right.  So if you don't understand the
11  question, tell me you don't understand and I'll try to
12  ask a better question.
13     A   Yes.
14     Q   Okay.  So you were hired in November of 2004
15  to be the housekeeper for Mr. Epstein?
16     A   Yes.
17     Q   And when you were hired, who exactly hired
18  you, who -- let me strike that.
19         When you were hired to be the housekeeper for
20  Mr. Epstein, who did you interview with?
21     A   Ms. Maxwell.
22     Q   Is that Ghislaine Maxwell or just
23  Laine Maxwell?
24     A   Ghislaine Maxwell.
25     Q   And where did the interview take place?

10

1      A   At 358 El Brillo Way.
2      Q   And what did Ms. Maxwell and you speak about
3  prior to your being hired as the housekeeper?
4      A   My duties.
5      Q   And what did she tell you your duties would
6  be?
7      A   To tidy, to make beds, do laundry.
8      Q   Did she tell you what would take place in the
9  house on a day-to-day basis?
10     A   No.
11     Q   So going into that position, you had no idea
12  who the guests would be or who the people coming in the
13  house would be, or what would generally go on?
14     A   Can you simplify the question?
15     Q   Sure.  When you talked about with
16  Ghislaine Maxwell at this interview, your duties being
17  you would make the bed and tidy up, did she also tell
18  you that there would be a lot of guests, there would be
19  a few guests, did she talk to you about that at all?
20     A   She mentioned that if there are guests, we
21  have to, like, you know, prepare the room, and, what's
22  this, attend to the guests.
23     Q   And what did you understand that to mean that
24  you have to attend to the guests?
25     A   You have to prepare the room and see to it

11

1  that it's clean and appropriately, what's this...
2      Q   And as I understand this property, there is a
3  main house and then there's also a staff house on the
4  property; is that right?
5      A   Yes, sir.
6      Q   And when the guests would come over, would you
7  stay in the main house, or would you go to the staff
8  house?
9          MR. REINHART:  Can we get a time frame to the
10         question?
11  BY MR. EDWARDS:
12     Q   Over the last five years while you worked
13  there.
14     A   I usually stay in the staff house and do the
15  laundry, then I go to the kitchen and then tidy the
16  kitchen.
17     Q   You were hired in November of 2004, and what
18  were your hours that you worked there back in November
19  of 2004 when you were hired?
20     A   Eight to five.
21     Q   How many days a week?
22     A   Depends.
23     Q   How would the schedule be relayed to you?
24     A   When Mr. Epstein is there, then I'm supposed
25  to report, but usually it's five days a week.

12

1      Q   So am I correct in understanding that there
2  was one schedule when Mr. Epstein was in town, and the
3  schedule may be a little bit different if Mr. Epstein
4  was out of town?
5      A   Yes, sir.
6      Q   All right.  Tell me the differences when
7  Mr. Epstein is in town versus when Mr. Epstein was not
8  in town.
9      A   If he stays like three or four days, then I'm
10  supposed to be there, and then the house is to be
11  cleaned.  And then when they do not come, then I can
12  either go there, or I'm given free days off.
13     Q   Three days off?
14     A   No.  A free day.
15     Q   Oh, okay.  But typically back in 2004 when you
16  were hired, you worked an average of about five days a
17  week; is that correct?
18     A   Yes.
19     Q   All right.  And I guess by the way that you're
20  explaining it, if Mr. Epstein was in town for a longer
21  period of time, you may work more than five days, and if
22  Mr. Epstein was not in town, you may work less than five
23  days?
24     A   Yes.
25     Q   Okay.  Did you ever talk to Mr. Epstein prior



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

GIUFFRE004390

Louella Rabuyo - Volume I                                          October 20, 2009

13

1   to being hired?
2       A   No, sir.
3       Q   Where did this meeting, within the house where
4   did the meeting with Ghislaine Maxwell take place?
5       A   In the living room.
6       Q   Aside from telling you that you were going to
7   be required to make the beds and just generally tidy up,
8   did she specify anything else that you would be required
9   to do?
10      A   No.
11      Q   Where had you worked prior to working for
12  Mr. Epstein?
13      A   I work as a certified nursing assistant.
14      Q   Where?
15      A   At that time I was doing private duty.
16      Q   How long have you been a certified nursing
17  assistant?
18      A   Since about ten years.
19      Q   And what made you change professions from
20  being a certified nursing assistant to be a housekeeper
21  for Mr. Epstein?
22      A   The agency called me that there is an
23  interview; if I like, I go to, so that's how it started.
24      Q   And when you went to the interview, obviously
25  you're going to this very big house and you talked to

