# EXHIBIT 13
# (Filed Under Seal)

Confidential

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 15-CV-07433-RWS

------------------------------------------x

VIRGINIA L. GIUFFRE,

                         Plaintiff,

v.

GHISLAINE MAXWELL,

                         Defendant.

------------------------------------------x

                         June 3, 2016
                         9:07 a.m.

          C O N F I D E N T I A L

     Deposition of DAVID RODGERS, pursuant
to notice, taken by Plaintiff, at the
offices of Boies Schiller & Flexner, 401
Las Olas Boulevard, Fort Lauderdale, Florida,
before Kelli Ann Willis, a Registered
Professional Reporter, Certified Realtime
Reporter and Notary Public within and
for the State of Florida.



Confidential

```
 1                    DAVID RODGERS
 2   flyer person, then you would reduce it to an
 3   initial?
 4           MR. PAGLIUCA:  Object to form and
 5       foundation.
 6           MR. REINHART:  You can answer the
 7       question.
 8           You can answer the question, if you can
 9       answer the question.  You are allowed to answer
10       the question, if you understand the question.
11   BY MR. EDWARDS:
12       Q.   I'm trying to understand your testimony.
13            Is it, if you came to know that person --
14       A.   Uh-huh.
15       Q.   -- as a frequent flyer passenger, you
16   would begin to reduce that person's name to an
17   initial at some point?
18           MR. PAGLIUCA:  Same objection.
19           THE WITNESS:  Well, we don't really have a
20       frequent flyer program that we do, so to speak.
21       A lot of times I would do it because if you
22       would write out everybody's name there is not
23       enough space, you know, to get everybody's name
24       in that little square there.
25
```



Confidential

1                    DAVID RODGERS

2        Q.    -- is that right?

3              And is that -- is Ghislaine Maxwell

4    somebody that through the years 1995 through 2013

5    was somebody who flew very frequently?

6        A.    What were the years again?

7        Q.    The years of this book, 1995 --

8        A.    I wouldn't say through 2013.  But, yes,

9    '95 through 2000 sometime.  Probably, I would have

10   to go back and -- well, you can see in there.

11       Q.    We will get to it.

12       A.    There will be a point where you don't see

13   her much.  But to say it went through 2013 would not

14   be accurate.

15       Q.    Let's do it this way:  The person that you

16   have reflected on numerous notations --

17       A.    Yes.

18       Q.    -- through here as GM --

19       A.    Yes.

20       Q.    -- just by the initials, are we able to

21   safely know that that is Ghislaine Maxwell?

22       A.    Yes.

23              MR. PAGLIUCA:  Object to form and

24         foundation.

25              MR. EDWARDS:  Court reporter, did you get



Confidential

Page 35

```
 1                      DAVID RODGERS
 2      the answer?
 3           THE REPORTER:  Yes.  The answer came
 4      before the objection.
 5  BY MR. EDWARDS:
 6      Q.   So on the next flight, the next day, from
 7  Palm Beach to SAF.  Is SAF Santa Fe?
 8      A.   Yes.
 9      Q.   And it indicates JE and GM.
10           Are we able to then know that those
11  passengers on that flight were Jeffrey Epstein and
12  Ghislaine Maxwell?
13      A.   Yes.
14           MR. PAGLIUCA:  Object to form and
15      foundation.
16  BY MR. EDWARDS:
17      Q.   And where would you land at SAF?  Is that
18  an airport?
19      A.   It is an airport.
20      Q.   Is it a private airport?
21      A.   No.  It's -- airlines go in there.
22      Q.   Did Jeffrey Epstein also have a landing
23  strip at his property in New Mexico?
24      A.   He did at one time.
25      Q.   What would that -- do you remember what
```



Confidential

1                    DAVID RODGERS

2    that code would be?

3         A.    I don't believe there was a code.

4         Q.    All right.  Were there times that you

5    landed either the Gulfstream or the Boeing --

6         A.    No.

7         Q.    No.

8              MR. REINHART:  Let him finish the question

9         before you answer.

10             THE WITNESS:  Oh, I'm sorry.

11   BY MR. EDWARDS:

12        Q.    Sure.  We are doing fine so far.  But the

13   court reporter is taking down all of our questions

14   and all of our answers.  We are communicating well.

15        A.    Okay.

16        Q.    But when I go to read this back, we may

17   not get that.

18        A.    Okay.  Go ahead.

19        Q.    So were there times where you landed one

20   of Jeffrey Epstein's planes on his private landing

21   strip at the New Mexico property?

22        A.    Yes.  But not the Gulfstream and not the

23   Boeing.

24        Q.    What plane did you land on his property?

25        A.    The Cessna 421.  And probably a



Confidential

Page 216

```
1                        DAVID RODGERS
2        A.   I don't recall if he did nor or not.
3        Q.   Okay.  And do you know, does anybody have
4    a transcript of that deposition, to your knowledge?
5        A.   I don't.
6             MR. PAGLIUCA:  That is all of the
7        questions I have.
8             THE WITNESS:  Okay.
9             MR. EDWARDS:  What exhibit are we on?
10            MR. REINHART:  8 was the last exhibit.
11            MR. EDWARDS:  I want to show the witness
12       what I pulled off the Internet.  I want to ask,
13       is that the plane?  The answer may very well be
14       no.
15            MR. PAGLIUCA:  The exact plane?
16            MR. EDWARDS:  Yeah, the exact plane.
17            (The referred-to document was marked by
18       the court reporter for Identification as
19       Deposition Exhibit 9.)
20            MR. REINHART:  You mean based on the
21       serial number?
22            MR. EDWARDS:  Or there are some pictures
23       from the inside of it, too.
24            MR. REINHART:  The plane, you mean the
25       Boeing or -- we have talked about a couple of
```

