# EXHIBIT 15
# (Filed Under Seal)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-CV-80893-CIV-MARRA/JOHNSON

JANE DOE,

Plaintiff,

vs.

JEFFREY EPSTEIN, et al.,

Defendants.

______________________________/

Related Cases:
08-80119, 08-80232, 08-80380, 08-80381, 08-80994, 08-80811, 08-80893, 09-80469, 09-8-591, 09-80656, 09-80802, 09-81092

VIDEOTAPED DEPOSITION OF NADIA MARCINKOVA
TAKEN ON BEHALF OF THE PLAINTIFF

DATE: April 13, 2010

to his house to sexually molest; is that right?
MR. YAREMA: Object to the form.
A Fifth.
Q The first time she went to Jeffrey Epstein's house was in 2002 when she was only 14 years old; is that true?
MR. YAREMA: Object to the form.
A Fifth.
Q In fact in 2002 you were only 18 years old or so yourself; is that right?
A Fifth.
Q And E.W. is somebody you observed at Jeffrey Epstein's house on more than 100 occasions between 2002 and 2005, a time period between 14 and 17 years of age for her; is that right?
MR. YAREMA: Object to the form.
A Fifth.
Q And each time E.W. was summoned to Jeffrey Epstein's house, it was for the purposes of Jeffrey Epstein sexually molesting her, correct?
MR. YAREMA: Object to the form.
A Fifth.
Q If it was not Jeffrey Epstein personally



calling E.W., you observed Sarah Kellen to call E.W. for the purposes of her coming over and pleasing Jeffrey Epstein sexually, correct?
MR. YAREMA: Object to the form.
A Fifth.
Q And do you remember the instance where Jeffrey Epstein instructed you to lay down naked and engage in a threesome with E.W. and Jeffrey Epstein?
MR. YAREMA: Object to the form.
A Fifth.
Q Do you remember that that during that threesome, Jeffrey Epstein demanded E.W. to straddle you and otherwise engage sexually with you while Jeffrey Epstein was using vibrators and/or dildos on you?
MR. YAREMA: Object to the form.
A Fifth.
Q In addition to your sexual interactions with E.W., isn't it true that you have used strap-on dildos and vibrators on other underage minors at Jeffrey Epstein's direction?
MR. YAREMA: Object to the form.
A Fifth.
Q You have given oral sex to underage



minor females?
MR. YAREMA: Object to the form.
A Fifth.
Q You have received oral sex from underage minor females?
MR. YAREMA: Object to the form.
A Fifth.
Q All of these sexual acts with minor females involving you happened in the presence of Jeffrey Epstein?
MR. YAREMA: Object to the form.
A Fifth.
Q During your interaction with underage minor females in a sexual manner, isn't it true that Jeffrey Epstein would participate in the sexual acts and the act would be over upon Jeffrey Epstein ejaculating, correct?
MR. YAREMA: Object to the form.
A Fifth.
Q Did Jeffrey Epstein tell you, that when E.W. was an underage minor female, he forced her to give him oral sex?
MR. YAREMA: Object to the form.
A Fifth.
Q Do you remember E.W. coming over, a



young girl, with braces on, and going up into Jeffrey Epstein's bedroom on numerous occasions to be sexually molested?
MR. YAREMA: Object to the form.
A Fifth.
Q Do you know when it was that Jeffrey Epstein developed his plan or scheme to gain access to hundreds of underage minor females for the purposes of his sexual gratification?
MR. YAREMA: Object to the form.
A Fifth.
Q Were you a part of the planning of that scheme of Jeffrey Epstein's to gain access to underage minor females?
MR. YAREMA: Object to the form.
A Fifth.
Q Do you know Ghislaine Maxwell?
A Fifth.
Q Is that somebody who helped Jeffrey Epstein to devise the scheme to allow him access to various and a variety of underage minor females?
MR. YAREMA: Object to the form.
A Fifth.
Q Is Sarah Kellen somebody that was also

involved in the planning of this scheme to gain access to underage minor females?

