# EXHIBIT 16

# (Filed Under Seal)

Page 2

```
 1   JANE DOE NO. 6,         Case No: 08-CV-80994
 2        Plaintiff,
 3   Vs
 4   JEFFREY EPSTEIN,
 5        Defendant.
                                    /
 6
     JANE DOE NO. 7,         Case No. 08-CV-80993
 7
          Plaintiff,
 8
     Vs
 9
     JEFFREY EPSTEIN,
10
          Defendant.
11                                  /
12   C.M.A.,                 Case No: 08-CV-80811
13        Plaintiff,
14   Vs
15   JEFFREY EPSTEIN,
16        Defendant.
                                    /
17
     JANE DOE,               Case No: 08-CV-80893
18
          Plaintiff,
19
     Vs
20
     JEFFREY EPSTEIN,
21
          Defendant.
22                                  /
23
24
25
```

Page 3

```
 1   JANE DOE NO. II,        Case No: 08-CV-80469
 2        Plaintiff,
 3   Vs
 4   JEFFREY EPSTEIN,
 5        Defendant.
                                    /
 6
     JANE DOE NO. 101,       Case No: 09-CV-80591
 7
          Plaintiff,
 8
     Vs
 9
     JEFFREY EPSTEIN,
10
          Defendant.
11                                  /
12   JANE DOE NO. 102,       Case No: 09-CV-80656
13        Plaintiff,
14   Vs
15   JEFFREY EPSTEIN,
16        Defendant.
                                    /
17
18
19
20            1031 Ives Dairy Road
              Suite 228
21            North Miami, Florida
              July 29, 2009
22            11:00 a.m. to 5:30 p.m.
23
24
25
```

Page 4

```
 1                V I D E O T A P E D
 2                   D E P O S I T I O N
 3                          of
 4                   ALFREDO RODRIGUEZ
 5
 6        taken on behalf of the Plaintiffs pursuant
 7   to a Re-Notice of Taking Deposition (Duces Tecum)
 8
 9                         - - -
10   APPEARANCES:
11
              MERMELSTEIN & HOROWITZ, P.A.
12            BY: STUART MERMELSTEIN, ESQ.
              18205 Biscayne Boulevard
13            Suite 2218
              Miami, Florida 33160
14            Attorney for Jane Doe 2, 3, 4, 5,
              6, and 7.
15
16            ROTHSTEIN ROSENFELDT ADLER
              BY: BRAD J. EDWARDS, ESQ., and
17            CARA HOLMES, ESQ.
              Las Olas City Centre
18            Suite 1650
              401 East Las Olas Boulevard
19            Fort Lauderdale, Florida 33301
              Attorney for Jane Doe and E.W.
20            And L.M.
21
              PODHURST ORSECK
22            BY: KATHERINE W. EZELL
              25 West Flagler Street
23            Suite 800
              Miami, Florida 33130
24            Attorney for Jane Doe 101 and 102.
25
```

Page 5

```
 1
     APPEARANCES:
 2
 3            LEOPOLD-KUVIN
              ADAM J. LANGINO, ESQ.
 4            2925 PGA Boulevard
              Suite 200
 5            Palm Beach Gardens, Florida 33410
              Attorney for B.B.
 6
 7            RICHARD WILLITS, ESQ.
              2290 10th Avenue North
 8            Suite 404
              Lake Worth, Florida 33461
 9            Attorney for C.M.A.
10
              BURMAN, CRITTON, LUTTIER &
11            COLEMAN, LLP
              BY: ROBERT CRITTON, ESQ.
12            515 North Flagler Drive
              Suite 400
13            West Palm Beach, Florida 33401
              Attorney for Jeffrey Epstein.
14
15
16
17   ALSO PRESENT:
18      JOE LANGSAM, VIDEOGRAPHER
19                     - - -
20
21
22
23
24
25
```

Page 166

1  written down anywhere?
2    A.  No.
3    Q.  It's my understanding that C. and T.
4  either came to his house alone to visit with Mr.
5  Epstein or brought other girls in their age group
6  to Mr. Epstein.
7        Were you familiar with that type of
8  recruitment process of girls bringing other girls?
9        MR. CRITTON:  Form.
10       THE WITNESS:  Yes.
11 BY MR. EDWARDS:
12   Q.  Can you tell me more about what you know
13 about girls bringing other girls that are
14 relatively the same age to come to Jeffrey
15 Epstein's house and to use your words, have a good
16 time?
17       MR. CRITTON:  Form.
18       THE WITNESS:  It's hard to know who they
19    knew.  But I think that was -- they feel
20    better themselves when they're in a group
21    than going by themselves, but I don't know
22    somebody recruiting.
23 BY MR. EDWARDS:
24   Q.  Okay.  And you've talked about, at least
25 referred to yourself I believe to the police and

