# EXHIBIT A

**PALM BEACH COUNTY SHERIFF'S OFFICE**
**CENTRAL RECORDS**
**FSS EXEMPTIONS/CONFIDENTIAL**

| | | | |
|---|---|---|---|
| ☐ | 119.071(2)(c) Active criminal intelligence/active criminal investigative Information | ☐ | 119.071(5)(g)1 Biometric Identification Information (Fingerprints, palm prints, and footprints) |
| ☐ | 119.071(2)(e) Confession | ☐ | 119.071(2)(f) Confidential Informants |
| ☐ | 365.171(15) Identity of 911 caller or person requesting emergency service | ☐ | 316.066(5)(a) Crash reports are confidential for period of 60 days after the report is filed |
| ☐ | 119.071(2)(d) Surveillance techniques, procedures, and personnel inventory of law enforcement resources, policies or plans pertaining to mobilization, deployment or tactical operations | ☑ | 119.071(2)(h)(1) Identity of victim of sexual battery, lewd and lascivious offense upon a person less than 16 years old, child abuse, sexual offense |
| ☐ | 119.071(2)(I) Assets of crime victim | ☐ | 985.04(1) Juvenile offender records |
| ☐ | 119.071(5)(a)(5) Social security numbers held by agency | ☐ | 119.0712(2) Personal information contained in a motor vehicle record |
| ☐ | 119.071(5)(b) Bank account #, debit, charge and credit card numbers held by an agency | ☐ | 119.071(2)(b) Criminal intelligence/investigative information from a non-Florida criminal justice agency |
| ☐ | 395.3025(7)(a) and/or 456.057(7)(a) Medical information | ☐ | 394.4615(7) Mental health information |
| ☐ | 943.053/943.0525 NCIC/FCIC/FBI and in-state FDLE/DOC | ☐ | 119.071(4)(c) Undercover personnel |
| ☐ | 119.07(4)(d) Extra fee if request is voluminous or requires extensive personnel, technology | ☐ | 119.071(4)(d)(1) Home address, telephone, soc. security #, photos of active/former LE personnel, spouses and children |

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF

GM_00784

Tracking 16-04-2729    RP 97-002687    Clerk Name/ID: M Tooks #8557    Date: 04/25/2016

Revised 03/04/2011

```
Date:   4/25/16             ROYAL PALM BEACH POLICE DEPARTMENT           Page:         1
Time:   8:52:07                       Offense Report                     Program: CMS301L
------------------------------------------------------------------------------------------
Day Of Week    . : Tuesday                  Report Date  . : 11/04/97 10:55
Occur From Date: 11/04/97 10:52             Occur To Date  : 11/04/97 10:52
Dept Class  . . : SEX OFFENSE - LEWD AND LASCIVIOUS
Street Number   : WILLOWS, 156 MARTIN CIR
City . . . . .  : ROYAL PALM BEACH, FL 33411
Zone/division   : Zone Two (2) (So of Okee/E thr Wil)
Location Type   : RES-SNGL FAMILY           Case Status  . : CLEARED BY ARREST
Report Officer  : MANCINO, JR, DOMINIC
Supervisory Emp : HUGHES, THOMAS   11/09/97
Verif. Employee : MANCINO, JR, DOMINIC  11/04/97
Case Status Dt  : 11/25/97

************ C A S E     M A N A G E M E N T     I N F O R M A T I O N *************
Case Number   . : 1-97-002687
Dept Class  . . : SEX OFFENSE - LEWD AND LASCIVIOUS
Case Status   . : CLEARED BY ARREST         Case Status Dt : 11/25/97
Investigator  . : ROBKIN, R.

                        ***ASSIGNMENT HISTORY***
Case Number   . : 1-97-002687               Dept Unit  . . : DETECTIVE
Investigator  . : ROBKIN, ROBERT            Supervisor . . : PERVENECKI, DAVID
Assignment Date : 11/04/97

******************** O F F E N S E       R E P O R T   #   1 ********************
State Class    . : Sex Offenses - Incest/Indecent Exp
Attmpt/Committ : Committed                  Statute/Ordin  : 800.04
State Dispo   . : Adult                     UCR Disposition: Cleared by Arrest
Exception Clear: ARRESTED ON PRIMARY OFFENSE
Arrest Case No.: 1-97-006345                People Arrested: 1

********* P R O P E R T Y     I N F O R M A T I O N   #   1 ********************
Category . . . : PROP/EVIDENCE--NO VALUE
UCR Prop Type  : CONSUMABLE GOODS           Quantity . . . :             1
Description  . : SEAGRAMS VO LIQUOR         Value  . . . . : 1.00
Recovered by . : OFC. MANCINO               Recovered Date : 11/04/97
Property type  : FOOD/LIQUOR/CONSUMABLE     Recovery value : 1.00

********* P R O P E R T Y     I N F O R M A T I O N   #   2 ********************
Category . . . : SAFEKEEPING                UCR Prop Type  : MISCELLANEOUS
Quantity . . . :             1
Serial number  : W/BOOKS, PAPERS AND CLOTHING
Description  . : BOOK BAGS                  Value  . . . . : 1.00
Recovered by . : OFC. MANCINO               Recovered Date : 11/04/97
Property type  : MISCELLANEOUS              Recovery value : 1.00

********* P R O P E R T Y     I N F O R M A T I O N   #   3 ********************
Category . . . : PROP/EVIDENCE--NO VALUE
UCR Prop Type  : MISCELLANEOUS              Quantity . . . :             4
Serial number  : BACKYARD OF 156 MARTIN CIRCLE
Description  . : POLAROID PICTURES          Value  . . . . : 1.00
Recovered by . : OFC. MANCINO               Recovered Date : 11/04/97
Property type  : MISCELLANEOUS              Recovery value : 1.00

********* P R O P E R T Y     I N F O R M A T I O N   #   4 ********************
```

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF
GM_00785

```
Date:  4/25/16              ROYAL PALM BEACH POLICE DEPARTMENT              Page:      2
Time:  8:52:07                         Offense Report                       Program: CMS301L
```

1-97-002687   (Continued)

Category . . . : PROP/EVIDENCE--NO VALUE
UCR Prop Type  : CLOTHING AND FURS        Quantity . . . :        1
Name . . . . . : ADIDAS                   Description  . : SHOES
Value  . . . . : 65.00                    Recovered by . : OFC. WIKSE
Recovered Date : 11/04/97 15:25           Property type  : CLOTHING/FURS
Recovery value : 65.00

