United States District Court
Southern District of New York

Virginia L. Giuffre,

       Plaintiff,                Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.

_____/

**DECLARATION OF SIGRID MCCAWLEY IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER REGARDING FINANCIAL INFORMATION**

I, Sigrid McCawley, declare that the below is true and correct to the best of my knowledge as follows:

1. I am a Partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's Order granting my Application to Appear Pro Hac Vice.

2. I respectfully submit this Declaration in Support of Plaintiff's Response in Opposition to Defendant's Motion for Protective Order Regarding Financial Information.

3. Attached hereto as Sealed Composite Exhibit 1 is a true and correct copy of Excerpts from May 18, 2016, Deposition of Johanna Sjoberg.

4. Attached hereto as Sealed Composite Exhibit 2 is a true and correct copy of Excerpts from June 10, 2016, Deposition of Rinaldo Rizzo.

5. Attached hereto as Sealed Composite Exhibit 3 is a true and correct copy of Excerpts from June 1, 2016, Deposition of Juan Alessi.

6. Attached hereto as Sealed Composite Exhibit 4 is a true and correct copy of Excerpts from June 24, 2016 Deposition of Tony Figueroa.

7.   Attached hereto as Sealed Composite Exhibit 5 is a true and correct copy of Excerpts from June 21, 2016, Deposition of Detective Joseph Recarey and June 3, 2016, Deposition of David Rodgers.

8.   Attached hereto as Sealed Exhibit 6 is a true and correct copy of Excerpts from June 3, 2016, Deposition of David Rodgers Exhibit 1.

9.   Attached hereto as Sealed Exhibit 7 is a true and correct copy of Excerpts from April 22, 2016, Deposition of Ghislaine Maxwell.

10.  Attached hereto as Sealed Exhibit 8 is a true and correct copy of November 10, 2015 Correspondence from Ross Gow to Ghislaine Maxwell.

11.  Attached here to as Sealed Composite Exhibit 9 are true copies of Ellmax, LLC and The TerraMar Project Subpoenas.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Sigrid S. McCawley_____
Sigrid S. McCawley, Esq.

Dated: August 22, 2016.

                                         Respectfully Submitted,

                                         BOIES, SCHILLER & FLEXNER LLP

                          By:  /s/ Sigrid S. McCawley
                                 Sigrid S. McCawley (Pro Hac Vice)
                                 Meredith Schultz (Pro Hac Vice)
                                 Boies Schiller & Flexner LLP
                                 401 E. Las Olas Blvd., Suite 1200
                                 Ft. Lauderdale, FL 33301
                                 (954) 356-0011

                                 David Boies
                                 Boies Schiller & Flexner LLP
                                 333 Main Street
                                 Armonk, NY 10504

                                 Bradley J. Edwards (Pro Hac Vice)
                                 FARMER, JAFFE, WEISSING,
                                 EDWARDS, FISTOS & LEHRMAN, P.L.
                                 425 North Andrews Avenue, Suite 2
                                 Fort Lauderdale, Florida 33301
                                 (954) 524-2820

                                 Paul G. Cassell (Pro Hac Vice)
                                 S.J. Quinney College of Law
                                 University of Utah
                                 383 University St.
                                 Salt Lake City, UT 84112
                                 (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

3

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 22nd day of August, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

    Laura A. Menninger, Esq.
    Jeffrey Pagliuca, Esq.
    HADDON, MORGAN & FOREMAN, P.C.
    150 East 10th Avenue
    Denver, Colorado 80203
    Tel: (303) 831-7364
    Fax: (303) 832-2628
    Email: lmenninger@hmflaw.com
           jpagliuca@hmflaw.com

                              /s/ Sigrid S. McCawley
                                Sigrid S. McCawley