# COMPOSITE EXHIBIT 4
# (Filed Under Seal)

```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF NEW YORK

                              CASE: 15-cv-07433-RWS
```

VIRGINIA GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.
_____/

        VIDEOTAPED DEPOSITION OF TONY FIGUEROA

              Volume 1 of 2

              Pages 1 - 157


       Taken at the Instance of the Defendant


| | |
|---|---|
| DATE: | Friday, June 24, 2016 |
| TIME: | Commenced: 8:59 a.m.<br>Concluded: 1:22 p.m. |
| PLACE: | Southern Reporting Company<br>B. Paul Katz Professional Center<br>(SunTrust Building)<br>One Florida Park Drive South<br>Suite 214<br>Palm Coast, Florida  32137 |
| REPORTED BY: | LEANNE W. FITZGERALD, FPR<br>Florida Professional Reporter<br>Court Reporter and Notary Public |

1      Q    I guess my question is:  Did she ever tell
2  you that she had started as a regular masseuse for
3  him and then transitioned to something other than a
4  masseuse?
5      A    No.  She never said that it transitioned.
6  But she ended up explaining to me what had happened
7  before, so...
8      Q    What has -- what is that?
9      A    That her and Ms. Maxwell and Jeffrey would
10 obviously be doing stuff, all three of them
11 together.  Like I said, that they would all go out
12 to clubs to pick up girls and try and find them to
13 bring back for Jeffrey.  And then she told me about
14 how, like I said, her and Ms. Maxwell and Jeffrey
15 were all intimate together on multiple occasions.
16     Q    When did she tell you this?
17     A    I'm not exactly sure on the dates.
18     Q    Was it while you were still together?
19     A    Yes.
20     Q    Did you -- had you met Ms. Maxwell?
21     A    Yeah, I had met her a couple of times.
22     Q    When did you meet Ms. Maxwell?
23     A    Dates, I'm unsure of.  But it was pretty
24 much, like I said, at Jeffrey's house in the
25 kitchen.

1           Q    Was it earlier in the time you were with
2      her, or...
3           A    It was about -- I'd say about six months
4      or so.  I don't know.  I'm not exactly positive.
5           Q    All right.  So at the time you met
6      Ms. Maxwell, had Ms. Roberts already told you that
7      she had been intimate?
8           A    No.  She had told me about that, I
9      believe, after I had max- -- after I had already met
10     her.
11          Q    Okay.  And tell me everything that you
12     remember about what Ms. Roberts said about being
13     intimate with Ms. Maxwell and Mr. Epstein at the
14     same time.
15          A    I remember her talking about, like,
16     strap-ons and stuff like that.  But, I mean, like I
17     said, all the details are not really that clear.
18     But I remember her talking about, like, how they
19     would always be using and stuff like that.
20          Q    She and Ms. Maxwell and Mr Epstein would
21     used strap-ons?
22          A    Uh-huh (affirmative).
23          Q    How did you feel about that?
24          A    I just -- obviously not happy about it.
25          Q    What did you say?

 1           A    I did not.
 2           Q    When the FBI interviewed you, did you
 3      mention this to them?
 4           A    I mentioned -- anything they asked me, I
 5      did not hold anything back.
 6           Q    Okay.  Do you recall specifically talking
 7      about sex with the Prince?
 8           A    I -- I don't recall talking to them about
 9      that, but, I mean, it's -- it could be possible.
10           Q    Other than sex with the Prince, is there
11      anyone else that Jeffrey wanted Ms. Roberts to have
12      sex with that she relayed to you?
13           A    Mainly, like I said, just Ms. Maxwell and
14      all the other girls.
15           Q    Ms. Maxwell wanted -- Jeffrey wanted
16      Virginia to have sex with Ms. Maxwell?
17           A    And him, yeah.
18           Q    And did she tell you whether she had ever
19      done that?
20           A    Yeah.  She said that she did.
21           Q    And when did she tell you that?
22           A    I'm not sure on the date.
23           Q    And what did she describe having happened?
24           A    I believe I already told you that.  With
25      the strap-ons and dildos and everything.

1               MS. MENNINGER:  Objection.  Form.
2       Foundation.
3       A    For Jeffrey.
4  BY MR. EDWARDS:
5       Q    All right.  Let me fix this.  Ghislaine --
6  when Ghislaine Maxwell would call you during the
7  time that you were living with Virginia, she would
8  ask you what, specifically?
9               MS. MENNINGER:  Objection.  Form.
10      Foundation.
11      A    Just if I had found any other girls just
12 to bring to Jeffrey.
13 BY MR. EDWARDS:
14      Q    Okay.
15      A    Pretty much every time there was a
16 conversation with any of them, it was either asking
17 Virginia where she was at, or asking her to get
18 girls, or asking me to get girls.
19      Q    All right.  Let's go to that second
20 category you just identified, which is asking
21 Virginia to get girls.  How many times were you in a
22 room where specifically Ghislaine Maxwell would ask
23 Virginia to bring girls?
24      A    None that I can recall.
25      Q    Okay.  How many times -- when you say they