United States District Court
Southern District of New York

Virginia L. Giuffre,

       Plaintiff,                        Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.

_____/

**DECLARATION OF SIGRID MCCAWLEY IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND TO DIRECT THE DEFENDANT TO DISCLOSE ALL INDIVIDUALS TO WHOM DEFENDANT HAS DISSIMINATED CONFIDENTIAL INFORMATION (DE 335)**

      I, Sigrid McCawley, declare that the below is true and correct to the best of my knowledge as follows:

      1.      I am a Partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's Order granting my Application to Appear Pro Hac Vice.

      2.      I respectfully submit this Declaration in Support of Plaintiff's Reply in Support of Motion for Protective Order and to Direct The Defendant To Disclose All Individuals to Whom Defendant has Dissiminated Confidential Information (DE 335).

      3.      Attached hereto as Sealed Composite Exhibit 1 are true and correct copies of Excerpts from June 24, 2016, Deposition of Tony Figueroa; May 18, 2016, Deposition of Johanna Sjoberg; June 10, 2016, Deposition of Rinaldo Rizzo; June 1, 2016, Deposition of John Alessi; May 24, 2016, Deposition of Lynn Miller; June 21, 2016, Deposition of Detective Joseph Recarey; and June 3, 2016, Deposition of David Rodgers.  .

      4.      Attached hereto as Sealed Exhibit 2 is a true and correct copy of Flight Logs

from Exhibit 1 of June 3, 2016, Deposition of David Rodgers.

      5.      Attached hereto as Sealed Exhibit 3 is a true and correct copy of Excerpts from July 22, 2016, Deposition of Ghislaine Maxwell.

      6.      Attached hereto as Sealed Exhibit 4 is a true and correct copy of Excerpts from April 22, 2016, Deposition of Ghislaine Maxwell.

      I declare under penalty of perjury that the foregoing is true and correct.

/s/ Sigrid McCawley  
Sigrid McCawley, Esq.

Dated: August 23, 2016.

                Respectfully Submitted,

                BOIES, SCHILLER & FLEXNER LLP

           By: /s/ Sigrid S. McCawley
              Sigrid S. McCawley(Pro Hac Vice)
              Meredith Schultz (Pro Hac Vice)
              Boies Schiller & Flexner LLP
              401 E. Las Olas Blvd., Suite 1200
              Ft. Lauderdale, FL 33301
              (954) 356-0011

              David Boies
              Boies Schiller & Flexner LLP
              333 Main Street
              Armonk, NY 10504

              Bradley J. Edwards (Pro Hac Vice)
              FARMER, JAFFE, WEISSING,
              EDWARDS, FISTOS & LEHRMAN, P.L.
              425 North Andrews Avenue, Suite 2
              Fort Lauderdale, Florida 33301
              (954) 524-2820

              Paul G. Cassell (Pro Hac Vice)
              S.J. Quinney College of Law
              University of Utah
              383 University St.
              Salt Lake City, UT 84112
              (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 23rd day of August, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system.  I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

>Laura A. Menninger, Esq.
>Jeffrey Pagliuca, Esq.
>HADDON, MORGAN & FOREMAN, P.C.
>150 East 10th Avenue
>Denver, Colorado 80203
>Tel: (303) 831-7364
>Fax: (303) 832-2628
>Email: lmenninger@hmflaw.com
>           jpagliuca@hmflaw.com

>/s/ Sigrid S. McCawley
>Sigrid S. McCawley