**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

        Plaintiff,               Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

        Defendant.

_____/


**DECLARATION OF SIGRID MCCAWLEY IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL (DE 345)**

      I, Sigrid McCawley, declare that the below is true and correct to the best of my knowledge as follows:

      1.      I am a Partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's Order granting my Application to Appear Pro Hac Vice.

      2.      I respectfully submit this Declaration in Support of Plaintiff's Reply in Support of Plaintiff's Motion to Compel (DE 345).

      3.      Attached hereto as Sealed Exhibit 1 is a true and correct copy of November 10, 2015, Correspondence from Ross Gow to Ghislaine Maxwell.

      4.      Attached hereto as Sealed Exhibit 2 is a true and correct copy of January 8, 2015, Online Article from The Sun.

      5.      Attached hereto as Sealed Exhibit 3 is a true and correct copy of August 16, 2016, Correspondence from Laura Menninger.

      6.      Attached hereto as Sealed Exhibit 4 is a true and correct copy of Excerpts from June 1 2016, Deposition of John Alessi.

7.     Attached hereto as Sealed Exhibit 5 is a true and correct copy of Excerpts from February 16, 2016, Deposition of Janusz Banasiak.

I declare under penalty of perjury that the foregoing is true and correct.


/s/ Sigrid McCawley _____
Sigrid McCawley, Esq.

Dated: August 24, 2016.

Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP

By:  /s/ Sigrid S. McCawley
    Sigrid S. McCawley(Pro Hac Vice)
    Meredith Schultz (Pro Hac Vice)
    Boies Schiller & Flexner LLP
    401 E. Las Olas Blvd., Suite 1200
    Ft. Lauderdale, FL 33301
    (954) 356-0011

    David Boies
    Boies Schiller & Flexner LLP
    333 Main Street
    Armonk, NY 10504

    Bradley J. Edwards (Pro Hac Vice)
    FARMER, JAFFE, WEISSING,
    EDWARDS, FISTOS & LEHRMAN, P.L.
    425 North Andrews Avenue, Suite 2
    Fort Lauderdale, Florida 33301
    (954) 524-2820

    Paul G. Cassell (Pro Hac Vice)
    S.J. Quinney College of Law
    University of Utah
    383 University St.
    Salt Lake City, UT 84112
    (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 24th day of August, 2016, I electronically filed the

foregoing document with the Clerk of Court by using the CM/ECF system.  I also certify that the

foregoing document is being served to all parties of record via transmission of the Electronic

Court Filing System generated by CM/ECF.

> Laura A. Menninger, Esq.
> Jeffrey Pagliuca, Esq.
> HADDON, MORGAN & FOREMAN, P.C.
> 150 East 10th Avenue
> Denver, Colorado 80203
> Tel: (303) 831-7364
> Fax: (303) 832-2628
> Email: lmenninger@hmflaw.com
>         jpagliuca@hmflaw.com

> /s/ Sigrid S. McCawley
> Sigrid S. McCawley