# EXHIBIT F

```
                        UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF NEW YORK

                            CASE: 15-cv-07433-RWS

VIRGINIA GIUFFRE,

        Plaintiff,

v.

GHISLAINE MAXWELL,

        Defendant.
 _____/


            VIDEOTAPED DEPOSITION OF TONY FIGUEROA

                          Volume 1 of 2

                          Pages 1 - 157



            Taken at the Instance of the Defendant



   DATE:            Friday, June 24, 2016

   TIME:            Commenced:  8:59 a.m.
                    Concluded:  1:22 p.m.

   PLACE:           Southern Reporting Company
                    B. Paul Katz Professional Center
                    (SunTrust Building)
                    One Florida Park Drive South
                    Suite 214
                    Palm Coast, Florida  32137

   REPORTED BY:     LEANNE W. FITZGERALD, FPR
                    Florida Professional Reporter
                    Court Reporter and Notary Public
```

```
 1

 2                              UNITED STATES DISTRICT COURT
                                SOUTHERN DISTRICT OF NEW YORK
 3
                                CASE: 15-cv-07433-RWS
 4
      VIRGINIA GIUFFRE,
 5
            Plaintiff,
 6
      v.
 7
      GHISLAINE MAXWELL,
 8
            Defendant.
 9    _____/

10
              VIDEOTAPED DEPOSITION OF TONY FIGUEROA
11
                         Volume 2 of 2
12
                        Pages 158 - 258
13

14

15         Taken at the Instance of the Defendant

16

17
         DATE:          Friday, June 24, 2016
18
         TIME:          Commenced:  8:59 a.m.
19                      Concluded:  1:22 p.m.

20       PLACE:         Southern Reporting Company
                        B. Paul Katz Professional Center
21                      (SunTrust Building)
                        One Florida Park Drive South
22                      Suite 214
                        Palm Coast, Florida  32137
23
         REPORTED BY:   LEANNE W. FITZGERALD, FPR
24                      Florida Professional Reporter
                        Court Reporter and Notary Public
25
```

1    Q    Do you know her name?
2    A    I think it was Carolyn -- Caroline,
3    Carolyn -- I don't know -- something like that.
4    Q    Did Jeffrey call you directly about
5    getting more girls?
6    A    Yes.
7    Q    On the phone?
8    A    Uh-huh (affirmative).
9    Q    What did he say?
10   A    He was just asking me if I had any other
11   girls that wanted to come work.
12   Q    Okay.  Is that the term that he used?
13   A    Yeah.
14   Q    And did he pay -- he paid you personally?
15   A    Yeah.  He handed me $200 for every girl
16   that I walked in that door, whether they did stuff
17   with him or not.
18   Q    In cash?
19   A    Cash.
20   Q    Did you ever get paid by Ms. Maxwell for
21   that?
22   A    No.
23   Q    Did you ever bring a girl to Ms. Maxwell?
24   A    No.
25   Q    Did Ms. Maxwell ever call you and ask you

1    to bring a girl to her?
2        A    No.
3        Q    Did Ms. Maxwell ever call you and ask you
4    to bring a girl to Jeffrey?
5        A    No.
6        Q    All right.  Approximately what period of
7    time were you doing this bringing of girls?
8        A    I'd say probably, like, about six months
9    before she left.  Because mainly, like I said, I
10   mean, she would get them with Ms. Maxwell or whoever
11   else.  And whenever we were around, like I said, I
12   would find friends that I went to school with or
13   whatever that were willing to go there, so...
14       Q    I'm sorry.  What did you start that
15   sentence with?  She would get them from Ms. Maxwell?
16       A    No.  Her and Ms. Maxwell would go get them
17   for him.
18       Q    Did you see Virginia with Ms. Maxwell
19   at --
20       A    I had never.  Like I said, aside from
21   going to the mansion, I had never went out with them
22   anywhere.  I've never been out to clubbing with
23   them.  I've never been to New York or anything.  I
24   never went on any trips with them.  So anything that
25   happened, I was not there for, so...

1    happen, so...
2         Q    Well, you said you observed bringing a
3    girl over.
4         A    No.  I'm just saying -- like, I brought
5    them over, yes.  But I have never observed anything,
6    like, sexual.  Never anything --
7         Q    Okay.
8         A    -- like to where it would be an illegal
9    activity.  Like, any time I was there, everybody was
10   dressed.  They were all talking like it was just,
11   like, people hanging out in a room, you know what I
12   mean?  There was never anything going on when I was
13   there, so...
14        Q    Do you have any personal knowledge as to
15   whether anything other than a massage took place
16   between Jeffrey and these girls?
17             MR. EDWARDS:  Form.
18        A    No.
19   BY MS. MENNINGER:
20        Q    You did not see anything?
21        A    Nope.
22        Q    They didn't tell you afterwards anything
23   happened?
24        A    Nope.  Like I said, the only people
25   with -- some would ask to go back; some wouldn't.

```
 1        Q    Right?
 2        A    Yes.
 3        Q    But you did not observe that?
 4        A    No.
 5        Q    Ms. Roberts described sexual acts that she
 6   participated in with Jeffrey; correct?
 7        A    Yes.
 8        Q    And you did not observe that?
 9        A    No.
10        Q    Ms. Roberts described sexual acts she
11   participated in with Ms. Maxwell; correct?
12        A    Yes.
13        Q    You did not observe that?
14        A    No.
15        Q    When you saw Ms. Roberts and Ms. Maxwell
16   in the same room, was there anything sexual going on
17   between them?
18        A    No.
19        Q    How much money did you see Ms. Roberts
20   possessing at any given time?
21        A    I mean, it could of -- up to a couple
22   thousand at a time to, like, just a few hundreds at
23   a time.  I mean, it was never like, overly amounts.
24   Like, not like $10,000, $20,000, nothing like that.
25   But, I mean, it was every time she would come back,
```

```
 1         Q    It pays better than the vet office?
 2         A    Yeah.
 3              MR. EDWARDS:  Object to the form.
 4    BY MS. MENNINGER:
 5         Q    The information about other girls going
 6    back to Jeffrey without you was information you
 7    heard thirdhand --
 8         A    Yes.
 9         Q    -- correct?
10              Did you have conversations with these
11    girls about their ages?
12         A    The ones that I took?
13         Q    The two, ▮▮▮▮ and Carolyn.
14         A    No.  They were my age.  That's what I'm
15    saying, they were literally at -- at most, like, a
16    year younger than me.
17         Q    The girls that you were in the car when
18    Virginia took --
19         A    Those, I did not even ask.
20         Q    You did not ask?
21         A    No.
22         Q    Did you hear her discussing anything about
23    age with them?
24         A    No.
25         Q    Did you hear them discussing you have to
```