# EXHIBIT 6
(Filed Under Seal)

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE No.08-CV-80119-CIV-MARRA/JOHNSON

JANE DOE NO. 2,

    Plaintiff,
-vs-

JEFFREY EPSTEIN,

    Defendant.
_____

Related cases:
08-80232, 08-80380, 98-80381, 08-80994,
08-80993, 08-80811, 08-80893, 09-80469,
09-80591, 09-80656, 09-80802, 09-81092
_____

VIDEOTAPED DEPOSITION OF JUAN ALESSI
VOLUME I

Tuesday, September 8, 2009
10:12 a.m. - 3:45 p.m.

2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33401

Reported By:
Sandra W. Townsend, FPR
Notary Public, State of Florida
PROSE COURT REPORTING AGENCY
West Palm Beach Office

Page 2

1  APPEARANCES:
2  On behalf of the Plaintiffs:
3     RICHARD WILLITS, ESQUIRE
     RICHARD H. WILLITS, P.A.
4     2290 10th Avenue North, Suite 404
     Lake Worth, Florida 33461
5     Phone: 561.582.7600
     reelrhw@hotmail.com
6
7     STUART MERMELSTEIN, ESQUIRE
     MERMELSTEIN & HOROWITZ, P.A.
8     18205 Biscayne Boulevard, Suite 2218
     Miami, Florida 33160
9     Phone: 305.931.2200
     ssm@sexabuseattorney.com
10    ahorowitz@sexabuseattorney.com
11    WILLIAM J. BERGER, ESQUIRE
     ROTHSTEIN ROSENFELDT ADLER
12    401 East Las Olas Boulevard, Suite 1650
     Fort Lauderdale, Florida 33301
13    Phone: 954.522.3456
     bedwards@rra-law.com
14
15    KATHERINE W. EZELL, ESQUIRE
     PODHURST ORSECK, P.A.
16    25 West Flagler Street, Suite 800
     Miami, Florida 33130
17    Phone: 305.358.2800
     rjosefsberg@podhurst.com
18    kezell@podhurst.com
19    ADAM J. LANGINO, ESQUIRE
     LEOPOLD KUVIN
20    2925 PGA Boulevard, Suite 200
     Palm Beach Gardens, Florida 33410
21    Phone: 561.515.1400
     skuvin@leopoldkuvin.com

Page 3

On behalf of the Defendant:
   ROBERT J. CRITTON, ESQUIRE
   BURMAN, CRITTON & LUTTIER
   515 North Flagler Drive, Suite 400
   West Palm Beach, Florida 33401
   Phone: 561.842.2820
   rcrit@bclclaw.com
   mpike@bclclaw.com

Page 4

- - -
EXHIBITS
- - -

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit number 1 | Photographs | 45 |
| Exhibit number 2 | Transcript | 130 |
| Exhibit number 3 | Incident Report | 137 |
| Exhibit number 4 | Incorporation Papers | 149 |
| Exhibit number 5 | Incorporation Papers | 150 |

1 (Pages 1 to 4)

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

76ef564a-4a1c-4dee-87ac-479898cc...

