COMPOSITE

EXHIBIT 8

(File Under Seal)

Page 1

```
 1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
 2
 3   JANE DOE NO. 2,            Case No: 08-CV-80119
 4        Plaintiff,
 5   Vs
 6   JEFFREY EPSTEIN,
 7        Defendant.
     _____/
 8
     JANE DOE NO. 3,            Case NO: 08-CV-80232
 9
          Plaintiff,
10   Vs
11   JEFFREY EPSTEIN,
12        Defendant.
     _____/
13
     JANE DOE NO. 4,            Case No: 08-CV-80380
14
          Plaintiff,
15
     Vs.
16
     JEFFREY EPSTEIN,
17
          Defendant.
18   _____/
19   JANE DOE NO. 5,            Case No: 08-CV-80381
20        Plaintiff,
21   Vs
22   JEFFREY EPSTEIN,
23        Defendant.
     _____/
24
25
```

GIUFFRE000251

Page 198

1 that tape it's going to be Assistant Attorney
2 Weiss and Detective Recarey asking questions?
3    A.  Yes.
4    Q.  It says, during the sworn taped statement
5 Mr. Rodriguez stated he was employed by Jeffrey
6 Epstein for approximately six months.
7       I think we already talked about that.
8 I'm skipping ahead a little bit.
9       If Rodriguez needed to relay a message to
10 Epstein he would have to notify Epstein's
11 secretary Lesley in New York who would then notify
12 Epstein's personal assistant Sarah who would relay
13 the message to Epstein.
14    A.  Yeah.
15       MR. CRITTON:  Form.
16 BY MR. EDWARDS:
17    Q.  That's pretty much the process you
18 described?
19    A.  Yes, it was normal procedure.
20    Q.  Rodriguez stated Epstein did not want to
21 see or hear the staff when he was in the
22 residence?
23       MR. CRITTON:  Form.
24       THE WITNESS:  That's correct.
25 BY MR. EDWARDS:

Page 199

1    Q.  That's something you agree with?
2    A.  Yes.
3       MR. CRITTON:  Form.
4 BY MR. EDWARDS:
5    Q.  Rodriguez advised Mr. Epstein had many
6 guests.
7       In addition to the girls who are roughly
8 C. and T. age who had come to the house to have a
9 good time, who were some of the other guests that
10 you know of, if you know their name?
11       MR. CRITTON:  Form.
12       THE WITNESS:  I mentioned Alan
13    Dershowitz.
14 BY MR. EDWARDS:
15    Q.  That's a lawyer from Harvard?
16    A.  Yes.  The magician, David Copperfield,
17 some other lawyers from New York, you know.  There
18 were some other guests.
19    Q.  And how frequently would these other
20 guests come over?
21    A.  Once a month, something like that.
22    Q.  Okay.  So if it's only once a month and
23 you were only there six months you're saying you
24 only saw six guests come over in addition to --
25    A.  They have people, you know, they have

Page 200

1 friends, I will say, yeah.
2    Q.  Then you mentioned that you typed into
3 Google, I guess you Googled Prince Andrew and Bill
4 Clinton.  Why would you pick those names, were
5 they associated with Mr. Epstein?
6    A.  Yes.
7    Q.  And what is your understanding as to how
8 Prince Andrew is associated with Jeffrey Epstein?
9    A.  Because there were pictures with him
10 together.
11    Q.  In the house?
12    A.  Yes.
13    Q.  Many pictures or are we talking about
14 one?
15    A.  Many pictures.
16    Q.  Were these pictures that looked that
17 appeared to be at social events, at Mr. Epstein's
18 house or where?
19    A.  Mrs. Maxwell took him to England to
20 introduce him to the royalty.
21    Q.  Is it's your understanding that Ghislaine
22 Maxwell knew Prince Andrew and introduced --
23    A.  Yes.
24    Q.  Is it also your understanding that at
25 some point in time Ghislaine dated or had a

Page 201

1 romantic relationship with Prince Andrew?
2       MR. CRITTON:  Form.
3       THE WITNESS:  I don't know that.
4 BY MR. EDWARDS:
5    Q.  Do you know around what time period it
6 was that Mr. Epstein was introduced to Prince
7 Andrew?
8    A.  2003, I believe.
9    Q.  How do you know that?
10    A.  I've heard dates.
11    Q.  From people in the Epstein group?
12    A.  Yes.
13    Q.  Okay.
14       MR. CRITTON:  Let me note my objection,
15    move to strike, it's based on -- his
16    testimony is based on hearsay.
17 BY MR. EDWARDS:
18    Q.  During the six month period of time when
19 you worked directly for Mr. Epstein, how often did
20 Mr. Epstein get together with or hangout with
21 Prince Andrew; if you know?
22    A.  I didn't see him once.
23    Q.  You never saw Prince Andrew at the house?
24    A.  No, no, he called.
25    Q.  I'm sorry, how often would he call?

