**McCAWLEY DECLARATION**

**COMPOSITE**

# EXHIBIT 9

(Filed Under Seal)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-CV-80893-CIV-MARRA/JOHNSON

JANE DOE,

Plaintiff,

vs.

JEFFREY EPSTEIN, et al.,

Defendants.

_______________________________________/

Related Cases:
08-80119, 08-80232, 08-80380, 08-80381,
08-80994, 08-80811, 08-80893, 09-80469,
09-8-591, 09-80656, 09-80802, 09-81092

VIDEOTAPED DEPOSITION OF NADIA MARCINKOVA
TAKEN ON BEHALF OF THE PLAINTIFF

DATE: April 13, 2010

A Fifth.
Q Do you know Bill Clinton?
A Fifth.
Q You have been on Jeffrey Epstein's airplane with Bill Clinton?
MR. YAREMA: Object to the form.
A Fifth.
Q Isn't take true you have been on Jeffrey Epstein's airplane with Doug Band, Bill Clinton's righthand man?
MR. YAREMA: Object to the form.
A Fifth.
Q Have you witnessed improper sexual activity between Jeffrey Epstein and minors, while he was in the presence of Bill Clinton?
MR. YAREMA: Object to the form.
A Fifth.
Q How many times have you ridden on the airplane with Jean Luc Brunel?
MR. YAREMA: Object to the form.
A Fifth.
Q Each time that Jean Luc Brunel visits Jeffrey Epstein's house, does he bring underage minors to Jeffrey Epstein's house to engage in sex with?



MR. YAREMA: Object to the form.
A Fifth.
Q Do you know Glenn Dubin?
A Fifth.
Q Do you know Aline Weber?
A Fifth.
Q Is that somebody that was a sexual abuse victim at one point in time of Jeffrey Epstein and Jean Luc Brunel?
MR. YAREMA: Object to the form.
A Fifth.
Q Between 2002 and 2005 when E.W. was abused by Jeffrey Epstein sexually, isn't it true that Jeffrey Epstein took flights to Palm Beach for the purposes of sexually abusing E.W.?
MR. YAREMA: Object to the form.
A Fifth.
Q And between those same years of 2002 and 2005, isn't it true that Jeffrey Epstein took airplane flights to Palm Beach from places outside of the State, to engage in sexual acts with L.M.?
MR. YAREMA: Object to the form.
A Fifth.
Q From 2003 through 2005, isn't it true



Jeffrey Epstein specifically flew to Palm Beach for the purposes of engaging in sex acts with Jane Doe?
MR. YAREMA: Object to the form.
A Fifth.
Q Generally, isn't it true Jeffrey Epstein would fly from place to place for the purpose of engaging in sexual activity with minors at his destination?
MR. YAREMA: Object to the form.
A Fifth.
Q Isn't it true that he employed numerous people for the sole purpose of scheduling appointments with underage minor females at each destination he landed?
MR. YAREMA: Object to the form.
A Fifth.
Q What is Jeffrey Epstein's relationship with Sandy Berger?
MR. YAREMA: Object to the form.
A Fifth.
Q Do you know what Jeffrey Epstein's relationship is with Alan Dershowitz?
MR. YAREMA: Object to the form.
A Fifth.



Q That's somebody who you know to have stayed at Jeffrey Epstein's house on many occasions, correct?
MR. YAREMA: Object to the form.
A Fifth.
Q And also somebody who you know to have been at the house when E.W. was in Jeffrey Epstein's bedroom getting sexually abused, correct?
MR. YAREMA: Object to the form.
A Fifth.
Q Alan Dershowitz is also somebody that you also know to have been at the house when L.M. was being sexually abused in Jeffrey Epstein's bedroom, correct?
MR. YAREMA: Object to the form.
A Fifth.
Q Generally, Alan Dershowitz is familiar with Jeffrey Epstein's habit of engaging in sexual acts with minors on a daily basis, correct?
MR. YAREMA: Object to the form.
A Fifth.
Q When Alan Dershowitz was in town, Jeffrey Epstein did not break his schedule for


58

Alan Dershowitz, meaning he continued to sexually abuse minors despite Alan Dershowitz being a guest in the house?

MR. YAREMA: Object to the form.

A Fifth.

Q Alan Dershowitz never engaged in any sexual activity with these underage minors; isn't that true?

MR. YAREMA: Object to the form.

A Fifth.

Q Have you been made to have sex with Ghislaine Maxwell?

MR. YAREMA: Object to the form.

A Fifth.

Q Do you know Emmy Taylor?

A Fifth.

