# EXHIBIT D

# United States District Court
# Southern District of New York

Virginia L. Giuffre,

          Plaintiff,                Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

          Defendant.

_____/

### PLAINTIFF, VIRGINIA GIUFFRE'S FOURTH REVISED DISCLOSURE
### PURSUANT TO FED. R. CIV. P. 26

      COMES NOW the Plaintiff, Virginia L. Giuffre, by and through her undersigned counsel,

and serves this revised disclosure pursuant to Fed. R. Civ. P. 26 and states as follows:

**A.**    **Witnesses:**

    1.    Virginia L. Giuffre
           c/o Sigrid S. McCawley, Esq.
           Boies, Schiller & Flexner LLP
           401 East Las Olas Boulevard, Suite 1200
           Miami, Florida 33301
           Tel: (954) 356-0011
           Email: smccawley@bsfllp.com

           Plaintiff - information regarding Defendant, Ghislaine Maxwell's conduct that is
           the subject of this action

    2.    Ghislaine Maxwell
           c/o Laura A. Menninger, Esq.
           HADDON, MORGAN & FOREMAN, P.C.
           150 East 10th Avenue
           Denver, Colorado 80203
           Tel: (303) 831-7364
           Email: lmenninger@hmflaw.com

           Defendant in this action.

CONFIDENTIAL as to victims' identity
pursuant to Court's June 23, 2016 Order

3.      Juan Alessi

Telephone number unknown at this time

May have information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

4.      Maria Alessi

Telephone number unknown at this time

May have information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

5.      Kathy Alexander
Address unknown at this time.
Telephone number unknown at this time.
Believed to be in South Africa.

May have information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

6.      Miles Alexander
Address unknown at this time.
Telephone number unknown at this time.
Believed to be in South Africa.

May have information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

7.      Doug Band
President of Teneo Holdings, 601 Lexington Avenue, 45th Floor,
New York, NY 10022, Tel: (212) 886-1600

Was present on flights with Jeffrey Epstein and Ghislaine Maxwell and President Clinton and may have knowledge of Jeffrey Epstein and Ghislaine Maxwell's sexual trafficking conduct and interactions with minors.

8.      Gwendolyn Beck

2

CONFIDENTIAL as to victims' identity
pursuant to Court's June 23, 2016 Order



       May have information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

9.     Sophie Biddle



       May have information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

10.

       Was present on flights with Jeffrey Epstein, Ghislaine Maxwell and Virginia Guiffre and may have information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

11.    Fary Bjorlin
       Address Unknown
       Telephone Number Uknown

       May have information relating to Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

12.    Kelly Bovino

       Telephone number unknown at this time

       May have information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

13.    Jean Luc Brunel
       c/o Joe Titone, Esq.
       621 South East 5th Street, Pompano Beach, FL 33060
       Tel: (954) 729-6490

CONFIDENTIAL as to victims' identity
pursuant to Court's June 23, 2016 Order

Was present on flights with Jeffrey Epstein, Ghislaine Maxwell and Virginia Guiffre and has information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

14.   Ron Burkle
      Address unknown at this time
      Telephone number unknown at this time

Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct.

15.   ████████

      Address unknown at this time.
      Telephone number unknown at this time

Worked for Ghislaine Maxwell and has information about Ghislaine Maxwell's recruiting of girls for Jeffrey Epstein.

16.   Carolyn Casey
      Address unknown at this time.
      Telephone number unknown at this time.

May have information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

17.   Alyson Chambers
      c/o Marshall Dore Louis, Esq.
      Sinclair, Louis & Zavertnik, P.A.
      40 N.W. 3rd Street, Suite 200, Miami, FL 33128
      Tel: (305) 374-0544

Worked for Jeffrey Epstein as a masseuse during the time that Virginia Giuffre was living and traveling with Jeffrey Epstein and Ghislaine Maxwell, and has information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct.

18.   William Jefferson Clinton
      55 West 125 Street
      New York, NY 10027

Travelled with Jeffrey Epstein and Ghislaine Maxwell and may have information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct.

