# EXHIBIT C

| | |
|---|---|
| **From:** | jeffrey E. <jeevacation@gmail.com> |
| **Sent:** | Sunday, January 25, 2015 4:41 AM |
| **To:** | G Maxwell |
| **Subject:** | Re: |

ok, with me,   You have done nothing wrong and i woudl urge you to start acting like it.   go outside, head high, not as an esacping convict.   go to parties.   deal with it. .   i had lisa svenson the swedish ocean ambassador  yesteady she said no one on her ocean panel takes this stuff seriously and you would be welcoe to the ocean conferenec water conference etc.

On Sat, Jan 24, 2015 at 1:22 PM, G Maxwell <GMax1@ellmax.com> wrote:
I would appreciate it if ▓▓▓▓ would come out and say she was your g'friend - I think she was from end 99 to 2002

THE TERRAMAR PROJECT
FACEBOOK
TWITTER
G+
PINTEREST
INSTAGRAM
PLEDGE
THE DAILY CATCH


--
    please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved