COMPOSITE

EXHIBIT 1

(File Under Seal)



**Haddon, Morgan and Foreman, P.C**
**Laura A. Menninger**

150 East 10th Avenue
Denver, Colorado  80203
PH  303.831.7364   FX  303.832.2628
lmenninger@hmflaw.com

August 16, 2016

**VIA EMAIL**

Sigrid S. McCawley
Boies, Schiller & Flexner LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL  33301
smccawley@bsfllp.com

Re:   *Giuffre v. Maxwell*, Case No. 15-cv-07433-RWS

Dear Sigrid:

Attached please find documents produced pursuant to a subpoena *duces tecum* issued to Mar-a-Lago Club, Inc., on July 14, 2016 which have been Bates numbered Mar-A-Lago 0075-0595.

Also attached are two documents Bates numbered GM_01141-01144.  These emails were collected as responsive to Plaintiff's First Request for Production of Documents in February 2016 but through clerical error were not produced at that time or following the Court's *in camera* review in April.  A recent review of documents revealed the error.

Sincerely,

HADDON, MORGAN AND FOREMAN, P.C.

*/s/ Laura A. Menninger*
Laura A. Menninger

From: Ross Gow
Sent: 10 November 2015 18:16
To: Gmax; Philip Barden
Subject: Fwd: Inquiry from The New York Times

Hi Ghislaine and Philip
Please advise how you wish to respond...
Best
Ross

---------- Forwarded message ----------
From: Meier, Barry
Date: Tuesday, 10 November 2015
Subject: Inquiry from The New York Times
To:


Mr. Gow,
Good day. I am a reporter for the Times and it is my understanding that you represent Ghislaine Maxwell.
I am working on an article about the legal fallout from the Jeffrey Epstein case.
I anticipate mentioning the lawsuit filed earlier this year by Virginia Roberts Guiffee against Ms. Maxwell.
How does she respond?
Kindly advise by close of business Thursday, November 12, 2015.
And call me if you have any questions.
Regards,
Barry Meier

--
The New York Times
620 Eighth Avenue
New York, NY 10018

1

CONFIDENTIAL   GM_01141

--
Ross Gow
Managing Partner
ACUITY Reputation
23 Berkeley Square
London W1J 6HE

████████████████████

████████████████

████████████████████████████

www.acuityreputation.com<http://www.acuityreputation.com/>

The information contained in this e-mail and any attachments is confidential and may be privileged or otherwise protected from disclosure. It is intended solely for the attention and use of the named addressee(s). If you are not the intended recipient, dissemination, copying or use of this e-mail and any attachments in whole or in part is prohibited. If you have received the e-mail in error, please notify the sender and delete the e-mail and any attachments from your computer system. Whilst any attachments may have been checked for viruses, you should rely on your own virus checker and procedures. No responsibility is accepted by ACUITY Reputation Limited for loss or damage arising from the receipt or use of this e-mail.

This email is intended for the addressee named within only. It may contain legally privileged or confidential information. If you are not the named individual you should not read this email and if you do so, you must not under any circumstances make use of the information therein. If you have read this email and it is not addressed to you, please notify IT@devonshires.co.uk and confirm that it has been deleted from your system and no copies made.

Devonshires Solicitors is the trading name of Devonshires Solicitors LLP, registered in England and Wales with company number OC397401 at the address below. This Firm is authorised and regulated by the Solicitors Regulation Authority under the name of Devonshires Solicitors LLP and registration number 619881. This Firm does not accept service by electronic mail or facsimile. A list of members is open to inspection at the address below.

Devonshires Solicitors, 30 Finsbury Circus, London EC2M 7DT tel +44 (0)20 7628 7576 fax +44 (0)20 7256 7318

Where instructions have been given by Devonshires Solicitors to a barrister to work on a client's matter, we notify you, on behalf of that barrister, that you have the right to make a complaint about the service provided by that barrister or about the conduct of their Chambers. A copy of the barrister and / or their Chambers' complaints procedure may be obtained by contacting the Senior Clerk of that Chambers, whose contact details can be found online, or from us. Complaints may be made direct to the barrister / their Chambers. Please note that there may be a time limit for bringing your complaint. You may also have the right to ask the Legal Ombudsman to consider your complaint at the end of the complaints process. Information on complaints to the Legal Ombudsman, including the details of strict time limits to bring a complaint, may be found at http://www.legalombudsman.org.uk.

The Devonshires Foundation is proud to support Action for Kids (reg. charity 1068841), Wide horizons (reg. charity 1105847), and Theatre Royal Stratford East (reg. charity 233801) during 2014/2015.

Please consider the environment before printing this email.

CONFIDENTIAL   GM_01142

| | |
|---|---|
| From: | jeffrey E. <jeevacation@gmail.com> |
| Sent: | Wednesday, April 22, 2015 3:58 PM |
| To: | 'Ghislaine' |
| Subject: | Re: ATTORNEY-CLIENT PRIVILEGE |

ok

On Wed, Apr 22, 2015 at 5:46 PM, Ghislaine <Ghislaine@theterramarproject.org> wrote:
I would like Barden to reply to one further allegation in this bullshit

 She says Epstein and Maxwell asked her
> to have a child for them and to sign a document signing away
> the rights to the child in the event that she and Epstein
> had a falling out.   She says she refused this
> request.·

Regarding further detail of the interview which I have reviewed I would like to add one further point to underscore the lack of probity in Ms Roberts claims

At no point in Ms Maxwell's life has she ever contemplated thought or wanted to bring up someone's child as her own and  or ask the mother to sign her rights away to the child. In fact the mere idea of such a suggestion is abhorrent.  Further, the idea that Ms Maxwell would contemplate an arrangement with someone who abused drugs and alcohol contemporaneously and who was living with her fiancé beggars belief.
No document has ever been contemplated, created nor lawyer nor other approached to write such a document at anytime




THE TERRAMAR PROJECT
FACEBOOK
TWITTER
G+
PINTEREST
INSTAGRAM
PLEDGE
THE DAILY CATCHthe


**From:** J Jep
**Date:** Wednesday, April 22, 2015 at 15:08 PM
**To:** Gmax
**Subject:** Fwd: ATTORNEY-CLIENT PRIVILEGE

1

CONFIDENTIAL   GM_01143

She says Epstein and Maxwell asked her
> to have a child for them and to sign a document signing away
> the rights to the child in the event that she and Epstein
> had a falling out.   She says she refused this
> request.·


--
       please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

CONFIDENTIAL   GM_01144