# COMPOSITE EXHIBIT 2

# (FILE UNDER SEAL)

Page 1

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL
CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA
CASE NO:502008CA028051XXXXMB AB

L.M.

    Plaintiff,

-vs-

JEFFREY EPSTEIN
AND SARAH KELLEN,

    Defendants.
_____/

DEPOSITION OF JANUSZ BANASIAK

Tuesday, February 16, 2010
10:09 - 2:30 p.m.

250 Australian Avenue South
Suite 1500
West Palm Beach, Florida 33401

Reported By:
Cynthia Hopkins, RPR, FPR
Notary Public, State of Florida
Prose Court Reporting
Job No.: 1317

(561) 832-7500   PROSE COURT REPORTING AGENCY, INC.   (561) 832-7506

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

2d75a91d-3eaa-42b3-ae22-b5d3c7182d1e
GIUFFRE004424

Page 56

```
 1         Q.   Is your computer in your office --
 2         A.   Yes.
 3         Q.   Let me finish.  Is the computer in your
 4    office linked up with the three computers that were
 5    removed from the house?  Meaning, can you look at
 6    the system and see what is on those three computers?
 7         A.   No, no.
 8         Q.   Is it your understanding that those three
 9    computers are linked with one another or do you
10    know?
11         A.   I don't know, but I, I doubt it.  They are
12    separate I guess.
13         Q.   Okay.  Were you aware that Mr. Epstein
14    used a Citrix program to link various computers?
15    Did you know that?
16         A.   Yeah.  I use Citrix too in my computer for
17    exchanging e-mails and get through Internet.
18         Q.   Okay.  So, is it your understanding that
19    the only connection then through Citrix with these
20    computers, these various computers that were in
21    Mr. Epstein's home, was for e-mail purposes?
22         A.   Yes.
23         Q.   Okay.  To your knowledge, you're not
24    familiar with those computers sharing other files or
25    information?
```

(561) 832-7500      PROSE COURT REPORTING AGENCY, INC.      (561) 832-7506

**Electronically signed by cynthia hopkins (601-051-976-2934)**
**Electronically signed by cynthia hopkins (601-051-976-2934)**
**Electronically signed by cynthia hopkins (601-051-976-2934)**

2d75a91d-3eaa-42b3-ae22-b5d3c7182d1e
GIUFFRE004479

Page 57

1        A.    No.
2        Q.    That's not something that you were, you
3    were privy to?  You weren't, you weren't in the loop
4    of the sharing of information in the house in terms
5    of the computers being connected through any server?
6        A.    I don't really know what, how, how to answer
7    your question because Citrix is for the whole
8    organization to exchange e-mail between employees.
9        Q.    All right.  You used the term?
10       A.    So, even my computer is connected to Citrix.
11   I can receive mail and I can e-mail information to
12   employee within organization.  But I don't know if you
13   can see to each computer what is going on on another
14   computer.
15       Q.    You don't know about --
16       A.    Is that your question?
17       Q.    You don't know about shared files?
18       A.    No.
19       Q.    You only know that the one computer can
20   e-mail the other?
21       A.    Right.
22       Q.    But that can happen with any two computers
23   in the world pretty much.  You can send e-mails to
24   each other, right.
25       A.    Yes.

(561) 832-7500     PROSE COURT REPORTING AGENCY, INC.     (561) 832-7506

**Electronically signed by cynthia hopkins (601-051-976-2934)**
**Electronically signed by cynthia hopkins (601-051-976-2934)**
**Electronically signed by cynthia hopkins (601-051-976-2934)**

2d75a91d-3eaa-42b3-ae22-b5d3c7182d1e
GIUFFRE004480

Page 58

1    Q.   You have used the term organization, you
2    can share within the organization.  What do you --
3    just so I can understand what you're calling the
4    organization, what do you mean by that word?
5    A.   People employed by Jeffrey Epstein.  There are
6    a few groups of people, his office in New York and I
7    guess --
8    Q.   Who are those people by name that you
9    would consider within the Jeffrey Epstein
10   organization?
11   A.   His accountant, his --
12   Q.   Who is that?
13   A.   Bella Klen.
14   Q.   What is it?
15   A.   Bella Klen.  K-l-i-n.  E-n, I'm sorry.
16   Q.   Bella, B-e-l-l-a?
17   A.   Yes.
18   Q.   Is that somebody in New York?
19   A.   Yes.
20   Q.   Is that a male or female?
21   A.   Female.
22   Q.   And you understand that's his accountant?
23   A.   Right.
24          MR. GOLDBERGER:  Just to get the spelling
25   correct is it K-l-e-i-n?

(561) 832-7500    PROSE COURT REPORTING AGENCY, INC.    (561) 832-7506

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

2d75a91d-3eaa-42b3-ae22-b5d3c7182d1e
GIUFFRE004481

```
                                                              Page 60
 1              THE WITNESS:  I don't know.
 2        BY MR. EDWARDS:
 3             Q.   We'll go back to that but I tell you why I
 4        ask.  If you don't know then you don't know, but in
 5        the course of Mr. Epstein's -- you're aware that he
 6        did plead guilty to a couple felonies in state
 7        court, right?
 8             A.   Right.
 9             Q.   Well, in the course of the negotiation
10        with the federal government and the U.S. Attorney's
11        Office, they, the agreement between Mr. Epstein and
12        the U.S. Attorney's office mentions people that are
13        called co-conspirators of Epstein.  And Leslie Groff
14        is named as one of those co-conspirators.
15                 Do you know what involvement, if any, that
16        she had with the crimes that were being
17        investigated?
18             A.   No.
19             Q.   Okay.
20             A.   I am not aware of this.
21             Q.   Okay.  The other people mentioned as
22        co-conspirators are Sarah Kellen, Adriana Ross, and
23        Nadia Marcinkova.  So we'll get to them in a minute
24        but first just so we stay on the track of who was in
25        the organization, is Sarah Kellen, Adriana Ross and
```

(561) 832-7500      PROSE COURT REPORTING AGENCY, INC.      (561) 832-7506

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

2d75a91d-3eaa-42b3-ae22-b5d3c7182d1e
GIUFFRE004483

Page 61

```
 1      Nadia Marcinkova all people that you would also
 2      consider within the organization?
 3           A.   Yes.
 4           Q.   Okay.  So, we just added three more names
 5      to it.  Who else would you consider, Ghislaine
 6      Maxwell?
 7           A.   Yes.
 8           Q.   And who else?
 9           A.   Who was working there?
10           Q.   Bella, Richard Kahn, Leslie Groff,
11      Ghislaine Maxwell, Nadia, Sarah, Adriana.
12           A.   I think Harry was involved with the
13      accounting.
14           Q.   Okay.
15           A.   I don't recall his last name.
16           Q.   Somebody else involved with the
17      accounting?
18           A.   Yes.
19           Q.   Okay.  Any of those people that you just
20      named, were any of those people that you just named
21      the person that you described as the gentleman that
22      assisted Adriana in removing the computers from the
23      house prior to the search warrant being executed?
24           A.   No.  You mean the one who show up to do those
25      computers?
```

(561) 832-7500     PROSE COURT REPORTING AGENCY, INC.     (561) 832-7506

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

2d75a91d-3eaa-42b3-ae22-b5d3c7182d1e
GIUFFRE004484