# EXHIBIT B

| | |
|---|---|
| **From:** | |
| **Sent:** | Friday, January 02, 2015 12:01 PM |
| **To:** | G Max |
| **Subject:** | Agreed copy |

G
Sorry about that, was going through Eurotunnel passport control.
Still haven't received your mail...
Best
Ross
Sent from my BlackBerry® wireless device

**From:**
**Date:** Fri, 2 Jan 2015 17:06:35 +0000
**To:** G Max<gmax1@ellmax.com>
**ReplyTo:**
**Subject:** Fw: The Times - David Brown

Hi Ghislaine
The Times and the BBC having rung suggesting there are 'fresh' allegations by another woman, not Victoria. Do you still wish to stand by original statement, including including the part about litigating with papers who reported on the subject...
Best
Ross
Sent from my BlackBerry® wireless device

**From:** "Brown, David"
**Date:** Fri, 2 Jan 2015 16:42:26 +0000
**To:**
**Subject:** The Times - David Brown

Dear Mr Gow
Many thanks for your help. The allegations against Miss Maxwell are contained in the document dated December 30, 2104, and relate to a woman referred to as Jane Doe #3.
Yours sincerely
David Brown
Reporter
The Times

--
"Please consider the environment before printing this e-mail"

Newsworks - bringing advertisers and newsbrands together
www.newsworks.org.uk

1

PRIVILEGED GM_001020
GM_01036
CONFIDENTIAL

This e-mail and any attachments are confidential, may be legally privileged and are the property of News Corp UK & Ireland Limited on whose systems they were generated. News Corp UK & Ireland Limited is the holding company for the News UK group, is registered in England & Wales under number 81701, has its registered office at 1 London Bridge Street, London, SE1 9GF and is registered with VAT number GB 243 8054 69. If you have received this e-mail in error, please notify the sender immediately and do not use, distribute, store or copy it in any way. Statements or opinions in this e-mail or any attachment are those of the author and are not necessarily agreed or authorised by News Corp UK & Ireland Limited or any member of its group. News Corp UK & Ireland Limited may monitor outgoing or incoming emails as permitted by law. It accepts no liability for viruses introduced by this e-mail or attachments.

News Corp UK & Ireland Limited and its titles are committed to abiding by IPSO's regulations and the Editors' Code of Practice that IPSO enforces.

PRIVILEGED GM_001021
GM_01037
CONFIDENTIAL

**From:** ▮
**Sent:** Friday, January 02, 2015 10:07 AM
**To:** G Max
**Subject:** Fw: The Times - David Brown

Hi Ghislaine
The Times and the BBC having rung suggesting there are 'fresh' allegations by another woman, not Victoria. Do you still wish to stand by original statement, including including the part about litigating with papers who reported on the subject...
Best
Ross
Sent from my BlackBerry® wireless device

**From:** "Brown, David" ▮
**Date:** Fri, 2 Jan 2015 16:42:26 +0000
**To:** ▮
**Subject:** The Times - David Brown

Dear Mr Gow
Many thanks for your help. The allegations against Miss Maxwell are contained in the document dated December 30, 2104, and relate to a woman referred to as Jane Doe #3.
Yours sincerely
David Brown
Reporter
The Times
▮

--
"Please consider the environment before printing this e-mail"

Newsworks - bringing advertisers and newsbrands together
www.newsworks.org.uk

This e-mail and any attachments are confidential, may be legally privileged and are the property of News Corp UK & Ireland Limited on whose systems they were generated. News Corp UK & Ireland Limited is the holding company for the News UK group, is registered in England & Wales under number 81701, has its registered office at 1 London Bridge Street, London, SE1 9GF and is registered with VAT number GB 243 8054 69. If you have received this e-mail in error, please notify the sender immediately and do not use, distribute, store or copy it in any way. Statements or opinions in this e-mail or any attachment are those of the author and are not necessarily agreed or authorised by News Corp UK & Ireland Limited or any member of its group. News Corp UK & Ireland Limited may monitor outgoing or incoming emails as permitted by law.  It accepts no liability for viruses introduced by this e-mail or attachments.

1

PRIVILEGED GM_001022
GM_01038
CONFIDENTIAL

News Corp UK & Ireland Limited and its titles are committed to abiding by IPSO's regulations and the Editors' Code of Practice that IPSO enforces.

PRIVILEGED GM_001023
GM_01039
CONFIDENTIAL

**From:** ▮▮▮▮▮▮▮▮
**Sent:** Friday, January 02, 2015 12:16 PM
**To:** G Max
**Subject:** Re: Agreed copy

Understood, thanks
Sent from my BlackBerry® wireless device

---

**From:** G Maxwell <GMax1@ellmax.com>
**Date:** Fri, 2 Jan 2015 18:59:16 +0000
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Re: Agreed copy

Just sent you a letter of re engagement + a letter that Philip is slightly re working ..plse don't send anything until we have spoken one last time

THE TERRAMAR PROJECT
FACEBOOK
TWITTER
G+
PINTEREST
INSTAGRAM
PLEDGE
THE DAILY CATCH

---

**From:** Ross Gow
**Reply-To:** Ross Gow
**Date:** Friday, January 2, 2015 at 14:01 PM
**To:** gmax
**Subject:** Agreed copy

G
Sorry about that, was going through Eurotunnel passport control.
Still haven't received your mail...
Best
Ross
Sent from my BlackBerry® wireless device

---

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Date:** Fri, 2 Jan 2015 17:06:35 +0000
**To:** G Max<gmax1@ellmax.com>
**ReplyTo:** ▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Fw: The Times - David Brown

