# EXHIBIT C

**From:** gmax1@ellmax.com
**Sent:** Saturday, January 10, 2015 9:00 AM
**To:** Philip Barden; Ross Gow

I am out of my depth to understanding defamation and other legal hazards and don't want to end up in a law suit aimed at me from anyone if I can help it. Apparently even saying Virginia is a lier has hazard! I have never been in a suit criminal or civil and want it to stay that way.
The US lawyers for the Jane Does are filling additional discovery motions and if I speak I open my self to being part of discovery apparently. I am trying to stay out of litigation and not have to employ lawyers for years as I get lost in US legal nightmare. I stand no legal risk currently on these old charges and civil suits against Jeffrey
We need to consult with US lawyers on any statement I make and the complaints too
Perhaps we make a statement of the legal risk of saying anything for potential defamation or something that prevents a full and frank detailed rebuttal + the press not being the place for that? Regardless, Philip plse call jeffrey lawyer and see what you can understand from him and pehaps craft something in conjunction with him? Either way I think you need to speak to him to understand my risk so you can help me understand it - too may cooks in the kitchen and I can't make good decisions. Plse reach out to him today
+ I have already suffered such a terrible and painful loss over the last few days that I can't even see what life after press he'll even looks like - statements that don't address all just lead to more questions..what is my relationship to clinton ? Andrew on and on.
Let's rest till monday. I need head space

THE TERRAMAR PROJECT
FACEBOOK
TWITTER
G+
PINTEREST
INSTAGRAM
PLEDGE
THE DAILY CATCH



PRIVILEGED GM_001044
GM_01060
CONFIDENTIAL

G+<https://plus.google.com/104195649525707945586/posts>
PINTEREST<http://pinterest.com/terramarproject/>
INSTAGRAM<http://instagram.com/theterramarproject>
PLEDGE<http://www.theterramarproject.org/pledge>
THE DAILY CATCH<http://theterramarproject.org/thedailycatch/>

From: Philip Barden
Date: Friday, January 9, 2015 at 17:05 PM
To: Ross Gow
Cc: gmax
Subject: Re: The Times - Ghislaine Maxwell

Agreed

We agreed to release a statement

We should support our friends and deny the allegations as Dershowitz urges and Prince Andrew has.

We run the real risk of guilt by silence and that is likely to feed false claims and false suits as we saw with the BBC

I advised the soldiers in Bloody Sunday not to give interviews so I am cautious and this is the time to speak.

I can say no more. I hope our advice is followed.

Philip

Sent from my iPhone

On 9 Jan 2015, at 21:53, "Ross Gow" [redacted] wrote:

Ghislaine
I believe the next 18hrs is the best chance we have to leverage some transparency advantage on this.
MoS first then Sunday Times. Otherwise we lose any chance of ownership of the narrative.
Please give it some serious thought...
Dershowitz is out on Monday with a big push in The Times and we run the risk of looking less than gripped.
best
R

On 9 January 2015 at 20:02, Philip Barden [redacted]
I am heading home now and will call when get there

Let's not waste this moment please

Sent from my iPhone

On 9 Jan 2015, at 18:11, "Ross Gow"

Ghislainr
further reason for us to put our side of the story out...
best
Ross

---------- Forwarded message ----------
From: Brown, David
Date: 9 January 2015 at 18:09
Subject: The Times - Ghislaine Maxwell
To: Ross Gow

Hi Ross
Do keep in touch. I think were running a piece written by Professor Dershowitz on Monday.
If Miss Maxwell wants to make a comment do let me know...
All the best
David Brown
Reporter
The Times

--

"Please consider the environment before printing this e-mail"

Newsworks - bringing advertisers and newsbrands together

www.newsworks.org.uk<http://www.newsworks.org.uk/><http://www.newsworks.org.uk<http://www.newsworks.org.uk/>>

This e-mail and any attachments are confidential, may be

legally privileged and are the property of News Corp UK & Ireland Limited on whose systems they were generated. News Corp UK & Ireland Limited is the holding company for the News UK group, is registered in England & Wales under number 81701, has its registered office at 1 London Bridge Street, London, SE1 9GF and is registered with VAT number GB 243 8054 69. If you have received this e-mail in error, please notify the sender immediately and do not use, distribute, store or copy it in any way. Statements or opinions in this e-mail or any attachment are those of the author and are not necessarily agreed or authorised by News Corp UK & Ireland Limited or any member of its group. News Corp UK & Ireland Limited may monitor outgoing or incoming emails as permitted by law. It accepts no liability for viruses introduced by this e-mail or attachments.

News Corp UK & Ireland Limited and its titles are committed to abiding by IPSO's regulations and the Editors' Code of Practice that IPSO enforces.

