

January 5, 2024

<u>**VIA ECF**</u>

The Honorable Loretta A. Preska
District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re:  *<u>Giuffre v. Maxwell</u>*<u>, Case No. 15-cv-7433-LAP</u>

Dear Judge Preska,

   Pursuant to the Court's December 18, 2023, unsealing order, and following conferral with Defendant, Plaintiff files this set of documents ordered unsealed. The filing of these documents ordered unsealed will be done on a rolling basis until completed. This filing also excludes documents pertaining to Does 105 (*see* December 28, 2023, Email Correspondence with Chambers), 107, and 110 (*see* ECF No. 1319), while the Court's review of those documents is ongoing.

      Respectfully,

      /s/ Sigrid S. McCawley
      Sigrid S. McCawley


  cc: Counsel of Record  (via ECF)

BOIES SCHILLER FLEXNER LLP

401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com