**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

Plaintiff,                                             Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

    Defendant.

_____/

**DECLARATION OF MEREDITH SCHULTZ IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SANCTIONS**

    I, Meredith Schultz, declare that the below is true and correct to the best of my knowledge as follows:

    1.    I am an associate with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's Order granting my Application to Appear Pro Hac Vice.

    2.    I respectfully submit this Declaration in Support of Plaintiff's Response In Opposition To Defendant's Motion For Sanctions.

    3.    Attached hereto as Sealed Exhibit 1 is a true and correct copy of September 2, 2008, Victim Notification Letter (GIUFFRE001203-GIUFFRE001205).

    4.    Attached hereto as Sealed Exhibit 2 is a true and correct copy of Excerpts of January 16 2016, Deposition of Virginia Giuffre.

    5.    Attached here to as Sealed Exhibit 3 is a true and correct copy of Excerpts from May 3, 2016, Deposition of Virginia Giuffre.

    6.    Attached hereto as Sealed Exhibit 4 is a true and correct copy of June 9, 2011 Records from Dr. Judith Lightfoot (GUIFFRE005437).

7. Attached hereto as Sealed Exhibit 5 is a true and correct copy of Excerpts from October 2009, Deposition of Louella Rabuyo.

8. Attached hereto as Sealed Composite Exhibit 6 are true and correct copies of Palm Beach Police Report (GIUFFRE000064) and Excerpts from June 21, 2016 Deposition of Detective Joseph Recarey.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Meredith Schultz
Meredith Schultz, Esq.

Dated: December 16, 2016.

Respectfully Submitted,

By: /s/ Meredith Schultz
Sigrid S. McCawley (Pro Hac Vice)
Meredith Schultz (Pro Hac Vice)
BOIES SCHILLER & FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

David Boies
BOIES SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504

Bradley J. Edwards (Pro Hac Vice)
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
 (954) 524-2820

Paul G. Cassell (Pro Hac Vice)
S.J. QUINNEY COLLEGE OF LAW
UNIVERSITY OF UTAH
383 University St.
Salt Lake City, UT 84112
(801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 16th day of December, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

Laura A. Menninger, Esq.
Jeffrey Pagliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com
jpagliuca@hmflaw.com

/s/ Meredith Schultz
Meredith Schultz