EXHIBIT 5
(FILE UNDER SEAL)

09 - 22783

**Condensed Transcript**

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA
CIVIL DIVISION

L.M.,

    Plaintiff,

vs.                              CASE No.
                                   502008CA028051XXXXMB AB

JEFFREY EPSTEIN,

    Defendant.

~~~~~~~~~~~~~~~~~~~~~~

DEPOSITION OF

LOUELLA RABUYO

VOLUME I

October, 20, 2009
10:10 a.m.

515 N. Flagler Drive
Suite 200-P
West Palm Beach, Florida 33401

Reported By: Teresa Whalen, RPR, FPR, Notary Public, State of Florida



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

Louella Rabuyo - Volume I                                October 20, 2009

### 9

1   head or shake your head, and she can't take that down.
2     A   All right.
3     Q   It's also very easy to say uh-huh or huh-uh,
4   but it kind of looks the same on paper, so you can't do
5   that either. I'm going to wait until you finish your
6   answer, and you have to wait until I finish my question,
7   because if we talk over one another, then the court
8   reporter can't get it down.
9     A   Okay. Yes, sir.
10    Q   All right. So if you don't understand the
11  question, tell me you don't understand and I'll try to
12  ask a better question.
13    A   Yes.
14    Q   Okay. So you were hired in November of 2004
15  to be the housekeeper for Mr. Epstein?
16    A   Yes.
17    Q   And when you were hired, who exactly hired
18  you, who -- let me strike that.
19        When you were hired to be the housekeeper for
20  Mr. Epstein, who did you interview with?
21    A   Ms. Maxwell.
22    Q   Is that Ghislaine Maxwell or just
23  Laine Maxwell?
24    A   Ghislaine Maxwell.
25    Q   And where did the interview take place?

### 10

1     A   At 358 El Brillo Way.
2     Q   And what did Ms. Maxwell and you speak about
3   prior to your being hired as the housekeeper?
4     A   My duties.
5     Q   And what did she tell you your duties would
6   be?
7     A   To tidy, to make beds, do laundry.
8     Q   Did she tell you what would take place in the
9   house on a day-to-day basis?
10    A   No.
11    Q   So going into that position, you had no idea
12  who the guests would be or who the people coming in the
13  house would be, or what would generally go on?
14    A   Can you simplify the question?
15    Q   Sure. When you talked about with
16  Ghislaine Maxwell at this interview, your duties being
17  you would make the bed and tidy up, did she also tell
18  you that there would be a lot of guests, there would be
19  a few guests, did she talk to you about that at all?
20    A   She mentioned that if there are guests, we
21  have to, like, you know, prepare the room, and, what's
22  this, attend to the guests.
23    Q   And what did you understand that to mean that
24  you have to attend to the guests?
25    A   You have to prepare the room and see to it

### 11

1   that it's clean and appropriately, what's this...
2     Q   And as I understand this property, there is a
3   main house and then there's also a staff house on the
4   property; is that right?
5     A   Yes, sir.
6     Q   And when the guests would come over, would you
7   stay in the main house, or would you go to the staff
8   house?
9         MR. REINHART: Can we get a time frame to the
10        question?
11  BY MR. EDWARDS:
12    Q   Over the last five years while you worked
13  there.
14    A   I usually stay in the staff house and do the
15  laundry, then I go to the kitchen and then tidy the
16  kitchen.
17    Q   You were hired in November of 2004, and what
18  were your hours that you worked there back in November
19  of 2004 when you were hired?
20    A   Eight to five.
21    Q   How many days a week?
22    A   Depends.
23    Q   How would the schedule be relayed to you?
24    A   When Mr. Epstein is there, then I'm supposed
25  to report, but usually it's five days a week.

### 12

1     Q   So am I correct in understanding that there
2   was one schedule when Mr. Epstein was in town, and the
3   schedule may be a little bit different if Mr. Epstein
4   was out of town?
5     A   Yes, sir.
6     Q   All right. Tell me the differences when
7   Mr. Epstein is in town versus when Mr. Epstein was not
8   in town.
9     A   If he stays like three or four days, then I'm
10  supposed to be there, and then the house is to be
11  cleaned. And then when they do not come, then I can
12  either go there, or I'm given free days off.
13    Q   Three days off?
14    A   No. A free day.
15    Q   Oh, okay. But typically back in 2004 when you
16  were hired, you worked an average of about five days a
17  week; is that correct?
18    A   Yes.
19    Q   All right. And I guess by the way that you're
20  explaining it, if Mr. Epstein was in town for a longer
21  period of time, you may work more than five days, and if
22  Mr. Epstein was not in town, you may work less than five
23  days?
24    A   Yes.
25    Q   Okay. Did you ever talk to Mr. Epstein prior



Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

### 81

1  A   When I came back to report, that's how I
2  learned.
3  Q   Elaborate on that for me. What do you mean,
4  when you came back to report that's how I learned?
5  A   I reported in the afternoon, and then that's
6  how I learned that the police came.
7  Q   All right. And when were you -- you're now
8  saying you came back to report and you learned that the
9  police had already come to the house, right?
10  A   Yes, sir.
11  Q   Prior to that occasion, when was the previous
12  time that you were at the house?
13  A   The day before.
14  Q   Okay. And the day before you left your shift
15  at roughly five o'clock?
16  A   I cannot remember. I usually leave 5:00 or
17  5:30.
18  Q   But sometime late in the afternoon?
19  A   Yes.
20  Q   And as of that time, the day before the search
21  warrant was issued, you had seen no police officers in
22  or around the house?
23  A   No.
24  Q   And then the next day you reported to the job
25  at what time?

### 82

1  A   The next day?
2  Q   The next day.
3  A   I report in the afternoon.
4  Q   Was there a reason why you reported in the
5  afternoon?
6  A   Ms. Maxwell called me.
7  Q   When did she call you?
8  A   During that day, she said Louella, you can
9  report in the afternoon.
10  Q   She called you early in the morning?
11  A   Not early.
12  Q   Normally you would report to the house between
13  eight and nine o'clock, right?
14  A   Yes, sir.
15  Q   So in order for you not to arrive at the
16  house, she had to have called you before eight or
17  nine o'clock, right?
18  A   Yes.
19  Q   Okay. So approximately what time does
20  Ms. Maxwell call you to tell you you can report to the
21  house later on that day?
22  A   I cannot remember really the time.
23  Q   Okay. What time did you actually report to
24  the house?
25  A   After lunch, about -- maybe after lunch.

### 83

1  Q   So are we talking about the day the police
2  went to Jeffrey Epstein's house you did not go in the
3  morning, but you went after lunch and the police had
4  already left?
5  A   Oh. No. When I went there nobody was there,
6  no policemen were around.
7  Q   Who was at the house then?
8  A   Janusz, and Douglas, the architect.
9  Q   Schoettle?
10  A   Yes.
11  Q   And did you have a discussion with them?
12  A   No.
13  Q   How did you know the police had been to the
14  house?
15  A   Janusz told me.
16  Q   When?
17  A   When I arrive.
18  Q   That's what I was asking you when I said did
19  you have a discussion with them, meaning Janusz and
20  Douglas.
21  A   Okay. Being because them -- with Janusz only.
22  Q   What did he say?
23  A   He said the police came and, what's this, took
24  away some stuff.
25  Q   Did he say what they took?

### 84

1  A   He said pictures.
2  Q   Did he tell you which pictures?
3  A   No, sir.
4  Q   Aside from pictures, what else did the police
5  take, as Janusz told you?
6  A   He did not elaborate.
7  Q   All right. Prior to the police going to the
8  house and taking pictures, do you remember seeing
9  pictures around Mr. Epstein's house?
10  A   Yes.
11  Q   Do you remember seeing pictures of naked or
12  nude females around Mr. Epstein's house?
13  A   Not around, in his closet.
14  Q   In Mr. Epstein's closet you would see --
15  describe what you would see related to females in
16  pictures.
17  A   Some have topless.
18  Q   Is this a big closet?
19  A   No. Not really big, it's just this big, not
20  so big.
21  Q   Okay. Were these pictures that could be seen
22  by -- strike that.
23       Do you know of any other pictures of females
24  that were confiscated by the police that did not come
25  from Mr. Epstein's closet?



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

# COMPOSITE EXHIBIT 6
# (FILE UNDER SEAL)

