## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X

VIRGINIA L. GIUFFRE,

      Plaintiff,

v.                                                                              **15-cv-07433-RWS**

GHISLAINE MAXWELL,

      Defendant.

-------------------------------------------------X

### Declaration of Laura A. Menninger in Support of
### Defendant's Motion *In Limine* To Exclude *In Toto* Certain
### <u>Depositions Designated By Plaintiff For Use At Trial</u>

I, Laura A. Menninger, declare as follows:

1.   I am an attorney at law duly licensed in the State of New York and admitted to
practice in the United States District Court for the Southern District of New York. I am a
member of the law firm Haddon, Morgan & Foreman, P.C., counsel of record for Defendant
Ghislaine Maxwell in this action. I respectfully submit this Declaration in support of
Ms. Maxwell's Motion in Limine to Exclude In Toto Certain Depositions Designated by Plaintiff
for Use at Trial.

2.   Attached as Exhibit A (filed under seal) are true and correct copies of excerpts from
the deposition of Ronald Rizzo on June 10, 2016, designated Confidential under the Protective
Order.

3.   Attached as Exhibit B (filed under seal) are true and correct copies of excerpts from the deposition of Detective Joseph Recarey on June 21, 2016, designated Confidential under the Protective Order.

4.   Attached as Exhibit C (filed under seal) are true and correct copies of excerpts from the deposition of Jeffrey Epstein on September 9, 2016, designated Confidential under the Protective Order.

5.   Attached as Exhibit D (filed under seal) are true and correct copies of excerpts from the deposition of ██████████ on June 20, 2016, designated Confidential under the Protective Order.

6.   Attached as Exhibit E (filed under seal) are true and correct copies of excerpts from the continuous days of deposition of Alfredo Rodriguez on July 29 and August 7, 2009 designated Confidential under the Protective Order multiple and various cases.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 27, 2017.

s/ Laura A. Menninger
Laura A. Menninger

## CERTIFICATE OF SERVICE

I certify that on January 27, 2017, I electronically served this *Declaration of Laura A. Menninger in Support of Defendant's Motion in Limine to Exclude In Toto Certain Depositions Designated by Plaintiff for Use at Trial* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

/s/ Nicole Simmons
Nicole Simmons

3