**EXHIBIT C**

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CASE NO. 15-CV-07433-RWS

VIRGINIA L. GIUFFRE,
       Plaintiff,
  -against-
GHISLAINE MAXWELL,
       Defendant.
_____/

                  250 N. Australian Avenue,
                  Suite 1400
                  West Palm Beach, Florida 33401
                  Friday, September 9, 2016
                  8:35 a.m. - 2:08 p.m.

C O N F I D E N T I A L

VIDEOTAPED DEPOSITION OF JEFFREY EPSTEIN

Taken before Darline M. West,
Registered Professional Reporter, Notary Public
in and for the State of Florida At Large,
pursuant to Notice of Taking Deposition filed
by the Plaintiff in the above cause.

MAGNA LEGAL SERVICES
1200 Avenue of the Americas
New York, New York 10026

(866) 624-6221



Page 2

```
 1  APPEARANCES:
 2  On behalf of the Plaintiff:
 3      THE UNIVERSITY OF UTAH,
        S.J. QUINNEY COLLEGE OF LAW
 4      383 South University Street
        Salt Lake City, Utah 84112
 5      Phone:  801.585.5202
        E-mail:  Cassellp@law.utah.edu
 6      By:  PAUL G. CASSELL, ESQ.
 7          -and-
 8      BOIES SCHILLER & FLEXNER, LLP
        401 East Las Olas Boulevard
 9      Fort Lauderdale, Florida 33301
        Phone:  954.356.0011
10      E-mail:  Smccawley@bsfllp.com
        By:  SIGRID S. MCCAWLEY, ESQ.
11
12
13  On behalf of the Defendant:
14      HADDON MORGAN FOREMAN
        150 East 10th Avenue
15      Denver, Colorado 80203
        Phone:  303.831.7364
16      E-mail:  Jpagliuca@hmflaw.com
        By:  JEFFREY PAGLIUCA, ESQ.
17
18  On behalf of the Witness, Jeffrey Epstein:
19      ATTERBURY GOLDBERGER & WEISS, P.A.
        One Clearlake Centre, Suite 1400
20      250 Australian Avenue South
        West Palm Beach, Florida 33401
21      Phone:  561.659.8300
        E-mail:  Jgoldberger@agwpa.com
22      By:  JACK A. GOLDBERGER, ESQ.
23          -and-
24
25  (Appearances continued on the next page)
```



Page 3

1   APPEARANCES:
2        MARTIN G. WEINBERG, P.C.
         20 Park Plaza, No. 1000
3        Boston, Massachusetts 02116
         Phone:  617.227.3700
4        E-mail:  Marty@martinweinberglaw.com
         By:  MARTIN G. WEINBERG, P.C.
5        (Appearing telephonically)
6
7   ALSO PRESENT:
8        RYAN KICK - Video Technician
9        DARLINE MARIE WEST - Court Stenographer
10
                         - - -
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Page 4

```
 1                         I N D E X
 2   WITNESS:                                           PAGE:
 3   JEFFREY EDWARD EPSTEIN
 4   DIRECT EXAMINATION                                   8
     BY MR. CASSELL:
 5
     CROSS-EXAMINATION                                  275
 6   BY MR. PAGLIUCA:
 7   REDIRECT EXAMINATION                               324
     BY MR. CASSELL:
 8
     CERTIFICATE OF OATH                                375
 9
     REPORTER'S CERTIFICATE                             376
10
11
                            - - -
12
                        E X H I B I T S
13
                            - - -
14
15                    Description                       Page
16   Plaintiff's Exhibit JE1   Transcript of the          54
                               deposition of
17                             Ms. Maxwell taken on
                               April 22nd, 2016
18
     Plaintiff's Exhibit JE2   Document with titles       90
19                             of books
20   Plaintiff's Exhibit JE3   Photograph depicting      101
                               Prince Andrew,
21                             Maxwell, and Virginia
22   Plaintiff's Exhibit JE4   E-mail that Jeffrey       173
                               Epstein sent to
23                             Maxwell on
                               January 12th, 2015
24
25
```



Page 5

| # | Exhibit | Description | Page |
|---|---|---|---|
| 1-2 | Plaintiff's Composite Exhibit JE5 | E-mail Jeffrey Epstein received from Ms. Maxwell on about July 18th, 2009 | 180 |
| 3-4 | Plaintiff's Exhibit JE6 | E-mail string between Jeffrey Epstein and Ms. Maxwell on about March 25th, 2011 | 185 |
| 5-8 | Plaintiff's Exhibit JE7 | Transcription of a string of e-mails between Jeffrey Epstein and Ms. Maxwell in about May of 2011 | 189 |
| 9-11 | Plaintiff's Exhibit JE8 | E-mail that Jeffrey Epstein sent to Maxwell on January 15th, 2015 | 191 |
| 12-16 | Plaintiff's Exhibit JE9 | Document 361-46 on the public record in the case Jane Doe versus United States 908CD80736 in the Southern District of Florida, a document signed by Gerald Lefcourt and Alan Dershowitz | 210 |
| 17-18 | Plaintiff's Exhibit JE10 | Subpoena in this case for Jeffrey Epstein to appear at deposition | 225 |
| 19-21 | Plaintiff's Exhibit JE11 | Transcript of Ms. Maxwell, taken on July 22, 2016 | 347 |



```
                                                              Page 6
 1        QUESTIONS MARKED BY THE REQUEST OF COUNSEL:
 2
     PAGE/LINES
 3
     Page 69, lines 24 through 25
 4   Page 70, lines 2 thorugh 16
     (At the request of Mr. Pagliuca)
 5
 6   Page 280, lines 4 through 6
     (At the request of Mr. Cassell)
 7
 8                            - - -
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



