**EXHIBIT E**

Page 270

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2

 3   JANE DOE NO. 2,          CASE NO: 08-CV-80119

 4        Plaintiff,

 5   Vs.

 6   JEFFREY EPSTEIN,

 7        Defendant.
                              /
 8
     JANE DOE NO. 3,          CASE NO: 08-CV-80232
 9
          Plaintiff,
10
     Vs.
11
     JEFFREY EPSTEIN,
12
          Defendant.
13                            /

14   JANE DOE NO. 4,          CASE NO: 08-CV-80380

15        Plaintiff,

16   Vs.

17   JEFFREY EPSTEIN,

18        Defendant.
                              /
19
     JANE DOE NO. 5,          CASE NO: 08-CV-80381
20
          Plaintiff,
21
     Vs.
22
     JEFFREY EPSTEIN,
23
          Defendant.
24                            /

25
```

**CONDENSED**

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

NON PARTY (VR) 000315

GIUFFRE002314

Page 271

```
 1  JANE DOE NO. 6,        CASE NO: 08-CV-80994
 2      Plaintiff,
 3  Vs.
 4  JEFFREY EPSTEIN,
 5      Defendant.
                                              /
 6
    JANE DOE NO. 7,        CASE NO: 08-CV-80993
 7
        Plaintiff,
 8
    Vs.
 9
    JEFFREY EPSTEIN,
10
        Defendant.
11                                            /
12  C.M.A.,                CASE NO: 08-CV-80811
13      Plaintiff,
14  Vs.
15  JEFFREY EPSTEIN,
16      Defendant.
                                              /
17
    JANE DOE,              CASE NO: 08-CV-80893
18
        Plaintiff,
19
    Vs.
20
    JEFFREY EPSTEIN,
21
        Defendant.
22                                            /
23
24
25
```

Page 272

```
 1  JANE DOE NO. II,       CASE NO: 08-CV-80469
 2      Plaintiff,
 3  Vs.
 4  JEFFREY EPSTEIN,
 5      Defendant.
                                              /
 6
    JANE DOE NO. 101       CASE NO: 08-CV-80591
 7
        Plaintiff,
 8
    Vs.
 9
    JEFFREY EPSTEIN,
10
        Defendant.
11                                            /
12  JANE DOE NO. 102,      CASE NO: 08-CV-80656
13      Plaintiff,
14  Vs.
15  JEFFREY EPSTEIN,
16      Defendant.
                                              /
17
18
19
20
21
22
23
24
25
```

Page 273

```
 1          IN THE CIRCUIT COURT OF THE 15TH
            JUDICIAL CIRCUIT IN AND FOR
 2          PALM BEACH COUNTY, FLORIDA
 3          CASE NO. 502008CA037319XXXXMB AB
 4
    B.B.,
 5
        Plaintiff,
 6
    Vs.
 7
    JEFFREY EPSTEIN.
 8
        Defendant.
 9                                            /
10
11
12          1031 Ives Dairy Road
            Suite 228
13          North Miami, Florida
            August 7, 2009
14          1:15 p.m. to 5:30 p.m.
15
16              C O N T I N U E D
17              V I D E O T A P E D
18              D E P O S I T I O N
19                      of
20              ALFREDO RODRIGUEZ
21
22      taken on behalf of the Plaintiffs pursuant
23  to a Re-Notice of Taking Continued Videotaped
24  Deposition (Duces Tecum)
25                    - - -
```

Page 274

```
 1  APPEARANCES:
 2
 3      MERMELSTEIN & HOROWITZ, P.A.
        BY: ADAM HOROWITZ, ESQ.
 4      18205 Biscayne Boulevard
        Suite 2218
 5      Miami, Florida 33160
        Attorney for Jane Doe 2, 3, 4, 5,
 6      6, and 7.
 7
 8      ROTHSTEIN ROSENFELDT ADLER
        BY: BRAD J. EDWARDS, ESQ., and
 9      CARA HOLMES, ESQ.
        Las Olas City Centre
10      Suite 1650
        401 East Las Olas Boulevard
11      Fort Lauderdale, Florida 33301
        Attorney for Jane Doe and E.W.
12      And L.M.
13
14      PODHURST ORSECK
        BY: KATHERINE W. EZELL, ESQ.
15      25 West Flagler Street
        Suite 800
16      Miami, Florida 33130
        Attorney for Jane Doe 101 and 102.
17
18
        LEOPOLD-KUVIN
19      BY: ADAM J. LANGINO, ESQ.
        2925 PGA Boulevard
20      Suite 200
        Palm Beach Gardens, Florida 33410
21      Attorney for B.B.
22
23
24
25
```

2 (Pages 271 to 274)

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

NON PARTY (VR) 000316

GIUFFRE002315

Page 275

