UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

GHISLAINE MAXWELL,

    Defendant.

15-cv-07433-RWS

------------------------------------------------X

**Declaration of Laura A. Menninger in Support of
Defendant's Reply in Support of Motion *In Limine* To Exclude *In Toto*
<u>Certain Depositions Designated By Plaintiff For Use At Trial</u>**

I, Laura A. Menninger, declare as follows:

1. I am an attorney at law duly licensed in the State of New York and admitted to practice in the United States District Court for the Southern District of New York. I am a member of the law firm Haddon, Morgan & Foreman, P.C., counsel of record for Defendant Ghislaine Maxwell in this action. I respectfully submit this Declaration in support of Ms. Maxwell's Reply to her Motion in Limine to Exclude In Toto Certain Depositions Designated by Plaintiff for Use at Trial.

2. Attached as Exhibit F (filed under seal) are true and correct copies of excerpts from the deposition of ▮▮▮▮▮▮ on June 20, 2016, designated Confidential under the Protective Order.

2

Executed on February 17, 2017.

                                                          *s/ Laura A. Menninger*
                                                         Laura A. Menninger

## CERTIFICATE OF SERVICE

I certify that on February 17, 2017, I electronically served this *Declaration of Laura A. Menninger in Support of Defendant's Reply in Support of Motion in Limine to Exclude In Toto Certain Depositions Designated by Plaintiff for Use at Trial* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

*/s/ Nicole Simmons*
Nicole Simmons