# EXHIBIT F

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 15-CV-07433-RWS

------------------------------------------x
VIRGINIA L. GIUFFRE,

                        Plaintiff,
v.
GHISLAINE MAXWELL,

                        Defendant.

------------------------------------------x

                         June 20, 2016
                         9:12 a.m.

           C O N F I D E N T I A L
    Deposition of ▮▮▮▮▮▮▮▮▮▮ pursuant
    to notice, taken by Plaintiff, at the
    offices of Podhurst Orseck, 25 West
    Flagler Street, Suite 800, Miami, Florida,
    before Kelli Ann Willis, a Registered
    Professional Reporter, Certified Realtime
    Reporter and Notary Public within and
    for the State of Florida.



```
                                                              Page 2
 2
 3
 4   A P P E A R A N C E S:
 5   BOIES SCHILLER & FLEXNER, LLP
     Attorneys for Plaintiff
 6          401 East Las Olas Boulevard
            Fort Lauderdale, Florida   33301
 7   BY:    BRADLEY EDWARDS, ESQ.
 8
 9   HADDON MORGAN & FOREMAN, P.C.
     Attorneys for Defendant
10          150 East 10th Avenue
            Denver, Colorado   80203
11   BY:    JEFFREY PAGLIUCA, ESQ.
12
13   PODHURST ORSECK, P.A.
     Attorneys for Deponent
14          25 West Flagler Street
            Suite 800
15          Miami, Florida   33130
     BY:    ROBERT JOSEFSBURG, ESQ.
16
17
18
19
20
21
22
23
24
25
```



```
                                                          Page 3
 2
 3                      I N D E X
 4   Examination by Mr. Edwards  .....................  4
     Examination by Mr. Pagliuca  ....................  57
 5   Further Examination by Mr. Edwards  .............  68
 6
 7
 8                     E X H I B I T S
 9   Deposition Exhibit 1 ............................  6
        Police Interview
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Case 1:15-cv-07433-LAP   Document 1331-18   Filed 01/05/24   Page 4 of 8



Page 10

1          ▭ - CONFIDENTIAL
2     A.   No, sir, I do not.
3     Q.   Do you remember that the police officers
4  tape-recorded the statement with you?
5     A.   Vaguely, yes.
6     Q.   Do you remember how old you were when you
7  met Jeffrey Epstein?
8     A.   Sixteen or 17.
9     Q.   Okay.  And have you reviewed --
10    A.   I may have been 15.  I don't recall.  I
11 apologize.
12    Q.   If you told the police officer 16, you
13 were telling the truth?
14    A.   At the time, they were fresh.
15         MR. PAGLIUCA:  Object to form and
16    foundation.
17         THE WITNESS:  The facts were fresh at the
18    time.  But 12 years later, I don't recall.
19         MR. PAGLIUCA:  If you can just do a little
20    pause in between his question and your answer.
21    I need an opportunity to object to any form or
22    foundation problem with his question.
23         THE WITNESS:  Sure.
24         MR. PAGLIUCA:  It helps the court reporter
25    if the three of us are not talking at the same



```
                                                      Page 43
 1                         - CONFIDENTIAL
 2             THE WITNESS:  I do remember having several
 3      conversations about Bill Clinton and others.
 4   BY MR. EDWARDS:
 5      Q.   What do you remember saying about Bill
 6   Clinton?
 7      A.   They went on a trip to Africa with Kevin
 8   Spacey and that it really -- there was nothing
 9   specific about Bill Clinton other than I think it
10   was a trip where they -- it was very vague.  It was
11   implied that they enjoyed themselves, however that
12   was.
13             There were specific things said about
14   Spacey, but I cannot recall anything about Clinton.
15      Q.   Okay.  After speaking to the police or
16   while speaking to the police, do you remember
17   telling them that you're not safe because you're
18   talking about this?
19             MR. PAGLIUCA:  Object to form and
20      foundation.
21             THE WITNESS:  Yes.
22   BY MR. EDWARDS:
23      Q.   And that you had heard Jeffrey Epstein
24   making threats to people on the telephone?
25             MR. PAGLIUCA:  Object to form and
```



```
                                                         Page 44
 1              ████████████  - CONFIDENTIAL
 2       foundation.
 3            THE WITNESS:  Yes.  He wasn't always
 4       friendly.
 5   BY MR. EDWARDS:
 6       Q.   What type of threats do you remember
 7   hearing Jeffrey Epstein make to anyone?
 8       A.   Nothing specific.  I do remember hostile
 9   conversations where he was upset with people, and I
10   assumed that it was business and none of my
11   business.
12       Q.   Okay.  You were asked by the detectives,
13   "Things like, You're going to die; you're going to
14   break your legs."  And your response was:  "All of
15   the above."
16            MR. PAGLIUCA:  Objection.
17   BY MR. EDWARDS:
18       Q.   Do you remember those type of things?
19            MR. PAGLIUCA:  Object to form and
20       foundation.
21            THE WITNESS:  Not specifically, no.
22   BY MR. EDWARDS:
23       Q.   Do you remember where you were when you
24   heard these conversations?
25       A.   Most of the time he was on the phone when
```



```
                                                              Page 71
 1              ████████████ - CONFIDENTIAL
 2                    CERTIFICATE OF OATH
 3   STATE OF FLORIDA       )
 4   COUNTY OF MIAMI-DADE   )
 5
             I, the undersigned authority, certify that
 6      ████████████ personally appeared before  me and
     was duly sworn.
 7           WITNESS my hand and official seal   this
     23rd day of June, 2016.
 8
 9
                 Kelli Ann Willis, RPR, CRR
10               Notary Public, State of Florida
                 Commission FF928291, Expires 2-16-20
11        + + + + + + + + + + + + + + + + + +
12                       CERTIFICATE
13   STATE  OF   FLORIDA  )
14   COUNTY OF MIAMI-DADE )
15           I, Kelli Ann Willis, Registered
     Professional Reporter and Certified Realtime
16   Reporter do hereby certify that   I was
     authorized to and did stenographically report the
17   foregoing deposition of ████████████; that a
     review of the transcript was not requested; and
18   that the transcript is    a true record of my
     stenographic notes.
19           I FURTHER CERTIFY that I am not a
     relative, employee, attorney, or counsel of   any
20   of the parties, nor am I a relative or employee of
     any of the parties' attorney or counsel connected
21   with the action, nor am I financially interested
     in the action.
22           Dated this 23rd day of June, 2016.
23
24               KELLI ANN WILLIS, RPR, CRR
25
```

