**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

       Plaintiff,                Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

       Defendant.

_____/

**DECLARATION OF MEREDITH SCHULTZ IN SUPPORT OF**
**PLAINTIFF'S MOTION TO COMPEL ALL WORK PRODUCT AND ATTORNEY**
**CLIENT COMMUNICATIONS WITH PHILIP BARDEN**

I, Meredith Schultz, declare that the below is true and correct to the best of my knowledge as follows:

1. I am a Counsel with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's Order granting my Application to Appear Pro Hac Vice.

2. I respectfully submit this Declaration in Support of Plaintiff's Motion to Compel Communication All Work Product and Attorney Client Communications with Philip Barden.

3. Attached hereto as Sealed Composite Exhibit 1 is a true and correct copy of Defendant's February 9, 2016; May 16, 2016; and August 1, 2016 Privilege Log.

4. Attached hereto as Sealed Exhibit 2 is a true and correct copy of January 6, 2017, Declaration of Philip Barden.

5. Attached hereto as Sealed Exhibit 3 is a true and correct copy of Excerpts from April 22, 2016, Deposition of Ghislaine Maxwell.

6. Attached hereto as Sealed Exhibit 4 is a true and correct copy of January 2, 2015, E-mail Correspondence (RG(UK)_00009).

2

7.   Attached hereto as Sealed Exhibit 5 is a true and correct copy of Excerpts from November 18, 2016, Deposition of Ross Gow.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Meredith Schultz_____
Meredith Schultz, Esq.

Dated: February 22, 2017.

                Respectfully Submitted,

                BOIES, SCHILLER & FLEXNER LLP

By: /s/ Meredith Schultz
    Meredith Schultz (Pro Hac Vice)
    Sigrid McCawley (Pro Hac Vice)
    Boies Schiller & Flexner LLP
    401 E. Las Olas Blvd., Suite 1200
    Ft. Lauderdale, FL 33301
    (954) 356-0011

    David Boies
    Boies Schiller & Flexner LLP
    333 Main Street
    Armonk, NY 10504

    Bradley J. Edwards (Pro Hac Vice)
    FARMER, JAFFE, WEISSING,
    EDWARDS, FISTOS & LEHRMAN, P.L.
    425 North Andrews Avenue, Suite 2
    Fort Lauderdale, Florida 33301
    (954) 524-2820

    Paul G. Cassell (Pro Hac Vice)
    S.J. Quinney College of Law
    University of Utah
    383 University St.
    Salt Lake City, UT 84112
    (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 22nd day of February, 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

>Laura A. Menninger, Esq.
>Jeffrey Pagliuca, Esq.
>HADDON, MORGAN & FOREMAN, P.C.
>150 East 10th Avenue
>Denver, Colorado 80203
>Tel: (303) 831-7364
>Fax: (303) 832-2628
>Email: lmenninger@hmflaw.com
>         jpagliuca@hmflaw.com

>                    /s/ Meredith Schultz
>                    Meredith Schultz

4