# EXHIBIT 3

# (File Under Seal)

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
VIRGINIA L. GIUFFRE,

        Plaintiff,

                          Case No.:
  -against-              15-cv-07433-RWS

GHISLAINE MAXWELL,

        Defendants.

- - - - - - - - - - - - - - - - - - - - x

             **CONFIDENTIAL**

    Videotaped deposition of GHISLAINE
MAXWELL, taken pursuant to subpoena, was
held at the law offices of BOIES
SCHILLER & FLEXNER, 575 Lexington
Avenue, New York, New York, commencing
April 22, 2016, 9:04 a.m., on the above
date, before Leslie Fagin, a Court
Reporter and Notary Public in the State
of New York.

                - - -
      MAGNA LEGAL SERVICES
   1200 Avenue of the Americas
    New York, New York 10026



```
 1         G Maxwell - Confidential
 2   underage?
 3       A.   I can only testify to what I saw
 4   and what I was present for, so if you are
 5   asking me what I saw then I am happy to
 6   testify.  I cannot testify to what somebody
 7   else did or didn't do.
 8       Q.   Did you issue a statement to your
 9   press agent, Ross Gow in 2015, stating that
10   Virginia Roberts' claims were, quote, obvious
11   lies?
12           MR. PAGLIUCA:  Objection to the
13       form and foundation.
14       Q.   You can answer.
15       A.   You need to reask me the question.
16       Q.   Sure.
17           Did you issue a press statement
18   through your press agent, Ross Gow, in
19   January of 2015, stating that Virginia
20   Roberts' claims were, quote, obvious lies?
21           MR. PAGLIUCA:  Objection to the
22       form and foundation.
23       A.   Can you ask it a different way,
24   please?
25       Q.   I will ask it again and you can
```



Page 202

1         G Maxwell - Confidential
2    listen carefully.
3             Did you issue a press statement
4    through your press agent, Ross Gow, in
5    January of 2015, where you stated that
6    Virginia Roberts' claims were, quote, obvious
7    lies?
8             MR. PAGLIUCA:  Objection to the
9         form and foundation.
10        A.   So my lawyer, Philip Barden
11   instructed Ross Gow to issue a statement.
12        Q.   Today, did you say that Virginia
13   lied about, quote, absolutely everything?
14        A.   I said that there are some things
15   she may not have lied about.
16        Q.   So are you saying it's an obvious
17   lie that Jeffrey Epstein engaged in sexual
18   contact with Virginia while Virginia was
19   underage?
20            MR. PAGLIUCA:  Objection to the
21        form and foundation.
22        A.   Can you ask the question again,
23   please?
24        Q.   Are you saying it's an obvious lie
25   that Jeffrey Epstein engaged in sexual

