# EXHIBIT 4

# (File Under Seal)

---------- Forwarded message ----------
From: █
Date: 2 January 2015 at 20:29
Subject: Re: URGENT - this is the statement
To: G Max <gmax1@ellmax.com>
Cc: Philip Barden █

OK G going with this, thanks Philip.
Sent from my BlackBerry® wireless device

---

From: G Maxwell <GMax1@ellmax.com>
Date: Fri, 2 Jan 2015 20:14:53 +0000
To: Ross Gow █
Cc: Philip Barden █
Subject: FW: URGENT - this is the statement

Jane Doe 3 is Virginia Roberts so not a new individual.

The allegations made by Victoria Roberts against Ghislaine Maxwell are untrue.

The original allegations are not new and have been fully responded to and shown to be untrue

Each time the story is re told it changes with new salacious details about public figures and world leaders and now it is alleged by Ms Roberts that Alan Derschwitz is involved in having sexual relations with her, which he denies

Ms Roberts claims are obvious lies and should be treated as such and not publicised as news, as they are defamatory.

RG(UK)_000009