# EXHIBIT 5

# (File Under Seal)

ROSS NEIL  SUTHERLAND GOW - 11/18/2016

```
 1              IN THE HIGH COURT OF JUSTICE
                    QUEEN'S BENCH DIVISION
 2

 3                   Claim No. CR 2016-624

 4    BETWEEN:

 5                   VIRGINIA L. GIUFFRE
                                           Applicant,
 6                        - and -

 7                       ROSS GOW,

 8                                         Respondent.

 9    AND:

10            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK
11

12    Virginia L. Giuffre,      )
              Plaintiff,        )
13                              )
              v.                )   Case No. 15-cv-07433-RWS
14                              )
       Ghislaine Maxwell,       )
15            Defendant.        )

16    ---------------------------------------

17            Friday, November 18, 2016

18                  AT: 8:27 a.m.

19                    Taken at:

20

21            Essex Chambers 29,
              81 Chancery Lane,
22          London, UK, WC2A 1DD

23

24    Court Reporter:  Lisa Barrett, Accredited Real-time
      Reporter
25
```

| | | |
|---|---|---|
| 1 | 10 more seconds. | 09:19:50 |
| 2 |     MS. SCHULTZ:  Understood, and I apologize. | 09:19:52 |
| 3 |     MR. SPEARMAN:  This is what, Exhibit 9? | 09:19:54 |
| 4 |     MR. DYER:  Yes. | 09:19:56 |
| 5 |     MS. SCHULTZ:  Yes. | 09:19:56 |
| 6 |     (Exhibit 9 was marked for identification.) | 09:19:56 |
| 7 | BY MS. SCHULTZ: | 09:20:01 |
| 8 |     Q.  This also appears to be an email chain with you | 09:20:02 |
| 9 | and Ms. Maxwell; is that correct? | 09:20:05 |
| 10 |     A.  It does appear to be so. | 09:20:07 |
| 11 |     Q.  Did you send the top email of the chain that | 09:20:08 |
| 12 | says "Okay, G, going with this"? | 09:20:10 |
| 13 |     A.  I did. | 09:20:13 |
| 14 |     Q.  And did you receive from Ms. Maxwell, the | 09:20:14 |
| 15 | bottom email of that chain? | 09:20:16 |
| 16 |     A.  I believe so.  Well, I believe -- yes, yeah, it | 09:20:17 |
| 17 | was forwarded from Ms. Maxwell, yes. | 09:20:21 |
| 18 |     MR. DYER:  Sorry, I don't quite understand that | 09:20:29 |
| 19 | answer. | 09:20:31 |
| 20 |     THE WITNESS:  I misspoke that.  I did receive | 09:20:33 |
| 21 | it from Ms. Maxwell. | 09:20:34 |
| 22 |     MR. DYER:  Okay. | 09:20:38 |
| 23 | BY MS. SCHULTZ: | 09:20:38 |
| 24 |     Q.  The subject line does have "FW" which to me | 09:20:39 |
| 25 | indicates it's a forward.  Do you know where the rest of | 09:20:42 |

| | | |
|---|---|---|
| 1 | this email chain is? | 09:20:45 |
| 2 | A.  My understanding of this is: It was a holiday | 09:20:49 |
| 3 | in the UK, but Mr. Barden was not necessarily accessible, | 09:20:54 |
| 4 | at some point in time, so this had been sent to him | 09:20:59 |
| 5 | originally by Ms. Maxwell, and because he was | 09:21:03 |
| 6 | unavailable, she forwarded it to me for immediate action. | 09:21:07 |
| 7 | I therefore respond, "Okay, Ghislaine, I'll go with | 09:21:14 |
| 8 | this." | 09:21:19 |
| 9 | It is my understanding that this is | 09:21:20 |
| 10 | the agreed statement because the subject of the second | 09:21:22 |
| 11 | one is "Urgent, this is the statement" so I take that | 09:21:24 |
| 12 | as an instruction to send it out, as a positive | 09:21:27 |
| 13 | command: "This is the statement." | 09:21:30 |
| 14 | Q.  Okay. | 09:21:33 |
| 15 | A.  And I say, "Thanks, Philip" because I'm aware | 09:21:33 |
| 16 | of the fact that he had a hand, a considerable hand in | 09:21:37 |
| 17 | the drafting. | 09:21:40 |
| 18 | Q.  Okay.  Could I ask you to please refer back to | 09:21:41 |
| 19 | Exhibit 2.  Looking also at Exhibit 9, Exhibit 9 appears | 09:21:47 |
| 20 | to have five sentences in it.  Do you agree that those | 09:22:03 |
| 21 | same five sentences are part of the communication that is | 09:22:10 |
| 22 | borne in Exhibit 2? | 09:22:13 |
| 23 | A.  Sorry, could you say that again.  I'm just | 09:22:18 |
| 24 | following what your -- | 09:22:20 |
| 25 | Q.  It was a bad question.  Let me try that again. | 09:22:21 |