**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------X

VIRGINIA L. GIUFFRE,

     Plaintiff,

v.                                                                              **15-cv-07433-RWS**

GHISLAINE MAXWELL,

     Defendant.

---------------------------------------------------X

**Declaration of Laura A. Menninger in Support of**
**Defendant's Response to "Motion to Compel" Work Product**
**and Attorney-Client Communication with Philip Barden**

I, Laura A. Menninger, declare as follows:

1.   I am an attorney at law duly licensed in the State of New York and admitted to practice in the United States District Court for the Southern District of New York. I am a member of the law firm Haddon, Morgan & Foreman, P.C., counsel of record for Defendant Ghislaine Maxwell in this action. I respectfully submit this Declaration in support of Ms. Maxwell's Response to "Motion to Compel" Work Product and Attorney-Client Communications with Philip Barden.

2.   Attached as Exhibit A (filed under seal) are true and correct copies of excerpts from Ms. Maxwell's Initial F. R.C.P. 26(a)(1)(A) Disclosures, dated February 24, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

 Executed on March 2, 2017.

                                          *s/ Laura A. Menninger*
                                          Laura A. Menninger

**CERTIFICATE OF SERVICE**

I certify that on March 2, 2017, I electronically served this *Declaration of Laura A. Menninger in Support of Defendant's Response to "Motion to Compel" Work Product and Attorney-Client Communications with Philip Barden* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com

/s/ Nicole Simmons
Nicole Simmons

2