# EXHIBIT A

United States District Court
Southern District Of New York

-------------------------------------------------X

**Virginia L. Giuffre,**

    Plaintiff,

v.                                        15-cv-07433-RWS

**Ghislaine Maxwell,**

    Defendant.

-----------------------------------------------X


DEFENDANT GHISLAINE MAXWELL'S
INITIAL F.R.C.P. 26(a)(1)(A) DISCLOSURES

Pursuant to F.R.C.P. 26(a)(1)(A), Defendant Ghislaine Maxwell makes the following disclosures:

I. **IDENTITIES OF INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION RELEVANT TO DISPUTED FACTS ALLEGED WITH PARTICULARITY IN THE PLEADINGS**

1. Ghislaine Maxwell
   c/o Laura A. Menninger, Esq.
   Haddon, Morgan & Foreman, P.C.
   150 E. 10th Ave.
   Denver, CO 80203
   303-831-7364
   LMenninger@HMFLaw.com

   Ms. Maxwell is the Defendant and may have knowledge concerning matters at issue, including the events of 1999-2002 and the publication of statements in the press in 2011-2015.

2. Virginia Lee Roberts Giuffre
   c/o Sigrid S. McCawley, Esq.
   Boies, Schiller & Flexner LLP
   401 East Las Olas Boulevard, Suite 1200

    Miami, Florida 33301
    (954) 356-0011
    smccawley@bsfllp.com

    Ms. Giuffre is the Plaintiff and has knowledge concerning the matters at issue in her Complaint, including the events of 1996-2015 and the publication of statements in the press in 2011-2015.

3. Philip Barden
   Devonshires Solicitors LLP
   30  Finsbury Circus
   London, United Kingdom
   EC2M 7DT
   DX: 33856 Finsbury Square
   (020) 7628-7576
   Philip.Barden@devonshires.co.uk

   Mr. Barden has knowledge concerning press statements by Plaintiff and Defendant in 2011-2015 at issue in this matter.

4. Paul Cassell
   College of Law, University of Utah
   383 South University Street
   Salt Lake City, UT 84112
   801-585-5202
   paul.cassell@law.utah.edu

   Mr. Cassell has knowledge concerning press statements by Plaintiff, Plaintiff's court pleadings, and Plaintiff's sworn testimony.

5. Alan Dershowitz
   c/o Richard A. Simpson, Esq.
   WILEY REIN, LLP
   1776 K Street NW
   Washington, D.C. 20006
   (202) 719-7000

   Mr. Dershowitz has knowledge concerning Plaintiff's false statements to the press, in court pleadings, and in sworn testimony, at issue in this matter.

6. Bradley Edwards
   Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L.
   425 N. Andrews Ave., Suite 2
   Ft. Lauderdale, FL 33301
   (954) 524-2820
   brad@pathtojustice.com

Dated:  February 24, 2016.

                                            Respectfully submitted,

                                            *s/ Laura A. Menninger*
                                            Laura A. Menninger (LM-1374)
                                            HADDON, MORGAN AND FOREMAN, P.C.
                                            150 East 10th Avenue
                                            Denver, CO 80203
                                            Phone:   303.831.7364
                                            Fax:       303.832.2628
                                            lmenninger@hmflaw.com

                                            *Attorney for Ghislaine Maxwell*

## CERTIFICATE OF SERVICE

I certify that on February 24, 2016, I electronically served this *DEFENDANT GHISLAINE MAXWELL'S INITIAL F.R.C.P. 26(A)(1) DISCLOSURES* via e-mail on the following:

Sigrid S. McCawley
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com

                                            *s/ Laura A. Menninger*
                                            Laura A. Menninger