# EXHIBIT G



CONFIDENTIAL

Fw: Natalie from ny (6)

03/02/07 at 1:04 AM

To: ▇▇▇▇▇▇

------Original Message------
To: ▇▇▇▇
Sent: Feb 2, 2007 7:01 PM
Subject: Fw: Natalie from ny

------Original Message------
To: Sara new num
Sent: Feb 2, 2007 6:58 PM
Subject: Natalie from ny

Hey Sarra
Miss u Wanted to see how things r going w u. Hope u r having a good time in UK ...Wanted to contact u for a while but didn't have ur email
I am good Pretty busy but productive
Write back let me know what ur up to... When r u gonna b ready for south africa trip and then miami hopefully U lucky girl :) ... Anyways don't disappear Write back Let me know what ur up to
Hugs and Kisses
Natalie

Sent via BlackBerry from Cingular Wireless

↩ Reply  ↩↩ Reply to All  ➡ Forward  ••• More

| | | |
|---|---|---|
| Sarah Ransome | 04/02/07 at 4:01 PM | ★ |
| Sarah Ransome | 05/02/07 at 10:09 PM | ★ |
| ▇▇▇▇▇ | 06/02/07 at 2:00 AM | ★ |
| Sarah Ransome | 08/02/07 at 9:12 PM | ★ |
| ▇▇▇▇▇ | 08/02/07 at 9:22 PM | ★ |

To: Sara new num

Hey Sweetie
Glad to hear ur doing the essay for fit When r u planning to come to ny? Did u need my adress to mail something to me? ▇▇▇▇▇▇ Don't worry about fight w J
Hugs and kisses Natalie
Sent via BlackBerry from Cingular Wireless

------Original Message------
From: Sarah Ransome <▇▇▇▇▇>
Date: Thu, 8 Feb 2007 12:12:30
To: ▇▇▇▇
Subject: Re: Re: Fw: Natalie from ny

Hey sweetie

How are you?I am busy writing my essay for
FIT. What fun!Had a bit of a fight with Jeffrey. Oh
well what can you do?I ment to ask you in my last
email, can you please email me your address? Looks
like I am not going to Miami either. Well at least I
will be back in NY. Hope you are well and look forward
to seeing you soon. Please tell Jenifer I say hi.

Lots of hugs and kisses

Sarah xxx

EXHIBIT
Oft 9
2 /17/17
JEREMY RICHMAN

Need Mail bonding?

RANSOME_000004

CONFIDENTIAL

**YAHOO! MAIL**

Search Mail   Search web   Home   Sarah

✎ Compose

Add Gmail, Outlook, AOL and more

Inbox (9999+)
Drafts (7)
Sent
Archive
Spam (115)
Trash

∨ Smart views
Important
Unread
Starred
People
Social
Shopping
Travel
Finance
Pumla Griszell
Important
Unread
Starred
People
Social
Shopping
Travel
Finance
Pumla Griszell

› Folders
› Recent

## Fw: Natalie from ny (6)

To ▇▇▇▇▇▇▇▇                                    03/02/07 at 1:04 AM

------Original Message-----
To: ▇▇▇▇▇▇▇
Sent: Feb 2, 2007 7:01 PM
Subject: Fw: Natalie from ny

------Original Message------
To: Sara new num
Sent: Feb 2, 2007 6:58 PM
Subject: Natalie from ny

Hey Sarra
Miss u Wanted to see how things r going w u. Hope u r having a good time in UK ...Wanted to
contact u for a while but didn't have ur email
I am good Pretty busy but productive
Write back let me know what ur up to... When r u gonna b ready for south africa trip and then
miami hopefully U lucky girl :) ... Anyways don't disappear Write back Let me know what ur up to
Hugs and Kisses
Natalie

Sent via BlackBerry from Cingular Wireless

↩ Reply   ↩ Reply to All   → Forward   ••• More

Sarah Ransome <▇▇▇▇▇▇▇                         01/02/07 at 4:01 PM
To ▇▇▇▇▇▇▇▇

dfdgred

Finding fabulous fares is fun.
Let Yahoo! FareChase search your favorite travel sites to find flight and hotel bargains.

↩ Reply   ↩ Reply to All   → Forward   ••• More

Sarah Ransome <▇▇▇▇▇▇▇                         05/02/07 at 10:09 PM
To ▇▇▇▇▇▇▇▇

Hey Natalie

It was Great to here from you, I replied yesterday but
the whole email got deleted somehow when I pressed
send. I was super irritated. Everything is going well
here. In south Africa and I have to say it is
wonderful being with my family. I will take lots and
lots of photos to show you where I come from.

Still determined about going to Miami and then
studying in NY. I will be leaving here on the 27th and
then meeting up with Jeffrey where ever he may be...
Well that is the plan as far as I know. I do however
need to phone him this week. I am getting a bit
nervous about everthing now.diet is still going well.
I am 57 kg now. I however dont want to loose anymore.
Hav you started gym yet. You will definitly have a
partner when I get back. Speaking of which have you
found a super nice man yet? My beautiful friend you
deserve the best. So what else is happening? Are you
still doing your internship and how is that going?
Anyway I better go.

Babes I really miss you and I am so happy that you
emailed me. Hope to hear from you soon.

Lots of hugs and kisses

RANSOME_000005