# EXHIBIT H

CONFIDENTIAL

### Re: FIT website (14)

**Sarah Ransome** — To: Lesley Groff — 06/02/07 at 9:34 PM

Hi Lesley

The good news is that I got your email. I am not sure what happened the first time but I think I must have deleted it by mistake as it went to bulk for some reason. I am however having a little bit of hassle. Due to me applying so late I am unable to send my application on line due to technicalities which is very frustrating considering the whole thing has been fulled out and is waiting to be submitted. Please can you ask Jeffery what the plan of action is as I cant apply on line and need to apply asap otherwise I definitely wont be able to study. Please could you also let him know that I am now 57kg and that everything is going well in Cape Town. My South African number is [redacted] so if you could get back to me tomorrow that would be great. Also please send my regards to everyone and give Jeffery my SA number. I hope you are well and will send you some warmth from my side of the world.

Sarah :)

It's here! Your new message!
Get new email alerts with the free Yahoo! Toolbar.

---

**Sarah Ransome** — To: Lesley Groff — 08/02/07 at 2:43 PM

Hi Lesely

I will fax my application to you later on today as I am not able to email it. Could you also please tell Jeffery to phone me on the number i gave asap as I am not prepared to go under 56kg in order to study at FIT. I also need a flight booked back to New York so could you please check with Jeffery. The date that I would like to fly back is the 27th Feb.

Thanks very much

Sarah

Be a PS3 game guru.
Get your game face on with the latest PS3 news and previews at Yahoo! Games.

---

**Sarah Ransome** — To: Lesley Groff — 08/02/07 at 3:00 PM

Hi can you please phone back

No need to miss a message. Get email on-the-go with Yahoo! Mail for Mobile. Get started.

---

**Lesley Groff** — To: Sarah Ransome — 08/02/07 at 3:01 PM

Hi...yes, of course. I will tell him to try you again. Will you keep your phone on and with you?

Lesley Groff
Executive Assistant to Jeffrey Epstein

EXHIBIT Def 10  2/17/17  JEREMY RICHMAN

RANSOME_000006



### Re: FIT website (14)

| | |
|---|---|
| Sarah Ransome | 08/02/07 at 9:34 PM |
| Sarah Ransome | 08/02/07 at 9:43 PM |
| Sarah Ransome | 08/02/07 at 3:00 PM |
| Lesley Groff | 08/02/07 at 3:01 PM |
| Lesley Groff | 09/02/07 at 3:30 PM |
| Sarah Ransome | 09/02/07 at 9:07 PM |

**Lesley Groff** — 09/02/07 at 9:18 PM
To: Sarah Ransome

Thank you Sarah! I will get your essay and email to Jeffrey!! I will also look in to tickets for you...tell me exactly where to need to fly from...

Lesley Groff
Executive Assistant to Jeffrey Epstein

---

**From:** Sarah Ransome [mailto: ]
**Sent:** Friday, February 09, 2007 3:07 PM
**To:** Lesley Groff
**Subject:** RE: FIT website

Hi Lesley

Sorry for the delay. Here is my essay and thank you for letting me know that you recieved my application otherwise I would start to worry. Also I really do need a flight booked back to New York preferably the 27th as it is high season here and there might not be any avalable flights at the end of the month. Can you please check with Jeffery and let me know.

Thanks ever so much

Sarah

P.S Could you also let him know that I am going to three different modelling agencies on Monday in search of a PA.

