**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------X

VIRGINIA L. GIUFFRE,

      Plaintiff,

v.                                                                    **15-cv-07433-RWS**

GHISLAINE MAXWELL,

      Defendant.

-------------------------------------------------X

**Declaration of Laura A. Menninger in Support of Defendant's**
**Motion to Appoint Special Master to Preside Over Third Deposition of Defendant**

    I, Laura A. Menninger, declare as follows:

    1.   I am an attorney at law duly licensed in the State of New York and admitted to practice in the United States District Court for the Southern District of New York. I am a member of the law firm Haddon, Morgan & Foreman, P.C., counsel of record for Defendant Ghislaine Maxwell in this action. I respectfully submit this Declaration in support of Ms. Maxwell's Motion to Appoint Special Master to Preside Over Third Deposition of Defendant.

    2.   Attached as Exhibit A are true and correct copies of excerpts from the deposition of Ghislaine Maxwell on July 22, 2016, designated Confidential under the Protective Order.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on April 11, 2017.

                                    *s/ Laura A. Menninger*
                                      Laura A. Menninger

**CERTIFICATE OF SERVICE**

I certify that on April 11, 2017, I electronically served this *Declaration of Laura A. Menninger in Support of Defendant's Motion to Appoint Special Master to Preside Over Third Deposition of Defendant* via ECF on the following:

Sigrid S. McCawley
Meredith Schultz
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu


J. Stanley Pottinger
49 Twin Lakes Rd.
South Salem, NY 10590
StanPottinger@aol.com


/s/ Nicole Simmons
Nicole Simmons

2