UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA GIUFFRE,

            Plaintiff,

-against-

GHISLAINE MAXWELL,

            Defendant.

15 Civ. 7433 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Clerk of the Court is directed to strike docket entry 1332-7 in the above-captioned case because it contains inadvertently disclosed images that should have been redacted. Counsel shall re-file the stricken document as soon as is practicable.

**SO ORDERED.**

Dated:    January 8, 2024
           New York, New York

                                    *Loretta A. Preska*
                                _____
                                LORETTA A. PRESKA
                                Senior United States District Judge