

January 8, 2024

**VIA ECF**

The Honorable Loretta A. Preska
District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: *Giuffre v. Maxwell*, **Case No. 15-cv-7433-LAP**

Dear Judge Preska,

  Plaintiff is filing a revised version of docket entry 700 pursuant to the Court's January 8, 2024, Order.  *See* ECF No. 1333.

           Respectfully,

           /s/ Sigrid S. McCawley
           Sigrid S. McCawley


  cc:  Counsel of Record  (via ECF)