# EXHIBIT 1
# (FILE UNDER SEAL)

Highly Confidential

Page 1

HIGHLY CONFIDENTIAL AEO
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
VIRGINIA L. GIUFFRE,

                    Plaintiff,

        v.                      Case No:
                                15-cv-07433-RWS

GHISLAINE MAXWELL,


                    Defendant.


------------------------------x



            HIGHLY CONFIDENTIAL
        DEPOSITION OF SARAH RANSOME
            NEW YORK, NEW YORK
        Friday, February 17, 2017







Reported by:
JEREMY RICHMAN
JOB NO:  300491


            MAGNA LEGAL SERVICES
    320 West 37th Street, 12th Floor
        New York, New York 10018
            (866) 624-6221



Highly Confidential

Page 2

1             HIGHLY CONFIDENTIAL AEO

2

3

4                    February 17, 2017

5                    9:00 a.m.

6

7             DEPOSITION of SARAH RANSOME, held

8    at the offices of Boies, Schiller & Flexner,

9    575 Lexington Avenue, New York, New York,

10   before JEREMY RICHMAN, a Shorthand Reporter and

11   Notary Public of the State of New York.

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Page 3

```
 1              HIGHLY CONFIDENTIAL AEO
 2    APPEARANCES:
 3
 4    BOIES, SCHILLER & FLEXNER, LLP
 5    Attorneys for plaintiff
 6         401 East Las Olas Boulevard, Suite 1200
 7         Fort Lauderdale, FL 33301-2211
 8    BY:   SIGRID STONE MCCAWLEY, ESQ.
 9         (smccawley@bsfllp.com)
10
11
12    HADDON, MORGAN AND FOREMAN, P.C
13    Attorneys for Defendant
14         150 East 10th Avenue
15         Denver, CO 80230
16    BY:   LAURA A. MENNINGER, ESQ.
17         JEFFREY S. PAGLIUCA, ESQ.
18         (lmenninger@hmflaw.com)
19         (jpagliuca@hmflaw.com)
20
21
22
23
24
25
```



Highly Confidential

Page 4

```
 1                HIGHLY CONFIDENTIAL AEO
 2    APPEARANCES (Continued):
 3
 4    J. STANLEY POTTINGER, PLLC
 5    Attorneys for the witness
 6         49 Twin Lakes Road, Suite 100
 7         South Salem, NY 10590
 8    BY:   J. STANLEY POTTINGER, ESQ.
 9         (stanpottinger@aol.com)
10
11
12    MINTZ & GOLD, LLP
13    Attorneys for the witness
14         600 Third Avenue
15         New York, NY 10016
16    BY:   PETER GUIRGUIS, ESQ.
17         (guirguis@mintzandgold.com)
18
19
20    ALSO PRESENT:
21    GHISLAINE MAXWELL, via teleconference
22
23
24
25
```



Page 5

1                  HIGHLY CONFIDENTIAL AEO

2                  IT IS HEREBY STIPULATED AND AGREED

3       by and between the attorneys for the respective

4       parties herein, that filing and sealing be and

5       the same are hereby waived.

6                  IT IS FURTHER STIPULATED AND AGREED

7       that all objections, except as to form of the

8       question, shall be reserved to the time of the

9       trial.

10                 IT IS FURTHER STIPULATED AND AGREED

11      that the within deposition may be sworn to and

12      signed before any officer authorized to

13      administer an oath, with the same force and

14      effect as if signed and sworn to before the

15      Court.

16

17

18

19

20                  -  oOo  -

21

22

23

24

25



Highly Confidential

Page 6

```
 1        HIGHLY CONFIDENTIAL AEO
 2           MS. MENNINGER:  If we could
 3     have counsel enter their
 4     appearances for the record,
 5     please.
 6           MR. GUIRGUIS:  Sure.  My
 7     name is Peter Guirguis.  I'm
 8     appearing on behalf of the
 9     witness today.
10           MS. MCCAWLEY:  Sigrid
11     McCawley on behalf of Virginia
12     Giuffre, the plaintiff in the
13     action.
14           MR. POTTINGER:  Stan
15     Pottinger on behalf of the
16     witness.
17           MS. MENNINGER:  Laura
18     Menninger and Jeffrey Pagliuca on
19     behalf of Ms. Maxwell, who is
20     appearing by telephone.
21           SARAH RANSOME, having been
22     called as a witness, having first
23     been duly sworn by a Notary
24     Public (Jeremy Richman) of the
25     State of New York, was examined
```



Highly Confidential

Page 7

```
 1              HIGHLY CONFIDENTIAL AEO
 2        and testified as follows:
 3              EXAMINATION BY
 4              MS. MENNINGER:
 5        Q.    Good morning, Ms. Ransome.
 6        A.    Good morning.
 7        Q.    Can you please give us your
 8   full name.
 9        A.    Sarah Emma Ashley Ransome.
10        Q.    And what is your birth date?
11        A.    13th of the 8th, 1984.
12        Q.    And what is your current
13   address?
14              MR. GUIRGUIS:  I'm going to
15        object to current address.
16        Q.    You can answer.
17              MR. GUIRGUIS:  You can give
18        your last permanent address.
19        A.    It was Carrer de Canuda.
20              (An off-the-record
21        discussion was held.)
22        A.    That's Barcelona, and I
23   can't remember the post code.
24        Q.    And what does that mean,
25   that's your last permanent address?
```



Highly Confidential

```
 1          HIGHLY CONFIDENTIAL AEO
 2      A.     I reside there.
 3      Q.     Do you rent an apartment?
 4      A.     My partner does.
 5      Q.     Who is your partner?
 6             MR. GUIRGUIS:  Objection.
 7      Q.     Who is your partner?
 8             THE WITNESS:  Do I have to
 9      answer that?
10             MR. GUIRGUIS:  Yes.
11      A.     Peter Coulthard.
12      Q.     I'm sorry?
13      A.     Peter Coulthard.
14      Q.     How do you spell that last
15  name?
16      A.     C-O-U-L-T-H-A-R-D.
17      Q.     And how long has Peter been
18  your partner?
19             MR. GUIRGUIS:  I'm going to
20      object.  I'm not sure what the
21      relevance of this is or where
22      you're going with this.
23      Q.     How long has Peter been your
24  partner?
25             THE WITNESS:  Sorry, can I
```



Highly Confidential

```
 1            HIGHLY CONFIDENTIAL AEO
 2       just ask a question?  I would
 3       like to just clarify.  When you
 4       say objection, does that mean I
 5       actually have to answer the
 6       question?  Because that's
 7       irrelevant.
 8            MR. GUIRGUIS:  Right.
 9       Unless I'm telling you not to
10       answer, you need to answer.
11            THE WITNESS:  So I don't
12       need to answer?
13            MR. GUIRGUIS:  No, you do
14       need to answer this.
15       A.    Okay.  We've been together
16    almost a year.
17       Q.    And what is your current
18    occupation?
19       A.    I'm a writer.
20       Q.    And what do you write?
21       A.    Just stuff, you know?  Just
22    about factual stuff.  You know, just a
23    bit of this, bit of that.
24       Q.    Have you been paid for any
25    of your writing?
```



Highly Confidential

Page 10

```
 1          HIGHLY CONFIDENTIAL AEO
 2      A.     No.  It's more of a hobby,
 3   really.
 4      Q.     Are you employed?
 5      A.     Nope.
 6      Q.     Do you have any source of
 7   income?
 8      A.     My partner --
 9          MR. GUIRGUIS:  I'm going to
10      object to that.  Income is out.
11          You don't have to answer
12      that.
13      Q.     Do you have any source of
14   income?
15          MR. GUIRGUIS:  I just
16      objected to that.  You don't have
17      to answer.
18          MS. MENNINGER:  Is there a
19      privilege you're asserting?
20          MR. GUIRGUIS:  I'm not sure
21      what the relevance is, and I'm
22      not going to allow --
23          MS. MENNINGER:  Do you
24      believe that relevance is a
25      proper objection during a
```



Highly Confidential

Page 11

```
 1          HIGHLY CONFIDENTIAL AEO
 2     deposition?
 3          MR. GUIRGUIS:  I believe
 4     that if you go far afield with
 5     this witness, that the judge is
 6     not going to appreciate it, and
 7     that I'm not going to just sit
 8     here and be a potted plant and
 9     allow her to answer any questions
10     on any subject that you see fit.
11          MS. MENNINGER:  On
12     relevance?  You're instructing
13     her not to answer on a relevance
14     objection?  Is that what you're
15     saying?
16          MR. GUIRGUIS:  I just
17     objected.
18          MS. MCCAWLEY:  I'm going to
19     object on behalf of the
20     plaintiff, Virginia Giuffre, to
21     the extent that you're requesting
22     from a nonparty financial
23     information, which is not allowed
24     under New York law.
25          MS. MENNINGER:  I have asked
```



Highly Confidential

Page 12

```
 1            HIGHLY CONFIDENTIAL AEO
 2      her whether she has any source of
 3      income, and you're going to
 4      object --
 5            MS. MCCAWLEY:  Yes.
 6            MS. MENNINGER:  -- and
 7      instruct her not to answer as
 8      well?
 9            MS. MCCAWLEY:  I'm not
10      instructing her not to answer.
11      I'm just making a record.
12            MR. GUIRGUIS:  It's
13      financial information --
14            MS. MENNINGER:  And whether
15      she has a financial motive is
16      relevant.
17      Q.    So I'm going to ask you a
18   last time:  Do you have any source of
19   income?
20            MR. GUIRGUIS:  I'm going to
21      instruct you again not to answer.
22      Q.    Has any of your writing been
23   published by anyone?
24      A.    No.
25      Q.    Have you sought to have your
```



Highly Confidential

```
 1          HIGHLY CONFIDENTIAL AEO
 2    writing published by anyone?
 3         A.    No.
 4         Q.    What is your partner's
 5    occupation?
 6              MR. GUIRGUIS:  Objection.
 7              MS. MCCAWLEY:  Objection.
 8              MR. GUIRGUIS:  I'm going to
 9         object, yeah.  Same objection.
10              MS. MENNINGER:  If you are
11         going to instruct the witness not
12         to answer, please say that
13         contemporaneous with your
14         objection, because there are two
15         different things:  There are
16         objections and instructions not
17         to answer.
18              So are you instructing her
19         not to answer what her partner's
20         occupation is?
21              MR. GUIRGUIS:  Right.  Same
22         objection.  I'm instructing the
23         witness not to answer on the
24         basis of both relevance and
25         because she is a third-party non-
```



Page 14

```
 1          HIGHLY CONFIDENTIAL AEO

 2     -- I'm sorry -- nonparty witness

 3     who you are asking for financial

 4     information about --

 5          MS. MENNINGER:  No, I asked

 6     for an occupation.

 7          MS. MCCAWLEY:  I'm going to

 8     object.  That relates directly to

 9     financial information, so it's

10     covered by New York law with

11     respect to nonparty witnesses.

12     Q.    What are the names of your

13 parents?

14     A.    Elizabeth Shaw and Mark

15 Ransome.

16     Q.    How do you spell Shaw?

17     A.    S-H-A-W.

18     Q.    And where do your parents

19 live?

20     A.    I'm not comfortable giving

21 my mother's and my father's address to

22 you.

23          MS. MENNINGER:  Are you

24     instructing her not to answer?

25          MS. MCCAWLEY:  Do you want
```



Highly Confidential

Page 15

```
 1            HIGHLY CONFIDENTIAL AEO
 2       to confer?
 3            MR. GUIRGUIS:  Give me a
 4       moment on this.
 5            THE WITNESS:  We're really
 6       well organized.
 7            (Time noted:  9:21 a.m.)
 8            (Recess.)
 9            (Time noted:  9:23 a.m.)
10       Q.   Ms. Ransome, there was a
11   question pending when you took a break
12   with your lawyers.  Can you please
13   answer the question.
14            MR. GUIRGUIS:  I'm
15       instructing the witness not to
16       answer questions regarding
17       current information about her own
18       location, her family's location,
19       things of that nature.
20            The witness has expressed to
21       me fears of harassment and the
22       belief that she's being followed,
23       and my understanding is that
24       there are other witnesses that
25       have had similar fears and
```



Highly Confidential

Page 16

```
 1           HIGHLY CONFIDENTIAL AEO
 2      concerns.
 3              And unless you make some
 4      sort of proffer of the actual
 5      relevance of her parents'
 6      addresses, wherever those are,
 7      I'm not going to have her answer.
 8              MS. MENNINGER:  Okay.  Where
 9      does that understanding come
10      from, please, Mr. Guirguis?
11              Mr. Guirguis, where does
12      your understanding come from?
13      You just made a factual
14      representation.  I would like to
15      know where your understanding
16      comes from.
17              MR. GUIRGUIS:  Yeah, I'm not
18      being deposed.  I'm not going to
19      answer your questions.
20              MS. MENNINGER:  All right.
21      Q.    Ms. Ransome, did you agree
22  to be a witness in the case of Giuffre
23  versus Maxwell?
24      A.    Yes.
25      Q.    Did you voluntarily agree to
```



Page 17

```
 1          HIGHLY CONFIDENTIAL AEO
 2    do that?
 3         A.    Yes.
 4         Q.    Were you promised anything
 5    in exchange for your testimony in the
 6    Giuffre versus Maxwell case?
 7         A.    No.
 8         Q.    Were you provided legal
 9    counsel?
10         A.    Sorry, does that mean --
11              MS. MCCAWLEY:  You have a
12         lawyer, yes?
13              MR. GUIRGUIS:  Yes.
14         A.    Yes.
15         Q.    Okay.  How many lawyers do
16    you have now?
17         A.    Three.
18              MS. MENNINGER:  I would like
19         the record to reflect that
20         witness is checking with the
21         lawyers to get answers to these
22         questions.
23              MR. POTTINGER:  Wait, wait,
24         wait.  Objection.
25              MR. GUIRGUIS:  There is
```



Page 18

```
 1          HIGHLY CONFIDENTIAL AEO
 2     absolutely no exchange.  No words
 3     were spoken by --
 4          MS. MENNINGER:
 5     Mr. Pottinger, did you put up a
 6     number of fingers?
 7          Did you put up a number of
 8     fingers, Mr. Pottinger?
 9          MR. POTTINGER:  You said,
10     I'm going to object because the
11     witness is answering these
12     questions, in the plural.
13          MS. MENNINGER:  Mm-hmm.
14          MR. POTTINGER:  That is
15     inaccurate.  When she looked at
16     me to ask how many lawyers she
17     had, I said three with three
18     fingers.  That is a single
19     request on her part and a single
20     answer, not multiple.
21          MS. MENNINGER:  No.  She has
22     looked to her lawyers for
23     previous answers.
24          We'll just make a record as
25     we go along.  Thank you.
```



Highly Confidential

```
 1          HIGHLY CONFIDENTIAL AEO
 2              MS. MCCAWLEY:  You could
 3      have had a videotape here so that
 4      we would have a record of that,
 5      because I think your verbal
 6      record is inaccurate, so...
 7              MR. POTTINGER:  And, in
 8      fact, she -- this is Mr.
 9      Pottinger speaking.
10              And, in fact, she has not
11      looked at me during this
12      deposition except one time, which
13      was for what I took to be a
14      request to know how many lawyers
15      she has.
16              MS. MENNINGER:  So are you
17      being deposed, Mr. Pottinger?
18              MR. POTTINGER:  I am not.
19      Q.    Ms. Ransome, how many
20      lawyers do you think you have?
21      A.    Three.
22      Q.    Can you please name them?
23      A.    Peter, Sigrid and Stan.
24      Q.    Is Mr. Bradley Edwards
25      representing you?
```



Page 20

```
 1        HIGHLY CONFIDENTIAL AEO
 2     A.    Yes.
 3     Q.    Is Mr. Paul Cassell
 4  representing you?
 5     A.    No.
 6     Q.    Is Mr. David Boies
 7  representing you?
 8     A.    Yes.
 9           MS. MCCAWLEY:  I just want
10     to be clear for the record if
11     you're talking about representing
12     generally or you're talking about
13     a particular matter.  Because we
14     have a couple matters.
15           MS. MENNINGER:  I'm asking
16     questions here.
17           MS. MCCAWLEY:  No, I
18     understand that you have to make
19     the record clear --
20           MS. MENNINGER:  Ms.
21     McCawley, if you want to ask her
22     questions later, you are more
23     than welcome to do so.  I am
24     going to ask questions of the
25     witness I am deposing.
```



Page 21

1          HIGHLY CONFIDENTIAL AEO

2              MS. MCCAWLEY:  Well, we want

3      the record to be clear that there

4      are more than one action --

5              MS. MENNINGER:  You can ask

6      questions when you're doing your

7      questioning.  I'm doing my

8      questioning now, and so I will

9      ask the questions.

10              MS. MCCAWLEY:  I'm going to

11      object.  The record should be

12      clear there is more than one

13      action pending here.  She is

14      represented here as a nonparty

15      witness, and she also has her own

16      action pending.

17              MR. PAGLIUCA:  Thank you for

18      that speaking objection, Ms.

19      McCawley, and communicating that

20      information to the witness, which

21      you know is totally improper.

22              MS. MCCAWLEY:  Now, that's

23      two people objecting right now.

24      Is it going to be Laura taking

25      this deposition or you, Jeff?



Page 22

```
 1           HIGHLY CONFIDENTIAL AEO
 2      You guys have done this to me
 3      before, and it's not a position
 4      where you're allowed to object
 5      and she's allowed to object.  You
 6      guys pulled that at the last
 7      deposition, so please do not do
 8      this here.
 9           MR. PAGLIUCA:  I was just
10      thanking you.
11      Q.   All right.  So the number of
12   lawyers we're up to so far is
13   Mr. Guirguis, Ms. McCawley,
14   Mr. Pottinger, Mr. Edwards, Mr. Boies.
15           That's five, correct?
16      A.   Can I just ask you a
17   question?
18      Q.   No, you cannot.
19      A.   Okay.
20      Q.   Are those five lawyers that
21   are representing you?
22           MR. GUIRGUIS:  Objection.
23      Q.   Yes or no?
24      A.   Yes.
25      Q.   All right.  Anyone else
```



Highly Confidential

 1          HIGHLY CONFIDENTIAL AEO

 2     representing you?

 3          A.    No.

 4          Q.    Ms. Schultz?  Is

 5     Ms. Meredith Schultz representing you?

 6          A.    No.

 7          Q.    How much are you paying for

 8     any of those lawyers?

 9          A.    It's on a pro-bono basis.

10          Q.    Do you know what each of

11     those lawyers' normal hourly rates

12     are?

13          A.    No.

14          Q.    Do you know how many hours

15     you have spent with your attorneys?

16          A.    No.

17              MR. GUIRGUIS:  Objection.

18          Q.    How many hours have you

19     spent with Mr. Guirguis?

20              MR. GUIRGUIS:  Objection.

21          Q.    Without communicating to me

22     any information you and he have

23     shared.

24          A.    A few, maybe.

25          Q.    How many?



Highly Confidential

```
 1          HIGHLY CONFIDENTIAL AEO
 2     A.     About 11 hours in total.
 3     Q.     When is the first time that
 4  you met Mr. Guirguis?
 5          MR. GUIRGUIS:  Objection.
 6          MS. MCCAWLEY:  You can
 7     answer.
 8          MR. GUIRGUIS:  You can
 9     answer.
10     A.     Yesterday.
11     Q.     You met Mr. Guirguis
12  yesterday?  Was that your answer?
13     A.     Yes.
14     Q.     And who is paying for
15  Mr. Guirguis's fees, if you know?
16     A.     I have a pro-bono
17  arrangement.
18     Q.     Do you know if he's
19  receiving money from anyone else in
20  exchange for representing you?
21     A.     No.
22     Q.     No, you don't know, or no,
23  he is not?
24     A.     I don't know.
25     Q.     How many hours have you
```



Page 25

```
 1           HIGHLY CONFIDENTIAL AEO
 2   spent with Ms. McCawley?
 3        A.    Can I just clarify that
 4   question?  Does that mean on the
 5   phone?  Like what are you referring
 6   to, in person or --
 7        Q.    Either one.  How many hours,
 8   how much time have you spent with
 9   Ms. McCawley in person?
10        A.    I met with Ms. McCawley for
11   the first time in person yesterday,
12   but I've spent -- yeah, we've been --
13   Ms. McCawley was the first person I
14   actually spoke to.
15        Q.    And how many hours have you
16   spent with her on the phone?
17        A.    Many, many hours.
18        Q.    Approximately how many?
19        A.    I don't know.
20        Q.    Five?
21           MR. GUIRGUIS:  Objection.
22        A.    More than five.
23        Q.    Ten?
24           MR. GUIRGUIS:  Objection.
25        Q.    Ten?
```



Highly Confidential

Page 26

```
 1            HIGHLY CONFIDENTIAL AEO
 2       A.    Well, 10, 15.  She's been
 3   with me the whole way since when I
 4   came forward, so she's been a very
 5   prominent person.
 6       Q.    And when did you first speak
 7   with her on the phone?
 8       A.    I think it was --
 9       Q.    Without telling me what you
10   said.
11       A.    I think it was November.
12       Q.    November what?
13       A.    I can't remember the date.
14       Q.    Early November?  Late
15   November?
16            MR. GUIRGUIS:  Objection.
17       A.    I can't remember.
18       Q.    Was she speaking to you on
19   your cell phone or a landline?
20       A.    Cell phone.
21       Q.    A mobile number or a
22   landline?
23       A.    A cell phone.
24       Q.    Okay.  And what's that cell
25   phone number?
```



Highly Confidential

```
 1            HIGHLY CONFIDENTIAL AEO
 2      A.     I don't have it anymore.
 3      Q.     That's okay.  What's the
 4  cell phone number?
 5      A.     I actually don't know.  I
 6  can't remember my cell phone number.
 7  I don't have anything with me, so I
 8  can't remember that number offhand.
 9      Q.     How long did you have that
10  cell phone?
11      A.     About eight months.
12      Q.     What happened to it?
13      A.     I got rid of it.
14      Q.     Why?
15      A.     Because I fear for my life
16  because of Jeffrey Epstein and
17  Ghislaine Maxwell.
18      Q.     What did you do with it?
19      A.     I sold it.
20      Q.     When?
21      A.     November.
22      Q.     Before or after you first
23  spoke with Ms. McCawley?
24      A.     Before.
25      Q.     So then how did you speak
```



Page 28

```
 1           HIGHLY CONFIDENTIAL AEO
 2    with Ms. McCawley over the phone?
 3        A.    On my partner's cell phone.
 4        Q.    What's his cell phone
 5    number?
 6            MS. MCCAWLEY:  Objection.
 7        What's the relevance of her
 8        partner's cell phone?
 9            Again, this is irrelevant.
10        It's harassing.  It's -- you're
11        seeking information to be able
12        to -- the witness has already
13        expressed fear about her --
14        people currently going after her.
15        So we would object to that
16        intimidation of a nonparty
17        witness.
18        Q.    What is your partner's cell
19    phone number?
20            MR. GUIRGUIS:  I'm directing
21        the witness not to answer.
22        Q.    How many hours have you
23    spent speaking with Mr. Pottinger?
24        A.    I've been speaking to
25    Mr. Pottinger from November.
```



```
 1           HIGHLY CONFIDENTIAL AEO
 2      Q.    When in November?
 3      A.    I can't remember.
 4      Q.    On your same cell phone that
 5  you got rid of?
 6      A.    No, on my partner's cell
 7  phone.
 8      Q.    And when did you first meet
 9  Mr. Pottinger in person?
10      A.    It was in the beginning of
11  January.
12      Q.    And where was that meeting?
13      A.    Barcelona.
14      Q.    Where in Barcelona?
15      A.    Barcelona.  It's Barcelona.
16  We meet -- I can't remember the area.
17      Q.    In a restaurant?  In a
18  hotel?  In an office?
19      A.    In a hotel.
20      Q.    And how long did you spend
21  with Mr. Pottinger on that occasion?
22      A.    Two days.
23      Q.    How many hours over the two
24  days?
25      A.    Gosh, about 16.
```



Page 30

```
 1          HIGHLY CONFIDENTIAL AEO
 2     Q.     How many hours did you spend
 3  with Mr. Edwards?
 4          MS. MCCAWLEY:  Objection.
 5     A.     The same amount.
 6     Q.     He was with Mr. Pottinger?
 7     A.     Yeah, yes.
 8     Q.     And Mr. Boies, how much time
 9  have you spent with Mr. Boies?
10     A.     I haven't spent any time
11  with him yet.
12     Q.     Have you met him?
13     A.     No.
14     Q.     Have you spoken to him on
15  the phone?
16     A.     No.
17     Q.     And you have not paid any
18  money for any of those lawyers' time,
19  correct?
20     A.     Yes.
21     Q.     In addition to your free
22  legal counsel, were you given anything
23  else in exchange for your agreement to
24  be a witness in this case?
25          MR. GUIRGUIS:  Objection.
```



Highly Confidential

Page 31

```
 1           HIGHLY CONFIDENTIAL AEO
 2      A.     No.
 3      Q.     Did you fly over here?
 4      A.     Yes.
 5      Q.     From Barcelona?
 6      A.     Yes.
 7      Q.     Did you pay for the plane
 8  ticket?
 9      A.     Yes.
10      Q.     How much was the plane
11  ticket?
12      A.     It was -- I think it was
13  1,000 -- it was 1,000 -- I can't
14  remember the exact total.
15      Q.     Has anyone agreed to
16  reimburse you for that?
17      A.     No.
18      Q.     And you're staying where
19  while you're here?
20           MR. GUIRGUIS:  Objection.
21           And direct you not to answer
22      that.
23      Q.     Are you staying in a hotel
24  while you're here?
25           MR. GUIRGUIS:  You can
```



Highly Confidential

Page 32

```
1           HIGHLY CONFIDENTIAL AEO
2      answer that.
3      A.     Yeah.
4      Q.     Are you paying for that?
5           MR. GUIRGUIS:  Objection.
6           I'm directing you not to
7      answer.
8           MS. MCCAWLEY:  You can
9      answer.
10          MR. GUIRGUIS:  I think you
11     can answer.
12          MS. MCCAWLEY:  Yeah, I think
13     you can answer.
14          MR. GUIRGUIS:  That's fine.
15     I agree.
16          MS. MCCAWLEY:  You're a
17     nonparty witness.  You can answer
18     that question.
19          MS. MENNINGER:  Who is --
20          MS. MCCAWLEY:  I am
21     representing Virginia.  He is
22     representing the witness.
23          MS. MENNINGER:  Well, you're
24     representing the witness as well,
25     right?
```



Page 33

```
 1           HIGHLY CONFIDENTIAL AEO
 2              MS. MCCAWLEY:  I'm not.
 3              MS. MENNINGER:  Well, did
 4       you just tell her she can answer
 5       a question?
 6              MS. MCCAWLEY:  I did.
 7       Q.    Are you paying for the
 8   hotel?
 9       A.    No.
10       Q.    Who's paying for the hotel?
11       A.    It's on expenses, I think,
12   of a witness.  It's expenses from --
13   yeah, I don't know, actually.
14       Q.    You don't know who is paying
15   for your hotel?
16       A.    No.
17       Q.    It's not you?
18       A.    No.
19       Q.    And how much per night is
20   your hotel?
21       A.    I have no idea.
22       Q.    How long are you staying
23   here on this trip?
24       A.    Just for the deposition.
25       Q.    Okay.  When did you arrive?
```



Highly Confidential

Page 34

```
 1           HIGHLY CONFIDENTIAL AEO
 2      A.      It was Tuesday, late Tuesday
 3  night.
 4      Q.      And when are you leaving?
 5      A.      Tomorrow evening.
 6      Q.      In addition to your legal
 7  counsel and your hotel, is there
 8  anything else you've been given in
 9  exchange for your --
10      A.      No.
11      Q.      -- to be a witness in this
12  case?
13              You have to wait for me to
14  finish my question before you answer.
15      A.      Sorry.
16      Q.      Have you been given anything
17  else?
18      A.      No.
19      Q.      Have you been promised
20  anything else?
21      A.      No.
22      Q.      Have you been promised that
23  you would have counsel to help you
24  bring a lawsuit against a number of
25  people?
```



Page 35

```
 1            HIGHLY CONFIDENTIAL AEO
 2            MS. MCCAWLEY:  Objection.
 3            To the extent this gets into
 4       attorney/client privileged
 5       information, you're not allowed
 6       to answer.
 7       Q.    Have your lawyers agreed to
 8   bring a lawsuit on your behalf against
 9   a number of people?
10       A.    Yes.
11       Q.    And are you paying for that
12   counsel?
13       A.    No.
14       Q.    Have you reached any
15   agreement about a contingency fee for
16   that case?
17       A.    Can you explain what
18   contingency means?  Sorry.
19       Q.    Do you expect to receive
20   money as a result of that lawsuit?
21       A.    Oh, no.  No.
22       Q.    You're not asking to receive
23   any money as a result of that lawsuit?
24       A.    No.  No.
25       Q.    All right.  So have you had
```



Highly Confidential

Page 36

```
 1            HIGHLY CONFIDENTIAL AEO
 2    any agreements regarding writing a
 3    book --
 4        A.    No.
 5        Q.    -- about your experience?
 6              You have to wait for me to
 7    finish my question.
 8              Have you had any agreements
 9    with your lawyers about media rights
10    in any form?
11              MR. GUIRGUIS:  Objection to
12         the extent that you're asking
13         about communications with the
14         attorneys.
15              MS. MENNINGER:  I'm asking
16         about her arrangement with her
17         attorneys, which is not
18         privileged.
19        A.    Can you please repeat the
20    question.
21        Q.    Have you reached any
22    agreement with your attorneys
23    regarding media rights for your story?
24        A.    No.
25        Q.    Have you talked to anyone
```



Highly Confidential

Page 37

```
 1          HIGHLY CONFIDENTIAL AEO
 2    about publishing anything relating to
 3    your story?
 4        A.    Can you repeat the question,
 5    please.
 6              MS. MENNINGER:  Can you read
 7        it back.
 8              (Requested portion of the
 9        record was read back.)
10        A.    Yes, I have.
11        Q.    Who have spoken to?
12        A.    The New York Post.
13        Q.    Who at the New York Post?
14        A.    Maureen Callahan.
15        Q.    And when did you speak with
16    her?
17        A.    I think it was later
18    October.
19        Q.    Have you spoken with her
20    since?
21        A.    No.
22        Q.    And how long did you speak
23    to her?
24        A.    I spoke to her for, gosh,
25    about 30 minutes on the phone once.
```



Highly Confidential

Page 38

```
 1            HIGHLY CONFIDENTIAL AEO
 2        Q.    And what was -- what did you
 3   tell her in your phone call?
 4        A.    I told her what Jeffrey
 5   Epstein and Ghislaine Maxwell did to
 6   me and the other girls.
 7        Q.    Did she give you any money
 8   in exchange for that interview?
 9        A.    No.
10        Q.    Did she publish anything
11   related to that interview?
12        A.    No.
13        Q.    How did you get in touch
14   with Ms. Callahan?
15        A.    I emailed after I read an
16   article that she had written about
17   Jeffrey Epstein, and the last sentence
18   was -- it was on the 16th of October,
19   and one of the last sentences I
20   remember was, will we ever know the
21   true extent of Jeffrey Epstein's
22   victims.  And I wrote her after that
23   because, well, it still continues,
24   doesn't it.
25        Q.    Where is the email that you
```



Page 39

```
 1           HIGHLY CONFIDENTIAL AEO
 2   wrote her?
 3        A.    It's on a -- it's on my
 4   computer.
 5        Q.    Okay.  In your Yahoo
 6   account?
 7        A.    Yes.
 8        Q.    Did you have any agreement
 9   with her to have any additional
10   conversation?
11        A.    Yes.
12        Q.    And what was that agreement?
13        A.    It wasn't an agreement per
14   such.  What actually happened was I
15   came forward.  As soon as I came
16   forward, there was -- where I live in
17   Barcelona, there's quite a lot -- it's
18   quite busy traffic with people.
19           I came forward to Maureen
20   Callahan.  I wanted to tell my story,
21   and I want to run a campaign in which
22   all the girls that have been abused by
23   Ghislaine and Jeffrey can come
24   forward.  And I wanted to run a
25   campaign with the New York Post to get
```



Page 40

```
 1            HIGHLY CONFIDENTIAL AEO
 2   these girls to have the courage to
 3   come forward, because I know a lot of
 4   them are frightened like myself.
 5            The email correspondence I
 6   had with Maureen Callahan, she was
 7   going away or something and she was
 8   going to write a piece in the New York
 9   Post about my story.  During that time
10   it was the elections, so there was a
11   lot more other things going on.
12            There were two people
13   following me after I came forward to
14   Maureen Callahan.  I went to -- I
15   walked downstairs.  I walked around --
16   I have a usual routine that I do.  In
17   the morning I went out, I saw the same
18   two people.  Later on that afternoon,
19   I saw the same two people again.  I
20   was frightened.  I'm frightened for my
21   life, absolutely frightened.  So there
22   you go.
23            So that's what I was --
24   communication stopped between Maureen
25   Callahan and I.  I got really angry
```



Highly Confidential

Page 41

```
 1            HIGHLY CONFIDENTIAL AEO
 2    with Maureen because she had obviously
 3    told someone.  Being the New York
 4    Post, so, you know.
 5         Q.    So you had an email to
 6    Ms. Callahan and an email back from
 7    her?
 8         A.    Yes.
 9         Q.    More than one?
10         A.    Yes.
11         Q.    How many?
12         A.    I can't remember.
13         Q.    More than ten or less than
14    ten?
15         A.    Less than ten.
16         Q.    And you had one phone call
17    with her or more than one?
18         A.    Just one.
19         Q.    And it lasted about 30
20    minutes?
21         A.    About that.
22         Q.    And was that also on the
23    cell phone that you got rid of?
24         A.    That was on my partner's
25    cell phone.
```



Highly Confidential

Page 42

```
 1           HIGHLY CONFIDENTIAL AEO
 2      Q.     And what had you read in the
 3   press that caused you to get in touch
 4   with Ms. Callahan?
 5           MS. MCCAWLEY:   Objection to
 6      form.  Go ahead.
 7      A.     You can read the article
 8   yourself.  It's on the 16th of
 9   October, there's an article in the New
10   York Post written by Maureen Callahan.
11   You can read it.  And that's what
12   inspired me to come forward.
13      Q.     What do you recall about
14   that article?
15      A.     Oh, I can't remember.  The
16   one thing I do remember is the last
17   sentence of the article, which has
18   stuck with me and quite prominent, and
19   that is, will we ever know the true
20   extent of Jeffrey Epstein's victims.
21      Q.     Do you recall anything else
22   about the article?
23      A.     It's just the same.  When I
24   read the article, the stuff that I had
25   experienced myself with Jeffrey, it's
```



Highly Confidential

Page 43

```
 1            HIGHLY CONFIDENTIAL AEO
 2   just same old stuff, just continuing.
 3   I thought he had stopped abusing
 4   girls.
 5        Q.    What do you recall reading a
 6   article that Jeffrey Epstein was
 7   doing?
 8        A.    I can't remember.
 9        Q.    Anything at all?
10        A.    You can read the article.  I
11   can't remember.
12        Q.    The question is what you
13   remember.
14        A.    I can't remember.
15        Q.    You remember nothing else
16   about the article --
17              MS. MCCAWLEY:  Asked and
18        answered objection.
19        Q.    -- except it was related to
20   Jeffrey Epstein and it ended with the
21   sentence that you've described?
22              MS. MCCAWLEY:  Objection,
23        asked and answered.
24        A.    Yes.
25        Q.    What do you know about other
```



Page 44

```
 1              HIGHLY CONFIDENTIAL AEO
 2    girls being frightened?
 3        A.    I know that the girls on the
 4    island and in New York during my time
 5    with Jeffrey and Ghislaine, that they
 6    were frightened.
 7        Q.    Okay.  What are the names of
 8    those girls?
 9        A.    Natalya Malyshev.  ███████
10    -- I don't know her surname.  I can't
11    remember her surname.
12        Q.    How do you spell the first
13    name?
14        A.    ███ -- I'm just taking a
15    guess, ████████, I'm guessing, I
16    think.
17            MR. GUIRGUIS:  I'm going to
18        remind the witness I told her not
19        to speculate, but that's okay.
20        Q.    In addition to Natalya
21    Malyshev and ███████, what are the
22    names of the other girls who you
23    believe are frightened?
24        A.    Jennifer.  There were a
25    couple other girls I met during my
```



Highly Confidential

Page 45

```
 1          HIGHLY CONFIDENTIAL AEO
 2   time with Ghislaine and Jeffrey that
 3   were frightened.
 4        Q.    What were the names of the
 5   girls that you met that were
 6   frightened?
 7        A.      There was Jennifer, ███████,
 8   Natalya Malyshev.  And there were two
 9   other girls, I can't remember their
10   names.
11        Q.    Okay.  Please describe them.
12        A.    The -- describe all the
13   girls or --
14        Q.    No.  We're talking about the
15   girls that you met on the island that
16   you described as frightened.
17        A.    Okay.  On the island --
18          MR. GUIRGUIS:  Objection.
19        You seem to be suggesting that
20        all those girls are from the
21        island.  I'm not sure that's the
22        testimony.
23        Q.    All right.  You said girls
24   on the island and in New York who are
25   frightened.  I asked you for their
```



Page 46

```
 1              HIGHLY CONFIDENTIAL AEO
 2   names.
 3              You gave me three, correct?
 4        A.    Yes.
 5        Q.    You said there were two
 6   others, correct?
 7        A.    Mm-hmm.
 8        Q.    What did those two other
 9   girls look like?
10        A.    I can't really remember.
11   One had blonde hair; long, blonde
12   hair.
13        Q.    Anything else about that?
14        A.    I can't remember.
15        Q.    The other girl, can you
16   remember her hair color?
17        A.    No, I can't remember.
18        Q.    Do you know the height of
19   either one of them?
20        A.    No, I can't remember.
21        Q.    Do you have a photograph of
22   either one of them?
23        A.    No.
24        Q.    And where did you meet these
25   two other girls?
```



Highly Confidential

Page 47

```
 1           HIGHLY CONFIDENTIAL AEO
 2      A.      In New York.
 3      Q.      Where in New York?
 4      A.      I can't remember.
 5      Q.      You don't know the location
 6  at all?
 7      A.      No.  It was ten years ago.
 8      Q.      Was it in a home or in a
 9  commercial setting?
10      A.      I met girls commercially and
11  in home settings.
12      Q.      Where did you meet these two
13  other girls you described as being
14  frightened?
15      A.      I can't remember.
16      Q.      What is Jennifer's last
17  name?
18      A.      I don't know.
19      Q.      What does Jennifer look
20  like?
21      A.      She's got long, blonde hair.
22      Q.      How long?
23      A.      Long, long hair.
24      Q.      Longer than your hair now?
25      A.      I think so.  I think it was
```



Page 48

```
 1           HIGHLY CONFIDENTIAL AEO
 2    longer.
 3        Q.    So middle of her back?
 4        A.    I can't -- I can't remember
 5    on how long her hair is.
 6        Q.    Where did you meet Jennifer?
 7        A.    I met Jennifer first in New
 8    York.
 9        Q.    Where in New York?
10        A.    I can't remember.
11        Q.    Anywhere in New York?  You
12    can't remember at all?
13        A.    I can't remember the
14    location.
15        Q.    Was it at Mr. Epstein's
16    home?
17             MR. GUIRGUIS:  Objection.
18        You have asked her now almost 20
19        questions about where she met
20        these girls, and she has
21        consistently said that she does
22        not remember.
23        Q.    Was it in Mr. Epstein's
24    home?
25        A.    No.
```



Highly Confidential

Page 49

```
 1          HIGHLY CONFIDENTIAL AEO
 2     Q.    Was it at a club?
 3          MR. GUIRGUIS:  Are we going
 4     to spend seven hours with her
 5     saying I can't remember where she
 6     met these two girls?
 7     Q.    Was it at a club?
 8     A.    One was at a club.
 9     Q.    Which one?
10     A.    Natalya Malyshev.
11     Q.    Where did you meet ███████?
12     A.    I first met ██████  on the
13 island.
14     Q.    Did you meet her a second
15 time?
16     A.    Yes.
17     Q.    Where did you meet her the
18 second time?
19     A.    I can't remember.
20     Q.    State?
21     A.    Can't remember.
22     Q.    Country?
23     A.    Well, U.S.
24          THE WITNESS:  Sorry, can I
25     have a break?  I actually need to
```



Highly Confidential

Page 50

```
 1              HIGHLY CONFIDENTIAL AEO
 2       go to the bathroom.  Sorry.
 3              MS. MENNINGER:  Yes, I don't
 4       think I have a question pending.
 5       We'll go off the record now.
 6              (Time noted:  9:52 a.m.)
 7              (Recess.)
 8              (Time noted:  10:07 a.m.)
 9       Q.     So I want to return to your
10   conversations with Ms. Callahan,
11   conversation with Ms. Callahan.
12              Did you have any further
13   communications with her after the
14   phone call you described?
15       A.     There were, I think, a few
16   emails exchanged, but nothing ever
17   came about it.
18       Q.     And, again, those are emails
19   from your Yahoo account?
20       A.     Yes.
21       Q.     Did you ask Ms. Callahan for
22   compensation in exchange for your
23   story?
24              MS. MCCAWLEY:  Objection,
25       asked and answered.
```



Page 51

```
 1          HIGHLY CONFIDENTIAL AEO
 2      A.     No.
 3      Q.     Had you seen any other
 4  stories in the press about Jeffrey
 5  Epstein?
 6      A.     Through the last ten years,
 7  I've seen a few articles written about
 8  Jeffrey Epstein.
 9      Q.     What do you recall about
10  those articles?
11      A.     The way he used to abuse
12  girls.  Basically articles written
13  very similar to my own story -- well,
14  identical, so...
15      Q.     And have you written down
16  your story?
17      A.     No.
18      Q.     Nowhere?
19      A.     No.
20      Q.     Did you see any articles
21  about Virginia Roberts?
22      A.     Yes.
23      Q.     Which articles did you see
24  about Virginia Roberts?
25      A.     I can't remember.  It was
```



Page 52

```
 1           HIGHLY CONFIDENTIAL AEO
 2    quite some time ago.
 3        Q.    What do you recall about it?
 4        A.    She came forward and I
 5    was -- it was a few years ago that she
 6    came forward, and her story was
 7    exactly the same as mine.
 8              I can't remember
 9    specifically what article I read, but
10    every single article I did read during
11    the duration of that time, she
12    experienced the same thing I did.
13              So it was more or less the
14    same context and it's the same story
15    in all articles, really.
16        Q.    So you were reading these
17    articles over the course of a period
18    of ten years, you think?
19        A.    Yeah.  I didn't pay much
20    attention to it because I've spent the
21    last ten years trying to get over that
22    experience, and I've been frightened
23    to come forward.
24        Q.    And when you read the
25    articles, you noticed that there were
```



Highly Confidential

Page 53

```
 1          HIGHLY CONFIDENTIAL AEO
 2   details that you thought were similar
 3   to your experience?
 4          MS. MCCAWLEY:  Objection.
 5      A.    They were details that were
 6   exactly the same as what I had
 7   experienced.
 8      Q.    Do you know whether anyone
 9   else had brought lawsuits against
10   Mr. Epstein?
11      A.    No.
12      Q.    Did you save any of these
13   articles that you read?
14      A.    Sorry, can you repeat that.
15      Q.    Did you save any of the
16   articles that you read?
17      A.    No.
18      Q.    Where did you grow up?
19      A.    I grew up in South Africa.
20   I then finished school in Scotland.
21      Q.    When did you move to
22   Scotland?  How old were you?
23      A.    I was 14.
24      Q.    Did your family move to
25   Scotland or just you?
```



Highly Confidential

Page 54

```
 1          HIGHLY CONFIDENTIAL AEO
 2      A.      Just myself.
 3      Q.      Are you a South African
 4  citizen?
 5      A.      Yes.
 6      Q.      Do you have a South African
 7  passport?
 8      A.      Well, yeah.  It was stolen.
 9  I'm reapplying for a new one.  I have
10  to renew my South African passport.
11  It was stolen.  South Africa for you.
12      Q.      So when did you get that
13  South African passport?
14      A.      I can't remember.  I've had
15  a South African passport my whole
16  life, so...
17      Q.      And when was it stolen?
18      A.      I think it was 2014, 2015.
19      Q.      So you were born in South
20  Africa, you're a South African
21  citizen, and you had a South African
22  passport your whole life.
23              Have I got that right?
24      A.      Mm-hmm.
25      Q.      Yes or no?
```



Highly Confidential

```
 1          HIGHLY CONFIDENTIAL AEO
 2             MR. GUIRGUIS:  Objection to
 3      form.
 4             You can answer.
 5      A.     Yes.
 6      Q.     Did you also have a British
 7 passport?
 8      A.     Yes.
 9      Q.     How did that come about?
10      A.     My mom's side of the family
11 is British.
12      Q.     And when did you get a
13 British passport?
14      A.     I think when I was about
15 five.
16      Q.     Do you have a dual
17 citizenship?
18      A.     Yes.
19      Q.     And do you travel using both
20 passports?
21      A.     It's really complicated.  I
22 only use my South African passport
23 when I enter into South Africa.  So
24 that's the only time I use my South
25 African passport, then.
```



Highly Confidential

Page 56

```
 1          HIGHLY CONFIDENTIAL AEO
 2              Other than that, I use my
 3    British passport for all other
 4    transportation.  Because South Africa
 5    you need, like, a visa; it's really
 6    complicated.  So I'm lucky I've got a
 7    British passport.
 8       Q.    It's easier to travel on a
 9    British passport than a South African
10    passport?
11       A.    Yeah, a lot easier.  A lot
12    easier.
13       Q.    All right.  Did you have any
14    siblings growing up?
15       A.    Yes.
16       Q.    How many?
17       A.    I've got one real older
18    brother and then I've got a half
19    younger brother and a half younger
20    sister.
21       Q.    Did you all grow up in the
22    same home?
23       A.    No.
24       Q.    Who did you grow up in the
25    same home with?  I don't need their
```



Highly Confidential

Page 57

```
 1            HIGHLY CONFIDENTIAL AEO
 2    names, but just the people you just
 3    described.
 4            MR. GUIRGUIS:  Objection.
 5            You can answer.
 6       A.    I grew up with my mom and my
 7    stepdad, and my brother was just
 8    entering boarding school.
 9            And then I lived with my
10    auntie and uncle in Scotland.
11       Q.    And cousins?
12       A.    Yeah, and cousins.  One
13    cousin.
14       Q.    And how long did you attend
15    school in Scotland?
16       A.    About three years.
17       Q.    Did you graduate?
18       A.    Yep, yes.
19       Q.    Is that the equivalent of
20    our high school?
21       A.    Yeah, it is.
22       Q.    Did you go to college?
23       A.    I went to university to
24    study psychology and sociology.
25       Q.    Where did you go?
```



Page 58

```
 1          HIGHLY CONFIDENTIAL AEO
 2     A.     Queen Margaret University in
 3   Edinburgh.
 4     Q.     Did you graduate?
 5     A.     No, I didn't.
 6     Q.     Did you go to that college
 7   immediately after graduating from high
 8   school?
 9     A.     No.
10     Q.     When did you go to that
11   college?
12     A.     2004.
13     Q.     And how long did you stay at
14   Queen Margaret college?
15     A.     A year and a half.
16     Q.     Why did you leave college?
17     A.     I chose the wrong course.  I
18   didn't -- I didn't really agree with
19   what I was being taught in sociology,
20   so I quit.
21     Q.     During the time you were in
22   college, did you work?
23     A.     Yes.
24     Q.     Where did you work?
25     A.     I was a waitress at a bar.
```



Highly Confidential

Page 59

```
 1          HIGHLY CONFIDENTIAL AEO
 2     Q.    Anything else?
 3     A.    No.
 4     Q.    Have you ever been married?
 5     A.    No.
 6     Q.    Have you ever been engaged?
 7     A.    Yes.
 8     Q.    To whom?
 9     A.    Peter Coulthard.
10     Q.    Your current partner?
11     A.    Yes.
12     Q.    Anyone else?
13     A.    Yes, I have.
14     Q.    Who else have you been
15  engaged to?
16          MS. MCCAWLEY:  Objection.
17          MR. GUIRGUIS:  Objection.
18     A.    I don't really see the
19  relevance in that.
20     Q.    Who else have you been
21  engaged to?
22     A.    Andrew Ralph.
23     Q.    Was he listed in your
24  passport?
25     A.    Yes.
```



Page 60

```
 1            HIGHLY CONFIDENTIAL AEO
 2      Q.      Anyone else?
 3      A.      Listed on my passport?
 4  Sorry.
 5      Q.      Have you been engaged to
 6  anyone else?
 7      A.      Oh, sorry.  I've got a
 8  really bad train...  No.
 9      Q.      During what period of time
10  were you engaged to Andrew Rolph?
11      A.      I can't remember.
12      Q.      Was it before 2006 or after?
13      A.      After.
14      Q.      How long after?
15      A.      Three years.
16      Q.      Did you know Mr. Rolph
17  during 2006?
18      A.      It's Ralph, sorry.
19  R-A-L-P-H.
20              Vaguely, vaguely.  We lost
21  contact.
22      Q.      When did you lose contact?
23      A.      In 2006.
24      Q.      And when did you reestablish
25  contact?
```



Page 61

```
 1          HIGHLY CONFIDENTIAL AEO
 2      A.     2008.
 3      Q.     Do you go by any other
 4  names?
 5      A.     No.
 6      Q.     Do you go by SarahEmmaAshley
 7  online?
 8      A.     I don't think so.  I don't
 9  know.
10      Q.     On Twitter?
11      A.     I don't have any social
12  media platforms, so I can't remember.
13      Q.     Have you ever gone by
14  SarahEmmaAshley, all one word, on
15  Twitter?
16      A.     I can't remember.
17      Q.     Do you have any tattoos?
18      A.     Yes.
19      Q.     Where?
20      A.     One here.
21      Q.     Indicating on your arm?
22      A.     Indicating on my arm, sorry.
23  No camera.
24             Yes, I have one, two, three
25  four.
```



Highly Confidential

Page 62

1          HIGHLY CONFIDENTIAL AEO

2      Q.     Where is the second one?

3      A.     I've got four.

4      Q.     All right.  Just tell me

5   where they are.

6      A.     One is on my arm, one is on

7   my right hip, one's on my upper bikini

8   line on my right inner thigh, and I've

9   got one on my left side on my rib

10  cage.

11     Q.     Okay.  Have you had them for

12  a long time?

13     A.     I've had -- hang on.  Two I

14  have had for a long time.

15     Q.     Which ones are they?

16     A.     The scorpion on my right hip

17  and my Leo symbol on my bikini line.

18     Q.     Have you ever obtained a

19  college degree?

20     A.     No.

21     Q.     Have you ever gone back to

22  college?

23     A.     I have tried to.  I wanted

24  to.

25     Q.     When did you do that?



Page 63

```
 1          HIGHLY CONFIDENTIAL AEO
 2     A.     When I moved to New York.
 3     Q.     In 2006?
 4     A.     Correct.
 5     Q.     Any other time?
 6     A.     Well, recent.  I mean, I'm
 7  going back to university next year, so
 8  I'm currently relooking at colleges.
 9  I'm going back to do my psychology
10  degree.
11     Q.     Where?
12     A.     I haven't decided yet
13  because I'm looking for an open degree
14  -- well, sorry, home learning, so I
15  haven't found somewhere yet.  But I'm
16  currently going -- well, my aim is to
17  go back to university and get
18  qualified.
19     Q.     Between 2006 and today, have
20  you applied to any other colleges?
21     A.     No.
22            Oh, yes.  Sorry, can you
23  repeat the question?  Sorry.
24            MS. MENNINGER:  He can read
25       it back.
```



Page 64

```
 1          HIGHLY CONFIDENTIAL AEO
 2     A.     Yes.  Yes.
 3     Q.     Okay.  When did you apply to
 4 colleges between 2006 and today?
 5     A.     It was 2006.
 6     Q.     Is that FIT?
 7     A.     That's correct.
 8     Q.     Anywhere else?
 9     A.     No.
10     Q.     Other than working as a
11 waitress at a bar during college in
12 2004-2005, what other employment have
13 you had?
14     A.     I have worked in
15 hospitality.  I've worked in
16 superyachting, those wealthy people
17 that have superyachts.  I used to work
18 for them.  I have done modeling.  And
19 I can't remember any...
20     Q.     Did you have a modeling
21 agent?
22     A.     I did in Scotland.
23     Q.     In college?
24     A.     Mm-hmm, that's correct.
25     Q.     Any other time?
```



Highly Confidential

Page 65

1            HIGHLY CONFIDENTIAL AEO

2       A.     No.

3       Q.     And what type of modeling

4    was that?

5       A.     Just commercial.

6       Q.     Print?

7       A.     Yep.

8       Q.     Runway?

9       A.     Yep.

10      Q.     TV or ads?

11      A.     No.

12      Q.     And all in Scotland?

13      A.     No.

14      Q.     Where else did you model?

15      A.     New York.

16      Q.     Anywhere else?

17      A.     No.

18      Q.     London?

19      A.     Oh, yeah, I did, sorry.  I

20   did do modeling, a bit of modeling in

21   London.

22      Q.     All right.  When did you do

23   modeling in New York?

24      A.     During -- when I first

25   arrived in New York in 2006.



Page 66

```
 1            HIGHLY CONFIDENTIAL AEO
 2       Q.    How much money did you make
 3   as a model?
 4            MR. GUIRGUIS:  Objection.
 5       A.    I can't remember.
 6       Q.    When did you work in
 7   superyachting?
 8       A.    I can't remember.  About
 9   2011.  About 2011.
10       Q.    And when did you work in
11   hospitality?
12       A.    I've worked in hospitality
13   my whole life.  I've worked in -- I
14   mean, hospitality, I've either done
15   bar work, waitressing, superyachting,
16   yeah.
17       Q.    So on and off?
18       A.    Yeah, on and off.
19       Q.    And since you were an adult?
20       A.    And since I was an adult, I
21   worked in corporate jobs as well.
22       Q.    Where did you work in
23   corporate jobs?
24       A.    In South Africa.
25       Q.    And just so I understand,
```



Page 67

```
 1            HIGHLY CONFIDENTIAL AEO
 2   you lived in Scotland from the ages of
 3   14 to 22?
 4       A.    That's correct.
 5       Q.    And then where did you move?
 6       A.    To New York.
 7       Q.    And how long did you live in
 8   New York?
 9       A.    About seven, eight months.
10       Q.    And where did you move?
11       A.    Back in London.
12       Q.    And how long did you live in
13   London?
14       A.    Well, I lived in the UK.
15   Because I moved around a few times, so
16   I didn't just specifically live in
17   London.  But I was in the UK about
18   2012.
19       Q.    And then where did you move?
20       A.    I then went into the
21   superyachting industry, so I didn't --
22   I lived on a boat in Italy and south
23   of France.
24       Q.    Did you work for a company?
25       A.    I worked for a private
```



Highly Confidential

Page 68

1           HIGHLY CONFIDENTIAL AEO
2    owner.
3        Q.    On one yacht?
4        A.    On multiple yachts.
5        Q.    And what was your job?
6        A.    Stewardess -- stewardess,
7    and then I was a deckhand.
8        Q.    With wine?
9        A.    Sorry?
10       Q.    What's a decant?
11       A.    A deckhand.
12             MS. MCCAWLEY:  D-E-C-K.
13             THE WITNESS:  Sorry.
14             MS. MENNINGER:  Oh,
15        deckhand.  I thought you were
16        decanting wine.  It's a pretty
17        good job.
18       Q.    Who is the owner of the
19    ship?
20       A.    I'm not allowed to specify.
21       Q.    Do you have a
22    confidentiality agreement?
23       A.    I did sign a confidentiality
24    agreement when I started employment.
25       Q.    And how long were you



Highly Confidential

Page 69

```
 1          HIGHLY CONFIDENTIAL AEO
 2   employed in superyachting?
 3       A.    Two and a half years.
 4       Q.    Okay.  And what did you do
 5   after that?
 6       A.    I moved back to Cape Town.
 7       Q.    So that was in 2014?
 8       A.    I can't remember the
 9   specific dates or year.
10       Q.    Between 2014 and 2016?
11       A.    I've moved 47 times, so I
12   can't remember.
13       Q.    You can't remember what year
14   you moved back to Cape Town?
15       A.    No.
16       Q.    Okay.  And who did you live
17   with when you moved back to Cape Town?
18       A.    Myself.
19       Q.    And how long did you live
20   there?
21       A.    Four years.
22       Q.    And you, when did you move
23   after that?
24       A.    December.  Yeah, it was
25   December 2015.  Sorry.  It was
```



Page 70

```
 1            HIGHLY CONFIDENTIAL AEO
 2    December 2015.
 3        Q.    Where did you move?
 4        A.    I moved from Cape Town to
 5    London.
 6        Q.    And how long did you live
 7    there?
 8        A.    Three months.
 9        Q.    And then where did you move?
10        A.    Barcelona.
11        Q.    So in March 2016?
12        A.    Sorry, no, just hang on.
13    Sorry.  I moved to Barcelona around
14    June, June last year.
15        Q.    2016 June?
16        A.    Yeah.
17        Q.    You moved to Barcelona?
18        A.    Yeah.
19        Q.    When you came to the U.S.,
20    you said that was in 2006?
21        A.    Correct.
22        Q.    And who did you come with?
23        A.    Myself.
24        Q.    And who paid for your plane
25    ticket?
```



Page 71

```
 1           HIGHLY CONFIDENTIAL AEO
 2      A.     Myself.
 3      Q.     Why did you come?
 4      A.     I wanted to advance my
 5  career.
 6      Q.     What year?
 7      A.     I wanted to go to FIT
 8  university.
 9      Q.     Did you have a student visa
10  when you came in 2006?
11      A.     No.
12      Q.     Had you applied to FIT when
13  you came to New York in 2006?
14      A.     No.
15      Q.     Did you have a job when you
16  came here in 2006?
17      A.     No.
18      Q.     Where did you stay when you
19  got here in 2006?
20      A.     The Upper East Side.
21      Q.     With whom?
22      A.     It was just a housemate,
23  house.
24      Q.     What was that person's name?
25      A.     Chris.
```



Highly Confidential

Page 72

```
 1          HIGHLY CONFIDENTIAL AEO
 2     Q.     How do you spell Chris?
 3     A.     C-H-R-I-S.
 4     Q.     And what's the last name of
 5  Chris?
 6     A.     I can't remember.
 7     Q.     Male or female?
 8     A.     Male.
 9     Q.     How old?
10     A.     I think he was in his 40s.
11     Q.     And how did you meet Chris?
12     A.     I met Chris just via -- I
13  met him when -- why can't I remember?
14  I think, yeah, I was looking for an
15  apartment when I got here so it was
16  just a -- like, we just kind of met on
17  the Upper East Side and, yeah, I said
18  I was looking for somewhere to stay.
19     Q.     Did you pay rent?
20     A.     Yes.
21     Q.     How much did you pay?
22     A.     I can't remember.
23     Q.     A thousand dollars?
24          MR. GUIRGUIS:  Objection.
25     A.     I think it was less than
```



Highly Confidential

Page 73

```
 1            HIGHLY CONFIDENTIAL AEO
 2     that.
 3         Q.     Did you have your own
 4     bedroom?
 5         A.     No.
 6         Q.     Was Chris the only other
 7     occupant?
 8         A.     There was another guy.
 9         Q.     Did you share a bed with
10     anyone at that house?
11         A.     With Chris.
12         Q.     Were you in a relationship
13     with Chris?
14         A.     No.
15         Q.     You slept in a bed with
16     Chris in the apartment on the Upper
17     East Side?
18         A.     That's correct.
19         Q.     What was the address of that
20     apartment?
21         A.     I can't remember.
22         Q.     Do you have any way of
23     reaching Chris now?
24         A.     No, no, I don't.
25         Q.     Do you know approximately
```



Page 74

 1          HIGHLY CONFIDENTIAL AEO
 2   where in New York it was besides the
 3   Upper East Side?
 4       A.    I just remember it being in
 5   the Upper East Side.  I can't remember
 6   the exact location.
 7       Q.    Any of the cross-streets?
 8       A.    I went there the other day,
 9   and it looks -- it looks familiar.  I
10   can't -- I can't remember
11   specifically.
12       Q.    You went to the apartment
13   the other day?
14       A.    No, I didn't go to the
15   apartment the other day.  I went to
16   the Upper East Side yesterday -- the
17   other day, sorry.  But I can't
18   remember where the apartment was, no.
19       Q.    Was it a walkup or a doorman
20   or elevator kind of building?
21       A.    It was an elevator building.
22       Q.    Was there a doorman?
23       A.    No.
24       Q.    What floor were you on?
25       A.    I can't remember.



Page 75

```
 1            HIGHLY CONFIDENTIAL AEO
 2      Q.    And you don't remember how
 3  you met Chris?
 4            MR. GUIRGUIS:  Objection.
 5      A.    I met loads of people during
 6  that time.  I can't specifically
 7  remember how I met every individual.
 8      Q.    And in the same house, there
 9  was Chris and another guy?
10      A.    That's correct.
11            MS. MCCAWLEY:  Objection,
12      misstates --
13      Q.    Do you remember the other
14  guy's name?
15      A.    I can't remember.
16      Q.    How long did you live with
17  Chris and the other guy?
18      A.    For a -- I think it was a
19  couple months until I moved.
20      Q.    And where did you move?
21      A.    To Jeffrey Epstein's
22  apartment.
23      Q.    What was the address to
24  that?
25      A.    I think it was 2000 -
```



Highly Confidential

Page 76

```
 1          HIGHLY CONFIDENTIAL AEO
 2    sorry -- 205 East.  It was Midtown
 3    somewhere.
 4         Q.    I'm sorry, what?
 5         A.    It was sort of Midtown.  I'm
 6    not familiar with New York because I
 7    haven't been here and I don't live
 8    here.  It was kind of Midtown, his
 9    apartment.
10         Q.    Okay.
11         A.    If I recall, yeah.
12         Q.    So it's 205 East something?
13         A.    It's East -- it's East
14    something.  It was the same -- it was
15    the same apartment building that Nadia
16    lived in, because we lived in the same
17    building.
18         Q.    Did you live in the same
19    apartment?
20         A.    No.
21         Q.    Did you have your own
22    apartment?
23         A.    Yes.
24         Q.    How big was the apartment?
25         A.    It was massive.
```



Highly Confidential

Page 77

```
 1          HIGHLY CONFIDENTIAL AEO
 2     Q.    How many bedrooms did it
 3  have?
 4     A.    I can't remember.  I can't
 5  remember.  I can't --
 6     Q.    Two or seven?
 7     A.    I just -- I remember just
 8  the -- like, the living room, and it
 9  was very spacious.
10     Q.    Can you draw a picture of
11  the layout of it?
12     A.    I wouldn't remember the
13  layout.  There was -- I remember like
14  a pale blue decor.
15     Q.    And no one else lived there
16  with you?
17     A.    No.
18     Q.    And you don't know how many
19  bedrooms?
20     A.    I can't remember how many
21  bedrooms there were.
22     Q.    Was there a doorman?
23     A.    Oh, I can't remember.
24     Q.    Was it a walkup or elevator?
25     A.    Elevator.
```



Highly Confidential

Page 78

```
 1           HIGHLY CONFIDENTIAL AEO
 2      Q.    What floor were you on?
 3      A.    I can't remember.
 4      Q.    Approximately when did you
 5  move into this apartment?
 6      A.    It was not long after I
 7  moved in with Chris.  About two
 8  months, I think.  About two months, I
 9  think, roughly.
10      Q.    So you lived with Chris for
11  about two months and then you moved
12  into this other apartment?
13      A.    That's correct.
14      Q.    And how much were you paying
15  for this new apartment?
16      A.    Oh, it was Jeffrey's.  I
17  didn't pay a single thing.
18      Q.    And who else lived in the
19  apartment building?
20      A.    Quite a -- gosh.  A few,
21  actually.  I recall Nadia.
22      Q.    Do you know Nadia's last
23  name?
24      A.    I can't remember her last
25  name, Nadia's last name.
```



Page 79

```
 1              HIGHLY CONFIDENTIAL AEO
 2       Q.    Okay.  Who else?
 3       A.    There were a few other
 4   girls.  I can't remember their names.
 5       Q.    None of them?
 6       A.    No.  It was a long time ago.
 7       Q.    What did they look like,
 8   these other names you can't remember?
 9       A.    I can't remember.  There
10   were so many.  There were so many
11   girls, a constant influx of girls.
12       Q.    How many?
13             MS. MCCAWLEY:  Objection.
14       A.    I can't remember.
15       Q.    50?
16             MR. GUIRGUIS:  Objection.
17       A.    I can't remember.
18       Q.    A hundred?
19             MR. GUIRGUIS:  Objection.
20       A.    I can't remember.
21       Q.    Can you say if it was more
22   than a thousand or less?
23             MR. GUIRGUIS:  Objection.
24       A.    I can't remember.
25       Q.    You can't remember if it was
```



```
 1          HIGHLY CONFIDENTIAL AEO
 2   more than a thousand?
 3        A.    I can't remember.
 4             MR. GUIRGUIS:  Objection.
 5             MS. MCCAWLEY:  Objection.
 6        This is harassing.
 7             MR. GUIRGUIS:  Objection.
 8        We're crossing a line here.
 9             MS. MENNINGER:  Okay.  I'm
10        asking if she can remember if it
11        was more than a thousand or less.
12             MS. MCCAWLEY:  But you
13        haven't defined it.  You're not
14        saying where.  In the apartment?
15        In general when she met with
16        Jeffrey?  I mean --
17             MS. MENNINGER:  I'm asking
18        her -- she said there were so
19        many women that were influx in
20        the apartment, and I'm asking how
21        many.
22             MS. MCCAWLEY:  She didn't
23        say in the apartment.  Go back
24        and look at the testimony.
25             THE WITNESS:  In the
```



Highly Confidential

Page 81

```
 1            HIGHLY CONFIDENTIAL AEO
 2      building.
 3         Q.     Right.  In the building.
 4      How many females did you meet in the
 5      building?
 6               MR. GUIRGUIS:  Objection.
 7         A.     I can't remember.
 8         Q.     And can you say it was more
 9      or less than one thousand?
10               MR. GUIRGUIS:  Objection.
11         A.     It was less than a thousand
12      girls.
13         Q.     Was it less than a hundred?
14         A.     Yes, it was less than a
15      hundred.
16         Q.     Was it less than 50?
17         A.     I can't remember.
18         Q.     Apart from Nadia, can you
19      name any other one of the females that
20      you met in the apartment building?
21               MR. GUIRGUIS:  Objection.
22         A.     I can't remember.
23         Q.     Can you describe any of
24      them?
25               MR. GUIRGUIS:  Objection.
```



Highly Confidential

Page 82

```
 1           HIGHLY CONFIDENTIAL AEO
 2      A.     I can't remember.
 3      Q.     Did you do any employment
 4  while you were here in the U.S. in the
 5  fall of 2006?
 6             MR. GUIRGUIS:   Objection.
 7      A.     I did freelance modeling.
 8      Q.     Who did you do that for?
 9      A.     Various photographers.
10      Q.     Do you have those
11  photographs still?
12      A.     No.
13      Q.     Do you have a portfolio?
14      A.     I used to have one.
15      Q.     Do you currently have a
16  modeling portfolio?
17      A.     No.
18      Q.     Do you have any of your
19  modeling photos?
20             MS. MCCAWLEY:   Objection,
21      asked and answered.
22      A.     Yeah, I got a couple.
23      Q.     Where are they?
24      A.     At home.
25      Q.     In Barcelona?
```



Page 83

```
 1          HIGHLY CONFIDENTIAL AEO
 2     A.     That's correct.
 3     Q.     Are they on a computer?
 4     A.     No.
 5     Q.     When you came to the U.S. in
 6   the fall of 2006, was there a limit on
 7   how long you could stay here?
 8          MR. GUIRGUIS:  Objection.
 9     A.     Yes, there was.
10     Q.     What was that?
11     A.     It was a three-month tourist
12   visa.
13     Q.     Were you permitted to be
14   employed while you were here on a
15   tourist visa?
16          MR. GUIRGUIS:  Objection.
17     Hold on a second.
18          MS. MENNINGER:  I don't know
19     what kind of visa she was on.
20     I'm just asking the question.
21          MR. GUIRGUIS:  I don't -- I
22     don't know why her visa status is
23     relevant or why we're going to
24     get into things that Mr. Trump
25     might be interested in, so I'm
```



Page 84

```
 1            HIGHLY CONFIDENTIAL AEO
 2      not going to have her sit here
 3      and testify about whether she was
 4      complying with immigration law or
 5      not.
 6            MS. MENNINGER:  Is she
 7      taking the Fifth Amendment?
 8            MR. GUIRGUIS:  I'm just not
 9      sure that you need to ask the
10      question.
11            MS. MENNINGER:  Well, I did
12      ask the question.  I want to know
13      if she was permitted, on the type
14      of visa she came in on the fall
15      of 2006, to engage in paid
16      employment.
17            MR. GUIRGUIS:  Okay.  Now
18      that I hear the question, you can
19      answer it if you know the answer.
20      A.    No.
21      Q.    No, you were not permitted
22   to do paid employment, correct?
23      A.    That's correct.
24      Q.    You did paid employment
25   while you were here on the tourist
```



Page 85

```
 1          HIGHLY CONFIDENTIAL AEO
 2   visa, correct?
 3       A.    I wouldn't quite say -- I
 4   kind of -- I wasn't that great at it,
 5   so I didn't make a lot of money doing
 6   modeling.  I was too fat, apparently.
 7   So I wouldn't say I milked the bank
 8   there.
 9            (An off-the-record
10       discussion was held.)
11       A.    Milked the bank with my
12   modeling -- amazing modeling career.
13       Q.    So you came over in order to
14   further your education, I think you
15   testified to earlier, correct?
16       A.    That's correct.
17       Q.    So while you were here
18   during those three months -- was it
19   three months you said, at first, on
20   the tourist visa?  Correct?
21       A.    Yes, yeah.
22       Q.    When you were here those
23   first three months, what did you do to
24   further your education?
25       A.    I started looking at
```



Page 86

```
 1              HIGHLY CONFIDENTIAL AEO
 2    universities or colleges, researching
 3    what was the right one for me to go
 4    to.
 5              By that stage, I -- I've
 6    always been interested in the fashion
 7    industry, designing, clothes
 8    designing.  And New York was -- well,
 9    this is the place to be for it.
10              So, yeah, I did quite a lot
11    of research on which university, what
12    kind of people were there and
13    etcetera, so...
14        Q.    How were you supporting
15    yourself while you were living in New
16    York during the three-month period
17    after you initially arrived?
18        A.    I had some savings.
19        Q.    Was your family providing
20    you any money?
21        A.    No.
22        Q.    Apart from your savings, was
23    there any other source of income
24    during October or so of 2006?
25        A.    I did the occasional, I
```



Highly Confidential

Page 87

```
 1            HIGHLY CONFIDENTIAL AEO
 2    guess, job where I was called to
 3    entertain or spend time with people,
 4    but that was about it.
 5        Q.    What does that mean?
 6        A.    Well, I don't really like to
 7    use the word per se, because you guys
 8    kind of, in your legal minds, have it
 9    in a box of what you think it is.
10            But, like, once or twice, I
11    was paid to spend dinner with a
12    gentleman during that time.
13        Q.    And how did you meet the
14    gentleman?
15        A.    It was through an agency.
16        Q.    What was the name of the
17    agency?
18        A.    I can't remember.
19        Q.    Do you know where it was
20    located?
21        A.    No.
22        Q.    Do you know how much you
23    were paid to spend dinner time with a
24    gentleman?
25        A.    It depended how long the
```



Page 88

```
 1          HIGHLY CONFIDENTIAL AEO
 2   dinner was for.
 3      Q.    And what was the most that
 4   you recall making for spending dinner
 5   with a gentleman?
 6      A.    $1,500.
 7      Q.    Did you engage in any sexual
 8   relations with the gentleman?
 9      A.    One, yeah, once or twice,
10   but it was on my own accord.  It was
11   after that time period had finished.
12      Q.    What time period?
13      A.    My appointment, my dinner
14   with them.
15      Q.    Okay.
16      A.    He just happened to be
17   really good looking.
18          MR. GUIRGUIS:  It's been
19      about an hour.  Maybe we can take
20      five minutes, stretch.
21          MS. MENNINGER:  Sure.
22          (Time noted:  10:47 a.m.)
23          (Recess.)
24          (Time noted:  11:05 a.m.)
25      Q.    Approximately how many times
```



Page 89

```
 1            HIGHLY CONFIDENTIAL AEO
 2   do you recall being paid to spend
 3   dinner with a gentleman in New York
 4   when you were living here in late
 5   2006?
 6        A.    I can't remember.
 7        Q.    Ten times?
 8             MR. GUIRGUIS:  Objection.
 9        A.    It could be, it wasn't --
10   yeah, it could be that.  It wasn't
11   really...
12        Q.    Apart from that income, did
13   you have any other sources of income?
14             MR. GUIRGUIS:  I'm sorry.
15        Off the record for a second.
16             (An off-the-record
17        discussion was held.)
18             MS. MENNINGER:  I think
19        there's a question pending.
20             (Requested portion of the
21        record was read back.)
22        A.    Yes, I did, yes.
23        Q.    What were the other sources?
24        A.    Jeffrey Epstein.
25        Q.    Any other source?
```



Highly Confidential

Page 90

```
 1           HIGHLY CONFIDENTIAL AEO
 2      A.     No.
 3      Q.     Who introduced you to
 4  Jeffrey Epstein?
 5      A.     Natalya Malyshev.
 6      Q.     And how did you meet Natalya
 7  Malyshev?
 8      A.     I met her in a nightclub.
 9      Q.     Do you know which nightclub?
10      A.     I can't remember the exact
11  name.  It was a rock club.  The owner
12  of the club, his name is ████.  Yeah,
13  his name -- it's quite a well-known
14  club.  If you Google the name ████,
15  you'll find the name.  ████ the
16  nightclub owner; he's quite famous in
17  New York.
18      Q.     Do you know where in New
19  York the club is located?
20      A.     I can't remember.  I don't
21  know the exact location.
22      Q.     Were you there socially or
23  were you working?
24      A.     Socially.
25      Q.     And were you with anyone?
```



Page 91

```
 1            HIGHLY CONFIDENTIAL AEO
 2            MR. GUIRGUIS:  Objection.
 3      A.    I can't remember.  I would
 4  have been with an acquaintance or
 5  something, but I can't remember who I
 6  was with.
 7      Q.    Were you able to make some
 8  friends with people here in New York
 9  when you moved here?
10      A.    Yes.  Natalya, Jennifer,
11  ████████, a girl named Pam.  Pam.
12  There were a few other -- I can't
13  remember their -- they weren't close
14  friends, they were just acquaintances.
15  You don't really make friends in New
16  York.
17      Q.    Tell me about your meeting
18  of Natalya.
19      A.    She was a very attractive
20  girl, Russian.  I think Russian.  Very
21  friendly, very beautiful girl, very --
22  we clicked immediately.
23            Yeah.  She approached me.  I
24  wasn't -- yeah, I didn't go out of my
25  way to meet any friends in a
```



Page 92

```
 1            HIGHLY CONFIDENTIAL AEO
 2    nightclub, so -- especially girls.
 3         Q.    What do you mean, she
 4    approached you?
 5         A.    So when I go to a club, I
 6    don't really speak to girls.  I speak
 7    to guys.  So Natalya approached me and
 8    came on to me.
 9         Q.    Where were you?
10         A.    In the nightclub.
11         Q.    Where in the nightclub?
12         A.    I can't -- I can't remember
13    the exact location.
14         Q.    Were you at the bar area?
15    On the dance floor?  In the bathroom?
16         A.    I would say she pretty much
17    hit on me everywhere in the club.
18         Q.    Was there a dance floor?
19         A.    Yes, there was.
20         Q.    Was it a one floor club or
21    two floors?
22         A.    I can't remember how many
23    floors.
24         Q.    And what did she do to hit
25    on you?
```



Page 93

```
 1            HIGHLY CONFIDENTIAL AEO
 2       A.    She befriended me, she --
 3   yeah, she kissed me.
 4       Q.    Where did she kiss you?
 5       A.    On the mouth.
 6       Q.    Anywhere else?
 7       A.    Can -- is that in general or
 8   at that --
 9       Q.    I'm just talking about the
10   first time you met.
11       A.    The first time we met?
12       Q.    Right.
13       A.    I can't remember if we had
14   sex the first night we met, but we
15   definitely were intimate the first
16   time we met.  But I can't remember if
17   we had had sex on that first night.
18       Q.    Okay.  Was that consensual
19   sex?
20       A.    Yes, it was with Nataly,
21   Natalya.
22       Q.    And where did you have
23   consensual sex with Natalya?
24       A.    In the club the first time.
25       Q.    Where in the club?
```



Page 94

```
 1           HIGHLY CONFIDENTIAL AEO
 2      A.      In the owner's office.
 3      Q.      Was the owner present?
 4      A.      Yes, the owner was present.
 5      Q.      ████  ████████████?
 6      A.      Is that -- I don't know his
 7   surname, so -- is it -- ██████ -- I can
 8   give you a description of ██████ if you
 9   want.
10      Q.      Sure.
11      A.      Grayish hair, dark eyes.
12   Looks a bit like the devil, got a
13   little goatee.  Got kind of like olivy
14   skin.  I've got a photo of myself and
15   ██████, so...
16      Q.      Okay.  So you and Natalya
17   and ██████ had consensual sex in ██████'s
18   office?
19              MR. GUIRGUIS:  Objection.
20              MS. MCCAWLEY:  Objection.
21      Q.      Is that right?
22      A.      That's correct.
23      Q.      Did I get that wrong in any
24   way?
25              MR. GUIRGUIS:  Here's the
```



Page 95

1          HIGHLY CONFIDENTIAL AEO

2     question.

3     A.      Yeah, that's correct.

4     Q.      Was anyone else present?

5     A.      No.

6     Q.      Did you have any alcohol

7     that night?

8     A.      I did.

9     Q.      How much?

10    A.      Not enough to forget or

11    black out, so not much.  I was able to

12    make decisions.

13    Q.      Do you recall what you were

14    wearing?

15    A.      No, I don't.

16    Q.      Did you have any cocaine

17    that night?

18    A.      I don't remember.

19    Q.      Did you use cocaine during

20    the fall of 2006?

21    A.      Yes, I did.

22    Q.      And where did you get that

23    cocaine?

24    A.      From █████ and Natalya.

25    Q.      Anywhere else?



Highly Confidential

Page 96

1                HIGHLY CONFIDENTIAL AEO

2        A.      From ████ 's best friend, a

3    guy named Peter Lambrakis.  I don't

4    know how to spell that.

5        Q.      Anywhere else?

6        A.      No.

7        Q.      Did you pay for any of the

8    cocaine?

9        A.      No.

10       Q.      Did you use any other

11   controlled substances in the fall of

12   2006?

13       A.      No.

14       Q.      Did you take any

15   prescriptions in the fall of 2006?

16       A.      I did.

17       Q.      What did you take?

18       A.      Jeffrey's psychiatrist

19   prescribed me lithium, Ritalin, and

20   there was a bipolar description drug

21   that was also prescribed to me by

22   Jeffrey Epstein's psychiatrist.  I

23   can't remember the exact name of that

24   bipolar drug.  But I was started off

25   with lithium and Ritalin.



Highly Confidential

Page 97

```
 1          HIGHLY CONFIDENTIAL AEO
 2      Q.     Okay.  What was the name of
 3  the psychiatrist?
 4      A.     I can't remember her name.
 5      Q.     It was a woman?
 6      A.     It was a woman.
 7      Q.     And where was she located?
 8      A.     I can't -- I can't remember
 9  the exact location of her office.
10      Q.     Can you describe the office
11  in any way?
12      A.     I can't remember.
13      Q.     Did anyone go with you?
14      A.     No, I went on my own.
15      Q.     Where did you go to get your
16  prescriptions filled?
17      A.     A pharmacy near Jeffrey
18  Epstein's apartment that I was living
19  in at the time.  I think it was a
20  Duane Reade.
21      Q.     Were they in your name?
22      A.     Yes, they were.
23      Q.     Were you taking these in the
24  fall of 2006 or in 2007 or both?
25      A.     Jeffrey first put me in
```



Page 98

```
 1            HIGHLY CONFIDENTIAL AEO
 2    touch with his psychiatrist, it was
 3    before -- it was -- yeah, it was well
 4    before December, so it was the fall
 5    of -- fall/winter, going into winter
 6    2006.
 7        Q.    Do you recall what month you
 8    came to the U.S.?
 9        A.    It was September 2006.
10        Q.    Did you leave and come back
11    in October?
12        A.    I think I may have.  I may
13    have made a trip to London or like a
14    quick, brief trip.
15        Q.    Who paid for that?
16        A.    I can't remember.
17        Q.    Why did you go back?
18        A.    I actually can't even
19    remember why I went back.
20        Q.    So you think you came in
21    September?
22        A.    I know I came in September.
23        Q.    And you said you could stay
24    for three months?
25        A.    And then I left the country
```



Page 99

```
 1          HIGHLY CONFIDENTIAL AEO
 2   briefly for a day and then I came back
 3   in again.
 4      Q.    When did you do that?
 5      A.    So if you look at my
 6   passport when I entered -- you've got
 7   my passport.  So I arrived on the 1st,
 8   I think, of September, and then it was
 9   just before the three months were up,
10   and then I left.
11            I think that was the trip
12   that I made to London in -- October,
13   November -- October, November -- yeah,
14   so I was -- I left before the due time
15   that my tourist visa was up, and I
16   spent a summer and came back.
17      Q.    Where did you go?
18      A.    I think it was London.  I
19   went to -- I went to London.  And then
20   Jeffrey paid for a flight for me to
21   visit my family in South Africa in
22   February.
23      Q.    Okay.  So there's two trips
24   to London we're talking about?
25   There's one you went and you came
```



Highly Confidential

Page 100

```
 1            HIGHLY CONFIDENTIAL AEO
 2   right back?
 3       A.    I only recall one trip to
 4   London.  I didn't really kind of
 5   catalog every trip I made.  I did a
 6   lot of traveling during my time in the
 7   U.S., so...
 8       Q.    Had you traveled a lot
 9   before you came to the U.S.?
10       A.    Yeah.  I spent my whole life
11   traveling.
12       Q.    How were you able do that?
13       A.    Through savings, through
14   waitressing jobs, that kind of thing.
15       Q.    Did your family ever pay for
16   you to go on trips?
17       A.    No.
18       Q.    Never?
19       A.    No.
20       Q.    Does your family travel?
21       A.    Yeah, they travel.  They go
22   on holidays overseas.  They go on
23   holidays.
24       Q.    So you said you got a
25   passport your whole life, I think you
```



Highly Confidential

Page 101

```
 1            HIGHLY CONFIDENTIAL AEO
 2   said, right?
 3      A.    Well, I can't remember the
 4   specific date when -- I was like from
 5   3 to 5 when I got my passport.  I
 6   didn't arrange my passport at 3 years
 7   old; my mom kind of did that.
 8            So I've always grown up with
 9   a British and South African passport.
10   I had dual nationality right from the
11   get-go.
12      Q.    Right.  So when you were a
13   child, did you travel internationally?
14      A.    Yeah, I did, to visit my
15   family in Scotland.
16      Q.    And apart from the UK and
17   South Africa, did you go anywhere as a
18   child?
19      A.    We went on holidays and
20   Africa.  Maybe I went to Scotland to
21   visit my family, yeah, possibly.  I
22   don't remember.
23      Q.    Okay.
24      A.    They weren't photo-happy in
25   my family.
```



Page 102

1           HIGHLY CONFIDENTIAL AEO
2      Q.     They were what?
3      A.     They weren't photo-happy,
4   so...
5      Q.     So back in the fall 2006,
6   you were here for three months and
7   then you left --
8      A.     Yeah.  I didn't want to go
9   over my visa and get in trouble, and I
10  wasn't making much money anyway.  And
11  Jeffrey was with FIT, so he was going
12  to organize me a visa so I could stay.
13          So I didn't do anything
14  wrong or illegal with my visa, just to
15  clarify.
16     Q.     I understand.  I'm just
17  trying to get the timing of when you
18  were here and then you left and then
19  you came back; is that right?
20     A.     So the duration that I was
21  here, I arrived in September and I
22  left -- I think it was the 1st of May.
23          So during that time, there
24  was a trip that I made to South Africa
25  to visit my family and there was a



Highly Confidential

Page 103

```
 1          HIGHLY CONFIDENTIAL AEO
 2   trip to London.  I don't recall -- I
 3   don't remember any other trips that I
 4   made during that duration of time,
 5   away from Jeffrey and Ghislaine, if
 6   you understand, on my independent own.
 7       Q.    Right.  So if you came in
 8   September and you could stay for three
 9   months --
10       A.    Mm-hmm.
11       Q.    So you left in December?
12          MS. MCCAWLEY:  Objection,
13       asked and answered.
14       A.    September, October,
15   November.  Yeah, I did -- I did make a
16   trip to -- I don't recall the specific
17   dates, but I did make a trip to London
18   and I did make a trip to South Africa
19   in February.  So I don't...
20       Q.    Did you go from London to
21   South Africa?
22       A.    I don't remember the exact
23   trip itinerary.  But, yeah, I flew to
24   South Africa on a plane.
25       Q.    From London?
```



Highly Confidential

Page 104

1          HIGHLY CONFIDENTIAL AEO

2      A.     From New York.

3      Q.     Okay.  So you recall having

4  been on two trips independently

5  between September 2006 and May 2007,

6  right?  One to London and one to South

7  Africa?

8      A.     Yeah, that's correct.

9      Q.     And the one to London, you

10  recall being a brief trip to then

11  allow you to stay in the country

12  longer?

13     A.     I don't remember why I went.

14  I don't even remember the trip, okay?

15  I really don't recall.  I probably

16  visited my mom or -- or whatever.  I

17  just know that I made two trips during

18  that duration and I know that I did

19  not over go the three-month thing.  So

20  I made those for those specific

21  reasons.

22     Q.     Okay.

23     A.     But those -- I just wanted

24  to make clear that those were the only

25  two trips I made independently without



Highly Confidential

Page 105

```
 1          HIGHLY CONFIDENTIAL AEO
 2   Jeffrey aiding, and I would like to
 3   make that clear.  I made multiple
 4   trips with Jeffrey, so independently I
 5   did those two.
 6       Q.    Were any of your trips with
 7   Jeffrey international?
 8       A.    No.
 9       Q.    Can you tell me when in your
10   stay in the U.S. you initially met
11   Natalya?
12       A.    It was pretty soon after I
13   arrived.  I can't remember the exact
14   time frame.  I think it was about
15   maybe two, three weeks after I
16   arrived.
17       Q.    Were you living at Chris's?
18       A.    Yes.
19       Q.    Did you consider yourself in
20   a relationship with Natalya?
21       A.    No, we were just having fun.
22   And she was -- she was really
23   friendly, and I didn't know anyone in
24   New York, so -- and, you know, I
25   wanted to make friends.  She was a
```



Highly Confidential

Page 106

```
 1          HIGHLY CONFIDENTIAL AEO
 2    girl and was just very friendly,
 3    pretty.
 4         Q.    Was she also involved in the
 5    fashion industry at all?
 6         A.    I don't recall.  I just
 7    recall her working for Jeffrey.
 8         Q.    What did you observe her
 9    doing for Jeffrey?
10         A.    The exact same thing she did
11    with me.  She recruited me and was
12    paid for it.
13         Q.    Okay.  Did you see her get
14    paid?
15         A.    No.
16         Q.    How do you know she got
17    paid?
18         A.    The girls told me.
19         Q.    Who were the girls?
20         A.    I can't remember their
21    names.
22         Q.    Okay.  So the girls told
23    you're that Natalya got paid by
24    Jeffrey?
25         A.    That's correct.
```



Highly Confidential

Page 107

1          HIGHLY CONFIDENTIAL AEO

2     Q.    So what did you see Natalya

3 do for Jeffrey?

4     A.    Well, she recruited me.  I

5 think she recruited other girls for

6 Jeffrey.

7     Q.    Did you see her do that?

8     A.    No, but I met some of the

9 other girls that had been introduced

10 to Jeffrey and Ghislaine via Natalya.

11     Q.    Got it.

12           So you were recruited by

13 Natalya, correct?  Yes or no.

14     A.    Yes.

15     Q.    And you met other girls who

16 knew Natalya and Jeffrey, correct?

17     A.    Well, all the girls knew

18 each other, really.  All the girls

19 kind of...

20     Q.    Are these the same girls

21 that are in the apartment building or

22 a different set of girls?

23     A.    Different set of girls.

24     Q.    Okay.

25     A.    You know, there was a



Highly Confidential

Page 108

```
 1          HIGHLY CONFIDENTIAL AEO
 2    constant flow of women, girls.
 3         Q.    So where did you see these
 4    other girls?
 5         A.    In Manhattan, with Jeffrey,
 6    a few social occasions that we went
 7    on, the island.  On the plane, Jeffrey
 8    Epstein's plane.  I met girls
 9    everywhere -- every time I went with
10    Jeffrey.  Well, not every time, but he
11    was always surrounded by new girls.  I
12    couldn't keep up with the names, to be
13    honest.  That's why I can't remember
14    any of them.
15         Q.    Getting back to Natalya, you
16    met her at the nightclub?
17         A.    Mm-hmm.
18         Q.    Did she work as a model at
19    all?
20         A.    I wasn't quite clear what
21    she actually did, to be honest.  I
22    have absolutely no idea.
23         Q.    Do you know where she lived?
24         A.    No, I didn't.  I don't know
25    where she lives.
```



Highly Confidential

Page 109

```
 1          HIGHLY CONFIDENTIAL AEO
 2     Q.     Did you ever go to her
 3  apartment?
 4     A.     No.
 5     Q.     When is the last time you
 6  talked to her?
 7     A.     I haven't -- I think before
 8  I left New York.
 9     Q.     Did you have a cell phone
10  when you were in New York?
11     A.     Yes, I did.
12     Q.     Do you recall who your cell
13  phone provider was?
14     A.     I don't remember.
15     Q.     Do you know your cell phone
16  number?
17     A.     No, I have no idea.
18     Q.     When you were living in New
19  York, were your parents living in
20  South Africa?
21     A.     My dad was living in South
22  Africa, my mom was in the UK.
23     Q.     Can you tell me about your
24  first conversation with Natalya?
25     A.     I can't remember my first
```



Highly Confidential

Page 110

```
 1          HIGHLY CONFIDENTIAL AEO
 2    conversation with her.
 3         Q.    Can you remember any
 4    conversation with her?
 5         A.    Yeah, I can.  I can remember
 6    chatting.  She was my friend.  I mean,
 7    we spoke about everything.  We spoke
 8    about life with Jeffrey, we spoke
 9    about Ghislaine, we spoke about the
10    other girls, we spoke about Jen.  Jen
11    was a really nice girl as well.  Like,
12    we often got coffee with each other,
13    lunches, dinners.
14         Q.    Okay.  Do you remember any
15    specifics of your conversations?
16              MS. MCCAWLEY:  Objection,
17         asked and answered.
18         A.    We spoke very frequently
19    about the faces Jeffrey used to pull
20    when he used to masturbate over the
21    girls, which was quite funny.
22              We spoke about Ghislaine
23    quite a lot and what a monster she
24    was.  She's really not a nice person,
25    so -- yeah, I mean, we spoke about
```



Highly Confidential

Page 111

```
 1            HIGHLY CONFIDENTIAL AEO
 2   them a lot, actually.
 3       Q.    Okay.  So you spoke about
 4   the faces Jeffrey made when he
 5   masturbates over the girls?
 6       A.    And the way he spits on his
 7   hand when he masturbates.  It's really
 8   gross.  It's quite funny.
 9       Q.    Any other conversations with
10   Natalya that you remember?
11       A.    I remember I didn't really
12   get on with Ghislaine.  As I said,
13   she's -- in my opinion, she's not a
14   nice person.  I didn't really get her.
15            And Jeffrey Epstein promised
16   me a -- going to FIT.  So we
17   frequently spoke about just everyday
18   things, you know.
19            Natalya and I -- Natalya
20   really -- Jeffrey Epstein and I once
21   had a fight and Natalya patched things
22   up between us, because I didn't want
23   to speak to Jeffrey anymore.
24            I often spoke to Natalya
25   about why Ghislaine didn't like me and
```



Page 112

```
 1              HIGHLY CONFIDENTIAL AEO
 2    why the other girls didn't like me:
 3    Nadia didn't like me, Ghislaine didn't
 4    like me, Sarah Kellen definitely
 5    didn't like me.  Yeah, that kind of
 6    stuff.
 7         Q.    How is it that you came to
 8    meet Jeffrey Epstein?
 9         A.    Through Natalya.
10         Q.    Tell me about that.
11         A.    I first met Jeffrey --
12    Natalya introduced me to Jeffrey.  She
13    kind of described him to me.  She knew
14    I wanted to go back to school to get a
15    degree, and I was really battling
16    financially because at that time I
17    wasn't really modeling material.
18              So, yeah, she told me about
19    this guy who was really wealthy, a
20    philanthropist, you know, really
21    enjoyed -- you know, he really cares
22    about people and he really wants to
23    help them, and he was a really good,
24    decent guy.
25              Then we -- he was helping
```



Page 113

```
 1            HIGHLY CONFIDENTIAL AEO
 2   her at that time, as well as Jen and
 3   other girls.
 4       Q.    That's what she told you?
 5       A.    Yes.
 6       Q.    Where were you when Natalya
 7   was describing Jeffrey?
 8       A.    I can't remember the
 9   location, but -- I mean, she first
10   described Jeffrey -- I think it was
11   the second time we met, because I had
12   discussed with her that I was
13   struggling financially because my
14   modeling career hadn't really taken
15   off as I had hoped, so I was -- yeah,
16   she wanted to help.
17       Q.    And you don't remember where
18   you had this conversation?
19       A.    No, not specifically the
20   exact location.
21       Q.    Was it in person or over the
22   phone?
23       A.    It was in person.
24       Q.    Was anybody else there?
25       A.    I think ████ could have been
```



Page 114

```
 1          HIGHLY CONFIDENTIAL AEO
 2   there, Peter Lambrakis could have been
 3   there, a few other people could have
 4   been there.  Various people.  She was
 5   quite open about it.
 6       Q.    And do you know when this
 7   was in the fall of 2006?
 8       A.    It was very close to after I
 9   had first arrived, so it was quite
10   soon after I arrived.  I don't know
11   specifically if it was three weeks or
12   two weeks, but it was quite soon after
13   I first got to...
14       Q.    Okay.  So did you meet
15   Jeffrey?  Did you agree to meet
16   Jeffrey?  What happened next?
17            MR. GUIRGUIS:  Objection to
18       form.
19       Q.    What happened next?
20            MR. GUIRGUIS:  Objection to
21       that one too.
22       A.    I agreed to -- yeah, I met
23   Jeffrey.
24       Q.    How?
25       A.    We went to -- the first
```



Page 115

```
 1          HIGHLY CONFIDENTIAL AEO
 2   meeting I had with Jeffrey was at the
 3   cinema.  There were about ten other
 4   girls with him.
 5        Q.    How did that meeting get
 6   arranged?
 7        A.    Natalya arranged it, and
 8   said she had spoken to Jeffrey and
 9   Jeffrey wanted to meet me.
10        Q.    And what movie did you see?
11        A.    I can't remember what movie
12   it was.
13        Q.    Did you sit with him?
14        A.    Yes, I did.
15        Q.    Next to him?
16        A.    I can't remember if it was
17   next to him, but I was close by him.
18        Q.    You, Natalya, ten other
19   girls and Jeffrey?
20        A.    I don't know if it was
21   exactly ten, but there were -- there
22   were many other girls there.  There
23   was like a big group of us.
24        Q.    And where was the theater?
25        A.    I can't remember the exact
```



Highly Confidential

Page 116

```
 1            HIGHLY CONFIDENTIAL AEO
 2    location, but it was quite a
 3    prominent -- it was a big cinema.  It
 4    was like a huge -- like one of your
 5    main cinemas.  Somewhere -- is there a
 6    cinema on Lexington, maybe?
 7              I don't know.  Sorry.
 8    Navigation isn't in my strong points.
 9    I'm going to stop speculating.  I'm
10    sorry, okay?  I said it for you.  I
11    don't know.
12         Q.    It was somewhere in New
13    York?
14         A.    It was in New York.
15         Q.    And you went with Natalya?
16         A.    Yes.
17         Q.    How did you go?
18         A.    By cab.
19         Q.    From your apartment with
20    Chris?
21         A.    Yes.
22         Q.    And tell me about your
23    experience at the cinema?
24         A.    I bought popcorn and sweets
25    and juice, and I had an awesome time
```



Highly Confidential

Page 117

```
 1          HIGHLY CONFIDENTIAL AEO
 2   watching the movie with a bunch of new
 3   people.
 4       Q.    And you do not remember the
 5   name of the movie?
 6           MR. GUIRGUIS:  Objection.
 7       A.    No.
 8       Q.    And what happened after the
 9   movie was over?
10           MR. GUIRGUIS:  Objection.
11       A.    I got in a taxi.
12       Q.    And?
13           MR. GUIRGUIS:  Objection.
14           MS. MENNINGER:  What's the
15       objection?
16           MR. GUIRGUIS:  The question
17       and, objection to form.  That's a
18       good objection.
19       A.    I went home.
20       Q.    When was the next time you
21   met Jeffrey?
22       A.    I can't remember specific --
23   I can't remember -- I think I met
24   him -- again, I'm not trying to
25   speculate.  I think I met him in New
```



Highly Confidential

Page 118

```
 1           HIGHLY CONFIDENTIAL AEO
 2   York again.  I can't remember that
 3   meeting.  I then met him again on his
 4   private plane.
 5       Q.     So you believe the third
 6   time you met him was on the private
 7   plane?
 8       A.     That's correct.
 9       Q.     And do you remember anything
10   about the second time you met him?
11       A.     No, I can't remember.
12       Q.     And do you know how long
13   after the first time you met him the
14   second time was?
15       A.     Pretty soon after.
16       Q.     What does that mean to you?
17       A.     Couple days.
18       Q.     Where did you meet him that
19   second time?
20       A.     In New York.
21       Q.     Where?
22       A.     I can't remember.
23       Q.     At his house?
24       A.     No, it wasn't at his house.
25       Q.     Was anyone else there the
```



Highly Confidential

Page 119

```
 1          HIGHLY CONFIDENTIAL AEO
 2   second time you met him?
 3       A.      Natalya.
 4       Q.      Anyone else?
 5       A.      No, not that I recall.
 6       Q.      Anything memorable about
 7   that event?
 8       A.      Nothing, nothing memorable.
 9       Q.      Anything sexual happen at
10   the second meeting?
11       A.      No.
12       Q.      At the first meeting?
13       A.      No.
14       Q.      How did the flight meeting
15   become arranged, if you know?
16       A.      So it was pretty a
17   last-minute thing.  Natalya phoned me
18   up and said that Jeffrey Epstein would
19   very much like to have me go to his
20   island.  It was going to be so much
21   fun, it was going to be a girls' week,
22   there were lots of other girls going,
23   we were going to have so much fun,
24   etcetera, etcetera, etcetera.
25       Q.      And what did you do?
```



Highly Confidential

Page 120

```
 1           HIGHLY CONFIDENTIAL AEO
 2           MR. GUIRGUIS:  Objection.
 3      A.    I went on the -- I went with
 4  them to the island.
 5      Q.    Where was the plane located?
 6      A.    I can't remember the exact
 7  airport.  I think it was either Newark
 8  or JFK.
 9      Q.    Did you fly commercially or
10  private?
11      A.    Private.
12      Q.    Was it Jeffrey's plane?
13      A.    Yes.
14      Q.    Who else was on the plane?
15      A.    Nadia, Natalya -- I would
16  like to say Jen, but I can't remember
17  her specifically being there on the
18  first trip, so...  Natalya and Nadia
19  were definitely there.
20      Q.    Had you met Nadia before?
21      A.    No.
22      Q.    And you don't remember
23  anyone else?
24      A.    No, it was -- I mean, there
25  were always new people around Jeffrey
```



Page 121

```
 1              HIGHLY CONFIDENTIAL AEO
 2    and Ghislaine, so I don't really --
 3         Q.    Well, you just said and
 4    Ghislaine.  Was Ghislaine there?
 5         A.    No, not the first time.
 6         Q.    And do you recall what month
 7    this was?
 8         A.    I can't remember what month
 9    it was.
10         Q.    It was sometime during your
11    first three-month period?
12         A.    Yeah, it was within that
13    first three months.
14         Q.    So sometime between
15    September and December?
16         A.    That's correct.
17         Q.    And did you have a camera
18    with you when you went?
19         A.    I did.
20         Q.    Did you take pictures?
21         A.    I took a couple.
22         Q.    Describe for me what
23    happened on the plane ride?
24         A.    Nadia walked in, sat down in
25    front of me, Nataly.  We all buckled
```



Highly Confidential

Page 122

```
 1            HIGHLY CONFIDENTIAL AEO
 2    up, we took off.
 3             The rest of the passengers
 4    in the -- I think it's towards the
 5    front of the plane where all the seats
 6    are -- we all -- all the guests
 7    were -- fell asleep.  I pretended to
 8    be asleep.
 9             Jeffrey then went -- Jeffrey
10    went to his -- was in his bed on the
11    plane, having open sex with Nadia for
12    everyone to see, on display.
13        Q.    Did you participate in that
14    sex at all?
15        A.    No, I didn't.
16        Q.    Did anyone ask you to?
17        A.    No.
18        Q.    Did you and Natalya have any
19    sexual relationship on that plane, the
20    first plane ride?
21        A.    No.
22        Q.    Were you still having an
23    occasional sexual relationship with
24    Natalya at that time?
25             MS. MCCAWLEY:  Objection.
```



Highly Confidential

Page 123

```
 1            HIGHLY CONFIDENTIAL AEO
 2       A.    I can't remember.
 3       Q.    What types of sexual
 4   relationship did Jeffrey and Nadia
 5   have on the plane in your presence?
 6       A.    Well, Nadia was straddling
 7   Jeffrey for quite some time.  I
 8   watched them both ejaculate with each
 9   other.  They were having quite a good
10   time together.
11       Q.    How long was the plane ride?
12       A.    Gosh, a few hours.  Few
13   hours.
14       Q.    Did you say anything?
15       A.    No.  I was a guest.  I
16   thought it would be quite
17   inappropriate.
18       Q.    All right.  Can if I ask you
19   if you could just draw a layout of the
20   plane?
21            I'm going to reach over?
22            Just kind of describe where
23   everyone was sitting and the bed area.
24       A.    I don't remember if it was
25   the back or front.  The front of the
```



Page 124

```
 1            HIGHLY CONFIDENTIAL AEO
 2   plane, I think there was a round --
 3   there was, like, a round bed at the
 4   back of the plane.
 5            There was seating.  Pilots
 6   are there.  Nadia walked in with her
 7   Louis Vuitton handbag.  She sat there
 8   in front of me at the side of the
 9   plane.  So there was seating here.
10       Q.    Can you just write Nadia
11   next to that --
12       A.    Okay.
13       Q.    -- so I will remember later.
14       A.    Nadia sat there when she
15   first walked in.  And I remember her
16   specifically with a Louis Vuitton
17   handbag that she had, a black one.
18       Q.    Okay.  And where were you
19   sitting?
20       A.    I was sitting opposite her.
21   And then I think we changed positions
22   or there was -- I just remember at the
23   front, there was seating here, okay.
24       Q.    Well, where was Natalya
25   sitting?
```



Highly Confidential

Page 125

```
 1          HIGHLY CONFIDENTIAL AEO
 2      A.    I don't remember where she
 3  was sitting.
 4      Q.    Can you just put where the
 5  other seats were, if you don't
 6  remember who was in them?
 7      A.    I remember there was seating
 8  here.  I think there was -- I'm
 9  speculating here, but I can't remember
10  if they were sitting on the -- on the
11  other side of the plane.  I can't -- I
12  just remember that I sat on a seat in
13  the front of the plane and there were
14  people opposite me.
15      Q.    When you say opposite, do
16  you mean in front and back of you or
17  are you saying to your sides?
18      A.    In front of me.
19      Q.    Okay.
20      A.    So it's like a seating --
21      Q.    Is it one seat in a row?
22      A.    I can't remember the
23  specific layout of the seating on the
24  aircraft, but I know that there's a
25  big, fat, round open -- there's a bed
```



Highly Confidential

Page 126

```
 1           HIGHLY CONFIDENTIAL AEO
 2    on the back of the plane --
 3         Q.    Okay.
 4         A.    -- which there's no door, so
 5    you can quite easily have sex and show
 6    the whole plane.  Which is how it's
 7    designed, I'm guessing.
 8         Q.    Okay.
 9         A.    Because there's no privacy
10    around the bed.
11         Q.    I understand.
12               Can you just draw where the
13    other seats are, though?
14               MS. MCCAWLEY:  Objection,
15         asked and answered.
16         A.    I don't remember where the
17    other seats are.  I remember me
18    sitting in a specific airplane seat at
19    the beginning, you know, at the front
20    of the plane.  I don't remember the
21    decor of the plane.  I remember there
22    was a bed.  It was open, it was open
23    plan.
24         Q.    Were there bathrooms on the
25    plane?
```



Highly Confidential

Page 127

```
 1          HIGHLY CONFIDENTIAL AEO
 2     A.     Yes.
 3     Q.     Where were they?
 4     A.     I can't remember where the
 5  bathrooms were located on the
 6  aircraft.
 7     Q.     Do you know what kind of
 8  plane it was?
 9     A.     It was a nice, big plane.
10  Yeah, it was a plane.  A plane.
11     Q.     Had you been on a private
12  plane before?
13     A.     No.
14     Q.     Do you know how many people
15  it carried?
16     A.     I just know it's a plane.
17          MS. MENNINGER:  Can we mark
18       that.  Can you mark that as
19       Defendant's Exhibit 1.
20          MR. GUIRGUIS:  Have you seen
21       it before you want to mark it?
22          THE WITNESS:  It's really
23       bad.  Do you want me to redraw
24       that?  It's really embarrassing.
25       I'm not an artist or anything.
```



Page 128

```
 1          HIGHLY CONFIDENTIAL AEO
 2      It's really bad.
 3              MR. GUIRGUIS:   Just hand it
 4      over.
 5              (Defendant's Exhibit 1,
 6      hand-drawn picture marked for
 7      identification.)
 8      Q.    Was there a kitchen on the
 9  plane that you recall?
10      A.    I can't remember any, no.
11      Q.    Was there an office area?
12      A.    I can't remember the layout
13  of the plane.  I remember the bed.
14  The only thing I remember is the
15  open-plan bed where I watched Nadia
16  and Jeffrey have sex.
17      Q.    Apart from the Louis Vuitton
18  bag, do you remember what Nadia was
19  wearing?
20      A.    I just remember she had a
21  black Louis Vuitton handbag.  And I
22  don't remember what she was wearing,
23  no.  But I remember the black handbag
24  because I liked it so much, I bought
25  the red-colored version a few years
```



Highly Confidential

Page 129

```
 1          HIGHLY CONFIDENTIAL AEO
 2   later.  It was really nice.
 3       Q.    How long did you stay on the
 4   island during this first trip?
 5       A.    A few days.
 6       Q.    Was it a week or two days?
 7       A.    I can't remember.
 8       Q.    Apart from Nadia, Natalya,
 9   Jeffrey and yourself, is there anyone
10   else you recall being on that first
11   trip?
12          MR. GUIRGUIS:  Objection.
13       A.    On that particular first
14   trip, I can't remember.  I just
15   remember Nadia, Natalya, Jeffrey,
16   myself on the first trip.
17       Q.    When you got to the island,
18   was there anyone there?
19       A.    Yes.  There was a lovely
20   couple from Zimbabwe, somewhere in
21   Africa.  I think they were either
22   South African or from Zimbabwe, but
23   they was a lovely middle-age couple.
24   Chef, like staff, really nice staff on
25   the island.
```



Highly Confidential

Page 130

```
 1            HIGHLY CONFIDENTIAL AEO
 2      Q.      Any other guests?
 3      A.      No, not that first trip.
 4      Q.      Did you engage in any sexual
 5  acts with Jeffrey Epstein on your
 6  first trip?
 7      A.      Yes.
 8      Q.      What happened?
 9              MR. GUIRGUIS:   Objection.
10      A.      It was -- I had to give him
11  a massage in his bedroom.
12      Q.      And how did that come about?
13      A.      So the entire basics were
14  explained to me, there's this wealthy
15  dude, this philanthropist, loves
16  women, loves getting massages.  And
17  this was a nice way to make extra
18  cash, which is great.
19              I got to the island -- oh, I
20  was made to massage Jeffrey on the
21  plane.  Sorry.  That's where I gave my
22  first massage to Jeffrey.
23              So my first massage started
24  with him on the plane, with his feet
25  and his hands.  And on that trip I
```



Highly Confidential

Page 131

```
 1            HIGHLY CONFIDENTIAL AEO
 2    was -- I had to give him other
 3    massages, like legs, arms, feet,
 4    hands, head, shoulders.  And it wasn't
 5    straight away, but they got more
 6    sexual.  Then I was called to his
 7    bedroom.
 8        Q.    Okay.  I just want to make
 9    sure we're talking about the same time
10    frame.
11            There was a massage you gave
12    on the plane on the way down there?
13        A.    Yes.
14        Q.    That was not sexual?
15        A.    That was not sexual, no.
16        Q.    Was that before or after he
17    was having sex with Nadia in the open
18    bed in the plane area?
19        A.    It was before.  It was
20    before they had sex, because we all
21    fell asleep.
22        Q.    Okay.  And then how did the
23    massage come about?
24        A.    On the island or --
25        Q.    No, on the plane.  Just on
```



Highly Confidential

Page 132

```
 1          HIGHLY CONFIDENTIAL AEO
 2    the plane.
 3          A.    Jeffrey asked me to massage
 4    him.
 5          Q.    So you were asleep and
 6    Jeffrey woke you up?
 7              MS. MCCAWLEY:  Objection.
 8          A.    When we first got on the
 9    plane, we sat down.  You know, like
10    when you first get on an airplane, you
11    settle in and chat, chat, chat.  And I
12    massaged him, and then it was after
13    that we find of all fell asleep.  And
14    then I woke up and I saw Jeffrey and
15    Nadia.
16          Q.    Okay.
17          A.    So in that effect, I was
18    probably sitting -- I was facing the
19    bed.
20          Q.    You were rear-facing?
21          A.    Yeah.
22          Q.    Can I just hand you back
23    Defendant's Exhibit 1.  Is it still,
24    in your recollection, the same place?
25          A.    Yeah.  We switched seats a
```



Page 133

```
 1            HIGHLY CONFIDENTIAL AEO
 2    few times.
 3        Q.    So where was Jeffrey when
 4    you gave him the massage on the
 5    airplane?
 6        A.    He was -- he was seated at
 7    the front.
 8        Q.    In front of where you were?
 9        A.    We weren't really all seated
10    throughout the entire duration of the
11    flight.  So as soon as the flight took
12    up, we took our seat belts off and
13    kind of moved around freely, because
14    it's not a commercial flight.  You can
15    do that on private planes.  So we
16    weren't in our seats the whole time.
17    There was a lot of moving around.
18        Q.    Okay.  Can you just draw on
19    Defendant's Exhibit 1 where he was
20    when you gave him the massage?
21        A.    I can't remember where
22    specifically on what seat or where I
23    was facing that I gave Jeffrey his
24    massage, so I'm not comfortable
25    putting something because that's
```



Page 134

```
 1          HIGHLY CONFIDENTIAL AEO
 2   speculating.
 3        Q.    Do you have a general area
 4   at all?  Was it in the front area?
 5        A.    The general area -- the
 6   general area here is at the front of
 7   the plane, and then the bed at the
 8   back of the plane.
 9        Q.    So which of those two
10   general areas was the massage?
11        A.    So the massage was at the
12   front, because I didn't give him it on
13   the bed; it was in the front of the
14   plane.  I don't remember what specific
15   seat plan I gave him a massage.
16        Q.    Was he wearing clothes?
17        A.    Yes.
18        Q.    During the whole massage?
19        A.    During the whole massage,
20   yes.
21        Q.    What was he wearing?
22        A.    I don't remember.
23        Q.    Did he have on shoes?
24        A.    Yes, he had on shoes when he
25   walked onto the plane.  But then he
```



Highly Confidential

Page 135

```
 1          HIGHLY CONFIDENTIAL AEO
 2    took his shoes off to have the
 3    massage.
 4        Q.    And do you recall what he
 5    said when he asked you to give him a
 6    massage?
 7        A.    Yes.  He asked me to massage
 8    his feet and massage him.
 9        Q.    Were you surprised by that
10    request?
11        A.    No.
12        Q.    Why not?
13        A.    Because Natalya told me that
14    he liked getting massages from girls
15    and that he paid for them.
16        Q.    Did he pay you for that
17    massage on the plane?
18        A.    No.
19        Q.    Did you expect him to?
20        A.    Well it was a -- it was the
21    beginning of the trip, so I'm hardly
22    going to go, I don't really know you.
23    Can you please pay me.  It's not
24    something you really discuss, I don't
25    think.  It's not really appropriate.
```



Page 136

```
 1          HIGHLY CONFIDENTIAL AEO
 2   It's not very businesslike.
 3      Q.    And you were clothed during
 4   the massage on the plane?
 5      A.    Yes.
 6      Q.    Where was the second
 7   massage?
 8      A.    On his island.
 9      Q.    Where on the island?
10      A.    So the second time I
11   massaged him was probably on -- it
12   was -- I was then asked to massage him
13   again later that day, to massage him
14   again in the open-planned seating area
15   on the island.
16      Q.    Who asked you to do that?
17      A.    Sarah Kellen.
18      Q.    So Sarah Kellen was on the
19   island?
20      A.    Yes.
21      Q.    Did she travel with you?
22      A.    Not all -- I can't remember
23   specifically who traveling -- I can't
24   say that I a hundred percent remember
25   her there on that first flight.  I
```



Highly Confidential

Page 137

```
 1          HIGHLY CONFIDENTIAL AEO
 2    don't -- I can't visually see her
 3    there.  But I know that she traveled
 4    with us pretty much every time with
 5    Jeffrey.  She traveled everywhere with
 6    Jeffrey.
 7         Q.    How many times did you go to
 8    the island?
 9         A.    Several.
10         Q.    How many?
11         A.    Several.  Several times.
12    There were multiple occasions that I
13    went to the island.
14         Q.    Three times?
15         A.    Several.  Several.  I can't
16    remember how many times specifically.
17         Q.    I understand you don't have
18    a specific answer.
19         A.    Yeah.
20         Q.    Do you believe it was more
21    than ten times?
22         A.    I don't think it was as much
23    as ten times, no.  Maybe a little bit
24    less, but not that many.
25         Q.    Do you know how many times
```



Page 138

```
 1           HIGHLY CONFIDENTIAL AEO
 2   you went on the private plane versus a
 3   commercial plane?
 4       A.    I flew both, so I can't
 5   remember how many times I did
 6   commercial, how many times I did
 7   private.  I mean, it was -- I know
 8   that I did fly commercially at some
 9   times when the plane wasn't available.
10       Q.    And the total number of
11   trips to the island you think was less
12   than ten times?
13           MR. GUIRGUIS:  Objection.
14       A.    There was several times.
15   I'm not sure if it was more than ten.
16   I don't know the accurate number.  It
17   was several times.
18       Q.    Did you go through any type
19   of passport control when you went to
20   the island at all?
21       A.    No, they didn't check
22   passports.
23       Q.    How did you get from where
24   the plane landed to the island?
25       A.    Jeffrey's speedboat.
```



Highly Confidential

Page 139

```
 1          HIGHLY CONFIDENTIAL AEO
 2     Q.    Was that the only method?
 3     A.    Also a helicopter.
 4     Q.    Who flew the helicopter?
 5     A.    I don't -- a guy.
 6     Q.    Was he cute?
 7          MR. GUIRGUIS:  Objection.
 8     A.    I don't remember.
 9          MR. GUIRGUIS:  Objection,
10     and I direct the witness not to
11     answer.
12          MS. MENNINGER:  I'm learning
13     about superyachting.  I thought I
14     would find out about the
15     helicopter.
16          MR. GUIRGUIS:  I thought you
17     were going to ask if he was
18     taller than 6 feet or less than 6
19     feet.  I thought that was the
20     next series of questions.
21     Q.    So you said the second
22     massage you gave Jeffrey was on the
23     island the same day you flew down
24     there the first time?
25     A.    Yes.
```



Page 140

```
 1            HIGHLY CONFIDENTIAL AEO

 2      Q.     And it was in the open-plan

 3   area?

 4      A.     Yes.

 5      Q.     And you recall Sarah Kellen

 6   being the one to ask you to give the

 7   message?

 8      A.     We were all sitting there

 9   socially.  Jeffrey asked me.  And that

10   wasn't a sexual massage in the seating

11   area on the island, the second

12   massage.  He was still training me to

13   massage, so my standards weren't quite

14   high enough.

15      Q.     How did he train you to

16   massage him?

17      A.     He let the girls massage me

18   in front of him.  He showed me how

19   to -- because his body's full of

20   knots, so -- and he likes his massage

21   really hard.  So when you really push

22   on those knots that he has, you have

23   to be quite firm with him.

24      Q.     So he told you what he

25   liked?
```



Page 141

1          HIGHLY CONFIDENTIAL AEO

2      A.    Yes, yeah.  And some of the

3  other girls -- sorry.  Natalya showed

4  me how he like his massages.

5      Q.    Was he clothed during the

6  second massage?

7      A.    Yes.

8      Q.    Were you clothed?

9      A.    Yes.

10      Q.    Did any sexual contact occur

11  on the second massage?

12      A.    No.

13      Q.    When do you recall there

14  being a third massage?

15      A.    The next day.

16      Q.    And what happened that gave

17  rise to the third massage?

18      A.    I was called to Jeffrey's

19  bedroom to massage him.

20      Q.    Who called you?

21      A.    I'm -- I don't want to

22  speculate, so I can't remember

23  specifically who called me.

24      Q.    Okay.  So some third person

25  you don't recall --



Highly Confidential

Page 142

```
 1           HIGHLY CONFIDENTIAL AEO
 2      A.      It was a female.  It was
 3  either Sarah Kellen or Natalya, so I
 4  can't remember which of the two that
 5  called me, because they called me many
 6  times during the duration of my trip.
 7      Q.      So when you say called me,
 8  what does that mean?
 9      A.      They come up to me and say,
10  please go to Jeffrey's bedroom and
11  massage Jeffrey.  He is waiting for
12  you.
13      Q.      What time of day was it?
14      A.      I think it was -- I can't
15  remember what specific time of day it
16  was.
17      Q.      Can you kind of describe the
18  island for me.  Were there more than
19  one building on it?
20      A.      Yeah, there were multiple
21  buildings.  You had the main house.
22  You had certain accommodation areas
23  where the girls sit.
24              There were various buildings
25  around the island where he used to
```



Highly Confidential

Page 143

```
 1            HIGHLY CONFIDENTIAL AEO
 2    have all -- him and his other guests,
 3    like beds and beds, like little
 4    shelter things where him and his
 5    guests used to have sex with the
 6    girls, like beds set up for instant
 7    sexual entertainment.  So --
 8        Q.    On a beach area?
 9        A.    All over the island.  All
10    over the island.  So if you go on one
11    of his quad bikes and do a tour of his
12    island, which I'm sure you guys have
13    done, you will see multiple buildings
14    around the island.
15        Q.    And where were you staying
16    during this first trip?
17        A.    I was staying in one of the
18    guest houses that Natalya -- the main
19    guest house that all the girls shared.
20        Q.    Were you staying in your own
21    room?
22        A.    No.
23        Q.    Who were you sharing a room
24    with?
25        A.    Natalya.  I think Nadia
```



Page 144

```
 1            HIGHLY CONFIDENTIAL AEO
 2    slept in the bungalow; she didn't stay
 3    there per se.  She was explained to be
 4    Jeffrey Epstein's girlfriend at the
 5    time.
 6        Q.    When you were asked to give
 7    Jeffrey a massage on the third
 8    occasion by a female, do you recall
 9    what words were used?
10        A.    I can't remember the exact
11    words, no.  But I was -- it was
12    generally -- it was, can you please go
13    and give Jeffrey -- it's kind of like
14    your turn type of thing.
15        Q.    Did you know where his
16    bedroom was?
17        A.    I was shown to his bedroom.
18        Q.    Who showed you to his
19    bedroom?
20        A.    I can't remember who showed
21    me to his bedroom.
22        Q.    All right.  Tell me what
23    happened during the third massage?
24        A.    So I went into Jeffrey
25    Epstein's bedroom.  His bedroom is
```



Page 145

```
 1            HIGHLY CONFIDENTIAL AEO
 2    ice-cold; it's always ice-cold.  He
 3    likes his bedrooms very well air
 4    conditioned.
 5            There was a massage table
 6    laid out in his bedroom.  He asked me
 7    to undress and that he wanted to give
 8    me a massage, and he asked me to lay
 9    on the table.  He then started
10    touching my body.
11            I was -- I was -- it didn't
12    start off as a sexual massage; it was
13    just -- you know, it was just doing a
14    normal massage, and then he started to
15    touch me.  He touched my vaginal
16    region and he touched me all over.
17        Q.    Were you draped with a
18    towel?
19        A.    No.
20        Q.    For no part of the massage?
21        A.    For the -- I can't remember.
22        Q.    Was anyone else present in
23    the room?
24        A.    No.
25        Q.    And after he started
```



Highly Confidential

Page 146

```
 1          HIGHLY CONFIDENTIAL AEO
 2   touching you while you were on the
 3   table, did you give him a massage?
 4        A.    I can't remember the
 5   specific sequence of events, but I
 6   remember the third massage, it wasn't
 7   for Jeffrey; it was for me.  He
 8   performed the massage on me.
 9        Q.    Did you tell him to stop?
10        A.    No, I didn't.
11        Q.    Did you have any sexual
12   contact with him?
13        A.    No, he just touched me.  And
14   he was touching himself too, so...
15        Q.    Did you have an orgasm?
16        A.    I did have an orgasm.  He
17   used a specific vibrator on me, which
18   it was quite hard not to.
19        Q.    Can you describe it?
20        A.    Yeah.  It's quite big.  It's
21   not an actual vibrator.  It's really
22   good; you should get one if you don't.
23             THE WITNESS:  Sorry.  I'm
24        allowed to talk.  Okay.  Sorry.
25        A.    It's -- I'll -- can I draw
```



Highly Confidential

Page 147

```
 1            HIGHLY CONFIDENTIAL AEO
 2   it?  Can I draw it?  I'll draw you the
 3   exact -- I can actually get you -- I
 4   actually own one, so I can get you a
 5   photo of it, you know.  It's also in
 6   the pictures in the dentist chair, in
 7   one of the photos, so...
 8            It's like this.
 9            THE WITNESS:  I'm sorry.
10            MR. GUIRGUIS:  You're fine.
11            MS. MCCAWLEY:  You're fine.
12       A.   So it's actually a massager
13   for shoulders.  It's got a long base.
14   It's got quite a -- it's got like a
15   rubber white head.
16            And, yeah, it was really --
17   it's not -- it's not used for sexual
18   purposes.
19       Q.   It's not?
20       A.   No, that's what I'm saying.
21   It's not a vibrator.
22       Q.   Okay.
23       A.   It was actually quite
24   painful for me --
25       Q.   Okay.
```



Highly Confidential

```
 1          HIGHLY CONFIDENTIAL AEO
 2      A.      -- actually.
 3      Q.      Okay.  Did you tell him to
 4  stop?
 5      A.      I told him to stop when
 6  he -- because he pressed the vibrator
 7  head on my clitoris and it was
 8  incredibly painful.  It hurt me.
 9  That's a very sensitive area, and the
10  strength of this specific device he
11  used is -- it's not really meant for
12  that.
13      Q.      Right.  Did he stop when you
14  said stop?
15      A.      No.
16      Q.      And how long did this
17  massage --
18      A.      Until -- until I orgasmed.
19      Q.      And then what happened?
20      A.      He just stopped.  And I got
21  dressed and I left.
22      Q.      Was there any discussion?
23      A.      No.
24      Q.      Did he give you any money?
25      A.      No.
```



Page 149

```
 1              HIGHLY CONFIDENTIAL AEO
 2              MR. GUIRGUIS:  Can we stop
 3         for a moment?  The witness is
 4         crying.  I think maybe we should
 5         take a moment, have a moment.
 6              MS. MENNINGER:  Okay.  Mark
 7         that as Defendant's Exhibit 2,
 8         and then we'll take a break for
 9         ten minutes.
10              (Defendant's Exhibit 2,
11         hand-drawn picture, was marked
12         for identification.)
13              (Time noted:  12:07 p.m.)
14              (Recess.)
15              (Time noted:  12:19 p.m.)
16         Q.    So you just described for
17    us, I think, what you recall being the
18    third massage with Jeffrey?
19         A.    Yeah.
20         Q.    Do you recall the next one
21    after that?
22         A.    It was -- it was basically
23    the same.  I was called to give
24    Jeffrey massages.
25         Q.    During that first trip to
```



Highly Confidential

Page 150

```
 1          HIGHLY CONFIDENTIAL AEO
 2    the island?
 3          A.    During the first trip, yeah.
 4          Q.    Can you approximate how many
 5    massages you gave to him during that
 6    first trip?
 7          A.    I would give him up to maybe
 8    two a day.  The other girls, they had
 9    to also give him massages during that
10    trip.
11          Q.    And you don't remember how
12    many days that trip was?
13          A.    No, not specifically how
14    many.  It was a few days.  It was a
15    few days.
16          Q.    At some point did the
17    massages become different than the one
18    you just described as the third
19    massage?
20          A.    It was either Jeffrey lying
21    on the massage -- me massaging him and
22    it turning sexual or vice versa.
23    Pretty much from the third sexual
24    massage I had with Jeffrey, all other
25    massages were sexual.
```



Page 151

```
 1            HIGHLY CONFIDENTIAL AEO
 2       Q.    Do you recall who was on the
 3   flight home from the first trip?
 4       A.    I don't recall who was on
 5   the flight home.  I think it was all
 6   the people that were on the first
 7   flight there.
 8       Q.    Did you receive any
 9   compensation from Jeffrey during that
10   first trip?
11       A.    I received like $300 or
12   something.  Not a lot.
13       Q.    When did you get that?
14       A.    At the end of the trip.
15       Q.    How was it given to you?
16       A.    In cash.
17       Q.    By whom?
18       A.    That specific time it was
19   Jeffrey.
20       Q.    Where were you when he gave
21   that you money?
22       A.    I can't recall where I was
23   when he gave me the cash.
24       Q.    Did -- were you still with
25   the other females that had been on the
```



Highly Confidential

Page 152

```
 1          HIGHLY CONFIDENTIAL AEO
 2   plane?
 3       A.    When he gave me the cash?
 4       Q.    Yes.
 5       A.    I can't recall.  I don't
 6   remember if someone was with me.  But
 7   we all knew that we were going to get
 8   cash.
 9       Q.    Did you see him give cash to
10   anyone else?
11       A.    I saw him give cash to
12   Natalya.
13       Q.    How much did he give her, if
14   you know?
15       A.    I don't know.
16       Q.    Did you see Natalya having
17   any type of sexual relations with
18   Jeffrey during the trip?
19       A.    Yes, I did.
20       Q.    When did you see that?
21       A.    I didn't see it in the
22   bedroom, but we were called on, like,
23   a rotation visit for Jeffrey
24   throughout the day and evening.
25       Q.    When did you see Natalya
```



Highly Confidential

Page 153

```
 1           HIGHLY CONFIDENTIAL AEO
 2    having some type of sexual
 3    relationship with Jeffrey on the
 4    island during the first trip?
 5         A.     I didn't see her perform
 6    sexual acts on Jeffrey.
 7         Q.     Did anyone see you
 8    performing sexual acts on Jeffrey
 9    during the first trip to the island?
10         A.     No.
11         Q.     Did you tell any of these
12    other women about what was going on
13    during your massages with Jeffrey?
14         A.     Yes.
15         Q.     Who did you tell?
16         A.     All the girls that were
17    there.
18         Q.     And, again, that is Natalya,
19    Nadia and Jen?
20              MR. GUIRGUIS:  Objection.
21         Q.     Do you remember?
22         A.     I can't say specifically if
23    Jen was there.  I can't remember Jen
24    being there, so I don't like to bring
25    Jen into the first trip.
```



Page 154

```
 1              HIGHLY CONFIDENTIAL AEO
 2              I saw her multiple times on
 3    the island, but I can't specifically
 4    place her there on the first trip.  I
 5    just remember the key people that were
 6    there because they were the most vivid
 7    in my memory.
 8        Q.    Do you know if you took any
 9    pictures during that first trip?
10        A.    I don't think during that
11    first trip, no.  We weren't actually
12    allowed to bring any electronic
13    devices with us.
14        Q.    How did you learn that rule?
15        A.    Natalya told me and the
16    other girls told me.
17        Q.    Who are the other girls?
18        A.    Jen.
19        Q.    Did you take a camera to the
20    island?
21        A.    Not the first time, no.
22        Q.    Did you have a digital
23    camera at the time?
24        A.    Yes, I did.
25        Q.    What kind?
```



Highly Confidential

Page 155

```
 1           HIGHLY CONFIDENTIAL AEO
 2      A.     I can't remember.
 3      Q.     Did you have a phone with a
 4  camera on it?
 5      A.     I had a BlackBerry, yes,
 6  which you could take photos on.
 7      Q.     All right.  Do you recall
 8  there being any sexual acts performed
 9  on the plane on the ride home during
10  the first trip?
11      A.     No.
12      Q.     Okay.  Do you recall going
13  down a second time?
14      A.     To the island?
15      Q.     Yes.
16      A.     Yes.
17      Q.     When did that happen?
18      A.     Shortly.  I can't remember
19  specifically when it was, but it
20  wasn't on -- I don't know the time
21  length.  I saw Jeffrey and Ghislaine
22  and the crowd quite a lot in New York
23  as well, so it's not clear to me when
24  the second trip was.
25      Q.     When was the first time you
```



Highly Confidential

Page 156

```
 1          HIGHLY CONFIDENTIAL AEO
 2   met Ghislaine?
 3        A.    I'd been to the island a
 4   couple times before, and then I met
 5   Ghislaine on the island.
 6        Q.    Tell me about your meeting
 7   with her?
 8        A.    I remember being told by
 9   everyone before she arrived who she
10   was.  And I was pretty much told the
11   type of person she was and that I had
12   to do everything she told me to do.
13        Q.    Who told that you?
14        A.    Nadia, Sarah Kellen,
15   Natalya, Jen.  Every single girl that
16   I came in communication with told me
17   that.
18        Q.    And what type of person did
19   they tell you that she was?
20        A.    She's incredibly
21   intimidating.  She's not someone you
22   want to be stuck in an alley at night,
23   put it that way.  She's a very
24   dangerous character and has
25   connections.
```



Page 157

```
 1            HIGHLY CONFIDENTIAL AEO
 2      Q.     And that was communicated to
 3   you by this group of females:  Nadia,
 4   Sarah, Natalya and Jen?
 5      A.     Yes.
 6      Q.     Anyone else?
 7      A.     I mean, it was a general
 8   conversation amongst the girls about
 9   Ghislaine, so there were other girls
10   all the time.  So during the duration
11   of my stay -- so pretty much from
12   my -- when I first arrived in New
13   York, my entire time was spent with
14   Jeffrey and Ghislaine and that crowd.
15            So, yeah, it was -- that's
16   about everything.
17      Q.     Okay.  So you met --
18      A.     I met a lot of girls who we
19   all had the same opinion of Ghislaine;
20   we were all frightened of her.  She
21   had a very odd relationship with
22   Jeffrey and -- yeah, she's not a
23   nice -- I'm sorry, I know she's your
24   client, but she's not -- she's not a
25   friendly, warm person.
```



Page 158

```
 1          HIGHLY CONFIDENTIAL AEO
 2          I liked her dog, though, her
 3  Yorkshire Terrier.  Her dog was nice.
 4     Q.    You recall meeting her for
 5  the first time on the island?
 6     A.    Yeah.  She flew in by
 7  helicopter.
 8     Q.    And that was after you were
 9  on the island a couple of times?
10     A.    Yeah.
11     Q.    Did she fly the helicopter?
12     A.    I can't remember if she flew
13  it or not.  I just remember her
14  getting out -- like getting out of
15  a -- and going Ghislaine, and I was
16  like -- I was quite frightened when
17  she arrived, so...
18     Q.    Was she alone or with
19  someone?
20     A.    I can't remember if she was
21  with someone.  I just remember the
22  first time I saw her, I was like, is
23  that it?  She didn't look that scary
24  when I first met her.  Looks are
25  deceiving.
```



Highly Confidential

Page 159

```
 1          HIGHLY CONFIDENTIAL AEO
 2     Q.     So the first time you saw
 3  her, she was getting off of a
 4  helicopter?
 5     A.     Yeah.
 6     Q.     And you don't recall if she
 7  flew the helicopter?
 8     A.     I don't recall if she flew
 9  it herself or if there was a pilot
10  there.  I just remember she arrived on
11  a helicopter.
12     Q.     What's the next thing you
13  remember about your interactions with
14  her personally?
15     A.     She stayed on the island a
16  few days, and I didn't have a lot of
17  interaction with  her.  I avoided her,
18  to be honest.
19     Q.     Did you take pictures of
20  her?
21     A.     No.  We weren't allowed any
22  digital cameras on the island.
23     Q.     Have you ever taken a
24  picture of her?
25     A.     No.  I didn't really feel
```



Highly Confidential

Page 160

```
 1          HIGHLY CONFIDENTIAL AEO
 2   the need to take pictures of Ghislaine
 3   for my photo album.
 4      Q.    Apart from staying away from
 5   her and not having a lot of
 6   interactions, do you recall anything
 7   else about your first interaction with
 8   her on the island?
 9      A.    Yeah.  She was incredibly
10   unpleasant to me.  She wasn't friendly
11   or warm.
12      Q.    What did she say or do?
13      A.    She was very dismissive.
14   Just another girl, really.
15      Q.    Did you ever give her a
16   massage?
17      A.    No.
18      Q.    Did she ever give you a
19   massage?
20      A.    She massaged me once or
21   twice, but it was to -- it was to
22   refine my technique for Jeffrey.
23      Q.    This was on the first time
24   you met her?
25      A.    Yeah, during that trip
```



Page 161

```
 1          HIGHLY CONFIDENTIAL AEO
 2    she -- because Jeffrey, again, he's
 3    quite specific on how he likes his
 4    massages and, yeah, I'm not -- that's
 5    not my forte, massages.
 6         Q.    How did it come about that
 7    she was helping you to refine your
 8    massage techniques?
 9         A.    We were just sitting in the
10    main area by the big house.  That's
11    where we chilled out.  There's a table
12    there as well.
13              And, yeah, we were just
14    sitting on the sofas, and I think -- I
15    can't remember if I was giving Jeffrey
16    a massage, but we were all sitting
17    together, and I think he was getting
18    massaged by one girl and we were kind
19    of taking it in turns.
20         Q.    Was it sexual?
21         A.    No, it wasn't sexual.  But
22    Ghislaine was there, and I wasn't
23    doing it properly and she showed me
24    how to massage him and how he liked
25    it.
```



Highly Confidential

Page 162

```
 1           HIGHLY CONFIDENTIAL AEO
 2      Q.     What part of his body did
 3   she show you how to massage?
 4      A.     His feet, his hands.
 5      Q.     Did she say anything to you?
 6      A.     I can't remember
 7   specifically what she said to me.  She
 8   said a lot of things to me.
 9      Q.     Okay.  Well, tell me what
10   you remember she said to you.
11           MR. GUIRGUIS:  Objection.
12      When?  Where?  What?  What are we
13      talking about?
14      A.     I can't remember
15   specifically what she said to me.  All
16   I know is that she wasn't -- she
17   wasn't a particularly nice person, to
18   me or anybody.  So very dictorial
19   [sic].
20      Q.     Unlimited by time or
21   anything, do you recall anything
22   Ghislaine said to you?
23           MR. GUIRGUIS:  Objection.
24      You're asking her --
25      A.     It was how to massage
```



Highly Confidential

Page 163

1          HIGHLY CONFIDENTIAL AEO

2    Jeffrey.

3              I remember speaking to her

4    quite a lot about my FIT application.

5              I remember speaking to

6    Ghislaine about my psychiatrist, about

7    my weight.  My weight was a big issue.

8    And, in fact, everything was an issue

9    with Ghislaine.

10       Q.    During this first time you

11   met her, other than discussing

12   massages, did those other topics come

13   up?

14       A.    I can't remember the first

15   encounter with Ghislaine, but it was

16   pretty soon after.  Everything

17   snowballed quite quickly.

18       Q.    Well, you saw her getting

19   off the helicopter, correct?

20       A.    Yeah.

21       Q.    And you saw her on the

22   island for a couple days that time,

23   you said, correct?

24       A.    Yeah.

25       Q.    So during that time you saw



Page 164

```
 1          HIGHLY CONFIDENTIAL AEO
 2   her over a couple days, do you
 3   remember any other discussions you had
 4   with her apart from this massage?
 5       A.    We spoke about why I was
 6   there, New York.  I mean, we -- you
 7   know, she got to know me.  She asked
 8   me a lot of questions about my family
 9   life, my -- I mean, she questioned me
10   a lot on my personal life.
11       Q.    Was anyone else present when
12   you were having these discussions with
13   Ghislaine?
14       A.    Yes, everyone.  Everyone
15   that was -- Sarah Kellen, Jeffrey,
16   Natalya.
17       Q.    Was there anyone different
18   on this trip?
19       A.    Nadia as well.  Nadia was
20   there.
21       Q.    Anyone else on this trip?
22       A.    I can't remember.
23       Q.    Was Jean Luc Brunel there?
24       A.    Not the first time I met
25   Ghislaine.
```



Highly Confidential

Page 165

```
 1           HIGHLY CONFIDENTIAL AEO
 2      Q.    Was anyone else there?
 3      A.    I can't remember.
 4      Q.    Anything that would refresh
 5   your memory?
 6      A.    If you could give me the
 7   plane logs or something, or names or
 8   photos.  Ten years, as I said, is an
 9   incredibly long time.  I don't
10   remember who -- I mean, it was such a
11   long time for me.
12           I came to New York, my
13   intention was to meet many people,
14   make new friends, make a new life for
15   myself.  So I didn't really -- I don't
16   remember names specifically.
17      Q.    Do you remember any
18   descriptions of other people who were
19   on the island the first time you met
20   Ghislaine?
21      A.    They were all beautiful
22   people.  I just remember being
23   surrounded by beautiful young people.
24   They were always girls.  There were
25   always girls.  You know, girls didn't
```



Page 166

```
 1            HIGHLY CONFIDENTIAL AEO
 2   even have time to kind of remember
 3   girls' names because there was always
 4   people leaving the island, popping in,
 5   flying in.  So there was a constant
 6   flux of people coming in, popping in
 7   visiting Jeffrey and Ghislaine.
 8       Q.    So the first time you met
 9   Ghislaine, you saw her get off a
10   helicopter.  She was on the island for
11   a couple days.
12            Any other females you
13   remember being there on that occasion?
14            MS. MCCAWLEY:  Objection,
15       asked and answered.
16       A.    Sarah Kellen, Nadia,
17   Natalya, and I can't remember any
18   others.
19       Q.    Can you remember any
20   descriptions of other people who were
21   there on that occasion?
22            MR. GUIRGUIS:  Objection,
23       asked and answered.
24       A.    They were just pretty.  They
25   were just beautiful.
```



Page 167

```
 1          HIGHLY CONFIDENTIAL AEO
 2     Q.    Hair color?
 3           MR. GUIRGUIS:  Objection.
 4     A.    Normal.
 5     Q.    Height?
 6     A.    I don't recall height.
 7     Q.    Any other physical
 8  characteristics at all?
 9           MR. GUIRGUIS:  Objection.
10     A.    Just that they were
11  extremely beautiful.  I've never seen
12  girls like this.
13     Q.    Well, you had been a model
14  in London, right?
15     A.    Yeah, I have, but, you know,
16  Jeffrey Epstein, he acquired the
17  elite, didn't he, you know, him and
18  Ghislaine.  So they were pretty much
19  the crème de la crème of the crop, I
20  would say, the girls that were around
21  him.
22     Q.    On this first occasion when
23  you met Ghislaine and there were
24  beautiful girls, who you don't recall
25  what they look like; you recall they
```



Page 168

1           HIGHLY CONFIDENTIAL AEO

2    were beautiful?

3        A.    Yeah, there were beautiful

4    people constantly surrounded by

5    Jeffrey Epstein and Ghislaine.  They

6    were only surrounded by beautiful

7    people, beautiful girls.

8        Q.    But apart from that, you

9    don't have any other specifics?

10        A.    I don't recall the

11    appearance of the other girls.  I

12    don't -- as I will say again, there

13    was a constant stream of people coming

14    in, going off the island, popping in,

15    popping out, girls flying in, girls

16    flying out.  There were girls on the

17    island that were there shorter time

18    frames than me and flew out.

19           I didn't really -- I hung

20    out with my crew:  Natalya, Jen.  They

21    were -- they were my friends.  I

22    thought they were my friends.  So I

23    didn't really cozy up to any of the

24    other girls.

25           It's like high school, you



MAGNA
LEGAL SERVICES

Highly Confidential

Page 169

```
 1            HIGHLY CONFIDENTIAL AEO
 2   know, you're not friends with
 3   everybody.  You ask me who -- everyone
 4   I went to school with, I don't
 5   remember.  I don't have a clue.  I
 6   don't know who they are.
 7        Q.    Do you have a best friend
 8   from school?
 9            MR. GUIRGUIS:  Objection.
10        A.    Several.  Several.  I mean,
11   who has any best friend at school?
12   School's school.  We don't make best
13   friends at school.
14        Q.    Who is Pumla?
15        A.    She was an acquaintance that
16   I met in New York.
17        Q.    Where did you meet her?
18        A.    I think I met her at a bar
19   or something.
20        Q.    Was she a friend of yours
21   during this time period?
22        A.    She was an acquaintance.  I
23   would say friend is -- yeah, I
24   wouldn't say friend.  I'd say
25   acquaintance.
```



Page 170

```
 1           HIGHLY CONFIDENTIAL AEO
 2      Q.    So on this occasion where
 3  you met Ghislaine on the island and
 4  you spoke to her about massage, did
 5  you ever have any other sexual-type
 6  interactions with her?
 7           MS. MCCAWLEY:  I didn't hear
 8      the end of that.  Did you say
 9      "him"?
10      Q.    Sexual-type interactions
11  with her?
12      A.    With her?
13      Q.    Ghislaine?
14      A.    No.
15      Q.    And do you recall if she
16  flew with you back on the plane?
17      A.    I can't remember.
18      Q.    What's the next time you
19  went to the island?
20      A.    Again, I don't remember
21  specifically.  I went various several
22  times during the duration.  So I
23  remember there was a -- it was several
24  times.  I can't remember the next time
25  I went to the island.  I mean, it's...
```



Highly Confidential

Page 171

```
 1           HIGHLY CONFIDENTIAL AEO
 2      Q.     Was it before you went back
 3  to South Africa to visit?
 4      A.     Yes.
 5      Q.     All the visits to the island
 6  were before that?
 7             MS. MCCAWLEY:   Objection.
 8      A.     Yeah.
 9      Q.     What's the next time you
10  remember meeting Ghislaine?
11      A.     I met her at the office in
12  New York.
13      Q.     What's the office?
14      A.     Jeffrey's office, main
15  office.
16      Q.     Where is that?
17      A.     I don't remember the
18  location.   It's central.   It's got a
19  courtyard.   Like when you walk in,
20  there's like a courtyard.
21      Q.     What were you doing at
22  Jeffrey's office in New York?
23      A.     We were preparing for my
24  college application.   Jeffrey often
25  wanted to see just how I was doing, so
```



Highly Confidential

Page 172

```
 1          HIGHLY CONFIDENTIAL AEO
 2    I had to regularly pop in to see him
 3    and Ghislaine.  And Ghislaine would
 4    often check how I was doing and blah,
 5    blah, blah, etcetera.
 6         Q.    What were you doing to
 7    prepare for your college application?
 8         A.    I had to write an essay.
 9         Q.    When did you --
10         A.    Also, I had to do -- like,
11    you know how you apply for college
12    applications; you've got your
13    application forms and such.  So it was
14    more admin.
15         Q.    And you were going to
16    Jeffrey's office to work on your
17    forms?
18         A.    Yes.  And to just say hi.  I
19    was -- well, I never went on my own
20    accord.  I was either invited or told
21    to be there by either Ghislaine or
22    Jeffrey.  I also went to the offices
23    on a number of occasions for private
24    legal matter.
25         Q.    What's the private legal
```



Highly Confidential

Page 173

```
 1          HIGHLY CONFIDENTIAL AEO
 2   matter?
 3          MR. GUIRGUIS:   Objection.
 4      I'm going to direct you not to
 5      answer if it's unrelated to this
 6      case.
 7      Q.   Was there an attorney
 8   present?
 9      A.   Yes.
10      Q.   What was the name of the
11   attorney who was present?
12      A.   Alan Dershowitz.
13      Q.   So I was asking about the
14   second time you met Ghislaine.  It was
15   at Jeffrey's office in New York?
16      A.   Yes.
17      Q.   How did you come to be in
18   Jeffrey's office in New York where you
19   met Ghislaine the second time?
20      A.   I was told to be there.
21      Q.   Who told you to be there?
22      A.   I think it was Ghislaine.
23      Q.   How did Ghislaine tell you
24   to be there?
25      A.   I can't remember if it was
```



Highly Confidential

Page 174

         1            HIGHLY CONFIDENTIAL AEO
 2    via telephone call.  I can't remember
 3    the exact communication that she used.
 4    But I was told to regularly be there
 5    when they wanted me there, and just
 6    grabbed a taxi and arrived at the
 7    office.
 8        Q.    Well, I'm asking you about
 9    the second time.
10            So you met her on the
11    island, and the next thing you know,
12    you have a communication from her in
13    New York?
14        A.    Well, she was always with
15    Jeffrey in his office, so it's like --
16    okay, so let me explain it.
17            So you go to an office and
18    you see Jeffrey's office there and
19    Ghislaine -- Ghislaine was always at
20    Jeffrey's office, so I think she had
21    her own office there.
22            So when you walk in and
23    you've met people before, you kind of
24    say hi to everyone.  You know, you
25    have a little chitchat.



Highly Confidential

Page 175

```
 1              HIGHLY CONFIDENTIAL AEO
 2              Do you understand?  You
 3    don't -- you don't -- you know, I
 4    chatted with Ghislaine, I chatted with
 5    Jeffrey.  It was a busy office.  I
 6    can't remember specifically what was
 7    said.  It was just a check-in, kind
 8    of.
 9         Q.    So you were going there to
10    work on your college application, and
11    you happened to see Ghislaine in the
12    offices?
13              MS. MCCAWLEY:  Objection.
14         A.    She -- you know, she
15    participated in the -- you know, a
16    lot.  She was interested in me.  I
17    was -- you know, she interacted with
18    me.
19         Q.    I know.  I'm trying to
20    understand when you did this.  When
21    was it?
22         A.    It was the second time, the
23    first time I went to the office.
24         Q.    The first time you went to
25    the office, the second time you met
```



Page 176

```
 1          HIGHLY CONFIDENTIAL AEO
 2   Ghislaine?
 3        A.    Yes.
 4        Q.    And when was it relative to
 5   the first time you met Ghislaine?
 6        A.    I can't remember if it was a
 7   couple of weeks later.  I don't
 8   remember the exact time frame of how
 9   many days or weeks there was between
10   the first trip and the -- when I went
11   in to the office.
12        Q.    But you do recall going into
13   the office to work on your college
14   application?
15          MS. MCCAWLEY:  Objection.
16        A.    Yes.  Well, I went in a
17   number of times to the office.  So,
18   like, we regularly had to report to
19   Jeffrey in the office.  It was a -- we
20   were called all the time there.
21        Q.    What do you mean, you had to
22   report there?
23        A.    Well, Jeffrey liked to check
24   in with all of us.
25        Q.    How was it communicated to
```



Page 177

```
 1            HIGHLY CONFIDENTIAL AEO
 2   you that you needed to report to the
 3   office?
 4        A.    Jeffrey.  I was just told to
 5   be there; I had to be there.
 6        Q.    Who told that you?
 7        A.    Jeffrey and Ghislaine.
 8        Q.    Anyone else?
 9        A.    Sarah Kellen and Lesley
10   Groff.
11        Q.    How did they communicate it
12   to you?
13        A.    By telephonic call.
14        Q.    To your cell phone?
15        A.    And BlackBerry, which they
16   provided me.
17        Q.    So you did not have a
18   BlackBerry before you met Jeffrey?
19        A.    No.
20        Q.    Then you got a BlackBerry
21   when you were --
22        A.    That's correct.
23        Q.    -- acquainted with him.
24              And what happened with the
25   phone you had before?
```



Page 178

1             HIGHLY CONFIDENTIAL AEO

2       A.    It's got lost through

3  translation.  I have moved several

4  times through the years, so...

5       Q.    So you got messages or phone

6  calls?

7       A.    BBMs, phone calls, text

8  messages.

9             All the emails that they

10 sent me, I think you guys have.  There

11 wasn't a lot of email correspondence.

12 The majority of it was done by phone

13 call.

14      Q.    Did you have any emails with

15 Ghislaine?

16      A.    No, no email correspondence

17 with Ghislaine.

18      Q.    Did you have her phone

19 number?

20      A.    I did at the time, yeah.

21      Q.    Do you remember what it was?

22      A.    No.

23      Q.    Do you remember what your

24 number was?

25      A.    No.



Highly Confidential

Page 179

```
 1           HIGHLY CONFIDENTIAL AEO
 2              MR. GUIRGUIS:  Objection,
 3       asked and answered.
 4       Q.   Tell me about any
 5  conversations you had with Ghislaine
 6  that involved FIT.
 7              MR. GUIRGUIS:  Objection,
 8       form.
 9       A.   I can't remember the
10  specific conversation.  There were
11  many conversations.  I was just
12  applying -- doing an application form.
13  And they were trying to get me in.
14  They -- yeah, I can't remember the
15  exact -- I think Ghislaine also knew
16  people there, so they were basically
17  trying to get me into FIT.
18       Q.   Well, tell me what you
19  recall Ghislaine saying versus they?
20       A.   I can't remember
21  specifically the conversation, so I
22  would not like to speculate.  But I
23  will give you the overall conversation
24  was regarding my FIT application, but
25  I cannot remember the specific content
```



Highly Confidential

Page 180

```
 1              HIGHLY CONFIDENTIAL AEO
 2    or the specific words used.
 3              But it was surrounding my
 4    FIT application and an essay I had to
 5    write, and they both proofread my FIT
 6    application as well.
 7         Q.    And did they both read your
 8    essay?
 9         A.    Yes, they did.
10         Q.    When did you write that
11    essay?
12         A.    I can't remember.
13         Q.    Before you went to South
14    Africa?
15         A.    Yes.
16         Q.    Do you know what the
17    application deadline was?
18         A.    I don't know.  I don't know.
19    I can't remember.
20         Q.    When did you meet Alan
21    Dershowitz?
22         A.    I don't remember the
23    specific date.  It was a few months
24    after I had been here in New York.
25         Q.    Was it after you had gone to
```



Highly Confidential

Page 181

```
 1          HIGHLY CONFIDENTIAL AEO
 2    the island?
 3          A.    Yes.
 4          Q.    Do you know what time of
 5    year?
 6          A.    I mean, I think it was
 7    before winter.
 8          Q.    Well, you were here in the
 9    fall.
10          A.    Yeah.
11          Q.    And you left in the winter?
12          A.    Yeah.  I left in May.
13          Q.    So did you meet him before
14    you went to South Africa?
15          A.    Yes.
16          Q.    Well, let's be clear.  You
17    were here until you went to South
18    Africa, and you left for a while and
19    then you came back, right?
20          A.    Mm-hmm.
21          Q.    How long were you gone?
22          A.    I think about three -- about
23    three weeks.
24          Q.    So you met him before you
25    went to South Africa?
```



Highly Confidential

Page 182

```
 1          HIGHLY CONFIDENTIAL AEO
 2      A.     Yes.
 3      Q.     And tell me about when you
 4  met Alan.
 5      A.     I first met Alan at the
 6  offices.
 7      Q.     And tell me what happened.
 8      A.     I can't really tell you what
 9  happened, because it's about a legal
10  matter.
11      Q.     Was he your lawyer?
12      A.     He was going to be assigned
13  to be my lawyer.
14      Q.     Assigned to be your lawyer?
15      A.     Through Jeffrey's
16  instruction.
17      Q.     Okay.  Was he your lawyer?
18          MS. MCCAWLEY:  Objection,
19      asked and answered.
20          MS. MENNINGER:  I don't know
21      if there's a privilege.
22          MR. GUIRGUIS:  There's a
23      privilege whether he was retained
24      or not, right?  I mean, if you're
25      at a cocktail party and you speak
```



Highly Confidential

Page 183

```
 1          HIGHLY CONFIDENTIAL AEO
 2     to a lawyer, you know that
 3     conversation is privileged.
 4     So...
 5          MS. MENNINGER:  Well, I
 6     don't, actually.
 7          MR. GUIRGUIS:  You're free
 8     to research it.
 9          MS. MENNINGER:  I will ask
10     questions, then, to try to
11     establish whether or not there's
12     a good-faith basis.
13     Q.    Did you approach Alan
14 Dershowitz for the purpose of seeking
15 legal advice?
16     A.    I was introduced to Alan.
17     Q.    By whom?
18     A.    Jeffrey Epstein.
19     Q.    On what day?
20     A.    I don't recall what day.
21     Q.    Was it related to some event
22 that had occurred just before that?
23     A.    Yes, that's correct.
24     Q.    Were you in touch with any
25 law enforcement authorities?
```



Highly Confidential

Page 184

```
 1            HIGHLY CONFIDENTIAL AEO
 2      A.    No.
 3      Q.    Hmm?
 4      A.    No.
 5      Q.    Was Jeffrey Epstein in the
 6  room when you were speaking with Alan
 7  Dershowitz?
 8      A.    Yes.
 9      Q.    Did Jeffrey Epstein overhear
10  your conversation with Alan
11  Dershowitz?
12      A.    Yes.
13      Q.    What did you talk about with
14  Alan Dershowitz?
15            MR. GUIRGUIS:  Objection.
16      A.    It --
17            MR. GUIRGUIS:  Objection.  I
18      direct the witness not to answer.
19            MS. MENNINGER:  A third
20      party was in the room; you've
21      heard that, Counsel.  And you
22      know that means that's a waiver.
23            MS. MCCAWLEY:  No.  I mean,
24      they would have been involved --
25      we don't know what the situation
```



Page 185

```
 1          HIGHLY CONFIDENTIAL AEO
 2      is.  They could have been
 3      involved together.  There could
 4      be a number of reasons why
 5      Jeffrey had some sort of common
 6      interest with her with that.
 7      Q.    Did you sign a common
 8   interest agreement with Jeffrey?
 9          MR. GUIRGUIS:  Objection.
10      Do not answer.
11          MS. MENNINGER:  Whether she
12      had a common interest agreement
13      with Jeffrey, you're instructing
14      her not to answer; is that right,
15      Counsel?
16          MR. GUIRGUIS:  Do you have
17      realtime in front of you,
18      Counsel?
19          MS. MENNINGER:  I don't.
20          MR. GUIRGUIS:  You don't?
21      You can borrow mine.
22          MS. MENNINGER:  I don't want
23      it.  Thank you.
24          MR. GUIRGUIS:  Okay.
25      Q.    Anyone else in the room when
```



Highly Confidential

Page 186

```
 1          HIGHLY CONFIDENTIAL AEO
 2   you spoke with Mr. Dershowitz?
 3       A.    No.
 4       Q.    Describe Mr. Dershowitz for
 5   me.
 6       A.    He -- old age; white, pasty
 7   skin; not very attractive.  Wears
 8   glasses.  Bit of an ugly man, really.
 9       Q.    Did he have any facial hair?
10       A.    I can't recall at that time,
11   no.
12       Q.    Mustache?
13       A.    I can't remember.
14       Q.    Beard?
15       A.    I can't remember.
16       Q.    You can't remember if he had
17   a mustache or a beard?
18            MR. GUIRGUIS:  Objection,
19       asked and answered.
20            MS. MCCAWLEY:  Objection.
21       A.    I don't recall seeing a
22   massage -- sorry, a mustache on Alan
23   Dershowitz.  I don't recall a massive
24   amount of facial hair.  I recall Alan
25   Dershowitz.  Whether he had stubble or
```



Page 187

```
 1           HIGHLY CONFIDENTIAL AEO
 2    not, I'm -- yeah, it's -- he didn't
 3    have a beard, I don't think.
 4       Q.    All right.  Did you sign an
 5    affidavit that you submitted in this
 6    case?
 7       A.    Yes.
 8       Q.    Did you make the allegation
 9    in your declaration that you had a
10    sexual relationship with Alan
11    Dershowitz?
12       A.    Yes, I absolutely did.
13       Q.    When did you have sex with
14    Alan Dershowitz?
15       A.    I can't remember the exact
16    time, but it was in Jeffrey's New York
17    apartment.
18       Q.    Where in the apartment?
19       A.    It was in a bathroom.  I
20    can't remember.
21       Q.    Was it before or after you
22    had this conversation that you won't
23    describe?
24       A.    It was after.
25       Q.    So do you recall what month
```



MAGNA

LEGAL SERVICES

Highly Confidential

Page 188

```
 1            HIGHLY CONFIDENTIAL AEO
 2   that was?  Before you went to South
 3   Africa or after you went to South
 4   Africa?
 5       A.    I can't remember.
 6       Q.    How long did you speak to
 7   Alan Dershowitz during your first
 8   meeting with him?
 9       A.    Until I was finished
10   explaining what my legal matter was.
11       Q.    Did he believe you to be --
12   did he believe that he was your lawyer
13   during that conversation?
14            MR. GUIRGUIS:  Objection.
15            MS. MCCAWLEY:  Objection.
16            MR. POTTINGER:  Please.
17            MR. PAGLIUCA:  All right,
18       guys.  You know, let's just do
19       the deposition here without the
20       chorus over there.
21            MR. GUIRGUIS:  And without
22       the speeches as well.
23            We agree, let's carry on
24       without asking ridiculous
25       questions about what other
```



Highly Confidential

Page 189

```
 1          HIGHLY CONFIDENTIAL AEO
 2     people's mental state was.  I
 3     think that's a good idea.  Let's
 4     carry on.
 5          Counsel?
 6     Q.    Did you ever sign a fee
 7  agreement with Alan Dershowitz?
 8     A.    No.
 9     Q.    Did you ever appear in court
10  with Alan Dershowitz?
11     A.    No.
12     Q.    Did you ever appear in court
13  yourself?
14     A.    No.
15     Q.    Did you ever have any
16  contact with any law enforcement
17  officers while you were in New York?
18     A.    No.
19     Q.    Any police?
20     A.    No.
21     Q.    After you left that meeting
22  with Alan Dershowitz, when did you see
23  him next?
24     A.    I can't remember.  I think
25  it was at dinner.  There was a dinner,
```



Highly Confidential

Page 190

```
 1          HIGHLY CONFIDENTIAL AEO
 2    yeah.
 3          Q.    And do you know whether the
 4    dinner was before or after you went to
 5    South Africa?
 6          A.    I can't remember the
 7    specific time period, so I don't
 8    remember if it was before or after.
 9    But it was --
10          Q.    Where was the dinner?
11          A.    It was in a restaurant in
12    New York.
13          Q.    What restaurant?
14          A.    I can't remember.
15          Q.    Who else was there?
16          A.    I remember Alan, Jeffrey,
17    myself.  And I can't remember if
18    others -- if there were other people
19    there.
20          Q.    What type of restaurant was
21    it?
22          A.    It was a nice restaurant.
23          Q.    Do you remember the type of
24    cuisine?
25          A.    No.
```



Highly Confidential

Page 191

```
 1          HIGHLY CONFIDENTIAL AEO
 2      Q.    When was the next time --
 3  what do you remember discussing that
 4  dinner?
 5      A.    The legal matter I had.
 6      Q.    Did you consider him to be
 7  your lawyer at that dinner?
 8      A.    Yes, I did.
 9      Q.    What's the next time that
10  you saw Alan Dershowitz?
11      A.    At Jeffrey's New York
12  mansion.
13      Q.    When was that?
14      A.    It was after the second time
15  I had met Alan.
16      Q.    Had you been to South
17  Africa?
18      A.    I can't remember.
19      Q.    Tell me what happened during
20  that encounter.
21      A.    I walked in the room -- I
22  walked in the house.  Jeffrey and
23  Nadia and Alan were there.
24      Q.    What happened after you
25  walked in the house?
```



Highly Confidential

Page 192

1          HIGHLY CONFIDENTIAL AEO
2      A.    I -- it was really strange,
3  because Nadia didn't like me.  And so
4  when I arrived, we had -- I think -- I
5  can't remember if I had, like, water
6  or whatever.
7          Nadia took me upstairs.  I
8  remember there was a room.  I didn't
9  quite understand what was going on at
10  the time.  I knew obviously something
11  was going on, because I never met
12  Nadia socially.
13          So Nadia started undressing
14  me in the room.  She started
15  undressing me by the bed.  We got on
16  the bed.  I kind of knew what was
17  going on from that.  The girls were
18  often forced to have sex with each
19  other for Jeffrey's pleasure, so it
20  was just another occasion, I guess.
21          Jeffrey then walked in the
22  room.  He started masturbating under
23  his clothes.  He put his hand in his
24  trousers.  A few minutes later Alan
25  walked in the room.  He started



Highly Confidential

Page 193

```
 1            HIGHLY CONFIDENTIAL AEO
 2    undressing, he got on the bed with
 3    Nadia and myself, and we basically had
 4    a three-way sexual interaction.
 5         Q.    Was Alan fully unclothed?
 6         A.    During -- when?  At what
 7    specific -- he walked in with clothes.
 8         Q.    And he got fully undressed?
 9         A.    Yes.
10         Q.    So you saw his entire naked
11    body?
12         A.    Yes.
13         Q.    Did you notice anything
14    specific about his body?
15         A.    Not that I recall.  I mean
16    -- yeah, not that I -- I can't really
17    remember.  It was quite a -- it was
18    a -- it wasn't a pleasant experience.
19         Q.    What did you do with Alan?
20         A.    I gave him oral sex,
21    masturbated him.
22         Q.    Anything else?
23         A.    He did the same with Nadia.
24    He performed the same on me.
25         Q.    Did he ejaculate?
```



Highly Confidential

```
 1          HIGHLY CONFIDENTIAL AEO
 2     A.     He did, yeah.
 3     Q.     In your mouth?
 4     A.     No.
 5     Q.     Did you have intercourse
 6  with him?
 7     A.     No, not penetration, no.
 8     Q.     Did you see him ejaculate
 9  more than once?
10     A.     No, I didn't see him
11  ejaculate more than once.
12     Q.     You didn't notice any scars?
13            MS. MCCAWLEY:  Objection.
14     A.     I don't recall specific
15  markings on every man I've been with
16  body.  So it's not something -- I
17  wasn't ravishing Alan's body.  I was
18  trying to close my eyes and just get
19  it done so I could go home and watch
20  TV, really.  So I wasn't really aware.
21            I didn't really like kind of
22  go, woo, his body.  I don't -- I don't
23  recall his body at all.  Like, I don't
24  make a mental note of every man's body
25  I've slept with.
```



Highly Confidential

Page 195

```
 1              HIGHLY CONFIDENTIAL AEO
 2        Q.      Other than Jeffrey, is that
 3   the first time you had sex with
 4   another man in his home or on his
 5   property?
 6        A.      Sorry, can you just repeat
 7   the question.
 8              MR. GUIRGUIS:  Or rephrase
 9        it.
10              THE WITNESS:  I'll just read
11        it.
12              MR. GUIRGUIS:  If you
13        understand it.
14        A.      Yeah, he was the only
15   person, Alan Dershowitz.
16        Q.      Did you have sex with him
17   more than once?
18        A.      No.
19        Q.      At the occasion you just
20   described, did he have an erection?
21        A.      It was -- it was -- it
22   wasn't particularly hard.  It was
23   pretty disappointing.
24        Q.      And where did he ejaculate?
25        A.      I had given him oral sex
```



Highly Confidential

Page 196

```
 1            HIGHLY CONFIDENTIAL AEO
 2    and, well, he ejaculated -- he
 3    ejaculated.  I mean, there's only so
 4    many places a man can ejaculate.  He
 5    didn't ejaculate on me.
 6               He didn't ejaculate in my
 7    mouth.  I gave him oral and I
 8    masturbated him and finished him off.
 9    He ejaculated over himself, me.
10    Just -- there wasn't a lot of
11    ejaculation.  I don't remember a lot
12    of sperm.  I didn't see massive
13    amounts of semen.  But I just remember
14    him ejaculating, but it wasn't in my
15    mouth.
16       Q.    And in terms of time frame,
17    the best you can say is this is after
18    you had been to the island a few
19    times?
20       A.    That's correct.
21       Q.    And you don't remember if it
22    was before or after you went to South
23    Africa?
24       A.    I can't remember
25    specifically, no.
```



Page 197

```
 1            HIGHLY CONFIDENTIAL AEO
 2      Q.    Did you see Alan Dershowitz
 3  again after that one occasion?
 4      A.    No.
 5      Q.    So you saw him at the
 6  office, you say saw him at dinner, and
 7  you saw him that one time in the
 8  bedroom at Jeffrey's house?
 9      A.    That's correct.
10            MS. MENNINGER:  It's 1:00.
11      I think we should take a small
12      lunch break.
13            (Time noted:  1:01 p.m.)
14            (Luncheon recess.)
15
16
17
18
19
20
21
22
23
24
25
```



Page 198

```
 1        HIGHLY CONFIDENTIAL AEO
 2     A F T E R N O O N   S E S S I O N
 3          (Time noted:  1:54 p.m.)
 4          MR. GUIRGUIS:  Counsel,
 5     before you commence with your
 6     questioning, I think there's one
 7     issue from this morning that the
 8     witness wants to correct herself
 9     on, so just let her do that now.
10          THE WITNESS:  I said earlier
11     that I would just like to correct
12     that my lawyers are paying for --
13     they are covering my hotel
14     expense.
15          MS. MENNINGER:  Thank you
16     for that clarification.
17          THE WITNESS:  And --
18          MR. GUIRGUIS:  Go ahead.
19          THE WITNESS:  And my flight.
20          MS. MENNINGER:  Thank you.
21          SARAH RANSOME, RESUMED,
22     having been previously and duly
23     sworn, was examined and testified
24     further, as follows:
25          CONTINUED EXAMINATION
```



Highly Confidential

Page 199

```
 1          HIGHLY CONFIDENTIAL AEO
 2              BY MS. MENNINGER:
 3      Q.    Going back to your first
 4  conversation with Alan Dershowitz, at
 5  any point in that conversation, had
 6  Mr. Dershowitz agreed to act as your
 7  lawyer?
 8      A.    Yes.
 9      Q.    Did he do anything in terms
10  of contacting anyone on your behalf?
11              MR. GUIRGUIS:  Objection.
12              Do not answer.
13      Q.    What was the specific legal
14  matter that you were seeking
15  representation for?
16              MS. MCCAWLEY:  Objection.
17              MR. GUIRGUIS:  Objection.
18              Do not answer.
19      Q.    What did you understand the
20  purpose of Jeffrey Epstein being in
21  the room for during that conversation?
22      A.    Jeffrey was there to support
23  me and Jeffrey was looking after me.
24      Q.    When you engaged in sexual
25  conduct with Alan Dershowitz, did you
```



Page 200

```
 1           HIGHLY CONFIDENTIAL AEO
 2    see any evidence on his body of his
 3    surgical procedure?
 4        A.    I don't recall seeing
 5    anything.  I can't remember.
 6        Q.    Did you see any bandages?
 7        A.    I can't remember.
 8        Q.    Did you see him bleed
 9    through his penis?
10        A.    Not that I recall.
11        Q.    Do you recall seeing
12    Mr. Dershowitz bleed through his
13    penis?
14            MS. MCCAWLEY:  Objection,
15        asked and answered.
16        A.    Not that I recall.
17        Q.    When you were on the island,
18    sometime less than ten times, you
19    think, did you ever use any drugs?
20        A.    No.
21        Q.    Did you use cocaine?
22        A.    No.
23        Q.    Did you ever get thrown off
24    the island for using cocaine?
25        A.    No.
```



Highly Confidential

Page 201

```
 1           HIGHLY CONFIDENTIAL AEO
 2      Q.     Did you drink alcohol?
 3      A.     No.
 4      Q.     None?
 5      A.     During on the island,
 6  whenever I was around Jeffrey,
 7  absolutely not.
 8      Q.     Other than going to the
 9  island, did you travel with Jeffrey
10  anywhere else?
11      A.     No.
12      Q.     Did you ever travel anywhere
13  with Ghislaine Maxwell?
14      A.     No.
15      Q.     Did you ever fly on an
16  airplane with Ghislaine Maxwell?
17      A.     I don't -- I don't remember.
18      Q.     You don't remember any time
19  you flew on a plane with Ghislaine
20  Maxwell?
21      A.     No, I don't remember.  There
22  were always many people on the plane.
23      Q.     When you refer to the plane,
24  you're referring to a private plane?
25      A.     Jeffrey's plane, yes.
```



Highly Confidential

Page 202

```
 1           HIGHLY CONFIDENTIAL AEO
 2      Q.      Did you travel on more than
 3  one plane of Jeffrey's?
 4      A.      Not that I -- no, I don't
 5  remember.  I don't remember.
 6      Q.      Can you visualize in your
 7  head any other layout of a different
 8  type of plane than the one you drew in
 9  Defendant's Exhibit 1?
10      A.      No.
11      Q.      Why did you go to South
12  Africa in early 2007?
13      A.      To visit my family.
14      Q.      And which family members did
15  you visit?
16      A.      My father and my stepmother.
17      Q.      Anyone else?
18      A.      No.
19      Q.      Any siblings?
20      A.      My younger brother and
21  sister lived with my parents; my dad
22  and my stepmom and their two younger
23  children.
24      Q.      Did you see any school
25  friends there?
```



Highly Confidential

Page 203

```
 1           HIGHLY CONFIDENTIAL AEO
 2      A.     No.
 3      Q.     Who paid for your plane
 4  ticket to go to South Africa?
 5      A.     Jeffrey did.
 6      Q.     How did that come about?
 7      A.     I wanted to see my family,
 8  and he funded the plane ticket because
 9  he was funding everything else at that
10  time.
11      Q.     What else was he funding at
12  that time?
13      A.     Accommodation, travel,
14  taxis, food, my prescription that I
15  had to pay for, for the prescription
16  that -- prescription drugs.
17      Q.     Had you taken any
18  prescriptions for mental health
19  disorders before October 2006?
20      A.     No.
21      Q.     Have you taken any since May
22  of 2007?
23      A.     Yes, I have.
24      Q.     Which ones?
25      A.     Paroxetine.
```



Highly Confidential

Page 204

```
 1           HIGHLY CONFIDENTIAL AEO
 2      Q.     Anything else?
 3             MS. MCCAWLEY:   I'm going to
 4      object.   There's no time frame on
 5      this.   You're talking about one
 6      year?   All the years from 2007 to
 7      2015?   Which I would say is
 8      inappropriate for a nonparty
 9      witness to talk about her -- if
10      you're talking generally about
11      prescriptions.
12      Q.     Are you on any medications
13 right now?
14      A.     Yes, I am.
15             MS. MCCAWLEY:   Objection.
16      Q.     What are you on right now?
17      A.     Paroxetine.
18      Q.     What's that for?
19      A.     It's for posttraumatic
20 stress and anxiety.   Paroxetine, about
21 a year, a year now.
22      Q.     Was it prescribed to you
23 before you moved to Barcelona?
24      A.     Yes, it was.
25      Q.     Who prescribed it to you?
```



Highly Confidential

Page 205

```
 1          HIGHLY CONFIDENTIAL AEO
 2              MR. GUIRGUIS:  Objection.
 3              You don't have to answer
 4       that.
 5              MS. MENNINGER:  On what
 6       grounds, Counsel?
 7              MR. GUIRGUIS:  I don't know
 8       what period you're talking about.
 9       I don't know what doctor you're
10       talking about.  I don't know why
11       any of this is relevant.  That's
12       why I'm objecting.
13              MS. MENNINGER:  So you're
14       objecting on relevance grounds?
15              MR. GUIRGUIS:  I'm objecting
16       for relevance, and also for the
17       same reasons that were just
18       explained by counsel for
19       plaintiff, which is that this is
20       a nonparty witness and you're not
21       even proffering a reason why
22       you're asking the question.
23              So, yes, I'm not going to
24       let this go totally far afield
25       without objection.  If you'd like
```



Page 206

```
 1          HIGHLY CONFIDENTIAL AEO
 2      to proffer a reason, we can talk
 3      about it.
 4      Q.    You've been taking
 5   paroxetine for approximately a year?
 6      A.    Mm-hmm.
 7      Q.    Did you take any medications
 8   between 2007 and 2016 for any mental
 9   health disorders?
10      A.    Yes, I did.
11      Q.    What were they?
12      A.    When I moved back to the UK,
13   it was the same prescription drugs
14   that Jeffrey's psychiatrist had
15   prescribed me.  I continued on with my
16   medication even though I was wrongly
17   diagnosed.  I didn't know I had been
18   wrongly diagnosed.
19      Q.    When did you learn you had
20   been wrongfully diagnosed?
21      A.    When I went to a real
22   doctor.
23      Q.    When was that?
24      A.    I saw a psychologist after
25   2008, and they told me that the drugs
```



Highly Confidential

Page 207

```
 1           HIGHLY CONFIDENTIAL AEO
 2   I had been prescribed were incorrect.
 3       Q.    Those are the ones you
 4   mentioned earlier in your testimony?
 5       A.    Yeah.  I had to stop and
 6   change medication, because I was first
 7   started on lithium.  The lithium made
 8   me put on weight at quite a rapid
 9   rate, so I was put on so many
10   different types of medication because
11   I didn't -- not every one agrees with
12   you.  Weight was a massive issue for
13   Ghislaine and Jeffrey, so the lithium
14   just didn't work for me.  I mean, I
15   put on weight quite quickly.
16       Q.    What did Ghislaine Maxwell
17   say to you about weight?
18       A.    Well, what did she not say?
19   She bullied me massively about my
20   weight.
21       Q.    What did see say?
22       A.    I was told that I would lose
23   Jeffrey's financing if I didn't lose
24   weight, and I would not -- they would
25   not help me get into FIT.
```



Highly Confidential

Page 208

```
 1          HIGHLY CONFIDENTIAL AEO
 2     Q.    Who were you told that by?
 3     A.    Ghislaine and Jeffrey.
 4     Q.    In the same conversation?
 5     A.    Various conversations.
 6     Q.    Tell me your conversations
 7 with Ghislaine.  When did she say that
 8 to you?
 9     A.    On the island.
10     Q.    Before you went to South
11 Africa?
12     A.    Yes.
13     Q.    And was that in person?
14     A.    Yes.
15     Q.    Who else was present?
16     A.    Sarah Kellen, Nadia, a girl
17 named ██████ and a girl named ██████.
18 Sorry, I just remembered a name.  A
19 girl named ██████ and a girl named
20 ██████.
21     Q.    So they were all present
22 when you had a discussion with
23 Ghislaine about your weight on the
24 island?
25     A.    Yes.
```



Page 209

```
 1              HIGHLY CONFIDENTIAL AEO
 2        Q.      And what did Ghislaine say
 3   to you about your weight when you were
 4   on the island in front of all these
 5   people?
 6        A.      I can't remember the
 7   specific conversation, how it went.
 8   We got into an argument about my
 9   weight, quite a heated argument.
10        Q.      What do you recall about the
11   argument?
12        A.      I recall it got so heated
13   that I ran off and tried to swim off
14   the island.  I wanted to get as far
15   away from Jeffrey and Ghislaine as
16   possible.
17        Q.      Okay.  And then what
18   happened?
19        A.      I left the main house.  I
20   took -- there's like a buggy thing.
21   It was evening.  I drove to a
22   particular spot on the island.  It was
23   -- so Jeffrey's island is quite rocky
24   around the edges, so -- and it's not
25   really -- you can't just go into the
```



Page 210

```
 1           HIGHLY CONFIDENTIAL AEO
 2   water.  It was quite steep.  And,
 3   well, I didn't really know how to swim
 4   away.  I didn't know how to escape.
 5   But I wanted to, at that precise
 6   moment, get as far as away from him as
 7   possible.
 8       Q.    So you had a heated argument
 9   about your weight with Ghislaine?
10       A.    Ghislaine and Jeffrey.
11       Q.    They were both there?
12       A.    Yes.
13       Q.    And do you remember anything
14   that was said during that argument?
15       A.    It was basically an
16   ultimatum that I either lose weight
17   or -- or that's it.
18           THE WITNESS:  Sorry, can I
19       -- sorry.  I need to get a
20       headache tablet, if you don't
21       mind.
22           MS. MENNINGER:  Go off the
23       record for a second.
24           (An off-the-record
25       discussion was held.)
```



Highly Confidential

Page 211

```
 1              HIGHLY CONFIDENTIAL AEO
 2              MS. MENNINGER:  Go back on.
 3       Q.    You were given an ultimatum
 4  to lose weight or what?
 5       A.    They wouldn't help me to get
 6  into FIT, and that my time with
 7  Jeffrey would be -- would end.
 8       Q.    Who said what?
 9       A.    Well, they both -- they both
10  said it in so many words.  I can't
11  remember the exact conversation.  I
12  remember it being heated.  I remember
13  them giving me the ultimatum.  I think
14  a few curse words were shared.  I
15  can't -- it was a very heated
16  conversation.  I can't remember the
17  exact words.
18       Q.    Was Natalya there?
19       A.    No, I don't recall her being
20  there.
21       Q.    Were you taking the
22  medications that you talked about
23  earlier during this time period?
24       A.    Yes.
25       Q.    Had you put on weight since
```



Page 212

     1          HIGHLY CONFIDENTIAL AEO
     2   taking those medications?
     3       A.    Yes, I had.  And I had also
     4   put on weight because I wasn't allowed
     5   to smoke any cigarettes at all, with
     6   Jeffrey on the island or anywhere near
     7   Jeffrey.  Jeffrey wasn't allowed to
     8   know that we smoked.
     9             So I put on also a lot of
    10   weight as well, in conjunction with
    11   the lithium.  So yeah.
    12       Q.    How did the topic of your
    13   weight come up?
    14       A.    Well, I wasn't as skinny as
    15   the other girls, and Jeffrey liked his
    16   girls very thin.
    17       Q.    Were you interested in
    18   modeling at that point in time?
    19       A.    I was doing freelance
    20   modeling at the time, but I mean, I
    21   wasn't exactly going to be a Kate
    22   Moss.  And the modeling agency thought
    23   I wasn't petite enough for them
    24   either.
    25             I would like to clarify I



Highly Confidential

Page 213

```
 1              HIGHLY CONFIDENTIAL AEO
 2    wasn't actually fat; I was normal
 3    weight, by the way, just to make that
 4    clear.  I am 64, 65 kilograms at that
 5    time.
 6         Q.    Why did you understand that
 7    Jeffrey and Ghislaine wanted you to
 8    lose weight?
 9         A.    I was one of the girls that
10    Jeffrey had sexual encounters with
11    regularly.  He liked his girls thin.
12         Q.    Did you ask Jeffrey to help
13    you become a model?
14         A.    No.  I wanted to get a
15    degree and an education.
16         Q.    So you were not attempting
17    to become a model at that point in
18    time?
19         A.    No.  I wanted to get an
20    education as opposed to being a model.
21         Q.    Did you talk to Jean Luc
22    Brunel about becoming a model?
23         A.    I -- as I was freelancing
24    during that time, or trying to get
25    freelancing work, Jeffrey kept us on a
```



Highly Confidential

Page 214

```
 1              HIGHLY CONFIDENTIAL AEO
 2    little string with his massage
 3    payments, so I wanted to earn a
 4    separate income while I was doing my
 5    education to fund my living expenses.
 6    So, you know, I wanted to potentially
 7    increase my jobs.
 8              But no, my job was not to be
 9    a high-fashion model.  I wanted to get
10    my degree, get my education and work
11    in the fashion industry.
12    Q.      You had worked as a model
13    during college earlier, correct?
14    A.      Yes.
15    Q.      And you saved up money from
16    that job, correct?
17    A.      Yes.
18    Q.      And you had used that money
19    to fly to New York at some point,
20    correct?
21    A.      Yes.
22    Q.      And what you're saying now
23    is you would also potentially do
24    modeling while you were studying in
25    the future?
```



Highly Confidential

Page 215

```
 1          HIGHLY CONFIDENTIAL AEO
 2              MR. GUIRGUIS:  Objection.
 3      That's not at all what she's
 4      saying.
 5      A.    As in future, as in would I
 6  do modeling now?
 7      Q.    No.  I'll rephrase the
 8  question.
 9      A.    Please.
10              MS. MENNINGER:  Let's take a
11      break, go off the record.  And
12      when you finish the salad, we'll
13      proceed.
14              (Time noted:  2:14 p.m.)
15              (Recess.)
16              (Time noted:  2:15 p.m.)
17              MS. MENNINGER:  Go back on
18      the record.
19      Q.    At the time you were having
20  a discussion with Jeffrey and
21  Ghislaine about your weight when you
22  were on the island, did you have any
23  intention of being a model at that
24  time?
25      A.    I was a freelance model.  I
```



```
 1            HIGHLY CONFIDENTIAL AEO
 2  wanted to increase my workload to help
 3  fund my living expenses.  So it was
 4  not my intention to be a full-time
 5  model, because I quite clearly applied
 6  to a college to get an education that
 7  I was promised by Jeffrey Epstein.
 8       Q.    Between January of 2007 and
 9  today, have you worked as a model?
10       A.    No.
11       Q.    When you left for South
12  Africa, did you have a ticket to
13  return to the U.S.?
14       A.    At that time, a return
15  ticket hadn't been booked by Jeffrey
16  yet.
17       Q.    You traveled to South Africa
18  to visit your family without a return
19  ticket?
20       A.    Yes.
21       Q.    Did anyone travel with you
22  to South Africa?
23       A.    No.
24       Q.    Your mother was not in South
25  Africa when you went to South Africa
```



Highly Confidential

Page 217

```
 1           HIGHLY CONFIDENTIAL AEO
 2    on that occasion in 2007, correct?
 3         A.     Correct.
 4         Q.     What did you do while you
 5    were in South Africa in February of
 6    2007?
 7         A.     Spend time with my family.
 8         Q.     Anything else?
 9         A.     I spent time with my family,
10    that's -- that's it.
11         Q.     Did you visit any modeling
12    agencies?
13         A.     Yes, I did visit some
14    modeling agencies.
15         Q.     Which modeling agencies did
16    you visit?
17         A.     I can't remember the exact
18    names.  The modeling agencies were on
19    Long Street in Cape Town.  I visited
20    several modeling agencies on Long
21    Street, and Bree Street as well.  Bree
22    Street and Long Street and a few
23    others in central Cape Town.  So I
24    visited a few, actually.
25         Q.     Had you worked with any of
```



Highly Confidential

Page 218

```
 1            HIGHLY CONFIDENTIAL AEO
 2    those modeling agencies in the past?
 3        A.    No.
 4        Q.    Did you have any connections
 5    with any of those modeling agencies?
 6        A.    No.
 7        Q.    Did you have an agent at
 8    that time?
 9        A.    No.
10        Q.    What did you do when you
11    visited the modeling agencies in Cape
12    Town in February of 2007?
13        A.    I was requested to look for
14    a PA for Mr. Epstein.
15        Q.    What does that mean?
16        A.    It means that he told me he
17    would pay me a certain amount of money
18    to find him a PA in South Africa.
19        Q.    What do you understand the
20    initials PA to stand for?
21        A.    Personal assistant.
22        Q.    What are the job
23    responsibilities of a personal
24    assistant?
25        A.    To book flights, type, do
```



Page 219

```
 1            HIGHLY CONFIDENTIAL AEO
 2   faxes.  Basically a PA is your -- a
 3   CEO's right-hand man of, you know,
 4   company's -- anything business-wise.
 5   They do everything, really, for that
 6   person.
 7        Q.    When did Jeffrey ask you to
 8   find him a PA while in South Africa?
 9        A.    Before I went.
10        Q.    Did you agree to do that?
11        A.    Yes.
12        Q.    And you did go to the
13   modeling agencies?
14        A.    I told Jeffrey I did, but I
15   actually -- I went to a couple and
16   then I just -- it wasn't right.  My
17   gut instinct was -- yeah.
18        Q.    What happened when you went
19   inside the modeling agencies in Cape
20   Town?
21        A.    I was humiliated.  I was
22   completely embarrassed.  I couldn't
23   even ask them what Jeffrey was
24   wanting.  I mean, it was so absolutely
25   ridiculous, his request of me finding
```



Page 220

```
 1          HIGHLY CONFIDENTIAL AEO
 2   him a PA.
 3        Q.    So what happened?
 4        A.    So I -- I asked if they had
 5   any girls that would want to travel;
 6   they would be put up in accommodation
 7   and they would be a PA.
 8              And when I actually spoke to
 9   the modeling agencies, they actually
10   laughed at me, because it was quite
11   ridiculous that a young 22-year-old
12   was asking a modeling agencies for a
13   18-year-old PA for a multi-billionaire
14   who had several already.
15        Q.    So you recall a conversation
16   where the person you were speaking to
17   started laughing?
18        A.    Yes.
19        Q.    What type of person were you
20   describing that you were looking for?
21        A.    The same specifications that
22   Jeffrey told me:  She had to be 18,
23   thin, very young looking, pretty.
24        Q.    Anything else?
25        A.    Well, bright and able to
```



Highly Confidential

Page 221

```
 1          HIGHLY CONFIDENTIAL AEO
 2   type.
 3       Q.    Did you go on a diet while
 4   you were in South Africa?
 5       A.    I was forced to go on a
 6   diet.
 7       Q.    Tell me what you mean by
 8   forced to go on a diet.
 9       A.    After that incident on the
10   island in -- it was December, when
11   Ghislaine brought me back to the main
12   house after she -- she sent a search
13   party.  She led a search party to find
14   me on the island and bring me back.
15       Q.    Ghislaine led a search
16   party?
17       A.    Yeah, yeah, yeah.  She got
18   everyone together and they all went
19   looking for me when I disappeared.
20       Q.    Who went looking for you?
21       A.    Jean Luc, Jeffrey, the
22   girls, Ghislaine.
23       Q.    Which girls?
24       A.    ████████ and ████████ the girl
25   named ██████
```



Highly Confidential

Page 222

1          HIGHLY CONFIDENTIAL AEO

2      Q.     Did Jeffrey go searching for

3   you?

4      A.     Yes.

5      Q.     How do you know that?

6      A.     I was told.

7      Q.     About whom?

8      A.     By ███████ and the other

9   girl.

10      Q.     Where were you located?

11      A.     On the island.

12      Q.     Where on the island?

13      A.     A corner of the island.

14      Q.     On the water?

15      A.     No.  It was quite a long

16   drop off the -- it was like a

17   cliff-type -- I wasn't able to jump or

18   get in the water.

19      Q.     Your intent was to swim off

20   the island, but you didn't make it

21   into the water?

22      A.     No, because I would have

23   killed myself, so it wasn't safe.

24      Q.     So who located you on this

25   corner of the island?



Highly Confidential

Page 223

```
 1              HIGHLY CONFIDENTIAL AEO
 2      A.    I can't remember who got to
 3   me first.  I remember the -- I can't
 4   remember who found me first.
 5      Q.    Do you remember anyone who
 6   found you?
 7      A.    Yes, I was definitely found
 8   because I didn't have enough time to
 9   find a different location on the
10   island so I could get off and swim
11   away from Jeffrey and Ghislaine.
12      Q.    Once they found you, what
13   happened?
14      A.    I was brought back to the
15   main house.
16      Q.    How were you brought back?
17      A.    The same way that I got
18   there, on the, like, beach buggy,
19   black 4-by-4, not -- what are they.
20   Quad things.
21              MS. MCCAWLEY:  Quad bikes?
22      A.    Quad bikes, yeah.
23      Q.    Did you bike back?
24      A.    Yes.
25      Q.    Accompanied by some people?
```



Highly Confidential

Page 224

```
 1          HIGHLY CONFIDENTIAL AEO
 2      A.    I was accompanied back, yes.
 3      Q.    By whom?
 4      A.    I can't remember
 5   specifically who it was.
 6      Q.    Okay.  And once you got
 7   back, what happened?
 8      A.    They tried to calm me down.
 9      Q.    And then what happened?
10      A.    From that evening onwards, I
11   was -- Jeffrey put me on the Atkins
12   Diet.
13      Q.    Did you calm down?
14      A.    Yes, I did.
15      Q.    Did you take some more
16   medications?
17      A.    No.  When you're on
18   prescription drugs, you only take them
19   at a specific required time.
20   Generally you don't take more than
21   your prescription when you're on
22   prescription drugs, so you don't kind
23   of just throw tablets in your mouth.
24   You kind of just take them in the
25   morning or --
```



Highly Confidential

Page 225

```
 1            HIGHLY CONFIDENTIAL AEO
 2       Q.    I asked a bad question.
 3       A.    Yeah.
 4       Q.    You said earlier that the
 5  prescriptions were causing you to gain
 6  weight, I thought you said.
 7       A.    Yes.
 8       Q.    And then you just said you
 9  were put on a diet after this event,
10  correct?
11       A.    Yes.
12       Q.    And what do you mean by you
13  were put on a diet?
14       A.    Jeffrey said, you either go
15  on the Atkins Diet, or I can go.
16       Q.    Go meaning off the island?
17       A.    As in, don't call me back,
18  Sarah.
19       Q.    Here's the question:  Did
20  you discontinue the medications at the
21  same time you went on the Atkins Diet?
22       A.    No.
23       Q.    And how long were you on the
24  Atkins Diet?
25       A.    Long enough for my kidneys
```



Page 226

```
 1            HIGHLY CONFIDENTIAL AEO
 2   to be incredibly painful and for me to
 3   no longer continue on the diet because
 4   it was unsafe to do so.
 5       Q.    Did you seek medical help
 6   for that pain?
 7       A.    I just took painkillers.
 8       Q.    What painkillers did you
 9   take?
10       A.    I can't remember what
11   painkillers.
12       Q.    Prescription or
13   over-the-counter?
14       A.    Over-the-counter.
15       Q.    Were you on the diet for
16   more than a week?
17       A.    Yes, I was.
18       Q.    More than a month?
19       A.    Yes.
20       Q.    More than two months?
21       A.    I can't remember.
22       Q.    Were you on the diet the
23   whole time you were in South Africa?
24       A.    Yes.
25       Q.    Did you continue on the diet
```



Highly Confidential

Page 227

```
 1            HIGHLY CONFIDENTIAL AEO
 2   after you returned?
 3        A.    Yes.
 4        Q.    What was the lowest weight
 5   that you reached during that period of
 6   time on the diet?
 7        A.    56 kilograms.
 8        Q.    Had you ever weighed
 9   56 kilograms in your adult life --
10        A.    No.
11        Q.    -- previously?
12        A.    No.
13        Q.    Have you since?
14        A.    No.
15        Q.    Did you speak to Jeffrey
16   again about that diet?
17        A.    Multiple times.
18        Q.    What did you say?
19        A.    I complained frequently
20   about the diet that he had put me on,
21   because it was seriously affecting my
22   physical health as well as my mental
23   health.  Yeah, it's a pretty hectic
24   diet.
25        Q.    The time you were on this
```



Highly Confidential

Page 228

```
 1            HIGHLY CONFIDENTIAL AEO
 2    diet, did you have a boyfriend?
 3        A.    Oh, yeah.  Yes.
 4        Q.    Who was your boyfriend at
 5    the time?
 6        A.    Adam.
 7        Q.    Ralph?
 8        A.    That's Andy Ralph.  This is
 9    Adam.
10        Q.    What's Adam's last name?
11        A.    I think it's Castellani.
12        Q.    Where did he live?
13        A.    In the Upper East Side.
14        Q.    Did you talk to Adam about
15    your diet?
16        A.    Yes.
17        Q.    Were you living with Adam?
18        A.    Not at -- not when I was in
19    South Africa.
20        Q.    When you returned from South
21    Africa, did you move in with Adam?
22        A.    Yes, I did, to get away from
23    Jeffrey.
24        Q.    And where on the Upper East
25    Side did Adam live?
```



Highly Confidential

Page 229

```
 1          HIGHLY CONFIDENTIAL AEO
 2     A.    I can't remember.
 3     Q.    Walkup or elevator building?
 4     A.    Elevator.
 5     Q.    How big was that apartment?
 6     A.    It's relatively small.
 7     Q.    More than one bedroom?
 8     A.    No, it was just one bedroom.
 9  It was a small, tiny apartment.
10     Q.    And what did Adam do for a
11  living?
12     A.    He was a banker.
13     Q.    Where did he work?
14     A.    He worked at -- I can't
15  remember where he worked.
16     Q.    How did you meet Adam?
17     A.    At a delicatessen, when I
18  was buying food.
19     Q.    Had you started dating him
20  before you went to South Africa?
21     A.    I think we had gone on a
22  couple dates or something.
23     Q.    Where had you gone on your
24  dates?
25     A.    I can't remember.
```



Highly Confidential

Page 230

```
 1          HIGHLY CONFIDENTIAL AEO
 2      Q.     When you were in South
 3   Africa, did you have contact with
 4   Adam?
 5      A.     Once or twice, like three
 6   times.  Well, we were sort of seeing
 7   each other, so I don't know how many
 8   phone times I spoke to him in a month.
 9   Yeah, a few times I spoke to Adam.
10      Q.     When you spoke to him, did
11   he ask you to move in with him when
12   you returned?
13      A.     I wouldn't really say that.
14   I wouldn't really say he asked me to
15   move in.
16      Q.     Okay.  What would you say?
17      A.     I asked him for me to move
18   in with him.
19      Q.     Okay.  While you were in
20   South Africa, did you receive any
21   phone calls from Jeffrey?
22      A.     Yes.
23      Q.     Did you want Jeffrey to call
24   you there?
25      A.     Yes.  He was helping me get
```



Page 231

```
 1            HIGHLY CONFIDENTIAL AEO
 2    into FIT.
 3       Q.    Any other reason for you to
 4    have communications while you were in
 5    South Africa?
 6       A.    I was living in his
 7    apartment.
 8       Q.    In South Africa?
 9       A.    In New York.
10       Q.    So you wanted to have
11    communications with Jeffrey while you
12    were in South Africa because you were
13    living in his apartment in New York?
14            MS. MCCAWLEY:  Objection.
15       A.    And he was going to -- he
16    promised that he would pay for my
17    education.  And I was staying in his
18    apartment and he was funding my life,
19    so of course I would want him to
20    contact me.
21            And, also, he was still --
22    he told me he would pay for my return
23    ticket.  So, yeah, of course I wanted
24    him to contact me.
25            (An off-the-record
```



Highly Confidential

Page 232

```
 1            HIGHLY CONFIDENTIAL AEO
 2      discussion was held.)
 3      Q.    Did you have an intention
 4 while you were in South Africa to go
 5 to Miami upon your return?
 6      A.    I think there was a vague
 7 conversation about it, but I had no
 8 real intention of going to Miami.  I
 9 had a conversation with Natalya about
10 it.
11      Q.    What, if anything, were you
12 going to do in Miami?
13      A.    I can't remember.
14      Q.    Did you have a job lined up
15 in Miami?
16      A.    I can't remember.
17      Q.    An internship?
18      A.    It was something to do with
19 Jeffrey, that Jeffrey, Natalya and --
20 it would have -- it would have -- it
21 was through Jeffrey, something with
22 Miami.  I can't remember what it was
23 for or -- I don't remember.  It
24 didn't -- it was just a conversation
25 about Miami.
```



Highly Confidential

Page 233

```
 1          HIGHLY CONFIDENTIAL AEO
 2     Q.    So not a real firm plan to
 3  go to Miami?
 4     A.    No, no.
 5     Q.    Were you disappointed when
 6  you didn't go to Miami?
 7     A.    No, no, not at all.
 8     Q.    And you weren't planning to
 9  be a model in Miami, for example?
10     A.    No.
11     Q.    You said that Jeffrey had
12  agreed to pay for your education?
13     A.    Yes.
14     Q.    Did you apply to any other
15  school besides FIT?
16     A.    No.
17     Q.    Do you know whether you met
18  the qualifications to get into FIT?
19          MR. GUIRGUIS:  Objection,
20     form.
21     A.    Yes.
22          MR. GUIRGUIS:
23     Comprehensibility.
24          MS. MENNINGER:  She seemed
25     to understand it just fine.
```



Highly Confidential

Page 234

```
 1          HIGHLY CONFIDENTIAL AEO
 2              MR. GUIRGUIS:  I don't know
 3      if she did, but fine.
 4      Q.    Do you know how much FIT was
 5  supposed to cost per year?
 6      A.    No.
 7      Q.    Did you believe it to be
 8  expensive?
 9      A.    All schools are expensive.
10      Q.    You had previously attended
11  Queen Margaret College; is that right?
12      A.    Queen Margaret University.
13      Q.    My apologies.
14              How much did Queen Margaret
15  University cost?
16      A.    I can't remember.
17      Q.    Did you apply for any
18  financial aid for FIT?
19      A.    No.  Jeffrey was covering
20  FIT.
21      Q.    That's what Jeffrey told
22  you?
23      A.    Multiple, multiple times.
24      Q.    Did Ghislaine Maxwell say
25  anything to you with regards to FIT?
```



Page 235

1             HIGHLY CONFIDENTIAL AEO

2        A.     It was various

3    conversations.  It was known among

4    everyone that I was going to FIT, and

5    Jeffrey -- everyone knew he was

6    helping me to get into FIT.  It was

7    common knowledge.

8        Q.     You described earlier that

9    Ghislaine was helping review your

10   application and your essay.

11             Was there something else

12   that she was doing to help you?

13       A.     Well, she said she would,

14   but whether she did, I have no idea.

15   She said she would.  Whether she made

16   calls, I doubt, because I didn't end

17   up at FIT.  So...

18       Q.     Did you get accepted there?

19       A.     I never heard from anyone at

20   FIT.

21       Q.     You never got a response?

22       A.     No.

23       Q.     Did you have an email

24   address at that time?

25       A.     Yes, I did.



Page 236

```
 1            HIGHLY CONFIDENTIAL AEO
 2       Q.    Do you have a copy of your
 3  FIT application?
 4       A.    I think it's somewhere.  I
 5  think it's in the email.
 6       Q.    There's an essay and then
 7  there's an application, correct?
 8       A.    Yes, that's correct.  I can
 9  find the essay if you want.
10            MR. GUIRGUIS:  I think we've
11       already produced that essay.
12       Q.    While you were in South
13  Africa, did you have any phone
14  conversation with Ghislaine?
15       A.    Yes.
16       Q.    When was that?
17       A.    Through various times
18  throughout my stay in South Africa.
19       Q.    What phone were you using
20  while you were in South Africa?
21       A.    I had the BlackBerry that
22  they had given me, and they also
23  phoned my parents' landline as well.
24       Q.    Who is they?
25       A.    Jeffrey, Ghislaine and
```



Highly Confidential

Page 237

```
 1          HIGHLY CONFIDENTIAL AEO
 2   Lesley Groff.
 3       Q.    Did Ghislaine speak to your
 4   parents?
 5       A.    Yes.
 6       Q.    Who did she speak to?
 7       A.    I can't remember if she
 8   spoke -- I can't remember, actually.
 9   I can't remember who she spoke to.
10       Q.    How do you know that she
11   spoke to your parents?
12       A.    Because I remember it being
13   a huge thing, and my family -- because
14   they couldn't quite understand what
15   Jeffrey and Ghislaine were doing
16   paying for their daughter's education,
17   and they obviously thought --
18   suspected something was going on.
19       Q.    So how do you know that
20   someone spoke to your parents?
21       A.    Because my parents and I
22   fought about it.
23       Q.    Did your parents tell you
24   that they spoke to Ghislaine?
25       A.    I -- I can't remember.  I
```



Page 238

```
 1           HIGHLY CONFIDENTIAL AEO
 2   remember having a huge row with my
 3   family because they had spoken to --
 4   so there were multiple phone calls
 5   during the duration of that month,
 6   okay.  There's not a specific call.
 7   There were multiple calls.
 8              There were multiple emails.
 9   I produced emails during that time
10   frame, back-and-forth emails between
11   Lesley Groff and myself.  So they
12   were -- they contacted me regularly.
13   Ghislaine, Lesley Groff and Jeffrey
14   Epstein phoned me a few times.
15       Q.    Did your parents tell you
16   that they spoke to Ghislaine?
17       A.    I knew with my own -- that
18   they had spoken to Ghislaine.
19       Q.    How did you know that?
20       A.    Because I know that they had
21   spoken.  They told me that they had
22   spoken.  I know she made communication
23   with my family.
24       Q.    Your family told you that
25   they had spoken to Ghislaine?
```



Highly Confidential

Page 239

```
 1          HIGHLY CONFIDENTIAL AEO
 2              MR. GUIRGUIS:  Objection,
 3      asked and answered.
 4      A.    Yes.
 5      Q.    Who in your family told that
 6  you they had spoken to Ghislaine?
 7      A.    I can't remember whether it
 8  was my stepmother or my father.  I
 9  cannot remember which one it was.
10      Q.    What did your stepmother or
11  father tell you they had discussed
12  with Ghislaine?
13      A.    That she had reassured them
14  that my education would be paid for
15  and -- basically that.  You know, they
16  spent a lot of time and effort
17  reassuring my family they weren't
18  abusing me, which they were, and that
19  they weren't going to traffic me,
20  which they were.
21              So there you go.  I had to
22  lie to my family.
23      Q.    What is your stepmother's
24  name?
25      A.    Linda Ransome.
```



Highly Confidential

Page 240

```
 1         HIGHLY CONFIDENTIAL AEO
 2     Q.    And do you have an email
 3  address or phone number for her?
 4     A.    No, I don't.
 5         MR. GUIRGUIS:  Objection.
 6     No current information.  Same
 7     objection as at the outset of
 8     deposition.
 9         MS. MENNINGER:  Are you
10     instructing her not to answer?
11         MR. GUIRGUIS:  I am
12     instructing her not to answer.
13     Q.    Where does Linda --
14         MR. GUIRGUIS:  And I'm again
15     offering you to the opportunity
16     to proffer a reason for these
17     questions.  And I --
18         MS. MENNINGER:  I'll tell
19     you.  Your client has signed an
20     affidavit and a complaint
21     discussing this conversation, and
22     I'm asking for contact
23     information for a witness to the
24     conversation, the person who
25     actually supposedly had a phone
```



Page 241

```
 1              HIGHLY CONFIDENTIAL AEO
 2        conversation with my client.  And
 3        you're telling me I can't follow
 4        up with those witnesses.
 5        Q.    So please tell me how to
 6    reach your stepmother, Linda Ransome.
 7        A.    I'm not going to offer you
 8    my family's address details.
 9              MR. GUIRGUIS:  You don't
10        have to answer.
11              Go on.
12              MS. MENNINGER:  You may come
13        back and answer it another day,
14        but...
15        Q.    Where does Linda Ransome
16    live?
17        A.    She lives in Cape Town.
18        Q.    Where in Cape Town?
19        A.    I don't know.
20        Q.    Have you been in touch with
21    her?
22        A.    Not recently, no.
23        Q.    When is the last time you
24    communicated with her?
25        A.    A while back.
```



Highly Confidential

Page 242

```
 1          HIGHLY CONFIDENTIAL AEO
 2     Q.     More than a year?
 3     A.     Less than a year.
 4     Q.     Is she still married to your
 5 father?
 6     A.     I presume so.
 7     Q.     Have you talked to him in
 8 the same period of time?
 9     A.     No.
10     Q.     Why haven't you talked to
11 your family in more than a year?
12          MS. MCCAWLEY:  Objection.
13     This is getting into her current
14     relationships, which is not
15     relevant to the case and also can
16     be used for harassment.
17     Q.     Why haven't you talked to
18 your family in a year?
19     A.     Because I came forward.
20     Q.     When did you come forward?
21     A.     October, around October.
22     Q.     Have you spoken to your
23 family since October?
24     A.     No.
25     Q.     When was the last time you
```



Page 243

```
 1          HIGHLY CONFIDENTIAL AEO
 2  spoke to your father or stepmother
 3  before October?
 4      A.     September.
 5      Q.     And did you tell them not to
 6  contact you or did they tell you not
 7  to contact them?
 8      A.     Well, I didn't -- I
 9  basically said to them, either accept
10  me for who I am or we need to stop
11  this relationship.
12      Q.     What did you mean by accept
13  you as you are?
14      A.     I've made a lot of poor
15  choices, particularly Jeffrey, being
16  involved with Jeffrey Epstein.  And
17  they feel I've come a long way from
18  that time, and they thought that they
19  didn't want me going back to a time
20  that was very traumatic for me.
21      Q.     Did they tell you they would
22  not be in touch with you going
23  forward?
24      A.     I didn't give them that
25  option for them to tell me that.
```



Highly Confidential

Page 244

```
 1            HIGHLY CONFIDENTIAL AEO
 2      Q.    So your not having a
 3   conversation with your father and
 4   stepmother in a year is because of
 5   your choice to come forward?
 6      A.    That's correct.
 7      Q.    What about your mother?
 8            MR. GUIRGUIS:  Objection to
 9      form.
10      A.    What about my mother?
11      Q.    Have you had contact with
12   her in a year?
13      A.    Yes.
14      Q.    When was the last time you
15   had contact with your mother?
16      A.    Last week.
17      Q.    When you returned to New
18   York and moved in with Adam, did you
19   talk to Adam about Jeffrey Epstein?
20      A.    Yes.
21      Q.    What did you tell Adam?
22      A.    I told him that I was
23   frightened.
24            He was incredibly concerned
25   about my weight loss and about the
```



Page 245

```
 1         HIGHLY CONFIDENTIAL AEO
 2  weight goal that Jeffrey and Ghislaine
 3  set for me, which was 52 kilograms.
 4  He was scared for me, actually.
 5      Q.    To your knowledge, did he
 6  contact anyone about it?
 7      A.    Not to my knowledge.
 8      Q.    What did he do about his
 9  concern, to your knowledge?
10      A.    I begged him if I could live
11  with him, and he agreed.
12      Q.    How long did you live with
13  him?
14      A.    It wasn't really long,
15  because I moved in with him after
16  South Africa.  So about a month or
17  something.
18      Q.    From the time you returned
19  from South Africa to when you returned
20  to South Africa?
21      A.    Oh.  Yeah, no, we only kind
22  of went -- we only dated for briefly.
23  It wasn't a serious relationship.
24  Yeah.  So when I moved to New York --
25  sorry, back to London, kind of our
```



Highly Confidential

Page 246

```
 1          HIGHLY CONFIDENTIAL AEO
 2   relationship couldn't really go
 3   anywhere, I guess.
 4        Q.    The long distance?
 5        A.    Yeah, long distance doesn't
 6   really work, so...
 7        Q.    So about the time you moved
 8   back to London is when you and he
 9   broke up?
10        A.    That's correct.
11        Q.    Have you had contact with
12   him since then?
13        A.    I had contact with him again
14   in 2008.
15        Q.    Did you come back to the
16   U.S. then?
17        A.    No.
18        Q.    You did not come back to the
19   U.S. in 2008?
20        A.    Oh, I did, sorry, for a
21   business trip.  I went -- I did a
22   tour, yeah, from -- I think it was
23   Atlantic to Atlanta to San Francisco.
24        Q.    With which business?
25        A.    Belfairs International.
```



Page 247

```
 1          HIGHLY CONFIDENTIAL AEO
 2    It's a private company at that time
 3    that did private planes, the interiors
 4    of private planes.
 5              (An off-the-record
 6         discussion was held.)
 7         Q.    One more time.  Can you
 8    spell that?
 9         A.    Sorry.  B-A-R- -- sorry, B-
10    -- sorry.  It's getting so bad.  I'm,
11    like, really bad at spelling.  It's
12    B-E-L-F-A-I-R-S, Belfairs
13    International.
14         Q.    You were working with them
15    in 2008?
16         A.    Briefly.
17         Q.    And you came for a business
18    trip?
19         A.    Yes.
20         Q.    And how long were you in the
21    U.S. on that occasion?
22         A.    Gosh, I can't remember.  It
23    was like a week.
24         Q.    And who did you come with?
25         A.    My manager of business.
```



Highly Confidential

Page 248

```
 1            HIGHLY CONFIDENTIAL AEO
 2      Q.    What was that person's name?
 3      A.    David.
 4      Q.    What's the last name?
 5      A.    I can't remember the last
 6 name.
 7      Q.    So you came back to the U.S.
 8 in 2008, but you did not have contact
 9 with Adam on that trip?
10      A.    No.
11      Q.    When did you have contact
12 with Adam in 2008?
13      A.    He moved to London in 2008.
14      Q.    Did you see him in London?
15      A.    Yes, I did.
16      Q.    Where did you see him?
17      A.    He came to stay with me in
18 London.
19      Q.    Did you resume your
20 relationship?
21      A.    Briefly.
22      Q.    Is that the last time you've
23 had contact with him?
24      A.    Yes.
25      Q.    Was that about the time you
```



Highly Confidential

Page 249

```
 1          HIGHLY CONFIDENTIAL AEO
 2   became engaged to --
 3       A.    Andy.
 4       Q.    -- Andy?
 5       A.    Andy and I got together at
 6   the end of 2008.  We didn't meet and
 7   then get engaged immediately.  It was
 8   like we dated and then got engaged.
 9       Q.    Understood.
10          In addition to discussing
11   Jeffrey with Adam, is there someone
12   else you discussed Jeffrey with in
13   your life in 2006 or 2007?
14       A.    Well, I discussed it with
15   everyone I knew.  It's quite an amaz-
16   -- he's an amazing man.  Yeah,
17   everyone I knew knew that I was
18   involved with Jeffrey Epstein.
19   Everyone that I met in New York knew
20   that I was affiliated with Jeffrey
21   Epstein and Ghislaine Maxwell.
22       Q.    More specifically, who did
23   you tell that you had concerns about
24   your relationship with Jeffrey?
25       A.    My friend Pam.  And there
```



Highly Confidential

Page 250

```
 1          HIGHLY CONFIDENTIAL AEO
 2   were a few other friends I had at the
 3   time, but I don't remember their
 4   names.
 5        Q.    Did you discuss it with
 6   Pumla?
 7        A.    Yes.
 8        Q.    What did you tell Pumla?
 9        A.    Everything that Jeffrey did
10   to me.  I told her every single detail
11   on how he abused me.
12        Q.    How did Jeffrey abuse you?
13        A.    There were times that I was
14   -- I mean, look, I was intimidated.  I
15   was frightened of Jeffrey, okay.  I
16   wanted to go to FIT, get an education.
17   But if I didn't comply with Jeffrey's
18   requests, I was scared.  Okay?
19             So how did he abuse me?
20   When he had me on, like, the massage
21   table, I had no option.  So how did he
22   abuse me?  By putting a vibrator and
23   pushing it down on my clitoris for ten
24   minutes, that's abuse.  That was not
25   pleasurable; that was exceptionally
```



Page 251

1         HIGHLY CONFIDENTIAL AEO
2    painful.  He hurt me physically and he
3    abused me mentally, both.
4        Q.    How did he abuse you
5    mentally?
6        A.    Jeez.  Well, I think the
7    fact that -- A, physical abuse always
8    leads to mental abuse.  It's a fact.
9    So you can't physically abuse someone
10   and they can't be mentally, because
11   they will -- without a doubt, I'm sure
12   myself and all the other girls will
13   have suffered some form of
14   posttraumatic stress.
15            So in terms of how did he
16   mentally abuse me?  He bullied me.  He
17   went on about my weight.  He
18   intimidated me.  He promised me things
19   he didn't deliver.  I mean, I could go
20   on.  So...
21       Q.    What things did he promise
22   you that he didn't deliver?
23       A.    An education.
24       Q.    And what do you know about
25   what he did or didn't do to get you an



Highly Confidential

Page 252

```
 1          HIGHLY CONFIDENTIAL AEO
 2   education?
 3        A.    Well, I didn't go to FIT, so
 4   I presume not very much.
 5        Q.    Do you know why you didn't
 6   get into FIT?
 7        A.    No, no.  It just didn't ever
 8   materialize.
 9        Q.    Did you ever contact FIT to
10   find out?
11        A.    During that time, Jeffrey
12   had it in hand.  I didn't think I
13   needed to contact anybody at FIT.  I
14   mean, Jeffrey -- it was Jeffrey's
15   contact in the first place that he was
16   contacting.  So I didn't contact
17   anyone at FIT.
18        Q.    You didn't contact them at
19   all?
20        A.    Well, no, because Jeffrey
21   said that he was going to do that for
22   me to get me into FIT.
23        Q.    And how did you ever confirm
24   or deny that you weren't admitted to
25   FIT?
```



Highly Confidential

Page 253

```
 1          HIGHLY CONFIDENTIAL AEO
 2      A.    I was never told.  I was
 3  never given a letter.  I didn't have
 4  anyone phone me.  I didn't have the
 5  contact that Jeffrey had been speaking
 6  to about getting me in.  She didn't
 7  contact me.  So I'm presuming as an
 8  educated woman it was all hearsay,
 9  because nothing ever materialized from
10  that.
11      Q.    Did FIT have your address at
12  Adam's?
13      A.    Not that I recall.
14      Q.    Did you give Jeffrey your
15  address at Adam's?
16      A.    Yes, Jeffrey knew where I
17  lived.
18      Q.    I understood you were going
19  to live with Adam in order to get away
20  from Jeffrey.
21      A.    So when -- so basically when
22  you live in someone's apartment, it's
23  a form of control.  So when you don't
24  comply with their instructions all the
25  time, hundred percent, it's like
```



Highly Confidential

Page 254

```
 1              HIGHLY CONFIDENTIAL AEO
 2    leverage for them to control you.
 3              I don't like being
 4    controlled by people, especially by
 5    someone like Jeffrey Epstein and
 6    Ghislaine Maxwell.
 7              So Jeffrey Epstein, he knew
 8    where I was all the time, so...
 9        Q.    Did Jeffrey come to Adam's
10    apartment?
11        A.    He came around the Upper
12    East Side near the apartment, yes, he
13    did.  There was an occasion that
14    Jeffrey Epstein picked me up when I
15    didn't go to the mansion.
16        Q.    Picked you up where?
17        A.    I can't remember the
18    location.
19        Q.    Jeffrey lived on the Upper
20    East Side?
21        A.    I can't remember where
22    Jeffrey -- his exact location is.  I
23    mean, it's a nice -- I think it's near
24    5th.  It's near 5th Avenue.
25        Q.    Was it on the Upper East
```



Highly Confidential

Page 255

1          HIGHLY CONFIDENTIAL AEO

2    Side?

3        A.    I think.  I don't think it

4    was on the West Side.  So hang on.  So

5    5th Avenue is there.  Is the West Side

6    that side?

7             I don't know -- sorry.  I'm

8    really -- I'm a tourister, so I don't

9    know.  I don't know where Jeffrey -- I

10   know that he's got -- it was near 5th

11   Avenue.  That's where I know his

12   apartment was.

13            I'm not a New Yorker, so...

14       Q.    Do you recall an occasion

15   while you were living with Adam that

16   Jeffrey came and picked you up?

17       A.    Yes.

18       Q.    Somewhere on the Upper East

19   Side?

20       A.    Yes.

21       Q.    You don't know where?

22       A.    No, I don't know the

23   specific street, name or pavement that

24   I was standing on, no, I don't.

25       Q.    Where did you go with



Page 256

```
 1              HIGHLY CONFIDENTIAL AEO
 2    Jeffrey when he picked you up on the
 3    Upper East Side?
 4         A.    I got in his car and went
 5    back to his mansion.
 6         Q.    What kind of car was it?
 7         A.    It was a -- I can't remember
 8    what car it was.
 9         Q.    Who was driving the car?
10         A.    He wasn't driving.  I can't
11    remember who was driving.
12         Q.    Was anyone else in the car?
13         A.    Someone was driving the car.
14         Q.    Anyone else?
15         A.    I can't remember anyone
16    else.
17         Q.    What was the purpose of your
18    going back to the mansion on that
19    occasion?
20         A.    I don't know.  You're going
21    to have to ask Jeffrey.
22         Q.    Why did you get in the car?
23         A.    Because I was frightened.
24         Q.    What were you frightened of?
25         A.    The fact that he had found
```



Highly Confidential

Page 257

```
 1            HIGHLY CONFIDENTIAL AEO
 2    me and wasn't supposed to know where I
 3    was.  So I was incredibly intimidated
 4    that he drove up beside me and knew
 5    where I was.
 6        Q.    You were somewhere out on
 7    the street visible and he found you?
 8        A.    No.  I was supposed to meet
 9    Jeffrey.  I was instructed to meet
10    Jeffrey.  I failed to turn up to meet
11    Jeffrey and Jeffrey found me.
12        Q.    Who instructed you to meet
13    Jeffrey?
14        A.    It was one of the girls.  It
15    was either Sarah Kellen or Lesley
16    Groff.
17        Q.    How did they instruct you to
18    meet Jeffrey?
19        A.    Via the BlackBerry they gave
20    me.
21        Q.    You kept the BlackBerry
22    after you returned from South Africa?
23        A.    Yes, I did.
24        Q.    While you were living with
25    Adam?
```



Highly Confidential

Page 258

```
 1              HIGHLY CONFIDENTIAL AEO
 2        A.    Yes.
 3        Q.    Why did you keep the
 4  BlackBerry after you were living with
 5  Adam?
 6        A.    Because Jeffrey and I were
 7  still in contact.
 8        Q.    What were you in contact
 9  about?  The FIT application?
10        A.    He was trying to get me a
11  visa, and he -- he devised a way of me
12  getting -- I don't know what you call
13  it, sorry -- an apprenticeship, an
14  internship with a cosmetic company.
15  Yeah, a cosmetic agency, doctor's
16  medical facility.
17        Q.    When you came back from
18  South Africa in February of 2007, did
19  you have a tourist visa?
20        A.    Yeah, yes.
21        Q.    So Jeffrey was trying to
22  help you get a job so you could get a
23  different kind of visa?
24        A.    Yeah.  Well, you can't live
25  in New York on a tourist visa.  It's
```



Page 259

```
 1              HIGHLY CONFIDENTIAL AEO
 2    three months, so -- so I don't know
 3    what it's like anymore, the laws.  But
 4    back then, if you wanted to tour
 5    America, you would go and fill -- I
 6    think it was 90 days, but then you
 7    would have to leave.  You couldn't
 8    stay.
 9              And Jeffrey was trying to
10    get me a -- it's difficult, not
11    being -- it's difficult actually going
12    to university here if you don't have a
13    British -- I don't know the system.  I
14    just didn't have a visa I could go to
15    FIT.
16              And this friend of his that
17    owned a cosmetic surgery, he had
18    organized that I would go in and do an
19    internship, and that way would be a
20    legitimate way to -- for me to get a
21    visa, for me to stay and continue in
22    FIT.  If that makes sense.
23        Q.    What was the name of that
24    friend?
25              MR. GUIRGUIS:  Do you need a
```



Highly Confidential

Page 260

```
 1          HIGHLY CONFIDENTIAL AEO
 2     break?
 3             THE WITNESS:  I do, sorry.
 4     Do you mind?
 5             MS. MENNINGER:  There was a
 6     question pending.
 7             MR. GUIRGUIS:  She has a
 8     question pending.  You can answer
 9     that, then.  Go ahead.
10             What was the name of that
11     friend?
12             THE WITNESS:  I don't know.
13     It was a man.
14     Q.     Did you end up working in
15   that internship?
16     A.     No.
17     Q.     Did you ever meet with that
18   man?
19     A.     Yes.
20     Q.     Why didn't you end up
21   working in that internship with that
22   man?
23     A.     I wanted to return home.
24             MR. GUIRGUIS:  Can we take
25     that break?
```



Highly Confidential

Page 261

```
1              HIGHLY CONFIDENTIAL AEO
2              MS. MENNINGER:  Yes.
3              (Time noted:  3:04 p.m.)
4              (Recess.)
5              (Time noted:  3:20 p.m.)
6              MS. MENNINGER:  Going back
7      on the record.
8              MR. GUIRGUIS:  Before you
9      proceed with your questions,
10     Counsel, I raised an objection to
11     providing Linda Ransome's email
12     address before.  Then you
13     proffered a reason for it.
14             I accept your proffer and I
15     will provide you that email
16     address now, or have the witness
17     do it.
18             MS. MENNINGER:  Okay.
19             THE WITNESS:  It's
20     ██████████████████████
21             (An off-the-record
22     discussion was held.)
23             MR. GUIRGUIS:  And let the
24     record reflect she's taking it
25     down from a Google search on the
```



Highly Confidential

Page 262

```
 1              HIGHLY CONFIDENTIAL AEO
 2      web.   She believes that's right.
 3      Q.     What is your father's email
 4   address?
 5      A.     I don't remember it offhand.
 6             MS. MENNINGER:  Can you mark
 7      this.
 8             (Defendant's Exhibit 3,
 9      affidavit, was marked for
10      identification.)
11      Q.     Do you recognize the
12   document we marked as Defendant's
13   Exhibit 3?
14      A.     Yes.
15      Q.     What is it?
16      A.     My affidavit.
17      Q.     Who wrote this affidavit?
18      A.     Well, I -- I -- I didn't
19   type it up, but I gave the affidavit.
20      Q.     So you spoke words to
21   someone else and they typed it?
22      A.     Yes.
23      Q.     Who was that person?
24      A.     I don't know.
25      Q.     Who was the person you gave
```



Highly Confidential

Page 263

```
 1           HIGHLY CONFIDENTIAL AEO
 2    words to?
 3           MR. GUIRGUIS:  Was it an
 4      attorney?
 5           THE WITNESS:  Yes.
 6           MR. GUIRGUIS:  Okay.
 7      Q.    Which attorney?
 8           MR. GUIRGUIS:  I think I'm
 9      going to object to that.  I don't
10      know that it matters which
11      attorney or which attorney
12      provided the work or did specific
13      tasks.  I think that's
14      privileged.
15      Q.    Did you communicate these
16    words to a attorney with the intent
17    that they would put it into an
18    affidavit that you would share
19    publicly?
20      A.    I don't know that the
21    affidavit is public, but to share
22    with -- with you guys.
23      Q.    With a third party?
24      A.    Yeah, with a third party.
25      Q.    And you knew that at the
```



Highly Confidential

Page 264

```
 1              HIGHLY CONFIDENTIAL AEO
 2    time you were giving the words to the
 3    person to type up?
 4         A.     Yeah, to give to you guys.
 5         Q.     So who was the person that
 6    you were speaking to that took down
 7    the words for your affidavit?
 8         A.     Sorry.  It was Stan and
 9    Brad.
10         Q.     And when did you have that
11    conversation with them?
12         A.     I think it was either -- I
13    think it was in January.
14         Q.     Last month?
15         A.     Oh, God.  Last month.  Yeah,
16    last month.
17         Q.     In person?
18         A.     In person.
19         Q.     Did they give you multiple
20    drafts of this document?
21         A.     I wouldn't say multiple, but
22    I made sure that it was accurate.
23         Q.     Did you make any changes to
24    the document you were originally
25    presented with?
```



Highly Confidential

Page 265

1          HIGHLY CONFIDENTIAL AEO

2      A.    No.

3      Q.    The first document that you

4  were presented with, is that the one

5  that you signed?

6      A.    Yes.

7      Q.    And nothing was changed

8  after you reviewed it?

9      A.    No.

10     Q.    Is that your signature on

11  the second page?

12     A.    Yes, that is my signature.

13     Q.    And the last page, is that

14  the official in Spain who witnessed

15  your signature?

16     A.    Yes.

17     Q.    Did you sign page 2 in front

18  of the person indicated on page 3?

19     A.    Yes.

20     Q.    Did you present that person

21  with some form of identification?

22     A.    Yes.

23     Q.    What form of identification

24  did you present?

25     A.    My passport.



Page 266

```
 1          HIGHLY CONFIDENTIAL AEO
 2     Q.     Which passport?
 3     A.     My British passport.
 4     Q.     Is that a current British
 5  passport?
 6     A.     Yes.
 7     Q.     Did you have a British
 8  passport that expired in 2014?
 9     A.     Yeah, I can't remember when
10  it expired, but I think you guys have
11  a copy as well of my passport.  I
12  don't remember the exact date that it
13  expired.
14     Q.     Not the South African
15  passport that was stolen?
16     A.     The South African passport
17  is completely irrelevant.  You can't
18  travel on a South African passport.
19  It's -- you can't go into any other
20  country bar South Africa, other than
21  South Africa, on a passport.  So I've
22  hardly used my South African passport
23  at all.
24     Q.     I'm just asking which
25  passport you showed to the person on
```



Highly Confidential

Page 267

```
 1          HIGHLY CONFIDENTIAL AEO
 2    page 3.
 3        A.    Sorry.  My British passport.
 4        Q.    And it's a British passport
 5    that's current?
 6        A.    Yes.
 7              MR. GUIRGUIS:  Asked and
 8        answered.
 9              MS. MENNINGER:  Just a bit
10        of a detour.
11        Q.    Can I have you take a look
12    at paragraph 1?
13        A.    Yep.
14        Q.    Is paragraph 1 true?
15        A.    "I am currently over the age
16    of 18," paragraph 1, yes.
17        Q.    And you presently reside in
18    Spain?
19        A.    Yes.
20        Q.    Paragraph 2, you state, "In
21    the summer of 2006, when I was
22    22 years old and living in New York, I
23    was introduced to Jeffrey Epstein by a
24    girl I had met named Natalya
25    Malyshev."
```



Highly Confidential

Page 268

```
 1          HIGHLY CONFIDENTIAL AEO
 2          Is that true?
 3     A.    Yes.
 4     Q.    Was it the summer of 2006
 5  when you met Natalya?
 6     A.    Okay, well, it was summer.
 7  End of summer going into fall.
 8     Q.    So when was it, do you
 9  think?
10     A.    It was fall of 2006.  It was
11  just after the summer.
12     Q.    So it was the fall of 2006
13  when you met Natalya?
14     A.    Well, it was the end of the
15  summer, so I don't know -- fall or in
16  the summer or -- it was end of summer,
17  fall.
18     Q.    Sometime after you came into
19  the U.S.?
20     A.    Yes, yeah.
21     Q.    And do you know when in the
22  fall of 2006 you met Natalya?
23     A.    What, you mean the end of
24  summer/fall slash -- if you really
25  want to go -- can you define, like,
```



Page 269

```
 1          HIGHLY CONFIDENTIAL AEO
 2   geography lessons?  Should we do
 3   geography lessons?
 4           MS. MCCAWLEY:  All right.
 5       Hang on a second.
 6       A.    Maybe summer?  Fall?
 7   Winter?  What are your dates here in
 8   New York?
 9           MR. POTTINGER:  Can we get
10       this clear?
11           MR. PAGLIUCA:  Would you
12       just stop it?
13           MR. POTTINGER:  Do you mind?
14       Do you mind?
15           MR. PAGLIUCA:  I mind you
16       talking.
17           MR. POTTINGER:  Do you mind?
18           MS. MENNINGER:  If you want
19       to enter an objection, please do
20       so.
21           MR. POTTINGER:  I object.
22           MS. MENNINGER:  What is the
23       basis of your objection, Mr.
24       Pottinger?
25           MR. POTTINGER:  Define
```



Page 270

```
 1         HIGHLY CONFIDENTIAL AEO
 2    summer or fall.
 3         MS. MENNINGER:  I will do
 4    whatever I want during my
 5    deposition.
 6         MR. POTTINGER:  Define --
 7    define summer or fall.
 8         MS. MENNINGER:  I don't have
 9    to define anything.
10         MR. POTTINGER:  Define
11    summer or fall for the client --
12         MS. MENNINGER:  All right.
13         MR. POTTINGER:  -- and then
14    we will answer the -- she will be
15    able to answer the question.
16         MS. MENNINGER:  I'm going
17    off the record until you calm
18    down.
19         Let's go off the record.
20         (Time noted:  3:28 p.m. )
21         (Recess.)
22         (Time noted:  3:30 p.m.)
23         MS. MENNINGER:  Go back on
24    the record.
25    Q.    Approximately what month and
```



Highly Confidential

Page 271

```
 1              HIGHLY CONFIDENTIAL AEO
 2    day did you meet Natalya Malyshev?
 3         A.    As I said earlier, I can't
 4    remember what day, but it was end of
 5    summer/fall in the United States.  I
 6    can't remember what specific date or
 7    time that was.
 8         Q.    What month?  Any idea?
 9         A.    It was September.
10         Q.    When did you meet Jeffrey
11    Epstein?
12         A.    Shortly after I met Natalya.
13         Q.    Was that also in September?
14         A.    I guess so.  I don't know
15    the exact date I arrived, so if
16    someone can provide me with my
17    passport so I can see my entry date,
18    maybe that would help.
19              So I met Natalya -- if you
20    look at the date that I arrived in New
21    York on my passport, I think it's very
22    clear when I arrived.  You've got the
23    evidence, I'm sure.
24              So two weeks after the date
25    that is on my passport that I arrived
```



Page 272

```
 1              HIGHLY CONFIDENTIAL AEO
 2    in, I met Natalya.  Very soon after I
 3    met Natalya, I was introduced to
 4    Jeffrey Epstein.  It was in and around
 5    September.  I can't specifically
 6    remember the date, time, season,
 7    whatever.
 8        Q.     Did you show your passport
 9    to Mr. Pottinger and Mr. Edwards when
10    you were standing there at the
11    consulate having the affidavit
12    notarized?
13        A.     I showed my current passport
14    when I had this signed.
15        Q.     Not the passport that
16    contained dates from 2006?
17        A.     My current valid passport.
18    You can only show a valid passport.
19        Q.     Fair enough.
20               So you believe that your
21    lawyers have produced your current
22    valid passport to me?
23        A.     No --
24               MS. MCCAWLEY:  Objection.
25        A.     -- they have not produced my
```



Highly Confidential

Page 273

```
 1          HIGHLY CONFIDENTIAL AEO
 2   current passport.  They produced have
 3   my passport during that time frame,
 4   which clearly shows that -- when I
 5   entered the United States.
 6       Q.    So when your lawyers wrote,
 7   "A copy of nonparty Sarah Ransome's
 8   current passport is attached hereto as
 9   RANSOME 157 to 168, which should be
10   treated as confidential pursuant to
11   the party's protective order," do you
12   believe that to be an accurate
13   statement?
14            MS. MCCAWLEY:  Objection.
15       You're asking her legal
16       information that she's not privy
17       to.
18            MS. MENNINGER:  There was
19       nothing legal about that comment.
20       A.    Sorry.  That makes no sense
21   to me, please.  Can you repeat the
22   question.
23       Q.    I'll do it this way.
24            MS. MENNINGER:  Defendant's
25       Exhibit 4.
```



Highly Confidential

Page 274

```
 1          HIGHLY CONFIDENTIAL AEO
 2              (Defendant's Exhibit 4,
 3       RANSOME_000168, was marked for
 4       identification.)
 5       Q.    Take a look at Defendant's
 6   Exhibit 4.
 7       A.    Okay.
 8       Q.    Just take a look at it.  Do
 9   you recognize it?
10       A.    Yeah, this is my passport.
11       Q.    Do you know which passport
12   this is?
13       A.    This is my old passport.
14       Q.    So it's not your current
15   passport, correct?
16       A.    No, it's not my current
17   passport, because it expired on --
18   let's have a look here --
19       Q.    Can you turn to the
20   second-to-last page.  Sorry.
21       A.    Yes, here we go.
22       Q.    Does that have a Bates
23   number?  In other words, your name,
24   RANSOME, with an underscore and then
25   page numbers after that, that were
```



Highly Confidential

Page 275

```
 1           HIGHLY CONFIDENTIAL AEO
 2   placed there by your attorneys.
 3       A.     Hmm, sorry.  I don't
 4   understand.
 5       Q.     Do you see at the bottom of
 6   that page, your name, RANSOME_000158?
 7       A.     Yes.
 8       Q.     All right.  And that's on a
 9   document that is an expired passport?
10       A.     Yes.
11       Q.     This is not your current
12   passport?
13           MR. GUIRGUIS:  Objection,
14       asked and answered.
15       A.     No.
16       Q.     You have another passport
17   that's not this passport that's
18   currently in effect?
19           MR. GUIRGUIS:  Objection,
20       asked and answered.
21       Q.     Correct?
22       A.     Yes.
23       Q.     If I could also have you
24   take a look at -- and I'll have to
25   show, if you can see, there are the
```



Page 276

```
 1          HIGHLY CONFIDENTIAL AEO
 2   passport page numbers --
 3        A.    Mm-hmm.
 4        Q.    -- that show up on a
 5   passport.
 6        A.    Yeah.
 7        Q.    And these have been put in
 8   some order.
 9        A.    Mm-hmm, the order of my
10   passport, yes.
11        Q.    Right.  That's not how they
12   were produced, but that's the order
13   they're in now.
14        A.    Okay.
15        Q.    If we could have you turn to
16   RANSOME 162, which is page 16 of your
17   passport.
18             MR. GUIRGUIS:  Is that the
19        front -- sorry, 162.
20             MS. MENNINGER:  They're not
21        in Bates order.  They're put in
22        the order of the passport.
23             THE WITNESS:  Oh, yeah.
24        Mm-hmm.
25             MS. MENNINGER:  It's page
```



Page 277

```
 1          HIGHLY CONFIDENTIAL AEO
 2      16.
 3      Q.    Do you see on that page a
 4  stamp from the Department of Homeland
 5  Security of the U.S., dated
 6  October 19, 2006?
 7      A.    Mm-hmm.
 8      Q.    Does that indicate to you
 9  that you were admitted to visit the
10  U.S. on October 19th of 2006?
11      A.    Yes, it does.
12      Q.    Do you believe October 19th
13  is during the summer in the U.S.?
14      A.    No.   I don't see the
15  relevance.
16      Q.    What season do you think
17  October 19th is in the U.S.?
18      A.    Okay.  Well, considering I
19  arrived in September, October's in
20  winter.  But I arrived in September.
21      Q.    Okay.  Well, do you believe
22  that you did not enter the U.S. on
23  October 19th, 2006?
24      A.    Well, it's stamped.
25      Q.    Does it say "admitted"?
```



Highly Confidential

Page 278

```
 1            HIGHLY CONFIDENTIAL AEO
 2      A.     "Admitted," yes.
 3      Q.     Does it say "October 19,
 4  2006"?
 5      A.     Yes.
 6      Q.     Does it say "Department of
 7  Homeland Security, U.S. Customs and
 8  Border Patrol"?
 9      A.     Yes.
10      Q.     So you do or do not believe
11  you were admitted to the United States
12  on October 19, 2006?
13      A.     I flew in and had my
14  passport stamped after I went on my
15  trip to London in the UK.
16             Every time you go into a --
17  as you all know, using your passport,
18  every time you go into a new country,
19  if you don't have their passport, you
20  get a stamp.  So if you go in several
21  times, every time you go into that new
22  country, it gets stamped.
23      Q.     So you think you went on a
24  trip in October and came back to the
25  U.S. on October 19th?
```



Highly Confidential

Page 279

```
 1            HIGHLY CONFIDENTIAL AEO
 2       A.    I obviously went -- I
 3   arrived in New York a day on the 19th
 4   of October.
 5       Q.    Where were you coming from
 6   on October 19th?
 7       A.    I can't remember.
 8       Q.    You have no idea?
 9       A.    I think it was London.  I
10   made a trip to London.
11       Q.    And how long were you in
12   London in October?
13       A.    I can't remember.
14       Q.    A week?
15       A.    I can't remember.
16       Q.    Who paid for that ticket?
17       A.    Myself.
18       Q.    Did you go with anyone?
19       A.    No.
20       Q.    Did you have a new 90 days
21   that began on October 19th?
22       A.    Yes.  It automatically
23   starts every time you enter.
24       Q.    So in order to be compliant
25   with that visa, you needed to leave
```



Highly Confidential

Page 280

```
 1          HIGHLY CONFIDENTIAL AEO
 2    within 90 days of October 19th?
 3         A.     That's correct.
 4         Q.     Do you know which airline
 5    you flew to London in 2006?
 6         A.     I can't remember.
 7         Q.     Do you know which class of
 8    service you flew?
 9         A.     I can't remember.
10         Q.     Where is your current
11    passport right now?
12         A.     It is in my hotel room.
13    Here, in -- it's in my hotel room.
14         Q.     Got it.
15                Did Natalya fly with you to
16    London?
17         A.     No.
18         Q.     Did Jeffrey pay for you to
19    go to London?
20         A.     I can't remember.
21         Q.     Do you know whether you had
22    met Jeffrey before you went to London
23    in October of 2006?
24         A.     I had met Jeffrey by then.
25         Q.     Do you have any emails or
```



Highly Confidential

Page 281

```
 1          HIGHLY CONFIDENTIAL AEO
 2    anything reflecting your travel plans
 3    on that trip?
 4          A.    Oh, I think there was a
 5    plane, I think there was a plane
 6    booking or something.
 7          Q.    For that trip to London in
 8    October of 2006?
 9          A.    I think so.  I would have to
10    double check.
11          Q.    Where would you check?
12          A.    Well, I'm trying to go and
13    find it in my email, my old email
14    account, where all of my other emails
15    exchanged between Sarah Kellen and
16    Lesley Groff are.
17          Q.    Do you have any frequent
18    flyer accounts?
19          A.    No.
20          Q.    Did your first trip to the
21    private island in the U.S. Virgin
22    Islands before or after you went to
23    London and returned?
24          A.    What was the date in October
25    again?  19th.  I can't remember.  I
```



Page 282

```
 1          HIGHLY CONFIDENTIAL AEO
 2   mean, I said earlier I can't remember
 3   the first time.
 4       Q.    In the next sentence you
 5   say, "After that first trip, I
 6   traveled to the island several more
 7   times, usually on one of Jeffrey's
 8   private airplanes, and always at his
 9   direction."
10            What do you mean by "always
11   at his direction"?
12       A.    Well, I wasn't going to go
13   there on my own, so I would have to be
14   invited first.  I didn't want to just
15   go chill on my own.  It was Jeffrey's
16   house, so he had to phone me and
17   invite me before I decided I wanted to
18   go to his island.
19       Q.    So he phoned you, he invited
20   you, and you decided you wanted to go
21   to his island.
22       A.    No, I had to go to his
23   island.
24       Q.    Why did you have to go to
25   his island?
```



Page 283

```
 1          HIGHLY CONFIDENTIAL AEO
 2      A.     Because I was frightened of
 3  him.
 4      Q.     Did Jeffrey ever hit you?
 5      A.     No, he didn't.
 6      Q.     Did you ever see Jeffrey
 7  with a weapon?
 8      A.     No.
 9      Q.     Have you reviewed any flight
10  logs?
11      A.     No, not that I recall.
12      Q.     You've never seen a flight
13  log?
14      A.     I've seen one which showed
15  my name.
16      Q.     When did you first become
17  frightened of Jeffrey Epstein?
18      A.     During my time with him in
19  New York.
20      Q.     What period of time?
21      A.     Pretty much soon after I met
22  him, actually, and he forced the
23  vibrator on my vagina for an extended
24  period of time, which considerably
25  hurt my lady region, actually.
```



Highly Confidential

Page 284

```
 1            HIGHLY CONFIDENTIAL AEO
 2      Q.    That's when you became
 3 frightened of him?
 4      A.    Yes, absolutely.
 5      Q.    You've seen a flight log
 6 with your name on one flight?
 7      A.    Yes, I have.
 8      Q.    When did you see that?
 9      A.    I saw it in January, and it
10 was to confirm that --
11            MR. GUIRGUIS:  I'm going to
12      object.  Hold on.
13            Is this -- if this is a
14      communication with counsel, you
15      should understand, any time she
16      asks you a question, if the
17      answer is it was with counsel,
18      then you don't answer.
19            Was this with counsel?
20            THE WITNESS:  Yes.
21            MR. GUIRGUIS:  Don't answer.
22            MS. MENNINGER:  Seeing a
23      document when you're with counsel
24      is privileged?
25            MR. GUIRGUIS:  I don't know
```



Highly Confidential

Page 285

```
 1           HIGHLY CONFIDENTIAL AEO
 2      what your next question is going
 3      to be, so...
 4           MS. MENNINGER:  I asked her
 5      when she saw the flight logs.
 6      And she said in January, correct?
 7           MR. GUIRGUIS:  Right.  And
 8      then she was about to continue
 9      the answer.  I'm fine with the I
10      saw it in January.  That's why I
11      didn't object when you asked the
12      question.
13           I'm objecting to her
14      continuing and caution the
15      witness not to waive her
16      attorney/client privilege.
17      Q.    Don't tell me anything that
18   your lawyer said to you.
19           You reviewed the flight log
20   in January?
21      A.    I reviewed one flight log,
22   which confirmed that I was there.
23      Q.    What other documents did you
24   review?
25      A.    No other documents.
```



Highly Confidential

Page 286

```
 1          HIGHLY CONFIDENTIAL AEO
 2      Q.     In addition to Jeffrey and
 3  Nadia, what other girls did you have
 4  sexual relations with on the island?
 5      A.     I can't remember their
 6  names.
 7      Q.     Can you remember any of
 8  their names?
 9      A.     There were a few.
10      Q.     Can you remember any of
11  their names?
12      A.     ██████, Jen -- sorry, I
13  misunderstood your question.  I didn't
14  have sexual relations with ██████.
15  Sorry, I misunderstood you.
16          It was Jen, Natalya and
17  Nadia.  And there were a couple
18  others, I don't remember their names.
19      Q.     What are other guests did
20  you have sexual relations with on the
21  island?
22      A.     It was only those ones.
23      Q.     Do you know the ages of any
24  of the individuals you had sexual
25  relations with on the island?
```



Highly Confidential

Page 287

 1          HIGHLY CONFIDENTIAL AEO
 2      A.      They were 18, I assumed.
 3  Natalya was around my age, was my age.
 4      Q.      In the next paragraph, you
 5  refer to meeting Ghislaine Maxwell on
 6  one of your visits to the island,
 7  correct?
 8      A.      Correct.
 9      Q.      You said, "Watching her
10  interact with the other girls on the
11  island, it became clear to me that she
12  recruited all or many of them to the
13  island."
14          What do you mean that?
15      A.      That she recruited a lot of
16  the girls.
17      Q.      What did you see?
18      A.      I saw how she interacted
19  with all the girls.  You know, if you
20  walk into any -- I mean, common
21  sensewise, if you walk into a firm,
22  you kind of know who the boss is.
23          You know, all the girls kind
24  of reported to Ghislaine.  Ghislaine
25  was like the mama bear, if you know



Page 288

```
 1              HIGHLY CONFIDENTIAL AEO
 2   what I mean.  She called the shots; we
 3   had to listen to Ghislaine.
 4              And Ghislaine was Jeffrey's
 5   right-hand woman, so, you know,
 6   whatever Jeffrey wanted went through
 7   Ghislaine and then filtered through.
 8      Q.     What did any girl report to
 9   Ghislaine in your presence?
10              MR. GUIRGUIS:  Objection.
11      I'm not sure that's -- just
12      objection to form.
13      Q.     You said that the girls
14   reported to Ghislaine.  What did you
15   see or hear that caused you to say
16   that?
17      A.     Well, it's pretty obvious.
18   I mean, Ghislaine called the shots.
19              So, for example, when -- I
20   can't remember specifics, but Natalya,
21   I think, had an issue.  And she had to
22   speak to Ghislaine if there was ever
23   an issue.
24      Q.     What issue?
25      A.     I can't remember
```



Highly Confidential

Page 289

```
 1            HIGHLY CONFIDENTIAL AEO
 2   specifically.  We always have issues.
 3   Girls have issues.  We have period
 4   pains, we've got headaches.
 5            You know, we had to look a
 6   certain way for Jeffrey.  So if we put
 7   on a little bit of weight or, for
 8   example, if my hairstyle was wrong --
 9   Jeffrey liked girls to look a certain
10   way.
11            So, for example, there was
12   one occasion where Jeffrey didn't like
13   my hair and Ghislaine told me to
14   change it.
15            So there was -- everyone was
16   afraid of Ghislaine.  All the girls
17   were afraid of her, so everyone --
18   Sarah Kellen reported to her.  Lesley
19   Groff reported to her.  I don't know
20   how to tell you.
21            So when I say reporting, I
22   witnessed with my own two eyes Sarah
23   Kellen reporting to Ghislaine in front
24   of me, but I can't remember specifics.
25   They were talking about girls.  I
```



Page 290

```
 1           HIGHLY CONFIDENTIAL AEO
 2    can't remember the specific
 3    conversation.  But every single person
 4    100 percent, 200 percent reported to
 5    Ghislaine.  100 percent.
 6        Q.    Okay.  Great.  I appreciate
 7    your certainty.
 8        A.    Absolutely.
 9        Q.    So we have Sarah Kellen
10    having a discussion with Ghislaine
11    about girls.  What other discussions
12    did you overhear?
13        A.    There were various
14    discussions.  We were always talking
15    about girls.  There was a constant
16    influx of girls.  There were so many
17    girls.  There were girls in Miami.
18    There were guests coming.  There
19    were --
20              It's like, I'm sure if you
21    go into a hooker's brothel and see how
22    they run their business, I mean, it's
23    just general conversation about who's
24    going to have sex with who and, you
25    know -- what do you talk about when
```



Highly Confidential

Page 291

```
 1          HIGHLY CONFIDENTIAL AEO
 2   all do you is have sex every day on
 3   rotation?  I mean, what is there to
 4   talk about?
 5       Q.    You were in Miami?  When did
 6   you go to Miami?
 7           MR. GUIRGUIS:  Objection.
 8           MS. MCCAWLEY:  Objection.
 9       A.    No, I didn't go to Miami.  I
10   didn't say that.
11       Q.    Apart from general
12   conversation, do you recall any
13   specifics of any female reporting to
14   Ghislaine?
15       A.    Yes, I saw.  And with my own
16   eyes, I saw how Ghislaine and Lesley
17   Groff and the other girls reported to
18   them.
19           If you would like me to
20   report specific conversations, I
21   can't.  But in my being an adult and
22   having common sense and a sensible
23   head on my shoulders, you can quite
24   quickly work out who is the management
25   there.
```



Highly Confidential

Page 292

```
 1              HIGHLY CONFIDENTIAL AEO
 2              And we were told by Jeffrey
 3    Epstein to listen to Ghislaine.  So
 4    Ghislaine was the main right-hand
 5    woman of Jeffrey Epstein.  We were
 6    told by Jeffrey Epstein to listen to
 7    Ghislaine.
 8         Q.    When did Jeffrey Epstein
 9    tell you that?
10         A.    I can't remember the exact
11    time, date or where I was standing, on
12    which pavement or crack.  But it was
13    around the time that I met Ghislaine.
14         Q.    Which was on the island?
15         A.    I can't remember what date,
16    time, pavement, where I was standing.
17    But I was told during around the time
18    I met Ghislaine that I had to listen
19    to Ghislaine.
20         Q.    By Jeffrey?
21         A.    By Jeffrey.  And every
22    single other girl that I've ever met
23    with Jeffrey.
24         Q.    And we know three names, but
25    that's it?
```



Page 293

```
 1          HIGHLY CONFIDENTIAL AEO
 2      A.     Those are three names that I
 3  remember, but I met -- I met lots of
 4  girls.  Lots.
 5      Q.     Okay.
 6      A.     Yeah.
 7      Q.     What activities was
 8  Ghislaine Maxwell in charge of?
 9      A.     In terms of -- can you
10  explain activities, please?
11      Q.     I'm actually just looking at
12  your affidavit on paragraph 3, so why
13  don't you take a look at that.
14      A.     Activities.  Activities.  So
15  when we had to go to the island, when
16  we had to go see Jeffrey in New York,
17  when we had to go to his mansion.
18          You know, we saw Jeffrey
19  pretty regularly.  I was on rotation
20  pretty much every day, so -- amongst
21  other girls.
22          So Ghislaine also called
23  me -- she also called the other
24  girls -- when Jeffrey wanted his
25  massage.  So there was an occasion
```



Highly Confidential

Page 294

```
 1          HIGHLY CONFIDENTIAL AEO
 2   that I didn't want to go, and she got
 3   angry with me because I didn't want to
 4   give Jeffrey a massage.
 5       Q.    When was that?
 6       A.    It was on one of my -- one
 7   of my stays on the island.  I can't
 8   remember what specific date or what
 9   specific time.
10       Q.    How many times were you on
11   the island with Ghislaine?
12       A.    I can't remember
13   specifically.
14       Q.    More than once?
15       A.    Yeah.
16       Q.    More than twice?
17       A.    I can't remember.  I also
18   saw her in New York quite a lot, so --
19   I mean, this isn't just based on the
20   island.  I spent just as much time
21   with Jeffrey and Ghislaine in New
22   York, so we can't just concentrate on
23   the island, please.
24       Q.    Did you believe Ghislaine
25   was living in New York in January of
```



Highly Confidential

Page 295

```
 1          HIGHLY CONFIDENTIAL AEO
 2   2007?
 3        A.    I don't know where the hell
 4   Ghislaine lived, to be honest.
 5        Q.    But you saw her regularly in
 6   January of 2007?
 7             MR. GUIRGUIS:  Objection.
 8             MS. MCCAWLEY:  Objection.
 9        A.    Regularly, what's regularly?
10   I saw her a few times.  I don't know
11   where she was living.  I tried to
12   actually not spend -- well, I tried to
13   spend as little time with her as
14   possible because every time I saw her
15   on the island, she would call me to
16   give Jeffrey a massage, so...
17        Q.    You saw her more than once
18   on the island and you saw her a few
19   times in New York.  Did you see her
20   anywhere else?
21             MR. GUIRGUIS:  Objection.
22             MS. MCCAWLEY:  Objection,
23        mischaracterizes testimony.
24        A.    No.
25        Q.    In New York, you saw her at
```



Page 296

```
 1          HIGHLY CONFIDENTIAL AEO
 2   Jeffrey's office.  Did you see her
 3   anywhere else in New York?
 4       A.    I can't remember.  I saw
 5   them, I spent a lot of time with them,
 6   so...
 7       Q.    How much time did you spend
 8   with Ghislaine?
 9       A.    Enough.
10          MR. GUIRGUIS:  Objection.
11       That's vague.
12       A.    Enough time.  I mean, how
13   long is a piece of string?  I was here
14   for a certain amount of time, and in
15   that time, the majority of the time I
16   spent with Jeffrey Epstein being
17   involved with his pedophiling -- I
18   mean, how much time have you spent
19   with him?  I don't know.  It wasn't a
20   lot of time, because I couldn't stand
21   the woman and she was a bully and no
22   one liked her, so no one really went
23   out of their way to spend time with
24   her.
25          So I didn't spend a lot of
```



Highly Confidential

Page 297

```
 1              HIGHLY CONFIDENTIAL AEO
 2    time with her because she's a
 3    particularly unpleasant person.  And
 4    when I did spend time with her, it was
 5    either directing me to massage Jeffrey
 6    or her showing me how to massage
 7    Jeffrey, or I spent a lot of time with
 8    her on the island.
 9              Yeah, so how much time did I
10    spend with Ghislaine in total of
11    hours?  I can't recall because it was
12    ten years ago.  I mean, how many hours
13    did I spend with Jeffrey?  I mean,
14    what a silly question.
15        Q.    How many days did you see
16    Ghislaine?
17        A.    Don't know.
18        Q.    Less than ten or more than
19    ten?
20        A.    I can't remember.
21        Q.    Less than five or more than
22    five?
23        A.    Can't remember.
24        Q.    You indicate that many girls
25    you saw appeared to be young
```



Page 298

```
 1            HIGHLY CONFIDENTIAL AEO
 2    teenagers.  Where did you see young
 3    teenagers?
 4        A.    It says they appeared to be
 5    teenagers.  All the girls I saw looked
 6    young.
 7        Q.    Okay.  Where did you see
 8    girls who appeared to be young
 9    teenagers?
10        A.    On the island and in New
11    York.
12        Q.    Describe for me a young
13    teenager that you saw.
14            MR. GUIRGUIS:  Objection,
15        mischaracterizes testimony.
16        A.    So I never said I saw a
17    teenager.  They appeared to look like
18    teenagers, okay?  ██████ was -- I try
19    to look at ██████.  I don't know how
20    old ██████ is, but she looked young.
21    And I'm sure you can agree, as a mom,
22    in the photos, that she looks pretty
23    young for an old man to be bonking.
24    So she looks really young.  She looks
25    younger than me.
```



Highly Confidential

Page 299

```
 1              HIGHLY CONFIDENTIAL AEO
 2       Q.     Did you see her bonk
 3  someone?
 4       A.     No, but she told me.  She
 5  told me and Nadia that they abused her
 6  on the island.
 7       Q.     Nadia said they abused who
 8  on the island?
 9              MR. GUIRGUIS:  Objection,
10       mischaracterizes testimony.
11       That's not what she said.
12       A.     ██████    said that Jeffrey
13  and Nadia had abused her.
14       Q.     Okay.  And do you have any
15  way to reach ██████?
16       A.     I haven't spoken to her.  I
17  don't -- I just know her first name.
18       Q.     You said you recall seeing
19  "a particularly young, thin girl who
20  looked well under 18," and you recall
21  asking her her age.
22              When did you see this
23  particularly young, thin girl who
24  looked well under 18  and you recall
25  asking her her age?
```



Highly Confidential

Page 300

```
 1              HIGHLY CONFIDENTIAL AEO
 2       A.      It was on the trips.  I
 3   think you've got the photos.  ███████
 4   is in the photos.  So it was that trip
 5   in December.
 6       Q.      Did you take a photo of the
 7   young, thin girl who looked well under
 8   18?
 9       A.      I think I did take a photo
10   of her.  I don't have any more photos
11   of her of my own.
12              Well, I have photos of her.
13   You've got the photos.
14       Q.      So the person --
15       A.      I've given you all the
16   photos that I have.
17       Q.      The person that you wrote
18   here was "a particularly young, thin
19   girl who looked well under 18" is
20   reflected in photographs you've
21   produced in this case?
22       A.      That's correct.
23       Q.      And do you know her name?
24       A.      Sorry, can you just repeat
25   that?  Didn't I just answer this
```



Highly Confidential

Page 301

```
 1          HIGHLY CONFIDENTIAL AEO
 2   question?
 3              Yeah, that's ██████ who I
 4   was particularly concerned about,
 5   about her age, in the photos that I
 6   have supplied with -- you with, with
 7   me in them with ██████.
 8       Q.    So in your affidavit in
 9   paragraph 3 where you talk about "a
10   particularly young, thin girl who
11   looked well under 18," you are
12   referring to ██████?
13       A.    Yes.
14       Q.    And you said you later
15   learned she was a ██████████
16       A.    That's correct.
17       Q.    How did you learn she was a
18   ██████████
19       A.    Because she told me.  And
20   she told me Jeffrey Epstein was
21   funding her ██████ ██████
22       Q.    And where was her ██████
23   ██████
24       A.    I don't know.
25       Q.    When did she tell you this?
```



Highly Confidential

Page 302

```
 1          HIGHLY CONFIDENTIAL AEO
 2      A.     During that December trip.
 3      Q.     Was that the only trip you
 4  took with her?
 5      A.     I can't -- I can't remember.
 6  I think there was another trip, but I
 7  can't remember.
 8      Q.     Did you ever see her name on
 9  a flight log?
10      A.     No.
11      Q.     Was she on the plane with
12  you?
13      A.     I can't -- I can't remember.
14  I can't remember.  Yeah, I just
15  remember ███████ on the island.
16      Q.     Other than her telling you
17  she was a ███████████ did she tell you
18  anything else about herself?
19      A.     Yeah, you know, I think she
20  came from quite a tough background.
21      Q.     What did she say?
22      A.     Well, I can't remember the
23  specifics, but I remember that -- I
24  don't know if she had issues with her
25  parents -- I don't know.  She was a
```



Highly Confidential

```
 1            HIGHLY CONFIDENTIAL AEO
 2    bit of a -- you know, she was a -- I
 3    was worried about her.
 4         Q.    What did she say to cause
 5    you to be worried about her?
 6         A.    Well, I first met her -- she
 7    was new to Jeffrey Epstein's list of
 8    girls in December.  And when I first
 9    met her, she was a really bubbly girl
10    and -- I mean, she was young.  She was
11    inexperienced.  She -- she was frail.
12    And she changed quite quickly after
13    that first trip.
14         Q.    How many trips did you take
15    with her?
16         A.    I think it was more than
17    one.  I can't remember.  I saw her a
18    lot.
19         Q.    Where did you see her?
20         A.    Oh, it was either New York
21    or the island.  I mean, I can't
22    remember.
23         Q.    In New York, where did you
24    see her?
25         A.    I think we met -- like we
```



Page 304

```
 1           HIGHLY CONFIDENTIAL AEO
 2   all met a couple times in New York.
 3   We all kind of knew each other.
 4       Q.    Did you ever see her ████████
 5       A.    No.
 6       Q.    Did she live in an apartment
 7   that you went to?
 8       A.    I can't remember about her
 9   living arrangements.
10       Q.    Do you know where her ████████
11   ████████  was?
12       A.    No.
13       Q.    When did you ask to see her
14   passport?
15       A.    When we shortly arrived to
16   the Virgin Islands, she looked
17   particularly young.  And you know what
18   girls are like with passport -- with
19   passport pictures.  They don't -- they
20   get embarrassed about their passport
21   pictures.
22             And she was quite cagey
23   about her passport, so she didn't show
24   me.  I don't know whether that -- I
25   don't know.  She just didn't show me.
```



Highly Confidential

Page 305

```
 1          HIGHLY CONFIDENTIAL AEO
 2     Q.    Did she say why she wasn't
 3  showing it to you?
 4     A.    She said it was because she
 5  was embarrassed about the picture.
 6     Q.    Were you living in the same
 7  room with her on the island?
 8     A.    Yeah, we stayed in the same
 9  room.
10     Q.    Did you ever attempt to look
11  at her passport when she wasn't there?
12     A.    No.
13     Q.    Did you ever call any
14  authorities about having seen this
15  young, thin girl who looked well under
16  18?
17     A.    No.
18     Q.    In the fourth paragraph, you
19  described being lent out to Jeffrey's
20  friends in New York.
21          Which friends of Jeffrey's
22  were you lent out to to have sex?
23     A.    Alan Dershowitz.
24     Q.    Who else?
25     A.    Nadia.  All the girls that
```



Page 306

     1          HIGHLY CONFIDENTIAL AEO
     2   were involved, really.  I had to have
     3   sex with them, so...
     4     Q.    Well, what do you mean by
     5   lent out?
     6     A.    Lent out as in -- so I was
     7   one of the girls that regularly --
     8   that Jeffrey regularly asked to see
     9   sexually.
    10          And what my description was
    11   of being lent out is when -- it's
    12   almost like Jeffrey's quite possessive
    13   of his girls.  He's -- you know, he
    14   lends them out.
    15          He samples the girls, he has
    16   friends come over to New York or the
    17   island and they -- they get to see who
    18   all the girls are around Jeffrey, and
    19   they get to pick one which they want
    20   to be with.
    21     Q.    So you were with Jeffrey and
    22   a number of other females in New York
    23   when a person, a friend would come in,
    24   Alan Dershowitz would come in and look
    25   at all of the girls and choose one?



Page 307

```
 1          HIGHLY CONFIDENTIAL AEO
 2              MS. MCCAWLEY:  Objection.
 3              MR. GUIRGUIS:  Objection,
 4      mischaracterizes testimony.
 5              MS. MENNINGER:  I'm asking a
 6      question.
 7              MR. GUIRGUIS:  I'm objecting
 8      to your question.
 9      A.    So let me give you a
10  specific example of that.  So, for
11  example, there was an occasion where I
12  and some of the other girls were on
13  the island.  So a specific occasion
14  was when Sergey -- I don't know his
15  surname, but he owns Google or
16  whatever, and he came with his
17  fiancée.
18              So, you know, you got a
19  table with Jeffrey Epstein of lots of
20  women -- girls, women, whatever --
21  beautiful girls, and you've got
22  friends joining him.  And friends
23  popped over all the time.
24              So I had other -- there were
25  other males that visited Jeffrey on
```



Highly Confidential

Page 308

```
 1              HIGHLY CONFIDENTIAL AEO
 2    the island.  I don't know who they
 3    are.  I can't remember their names.
 4              But, yeah.  I mean, he
 5    didn't -- he didn't line them up and
 6    go, hey, boys, pick which vagina you
 7    want.  He didn't do it that blatantly.
 8              But they had spent time with
 9    the girls during a lunch on the
10    island -- yeah, I mean, they -- his
11    friends would spend time with us.
12    Q.    Okay.  In paragraph 4, where
13    you say, "At his townhouse, I was also
14    lent out by him to his friends and
15    associates to have sex."
16              What do you mean by that
17    sentence?
18    A.    Well, I mean, it's quite
19    obvious with the incidents -- well,
20    the incident that happened with Alan.
21    So I would classify that as being lent
22    out.  I didn't willingly go, hey,
23    Alan, let's have some fun, because no
24    one on the planet would say that to
25    Alan.
```



Page 309

```
 1          HIGHLY CONFIDENTIAL AEO
 2     Q.    So you say "lent out by him
 3  to his friends and associates."
 4          Who are the friends and
 5  associates that you were lent out to?
 6          MR. GUIRGUIS:  Objection,
 7     asked and answered.
 8     A.    Alan Dershowitz and Nadia.
 9  The girls that I mentioned.  There
10  were other girls that I had sexual
11  intercourse with, but I can't remember
12  their names.
13     Q.    Were there any other men?
14     A.    No, there weren't any other
15  men.
16     Q.    Prince Andrew?
17     A.    No.
18     Q.    ████████ █████ █████████?
19     A.    No, no, I don't know that.
20     Q.    Bill Richardson?  Yes?  No?
21     A.    No.  That I would be lent
22  out to have sex with?
23     Q.    Yes.
24     A.    No, no.
25     Q.    Tom Pritzker?
```



Page 310

```
 1          HIGHLY CONFIDENTIAL AEO
 2     A.    No.
 3     Q.    Marvin Minsky?
 4     A.    No.
 5     Q.    Were you paid money after
 6  you had sex with Alan Dershowitz?
 7     A.    No.
 8     Q.    Were you paid money after
 9  you had sex with Nadia?
10     A.    No.
11     Q.    Were you paid money after
12  you had sex with Natalya?
13     A.    No.
14     Q.    Were you paid money after
15  you had sex with any of the other
16  girls --
17     A.    No.
18     Q.    -- of names you can't
19  remember?
20     A.    I was only ever paid to --
21  when I had sex with Jeffrey himself.
22     Q.    In the course of massage?
23     A.    Yes.
24     Q.    Did you ever have sex with
25  Jeffrey not in a massage context?
```



Highly Confidential

Page 311

```
 1           HIGHLY CONFIDENTIAL AEO
 2      A.     Yeah, we -- yeah.  He was
 3  really intimate all the time.  We
 4  had -- multiple times.  I can't tell
 5  you how many times I've slept with
 6  Jeffrey.  I mean, we were on rotation.
 7  Every single day, it was -- sometimes
 8  twice a day I was called.
 9           You know, Ghislaine, Sarah
10  Kellen -- you know, it was -- yeah.  I
11  mean, how -- we were on rotation
12  pretty much the whole time I was here.
13      Q.     And when you say you were on
14  rotation, you mean you were having sex
15  with Jeffrey multiple times per day?
16      A.     No.  As in when I was
17  finished, another girl was called by
18  Ghislaine.  And when they had
19  finished, another girl was called.
20      Q.     How do you know that another
21  girl was called by Ghislaine?
22      A.     Because I was there, and I
23  saw it and heard it with all my
24  senses.  I saw Ghislaine call another
25  girl, and she called me herself, to go
```



Highly Confidential

Page 312

```
 1          HIGHLY CONFIDENTIAL AEO
 2   give Jeffrey Epstein a sexual massage.
 3       Q.    What do you mean by call?  I
 4   guess I'm thinking like telephone.
 5   That may be my --
 6       A.    No.  As in going up to the
 7   person and going, Jeffrey wants to see
 8   you in his bedroom, which meant it's
 9   your turn to be abused.  That kind of
10   thing.
11       Q.    And this is on the island?
12       A.    This is on the island.
13       Q.    You heard -- as soon as you
14   were done with Jeffrey, you heard
15   Ghislaine go up to another girl and
16   say, it's your turn with Jeffrey?
17       A.    So every single day, I
18   mean -- so I don't know how quickly
19   Jeffrey's sperm bank fills up.  I
20   mean, I know guys can normally cum
21   once or twice a day, but Jeffrey's not
22   a normal person.
23            So, I mean, our rotation
24   changed every day that specific trip
25   we had in December.
```



Page 313

```
 1            HIGHLY CONFIDENTIAL AEO
 2            So, for example, I would be
 3    called.  Maybe a couple hours when
 4    Jeffrey had a little, you know, break,
 5    another girl was called, ██████.
 6    Then another girl was called.  Every
 7    single day.
 8            We tried to hide on
 9    different -- like, so we wouldn't have
10    to get called.  We'd generally have to
11    sit in the main area.  There was like
12    a big pool, the main seating area.
13    There was a big table.  We'd sit there
14    and do kind of art on the table, and
15    we always had to be around.  We
16    weren't allowed to go very far on the
17    island.
18            We always had to report to
19    Ghislaine and Jeffrey and tell them if
20    we were going down to the beach to
21    swim because they had an inflatable
22    trampoline.  So they -- I mean, we
23    always had to tell Ghislaine and
24    Jeffrey where we were at all times.
25       Q.    On the island?
```



Page 314

```
 1          HIGHLY CONFIDENTIAL AEO
 2     A.     On the island, yeah.
 3     Q.     In New York -- strike that.
 4            How many times a day, to
 5   your knowledge, did Jeffrey Epstein
 6   have sex?
 7     A.     To my knowledge, from what I
 8   saw and what I've witnessed -- I don't
 9   know what he did when I wasn't
10   there -- up to about three, four times
11   a day.
12     Q.     So you had sex with him
13   three or four times a day?
14            MS. MCCAWLEY:  Objection.
15     A.     No.
16     Q.     I'm sorry.  You said to your
17   knowledge, what you witnessed.  I'm
18   trying to understand what you mean.
19     A.     So as soon as I slept with
20   Jeffrey, a certain time would go by.
21   He maybe had a coffee.  And then there
22   was a specific occasion where then
23   ███████  was called to go and do that
24   for Jeffrey.
25     Q.     And you were not in the room
```



Highly Confidential

```
 1              HIGHLY CONFIDENTIAL AEO
 2   when ▭▭▭▭ was with Jeffrey?
 3        A.    No, but I was certainly
 4   there afterwards, because she was
 5   forced to have sex with Nadia and
 6   Jeffrey Epstein.
 7        Q.    That happened?
 8        A.    Yes.  And she had never had
 9   a female experience before and she was
10   very upset, very upset.
11        Q.    So you didn't personally see
12   it, but you talked to ▭▭▭▭ and saw
13   her afterwards?
14        A.    Well, I don't think the
15   girls, when they were called, were
16   making cups of tea with Jeffrey in his
17   room.  So -- and when a girl comes out
18   crying and I know that I've been
19   sexually abused, it's quite safe to
20   assume.
21              And when that girl tells you
22   she's being forced to have sex with
23   Jeffrey Epstein and Nadia, you know,
24   it's there, isn't it.
25        Q.    So she told you?
```



Highly Confidential

Page 316

```
 1              HIGHLY CONFIDENTIAL AEO
 2        A.     Yes, she told me.  And with
 3   my own intelligence, in my -- you
 4   know, I can see with my own senses.  I
 5   can hear things, see things.  It's
 6   quite obvious what was going on.
 7              MS. MENNINGER:  I need a
 8        small break.
 9              (Time noted:  4:17 p.m.)
10              (Recess.)
11              (Time noted:  4:28 p.m.)
12        Q.     On Defendant's Exhibit 3 in
13   the last paragraph, you describe
14   having had sex with Alan Dershowitz,
15   correct?
16        A.     Correct.
17        Q.     You say in the last sentence
18   that you recall "specific key details
19   of his person."
20              What specific key details of
21   his person do you recall?
22        A.     You know, I recall his
23   appearance.  You know, I'd met him,
24   you know, twice beforehand.  So in
25   terms of specific key details, I can
```



Highly Confidential

Page 317

```
 1            HIGHLY CONFIDENTIAL AEO
 2    describe how he looked.
 3        Q.     How did he look?
 4        A.     He was, as I've explained --
 5    described earlier, quite -- quite an
 6    elderly man, wore glasses, quite
 7    pasty, pasty-skinned.  Not well, I
 8    assumed, not at all well.  He wasn't
 9    well, W-E-L-L.  Like, he wasn't a --
10    he wasn't -- he wasn't a healthy
11    person.
12        Q.     And do you recall whether he
13    had a mustache?
14        A.     I can't -- I can't recall if
15    he had a mustache, no.
16        Q.     Which of those that you just
17    described are the key details you are
18    referring to in paragraph 4?
19            MS. MCCAWLEY:  Objection,
20        asked and answered.
21        A.     As I've described.  I
22    mean...
23        Q.     Pasty skin?
24        A.     Pasty skin, wrinkly.  I
25    didn't -- I tried to pay as little
```



Page 318

```
 1            HIGHLY CONFIDENTIAL AEO
 2    attention to him as possible.  During
 3    that session, I was completely
 4    overwhelmed.  I -- it completely took
 5    me by surprise, that incident, and I
 6    was exceptionally upset by what was
 7    going on because I felt that I had
 8    been coerced beforehand, that it had
 9    been prior arranged to me arriving
10    there.
11        Q.    Can you describe any other
12    specific key detail of his person that
13    you haven't already mentioned?
14        A.    I can't remember specific
15    ones.  It was -- I just tried to just
16    get it done as soon as possible to get
17    out of there.  I couldn't wait to get
18    out of there quick enough, to be
19    honest.
20        Q.    Did you tell your attorneys,
21    I recall specific key details of this
22    person?
23        A.    I think I've just described
24    that key details of this person.
25        Q.    Did you say those words to
```



Page 319

```
 1            HIGHLY CONFIDENTIAL AEO
 2   your attorneys when you drafted this?
 3             MR. GUIRGUIS:  Objection,
 4      asked and answered.
 5             MS. MCCAWLEY:  Objection.
 6      A.    I do recall specific
 7   details, which I've given.
 8      Q.    And they're the ones you've
 9   already given?
10      A.    I don't -- as I specified,
11   this was a coerced event that took
12   place.  I was extremely upset.  I did
13   not want to have sexual intercourse
14   with Alan.
15             I did not -- I don't -- I
16   don't remember specific -- I don't
17   remember specific things.  I remember
18   Nadia -- me paying particular
19   attention to Nadia because I didn't
20   want Alan touching me, so it was -- as
21   I said, it was a traumatic experience.
22             I don't remember the finer
23   details of Alan Dershowitz's private
24   parts or any other thing.  I tried to
25   spend as little time as possible
```



Highly Confidential

Page 320

```
 1          HIGHLY CONFIDENTIAL AEO
 2    touching Alan, as I'm sure you can
 3    imagine.
 4        Q.    How was it coerced?
 5        A.    It was coerced in the sense
 6    that when I arrived there, Alan
 7    Dershowitz was there and Nadia was
 8    there.  It was quite clear to me what
 9    their intention was after me arriving
10    there.
11        Q.    There being where?
12        A.    Jeffrey's New York
13    apartment.
14        Q.    When you arrived at
15    Jeffrey's New York apartment, Alan was
16    already there?
17        A.    Yes.
18        Q.    And Nadia was already there?
19        A.    Yes.
20        Q.    What were the specific key
21    details of the sex acts that you can
22    remember that you have not already
23    described?
24        A.    There was cunnilingus
25    involved, masturbation.
```



Highly Confidential

Page 321

```
 1              HIGHLY CONFIDENTIAL AEO
 2         Q.    Who performed cunnilingus on
 3    who?
 4         A.    We all performed cunnilingus
 5    on each other.
 6         Q.    So did anyone perform
 7    cunnilingus on Mr. Dershowitz?
 8         A.    Is that the same as girls
 9    and boys?  Yeah, same definition.
10         Q.    Did you perform cunnilingus
11    on Nadia?
12         A.    Yes.
13         Q.    Did she perform it on you?
14         A.    Yes.
15         Q.    Did Mr. Dershowitz perform
16    it on you?
17         A.    Yes.
18         Q.    Did he perform it on Nadia?
19         A.    Yes.
20         Q.    And any other specific key
21    details of the sex acts you can
22    describe?
23         A.    There was a lot of touching,
24    fondling, yeah.
25         Q.    When you say Professor
```



Highly Confidential

Page 322

```
 1          HIGHLY CONFIDENTIAL AEO
 2   Dershowitz's name, you say Dershovitz
 3   with a V, phonetically, correct?
 4        A.    I'm slightly dyslexic and
 5   I'm terrible with names.  So it's
 6   known that I've always struggled with
 7   pronunciations, especially because of
 8   my accent as well.
 9        Q.    Do you believe you were
10   introduced to him as Dershovitz with a
11   V?
12        A.    I was introduced to him as
13   Alan.
14        Q.    Did you ever hear anyone say
15   his last name?
16        A.    Yes.
17        Q.    Did you hear those people
18   say it with a V?
19        A.    I can't recall the exact
20   pronunciation of the tongue, but the
21   way my ears hear words -- perhaps you
22   can contact my university.  I don't --
23   I have difficulty with names and I'm
24   slightly dyslexic, so...
25               MS. MENNINGER:  Okay.  Can
```



Highly Confidential

Page 323

```
 1          HIGHLY CONFIDENTIAL AEO
 2     you mark this as Defendant's
 3     Exhibit 5.
 4          (Defendant's Exhibit 5, jury
 5     trial demand, was marked for
 6     identification.)
 7          MS. MCCAWLEY:  Because I
 8     forget earlier, just for the
 9     record, the plaintiff in the case
10     is going to mark the deposition
11     as confidential.
12          MS. MENNINGER:  Yes.  I
13     discussed it with the court
14     reporter, and I think he already
15     has, but if not, he will do it.
16          MS. MCCAWLEY:  Okay.
17     Q.    Can you take a look at
18  Defendant's Exhibit 5.
19     A.    Yes.
20     Q.    Have you seen this document
21  before?
22     A.    Yes.
23     Q.    Did you review it before it
24  was filed?
25     A.    Yes.
```



Highly Confidential

Page 324

```
 1          HIGHLY CONFIDENTIAL AEO
 2      Q.    What do you understand this
 3  document to be?
 4      A.    This is a complaint against
 5  Jeffrey Epstein.
 6      Q.    Anyone else?
 7      A.    Ghislaine Maxwell, Sarah
 8  Kellen, Lesley Groff, Natalya
 9  Malyshev.
10      Q.    And this is a complaint that
11  you authorized be filed on your
12  behalf?
13      A.    That's correct.
14      Q.    And at the end of this
15  complaint, you ask for money to be
16  awarded to you, correct?
17      A.    Can you refer me to the
18  specific page, please?
19      Q.    Well, do you understand that
20  you are asking for money to be awarded
21  to you?
22      A.    Can you tell me which page
23  that's on, please.
24      Q.    I'm just asking your
25  understanding.
```



Highly Confidential

Page 325

```
 1            HIGHLY CONFIDENTIAL AEO
 2       A.    Nothing's been promised to
 3   me about money.
 4       Q.    Were you seeking money when
 5   you authorized this complaint to be
 6   filed on your behalf?
 7       A.    No.  I just wanted a
 8   pedophile behind bars, really, and for
 9   him to stop abusing young girls.
10            Seeing as I'm going to be a
11   parent myself, I can't really live
12   with myself, knowing that there's a
13   pedophile with my kids on the planet.
14   So as a responsible human being, I
15   thought that I would come forward.
16       Q.    So your hope in filing this
17   lawsuit was not to recover any money?
18       A.    No.  I want Jeffery and
19   Ghislaine and all of these people
20   behind bars so I can then visit them
21   in jail.
22       Q.    In paragraph 36 of this,
23   which is on page 11, can I have you
24   review that paragraph.
25       A.    Yep.
```



Page 326

 1        HIGHLY CONFIDENTIAL AEO

 2     Q.    Do you know what that

 3  paragraph refers to?

 4     A.    Yes, I do.

 5     Q.    What is the basis for your

 6  statement that "Defendant Malyshev

 7  reported to Defendants Kellen, Groff

 8  and Maxwell, and was paid for her

 9  recruitment of young females,

10  including the recruitment of

11  plaintiff"?

12     A.    She told me face to face, in

13  person, that she was paid by Jeffrey.

14          And Jeffrey also offered to

15  pay me $5,000 to find him a new

16  18-year-old model PA to help him with

17  his multi-billionaire corporation,

18  because she's that qualified.

19     Q.    So when you say recruitment

20  of young females, you're referring to

21  people who are 18?

22     A.    Yes.

23     Q.    And at the time you were in

24  touch with Ms. Malyshev, you were 22,

25  correct?



Highly Confidential

Page 327

```
 1              HIGHLY CONFIDENTIAL AEO
 2        A.     That's correct.
 3        Q.     Apart from what Ms. Malyshev
 4   told you, do you have any other basis
 5   for knowing that Malyshev reported to
 6   Kellen, Groff and Maxwell and was paid
 7   for her recruitment of young females,
 8   including you?
 9        A.     What she told me.
10        Q.     Apart from what she told
11   you, do you have any other basis for
12   that?
13        A.     Well, I saw it with my own
14   eyes.  I was a witness.
15        Q.     What did you witness?
16        A.     I witnessed the same thing
17   all the other girls did, the same
18   thing I had to do, was go and report
19   to Sarah Kellen, Lesley Groff and
20   Ghislaine.
21              Ghislaine was the main lady.
22   Sarah Kellen and Lesley Groff did all
23   the admin, like booking flights, like
24   what a normal PA does.
25              Do you understand?
```



Highly Confidential

```
 1           HIGHLY CONFIDENTIAL AEO
 2      Q.     Well, did you get paid for
 3  recruitment of young females?
 4      A.     Jeffrey Epstein told me that
 5  he would give me money to find him a
 6  PA for him in South Africa.
 7      Q.     You did not find a PA,
 8  correct?
 9      A.     Absolutely not.
10      Q.     And you did not get paid for
11  recruitment of young females, correct?
12      A.     Absolutely not.
13      Q.     You say in paragraph 37 that
14  you were introduced to Epstein by
15  Malyshev, correct?
16      A.     Correct.
17      Q.     And Epstein confirmed to you
18  that he would use his wealth and
19  influence to have you admitted into
20  FIT, correct?
21      A.     That's correct.
22      Q.     What did Epstein say to you
23  to confirm that?  He said, I will use
24  my wealth and influence to have you
25  admitted, or some other words?
```



Page 329

```
 1          HIGHLY CONFIDENTIAL AEO
 2      A.    I can't remember the exact
 3  conversation, but from the very
 4  beginning Jeffrey and Ghislaine knew
 5  what my intentions were and why I
 6  wanted to stay in New York, which was
 7  to get a degree.
 8      Q.    Did Epstein say something to
 9  you about a similar institute of
10  higher learning offering a curriculum
11  of fashion industry training?
12      A.    No.  I was pretty adamant
13  that I wanted to go to FIT.  It's one
14  of the best fashion schools, so...
15      Q.    In paragraph 38, you say
16  Maxwell told you that you would "need
17  to provide Epstein with body massages
18  in order to reap the benefits of his
19  and her connections."
20          What did Ms. Maxwell say to
21  you in regards to giving body massages
22  in order to reap benefits of her
23  connections?
24      A.    Well, the fact that she told
25  me I had to weigh 52 kilograms in
```



Page 330

```
 1              HIGHLY CONFIDENTIAL AEO
 2    order for them to pay for my
 3    education, that was pretty -- that was
 4    one of the conversations that she had
 5    with me.
 6        Q.    Does that have something to
 7    do with body massages?
 8        A.    Can you repeat -- let me
 9    read the question again.
10              So I would just like to
11    clarify, body massages meant sex,
12    okay?  That's like a key word for sex.
13    So as soon as you stop having sex with
14    Jeffrey and his friends and his girls,
15    you're out, because otherwise there's
16    no reason for you to be associated
17    with Jeffrey, because you're just
18    there to have sex with him, so...
19        Q.    Can I direct your attention
20    to the first sentence in paragraph 38,
21    and can you just explain to me when
22    that conversation took place.
23              MR. GUIRGUIS:  Objection,
24        form.
25        A.    First time I met Ghislaine,
```



Highly Confidential

Page 331

```
 1            HIGHLY CONFIDENTIAL AEO
 2    from the very first beginning.
 3        Q.    What did Ghislaine say to
 4    you?
 5        A.    I can't remember the
 6    specific conversation.  But the fact
 7    that she helped me refine my massage
 8    skills to satisfy Jeffrey, I think
 9    it's pretty self-explanatory.
10        Q.    The one you described
11    earlier?
12        A.    The one I described earlier.
13        Q.    Okay.  In the second
14    sentence, where it says, "Maxwell and
15    Epstein also threatened plaintiff that
16    while they had the ability to advance
17    her education and career, they also
18    had the ability to make sure that she
19    would obtain no formal education or
20    modeling agency contracts if she
21    failed to provide the sexual favors
22    desired by defendant Epstein or abide
23    by the instructions given her by
24    defendants Epstein and Maxwell."
25        A.    Mm-hmm.
```



Highly Confidential

Page 332

```
 1            HIGHLY CONFIDENTIAL AEO
 2       Q.     What did Ms. Maxwell say to
 3   you that gave rise to this particular
 4   statement?
 5       A.      Well, the fact that she used
 6   to personally call me herself to give
 7   Jeffrey sexual massages.  Not body
 8   massages; sexual massages.  It should
 9   be rephrased.
10            I mean, it was pretty
11   obvious.  I mean, the whole weight
12   thing.  I tried to swim off the
13   island.  I tried to escape from an
14   island during the evening to try and
15   escape from her because if I didn't
16   lose weight, they would cut me out of
17   their -- financially off.  I would
18   lose the place that I was staying at.
19   I would lose my education.  You name
20   it.
21            They bullied me with
22   everything, just like they did with
23   the other girls.
24       Q.     In paragraph 38, you say,
25   "Maxwell and Epstein also threatened
```



Highly Confidential

Page 333

```
 1          HIGHLY CONFIDENTIAL AEO
 2    plaintiff."
 3              What was the threat that was
 4    made to you by Maxwell?
 5              MS. MCCAWLEY:  Objection,
 6        asked and answered.
 7        A.    The fact that I would lose
 8    everything that they promised me.
 9    They -- they were really naughty.  You
10    know, they took girls from very
11    underprivileged families.  They gave
12    them accommodation, they gave them
13    food, gave them money for
14    transportation, you know, private
15    planes, etcetera, etcetera.
16              So if I didn't have sex with
17    Jeffrey, I would be homeless and
18    starving in New York, so -- and my
19    dream of getting a full-time education
20    at one of the top fashion institutes
21    in the world would be diminished.
22              And that's what he held over
23    my head, exactly like he did with
24    ███████  and the other girls.  He was
25    paying for all of their educations.
```



Highly Confidential

Page 334

```
 1              HIGHLY CONFIDENTIAL AEO
 2        Q.     How do you know that?
 3        A.     Because they were telling
 4   me.  It was common knowledge amongst
 5   all the girls.  No other girl would be
 6   there willingly just to have sex with
 7   Jeffrey.
 8        Q.     In paragraph 40, you say,
 9   "Maxwell instructed plaintiff how to
10   massage Epstein using the techniques
11   that he preferred."
12        A.     Correct.
13        Q.     Is that the accident you
14   described earlier on the island?
15        A.     There were many times that
16   she gave me massage techniques to help
17   refine my techniques.  Jeffrey Epstein
18   was all about massages and the
19   techniques.  He liked as many girls
20   touching him as possible all the time.
21              So there was more than one
22   occasion that Ghislaine showed me how
23   to massage him.  It could have been on
24   that specific trip or the other one.
25              I'm not quite sure day,
```



Highly Confidential

Page 335

```
 1              HIGHLY CONFIDENTIAL AEO
 2    time, what seat I was sitting in, what
 3    color the seat it is, but she on more
 4    than one occasion showed me how to
 5    massage Jeffrey and how to get out the
 6    extreme knots in his body.  Because
 7    everyone knows about his knots and how
 8    he likes them to pop and, yeah, the
 9    specific techniques that he likes.
10         Q.    The next sentence reads,
11    "During plaintiff's first massage,
12    defendant Epstein converted it into a
13    sexual act..." and it goes on.
14              Your first massage that
15    defendant Epstein converted into a
16    sexual act was prior to you meeting
17    Ms. Maxwell, correct?
18         A.    Yes.
19              MS. MENNINGER:  I'm going to
20         show you Defendant's Exhibit 6,
21         which are some photographs.
22              (Defendant's Exhibit 6,
23         Bates stamped Ransome_000017, was
24         marked for identification.)
25         Q.    Do you recognize the
```



Highly Confidential

Page 336

```
 1          HIGHLY CONFIDENTIAL AEO
 2    photographs contained in Defendant's
 3    Exhibit 6?
 4          A.    Yes, I do.
 5          Q.    What are they?
 6          A.    They are photos of Jeffrey's
 7    island and the trip in December.
 8          Q.    Who took those photos?
 9          A.    Jean Luc took these specific
10    photos.
11          Q.    And when you were asked to
12    provide these to us, where did you
13    locate them?
14          A.    I had a disk that Jean Luc
15    had given me as a present and memento
16    of that holiday.
17          Q.    Where is that disk now?
18          A.    In Spain.
19          Q.    Do you see in the corner
20    there are some little numbers with
21    your last name and then some --
22          A.    Oh, yeah, okay.
23          Q.    I'm only showing you that so
24    we can together go through to some.
25          A.    Okay.
```



Highly Confidential

Page 337

1              HIGHLY CONFIDENTIAL AEO

2        Q.      So if I could ask you to

3    turn to -- well, the first ones

4    show --

5        A.      Sergey, the guy who owns

6    Google, is kitesurfing.

7        Q.      Got it.

8        A.      Yeah, that's Sergey.

9        Q.      How do you know that that's

10   Sergey?

11       A.      Because he came for lunch

12   that day and Sergey -- Sergey, hi, I'm

13   Sergey.

14               Hi, Sergey.

15       Q.      Did you have any sexual

16   relations with Sergey?

17       A.      No.

18       Q.      If you could turn to the one

19   that says RANSOME 22 in the corner.

20   It's about five or six pages back.

21       A.      Yes.

22       Q.      Who is that in the

23   photograph?

24       A.      Jean Luc.

25       Q.      And who is the other person?



Highly Confidential

Page 338

1           HIGHLY CONFIDENTIAL AEO

2      A.    That's me.

3      Q.    And when was this photograph

4  taken?

5      A.    This was taken during the

6  December trip.

7      Q.    Was there only one trip in

8  December?

9      A.    From what I recall, yeah.

10     Q.    Was that the first trip that

11 you had taken?

12     A.    No.

13     Q.    When was the first trip you

14 had taken?

15     A.    I answered that previously,

16 which was not so long after I met

17 Jeffrey Epstein for the first time.

18 So I had been there various times

19 before these were taken.

20     Q.    Do you know how many?

21     A.    Like I said earlier,

22 several.  I mean, I...

23     Q.    And can you turn to RANSOME

24 24?

25     A.    Mm-hmm.



Highly Confidential

Page 339

```
 1           HIGHLY CONFIDENTIAL AEO
 2      Q.     Who is that?
 3      A.     That's the wonderful Sarah
 4  Kellen.
 5      Q.     Did you take these
 6  photographs?
 7      A.     Jean Luc took these ones.
 8      Q.     All of them?
 9      A.     There were -- I had other
10  photos as well.
11      Q.     That came later, a separate
12  batch?
13      A.     Yeah, those are the hard
14  copies.
15           MS. MENNINGER:  I will mark
16      it now, the second batch,
17      Defendant's Exhibit 7.
18           (Defendant's Exhibit 7,
19      Bates stamped Ransome_000204, was
20      marked for identification.)
21           MS. MENNINGER:  I apologize,
22      Counsel.  We just got these last
23      night, so I only have one copy
24      for the witness.
25           MR. GUIRGUIS:  That's fine.
```



Highly Confidential

Page 340

```
 1              HIGHLY CONFIDENTIAL AEO
 2       Q.     So is Defendant's Exhibit 7
 3   the second batch that you were
 4   referring to?
 5       A.     Yes.
 6       Q.     Okay.  So I'm just trying to
 7   help be clear.
 8              Defendant's Exhibit 6, you
 9   believe were all given to you by Jean
10   Luc on a disk?
11       A.     Well, there's a lot of
12   photos here.  So I took some, I had
13   some hard copies, and they're all
14   actually all together, so...
15       Q.     Okay, that's fine.
16       A.     Yeah.  I don't want to be
17   unclear on which exhibit is which.
18   There's hundreds here.
19       Q.     So the photographs of Sarah
20   Kellen, you're saying were taken by
21   Jean Luc, that we were looking at in
22   RANSOME 24?
23       A.     Well, I can recheck the disk
24   and then I can actually tell you
25   exactly which ones he took, but I
```



Page 341

```
 1          HIGHLY CONFIDENTIAL AEO
 2    can't recall every single photo on
 3    Jean Luc's disk.  But there were
 4    multiple photos that were produced
 5    from myself as well.
 6         Q.    Okay.  I will just ask you
 7    about a few.
 8         A.    Okay.
 9         Q.    RANSOME 24 is one that you
10    said was -- of Sarah Kellen, was one
11    you said you thought Jean Luc had
12    taken?
13         A.    Yes.
14         Q.    If you could turn to RANSOME
15    40.  And these are in order, so
16    hopefully that will be easy.
17         A.    Okay.  Mm-hmm.
18         Q.    Who is represented in this
19    photograph?
20         A.    That's  ██████
21         Q.    And where is  █████  in this
22    photograph, if you know?
23         A.    This is by the beach.
24    There's like -- there's like a small
25    beach, like there's a beach house on
```



Highly Confidential

Page 342

```
 1          HIGHLY CONFIDENTIAL AEO
 2    the beachfront.
 3         Q.    Do you know who took this
 4    photograph?
 5         A.    I can't remember.
 6         Q.    Okay.  Turning a couple more
 7    pages to RANSOME 42, who is that?
 8         A.    That's me.
 9         Q.    Are you smoking?
10         A.    I am.  And that was after
11    the argument that I had with Jeffrey
12    about me being on lithium and me not
13    being able to smoke.  And that was the
14    reason I was really upset, that I
15    couldn't smoke and that I was being
16    put on a stupid diet.
17              So Jeffrey -- yeah, Jeffrey
18    said it was okay for me to smoke.  I
19    wasn't allowed to smoke in front of
20    him.  That was the rule.
21         Q.    Do you know who took this
22    photograph?
23         A.    I don't remember who took
24    that photograph.
25         Q.    Is it on the same trip in
```



Highly Confidential

Page 343

```
 1          HIGHLY CONFIDENTIAL AEO
 2   December?
 3      A.    Yes.
 4      Q.    Turning the next page, is
 5   that also you and Jean Luc?
 6      A.    That's correct.
 7      Q.    Do you know who took this
 8   photograph?
 9      A.    I can't remember.
10      Q.    Was it also in the same time
11   frame when you were upset?
12      A.    It was that same December
13   trip, yes.
14          MS. MENNINGER:  We can go
15      off the record for just a minute.
16      I think we're swapping out
17      counsel.
18          (Ms. McCawley left the
19      hearing and Ms. Syed entered.)
20          (Time noted:  4:56 p.m.)
21          (Recess.)
22          (Time noted:  4:56 p.m.)
23      Q.    Looking at RANSOME 44,
24   you're saying it's in the same time
25   period?
```



Highly Confidential

Page 344

```
 1          HIGHLY CONFIDENTIAL AEO
 2      A.      Yeah.
 3      Q.      And also true of 45?
 4      A.      Yes.
 5      Q.      And 47?
 6      A.      Yes.  It was the same
 7  holiday, the same trip.
 8      Q.      And do you know who took
 9  these photographs?
10      A.      I don't remember.
11      Q.      Is that also true for 48,
12  49, 50, 51, 52?
13      A.      I don't remember who took
14  those photos.
15      Q.      Okay.  Can you tell from 52
16  where you were situated on the island?
17      A.      It was on the beach.
18      Q.      53, can you tell me who that
19  is?
20      A.      That's ███████
21      Q.      54 and 55, also ████████
22      A.      That's correct.
23      Q.      69, who is that?
24      A.      That's Jeffrey Epstein.
25      Q.      Do you know who took this
```



Highly Confidential

Page 345

```
 1          HIGHLY CONFIDENTIAL AEO
 2   photograph?
 3        A.    I can't remember who took
 4   this photograph.
 5        Q.    71, is that you?
 6        A.    That's correct.
 7        Q.    Were you posing for the
 8   photograph?
 9        A.    Most people pose for
10   photographs, every photograph.  So I
11   presume I was posing.
12        Q.    Do you know what Jean Luc's
13   line of work is?
14        A.    I think he's with modeling
15   or something, like a modeling agent.
16        Q.    Do you know where he's
17   based?
18        A.    I have no idea where he's
19   based.
20        Q.    Did you meet him more than
21   once?
22        A.    I can't remember if I met
23   him more than once.
24        Q.    Did you have sexual contact
25   with him?
```



Page 346

```
 1            HIGHLY CONFIDENTIAL AEO
 2      A.    No.
 3      Q.    Did you give him a massage?
 4      A.    No.
 5      Q.    Sorry.  Going back a little
 6   bit further to RANSOME 121.
 7      A.    Mm-hmm.
 8      Q.    Who is in that photograph?
 9      A.    That's Nadia and ██████
10      Q.    Okay.  So Nadia's on the
11   left?
12      A.    That's correct.
13      Q.    And ████████ on the right?
14      A.    That's correct.
15      Q.    Do you know what they're
16   doing?
17      A.    I would love to know what
18   they're doing myself, personally.
19      Q.    Did you take this
20   photograph?
21      A.    I can't remember.
22      Q.    Turning to 123, do you know
23   what is happening in that photograph?
24      A.    I think we were just playing
25   around.  I don't think it was serious,
```


MAGNA ▶
LEGAL SERVICES

Highly Confidential

Page 347

```
 1          HIGHLY CONFIDENTIAL AEO
 2   you know.
 3       Q.     Okay.
 4       A.     Just to make that clear.
 5       Q.     Can I have you look at 126.
 6       A.     Yeah.
 7       Q.     Who is in that photograph?
 8       A.     That's ████████ and ████████
 9       Q.     And ████████ is in the
10   background?
11       A.     That's correct.
12       Q.     On 127 --
13       A.     Mm-hmm.
14       Q.     -- who is in that
15   photograph?
16       A.     To the right -- sorry, to
17   the left it's myself, ████████, Nadia
18   and then ████████.
19       Q.     Is this on the same December
20   trip?
21       A.     That's correct.
22       Q.     When did Jean Luc give you
23   the disk?
24       A.     I can't remember when he
25   gave me the disk.
```



MAGNA
LEGAL SERVICES

Highly Confidential

Page 348

1          HIGHLY CONFIDENTIAL AEO

2      Q.     Do you know if these

3  photographs are ones that he took?

4      A.     They were photos that were

5  taken during our holiday together, and

6  they were given to me as a memento, as

7  a present from John Luc.

8      Q.     In person?

9      A.     I can't remember.

10      Q.     Do you recall the tortoise?

11      A.     I can't remember the

12  tortoise.

13      Q.     Apart from ███████ , ████████

14  Nadia and yourself and Jean Luc, do

15  you remember anyone else being on this

16  particular trip?

17      A.     There were -- there were

18  quite a few people that visited the

19  island.  I don't remember their names.

20      Q.     Can I have you look at 138.

21      A.     Mm-hmm, yeah.

22      Q.     Do you know who took that

23  photograph?

24      A.     I don't know who took that

25  photograph.



Highly Confidential

Page 349

```
 1          HIGHLY CONFIDENTIAL AEO
 2     Q.    Do you know when it was
 3  taken?
 4     A.    It was taken that December
 5  trip that I took with Ghislaine and
 6  Jeffrey.
 7     Q.    How do you know that?
 8     A.    Because I remember what she
 9  was wearing.  And I was there.  I was
10  there in person.  Like, I was there.
11     Q.    So you saw her on the island
12  wearing those clothes?
13     A.    I saw her on the island
14  wearing those clothes.
15     Q.    Did you see her sitting in
16  this position while on the island?
17     A.    I saw her with my own eyes
18  sitting in this position.  I was
19  probably sitting next to her.
20     Q.    But you don't know if you
21  took the photograph or someone else?
22     A.    You know what?  Photos are
23  photos.  I don't remember if I took
24  the photo or if someone else took the
25  photo.
```



Highly Confidential

Page 350

```
 1          HIGHLY CONFIDENTIAL AEO
 2              All I remember is I was with
 3    Ghislaine on this trip.  I was
 4    probably sitting next to her in this
 5    photo.  I don't know who -- which
 6    specific girl took the photo.
 7        Q.    Do you know if it was a girl
 8    who took the photo?
 9        A.    I have no idea who took the
10    photo.  I just remember sitting there
11    and remember being next to Ghislaine
12    while she was wearing that outfit.  I
13    was there during that time frame.
14        Q.    RANSOME 139, who is that, if
15    you know?
16        A.    That is Sarah Kellen after
17    she had a shower, and she's in
18    Victoria's Secret pajamas that were
19    supplied to us.
20        Q.    They were supplied to you?
21        A.    Yes.  All of the outfits --
22    there were clothes that were provided
23    on the island by Jeffrey Epstein,
24    which were all Victoria's Secret
25    clothing:  bikinis, nightwear.
```



Highly Confidential

Page 351

```
 1              HIGHLY CONFIDENTIAL AEO
 2       Q.      You're talking about the
 3    flannel pajamas?
 4       A.      Yes.
 5       Q.      Page 140, do you know who
 6    took this photograph?
 7       A.      I don't remember taking this
 8    photo, but I remember that very well
 9    because we are doing mosaic on that
10    table.  We were busy doing a fish.  So
11    that's what all these are apparatus
12    are.  We were doing mosaics.
13              So I don't remember if I
14    took that photo, but I remember I was
15    there, because we were all doing
16    mosaics.
17       Q.      142?
18       A.      Mm-hmm.
19       Q.      Do you remember who took
20    that photograph?
21       A.      I can't remember -- oh, the
22    BlackBerry.  I can't remember who took
23    all the photos when I was there.  You
24    can see the mosaics that we were doing
25    together.
```



Highly Confidential

Page 352

```
 1          HIGHLY CONFIDENTIAL AEO
 2      Q.    Do you still have that
 3  mosaic?
 4      A.    No.  It was on the big table
 5  that she's sitting at, the large
 6  table.  So we actually stuck the
 7  mosaic on the table.
 8      Q.    143, do you know who took
 9  that?
10      A.    No.  We were all there
11  together.
12      Q.    Going through the rest, do
13  you see any that you know who took the
14  photo?
15      A.    No.
16          MR. GUIRGUIS:  Take your
17      time and look at each onem.
18      Don't just -- take your time.
19          Can we take a break for just
20      a minute.
21          (Time noted:  5:06 p.m.)
22          (Recess.)
23          (Time noted:  5:15 p.m.)
24      Q.    Did you have a chance to
25  look through the rest of the
```



Page 353

```
 1           HIGHLY CONFIDENTIAL AEO
 2   photographs in Defendant's Exhibit 6?
 3        A.    No, because I took a break,
 4   so I will continue now.
 5        Q.    Sure.
 6        A.    I can't remember who took
 7   these photos.  It was during all the
 8   same trip.
 9        Q.    It was what?
10        A.    It was during that same
11   trip.
12        Q.    Can I have you take a look
13   at RANSOME 154.  It's one of the last
14   few of that exhibit.
15        A.    Yes.
16        Q.    Do you know where that
17   photograph was taken?
18        A.    I can't remember.
19        Q.    Do you know if you were
20   there?
21        A.    I can't remember.
22        Q.    Does it appear to be inside
23   of a shop?
24        A.    It appears that way.
25        Q.    Do you recall going to any
```



Highly Confidential

Page 354

```
 1            HIGHLY CONFIDENTIAL AEO
 2    shops on that trip?
 3         A.    I went everywhere with
 4    Jeffrey, so...
 5         Q.    Did that include shops?
 6         A.    Yes.
 7         Q.    Do you recall this shop?
 8         A.    There were many shops that I
 9    visited.  I can't recall this specific
10    shop.
11         Q.    Do you know who the
12    gentleman is?
13         A.    I can't remember his name.
14         Q.    And by gentleman, I mean the
15    person on the left.
16         A.    Thank you for clarifying
17    that.
18              No, I don't recall.  I don't
19    know who this Jeffrey -- Jeffrey's on
20    the right.  I don't know the name, I
21    can't remember the name of this guy.
22         Q.    Wearing a belt?
23         A.    Trying on a belt, yeah.
24         Q.    Okay.  Turning to
25    Defendant's Exhibit 7.
```



Page 355

```
 1          HIGHLY CONFIDENTIAL AEO
 2      A.     Yes.
 3      Q.     Do you recognize these
 4  photographs?
 5      A.     I remember this photograph,
 6  the first one, very well.
 7      Q.     What is it?
 8      A.     It's a box -- it's a box of
 9  condoms that were placed around the
10  island for the guests to use at their
11  leisure.
12      Q.     Where on the island was this
13  one?
14      A.     I can't remember.
15      Q.     Did you take the photograph?
16      A.     I can't remember.
17      Q.     Do you have this photograph
18  at your house now?
19      A.     I'll have to recheck.  I
20  can't remember where this photo came
21  from, if it was either on the disk or
22  by myself.  But it was -- I recognize
23  the box.  There were boxes like this
24  put everywhere.
25      Q.     Did you have any photographs
```



Highly Confidential

Page 356

 1        HIGHLY CONFIDENTIAL AEO
 2    contained on your computer?
 3        A.    No.
 4        Q.    Where were photographs that
 5    you gathered together to produce?
 6        A.    You've got them all there.
 7    I just need to -- all the photos that
 8    I have, you guys have.  So I don't
 9    know.
10        Q.    Where were they?  Where did
11    you find them?
12        A.    My photos?
13        Q.    Yes.
14        A.    In my storage.
15        Q.    Where is that?
16        A.    It was in England.  It was
17    in my private box where I keep all my
18    photos from, you know, when I was a
19    baby to now, so...
20        Q.    Is that with your mother?
21        A.    No, that wasn't with my
22    mother.
23        Q.    Where is the storage in
24    London?
25        A.    The storage was in Ramsgate.



Highly Confidential

Page 357

```
 1              HIGHLY CONFIDENTIAL AEO
 2      Q.      And where did it go?
 3      A.      It's now in my current
 4   residency in Spain.
 5      Q.      When you gathered the photos
 6   together and gave them to your lawyer
 7   to give to us, did you gather them in
 8   Spain or in London?
 9      A.      My stuff was in London and I
10   moved to Barcelona.  I was currently
11   staying in Barcelona with Peter, and
12   we were just going to commute between
13   St. Albans and Barcelona.
14              When I came forward, I knew
15   that I had photos that I had taken and
16   I knew that I had materials.
17              At that same time is --
18   during that same time, I contacted
19   Maureen Callahan.  When I contacted
20   Maureen Callahan, there were people
21   that were following me in Barcelona,
22   and I got scared.
23              I then contacted my estate
24   agent.  I got my entire flat packed up
25   in St. Albans and moved to Spain.  I
```



Highly Confidential

Page 358

```
 1          HIGHLY CONFIDENTIAL AEO
 2   was too frightened to actually fly
 3   back myself and pack, so I stayed in
 4   Barcelona and a company packed my
 5   things for me and brought them to me.
 6       Q.    Okay.  So they were in St.
 7   Albans.  You had them all packed up
 8   and sent to you in Barcelona, where
 9   you relocated?
10       A.    That's correct.
11       Q.    When you were interacting
12   with Ms. Callahan, did you send her
13   any photographs?
14       A.    Sorry, sorry.  Who is
15   Ms. Callahan?  Sorry.  I'm just really
16   tired.  I'm really bad with names.
17   Callahan first name, please.
18       Q.    Do you know who Ms. Callahan
19   is?
20       A.    It's really late, I've had a
21   really long day, and I've said
22   numerous times throughout the day that
23   I am slightly dyslexic and I have
24   difficulty with names.
25              Can you just tell me
```



```
 1           HIGHLY CONFIDENTIAL AEO
 2    Ms. Callahan's first name so I can
 3    answer the question, please.
 4         Q.    Is Ms. Callahan the name of
 5    the individual that you said worked
 6    for the New York Post?
 7         A.    Oh, sorry.  Maureen
 8    Callahan, yes.
 9         Q.    Did you send Ms. Callahan
10    any photographs?
11         A.    Not of this, no.  Not of
12    this.
13         Q.    Did you send her photographs
14    of something else?
15         A.    I did.  I sent her a photo
16    of my ex-boyfriend and myself.
17         Q.    Who was your ex-boyfriend?
18         A.    ███████ ████████
19         Q.    Who is that?
20         A.    ██████ █████ ███████ ███ ███
21    ████ ████ ████████ ██████ █████.
22    ███ ███ ██ ██ ██ ██ █████████ ███
23    █████ █████ █████
24         Q.    And when was he your
25    boyfriend?
```



Page 360

```
 1              HIGHLY CONFIDENTIAL AEO
 2       A.      In Edinburgh, before I moved
 3   to New York.
 4       Q.      Why did you send
 5   Ms. Callahan a photograph of yourself
 6   and your boyfriend?
 7       A.      Because I wanted to show her
 8   I was telling the truth about
 9   everything.  I didn't want to send a
10   journalist anything regarding Jeffrey
11   Epstein because I -- I -- well, I sent
12   her a picture of ██████ ██████ and I
13   to show that I was telling my story,
14   that my story was straight from the
15   beginning, that I know the people I
16   mentioned, etcetera.  So...
17       Q.      So ██████ figured into the
18   story that you had relayed to
19   Ms. Callahan?
20       A.      Yes, because ██████ and I
21   had a breakup, and that was one of the
22   reasons I moved to New York.
23       Q.      Have you had contact with
24   ██████ since then?
25       A.      Throughout the years on and
```



Page 361

```
 1            HIGHLY CONFIDENTIAL AEO
 2    off, but, no, I don't have any contact
 3    with him now.
 4        Q.    Apart from the photograph
 5    with yourself and ███████ did you send
 6    Ms. Callahan any other documents or
 7    photographs?
 8        A.    I can't remember.
 9        Q.    Did you have contact with
10    any other media person?
11        A.    I can't remember.
12        Q.    Did you meet with anyone
13    from the Daily Mail?
14        A.    No.
15        Q.    From the Mirror?
16        A.    No.
17        Q.    Did you speak to anyone from
18    the Daily Mail?
19        A.    No.
20        Q.    Anyone from the Mirror?
21        A.    No.
22        Q.    The Independent?
23        A.    No.
24        Q.    The Guardian?
25        A.    No.
```



Highly Confidential

Page 362

```
 1            HIGHLY CONFIDENTIAL AEO
 2       Q.     When you got these boxes of
 3  items from St. Albans and you looked
 4  at them while you were in Barcelona;
 5  is that right?
 6       A.     I --
 7            MR. GUIRGUIS:  Objection.
 8       A.     I looked at them -- I
 9  vaguely went through the photos in St.
10  Albans.  I knew what was there.  Yeah,
11  I -- they were there, so I saw them.
12  I went through my photos, like all my
13  memorabilia that had been in storage.
14  But that's about it.
15       Q.     And you selected photographs
16  to send to your lawyers to give to us,
17  correct?
18       A.     I was asked to -- well I
19  just provided every -- all the
20  evidence that I had.
21       Q.     When did do you that?
22            MR. GUIRGUIS:  I'm going to
23       object.  If you're talking about
24       a communication between client
25       and counsel -- is that what
```



Highly Confidential

Page 363

```
 1          HIGHLY CONFIDENTIAL AEO
 2      you're asking for?
 3              MS. MENNINGER:  No.  I'm
 4      asking when did you provide all
 5      of your evidence, which is what
 6      she said that she had.
 7              MR. GUIRGUIS:  The photos --
 8      you mean when she provided them
 9      to her counsel?
10              MS. MENNINGER:  Yes.
11      Q.    When did you provide them to
12  your counsel?
13              MR. GUIRGUIS:  Objection.
14      Do not answer.
15      Q.    Did you receive a subpoena
16  in this case?
17      A.    I don't know what a subpoena
18  is.
19              MS. MENNINGER:  Let's mark
20      Defendant's Exhibit 8.
21              (Defendant's Exhibit 8,
22      Notice of Service of Rule 45
23      Subpoena and Notice of Deposition
24      of Sarah Ransome, was marked for
25      identification.)
```



Highly Confidential

Page 364

```
 1            HIGHLY CONFIDENTIAL AEO
 2      Q.    Have you seen this document
 3  before?
 4      A.    Let me just have a look,
 5  okay.  I don't remember.
 6      Q.    Have you ever seen this
 7  document before?
 8            MR. GUIRGUIS:  Objection,
 9      asked and answered.
10            MS. MENNINGER:  I'm sorry.
11      I didn't hear an answer.
12      A.    I've seen various papers.  I
13  remember specifically seeing the
14  depositions.  There's been millions of
15  documents.  I can't remember which
16  specific documents I've seen.
17      Q.    Okay.  If I could have you
18  turn to the last three pages, where it
19  says "Documents to be Produced."
20      A.    Mm-hmm.
21      Q.    Have you seen that list
22  before?
23      A.    Yes, I have.
24      Q.    Did you conduct a search of
25  your records to produce documents?
```



Highly Confidential

Page 365

1          HIGHLY CONFIDENTIAL AEO

2      A.     Yes, I believe that I

3  produced every single document I can.

4      Q.     After looking at this list,

5  did you go back and look through your

6  photographs in Barcelona?

7      A.     As I said, I looked at

8  everything I had during that time

9  frame and I produced everything I can

10  during that time frame that I was with

11  Jeffrey.

12      Q.     Just tell me what you did in

13  order to make sure you had produced

14  everything that was called for in this

15  list.

16      A.     Okay.  So I went through a

17  box of about over 5,000 photos that I

18  had, and I went through every single

19  photo, every single disk, everything

20  that I had.

21              I went through all my

22  emails.

23              I tried to look for the

24  BlackBerry sim card, which I had hoped

25  that I had kept, which had all



Page 366

```
 1            HIGHLY CONFIDENTIAL AEO
 2    Ghislaine's messages on and Jeffrey's
 3    and Lesley's, and stupidly I misplaced
 4    that, which is really annoying.
 5             But I myself, you know,
 6    considering my objective is to get
 7    these people and get justice for the
 8    abuse that Ghislaine caused me -- and
 9    Jeffrey -- I have given as sufficient
10    evidence that I have.
11        Q.    Did you look for all
12    photographs taken by you or containing
13    any image of you at or near any home,
14    business, private vehicle or any other
15    property owned or controlled by
16    Jeffrey Epstein, as indicated in
17    paragraph 7?
18        A.    Yes.
19        Q.    Likewise in paragraph 8, did
20    you look for any photographs that
21    depict any home, business, private
22    vehicle or any other property owned or
23    controlled by Jeffrey Epstein?
24        A.    Yes.
25        Q.    And you did that after
```



Highly Confidential

Page 367

1           HIGHLY CONFIDENTIAL AEO
2    reviewing this list of documents?
3        A.    Yeah, I mean, I received the
4    list and I've complied with
5    everything.  I have given absolutely
6    everything that I can to you guys.
7        Q.    Have you given all of your
8    passports, travel visas or permissions
9    to live, work or study in other
10   country?
11       A.    I haven't given my current
12   passports, but I've given everything
13   that I have; documents, passports that
14   I had during, commercial plane
15   tickets.
16       Q.    Do you have any visas?
17       A.    I have a visa coming here,
18   but that's the only visa that I have.
19       Q.    Do you have any visa
20   applications?
21       A.    No.
22       Q.    Do you have any other plane
23   tickets or boarding passes for the
24   period 2006 to 2007?
25       A.    No.



Highly Confidential

Page 368

```
 1              HIGHLY CONFIDENTIAL AEO
 2         Q.    Turning back to Defendant's
 3    Exhibit 7, these photographs, do you
 4    know what the second photograph
 5    represents?
 6         A.    Yes, that's me playing with
 7    Ghislaine's dog, a Yorkshire Terrier.
 8         Q.    Where are you in this
 9    picture?
10         A.    I was in the girls' bedroom
11    where we all slept, and I was on my
12    bed playing with Ghislaine's dog.
13         Q.    When was this photograph
14    taken?
15         A.    I can't remember.
16         Q.    Was it the same trip as
17    Defendant's Exhibit 6?
18         A.    I can't remember.
19         Q.    Okay.  Do you know who took
20    the photograph in 205?
21         A.    I can't remember.
22         Q.    206?
23              MR. GUIRGUIS:  Objection to
24         form.
25         A.    I can't remember.
```



Highly Confidential

Page 369

```
 1           HIGHLY CONFIDENTIAL AEO
 2      Q.    207?
 3            MR. GUIRGUIS:   Objection to
 4      form.
 5      A.    Can't remember.
 6      Q.    Who is depicted in 208?
 7      A.    ██████████
 8      Q.    And?
 9      A.    Oh, and me.  That's me.
10      Q.    And 209?
11      A.    Sorry.  That's me, ████████
12 Jean Luc, and one of Jeffrey's staff
13 members in the background.
14      Q.    Turning to 213, is that you?
15      A.    Yes, that's me.
16      Q.    And where are you located?
17      A.    I'm trying to remember
18 specifically where that is on the
19 island.  I think it's near the main
20 house, there was a -- yeah, there was
21 a fountain near the main house.
22      Q.    Do you know whether you took
23 this?
24      A.    I don't remember.
25      Q.    Do you know whether you had
```



Page 370

```
 1            HIGHLY CONFIDENTIAL AEO
 2   this photograph on the disk?
 3        A.    I think these were one of my
 4   photos.
 5        Q.    Was it in hard copy, like an
 6   actual print?
 7        A.    I can't remember.  I have to
 8   double check if there are more copies.
 9   But I think -- yeah, I'm pretty sure
10   this is a hard copy.
11        Q.    Does it have a back, like
12   when it was developed or printed?
13        A.    I can check.
14        Q.    Is it back in Barcelona?
15        A.    No.
16        Q.    Where are these photographs?
17        A.    I have given all the
18   photographs to my lawyers.
19        Q.    Okay.  How did you do that?
20   By handing them over in person?
21   Sending them by mail?
22        A.    Handing them over in person.
23        Q.    Was this some type of photo
24   shoot represented in RANSOME 214, 215,
25   216?
```



Page 371

```
 1              HIGHLY CONFIDENTIAL AEO
 2        A.      Sorry.  214, this is not a
 3   photo shoot.  We were just messing
 4   around on the island.
 5        Q.      Do you know who you were
 6   messing around with?
 7        A.      We were all having fun
 8   together.
 9        Q.      Were there photographs of
10   other people taken around the same
11   time that you have?
12        A.      I have given all the photos
13   that I have.
14        Q.      In other words, if you were
15   messing around with ████ at this
16   time and there's a photo of ████
17   that you have, did you provide that?
18        A.      I provided every single
19   photograph that I have.
20        Q.      And 218, was that a photo
21   shoot?
22        A.      That was me when I was
23   naked, actually, and I had a towel
24   around me.  So I think I just had a
25   massage by Jeffrey, because I was
```



Highly Confidential

Page 372

```
 1          HIGHLY CONFIDENTIAL AEO
 2   naked underneath the towel.
 3      Q.    Also 219 and 220?
 4      A.    Yep.
 5      Q.    Those were just after a
 6   massage?
 7      A.    Yeah.  You can tell I look
 8   really, really happy to be out of
 9   there, so...
10      Q.    Do you know which trip that
11   was on?
12      A.    I can't remember which trip.
13      Q.    And page RANSOME 221, who is
14   in that photograph?
15      A.    Myself, ██████ and Jean Luc,
16   and a staff member in the background.
17      Q.    Do you know what's happening
18   in 223?
19      A.    Oh, no.  Yes.  So Jeffrey
20   provided cosmetics for all the girls.
21   We had to look our best.  So that was
22   a Crème de la Mer facial mask that he
23   regularly gave to the girls so their
24   skin was nice.  We had top-line
25   cosmetics in our bathroom to use at
```



Highly Confidential

Page 373

```
 1          HIGHLY CONFIDENTIAL AEO
 2    our disposal.
 3         Q.    So in 223 and 224 you're
 4    doing a facial mask?
 5         A.    I'm attempting to do a
 6    facial.  It's not going that well.
 7         Q.    And going to 229, do you
 8    know where that was taken?
 9         A.    That was on Jeffrey's
10    speedboat to -- going to the island.
11         Q.    Do you know when?
12         A.    I don't recall which date
13    that was.
14         Q.    Did you have any contact
15    with the mail on Sunday?
16              MR. GUIRGUIS:  Objection.
17         Huh?
18         Q.    Did you ever have any
19    contact with the mail on Sunday?
20         A.    No.
21              MR. GUIRGUIS:  You mean the
22         mail as in postage?  I'm sorry.
23              MR. PAGLIUCA:  The
24         newspaper.
25         A.    No, no, I haven't had
```



Highly Confidential

Page 374

```
 1          HIGHLY CONFIDENTIAL AEO
 2    correspondence with them, no.
 3        Q.    Apart from Ms. Callahan,
 4    have you had contact with any member
 5    of the press?
 6        A.    Oh, I contacted Bianca
 7    Jagger because she runs a foundation
 8    that helps abused girls.
 9        Q.    Okay.  Did you have any
10    contact with any other member of the
11    press?
12        A.    No.
13        Q.    When was the last time that
14    you saw Ghislaine Maxwell?
15        A.    In New York, before I left
16    in 2007.
17        Q.    How long before you left?
18        A.    I can't remember.
19        Q.    What time of year was it?
20        A.    When I left?
21        Q.    Yes.
22        A.    It was the end of April.
23        Q.    How do you know that?
24        A.    Because I am -- on some of
25    the emails, I wanted to go home.
```



Page 375

```
 1            HIGHLY CONFIDENTIAL AEO
 2    Actually, back to my mom.
 3        Q.    When's the last time you
 4    spoke to Ghislaine Maxwell?
 5        A.    Before I left New York.
 6        Q.    Okay.  Do you know how long
 7    before you left?
 8        A.    I can't remember.
 9        Q.    Tell me what you recall
10    about the last time you saw Ghislaine
11    Maxwell.
12        A.    I can't remember.
13        Q.    Where it was?
14        A.    I can't remember my last
15    interaction with Ghislaine.
16        Q.    Or the last time you spoke
17    with her?
18            MR. GUIRGUIS:  Objection,
19        asked and answered.
20        A.    I can't remember the last
21    time I spoke to her.  Yeah, I don't
22    remember the specifics.
23        Q.    Were you living with Adam at
24    the time you last spoke to Ghislaine?
25        A.    Yes.
```



Highly Confidential

Page 376

```
 1           HIGHLY CONFIDENTIAL AEO
 2      Q.     What did she say to you when
 3   you last spoke to her --
 4           MR. GUIRGUIS:  Objection,
 5      asked and answered.
 6      Q.     -- when you were living with
 7   Adam?
 8           MR. GUIRGUIS:  Objection,
 9      asked and answered.
10      A.     I can't remember.
11      Q.     Did you speak to her about
12   FIT?
13           MR. GUIRGUIS:  Objection,
14      asked and answered.
15      A.     I had spoken to her numerous
16   times about FIT.
17           MS. MENNINGER:  Counsel,
18      when did I already ask her, did
19      you speak to her about FIT.
20           MR. GUIRGUIS:  You've asked
21      her --
22           THE WITNESS:  Several times.
23           MS. MENNINGER:  I'm not
24      talking to you.
25           MR. GUIRGUIS:  Okay.
```



Page 377

```
 1          HIGHLY CONFIDENTIAL AEO
 2              THE WITNESS:  That was rude.
 3              MR. GUIRGUIS:  It was, and
 4      I'm not going to answer her
 5      question now.
 6              You can proceed, Counsel.
 7              MS. MENNINGER:  When did I
 8      last ask her about --
 9              MR. GUIRGUIS:  I'm not going
10      to answer your question.  I'm not
11      being deposed.  I'm not arguing
12      objections with you.  You have
13      asked her about it before; that's
14      why I made my objection.
15              You can proceed with your
16      questioning whenever you like,
17      Counsel.
18              MS. MENNINGER:  Thank you.
19              MR. GUIRGUIS:  Feel free to
20      search the transcript later.
21              MS. MENNINGER:  I would like
22      to mark as Defendant's Exhibit 8.
23              (Defendant's Exhibit 8,
24      Bates stamped RANSOME_000004, was
25      marked for identification.)
```



Highly Confidential

Page 378

```
 1          HIGHLY CONFIDENTIAL AEO
 2     Q.    Do you recognize Defendant's
 3   Exhibit 8?
 4     A.    Yes, I do.
 5     Q.    What is it?
 6     A.    They're emails.
 7     Q.    Did you find these emails
 8   and produce them?
 9     A.    That's correct.
10     Q.    Where did you find them?
11     A.    On my old email account that
12   I had during that time.
13     Q.    What was your old email
14   account?
15     A.    ███████████████████
16     Q.    When did you stop using that
17   email account?
18     A.    A guess a year or a few
19   months after.  I can't recall when I
20   stopped using it.
21     Q.    Do you see on the first page
22   where it says RANSOME 004, there are
23   two emails in the chain which are
24   visible?
25     A.    That's correct.
```



Highly Confidential

Page 379

```
 1            HIGHLY CONFIDENTIAL AEO
 2       Q.     And did you produce the
 3   other emails between those two that
 4   are not visible?
 5       A.     Yes.
 6       Q.     When did you do that?
 7       A.     The same time I provided all
 8   the emails originally.
 9       Q.     Okay.  So you believed that
10   you produced six emails of
11   conversation between yourself and
12   Natalya Malyshev?
13            MR. GUIRGUIS:  I'm going to
14       object and just ask for
15       clarification.
16            I'm not trying to give you a
17       hard time on this one.  When you
18       say produced, you're asking the
19       witness if she provided it to her
20       attorneys, right?  Because
21       obviously the attorneys produced
22       the documents in this case.
23            MS. MENNINGER:  Correct.
24            MR. GUIRGUIS:  So just --
25       she didn't produce anything,
```



Page 380

```
 1          HIGHLY CONFIDENTIAL AEO
 2     obviously.
 3            So she's asking you did you
 4     collect this email and give it to
 5     the lawyers, I guess is the
 6     question.
 7     A.    Yeah, I collected all --
 8  all -- everything I had, I gave to my
 9  lawyers.
10     Q.    Okay.  So you believe you
11  gave six emails between yourself and
12  Natalya Malyshev to your attorneys?
13     A.    Yes, I gave all my evidence.
14     Q.    Okay.  And --
15            MR. GUIRGUIS:  I'm going to
16     object to that last question also
17     as misrepresenting the testimony.
18            MS. MENNINGER:  What was
19     misrepresenting what testimony?
20            MR. GUIRGUIS:  You're saying
21     that she gave six emails.
22            MS. MENNINGER:  Well, let's
23     go back, then, and get the
24     testimony right.
25     Q.    On RANSOME 004, how many
```



Page 381

```
 1          HIGHLY CONFIDENTIAL AEO
 2   emails between yourself and Natalya
 3   Malyshev do you see total?
 4             There's one at 1:04 a.m.,
 5   correct?
 6             MR. GUIRGUIS:  Counsel,
 7        you're doing the exact thing that
 8        I just tried to avoid confusion
 9        on, right?
10             There's a difference between
11        what was produced to you -- and
12        apparently and you're saying that
13        six emails were produced to
14        you --
15             MS. MENNINGER:  No, I was
16        not saying that.
17             MR. GUIRGUIS:  -- which
18        she's providing to her counsel.
19             MS. MENNINGER:  No, I'm not
20        saying that.  So I'm trying to
21        get it straight now.
22        Q.    There's an email indicated
23   on the first page from Nataly to you
24   at 1:04 a.m. on February 3rd, 2007,
25   correct?
```



Page 382

```
 1          HIGHLY CONFIDENTIAL AEO
 2     A.     Mm-hmm.  Yes.
 3     Q.     And you can read the text of
 4  that email, correct?
 5     A.     Yes, I can.
 6     Q.     And the next email down says
 7  "Sarah Ransome" at 4:07 -- at 4:01
 8  p.m.
 9     A.     Mm-hmm.
10     Q.     Can you read that email?
11     A.     No, because it's on Yahoo.
12  It's a technological thing.  You can't
13  read all emails.
14     Q.     So did you produce the
15  February '04, '07, 4:01 p.m. email
16  from yourself to Nataly Malyshev to
17  your attorneys?
18          MR. GUIRGUIS:  Objection to
19     the use of the word produce.
20     A.     I've given all my email
21  correspondence to my lawyers.
22     Q.     Did you give that email to
23  your lawyer?
24     A.     I've given all my emails to
25  my lawyers.
```



Page 383

```
 1            HIGHLY CONFIDENTIAL AEO

 2       Q.    Okay.   The next email down

 3  says "Sarah Ransome, February 5, 2007,

 4  at 10:09 p.m."

 5            Can you read the text of

 6  that email on this document?

 7       A.    Mm-hmm.

 8       Q.    What does the 10:09 p.m.

 9  email say?

10       A.    As I've specified before,

11  this is a screenshot, okay, of the

12  actual Yahoo email.  This is a

13  screenshot.  So technically I can't

14  read that anyways, seeing as it's a

15  screen shot.

16       Q.    Okay.

17       A.    This isn't a computer.  I

18  can't tap into that email on a page

19  because it's a screen shot.

20       Q.    Did you give a February 6th,

21  '07, 2:00 a.m. email between yourself

22  and Nataly Malyshev to your attorneys?

23       A.    I have handed all over my

24  evidence to my attorneys.

25       Q.    Did you give a February 8,
```



Highly Confidential

Page 384

```
 1            HIGHLY CONFIDENTIAL AEO
 2    2007, 9:12 p.m. email from yourself to
 3    Nataly Malyshev to your attorneys?
 4        A.    I have given all my evidence
 5    to my attorneys.
 6             MS. MENNINGER:  I'm going to
 7        show you Defendant's Exhibit 10.
 8             (Defendant's Exhibit 10,
 9        Bates stamped RANSOME_000006, was
10        marked for identification.)
11        Q.    Do you recognize Defendant's
12    Exhibit 10?
13        A.    Yes.
14        Q.    What is it?
15        A.    It's an email correspondence
16    between Lesley Groff and myself.
17        Q.    On the second page, RANSOME
18    0008, do you see other emails with
19    headings but no text visible in the
20    screenshot?
21        A.    Mm-hmm.
22        Q.    Did you give each one of
23    those emails to your attorneys?
24        A.    I have given all my
25    correspondence to my attorneys.
```



Page 385

```
 1          HIGHLY CONFIDENTIAL AEO
 2      Q.    Do you see in the "Smart
 3  View" column on the left side a folder
 4  named "Pumla Griszell"?
 5      A.    Yes, I do.
 6      Q.    Does that folder contain
 7  your correspondence with Pumla
 8  Griszell?
 9      A.    I didn't even know that
10  folder was there, but I presume so,
11  which is why I would have created it
12  in the first place.
13      Q.    And it also shows a
14  substantial number of documents in
15  your Inbox.
16      A.    Yes.
17      Q.    Did you search your Inbox
18  for documents responsive to the
19  subpoena that I showed you a little
20  while ago?
21      A.    I did.  I wanted to be
22  thorough with my research, so I,
23  during that time frame, went through
24  every single email.
25      Q.    You went through each one?
```



Highly Confidential

```
 1          HIGHLY CONFIDENTIAL AEO
 2      A.    I went through all of my
 3   emails to make sure I gave all my
 4   evidence to my lawyers.
 5      Q.    Did you search for keywords
 6   or did you just read each email?
 7      A.    I read each email.
 8      Q.    And did you print out each
 9   email?
10      A.    I didn't print out.  I saved
11   them to a USB stick.
12      Q.    All of them or just the ones
13   that you thought were needed?
14      A.    Just the ones that were
15   for -- just anything related to
16   Jeffrey, I sent over.
17      Q.    And I think you testified
18   earlier you believe you still have
19   your FIT application in an email?
20      A.    I haven't read it.  I'm
21   assuming I have it.
22          MS. MENNINGER:  I want to
23      show you Defendant's Exhibit 11.
24          (Defendant's Exhibit 11,
25      Maureen Callahan article, was
```



Highly Confidential

Page 387

```
 1           HIGHLY CONFIDENTIAL AEO
 2      marked for identification.)
 3      A.    Oh, it's 9th of October,
 4   sorry.
 5      Q.    Do you recognize this
 6   document?
 7      A.    Let me go to the last
 8   sentence.  That catchphrase that I
 9   mentioned earlier, as I said earlier,
10   I couldn't remember the contents of
11   the article earlier.  I do apologize,
12   I got the date wrong from the 16th.
13   It was actually the 9th of October.  I
14   couldn't remember the specific date.
15           I remember the specific
16   statement that really struck a chord
17   with me, which was, "The true number
18   of Epstein's victims will never be
19   known."
20      Q.    So you believe this is the
21   document by Maureen Callahan that you
22   read last October that caused you to
23   come forward?
24      A.    I'm presuming so, because
25   I've gone straight to the bank, and
```



Highly Confidential

Page 388

```
 1            HIGHLY CONFIDENTIAL AEO
 2    the sentence that I told you that I
 3    remembered is this.  So I'm assuming,
 4    yes, that it's the same.
 5        Q.     And this article had a big
 6    impact on you because it caused you to
 7    come forward, I think you testified
 8    earlier; is that correct?
 9        A.     That's correct.
10        Q.     All right.  Do you also see
11    on that last page, just right where
12    you were, there's a little box on the
13    left hand side.  Can you read that out
14    loud, beginning "Today Jeffrey
15    Epstein..."
16            Do you see that in bold
17    letters on that last page?
18        A.     Oh.
19        Q.     Can you just read that
20    sentence to us?
21        A.     "Today Jeffrey Epstein is a
22    free man, albeit one who routinely has
23    civil lawsuits brought against him by
24    young women out of court."
25            MS. MENNINGER:  Okay.
```


MAGNA
LEGAL SERVICES

Highly Confidential

Page 389

```
 1          HIGHLY CONFIDENTIAL AEO
 2      Defendant's Exhibit 12.
 3              (Defendant's Exhibit 12,
 4      website printout titled How to
 5      Apply, was marked for
 6      identification.)
 7      Q.    Do you recognize this
 8 document?
 9      A.    I've seen it before, yes.
10      Q.    And what do you recognize it
11 be?
12      A.    It's the application how you
13 apply to FIT.
14      Q.    It talks about students
15 applying to different parts of the
16 school, including arts and design or
17 business and technology.
18              Do you recall if you were
19 applying to a particular area at FIT
20 or a general admission?
21      A.    I wanted to specialize in
22 fashion designing.
23      Q.    Do you know if that was a
24 special area?
25      A.    Yes, it was.  FIT's the
```



Page 390

```
 1          HIGHLY CONFIDENTIAL AEO
 2   financial -- fashion school, so yeah.
 3       Q.    Did you visit the building
 4   where FIT is located?
 5       A.    Yes, I did.
 6       Q.    Did you attend classes
 7   there?
 8       A.    No.
 9       Q.    I mean did you visit a
10   class.  I know you didn't enroll, but
11   did you visit a class?
12       A.    No, I didn't.  But I went to
13   the university, had a look around.
14       Q.    Did you take a tour?
15       A.    Not per se.  I mean, I went
16   around, I looked at the university.  I
17   didn't go on a big personalized tour
18   with a specific person, no.
19       Q.    Did you talk to any of the
20   teachers there?
21       A.    No, I didn't.
22       Q.    Do you recall there being
23   multiple steps for applications to
24   FIT?
25       A.    There's multiple steps on
```



Page 391

```
 1              HIGHLY CONFIDENTIAL AEO
 2   any college application form.
 3       Q.    Do you remember what those
 4   steps were when you were applying?
 5       A.    No.
 6       Q.    Do you remember an original
 7   application which had details?
 8       A.    I can't remember the
 9   original application form, no.
10       Q.    Do you remember there being
11   a separate essay portion?
12       A.    Yes, I do remember that.
13       Q.    Do you remember a separate
14   portion that relates to students who
15   are applying who are not U.S.
16   citizens?
17       A.    I can't remember that.  I
18   can't remember the specific form.
19       Q.    Do you remember filling out
20   any special paperwork for someone who
21   was applying who was not a U.S.
22   citizen?
23       A.    No, there was no paperwork
24   as such for that.  Jeffrey Epstein was
25   sorting that out for me with his
```



Highly Confidential

Page 392

```
 1          HIGHLY CONFIDENTIAL AEO
 2    connections at FIT.
 3        Q.    So you don't believe you
 4    filled that part out?
 5            MR. GUIRGUIS:  Objection.
 6        A.    I said I can't remember
 7    filling that part out.
 8        Q.    Do you remember getting a
 9    copy of your transcript from Queen
10    Margaret University?
11        A.    I haven't got my transcripts
12    yet, but I can get them.
13        Q.    Do you remember submitting
14    them to FIT?
15        A.    I can't remember.
16        Q.    Did you get a degree from a
17    school in Edinburgh, high school?
18        A.    So I finished all my high
19    school qualification, which, you know,
20    my grades were good enough to get into
21    psychology and sociology in Edinburgh.
22        Q.    What was the name of your
23    high school?
24        A.    Grantown Grammar School.
25        Q.    Did you get a transcript
```



Page 393

```
 1            HIGHLY CONFIDENTIAL AEO
 2   from that school to provide to FIT?
 3        A.    I think I was in the process
 4   of getting my transcripts from Queen
 5   Margaret.  I did have a copy of my
 6   high school grades as well.  When you
 7   fill out an application, you submit
 8   all your grades, high school.
 9        Q.    And that's the one in
10   Scotland?
11        A.    Yes, that's correct.
12            MS. MENNINGER:  I think I've
13        only got a couple more questions,
14        but I got my piles messed up.
15        Can we take a two-minute break
16        and I can get organized and
17        finished.
18            (Time noted:  5:54 p.m.)
19            (Recess.)
20            (Time noted:  6:07 p.m.)
21            MS. MENNINGER:  I'm going to
22        mark a new exhibit Defendant's
23        Exhibit 13.
24            (Defendant's Exhibit 13,
25        Bates stamped RANSOME_000007 was
```



Highly Confidential

Page 394

```
 1           HIGHLY CONFIDENTIAL AEO
 2      marked for identification.)
 3      Q.    Do you recognize this
 4  document?
 5      A.    Yes, I do.
 6      Q.    What is it?
 7      A.    It was an email sent to my
 8  friend Pam.
 9      Q.    Is that different than Pam
10  that you were with on the island?
11      A.    I was never with Pam on the
12  island.  It was ███████.
13      Q.    Do you remember testifying
14  about someone named Pam?
15      A.    Pam was my friend in New
16  York.
17      Q.    Is that the same person you
18  were writing here, or is that a
19  different person?
20      A.    It's the same person; it's
21  just I called her Pam.  It's a South
22  African name.  She's South African.
23      Q.    How did you know Pam?
24      A.    I met her in New York.
25      Q.    Do you know whether you paid
```



Highly Confidential

Page 395

```
 1              HIGHLY CONFIDENTIAL AEO
 2   for your plane ticket to come back to
 3   New York from South Africa in February
 4   of '07?
 5        A.    I didn't pay for my ticket.
 6        Q.    You did not?
 7        A.    No.
 8        Q.    Do you see in your email
 9   exchange in Defendant's Exhibit 13
10   that you wrote to Pam on February 8th
11   of '07, "Not going to Miami anymore,
12   clearly, and have to pay for me flight
13   back."
14             It's in the second paragraph
15   towards the bottom.
16        A.    Mm-hmm.
17        Q.    Did you write that?
18        A.    Yes.
19        Q.    But you did not, in fact,
20   pay for your flight back?
21        A.    No.
22        Q.    Do you know what you meant
23   by "Not going to Miami anymore,
24   clearly..."?
25        A.    I can't remember what that
```



Highly Confidential

Page 396

```
 1          HIGHLY CONFIDENTIAL AEO
 2   whole Miami thing was about.  It never
 3   came about, so I can't remember the
 4   specific details on Miami.  But it was
 5   via Jeffrey Epstein.
 6       Q.    Okay.  How did it happen
 7   that you were writing, "I'm going to
 8   have to pay for me flight back," but
 9   you did not, in fact, pay for your
10   flight back?
11       A.    Because Jeffrey Epstein and
12   I had a fight about my weight.  So
13   that was probably during the argument,
14   the time frame that I had the argument
15   with Jeffrey.  He said that he refused
16   to pay for my flight back if I didn't
17   get down to 52 kilograms.
18       Q.    And how did it come about
19   that you did not pay for your flight
20   back?
21       A.    I carried on losing weight
22   to try and get to the goal that
23   Jeffrey and Ghislaine had set for me,
24   which is 52 kilograms.
25       Q.    How does that relate to
```



Highly Confidential

Page 397

```
 1          HIGHLY CONFIDENTIAL AEO
 2   payment for a flight?
 3           MR. GUIRGUIS:  Objection.
 4       A.    Well, I didn't pay for that
 5   flight because Jeffrey was financing
 6   me, so I wouldn't have had the money
 7   to pay for my own flight back.
 8       Q.    But you said you were "going
 9   to have to pay for my flight back,"
10   right?
11       A.    That's correct.
12       Q.    And then what changed?
13           MR. GUIRGUIS:  Objection,
14       asked and answered.
15       A.    I made up with Jeffrey.  I
16   tried to meet my target weight of
17   52 kilograms.
18       Q.    And how did you make up with
19   him?
20       A.    I can't remember if it was
21   telephone call or email or message,
22   but there were various phone calls
23   that were made to my family home from
24   Ghislaine and Jeffrey during that time
25   frame.
```



Highly Confidential

Page 398

```
 1              HIGHLY CONFIDENTIAL AEO
 2              It was a very delicate time
 3    because my family were up in arms the
 4    fact I was told to be 52 kilograms,
 5    which is not -- it can't be achievable
 6    with my body frame, and they saw me
 7    getting very ill.
 8              And I didn't have the funds
 9    to buy a flight back, so I had to do
10    what Ghislaine and Jeffrey told me do.
11       Q.    What did you do?
12       A.    Continue to lose weight.
13       Q.    Did you see any medical
14    professionals while you were in South
15    Africa?
16       A.    No.
17       Q.    How did you communicate to
18    Jeffrey that you had decided to
19    continue losing weight?
20       A.    So Jeffrey, Ghislaine,
21    again, we all corresponded by
22    telephonic call, BBM, message, my
23    house phone.  I decided to lose
24    weight.  I was given an ultimatum that
25    either I do it or I'm finished.  At
```



Page 399

```
 1            HIGHLY CONFIDENTIAL AEO
 2   that point I had no option.
 3       Q.    If you wanted the flight
 4   back.
 5       A.    If I wanted the flight back.
 6   I had all my stuff in New York, I had
 7   my life in New York, I was going to
 8   FIT.
 9            I didn't have any finances;
10   Jeffrey was funding me.  So I was
11   stuck.  I either had to do what
12   Ghislaine and Jeffrey told me do or I
13   was stuck, really.
14       Q.    You were stuck at your
15   father and stepmother's house in South
16   Africa, where you grew up?
17       A.    I didn't grow up with my
18   father and my stepmother.
19       Q.    You grew up in South Africa?
20       A.    I grew up in Johannesburg.
21       Q.    When you say you were stuck,
22   you're describing a time you were in
23   South Africa?
24       A.    I'm describing a time I was
25   on holiday visiting my family, that
```



Page 400

```
 1           HIGHLY CONFIDENTIAL AEO
 2   Jeffrey paid for.
 3        Q.    Okay.  Did you finish your
 4   answer?
 5        A.    Sorry, I just read here.
 6   I'm describing a time that I was on
 7   holiday visiting my family, that was
 8   paid for by Jeffrey and Ghislaine.
 9   They financed my ticket.  They
10   financed every ticket.  They financed
11   my whole lifestyle.
12        Q.    Ghislaine financed your
13   ticket?
14        A.    Well, they were one entity.
15   Ghislaine is Jeffrey's right-hand
16   woman.  They --
17        Q.    When did Ghislaine finance
18   this ticket?
19        A.    It was through Jeffrey's
20   company that she worked with.
21        Q.    Did you correspond by email
22   with Ghislaine about financing this
23   ticket?
24        A.    No.
25        Q.    You searched for emails with
```



Highly Confidential

Page 401

```
 1          HIGHLY CONFIDENTIAL AEO
 2   yourself and Ghislaine, correct?
 3       A.    That's correct.
 4       Q.    And you found none, correct?
 5       A.    That's correct.
 6       Q.    You found emails between
 7   yourself and Lesley Groff about the
 8   plane ticket back, correct?
 9       A.    That's correct.
10       Q.    But none with Ghislaine?
11       A.    I never said once today that
12   I had email communication with
13   Ghislaine.
14       Q.    But you just said that
15   Ghislaine financed your holiday in
16   South Africa.  And what is your basis
17   for saying that?
18            MR. GUIRGUIS:  Objection.
19       She did not say that Ghislaine
20       financed it.
21       Q.    What is your basis for
22   referring to Ghislaine financing your
23   holiday in South Africa?
24            MR. GUIRGUIS:  Objection.
25       A.    So Ghislaine is Jeffrey's
```



Highly Confidential

Page 402

```
 1          HIGHLY CONFIDENTIAL AEO
 2   right-hand man, so she -- so we report
 3   to her.  I told them I wanted to go
 4   and see my family.  They paid for my
 5   flight.
 6        Q.    You told them when they were
 7   together in the same place?
 8        A.    I can't remember the
 9   specific location.  I just wanted to
10   go on holiday to see my family, which
11   Ghislaine and Jeffrey paid for.
12        Q.    How did Ghislaine pay for
13   it?
14        A.    I don't know.  You should
15   ask Ghislaine.
16        Q.    Did she write a check?
17        A.    You should ask Ghislaine.
18        Q.    Did she put it on a credit
19   card?
20              MR. GUIRGUIS:  Objection.
21        A.    You should ask Ghislaine.
22        Q.    Do you have any idea how
23   Ghislaine Maxwell paid for your trip
24   to South Africa?
25              MR. GUIRGUIS:  Objection.
```



Highly Confidential

Page 403

```
 1            HIGHLY CONFIDENTIAL AEO
 2     A.     You should ask Ghislaine.
 3     Q.     Is that an answer?
 4            MR. GUIRGUIS:  Objection.
 5     Q.     Do you have an answer?
 6            MR. GUIRGUIS:  Objection.
 7     A.     You should ask Ghislaine how
 8  she funded my ticket.
 9     Q.     I appreciate the tip.
10            Do you have any information
11  inside of your head about how
12  Ghislaine financed your trip to South
13  Africa?
14            MR. GUIRGUIS:  Counsel, she
15       has repeatedly stated that she
16       does not know.  You keep asking
17       her the same question.
18            MS. MENNINGER:  No, she has
19       repeated to he me that she
20       needed -- I needed to ask my
21       client.
22            MR. GUIRGUIS:  Hold on.
23            "QUESTION:  Ghislaine funded
24       your ticket?
25            "ANSWER:  Well, she was his
```



Highly Confidential

Page 404

1          HIGHLY CONFIDENTIAL AEO
2      right-hand...
3              "QUESTION:  When did
4      Ghislaine finance this ticket?
5              "ANSWER:  Well, it was
6      through Jeffrey's company that
7      she worked with."
8              Are you asking a different
9      question, Counsel?  Am I
10     misunderstanding?
11             MS. MENNINGER:  Yeah, you
12     are.
13             MR. GUIRGUIS:  Please.
14             MS. MENNINGER:  Can you read
15     the question that I asked.
16             (Requested portion of the
17     record was read back.)
18     A.    In my head, I can't remember
19  how she financed, how she and Jeffrey
20  financed.
21     Q.    Did you see any invoice paid
22  by Ghislaine for your ticket?
23     A.    No.  But a ticket was
24  produced which enabled me to fly back
25  to my family, so a ticket was produced



Highly Confidential

Page 405

 1          HIGHLY CONFIDENTIAL AEO
 2   by Ghislaine and Jeffrey in order for
 3   me to fly home to see my family.
 4       Q.    How did Ghislaine produce a
 5   ticket to you?
 6       A.    I can't remember.
 7       Q.    Did it come by email?
 8             MR. GUIRGUIS:  Objection.
 9       A.    I've provided all the emails
10   that I have.
11       Q.    That's not the question.
12             Did the ticket get produced
13   to you by Ghislaine by email?
14             MR. GUIRGUIS:  Objection.
15       A.    No.
16       Q.    Did it get sent by a courier
17   to you from Ghislaine?
18             MR. GUIRGUIS:  Objection.
19       A.    I can't remember how I
20   received the ticket specifically.
21       Q.    Your final line to Pam is,
22   "You must save some partying energy
23   for me when I come back.  Lots of
24   love, Sarah."
25             Correct?



Highly Confidential

Page 406

```
 1          HIGHLY CONFIDENTIAL AEO
 2      A.     Mm-hmm.
 3      Q.     Is that right?
 4      A.     Mm-hmm.
 5      Q.     In the first paragraph, do
 6  you advise Sarah, "Still very loved
 7  up, so much so that he asked me to
 8  move in with him and I accepted.  All
 9  good," exclamation point, exclamation
10  point, exclamation point -- well,
11  about eight of them, or ten.
12      A.     Mm-hmm.
13      Q.     Is that what you wrote?
14      A.     Yes, that's what you wrote.
15      Q.     Is that true?
16      A.     Yes.
17      Q.     Looking back at Defendant's
18  Exhibit 8, which you testified earlier
19  were your communications with Nataly
20  Malyshev, or some of them --
21      A.     That's Exhibit 9.
22             MR. GUIRGUIS:  We seem to be
23      missing Exhibit 8 from the stack.
24             MS. MENNINGER:  I checked it
25      during the break.
```



Highly Confidential

Page 407

```
 1          HIGHLY CONFIDENTIAL AEO
 2            MR. GUIRGUIS:  It's just out
 3      of order.
 4            THE WITNESS:  Is this
 5      Defendant's Exhibit 8?
 6            MS. MENNINGER:  Eight.
 7            THE WITNESS:  Is this
 8      Exhibit 8?
 9            MR. GUIRGUIS:  Yes, it is.
10      Q.    So the emails with Malyshev.
11  Maybe I wrote it down wrong.  I
12  apologize.
13            MR. GUIRGUIS:  With who?
14      I'm sorry?
15            MS. MENNINGER:  Nataly --
16            THE WITNESS:  That was
17      Exhibit -- oh, gosh.  This is
18      Exhibit 9 between Natalya and
19      myself.
20      Q.    Okay.  And it's got RANSOME
21  0004 and 0005; is that right?  Just
22  making sure we're looking at the same
23  thing.  On the lower right-hand
24  corner.
25      A.    Yes, 000004.
```



Highly Confidential

Page 408

```
 1          HIGHLY CONFIDENTIAL AEO
 2      Q.     All right.   Those are emails
 3  that you and Nataly exchanged in
 4  February of 2007, correct?
 5      A.     That's correct.
 6      Q.     And can you read to us the
 7  email at the bottom from you to Nataly
 8  on February 8, 2007.
 9      A.     "Hey sweetie, how are you?
10  I'm busy writing my essay for FIT.
11  What fun.   I had a bit of a fight with
12  Jeffrey.   Oh, well, what can you do.
13  I meant to ask in my last email can
14  you please email me your address.   It
15  looks like I'm not going to Miami
16  either.   Well, at least I will be back
17  in NY.   Hope you are well and look
18  forward to seeing you soon.   Please
19  tell Jennifer I say hi.   Lots of hugs
20  and kisses, Sarah."
21      Q.     Were you writing your FIT
22  essay in February 2007 while you were
23  in South Africa?
24      A.     Yeah.   It took me quite some
25  time writing my essay, so it was over
```



Page 409

```
 1          HIGHLY CONFIDENTIAL AEO
 2     a duration of...
 3          Q.    Did you email your essay
 4     from South Africa to Ghislaine
 5     Maxwell?
 6          A.    I don't recall emailing her.
 7          Q.    Defendant's Exhibit 10, I
 8     think it is, with Lesley Groff?
 9          A.    Yes.
10          MR. GUIRGUIS:  Hold on a
11     second.  Let me just find my
12     copy.
13          Q.    And I show RANSOME 006 is
14     the first one in the lower right-hand
15     corner.
16          A.    Yes.
17          Q.    So did you correspond with
18     Lesley about faxing your FIT
19     application in to her on or about
20     February 8, 2007?
21          A.    Yes.
22          Q.    Did you also ask her to look
23     into booking a flight for you back to
24     New York?
25          A.    That's correct.
```



Highly Confidential

Page 410

```
 1          HIGHLY CONFIDENTIAL AEO
 2      Q.    Did you give her the date
 3  you wanted to fly back?
 4      A.    That's correct.
 5      Q.    And the next email down, did
 6  you say, "Hi, can you please phone
 7  back?"
 8      A.    Mm-hmm.
 9      Q.    Was that to Lesley or to
10  Jeffrey?
11      A.    I can't remember who it was
12  to.  Jeffrey never corresponded
13  directly; he either did it through
14  Lesley Groff or -- so I can't remember
15  who phoned me back.
16      Q.    Can you turn two pages back
17  to where it says RANSOME_0009.
18          Do you see those emails?
19      A.    Mm-hmm.
20          MR. GUIRGUIS:  Read the
21      emails, don't just...
22      Q.    Did Lesley ask what type of
23  visa you were coming on, student or
24  tourist?
25          MR. GUIRGUIS:  Hold on,
```



Highly Confidential

Page 411

```
 1              HIGHLY CONFIDENTIAL AEO
 2      Counsel.
 3              Are you through with it?
 4              THE WITNESS:  Sorry, I
 5      haven't finished reading yet.
 6      Q.    Did Lesley ask what type of
 7 visa you were coming on, student or
 8 tourist?
 9      A.    That's correct.
10      Q.    And what was your response?
11      A.    I can't remember what my
12 response was.
13      Q.    Is it visible in this
14 exhibit?
15      A.    No.
16      Q.    All right.  You said you
17 left New York in late April --
18      A.    That's correct.
19      Q.    -- 2007?
20              Did you find any records
21 reflecting that departure when you
22 were going through all of your emails
23 and your other documents?
24      A.    No.
25      Q.    When was the last time you
```



Highly Confidential

Page 412

```
 1          HIGHLY CONFIDENTIAL AEO
 2    saw Jeffrey Epstein?
 3        A.      April 2007.
 4        Q.      Where did you see him last?
 5        A.      In New York.
 6        Q.      Where in New York?
 7        A.      I can't remember where I
 8    last saw him.
 9        Q.      Do you remember what
10    happened the last time you saw him?
11        A.      No, I can't remember what
12    happened.
13        Q.      Do you know whether he gave
14    you any money the last time you saw
15    him?
16        A.      No, he didn't give me money.
17        Q.      Do you know if you talked
18    about FIT the last time you saw him?
19        A.      I didn't really want
20    anything do with Jeffrey and Ghislaine
21    at that stage.  So at that point I did
22    not talk about FIT anymore with them.
23    I just wanted to go back home to my
24    mom.
25        Q.      And this is when you were
```



Highly Confidential

Page 413

```
 1            HIGHLY CONFIDENTIAL AEO
 2    living with Adam?
 3        A.    Yes.
 4        Q.    When did you decide you
 5    didn't want to have anything to do
 6    with Jeffrey Epstein?
 7        A.    After my trip to South
 8    Africa, my relationship deteriorated
 9    with Jeffrey and Ghislaine.  So I
10    didn't really want to be here anymore.
11        Q.    When did you make that
12    decision?
13        A.    I was kind of toying with
14    the idea of going back.  I was in a
15    bit of a mess after what I had been
16    through with Ghislaine and Jeffrey,
17    so -- yeah.
18        Q.    And who purchased your plane
19    ticket to London?
20        A.    I think it was my mom.  I
21    can't remember.
22        Q.    Were you still taking the
23    medications at the time you went back?
24        A.    Yes.
25        Q.    And you returned from South
```



Highly Confidential

Page 414

```
 1          HIGHLY CONFIDENTIAL AEO
 2   Africa in February 2007, correct?
 3       A.    That's correct.
 4       Q.    And that's when you made the
 5   decision to break with Jeffrey by
 6   moving in with Adam, correct?
 7       A.    I wanted to distance myself
 8   from Jeffrey.  Things weren't great.
 9   What he was doing was wrong and what
10   he was doing to me was wrong, and I
11   got pretty depressed about it.  I was
12   in -- I was stuck in a dark hallway.
13   I was basically being abused by a man,
14   and I -- I didn't -- I didn't know
15   what to do, where to go.
16       Q.    Did you have a bank account
17   in New York?
18       A.    Yes, I did.
19       Q.    With which bank?
20          MR. GUIRGUIS:  Objection.
21       Same objection I gave at the
22       beginning, financial information
23       for a nonparty witness.
24          MS. MENNINGER:  The name of
25       the bank.  The name of the bank.
```



Highly Confidential

Page 415

```
 1          HIGHLY CONFIDENTIAL AEO
 2     Q.     Let me ask you this:  What
 3  did you do with the cash you received
 4  from Jeffrey Epstein?  Did you put it
 5  in the bank?
 6     A.     No.  I spent it on food,
 7  cabs.  General expenses.
 8     Q.     Where did you get the money
 9  that you put into the bank?
10     A.     From the occasional modeling
11  job that I got, freelance modeling.
12     Q.     Were you still modeling in
13  the spring of 2007?
14     A.     No.
15          MR. GUIRGUIS:  Off the
16     record.
17          (An off-the-record
18     discussion was held.)
19          MR. GUIRGUIS:  Back on the
20     record.
21          MS. MENNINGER:  I think if
22     you can just give my co-counsel
23     and I a minute off the record.
24          (Time noted:  6:28 p.m.)
25          (Recess.)
```



Highly Confidential

Page 416

```
 1           HIGHLY CONFIDENTIAL AEO
 2              (Time noted:  6:29 p.m.)
 3      Q.     In February of 2007, you
 4  decided to make a break with Jeffrey
 5  Epstein, correct?
 6      A.     No, I didn't decide to make
 7  a break with Jeffrey Epstein.  He let
 8  me down with my FIT application and he
 9  wasn't taking me seriously, and he
10  wasn't following through his end of
11  the deal, basically.
12      Q.     How did he let you down with
13  your FIT application?
14      A.     Because I didn't go to FIT.
15      Q.     And why didn't you go to
16  FIT?
17      A.     Because I wanted to go home
18  back to my mom.
19      Q.     When did you decide that he
20  let you down with the FIT application?
21      A.     Well, I think it was pretty
22  much after that incident with Alan and
23  the fact that I had been sexually
24  abused for months on end by Jeffrey, I
25  kind of wanted to call it time with
```



Highly Confidential

Page 417

```
 1          HIGHLY CONFIDENTIAL AEO

 2   him.

 3          I saw how he was acting with

 4   the other girls.  I saw how they got

 5   pretty mentally messed up as well; for

 6   example, ████████.  So...

 7     Q.    And you saw that before you

 8   went to South Africa?

 9     A.    Yes.

10     Q.    And while you were in South

11   Africa, you got in a fight with

12   Jeffrey.

13     A.    That's correct.

14     Q.    And you didn't want to lose

15   this weight, correct?

16     A.    I didn't want to lose this

17   weight because I would be dead if I

18   weighed 52 kilograms.

19     Q.    You didn't want to lose the

20   weight in South Africa, correct?

21     A.    I wanted to -- I was

22   desperate to go to FIT.  I tried to

23   lose as much weight as I could for

24   Jeffrey and Ghislaine.

25     Q.    While you were in South
```



Page 418

```
 1          HIGHLY CONFIDENTIAL AEO
 2   Africa, you did some reevaluating of
 3   your life?
 4          MR. GUIRGUIS:  Objection.
 5     A.     Reevaluating of my life?  I
 6   wouldn't say I spent the holiday
 7   reevaluating my life, no.
 8     Q.     Were you happy when you were
 9   in South Africa?
10     A.     I was concerned because I
11   was being asked and being hounded to
12   find a 18-year-old PA for Jeffrey, and
13   I knew that was wrong because he would
14   do exactly the same thing to that girl
15   that he did to me, and I would not let
16   him do that to another girl.
17     Q.     So when you were in South
18   Africa, you decided to make a break
19   from Jeffrey.
20          MR. GUIRGUIS:  Objection.
21     A.     I didn't decide to make a
22   break; I decided to distance myself
23   from Jeffrey.  Not make a break, but
24   to distance myself.
25     Q.     When you came back, you
```



Highly Confidential

Page 419

```
 1          HIGHLY CONFIDENTIAL AEO
 2   moved in with Adam?
 3        A.    That's correct.
 4        Q.    You can't remember the last
 5   time that you saw Jeffrey?
 6             MR. GUIRGUIS:  Objection.
 7        That's not the testimony.
 8        A.    No.
 9             MS. MENNINGER:  No further
10        questions.  Thank you.
11             THE WITNESS:  Thank you.
12             MS. MENNINGER:  Do you have
13        any?
14             MR. GUIRGUIS:  Give me one
15        second to confer.
16             We have no questions.
17             MS. MENNINGER:  Counsel,
18        we're going to, unfortunately,
19        before we go off the record, need
20        to leave the deposition open,
21        just because there are some email
22        documents that were referenced
23        but not produced.  And we can
24        follow up and have a discussion
25        with counsel about that.
```



Highly Confidential

Page 420

1          HIGHLY CONFIDENTIAL AEO

2             MR. GUIRGUIS:  Okay.  So on

3      the record -- we can carry on the

4      conversation, certainly, off the

5      record.

6             But while we're on the

7      record, I will say that my

8      understanding is that those

9      documents were all produced to

10     you, including all the emails

11     that you asked her about, and

12     where are the missing emails, and

13     she kept saying they'd been

14     produced to her attorneys.  My

15     understanding is that the

16     attorneys did provide them to

17     defense counsel.

18             MS. MENNINGER:  Well,

19     there's a current passport that

20     we know was not produced, there

21     is an FIT application that we

22     know was not produced, and I

23     believe there are emails that

24     were not produced.

25             And I'm happy to have the



Page 421

1          HIGHLY CONFIDENTIAL AEO

2     conversation continue off the

3     record, but I'm telling you those

4     are some of my recollections.

5          MR. GUIRGUIS:  Okay.  And to

6     be clear so that I'm not

7     misrepresenting, I see that I

8     said there were documents and the

9     emails.  I meant to clarify, as

10    in the emails I know were

11    produced.

12         I can't speak to any other

13    documents that you might want to

14    raise a dispute about.  But with

15    respect to the emails that you

16    said, my understanding, at least

17    as I sit here, is that they were

18    produced.

19         That said, I think we can go

20    off the record and resolve any

21    other issues between counsel and

22    I.

23         (Time noted:  6:34 p.m.)

24

25



Highly Confidential

Page 422

1          HIGHLY CONFIDENTIAL AEO

2

3          _____

                    SARAH RANSOME

4

5          Signed and subscribed to

           before me, this_____day

6          of _____ 2017.

7          _____

                    Notary Public

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Page 423

```
 1
 2                    C E R T I F I C A T E
 3    STATE OF NEW YORK    )
                                  :
 4    COUNTY OF NEW YORK)
 5
 6            I, Jeremy Richman, a Notary Public
 7    within and for the State of New York, do hereby
 8    certify:
 9            THAT SARAH RANSOME, the witness
10    whose deposition is hereinbefore set forth, was
11    duly sworn by me and that such deposition is a
12    true record of the testimony given by such
13    witness.
14            I further certify that I am not
15    related to any of the parties to this action by
16    blood or marriage; and that I am in no way
17    interested in the outcome of this matter.
18            IN WITNESS WHEREOF, I have hereunto
19    set my hand this 19th day of February 2017.
20
21
22    _____
                              Jeremy Richman
23
24
25
```



Highly Confidential

Page 424

```
 1
 2                        INDEX
 3                   EXAMINATION  BY
 4    MS. MENNINGER                          7
 5    P.M. Session                         199
 6
 7                    EXHIBITS  MARKED
 8    (Defendant's Exhibit 1, hand-drawn    128
 9    picture marked for identification.)
10    (Defendant's Exhibit 2, hand-drawn    149
11    picture, was marked for
12    identification.)
13    (Defendant's Exhibit 3, affidavit,    262
14    was marked for identification.)
15    (Defendant's Exhibit 4,               274
16    RANSOME_000168, was marked for
17    identification.)
18    (Defendant's Exhibit 5, jury trial    323
19    demand, was marked for
20    identification.)
21    (Defendant's Exhibit 6, Bates         335
22    stamped Ransome_000017, was marked
23    for identification.)
24    (Defendant's Exhibit 7, Bates         339
25    stamped Ransome_000204, was marked
```



Page 425

1   for identification.)

2   (Defendant's Exhibit 8, Notice of        363
3   Service of Rule 45 Subpoena and
4   Notice of Deposition of Sarah
5   Ransome, was marked for
6   identification.)

7   (Defendant's Exhibit 8, Bates            377
8   stamped RANSOME_000004, was marked
9   for identification.)

10  (Defendant's Exhibit 10, Bates           384
11  stamped RANSOME_000006, was marked
12  for identification.)

13  (Defendant's Exhibit 11, Maureen         386
14  Callahan article, was marked for
15  identification.)

16  (Defendant's Exhibit 12, website         389
17  printout titled How to Apply, was
18  marked for identification.)

19  (Defendant's Exhibit 13, Bates           393
20  stamped RANSOME_000007 was marked
21  for identification.)

22

23        QUESTIONS INSTRUCTED NOT TO ANSWER

24  do you have any source of income?        10

25  so I'm going to ask you a last           12



Highly Confidential

Page 426

1    time:  Do you have any source of
2    income?
3    what is your partner's occupation?      13
4    and where do your parents live?      14
5    Ms. Ransome, there was a question      15
6    pending when you took a break with
7    your lawyers.  Can you please
8    answer the question.
9    what is your partner's cell phone      28
10   number?
11   and you're staying where while      31
12   you're here?
13   have you been promised that you      34
14   would have counsel to help you
15   bring a lawsuit against a number of
16   people?
17   what's the private legal matter?      172
18   what did you talk about with Alan      184
19   Dershowitz?
20   did you sign a common interest      185
21   agreement with Jeffrey?
22   did he do anything in terms of      199
23   contacting anyone on your behalf?
24   what was the specific legal matter      199
25   that you were seeking



Highly Confidential

Page 427

1    representation for?

2    who prescribed it to you?                    204

3    so please tell me how to reach your    241

4    stepmother, Linda Ransome.

5    when did you see that?                       284

6    when did you provide them to your      363

7    counsel?

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25





































































































































































