UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA GIUFFRE,<br><br>            Plaintiff,<br><br>-against-<br><br>GHISLAINE MAXWELL,<br><br>           Defendant. | 15 Civ. 7433 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Clerk of the Court is directed to strike docket entry 363-7 in the above-captioned case because it contains information that should have been redacted. Counsel shall re-file the stricken document as soon as is practicable.

**SO ORDERED.**

Dated:    January 9, 2024
           New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge