UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VIRGINIA GIUFFRE,

              Plaintiff,

-against-

GHISLAINE MAXWELL,

              Defendant.

15 Civ. 7433 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Clerk of the Court is directed to strike docket entry 1335-6 in the above-captioned case because it contains inadvertently disclosed material that should have been redacted pursuant to the April 19, 2022 ruling of this Court. On April 19, 2022, the Court ruled on the proposed unsealing of the deposition transcript that was subsequently filed as docket entry 1335-6. (Dkt. no. 1254.) This Court expressly ordered that lines 217:17-19 of the deposition transcript should remain under seal because they contained a mistaken transcription, and the answer transcribed was not the answer actually given. Counsel shall re-file the stricken document, with the redactions ordered by this Court, as soon as is practicable.

**SO ORDERED.**

Dated:    January 10, 2024
            New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge