

January 10, 2024

**VIA ECF**

The Honorable Loretta A. Preska
District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Giuffre v. Maxwell*, **Case No. 15-cv-7433-LAP**

Dear Judge Preska,

    Plaintiff is filing a revised version of docket entry 450-1 pursuant to the Court's January 10, 2024, Order.  *See* ECF No. 1333.

                                                   Respectfully,

                                                   /s/ Sigrid S. McCawley
                                                   Sigrid S. McCawley

    cc:  Counsel of Record  (via ECF)

BOIES SCHILLER FLEXNER LLP

401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com