14

1   Ghislaine Maxwell, right?
2       A   Yes.
3       Q   And did you decide right then that you liked
4   this and that you were going to change professions and
5   you were going to be his housekeeper?
6       A   No.
7       Q   Okay.  Then walk me through that, how did you
8   go about eventually accepting the position?
9       A   I didn't expect to be hired, because there
10  were other interviewers (sic), interview people that
11  were to be interviewed.
12      Q   Okay.
13      A   And then I receive a call from Ms. Maxwell if
14  I like, I can do a try-out.
15      Q   Okay.  Did she tell you how long this try-out
16  period would last?
17      A   No.
18      Q   And what did you tell her when she made that
19  offer for you to try out?
20      A   I told her that I am still taking care of this
21  patient, so she said if you like, you can come Saturday
22  and try it.
23      Q   Okay.  And what did you tell her, did you
24  accept that?
25      A   Yes, I did.

15

1       Q   Did she tell what you would be paid at that
2   time?
3       A   Not yet.
4       Q   Did you show up that Saturday?  I guess that's
5   November 17th of 2004?
6       A   No, that's not.
7       Q   No.  Was it prior to November 17th of 2004, or
8   after?
9       A   After.
10      Q   Okay.  The interview that you first went to
11  was November 17th, 2004 with Ms. Maxwell; is that the
12  date that you gave us?
13      A   I cannot remember.
14      Q   The only reason I'm using that date is I
15  believe the question I asked was when did you start
16  working for Mr. Epstein, and I thought the date that you
17  gave me was November 17th, 2004.
18      A   Yes.
19      Q   Okay.  And in the course of this whole thing,
20  it sounds like you interviewed with Ghislaine Maxwell,
21  there were other interviewees, you received a call and
22  you were asked to try out on a Saturday?
23      A   Yes.
24      Q   And where does that Saturday fall in related
25  to November 17th, 2004?

16

1       A   When I accepted the job offer.
2       Q   Okay.  And did they tell you at that time when
3   you accepted the job offer how much you were going to be
4   paid?
5       A   Yes.
6       Q   What was that?
7       A   It was 32,000 per annum.
8       Q   And has your salary increased over time?
9       A   Yes, sir.
10      Q   And can you walk us through the increments of
11  increase in your salary?
12      A   It was promised yearly increase.
13      Q   By whom?
14      A   Ms. Maxwell.
15      Q   Was that at the time when you were
16  interviewed, or took the job?
17      A   Yes, sir.
18      Q   Did she promise you what your yearly increase
19  would be?
20      A   No.
21      Q   And have you received a yearly increase every
22  year?
23      A   I did.
24      Q   And what has that yearly increase been?
25      A   Up to 42.



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

GIUFFRE004391

Louella Rabuyo - Volume I                    October 20, 2009

---

**57**

1  intentionally exposes the genitals in a lewd or
2  lascivious manner, or intentionally commits any
3  other sexual act that does not involve actual
4  physical or sexual contact with the victim in the
5  presence of a victim who is less than sixteen years
6  of age commits lewd or lascivious exhibition.  An
7  offender eighteen years of age or older who
8  commits a lewd or lascivious exhibition commits a
9  felony of the second degree.
10     Have you seen that crime committed in
11 Mr. Epstein's house?
12     A   No, sir.
13         MR. CRITTON:  Form.
14 BY MR. EDWARDS:
15     Q   Are you aware of the allegations by multiple
16 female girls that allege that these are the crimes that
17 were taking place behind closed doors when they were
18 just minor females; are you aware of those allegations?
19         MR. CRITTON:  Form.
20         MR. REINHART:  Do you understand the question?
21         MR. CRITTON:  Asked and answered.
22         MR. REINHART:  Do you understand the question?
23         MR. CRITTON:  And argumentative.
24         THE WITNESS:  From the news, I heard that from
25 the news.