MR. YAREMA: Object to the form.

A Fifth.

Q When is the first time that you observed Jeffrey Epstein's method of enticing or inducing underage minor females into sexual acts with him inside his bedroom?

MR. YAREMA: Object to the form.

A Fifth.

Q Isn't it true that after an underage minor female was brought to Jeffrey Epstein's house, typically Sarah Kellen, or Adriana or yourself would lead that underage minor female to Jeffrey Epstein's bedroom and leave them alone in the room; is that true?

MR. YAREMA: Object to the form.

A Fifth.

Q Then Jeffrey Epstein would appear either naked or wearing a towel; is that true?

MR. YAREMA: Object to the form.

A Fifth.

Q This is his habit or method of operation, every single time, and that's something that he has told you about his sexual

interaction with underage minors; is that true?

MR. YAREMA: Object to the form.

A Fifth.

Q And he would direct or demand or instruct the underage minor female to remove her clothing; is that true?

MR. YAREMA: Object to the form.

A Fifth.

Q Then he would perform one or more lewd or lascivious or sexual acts on the underage minor female. Is that true?

MR. YAREMA: Object to the form.

A Fifth.

Q And you have observed Jeffrey Epstein engage in sexual interaction with underage minor females on hundreds and hundreds of occasions, correct?

MR. YAREMA: Object to the form.

A Fifth.

Q And you have observed Jeffrey Epstein using vibrators and sexual toys on underage minors, true?

MR. YAREMA: Object to the form.

A Fifth.

Q In fact, he has also used vibrators and

sex toys on you, correct?

A Fifth.

Q And he has instructed you to use sex toys and vibrators on other underage minor females, correct?

MR. YAREMA: Object to the form.

A Fifth.

Q You have observed Jeffrey Epstein digitally penetrate the vagina of underage minor females, including E.W., correct?

MR. YAREMA: Object to the form.

A Fifth.

Q As part of his plan to avoid detection by law enforcement, you have observed Jeffrey Epstein to pay these underage minor females to be quiet, correct?

MR. YAREMA: Object to the form.

A Fifth.

Q And this is something that he has told you he does, for the purposes of grooming these underage minor females, and avoiding law enforcement detection, correct?

MR. YAREMA: Object to the form.

A Fifth.

Q Jeffrey Epstein has talked to you about

the psychology of brainwashing or grooming underage minor females to perform for him sexually, hasn't he?

MR. YAREMA: Object to the form.

A Fifth.

Q And Sarah Kellen has also spoken with you about the methodology behind gaining access to and grooming underage minor females for sex?

MR. YAREMA: Object to form.

A Fifth.

Q Isn't it true that Ghislaine Maxwell and yourself and Sarah Kellen had access to a master list of underage minor females names and phone numbers so that they could be called?

MR. GOLDBERGER: Time out. Are you talking to me, counsel?

MR. HOROWITZ: Nodding my head, back at you. You were nodding at me.

MR. GOLDBERGER: I wasn't nodding at you. I'm not talking to you, I'm not communicating with you.. I don't know what you think we are doing here. You said "It is true," and I have no idea what you are talking about. Don't interrupt the deposition, okay?

MR. HOROWITZ: I think you interrupted.
MR. GOLDBERGER: I didn't do a thing --
MR. EDWARDS: I don't know what's happened here. It has deteriorated here for no reason whatsoever and has nothing to do with me or the witness.
MR. GOLDBERGER: You're 100 percent correct.
MR. EDWARDS: Can we go back to it.
MR. GOLDBERGER: Absolutely.
MR. EDWARDS: Perfect.
The silent fight disrupted me. I lost where I am now.
MR. GOLDBERGER: Sorry.
MR. EDWARDS: Can you read it back.
THE COURT REPORTER: Certainly.
(The record was read.)
MR. EDWARDS: I'll rephrase the question.
**Q Isn't it true that yourself, Ghislaine Maxwell and Sarah Kellen had access to a master of list of underage minor females names and phone numbers so they could be called for the purpose of coming to Jeffrey Epstein's house to be sexually molested?**