Page 167

1  as well today as a human ATM machine.  Right?
2        MR. CRITTON:  Form.
3        THE WITNESS:  Something like that.  I was
4    supposed to carry cash at all times.
5  BY MR. EDWARDS:
6    Q.  One of the primary reasons why you
7  carried cash was to pay the girls in this age
8  group of C. and T. for whatever happened at the
9  house.  Right?
10       MR. CRITTON:  Form.
11       THE WITNESS:  Yes.
12 BY MR. EDWARDS:
13   Q.  That's a fair statement.  Right?
14       MR. CRITTON:  Form.
15       THE WITNESS:  Yes.
16 BY MR. EDWARDS:
17   Q.  Okay.  And when C., let's use her for
18 example, would bring somebody else to the house,
19 did you pay C. as well as whomever she brought to
20 the house, pay them both?
21   A.  No, I pay only one person.
22   Q.  Okay.  My understanding, and tell me if
23 this is wrong or you can corroborate this, is that
24 Mr. Epstein would pay the girl that was actually
25 performing whatever was happening in the room --

Page 168

1  for now we'll call it a massage -- as well as
2  anybody who brought that person over to the house,
3  they would both get paid cash.  Are you familiar
4  with that?
5        MR. CRITTON:  Form.
6        THE WITNESS:  No.
7  BY MR. EDWARDS:
8    Q.  If C. brought another girl over to the
9  house and C. stayed downstairs but this other girl
10 went upstairs with Mr. Epstein, which one would
11 you pay?
12   A.  I don't know because I was told who to
13 pay.
14   Q.  And Sarah Kellen always told you?
15   A.  Sarah told me pay so and so.
16   Q.  So if we were going to ask anybody else
17 about the exact method in terms of who would get
18 paid and for what, who would the people be?  I
19 mean, other than Mr. Epstein who else could we ask
20 these questions?
21   A.  Sarah.
22   Q.  Sarah Kellen?
23   A.  Yes.
24   Q.  She would know this?
25   A.  Yes.

Page 169

1    Q.  What about Ghislaine Maxwell?
2        MR. CRITTON:  Form.
3        THE WITNESS:  You're talking about the
4    boss.  I don't know.
5  BY MR. EDWARDS:
6    Q.  To your knowledge was Ghislaine Maxwell
7  aware of these girls that are in the age group of
8  C. and T. coming to Jeffrey Epstein's house to
9  have a good time?
10       MR. CRITTON:  Form.
11       THE WITNESS:  I have to say something.
12    Mrs. Maxwell called me and told me not to
13    ever discuss or contact her again in a
14    threaten way.
15 BY MR. EDWARDS:
16   Q.  When was this?
17   A.  Right after I left because I call one of
18 the friends for a job and she told me this, but,
19 you know, I feel intimidated and so I want to keep
20 her out.
21   Q.  What exactly did she say?  First of all,
22 was this a telephone call?
23   A.  Yes, she was in New York.
24   Q.  She called you on your cell phone?
25   A.  Yes.

43 (Pages 166 to 169)

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

Page 170

```
 1   Q.  Is this the cell phone that was issued to
 2  you by Mr. Epstein?
 3   A.  No, it was my personal phone.  I was
 4  already --
 5   Q.  Gone?
 6   A.  Yeah, this is three, four months down the
 7  road.
 8   Q.  So if you left in --
 9   A.  February, March -- it was May or June.
10   Q.  Of 2005?
11   A.  Yes.
12   Q.  And you got a call from Ghislaine Maxwell
13  out of the blue?
14   A.  Yes.
15   Q.  And do you know what prompted that
16  telephone call?
17   A.  Because I contact somebody in New York to
18  get a job.
19   Q.  Who was that person?
20   A.  I contact Jean-Luc and I contact Eva, the
21  Swedish girl, she used to be very good friends
22  with Mr. Epstein because she asked me she need
23  somebody in New York.
24   Q.  What does Eva do?
25   A.  Eva was a model many years ago and he
```