********* P R O P E R T Y   I N F O R M A T I O N   #   5 ********************
Category . . . : PROP/EVIDENCE--NO VALUE
UCR Prop Type  : CLOTHING AND FURS        Quantity . . . :        1
Description  . : SOCKS                    Value  . . . . : 1.00
Recovered by . : OFC. WIKSE               Recovered Date : 11/04/97 15:25
Property type  : CLOTHING/FURS            Recovery value : 1.00

********* P R O P E R T Y   I N F O R M A T I O N   #   6 ********************
Category . . . : PROP/EVIDENCE--NO VALUE
UCR Prop Type  : CLOTHING AND FURS        Quantity . . . :        1
Description  . : JENCO                    Value  . . . . : 55.00
Recovered by . : OFC. WIKSE               Recovered Date : 11/04/97 15:25
Property type  : CLOTHING/FURS            Recovery value : 55.00

********* P R O P E R T Y   I N F O R M A T I O N   #   7 ********************
Category . . . : PROP/EVIDENCE--NO VALUE
UCR Prop Type  : CLOTHING AND FURS        Quantity . . . :        1
Description  . : BOXER SHORTS             Value  . . . . : 5.00
Recovered by . : OFC. WIKSE               Recovered Date : 11/04/97 15:25
Property type  : CLOTHING/FURS            Recovery value : 5.00

********* P R O P E R T Y   I N F O R M A T I O N   #   8 ********************
Category . . . : PROP/EVIDENCE--NO VALUE
UCR Prop Type  : CLOTHING AND FURS        Quantity . . . :        1
Name . . . . . : MECCA                    Description  . : T SHIRT
Value  . . . . : 30.00                    Recovered by . : OFC. WIKSE
Recovered Date : 11/04/97 15:25           Property type  : CLOTHING/FURS
Recovery value : 30.00

********* P R O P E R T Y   I N F O R M A T I O N   #   9 ********************
Category . . . : PROP/EVIDENCE--NO VALUE
UCR Prop Type  : CLOTHING AND FURS        Quantity . . . :        1
Name . . . . . : BUSCH                    Description  . : BUSCH T SHIRT
Value  . . . . : 15.00                    Recovered by . : OFC. WIKSE
Recovered Date : 11/04/97 15:25           Property type  : CLOTHING/FURS
Recovery value : 15.00

********* P R O P E R T Y   I N F O R M A T I O N   #  10 ********************
Category . . . : PROP/EVIDENCE--NO VALUE
UCR Prop Type  : CLOTHING AND FURS        Quantity . . . :        1
Description  . : GREEN/WHITE SHIRT        Value  . . . . : 30.00
Recovered by . : OFC. WIKSE               Recovered Date : 11/04/97 15:20
Property type  : CLOTHING/FURS            Recovery value : 30.00

********* P R O P E R T Y   I N F O R M A T I O N   #  11 ********************

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF

GM_00786

```
------------------------------------------------------------------------
Date:   4/25/16           ROYAL PALM BEACH POLICE DEPARTMENT      Page:        3
Time:   8:52:07                    Offense Report                 Program: CMS301L
------------------------------------------------------------------------

                                                  1-97-002687   (Continued)
Category . . . : PROP/EVIDENCE--NO VALUE
UCR Prop Type  : CLOTHING AND FURS       Quantity . . . :            1
Name . . . . . : 26 RETREDD              Description  . : SHOES
Value  . . . . : 59.00                   Recovered by . : OFC. WIKSE
Recovered Date : 11/04/97 15:20          Property type  : CLOTHING/FURS
Recovery value : 59.00

********* P R O P E R T Y   I N F O R M A T I O N   #  12 *********************
Category . . . : PROP/EVIDENCE--NO VALUE
UCR Prop Type  : CLOTHING AND FURS       Quantity . . . :            1
Name . . . . . : MAX SPORT               Description  . : PANTS
Value  . . . . : 1.00                    Recovered by . : OFC. WIKSE
Recovered Date : 11/04/97 15:20          Property type  : CLOTHING/FURS
Recovery value : 1.00

********* P R O P E R T Y   I N F O R M A T I O N   #  13 *********************
Category . . . : PROP/EVIDENCE--NO VALUE
UCR Prop Type  : CLOTHING AND FURS       Quantity . . . :            1
Description  . : BOXER SHORTS            Value  . . . . : 1.00
Recovered by . : OFC. WIKSE              Recovered Date : 11/04/97 15:20
Property type  : CLOTHING/FURS           Recovery value : 1.00

********* P R O P E R T Y   I N F O R M A T I O N   #  14 *********************
Category . . . : PROP/EVIDENCE--NO VALUE
UCR Prop Type  : CLOTHING AND FURS       Quantity . . . :            2
Description  . : SOCKS                   Value  . . . . : 1.00
Recovered by . : OFC. WIKSE              Recovered Date : 11/04/97 14:40
Property type  : CLOTHING/FURS           Recovery value : 1.00

********* P R O P E R T Y   I N F O R M A T I O N   #  15 *********************
Category . . . : PROP/EVIDENCE--NO VALUE
UCR Prop Type  : CLOTHING AND FURS       Quantity . . . :            2
Name . . . . . : NIKE                    Description  . : SHOES
Value  . . . . : 90.00                   Recovered by . : OFC. WIKSE
Recovered Date : 11/04/97 14:40          Property type  : CLOTHING/FURS
Recovery value : 90.00

********* P R O P E R T Y   I N F O R M A T I O N   #  16 *********************
Category . . . : PROP/EVIDENCE--NO VALUE
UCR Prop Type  : CLOTHING AND FURS       Quantity . . . :            1
Description  . : T SHIRT                 Value  . . . . : 1.00
Recovered by . : OFC. WIKSE              Recovered Date : 11/04/97 14:40
Property type  : CLOTHING/FURS           Recovery value : 1.00

********* P R O P E R T Y   I N F O R M A T I O N   #  17 *********************
Category . . . : PROP/EVIDENCE--NO VALUE
UCR Prop Type  : CLOTHING AND FURS       Quantity . . . :            1
Description  . : BOXER SHORTS            Value  . . . . : 1.00
Recovered by . : OFC. WIKSE              Recovered Date : 11/04/97 14:40
Property type  : CLOTHING/FURS           Recovery value : 1.00

********* P R O P E R T Y   I N F O R M A T I O N   #  18 *********************
```