GIUFFRE000091

```
                                            Page 45
 1        MS. EZELL: I'm going to ask -- I don't know
 2   whether you've still been serially designating
 3   Exhibits or whether we're doing them separately for
 4   deposition.
 5        MR. CRITTON: I think we cannot trust that
 6   people will do them serially. I'd do them with
 7   each one.
 8        MS. EZELL: Then would you mark this, please,
 9   as Exhibit 1 to this deposition.
10        And I'm just going to state on the record that
11   I will keep that original. We will not attach it
12   to the deposition.
13        (Exhibit number 1 was marked for
14   identification purposes and retained by Counsel for the
15   Plaintiffs.)
16        THE WITNESS: Yes, that's --
17   BY MS. EZELL:
18   Q.  Can you identify that -- the young woman in
19   those pictures?
20   A.  Yes.
21   Q.  Who is it?
22   A.  That's V. -- V. Now that you says R., that
23   is V.R. definite, a hundred percent.
24        MR. CRITTON: Let me just note my objection,
25   as I did in A. Rod's deposition or Mr. Rodriguez's
```

```
                                            Page 46
 1   deposition, that I know you're going to confiscate
 2   Exhibit number 1. I think it's inappropriate. I
 3   think I should be allowed to have a copy of
 4   Exhibits that are being used in deposition. But
 5   I'll file a motion with the Court so we don't get
 6   into a pulling match over your Exhibits.
 7        MR. BERGER: I would ask that the court
 8   reporter initial that.
 9        MS. EZELL: Sure.
10        Oh, you did?
11        MR. WILLITS: She marked it.
12        MR. BERGER: Did she put her initials or did
13   she just put a number or a letter?
14        MR. CRITTON: She's nodding that she did
15   everything that she usually does, which means,
16   initials, date and number.
17        MR. MERMELSTEIN: You can talk.
18        MR. WILLITS: But when you talk, use your
19   initials.
20   BY MS. EZELL:
21   Q.  How old did you think V.R. was at the time she
22   began coming to Mr. Epstein's home?
23   A.  She could have been 17, 18, 19.
24   Q.  Could she have also been 15?
25        MR. CRITTON: Form.
```

```
                                            Page 47
 1        THE WITNESS: Could have been. But, you know,
 2   I am not -- I don't think I am a very good judge of
 3   ages. If you ask me how old you are, I really
 4   couldn't tell you.
 5        MR. CRITTON: Kathy thinks she's 25.
 6        MS. EZELL: In my dreams.
 7        THE WITNESS: Now, again, I must tell you, I
 8   was never told to check any i.d.s on any of the
 9   people who work at the house.
10   BY MS. EZELL:
11   Q.  I understand that. And, so, I think I'm just
12   trying to establish that you didn't consider it part of
13   your job description to worry about or consider the
14   ages --
15   A.  No.
16   Q.  -- of the young women that came there?
17   A.  Absolutely not. Absolutely not.
18   Q.  And, so, you never really focused on that or
19   particularly thought about it if they seemed young?
20        MR. CRITTON: Form.
21        THE WITNESS: I don't -- I didn't see that
22   many young girls, you know, young, underage girls
23   at the house. I never saw except the two girls
24   that I mentioned that I think it was underage was
25   N. for sure because she was still in high school.
```

```
                                            Page 48
 1   And she -- she had dinner with her mother, a couple
 2   times with her mother. And she become an actress.
 3   She's an actress and she has done movies. And he
 4   help her in her career.
 5        That's the only girl that I knew she was young
 6   because she was going to high school and I pick her
 7   up from high school sometimes. But she was not a
 8   massage therapist. She will go for dinner. And
 9   they will go for the movies and she sang sometimes
10   because she was a singer. So she sung at the
11   house. Beautiful girl. Very talented.
12        That's the only girl that I know that it
13   was -- I would says, underage.
14   BY MS. EZELL:
15   Q.  Okay. Did -- who told you that V.R. was a
16   massage therapist?
17   A.  Nobody.
18   Q.  Did you assume that she was a massage
19   therapist because you were told she was coming to give a
20   massage?
21   A.  No. I assumed she was a massage therapy
22   because I was -- I drove Ms. Maxwell to Mar-a-lago,
23   Donald Trump's residence. And I wait in the car while
24   Ms. Maxwell got a -- I think it was a facial or massage.
25   I don't know. But that day I remember this girl, V.,
```

12 (Pages 45 to 48)

(561) 832-7500        PROSE COURT REPORTING AGENCY, INC.        (561) 832-7506

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

76ef564a-4a1c-4dee-87ac-479898cc7

GIUFFRE000102

Page 69

1  MR. CRITTON: Form.
2  THE WITNESS: No, not that I can remember.
3  BY MS. EZELL:
4  Q. Do you know if he and Mr. Epstein were
5  involved in any businesses together?
6  A. Mr. Epstein, I never knew what businesses he
7  was involved. He will -- I was completely shut off of
8  all of the business, except for the office, transfer of
9  communications or faxes. But I have no idea of the
10 relationship with other business partners.
11 Q. Did you ever have to deal with his -- the
12 office in New York with someone named Lesley in New
13 York?
14 A. The secretary?
15 Q. Yes.
16 A. Yeah. I would call -- I would call Lesley
17 almost every day or other secretaries, they live in New
18 York. Basically it came a point when Mr. Epstein will
19 call New York and New York call me to do things for
20 Mr. Epstein. But he was on the phone or busy or
21 something and he would call the office and the office
22 will send me an e-mail or call me or -- it was a
23 constant report with the office in New York.
24 Q. And did you in turn sometimes call New York to
25 get a message to Mr. Epstein?