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2

 3   JANE DOE NO. 2,          CASE NO: 08-CV-80119

 4        Plaintiff,

 5   Vs.

 6   JEFFREY EPSTEIN,

 7        Defendant.
     _____/
 8
     JANE DOE NO. 3,          CASE NO: 08-CV-80232
 9
          Plaintiff,
10                                        CONDENSED
     Vs.
11
     JEFFREY EPSTEIN,
12
          Defendant.
13   _____/

14   JANE DOE NO. 4,          CASE NO: 08-CV-80380

15        Plaintiff,

16   Vs.

17   JEFFREY EPSTEIN,

18        Defendant.
     _____/
19
     JANE DOE NO. 5,          CASE NO: 08-CV-80381
20
          Plaintiff,
21
     Vs
22
     JEFFREY EPSTEIN,
23
          Defendant.
24   _____/

25
```

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

**NON PARTY (VR) 000315**

GIUFFRE001004

Page 275

```
 1  APPEARANCES:
 2
 3          RICHARD WILLITS, ESQ.
            2290 10th Avenue North
 4          Suite 404
            Lake Worth, Florida 33461
 5          Attorney for C.M.A.
            Appeared via telephone.
 6
 7
            BURMAN, CRITTON, LUTTIER &
 8          COLEMAN, LLP
            BY: ROBERT CRITTON, ESQ.
 9          515 North Flagler Drive
            Suite 400
10          West Palm Beach, Florida 33401
            Attorney for Jeffrey Epstein.
11
12
13  ALSO PRESENT:
14
            JOE LANGSAM, VIDEOGRAPHER
15
16
                - - -
17
18
19
20
21
22
23
24
25
```

Page 276

```
 1          CONTINUED INDEX OF EXAMINATION
 2
    WITNESS        DIRECT CROSS REDIRECT RECROSS
 3
    ALFREDO RODRIGUEZ
 4
    (By Ms. Ezell)   278       441, 467
 5
    (By Mr. Willits) 334       453, 469
 6
    (By Mr. Critton)      338        464
 7
    (By Mr. Edwards)           419, 454, 468
 8
    (By Mr. Langino)           452
 9
10
11
12          CONTINUED INDEX OF EXHIBITS
13  PLAINTIFF'S              PAGE
14   3 Drawing              315
15   4 Photograph           327
16   5 Photograph           331
17   6 Photograph           331
18   7 Photograph           331
19   8 Photograph           331
20   9 Report               446
21  (Exhibits 4, 5, 6, 7, and 8 were retained by Ms.
        Ezell.)
22
23
24
25
```

Page 277

```
 1  Deposition taken before MICHELLE PAYNE, Court
 2  Reporter and Notary Public in and for the State of
 3  Florida at Large, in the above cause.
 4              - - -
 5       THE VIDEOGRAPHER:  This is a continuation
 6  of the deposition of Alfredo Rodriguez.
 7  Today is Friday, August the 7th, the year
 8  2009, starting time approximately 1:15 p.m.
 9       Will the court reporter please swear in
10  the witness?
11  Thereupon,
12          ALFREDO RODRIGUEZ,
13  having been first duly sworn or affirmed, was
14  examined and testified as follows:
15       MR. CRITTON:  Before we get started just
16  with regard to Ms. Ezell represents Jane Doe
17  101 and 102, the alleged time of her
18  incidents as of least have been plead in the
19  complaint for 101 is '99 -- I'm sorry, '98
20  through 2002, with Jane Doe 102 the Spring
21  of -- Spring/Summer of 2003.  Mr. Rodriguez
22  never even began employment until '04 and
23  '05.  I think her questioning I think -- I
24  can't say she doesn't have standing based on
25  the court order, but I would say it's
```

Page 278