Q Similar to you being Jeffrey Epstein's sex slave, is Emmy Taylor, or was Emmy Taylor Ghislaine Maxwell's sex slave?

MR. YAREMA: Object to the form.

A Fifth.

Q Ghislaine Maxwell is somebody who you know to be bi-sexual, true?

MR. YAREMA: Object to the form.

A Fifth.

59

Q You know that Ghislaine Maxwell engaged in sexual acts with underage minor females, true?

MR. YAREMA: Object to the form.

A Fifth.

Q This is yet another friend of Jeffrey Epstein's that is into the act of molesting underage minor females, right?

MR. YAREMA: Object to the form.

A Fifth.

Q Now, you are the next participant in that activity, meaning you have been groomed to enjoy and appreciate the acts of sex with underage minors, true?

MR. YAREMA: Object to the form.

A Fifth.

Q Has Jeffrey Epstein instructed you to lie to his Probation Officer in any way?

MR. YAREMA: Object to the form.

A Fifth.

Q Mr. Visoski testified that you took a helicopter flight within the last year with Jeffrey Epstein to Miami. Do you remember that flight?

MR. YAREMA: Object to the form.

A Fifth.

60

Q What was the purpose of that flight?

MR. YAREMA: Object to the form.

A Fifth.

Q Did you sign a confidentiality agreement with Jeffrey Epstein?

MR. YAREMA: Object to the form.

A Fifth.

Q When is the last time that you observed Jeffrey Epstein have sex with a minor?

MR. YAREMA: Object to the form.

A Fifth.

Q Since being on probation, has Jeffrey Epstein been able to, or has he flown to his island?

MR. YAREMA: Object to the form.

A Fifth.

Q To your knowledge, has Jeffrey Epstein flown to New York while on probation or community control?

MR. YAREMA: Object to the form.

A Fifth.

Q Isn't it true that he has flown both to New York and to his island, and you have accompanied him on those trips, since he was on community control?

61

MR. YAREMA: Object to the form.

A Fifth.

Q Isn't it also true that Jeffrey Epstein has indicated to you that he will always engage in sex acts with underage minor females?

MR. YAREMA: Object to the form.

A Fifth.

Q In fact, that's something that he has told you, that he believes he is entitled to do; isn't that right?

MR. YAREMA: Object to the form.

A Fifth.

Q Isn't it true that Jeffrey Epstein believes and has told you that if he doesn't physically force the underage minor female into any act, then he is entitled to engage in sex with any underage minor female despite the age?

MR. YAREMA: Object to the form.

A Fifth.

Q What is the youngest female you have witnessed or observed Jeffrey Epstein to engage in sex with?

MR. YAREMA: Object to the form.

A Fifth.

Q Do you have a bank account at Chase Bank

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-CIV-80119-MARRA/JOHNSON

JANE DOE NO. 2,
Plaintiff,
-vs- VOLUME II OF III
JEFFREY EPSTEIN,
Defendant.
_______________/

Related cases:
08-80232, 08-08380, 08-80381, 08-80994
08-80993, 08-80811, 08-80893, 09-80469
09-80591, 09-80656, 09-80802, 09-81092
_______________/

VIDEOTAPED DEPOSITION OF
SARAH KELLEN

Wednesday, March 24, 2010
10:37 - 6:51 p.m.
250 Australian Avenue South
Suite 1500
West Palm Beach, Florida 33401

Reported By:
Cynthia Hopkins, RPR, FPR
Notary Public, State of Florida
Prose Court Reporting
Job No.: 1484

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA
CASE NO. 502008CA028058XXXXMB AD

E.W.,

Plaintiff,

-vs- VOLUME II OF III

JEFFREY EPSTEIN,

Defendant.
_______________/

DEPOSITION OF SARAH KELLEN

Wednesday, March 24, 2010
10:37 - 6:51 p.m.

250 Australian Avenue South
West Palm Beach, Florida 33401

Reported By:
Cynthia Hopkins, RPR, FPR
Notary Public, State of Florida
Prose Court Reporting

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA
CASE NO. 502008CA028051XXXXMB AB

L.M.,

Plaintiff,

-vs- VOLUME II OF III

JEFFREY EPSTEIN,

Defendant.
_______________/

VIDEOTAPED DEPOSITION OF SARAH KELLEN

Wednesday, March 24, 2010
10:37 - 6:51 p.m.

250 Australian Avenue South
West Palm Beach, Florida 33401

Reported By:
Cynthia Hopkins, RPR, FPR
Notary Public, State of Florida
Prose Court Reporting

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL
CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA
CASE No.502008CA037319XXXXMB AB

B.B.