4

CONFIDENTIAL as to victims' identity
pursuant to Court's June 23, 2016 Order

19. Maximilia Cordero
    Address unknown at this time
    Telephone number unknown at this time

    May have information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct.

20. Valdson Cotrin
    Address unknown at this time
    Telephone number unknown at this time

    May have information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct.

21. Chauntae Davies
    ███████████████████████████████
    Telephone number unknown at this time

    Was present on flights with Jeffrey Epstein, Ghislaine Maxwell and may have information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

22. Teala Davies
    ███████████████████████████████
    Telephone number unknown at this time

    Was present on flights with Jeffrey Epstein, Ghislaine Maxwell and may have information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

23. Anouska DeGeorgieou
    ███████████████████████████████
    Telephone number unknown at this time

    May have information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

24. Alan Dershowitz
    c/o Richard A. Simpson, Esq.
    WILEY REIN, LLP
    1776 K Street NW
    Washington, D.C. 20006

CONFIDENTIAL as to victims' identity
pursuant to Court's June 23, 2016 Order

Tel: (202) 719-7000

Has knowledge of Defendant's conduct that is the subject of this action.

25.    Ryan Dionne
       Address unknown at this time
       Telephone number unknown at this time

       May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking
conduct.

26.    Eva Anderson Dubin

       ████████████████████████████████

       Telephone number unknown at this time

       Was present on flights with Jeffrey Epstein, Ghislaine Maxwell and has
information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and
interaction with underage minors.

27.    Glen Dubin

       ████████████████████████████████

       Telephone number unknown at this time

       Was present on flights with Jeffrey Epstein, Ghislaine Maxwell and has
information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and
interaction with underage minors.

28.    ████████████████
       Address unknown at this time.
       Telephone number unknown at this time.

       May have information about Ghislaine Maxwell and Jeffrey Epstein's sexual
trafficking conduct and interaction with underage minors.

29.    Prince Andrew Albert Christian Edward, Duke of York
       Buckingham Palace Rd, London SW1A 1AA
       ████████████████████

       Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking
conduct and interaction with underage minors, including Virginia Giuffre.

6

CONFIDENTIAL as to victims' identity
pursuant to Court's June 23, 2016 Order

30. Records Custodian for Travel for Prince Andrew Albert Christian Edward, Duke of York
Buckingham Palace Rd, London SW1A 1AA

Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors, including Virginia Giuffre.

31. Jeffrey Epstein
c/o Marty Weinberg, Esq.
20 Park Plaza, Suite 1000, Boston, MA 02116

Has knowledge of Defendant's conduct that is the subject of this action and knowledge of his sexual trafficking operation and other co-conspirators.

32. Tatiana Espinoza
Address unknown at this time
Telephone number unknown at this time

May have information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

33. Annie Farmer
Address unknown at this time.
Telephone number unknown at this time.

Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors, including Virginia Giuffre.

34. Marie Farmer
Address unknown at this time.
Telephone number unknown at this time.

Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors, including Virginia Giuffre.

35. Vicky Ward
Address unknown at this time
Telephone unknown at this time

7

CONFIDENTIAL as to victims' identity
pursuant to Court's June 23, 2016 Order

Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors, including Virginia Giuffre.

36.    Frederic Fekkai
       Address unknown at this time
       Telephone number unknown at this time

       Has knowledge of Defendant's conduct that is the subject of this action.

37.    Tony Figueroa
       ████████████████████████████████
       Telephone number unknown at this time

       Has knowledge of Defendant's conduct that is the subject of this action.

38.    Luciano "Jojo" Fontanilla
       ████████████████████████████████████████
       ████████████

       Jeffrey Epstein's staff member in his various homes and may have knowledge of Defendant and Jeffrey Epstein's inappropriate conduct with underage girls.

39.    Lynn Fontanilla
       ████████████████████████████████
       Telephone number unknown at this time

       May have knowledge of Defendant's conduct that is the subject of this action.