1

Hi Ghislaine
The Times and the BBC having rung suggesting there are 'fresh' allegations by another woman, not Victoria. Do you still wish to stand by original statement, including including the part about litigating with papers who reported on the subject...
Best
Ross
Sent from my BlackBerry® wireless device

---

**From:** "Brown, David" ███████████████████████
**Date:** Fri, 2 Jan 2015 16:42:26 +0000
**To:** ███████████████████████
**Subject:** The Times - David Brown

Dear Mr Gow
Many thanks for your help. The allegations against Miss Maxwell are contained in the document dated December 30, 2104, and relate to a woman referred to as Jane Doe #3.
Yours sincerely
David Brown
Reporter
The Times
████████████

--
"Please consider the environment before printing this e-mail"

Newsworks - bringing advertisers and newsbrands together
www.newsworks.org.uk

This e-mail and any attachments are confidential, may be
legally privileged and are the property of News Corp UK & Ireland
Limited on whose systems they were generated. News Corp UK
& Ireland Limited is the holding company for the News UK group,
is registered in England & Wales under number 81701, has its
registered office at 1 London Bridge Street, London, SE1 9GF and
is registered with VAT number GB 243 8054 69. If you have received
this e-mail in error, please notify the sender immediately and do not
use, distribute, store or copy it in any way. Statements or opinions in
this e-mail or any attachment are those of the author and are not
necessarily agreed or authorised by News Corp UK & Ireland Limited
or any member of its group. News Corp UK & Ireland Limited may
monitor outgoing or incoming emails as permitted by law.  It accepts
no liability for viruses introduced by this e-mail or attachments.


**News Corp UK & Ireland Limited and its titles are committed to abiding by
IPSO's regulations and the Editors' Code of Practice that IPSO enforces.**

| | |
|---|---|
| **From:** | |
| **Sent:** | Friday, January 02, 2015 12:57 PM |
| **To:** | G Max |
| **Subject:** | Re: URGENT |

Will do.
Await revamped note from Devonshires...
Sent from my BlackBerry® wireless device

---

**From:** G Maxwell <GMax1@ellmax.com>
**Date:** Fri, 2 Jan 2015 19:39:48 +0000
**To:** Ross Gow
**Subject:** URGENT

You can say that this is not a new person but Virginia Roberts to all and say that you will give a statement
Here are the names from the mail who have contacted me by phonr
Daneil Bates
US no.
And Martin Robinson
uk no
Thx
G

THE TERRAMAR PROJECT
FACEBOOK
TWITTER
G+
PINTEREST
INSTAGRAM
PLEDGE
THE DAILY CATCH

1

| | |
|---|---|
| **From:** | Ross Gow |
| **Sent:** | Friday, January 02, 2015 1:07 AM |
| **To:** | G Max |
| **Cc:** | Brian Basham |
| **Subject:** | Fwd: URGENT – Ghislaine Maxwell |

Hi Ghislaine
James Ball, investigative reporter for The Guardian, who reports on US stories, has made contact, as per below.

Please advise how you wish to handle this. I am driving all day today, but can be contacted on ▇▇▇▇▇▇

Best
Ross


---------- Forwarded message ----------
From: **James Ball** ▇▇▇▇▇▇
Date: Thursday, January 1, 2015
Subject: URGENT – Ghislaine Maxwell
To: ▇▇▇▇▇▇

Dear Ross,

I'm writing to you as you have in the past represented Ghislaine Maxwell. As you are no doubt aware, fresh allegations have been levelled against Ms Maxwell in new US court filings made in Florida on 30 December, which some outlets have already been reported.

I would urgently seek any comment on behalf of your client, or notification of her new representation if you no longer act for her.

Many thanks for your help,
James

--
• James Ball • Special Projects Editor • +44 203 3533 293 • +44 7540 825 494 • @jamesrbuk •

Visit theguardian.com. On your mobile and tablet, download the Guardian iPhone and Android apps theguardian.com/guardianapp and our tablet editions theguardian.com/editions. Save up to 57% by subscribing to the Guardian and Observer - choose the papers you want and get full digital access. Visit subscribe.theguardian.com

1

PRIVILEGED GM_001027

GM_01043
CONFIDENTIAL

This e-mail and all attachments are confidential and may also be privileged. If you are not the named recipient, please notify the sender and delete the e-mail and all attachments immediately. Do not disclose the contents to another person. You may not use the information for any purpose, or store, or copy, it in any way.  Guardian News & Media Limited is not liable for any computer viruses or other material transmitted with or as part of this e-mail. You should employ virus checking software.

Guardian News & Media Limited is a member of Guardian Media Group plc. Registered Office: PO Box 68164, Kings Place, 90 York Way, London, N1P 2AP.  Registered in England Number 908396

--
Ross Gow
Managing Partner
ACUITY Reputation
23 Berkeley Square
London W1J 6HE

www.acuityreputation.com

The information contained in this e-mail and any attachments is confidential and may be privileged or otherwise protected from disclosure. It is intended solely for the attention and use of the named addressee(s). If you are not the intended recipient, dissemination, copying or use of this e-mail and any attachments in whole or in part is prohibited. If you have received the e-mail in error, please notify the sender and delete the e-mail and any attachments from your computer system. Whilst any attachments may have been checked for viruses, you should rely on your own virus checker and procedures. No responsibility is accepted by ACUITY Reputation Limited for loss or damage arising from the receipt or use of this e-mail.

PRIVILEGED GM_001028
GM_01044
CONFIDENTIAL