--
Ross Gow
Managing Partner
ACUITY Reputation
23 Berkeley Square
London W1J 6HE

www.acuityreputation.com<http://www.acuityreputation.com/><http://www.acuityreputation.com<http://www.acuityreputation.com/>>

The information contained in this e-mail and any attachments is confidential and may be privileged or otherwise protected from disclosure. It is intended solely for the attention and use of the named addressee(s). If you are not the intended recipient, dissemination, copying or use of this e-mail and any attachments in whole or in part is prohibited. If you have received the e-mail in error, please notify the sender and delete the

e-mail and any attachments from your computer system. Whilst any attachments may have been checked for viruses, you should rely on your own virus checker and procedures. No responsibility is accepted by ACUITY Reputation Limited for loss or damage arising from the receipt or use of this e-mail.

---

This email is intended for the addressee named within only. It may contain legally privileged or confidential information. If you are not the named individual you should not read this email and if you do so, you must not under any circumstances make use of the information therein. If you have read this email and it is not addressed to you, please notify [redacted] and confirm that it has been deleted from your system and no copies made.

This Firm is authorised and regulated by the Solicitors Regulation Authority under the name of Devonshires Solicitors and registration number 0049857. This Firm does not accept service by electronic mail or facsimile. A list of partners, together with further legal statements, is available upon request or at www.devonshires.co.uk/terms-and-conditions/legal-notices.html<http://www.devonshires.co.uk/terms-and-conditions/legal-notices.html><http://www.devonshires.co.uk/terms-and-conditions/legal-notices.html<http://www.devonshires.co.uk/terms-and-conditions/legal-notices.html>>

Devonshires Solicitors, 30 Finsbury Circus, London EC2M 7DT tel +44 (0)20 7628 7576<tel:%2B44%20%280%2920%207628%207576> fax +44 (0)20 7256 7318<tel:%2B44%20%280%2920%207256%207318>

Where instructions have been given by Devonshires Solicitors to a barrister to work on a client?s matter, we notify you, on behalf of that barrister, that you have the right to make a complaint about the service provided by that barrister or about the conduct of their Chambers. A copy of the barrister and / or their Chambers? complaints procedure may be obtained by contacting the Senior Clerk of that Chambers, whose contact details can be found online, or from us. Complaints may be made direct to the barrister / their Chambers. Please note that there may be a time limit for bringing your complaint. You may also have the right to ask the Legal Ombudsman to consider your complaint at the end of the complaints process. Information on complaints to the Legal Ombudsman, including the details of strict time limits to bring a complaint, may be found at http://www.legalombudsman.org.uk.

The Devonshires Foundation is proud to support Action for Kids (reg. charity 1068841), Wide horizons (reg. charity 1105847), and Theatre Royal Stratford East (reg. charity 233801) during 2013/2014. Please consider the environment before printing this email.

Please consider the environment before printing this email.

--
Ross Gow
Managing Partner
ACUITY Reputation
23 Berkeley Square
London W1J 6HE

www.acuityreputation.com<http://www.acuityreputation.com/><http://www.acuityreputation.com<http://www.acuityreputation.com/>>

The information contained in this e-mail and any attachments is confidential and may be privileged or otherwise protected from disclosure. It is intended solely for the attention and use of the named addressee(s). If you are not the intended recipient, dissemination, copying or use of this e-mail and any attachments in whole or in part is prohibited. If you have received the e-mail in error, please notify the sender and delete the e-mail and any attachments from your computer system. Whilst any attachments may have been checked for viruses, you should rely on your own virus checker and procedures. No responsibility is accepted by ACUITY Reputation Limited for loss or damage arising from the receipt or use of this e-mail.



PRIVILEGED GM_001051
GM_01065
CONFIDENTIAL

**From:** Ross Gow [REDACTED]
**Sent:** Friday, January 09, 2015 2:54 PM
**To:** Philip Barden
**Cc:** G Max
**Subject:** Re: The Times - Ghislaine Maxwell

Ghislaine
I believe the next 18hrs is the best chance we have to leverage some transparency advantage on this.
MoS first then Sunday Times. Otherwise we lose any chance of ownership of the narrative.
Please give it some serious thought...
Dershowitz is out on Monday with a big push in The Times and we run the risk of looking less than gripped.
best
R

On 9 January 2015 at 20:02, Philip Barden [REDACTED] wrote:
I am heading home now and will call when get there

Let's not waste this moment please

Sent from my iPhone

On 9 Jan 2015, at 18:11, "Ross Gow" [REDACTED] wrote:

Ghislainr
further reason for us to put our side of the story out...
best
Ross

---------- Forwarded message ----------
From: Brown, David [REDACTED]
Date: 9 January 2015 at 18:09
Subject: The Times - Ghislaine Maxwell
To: Ross Gow [REDACTED]

Hi Ross
Do keep in touch. I think were running a piece written by Professor Dershowitz on Monday.
If Miss Maxwell wants to make a comment do let me know...
All the best
David Brown
Reporter
The Times
[REDACTED]

--

"Please consider the environment before printing this e-mail"

Newsworks - bringing advertisers and newsbrands together

www.newsworks.org.uk<http://www.newsworks.org.uk/>

This e-mail and any attachments are confidential, may be legally privileged and are the property of News Corp UK & Ireland Limited on whose systems they were generated. News Corp UK & Ireland Limited is the holding company for the News UK group, is registered in England & Wales under number 81701, has its registered office at 1 London Bridge Street, London, SE1 9GF and is registered with VAT number GB 243 8054 69. If you have received this e-mail in error, please notify the sender immediately and do not use, distribute, store or copy it in any way. Statements or opinions in this e-mail or any attachment are those of the author and are not necessarily agreed or authorised by News Corp UK & Ireland Limited or any member of its group. News Corp UK & Ireland Limited may monitor outgoing or incoming emails as permitted by law. It accepts no liability for viruses introduced by this e-mail or attachments.