```
Date:  7/19/06                PALM BEACH POLICE DEPARTMENT              Page:         63
Time: 15:01:37                        Incident Report                   Program: CMS301L
```

Case No. . . . : 1-05-000368                                          (Continued)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  N A R R A T I V E   # 27  \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
IA                    Reported By: KRAUEL, CURTIS D.                      12/21/05
                      Entered By.: ALTOMARO, NICKIE A.                    12/21/05

On Thursday, October 20, 2005 at approximately 0936 hours, I assisted in the execution of a search warrant located at 358 El Brillo Way, Palm Beach, Florida, residence of Jeffrey Epstein. I was instructed by Case Agent Det. Joseph Recarey, to secure all computer and media related material from the residence.

Upon my arrival I was directed by Det. Recarey to a room designated as the Kitchen Staff Office. I observed a, Silver in color, CPU with the left side cover removed, exposing the CPU s hardware sitting on floor next to a glass type desk. The CPU had no discernable identifiers or features indicating a make or model. This CPU was powered off with the power cord not plugged in. The keyboard and mouse were atop the CPU. It should be noted that the CPU was not connected to a monitor, printer, or other media device. On the back Panel of the CPU, I observed an A/V card with RCA jacks attached. This type of hardware would allow audio and video to be downloaded onto the CPU s hard disk. The ends of the RCA jacks were unattached at the time of the search and no external camera was located within this room.

The CPU was located on the right side of a desk that held a flat panel LCD screen. The desk also held another keyboard and mouse, indicative of a second computer; however, no other computer was found. It appeared as though a second computer had been recently removed as the cables ends from the monitor, keyboard and mouse were in the same area. A further search of the room revealed no media storage devices, i.e. CD s, Floppy Disks, Zip Disks, etc. This type of media is commonly stored in an area where computers are placed, yet no media was found.

After completing a search of this room, I secured the CPU and turned all items over to the Evidence Custodian for future forensic analysis via a property receipt.

I was then directed by Det. Recarey to a room designated as the Garden Room, where I observed a wooden desk facing west. The desk held a flat screen LCD monitor, keyboard, mouse, media card reader and printer; however, no CPU was located. All of the cables were removed from an area where a computer had once been. A search of the desk area revealed no signs of any media devices.

Det. Recarey directed me to a third location designated as the Cabana room, which is detached from the residence and located just south of the pool. In the South East corner of the room, I observed an office type setting, with an L-shaped desk holding a flat screen LCD monitor, keyboard, mouse and printer; however, no CPU was located. All of the cables were removed from an area where a computer had once been. A search of the desk area revealed no signs of any media devices.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 15-CV-07433-RWS

------------------------------------------x
VIRGINIA L. GIUFFRE,

                Plaintiff,
v.
GHISLAINE MAXWELL,

                Defendant.

------------------------------------------x

June 21, 2016
9:17 a.m.

C O N F I D E N T I A L

Deposition of JOSEPH RECAREY, pursuant to notice, taken by Plaintiff, at the offices of Boies Schiller & Flexner, 401 Las Olas Boulevard, Fort Lauderdale, Florida, before Kelli Ann Willis, a Registered Professional Reporter, Certified Realtime Reporter and Notary Public within and for the State of Florida.



Page 72