```
                                                        Page 283
 1              J. Epstein - Confidential
 2       foundation.
 3            THE WITNESS:  Fifth.
 4  BY MR. PAGLIUCA:
 5       Q.   In 2009, you entered into a settlement
 6  agreement with Ms. Giuffre, formerly known as
 7  Ms. Roberts, the Plaintiff in this case, correct?
 8            MR. CASSELL:  Object to form and
 9       foundation.
10            THE WITNESS:  Fifth.
11            MR. GOLDBERGER:  And attorney-client
12       privilege.  And to the extent that there's
13       an agreement that exists that's
14       confidential, we will not waive the
15       confidentiality agreement.
16            MR. PAGLIUCA:  And we can have -- you
17       can have a standing objection to that on
18       those grounds related to any question I ask
19       about the settlement agreement with
20       Ms. Giuffre, if that makes it easier.
21            MR. GOLDBERGER:  Yeah.  That makes it
22       easier.  Thank you.
23  BY MR. PAGLIUCA:
24       Q.   I've not seen the settlement agreement.
25  But let me ask you if you can tell me what the terms
```



```
                                                      Page 284
 1              J. Epstein - Confidential
 2   of that agreement are, Mr. Epstein.
 3          MR. CASSELL:  Object to form and
 4      foundation.
 5          THE WITNESS:  Fifth.
 6   BY MR. PAGLIUCA:
 7      Q.   Does the settlement agreement contain a
 8   release of any claims that Ms. Giuffre had or would
 9   have against you?
10          MR. CASSELL:  Object to form and
11      foundation.
12          THE WITNESS:  Fifth.
13   BY MR. PAGLIUCA:
14      Q.   Did the settlement agreement provide for a
15   release by you of any claims against Giuffre?
16          MR. CASSELL:  Form and foundation.
17          THE WITNESS:  Fifth.
18   BY MR. PAGLIUCA:
19      Q.   It's true, is it not, Mr. Epstein, you have
20   no economic interest in this litigation?
21          MR. CASSELL:  Form and foundation.
22      Calls for a legal conclusion.
23          THE WITNESS:  Fifth.
24   BY MR. PAGLIUCA:
25      Q.   And by "this litigation," I mean the
```



Page 375

1              CERTIFICATE OF OATH

2

3    STATE OF FLORIDA

4    COUNTY OF PALM BEACH

5

6

7         I, the undersigned authority, certify that

8    JEFFREY EPSTEIN personally appeared before me and was

9    duly sworn on September 9, 2016.

10

11        WITNESS my hand and official seal this 13th day

12   of September 2016.

13

14

15                              _____

16                              DARLINE MARIE WEST

                                Notary Public

17

18

19   My Commission Expires:

     October 26, 2017

20   #FF 060662

21

22

23

24

25



Page 376

1                REPORTER'S CERTIFICATE
2
     STATE OF FLORIDA
3    COUNTY OF PALM BEACH
4
5         I, DARLINE MARIE WEST, RPR, certify that I was
6    authorized to and did stenographically report the
7    foregoing deposition; and that the transcript is a
8    true record thereof.
9
10        I further certify that I am not a relative,
11   employee, attorney, or counsel of any of the parties,
12   nor am I a relative or employee of any of the
13   parties' attorney or counsel connected with the
14   action, nor am I financially interested in the
15   action.
16
17        Dated this 13th day of September 2016.
18
19
20
21                          _____
22                          DARLINE MARIE WEST, RPR
23
24
25



```
                                                              Page 377
 1                    C E R T I F I C A T E
 2
     STATE OF FLORIDA
 3   COUNTY OF PALM BEACH
 4
 5          I, JEFFREY EPSTEIN, hereby certify that I
 6   have read the foregoing transcript of my deposition
 7   and that the statements contained therein, together
 8   with any additions or corrections made on the
 9   attached Errata Sheet, are true and correct.
10
11
12       Dated this _____ day of _____, 2016.
13
14
15
16                   _____
                                JEFFREY EPSTEIN
17
18
19          The foregoing certificate was subscribed to
     before me this _____ day of _____, 2016,
20   by the witness who has produced a
     _____ as identification and who did
21   not take an additional oath.
22
23
24   _____
     Notary Public
25   my commission expires:
```