```
 1  APPEARANCES:
 2
 3       RICHARD WILLITS, ESQ.
         2290 10th Avenue North
 4       Suite 404
         Lake Worth, Florida 33461
 5       Attorney for C.M.A.
         Appeared via telephone.
 6
 7
         BURMAN, CRITTON, LUTTIER &
 8       COLEMAN, LLP
         BY: ROBERT CRITTON, ESQ.
 9       515 North Flagler Drive
         Suite 400
10       West Palm Beach, Florida 33401
         Attorney for Jeffrey Epstein.
11
12
13  ALSO PRESENT:
14
         JOE LANGSAM, VIDEOGRAPHER
15
16
              - - -
17
18
19
20
21
22
23
24
25
```

Page 276

```
 1       CONTINUED INDEX OF EXAMINATION
 2
     WITNESS      DIRECT  CROSS  REDIRECT  RECROSS
 3
     ALFREDO RODRIGUEZ
 4
     (By Ms. Ezell)   278          441, 467
 5
     (By Mr. Willits) 334          453, 469
 6
     (By Mr. Critton)        338           464
 7
     (By Mr. Edwards)              419, 454, 468
 8
     (By Mr. Langino)              452
 9
10
11
12       CONTINUED INDEX OF EXHIBITS
13   PLAINTIFF'S            PAGE
14   3 Drawing              315
15   4 Photograph           327
16   5 Photograph           331
17   6 Photograph           331
18   7 Photograph           331
19   8 Photograph           331
20   9 Report               446
21   (Exhibits 4, 5, 6, 7, and 8 were retained by Ms.
     Ezell.)
22
23
24
25
```

Page 277

 1  Deposition taken before MICHELLE PAYNE, Court
 2  Reporter and Notary Public in and for the State of
 3  Florida at Large, in the above cause.
 4              - - -
 5       THE VIDEOGRAPHER: This is a continuation
 6  of the deposition of Alfredo Rodriguez.
 7  Today is Friday, August the 7th, the year
 8  2009, starting time approximately 1:15 p.m.
 9       Will the court reporter please swear in
10  the witness?
11  Thereupon,
12       ALFREDO RODRIGUEZ,
13  having been first duly sworn or affirmed, was
14  examined and testified as follows:
15       MR. CRITTON: Before we get started just
16  with regard to Ms. Ezell represents Jane Doe
17  101 and 102, the alleged time of her
18  incidents as of least have been plead in the
19  complaint for 101 is '99 -- I'm sorry, '98
20  through 2002, with Jane Doe 102 the Spring
21  of -- Spring/Summer of 2003. Mr. Rodriguez
22  never even began employment until '04 and
23  '05. I think her questioning I think -- I
24  can't say she doesn't have standing based on
25  the court order, but I would say it's

Page 278

 1  completely irrelevant and immaterial and has
 2  no probative value with regard to this
 3  particular witness based upon the two
 4  clients at least that are in suit at this
 5  point in time.
 6       MS. EZELL: As Mr. Critton well knows I
 7  represent a number of other clients whose
 8  cases have not been filed and I believe we
 9  do have standing to ask questions, and I do
10  intend to do that today.
11            EXAMINATION
12  BY MS. EZELL:
13  Q.  Mr. Rodriguez, you stated last time that
14  there were guests at the house, frequent guests,
15  friends from Harvard.
16       Do you remember that testimony?
17  A.  Yes, ma'am.
18  Q.  And was there a lawyer from Harvard named
19  Alan Dershowitz?
20  A.  Yes, ma'am.
21  Q.  And are you familiar with the fact that
22  he's a famous author and famous lawyer?
23  A.  Yes, ma'am.
24  Q.  How often during the six months or so
25  that you were there was Mr. Dershowitz there?

3 (Pages 275 to 278)

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

NON PARTY (VR) 000317

GIUFFRE002316

Page 439

1  Q. And you said that that was -- the massage
2  table was similar in kind to that used by Mr.
3  Epstein?
4  A. That's correct.
5  Q. And others had massage oils and that was
6  similar in kind to Mr. Epstein's as well?
7  A. Yes.
8  Q. And you didn't think that the massage
9  table at a home was unusual?
10 A. No.
11 Q. All right. Did any of the other houses
12 where you worked have masseuses that were 14, 15,
13 and 16 years old?
14     MR. CRITTON: Form.
15     THE WITNESS: No, sir.
16 BY MR. EDWARDS:
17 Q. And did any of the other homes where you
18 worked have different girls of that age coming
19 every single day?
20 A. Yes.
21     MR. CRITTON: Form.
22 BY MR. EDWARDS:
23 Q. They had different girls?
24 A. Yes.
25 Q. Okay. And how old were the girls that

Page 440

1  would come to these other homes?
2  A. They seem older.
3  Q. Older than the ones that would come to
4  Mr. Epstein's home?
5  A. Yes.
6  Q. And did you ever work at a place where
7  there would be girls calling up on the phone to
8  say I have girls to bring him and --
9  A. No, sir.
10 Q. -- coming over in teams --
11 A. No.
12 Q. -- or pairs?
13 A. No.
14 Q. So there were a lot of things about Mr.