The fish are biting.
Get more visitors on your site using Yahoo! Search Marketing.

| | |
|---|---|
| Lesley Groff | 09/02/07 at 9:50 PM |
| Sarah Ransome | 09/02/07 at 10:09 PM |
| Sarah Ransome | 12/02/07 at 5:21 PM |
| Lesley Groff | 12/02/07 at 3:37 PM |
| Lesley Groff | 15/02/07 at 5:01 PM |
| Sarah Ransome | 15/02/07 at 11:06 PM |
| Lesley Groff | 16/02/07 at 2:29 PM |

CONFIDENTIAL
RANSOME_000008



### Re: FIT website (14)

| From | Date |
|---|---|
| Sarah Ransome | 08/02/07 at 9:34 PM |
| Sarah Ransome | 09/02/07 at 2:43 PM |
| Sarah Ransome | 09/02/07 at 3:00 PM |
| Lesley Groff | 08/02/07 at 3:01 PM |
| Lesley Groff | 09/02/07 at 3:30 PM |
| Sarah Ransome | 09/02/07 at 9:07 PM |
| Lesley Groff | 09/02/07 at 9:18 PM |

**Lesley Groff** — 09/02/07 at 9:50 PM
To: Sarah Ransome

...I also need to know what kind of visa you are coming on? (student? tourist?) ...do you need a round trip ticket or is this one way to NY?

Lesley Groff
Executive Assistant to Jeffrey Epstein

---

**From:** Sarah Ransome [mailto: ]
**Sent:** Friday, February 09, 2007 3:07 PM
**To:** Lesley Groff
**Subject:** RE: FIT website

Hi Lesley

Sorry for the delay. Here is my essay and thank you for letting me know that you recieved my application otherwise I would start to worry. Also I really do need a flight booked back to New York preferably the 27th as it is high season here and there might not be any avalable flights at the end of the month. Can you please check with Jeffery and let me know.

Thanks ever so much

Sarah

P.S Could you also let him know that I am going to three different modelling agencies on Monday in search of a PA.

The fish are biting.
Get more visitors on your site using Yahoo! Search Marketing.

← Reply   ← Reply to All   → Forward   ••• More

| From | Date |
|---|---|
| Sarah Ransome | 09/02/07 at 10:08 PM |
| Sarah Ransome | 12/02/07 at 8:21 PM |
| Lesley Groff | 13/02/07 at 3:37 PM |
| Lesley Groff | 15/02/07 at 3:01 PM |
| Sarah Ransome | 15/02/07 at 10:06 PM |
| Lesley Groff | 16/02/07 at 2:59 PM |

CONFIDENTIAL

RANSOME_000009



Home Mail News Sport Finance Celebrity Style Weather Answers Flickr Mobile More

YAHOO! MAIL

All Sarah, search your mailbox Search Mail Search web Home Sarah

CONFIDENTIAL

Compose

Add Gmail, Outlook, AOL and more

Inbox (9999+)
Drafts (7)
Sent
Archive
Spam (123)
Trash

Smart views
Important
Unread
Starred
People
Social
Shopping
Travel
Finance
Pumla Griszell
Important
Unread
Starred
People
Social
Shopping
Travel
Finance
Pumla Griszell

Folders

Recent

## Re: FIT website (14)

**Sarah Ransome** 06/02/07 at 9:34 PM

**Sarah Ransome** 08/02/07 at 2:43 PM

**Sarah Ransome** 08/02/07 at 3:00 PM

**Lesley Groff** 08/02/07 at 3:01 PM

**Lesley Groff** [redacted] 09/02/07 at 3:30 PM

To Sarah Ransome

HI Sarah! We rec'd your FIT application, but Jeffrey wants you to fax your essay as well. ...we did not receive it. Thanks, Lesley

Lesley Groff
Executive Assistant to Jeffrey Epstein

---

**From:** Sarah Ransome [mailto:[redacted]]
**Sent:** Thursday, February 08, 2007 9:01 AM
**To:** Lesley Groff
**Subject:** RE: FIT website

Hi can you please phone back

---

No need to miss a message. Get email on-the-go with Yahoo! Mail for Mobile. Get started.