---

**58**

1  BY MR. EDWARDS:
2      Q   And are you also aware that many of these
3  girls did not know one another that were these female
4  masseuses, are you aware of that?
5          MR. CRITTON:  Form.
6          THE WITNESS:  I don't know.
7  BY MR. EDWARDS:
8      Q   Okay.  When these girls that would come --
9      Where these females that would come over where
10 you were told they were giving massages would come over,
11 how many would come over at any time, meaning would they
12 come over with twenty at time, or one at a time?
13         MR. CRITTON:  Form.
14         THE WITNESS:  Sometimes one at a time.
15 BY MR. EDWARDS:
16     Q   And given the number of these females that are
17 making these allegations, doesn't it cause you to
18 believe the allegations that there are so many of them
19 and their stories are so strikingly similar as to what's
20 taking place in Mr. Epstein's bedroom?
21         MR. CRITTON:  Form, predicate, speculation,
22 argumentative.
23         THE WITNESS:  I don't know what's happening in
24 the bedroom, I did not see anything that cause me
25 alarm.

---

**59**

1  BY MR. EDWARDS:
2      Q   Have you ever worked for anyone that had this
3  many young females come over to his house every day?
4      A   No, sir.
5      Q   Have you ever heard anybody say that these
6  girls are making this up or that this did not happen,
7  these sexual acts did not happen in Mr. Epstein's
8  bedroom?
9          MR. CRITTON:  Form, argumentative.
10 BY MR. EDWARDS:
11     Q   By that I mean Mr. Epstein, Ghislaine Maxwell?
12     A   No, sir.  No.
13     Q   Did Sarah Kellen ever say any of these girls
14 were making this up?
15     A   No, sir.
16         MR. CRITTON:  Form.
17 BY MR. EDWARDS:
18     Q   So these girls are making these allegations,
19 you work in Mr. Epstein's house?
20     A   Yes.
21     Q   And you've never heard anybody deny these
22 allegations, have you?
23         MR. CRITTON:  Form, argumentative.
24         THE WITNESS:  I do my job, we don't, like,
25 talk.

---

**60**

1  BY MR. EDWARDS:
2      Q   So is that a no, you've never heard anybody
3  deny that?
4          MR. CRITTON:  Form.
5          THE WITNESS:  No, sir.
6  BY MR. EDWARDS:
7      Q   When was the last time you talked to
8  Ghislaine Maxwell?
9      A   I answer the phone when she...
10     Q   Okay.  When you first started working there
11 back in November of 2004, she was the person who you
12 interviewed with, right?
13     A   Yes, sir.
14     Q   Was she somebody who you would regularly see
15 at the house during that period of time?
16     A   Not regular.
17     Q   How often would you see her in the house back
18 in the late 2004, when you were hired, through 2005?
19     A   Three times.
20     Q   Three times a week?
21     A   No.  During the period of that I was there.
22     Q   Okay.  During the entire five-year period you
23 were there you only saw Ghislaine Maxwell three times?
24     A   Not five years.
25     Q   Okay.  From the end of 2004 through 2005 you

---



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

GIUFFRE004402

Louella Rabuyo - Volume I                          October 20, 2009

|  | 61 |
|---|---|
| 1 | saw her three times? |
| 2 | A  Yes, sir. |
| 3 | Q  During -- |
| 4 | A  Maybe more or less three times. |
| 5 | Q  During 2006 how often did you see her? |
| 6 | A  2006?  He was in New York, so I saw her. |
| 7 | Q  You worked for Jeffrey Epstein but you worked |
| 8 | in New York?  I'm sorry. |
| 9 | A  I saw Ms. Maxwell in New York. |
| 10 | Q  I think I understand.  Primarily, though, you |
| 11 | were still working at the 358 El Brillo location? |
| 12 | A  Yes. |
| 13 | Q  However, at some point in time that year you |
| 14 | took a trip to the New York house and you saw her there? |
| 15 | A  In her house. |
| 16 | Q  In Ghislaine Maxwell's house? |
| 17 | A  Yes. |
| 18 | Q  What was the occasion for you to go see her up |
| 19 | there? |
| 20 | A  Lyn was having I think surgery. |
| 21 | Q  And when was that? |
| 22 | A  I cannot recall the month, but it's I think |
| 23 | 2006. |
| 24 | Q  So this is after the criminal investigation |
| 25 | into Mr. Epstein, or before, if you remember? |