MR. YAREMA: Object to the form.
A Fifth.
**Q How many underage minor females are on that master list?**
MR. YAREMA: Object to the form.
A Fifth.
**Q Are there photographs of these underage minor females on that master list?**
MR. YAREMA: Object to the form.
A Fifth.
**Q Is that master list saved on a computer system, as has been testified to in the past?**
MR. YAREMA: Object to the form.
A Fifth.
**Q Has Jeffrey Epstein talked to you about the success of his scheme to procure underage minor females?**
MR. YAREMA: Object to the form.
A Fifth.
**Q By that, I mean, the method where he molests an underage minor female, then offers them additional money if they will bring him other underage minor females to molest; are you familiar with that system?**
MR. YAREMA: Object to the form.

A Fifth.
**Q In addition to that system, isn't it true that Jeffrey Epstein traffics underage minor females through a modeling agency?**
MR. YAREMA: Object to the form.
A Fifth.
**Q Is a modeling agency that he is involved in with Jean Luc Brunel; you know who that is right?**
MR. YAREMA: Object to the form.
A Fifth.
**Q Are you familiar with MC-2 or MC-Squared Modeling Agency?**
A Fifth.
**Q You know Jean Luc Brunel, right?**
MR. YAREMA: Object to the form.
A Fifth.
**Q Is Jean Luc Brunel somebody that you have been made to perform on sexually?**
MR. YAREMA: Object to the form.
A Fifth.
**Q Jean Luc Brunel is somebody that you know to also be a child molester, true?**
MR. YAREMA: Object to the form.
A Fifth.

**Q This is somebody who for years the public has known of Jean Luc Brunel as a child molester, true?**
MR. YAREMA: Object to the form.
A Fifth.
**Q In fact, that is the only thing Jeffrey Epstein and Jean Luc Brunel have in common, is their obsession for underage minor females, correct?**
MR. YAREMA: Object to the form.
A Fifth.
**Q And the modeling agency is but one other mechanism used by Jeffrey Epstein to gain access to underage minor females for sex, true?**
MR. YAREMA: Object to the form.
A Fifth.
**Q I read you the statute earlier on Lewd and Lascivious Molestation, Chapter 800.04, and that's something that you have witnessed Jeffrey Epstein violate on hundreds of occasions, correct?**
MR. YAREMA: Object to the form.
A Fifth.
**Q And something that you have witnessed Jeffrey Epstein specifically violate, against**

A Fifth.
Q That particular message indicates it is from Nadia. You're the only "Nadia" in the house; is that correct?
MR. YAREMA: Object to the form.
A Fifth.
Q This is a call from you indicating that [redacted] cannot work today and [redacted] will be here at 4:00 p.m.;" is that right?
MR. YAREMA: Object to the form?
A Fifth.
Q Who is [redacted]?
A Fifth.
MR. YAREMA: Object to the form.
Q That's an underage minor female that was scheduled to be molested at Jeffrey Epstein's house?
MR. YAREMA: Object to the form.
A Fifth.
Q You scheduled that act of molestation; is that right?
MR. YAREMA: Object to the form.
A Fifth.
Q And [redacted] will be at the house at 4:00 p.m. [redacted] is another underage minor female;

is that correct?
MR. YAREMA: Object to the form.
A Fifth.
Q That's somebody else that you were scheduling to come to his house at 4:00 p.m. for Jeffrey Epstein to engage in sexual acts with her, while she was an underage minor, true?
MR. YAREMA: Object to the form.
A Fifth.
Q Do you know Les Wexner?
A Fifth.
Q That's somebody that you know owns and operates the Victoria's Secret, the Limited?
MR. YAREMA: Object to the form.
A Is that a question?
Q Is that somebody that you know to own Victoria's Secret or operate Victoria's Secret?
A Fifth.
Q Do you know if Jeffrey Epstein still talks with Leslie Wexner?
MR. YAREMA: Object to the form.
A Fifth.
Q Do you know Jane Doe-102?
A Fifth.
Q Are you aware of Jeffrey Epstein and