Page 171

```
 1  married -- Eva is the mother of the girl who was
 2  on the wall.
 3   Q.  Who is on the wall of Mr. Epstein's
 4  house?
 5   A.  Yeah.
 6   Q.  All right.  There is a younger girl model
 7  that's on the wall of Mr. Epstein's house and this
 8  lady Eva is her mother?
 9   A.  Yes.
10   Q.  And at some point in time you called her
11  in New York to get a job?
12   A.  That's right.
13   Q.  And you also called Jean-Luc Bernell?
14  That's his name.  Right?
15   A.  Jean-Luc, yeah, I don't remember his last
16  name.
17   Q.  Does that sound familiar to you, Jean-Luc
18  Bernell?
19   A.  Yeah.
20   Q.  What did Eva and/or Jean-Luc say about
21  employing you?
22   A.  No, they said they're going to find out
23  and obviously the first thing they did was talk to
24  Mrs. Maxwell.
25   Q.  She made a telephone call to you and what
```

Page 172

```
 1  precisely did she say?
 2   A.  She said I forbid you that you're going
 3  to be -- that I will be sorry if I contact any of
 4  her friends again.
 5   Q.  Okay.  Other than you will be sorry if
 6  you contact any of my friends again did she say
 7  anything else about what you know about Mr.
 8  Epstein and/or what goes on at his house?
 9   A.  She said something like don't open your
10  mouth or something like that.  But you have to
11  understand, I'm a civil humble, I came as an
12  immigrant to service people, and right now you
13  feel a little -- I'm 55 and I'm afraid.  First of
14  all, I don't have a job, but I'm glad this is on
15  tape because I don't want nothing to happen to me.
16  This is the way they treat you, better do this and
17  you shut up and don't talk to nobody and --
18   Q.  When you say this is the way they treat,
19  who specifically are you talking about when you
20  say the word they?
21   A.  Maxwell.
22   Q.  And usually when you say the word they,
23  you're not only talking about one person --
24   A.  Wealthy people.
25   Q.  Are you also putting Jeffrey Epstein in
```

Page 173

```
 1  that category?
 2       MR. CRITTON:  Form.
 3       THE WITNESS:  I didn't talk to him
 4    directly most of the time.
 5  BY MR. EDWARDS:
 6   Q.  What's the reason why if you were his
 7  head of security that you wouldn't have more
 8  direct contact with him?  Why is that?
 9       MR. CRITTON:  Form.
10       THE WITNESS:  He wanted that way, you
11    know, so, yeah, I have to talk to Sarah,
12    Sarah is not available talk to Lesley in New
13    York.  He didn't want to be disturbed.
14  BY MR. EDWARDS:
15   Q.  Even while you were in the same house
16  with him he still had other people you could talk
17  to directly but he was not one of them?
18   A.  Yeah.
19   Q.  When you were fired you were not fired
20  directly by him?
21   A.  No.
22   Q.  It was through somebody else?
23   A.  Ms. Maxwell.
24   Q.  Okay.  But it was for upsetting him for
25  taking the wrong car?
```

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

Page 174

1  A. Yes.
2  Q. Okay. Ever since this communication that
3  Ms. Maxwell made to you where she called you
4  sometime in May or June of 2005, and have you felt
5  threatened?
6  A. Yes.
7     MR. CRITTON: Form.
8  BY MR. EDWARDS:
9  Q. Have you felt reluctant to come forward
10 and give truthful, honest, and full disclosure of
11 all information that you know about this case?
12    MR. CRITTON: Form.
13    THE WITNESS: I said this off the record
14    but I will say it on the record, being in
15    the Epstein case for me resulted in two
16    years I have -- I won't bring the names but
17    I was in the third interview to get hired as
18    a household manager in Palm Beach and they
19    told me you are the Jeffrey Epstein guy.
20    Not in the sense I did something wrong
21    because of the scandal, so they shun the job
22    away from me. And so I was afraid that --
23    this is very powerful people and one phone
24    call and you finish, so I'm the little guy.
25    Even I'm wearing a tie I'm a -- I'm talking

Page 175

1     from my heart. This is the way it is.
2  BY MR. EDWARDS:
3  Q. I feel for you, I'm sorry that you have
4  to be in this position.
5     MR. CRITTON: Move to strike this.
6  BY MR. EDWARDS:
7  Q. Well, when you applied for these jobs and
8  they turned you down and gave you the reason that
9  you're the person involved in the Jeffrey Epstein
10 scandal, was it that they are associated or
11 friends with Jeffrey Epstein or is it that you
12 have information and you have this confidentiality
13 but you're revealing some certain information that
14 Mr. Epstein would not like?
15    MR. CRITTON: Form.
16    THE WITNESS: Both.
17 BY MR. EDWARDS:
18 Q. Both?
19 A. Both.
20 Q. And since then given what you just told
21 us about these people being very powerful, are you
22 afraid for your life given the fact that you're
23 involved to some extent in this case?
24    MR. CRITTON: Form.
25    THE WITNESS: I just start thinking about