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF
GM_00787

```
------------------------------------------------------------------------
Date:  4/25/16           ROYAL PALM BEACH POLICE DEPARTMENT      Page:     4
Time:  8:52:07                    Offense Report                 Program: CMS301L
------------------------------------------------------------------------

                                                        1-97-002687  (Continued)
Category . . . : PROP/EVIDENCE--NO VALUE
UCR Prop Type  : CLOTHING AND FURS       Quantity . . . :          1
Serial number  : BL/WHT                  Description  . : CLINCH SHIRT
Value  . . . . : 25.00                   Recovered by . : OFC. WIKSE
Recovered Date : 11/04/97 14:40          Property type  : CLOTHING/FURS
Recovery value : 25.00

********* P R O P E R T Y   I N F O R M A T I O N  #  19 ********************
Category . . . : PROP/EVIDENCE--NO VALUE
UCR Prop Type  : CLOTHING AND FURS       Quantity . . . :          1
Name . . . . . : THIRD RAIL              Description  . : THIRD RAIL JEANS
Value  . . . . : 35.00                   Recovered by . : OFC. WIKSE
Recovered Date : 11/04/97 14:40          Property type  : CLOTHING/FURS
Recovery value : 35.00

********* P R O P E R T Y   I N F O R M A T I O N  #  20 ********************
Category . . . : PROP/EVIDENCE--NO VALUE
UCR Prop Type  : CLOTHING AND FURS       Quantity . . . :          1
Serial number  : MULTI COLOR LEATHER     Description  . : BELT
Value  . . . . : 10.00                   Recovered by . : OFC. WIKSE
Recovered Date : 11/04/97 14:40          Property type  : CLOTHING/FURS
Recovery value : 10.00

********* V E H I C L E   I N F O R M A T I O N  #  1 ********************
Case number    . : 1-97-002687

********* C O M P L A I N A N T   I N F O R M A T I O N - # 1 ************
Case Number    . : 1-97-002687          Last Name    . . : [REDACTED]
Street Number  [REDACTED]
City . . . .   [REDACTED]
Home Phone No. [REDACTED]                Business Phone : 561/000-0000
Birth Date . . : 11/01/1938  59          Birth Country  : Unknown
Oper Lic Cntry : Unknown                 Race . . . . . : Black
Sex  . . . . . : Female                  Ethnic Origin  : BLACK

************** S U S P E C T / A R R E S T E E   I N F O R M A T I O N - # 1 **
Case Number    . : 1-97-002687          Prompt valid in: [REDACTED] FELONY
Street Number  [REDACTED]
City . . . .   [REDACTED]
Home Phone No. [REDACTED]                Business Phone : 561/000-0000
Birth Date . . : [REDACTED]  17          Maximum Age  . : 17
Birth Country  : Unknown                 Oper Lic Cntry : Unknown
Race . . . . . : White                   Sex  . . . . . : Male
Ethnic Origin  : WHITE                   Minimum Height : 509
Minimum Weight : 150                     Hair Color . . : Black
Hair Length  . : Short (Up to 1/2")      Eye Color  . . : Brown
Complexion . . : Medium                  Facial Hair  . : Mustache Only
Teeth  . . . . : Normal                  Build  . . . . : MEDIUM
Speech . . . . : Normal                  Status . . . . : Arrested
Arrest Case No.: 1-97-006345             Shirt  . . . . : BLK BAGGY PANTS

************** S U S P E C T / A R R E S T E E   I N F O R M A T I O N - # 2 **
```

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF
GM_00788

```
Date:  4/25/16              ROYAL PALM BEACH POLICE DEPARTMENT         Page:        5
Time:  8:52:07                        Offense Report                   Program: CMS301L

                                                        1-97-002687   (Continued)
Case Number    . : 1-97-002687            Prompt valid in:
Street Number  :
City . . . . . :
County . . . . : PALM BEACH              Home Phone No.
Business Phone : 407/000-0000            Birth Date . . : 3/01/1980  17
Maximum Age  . : 17                      Birth City . . : AC, FL
Birth Country  : United States
Oper Lic No. . : V616410800810   FL United States
Race . . . . . : White                   Sex  . . . . . : Male
Ethnic Origin  : WHITE                   Minimum Height : 504
Maximum Height : 504                     Minimum Weight : 120
Maximum Weight : 120                     Occupation . . : STUDENT
Hair Color . . : Black                   Hair Length  . : Medium (Up to 2")
Hair Style . . : Parted in Center        Eye Color  . . : Blue
Complexion . . : Fair                    Facial Hair  . : Mustache Only
Teeth  . . . . : Normal                  Build  . . . . : MEDIUM
Speech . . . . : Normal                  Status . . . . : Still Suspect
Pants  . . . . : BLK JEANS

************** V I C T I M       I N F O R M A T I O N  - # 1 *******************
Case Number    . : 1-97-002687            Prompt valid in:
Street Number  :
City . . . . .
Home Phone No.
Birth Date . . : 8/09/1983  14           Business Phone : 561/000-0000
Oper Lic Cntry : Unknown                 Birth Country  : Unknown
Sex  . . . . . : Female                  Race . . . . . : White
Residency Type : Royal Palm Beach        Ethnic Origin  : WHITE
Victim Type  . : Juvenile                Residency Sts  : Full Year

********* O T H E R      P E R S O N       I N F O R M A T I O N - # 1 *********
Case Number    . : 1-97-002687            Last Name  . . :
Person Type  . : OTHER PERSON
Street Number  :
City . . . . .
Home Phone No.                           Business Phone : 561/000-0000
Birth Date . . : 6/22/1983  14           Birth Country  : Unknown
Oper Lic Cntry : Unknown                 Race . . . . . : White
Sex  . . . . . : Female                  Ethnic Origin  : WHITE

********* O T H E R      P E R S O N       I N F O R M A T I O N - # 2 *********
Case Number    . : 1-97-002687            Last Name  . . :
Person Type  . : OTHER PERSON
Street Number  :
City . . . . . :                         334110000
County . . . . : PALM BEACH              Home Phone No. :
Business Phone : 407/000-0000            Birth Date . . : 7/06/1981  16
Birth City . . : WEST PALM BEACH, FL     Birth Country  : United States
Race . . . . . : White                   Sex  . . . . . : Female
Ethnic Origin  : WHITE                   Height . . . . : 505
Weight . . . . : 110
```

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF

GM_00789

```
---------------------------------------------------------------------------
Date:  4/25/16          ROYAL PALM BEACH POLICE DEPARTMENT         Page:    6
Time:  8:52:07                   Offense Report              Program: CMS301L
---------------------------------------------------------------------------
```

                                              1-97-002687  (Continued)
**************************** N A R R A T I V E   # 1 ****************************
Original Report           Reported By: MANCINO, JR, DOMINIC A.     11/05/97
                          Entered By.: JARRETT, DAWN M.            11/10/97

   On 11/4/97 at 1052 hours, I responded to 156 Martin Circle in
regards to six juveniles acting suspicious in the backyard of 156
Martin Circle. On arrival I met with Adella Onen a elderly b/f
complainant at 10:55 hours. Ms. Oneal stated that at approximately
1045 hours, she woke from her sleep. Oneal stated that she looked
into her backyard and observed six juveniles in her back yard three
w/m's and three w/f's. Oneal stated that while she was watching
the juveniles she observed that a blonde w/f was acting very
intoxicated. Oneal stated that she observed a w/m wearing a jacket
and baggy black pants kissing and laying on top of the intoxicated
w/f. Oneal stated that while the intoxicated w/f was laying on the
ground all of the other subjects were slapping her across the face
yelling at the intoxicated w/f to wake up. I then walked into the
backyard of ▓▓▓▓▓▓▓▓▓▓.