Page 70

1  A. Yes.
2  Q. Did you ever overhear Mr. Epstein talking to
3  any people that you would consider celebrities?
4  A. Yes. I knew some -- many celebrities.
5  Q. Who -- what celebrities did you understand
6  that he spoke with?
7  A. He spoke to it?
8  Q. Yes.
9  A. I don't know who he spoke to because I never
10 listen to his conversations. But I saw guests at the
11 house that were celebrities.
12 Q. Who did you see at house?
13 A. Many. It was ████ It was ████
14 ████████████████ It was Prince Andrew. It
15 was Princess Sarah.
16 Q. Princess?
17 A. Sarah, the wife of Andrew.
18 Q. Sarah Ferguson?
19 A. Ferguson.
20 And it was a couple Misses, Misses Yugoslavia,
21 Miss Germany that I don't even know the names. But they
22 were a lot of queens and other famous people that I
23 can't remember. It was a very famous lawyers that I'm
24 sure you know, Alan Dershowitz, who spend at the house a
25 couple times. And he slept there. He -- Princess

Page 71

1  Diane's secretary, she stay there for a week with her
2  kids and we took care of her.
3  Who else? Mr. Trump. That's a celebrity.
4  Mr. Robert Kennedy, Junior. Mr. Frederick Fekkai.
5  Q. Who is that?
6  A. Fekkai, Frederick Fekkai, the famous
7  hairstylist. Who else? I don't think I can remember
8  anymore.
9  Q. David Copperfield, the magician?
10 A. No, I never saw him.
11 Q. You never saw him.
12 Now, would these -- the people that you named
13 were all people that you saw visiting in the home?
14 A. Yes. Also was a Noble Prize winners, the -- I
15 can't remember his name. It was an old gentleman. He
16 was a Noble Prize, chemistry, I think, or mathematics.
17 There was a couple -- a couple of those, very -- also,
18 we had at one time at the house, it was a reunion of
19 very Noble Prize winners. But I don't know. They're
20 not famous, I guess. I can't remember their names.
21 Very important people.
22 Q. Was that a dinner or a reception?
23 A. I think it was a lunch.
24 Q. A lunch.
25 President Clinton, did you ever --

Page 72

1  A. I met President Clinton on Mr. Epstein's plane
2  in the last, I think it was the last month or just
3  before I left -- I left, I met President Clinton in
4  Miami at his plane. We drove him to Miami.
5  Q. And do you know, was that a trip -- were they
6  going on a trip to Africa?
7  A. I hear about it, but it was not when I was
8  there.
9  Q. So that was not the time that you drove --
10 A. No, I was already out.
11 Q. And Kevin Spacey, did you ever meet him?
12 A. No. I hear about it on the news, but I never
13 met him.
14 Q. Were Prince Andrew and Princess Sarah friends
15 of Ms. Maxwell?
16 A. Both of them.
17 Q. Both Ms. Maxwell and Mr. Epstein?
18 A. Yeah.
19 Q. Did -- did they ever have massages when they
20 were there?
21 A. Prince Andrew did. I think Sarah was there
22 only once and for a short time. I don't think she slept
23 in there. I cannot remember. I think she was visiting
24 Wellington and she came to the house and we met her.
25 But Prince Andrew, yes, Prince Andrew spent weeks with

18 (Pages 69 to 72)