```
 1  completely irrelevant and immaterial and has
 2  no probative value with regard to this
 3  particular witness based upon the two
 4  clients at least that are in suit at this
 5  point in time.
 6       MS. EZELL:  As Mr. Critton well knows I
 7  represent a number of other clients whose
 8  cases have not been filed and I believe we
 9  do have standing to ask questions, and I do
10  intend to do that today.
11          EXAMINATION
12  BY MS. EZELL:
13   Q.  Mr. Rodriguez, you stated last time that
14  there were guests at the house, frequent guests,
15  friends from Harvard.
16       Do you remember that testimony?
17   A.  Yes, ma'am.
18   Q.  And was there a lawyer from Harvard named
19  Alan Dershowitz?
20   A.  Yes, ma'am.
21   Q.  And are you familiar with the fact that
22  he's a famous author and famous lawyer?
23   A.  Yes, ma'am.
24   Q.  How often during the six months or so
25  that you were there was Mr. Dershowitz there?
```

3 (Pages 275 to 278)

NON PARTY (VR) 000317

GIUFFRE001006

Page 279

1    A.  Two or three times.
2    Q.  And did you have any knowledge of why he
3  was visiting there?
4    A.  No, ma'am.
5    Q.  You don't know whether or not he was a
6  lawyer -- acting as a lawyer or whether he was
7  there as a friend?
8    A.  I believe as a friend.
9    Q.  Were there also young ladies in the house
10  at the time he was there?
11    MR. CRITTON:  Form.
12    THE WITNESS:  Yes, ma'am.
13  BY MS. EZELL:
14    Q.  And would those have included, for
15  instance, Sarah Kellen and Nadia Marcenacova?
16    A.  Yes, ma'am.
17    Q.  Were there other young ladies there when
18  Mr. Dershowitz was there?
19    MR. CRITTON:  Form.
20    THE WITNESS:  Yes, ma'am.
21  BY MS. EZELL:
22    Q.  Do you have any idea who those young
23  women were?
24    A.  No, ma'am.
25    Q.  Were any of those the young women that

Page 280

1  you have said came to give massages?
2    A.  Yes, ma'am.
3    Q.  And do you have any idea whether or not
4  Mr. Dershowitz was also receiving massages?
5    A.  I don't know, Ma'am.
6    Q.  I want to ask you to take this piece of
7  paper, please, and a pencil --
8    MR. WILLITS:  Can anybody hear me?
9    MS. EZELL:  Yes.  Can you hear me?
10    MR. WILLITS:  I've heard nothing for
11  about a minute or so.
12    MR. CRITTON:  Can you hear me now?
13    MR. WILLITS:  Yes.
14    MS. EZELL:  I'm asking questions, I'm
15  sorry.
16    MR. CRITTON:  Why don't we go off the
17  record for a second.
18    (Thereupon, a discussion was held off the
19  record.)
20    THE VIDEOGRAPHER:  We're back on the
21  record.
22  BY MS. EZELL:
23    Q.  Mr. Rodriguez, you indicated that there
24  were several staircases in the house?
25    A.  Yes, ma'am.

Page 281

1    Q.  Can you tell me where those were?
2    A.  One in the kitchen, and the one in the
3  formal -- the main entrance.  And there was one
4  more added later on, but there is two when I was
5  working there.
6    Q.  Could you just give me a rough sketch of
7  the house of where the main entrance was and where
8  the kitchen was?
9    A.  I'm not an architect but it's something
10  like this.  This is the kitchen, this is the main
11  entrance.
12    Q.  Will you mark the kitchen with a K,
13  please, and the main entrance with ME?
14    A.  This is the pool.
15    Q.  The pool?
16    A.  Yes, ma'am.
17    Q.  And in the upper left?
18    A.  In the terrace, yeah, there was a balcony
19  here.
20    Q.  And where were the staircases?
21    A.  This is one, the kitchen, one in the
22  foyer, and the pool.
23    Q.  Okay.  And would you just put an F where
24  the foyer staircase began?  And KS where the
25  kitchen staircase began.

Page 282

1    And you said that later another staircase
2  was added?
3    A.  Yeah, we rehabilitated this, you know,
4  but you asked me how many stairs there were, to
5  answer your question there were three.
6    Q.  Three.  So where was the third one?
7    A.  The pool, this leads to the pool.
8  Through the outside master bedroom you could go
9  downstairs to the pool.
10    Q.  Okay.  A stairway then from the outside,
11  from outside the master bedroom?
12    A.  Yes, ma'am.
13    Q.  Down to the pool?
14    A.  Yes, ma'am.
15    Q.  One of your duties was to answer the
16  door.  Is that correct?
17    A.  Yes, ma'am.
18    Q.  Which door would you answer?
19    A.  Mainly the kitchen.
20    Q.  And why was that, why would people mainly
21  come to the kitchen?
22    A.  I'll say it was for practicable reasons
23  because not to go to the main -- it was shorter
24  because the entrance was here, so this was the
25  driveway and we used to take into the back door of

4 (Pages 279 to 282)

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

NON PARTY (VR) 000318

GIUFFRE001007

Page 423