Plaintiff,

-vs- VOLUME II OF III
JEFFREY EPSTEIN
AND SARAH KELLEN,

Defendants.
_______________

VIDEOTAPED DEPOSITION OF
SARAH KELLEN

Wednesday, March 24, 2010
10:37 - 6:51 p.m.

250 Australian Avenue South
Suite 1500
West Palm Beach, Florida 33401

Reported By:
Cynthia Hopkins, RPR, FPR
Notary Public, State of Florida
Prose Court Reporting Services
Job No.: 1484

the shape of a penis and vagina. Once again, not necessarily with respect to Mr. Epstein's home, in your entire life have you ever seen soap in the shape of a penis and vagina?
A. Not that I recall.
Q. Do you ever recall being in Ohio?
MR. RHEINHART: Ever in her life?
MR. KUVIN: The state, ever in her life.
BY MR. KUVIN:
Q. Let's start there, recall being in the State of Ohio for any reason?
A. Maybe for a layover, but not that I specifically remember.
Q. Okay. Do you know an Ivan Robles?
A. No.
Q. Have you seen a gentleman by the name of Alan Dershowitz at the home of Jeffrey Epstein before?
MR. RHEINHART: Objection to the form. Standing objection, presumes knowledge of Jeffrey Epstein or his home. Instruct the witness not to answer.
THE WITNESS: On the instruction of my lawyer, I must exercise my Fifth Amendment right.

BY MR. KUVIN:
Q. Have you ever heard of the El Zorro Ranch Corporation?
MR. RHEINHART: Instruct the witness not to answer based on her Fifth Amendment privilege.
THE WITNESS: On the instruction of my lawyer I must exercise my Fifth Amendment right.
BY MR. KUVIN:
Q. Have you ever heard of the New York Strategy Group?
MR. RHEINHART: Same instruction.
THE WITNESS: On the instruction of my lawyer, I must invoke my Fifth Amendment right.
BY MR. KUVIN:
Q. Have you ever heard of the Ghislaine Corporation?
MR. RHEINHART: Same instruction.
THE WITNESS: On the instruction of my lawyer, I must invoke my Fifth Amendment right.
BY MR. KUVIN:
Q. Have you ever heard of the Financial Strategy Group?
MR. RHEINHART: Same instruction.

THE WITNESS: On the instruction of my lawyer, I must invoke my Fifth Amendment right.
BY MR. KUVIN:
Q. Do you agree that these corporations that I just mentioned were utilized by Jeffrey Epstein in an attempt to have sexual relationships with underage girls?
MR. RHEINHART: Objection to the form as to compound, and also assumes knowledge of Mr. Epstein, asks for more than one answer to the question. I would instruct her not to answer based on her Fifth Amendment privilege because the question assumes knowledge of Mr. Epstein.
THE WITNESS: Upon instruction of my lawyer I must invoke my Fifth Amendment right.
MR. KUVIN: I think I am done. Hang on one second.
All right. I appreciate it. That's all the questions I have at this time. Reserve the right to ask any follow-up questions if other attorneys raise new and different issues by their questioning.
MR. RHEINHART: Understood.
MR. KUVIN: Pass the witness at this time.

Who wants to go? Mr. Horowitz, do you have a microphone?
MR. HOROWITZ: I do.
CROSS (SARAH KELLEN)
BY MR. HOROWITZ:
Q. Ms. Kellen, did you use the telephone number, the [redacted] at any time between 2001 and 2006?
A. On the advice of my lawyer, I must exercise my Fifth Amendment right.
Q. Did you use the telephone number [redacted] between 2001 and 2006 at Jeffrey Epstein's expense?
MR. RHEINHART: Objection to the form in that it assumes knowledge of Jeffrey Epstein. Standing objection as previously stated with Mr. Kuvin. Instruct the witness not to answer, based on her Fifth Amendment right.
THE WITNESS: On the instruction of my lawyer, I must exercise my Fifth Amendment right.
BY MR. HOROWITZ:
Q. Did you use the telephone number [redacted] at Jeffrey Epstein's direction?
MR. RHEINHART: Same objection as the

So can we focus on the specific questions that she can answer or from which you can draw an adverse inference if asked properly, and let's move it along.

MS. EZELL: Each young woman's case is an individual case, and we have the right to ask, ask whatever questions that we need to with regard to each one.

MR. RHEINHART: I --

MR. GOLDBERGER: Let's just go forward until 5:00 and see where we're at.