40.    Michael Friedman
       ████████████████████████████████
       Telephone number unknown at this time

       Former house staff and may have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with minors.

41.    Rosalie Friedman
       ████████████████████████████████
       Telephone number unknown at this time

8

CONFIDENTIAL as to victims' identity
pursuant to Court's June 23, 2016 Order

Former house staff and may have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with minors.

42.   Ross Gow
      Acuity Representation
      23 Berkeley Square
      London  W1J 6HE
      ███████████████

Defendant's press agent who has knowledge of the defamatory statements in this case.

43.   Tiffany Kathryn Gramza
      ████████████████████████████████
      Telephone number unknown at this time

May have information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors

44.   ████████
      Address unknown at this time
      Telephone number unknown at this time

May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct.

45.   Amanda Grant
      Address unknown at this time
      Telephone number unknown at this time

May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct.

46.   Lesley Groff
      Address unknown at this time
      Telephone number unknown at this time

May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct.

47.   ████████

9

CONFIDENTIAL as to victims' identity
pursuant to Court's June 23, 2016 Order



Has information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and abuse and interaction with underage minors.

48.   Claire Hazel
      Address unknown at this time
      Telephone number unknown at this time

Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors

49.   Shelly Harrison
      Address unknown at this time
      Telephone number unknown at this time

May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors

50.   Gina Ignatieva
      Address Unknown
      Telephone number unknown at this time

May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

51.   Brett Jaffe
      Address noted on Defendant's Rule 26 disclosures

Defendant's attorney.

52.   ████████████
      Address unknown at this time
      Telephone number unknown at this time

Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors

CONFIDENTIAL as to victims' identity
pursuant to Court's June 23, 2016 Order

53.   Sarah Kensington Vickers formerly Sarah Kellen
       c/o Bruce Reinhart, Esq.
       McDonald Hopkins LLC
       505 S Flagler Dr Ste 300
       West Palm Beach, FL 33401-5942
       Tel: 561- 472-2121

Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interactions with minors.

54.   Tatiana Kovylina

       Telephone number unknown at this time

May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors

55.   

       Telephone number unknown at this time

Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors

56.   Adam Perry Lang
       Address unknown at this time
       Telephone number unknown at this time

Traveling chef for Jeffrey Epstein and Ghislaine Maxwell and may have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

57.   

       Address unknown at this time
       Telephone number unknown at this time

May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors

58.   Michael Liffman

CONFIDENTIAL as to victims' identity
pursuant to Court's June 23, 2016 Order

Address unknown at this time
Telephone number unknown at this time

May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct.

59.   Peter Listerman
Address unknown at this time
Telephone number unknown at this time

May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors

60.   Cindy Lopez
Address unknown at this time
Telephone number unknown at this time

May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors

61.   Melinda Lutz
Address unknown at this time
Telephone number unknown at this time

May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors

62.   Cheri Lynch
Address unknown at this time
Telephone number unknown at this time

May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

63.   Nadia Marcinko formerly Nadia Marcinkova
c/o Jack Goldberger, Esq.
Atterbury, Goldberger, & Weiss, P.A.
250 Australian Ave South, Ste 1400
West Palm Beach, FL 33401-5012
Tel: (561) 659-8300

CONFIDENTIAL as to victims' identity
pursuant to Court's June 23, 2016 Order

Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors

64.  Bob Meister

May have information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

65.  Todd Meister

May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors

66.  Brahakmana Mellawa
     Address unknown at this time
     Telephone number unknown at this time

House staff who may have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

67.  Jayarukshi Mellawa
     Address unknown at this time
     Telephone number unknown at this time

House staff who may have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

68.  
     Address unknown at this time
     Telephone number unknown at this time

Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

69.  Andrea Mitrovich
     Address Unknown
     Telephone number unknown at this time.

13

CONFIDENTIAL as to victims' identity
pursuant to Court's June 23, 2016 Order

Knowledge of Defendant's conduct that is the subject of this action.