News Corp UK & Ireland Limited and its titles are committed to abiding by IPSO's regulations and the Editors' Code of Practice that IPSO enforces.

--

Ross Gow
Managing Partner
ACUITY Reputation
23 Berkeley Square
London W1J 6HE
[redacted]

[redacted]

www.acuityreputation.com<http://www.acuityreputation.com/>

The information contained in this e-mail and any attachments is confidential and may be privileged or otherwise protected from disclosure. It is intended solely for the attention and use of the named addressee(s). If you are not the intended recipient, dissemination, copying or use of this e-mail and any attachments in whole or in part is prohibited. If you have received the e-mail in error, please notify the sender and delete the e-mail and any attachments from your computer system. Whilst any attachments may have been checked for viruses, you should rely on your own virus checker and procedures. No responsibility is accepted by ACUITY Reputation Limited for loss or damage arising from the receipt or use of this e-mail.

---

This email is intended for the addressee named within only. It may contain legally privileged or confidential information. If you are not the named individual you should not read this email and if you do so, you must not under any circumstances make use of the information therein. If you have read this email and it is not addressed to you, please notify IT@devonshires.co.uk and confirm that it has been deleted from your system and no copies made.

This Firm is authorised and regulated by the Solicitors Regulation Authority under the name of Devonshires Solicitors and registration number 0049857. This Firm does not accept service by electronic mail or facsimile. A list of partners, together with further legal statements, is available upon request or at www.devonshires.co.uk/terms-and-conditions/legal-notices.html

Devonshires Solicitors, 30 Finsbury Circus, London EC2M 7DT tel +44 (0)20 7628 7576 fax +44 (0)20 7256 7318

Where instructions have been given by Devonshires Solicitors to a barrister to work on a client?s matter, we notify you, on behalf of that barrister, that you have the right to make a complaint about the service provided by that barrister or about the conduct of their Chambers. A copy of the barrister and / or their Chambers? complaints procedure may be obtained by contacting the Senior Clerk of that Chambers, whose contact details can be found online, or from us. Complaints may be made direct to the barrister / their Chambers. Please note that there may be a time limit for bringing your complaint. You may also have the right to ask the Legal Ombudsman to consider your complaint at the end of the complaints process. Information on complaints to the Legal Ombudsman, including the details of strict time limits to bring a complaint, may be found at http://www.legalombudsman.org.uk

The Devonshires Foundation is proud to support Action for Kids (reg. charity 1068841), Wide horizons (reg. charity 1105847), and Theatre Royal Stratford East (reg. charity 233801) during 2013/2014. Please consider the environment before printing this email.

Please consider the environment before printing this email.

--

Ross Gow
Managing Partner
ACUITY Reputation
23 Berkeley Square
London W1J 6HE

[redacted]

www.acuityreputation.com

The information contained in this e-mail and any attachments is confidential and may be privileged or otherwise protected from disclosure. It is intended solely for the attention and use of the named addressee(s). If you are not the intended recipient, dissemination, copying or use of this e-mail and any attachments in whole or in part is prohibited. If you have received the e-mail in error, please notify the sender and delete the e-mail and any attachments from your computer system. Whilst any attachments may have been checked for viruses, you should rely on your own virus checker and procedures. No responsibility is accepted by ACUITY Reputation Limited for loss or damage arising from the receipt or use of this e-mail.

**From:** Ross Gow [REDACTED]
**Sent:** Monday, September 21, 2015 2:22 PM
**To:** Gmax; Philip Barden
**Subject:** Fwd: Question from NY Daily News
**Attachments:** Maxwell.pdf

G
Here we go again. VR on our case again.
Joyous to hear I'm not a co-defendant...
Best
R

---------- Forwarded message ----------
From: "Brown, Stephen" [REDACTED]
Date: 21 Sep 2015 20:28
Subject: Question from NY Daily News
To: [REDACTED]
Cc:

Hi Ross, I'm working on a story about a defamation suit filed by Virginia Roberts against Ghislaine Maxwell.

Virginia alleges that Ghislaine defamed her by calling her claims "obvious lies," among other denials. Those denials were released through you. (To be clear, you're not named as a defendant.)

I'm wondering if Ghislaine has a response to the suit, which is attached.

Thank you,

Stephen Brown
Manhattan Federal Court Reporter
NY Daily News
[REDACTED]

------------------------------

This transmission is intended only for the use of the addressee and may contain information that is confidential, privileged and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained herein is strictly unauthorized and prohibited. If you have received this communication in error, please notify the sender immediately and delete this message. Thank you.

************(NJ)