```
 1              JOSEPH RECAREY - CONFIDENTIAL
 2              THE WITNESS:  Correct.
 3   BY MR. EDWARDS:
 4       Q.   And let me go back to the beginning six
 5   pages of that exhibit, No. 4.
 6              MR. PAGLIUCA:  Why don't we just make a
 7         copy of it now if we're going to ask questions
 8         about it?  I'm not trying to --
 9              MR. EDWARDS:  Yes, I know.  It's just the
10         first six pages.
11              (A discussion was held off the record,
12         after which the following proceedings were
13         held:)
14              THE VIDEOGRAPHER:  On the record at 10:32.
15   BY MR. EDWARDS:
16       Q.   And what were some of the items that were
17   found in -- well, are the documents that you're
18   holding, 1 through 6, an accurate reflection of the
19   items that were found in Jeffrey Epstein's home
20   during the search warrant execution?
21              MR. PAGLIUCA:  Object to form and
22         foundation.
23              THE WITNESS:  Yes.
24   BY MR. EDWARDS:
25       Q.   And I believe that you described that some
```



```
                                                       Page 73
 1              JOSEPH RECAREY - CONFIDENTIAL
 2   of the -- that the house appeared to be -- I don't
 3   remember the word you used -- sanitized, for lack of
 4   a better word?
 5             MR. PAGLIUCA:  Object to form and
 6        foundation.
 7   BY MR. EDWARDS:
 8        Q.   How did you know that?
 9        A.   The computers had been removed from the
10   home.
11        Q.   How did you know the computers were
12   removed?
13        A.   Based on -- based on the dangling wires
14   left behind, the monitors left, but the actual CPU
15   of it was missing.
16             When you went into the bedroom of Jeffrey
17   Epstein, everything was removed from the -- the
18   shelves, from the armoire.
19        Q.   Did you find nude photographs of girls?
20        A.   Yes.
21        Q.   All right.
22             And what did you do with that evidence?
23        A.   That was collected and placed into our
24   crime scene unit.
25        Q.   And where is that evidence today?
```