15 Epstein's house and his arrangement that were very
16 unusual compared to the other places where you
17 worked?
18     MR. CRITTON: Form.
19     THE WITNESS: Yes.
20 BY MR. EDWARDS:
21 Q. And there were no drugs and alcohol or no
22 wild parties at Mr. Epstein's house, that is
23 somewhat different from some of the other places
24 where you worked?
25 A. Yes.

Page 441

1      MR. EDWARDS: I don't have anything else.
2      MS. EZELL: I have a few.
3            EXAMINATION
4  BY MS. EZELL:
5  Q. Mr. Rodriguez, I may have missed
6  something. Did you say that there weren't any
7  wild parties ever at El Brillo Way?
8  A. I never saw what was going on inside the
9  house, Ma'am.
10 Q. So you don't know wether there were or
11 were not?
12 A. No, ma'am.
13 Q. There wasn't just one massage table
14 there; was there?
15 A. We used to have two and we have an extra
16 reserve, I think there were three in the house.
17 Excuse me, I'll take that back. All the bedrooms
18 used to have one.
19 Q. Okay. Thank you. Did you ever hear
20 about a girl named V.R.?
21 A. No, no, ma'am.
22 Q. And those pictures on Ms. Maxwell's
23 computer, did you ever see one of a girl naked in
24 a hammock?
25     MR. CRITTON: Form. Asked and answered.

Page 442

1      THE WITNESS: I saw on a book not on a
2  computer.
3  BY MS. EZELL:
4  Q. You saw a picture of a girl naked in a
5  book or on a book?
6  A. The book was done for ▓▓▓▓ and she was
7  on the hammock, that's the only one I saw.
8  Q. I'm sorry, the book was done for ▓▓▓▓
9  A. She was on the cover.
10 Q. Then there were other people inside the
11 book?
12 A. Yes, ma'am.
13 Q. And in that book there was a picture of a
14 girl naked in a hammock?
15 A. Yes.
16 Q. Where did ▓▓▓▓ keep that book?
17 A. There were a few of those examples but I
18 don't know where she kept it.
19 Q. Was it laying around the house somewhere?
20 A. Yes.
21 Q. Downstairs?
22 A. Downstairs, yes, ma'am.
23 Q. Did Nadia keep scrapbooks or photograph
24 books --
25 A. Yes.

44 (Pages 439 to 442)

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

NON PARTY (VR) 000358

GIUFFRE002357

**Page 463**

1  Q. -- to sexually please Mr. Epstein.
2  Right?
3       MR. CRITTON: Form.
4       THE WITNESS: Yes.
5  BY MR. EDWARDS:
6  Q. I mean, that's what you were telling the
7  police officer.
8       MR. CRITTON: Form.
9       THE WITNESS: Yes.
10 BY MR. EDWARDS:
11 Q. Okay. There's always a different girl at
12 the pool or inside with him when he's here.
13      MR. CRITTON: Form.
14      THE WITNESS: Yes.
15      MS. EZELL: You left out a word, young.
16 BY MR. EDWARDS:
17 Q. Sorry, I'll read the last sentence again.
18    There's always a different young girl at
19 the pool or inside with him when he's here.
20    Do you remember telling the police
21 officer that?
22 A. Yes.
23      MR. CRITTON: Form.
24 BY MR. EDWARDS:
25 Q. And that's true. Right?

**Page 464**

1  A. Yes.
2  Q. When he's at the house there is always a
3  young girl inside with him.
4       MR. CRITTON: Form.
5  BY MR. EDWARDS:
6  Q. Right?
7  A. That's right.
8  Q. Okay. And whether the company line is to
9  call them a masseuse, you knew that these girls
10 were young and were up in the bedroom with Mr.
11 Epstein to sexually please Mr. Epstein.
12      MR. CRITTON: Form.
13      THE WITNESS: That's right.
14      MR. EDWARDS: I don't have anything else.
15 We've already attached this; right? Here is
16 the one that can be attached.
17      MR. WILLITS: Who is next?
18      MR. CRITTON: Me.
19           RECROSS EXAMINATION
20 BY MR. CRITTON:
21 Q. Mr. Rodriguez, looking at Exhibit 9 which
22 is the police report that was prepared on November
23 28, 2004, this is the first time you've seen it.
24 Correct?
25 A. That's correct.

**Page 465**

1  Q. And as to -- it was read to you by Mr.
2  Edwards and he then asked you a number of
3  questions whether you remembered something.
4  Correct?
5  A. Yes.
6  Q. Okay. Just so I'm clear, he's asking you
7  to speculate on what may or may not have occurred
8  upstairs in the bedroom. I want to be very clear.
9     Mr. Rodriguez, were you ever up in the
10 bedroom to observe whatever went on between a
11 masseuse and Mr. Epstein or anyone else for that
12 matter at any time?
13      MR. HOROWITZ: Form.
14      THE WITNESS: No, sir.
15 BY MR. CRITTON:
16 Q. And so when Mr. Edwards asked you, you
17 were aware that sexual activity or may have been
18 sexual activity occurring upstairs, you have no
19 personal knowledge, you're just speculating;
20 aren't you, sir?
21      MR. HOROWITZ: Form.
22      MR. EDWARDS: Object to the form.
23      THE WITNESS: I never saw them.