Reply Reply to All Forward More

**Sarah Ransome** 09/02/07 at 9:07 PM

**Lesley Groff** 09/02/07 at 9:18 PM

**Lesley Groff** 09/02/07 at 9:50 PM

**Sarah Ransome** 09/02/07 at 10:09 PM

**Sarah Ransome** 12/02/07 at 5:21 PM

**Lesley Groff** 13/02/07 at 3:37 PM

**Lesley Groff** 15/02/07 at 3:01 PM

**Sarah Ransome** 15/02/07 at 10:06 PM

**Lesley Groff** 16/02/07 at 3:39 PM

Click to Reply, Reply all or Forward



# Re: FIT website (14)

| | | |
|---|---|---|
| Sarah Ransome | | 08/02/07 at 9:34 PM |
| Sarah Ransome | | 08/02/07 at 2:43 PM |
| Sarah Ransome | | 09/02/07 at 3:00 PM |
| Lesley Groff | | 08/02/07 at 3:01 PM |
| Lesley Groff | | 09/02/07 at 3:30 PM |
| Sarah Ransome | | 09/02/07 at 9:07 PM |
| Lesley Groff | | 09/02/07 at 9:13 PM |
| Lesley Groff | | 09/02/07 at 9:50 PM |
| Sarah Ransome | | 09/02/07 at 10:09 PM |
| Sarah Ransome | | 12/02/07 at 5:21 PM |

**Lesley Groff**                                                                13/02/07 at 3:37 PM
To Sarah Ransome

Hi Sarah! Yes, we rec'd your essay! Thank you. I have been looking in to some flights for you and will pass them by Jeffrey,...I will also let him know about the modeling potentials!

Lesley Groff
Executive Assistant to Jeffrey Epstein

-----Original Message-----
From: Sarah Ransome [mailto: ]
Sent: Monday, February 12, 2007 11:22 AM
To: Lesley Groff
Subject: Re: RE: FIT website

Morning lesley

Hope you had a good weekend. Did Jeffrey receive the essay and have you seen any flights yet? Could you please let Jeffrey know that I went into modellung agencies today and I might have a couple potentials.
Thanks.

Sarah

No need to miss a message. Get email on-the-go with Yahoo! Mail for Mobile. Get started.
http://mobile.yahoo.com/mail

← Reply  ← Reply to All  → Forward  ••• More

Lesley Groff                                                                    15/02/07 at 3:01 PM
Sarah Ransome                                                                   15/02/07 at 10:00 PM

RANSOME_000011



# Re: FIT website (14)

| Sender | Date |
|---|---|
| Sarah Ransome | 06/02/07 at 9:34 PM |
| Sarah Ransome | 08/02/07 at 2:43 PM |
| Sarah Ransome | 08/02/07 at 3:00 PM |
| Lesley Groff | 08/02/07 at 3:01 PM |
| Lesley Groff | 09/02/07 at 3:30 PM |
| Sarah Ransome | 09/02/07 at 9:07 PM |
| Lesley Groff | 09/02/07 at 9:18 PM |
| Lesley Groff | 09/02/07 at 9:50 PM |
| Sarah Ransome | 09/02/07 at 10:09 PM |
| Sarah Ransome | 12/02/07 at 5:21 PM |
| Lesley Groff | 13/02/07 at 3:37 PM |

**Lesley Groff** — 15/02/07 at 3:01 PM
To: Sarah Ransome

Sarah! Hello! We are looking in to tickets for you...but Jeffrey wants to make sure you have a place to stay while you are here. Please let me know. Thanks, Lesley

Lesley Groff
Executive Assistant to Jeffrey Epstein

-----Original Message-----
From: Sarah Ransome [mailto:...]
Sent: Monday, February 12, 2007 11:22 AM
To: Lesley Groff
Subject: Re: RE: FIT website

Morning lesley

Hope you had a good weekend. Did Jeffrey receive the essay and have you seen any flights yet? Could you please let Jeffrey know that I went into modellung agencies today and I might have a couple potentials.
Thanks.