|  | 62 |
|---|---|
| 1 | MR. CRITTON:  Form, predicate. |
| 2 | THE WITNESS:  2006?  After. |
| 3 | BY MR. EDWARDS: |
| 4 | Q  Okay.  And while you were up there with |
| 5 | Ghislaine Maxwell, did you talk to her about the |
| 6 | criminal investigation of Mr. Epstein? |
| 7 | A  No, sir. |
| 8 | Q  At any point in time when you were up there, |
| 9 | did she say to you or you overheard -- let me ask you |
| 10 | this way:  Did she say to you that the allegations are |
| 11 | false -- |
| 12 | MR. CRITTON:  Form. |
| 13 | BY MR. EDWARDS: |
| 14 | Q  -- that are being made against him? |
| 15 | MR. CRITTON:  Form.  There's no predicate that |
| 16 | a discussion ever took place about anything. |
| 17 | THE WITNESS:  There was no discussion about |
| 18 | that. |
| 19 | MR. EDWARDS:  Mr. Critton, if you could just |
| 20 | object to the form.  Obviously this witness just |
| 21 | takes your words and she's going to recite them to |
| 22 | me.  If you want to say lack of predicate, okay, |
| 23 | fine.  But to say no discussion took place and then |
| 24 | she says no discussion took place, we're leading |
| 25 | the witness here, it's obvious. |

|  | 63 |
|---|---|
| 1 | MR. CRITTON:  But if you just asked her, say |
| 2 | did you ever have a discussion with her about it, |
| 3 | if she says yes, then we'll find out what it is. |
| 4 | If she didn't have one, why ask the question? |
| 5 | Go ahead. |
| 6 | THE WITNESS:  There was no discussion. |
| 7 | MR. REINHART:  There's no question pending. |
| 8 | Wait for Mr. Edwards to ask his question and answer |
| 9 | the question if you understand it. |
| 10 | BY MR. EDWARDS: |
| 11 | Q  How long were you at Ghislaine Maxwell's house |
| 12 | this time that you visited her in 2006? |
| 13 | MR. CRITTON:  Form. |
| 14 | THE WITNESS:  I cannot remember, because I |
| 15 | go... |
| 16 | BY MR. EDWARDS: |
| 17 | Q  Back and forth? |
| 18 | A  Yes. |
| 19 | Q  From West Palm Beach to New York? |
| 20 | A  Yes. |
| 21 | Q  Why were you up in Ghislaine Maxwell's house |
| 22 | in New York? |
| 23 | A  I help over there when she has a party. |
| 24 | Q  Okay.  And then after the party you would |
| 25 | return to West Palm Beach? |

|  | 64 |
|---|---|
| 1 | A  Yes. |
| 2 | Q  While you were up there, during any of the |
| 3 | times that you were up there, did you have any |
| 4 | conversations with Ghislaine Maxwell? |
| 5 | A  I think once.  But it was oh, and what's this, |
| 6 | it was just oh, I'm sorry about the bad news.  That's |
| 7 | it. |
| 8 | Q  You said that? |
| 9 | A  Because we have only, like, short |
| 10 | conversation, we just don't really, like, talk-talk. |
| 11 | Q  When you're saying that a statement was made |
| 12 | I'm sorry about the bad news, who made the statement to |
| 13 | whom; she made it to you, or you made it to her? |
| 14 | A  She made it.  But that was -- I really cannot |
| 15 | remember how it was how, but it was, like, I'm sorry |
| 16 | about the news. |
| 17 | Q  Okay.  What news was she referring to when she |
| 18 | said to you I'm sorry to hear about the bad news? |
| 19 | A  She not say anything.  I just -- I do not say |
| 20 | anything about what the bad news is. |
| 21 | Q  Okay.  I guess what I'm asking is did you have |
| 22 | a death in the family or something happen to you |
| 23 | personally?  Or why would she say this to you, if you |
| 24 | know? |
| 25 | A  No. |



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

GIUFFRE004403

Louella Rabuyo - Volume I                     October 20, 2009

### 65

1    Q   You have no idea why she said that statement?
2    A   I think that it was about the news that was
3    going on about Mr. Epstein.
4        MR. CRITTON:  Move to strike as speculation.
5    BY MR. EDWARDS:
6    Q   And did she elaborate on the news about
7    Mr. Epstein?
8    A   No, sir.
9    Q   During that conversation where she makes a
10   statement that she's sorry about the news, did she ever
11   tell you that the allegations being made against him are
12   false or unfounded or untrue?
13       MR. CRITTON:  Form.
14       THE WITNESS:  Our conversation was short.
15   BY MR. EDWARDS:
16   Q   So the answer is no?
17   A   No.
18   Q   What is your understanding of
19   Ghislaine Maxwell's role in Jeffrey Epstein's life back
20   in 2004 and 2005 and 2006?
21       MR. CRITTON:  Form.
22       THE WITNESS:  She told me he was his boyfriend
23   (sic).
24   BY MR. EDWARDS:
25   Q   Ghislaine Maxwell told you that