Ghislaine Maxwell's sexual interaction with Jane Doe-102 when she was a minor?
MR. YAREMA: Object to the form.
Q This is one of many underage minor females that was trafficked basically around the globe to be sexually exploited and abused; is that correct?
MR. YAREMA: Object to the form.
A Fifth.
Q Was that typical of Jeffrey Epstein and Ghislaine Maxwell to sexually abuse minors on Jeffrey Epstein's airplane?
MR. YAREMA: Object to the form.
A Fifth.
Q And also typical of Ghislaine Maxwell and Jeffrey Epstein to prostitute or pimp out underage minors to friends?
MR. YAREMA: Object to the form.
A Fifth.
Q By "friends," I am talking specifically about people of royalty, politicians, academicians, businessmen and other professional or personal acquaintances?
MR. YAREMA: Object to the form.
A Fifth.

Q Were you with Jeffrey Epstein on his birthday when one of his friends sent to him 12 -- sorry, three 12-year olds for the purposes of Jeffrey Epstein sexually abusing them?
MR. YAREMA: Object to the form.
A Fifth.
Q How many occasions have you observed Jeffrey Epstein to receive as gifts from friends, underage minor females for the purposes of him sexually abusing them?
MR. YAREMA: Object to the form.
A Fifth.
Q These three 12-year olds were from France. Were they sent to him on his birthday by Jean Luc Brunel or by somebody else?
MR. YAREMA: Object to form.
A Fifth.
Q Have you ever been made to engage in sex with 12-year olds?
MR. YAREMA: Object to the form.
A Fifth.
Q Is it true that Jeffrey Epstein makes you dress up as a 12-year old?
MR. YAREMA: Object to the form.
A Fifth.

58

Alan Dershowitz, meaning he continued to sexually abuse minors despite Alan Dershowitz being a guest in the house?
MR. YAREMA: Object to the form.
A Fifth.
Q Alan Dershowitz never engaged in any sexual activity with these underage minors; isn't that true?
MR. YAREMA: Object to the form.
A Fifth.
Q Have you been made to have sex with Ghislaine Maxwell?
MR. YAREMA: Object to the form.
A Fifth.
Q Do you know [REDACTED]?
A Fifth.
Q Similar to you being Jeffrey Epstein's sex slave, is [REDACTED], or was [REDACTED] Ghislaine Maxwell's sex slave?
MR. YAREMA: Object to the form.
A Fifth.
Q Ghislaine Maxwell is somebody who you know to be bi-sexual, true?
MR. YAREMA: Object to the form.
A Fifth.

59

Q You know that Ghislaine Maxwell engaged in sexual acts with underage minor females, true?
MR. YAREMA: Object to the form.
A Fifth.
Q This is yet another friend of Jeffrey Epstein's that is into the act of molesting underage minor females, right?
MR. YAREMA: Object to the form.
A Fifth.
Q Now, you are the next participant in that activity, meaning you have been groomed to enjoy and appreciate the acts of sex with underage minors, true?
MR. YAREMA: Object to the form.
A Fifth.
Q Has Jeffrey Epstein instructed you to lie to his Probation Officer in any way?
MR. YAREMA: Object to the form.
A Fifth.
Q Mr. Visoski testified that you took a helicopter flight within the last year with Jeffrey Epstein to Miami. Do you remember that flight?
MR. YAREMA: Object to the form.
A Fifth.