Page 176

1     this. Because I went through -- the first
2     time I went to the deposition I was in Palm
3     Beach and I did my duty, I mean, I tell what
4     I know, but now I know there is more
5     digging, all I want is this to be to get on
6     with my normal life and stuff.
7  BY MR. EDWARDS:
8  Q. So when you come here today to testify,
9  your main objective is to get back to your normal
10 life and get out of the spotlight of this case.
11 Yes?
12 A. Yes.
13 Q. And in doing so have you held back some
14 of the details that you know about that happened
15 in this case to remove yourself from the
16 spotlight?
17    MR. CRITTON: Form.
18    THE WITNESS: No, sir.
19 BY MR. EDWARDS:
20 Q. Okay. Have you ever talked to Ghislaine
21 Maxwell after that telephone call where she called
22 you and you felt threatened?
23 A. No.
24 Q. Okay. So going back to where we started
25 here was, does Ghislaine Maxwell have knowledge of

Page 177

1  the girls that would come over to Jeffrey
2  Epstein's house that are in roughly the same age
3  group as C. and T. and to have a good time as you
4  put it?
5     MR. CRITTON: Form.
6     THE WITNESS: Yes.
7  BY MR. EDWARDS:
8  Q. And what was her involvement and/or
9  knowledge about that?
10    MR. CRITTON: Form.
11    THE WITNESS: She knew what was going on.
12 BY MR. EDWARDS:
13 Q. You referred to her at one point in time
14 as Jeffrey Epstein's companion. But then later on
15 you said that if she flew she flew on a different
16 airplane and oftentimes or sometimes she slept in
17 a different bed from Mr. Epstein. Did that seem
18 unusual to you?
19    MR. CRITTON: Form.
20    THE WITNESS: It was odd but, I mean, and
21    again, everything is odd in Palm Beach.
22 BY MR. EDWARDS:
23 Q. Okay, I don't mean to laugh.
24 A. Mr. Epstein fly to Jet Aviation, she fly
25 to Galaxy Aviation, but they never flew the same

45 (Pages 174 to 177)

Page 266

BY MR. LANGINO:
Q. Are you currently in fear of Mr. Epstein?
A. Not at this particular moment but it's something I have to be worry about, yes.
Q. Are you personally afraid of criminal prosecution?
A. No.
Q. Do you believe that you did anything illegal?
A. Illegal, no.
MR. LANGINO: I have no further questions. Thank you.
MR. CRITTON: We're going to break in about 15 minutes. Do you want to start and go for 15 minutes or do you want to -- it's up to you.
MS. EZELL: I'll start.
MR. WILLITS: When are we going to quit, folks?
MR. CRITTON: In 15 minutes.
THE VIDEOGRAPHER: Might as well change tapes.
MR. EDWARDS: Bob has to get back so we've agreed we're going to come back some other time.

Page 267

MR. WILLITS: Why don't we just stop now?
MS. EZELL: Okay.
MR. EDWARDS: Rather than you start.
MS. EZELL: Yeah, I won't get very far.
MR. EDWARDS: Sorry to do this with you, we didn't finish.
MR. CRITTON: So we're stopped?
MR. EDWARDS: We're stopped.
THE VIDEOGRAPHER: Off the record.
(Thereupon, the videotaped deposition was adjourned at 5:30 p.m.)
- - -

Page 268

THE STATE OF FLORIDA,    )
COUNTY OF DADE.          )

I, the undersigned authority, certify that ALFREDO RODRIGUEZ personally appeared before me on the 29th day of July, 2009 and was duly sworn.

WITNESS my hand and official seal this 31st day of July, 2009.

_____
MICHELLE PAYNE, Court Reporter
Notary Public - State of Florida

Page 269

CERTIFICATE

The State Of Florida,    )
County Of Dade.          )

I, MICHELLE PAYNE, Court Reporter and Notary Public in and for the State of Florida at large, do hereby certify that I was authorized to and did stenographically report the videotaped deposition of ALFREDO RODRIGUEZ; that a review of the transcript was requested; and that the foregoing pages, numbered from 1 to 269, inclusive, are a true and correct transcription of my stenographic notes of said deposition.
I further certify that said videotaped deposition was taken at the time and place hereinabove set forth and that the taking of said videotaped deposition was commenced and completed as hereinabove set out.
I further certify that I am not an attorney or counsel of any of the parties, nor am I a relative or employee of any attorney or counsel of party connected with the action, nor am I financially interested in the action.
The foregoing certification of this transcript does not apply to any reproduction of the same by any means unless under the direct control and/or direction of the certifying reporter.
DATED this 31st day of July, 2009.

_____
MICHELLE PAYNE, Court Reporter