   I observed the six subjects laying on the ground near the
canal. As I was walking towards the subjects I observed a w/m laying
on top of a blonde, w/f. I observed that the w/f was wearing a multi
colored dress which was above her hips, she had her legs wrapped
around the w/m's hips and her ankles were locked together. I
observed that the w/m was moving his hips side to side and he was
moving his pelvic area in a up and down motion.

   I then identified the two on top of each other as ▓▓▓▓▓▓
▓▓▓▓▓▓, and ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. I then
observed the other four juveniles who were just west of ▓▓▓▓ and
▓▓▓▓▓▓. The two females were sitting in an upward position and they
are ▓▓▓▓▓▓▓▓▓▓▓▓ and ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. The
two other males who were laying down was ▓▓▓▓▓▓▓▓▓▓▓▓▓
and ▓▓▓▓▓▓▓▓▓▓▓▓. The four subjects appeared to be
watching ▓▓▓▓▓▓ and ▓▓▓▓▓▓ and laughing.

   I then had ▓▓▓▓▓▓ get off of ▓▓▓▓▓▓ I observed that
▓▓▓▓▓▓ was very intoxicated, she was unable to stand on her legs.
She was unable to crawl and she was clutching onto ▓▓▓▓▓▓ crying,
holding his leg's and around his neck.

   Based on ▓▓▓▓▓▓ intoxicated condition, a ambulance was called
to transport her to ▓▓▓▓▓▓▓▓▓▓▓▓ to check on her condition. I
then met with ▓▓▓▓▓▓ and his mother. I advised ▓▓▓▓▓▓ of his
Miranda rights, which he stated that he understood. ▓▓▓▓▓▓ stated
that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and ▓▓▓▓▓▓▓▓▓▓ came
over to his home at ▓▓▓▓▓▓▓▓▓▓▓▓ at 0930 hours. Collazo
stated that his mother was upset to see the five inside her home and
not in school. ▓▓▓▓▓▓ stated his mother made all the subjects
leave the house. ▓▓▓▓▓▓ stated that after his ride did not show up
to take him to a job interview he went outside, talked to a neighbor,
then took some pictures of his home that was recently placed on the

                                              CERTIFIED
                                          TO BE A TRUE COPY
                                       RIC L. BRADSHAW, SHERIFF

                                                    GM_00790

1-97-002687  (Continued)

market. ▓▓▓▓ stated that while he was standing outside, one of the subjects that was at his home earlier ran up to him and stated that ▓▓▓▓ was in bad shape because of her intoxicated condition and she needed ▓▓▓▓ help. ▓▓▓▓ stated that he ran into the backyard of ▓▓▓▓ and observed ▓▓▓▓ rolling around on the grass and almost falling into the canal. ▓▓▓▓ stated that the other parties in the backyard was not helping her and he feared that ▓▓▓▓ was going to fall into the canal. ▓▓▓▓ stated that he laid on top of ▓▓▓▓ to keep her from falling into the canal.

I then asked ▓▓▓▓ if he did or ever has had sexual intercourse with ▓▓▓▓ and if he was the person that gave ▓▓▓▓ that liquor she drank. ▓▓▓▓ stated he did not give ▓▓▓▓ any liquor and he said that he has never had sexual relations with ▓▓▓▓.

The six juvenile's were handled in the following manner. Mr. ▓▓▓▓ was turned over to his mother at ▓▓▓▓. Mr. ▓▓▓▓ and ▓▓▓▓ were transported back to ▓▓▓▓ by Officer Wikse. ▓▓▓▓ and ▓▓▓▓ were transported to the West Palm Beach Truancy Center by Officer Wensyel. ▓▓▓▓ was transported to the hospital. ▓▓▓▓ implied that she had sexual intercourse with some of the people that I observed in the rear of ▓▓▓▓ to the emergency persons that was in the ambulance.

I then was advised of this information and this incident was turned over to the Detective Division.

```
*************************** N A R R A T I V E   # 2 ***************************
SUPPLEMENT             Reported By: WIKSE, JOHN C.                    11/04/97
                       Entered By.: JARRETT, DAWN M.                  11/10/97
```

On 11/5/97 at 1113 hours, I was dispatched as a backup unit to 156 Martin Circle in reference to a juvenile call.

Upon arrival I met with Sgt. T. Hughes who was standing with a group of six juveniles, three w/m and three w/f. Ofc. Mancino was present and had already run all of the names through dispatch who had called the ▓▓▓▓ and confirmed that all present was truant, with the exception of ▓▓▓▓ who is not enrolled in school. RPB EMS was also on scene dealing with one of the w/f who was identified as ▓▓▓▓ It appeared that ▓▓▓▓ had been drinking and she was unable to stand and was hysterical. EMS transported ▓▓▓▓ to ▓▓▓▓ and Sgt. Hughes asked me to transport one of the w/m's ▓▓▓▓ back to the High School and obtain a contact number for ▓▓▓▓ parents. Upon my arrival at the High School I dropped ▓▓▓▓ off at the student services office and I proceeded to the nurses offices where I obtained four emergency contact numbers for ▓▓▓▓ parents. I attempted all of these numbers numerous times to no

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF

GM_00791

1-97-002687  (Continued)

avail. I called down to the ████████████████ and asked to speak with paramedics. I spoke with ████████████ who told me that ████████████, while enroute to the hospital, had found grass and twig material in the patients panties and had received a spontaneous statement from the patient in reference to being raped. I notified Sgt. Hughes of this and he had me respond to the E.R. to stand by for detectives. Upon arrival, at the E.R., I met with ████████████ who stated that while enroute to the E.R. she was conducting a head to toe evaluation when the patient stated that she had to urinate. Par████████ was assisting ████████ remove her panties when she noticed grass and twig particles in the crotch area of ████████ panties as well as a small amount of blood, an unknown clear substance, and a substance which appeared to be semen. She also saw abrasions on ████████ buttocks. ████████ began screaming, "they held me down, they fucked me, they fucked me!" "I told them to stop, I thought they were my friends! Why would they do this to me? Am I pregnant?! Am I pregnant?!" I told ████████████ that I would need a witness statement from her in reference to these statements. She advised that she would complete the witness statement at the Fire Station and drop it off at the Police Station.