(561) 832-7500     PROSE COURT REPORTING AGENCY, INC.     (561) 832-7506

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

76ef564a-4a1c-4dee-87ac-479898cc7

Page 73

1  us.
2      Q.  Where would he sleep?
3      A.  In the main room, the main guest bedroom.
4  That was the blue room.
5      Q.  And, so, when he would come and stay, during
6  that time would he frequently have massages?
7          MR. CRITTON:  Form.
8          THE WITNESS:  I would says, daily massages.
9      They have a daily massage.
10 BY MS. EZELL:
11     Q.  Was it sometimes more than one a day?
12     A.  I can't remember if he had more than one, but
13 I think it was just a massage for him.  We set up the
14 tables and --
15     Q.  Do you have any recollection of V.R. coming to
16 the house when Prince Andrew was there?
17     A.  It could have been, but I'm not sure.
18     Q.  Not sure.  When Mr. Dershowitz was
19 visiting, --
20     A.  Uh-huh.
21     Q.  -- how often did he come?
22     A.  He came pretty -- pretty often.  I would says,
23 at least four or five times a year.
24     Q.  And how long would he stay typically?
25     A.  Two, three days.

Page 74

1      Q.  Did he have massages sometimes when he was
2  there?
3      A.  Yes.  A massage was like a treat for
4  everybody.  If they want it, we call the massage and
5  they have a massage.
6      Q.  Now, Mr. Trump had a home in Palm Beach,
7  correct?
8      A.  Uh-huh.
9      Q.  So he didn't come and stay there, did he?
10     A.  No, never.
11     Q.  He would come for a meal?
12     A.  He would come, have dinner.  He never sat at
13 the table.  He eat with me in the kitchen.
14     Q.  Did he ever have massages while he was there?
15     A.  No.  Because he's got his own spa.
16     Q.  Sure.
17         MS. EZELL:  I don't have any other questions
18     right now.  I'd just like to reserve if something
19     comes up to ask.  But, otherwise, you may go ahead.
20         MR. LANGINO:  It is noon, so I don't know what
21     everybody else's schedule is.  I don't know how
22     you're feeling.
23         THE WITNESS:  I am fine.
24         MS. EZELL:  I do have another question.  May I
25     ask it?

Page 75

1          MR. LANGINO:  Go ahead.  Sure.
2  BY MS. EZELL:
3      Q.  You said that you set up the massage tables.
4  And would you also set up the oils and the towels?
5      A.  Yes, ma'am.
6      Q.  And I think I read one time you said they used
7  40 or 50 towels a day?
8          MR. CRITTON:  Form.
9          THE WITNESS:  That's correct.  There was a
10     tremendous amount of work in the house, especially
11     laundry towels, because they were -- we have
12     towels, piles of towels.  And they use in the pool.
13     There was a lot of people in the pool and there
14     were a towel that went in the floor, we have to go
15     and pick it up, wash it.  So it was -- it was a lot
16     of towels, yes.
17 BY MS. EZELL:
18     Q.  And did you ever have occasion to go upstairs
19 and clean up after the massages?
20     A.  Yeah, uh-huh.
21     Q.  Did you ever find any vibrators in that area?
22     A.  Yes.  I told him, yes.
23         MS. EZELL:  And did you ask that?  I'm sorry.
24         MR. CRITTON:  Yes.
25         MS. EZELL:  I don't know how I missed that.

Page 76

1  BY MS. EZELL:
2      Q.  Since I did miss it, if you don't mind, let me
3  just ask you again.
4          Would you describe for me what kinds of
5  vibrators you found?
6      A.  I'm not familiar -- not too familiar with the
7  names, but they were big dildos, what they call the big
8  rubber things like that (indicating).  And I used to go
9  and put my gloves on and pick them up, put them in the
10 sink, rinse it off and put it in Ms. Maxwell --
11 Ms. Maxwell had in her closet, she had, like, a laundry
12 basket, one of those laundry basket that you put laundry
13 in.  She have full of those toys.  And that was -- and
14 that was me being professional, leaving the room ready
15 for bed when he would come back to the room again.
16     Q.  Okay.
17     A.  That happened a few times, few times.
18     Q.  Were there other sex toys that you found in
19 the area --
20     A.  No.
21     Q.  -- sometimes?  You mentioned she kept them in
22 a basket in her closet?
23     A.  She kept them in her basket.  She had some
24 videos there and she have a costume there.  I know that
25 she bought it, that she brought it with her.

19 (Pages 73 to 76)

(561) 832-7500     PROSE COURT REPORTING AGENCY, INC.     (561) 832-7506

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

76ef564a-4a1c-4dee-87ac-479898cc7

GIUFFRE000109