```
1    York house?
2        A.  He will have massages.
3            MR. CRITTON:  Form.
4    BY MR. EDWARDS:
5        Q.  And are we still talking about a habit of
6    two a day?
7            MR. CRITTON:  Form.
8            THE WITNESS:  I don't know that.
9    BY MR. EDWARDS:
10       Q.  Okay.  So for the time period when you
11   have been familiar with Mr. Epstein and known his
12   habits, is it fair to say that he would have
13   roughly two girls a day in that same age group
14   wherever he was?
15       A.  Yes.
16           MR. CRITTON:  Form.
17   BY MR. EDWARDS:
18       Q.  All right.  And have you talked to
19   anybody that has given you similar information
20   from his Island home?
21       A.  No.
22       Q.  Do you know any of the girls that have
23   been over to his Island?
24       A.  Yes.
25       Q.  And who are they?
```

Page 424

```
1        A.  Nadia, the girls who used to stay at the
2    home in El Brillo used to go over there to the
3    Island.
4        Q.  When he would have these girls -- I guess
5    we've kind of categorized them as the girls who
6    would come over with him on an airplane and stay
7    at the house.
8        A.  Yes.
9        Q.  When they would be staying at the house
10   would he also have the local Palm Beach girls
11   coming over that you were told to call masseuses?
12       A.  Yes.
13       Q.  So these girls that came on the airplane
14   with him, were they also -- did they also have
15   knowledge that these young girls were coming over
16   to give massages?
17           MR. CRITTON:  Form.
18           THE WITNESS:  Yes, sir.
19   BY MR. EDWARDS:
20       Q.  Okay.  Who are the girls from the
21   airplane other than ▮▮▮▮ that you remember?
22       A.  Sarah.  There were so many, sir, I don't
23   recall right now.  But Sarah is for sure, ▮▮▮▮
24   was one of the main girlfriends, but I don't
25   remember that.
```

Page 425

```
1        Q.  And is your understanding that Mr.
2    Epstein was intimate with any of those girls?
3            MR. CRITTON:  Form.
4            THE WITNESS:  Yes.
5    BY MR. EDWARDS:
6        Q.  With all of them?
7            MR. CRITTON:  Form.
8            THE WITNESS:  Yes.
9        Q.  With Sarah as well?
10       A.  Yes.
11           MR. CRITTON:  Form.
12   BY MR. EDWARDS:
13       Q.  With ▮▮▮▮?
14       A.  Yes.
15           MR. CRITTON:  Form.
16   BY MR. EDWARDS:
17       Q.  And the girls who would come over on the
18   airplane?
19           MR. CRITTON:  Form.
20           THE WITNESS:  Yes.
21   BY MR. EDWARDS:
22       Q.  Did you ever have occasion to go into the
23   bedroom and find the vibrators or back massagers
24   out after Mr. Epstein was in the room with any of
```

Page 426

```
1    the girls that came over on the plane?
2            MR. CRITTON:  Form.
3            THE WITNESS:  Yes.
4    BY MR. EDWARDS:
5        Q.  So that's something that would be out
6    after the girls that came over on the plane or the
7    girls that came over for the massages?
8        A.  Yes.
9            MR. CRITTON:  Form.
10   BY MR. EDWARDS:
11       Q.  And at the time when you were house
12   manager you had a 15-year old daughter?
13       A.  Yes.
14       Q.  Did she live down here?
15       A.  In New Jersey.
16       Q.  Okay.  When Alan Dershowitz was at the
17   house I understood you to say that these local
18   Palm Beach girls would come over to the house
19   while he was there but you're not sure if he had a
20   massage from any of those girls.
21       A.  Exactly.
22       Q.  And what would he do while those girls
23   were at the house?
24           MR. CRITTON:  Form.
25           THE WITNESS:  He will read a book with a
```

40 (Pages 423 to 426)

**NON PARTY (VR) 000354**

GIUFFRE001044

Page 427