BY MR. WEISSING:

Q. Did you know that Jeffrey Epstein received sexual gratification from directing others to sexually abuse minor children?

MR. RHEINHART: Objection to the form.

THE WITNESS: On the instruction of my lawyer, I must invoke the Fifth Amendment right.

BY MR. WEISSING:

Q. Did you know that Jeffrey Epstein received sexual gratification from directing Marcinkova to sexually abuse minor children?

MR. RHEINHART: Objection to the form. It assumes knowledge of a person named Marcinkova.

It is otherwise compound and objectionable.

THE WITNESS: On the instruction of my lawyer, I must invoke my Fifth Amendment right.

MR. WEISSING: Let's go off the record for a moment.

THE VIDEOGRAPHER: Are we all good with going off the record?

MR. RHEINHART: Yeah, that's fine.

MR. HOROWITZ: Yes.

THE VIDEOGRAPHER: We're now off the record at 4:22 p.m.

(A brief recess was held.)

THE VIDEOGRAPHER: We are now on the record. It is 4:24 p.m.

BY MR. WEISSING:

Q. Do you know Nadia Marcinkova?

MR. KUVIN: Marcinkova.

THE WITNESS: On the instruction of my lawyer, I must invoke my Fifth Amendment privilege.

BY MR. WEISSING:

Q. Do you know -- have you procured minor children to have sexual relations with Nadia Marcinkova at Jeffrey Epstein's mansion?

MR. RHEINHART: Objection to the form.

THE WITNESS: On the instruction of my lawyer, I must invoke my Fifth Amendment privilege.

BY MR. WEISSING:

Q. Do you know Alan Dershowitz?

MR. RHEINHART: The question was asked and answered about three-and-a-half hours ago.

THE WITNESS: On the instruction of my lawyer, I must invoke my Fifth Amendment privilege.

BY MR. WEISSING:

Q. Do you know David Copperfield?

MR. RHEINHART: That question was asked about three-and-a-half-hours ago.

THE WITNESS: On the instruction of my lawyer, I must invoke my Fifth Amendment privilege.

BY MR. WEISSING:

Q. In addition to his place at, in Palm Beach, are you aware that Jeffrey Epstein has an apartment located at 301 East 66th Street, Apartment 14G through E in New York?

MR. RHEINHART: That question was asked about four hours ago. It's been asked and answered.

THE WITNESS: At the instruction of my lawyer, I invoke my Fifth Amendment privilege.

BY MR. WEISSING:

Q. While in New York, have you procured underage minor children to engage in sexual acts with Jeffrey Epstein at that location?

MR. RHEINHART: Object to the form.

THE WITNESS: On the instruction of my lawyer, I must invoke my Fifth Amendment privilege.

BY MR. WEISSING:

Q. With regard to the minor children procured for him at that location, were they school children in the New York area?

MR. RHEINHART: The previous question, objection to the form. The same as all the previous questions, it assumes a fact that's not been established. It can't fairly be answered.

THE WITNESS: On the instruction of my lawyer, I must invoke my Fifth Amendment privilege.

BY MR. WEISSING:

Q. Did Jeffrey Epstein have sexual encounters with underage people while at that apartment?

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-CIV-80119-MARRA/JOHNSON

JANE DOE NO. 2,

Plaintiff,

-vs- VOLUME III OF III

JEFFREY EPSTEIN,

Defendant.
_______________________________________/

Related cases:

08-80232, 08-08380, 08-80381, 08-80994
08-80993, 08-80811, 08-80893, 09-80469
09-80591, 09-80656, 09-80802, 09-81092
_______________________________________/

VIDEOTAPED DEPOSITION OF

SARAH KELLEN

Wednesday, March 24, 2010
10:37 - 6:51 p.m.

250 Australian Avenue South
Suite 1500
West Palm Beach, Florida 33401

Reported By:
Rachel W. Bridge, RPR, FPR
Notary Public, State of Florida
Prose Court Reporting Services
Job No.: 1484

Electronically signed by Rachel Bridge (201-272-617-4627) 906d1499-0cd8-4599-a2a0-6d38827b68c6

Page 433

know what the Edge Group was, but whatever, you can answer the question.
THE WITNESS: At the instruction of my lawyer, I must choose to invoke my Fifth Amendment right.
BY MS. EZELL:
Q. Do you know Max Brockman?
MR. REINHART: I'm sorry, can you repeat?
BY MS. EZELL:
Q. Do you know a Max Brockman?
MR. REINHART: I believe that was asked and answered already, but --
THE WITNESS: At the instruction of my lawyer, I must invoke my Fifth Amendment right.
BY MS. EZELL:
Q. Have you ever been photographed with Max Brockman at an Edge Science dinner?
A. At the instruction of my lawyer, I must invoke my Fifth Amendment right.
MR. REINHART: You should let me -- I need to object to the form of the question first, but go ahead. I know we all want to get out of here. Go ahead.
THE WITNESS: Say it again.
MR. REINHART: No, you are okay. Go ahead, Ms. Ezell. Thank you.