70.   Bill Peadon

Telephone number unknown at this time

House staff that may have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

71.   Francis Peadon

Telephone number unknown at this time

House staff that may have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

72.   Tom Pritzker
      Address unknown at this time
      Telephone number unknown at this time

Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

73.   Dara Preece
      Address Unknown
      Telephone Unknown at this time

May have knowledge of Defendant's conduct in this action.

74.   Louella Rabuyo
      Address unknown at this time
      Telephone unknown at this time

House staff that may have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

75.   Joseph Recarey



Telephone number unknown at this time.

14

CONFIDENTIAL as to victims' identity
pursuant to Court's June 23, 2016 Order

Detective Recarey was the chief investigator of the crimes committed at Jeffrey Epstein's Palm Beach mansion and has information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

76.   Chief Michael Reiter



Telephone number unknown at this time.

Police Chief Reiter oversaw the investigation of the crimes committed at Jeffrey Epstein's Palm Beach mansion and has information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and abuse of underage minors.

77.   Bill Richardson
      Address unknown at this time
      Telephone number unknown at this time

Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

78.   Rinaldo Rizzo
      c/o Robert Lewis, Esq.
      Freeman Lewis LLP
      228 E. 45th Street, 17th Floor
      New York, NY 10017
      Tel: 212-980-4084

Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

79.   Haley Robson
      Address unknown at this time
      Telephone number unknown at this time

Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

80.   Sky Roberts

15

CONFIDENTIAL as to victims' identity
pursuant to Court's June 23, 2016 Order

Family member who may have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

81.   David Rodgers
      c/o Bruce E. Reinhart, Esq.
      McDonald Hopkins LLC
      505 S Flagler Dr Ste 300
      West Palm Beach, FL 33401-5942
      Tel: 561- 472-2121

Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

82.   Adriana Ross formerly Adriana Mucinska
      c/o Alan S. Ross, Esq.
      Tel: (305) 858-9550

Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

83.   Johanna Sjoberg
      c/o Marshall Dore Louis, Esq.
      40 N.W. 3rd Street, Suite 200, Miami, FL 33128
      Tel: (305) 374-0544

Worked for Jeffrey Epstein during the time when Virginia Giuffre was living and traveling with Jeffrey Epstein and Ghislaine Maxwell.  Johanna Sjobjerg was also present at an occasion with Prince Andrew, Ghislaine Maxwell, and Virginia Giuffre when Ms. Giuffre was a minor.

84.   Kelly Spamm
      Address unknown at this time
      Telephone number unknown at this time

May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

85.   Cecilia Stein
      Address unknown at this time
      Telephone number unknown at this time

CONFIDENTIAL as to victims' identity
pursuant to Court's June 23, 2016 Order

May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

86.   Emmy Taylor
      Address unknown at this time
      Telephone number unknown at this time

Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

87.   Evelyn Valenzuela
      Address unknown at this time
      Telephone number unknown at this time

May have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct.

88.   Larry Visosky
      c/o Bruce E. Reinhart, Esq.
      Tel: (561) 202-6360
      Telephone number unknown at this time

Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

89.   Leslie Wexner
      c/o John W. Zeiger, Esq., Zeiger, Tigges & Little LLP
      41 South High Street, Suite 3500, Columbus, Ohio 43215
      Tel: (614) 365-9900

Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

90.   Courtney Wild
      c/o Bradley Edwards, Esq.
      FARMER, JAFFE, WEISSING,
      EDWARDS, FISTOS & LEHRMAN, P.L.
      425 North Andrews Avenue, Suite 2
      Fort Lauderdale, Florida 33301
      Tel: (954) 524-2820

17

CONFIDENTIAL as to victims' identity
pursuant to Court's June 23, 2016 Order

Has information about Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

91.   Doug Wilson

Family member who may have knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

92.   Igor Zinoview
       Address unknown at this time
       Telephone number unknown at this time

Has knowledge of Ghislaine Maxwell and Jeffrey Epstein's sexual trafficking conduct and interaction with underage minors.

93.   All females identified in the police reports or identified through the United State's Attorney's office during or through the criminal investigation of Jeffrey Epstein and his co-conspirators.