24 BY MR. WILLITS:
25 Q. And therefore you can only speculate --

**Page 466**

1       MR. WILLITS: Object to the form.
2       MR. CRITTON: I need to ask the question
3  first.
4       MR. WILLITS: It was the earlier
5  question.
6  BY MR. CRITTON:
7  Q. All right. If you did not see what was
8  going on you can have no personal knowledge.
9  True?
10      MR. HOROWITZ: Object to the form.
11      MR. EDWARDS: Object to the form.
12      THE WITNESS: Yes.
13 BY MR. CRITTON:
14 Q. And, therefore, what you're doing is
15 speculating or guessing what may have been
16 occurring. True?
17      MR. HOROWITZ: Form.
18      MR. EDWARDS: Form.
19      MR. WILLITS: Form.
20      THE WITNESS: I use my age together.
21 BY MR. CRITTON:
22 Q. I'm not saying that you don't, but
23 without having personal knowledge you're best
24 guessing what may have occurred up there between
25 Mr. Epstein and one of the massage women, or for

50 (Pages 463 to 466)

Page 467

1  that matter anyone else who was upstairs?
2      A. Yes.
3          MR. HOROWITZ: Form.
4          MR. EDWARDS: Form.
5          MR. WILLITS: Object to the form.
6          MR. CRITTON: Thank you.
7          MS. EZELL: I just have a couple of
8      questions.
9              EXAMINATION
10 BY MS. EZELL:
11     Q. Following up on that, you did however see
12 this same young woman asleep naked in the sauna?
13     A. Yes, ma'am.
14     Q. And you did along with Louella find and
15 -- and you did also find sex toys and massagers of
16 various kinds and creams scattered around on
17 several occasions after these young women had been
18 upstairs with Mr. Epstein?
19         MR. CRITTON: Object to form, asked and
20     answered about six times.
21         THE WITNESS: Yes.
22         MS. EZELL: No other questions.
23         MR. EDWARDS: Sorry, last one. It has
24     nothing to do with this report.
25             EXAMINATION

Page 468

1  BY MR. EDWARDS:
2      Q. During Mr. Critton's questioning he asked
3  you about whether or not we had ever shown you a
4  previous taped statement that you had given to a
5  police officer, and we did not do that; did we?
6      A. No.
7      Q. We can represent to you that we don't
8  have it to show it to you otherwise we would like
9  to do that.
10         However, he asked you did you tell the
11 police officers at that time that the girls
12 appeared to be 18 years or older, and I believe
13 that you said when you gave the statement to the
14 police that you did; right, say that?
15     A. Yes.
16     Q. And I wrote, I put it in quotes, you said
17 that because you were fearful of reprise from
18 Ms. Maxwell and Mr. Epstein.
19     A. That's correct.
20         MR. CRITTON: Form.
21 BY MR. EDWARDS:
22     Q. Okay. Is everything that you've said
23 today and told us today, is it true?
24     A. Yes.
25     Q. To the best of your knowledge?

Page 469

1      A. Yes.
2          MR. EDWARDS: Nothing else.
3          MR. WILLITS: Is it my turn?
4          MR. EDWARDS: Yes.
5              EXAMINATION
6  BY MR. WILLITS:
7      Q. Mr. Rodriguez, you mentioned the last
8  time about a lady who was an obvious professional
9  masseuse by the name of Johanna. Do you remember
10 that?
11     A. Yes, I do remember.
12     Q. Did you ever pay her?
13     A. Yes, sir.
14     Q. Okay. How much did you pay her?
15     A. It was between 200 and 500, sir, but
16 somewhere in that -- between those two amounts.
17     Q. For Johanna?
18     A. Yes, sir.
19         MR. WILLITS: Okay. I don't have any
20     other questions.
21         MR. CRITTON: You have a right to read
22     this deposition when the other part is typed
23     and make any changes that you want. Would
24     you like to do that? It's your right a
25     hundred percent. The court reporter can

Page 470

1  provide you or whoever set your
2  deposition --
3          THE WITNESS: I tried to be truthful.
4          MR. CRITTON: All you have to do is tell
5      her you would like to waive. Do you waive
6      the reading and signing?
7          MR. EDWARDS: You can either read or you
8      can waive reading?
9          THE WITNESS: I don't understand what I
10     have to do.
11         MR. CRITTON: Why don't we go off the
12     record and you can explain it to him.
13         MR. EDWARDS: We can go off the record.
14         THE VIDEOGRAPHER: Off the record.
15     (Thereupon, a discussion was held off the
16 record.)
17         THE WITNESS: Waive.
18     (Thereupon, the deposition was concluded
19 at 5:30 p.m.)
20             - - -

51 (Pages 467 to 470)

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

NON PARTY (VR) 000365

GIUFFRE002364