Sarah

No need to miss a message. Get email on-the-go with Yahoo! Mail for Mobile. Get started.
http://mobile.yahoo.com/mail

Sarah Ransome — 15/02/07 at 10:06 PM

RANSOME_000012



**Happy V day xoxo (2)**

15/02/07 at 8:46 AM

To: Sara new num

Hey babes Hope ur doing well J forgot to call u He ll b in toucxh as soon as he gets a chance Hope South Africa is going well I am excoited because I found another intership position in FAShION u might b interested in In case miami doesn't work out Stay in touch NAT
Sent via BlackBerry from Cingular Wireless

---

Sarah Ransome

15/02/07 at 10:16 PM

Hey my gorgeous friend.

South Africa is still going well. Spent some quality time with my family and it has also given me the oppretunity to think about a few things. I am very interested in the internship in new york. Adam and I are getting quite serious now and he unfortunatly has gist broken his ankle. Plonker! I am coming back next week Sunday so we should arrange to meet. How are things with you. Did you have a good v day. Yuck I hate sloppy couples! Has j said anything about me lately? Missing you lots honey and I am really looking forward to seeing you.

Lots of hugs and kisses

Sarah x x x

---

Need a quick answer? Get one in minutes from people who know.
Ask your question on www.Answers.yahoo.com



CONFIDENTIAL

RANSOME_000013



**CONFIDENTIAL**

Re: FIT website (14)

| Sender | Date |
|---|---|
| Sarah Ransome | 06/02/07 at 9:34 PM |
| Sarah Ransome | 08/02/07 at 2:43 PM |
| Sarah Ransome | 08/02/07 at 3:00 PM |
| Lesley Groff | 08/02/07 at 3:01 PM |
| Lesley Groff | 09/02/07 at 3:30 PM |
| Sarah Ransome | 09/02/07 at 9:07 PM |
| Lesley Groff | 09/02/07 at 9:18 PM |
| Lesley Groff | 09/02/07 at 9:50 PM |
| Sarah Ransome | 09/02/07 at 10:09 PM |
| Sarah Ransome | 12/02/07 at 5:21 PM |
| Lesley Groff | 13/02/07 at 3:37 PM |
| Lesley Groff | 15/02/07 at 3:01 PM |
| Sarah Ransome | 15/02/07 at 10:06 PM |
| Lesley Groff | 16/02/07 at 3:39 PM |

Lesley Groff
To: Sarah Ransome

Hi Sarah...Jeffrey is awaiting your picture!...and why were you hoping to hear from me before going to bed??

:) Les

Lesley Groff
Executive Assistant to Jeffrey Epstein

-----Original Message-----
From: Sarah Ransome [mailto: ]
Sent: Thursday, February 15, 2007 4:07 PM
To: Lesley Groff
Subject: Re: RE: RE: FIT website

Hey lesley

I will be going to bed in the next hour and a half so hopefully I will speak to you before then. Hope you are well and good hearing from you.

Thanks

Sarah:)

Do you Yahoo!?
Everyone is raving about the all-new Yahoo! Mail beta.
http://new.mail.yahoo.com

RANSOME_000014



Home Mail News Sport Finance Celebrity Style Weather Answers Flickr Mobile More

YAHOO! MAIL

All Sarah, search your mailbox | Search Mail | Search web | Home | Sarah

CONFIDENTIAL

Compose

Add Gmail, Outlook, AOL and more

Inbox (9999+)
Drafts (7)
Sent
Archive
Spam (123)
Trash
Smart views
Important
Unread
Starred
People
Social
Shopping
Travel
Finance
Pumla Griszell
Important
Unread
Starred
People
Social
Shopping
Travel
Finance
Pumla Griszell
Folders
Recent

Jeffrey Epstein

**Lesley Groff** [redacted] 21/02/07 at 4:23 PM

To Sarah Ransome

Hello Sarah! The following is from Jeffrey:

I'm surprised I haven't heard from you.

Lesley Groff
Executive Assistant to Jeffrey Epstein

Reply Reply to All Forward More

Click to Reply, Reply all or Forward

Send