### 66

1    Jeffrey Epstein was her boyfriend?
2    A   When I was hired.
3    Q   And then over the next year and a half when
4    Jeffrey Epstein was in West Palm Beach, you only saw
5    Ghislaine Maxwell at the house approximately three
6    times?
7    A   Yes, sir.
8    Q   Did you still believe that Ghislaine Maxwell
9    and Jeffrey Epstein were boyfriend and girlfriend?
10       MR. CRITTON:  Form.
11       THE WITNESS:  At that time or what time?
12   BY MR. EDWARDS:
13   Q   Yeah.  Back then in 2004, 2005.
14   A   Yes.
15   Q   All right.  Is it your understanding that they
16   are still boyfriend and girlfriend today?
17   A   I don't know.
18   Q   Ghislaine Maxwell and Jeffrey Epstein, do they
19   still talk to one another today?
20   A   I do not know, sir.
21   Q   What is the last time that you talked to
22   Ghislaine Maxwell?
23   A   She called the house and I answered the phone.
24   Q   How long ago?
25   A   About a month ago.

### 67

1    Q   What did she say when you answered the phone?
2    A   Oh, she was happy.  I was happy to hear her
3    voice.  And then she said oh, she was also happy to --
4    she was so nice on the phone.
5    Q   What did she say?
6    A   Oh, nice talking to you, Louella.
7    Q   Then did she ask to speak to somebody else?
8    A   To Mr. Epstein.
9    Q   Aside from the telephone call one month ago,
10   how many times has she called the house in the last
11   year?
12   A   That was my only, what's this, my -- the time
13   that I was answer the phone and it was Ms. Maxwell.
14   Q   Do you know why she called Mr. Epstein?
15   A   I do not know, sir.
16   Q   Have you ever seen scheduling logs, either on
17   a computer or on paper, with girls' names on it and
18   numbers?
19   A   No.  No, sir.
20   Q   Have you ever seen the names of these females
21   that are alleged to have been masseuses written on
22   anything?
23   A   Yes, sir.
24   Q   What have you seen them written on?
25   A   I just saw names, and that's it.

### 68

1    Q   Just the names, or the telephone numbers as
2    well?
3        MR. CRITTON:  Form.
4        THE WITNESS:  I cannot remember.
5    BY MR. EDWARDS:
6    Q   Where did you see this?
7    A   We have like butler's pantry and there's a
8    telephone there.
9    Q   Is this in the staff house or the main house?
10   A   No.  The main house.
11   Q   And do you know who wrote the names?
12   A   No, sir.
13   Q   How do you know that these were the names of
14   the females that were alleged to have been masseuses?
15   A   Because there is time.
16   Q   What do you mean, there is time?
17   A   Sometimes name and then the time, that's it.
18   Q   What does the time indicate?
19   A   I cannot remember.
20   Q   The time to you -- you know, I'm watching what
21   you're doing, but the court reporter is not able to draw
22   a picture of it.  So I guess what I'm asking is you're
23   saying there is -- on the left-hand side there is a
24   name, and on the right-hand side corresponding to that
25   name there is a time written down?  Is that what you



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

GIUFFRE004404

Louella Rabuyo - Volume I                October 20, 2009

### 81

1    A   When I came back to report, that's how I
2    learned.
3         Q   Elaborate on that for me.  What do you mean,
4    when you came back to report that's how I learned?
5         A   I reported in the afternoon, and then that's
6    how I learned that the police came.
7         Q   All right.  And when were you -- you're now
8    saying you came back to report and you learned that the
9    police had already come to the house, right?
10        A   Yes, sir.
11        Q   Prior to that occasion, when was the previous
12   time that you were at the house?
13        A   The day before.
14        Q   Okay.  And the day before you left your shift
15   at roughly five o'clock?
16        A   I cannot remember.  I usually leave 5:00 or
17   5:30.
18        Q   But sometime late in the afternoon?
19        A   Yes.
20        Q   And as of that time, the day before the search
21   warrant was issued, you had seen no police officers in
22   or around the house?
23        A   No.
24        Q   And then the next day you reported to the job
25   at what time?