60

Q What was the purpose of that flight?
MR. YAREMA: Object to the form.
A Fifth.
Q Did you sign a confidentiality agreement with Jeffrey Epstein?
MR. YAREMA: Object to the form.
A Fifth.
Q When is the last time that you observed Jeffrey Epstein have sex with a minor?
MR. YAREMA: Object to the form.
A Fifth.
Q Since being on probation, has Jeffrey Epstein been able to, or has he flown to his island?
MR. YAREMA: Object to the form.
A Fifth.
Q To your knowledge, has Jeffrey Epstein flown to New York while on probation or community control?
MR. YAREMA: Object to the form.
A Fifth.
Q Isn't it true that he has flown both to New York and to his island, and you have accompanied him on those trips, since he was on community control?

61

MR. YAREMA: Object to the form.
A Fifth.
Q Isn't it also true that Jeffrey Epstein has indicated to you that he will always engage in sex acts with underage minor females?
MR. YAREMA: Object to the form.
A Fifth.
Q In fact, that's something that he has told you, that he believes he is entitled to do; isn't that right?
MR. YAREMA: Object to the form.
A Fifth.
Q Isn't it true that Jeffrey Epstein believes and has told you that if he doesn't physically force the underage minor female into any act, then he is entitled to engage in sex with any underage minor female despite the age?
MR. YAREMA: Object to the form.
A Fifth.
Q What is the youngest female you have witnessed or observed Jeffrey Epstein to engage in sex with?
MR. YAREMA: Object to the form.
A Fifth.
Q Do you have a bank account at Chase Bank

A Fifth.

**Q Did you know that Jeffrey Epstein gave A.D. a digital camera?**

MR. YAREMA: Object to the form.

A Fifth.

MS. EZELL: I don't have any other questions. Thank you.

MR. GOLDBERGER: You still have your microphone on. You must have something on your mind, Brad.

REDIRECT EXAMINATION

BY MR. EDWARDS:

**Q Ms. Marcinkova, through the whole day you've taken the Fifth on just about every single question. Is there any reason why we should not presume that the answer to these questions would incriminate you?**

MR. YAREMA: Object to the form.

A The Fifth.

**Q The reason that you have taken the Fifth is because the questions you have been asked would have been answered in the affirmative and you're afraid of prosecution for your involvement, true?**

MR. GOLDBERGER: Don't answer that

question. It interferes with the attorney/client relationship that I have with Ms. Marcinkova and any discussions she and I may have had would come under that privilege.

You can try and dance around that, but I'm simply not going to allow her to answer that question. If you want to bring it up with the Judge, you can.

MR. EDWARDS: Thanks, Jack.

MR. GOLDBERGER: Okay.

THE VIDEOGRAPHER: Off the video record at 1:41 p.m.

THE COURT REPORTER: You're ordering this, Brad?

MR. EDWARDS: Yes. Copies?

MS. EZELL: Yes.

MR. YAREMA: Yes.

THE COURT REPORTER: And Adam wanted it; is that right?

MR. EDWARDS: Yes.

(Time noted: 1:45 p.m.)

THE STATE OF FLORIDA)
COUNTY OF PALM BEACH)

I, TERRI BECKER, a Registered Professional Reporter and Notary Public for the State of Florida at Large, do hereby certify that I reported the videotaped deposition of NADIA MARCINKOVA, the WITNESS, called by the PLAINTIFF in the above-entitled action; that the witness was duly sworn by me; that the foregoing pages, numbered from 1 to 104, inclusive, constitute a true record of the deposition by said witness.

I further certify that I am not attorney or counsel of any of the parties, nor a relative or employee of any attorney or counsel connected with the action, nor financially interested in the action.

WITNESS MY HAND and official seal in the City of West Palm Beach, County of Palm Beach, State of Florida, this 19th day of April 2010.

TERRI BECKER, Registered
Professional Reporter and
Notary Public, State of Florida
at Large. My Commission expires
March 13, 2011.

THE STATE OF FLORIDA)
COUNTY OF PALM BEACH)

The foregoing certificate was acknowledged before me this ____________ day of ________________ 2010.

____________________
Notary Public, State of Florida.
My commission No.
Expires March 13, 2011.