I remained at the E.R. and made several more attempts to contact ████████████ parents, again to no avail. Approximately 20 minutes later Detectives Pervenecki and Robeson responded to the E.R. and took over. I returned to the Police Department where Sgt. Hughes told Ofc. Wensyel and I to go find w████████████████████ ████████████ and ████████████. Sgt. Hughes told us that their clothing would be needed for possible evidence and to ask them to come in on a voluntary basis. While enroute to ████████████ residence at ████ ████████████ Ofc. Wensyel and I were southbound on Wildcat Way at Willows Park when we noticed ████████████ crossing the road. Ofc. Wensyel stopped and spoke with Ian who agreed to come in voluntarily. We then proceeded to ████████████ where I was able to locate ████████████ and notify his mother of the situation. Marcus also agreed to come in voluntarily. Ofc. Wensyel transported both individuals to the P.D. while I remained and took four photo's of the residence/yard located at ████████████. Upon completing this I responded to ████████████ and made contact with w/m, ████████████ who also agreed to come in on a voluntary basis.

Upon arrival at the Royal Palm Beach Police Department I made contact with Ofc. Mancino and gave him the pictures that I had taken. All juveniles had been separated and notifications were made to their parents. Det. Robkin responded and was briefed on the situation. I took each individual into the traffic office and had them change clothes. I placed their old clothing into evidence bags and Ofc. Mancino placed these bags into evidence bins.

```
***************************** N A R R A T I V E   # 3 *****************************
SUPPLEMENT                    Reported By: ROBESON, JERRY R.                 11/04/97
                              Entered By.: JARRETT, DAWN M.                  11/10/97
```

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF

GM_00792

```
Date:  4/25/16           ROYAL PALM BEACH POLICE DEPARTMENT           Page:        9
Time:  8:52:07                      Offense Report                    Program: CMS301L
```

1-97-002687  (Continued)

On Tuesday, November 4, 1997 I was dispatched to Palm's West Hospital in reference to a suspicious incident. The juvenile victim, ▓▓▓▓▓ was transported to the hospital by Royal Palm Beach Fire Department. There were allegations made by ▓▓▓▓ that she may have been forced to have sex. (See original report).

Patricia Badu-Tweneboah, Counselor/Advocate from Victim Services was dispatched to the hospital. Patricia met with the victim and the parents of ▓▓▓▓ in reference to the incident. A rape kit was done at the hospital by ▓▓▓▓▓.

I interviewed ▓▓▓▓ parents, ▓▓▓ and ▓▓▓▓ at the hospital. After explaining the incident to them, they stated that ▓▓▓▓ had met ▓▓▓▓ at school. On Sunday, November 2, 1997, the ▓▓▓ first met ▓▓▓. They spent the entire day with ▓▓▓ and eventually dropped him off at his residence. On Tuesday, November 4, 1997, ▓▓▓▓ stated that she dropped ▓▓▓▓ off at ▓▓▓▓ for school. They also stated that ▓▓▓▓ had previously been sexually active but, felt that she was not currently sexually active.

After the examination was done by ▓▓▓▓ I interviewed ▓▓▓▓. ▓▓▓▓ said that she didn't go to school and was with ▓▓▓ and a group of friends. There were males and females in the group. Some of the juveniles ▓▓▓▓ didn't know because she only met them today. ▓▓▓▓ said that she remembers her legs being opened and being touched by individuals. She stated that her friends were laughing and saying something to the effect of "you will like it or enjoy it". ▓▓▓▓ had her clothes on during the incident. She said that she had about five sips of alcohol and all her friends were drinking. ▓▓▓▓ said that she had known ▓▓▓ only a few days and she had been sexually active with him. She also remembered being kissed on her lips by a female that possibly was her friend, ▓▓▓▓. Virginia appeared to be very lethargic during the interview.

After the interview, I transported the collected evidence to the police station and proceeded to the ▓▓▓ residence at ▓▓▓▓ ▓▓▓▓. I met with Mr. and Ms. ▓▓▓▓. Ms. ▓▓▓▓ said that she saw a group of juveniles in front of her residence at around 9:00 A.M. ▓▓▓▓ was at home, so she questioned him about the juveniles and found out they were some of his friends. At around 9:30 A.M., Ms. ▓▓▓▓ told ▓▓▓▓ that the group had to leave from her residence. Around 10:00 A.M., ▓▓▓▓ told his mother that he was going to take pictures of their residence for their neighbor (the neighbor is helping them sell their residence). At about 11:00 A.M., Ms. ▓▓▓▓ stated that she saw the Royal Palm Beach Fire Rescue with an unknown girl. Mr. ▓▓▓▓ said that he wasn't missing any liquor from his residence.

On Wednesday, November 5, 1997, Marcus Collazo came to the

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF

GM_00793

```
------------------------------------------------------------------------
Date:  4/25/16           ROYAL PALM BEACH POLICE DEPARTMENT      Page:      10
Time:  8:52:07                    Offense Report                 Program: CMS301L
------------------------------------------------------------------------
```

1-97-002687  (Continued)

police station in reference to property. I released two lighters, paper, seven dollars and sixteen cents, and a key on a weave. The property wasn't listed on the property sheet due to the property being inside the pants pockets.

```
************************** N A R R A T I V E    # 4 **************************
SUPPLEMENT              Reported By: ROBKIN, ROBERT G.            11/04/97
                        Entered By.: DRAHOS, KATHLEEN E.          11/26/97
```

On 11/4/97 at approximately 1215 hours, this investigator received a phone call at my home advising me of a possible sexual battery investigation. I was told to go to Palms West Hospital and met with Sgt. D. Pervenecki and if possible the victim.

This Detective arrived at the hospital at approximately 1300 hours and met with Sgt. Pervenecki, Detective J. Robeson and the victim's parents. After a brief conference with the above, I went to the Police Station to meet with the responding officers and to conduct this investigation.

After speaking with the responding officers, I then began to conduct interviews with ▓▓▓▓ (S-1) ▓▓▓▓ (S-2), and ▓▓▓▓ (S-3). They were all at the Police Station.