```
1        glass of wine by the pool, stay inside.
2    BY MR. EDWARDS:
3        Q.  Did he ever talk to any of the girls?
4        A.  I don't know, sir.
5        Q.  Certainly he knew that they were there?
6            MR. CRITTON: Form.
7            THE WITNESS: I don't know, sir.
8    BY MR. EDWARDS:
9        Q.  Do you know how Sarah Kellen knows Mr.
10   Epstein?
11       A.  No, sir.
12       Q.  Or how long she's known him?
13           MR. CRITTON: Form.
14           THE WITNESS: She was on board two years
15       or a year and a half before I came on board.
16   BY MR. EDWARDS:
17       Q.  Okay.
18       A.  So it's probably 2003 or 2.
19       Q.  All right.  You mentioned this Citrix
20   system.
21       A.  Yes.
22       Q.  Is that a system that was used to operate
23   the phones and the computers?
24       A.  The computers mainly.
25       Q.  All right.  But you then also described
```

Page 428

```
1    some system where someone would call on the
2    telephone and that would be automatically
3    downloaded to the computer?
4        A.  Yeah, you can retrieve who called in a
5    transcript written who called, what's the message,
6    the time so you have it on a piece of paper, you
7    can print it out.
8        Q.  Is it your understanding that is also
9    part of the Citrix system?
10       A.  Yes.
11       Q.  All right.  Did you have an e-mail?
12       A.  Right now, yes.
13       Q.  No, when you were working at --
14       A.  Yes, I did.
15       Q.  -- Mr. Epstein?
16           And did Sarah Kellen have an e-mail?
17       A.  Yes.
18       Q.  And did all of the e-mails end the same
19   way such as Epstein's house dot com or something?
20       A.  Yes.
21       Q.  Okay.  What was Sarah Kellen's e-mail?
22       A.  I don't remember.
23       Q.  What was your e-mail?
24       A.  Staff house -- I don't remember, sir.
25       Q.  Do you recall how it ended?  I mean
```

Page 429

```
1    usually it's Yahoo dot com or at Bellsouth dot
2    net.
3        A.  It was very uncommon.  I don't remember,
4    sir.
5        Q.  Did everybody in the -- I think you
6    called it the organization, did everybody have
7    e-mails?
8        A.  Yes.
9        Q.  Okay.  Would that include Nadia?
10       A.  Yes.
11       Q.  All right.  And did Mr. Epstein have an
12   e-mail?
13       A.  Yes.
14       Q.  Did you ever correspond with Mr. Epstein
15   by e-mail?
16       A.  Yes.
17           MR. EDWARDS: You can go ahead.
18           THE WITNESS: That's the only one that I
19       remember.
20           THE VIDEOGRAPHER: Okay, we're off the
21       record.
22           (Thereupon, a recess was had.)
23           THE VIDEOGRAPHER: We're back on the
24       record with tape number four.
25   BY MR. EDWARDS:
```

Page 430

```
1        Q.  Mr. Rodriguez, what was Mr. Epstein's
2    e-mail?
3        A.  Jeep project at something -- Jeep
4    project -- I can't remember it right now.
5        Q.  Okay.  In the course of this next 10 or
6    15 minutes --
7        A.  I can recall.
8        Q.  -- if it comes to you just tell me.  So
9    it was Jeep project --
10       A.  Like Jeep, the brand name Jeep, Jeep
11   project at -- I can't remember.
12       Q.  Okay.  Was that his only e-mail to your
13   knowledge?
14       A.  No.
15       Q.  He had other e-mail addresses?
16       A.  Yes.
17       Q.  Do you know what any of his other e-mail
18   addresses were?
19       A.  No, I don't remember.
20       Q.  Do you know who the carriers were for the
21   other e-mail addresses owned by Jeffrey Epstein?
22       A.  No, sir.
23       Q.  Whether it was Yahoo or hot mail or --
24       A.  No, none of those.
25       Q.  Okay.  Was this Jeep project e-mail run
```

41 (Pages 427 to 430)

NON PARTY (VR) 000355

GIUFFRE001045