Page 434

BY MS. EZELL:
Q. Do you know whether Jeffrey Epstein attended the Edge Science dinner in Monterey, California?
MR. REINHART: Objection to the form, lack of foundation. Instruct the witness not to answer.
THE WITNESS: At the instruction of my lawyer, I must invoke my Fifth Amendment right.
BY MS. EZELL:
Q. You testified a moment ago that you were photographed nude by your boyfriend or a former boyfriend and that you hoped there are no photographs disseminated elsewhere.
At what age were those photographs taken?
MR. REINHART: I'm going to instruct her not to answer that. It has nothing to do with anything. It's not reasonably calculated to lead to discoverable evidence. We can move on.
BY MS. EZELL:
Q. Were you in any way damaged by that experience?
MR. REINHART: Same instruction. Let's move on.
BY MS. EZELL:
Q. Do you have any regrets?
MR. REINHART: Same instruction. Move on.

Page 435

BY MS. EZELL:
Q. Do you want to respond? I didn't give you time.
MR. REINHART: I've instructed her not to answer the question. Let's move on.
BY MS. EZELL:
Q. Do you recall a dinner at El Brillo Way attended by David Copperfield where Jane No. 103 was a guest?
MR. REINHART: Objection to the form, lack of foundation, and a standing objection as to her knowledge of anything involving El Brillo Way or Jeffrey Epstein. Instruct her not to answer.
THE WITNESS: At the instruction of my lawyer, I must invoke my Fifth Amendment right.
BY MS. EZELL:
Q. What is the relationship between Jeffrey Epstein and David Copperfield?
MR. REINHART: Objection to form, lack of foundation as to her knowledge of either one of those people. Instruct her not to answer.
THE WITNESS: At the instruction of my lawyer, I must invoke my Fifth Amendment right.
BY MS. EZELL:
Q. To your knowledge, do they recruit girls for

Page 436

one another?
MR. REINHART: Object to the form, compound, and again, lack of foundation. Instruct her not to answer.
THE WITNESS: At the instruction of my lawyer, I must invoke my Fifth Amendment right.
BY MS. EZELL:
Q. To your knowledge, are they involved in any sexual trafficking of young women?
MR. REINHART: Object to the form for the reasons previously stated. Also calls for a legal conclusion as to what sexual trafficking is. Instruct her not to answer.
THE WITNESS: At the instruction of my lawyer, I must invoke my Fifth Amendment right.
BY MS. EZELL:
Q. I believe you asked about Allen Dershowitz earlier.
MR. REINHART: Twice.
BY MS. EZELL:
Q. And were instructed not to answer.
MR. REINHART: Twice.
BY MS. EZELL:
Q. All right. I'm going to ask again on behalf of my client. Are you aware of the friendship between

Electronically signed by Rachel Bridge (201-272-617-4627) 905d1499-0cd8-4599-a2a0-6d38827b68c6

Allen Dershowitz and Jeffrey Epstein?

MR. REINHART: And for the third time, I'll object to the form and instruct her not to answer the question.

THE WITNESS: For the third time, I take the advice of my lawyer and invoke my Fifth Amendment right.

BY MS. EZELL:

Q. When Allen Dershowitz comes to Palm Beach, he stays at the El Brillo mansion, doesn't he?

MR. REINHART: Objection to the form. There is no foundation for her having any knowledge of anything having to do with a person by the name of Allen Dershowitz. I instruct her not to answer.

THE WITNESS: At the instruction of my lawyer, I must invoke my Fifth Amendment right.

BY MS. EZELL:

Q. When Allen Dershowitz, or has Allen Dershowitz ever been there when young ladies came to give massages?

MR. REINHART: Same objection stated to the previous question. Same instruction.

THE WITNESS: At the instruction of my lawyer, I must invoke my Fifth Amendment right.

BY MS. EZELL:

Q. Has Allen Dershowitz ever been the beneficiary

of those massages?

MR. REINHART: Same objection and same instruction.

THE WITNESS: At the instruction of my lawyer, I must invoke my Fifth Amendment right.