94.   All other then-minor girls, recruited by Ghislaine Maxwell, whose identities Ms. Giuffre will attempt to determine, with whom Defendant, Ghislaine Maxwell and Jeffrey Epstein, have engaged in sexual activity.

95.   All pilots, chauffeurs, chefs, and other employees of either Defendant Maxwell or Jeffrey Epstein with knowledge of Defendant and Jeffrey Epstein's inappropriate conduct with underage girls.

96.   All staff and employees at the Mar-a-Lago Club during 1999-2002.

97.   All other witnesses learned through discovery process.

**B.   Relevant Documents:**

1.   All files held by the Palm Beach Police Department or the Palm Beach State Attorney's office which are publically available.

2.   All press releases of Ghislaine Maxwell or on her behalf

CONFIDENTIAL as to victims' identity
pursuant to Court's June 23, 2016 Order

3. The video(s) of Ghislaine Maxwell adopting the January, 2015 press statement.

4. All newspaper or other media where Ghislaine Maxwell's press release appears

5. All evidence obtained by the Federal Bureau of Investigations which relate in any way to Jeffrey Epstein or Ghislaine Maxwell.

6. All 302 statements that relate in any way to Jeffrey Epstein or Ghislaine Maxwell.

7. All evidence obtained by the FBI or United States Attorney's office by or through the criminal investigation of Alfredo Rodriguez.

8. All documents relating to the previous subpoenas served on Defendant for her deposition and all documents related in any way to that deposition.

9. All documents evidencing visitors or passengers at any of Jeffrey Epstein owned or controlled property or aircraft.

10. All documents demonstrating the relationship between Bill Clinton and Jeffrey Epstein or Ghislaine Maxwell.

11. All photos of Ghislaine Maxwell at Chelsea Clinton's wedding.

12. All documents or information refuting statements made by Ghislaine Maxwell.

13. All documents and information relating to Prince Andrews travel, including travel to New York City and the Caribbean, in 1999 to 2002.

14. All documents and information from Shopper's Travel evidencing travel, flight records or passenger manifests during the relevant period.

15. All documents and information from David Rigg, Aviation Insurance Agent evidencing travel, flight records or passenger manifests during the relevant period.

C.   **Exhibits**:

1.   Palm Beach Police Department report and documents contained within Jeffrey Epstein's criminal files, attached hereto as Exhibit 1.

2.   March 10, 2011 Statement on behalf of Ghislaine Maxwell by Media agent Ross Gow, attached hereto as Exhibit 2.

3.   September 3, 2008 Victim Notification Letter, attached hereto as Exhibit 3.

4.   May 1, 2009 Complaint in Jane Doe No. 102 v. Jeffrey Epstein, CIV-09-80656, in the Southern District of Florida, attached hereto as Exhibit 4.

CONFIDENTIAL as to victims' identity
pursuant to Court's June 23, 2016 Order

5.    FBI 302 Statement, attached hereto as Exhibit 5.

6.    Flight Logs, attached hereto as Composite Exhibit 6.

7.    Message Pads from Law Enforcement from trash pull of Jeffrey Epstein's Palm Beach home, attached hereto as Exhibit 7.

8.    Jeffrey Epstein's Phone Book, also referred to as his "Black Book," attached hereto as Exhibit 8.

9.    Deposition of Sarah Kellen, attached hereto as Composite Exhibit 9.

10.   Deposition Transcripts of Juan Alessi, attached hereto as Exhibit 10.

11.   Deposition Transcripts of Alfredo Rodriguez, attached hereto as Exhibit 11.

12.   January 2, 2015 Corrected Joinder Motion [DE 280] filed in the CVRA action pending in the Southern District of Florida, attached hereto as Exhibit 12. [**All paragraphs between "The Government then concealed from Jane Doe No. 3 the existence of the NPA (pg. 3) and "The Government was well aware of Jane Doe No. 3 when it was negotiating the NPA" (pg. 6) were stricken by Judge Marra.**]