```
                                                    Page 471
 1   THE STATE OF FLORIDA,    )
 2   COUNTY OF DADE.          )
 3
 4
 5       I, the undersigned authority, certify
 6   that ALFREDO RODRIGUEZ personally appeared before
 7   me on the 7th day of August, 2009 and was duly
 8   sworn.
 9
10       WITNESS my hand and official seal this
11   18th day of August, 2009.
12
13
14
15   _____
         MICHELLE PAYNE, Court Reporter
16       Notary Public - State of Florida
17
18
19
20
21
22
23
24
25
```

```
                                                    Page 472
 1                  CERTIFICATE
 2
     The State Of Florida,   )
 3   County Of Dade.         )
 4
 5       I, MICHELLE PAYNE, Court Reporter and
     Notary Public in and for the State of Florida at
 6   large, do hereby certify that I was authorized to
     and did stenographically report the deposition of
 7   ALFREDO RODRIGUEZ; that a review of the transcript
     was not requested; and that the foregoing pages,
 8   numbered from 270 to 472, inclusive, are a true
     and correct transcription of my stenographic notes
 9   of said deposition.
10       I further certify that said deposition was
     taken at the time and place hereinabove set forth
11   and that the taking of said deposition was
     commenced and completed as hereinabove set out.
12
         I further certify that I am not an
13   attorney or counsel of any of the parties, nor am
     I a relative or employee of any attorney or
14   counsel of party connected with the action, nor am
     I financially interested in the action.
15
         The foregoing certification of this
16   transcript does not apply to any reproduction of
     the same by any means unless under the direct
17   control and/or direction of the certifying
     reporter.
18
         DATED this 18th day of August, 2009.
19
20
21   _____
         MICHELLE PAYNE, Court Reporter
22
23
24
25
```

52 (Pages 471 to 472)

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

NON PARTY (VR) 000366

GIUFFRE002365