### 82

1    A   The next day?
2    Q   The next day.
3    A   I report in the afternoon.
4    Q   Was there a reason why you reported in the
5    afternoon?
6    A   Ms. Maxwell called me.
7    Q   When did she call you?
8    A   During that day, she said Louella, you can
9    report in the afternoon.
10   Q   She called you early in the morning?
11   A   Not early.
12   Q   Normally you would report to the house between
13   eight and nine o'clock, right?
14   A   Yes, sir.
15   Q   So in order for you not to arrive at the
16   house, she had to have called you before eight or
17   nine o'clock, right?
18   A   Yes.
19   Q   Okay.  So approximately what time does
20   Ms. Maxwell call you to tell you you can report to the
21   house later on that day?
22   A   I cannot remember really the time.
23   Q   Okay.  What time did you actually report to
24   the house?
25   A   After lunch, about -- maybe after lunch.

### 83

1    Q   So are we talking about the day the police
2    went to Jeffrey Epstein's house you did not go in the
3    morning, but you went after lunch and the police had
4    already left?
5    A   Oh.  No.  When I went there nobody was there,
6    no policemen were around.
7    Q   Who was at the house then?
8    A   Janusz, and Douglas, the architect.
9    Q   Schoettle?
10   A   Yes.
11   Q   And did you have a discussion with them?
12   A   No.
13   Q   How did you know the police had been to the
14   house?
15   A   Janusz told me.
16   Q   When?
17   A   When I arrive.
18   Q   That's what I was asking you when I said did
19   you have a discussion with them, meaning Janusz and
20   Douglas.
21   A   Okay.  Being because them -- with Janusz only.
22   Q   What did he say?
23   A   He said the police came and, what's this, took
24   away some stuff.
25   Q   Did he say what they took?

### 84

1    A   He said pictures.
2    Q   Did he tell you which pictures?
3    A   No, sir.
4    Q   Aside from pictures, what else did the police
5    take, as Janusz told you?
6    A   He did not elaborate.
7    Q   All right.  Prior to the police going to the
8    house and taking pictures, do you remember seeing
9    pictures around Mr. Epstein's house?
10   A   Yes.
11   Q   Do you remember seeing pictures of naked or
12   nude females around Mr. Epstein's house?
13   A   Not around, in his closet.
14   Q   In Mr. Epstein's closet you would see --
15   describe what you would see related to females in
16   pictures.
17   A   Some have topless.
18   Q   Is this a big closet?
19   A   No.  Not really big, it's just this big, not
20   so big.
21   Q   Okay.  Were these pictures that could be seen
22   by -- strike that.
23        Do you know of any other pictures of females
24   that were confiscated by the police that did not come
25   from Mr. Epstein's closet?



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

GIUFFRE004408

Louella Rabuyo - Volume I                                October 20, 2009

129

1  STATE OF FLORIDA
2  COUNTY OF PALM BEACH
3
4
5      I, the undersigned authority, certify that
6  LOUELLA RABUYO personally appeared before me on the 20th
7  of October, 2009, and was duly sworn.
8
9      Dated this 30th day of October, 2009.
10
11
12
13

14  _____
    Teresa Whalen, RPR, FPR
15  Notary Public - State of Florida
    My Commission Expires:  4/25/11
16  My Commission No.:  DD 644533
17  Job # 118991
18
19
20
21
22
23
24
25

130

1              C E R T I F I C A T E
2  STATE OF FLORIDA
3  COUNTY OF PALM BEACH
4
5      I, Teresa Whalen, Registered Professional
   Reporter and Notary Public in and for the State of
6  Florida at Large, do hereby certify that the
   aforementioned witness was by me first duly sworn to
7  testify the whole truth; that I was authorized to
   and did report said deposition in stenotype; and
8  that the foregoing pages are a true and correct
   transcription of my shorthand notes of said
9  deposition.
10     I further certify that said deposition was
   taken at the time and place hereinabove set forth
11  and that the taking of said deposition was commenced
   and completed as hereinabove set out.
12
       I further certify that I am not attorney or
13  counsel of any of the parties, nor am I a relative or
   employee of any attorney or counsel of party connected
14  with the action, nor am I financially interested in the
   action.
15
       The foregoing certification of this transcript
16  does not apply to any reproduction of the same by any
   means unless under the direct control and/or  direction
17  of the certifying reporter.
18
19     Dated this 30th day of October, 2009.
20
21     _____
22     Teresa Whalen, RPR, FPR
23     Job # 118991
24
25



Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

GIUFFRE004420