I first met with S-3, ▓▓▓▓. I advised him that he was not under arrest and that he was under no obligation to answer any of my questions. I also asked him if he knew that this investigation was about. He told me that he thought it was because the victim had gotten very drunk.

I asked ▓▓▓▓ to relate what had occurred this date, he stated that he had seen S-1 ▓▓▓▓ prior to school at ▓▓▓▓ house and there had been some discussion about skipping school. ▓▓▓▓ says that he went to school and since he is in the "on the job training program" he gets out early. He is employed at "Tree's Wings", even though they are not open.

When he got out of school, he ran into ▓▓▓▓ and his girlfriend and another girl, later identified as ▓▓▓▓. They all walked to ▓▓▓▓ house where they met ▓▓▓▓ and the victim. ▓▓▓▓ says that they hung out at ▓▓▓▓ house until his mother got mad and told ▓▓▓▓ to have his friends leave. They were sitting in the driveway of the house and he says that he heard ▓▓▓▓ and his mother yelling at each other.

All of the kids then went into the backyard. ▓▓▓▓ says that he does not know where the victim got liquor from, but she became very drunk. He says that she was so drunk that she fell down several times and had to be pulled up an incline by her legs, to keep from falling into a canal. She was also acting very drunk by talking and laughing.

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF

GM_00794

1-97-002687 (Continued)

According to ▓▓▓▓ they had only hung out for 15 or 20 minutes before the police arrived. ▓▓▓▓ says that he did not see anyone molest or sexually violate the victim. ▓▓▓▓ wrote out a statement, it is included in this record.

It should be noted that I was unable to record ▓▓▓▓ statement because of a malfunction with the tape recorder. I then interviewed ▓▓▓▓. He was also advised that he was under no obligation to talk to me, he stated that he understood. I asked him to tell me what he had done on this date. This statement was taped. He told me that he had got up at 7:08 AM and left for school. He ran into Nissensohn and he had told him that they were gong to cut school today. ▓▓▓▓ was with the victim (they are boyfriend and girlfriend). AT approximately 0845 to 0900 hours, ▓▓▓▓ says that he, the victim, ▓▓▓▓ ▓▓▓▓ ▓▓▓▓ and ▓▓▓▓ all met and went to his house to skip and hang out. While they were there sometime around 0930 hours, his mother told him to have his friends go away. He says that he did. He also says that at this time he was also approached by his neighbor, ▓▓▓▓ who is a real estate agent and is selling his parents house. ▓▓▓▓ said that he needed to take pictures of the house. ▓▓▓▓ states that after he sent his friends away, he took some pictures and approximately 40 to 45 minutes later, his friend, ▓▓▓▓ (S-2) came and got him. He was told that his girlfriend was drunk and out of control. he then went behind the house at ▓▓▓▓ and found the victim to be very drunk. She was falling down and scooting along the canal bank. It was necessary for him and the other subjects to physically pull her up the bank by her legs and at times also carry her away from the canal to prevent her from falling in. ▓▓▓▓ says that at one point, in order to control her he found it necessary to sit a straddle on her. It was at this point that the police arrived. ▓▓▓▓ says that he has no knowledge of anyone "messing" with the victim.

Since the victim and this subject are boyfriend and girlfriend, I asked ▓▓▓▓ if he was having intercourse with the victim. ▓▓▓▓ refused to answer this question. I then asked if he had had sex with the victim on this date he then stated no, not today. ▓▓▓▓ also wrote out a statement, it is a part of this report.

The last person that I interviewed was ▓▓▓▓ his story is similar to the others except he states that ▓▓▓▓ after everyone arrived at his house produced the bottle of liquor.

He says that he, his girlfriend ▓▓▓▓, ▓▓▓▓ and the victim all were at ▓▓▓▓ house skipping school. He says that he watched the victim drink from the bottle and get very drunk. He also says that in order to cut the taste of the liquor, they took oranges from the orange tree in the yard where they were. ▓▓▓▓ says that ▓▓▓▓ tried to sober up the victim, he even went and got some food and coffee to give her, but nothing worked. According to ▓▓▓▓ all six of them were sitting around, under

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF

```
Date:  4/25/16           ROYAL PALM BEACH POLICE DEPARTMENT          Page:      12
Time:  8:52:07                        Offense Report                 Program: CMS301L
```

1-97-002687  (Continued)

some trees at the canal bank, drinking at different times ▇▇▇
and the victim might have kissed, but there was no serious petting or
touching that he saw. He did say that the victim was crawling around
on her seat and butt, and at times she would scoot about on her fanny
and her dress and panties would ride up. It was necessary for them
to physically restrain her to keep her from falling into the canal.
AT one point, it became necessary for ▇▇▇ to sit on top of the
victim to keep her from going into the canal. It was then that the
police arrived.

This statement was taped and he also wrote out a statement which
is included in this report.
After taking these statements from the above subjects, they were
all released to their parents. Their clothing was confiscated and
placed into property by the responding officers, to be sent to the
lab for testing. See property receipts.

This investigator then conducted an interview with Fire/Rescue
Officer Ellen F. Delai who was in the rescue wagon with the victim
while she was being transported to the hospital. She states that the
victim had indicated to her that she had been assaulted, and she had
also seen what appears to be blood on the victims underpants. See
her written statement for details and also the Fire/Rescue report.

Detective Robeson, who had been at the hospital with the
victim returned to the station. He had the victims clothes and the
contents of the "Rape Kit", these were placed into property. Det.
Robeson also took a taped statement from the victim at the
hospital, this is also in property.

AT approximately 1700 hours, I received a phone call from
▇▇▇   He told me over the phone at this time that he wanted to
keep the record straight and he then stated that he and the victim
were actively having sex. He said that the last time that they had
sex was on 11/3/97 in the morning.  ▇▇▇ also asked e if he
could come to the station and talk to me about the case. I told him
to come on in.

He arrived at my office at approx. 1730 hours, he was with his
father. After I explained this investigation to Mr. ▇▇▇ the son
▇▇▇ requested to speak with me in private. ▇▇▇
told me that he was very upset at the possibility that some of his
friends might have abused his girlfriend and he wanted me to know
that he was willing to cooperate in anyway that he could to get to
the bottom of this incident. During this conversation ▇▇▇ also
told me that he had supplied the liquor to the other teenagers but he
did not expect the victim to get so drunk.