BY MS. EZELL:

Q. Do you know John Casablanca?

A. Never heard that name before.

Q. Have you ever heard of a world-famous illusionist whose stage name is David Copperfield?

MR. REINHART: That's also been asked at least three times. I'll instruct her again not to answer the question.

THE WITNESS: At the instruction of my lawyer, I must invoke my Fifth Amendment right.

BY MS. EZELL:

Q. Have you ever gone to one of David Copperfield's shows?

MR. REINHART: Objection to form, lack of foundation as to knowledge of any person by the name of David Copperfield. Instruct her not to answer.

THE WITNESS: At the instruction of my lawyer, I must invoke my Fifth Amendment right.

BY MS. EZELL:

Q. Do you know that when David Copperfield is in town, he gives Jeffrey Epstein tickets and Jeffrey gives some to young women to attend those shows?

MR. REINHART: Object to the form, multiple, compound question, and a complete lack of foundation. Instruct the witness not to answer.

THE WITNESS: At the instruction of my lawyer, I must invoke my Fifth Amendment right.

BY MS. EZELL:

Q. And do you know that those girls are invited back stage after the show?

MR. REINHART: Same objection, complete lack of foundation, and standing objection previously stated.

THE WITNESS: At the instruction of my lawyer, I must invoke my Fifth Amendment right.

BY MS. EZELL:

Q. Do you remember on or about, in or about March of 2005 having conversations with one of the young women who came to the house to give massages about her conversations with Jane No. 103?

MR. REINHART: Objection to the form, standing objection, lack of foundation. Instruct the witness not to answer, because the question implies

that she has any knowledge at all of El Brillo Way.

BY MS. EZELL:

Q. Same question -- sorry.

A. At the instruction of my lawyer, I must choose to invoke my Fifth Amendment privilege.

Q. Same question as to March of 2006.

MR. REINHART: Same objection and same instruction.

THE WITNESS: At the instruction of my lawyer, I must choose to invoke my Fifth Amendment privilege.

BY MS. EZELL:

Q. Do you have any recollection of a conversation in which one of the young women told Jane No. 103 that those girls who, those girls who would help Jeffrey in regard to the investigation would be compensated and those who would not or who would hurt him in the investigation would be dealt with?

MR. REINHART: Objection to the form, lack of foundation, compound question. Instruct the witness not to answer, because the question implies some knowledge of anything relating to a person by the name of Jeffrey Epstein.

THE WITNESS: At the instruction of my lawyer, I must invoke my Fifth Amendment right.

Electronically signed by Rachel Bridge (201-272-617-4627) 905d1499-0cd8-4599-a2a0-6d38827b68c6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-CV-80893-CIV-MARRA/JOHNSON

JANE DOE,

Plaintiff,

vs.

JEFFREY EPSTEIN, et al.,

Defendants.

DEPOSITION OF ADRIANA ROSS
Volume 1 of 1
Pages 1 through 138
Videotaped

Monday, March 15, 2010
10:13 a.m. - 12:42 p.m.
U.S. Legal Support
515 East Las Olas Boulevard, 3rd Floor
Fort Lauderdale, Florida 33301

Stenographically Reported By:
Janet L. McKinney, RPR, FPR, CLR

Registered Professional Reporter

Florida Professional Reporter

Certified LiveNote Reporter

                                                                A. I refuse to answer.

Q. And Jeffrey Epstein and/or Ghislaine Maxwell obtained and purchased passports for 15-year-old Jane Doe 102 to transport her to Palm Beach, New York City, Santa Fe, Los Angeles, San Francisco, St. Louis, as well as Europe, the Caribbean, and Africa; are you aware of that?

A. I refuse to answer.

MR. PIKE: Form.

Q. It's also alleged that Jeffrey Epstein in addition to molesting Jane Doe 102 along with Ghislaine Maxwell forced her to have sex with other models, actresses, and celebrities?

A. I refuse to answer.

MR. PIKE: Form.

Q. It also indicates that Jeffrey Epstein transported other minor girls from Turkey, the Czech Republic, Asia, and other countries. Are you aware of that?

MR. PIKE: Form.

A. I refuse to answer.

Q. Is Jeffrey Epstein involved in the international child sex trade?

MR. PIKE: Form.

A. I refuse to answer.

Q. Is Jean Luc Brunel his partner in that international child sex trade?

MR. PIKE: Form.

A. I refuse to answer.

Q. Are you aware that after -- that Jeffrey Epstein forced Jane Doe 102 to have sex with other adult male peers including royalty, politicians, academicians, businessmen and/or other professional and personal acquaintances of Jeffrey Epstein's?