13.   January 21, 2015 Declaration of Jane Doe No. 3 filed in the CVRA action pending in the Southern District of Florida, attached hereto as Exhibit 13. [**Paragraphs 4, 5, 7, 11, 13, 15, 19-53, and 59 were stricken by Judge Marra**]

14.   February 6, 2015 Declaration of Jane Doe No. 3 filed in the CVRA action pending in the Southern District of Florida, attached hereto as Exhibit 14. [**Paragraphs 7-12, 16, 39 and 49 were stricken by Judge Marra.**]

15.   November 25, 2015 Affidavit of Virginia Giuffre, filed in the *Bradley Edwards and Paul Cassell v. Alan Dershowitz* matter, pending in the Seventeenth Judicial Circuit, Broward County, Florida, attached hereto as Exhibit 15.

16.   Virginia Roberts' passport, attached hereto as Exhibit 16.

17.   Judge Thomas Lynch's January 12, 2016 Confidentiality Order regarding Virginia Giuffre's deposition, attached hereto as Exhibit 17.

18.   Documents produced and bates labelled Non-Party VR 000001 – Non-Party VR 000644, in the *Bradley Edwards and Paul Cassell v. Alan Dershowitz* matter, pending in the Seventeenth Judicial Circuit, Broward County, Florida, attached hereto as Exhibit 18.

19.   Victims Refuse Silence Articles of Incorporation and Amendment, attached hereto as Composite Exhibit 19.

20.   Victims Refuse Silence By-laws, attached hereto as Exhibit 20.

CONFIDENTIAL as to victims' identity pursuant to Court's June 23, 2016 Order

21. Victims Refuse Silence 2016 Annual Report, attached hereto as Exhibit 21.

22. January 3, 2015 Daily Mail article: "Harvard Law Professor Named Alongside Prince Andrew in 'Sex Slave' Case Accuses Alleged Victim of 'Making Up Stories,'" attached hereto as Exhibit 22.

23. January 3, 2015 Press Statement issued by Ross Gow to Express set forth in "Ghislaine Maxwell: I was not a madam for paedophile," attached as Exhibit 23.

24. January 4, 2015 Statement by Ghislaine Maxwell to New York Daily News Reporter "Alleged Madam Accused of Supplying Prince Andrew With Underage Teen for Sex Spotted in NYC – As He's Seen Cutting Swiss Vacation Short to Face Queen," attached hereto as Exhibit 24.

25. February 1, 2015 Mirror article: "Prince Andrew's Pal Ghislaine Maxwell May Sue Over Madam Allegations," attached hereto as Exhibit 25.

26. September 23, 2007 Red Ice Creations Article "Prince Andrew's Friend, Ghislaine Maxwell, Some Underage Girls, and A Very Disturbing Story," attached hereto as Exhibit 26.

27. Photographs, attached hereto as Exhibit 27.

28. April 13, 2010 Deposition Transcript of Nadia Marcinkova, attached hereto as Exhibit 28.

## D. **Computation of damages:**

1. Physical, psychological and psychiatric injuries and resulting medical expenses – in an amount of approximately $ 102,200 present value.

   a. **Computation Analysis:**

      i. Giuffre has had to receive treatment for the psychological harm as a result of Maxwell's conduct towards Giuffre.

      ii. The average annual expenditures for mental health services for adults 18-64 in the United States is $1,751.

      iii. Giuffre needs continuing care as a result of the harm she has suffered. Ms. Giuffre was born August 9, 1983 and was 31.4 years old at the beginning of 2015 when the alleged harm occurred. The average remaining life expectancy for a 31 year old female is 51.1 years.

      iv. Based on a remaining life expectancy of 51.1 years, annual healthcare cost growth of 3.3% and a discount rate of 2.7%, the present value of expected treatment costs is $102,200 as of 1/1/2015.

21

CONFIDENTIAL as to victims' identity
pursuant to Court's June 23, 2016 Order

    b.   **Supporting Evidence**:

        i.   Ms. Giuffre is in the process of collecting records from her physicians

        ii.   Ms. Giuffre's testimony

        iii.   Ms. Giuffre is in the process of retaining an expert to calculate damages, and will provide further information through expert disclosure.