At this time, ▇▇▇ also admitted to me that he and the
victim are sexually active and the last time that they had
intercourse was on Monday morning (11/3/97), he also says that they
always use protection when they make love. This statement was not

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF

GM_00796

```
--------------------------------------------------------------------
Date:  4/25/16           ROYAL PALM BEACH POLICE DEPARTMENT    Page:     13
Time:  8:52:07                     Offense Report              Program: CMS301L
--------------------------------------------------------------------
```

1-97-002687  (Continued)

recorded nor taped. I asked ▓▓▓▓ what he knew about the other people involved. He said that as far as he knew, these people were his friends. He had known them for a long while. I asked him if he knew the subjec ▓▓▓▓ he sated that she was new to the school and he had just recently met her. Her boyfriend is someone named ▓▓▓▓     I then asked ▓▓▓▓ to tell me about the subject ▓▓▓▓. He told me that she is Ian's girlfriend, and that she is "bi", I asked how he knew this an ▓▓▓▓ told me that he had seen her kissing other girls. He also told me that she tells people that she is "bi". ▓▓▓▓ repeated several times that he was very upset about his girlfriend being assaulted. I advised him to not do anything that would get him into trouble, and if he learned or heard any information for him to contact me. He agreed to do so.

   On 11/5/97 at approx. 1600 hours the victim, ▓▓▓▓ came to the police station with her parents to be interviewed by this investigator. I first met with the victim and her parents and explained the investigation to this point, I also answered several questions that they had.

   I then met privately with the victim to discuss her recollection of the events of the previous day. The victim told me that she had gone to school on 11/4/97, but as planned she and her friends cut after the first hour. They went to her boyfriend's ▓▓▓▓ house and hung around until Mrs. ▓▓▓▓ ran them off. She then says that she and the others, minus ▓▓▓▓ went in back of some houses at a canal and started to drink. She says that she became very drunk and does not remember much. She does remember falling down and someone grabbing at her legs, but she does not know who. She also says that she has a vivid recollection of being kissed by a girl, but she is not sure if it is ▓▓▓▓, and she thinks that she was being held down. People told her to relax, that she would like it, but she does not recall anything happening. I asked the victim if she recalls anything being inserted into her at anytime. She stated "no".

   I also asked her if she was having any discomfort or soreness in her vaginal area or buttocks area, she again replied no, also asked if it was time for her period, or if she was having any types of cramps, she stated, NO. I asked the victim if she was sexually active, she told me that she and ▓▓▓▓ were. I then asked her when was the last time that they had had sex. She told me Monday morning (11/3/97). She also said that they used a rubber, they always used protection.

   I then asked her if she could explain why there might be traces of blood in her panties. She could offer no explanation. She also repeated that she is past her period and she is not injured that she knows of. I also inquired as to the victim's relationship with ▓▓▓▓    She says that they are friends, I asked her if ▓▓▓▓ is gay or "bi", she then told me that ▓▓▓▓ had told her that she was "bi". I asked the victim if she had ever fooled around with ▓▓▓▓, she said no.

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF

GM_00797

```
------------------------------------------------------------------------
Date:  4/25/16         ROYAL PALM BEACH POLICE DEPARTMENT      Page:     14
Time:  8:52:07                  Offense Report              Program: CMS301L
------------------------------------------------------------------------
```

1-97-002687  (Continued)

I asked her if she remembered the ride to the hospital, she told me that it was very vague, she does not recall her conversation with the rescue personnel. Because of certain statements that were made by the victim to the fire/rescue people, I felt that it was necessary to clear up some points. The victim had stated to the rescue people that "they had fucked me". I asked her if she knew the meaning of the word "fuck", she said that it meant to have sex. The victim had asked the fire/rescue personnel several times if she were pregnant because of what happened. I then asked the victim if she knew how a person becomes pregnant. She then told me that you get pregnant from having sex.

After conducting this interview the victim requested that some of her property be returned to her. She wanted her book bag and some clothing that was not submitted as evidence. These items were returned to her (see property receipt).

On this same date approximately 1830 hours, this investigator went to ▓▓▓▓▓ and met with ▓▓▓▓▓. Her parents were not home, but she agreed to speak with me. I asked her to relate to me the vents of the day before. ▓▓▓▓▓ told me that she had cut school with the other kids and had gone to ▓▓▓▓▓ house. She told me that ▓▓▓▓▓ Mom had told them to leave. ▓▓▓▓▓ had supplied them with a bottle of liquor and they had drank some of it. ▓▓▓▓▓ had to leave to do something and he left the victim who according to ▓▓▓▓▓ was already drunk. This was somewhere around 1000 to 1030 hours. ▓▓▓▓▓ says that the victim was so drunk that she was scooting and crawling around on the grass with her dress up and she was also making passes at the other boys who were there.

▓▓▓▓▓ states that she saw the victim grab Ian by the butt and by the crouch and she also attempted to do the same to ▓▓▓▓▓ she would also ask them for sex. ▓▓▓▓▓ states that she thinks the victim thought they were ▓▓▓▓▓, because she kept asking for him. I asked ▓▓▓▓▓ if she saw anyone in any way have any sexual contact with the victim, she states that the only thing that she saw at anytime was S-1 kissing the victim, but there was never any sex. I also asked her if at anytime did she kiss the victim or caress her in anyway. She stated "no".

I then asked her if she saw the victim place anything inside herself, she again said no. I then asked if she had anything to add before ending this interview. Crystal then asked me if I knew what the victim had said to the police officer when they came to the scene. I advised her no, for her to tell me. ▓▓▓▓▓ states that when the police first arrived, the victim was very belligerent and was denying being drunk. When she (victim) realized that the police were going to take some sort of action, she told one of the officers that, "If you don't tell my parents, I'll fuck you". According to ▓▓▓▓▓ the officer ignored this comment. this concluded the interview. The phone number shown for ▓▓▓▓▓ on the report is not right, the correct phone number is 792-9076.

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF

GM_00798

```
Date:  4/25/16            ROYAL PALM BEACH POLICE DEPARTMENT        Page:       15
Time:  8:52:07                      Offense Report                  Program: CMS301L
```

1-97-002687  (Continued)

I then went to ▇▇▇▇▇▇▇▇▇ and met with ▇▇▇▇▇ ▇▇▇▇ and her parents. As before, I asked her to tell me about the vents of the day before. She told me that she had cut school at around 0830 hours and she and her friend had gone to ▇▇▇▇▇ house. ▇▇▇▇▇ says that she arrived there at around 0900 hours she thins, she also states that the victim was already drunk when she got there. ▇▇▇▇▇ states that she thinks that she was with the other people for around 2 hours. During that time she did not see anyone do anything to the victim. She did say, as did ▇▇▇▇▇, that the victim made passes at the other boys who were present but no one did anything with her. I asked her if she saw ▇▇▇▇▇ make any pass at the victim, or if she saw her kiss the victim. Kristin said no to this. ▇▇▇▇▇ also told me that the victim had propositioned the police officer who came to the scene. I also, asked her how well she knew the victim, she told me that this was the first time that she had ever met her. ▇▇▇▇▇ ahd nothing else to add at this time. This concludes the interviews with the people involved.