MR. PIKE: Form.

A. I refuse to answer.

Q. Is that something that he did with girls other than Jane Doe 102?

MR. PIKE: Form.

A. I refuse to answer.

Q. Aren't you familiar with Jeffrey Epstein's practice of pimping out underage minor females to other people that have the same sexual obsession with underage minors?

MR. PIKE: Form.

A. I refuse to answer.

Q. And doesn't he benefit financially from that sex trade?

MR. PIKE: Form.

A. I refuse to answer.

Q. Jane Doe 102 ultimately escaped from him and left to Australia, is that your understanding?

A. I refuse to answer.

MR. PIKE: Form.

Q. Have you ever spoken with Jane Doe 102?

A. I refuse to answer.

Q. On one of Epstein's birthdays a friend of Jeffrey Epstein sent to him 12 -- three 12-year-old girls from France who spoke no English for Epstein to sexually exploit and abuse and after doing so he sent them back to France the next day. Are you familiar with that?

MR. PIKE: Form.

A. I refuse to answer.

Q. Isn't that something that is fairly common for Mr. Epstein?

A. I refuse to answer.

MR. PIKE: Form.

Q. Who are the friends that send to Jeffrey Epstein underage minor females for his birthday so that he can abuse?

A. I refuse to answer.

MR. PIKE: Form.

Q. Is one of those friends Jean Luc Brunel?

A. I refuse to answer.

Q. Have you ever met Prince Andrew?

A. I refuse to answer.

Q. Has Prince Andrew been involved with underage minor females to your knowledge?

A. I refuse to answer.

Q. Have you ever met Alan Dershowitz?

A. I refuse to answer.

Q. When Alan Dershowitz stays at Jeffrey Epstein's house isn't it true that he has been at the house when underage minor females have been in the bedroom with Jeffrey Epstein?

A. I refuse to answer.

Q. Has -- are you familiar with the media publication or online resource RadarOnline?

A. I refuse to answer.

Q. Is that something that you assisted Mr. Epstein with when he purchased RadarOnline?

A. I refuse to answer.

Q. And do you know his business partner in that endeavor?

A. I refuse to answer.

Q. Isn't it also true that he used RadarOnline as another way to gain access to underage minor females for sex?

MR. PIKE: Form.

underage minor females staying at those various condominiums located at 301 East 66th Street?

A. I refuse to answer.

Q. And those females get work visas to say that they're models, but actually they are prostituted out by Jeffrey Epstein and John Luc Brunel, correct?

A. I refuse to answer.

MR. PIKE: Form.

Q. And various businessmen and politicians around New York and Washington, D.C. go to those apartments frequently to have sex with underage minors; is that true?

A. I refuse to answer.

Q. Do you remember a flight on December 3rd, 2004 that you took with Jeffrey Epstein, Nadia Marcinkova, Sarah Kellen, and somebody with initials SH --

A. I refuse to answer.

Q. -- from JFK to PBI?

MR. PIKE: Form.

Q. Do you remember that?

A. I refuse to answer.

Q. Who is SH?

A. I refuse to answer.

Q. Is that an underage minor?

A. I refuse to answer.

Q. Do you remember a flight that you took December 27th with Nadia Marcinkova and Jeffrey Epstein?

A. I refuse to answer.

Q. What airport is this, TIST?

A. I refuse to answer.

Q. Do you know Doug Band?

A. I refuse to answer.

Q. Isn't that Bill Clinton's assistant?

A. I refuse to answer.

Q. You've been on the airplane with him before?

A. I refuse to answer.

Q. Have you been on the airplane with Bill Clinton before?

A. I refuse to answer.

Q. Who is [redacted]?

A. I refuse to answer.

Q. That's somebody you've flown with on Jeffrey Epstein's plane on numerous occasions, correct?

MR. PIKE: Form.

A. I refuse to answer.

Q. In fact, during the year 2005 you flew on Jeffrey Epstein's plane would you say more than 50 times?

A. I refuse to answer.

MR. PIKE: Form.

Q. And you flew to his island, right?

A. I refuse to answer.

MR. PIKE: Form.

Q. You flew to New Mexico?

A. I refuse to answer.

MR. PIKE: Form.

Q. You flew to New Jersey?

MR. PIKE: Form.

A. I refuse to answer.

Q. Several of the flights are just yourself, Jeffrey Epstein, and Sarah Kellen. What did you do on those flights?

MR. PIKE: Form.