2.    Past, present and future pain and suffering, mental anguish, humiliation, embarrassment, loss of self-esteem, loss of standing in the community, loss of dignity and invasion of privacy in her public and private life not less than $30,000,000.00.

    a.   **Computation Analysis**

        i.   Under New York law, defamation per se as alleged in this case presumes damages and special damages do not need to be plead and proven. *See Celle v. Filipino Reporter Enterprises Inc.,* 209 F.3d 163, 179 (2nd Cir. 2000) (Second Circuit holding that '[i]f a statement is defamatory per se, injury is assumed.  In such a case 'even where the plaintiff can show no actual damages at all, a plaintiff who has otherwise shown defamation may recover at least nominal damages' and  the Second Circuit also confirmed an award of punitive damages).  Ms. Giuffre has been severely damaged by the defamation of the defendant, by calling her claims of sexual abuse "obvious lies".  The defamation caused Ms. Giuffre to re-live the sexual abuse she previously endured.  Ms. Giuffre has suffered and continues to suffer from the pain, mental anguish, humiliation, embarrassment, loss of self-esteem, loss of standing in the community, loss of dignity and invasion of privacy in her public and private life.  The computation of this amount is in the province of the jury but Ms. Giuffre contends, including but not limited to, awards in other similar matters, that the amount is not less than $30,000,000.00.  Ms. Giuffre is in the process of retaining an expert, and will provide further information through expert disclosure.

    b.   **Supporting Evidence**

        i.   Ms. Giuffre's testimony

CONFIDENTIAL as to victims' identity
pursuant to Court's June 23, 2016 Order

    ii.    Witness testimony

    iii.    Awards in similar matters

    iv.    Ms. Giuffre is in the process of retaining an expert, and will provide further information through expert disclosure.


3.    **Punitive Damages** - to be based upon all relevant factors, including the egregious nature of Defendant, Ghislaine Maxwell's conduct and the need for a large award to punish and deter conduct in view of the vast wealth of Defendant Maxwell, in an amount not less than $50,000,000.00.

    a.    This calculation is in the province of the jury.

CONFIDENTIAL as to victims' identity
pursuant to Court's June 23, 2016 Order

Dated:  June 24, 2016.

Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP

By:  /s/ Sigrid McCawley
  Sigrid McCawley (Pro Hac Vice)
  Meredith Schultz (Pro Hac Vice)
  Boies Schiller & Flexner LLP
  401 E. Las Olas Blvd., Suite 1200
  Ft. Lauderdale, FL 33301
  (954) 356-0011

  David Boies
  Boies Schiller & Flexner LLP
  333 Main Street
  Armonk, NY 10504

  Bradley J. Edwards (Pro Hac Vice)
  FARMER, JAFFE, WEISSING,
  EDWARDS, FISTOS & LEHRMAN, P.L.
  425 North Andrews Avenue, Suite 2
  Fort Lauderdale, Florida 33301
  (954) 524-2820

  Paul G. Cassell (Pro Hac Vice)
  S.J. Quinney College of Law
  University of Utah
  383 University St.
  Salt Lake City, UT 84112
  (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

24

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the above and foregoing

Disclosure Pursuant to Fed. R. Civ. P. 26 has been provided by United States mail and electronic

mail to all counsel of record identified below, on this 24th day of June, 2016.

> Laura A. Menninger, Esq.
> Jeffrey S. Pagliuca, , Esq.
> HADDON, MORGAN & FOREMAN, P.C.
> 150 East 10th Avenue
> Denver, Colorado 80203
> Tel: (303) 831-7364
> Fax: (303) 832-2628
> Email: lmenninger@hmflaw.com
> Email: jpagliuca@hmflaw.com

By: /s/ Sigrid McCawley
      Sigrid McCawley

CONFIDENTIAL as to victims' identity
pursuant to Court's June 23, 2016 Order