All of the evidence that has been collected will be sent to the PBSO for testing and analysis. It is unknown at this time as to why the victim had blood in her panties or where it came from. The victims parents were advised by this officer to seek medical advice and aid for their daughter, as well as possible counseling of some type.

All of the clothing submitted and confiscated are being submitted to the crime lab for testing. See attached lab request. The information contained in this report will be sent to the State Attorney's Office for review in regard to possible charges of Lewd and Lascivious conduct to a child under 16 years of age against Collazo, because of his admission and the victims admission to having sexual intercourse. This is in violation of FSS 800.04 (2).

Besides this admission, a simulation of sexual intercourse was also witnessed by the responding officer upon his arrival. This is a violation of the same statute. All the evidence, (clothing, liquor and lab evidence etc. has been sent to the crime lab on 11/7/97).

It should be noted that ▇▇▇▇▇ was arrested on 11/6/97 for Aggravated Battery in an unrelated case. He is now in the County Jail and is charged as an adult.

```
*************************** N A R R A T I V E   # 5 ***************************
SUPPLEMENT                Reported By: ROBKIN, ROBERT G.            11/19/97
                          Entered By.: DRAHOS, KATHLEEN E.          11/26/97
```

On 11/19/97 the listed subject, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ who is currently being held in the Palm Beach County Hail on unrelated charges was served with a Probable Cause Affidavit, charging him with two counts of Lewd and Lascivious conduct with a child under 14 years of age.

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF

GM_00799

```
Date:  4/25/16            ROYAL PALM BEACH POLICE DEPARTMENT          Page:      16
Time:  8:52:07                       Offense Report                   Program: CMS301L
```

1-97-002687   (Continued)

The PC Affidavit, Rough Arrest Form, and filing packet are all a part of this case file.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* N A R R A T I V E   # 6 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
PROBABLE CAUSE             Reported By: ROBKIN, ROBERT G.             11/17/97
                           Entered By.: DRAHOS, KATHLEEN E.           11/26/97

At the rear of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Palm Beach County, Florida when the responding patrol units arrived at the above scene, Officer Mancino who was the first on the scene observed the defendant laying on top of the victim. Both the defendant and the victim were both laying on the ground, the victim was laying on her back and according to Officer Mancino her dress was above her hips and her legs were wrapped around the defendants midsection. Both the defendant and the victim were clothes. The defendant was wearing his pants and the victim was wearing a pair of "Garfield the Cat' underpants. As stated, the defendant was on top of the victim in the missionary position both the victim and the defendant were undulating their hips and bodies, in a simulated sex act (dry humping). According to Officer Mancino the defendant's hips were moving in and out of the victim's pelvic area. The victim was also making moaning and groaning sounds.

On this same date at approximately 1730 hours, while at the police station, the defendant was being interviewed by this detective. He was not under arrest and had come to the station on his own. During this interview, the defendant told me that he and the victim had been having sex on a regular basis. The last time being on 11/3/97 at the defendants house at ▮▮▮▮▮▮▮▮▮▮▮▮▮, royal palm Beach, Florida. On 11/5/97, this Detective interviewed the victim at the police station. AT this time, the victim also told me that she and the defendant have had sex several times in the past. The last time was on 11/3/97 in the AM hours at the defendants house. She also stated that they used protection , they always sued protection.

The defendant is in the county jail on unrelated charges, he will be served with this arrest at that location.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* N A R R A T I V E   # 7 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
SUPPLEMENT                 Reported By: ROBKIN, ROBERT G.             12/23/97
                           Entered By.: JARRETT, DAWN M.              12/30/97

On this date (12/23/97) this investigator went to the Palm Beach S.O. and picked up the items that were being tested by the lab.

Nothing of any evidentiary value was found.

I have also contacted the owners of the clothing and have advised them to pick up their belongings.

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF

GM_00800

```
Date:  4/25/16           ROYAL PALM BEACH POLICE DEPARTMENT          Page:       17
Time:  8:52:07                      Offense Report                   Program: CMS301L
```

                                                           1-97-002687  (Continued)
I have also been advised by the State Attorneys Office that they do not choose to prosecute defendant Collazo for the charges of Lewd and Lascivious conduct.  See attached letter from the S/A office.

At this time this case is closed because there is no need for any further police action.

************************ N A R R A T I V E    # 8 **************************
SUPPLEMENT                Reported By: ROBESON, JERRY R.               12/23/97
                          Entered By.: JARRETT, DAWN M.                12/30/97

The property listed on the attached property receipt was returned to the owner, Ian Varvaro on December 23, 1997 at 1907 hours.

************************ N A R R A T I V E    # 9 **************************
SUPPLEMENT                Reported By: ROBKIN, ROBERT G.               12/23/97
                          Entered By.: JARRETT, DAWN M.                12/30/97

On 12/23/97, Ms. Janice Magrane who is Adam Nissonsohn's mother came to the police station and picked up her sons clothes which had been returned from P.B.S.O.

See property receipt.

************************ N A R R A T I V E    # 10 **************************
SUPPLEMENT                Reported By: FARRON, CHRISTOPHER S.          10/30/02
                          Entered By.: FARRON, CHRISTOPHER S.          10/30/02

Due to the fact, the statute of limitations has run out on this case, the property was destroyed.

************************ N A R R A T I V E    # 11 **************************
SUPPLEMENT                Reported By: GEROULD, GLENN A.                4/03/03
                          Entered By.: GEROULD, GLENN A.                4/03/03

The evidence in this case has been destroyed.

************************ N A R R A T I V E    # 12 **************************
Supplemental              Reported By: PERVENECKI, DAVID A.             5/08/03
                          Entered By.: PERVENECKI, DAVID A.             5/08/03
                          Reviewed By: GIANNOTTI(DAVIS, ERIN M.         5/22/03

The property listed in this case has been destroyed.

************************ N A R R A T I V E    # 13 **************************
Supplemental              Reported By: PERVENECKI, DAVID A.             5/07/03
                          Entered By.: PERVENECKI, DAVID A.             5/07/03
                          Reviewed By: GIANNOTTI(DAVIS, ERIN M.         5/23/03

The property listed in this case has been destroyed.

* * * * * * * * * * * * * * * END OF REPORT * * * * * * * * * * * * * * * * *

CERTIFIED
TO BE A TRUE COPY
RIC L. BRADSHAW, SHERIFF

GM_00801