A. I refuse to answer.

Q. Who's Adam Perrylang?

A. I refuse to answer.

Q. Is that somebody that you were made to have sex with?

A. I refuse to answer.

Q. Did Jeffrey Epstein ever make you have sex with any females?

MR. PIKE: Form.

A. I refuse to answer.

Q. Did he ever make you have sex with any of his

friends?

MR. PIKE: Form.

A. I refuse to answer.

Q. Who is Sandy Berger?

A. I refuse to answer.

Q. That's somebody else that was affiliated with Bill Clinton at one point in time, correct?

A. I refuse to answer.

Q. A close friend of Jeffrey Epstein's?

MR. PIKE: Form.

A. I refuse to answer.

Q. He called the house within three weeks of the search warrant being executed. Did he tip off Jeffrey Epstein?

MR. PIKE: Form.

A. I refuse to answer.

Q. Is he somebody that's involved with underage minors?

A. I refuse to answer.

Q. Do you know Igor Zinoviev?

A. I refuse to answer.

Q. Andrea Metrovich?

A. I refuse to answer.

Q. Have you flown on the airplane with Alan Dershowitz before?

MR. PIKE: Form.
A. I refuse to answer.
**Q. And Jean Luc Brunel is somebody who you have been on the airplane with several times, correct?**
A. I refuse to answer.
MR. PIKE: Form.
**Q. And when Jean Luc Brunel is on this airplane there are underage minor -- minor females on the airplane with you, correct?**
MR. PIKE: Form.
A. I refuse to answer.
**Q. Is there a back room to this airplane? Is there any sort of separation or is it all one big room?**
MR. PIKE: Form.
A. I refuse to answer.
**Q. So if Jeffrey Epstein and Jean Luc Brunel are engaged in sex acts with underage minors did you --**
A. I refuse --
**Q. Sorry -- did you observe any of those acts?**
A. I refuse to answer.
MR. PIKE: Form.
**Q. And on numerous of the flights the flight logs indicate someone's name then oftentimes initials, but sometimes it would just say "three females". Do you know why?**

A. I refuse to answer.
MR. PIKE: Form.
**Q. Who's Claire Hazel?**
A. I refuse to answer.
**Q. Do you know Jo-Jo and Lynn Fontanella?**
A. I refuse to answer.
**Q. They're the house managers up at the mansion up in Manhattan, correct?**
MR. PIKE: Form.
A. I refuse to answer.
**Q. And they assist Mr. Epstein in engaging in underage sex with minors in New York, correct?**
MR. PIKE: Form.
A. I refuse to answer.
**Q. They also maintain a pretty close relationship with the police?**
A. I refuse to answer.
**Q. And that's a big component also, right, that Jeffrey Epstein has -- is friendly with the law enforcement, correct?**
MR. PIKE: Form.
A. I refuse to answer.
**Q. Like law enforcement would do favors for not only Jeffrey Epstein but his various assistants. If you were speeding around the neighborhood they wouldn't**

**give you a ticket, correct?**
MR. PIKE: Form.
A. I refuse to answer.
**Q. Was it ever your job to call the police department and ask if any police reports were on file or anybody complained about the activities at Jeffrey Epstein's house?**
MR. PIKE: Form.
A. I refuse to answer.
**Q. Have you ever gone physically to the police department?**
A. I refuse to answer.
**Q. Was there a flight where you flew alone with Jean Luc Brunel?**
A. I refuse to answer.
**Q. Have you ever flown on the plane with Prince Andrew?**
MR. PIKE: Form.
A. I refuse to answer.
**Q. Do you know Zinta Braukis?**
A. I refuse to answer.
**Q. That's another model that Jeffrey Epstein knows, correct?**
A. I refuse to answer.
MR. PIKE: Form.

**Q. Somebody that he had engaged in sex with when she was underage?**
A. I refuse to answer.
**Q. She actually got a modeling contract out of it?**
MR. PIKE: Form.
A. I refuse to answer.
**Q. Why does Jean Luc Brunel and Jeffrey Epstein fly together so often?**
MR. PIKE: Form.
A. I refuse to answer.
**Q. And why does Ghislaine Maxwell also fly so often with Jeffrey Epstein and Jean Luc Brunel?**
A. I refuse to answer.
MR. PIKE: Form.
**Q. Isn't it true that all three of them are obsessed and addicted to sex with underage minors?**
MR. PIKE: Form.
A. I refuse to answer.
MR. PIKE: Brad, how much longer do you have?
MR. EDWARDS: How long? You want to take a break?
MR. PIKE: Yeah.
MR. EDWARDS: Sure. It's going a lot faster than I thought it would.