# EXHIBIT A

                IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF NEW YORK

                    CASE NO. 15-CV-07433-RWS


VIRGINIA L. GIUFFRE,

                Plaintiff,

        -against-

GHISLAINE MAXWELL,

                Defendant.
_____/


                            250 N. Australian Avenue,
                            Suite 1400
                            West Palm Beach, Florida 33401
                            Friday, September 9, 2016
                            8:35 a.m. - 2:08 p.m.


                C O N F I D E N T I A L


        VIDEOTAPED DEPOSITION OF JEFFREY EPSTEIN


            Taken before Darline M. West,
    Registered Professional Reporter, Notary Public
    in and for the State of Florida At Large,
    pursuant to Notice of Taking Deposition filed
    by the Plaintiff in the above cause.


                    MAGNA LEGAL SERVICES
                1200 Avenue of the Americas
                New York, New York 10026

                    (866) 624-6221



Page 2

```
 1   APPEARANCES:
 2   On behalf of the Plaintiff:
 3       THE UNIVERSITY OF UTAH,
         S.J. QUINNEY COLLEGE OF LAW
 4       383 South University Street
         Salt Lake City, Utah 84112
 5       Phone:  801.585.5202
         E-mail:  Casellp@law.utah.edu
 6   By:  PAUL G. CASSELL, ESQ.
 7       -and-
 8   BOIES SCHILLER & FLEXNER, LLP
         401 East Las Olas Boulevard
 9       Fort Lauderdale, Florida 33301
         Phone:  954.356.0011
10       E-mail:  Smccawley@bsfllp.com
         By:  SIGRID S. MCCAWLEY, ESQ.
11
12
13   On behalf of the Defendant:
14       HADDON MORGAN FOREMAN
         150 East 10th Avenue
15       Denver, Colorado 80203
         Phone:  303.831.7364
16       E-mail:  Jpagliuca@hmflaw.com
         By:  JEFFREY PAGLIUCA, ESQ.
17
18   On behalf of the Witness, Jeffrey Epstein:
19       ATTERBURY GOLDBERGER & WEISS, P.A.
         One Clearlake Centre, Suite 1400
20       250 Australian Avenue South
         West Palm Beach, Florida 33401
21       Phone:  561.659.8300
         E-mail:  Jgoldberger@agwpa.com
22   By:  JACK A. GOLDBERGER, ESQ.
23       -and-
24
25   (Appearances continued on the next page)
```

Page 4

```
 1               I N D E X
 2   WITNESS:                    PAGE:
 3   JEFFREY EDWARD EPSTEIN
 4   DIRECT EXAMINATION             8
     BY MR. CASSELL:
 5
     CROSS-EXAMINATION            275
 6   BY MR. PAGLIUCA:
 7   REDIRECT EXAMINATION         324
     BY MR. CASSELL:
 8
     CERTIFICATE OF OATH          375
 9
     REPORTER'S CERTIFICATE       376
10
11
12               - - -
13           E X H I B I T S
               - - -
14
15           Description        Page
16   Plaintiff's Exhibit JE1  Transcript of the    54
                 deposition of
17               Ms. Maxwell taken on
                 April 22nd, 2016
18
     Plaintiff's Exhibit JE2  Document with titles   90
19               of books
20   Plaintiff's Exhibit JE3  Photograph depicting  101
                 Prince Andrew,
21               Maxwell, and Virginia
22   Plaintiff's Exhibit JE4  E-mail that Jeffrey   173
                 Epstein sent to
23               Maxwell on
                 January 12th, 2015
24
25
```

Page 3

```
 1   APPEARANCES:
 2       MARTIN G. WEINBERG, P.C.
         20 Park Plaza, No. 1000
 3       Boston, Massachusetts 02116
         Phone:  617.227.3700
 4       E-mail:  Marty@martinweinberglaw.com
         By:  MARTIN G. WEINBERG, P.C.
 5       (Appearing telephonically)
 6
 7   ALSO PRESENT:
 8       RYAN KICK - Video Technician
 9       DARLINE MARIE WEST - Court Stenographer
10
               - - -
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1   Plaintiff's Composite   E-mail Jeffrey   180
     Exhibit JE5       Epstein received from
 2               Ms. Maxwell on about
                 July 18th, 2009
 3
     Plaintiff's Exhibit JE6  E-mail string between  185
 4               Jeffrey Epstein and
                 Ms. Maxwell on about
 5               March 25th, 2011
 6   Plaintiff's Exhibit JE7  Transcription of a    189
                 string of e-mails
 7               between Jeffrey
                 Epstein and Ms.
 8               Maxwell in about May
                 of 2011
 9
     Plaintiff's Exhibit JE8  E-mail that Jeffrey   191
10               Epstein sent to
                 Maxwell on
11               January 15th, 2015
12   Plaintiff's Exhibit JE9  Document 361-46 on    210
13               the public record in
                 the case Jane Doe
14               versus United States
                 908CD80736 in the
15               Southern District of
                 Florida, a document
16               signed by Gerald
                 Lefcourt and
17               Alan Dershowitz
18   Plaintiff's Exhibit    Subpoena in this case  225
     JE10         for Jeffrey Epstein
19               to appear at
                 deposition
20   Plaintiff's Exhibit    Transcript of Ms.    347
     JE11         Maxwell, taken on
21               July 22, 2016
22
23
24
25
```



Page 6

```
 1       QUESTIONS MARKED BY THE REQUEST OF COUNSEL:
 2
         PAGE/LINES
 3
         Page 69, lines 24 through 25
 4       Page 70, lines 2 torugh 16
         (At the request of Mr. Pagliuca)
 5
 6       Page 280, lines 4 through 6
         (At the request of Mr. Cassell)
 7
 8                    - - -
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 7

```
 1            J. Epstein - Confidential
 2           P R O C E E D I N G S
 3                    - - -
 4       VIDEO TECHNICIAN:  We are now on the
 5   record.  This begins videotape No. 1 in the
 6   deposition of Jeffrey Epstein in the matter
 7   of Giuffre versus Maxwell.
 8       Today is September 9th, 2016.  The time
 9   is 8:35 a.m.  This deposition is being taken
10   at 250 North Australian Avenue, West Palm
11   Beach, Florida.  The videographer is
12   Ryan Kick.  The court reporter is
13   Darline West.  We both represent Magna Legal
14   Services.
15       Will counsel and all parties present
16   state their appearance and whom they
17   represent.
18       MR. CASSELL:  I can begin.  My name's
19   Paul Cassell, and I represent Miss Virginia
20   Giuffre.
21       MS. MCCAWLEY:  Sigrid McCawley with
22   Boies, Schiller & Flexner on behalf of
23   Virginia Giuffre.
24       MR. PAGLIUCA:  Jeff Pagliuca appearing
25   on behalf Gwen Maxwell.
```

Page 8

```
 1            J. Epstein - Confidential
 2       MR. GOLDBERGER:  And Jack Goldberger on
 3   behalf of the witness, Jeffrey Epstein.
 4       And on the phone is?
 5       MR. WEINBERG:  Martin Weinberg by
 6   telephone on behalf of the witness,
 7   Jeffrey Epstein.
 8       VIDEO TECHNICIAN:  Will the court
 9   reporter please swear the witness.
10       THE COURT REPORTER:  Okay.  Sir, could
11   you raise your right hand.
12       Do you swear to tell the truth, the
13   whole truth, and nothing but the truth?
14       THE WITNESS:  Yes, ma'am.
15   THEREUPON,
16         JEFFREY EDWARD EPSTEIN,
17   called as a witness on behalf of the Plaintiff
18   herein, having been first duly sworn, was examined
19   and testified as follows:
20         DIRECT EXAMINATION
21   BY MR. CASSELL:
22       Q.  All right.  Sir, you understand that my
23   client is Ms. Virginia Roberts Giuffre?
24       MR. GOLDBERGER:  I'm sorry,
25   Mr. Cassell.  Before we start, let -- let me
```

Page 9

```
 1            J. Epstein - Confidential
 2   just discuss something on the record.
 3       I understand there's a protective order
 4   in place on this case concerning
 5   confidentiality in this depositions.  And as
 6   I understand the protective order, either
 7   party can designate the -- the proceeding as
 8   confidential, and I understand counsel for
 9   Miss Maxwell is going to do that in this
10   case.
11       MR. PAGLIUCA:  That's correct.  I'm
12   designating this deposition as confidential.
13       Any other stips?
14       MR. GOLDBERGER:  Huh?
15       MR. PAGLIUCA:  Any other stips?
16       MR. GOLDBERGER:  No.  We're good for
17   now.
18       MR. PAGLIUCA:  Okay.
19   BY MR. CASSELL:
20       Q.  All right.  Sir, you understand I'm an
21   attorney representing Miss Roberts -- Virginia
22   Roberts Giuffre?
23       A.  I've been advised by my counsel to assert
24   my rights under the Fifth Amendment of the United
25   States Constitution as to any and all questions that
```



1          J. Epstein - Confidential
2  could result in a waiver of my Constitutional
3  privileges.  I understand that one of the basic
4  functions of the Fifth Amendment, according to the
5  United States Supreme Court, is to protect all
6  citizens, including even innocent persons who
7  otherwise might be insnared by ambiguous
8  circumstances.  On the advice of counsel, I assert my
9  rights under the Fifth Amendment and respectfully
10 decline to answer your question.
11         MR. CASSELL:  Mr. Goldberger, it's your
12     position that having him acknowledge who my
13     client is creates a realistic risk of
14     incrimination?
15         MR. GOLDBERGER:  We're not going to
16     debate at this deposition whether the
17     implication of the Fifth Amendment privilege
18     is proper or not proper.  We are simply
19     asserting the privilege.  And if that needs
20     to be discussed or litigated somewhere else,
21     we'll be happy to do so, so...
22 BY MR. CASSELL:
23     Q.  If I refer to Virginia today, I want you to
24 understand that I'll be referring to my client,
25 Miss Virginia Roberts Giuffre.

1          J. Epstein - Confidential
2          Is that an acceptable way to proceed today,
3  sir?
4      A.  As I stated before in response to my -- to
5  your earlier question, I am asserting my
6  constitutional right not to respond to that question.
7          MR. GOLDBERGER:  This would be a good
8      opportunity, I think, to kind of discuss
9      ground rules for the implication of the
10     Fifth Amendment --
11         MR. CASSELL:  All right.
12         MR. GOLDBERGER:  -- as we proceed in
13     this deposition.  We've advised you off the
14     record and it's not any surprise to anyone
15     that Mr. Epstein fully intends to invoke
16     Fifth Amendment privileges to all of your
17     questions.
18         We can -- as we answer your questions,
19     and we'll be happy to answer all your
20     questions, we can use the full invocation
21     that we did in response to your first
22     question, we can use the invocation that we
23     just did in response to your second
24     question, or we simply can say, Fifth
25     Amendment, with the understanding that the

1          J. Epstein - Confidential
2  answer would be edited and -- and would be
3  the full answer that Mr. Epstein gave to the
4  first question.  Really, your choice on that
5  as to how you would like to proceed.
6          MR. CASSELL:  Yeah.  Whatever you think
7      would be the fastest.  I want to get through
8      this.
9          MR. GOLDBERGER:  Okay.
10         MR. CASSELL:  And so, obviously, we'll
11     be objecting to many of these invocations
12     already.
13         MR. GOLDBERGER:  Sure.
14         MR. CASSELL:  I think that these are
15     improper invocations, but if we're going to
16     litigate that elsewhere, that certainly is
17     one way to proceed.
18         MR. GOLDBERGER:  Okay.  So is it fair
19     to say we've reached an agreement that if
20     Mr. Epstein simply says, the Fifth, the
21     answer that would be part of the record for
22     any time these proceedings are used anywhere
23     would be the full invocation Mr. Epstein
24     used in answer to the first question?
25         MR. CASSELL:  Yes.  And I would at the

1          J. Epstein - Confidential
2  -- I would then raise an objection to the
3  nonresponsive portion of the invocation,
4  such as, for example, a reference to
5  "innocent persons."  It seems to me that's
6  not necessary for him to take the Fifth.
7          MR. GOLDBERGER:  Okay.
8          MR. CASSELL:  As long as we have your
9      position and our position both stated all
10     the time, that -- that seems like the most
11     expeditious way to proceed.
12         MR. WEINBERG:  One other matter, a
13     preliminary matter, which is that we would
14     reserve our right to particularize a full
15     basis based on the record of this case, the
16     record of the CVARC -- CVRA case,
17     representations that have been made by you
18     and Mr. Edwards regarding Mr. Epstein and
19     his potential criminal liability and your
20     intention to seek to rescind his
21     non-prosecution agreement, the admissions
22     taken on the absence of the meaningful
23     Statute of Limitations, in terms of our
24     spelling out, if the Fifth Amendment is
25     challenged in regards to any response by



Page 14

```
1            J. Epstein - Confidential
2      Mr. Epstein, for instance, a response to
3      whether he even recognizes the name of your
4      client, in the event you choose to challenge
5      the essential applicability of the
6      long-standing Fifth Amendment privilege.
7          MR. CASSELL: I'm going to object to
8      Mr. Weinberg defending the deposition in
9      addition to Mr. Goldberg. My
10     understanding of the rules --
11         MR. GOLDBERGER: Goldberger. It's
12     Goldberger.
13         MR. CASSELL: I'm sorry. I apologize.
14     Mr. Goldberger.
15         It seems to me, the standard is one
16     lawyer for one witness. And Mr. Goldberger
17     is a very capable lawyer, so it seems to me
18     Mr. Weinberg should not be allowed to
19     participate by making objections.
20         MR. PAGLIUCA: And for the record, I
21     have no objection to Mr. Epstein simply
22     saying, Fifth Amendment in response to any
23     questions and understand that that answer
24     would incorporate all of the first answer
25     that Mr. Epstein gave in this deposition.
```

Page 15

```
1            J. Epstein - Confidential
2          MR. GOLDBERGER: Thank you.
3      BY MR. CASSELL:
4      Q.  Sir, you've been deposed many times before,
5      true?
6      A.  Fifth.
7      Q.  You understand the rules regarding the
8      deposition today, true?
9      A.  Fifth.
10     Q.  You have legal counsel here today to
11     provide advice to you, should it be necessary at any
12     point, true?
13     A.  True.
14     Q.  Is there anything, including any physical
15     conditions or ailments, that would prevent you from
16     giving truthful testimony today?
17     A.  Fifth.
18     Q.  Please state your full name.
19     A.  Jeffrey Edward Epstein.
20     Q.  Without disclosing where you may have lived
21     in the past, where do you currently reside?
22     A.  Fifth.
23     Q.  What state are you a citizen of?
24     A.  Can you clarify the question?
25     Q.  Yeah. What state do you consider yourself
```

Page 16

```
1            J. Epstein - Confidential
2      to be a citizen of?
3      A.  Fifth.
4      Q.  You understand that the case caption on the
5      subpoena you received is Virginia Giuffre versus
6      Ghislaine Maxwell?
7      A.  Fifth.
8      Q.  You know the Defendant in this case,
9      Ghislaine Maxwell, true?
10     A.  Fifth.
11     Q.  You first met Maxwell in the early 1990s;
12     isn't that true?
13         MR. PAGLIUCA: Object to form and
14     foundation.
15         THE WITNESS: Fifth.
16         MR. CASSELL: Let me make sure I
17     understand.
18         What's the objection to form?
19         MR. PAGLIUCA: The question is vague.
20     BY MR. CASSELL:
21     Q.  When did you first meet Ms. Maxwell?
22     A.  Fifth.
23     Q.  Where did you first meet Ms. Maxwell?
24     A.  Fifth.
25     Q.  What were the circumstances surrounding
```

Page 17

```
1            J. Epstein - Confidential
2      your first meeting of Maxwell?
3          MR. PAGLIUCA: Object to form and
4      foundation.
5          THE WITNESS: Could you repeat the
6      question?
7      BY MR. CASSELL:
8      Q.  What were the circumstances surrounding
9      your first meeting of Maxwell?
10         MR. PAGLIUCA: Same objection.
11         THE WITNESS: Fifth.
12         MR. CASSELL: And when you say "form," you
13     believe that the question that I just asked is
14     vague?
15         MR. PAGLIUCA: It is vague. I don't
16     understand what "circumstances" means. It
17     lacks foundation, in that there hasn't been
18     an establishment of any time or place of
19     meeting of Ms. Maxwell or even that he knows
20     Ms. Maxwell under the circumstances of this
21     deposition.
22         MR. CASSELL: Right. But you
23     understand there is evidence in the record
24     from which I would have a good faith basis
25     for believing that he has, in fact, met
```



Page 18

```
 1          J. Epstein - Confidential
 2     Ms. Maxwell?
 3          MR. PAGLIUCA:  I'm not going to debate
 4     what you have a good faith for believing or
 5     not.  My -- my objection stands.
 6          MR. CASSELL:  I'm just confused about
 7     how there could be a lack of foundation for
 8     whether they have met, when your client
 9     testified under oath that she had interacted
10     with Epstein repeatedly.
11          MR. PAGLIUCA:  That's my objection.
12          MR. CASSELL:  All right.
13     BY MR. CASSELL:
14     Q.   Just so we're clear, the -- the question --
15     let me just -- I may have asked this before, but I
16     want to make sure we haven't messed -- messed --
17     missed anything.
18          What were the circumstances surrounding
19     your first meeting with Maxwell?
20          MR. PAGLIUCA:  Same objection.  Form
21     and foundation.
22          THE WITNESS:  Fifth.
23     BY MR. CASSELL:
24     Q.   And whenever I use the term "Maxwell"
25     today, I wanted it to be clear that I'm referring to
```

Page 19

```
 1          J. Epstein - Confidential
 2     the Defendant in this action, Ghislaine Maxwell.
 3          Would you consider yourself currently to be
 4     the boyfriend of Ms. Maxwell?
 5          MR. PAGLIUCA:  Object to form and
 6     foundation.
 7          THE WITNESS:  Fifth.
 8     BY MR. CASSELL:
 9     Q.   Have you ever been a boyfriend of
10     Ms. Maxwell?
11          MR. PAGLIUCA:  Object to form and
12     foundation.
13          THE WITNESS:  Fifth.
14     BY MR. CASSELL:
15     Q.   It's true that at some point you had an
16     intimate relationship with Miss Maxwell?
17          MR. PAGLIUCA:  Object to form and
18     foundation.
19          THE WITNESS:  Fifth.
20     BY MR. CASSELL:
21     Q.   You were in a long-term relationship with
22     Maxwell from the early '90s through -- through at
23     least 2005, true?
24          MR. PAGLIUCA:  Object to form and
25     foundation.
```

Page 20

```
 1          J. Epstein - Confidential
 2          THE WITNESS:  Fifth.
 3     BY MR. CASSELL:
 4     Q.   How long did your long-term relationship
 5     with Maxwell continue?
 6          MR. PAGLIUCA:  Object to form and
 7     foundation.
 8          THE WITNESS:  Fifth.
 9     BY MR. CASSELL:
10     Q.   You are currently in a relationship with
11     Maxwell, true?
12          MR. PAGLIUCA:  Object to form and
13     foundation.
14          THE WITNESS:  Fifth.
15     BY MR. CASSELL:
16     Q.   You currently have a joint defense
17     agreement with Maxwell, true?
18          MR. PAGLIUCA:  Object to form and
19     foundation.
20          THE WITNESS:  Fifth.
21     BY MR. CASSELL:
22     Q.   You currently have a common interest
23     agreement with Maxwell, true?
24          MR. PAGLIUCA:  Object to form and
25     foundation.
```

Page 21

```
 1          J. Epstein - Confidential
 2          THE WITNESS:  Fifth.
 3     BY MR. CASSELL:
 4     Q.   You understand that your interests and
 5     Maxwell's interests are aligned in this case?
 6          MR. PAGLIUCA:  Object to form and
 7     foundation.
 8          THE WITNESS:  Fifth.
 9     BY MR. CASSELL:
10     Q.   What is your understanding of Maxwell's
11     interest in this case?
12          MR. PAGLIUCA:  Object to form and
13     foundation.
14          THE WITNESS:  Fifth.
15     BY MR. CASSELL:
16     Q.   What is your understanding of your interest
17     in this case?
18          MR. PAGLIUCA:  Object to form and
19     foundation.
20          THE WITNESS:  Fifth.
21     BY MR. CASSELL:
22     Q.   Since the start of 2015, you have
23     communicated with Maxwell about how she can best
24     respond to allegations made by Virginia?
25          MR. PAGLIUCA:  Object to form and
```



Page 22

```
1              J. Epstein - Confidential
2    foundation.
3         THE WITNESS:  Fifth.
4    BY MR. CASSELL:
5         Q.  Without going into the substance of any
6    communications you have had, you've communicated with
7    Maxwell since December 30th, 2014, true?
8         MR. PAGLIUCA:  Object to form and
9    foundation.
10        THE WITNESS:  Fifth.
11        MR. CASSELL:  Can I understand what the
12   objection is to form on that particular
13   question?
14        MR. PAGLIUCA:  Do you want to have the
15   reporter read it back?
16        MR. CASSELL:  I can just give it to
17   you.
18        MR. PAGLIUCA:  Sure.
19        MR. CASSELL:  "Without going into any
20   substance of any communications that you
21   have had, you have communicated with Maxwell
22   since December 30th, 2014, true?"
23        MR. PAGLIUCA:  It's a leading question.
24   That's a form objection.
25        MR. CASSELL:  All right.  So can we
```

Page 23

```
1              J. Epstein - Confidential
2    just --
3         MR. WEINBERG:  And I would add a
4    further objection, which is to the extent
5    that any conversations which were pursuant
6    to a common interest agreement, you would
7    assert the attorney-client privilege as well
8    as the Fifth Amendment.
9         MR. GOLDBERGER:  Right.  So that
10   objection we're making as to attorney-client
11   privilege in no way waives the Fifth
12   Amendment privilege that has been raised to
13   the question.
14        MR. CASSELL:  Mr. Weinberg, since
15   you're participating over my objection, can
16   you confirm that there is a joint defense
17   agreement between your client and
18   Ms. Maxwell?
19        MR. PAGLIUCA:  I'm going to object to
20   any interrogation of Mr. Weinberg.  He's not
21   been noticed for a deposition, he's not
22   under oath, and he's not present here.
23        MR. CASSELL:  I'm just trying to
24   understand the objection so that I can avoid
25   it in any future questions.
```

Page 24

```
1              J. Epstein - Confidential
2         What was the nature of your objection
3    regarding common interest and joint defense
4    agreement, Mr. Weinberg?
5         MR. WEINBERG:  It was direct status
6    asserting the attorney-client privilege as
7    well as the Fifth Amendment.  I'm making no
8    representations regarding the existence of
9    any agreement.
10        MR. CASSELL:  All right.  You also
11   objected to my last question based on
12   foundation.  What was the foundation
13   objection?
14        MR. PAGLIUCA:  There's multiple
15   foundational issues.  We don't know the
16   source of any information that would be
17   responsive to the question.  It could
18   contain hearsay and speculation.  You know,
19   all of these questions, frankly, lack
20   foundation under the circumstances here.
21   Frankly, I don't believe that there -- it
22   will be a good faith basis for most of the
23   questions.  I don't believe that most of
24   these questions will be supported by any
25   independent evidence.
```

Page 25

```
1              J. Epstein - Confidential
2         This is simply an exercise for you,
3    Mr. Cassell, to use leading questions to try
4    to obtain some adverse inference and
5    advantage in this litigation, when you know
6    that this witness is going to blanketly
7    assert a Fifth Amendment privilege.
8         Frankly, I see no point in actually
9    having this deposition since all of these
10   issues are going to need to be litigated
11   before the court before we can actually have
12   a determination of what Mr. Epstein may or
13   may not testify about, so...
14        MR. CASSELL:  My specific question,
15   though, is -- the question I asked Epstein
16   was, "Without going into the substance of
17   any communications that you have had, you
18   have communicated with Maxwell since
19   December 30th, 2014?"
20        Since your client has testified under
21   oath that she did indeed have communications
22   with Epstein since December 30th, 2014, I
23   can't understand why that question would
24   lack a foundation.
25        MR. PAGLIUCA:  Well, I -- I've made my
```



Page 26

1          J. Epstein - Confidential
2    record.  It -- it is lacking in foundation.
3          MR. CASSELL:  All right.
4    BY MR. CASSELL:
5      Q.  Without going into the substance of any
6    communications that you have had, you have
7    communicated with Maxwell since September 21st, 2015,
8    true?
9          MR. PAGLIUCA:  Object to form and
10         foundation.
11         THE WITNESS:  Fifth.
12   BY MR. CASSELL:
13     Q.  How many communications have you had with
14   Ms. Maxwell since December 30th, 2014?
15     A.  Fifth.
16     Q.  What methods of communications have you
17   used when talking to Maxwell in the last two years?
18         MR. PAGLIUCA:  Object to form and
19         foundation.
20         THE WITNESS:  Fifth.
21   BY MR. CASSELL:
22     Q.  What e-mail accounts have you used in your
23   communications with Maxwell?
24         MR. PAGLIUCA:  Object to form and
25         foundation.

Page 27

1          J. Epstein - Confidential
2          THE WITNESS:  Fifth.
3    BY MR. CASSELL:
4      Q.  What e-mail accounts has Maxwell used in
5    her communications with you?
6          MR. PAGLIUCA:  Object to form and
7          foundation.
8          THE WITNESS:  Fifth.
9    BY MR. CASSELL:
10     Q.  What is your cell phone number, sir?
11     A.  Fifth.
12     Q.  How many cell phones do you have?
13     A.  Fifth.
14     Q.  Please provide all of the cell phone
15   numbers that you currently have access to?
16     A.  Fifth.
17     Q.  Please provide all the cell phone numbers
18   that you had access to in 2000 and 2001?
19     A.  Fifth.
20     Q.  Please provide all of the e-mail accounts
21   that you had access to in 2000 and 2001.
22     A.  Fifth.
23     Q.  Please provide all of the e-mail accounts
24   that, to your knowledge, Ms. Maxwell had access to in
25   2000 and 2001.

Page 28

1          J. Epstein - Confidential
2          MR. PAGLIUCA:  Object to form and
3          foundation.
4          THE WITNESS:  Fifth.
5    BY MR. CASSELL:
6      Q.  You are a registered sex offender, correct?
7      A.  Fifth.
8      Q.  In previous depositions, you have stated
9    that you are a registered sex offender, true?
10         MR. PAGLIUCA:  Object to form and
11         foundation.
12         THE WITNESS:  Fifth.
13   BY MR. CASSELL:
14     Q.  In June 2008, in open court, you pled
15   guilty to two Florida State felonies, correct?
16     A.  Fifth.
17     Q.  You were sworn to tell the truth in those
18   public proceedings, true?
19     A.  Fifth.
20     Q.  In open court, what did you testify that
21   you had done?
22     A.  Fifth.
23     Q.  And in my previous question, I'm referring
24   to the plea proceeding that was in about June
25   of 2008.  Did you understand my question?

Page 29

1          J. Epstein - Confidential
2      A.  Yes.
3      Q.  In open court, what things did you say in
4    that hearing?
5      A.  Fifth.
6      Q.  Did you tell the truth in that hearing?
7      A.  Fifth.
8      Q.  Did you tell the court that you accepted
9    responsibility for those crimes?
10     A.  Fifth.
11     Q.  Were you accepting responsibility for those
12   crimes?
13     A.  Fifth.
14     Q.  Why were you accepting responsibility for
15   those crimes?
16         MR. PAGLIUCA:  Object to form and
17         foundation.
18         THE WITNESS:  Fifth.
19   BY MR. CASSELL:
20     Q.  Did you apologize to the victim of your
21   crimes?
22     A.  Fifth.
23     Q.  One of the crimes to which you pled guilty
24   in open court was soliciting a minor for
25   prostitution, true?



Page 30

```
1            J. Epstein - Confidential
2        MR. PAGLIUCA:  Object to form and
3    foundation.
4        THE WITNESS:  Fifth.
5    BY MR. CASSELL:
6        Q.  Please describe how the solicitation to
7    which you pled guilty was accomplished.
8        MR. PAGLIUCA:  Object to form and
9    foundation.
10       THE WITNESS:  Fifth.
11       MR. CASSELL:  Can you tell me what the form
12   objection was to that?
13       MR. PAGLIUCA:  Please tell me how the
14   solicitation was accomplished?
15       MR. CASSELL:  Yes.
16       MR. PAGLIUCA:  Okay.  Well, you're
17   asking for a legal definition from this lay
18   witness as to solicitation, how it was
19   accomplished.  I don't know what that means.
20   Your question is vague, it's ambiguous, it
21   calls for a legal conclusion.  It's also
22   lacking in foundation.
23       MR. CASSELL:  Because?
24       MR. PAGLIUCA:  Well, as I understand
25   it, your position is that he pled guilty to
```

Page 31

```
1            J. Epstein - Confidential
2    made-up crimes that didn't have a factual
3    basis and this was a conspiracy between
4    Mr. Epstein and the U.S. Attorney's Office
5    to avoid prosecution for federal criminal
6    charges, which is the basis for your
7    challenge to -- in the CVRA litigation, as I
8    understand your pleadings.  So I'm not
9    exactly sure how you can actually have a
10   good faith basis for asking that question,
11   given your position in writing.
12       MR. CASSELL:  All right.  You've
13   mischaracterized our position.  And I
14   imagine we'll have to discuss that later.
15       MR. PAGLIUCA:  Sure.
16       MR. CASSELL:  Since there were
17   objections to form, let me just try to ask a
18   series of questions, then, to avoid the form
19   objection.
20   BY MR. CASSELL:
21       Q.  How did you accomplish the crime that you
22   pled guilty to?
23       MR. PAGLIUCA:  Object to form and
24   foundation.
25       THE WITNESS:  Fifth.
```

Page 32

```
1            J. Epstein - Confidential
2    BY MR. CASSELL:
3        Q.  What did you do that led you to plead
4    guilty?
5        MR. PAGLIUCA:  Object to form and
6    foundation.
7        THE WITNESS:  Fifth.
8    BY MR. CASSELL:
9        Q.  What was your understanding of the legal
10   crime to which you were pleading guilty?
11       MR. PAGLIUCA:  Object to form and
12   foundation.
13       THE WITNESS:  Fifth.
14   BY MR. CASSELL:
15       Q.  What was your understanding of what you
16   were admitting in open court that day?
17       MR. PAGLIUCA:  Object to form and
18   foundation.
19       THE WITNESS:  Fifth.
20   BY MR. CASSELL:
21       Q.  Now, with regard to the two crimes that you
22   pled guilty, where did those two crimes take place?
23       A.  Fifth.
24       Q.  And I suppose there could be a form
25   objection to that question being compound.  So to
```

Page 33

```
1            J. Epstein - Confidential
2    obviate any issue, I'm going to ask you, was one of
3    the victims in that case a girl who was 14 years old
4    who we could identify by initials S.G.?
5        MR. PAGLIUCA:  Object to form and
6    foundation.
7        THE WITNESS:  Fifth.
8        MR. CASSELL:  And Mr. Goldberger, is -- if
9    we refer to the victim in -- I believe it was
10   Count 1 or at least one of the accounts by S.G.
11       Is that an acceptable way to proceed rather
12   than putting her name into the record, or could
13   I write her name out and provide that to you and
14   your client?  What would you -- I want to avoid
15   putting the names of 14-year-old sex victims
16   into the transcript here.
17       MR. GOLDBERGER:  It's your deposition.
18       MR. CASSELL:  All right.  So what I'm
19   going --
20   BY MR. CASSELL:
21       Q.  Sir, you understand when I use the term
22   "S.G." who I'm referring to, true?
23       MR. PAGLIUCA:  Object to form and
24   foundation.
25       THE WITNESS:  Fifth.
```



Page 34

1                J. Epstein - Confidential
2           MR. CASSELL:  And what I'm going to do is
3      write the name of the victim and provide that to
4      Mr. Goldberger and to Mr. Pagliuca now, so that
5      when I use the term "S.G.," both Mr. Goldberger
6      and Mr. Pagliuca will have that.
7           MR. GOLDBERGER:  Thank you.
8           MR. CASSELL:  And if you -- and then we
9      should also provide that, of course, now to
10          Mr. Epstein, so that he'll --
11          MR. GOLDBERGER:  He's -- he's seen it.
12          MR. CASSELL:  Okay.
13          And then I'm going to do the same thing with
14     the second witness.  I'm going to refer to her
15     by the initials ███.
16          And I'm providing -- Let the record will
17     reflect I'm providing the -- the full name
18     of ███ to Mr. Goldberger, Mr. Pagliuca, and
19     Mr. Epstein has seen it as well.
20     BY MR. CASSELL:
21     Q.  Please describe how you accomplished the
22     solicitation of S.G.
23          MR. PAGLIUCA:  Object to form and
24     foundation.
25          THE WITNESS:  Fifth.

Page 35

1                J. Epstein - Confidential
2      BY MR. CASSELL:
3      Q.  Please describe how you accomplished the
4      solicitation of ███.
5           MR. PAGLIUCA:  Object to form and
6      foundation.
7           THE WITNESS:  Fifth.
8      BY MR. CASSELL:
9      Q.  Where was the solicitation of S.G.
10     accomplished?
11          MR. PAGLIUCA:  Object to form and
12     foundation.
13          THE WITNESS:  Fifth.
14     BY MR. CASSELL:
15     Q.  Where was the solicitation of ███
16     accomplished?
17          MR. PAGLIUCA:  Object to form and
18     foundation.
19          THE WITNESS:  Fifth.
20     BY MR. CASSELL:
21     Q.  Isn't it true, sir, that the solicitation
22     of ███ occurred in your Palm Beach mansion?
23          MR. PAGLIUCA:  Object to form and
24     foundation.
25          THE WITNESS:  Fifth.

Page 36

1                J. Epstein - Confidential
2      BY MR. CASSELL:
3      Q.  Isn't it true, sir, that the solicitation
4      of S.G. occurred in your Florida -- or I should say,
5      Palm Beach mansion?
6           MR. PAGLIUCA:  Object to form and
7      foundation.
8           THE WITNESS:  Fifth.
9      BY MR. CASSELL:
10     Q.  Who was regularly in your Palm Beach
11     mansion at the time of the solicitation of ███?
12          MR. PAGLIUCA:  Object to form and
13     foundation.
14          THE WITNESS:  Fifth.
15          MR. CASSELL:  Could I understand the
16     form objection to that question?
17          MR. PAGLIUCA:  "Who was regularly
18     in..."
19          Again, these are vague questions with
20     no time frame, which is the form problem of
21     your questions.
22     BY MR. CASSELL:
23     Q.  Sir, with regard to my questions, I want
24     you to understand that the time frame is the same
25     time frame for the crime to which you pled guilty.

Page 37

1                J. Epstein - Confidential
2           With regard to that time frame, who was
3      regularly in your house?
4           MR. PAGLIUCA:  Form and foundation
5      objection.
6           THE WITNESS:  Fifth.
7      BY MR. CASSELL:
8      Q.  Sir, isn't it true that when you solicited
9      ███ for sex, Maxwell was regularly in your Palm
10     Beach mansion?
11          MR. PAGLIUCA:  Object to form and
12     foundation.
13          THE WITNESS:  Fifth.
14     BY MR. CASSELL:
15     Q.  Sir, isn't it true that when you solicited
16     S.G. for sex, Maxwell was regularly in your Palm
17     Beach mansion?
18          MR. PAGLIUCA:  Object to form and
19     foundation.
20          And here, Mr. Cassell, there is no
21     evidence that Ms. Maxwell was quote,
22     unquote, regularly in the Palm Beach mansion
23     during the time frame that you're talking
24     about.  And so there is no good faith basis
25     to ask that question.



Page 38

```
1            J. Epstein - Confidential
2        MR. CASSELL:  I disagree with your
3    understanding of the record, but we'll take
4    that up at a later time.
5    BY MR. CASSELL:
6        Q.  How old was S.G. when you solicited her for
7    sex?
8        MR. PAGLIUCA:  Object to form and
9    foundation.
10       THE WITNESS:  Fifth.
11   BY MR. CASSELL:
12       Q.  How old was ▨▨▨ when you solicited her for
13   sex?
14       MR. PAGLIUCA:  Object to form and
15   foundation.
16       THE WITNESS:  Fifth.
17   BY MR. CASSELL:
18       Q.  Isn't it true, sir, that S.G. was under the
19   age of 18 when you solicited her for sex?
20       MR. PAGLIUCA:  Object to form and
21   foundation.
22       THE WITNESS:  Fifth.
23   BY MR. CASSELL:
24       Q.  Indeed, sir, isn't it true that S.G. was
25   under the age of 16 when you solicited her for sex?
```

Page 39

```
1            J. Epstein - Confidential
2        MR. PAGLIUCA:  Object to form and
3    foundation.
4        THE WITNESS:  Fifth.
5    BY MR. CASSELL:
6        Q.  How old was ▨▨▨ when you solicited her for
7    sex?
8        MR. PAGLIUCA:  Object to form and
9    foundation.
10       THE WITNESS:  Fifth.
11   BY MR. CASSELL:
12       Q.  Isn't it true, sir, that ▨▨▨ was under the
13   age of 18 when you solicited her for sex?
14       MR. PAGLIUCA:  Object to form and
15   foundation.
16       THE WITNESS:  Fifth.
17   BY MR. CASSELL:
18       Q.  Sir, isn't it true you arranged for ▨▨▨ to
19   come to your Palm Beach mansion for sexual purposes?
20       MR. PAGLIUCA:  Object to form and
21   foundation.
22       THE WITNESS:  Fifth.
23   BY MR. CASSELL:
24       Q.  Sir, isn't it true that you arranged for
25   S.G. to come to your Palm Beach mansion for sexual
```

Page 40

```
1            J. Epstein - Confidential
2    purposes?
3        MR. PAGLIUCA:  Object to form and
4    foundation.
5        THE WITNESS:  Fifth.
6    BY MR. CASSELL:
7        Q.  Sir, isn't it true that you had sex with
8    S.G. at your Palm Beach mansion?
9        MR. PAGLIUCA:  Object to form and
10   foundation.
11       THE WITNESS:  Fifth.
12   BY MR. CASSELL:
13       Q.  Sir, isn't it true that you had sex with
14   ▨▨▨ at your Palm Beach mansion?
15       MR. PAGLIUCA:  Object to form and
16   foundation.
17       THE WITNESS:  Fifth.
18   BY MR. CASSELL:
19       Q.  Sir, it required logistical arrangements
20   for A.H. to come to your Palm Beach mansion, true?
21       MR. PAGLIUCA:  Object to the form and
22   foundation.
23       THE WITNESS:  Fifth.
24   BY MR. CASSELL:
25       Q.  Sir, it required logistical arrangements
```

Page 41

```
1            J. Epstein - Confidential
2    for S.G. to come to your Palm Beach mansion, true?
3        MR. PAGLIUCA:  Object to form and
4    foundation.
5        THE WITNESS:  Fifth.
6    BY MR. CASSELL:
7        Q.  Who helped make the logistical arrangements
8    for S.G. to come to your Palm Beach mansion?
9        MR. PAGLIUCA:  Object to form and
10   foundation.
11       THE WITNESS:  Fifth.
12   BY MR. CASSELL:
13       Q.  Who arranged -- who made -- I'm sorry.  Let
14   me strike that.  Let me start over.
15       Who made the logistical arrangements for
16   S.G. to come to your Palm Beach mansion?
17       MR. PAGLIUCA:  Object to form and
18   foundation.
19       THE WITNESS:  Fifth.
20   BY MR. CASSELL:
21       Q.  Sir, isn't it true that Maxwell made the
22   logistical arrangements or assisted with the
23   logistical arrangements for S.G. to come to your Palm
24   Beach mansion?
25       MR. PAGLIUCA:  Object to form and
```



11 (Pages 38 to 41)

Page 42

```
1           J. Epstein - Confidential
2    foundation.
3           And, again, there is no good faith
4    basis to ask this question.  There are no
5    facts supporting any inference from that
6    question, Mr. Cassell.
7           MR. CASSELL:  I disagree with your
8    reading of the record on that.
9    BY MR. CASSELL:
10     Q.  You can answer.
11     A.  Fifth.
12     Q.  Isn't it true that Maxwell helped to make
13   the arrangements fo        to come to your Palm Beach
14   mansion either directly or indirectly?
15          MR. PAGLIUCA:  Object to form and
16     foundation.
17          And, again, there is no evidence
18     suggesting that that occurred with
19     Ms. Maxwell on being involved, and there is
20     no good faith basis to ask that question.
21   BY MR. CASSELL:
22     Q.  Mr. Epstein, Mr. Pagliuca just said there
23   was no good faith basis for me to ask that last
24   question.
25          It's true, sir, that you could give us a
```

Page 43

```
1           J. Epstein - Confidential
2    very significant good faith basis for me asking that
3    question, isn't it?
4           MR. PAGLIUCA:  Object to form and
5     foundation.
6           THE WITNESS:  Fifth.
7    BY MR. CASSELL:
8      Q.  In fact, at that time, Maxwell was
9    regularly at your Palm Beach mansion, true?
10          MR. PAGLIUCA:  Object to form and
11    foundation, and asked and answered.  Same
12    objections.
13          THE WITNESS:  Fifth.
14   BY MR. CASSELL:
15     Q.  Who was running your Palm Beach mansion in
16   2005?
17          MR. PAGLIUCA:  Object to form.
18          THE WITNESS:  Fifth.
19   BY MR. CASSELL:
20     Q.  Who was running your Palm Beach mansion in
21   2006?
22          MR. PAGLIUCA:  Object to form.
23          THE WITNESS:  Fifth.
24   BY MR. CASSELL:
25     Q.  Who was running your Palm Beach mansion in
```

Page 44

```
1           J. Epstein - Confidential
2    2000?
3           MR. PAGLIUCA:  Object to form.
4           THE WITNESS:  Fifth.
5    BY MR. CASSELL:
6      Q.  Who was running your Palm Beach mansion in
7    2001?
8           MR. PAGLIUCA:  Object to form.
9           THE WITNESS:  Fifth.
10   BY MR. CASSELL:
11     Q.  Sir, isn't it true that Ms. Maxwell was
12   running your Palm Beach mansion in 2000?
13          MR. PAGLIUCA:  Object to form and
14     foundation.
15          Again, there's no evidence to suggest
16     Ms. Maxwell was running anything.
17          THE WITNESS:  Fifth.
18   BY MR. CASSELL:
19     Q.  Mr. Epstein, there is lots of evidence to
20   suggest that Ms. Maxwell was running your home from
21   1999 through about 2006, true?
22          MR. PAGLIUCA:  Object to form and
23     foundation.  Argumentative.
24          THE WITNESS:  Fifth.
25
```

Page 45

```
1           J. Epstein - Confidential
2    BY MR. CASSELL:
3      Q.  Sir, Miss Maxwell was running your Palm
4    Beach mansion in 2001, true?
5           MR. PAGLIUCA:  Object -- same
6     objections that I've raised before.  This is
7     asked and answered.
8           MR. CASSELL:  With regard to 2001 asked
9     and answered?
10          MR. PAGLIUCA:  I think so.
11          THE WITNESS:  Fifth.
12   BY MR. CASSELL:
13     Q.  Sir, Ms. Maxwell was running your Palm
14   Beach mansion in 2002, true?
15          MR. PAGLIUCA:  Object to form and
16     foundation.
17          THE WITNESS:  Fifth.
18   BY MR. CASSELL:
19     Q.  Sir, Ms. Maxwell was running your Palm
20   Beach mansion in 2003, true?
21          MR. PAGLIUCA:  Object to form and
22     foundation.
23          THE WITNESS:  Fifth.
24   BY MR. CASSELL:
25     Q.  Sir, Miss Maxwell was running your Palm
```



Page 46

1        J. Epstein - Confidential
2  Beach mansion in 2004, true?
3        MR. PAGLIUCA:  Object to form and
4  foundation.
5        THE WITNESS:  Fifth.
6  BY MR. CASSELL:
7     Q.  Sir, Ms. Maxwell was running your Palm
8  Beach mansion in 2005, true?
9        MR. PAGLIUCA:  Object to form and
10  foundation.
11        THE WITNESS:  Fifth.
12  BY MR. CASSELL:
13     Q.  Sir, Ms. Maxwell was running your Palm
14  Beach mansion in 2006, true?
15        MR. PAGLIUCA:  Object to form and
16  foundation.
17        THE WITNESS:  Fifth.
18  BY MR. CASSELL:
19     Q.  Who had access to the financial accounts
20  for your Palm Beach mansion in 2005?
21     A.  Fifth.
22     Q.  Sir, isn't it true that Ms. Maxwell had
23  access to the financial accounts for your Palm Beach
24  mansion in 2005?
25        MR. PAGLIUCA:  Object to form and

Page 47

1        J. Epstein - Confidential
2  foundation.
3        And, again, there's no evidence to
4  suggest that Ms. Maxwell had access to
5  financial accounts of Mr. Epstein in 2005.
6        THE WITNESS:  Fifth.
7  BY MR. CASSELL:
8     Q.  Ms. Maxwell did indeed have access to some
9  of your financial accounts in 2005, true, sir?
10        MR. PAGLIUCA:  Object to form and
11  foundation.
12        THE WITNESS:  Fifth.
13        MR. GOLDBERGER:  Mr. Cassell, can we
14  just take a 30-second break?  I think I have
15  a logistical problem when I -- when I
16  connected Mr. Weinberg.  I used a line that
17  was on service.  So, I mean, give me two
18  seconds.
19        MR. CASSELL:  All right.  And we're
20  just going to confer for a moment, if that's
21  all right.
22        MR. GOLDBERGER:  Thank you.
23        VIDEO TECHNICIAN:  Off the record at
24  9:04 a.m.
25        (A recess was taken.)

Page 48

1        J. Epstein - Confidential
2        VIDEO TECHNICIAN:  On the record at
3  9:10 a.m.
4        MR. GOLDBERGER:  Thank you for the
5  break.
6  BY MR. CASSELL:
7     Q.  Sir, who did you talk to during the break?
8     A.  Fifth.
9        MR. GOLDBERGER:  And attorney-client.
10        MR. CASSELL:  But you believe there's a
11  good faith basis for him to say what was just
12  discussed would be incriminating?
13        MR. GOLDBERGER:  Objection's been
14  raised.  Privileged has been invoked.
15        MR. CASSELL:  All right.
16  BY MR. CASSELL:
17     Q.  Without going into the substance of any
18  communications, who did you speak to during the
19  break?
20     A.  Fifth.
21        MR. GOLDBERGER:  Attorney-client.
22        Again, we're raising attorney-client
23  privilege without waiving any Fifth
24  Amendment privileges.
25        MR. CASSELL:  Understood.

Page 49

1        J. Epstein - Confidential
2  BY MR. CASSELL:
3     Q.  You know who Alfredo Rodriguez is, sir,
4  true?
5     A.  Fifth.
6     Q.  Who is Alfredo Rodriguez?
7     A.  Fifth.
8     Q.  Alfredo Rodriguez was involved in some
9  household management issues in your Palm Beach
10  mansion in 2005, true?
11        MR. PAGLIUCA:  Object to form and
12  foundation.
13        THE WITNESS:  Fifth.
14  BY MR. CASSELL:
15     Q.  What did Alfredo Rodriguez do for you in
16  2005?
17        MR. PAGLIUCA:  Object to form and
18  foundation.
19        THE WITNESS:  Fifth.
20  BY MR. CASSELL:
21     Q.  Who did Alfredo Rodriguez report to in
22  2005?
23        MR. PAGLIUCA:  Object to form and
24  foundation.
25        THE WITNESS:  Fifth.



1        J. Epstein - Confidential
2   BY MR. CASSELL:
3    Q.  Sir, isn't it true that Alfredo Rodriguez
4   reported to Maxwell in 2005?
5        MR. PAGLIUCA:  Object to form and
6   foundation.
7        There's no evidence to suggest that he
8   reported to Ms. Maxwell.
9        THE WITNESS:  Fifth.
10  BY MR. CASSELL:
11   Q.  Who is Sarah Kellen?
12   A.  Fifth.
13   Q.  You know Sarah Kellen, don't you?
14   A.  Fifth.
15   Q.  What did Sarah Kellen do for you at your
16  Palm Beach mansion?
17       MR. PAGLIUCA:  Object to form and
18  foundation.
19       THE WITNESS:  Fifth.
20  BY MR. CASSELL:
21   Q.  Did Alfredo Rodriguez work for you in 2005?
22   A.  Fifth.
23   Q.  How many years did Alfredo Rodriguez work
24  for you?
25   A.  Fifth.

1        J. Epstein - Confidential
2    Q.  Sarah Kellen reported to Maxwell, true?
3        MR. PAGLIUCA:  Object to form and
4   foundation.
5        There's no evidence to suggest that
6   Miss Kellen reported to Miss Maxwell.
7        THE WITNESS:  Fifth.
8   BY MR. CASSELL:
9    Q.  Mr. Epstein, you could give us lots of
10  evidence that Sarah Kellen reported to Maxwell, true?
11       MR. PAGLIUCA:  Object to form.
12  Foundation.  Argumentative.
13       THE WITNESS:  Fifth.
14  BY MR. CASSELL:
15   Q.  Sarah Kellen and Ghislaine Maxwell both
16  assisted you in the solicitation of S.G., true?
17       MR. PAGLIUCA:  Object to form and
18  foundation.
19       And, again, there's no evidence to show
20  that Miss Maxwell participated in the
21  solicitation of anybody.
22       THE WITNESS:  Fifth.
23  BY MR. CASSELL:
24   Q.  Please give us all the evidence that
25  Maxwell participated in the solicitation of minors.

1        J. Epstein - Confidential
2        MR. PAGLIUCA:  Object to form and
3   foundation.
4        THE WITNESS:  Fifth.
5   BY MR. CASSELL:
6    Q.  Sarah Kellen and Ghislaine Maxwell both
7   assisted in the solicitation of ████ true?
8        MR. PAGLIUCA:  Obj c  to form and
9   foundation.
10       Again, there is no evidence to suggest
11  that that's true.
12       And, Mr. Cassell, if you have some good
13  faith basis and you want to put it on the
14  record, that's fine.  I have the Palm Beach
15  Police Department reports here.  We deposed
16  Detective Racari.  You know, as well as I
17  do, that there's no evidence to suggest that
18  Ms. Maxwell was involved with ████ at all.
19       MR. CASSELL:  I move to strike the
20  speaking objections.  They're improper in
21  this deposition.  And there's a time and a
22  place to put on both your point of views on
23  these issues and, of course, our point of
24  view as well.
25       MR. PAGLIUCA:  Well, that's fine.  You

1        J. Epstein - Confidential
2   know, if we can understand that my form and
3   foundation objection encompasses what you're
4   deeming as speaking objections, I can
5   certainly truncate this and just make my
6   form and foundation objections.
7        MR. CASSELL:  My understanding of the
8   proper procedure is, you should object on
9   form and foundation unless I ask for further
10  clarification.  That's all you need to make
11  the record.
12       MR. PAGLIUCA:  Okay.  And that form and
13  foundation objection, then, would include my
14  position that there's no good faith basis to
15  be asking these questions; is that correct?
16       MR. CASSELL:  That's correct.  That
17  would be your position.  And of course, our
18  position would be to the contrary.
19       MR. PAGLIUCA:  I understand.  I'm just
20  trying to make sure that we're not waiving
21  anything, and I'm happy just to --
22       MR. CASSELL:  Sure.
23       MR. PAGLIUCA:  -- simply to object to
24  form and foundation, preserving any
25  objections I have to the questioning and the



Page 54

1     J. Epstein - Confidential
2   process of the proceeding. Fair?
3       MR. CASSELL: You would be preserving,
4   obviously, a form objection and a foundation
5   objection.
6       MR. PAGLIUCA: Sure. I guess the
7   questions then becomes what does that mean.
8       MR. CASSELL: Right.
9       MR. PAGLIUCA: So I can keep objecting,
10  as I am, or we can have some agreement. But
11  why don't we keep going and we'll see what
12  happens.
13      MR. CASSELL: Right. And I -- it would
14  be my position that anything beyond form and
15  foundation should be stricken.
16      MR. PAGLIUCA: Okay.
17      MR. CASSELL: Unless you can -- and
18  that's -- that's the way to proceed.
19      (Plaintiff's Exhibit JE1, Transcript of the
20  deposition of Ms. Maxwell taken on April 22nd, 2016
21  was marked for identification.)
22  BY MR. CASSELL:
23      Q. All right. Sir, I want to hand you a
24  document, which I'm document I'm going to mark as JE1
25  for Jeffrey Epstein 1. And I'll represent and

Page 55

1     J. Epstein - Confidential
2   provided a copy to both Mr. Goldberger and
3   Mr. Pagliuca. I represent that this is a transcript
4   of the deposition of Ms. Maxwell taken on April 22nd,
5   2016.
6       You have that document in front of you,
7   sir?
8       A. Yes.
9       Q. If I could ask you to flip to page 100.
10  And since there are two sets of numbers, this would
11  be the smaller set of numbers up on the, for example,
12  the top of the page. These -- these are four pages
13  per page. And page 100. I'd like to direct your
14  attention to page 100, line 8. Actually, I'm sorry,
15  page 100, line 10.
16      Do you see where I am, sir?
17      A. Yes.
18      Q. On line 10 there is a question: "Did
19  Jeffrey -- was it Jeffrey's preference to start a
20  massage with sex?"
21      Do you see that question, sir?
22      A. Yes.
23      Q. And then if we skip over two lines where
24  there's a form and foundation objection, we go to
25  line 14 where there is an answer given by

Page 56

1     J. Epstein - Confidential
2   Ms. Maxwell.
3       Do you see that answer?
4       A. Yes.
5       Q. The answer is, "I think you should ask that
6   question of Jeffrey."
7       Do you see that answer?
8       A. Yes.
9       Q. So following up on Ms. Maxwell's
10  suggestion, I'm going to ask you the same question.
11      Was it your preference to start a massage
12  with sex?
13      A. Fifth.
14      Q. It is true that your preference was to
15  start a massage with sex?
16      MR. PAGLIUCA: Object to form and
17  foundation.
18      THE WITNESS: Fifth.
19  BY MR. CASSELL:
20      Q. I don't know that I completely finished the
21  question. So let me just re-ask it.
22      It is true that your preference was to
23  start a massage with sex, correct?
24      MR. PAGLIUCA: Objection to form and
25  foundation.

Page 57

1     J. Epstein - Confidential
2       THE WITNESS: Fifth.
3   BY MR. CASSELL:
4       Q. To your knowledge, when she was deposed on
5   April 22nd, 2016, Maxwell knew that your preference
6   was to start a massage with sex, true?
7       MR. PAGLIUCA: Object to form and
8   foundation.
9       THE WITNESS: Fifth.
10  BY MR. CASSELL:
11      Q. It is true that you directed Maxwell to
12  recruit girls under the age of 18 who would have sex
13  with you all under the guise of providing a massage,
14  correct?
15      MR. PAGLIUCA: Object to form and
16  foundation.
17      THE WITNESS: Fifth.
18  BY MR. CASSELL:
19      Q. One of the girls under the age of 18 with
20  whom you had massages starting with sex was Virginia,
21  true?
22      MR. PAGLIUCA: Object to form and
23  foundation.
24      THE WITNESS: Fifth.
25



Page 58

1          J. Epstein - Confidential
2    BY MR. CASSELL:
3        Q.  Maxwell has been present many times when
4    you have had massages starting with sex, true?
5            MR. PAGLIUCA:  Object to form and
6        foundation.
7            THE WITNESS:  Fifth.
8    BY MR. CASSELL:
9        Q.  All right.  Now, I want to go in the same
10   exhibit, a little further in at page 146.
11           All right.  On page 146, line 22, do you
12   see line 22 on page 146?
13       A.  Yes.
14       Q.  And do you see a question there that reads,
15   "So would Virginia be brought on trips that were for
16   the purpose of work and decorating the house?"
17           Do you see that question?
18       A.  Yes.
19       Q.  And then do you see following on
20   immediately the answer from Ms. Maxwell: "Like I
21   said, I never worked with her, but you would have to
22   ask Jeffrey what he brought her on the trip for."
23           Do you see that answer?
24       A.  Yes.
25       Q.  And so I represent to you that that's an

Page 59

1          J. Epstein - Confidential
2    answer from Ms. Maxwell, and will you understand that
3    as I ask further questions with regard to this
4    transcript?
5        A.  Yes.
6        Q.  So following up on Ms. Maxwell's direction,
7    I would like to ask you, why did you bring -- bring
8    Virginia on the trip to New Mexico?
9            MR. PAGLIUCA:  Object to form and
10       foundation.
11           THE WITNESS:  Fifth.
12   BY MR. CASSELL:
13       Q.  You did bring Virginia on a trip to New
14   Mexico, true, sir?
15           MR. PAGLIUCA:  Object to foundation.
16           THE WITNESS:  Fifth.
17   BY MR. CASSELL:
18       Q.  Why did you bring Virginia on your trips
19   with you?
20           MR. PAGLIUCA:  Object to form and
21       foundation.
22           THE WITNESS:  Fifth.
23   BY MR. CASSELL:
24       Q.  With regard to the New Mexico trip that
25   we're discussing here, isn't it true that you brought

Page 60

1          J. Epstein - Confidential
2    Virginia there for sexual purposes?
3            MR. PAGLIUCA:  Object to form and
4        foundation.
5            THE WITNESS:  Fifth.
6    BY MR. CASSELL:
7        Q.  Maxwell was fully aware that Virginia was
8    in New Mexico for sexual purposes, true?
9            MR. PAGLIUCA:  Object to form and
10       foundation.
11           THE WITNESS:  Fifth.
12   BY MR. CASSELL:
13       Q.  Can you think of any other purpose which an
14   attractive 17-year-old girl would be on your property
15   at that time, sir?
16           MR. PAGLIUCA:  Object to form and
17       foundation.
18           THE WITNESS:  Fifth.
19   BY MR. CASSELL:
20       Q.  Maxwell knew there was no other purpose for
21   Virginia being there at that time other than sex,
22   true?
23           MR. PAGLIUCA:  Object to form and
24       foundation.
25           THE WITNESS:  Fifth.

Page 61

1          J. Epstein - Confidential
2    BY MR. CASSELL:
3        Q.  Is there anyone else I can talk to besides
4    you, Virginia, and Maxwell to give information about
5    why Virginia was at your ranch in New Mexico?
6            MR. PAGLIUCA:  Object to form and
7        foundation.
8            THE WITNESS:  Fifth.
9    BY MR. CASSELL:
10       Q.  There is no one else I can talk to
11   besides you, Virginia, and Maxwell to get exact
12   information about why Virginia was at your ranch in
13   New Mexico, true?
14           MR. PAGLIUCA:  Object to form and
15       foundation.
16           THE WITNESS:  Fifth.
17   BY MR. CASSELL:
18       Q.  Let's go now to page -- actually, let me
19   ask one quick question while I'm thinking about it,
20   or I'll come back to that in a moment.
21           Let's go to page 196.  You see on line 3 of
22   196 you see a question:  "What has Jeffrey told you
23   about Virginia Roberts?"
24           Do you see that, sir?
25       A.  Yes.



Page 62

```
1            J. Epstein - Confidential
2      Q.  And then there's an answer in line 5.  Do
3  you see that?
4      A.  Yes.
5      Q.  The answer is that "She is a liar."
6          Do you see -- is -- I represent to you that
7  that is Ms. Maxwell stating that you said Virginia
8  Roberts is a liar.
9          Is that accurate testimony from
10 Ms. Maxwell?
11     A.  Fifth.
12     Q.  On line 6, that's not accurate testimony
13 from Ms. Maxwell, is it?
14         MR. PAGLIUCA:  Object to form and
15     foundation.
16         THE WITNESS:  Sorry.  Repeat the
17     question.
18 BY MR. CASSELL:
19     Q.  It is not accurate testimony what we see on
20 line 5 there, is it?
21     A.  You said, "line 6," I believe, sir.
22     Q.  I'm sorry.  Let me --
23     A.  Sorry.
24     Q.  Yeah.  Let's --
25         So you see a question on line 3, correct,
```

Page 63

```
1            J. Epstein - Confidential
2  sir?
3      A.  Yes.
4      Q.  And the question on line 3 is, "What has
5  Jeffrey Epstein told you about Virginia Roberts?"
6          That's the question there?
7      A.  Yes.
8      Q.  And on line 5 there's an answer from
9  Ms. Maxwell that "She is a liar."
10         Do you see that answer?
11     A.  Yes.
12     Q.  That answer is not accurate testimony, is
13 it, sir?
14         MR. PAGLIUCA:  Object to form and
15     foundation.
16         THE WITNESS:  Fifth.
17 BY MR. CASSELL:
18     Q.  When Ms. Maxwell gave that testimony, she
19 well knew that Virginia was not a liar, true?
20         MR. PAGLIUCA:  Object to form and
21     foundation.
22         THE WITNESS:  Fifth.
23 BY MR. CASSELL:
24     Q.  Going now to line 6 there is a question,
25 "What does he base that on?"
```

Page 64

```
1            J. Epstein - Confidential
2      Q.  Do you see that question?
3      A.  Yes.
4      Q.  And then skipping over a form and
5  foundation objection, on line 9 we see an answer from
6  Maxwell, "You would have to check with him."
7          Do you see that?
8      A.  That's incomplete, but, yes.
9      Q.  And then the sentence carries on, "I can
10 tell you why I think she is a liar.  I'm happy to do
11 that."
12         Do you see the rest of that?
13     A.  Yes.
14     Q.  But I want to focus in on the first part of
15 that sentence, "You would have to check with him."
16         Do you see that answer?
17     A.  Yes.
18     Q.  And that answer, you understand in context
19 to be a request from Maxwell that we check with you?
20 Do you understand that?
21         MR. PAGLIUCA:  Object to form and
22     foundation.
23         THE WITNESS:  Fifth.
24 BY MR. CASSELL:
25     Q.  So I would like to check with you now.
```

Page 65

```
1            J. Epstein - Confidential
2          What do you base your assessment of
3  Ms. Roberts' credibility on?
4      A.  Fifth.
5      Q.  It's true, sir, that Virginia is highly
6  credible, isn't it?
7          MR. PAGLIUCA:  Object to form and
8      foundation.
9          THE WITNESS:  Fifth.
10 BY MR. CASSELL:
11     Q.  When Virginia has said you were a sex
12 trafficker, that's a true statement, right, sir?
13         MR. PAGLIUCA:  Object to form and
14     foundation.
15         THE WITNESS:  Fifth.
16 BY MR. CASSELL:
17     Q.  When Virginia has said that you had
18 sexually abused her, that's a true statement, isn't
19 it, sir?
20         MR. PAGLIUCA:  Object to form and
21     foundation.
22         THE WITNESS:  Fifth.
23 BY MR. CASSELL:
24     Q.  And when Virginia said Maxwell sexually
25 abused her, you know that to be a true statement as
```



Page 66

```
1            J. Epstein - Confidential
2  well, don't you?
3          MR. PAGLIUCA:  Object to form and
4      foundation.
5          THE WITNESS:  Fifth.
6  BY MR. CASSELL:
7    Q.  Virginia has told the truth about you using
8  Maxwell to recruit girls for you to sexually abuse,
9  true, sir?
10          MR. PAGLIUCA:  Objection to form and
11      foundation.
12          THE WITNESS:  Fifth.
13  BY MR. CASSELL:
14    Q.  Please give us all the information that you
15  have regarding how credible Virginia is.
16          MR. PAGLIUCA:  Object to form and
17      foundation.
18          THE WITNESS:  Fifth.
19  BY MR. CASSELL:
20    Q.  Please give us all information you have
21  about Virginia's credibility on issues relating to
22  sex abuse.
23          MR. PAGLIUCA:  Object to form and
24      foundation.
25          THE WITNESS:  Fifth.
```

Page 67

```
1            J. Epstein - Confidential
2  BY MR. CASSELL:
3    Q.  Please give us all information you have
4  showing that Virginia is credible about allegations
5  she's made against you.
6          MR. PAGLIUCA:  Object to form and
7      foundation.
8          THE WITNESS:  Fifth.
9  BY MR. CASSELL:
10    Q.  Please give us all the information you have
11  about how Virginia is credible with regard to her
12  allegations against Maxwell.
13          MR. PAGLIUCA:  Object to form and
14      foundation.
15          THE WITNESS:  Fifth.
16  BY MR. CASSELL:
17    Q.  Is there anybody else that I could check
18  with besides you to follow up on Ms. Maxwell's
19  suggestion of obtaining information about Virginia's
20  credibility with regard to sexual abuse by you?
21          MR. PAGLIUCA:  Object to form and
22      foundation.
23          THE WITNESS:  Fifth.
24  BY MR. CASSELL:
25    Q.  Sir, it's true that the only one who knows
```

Page 68

```
1            J. Epstein - Confidential
2  about threesomes between you, Maxwell, and her would
3  be the three of you, correct?
4          MR. PAGLIUCA:  Object to form and
5      foundation.
6          THE WITNESS:  Fifth.
7  BY MR. CASSELL:
8    Q.  And when I refer -- refer to "a threesome"
9  in today's deposition, will you understand that I'm
10  referring to sexual activity among three people
11  occurring essentially simultaneously?
12          MR. PAGLIUCA:  Object to form and
13      foundation.
14          THE WITNESS:  Fifth.
15  BY MR. CASSELL:
16    Q.  What is your understanding of the term
17  "threesome"?
18    A.  Fifth.
19    Q.  Without regard to any conduct that you may
20  or not have undertaken in the past, what do you
21  understand the word "threesome" to mean?
22    A.  Fifth.
23    Q.  Let's now go to page 197 of the transcript.
24  Oh, I'm sorry.  Actually, let's go to the very bottom
25  of page 196.
```

Page 69

```
1            J. Epstein - Confidential
2          Do you see line 25 on page 196?
3    A.  Yes.
4    Q.  And the question is:  "That's all he said
5  about Virginia?"
6          Do you see that question?
7    A.  I don't see a question mark, do you?
8    Q.  On line 2 of page 197?
9    A.  Yes.
10    Q.  And so this is a reference back to line 24
11  on page 196.  Do you see line 24 on page 196?
12    A.  Yes.
13    Q.  And the answer there from Maxwell is, "All
14  he" -- that is Epstein in context -- "told me that
15  she is a liar."
16          Do you see that answer?  Do you see the
17  answer there on line 24?
18    A.  Yes.
19    Q.  That is not accurate testimony, is it, sir?
20          MR. PAGLIUCA:  Object to form and
21      foundation.
22          THE WITNESS:  Fifth.
23  BY MR. CASSELL:
24    Q.  In fact, you told Ms. Maxwell that you were
25  very concerned that people would learn the truth
```



18  (Pages 66 to 69)

Page 70

```
1              J. Epstein - Confidential
2    about your activities with Virginia, true?
3           MR. PAGLIUCA:  Object to form and
4       foundation.
5           THE WITNESS:  Fifth.
6    BY MR. CASSELL:
7       Q.  In fact, both you and Ms. Maxwell were very
8    concerned that people would learn the truth about
9    Virginia's allegations, true?
10          MR. PAGLIUCA:  Object to form and
11      foundation.
12          THE WITNESS:  Fifth.
13   BY MR. CASSELL:
14      Q.  And you and Ms. Maxwell undertook a plan at
15   that point to try and undercut Virginia's
16   credibility, true?
17          MR. PAGLIUCA:  Object to form and
18      foundation.
19          Can you mark those for me, Reporter,
20      those last three questions?  Thank you.
21          THE WITNESS:  Fifth.
22   BY MR. CASSELL:
23      Q.  I'm sorry.  On page 197, line 3, there's an
24   answer, "We went through all the lies that you have
25   sold to the papers and sold in general, and we have
```

Page 71

```
1              J. Epstein - Confidential
2    analyzed her lies and your lies and your
3    inappropriate behavior in detail."
4           Do you see that answer?
5       A.  Yes.
6       Q.  That is not a fair and accurate recounting
7    of your conversation with Maxwell, is it?
8           MR. PAGLIUCA:  Object to form and
9       foundation.
10          THE WITNESS:  Fifth.
11   BY MR. CASSELL:
12      Q.  In fact, the two of you were not worried
13   about the lies that Virginia was telling, but the
14   truthful statements -- let me strike that.
15          In fact, you were not concerned in any way
16   about any lies Virginia was telling because she was
17   not lying, true?
18          MR. PAGLIUCA:  Object to form and
19      foundation.
20          THE WITNESS:  Fifth.
21   BY MR. CASSELL:
22      Q.  You were concerned that Virginia was
23   telling the truth, weren't you?
24          MR. PAGLIUCA:  Object to form and
25      foundation.
```

Page 72

```
1              J. Epstein - Confidential
2           THE WITNESS:  Fifth.
3    BY MR. CASSELL:
4       Q.  You never denied to Maxwell that you had
5    sexual relations with Virginia, did you?
6           MR. PAGLIUCA:  Object to form and
7       foundation.
8           THE WITNESS:  Fifth.
9    BY MR. CASSELL:
10      Q.  And in fact, Maxwell well knew that you had
11   sexual relations with Virginia because she had been
12   with you when you were having sexual relations with
13   Virginia?
14          MR. PAGLIUCA:  Object to form and
15      foundation.
16          THE WITNESS:  Fifth.
17   BY MR. CASSELL:
18      Q.  Let's go now to page 217 of the transcript.
19          If you look at line 23 on page 217, do you
20   see a question, "Is it an obvious -- who did lead her
21   up to Jeffrey's room while you were talking to her
22   mother?"
23          Do you see that question?
24      A.  Yes.
25      Q.  And I'll represent to you that the "her" in
```

Page 73

```
1              J. Epstein - Confidential
2    that question is a reference to Virginia.
3           Do you understand that to be the question?
4       A.  Yes.
5       Q.  And if we go over onto the next page, then,
6    we see, "Answer:  You would have to ask Virginia.  I
7    don't know if she was led up to his room."
8           Do you see that answer?
9       A.  Yes.
10      Q.  There's actually another person that we
11   could ask, apart from Virginia, who would know who
12   led her up to your room; isn't that true, sir?
13          MR. PAGLIUCA:  Object to form and
14      foundation.
15          THE WITNESS:  Fifth.
16   BY MR. CASSELL:
17      Q.  The first time you met Virginia, where did
18   you meet her?
19      A.  Fifth.
20      Q.  Isn't it true that the first time you met
21   virgin what was in your massage room in your Palm
22   Beach mansion?
23          MR. PAGLIUCA:  Object to form and
24      foundation.
25          THE WITNESS:  Fifth.
```



Page 74

```
1            J. Epstein - Confidential
2   BY MR. CASSELL:
3      Q.  Isn't it true that Maxwell led Virginia up
4   to your Palm Beach mansion massage room the first
5   time you met her?
6            MR. PAGLIUCA:  Object to form and
7      foundation.
8            THE WITNESS:  Fifth.
9   BY MR. CASSELL:
10     Q.  You saw Maxwell bringing Virginia up to
11  your room, true, sir?
12           MR. PAGLIUCA:  Object to form and
13     foundation.
14           THE WITNESS:  Fifth.
15  BY MR. CASSELL:
16     Q.  Isn't it true that it was standard
17  operating procedure for Maxwell to bring underage
18  girls up to your room?
19           MR. PAGLIUCA:  Object to form and
20     foundation.
21           THE WITNESS:  Fifth.
22  BY MR. CASSELL:
23     Q.  Isn't it true that it was standard
24  operating procedure for Maxwell to bring underage
25  girls up to your room for you to sexually abuse?
```

Page 75

```
1            J. Epstein - Confidential
2            MR. PAGLIUCA:  Object to form and
3      foundation.
4            THE WITNESS:  Fifth.
5   BY MR. CASSELL:
6      Q.  Isn't it true that Maxwell's sworn
7   testimony is inaccurate when she says she didn't
8   bring Virginia up to your room?
9            MR. PAGLIUCA:  Object to form and
10     foundation.
11           THE WITNESS:  Fifth.
12  BY MR. CASSELL:
13     Q.  Isn't it true that Maxwell was perjuring
14  herself when she said she didn't know who brought
15  Virginia up to your room?
16           MR. PAGLIUCA:  Object to form
17     foundation.
18           THE WITNESS:  Fifth.
19  BY MR. CASSELL:
20     Q.  Let's go now to page 229 of the transcript,
21  line 11.
22           Do you see the question there, "So not the
23  first time she came but the second time she came or
24  the third time or any time she came, did you ever
25  participate in a massage with her in
```

Page 76

```
1            J. Epstein - Confidential
2   Jeffrey Epstein's room?"
3            Do you see that question?
4      A.  Yes.
5      Q.  And then you see an answer there, "I have
6   never participated at any time with Virginia in a
7   massage with Jeffrey."
8            Do you see that answer?
9      A.  Yes.
10     Q.  And I represent to you the answer is being
11  given by Ms. Maxwell during a sworn deposition.  Will
12  you understand that with regard to my questions here?
13     A.  Yes.
14     Q.  Miss Maxwell's testimony is not truthful,
15  is it, sir?
16           MR. PAGLIUCA:  Object to form and
17     foundation.
18           THE WITNESS:  Fifth.
19  BY MR. CASSELL:
20     Q.  In fact, you, Maxwell, and Virginia all had
21  sexual contact together at the same time on multiple
22  occasions, true?
23           MR. PAGLIUCA:  Object to form and
24     foundation.
25           THE WITNESS:  Fifth.
```

Page 77

```
1            J. Epstein - Confidential
2   BY MR. CASSELL:
3      Q.  How many times have you, Maxwell, and
4   Virginia had sexual contact together?
5            MR. PAGLIUCA:  Object to form and
6      foundation.
7            THE WITNESS:  Fifth.
8   BY MR. CASSELL:
9      Q.  On multiple occasions you and Maxwell
10  jointly participated in sexual abuse of Virginia,
11  true?
12           MR. PAGLIUCA:  Object to form and
13     foundation.
14           THE WITNESS:  Fifth.
15  BY MR. CASSELL:
16     Q.  Have you and Maxwell ever jointly
17  participated in the sexual abuse of Virginia?
18           MR. PAGLIUCA:  Object to form and
19     foundation.
20           THE WITNESS:  Fifth.
21  BY MR. CASSELL:
22     Q.  How many times have you and Maxwell jointly
23  participated in the sexual abuse of Virginia?
24           MR. PAGLIUCA:  Object to form and
25     foundation.
```



Page 78

```
1              J. Epstein - Confidential
2          THE WITNESS:  Fifth.
3    BY MR. CASSELL:
4      Q.   Your understanding of all the facts in this
5    case is that Maxwell was lying when she denied sexual
6    abuse of Virginia, true?
7          MR. PAGLIUCA:  Objection to form and
8    foundation.
9          THE WITNESS:  Fifth.
10   BY MR. CASSELL:
11     Q.   If Maxwell had told the truth in her
12   deposition, she would have admitted to sexually
13   abusing Virginia, true?
14         MR. PAGLIUCA:  Objection to form and
15   foundation.
16         THE WITNESS:  Fifth.
17   BY MR. CASSELL:
18     Q.   When you and Maxwell were jointly sexually
19   abusing Virginia, who were the witnesses to that
20   activity?
21         MR. PAGLIUCA:  Object to form and
22   foundation.
23         THE WITNESS:  Fifth.
24   BY MR. CASSELL:
25     Q.   It's true, sir, that when you and Maxwell
```

Page 79

```
1              J. Epstein - Confidential
2    were jointly sexually abusing Virginia, you two were
3    the only two witnesses who could see what was going
4    on?
5          MR. PAGLIUCA:  Object to form and
6    foundation.
7          THE WITNESS:  Fifth.
8    BY MR. CASSELL:
9      Q.   Are there any other witnesses I should call
10   to try to depose and talk to to see whether you and
11   Maxwell were jointly sexually abusing Virginia?
12         MR. PAGLIUCA:  Object to form and
13   foundation.
14         THE WITNESS:  Fifth.
15   BY MR. CASSELL:
16     Q.   How many times did you and Maxwell have sex
17   with Virginia?
18         MR. PAGLIUCA:  Object to form and
19   foundation.
20         THE WITNESS:  Fifth.
21
22   BY MR. CASSELL:
23     Q.   How many times did you have sex with
24   Virginia?
25         MR. PAGLIUCA:  Object to form and
```

Page 80

```
1              J. Epstein - Confidential
2    foundation.
3          THE WITNESS:  Fifth.
4    BY MR. CASSELL:
5      Q.   How many times, to your knowledge, did
6    Maxwell have sex with Virginia?
7          MR. PAGLIUCA:  Object to form and
8    foundation.
9          THE WITNESS:  Fifth.
10   BY MR. CASSELL:
11     Q.   Sir, it's true that you had sex with
12   Virginia dozens if not hundreds of times; isn't that
13   true?
14         MR. PAGLIUCA:  Object to form and
15   foundation.
16         THE WITNESS:  Fifth.
17   BY MR. CASSELL:
18     Q.   And to your knowledge, Maxwell had sex with
19   Virginia dozens and dozens of times, true?
20         MR. PAGLIUCA:  Objection to form and
21   foundation.
22         THE WITNESS:  Fifth.
23   BY MR. CASSELL:
24     Q.   What years did you and Maxwell have sex
25   with Virginia?
```

Page 81

```
1              J. Epstein - Confidential
2          MR. PAGLIUCA:  Object to form and
3    foundation.
4          THE WITNESS:  Fifth.
5    BY MR. CASSELL:
6      Q.   It's true that you and Maxwell had sex with
7    Virginia in the year 2000, true?
8          MR. PAGLIUCA:  Object to form and
9    foundation.
10         THE WITNESS:  Fifth.
11   BY MR. CASSELL:
12     Q.   It's true that you and Maxwell had sex with
13   Virginia in the year 2001, true?
14         MR. PAGLIUCA:  Object to forma and
15   foundation.
16         THE WITNESS:  Fifth.
17   BY MR. CASSELL:
18     Q.   You had sex with Virginia repeatedly when
19   she was under the age of 18, true?
20         MR. PAGLIUCA:  Object to form and
21   foundation.
22         THE WITNESS:  Fifth.
23   BY MR. CASSELL:
24     Q.   You also had sex with Virginia when she was
25   under the age of 17, true?
```



Page 82

1      J. Epstein - Confidential
2          MR. PAGLIUCA:  Object to form and
3      foundation.
4          THE WITNESS:  Fifth.
5      BY MR. CASSELL:
6          Q.  You had sex with Virginia when she was
7      16 years old, true?
8          MR. PAGLIUCA:  Object to form and
9      foundation.
10         THE WITNESS:  Fifth.
11     BY MR. CASSELL:
12         Q.  Maxwell had sex with Virginia when she was
13     16, true?
14         MR. PAGLIUCA:  Object to form and
15     foundation.
16         THE WITNESS:  Fifth.
17     BY MR. CASSELL:
18         Q.  Maxwell had sex with Virginia when she was
19     17, true?
20         MR. PAGLIUCA:  Object to form and
21     foundation.
22         THE WITNESS:  Fifth.
23         MR. CASSELL:  If I could just confer
24     with counsel for a moment.
25         (A discussion was held off the record.)

Page 83

1      J. Epstein - Confidential
2      BY MR. CASSELL:
3          Q.  You have a sexual preference for having sex
4      with girls between the ages of 12 to 17, true?
5          MR. PAGLIUCA:  Object to form and
6      foundation.
7          THE WITNESS:  Fifth.
8      BY MR. CASSELL:
9          Q.  Between 2000 and 2005, you sexually abused
10     more than 100 girls under the age of 18 in Florida,
11     true?
12         MR. PAGLIUCA:  Object to form and
13     foundation.
14         THE WITNESS:  Fifth.
15     BY MR. CASSELL:
16         Q.  Between 2000 and 2005, you also sexually
17     abused dozens of girls in other locations as well,
18     true?
19         MR. PAGLIUCA:  Objection to form and
20     foundation.
21         THE WITNESS:  Fifth.
22     BY MR. CASSELL:
23         Q.  In about 2002, you and Maxwell asked
24     Virginia to carry a baby for the two of you, true?
25         MR. PAGLIUCA:  Object to form and

Page 84

1      J. Epstein - Confidential
2      foundation.
3          THE WITNESS:  Fifth.
4      BY MR. CASSELL:
5          Q.  When you asked Virginia to carry a baby for
6      you, part of your proposal was for her to turn the
7      baby over to the two of youth -- to the two of you at
8      the end of the pregnancy, true?
9          MR. PAGLIUCA:  Object to form and
10     foundation.
11         THE WITNESS:  Fifth.
12     BY MR. CASSELL:
13         Q.  In about June or July of 2001, you and
14     Maxwell took Virginia to a hospital in New York City
15     because of a problem she was having with vaginal
16     bleeding, true?
17         MR. PAGLIUCA:  Object to form and
18     foundation.
19         THE WITNESS:  Fifth.
20     BY MR. CASSELL:
21         Q.  When you and Maxwell took Virginia to the
22     hospital, the two of you lied to the hospital to make
23     her age 18 rather than 17, true?
24         MR. PAGLIUCA:  Object to form and
25     foundation.

Page 85

1      J. Epstein - Confidential
2          THE WITNESS:  Fifth.
3      BY MR. CASSELL:
4          Q.  You and Maxwell have had so-called
5      threesomes, i.e., sexual activity with three people
6      at the same time, with multiple girls who were under
7      the age of 18, true?
8          MR. PAGLIUCA:  Object to form and
9      foundation.
10         THE WITNESS:  Fifth.
11     BY MR. CASSELL:
12         Q.  Many of these threesomes occurred in
13     Florida, true?
14         MR. PAGLIUCA:  Object to form and
15     foundation.
16         THE WITNESS:  Fifth.
17     BY MR. CASSELL:
18         Q.  You and Maxwell have also participated in
19     sex orgies with Virginia, true?
20         MR. PAGLIUCA:  Objection to form and
21     foundation.
22         THE WITNESS:  Fifth.
23     BY MR. CASSELL:
24         Q.  You and Maxwell participated in sex orgies
25     with Virginia while she was under the age of 18,



Page 86

1           J. Epstein - Confidential
2    true?
3           MR. PAGLIUCA:  Object to form and
4    foundation.
5           THE WITNESS:  Fifth.
6    BY MR. CASSELL:
7       Q.  You and Maxwell participated in sex orgies
8    with many other girls, true?
9           MR. PAGLIUCA:  Object to form and
10   foundation.
11          THE WITNESS:  Fifth.
12          THE COURT REPORTER:  Excuse me.  Can we
13   go off the record?  I'm sorry.
14          VIDEO TECHNICIAN:  Off the record at
15   9:39 a.m.
16          (A discussion was held off the record.)
17          VIDEO TECHNICIAN:  On the record at
18   9:41.
19   BY MR. CASSELL:
20      Q.  Sir, without regard to any conduct that you
21   may or may not have committed, what do you understand
22   the word "orgy" to mean?
23      A.  Fifth.
24      Q.  Sir, in the summer of 2000, you first met
25   Miss Virginia Giuffre in your Palm Beach mansion,

Page 87

1           J. Epstein - Confidential
2    true?
3           MR. PAGLIUCA:  Object to form and
4    foundation.
5           THE WITNESS:  Fifth.
6    BY MR. CASSELL:
7       Q.  Ms. Maxwell was the person who first
8    introduced you to Virginia, true?
9           MR. PAGLIUCA:  Object to form and
10   foundation.
11          THE WITNESS:  Fifth.
12   BY MR. CASSELL:
13      Q.  At the time, Virginia was just 16 years
14   old, true?
15          MR. PAGLIUCA:  Object to form and
16   foundation.
17          THE WITNESS:  Fifth.
18   BY MR. CASSELL:
19      Q.  When you first met Miss Giuffre -- and I
20   guess I'll refer to as Virginia for the rest of these
21   questions -- her physical appearance to you was that
22   she was only 16 years old, true?
23          MR. PAGLIUCA:  Object to form and
24   foundation.
25          THE WITNESS:  Fifth.

Page 88

1           J. Epstein - Confidential
2    BY MR. CASSELL:
3       Q.  The reason Maxwell introduced Virginia to
4    you was so that you could have sex with Virginia,
5    true?
6           MR. PAGLIUCA:  Object to form and
7    foundation.
8           THE WITNESS:  Fifth.
9    BY MR. CASSELL:
10      Q.  In fact, on a number of occasions in 2000
11   and 2001, both you and Maxwell simultaneously had sex
12   with Virginia, true?
13          MR. PAGLIUCA:  Object to form and
14   foundation.
15          THE WITNESS:  Fifth.
16   BY MR. CASSELL:
17      Q.  Without going into detail, please describe
18   the nature of the sex acts that you performed on
19   Virginia in 2000 and 2001?
20          MR. PAGLIUCA:  Object to form and
21   foundation.
22          THE WITNESS:  Fifth.
23   BY MR. CASSELL:
24      Q.  Without going into detail, please describe
25   the nature of the sex acts that you observed Maxwell

Page 89

1           J. Epstein - Confidential
2    perform on Virginia in 2000 and 2001.
3           MR. PAGLIUCA:  Object to form and
4    foundation.
5           THE WITNESS:  Fifth.
6    BY MR. CASSELL:
7       Q.  In the fall of 2000, you and Maxwell
8    trained Virginia on how to cater to the sexual
9    desires of your male friends, true?
10          MR. PAGLIUCA:  Object to form and
11   foundation.
12          THE WITNESS:  Fifth.
13   BY MR. CASSELL:
14      Q.  And from 2000 through 2002, you forced
15   Virginia to interact sexually with many of your male
16   friends, true?
17          MR. PAGLIUCA:  Object to form and
18   foundation.
19          THE WITNESS:  Fifth.
20   BY MR. CASSELL:
21      Q.  From 2000 through 2001, you forced Virginia
22   to sexually interact with Harvard Law Professor,
23   Alan Dershowitz?
24          MR. PAGLIUCA:  Object to form and
25   foundation.



Page 90

1      J. Epstein - Confidential
2      THE WITNESS: Fifth.
3  BY MR. CASSELL:
4      Q.  It would be a fair statement to describe
5  Virginia's situation from the fall of 2000 through
6  July 2001 as your sex slave, true?
7      MR. PAGLIUCA:  Object to form and
8  foundation.
9      THE WITNESS: Fifth.
10  BY MR. CASSELL:
11     Q.  You understand the term "sex slave," don't
12  you, sir?
13     MR. PAGLIUCA:  Object to form and
14  foundation.
15     THE WITNESS: Fifth.
16  BY MR. CASSELL:
17     Q.  Without to regard to any conduct that you
18  may or may not have committed, what does the term
19  "sex slave" mean to you?
20     A.  Fifth.
21     (Plaintiff's Exhibit JE2, Document with
22  titles of books was marked for identification.)
23  BY MR. CASSELL:
24     Q.  I'm going to show you what I'll mark as
25  JE2.

Page 91

1      J. Epstein - Confidential
2      A.  Are you finished with this?
3      Q.  Yeah.  We're through with that now.
4      You recognize the books listed on this
5  document, don't you, sir?
6      MR. PAGLIUCA:  Object to form and
7  foundation.
8      THE WITNESS: Fifth.
9  BY MR. CASSELL:
10     Q.  The first book listed here as being sold by
11  Amazon is "Slave Craft: Road Maps For Erotic
12  Servitude, Principles, Skills, and Tools."
13     Do you see that, sir?
14     A.  Yes.
15     Q.  That was a book you ordered, sir, true?
16     MR. PAGLIUCA:  Object to form and
17  foundation.
18     THE WITNESS: Fifth.
19  BY MR. CASSELL:
20     Q.  The second book listed here is "Training
21  With Ms. Abernathy.  A Workbook For Erotic Slaves and
22  Their Owners."
23     Do you see that there, sir?
24     A.  Yes.
25     Q.  That was another book that you ordered,

Page 92

1      J. Epstein - Confidential
2  true?
3      MR. PAGLIUCA:  Object to form and
4  foundation.
5      THE WITNESS: Fifth.
6  BY MR. CASSELL:
7      Q.  You relied on the Defendant in this case,
8  Ghislaine Maxwell, to keep Virginia available for to
9  you sexually abuse, true?
10     MR. PAGLIUCA:  Object to form and
11  foundation.
12     THE WITNESS:  Are we finished with
13  this?
14  BY MR. CASSELL:
15     Q.  Yes.
16     MR. CASSELL:  Did we get an answer to
17  -- to that?
18     MR. PAGLIUCA:  Yes, you did.  We did
19  not?
20     MR. GOLDBERGER:  Yes.  I thought he
21  said the Fifth.
22  BY MR. CASSELL:
23     Q.  Let me just re-ask the question, because
24  it's an important one.
25     Sir, you relayed on the Defendant in this

Page 93

1      J. Epstein - Confidential
2  case, Ms. Maxwell, to keep Virginia available --
3  available for you to sexually abuse, true?
4      MR. PAGLIUCA:  Objection to the form
5  and foundation.
6      THE WITNESS: Fifth.
7  BY MR. CASSELL:
8      Q.  What did Miss Maxwell do for you in the
9  years 2001 and 2001?
10     MR. PAGLIUCA:  Object to form and
11  foundation.
12     THE WITNESS: Fifth.
13  BY MR. CASSELL:
14     Q.  Please briefly describe the nature of the
15  interactions you observed between the Defendant in
16  this case, Ms. Maxwell, and the Plaintiff in this
17  case, Ms. Virginia Roberts, from -- Miss Virginia
18  Roberts Giuffre, from the fall of 2000 through the
19  summer of 2001.
20     MR. PAGLIUCA:  Object to form and
21  foundation.
22     THE WITNESS: Fifth.
23  BY MR. CASSELL:
24     Q.  The reason you're taking the Fifth, with
25  regard to Maxwell's interactions, is that she was



Page 94

```
1          J. Epstein - Confidential
2  involved in the sexual abuse of Virginia, true?
3          MR. PAGLIUCA:  Object to form and
4  foundation.
5          THE WITNESS:  Fifth.
6  BY MR. CASSELL:
7     Q.  Please describe the massage room upstairs
8  in your Palm Beach mansion.
9          MR. PAGLIUCA:  Object to form and
10  foundation.
11          THE WITNESS:  Fifth.
12  BY MR. CASSELL:
13     Q.  It's true, sir, that you do have a massage
14  room upstairs in your Palm Beach mansion, right?
15          MR. PAGLIUCA:  Object to form and
16  foundation.
17          THE WITNESS:  Fifth.
18  BY MR. CASSELL:
19     Q.  What kinds of rooms do you have upstairs in
20  your Palm Beach mansion?
21          MR. PAGLIUCA:  Object to form and
22  foundation.
23          THE WITNESS:  Fifth.
24  BY MR. CASSELL:
25     Q.  In that massage room, Maxwell kept a basket
```

Page 95

```
1          J. Epstein - Confidential
2  of sex toys, true?
3          MR. PAGLIUCA:  Object to form and
4  foundation.
5          THE WITNESS:  Fifth.
6  BY MR. CASSELL:
7     Q.  And if we narrow the time frame down to the
8  years 2000 and 2001, Maxwell had a basket of sex toys
9  there, true?
10          MR. PAGLIUCA:  Object to form and
11  foundation.
12          THE WITNESS:  Fifth.
13  BY MR. CASSELL:
14     Q.  Maxwell used sex toys on Virginia in your
15  presence, true?
16          MR. PAGLIUCA:  Object to form and
17  foundation.
18          THE WITNESS:  Fifth.
19  BY MR. CASSELL:
20     Q.  What is your understanding of the term "sex
21  toy" without regard to any conduct that you may or
22  may not have committed in the past?
23     A.  Fifth.
24     Q.  Before August 2001, Maxwell forcibly
25  penetrated Virginia with an artificial penis or dildo
```

Page 96

```
1          J. Epstein - Confidential
2  in your presence, true?
3          MR. PAGLIUCA:  Object to form and
4  foundation.
5          THE WITNESS:  Fifth.
6  BY MR. CASSELL:
7     Q.  You and Maxwell flew together with Virginia
8  over 20 times when Virginia was under the age of 18,
9  true?
10          MR. PAGLIUCA:  Object to form and
11  foundation.
12          THE WITNESS:  Fifth.
13  BY MR. CASSELL:
14     Q.  How many times did you and Maxwell fly
15  together with Virginia before August of 2001?
16          MR. PAGLIUCA:  Object to form and
17  foundation.
18          THE WITNESS:  Fifth.
19  BY MR. CASSELL:
20     Q.  You and Maxwell trafficked Virginia while
21  she was under the age of 17 to other men for sexual
22  purposes, true?
23          MR. PAGLIUCA:  Object to form and
24  foundation.
25          THE WITNESS:  Fifth.
```

Page 97

```
1          J. Epstein - Confidential
2  BY MR. CASSELL:
3     Q.  During the period of time 2000 to 2001, you
4  were having sex as many as three times a day, true?
5          MR. PAGLIUCA:  Object to form and
6  foundation.
7          THE WITNESS:  Fifth.
8  BY MR. CASSELL:
9     Q.  And during that time period, Maxwell was
10  bringing girls to you to take the pressure off her to
11  have that much sex, true?
12          MR. PAGLIUCA:  Object to form and
13  foundation.
14          THE WITNESS:  Fifth.
15  BY MR. CASSELL:
16     Q.  You and Maxwell asked girls under the age
17  of 18 to bring other girls under the age of 18 to you
18  for sexual purposes, true?
19          MR. PAGLIUCA:  Objection to form and
20  foundation.
21          THE WITNESS:  Fifth.
22          Can I have some water?
23          MR. CASSELL:  Uh-huh.
24  BY MR. CASSELL:
25     Q.  Maxwell was in charge of coordinating the
```



1              J. Epstein - Confidential
2    girls who came to your house for sexual purposes,
3    true?
4             MR. PAGLIUCA:  Object to form and
5    foundation.
6             THE WITNESS:  Fifth.
7    BY MR. CASSELL:
8        Q.   Maxwell and your house staff used message
9    pads to coordinate the schedule for the girls coming
10   over to your houses, true?
11            MR. PAGLIUCA:  Object to form and
12   foundation.
13            THE WITNESS:  Fifth.
14   BY MR. CASSELL:
15       Q.   Maxwell often paid the girls who came over
16   to your house for sexual purposes, true?
17            MR. PAGLIUCA:  Object to form and
18   foundation.
19            THE WITNESS:  Fifth.
20   BY MR. CASSELL:
21       Q.   Who paid the girls who came over to your
22   house for sexual purposes?
23            MR. PAGLIUCA:  Object to form and
24   foundation.
25            THE WITNESS:  Fifth.

1              J. Epstein - Confidential
2    BY MR. CASSELL:
3        Q.   Maxwell used the prospect that girls could
4    become models for Victoria's Secret to lure them over
5    to your house, true?
6             MR. PAGLIUCA:  Object to form and
7    foundation.
8             THE WITNESS:  Fifth.
9    BY MR. CASSELL:
10       Q.   How did you lure girls over to your house
11   for sexual purposes?
12            MR. PAGLIUCA:  Object to form and
13   foundation.
14            THE WITNESS:  Fifth.
15   BY MR. CASSELL:
16       Q.   What techniques did you see Maxwell using
17   to lure girls over to your house for sexual purposes?
18            MR. PAGLIUCA:  Object to form and
19   foundation.
20            THE WITNESS:  Fifth.
21   BY MR. CASSELL:
22       Q.   On or about March 9th, 2001, you, the
23   Defendant in this case, Ms. Maxwell, Emmie Taylor,
24   and Virginia flew on your private jet from Tangiers
25   to Luton International Airport in the London, England

1              J. Epstein - Confidential
2    metropolitan area?
3             MR. PAGLIUCA:  Object to form and
4    foundation.
5             THE WITNESS:  Fifth.
6    BY MR. CASSELL:
7        Q.   On that trip you stayed in London at
8    Maxwell's flat, true?
9             MR. PAGLIUCA:  Object to form and
10   foundation.
11            THE WITNESS:  Fifth.
12   BY MR. CASSELL:
13       Q.   At that time, it would be a fair assessment
14   to say that Maxwell was your girlfriend, true?
15            MR. PAGLIUCA:  Object to form and
16   foundation.
17            THE WITNESS:  Fifth.
18   BY MR. CASSELL:
19       Q.   In March of 2001, who was your girlfriend?
20       A.   Fifth.
21       Q.   During that trip, in March of 2001,
22   Maxwell, Virginia, and Prince Andrew, that is, the
23   Duke of York, all met at night inside Maxwell's flat,
24   true?
25            MR. PAGLIUCA:  Object to form and

1              J. Epstein - Confidential
2    foundation.
3             THE WITNESS:  Fifth.
4    BY MR. CASSELL:
5        Q.   Did you meet Prince Andrew, the Duke of
6    York, in about March of 2001 in London?
7        A.   Fifth.
8             MR. CASSELL:  I guess we'll mark this
9    as JE3.
10            (Plaintiff's Exhibit JE3, Photograph
11   depicting Prince Andrew, Maxwell, and Virginia was
12   marked for identification.)
13            MR. CASSELL:  I've got copies for
14   opposing counsel here.
15            MR. GOLDBERGER:  Thank you.
16   BY MR. CASSELL:
17       Q.   Showing you what's been marked as JE3.  Do
18   you have that in front of you, sir?
19       A.   Yes.
20       Q.   Do you recognize that photograph?
21            MR. PAGLIUCA:  Object to form and
22   foundation.
23            THE WITNESS:  Fifth.
24   BY MR. CASSELL:
25       Q.   Sir, this is a photograph depicting



Page 102

```
1            J. Epstein - Confidential
2  Prince Andrew, Maxwell, and Virginia all together,
3  true?
4        MR. PAGLIUCA:  Object to form and
5     foundation.
6        THE WITNESS:  Fifth.
7  BY MR. CASSELL:
8     Q.  You took this photograph, right, sir?
9        MR. PAGLIUCA:  Object to form and
10    foundation.
11       THE WITNESS:  Fifth.
12 BY MR. CASSELL:
13    Q.  Who took this photograph?
14    A.  Fifth.
15    Q.  If you look at the person on the left, the
16 male figure in the photograph, do you see that person
17 there?
18    A.  Yes.
19    Q.  That person has his arm around the bare
20 midriff of a young girl, true?
21       MR. PAGLIUCA:  Object to form and
22    foundation.
23       THE WITNESS:  Yes.
24 BY MR. PAGLIUCA:
25    Q.  That's Prince Andrew's arm around the waist
```

Page 103

```
1            J. Epstein - Confidential
2  of Virginia touching her bare midriff, true?
3        MR. PAGLIUCA:  Object to form and
4     foundation.
5        THE WITNESS:  Fifth.
6  BY MR. CASSELL:
7     Q.  The only persons inside of Maxwell's flat
8  at this time, in addition to you and Maxwell, were
9  Virginia and Prince Andrew, true?
10       MR. PAGLIUCA:  Object to form and
11    foundation.
12       THE WITNESS:  Fifth.
13 BY MR. CASSELL:
14    Q.  Where was this photograph taken?
15       MR. PAGLIUCA:  Object to foundation.
16       THE WITNESS:  Fifth.
17 BY MR. CASSELL:
18    Q.  This photograph was taken in Maxwell's flat
19 in London, true?
20       MR. PAGLIUCA:  Object to form and
21    foundation.
22       THE WITNESS:  Fifth.
23 BY MR. CASSELL:
24    Q.  You immediately recognized where this
25 picture was taken, didn't you, sir?
```

Page 104

```
1            J. Epstein - Confidential
2        MR. PAGLIUCA:  Object to form and
3     foundation.
4        THE WITNESS:  Fifth.
5  BY MR. CASSELL:
6     Q.  And based on your understanding of the
7  circumstances surround the taking -- surrounding the
8  taking of this photograph, Ms. Maxwell would have
9  immediately identified who was in this photograph and
10 where it was taken, true?
11       MR. PAGLIUCA:  Object to form and
12    foundation.
13       THE WITNESS:  Could you repeat that
14    question?  I'm sorry.  Could you repeat that
15    question?
16 BY MR. CASSELL:
17    Q.  And based on your understanding of the
18 circumstances surrounding the taking of this
19 photograph, Ms. Maxwell would have immediately
20 identified who was in this photograph, true?
21       MR. PAGLIUCA:  Same objection.
22       THE WITNESS:  Fifth.
23 BY MR. CASSELL:
24    Q.  And based on your understanding of the
25 circumstances surrounding the taking of this
```

Page 105

```
1            J. Epstein - Confidential
2  photograph, Ms. Maxwell would have immediately
3  identified where this photograph was taken, true?
4        MR. PAGLIUCA:  Same objection.
5        THE WITNESS:  Fifth.
6  BY MR. CASSELL:
7     Q.  The only persons -- I think we may have
8  already asked this.  Let's see.  Let me just ask this
9  to make sure.
10       The only persons inside of Maxwell's flat
11 at that time, in addition to you and Maxwell, were
12 Virginia and Prince Andrew, true?
13       MR. PAGLIUCA:  Form -- form and
14    foundation.  Asked and answered.
15       THE WITNESS:  Fifth.
16 BY MR. CASSELL:
17    Q.  Prince Andrew's security detail remained
18 outside of Maxwell's flat when this photograph was
19 taken, true?
20       MR. PAGLIUCA:  Object to form and
21    foundation.
22       THE WITNESS:  Fifth.
23 BY MR. CASSELL:
24    Q.  Shortly after this photograph was taken,
25 you and Maxwell both observed Prince Andrew and
```



Page 106

```
 1          J. Epstein - Confidential
 2   Virginia go into the room depicted in the back of the
 3   photograph, true?
 4          MR. PAGLIUCA:  Object to form and
 5   foundation.
 6          THE WITNESS:  Fifth.
 7   BY MR. CASSELL:
 8      Q.   And in this photograph, you do see a room
 9   depicted in the back?
10      A.   Fifth.
11      Q.   You're taking the Fifth about what is shown
12   in this photograph?
13      A.   I -- I can't see anything.  I'm sorry.
14          MR. GOLDBERGER:  Okay.  So it's -- so
15      we're not -- we're not raising Fifth
16      Amendment privilege.
17          You cannot -- your answer is, you
18      cannot see what Mr. Cassell is referring to?
19          THE WITNESS:  Correct.
20          MR. GOLDBERGER:  Okay.
21   BY MR. CASSELL:
22      Q.   Do you see a window depicted in this
23   photograph?
24      A.   I don't know what it is.  I'm sorry.
25      Q.   Do you see a white light reflecting off of
```

Page 107

```
 1          J. Epstein - Confidential
 2   a blue surface in this photograph?
 3      A.   Yes.
 4      Q.   Does that appear to you to be a window?
 5      A.   Not necessarily, no.
 6          MR. GOLDBERGER:  Why don't you just
 7      assume arguendo that -- that that -- what --
 8      what you're trying to have Mr. Epstein
 9      identify is a room, and then we can go on
10      from there.
11          MR. CASSELL:  All right.
12   BY MR. CASSELL:
13      Q.   That room is a bedroom in Ms. Maxwell's
14   flat, true?
15          MR. PAGLIUCA:  Object to the form and
16      foundation.
17          THE WITNESS:  Fifth.
18   BY MR. CASSELL:
19      Q.   You and Maxwell instructed Virginia to have
20   sex with Prince Andrew, true?
21          MR. PAGLIUCA:  Object to form and
22      foundation.
23          THE WITNESS:  Fifth.
24   BY MR. CASSELL:
25      Q.   In fact, it would be a fair assessment of
```

Page 108

```
 1          J. Epstein - Confidential
 2   all the circumstances surrounding this situation to
 3   say that you forced Virginia to have sex with
 4   Prince Andrew?
 5          MR. PAGLIUCA:  Object to form and
 6      foundation.
 7          THE WITNESS:  Fifth.
 8   BY MR. CASSELL:
 9      Q.   What would have happened to Virginia if she
10   had refused to have sex with Prince Andrew?
11          MR. PAGLIUCA:  Object to form and
12      foundation.
13          THE WITNESS:  Fifth.
14   BY MR. CASSELL:
15      Q.   At the time Virginia retired to the bedroom
16   with Prince Andrew, Maxwell was in possession and
17   control of Virginia's U.S. pass -- passport, true?
18          MR. PAGLIUCA:  Object to form and
19      foundation.
20          THE WITNESS:  Fifth.
21   BY MR. CASSELL:
22      Q.   Who had Virginia's passport when she
23   entered England?
24          MR. PAGLIUCA:  Object to form and
25      foundation.
```

Page 109

```
 1          J. Epstein - Confidential
 2          THE WITNESS:  Fifth.
 3   BY MR. CASSELL:
 4      Q.   After she was inside of English territory,
 5   who main con- -- remained in control of her passport?
 6          MR. PAGLIUCA:  Object to form and
 7      foundation.
 8          THE WITNESS:  Fifth.
 9   BY MR. CASSELL:
10      Q.   Virginia was 17 years old at this time,
11   true?
12      A.   Fifth.
13          MR. PAGLIUCA:  Object to form and
14      foundation.
15          THE WITNESS:  Sorry.  Fifth.
16   BY MR. CASSELL:
17      Q.   It was your understanding that
18   Prince Andrew and Virginia was retiring to this
19   bedroom to have sex, true?
20          MR. PAGLIUCA:  Object to form and
21      foundation.
22          THE WITNESS:  Fifth.
23   BY MR. CASSELL:
24      Q.   What did you understand Virginia and
25   Prince Andrew to be doing that evening?
```



Page 110

```
1              J. Epstein - Confidential
2          MR. PAGLIUCA:  Object to foundation.
3          THE WITNESS:  Fifth.
4    BY MR. CASSELL:
5          Q.  Shortly after Prince Andrew and Virginia
6    had sex, Virginia gave you a full report about the
7    details of the sex, true?
8          MR. PAGLIUCA:  Object to form and
9    foundation.
10         THE WITNESS:  Fifth.
11   BY MR. CASSELL:
12         Q.  Did Virginia tell you anything after this
13   photograph was taken about Prince Andrew?
14         MR. PAGLIUCA:  Object to foundation.
15         THE WITNESS:  Fifth.
16   BY MR. CASSELL:
17         Q.  Did Prince Andrew tell you anything about
18   what he had done with Virginia in the room?
19         MR. PAGLIUCA:  Object to form and
20   foundation.
21         THE WITNESS:  Fifth.
22   BY MR. CASSELL:
23         Q.  Isn't it true, sir, that Prince Andrew
24   thanked you for making Virginia available to him for
25   sexual purposes?
```

Page 111

```
1              J. Epstein - Confidential
2          MR. PAGLIUCA:  Object to form and
3    foundation.
4          THE WITNESS:  Fifth.
5    BY MR. CASSELL:
6          Q.  You had previously instructed Virginia that
7    she had to give you a full report on the details of
8    what men like Prince Andrew did to her so that you
9    would have blackmail material you could use, true?
10         MR. PAGLIUCA:  Object to form and
11   foundation.
12         THE WITNESS:  Fifth.
13   BY MR. CASSELL:
14         Q.  What instructions, if any, had you given to
15   Virginia about what she should say after she had sex
16   with men?
17         MR. PAGLIUCA:  Object to foundation.
18         THE WITNESS:  Fifth.
19   BY MR. CASSELL:
20         Q.  What did you do with the information that
21   Virginia gave you after she had sex with men?
22         MR. PAGLIUCA:  Object to form and
23   foundation.
24         THE WITNESS:  Fifth.
25
```

Page 112

```
1              J. Epstein - Confidential
2    BY MR. CASSELL:
3          Q.  What, if anything, did you do with the
4    information that Virginia gave you after you had
5    sex -- after she had sex with men?
6          MR. PAGLIUCA:  Object to form and
7    foundation.
8          THE WITNESS:  Fifth.
9    BY MR. CASSELL:
10         Q.  Approximately the next day after this
11   photograph was taken, you made Virginia report to you
12   in detail about Prince Andrew's sexual preferences,
13   true?
14         MR. PAGLIUCA:  Object to form and
15   foundation.
16         THE WITNESS:  Fifth.
17   BY MR. CASSELL:
18         Q.  What, if anything, do you know about
19   Prince Andrew's sexual preferences?
20         MR. PAGLIUCA:  Object to foundation.
21         THE WITNESS:  Fifth.
22   BY MR. CASSELL:
23         Q.  We can go into the details if this would
24   help refresh your memory, but isn't it true that
25   Virginia recounted specific behavior that
```

Page 113

```
1              J. Epstein - Confidential
2    Prince Andrew requested before sexual intercourse?
3          MR. PAGLIUCA:  Object to form and
4    foundation.
5          THE WITNESS:  Fifth.
6    BY MR. CASSELL:
7          Q.  The reason you asked for a detailed review
8    of Prince Andrew's sexual activities was so that you
9    would have blackmail information about him, true?
10         MR. PAGLIUCA:  Object to form.  Asked
11   and answered.
12         THE WITNESS:  Fifth.
13   BY MR. CASSELL:
14         Q.  Why did you ask for a detailed review of
15   Prince Andrew's sexual activities?
16         MR. PAGLIUCA:  Object to form and
17   foundation.
18         THE WITNESS:  Fifth.
19   BY MR. CASSELL:
20         Q.  You had previously told Virginia it was
21   part of her job to give you detailed information
22   about the men that you and Maxwell forced her to have
23   sex with, true?
24         MR. PAGLIUCA:  Object to form and
25   foundation.
```



Page 114

1          J. Epstein - Confidential
2          THE WITNESS:  Fifth.
3     BY MR. CASSELL:
4        Q.  When Virginia had sex with men that you
5     forced upon her, what was her job?
6          MR. PAGLIUCA:  Object to form and
7     foundation.
8          THE WITNESS:  Fifth.
9     BY MR. CASSELL:
10       Q.  What would have happened to Virginia if she
11    had refused your request to have sex with men?
12         MR. PAGLIUCA:  Objection to form and
13    foundation.
14         THE WITNESS:  Fifth.
15    BY MR. CASSELL:
16       Q.  Isn't it true, sir, that you would have
17    threatened Virginia and, in fact, potentially harmed
18    her if she refused to have sex with the men you
19    provided to her?
20         MR. PAGLIUCA:  Object to form and
21    foundation.
22         THE WITNESS:  Fifth.
23    BY MR. CASSELL:
24       Q.  What kind of threats did you make against
25    Virginia when she was with you?

Page 115

1          J. Epstein - Confidential
2          MR. PAGLIUCA:  Object to form and
3     foundation.
4          THE WITNESS:  Fifth.
5     BY MR. CASSELL:
6        Q.  Please describe all the threats you have
7     ever made against Virginia.
8          MR. PAGLIUCA:  Object to form and
9     foundation.
10         THE WITNESS:  Fifth.
11    BY MR. CASSELL:
12       Q.  Have you every made threats against
13    Virginia?
14       A.  Fifth.
15       Q.  At one point you told Virginia that you
16    needed detailed sexual information from the men she
17    had sex with so those men would owe you favors, true?
18         MR. PAGLIUCA:  Object to form and
19    foundation?
20         THE WITNESS:  Fifth.
21    BY MR. CASSELL:
22       Q.  When you provided Virginia to men to have
23    sex, they then did owe you favors, true?
24         MR. PAGLIUCA:  Object to form and
25    foundation.

Page 116

1          J. Epstein - Confidential
2          THE WITNESS:  Fifth.
3     BY MR. CASSELL:
4        Q.  In 2000, Virginia was approached by
5     Maxwell, true?
6          MR. PAGLIUCA:  Object to form and
7     foundation.
8          THE WITNESS:  Fifth.
9     BY MR. CASSELL:
10       Q.  Maxwell was one of the main women whom you
11    used to procure underage girls for sexual activities,
12    true?
13         MR. PAGLIUCA:  Object to form and
14    foundation.
15         THE WITNESS:  Fifth.
16    BY MR. CASSELL:
17       Q.  It was your understanding that Maxwell met
18    Virginia at the Mar-a-Lago Club in Palm Beach in
19    2000, true?
20         MR. PAGLIUCA:  Object to form and
21    foundation.
22         THE WITNESS:  Fifth.
23    BY MR. CASSELL:
24       Q.  In 2000, you were a member of the
25    Mar-a-Lago Club, true?

Page 117

1          J. Epstein - Confidential
2          MR. PAGLIUCA:  Object to form.
3          THE WITNESS:  Fifth.
4     BY MR. CASSELL:
5        Q.  In 2000, Ms. Maxwell had access to the
6     Mar-a-Lago Club, true?
7          MR. PAGLIUCA:  Object to form and
8     foundation.
9          THE WITNESS:  Fifth.
10    BY MR. CASSELL:
11       Q.  The reason Maxwell had access to the
12    Mar-a-Lago Club in 2000 was because of your
13    connections to the club, true?
14         MR. PAGLIUCA:  Object to form and
15    foundation.
16         THE WITNESS:  Fifth.
17    BY MR. CASSELL:
18       Q.  Maxwell was a primary co-conspirator in
19    your sexual abuse scheme, true?
20         MR. PAGLIUCA:  Object to form and
21    foundation.
22         THE WITNESS:  Fifth.
23    BY MR. CASSELL:
24       Q.  Maxwell was a primary co-conspirator in
25    your sex trafficking scheme, true?



Page 118

```
1           J. Epstein - Confidential
2        MR. PAGLIUCA:  Object to form and
3    foundation.
4        THE WITNESS:  Fifth.
5    BY MR. CASSELL:
6        Q.  Maxwell herself regularly participated in
7    your sexual exploitation of minors, true?
8        MR. PAGLIUCA:  Object to form and
9    found.
10       THE WITNESS:  Fifth.
11   BY MR. CASSELL:
12       Q.  In 2000, Maxwell herself regularly
13   participated in your sexual exploitation of minors,
14   true?
15       MR. PAGLIUCA:  Object to form and
16   foundation.
17       THE WITNESS:  Fifth.
18   BY MR. CASSELL:
19       Q.  Maxwell herself regularly participated in
20   your sexual exploitation of Virginia, true?
21       MR. PAGLIUCA:  Object to form and
22   foundation.
23       THE WITNESS:  Fifth.
24   BY MR. CASSELL:
25       Q.  Did Maxwell participate in your sexual
```

Page 119

```
1           J. Epstein - Confidential
2    exploitation of Virginia?
3        MR. PAGLIUCA:  Object to foundation.
4        THE WITNESS:  Fifth.
5        Can we take a break so I can stand up?
6        MR. CASSELL:  Sure.
7        VIDEO TECHNICIAN:  Off the record at
8    10:01.
9        (A recess was taken.)
10       VIDEO TECHNICIAN:  This is the
11   beginning of disc two.  On the record at
12   10:08.
13   BY MR. CASSELL:
14       Q.  Has Maxwell ever made any threats against
15   Virginia?
16       MR. PAGLIUCA:  Object to form and
17   foundation.
18       THE WITNESS:  Fifth.
19   BY MR. CASSELL:
20       Q.  It's true, sir, that Maxwell has threatened
21   Virginia, right?
22       MR. PAGLIUCA:  Object to form and
23   foundation.
24       THE WITNESS:  Fifth.
25
```

Page 120

```
1           J. Epstein - Confidential
2    BY MR. CASSELL:
3        Q.  Has Maxwell ever made any threats against
4    other girls that you interacted with?
5        MR. PAGLIUCA:  Object to form and
6    foundation.
7        THE WITNESS:  Fifth.
8    BY MR. CASSELL:
9        Q.  It's true, sir, that Maxwell has made
10   threats against other girls with whom you've
11   interacted?
12       MR. PAGLIUCA:  Object to form and
13   foundation.
14       THE WITNESS:  Fifth.
15   BY MR. CASSELL:
16       Q.  Has Maxwell ever told girls that they
17   should keep quiet about the sexual activities you
18   have had with them?
19       MR. PAGLIUCA:  Object to form and
20   foundation.
21       THE WITNESS:  Fifth.
22   BY MR. CASSELL:
23       Q.  It's true, sir, Maxwell has made threats
24   against girls to tell them or force -- sorry.  Let me
25   to start over.
```

Page 121

```
1           J. Epstein - Confidential
2        It's true, sir, that Maxwell has told girls
3    they should keep quiet about the sexual activities
4    you had with them, right?
5        MR. PAGLIUCA:  Object to form and
6    foundation.
7        THE WITNESS:  Fifth.
8    BY MR. CASSELL:
9        Q.  Has Maxwell ever told girls they should
10   keep quiet about the sexual activities she had with
11   them?
12       MR. PAGLIUCA:  Object to form and
13   foundation.
14       THE WITNESS:  Fifth.
15   BY MR. CASSELL:
16       Q.  It's true, sir, that Maxwell had told girls
17   they should keep quiet about the sexual activity she
18   had with them, right?
19       MR. PAGLIUCA:  Object to form and
20   foundation.
21       THE WITNESS:  Fifth.
22   BY MR. CASSELL:
23       Q.  What, if anything, did Maxwell tell
24   Virginia would happen to her if she refused your
25   demands to have sex?
```



Page 122

1        J. Epstein - Confidential
2            MR. PAGLIUCA:  Object to form and
3        foundation.
4            THE WITNESS:  Fifth.
5        BY MR. CASSELL:
6            Q.  Isn't it true, sir, that Maxwell threatened
7        Virginia if she refused to have sex with you?
8            MR. PAGLIUCA:  Object to form and
9        foundation.
10           THE WITNESS:  Fifth.
11       BY MR. CASSELL:
12           Q.  Maxwell regularly participated in your
13       sexual exploitation of Virginia, true?
14           MR. PAGLIUCA:  Object to form and
15       foundation.
16           THE WITNESS:  Fifth.
17       BY MR. CASSELL:
18           Q.  Maxwell persuaded Virginia to come to your
19       mansion in 2000, true?
20           MR. PAGLIUCA:  Object to form and
21       foundation.
22           THE WITNESS:  Fifth.
23       BY MR. CASSELL:
24           Q.  Virginia was 16 years old when Maxwell
25       persuaded her to come to your mansion, true?

Page 123

1        J. Epstein - Confidential
2            MR. PAGLIUCA:  Object to form and
3        foundation.
4            THE WITNESS:  Fifth.
5        BY MR. CASSELL:
6            Q.  The fashion in which Maxwell persuaded
7        Virginia to come to your mansion was similar to the
8        manner in which you coerced dozens of other children
9        to come to your mansion, true?
10           MR. PAGLIUCA:  Object to form and
11       foundation.
12           THE WITNESS:  Fifth.
13       BY MR. CASSELL:
14           Q.  When Virginia be- -- sorry.
15           When Virginia began giving you a massage,
16       you and Maxwell turned it into a sexual encounter,
17       true?
18           MR. PAGLIUCA:  Object to form and
19       foundation.
20           THE WITNESS:  Fifth.
21       BY MR. CASSELL:
22           Q.  You had done the same thing with many other
23       victims, true?
24           MR. PAGLIUCA:  Object to form and
25       foundation.

Page 124

1        J. Epstein - Confidential
2            THE WITNESS:  Fifth.
3        BY MR. CASSELL:
4            Q.  After you first sexually abused Virginia,
5        you became enamored with her, true?
6            MR. PAGLIUCA:  Object to form and
7        foundation.
8            THE WITNESS:  Fifth.
9        BY MR. CASSELL:
10           Q.  How did you feel about Virginia after you
11       first met her?
12           MR. PAGLIUCA:  Object to form and
13       foundation.
14           THE WITNESS:  Fifth.
15       BY MR. CASSELL:
16           Q.  With the assistance of Maxwell, you
17       converted Virginia into what is commonly referred to
18       as a sex slave, true?
19           MR. PAGLIUCA:  Object to form and
20       foundation.
21           THE WITNESS:  Fifth.
22       BY MR. CASSELL:
23           Q.  When you interacted with Virginia in 2000
24       and 2001, what were you doing with her?
25           MR. PAGLIUCA:  Object to form and

Page 125

1        J. Epstein - Confidential
2        foundation.
3            THE WITNESS:  Fifth.
4        BY MR. CASSELL:
5            Q.  You sexually exploited Virginia from the
6        summer of 2000 through about September 2002, true?
7            MR. PAGLIUCA:  Object to form and
8        foundation.
9            THE WITNESS:  Fifth.
10       BY MR. CASSELL:
11           Q.  In 2002, Virginia managed to escape to a
12       foreign country and hide from you, true?
13           MR. PAGLIUCA:  Object to form and
14       foundation.
15           THE WITNESS:  Fifth.
16       BY MR. CASSELL:
17           Q.  In 2002, when Virginia escaped, she was
18       also hiding from Maxwell, true?
19           MR. PAGLIUCA:  Object to form and
20       foundation.
21           THE WITNESS:  Fifth.
22       BY MR. CASSELL:
23           Q.  Why would Virginia have wanted to hide from
24       you in 2002?
25           MR. PAGLIUCA:  Object to form and



Page 126

```
1          J. Epstein - Confidential
2    foundation.
3          THE WITNESS:  Fifth.
4    BY MR. CASSELL:
5     Q.   Virginia was hiding from you because she
6    was afraid of you, true?
7          MR. PAGLIUCA:  Object to form and
8    foundation.
9          THE WITNESS:  Fifth.
10   BY MR. CASSELL:
11    Q.   Virginia was hiding from Maxwell because
12   she was afraid of Maxwell, true?
13         MR. PAGLIUCA:  Object to form and
14    foundation.
15         THE WITNESS:  Fifth.
16   BY MR. CASSELL:
17    Q.   From 2000 through 2002, you and Maxwell
18   sexually abused Virginia in Palm Beach, Florida,
19   true?
20         MR. PAGLIUCA:  Object to form and
21    foundation.
22         THE WITNESS:  Fifth.
23   BY MR. CASSELL:
24    Q.   From 2000 through 2002, you and Maxwell
25   sexually abused Virginia in New York City, true?
```

Page 127

```
1          J. Epstein - Confidential
2          MR. PAGLIUCA:  Object to form and
3    foundation.
4          THE WITNESS:  Fifth.
5    BY MR. CASSELL:
6     Q.   From 2000 through 2002, you and Maxwell --
7    Maxwell sexually abused Virginia in New Mexico, true?
8          MR. PAGLIUCA:  Object to form and
9    foundation.
10         THE WITNESS:  Fifth.
11   BY MR. CASSELL:
12    Q.   From 2000 through 2002, you and Maxwell
13   sexually abused Virginia in the U.S. Virgin Islands?
14         MR. PAGLIUCA:  Object to form and
15    foundation.
16         THE WITNESS:  Fifth.
17   BY MR. CASSELL:
18    Q.   From 2000 through 2002, you and Maxwell
19   sexually abused Virginia on your private jet?
20         MR. PAGLIUCA:  Object to form and
21    foundation.
22         THE WITNESS:  Fifth.
23   BY MR. CASSELL:
24    Q.   You abused Virginia other places than the
25   ones I've just mentioned, true?
```

Page 128

```
1          J. Epstein - Confidential
2          MR. PAGLIUCA:  Object to form and
3    foundation.
4          THE WITNESS:  Fifth.
5    BY MR. CASSELL:
6     Q.   Maxwell sexually abused Virginia in places
7    other than the ones I just mentioned, true?
8          MR. PAGLIUCA:  Object to form and
9    foundation.
10         THE WITNESS:  Fifth.
11   BY MR. CASSELL:
12    Q.   Please list all the places that you had sex
13   with Virginia.
14         MR. PAGLIUCA:  Object to form and
15    foundation.
16         THE WITNESS:  Fifth.
17   BY MR. CASSELL:
18    Q.   Please list all the places where, to your
19   knowledge, Maxwell had sex with Virginia.
20         MR. PAGLIUCA:  Object to form and
21    foundation.
22         THE WITNESS:  Fifth.
23   BY MR. CASSELL:
24    Q.   You and Maxwell sexually trafficked
25   Virginia by forcing her to have sex with politically
```

Page 129

```
1          J. Epstein - Confidential
2    connected and financially powerful people, true?
3          MR. PAGLIUCA:  Object to form and
4    foundation.
5          THE WITNESS:  Fifth.
6    BY MR. CASSELL:
7     Q.   Your purpose in sending Virginia to such
8    powerful people was to ingratiate yourself with them,
9    true?
10         MR. PAGLIUCA:  Object to form and
11    foundation.
12         THE WITNESS:  Fifth.
13   BY MR. CASSELL:
14    Q.   Maxwell's purpose in sending Virginia to
15   such powerful people was to ingratiate herself with
16   them, true?
17         MR. PAGLIUCA:  Object to form and
18    foundation.
19         THE WITNESS:  Fifth.
20   BY MR. CASSELL:
21    Q.   The reason you and Maxwell were sending
22   Virginia to these powerful people was for business,
23   personal, political, and financial gain, true?
24         MR. PAGLIUCA:  Object to form and
25    foundation.
```

Page 130

1          J. Epstein - Confidential
2        THE WITNESS:  Fifth.
3     BY MR. CASSELL:
4        Q.   Another reason was to gain potential
5     blackmail information, true?
6          MR. PAGLIUCA:  Object to form and
7       foundation.
8          THE WITNESS:  Fifth.
9     BY MR. CASSELL:
10       Q.   Maxwell was fully involved in sending
11    Virginia to various powerful people for sexual
12    purposes, true?
13         MR. PAGLIUCA:  Object to form and
14      foundation.
15         THE WITNESS:  Fifth.
16    BY MR. CASSELL:
17       Q.   And Maxwell was hoping to obtain blackmail
18    information as well, true?
19         MR. PAGLIUCA:  Object to form and
20      foundation.
21         THE WITNESS:  Fifth.
22    BY MR. CASSELL:
23       Q.   You observed Maxwell sexually abuse
24    Virginia in 2000, true?
25         MR. PAGLIUCA:  Object to form and

Page 131

1          J. Epstein - Confidential
2       foundation.
3          THE WITNESS:  Fifth.
4     BY MR. CASSELL:
5        Q.   You observed Maxwell sexually abuse
6     Virginia in 2001?
7          MR. PAGLIUCA:  Object to form and
8       foundation.
9          THE WITNESS:  Fifth.
10    BY MR. CASSELL:
11       Q.   How many times have you observed Maxwell
12    sexually abuse Virginia?
13         MR. PAGLIUCA:  Object to form and
14      foundation.
15         THE WITNESS:  Fifth.
16
17    BY MR. CASSELL:
18       Q.   How many times have you observed Maxwell
19    have any form of sexual interaction with Virginia?
20         MR. PAGLIUCA:  Object to form and
21      foundation.
22         THE WITNESS:  Fifth.
23    BY MR. CASSELL:
24       Q.   One powerful individual that you and
25    Maxwell forced Virginia to have sexual relations with

Page 132

1          J. Epstein - Confidential
2     was former -- former Harvard Law Professor,
3     Alan Dershowitz, true?
4          MR. PAGLIUCA:  Object to form and
5       foundation.
6          THE WITNESS:  Fifth.
7     BY MR. CASSELL:
8        Q.   You and Maxwell required Virginia to have
9     sexual relations with Dershowitz on numerous
10    occasions while she was a minor, true?
11         MR. PAGLIUCA:  Object to form and
12      foundation.
13         THE WITNESS:  Fifth.
14    BY MR. CASSELL:
15       Q.   You and Maxwell forced Virginia to have
16    sexual relations with Dershowitz in Florida,
17    New York, New Mexico, and the U.S. Virgin Islands,
18    among other places, true?
19         MR. PAGLIUCA:  Object to form and
20      foundation.
21         THE WITNESS:  Fifth.
22    BY MR. CASSELL:
23       Q.   Please list all the places where you forced
24    Virginia to have sexual relations with Dershowitz.
25         MR. PAGLIUCA:  Object to form and

Page 133

1          J. Epstein - Confidential
2       foundation.
3          THE WITNESS:  Fifth.
4     BY MR. CASSELL:
5        Q.   In addition to being a participant in the
6     abuse of Virginia and other minors, Dershowitz was an
7     eyewitness to the sexual abuse of many other minor
8     girls by you and Maxwell, true?
9          MR. PAGLIUCA:  Object to form and
10      foundation.
11         THE WITNESS:  Fifth.
12    BY MR. CASSELL:
13       Q.   Dershowitz was an eyewitness to the sexual
14    abuse of many other minors by you, true?
15         MR. PAGLIUCA:  Object to form and
16      foundation.
17         THE WITNESS:  Fifth.
18    BY MR. CASSELL:
19       Q.   One way to describe Maxwell's role for you
20    was as a madam, true?
21         MR. PAGLIUCA:  Object to form and
22      foundation.
23         THE WITNESS:  Fifth.
24    BY MR. CASSELL:
25       Q.   You've heard the term "madam" used in

MAGNA
LEGAL SERVICES

Page 134

```
1          J. Epstein - Confidential
2   reference to someone who is a procurer of women or
3   other girls for sex, right?
4          MR. PAGLIUCA:  Object to form and
5   foundation.
6          THE WITNESS:  Fifth.
7   BY MR. CASSELL:
8      Q.  What was Maxwell's role for you in 2000 and
9   2001?
10         MR. PAGLIUCA:  Object to form and
11  foundation.
12         THE WITNESS:  Fifth.
13  BY MR. CASSELL:
14     Q.  What was Maxwell's role with you in 2005?
15         MR. PAGLIUCA:  Object to form and
16  foundation.
17         THE WITNESS:  Fifth.
18  BY MR. CASSELL:
19     Q.  Using the term "madam" as I had previously
20  defined it, wouldn't it be fair to say Maxwell was a
21  madam for you in 2000?
22         MR. PAGLIUCA:  Object to form and
23  foundation.
24         THE WITNESS:  Fifth.
25
```

Page 135

```
1          J. Epstein - Confidential
2   BY MR. CASSELL:
3      Q.  Wouldn't it fair to say that she was an
4   madam for you in 2001?
5          MR. PAGLIUCA:  Object to form and
6   foundation.
7          THE WITNESS:  Fifth.
8   BY MR. CASSELL:
9      Q.  Wouldn't it be fair to say that she was a
10  madam for you in 2006?
11         MR. PAGLIUCA:  Object to form and
12  foundation.
13         THE WITNESS:  Fifth.
14  BY MR. CASSELL:
15     Q.  It would be fair to say that Maxwell
16  assumed -- assumed a position of trust for the girls
17  whom you sexually abused, including Virginia, true?
18         MR. PAGLIUCA:  Object to form and
19  foundation.
20         THE WITNESS:  Fifth.
21  BY MR. CASSELL:
22     Q.  You know that Maxwell had sex with dozens
23  of underage girls, true?
24         MR. PAGLIUCA:  Object to form and
25  foundation.
```

Page 136

```
1          J. Epstein - Confidential
2          THE WITNESS:  Fifth.
3   BY MR. CASSELL:
4      Q.  Maxwell had sex with Virginia in the U.S.
5   Virgin Islands, New Mexico, New York, France, and
6   many other locations, true?
7          MR. PAGLIUCA:  Object to form and
8   foundation.
9          THE WITNESS:  Fifth.
10  BY MR. CASSELL:
11     Q.  From 2000 through 2005, what kinds of
12  pictures did you have in your Florida mansion?
13     A.  Fifth.
14     Q.  From 2000 through 2005, what kind of
15  pictures did you have in your New York City mansion?
16     A.  Fifth.
17     Q.  From 2000 to 2005, what kinds of pictures
18  did you have in the U.S. Virgin Islands' residence?
19     A.  Fifth.
20     Q.  Maxwell took sexually explicit pictures of
21  many underage girls, true?
22         MR. PAGLIUCA:  Object to form and
23  foundation.
24         THE WITNESS:  Fifth.
25
```

Page 137

```
1          J. Epstein - Confidential
2   BY MR. CASSELL:
3      Q.  What kinds of pictures have you seen
4   Maxwell take?
5          MR. PAGLIUCA:  Object to foundation.
6          THE WITNESS:  Fifth.
7   BY MR. CASSELL:
8      Q.  Have you ever seen Maxwell take pictures of
9   girls under the age of 18?
10         MR. PAGLIUCA:  Object to form and
11  foundation.
12         THE WITNESS:  Fifth.
13  BY MR. CASSELL:
14     Q.  It's true, sir, that you've seen Maxwell
15  take many picture of girls under the age of 18, true?
16         MR. PAGLIUCA:  Object to form and
17  foundation.
18         THE WITNESS:  Fifth.
19  BY MR. CASSELL:
20     Q.  In fact, you displayed pictures of naked
21  girls throughout your home in Florida, true?
22         MR. PAGLIUCA:  Object to form and
23  foundation.
24         THE WITNESS:  Fifth.
25
```



Page 138

```
1              J. Epstein - Confidential
2    BY MR. CASSELL:
3        Q.  In fact, you displayed pictures of naked
4    girls throughout your home in New York, true?
5            MR. PAGLIUCA:  Object to form and
6    foundation.
7            THE WITNESS:  Fifth.
8    BY MR. CASSELL:
9        Q.  In fact, you displayed pictures of naked
10   girls throughout your home in the U.S. Virgin
11   Islands, true?
12           MR. PAGLIUCA:  Object to form and
13   foundation.
14           THE WITNESS:  Fifth.
15   BY MR. CASSELL:
16       Q.  In fact, you displayed pictures of naked
17   girls throughout your home in New Mexico, true?
18           MR. PAGLIUCA:  Object to form and
19   foundation.
20           THE WITNESS:  Fifth.
21   BY MR. CASSELL:
22       Q.  Tell me about all the circumstances in
23   which you've seen Maxwell providing cameras to
24   people.
25           MR. PAGLIUCA:  Object to form and
```

Page 139

```
1              J. Epstein - Confidential
2    foundation.
3            THE WITNESS:  Fifth.
4    BY MR. CASSELL:
5        Q.  You had Maxwell provide cameras to underage
6    girls, true?
7            MR. PAGLIUCA:  Object to form and
8    foundation.
9            THE WITNESS:  Fifth.
10   BY MR. CASSELL:
11       Q.  Your purpose in having Maxwell provide
12   cameras to underage girls was to have them take
13   sexually explicit pictures of themselves, true?
14           MR. PAGLIUCA:  Object to form and
15   foundation.
16           THE WITNESS:  Fifth.
17   BY MR. CASSELL:
18       Q.  Have you ever seen Maxwell take a sexually
19   explicit picture of an underage girl?
20           MR. PAGLIUCA:  Object to form and
21   foundation.
22           THE WITNESS:  Fifth.
23   BY MR. CASSELL:
24       Q.  You and Maxwell viewed together sexually
25   explicit pictures of girls under the age of 18, true?
```

Page 140

```
1              J. Epstein - Confidential
2            MR. PAGLIUCA:  Object to form and
3    foundation.
4            THE WITNESS:  Fifth.
5    BY MR. CASSELL:
6        Q.  Please describe all the pictures of girls
7    that you've seen Maxwell take.
8            MR. PAGLIUCA:  Object to form and
9    foundation.
10           THE WITNESS:  Fifth.
11   BY MR. CASSELL:
12       Q.  Now, you have interacted with Maxwell in
13   England many times, true?
14           MR. PAGLIUCA:  Object to form and
15   foundation.
16           THE WITNESS:  Fifth.
17   BY MR. CASSELL:
18       Q.  I want you to understand that the next
19   series of questions we'll be dealing just with your
20   actions in England, not with any of your actions in
21   the United States.
22           Will you understand that with regard to my
23   next questions?
24       A.  Yes.
25       Q.  While you were in England, you directed
```

Page 141

```
1              J. Epstein - Confidential
2    Maxwell to bring English females under the age of 18
3    to you for sexual purposes, true?
4            MR. PAGLIUCA:  Object to form and
5    foundation.
6            THE WITNESS:  Fifth.
7    BY MR. CASSELL:
8        Q.  While in England, in Miss Maxwell's private
9    residence, you observed Maxwell in the presence of
10   English females under the age of 18, true?
11           MR. PAGLIUCA:  Object to form and
12   foundation.
13           THE WITNESS:  Fifth.
14   BY MR. CASSELL:
15       Q.  While in England, Ms. Maxwell brought you
16   English females to satisfy your sexual purposes,
17   true?
18           MR. PAGLIUCA:  Object to form and
19   foundation.
20           THE WITNESS:  Fifth.
21   BY MR. CASSELL:
22       Q.  How young were the English girls that
23   Maxwell brought to you?
24           MR. PAGLIUCA:  Object to form and
25   foundation.
```



Page 142

```
1          J. Epstein - Confidential
2        THE WITNESS:  Fifth.
3  BY MR. CASSELL:
4     Q.  Please describe how many times you have
5  seen Maxwell in private locations with girls under
6  the age of 18 in England.
7        MR. PAGLIUCA:  Object to form and
8  foundation.
9        THE WITNESS:  Fifth.
10  BY MR. CASSELL:
11     Q.  You recognize the name Alexandra Dickson,
12  don't you, sir?
13        MR. PAGLIUCA:  Object to form and
14  foundation.
15        THE WITNESS:  Fifth.
16  BY MR. CASSELL:
17     Q.  Alexandra Dickson was an English girl
18  recruited by Maxwell for your sexual purposes, true?
19        MR. PAGLIUCA:  Object to form and
20  foundation.
21        THE WITNESS:  Fifth.
22  BY MR. CASSELL:
23     Q.  Tell me how you came to meet Alexandra
24  Dickson in England.
25     A.  Fifth.
```

Page 143

```
1          J. Epstein - Confidential
2     Q.  When you met Alexandra Dickson, she was
3  under the age of 18, true?
4        MR. PAGLIUCA:  Object to form and
5  foundation.
6        THE WITNESS:  Fifth.
7  BY MR. CASSELL:
8     Q.  How old was Alexandra Dickson when you
9  first met her?
10        MR. PAGLIUCA:  Object to form and
11  foundation.
12        THE WITNESS:  Fifth.
13  BY MR. CASSELL:
14     Q.  Based on your understanding of English
15  criminal law, you have observed Maxwell commit
16  English criminal offenses of a sexual nature in
17  England, true?
18        MR. PAGLIUCA:  Object to form and
19  foundation.
20        THE WITNESS:  Fifth.
21  BY MR. CASSELL:
22     Q.  Have you ever observed Maxwell commit a
23  crime in England?
24        MR. PAGLIUCA:  Object to form and
25  foundation.
```

Page 144

```
1          J. Epstein - Confidential
2        THE WITNESS:  Fifth.
3  BY MR. CASSELL:
4     Q.  Please describe for me all the crimes you
5  have seen Maxwell commit in England.
6        MR. PAGLIUCA:  Object to form and
7  foundation.
8        THE WITNESS:  Fifth.
9  BY MR. CASSELL:
10     Q.  While in England, you instructed Maxwell to
11  go to public places to solicit English girls to have
12  sex with you in England in exchange for compensation,
13  true?
14        MR. PAGLIUCA:  Object to form and
15  foundation.
16        THE WITNESS:  Fifth.
17  BY MR. CASSELL:
18     Q.  What instructions did you give to Maxwell
19  in England about what she should do for you?
20        MR. PAGLIUCA:  Object to form and
21  foundation.
22        THE WITNESS:  Fifth.
23  BY MR. CASSELL:
24     Q.  Please describe Maxwell's interactions in
25  England with females under the age of 18.
```

Page 145

```
1          J. Epstein - Confidential
2        MR. PAGLIUCA:  Object to form and
3  foundation.
4        THE WITNESS:  Fifth.
5  BY MR. CASSELL:
6     Q.  Please describe Maxwell's interactions in
7  England with e-mails under the age of 18 with whom
8  you had sex.
9        MR. PAGLIUCA:  Object to form and
10  foundation.
11        THE WITNESS:  Fifth.
12  BY MR. CASSELL:
13     Q.  You have yourself solicited in public
14  places English girls under the age of 18 to have sex
15  with you in exchange for compensation, true?
16        MR. PAGLIUCA:  Object to form and
17  foundation.
18        THE WITNESS:  Fifth.
19  BY MR. CASSELL:
20     Q.  And just so I'm clear, you have, in
21  England, yourself, solicited in public places English
22  girls under the age of 18 to have sex with you in
23  exchange for compensation, true?
24        MR. PAGLIUCA:  Object to form and
25  foundation.
```



Page 146

```
 1           J. Epstein - Confidential
 2      THE WITNESS:  Fifth.
 3  BY MR. CASSELL:
 4      Q.   Please describe your interaction with
 5  females under the age of 18 in England.
 6           MR. PAGLIUCA:  Object to form and
 7      foundation.
 8           THE WITNESS:  Fifth.
 9  BY MR. CASSELL:
10      Q.   Please describe your interactions with
11  females under the age of 18 with whom you have had
12  sex in England.
13           MR. PAGLIUCA:  Object to form and
14      foundation.
15           THE WITNESS:  Fifth.
16  BY MR. CASSELL:
17      Q.   You have had sex with females under the age
18  of 18 in England in exchange for compensation, true?
19           MR. PAGLIUCA:  Object to form and
20      foundation.
21           THE WITNESS:  Fifth.
22  BY MR. CASSELL:
23      Q.   Based on your understanding of English
24  criminal law, you have committed domestic English sex
25  offenses in England, true?
```

Page 147

```
 1           J. Epstein - Confidential
 2           MR. PAGLIUCA:  Object to form and
 3      foundation.
 4           THE WITNESS:  Fifth.
 5  BY MR. CASSELL:
 6      Q.   Without going into any acts you have com-
 7  -- may have committed, what is your understanding of
 8  English criminal law regarding soliciting sex?
 9           MR. PAGLIUCA:  Object to foundation.
10           THE WITNESS:  Fifth.
11  BY MR. CASSELL:
12      Q.   During the time period 2000 to 2002,
13  Maxwell and you lived together for significant parts
14  of those years, true?
15           MR. PAGLIUCA:  Object to form and
16      foundation.
17           THE WITNESS:  Fifth.
18  BY MR. CASSELL:
19      Q.   During the time period 2000 to 2002,
20  Maxwell was responsible for much of the day-to-day
21  operation of your Florida mansion, true?
22           MR. PAGLIUCA:  Object to form and
23      foundation.
24           THE WITNESS:  Fifth.
25
```

Page 148

```
 1           J. Epstein - Confidential
 2  BY MR. CASSELL:
 3      Q.   Who is the person you interacted with most
 4  in the year 2000?
 5      A.   Fifth.
 6      Q.   Who was the person you interacted most in
 7  the year -- let me rephrase.
 8           Who is the person that you interacted with
 9  the most in 2001?
10      A.   Fifth.
11      Q.   Who is the person that you interacted the
12  most with in 2002?
13      A.   Fifth.
14      Q.   Isn't it true, sir, that the person you
15  interacted with most in the year 2000 was Maxwell?
16           MR. PAGLIUCA:  Object to form and
17      foundation.
18           THE WITNESS:  Fifth.
19  BY MR. CASSELL:
20      Q.   Isn't it true the person you interacted
21  with most in the year 2001 was Maxwell?
22           MR. PAGLIUCA:  Object to form and
23      foundation.
24           THE WITNESS:  Fifth.
25
```

Page 149

```
 1           J. Epstein - Confidential
 2  BY MR. CASSELL:
 3      Q.   Who did you interact the most with in the
 4  year 2005?
 5      A.   Fifth.
 6      Q.   Isn't it true, sir, that you interacted the
 7  most with Maxwell in the year 2005?
 8           MR. PAGLIUCA:  Object to form and
 9      foundation.
10           THE WITNESS:  Fifth.
11  BY MR. CASSELL:
12      Q.   Who was responsible for the day-to-day
13  operation of your Florida mansion in 2000 to 2002?
14           MR. PAGLIUCA:  Object to form and
15      foundation.  Asked and answered.
16           THE WITNESS:  Fifth.
17  BY MR. CASSELL:
18      Q.   Isn't it true Maxwell was responsible for
19  much of the day-to-day operation of your Florida
20  mansion in 2000 to 2002?
21           MR. PAGLIUCA:  Object to form and
22      foundation.  Asked and answered.
23           THE WITNESS:  Fifth.
24  BY MR. CASSELL:
25      Q.   During the time period 2000 to 2002, you
```

1           J. Epstein - Confidential
2   were sexually -- sexually intimate with Maxwell,
3   true?
4           MR. PAGLIUCA:  Object to form and
5       foundation.
6           THE WITNESS:  Fifth.
7   BY MR. CASSELL:
8       Q.  You have remained on friendly terms with
9   Maxwell even through today, true?
10          MR. PAGLIUCA:  Object to form and
11      foundation.
12          THE WITNESS:  Fifth.
13  BY MR. CASSELL:
14      Q.  How would you describe your relationship
15  today with Maxwell?
16      A.  Fifth.
17      Q.  In the period 2000 to 2002, you directed
18  Maxwell to recruit girls under the age of 18 for you
19  to use for sexual purposes, true?
20          MR. PAGLIUCA:  Object to form and
21      foundation.
22          THE WITNESS:  Fifth.
23  BY MR. CASSELL:
24      Q.  How did you get the girls that you sexually
25  abused in 2001 to 2002?

1           J. Epstein - Confidential
2           MR. PAGLIUCA:  Object to form and
3       foundation.
4           THE WITNESS:  Fifth.
5   BY MR. CASSELL:
6       Q.  The directions you gave Maxwell for
7   recruiting girls for you was something to the effect
8   of the younger the better, true?
9           MR. PAGLIUCA:  Object to form and
10      foundation.
11          THE WITNESS:  Fifth.
12  BY MR. CASSELL:
13      Q.  Have you ever used the phrase "The younger
14  the better" in the presence of Maxwell?
15          MR. PAGLIUCA:  Object to form and
16      foundation.
17          THE WITNESS:  Fifth.
18  BY MR. CASSELL:
19      Q.  It's true, sir, that you've used the phrase
20  "The younger the better" in the presence of Maxwell,
21  right?
22          MR. PAGLIUCA:  Object to form and
23      foundation.
24          THE WITNESS:  Fifth.
25

1           J. Epstein - Confidential
2   BY MR. CASSELL:
3       Q.  You instructed Maxwell, then -- when she
4   was recruiting girls for you, she could bring you
5   girls of any race except for African Americans, true?
6           MR. PAGLIUCA:  Object to form and
7       foundation.
8           THE WITNESS:  Fifth.
9   BY MR. CASSELL:
10      Q.  Have you ever discussed the age of underage
11  -- I'm sorry.
12          Have you ever discussed the race of
13  underage girls with Maxwell?
14          MR. PAGLIUCA:  Object to form and
15      foundation.
16          THE WITNESS:  Fifth.
17  BY MR. CASSELL:
18      Q.  Why is it that you instructed Maxwell not
19  to bring you African American girls?
20          MR. PAGLIUCA:  Object to form and
21      foundation.
22          THE WITNESS:  Fifth.
23  BY MR. CASSELL:
24      Q.  I'm now going to ask you a question --
25  series of questions about overseas locations, and I

1           J. Epstein - Confidential
2   want you to understand that each of these questions
3   is asking solely about your activities in these
4   overseas locations, and it's not in any way asking
5   for any information about actions that you may or may
6   not have committed in the United States.
7           Will you understand that with regard to
8   these next questions?
9       A.  Yes.
10      Q.  You have an apartment in Paris, France,
11  true?
12      A.  Fifth.
13      Q.  Maxwell has frequently been to your
14  apartment in Paris, France, true?
15          MR. PAGLIUCA:  Object to form and
16      foundation.
17          THE WITNESS:  Fifth.
18  BY MR. CASSELL:
19      Q.  Please list all the places in the world
20  where you have an apartment.
21      A.  Fifth.
22      Q.  While Maxwell has been at your apartment in
23  Paris, France, you have had numerous girls under the
24  age of 18 in your presence, true?
25          MR. PAGLIUCA:  Object to form and

MAGNA ▶
LEGAL SERVICES

Page 154

```
1            J. Epstein - Confidential
2      foundation.
3            THE WITNESS:  Fifth.
4      BY MR. CASSELL:
5        Q.  While she was with you in Paris, Maxwell
6      recruited French girls under the age of 18 for to you
7      sex with, true?
8            MR. PAGLIUCA:  Object to form and
9      foundation.
10           THE WITNESS:  Fifth.
11     BY MR. CASSELL:
12       Q.  Please describe all of your interactions
13     with underage girls -- I'm sorry.
14           Please describe all of your interactions
15     with girls under the age of 18 in France.
16       A.  Fifth.
17       Q.  My next series of questions, again, are
18     only asking for your activities in the foreign
19     country in question, and that will be Thailand.
20           Will you understand that with regard to my
21     next questions?
22       A.  Yes.
23       Q.  You have been to Thailand, true?
24       A.  Fifth.
25       Q.  Have you ever been to Thailand?
```

Page 155

```
1            J. Epstein - Confidential
2        A.  Fifth.
3        Q.  When you went to Thailand, Maxwell
4      accompanied you, true?
5            MR. PAGLIUCA:  Object to form and
6      foundation.
7            THE WITNESS:  Fifth.
8      BY MR. CASSELL:
9        Q.  When you went to Thailand, who went with
10     you?
11       A.  Fifth.
12       Q.  You saw Maxwell in the presence of Thai
13     females under the age of 18 in Thailand, true?
14           MR. PAGLIUCA:  Object to form and
15     foundation.
16           THE WITNESS:  Fifth.
17     BY MR. CASSELL:
18       Q.  Describe what you did with Maxwell in
19     Thailand.
20           MR. PAGLIUCA:  Object to foundation.
21           THE WITNESS:  Fifth.
22     BY MR. CASSELL:
23       Q.  While in Thailand, you directed Maxwell to
24     recruit Thai females under the age of 18 for your
25     sexual purposes solely in Thailand, true?
```

Page 156

```
1            J. Epstein - Confidential
2            MR. PAGLIUCA:  Object to form and
3      foundation.
4            THE WITNESS:  Fifth.
5      BY MR. CASSELL:
6        Q.  While in Thailand, Maxwell brought you
7      females under the age of 18, true?
8            MR. PAGLIUCA:  Object to form and
9      foundation.
10           THE WITNESS:  Fifth.
11     BY MR. CASSELL:
12       Q.  Without going into any acts that you may or
13     may not have committed, what is your understanding of
14     Thai criminal law regarding sex with girls under the
15     age of 18?
16           MR. PAGLIUCA:  Object to form and
17     foundation.
18           THE WITNESS:  Fifth.
19     BY MR. CASSELL:
20       Q.  Have you ever had sex with a Thai female
21     under the age of 18 in Thailand?
22           MR. PAGLIUCA:  Object to form and
23     foundation.
24           THE WITNESS:  Fifth.
25
```

Page 157

```
1            J. Epstein - Confidential
2      BY MR. CASSELL:
3        Q.  Have you ever had sex with anyone in
4      Thailand?
5            MR. PAGLIUCA:  Object to form and
6      foundation.
7            THE WITNESS:  Fifth.
8      BY MR. CASSELL:
9        Q.  Please describe all the sexual activities
10     you had in Thailand.
11       A.  Fifth.
12       Q.  My next series of questions are with regard
13     to the country of Brunei, and I want you to
14     understand that these questions deal solely with your
15     activities in Brunei.  All right?
16       A.  Yes.
17       Q.  In 2002, you flew to Brunei with Maxwell on
18     your private jet, true?
19           MR. PAGLIUCA:  Object to form and
20     foundation.
21           THE WITNESS:  Fifth.
22     BY MR. CASSELL:
23       Q.  Have you ever been to Brunei?
24       A.  Fifth.
25       Q.  Have you ever been to Brunei with Maxwell?
```

MAGNA
LEGAL SERVICES

Page 158

```
1           J. Epstein - Confidential
2           MR. PAGLIUCA:  Object to form and
3    foundation.
4           THE WITNESS:  Fifth.
5    BY MR. CASSELL:
6       Q.  You have had sex with girls from Brunei
7    under the age of 18 in Brunei?
8           MR. PAGLIUCA:  Object to form and
9    foundation.
10          THE WITNESS:  Fifth.
11   BY MR. CASSELL:
12      Q.  Please describe all the sex that you've
13   that in Brunei.
14          MR. PAGLIUCA:  Object to form and
15   foundation.
16          THE WITNESS:  Fifth.
17   BY MR. CASSELL:
18      Q.  Maxwell helped you find girls from Brunei
19   for you to have sex with in Brunei, true?
20          MR. PAGLIUCA:  Object to form and
21   foundation.
22          THE WITNESS:  Fifth.
23   BY MR. CASSELL:
24      Q.  What did Maxwell do in Brunei with you?
25          MR. PAGLIUCA:  Object to form and
```

Page 159

```
1           J. Epstein - Confidential
2    foundation.
3           THE WITNESS:  Fifth.
4    BY MR. CASSELL:
5       Q.  Are you aware of inter- -- interaction by
6    Maxwell with women in Brunei?
7           MR. PAGLIUCA:  Object to form and
8    foundation.
9           THE WITNESS:  Fifth.
10   BY MR. CASSELL:
11      Q.  Are you aware of any interaction by Maxwell
12   with girls under the age of 18 in Brunei?
13          MR. PAGLIUCA:  Object to form and
14   foundation.
15          THE WITNESS:  Fifth.
16   BY MR. CASSELL:
17      Q.  Please describe all the interactions you
18   saw between Maxwell and girls from Brunei in Brunei.
19      A.  Fifth.
20      Q.  My next questions deal solely with your
21   activities in the Czech Republic.
22          Have you ever been to the Czech Republic?
23      A.  Fifth.
24      Q.  Have you ever been to the Czech Republic
25   with Maxwell?
```

Page 160

```
1           J. Epstein - Confidential
2           MR. PAGLIUCA:  Object to form and
3    foundation.
4           THE WITNESS:  Fifth.
5    BY MR. CASSELL:
6       Q.  Please tell me about your sexual abuse in
7    the Czech Republic of Czech's -- Czech girls under
8    the age of 18.
9           MR. PAGLIUCA:  Object to form and
10   foundation.
11          THE WITNESS:  Fifth.
12   BY MR. CASSELL:
13      Q.  Have you ever had sex in the Czech
14   Republic?
15          MR. PAGLIUCA:  Object to form and
16   foundation.
17          THE WITNESS:  Fifth.
18   BY MR. CASSELL:
19      Q.  Please tell me who you've had sex with in
20   the Czech Republic.
21          MR. PAGLIUCA:  Object to form and
22   foundation.
23          THE WITNESS:  Fifth.
24   BY MR. CASSELL:
25      Q.  Please tell me about Maxwell's involvement
```

Page 161

```
1           J. Epstein - Confidential
2    in your sexual abuse of Czech girls in the Czech
3    Republic.
4           MR. PAGLIUCA:  Object to form and
5    foundation.
6           THE WITNESS:  Fifth.
7    BY MR. CASSELL:
8       Q.  Maxwell has been to the Czech Republic with
9    you?
10          MR. PAGLIUCA:  Object to form and
11   foundation.
12          THE WITNESS:  Fifth.
13   BY MR. CASSELL:
14      Q.  When you went to the Czech Republic, who
15   did you meet?
16          MR. PAGLIUCA:  Object to form and
17   foundation.
18          THE WITNESS:  Fifth.
19   BY MR. CASSELL:
20      Q.  Was Maxwell ever with you when you were in
21   the presence of girls under the age of 18 in the
22   Czech Republic?
23          MR. PAGLIUCA:  Object to form and
24   foundation.
25          THE WITNESS:  Fifth.
```



Page 162

1          J. Epstein - Confidential
2   BY MR. CASSELL:
3       Q.  It's true, sir, that Maxwell was with you
4   when you were in the presence of girls under the age
5   of 18 in the Czech Republic, right?
6           MR. PAGLIUCA:  Object to form and
7       foundation.
8           THE WITNESS:  Fifth.
9   BY MR. CASSELL:
10      Q.  Please name all of the countries, not
11  including the United States, where you have seen
12  Maxwell in the presence of females who lived in those
13  countries under the age of 18.
14          MR. PAGLIUCA:  Object to form and
15      foundation.
16          THE WITNESS:  Fifth.
17  BY MR. CASSELL:
18      Q.  Please describe for me Maxwell's sexual
19  interactions with females under the age of 18 in
20  foreign countries with citizens of those countries.
21          MR. PAGLIUCA:  Object to form and
22      foundation.
23          THE WITNESS:  Fifth.
24  BY MR. CASSELL:
25      Q.  Has Maxwell ever interacted with females

Page 163

1          J. Epstein - Confidential
2   under the age of 18 in foreign countries?
3           MR. PAGLIUCA:  Object to form and
4       foundation.
5           THE WITNESS:  Fifth.
6   BY MR. CASSELL:
7       Q.  Has Maxwell ever interacted with minor
8   girls from the former country known as
9   Czechoslovakia?
10          MR. PAGLIUCA:  Object to form and
11      foundation.
12          THE WITNESS:  Fifth.
13  BY MR. CASSELL:
14      Q.  Based on your understanding of the criminal
15  laws of other foreign countries, have you ever
16  committed a crime of a sexual nature in another
17  foreign country?
18          MR. PAGLIUCA:  Object to form and
19      foundation.
20          THE WITNESS:  Fifth.
21  BY MR. CASSELL:
22      Q.  Please describe all the crimes of a sexual
23  nature that you have committed in foreign countries.
24          MR. PAGLIUCA:  Object to form and
25      foundation.

Page 164

1          J. Epstein - Confidential
2           THE WITNESS:  Fifth.
3   BY MR. CASSELL:
4       Q.  Based on your understanding of the criminal
5   laws of other countries, has Maxwell ever committed a
6   crime of a sexual nature in another country?
7           MR. PAGLIUCA:  Object to form and
8       foundation.
9           THE WITNESS:  Fifth.
10  BY MR. CASSELL:
11      Q.  Please describe all the crimes of a sexual
12  nature that you understand Maxwell has committed
13  foreign countries.
14          MR. PAGLIUCA:  Object to form and
15      foundation.
16          THE WITNESS:  Fifth.
17  BY MR. CASSELL:
18      Q.  You are a multimillionaire, true, sir?
19      A.  Fifth.
20      Q.  How much are you worth today?
21      A.  Fifth.
22      Q.  It would not be financially burdensome for
23  you to hire someone to help collect any documents
24  that might be needed in this case, would it?
25      A.  Fifth.

Page 165

1          J. Epstein - Confidential
2       Q.  You have millions and millions of dollars
3   available to your disposal to satisfy any need for
4   assistance in responding to discovery in this case,
5   true?
6       A.  Fifth.
7       Q.  You have legions -- well, let me strike
8   that.
9           How many lawyers do you have working on
10  this case for you?
11      A.  Fifth.
12      Q.  It's true that you have multiple lawyers
13  assisting you on this case, true?
14      A.  Fifth.
15      Q.  How much are you paying your lawyers to
16  assist you on this case?
17      A.  Fifth.
18          MR. GOLDBERGER:  And attorney-client
19      privilege.
20  BY MR. CASSELL:
21      Q.  You and Maxwell became what could be
22  reasonably described as boyfriend and girlfriend in
23  about the mid 1990s, true?
24          MR. PAGLIUCA:  Object to form and
25      foundation.  Asked and answered.



Page 166

```
1           J. Epstein - Confidential
2        THE WITNESS:  Fifth.
3    BY MR. CASSELL:
4        Q.  Since you became boyfriend and girlfriend,
5    you have given Maxwell significants amount --
6    significant amounts of money, true?
7           MR. PAGLIUCA:  Object to form and
8        foundation.
9           THE WITNESS:  Fifth.  Let's take a
10       break.
11          VIDEO TECHNICIAN:  Off the record at
12       10:34.
13          (A recess was taken.)
14          VIDEO TECHNICIAN:  On the record at
15       10:44.
16   BY MR. CASSELL:
17       Q.  How much money have you given Maxwell since
18   1996?
19          MR. PAGLIUCA:  Object to form and
20       foundation.
21          THE WITNESS:  Fifth.
22   BY MR. CASSELL:
23       Q.  Since 1996, you have given Maxwell
24   significants -- significant amounts of money, true?
25          MR. PAGLIUCA:  Object to form and
```

Page 167

```
1           J. Epstein - Confidential
2        foundation.
3        THE WITNESS:  Fifth.
4    BY MR. CASSELL:
5        Q.  For long periods of time since 1996, you
6    have paid Maxwell's living expenses, true?
7           MR. PAGLIUCA:  Object to form and
8        foundation.
9        THE WITNESS:  Fifth.
10   BY MR. CASSELL:
11       Q.  What do you know about the payment of
12   Maxwell's living expenses since 1996?
13          MR. PAGLIUCA:  Object to form and
14       foundation.
15          THE WITNESS:  Fifth.
16   BY MR. CASSELL:
17       Q.  Please describe all the gifts you provided
18   for Maxwell.
19          MR. PAGLIUCA:  Object to form and
20       foundation.
21          THE WITNESS:  Fifth.
22   BY MR. CASSELL:
23       Q.  Since 1996, you have purchased expensive
24   gifts for Maxwell, true?
25          MR. PAGLIUCA:  Object to form and
```

Page 168

```
1           J. Epstein - Confidential
2        foundation.
3        THE WITNESS:  Fifth.
4    BY MR. CASSELL:
5        Q.  Please describe any funding you provided
6    for Maxwell's charities.
7           MR. PAGLIUCA:  Object to form and
8        foundation.
9        THE WITNESS:  Fifth.
10   BY MR. CASSELL:
11       Q.  Since 1996, you've provided significant
12   funding for Maxwell's charities, true?
13          MR. PAGLIUCA:  Object to form and
14       foundation.
15          THE WITNESS:  Fifth.
16   BY MR. CASSELL:
17       Q.  Have you ever given Maxwell access to any
18   of your credit cards or bank accounts?
19          MR. PAGLIUCA:  Object to form and
20       foundation.
21          THE WITNESS:  Fifth.
22   BY MR. CASSELL:
23       Q.  Since 1996, you've given Maxwell access to
24   some of your credit card and bank accounts, true?
25          MR. PAGLIUCA:  Object to form and
```

Page 169

```
1           J. Epstein - Confidential
2        foundation.
3        THE WITNESS:  Fifth.
4
5    BY MR. CASSELL:
6        Q.  How did Maxwell buy her town home in
7    New York?
8           MR. PAGLIUCA:  Object to form and
9        foundation.
10          THE WITNESS:  Fifth.
11   BY MR. CASSELL:
12       Q.  You bought Maxwell a town home in New York,
13   true?
14          MR. PAGLIUCA:  Object to form and
15       foundation.
16          THE WITNESS:  Fifth.
17   BY MR. CASSELL:
18       Q.  What reason were you -- what reason did you
19   have for giving Maxwell gifts?
20          MR. PAGLIUCA:  Object to form and
21       foundation.
22          THE WITNESS:  Fifth.
23   BY MR. CASSELL:
24       Q.  One of the reasons you gave Maxwell gifts
25   was so -- so that she would continue recruiting girls
```

**MAGNA** ▶
LEGAL SERVICES

Page 170

```
1              J. Epstein - Confidential
2    for you for sex, true?
3           MR. PAGLIUCA:  Object to form and
4       foundation.
5           THE WITNESS:  Fifth.
6    BY MR. CASSELL:
7       Q.   Directly or indirectly, you gave Maxwell
8    money to hire a paid image consultant named Ross Gow,
9    true?
10          MR. PAGLIUCA:  Object to form and
11      foundation.
12          THE WITNESS:  Fifth.
13   BY MR. CASSELL:
14      Q.   What do you know about an image consultant
15   in England named Ross Gow?
16          MR. PAGLIUCA:  Object to form and
17      foundation.
18          THE WITNESS:  Fifth.
19   BY MR. CASSELL:
20      Q.   You gave Maxwell money to hire a lawyer
21   named Phil Bard in England, true?
22          MR. PAGLIUCA:  Object to form and
23      foundation.
24          THE WITNESS:  Fifth.
25   BY MR. CASSELL:
```

Page 171

```
1              J. Epstein - Confidential
2       Q.   Please tell me everything you know about a
3    lawyer named Phil Bard in England.
4           MR. PAGLIUCA:  Object to form and
5       foundation.
6           THE WITNESS:  Fifth.
7    BY MR. CASSELL:
8       Q.   Have you ever transferred a significant
9    amount of money to Maxwell in the last several years?
10          MR. PAGLIUCA:  Object to form and
11      foundation.
12          THE WITNESS:  Fifth.
13   BY MR. CASSELL:
14      Q.   Within the last several years, you
15   transferred $500,000 to Maxwell, true?
16          MR. PAGLIUCA:  Object to form and
17      foundation.
18          THE WITNESS:  Fifth.
19   BY MR. CASSELL:
20      Q.   Tell me what you know about who is paying
21   for Maxwell's attorneys now.
22          MR. PAGLIUCA:  Object to form and
23      foundation.
24          THE WITNESS:  Fifth.
25
```

Page 172

```
1              J. Epstein - Confidential
2    BY MR. CASSELL:
3       Q.   Directly or indirectly you're paying for
4    Maxwell's attorneys now, true?
5           MR. PAGLIUCA:  Object to form and
6       foundation.
7           THE WITNESS:  Fifth.
8    BY MR. CASSELL:
9       Q.   Since January 1st, 2015, what things of
10   value or money have you transferred to Maxwell?
11          MR. PAGLIUCA:  Object to form and
12      foundation.
13          THE WITNESS:  Fifth.
14   BY MR. CASSELL:
15      Q.   You have told various people that you own
16   the Palm Beach Police Department, true?
17          MR. PAGLIUCA:  Object to form and
18      foundation.
19          THE WITNESS:  Fifth.
20   BY MR. CASSELL:
21      Q.   In the period 1999 to 2005, what kind of
22   donations did you make to the Palm Beach Police
23   Department or to any organization associated with the
24   Palm Beach Police Department?
25      A.   Fifth.
```

Page 173

```
1              J. Epstein - Confidential
2       Q.   Have you ever made donations to any
3    organizations associated with the Palm Beach Police
4    Department?
5       A.   Fifth.
6       Q.   Have you ever used money to influence the
7    testimony of a witness in a legal proceeding?
8           MR. PAGLIUCA:  Object to form and
9       foundation.
10          THE WITNESS:  Fifth.
11          (Plaintiff's Exhibit JE4, E-mail that
12   Jeffrey Epstein sent to Maxwell on January 12th, 2015
13   was marked for identification.)
14   BY MR. CASSELL:
15      Q.   Let me show you what's been marked as JE4,
16   I think, we're up to, and copies for opposing
17   counsel.
18          Do you have that document in front of you,
19   sir?
20      A.   Yes.
21      Q.   Do you recognize this document?
22      A.   Fifth.
23      Q.   This is, in fact, an e-mail that you sent
24   to Maxwell on January 12th, 2015, true?
25      A.   Fifth.
```



Page 174

```
1              J. Epstein - Confidential
2       Q.  What is this document?
3       A.  Fifth.
4       Q.  The first few words in this e-mail are,
5   "You can issue a reward to any of Virginia's
6   friends" -- and it appears to be acquaintances,
7   although there's a spelling issue.
8           Do you see that -- those first few words?
9       A.  Yes.
10      Q.  When you referred to "a reward" in this
11  e-mail, you were referring to cash payments, true?
12          MR. PAGLIUCA:  Object to form and
13  foundation.
14          THE WITNESS:  Fifth.
15  BY MR. CASSELL:
16      Q.  What did you mean by the term "reward" in
17  this e-mail?
18      A.  Fifth.
19      Q.  In the e-mail you said that "The strongest
20  is the Clinton dinner."
21          Do you see that reference in this e-mail?
22  It's on the second line.
23      A.  Yes.
24      Q.  What did you mean by the term "strongest"
25  in this?
```

Page 175

```
1              J. Epstein - Confidential
2           MR. GOLDBERGER:  Let me go back and
3   clarify.
4           The question was, do -- do you -- not
5   that he said it, but do you see this?
6           MR. CASSELL:  That's right.  No, I'm
7   not trying to pull a fast one here.  Yeah.
8           MR. GOLDBERGER:  Okay.
9           MR. CASSELL:  I just want to circle in on
10          that word "strongest."  And now I want to
11          ask you a question that does call for his
12          knowledge.
13  BY MR. CASSELL:
14      Q.  What did you mean by the term "strongest"
15  in this e-mail?
16      A.  Fifth.
17      Q.  Isn't it true, sir, that by the term
18  "strongest," you meant that you had taken steps to
19  conceal the presence of Bill Clinton on your island?
20          MR. PAGLIUCA:  Object to form and
21  foundation.
22          THE WITNESS:  Fifth.
23  BY MR. CASSELL:
24      Q.  Isn't it true, sir, that part of what you
25  meant by the term "strongest" is that you knew it
```

Page 176

```
1              J. Epstein - Confidential
2   would be difficult for Virginia to find support for
3   her testimony?
4           MR. PAGLIUCA:  Object to form and
5   foundation.
6           THE WITNESS:  Fifth.
7   BY MR. CASSELL:
8       Q.  Please describe all dinners you've ever had
9   with Bill Clinton.
10      A.  Fifth.
11      Q.  Please describe all dinners you and Maxwell
12  have ever had with Bill Clinton.
13      A.  Fifth.
14      Q.  Please describe all dinners you, Maxwell,
15  and Virginia have had together with Bill Clinton.
16          MR. PAGLIUCA:  Object to form and
17  foundation.
18          THE WITNESS:  Fifth.
19  BY MR. CASSELL:
20      Q.  You have helped Maxwell feed information to
21  the media to try to undercut Virginia's credibility,
22  true?
23          MR. PAGLIUCA:  Object to form and
24  foundation.
25          THE WITNESS:  Fifth.
```

Page 177

```
1              J. Epstein - Confidential
2   BY MR. CASSELL:
3       Q.  Please describe all steps you've taken to
4   assist Maxwell in getting information to the media
5   about the circumstances surrounding this case.
6           MR. PAGLIUCA:  Object to form and
7   foundation.
8           THE WITNESS:  Fifth.
9   BY MR. CASSELL:
10      Q.  You helped Maxwell obtain information about
11  a Florida police report that Virginia made of a rape,
12  true?
13          MR. PAGLIUCA:  Object to form and
14  foundation.
15          THE WITNESS:  Fifth.
16  BY MR. CASSELL:
17      Q.  How did you obtain a copy of a police
18  report involving sexual assault on a minor,
19  specifically Virginia?
20          MR. PAGLIUCA:  Object to form and
21  foundation.
22          THE WITNESS:  Fifth.
23  BY MR. CASSELL:
24      Q.  It's true, sir, that you did obtain a copy
25  of a police report involving a sexual assault on
```



Page 178

```
1            J. Epstein - Confidential
2    Virginia, true?
3            MR. PAGLIUCA:  Object to form and
4    foundation.
5            THE WITNESS:  Fifth.
6    BY MR. CASSELL:
7        Q.  Have you ever helped Maxwell leak any
8    reports to the media?
9            MR. PAGLIUCA:  Object to form and
10   foundation.
11           THE WITNESS:  Fifth.
12   BY MR. CASSELL:
13       Q.  You helped Maxwell leak a report about a
14   sexual assault committed against Virginia when she
15   was a minor to the media, true?
16           MR. PAGLIUCA:  Object to form and
17   foundation.
18           THE WITNESS:  Fifth.
19   BY MR. CASSELL:
20       Q.  You have been evading service of process
21   the last few months, true, sir?
22           MR. PAGLIUCA:  Object to form and
23   foundation.
24           THE WITNESS:  Fifth.
25
```

Page 179

```
1            J. Epstein - Confidential
2    BY MR. CASSELL:
3        Q.  If we wanted to serve you with legal
4    process in the future, what would be the simplest way
5    to do that?
6            MR. PAGLIUCA:  Object to form and
7    foundation.
8            THE WITNESS:  Fifth.
9    BY MR. CASSELL:
10       Q.  Are you willing to have your attorney
11   accept service of process on your behalf for future
12   proceedings in this case?
13       A.  Fifth.
14       Q.  If Miss Giuffre required your testimony at
15   trial in this case, would you be willing to appear
16   voluntarily?
17       A.  Fifth.
18       Q.  If you are not willing to appear
19   voluntarily at the upcoming trial, how can we serve
20   you with process to appear?
21       A.  Fifth.
22       Q.  When was the last time you traveled
23   overseas?
24       A.  Fifth.
25       Q.  Please describe all your overseas travel in
```

Page 180

```
1            J. Epstein - Confidential
2    the last two years.
3        A.  Fifth.
4        Q.  How do you travel overseas?
5        A.  Fifth.
6            Do you want this?
7            (Plaintiff's Composite Exhibit JE5, E-mail
8    Jeffrey Epstein received from Ms. Maxwell on about
9    July 18th, 2009 was marked for identification.)
10   BY MR. CASSELL:
11       Q.  Thanks.  Thank you.
12           I'm going to direct your attention now to
13   an exhibit, which I'll mark JE5.  It's a composite
14   exhibit.  I'm just looking at the first page of this
15   composite exhibit right now.
16           Do you see JE5, also known as Maxwell 14,
17   in front of you, sir?
18       A.  Yes.
19       Q.  This is an e-mail you received from
20   Ms. Maxwell on about July 18th, 2009, true?
21       A.  Fifth.
22       Q.  There's an e-mail address ▓▓▓▓▓▓
23   Do you see that e-mail on this document?
24       A.  Yes.
25       Q.  You understand that to be an e-mail that
```

Page 181

```
1            J. Epstein - Confidential
2    belonged to Ms. Maxwell, true?
3        A.  Fifth.
4        Q.  You see on this document an e-mail address
5    known as jeevacation@Gmail.com?  Do you see that
6    notation?
7        A.  Yes.
8        Q.  That's your e-mail address, true?
9        A.  Fifth.
10       Q.  Ms. Maxwell wrote to you, "How old was
11   Virginia in 1998 when she claims she started working
12   for you?"
13           Isn't that true?
14       A.  I'm sorry.  What's the question?
15           MR. PAGLIUCA:  Did you see that or --
16           THE WITNESS:  Do I see that or which --
17   I see it.
18   BY MR. CASSELL:
19       Q.  Yeah.  You see it.
20           Isn't that true that's a sentence that
21   Ms. Maxwell wrote to you, at least that's your
22   understanding?
23       A.  Fifth.
24       Q.  When you received that e-mail from
25   Ms. Maxwell, it's your understanding that Ms. Maxwell
```

MAGNA
LEGAL SERVICES

Page 182

1          J. Epstein - Confidential
2    was using the term "Virginia" to refer to Virginia
3    Roberts Giuffre, right?
4          MR. PAGLIUCA:  Object to form and
5    foundation.
6          THE WITNESS:  Fifth.
7    BY MR. CASSELL:
8        Q.  You see the term "Virginia" on this
9    document?
10       A.  Yes.
11       Q.  Who do you understand that term to refer
12   to?
13       A.  Fifth.
14       Q.  Who do you understand this e-mail to have
15   come from?
16       A.  Fifth.
17       Q.  Who do you understand received this e-mail?
18       A.  Fifth.
19       Q.  You and Ms. Maxwell were working together
20   to try defend the civil lawsuit that Virginia had
21   filed against you, true?
22          MR. PAGLIUCA:  Object to form and
23   foundation.
24          THE WITNESS:  Sorry.  Say it gain.
25

Page 183

1          J. Epstein - Confidential
2    BY MR. CASSELL:
3        Q.  You and Miss Maxwell were working together
4    to try to defend the civil lawsuit that Virginia
5    filed against you at this time, true?
6          MR. PAGLIUCA:  Object to form and
7    foundation.
8          MR. GOLDBERGER:  Against Mr. Epstein,
9    not against Ms. Maxwell?
10         MR. CASSELL:  Correct.
11         MR. GOLDBERGER:  Thank you.
12         THE WITNESS:  Sorry.  Okay.
13         MR. CASSELL:  Let me just ask --
14         MR. GOLDBERGER:  Okay.
15   BY MR. CASSELL:
16       Q.  It's true, sir, that in July of 2009,
17   Virginia had a lawsuit pending against you, right?
18       A.  Fifth.
19         MR. CASSELL:  And you're taking the
20   Fifth with regard to a publicly-filed
21   lawsuit, I understand it; is that right?
22         MR. GOLDBERGER:  That's correct.
23   BY MR. CASSELL:
24       Q.  Did you respond to this e-mail?
25         MR. WEINBERG:  I will also assert the

Page 184

1          J. Epstein - Confidential
2    attorney-client privilege to the extent
3    Mr. Epstein's knowledge of the lawsuit or
4    the date of the lawsuit emanates from the
5    attorney-client communication.
6          MR. GOLDBERGER:  Did you not get that?
7          THE COURT REPORTER:  No.
8          MR. GOLDBERGER:  I'll -- I'll rephrase
9    it.
10         In addition to the Fifth Amendment
11   privilege, we are invoking attorney-client
12   privilege to the extent that any knowledge
13   that Mr. Epstein has about a lawsuit filed
14   against him by someone by the name of
15   Virginia Roberts came to him from attorneys.
16   BY MR. CASSELL:
17       Q.  Did you respond to this e-mail, sir?
18       A.  Fifth.
19       Q.  It's true, sir, that you responded to this
20   e-mail, right?
21       A.  Fifth.
22       Q.  And your response was along the lines of
23   coordinating with Maxwell as to how best to defend
24   the lawsuit against you?
25         MR. PAGLIUCA:  Object to form and

Page 185

1          J. Epstein - Confidential
2    foundation.
3          THE WITNESS:  Fifth.
4          (Plaintiff's Exhibit JE6, E-mail string
5    between Jeffrey Epstein and Ms. Maxwell on
6    about March 25th, 2011 was marked for
7    identification.)
8    BY MR. CASSELL:
9        Q.  All right.  Let's go to another document,
10   which I'll mark as JE6.
11         Do you see JE6 in front of you?
12       A.  Yes.
13       Q.  This is an e-mail string between you and
14   Ms. Maxwell on about March 25th, 2011, right?
15         MR. GOLDBERGER:  There appears to be
16   one e-mail only.
17         Do you have the right exhibit?
18         MR. CASSELL:  Oh, I'm sorry.  No -- are
19   we looking at the same thing?  I see one
20   e-mail and then a second one.
21         MR. GOLDBERGER:  I'm sorry.
22   BY MR. CASSELL:
23       Q.  This appears to be a -- an e-mail from
24   Maxwell to you, followed by an e-mail from you to
25   Maxwell, correct?

Page 186

1          J. Epstein - Confidential
2     A.   Fifth.
3     Q.   This is an e-mail -- well, let me see.
4          Maxwell sent you an e-mail to the effect of
5  "Any news on V work story?  Am I right not allowed
6  full-time employment at 15?"
7          That's what she sent to you, right?
8     A.   I'm sorry.  Do you -- is that -- are you
9  asking me that's what it says on this document?
10    Q.   No.  I'm asking you, was it your
11 understanding that Maxwell was sending you that
12 question, right?
13    A.   Fifth.
14    Q.   And you responded by saying, "Are you
15 getting what you need?"
16         MR. PAGLIUCA:  Object to form and
17    foundation.
18         THE WITNESS:  I'm sorry.  Are you
19    asking me if that's what it says?
20 BY MR. CASSELL:
21    Q.   No.  I'm asking, is that what you
22 responded?
23    A.   Fifth.
24    Q.   It's true, sir, that you responded to an
25 e-mail from Maxwell on about March 25th, 2011, right?

Page 187

1          J. Epstein - Confidential
2     A.   Fifth.
3     Q.   What did you say in response to Maxwell's
4  question?
5     A.   Fifth.
6          MR. CASSELL:  Just so the record is
7     clear, this is also identified as
8     confidential GM-00649.  Hang on one second.
9  BY MR. CASSELL:
10    Q.   By the phrase "V work story," you
11 understood Ms. Maxwell to be referring to Virginia's
12 age at the time Maxwell first met Virginia, true?
13         MR. PAGLIUCA:  Object to form and
14    foundation.
15         THE WITNESS:  Fifth.
16 BY MR. CASSELL:
17    Q.   What did you understand the phrase "V
18 story" to mean?
19         MR. PAGLIUCA:  Object to form and
20    foundation.
21         THE WITNESS:  Fifth.
22 BY MR. CASSELL:
23    Q.   And by the phrase "getting what you need,"
24 you meant getting materials to try to cover up your
25 sexual abuse of Virginia, right?

Page 188

1          J. Epstein - Confidential
2          MR. PAGLIUCA:  Object to form and
3     foundation.
4          THE WITNESS:  Fifth.
5  BY MR. CASSELL:
6     Q.   In this e-mail and other communications,
7  you and Maxwell were trying to cover up sexual abuse
8  of Virginia, right?
9          MR. PAGLIUCA:  Object to form and
10    foundation.
11         THE WITNESS:  Fifth.
12 BY MR. CASSELL:
13    Q.   By the phrase "getting what you need," what
14 did you mean?
15    A.   Fifth.
16    Q.   All right.  One more --
17    A.   Here you go.
18    Q.   Oh, did you instruct Maxwell to delete any
19 e-mails at the time?
20         MR. PAGLIUCA:  Object to form and
21    foundation.
22         THE WITNESS:  Fifth.
23 BY MR. CASSELL:
24    Q.   Did you instruct Maxwell to delete her
25 e-mails in 2015?

Page 189

1          J. Epstein - Confidential
2          MR. PAGLIUCA:  Object to form and
3     foundation.
4          THE WITNESS:  Fifth.
5          (Plaintiff's Exhibit JE7, Transcription of
6     a string of e-mails between Jeffrey Epstein and Ms.
7     Maxwell in about May of 2011 was marked for
8     identification.)
9  BY MR. CASSELL:
10    Q.   Mark this as JE6 --
11         MR. PAGLIUCA:  Seven.
12         MR. CASSELL:  Oh, seven?  Thank you.
13    Thanks, Jeff.
14         THE WITNESS:  Thank you.
15 BY MR. CASSELL:
16    Q.   Do you have JE7 in front of you?
17    A.   Yes.
18    Q.   This is, in fact, an accurate transcription
19 of a string of e-mails between you and Ms. Maxwell in
20 about May of 2011?
21         MR. PAGLIUCA:  Object to form and
22    foundation.
23         THE WITNESS:  Fifth.
24 BY MR. CASSELL:
25    Q.   What is this document?

Page 190

```
1              J. Epstein - Confidential
2         A.  Fifth.
3         Q.  As reflected in this document, you sent an
4    e-mail on May 3rd, 2011, to Maxwell that read, "Where
5    are you?  The pictures of you look good.  Don't
6    fret."
7              That's what you sent to her, right?
8         A.  Again, you're asking me, is that what it
9    says on the paper?
10        Q.  No.  I'm asking a substantive question.
11             Is this what you sent to her?
12        A.  Fifth.
13        Q.  You sent that e-mail to her, didn't you?
14        A.  Fifth.
15        Q.  Who sent that e-mail to her?
16        A.  Fifth.
17        Q.  When you wrote -- wrote the words, "Don't
18   fret," you meant that you were taking steps to avoid
19   further distribution to press stories about your
20   sexual abuse of Virginia, right?
21             MR. PAGLIUCA:  Object to form and
22   foundation.
23             THE WITNESS:  Fifth.
24   BY MR. CASSELL:
25        Q.  What did you mean by the words "Don't fret"
```

Page 191

```
1              J. Epstein - Confidential
2    in the e-mail?
3         A.  Fifth.
4              We done?
5         Q.  Yeah.
6         (Plaintiff's Exhibit JE8, E-mail that
7    Jeffrey Epstein sent to Maxwell on January 15th, 2015
8    was marked for identification.)
9    BY MR. CASSELL:
10        Q.  I'm going to mark an exhibit here as JE8.
11             Do you have JE8 in front of you?
12        A.  Yes.
13             MR. CASSELL:  It's also Maxwell 18 and
14   also GM001081, for the record.
15   BY MR. CASSELL:
16        Q.  This is an e-mail that you sent to Maxwell
17   on January 15th, 2015, isn't it?
18        A.  Fifth.
19        Q.  Who sent this e-mail on January 15, 2015?
20        A.  Fifth.
21        Q.  This e-mail says, do you want ▓▓▓▓▓
22   to come out and say she was the girlfriend, during
23   the time period?
24             Do you see that there?
25        A.  Yes.
```

Page 192

```
1              J. Epstein - Confidential
2         Q.  What did you mean when you wrote those
3    words?
4         A.  Fifth.
5         Q.  In fact, sir, those words mean that you
6    wanted a person named -- strike that.
7              In fact, what that e-mail means is that you
8    were offering Maxwell that a woman named ▓▓▓▓▓
9    would pretend to be your girlfriend during the time,
10   right?
11             MR. PAGLIUCA:  Object to form and
12   foundation.
13             THE WITNESS:  Fifth.
14   BY MR. CASSELL:
15        Q.  The reason you and Maxwell were
16   communicating at this time was to try to work
17   together to attack Virginia's credibility, true?
18             MR. PAGLIUCA:  Object to form and
19   foundation.
20             THE WITNESS:  Fifth.
21   BY MR. CASSELL:
22        Q.  Why were you and Maxwell communicating at
23   this time?
24        A.  Fifth.
25        Q.  You and Maxwell were communicating to try
```

Page 193

```
1              J. Epstein - Confidential
2    an invent a story to conceal the fact that the two of
3    you had sexually abused Virginia, right?
4              MR. PAGLIUCA:  Object to form and
5    foundation.
6              THE WITNESS:  Fifth.
7    BY MR. CASSELL:
8         Q.  When you used the phrase "to come out and
9    say," what did you mean?
10        A.  Fifth.
11        Q.  In fact, you were trying to get someone to
12   come out to falsely claim to be your girlfriend at
13   that time, right?
14             MR. PAGLIUCA:  Object to form and
15   foundation.
16             THE WITNESS:  Fifth.
17   BY MR. CASSELL:
18        Q.   And the reason you needed someone to say
19   that they were your girlfriend at the time was to
20   cover up the fact that Maxwell was your girlfriend at
21   the time, right?
22             MR. PAGLIUCA:  Object to form and
23   foundation.
24             THE WITNESS:  Fifth.
25
```

MAGNA ➤
LEGAL SERVICES

Page 194

```
 1            J. Epstein - Confidential
 2   BY MR. CASSELL:
 3       Q.  With regard to the time period referred to
 4   in this e-mail, who was your girlfriend?
 5           MR. PAGLIUCA:  Object to form and
 6       foundation.
 7           THE WITNESS:  Fifth.
 8   BY MR. CASSELL:
 9       Q.  In fact, during the time when Virginia was
10   with you, Maxwell was your girlfriend, right?
11           MR. PAGLIUCA:  Object to form and
12       foundation.
13           THE WITNESS:  Fifth.
14   BY MR. CASSELL:
15       Q.  Who was your girlfriend when Virginia was
16   with you?
17           MR. PAGLIUCA:  Object to form.
18           THE WITNESS:  Fifth.
19   BY MR. CASSELL:
20       Q.  Did Maxwell respond to this e-mail?
21       A.  Fifth.
22       Q.  In fact, Maxwell did respond to this
23   e-mail, true?
24       A.  Fifth.
25       Q.  You and Maxwell decided together that
```

Page 195

```
 1            J. Epstein - Confidential
 2   trying to pass off Shelly as your girlfriend who be
 3   too easily exposed as a lie, right?
 4           MR. PAGLIUCA:  Object to form and
 5       foundation.
 6           THE WITNESS:  Fifth.
 7   BY MR. CASSELL:
 8       Q.  Please describe the plan that you and
 9   Maxwell came up with to respond to Virginia's
10   allegations that she had been sexually abused by the
11   two of you.
12           MR. PAGLIUCA:  Object to form and
13       foundation.
14           THE WITNESS:  Fifth.
15   BY MR. CASSELL:
16       Q.  In fact, you two came up with a plan to try
17   to attack Virginia's credibility, right?
18           MR. PAGLIUCA:  Object to form and
19       foundation.
20           THE WITNESS:  Fifth.
21   BY MR. CASSELL:
22       Q.  Now, if we go to 2009 -- we're done with
23   that document.
24       A.  Okay.
25       Q.  In 2009, Ms. Giuffre, proceeding under the
```

Page 196

```
 1            J. Epstein - Confidential
 2   pseudonym Jane Doe 102, filed a public lawsuit
 3   against you for sexual abuse, right?
 4       A.  Fifth and attorney-client.
 5           MR. GOLDBERGER:  I'll assert the
 6       attorney-client privilege for you.
 7   BY MR. CASSELL:
 8       Q.  It's a matter of public record that you
 9   later settled that lawsuit, right?
10       A.  Fifth.
11           MR. GOLDBERGER:  And attorney-client
12       privilege.  And confidentiality of any
13       agreement that may have existed.
14   BY MR. CASSELL:
15       Q.  How much money, if any, did you pay to
16   settle that lawsuit?
17       A.  Fifth.
18           MR. GOLDBERGER:  Attorney-client
19       privilege and confidentiality of any
20       agreement that may or may not have existed.
21   BY MR. CASSELL:
22       Q.  That lawsuit involved two parties, you and
23   Ms. Giuffre, right?
24       A.  Fifth.
25       Q.  It is you who is insisting on
```

Page 197

```
 1            J. Epstein - Confidential
 2   confidentiality of the settlement of that lawsuit,
 3   right?
 4           MR. PAGLIUCA:  Object to form and
 5       foundation.
 6           THE WITNESS:  Fifth.
 7           MR. GOLDBERGER:  Attorney-client
 8       privilege.
 9   BY MR. CASSELL:
10       Q.  If Virginia were to provide to Maxwell the
11   confidential settlement agreement, that would be, to
12   your personal understanding, a violation of the terms
13   of the settlement agreement?
14       A.  Fifth.
15           MR. GOLDBERGER:  And attorney-client
16       privilege.
17   BY MR. CASSELL:
18       Q.  You could sue Virginia if she gave Maxwell
19   the confidential settlement agreement, right?
20       A.  Fifth.
21           MR. GOLDBERGER:  Attorney-client
22       privilege.
23           Do you want to give me a standing
24       objection to attorney-client privilege on --
25       on any of the questions concerning the
```

Page 198

```
1              J. Epstein - Confidential
2    settlement agreement?
3          MR. CASSELL:  Yes.
4          MR. GOLDBERGER:  Okay.
5          MR. WEINBERG:  And a standing -- and a
6    standing objection to these questions are
7    based, if there is a confidentiality
8    agreement, on the agreement, which is
9    subject to confidentiality.
10         MR. PAGLIUCA:  Which I have asked for
11   and don't have.
12         MR. CASSELL:  Right.  Which is why --
13   well, in any event.
14   BY MR. CASSELL:
15     Q.  Sir, you are willing to sign an
16   unconditional waiver allowing Virginia to turn over
17   the settlement agreement to Maxwell, right?
18     A.  Fifth.
19     Q.  Now, if we talk about the 2009 litigation
20   between you and Maxwell, during that litigation you
21   conveyed threats to Virginia?
22         MR. PAGLIUCA:  Object to form and
23   foundation.
24         THE WITNESS:  Fifth.
25
```

Page 199

```
1              J. Epstein - Confidential
2    BY MR. CASSELL:
3      Q.  Indirectly you threatened Virginia with
4    harm if she did not agree to your proposed settlement
5    terms, true?
6          MR. PAGLIUCA:  Object to form and
7    foundation.
8          THE WITNESS:  Fifth.
9    BY MR. CASSELL:
10     Q.  Without disclosing any amount that you
11   ultimately paid, if any, it was your intent that your
12   threats would reduce the amount that you would have
13   to pay to Virginia, right?
14         MR. PAGLIUCA:  Object to form and
15   foundation.
16         THE WITNESS:  Fifth.
17   BY MR. CASSELL:
18     Q.  Please describe all the threats you've ever
19   made to Virginia.
20         MR. PAGLIUCA:  Object to form and
21   foundation.
22         THE WITNESS:  Fifth.
23   BY MR. CASSELL:
24     Q.  Sir, you know Harvard Law Professor, now
25   former law professor, Alan Dershowitz?
```

Page 200

```
1              J. Epstein - Confidential
2      A.  Fifth.
3      Q.  When did you first meet Alan Dershowitz?
4      A.  Fifth.
5      Q.  It would be fair to describe
6    Alan Dershowitz as a good friend of yours, true?
7      A.  Fifth.
8      Q.  Please describe your relationship with
9    Alan Dershowitz.
10     A.  Fifth.
11     Q.  Alan Dershowitz has sent drafts of books he
12   was writing for you to review, right?
13     A.  Fifth.
14     Q.  What books of Alan Dershowitz' have you
15   read?
16     A.  Fifth.
17     Q.  What drafts of Alan Dershowitz' have you
18   read?
19     A.  Fifth.
20     Q.  Dershowitz was your lawyer as well as your
21   friend, right?
22     A.  Fifth.
23     Q.  Without discussing any particular
24   attorney-client communications, what was the general
25   type of legal work he did for you?
```

Page 201

```
1              J. Epstein - Confidential
2      A.  Fifth.
3          MR. WEINBERG:  Attorney-client
4    privilege.
5          MR. CASSELL:  Attorney-client
6    privilege?  Oh, okay.
7    BY MR. CASSELL:
8      Q.  When did Dershowitz first become your
9    lawyer?
10         MR. WEINBERG:  Attorney-client
11   privilege.
12         MR. CASSELL:  The date is
13   attorney-client privilege?
14         MR. WEINBERG:  Yes.
15         THE WITNESS:  Fifth.
16   BY MR. CASSELL:
17     Q.  It is true, sir, that Dershowitz first
18   became your lawyer in about 1999, right?
19         MR. WEINBERG:  Attorney-client
20   privilege.
21   BY MR. CASSELL:
22     Q.  Has Dershowitz ever provided business
23   advice for you?
24     A.  Fifth.
25     Q.  Has Dershowitz ever provided you business
```



Page 202

1          J. Epstein - Confidential
2   advice of a nonlegal nature?
3       A.  Fifth.
4       Q.  Have you had any business relationships of
5   any kind with Dershowitz?
6       A.  Fifth.
7       Q.  It's true, sir, that you have had business
8   relationships with Dershowitz, right?
9       A.  Fifth.
10      Q.  In 1999, you had business relationships
11  with Dershowitz, true?
12          MR. PAGLIUCA:  Object to form and
13      foundation.
14          THE WITNESS:  Fifth.
15  BY MR. CASSELL:
16      Q.  When was the last time you spoke to
17  Alan Dershowitz?
18      A.  Fifth.
19      Q.  I want to focus your attention to the time
20  frame immediately after December 30th, 2014, when
21  Virginia's allegations were first made in a court
22  filing.
23          If we talk about that time frame, did you
24  discuss Virginia's allegations with Dershowitz?
25          MR. GOLDBERGER:  You got it, Marty, or

Page 203

1          J. Epstein - Confidential
2   I'll -- I'm on -- why don't I just do it,
3   because they're having a hard time hearing
4   you.
5          MR. WEINBERG:  Okay.
6          MR. GOLDBERGER:  Thank you.  And
7      attorney-client privilege.
8          THE WITNESS:  Fifth.
9   BY MR. CASSELL:
10      Q.  You did discuss Virginia's allegations with
11  Dershowitz, didn't you?
12          MR. PAGLIUCA:  Object to form and
13      foundation.
14          THE WITNESS:  Fifth.
15          MR. GOLDBERGER:  And attorney-client
16      privilege.
17  BY MR. CASSELL:
18      Q.  Was he your lawyer at that time, sir?
19      A.  Fifth.
20          MR. GOLDBERGER:  Attorney-client
21      privilege.
22  BY MR. CASSELL:
23      Q.  Was he your agent at that time?
24          MR. PAGLIUCA:  Object to form and
25      foundation.

Page 204

1          J. Epstein - Confidential
2          THE WITNESS:  Fifth.
3          MR. GOLDBERGER:  Attorney-client
4      privilege to the extent I understand what
5      "agent" means.
6   BY MR. CASSELL:
7       Q.  Did you authorize Dershowitz to make any
8   public statements on your behalf?
9          MR. PAGLIUCA:  Object to form and
10      foundation.
11          MR. GOLDBERGER:  Attorney-client
12      privilege.
13          THE WITNESS:  Fifth.
14  BY MR. CASSELL:
15      Q.  If Dershowitz made any public statements
16  about your views on Virginia, were those authorized?
17          MR. GOLDBERGER:  Attorney-client
18      privilege?
19          THE WITNESS:  Fifth.
20  BY MR. CASSELL:
21      Q.  Did you ever tell Dershowitz that you were
22  outraged by Virginia's statements?
23      A.  Fifth.
24          MR. GOLDBERGER:  Attorney-client
25      privilege.

Page 205

1          J. Epstein - Confidential
2   BY MR. CASSELL:
3       Q.  In fact, sir, you've never told Dershowitz
4   that you were outraged by Virginia's statements, did
5   you?
6       A.  Fifth.
7          MR. GOLDBERGER:  And attorney-client
8      privilege.
9   BY MR. CASSELL:
10      Q.  The reason you never told Dershowitz that
11  is that you knew that Virginia's statements were
12  true, didn't you?
13          MR. PAGLIUCA:  Object to form and
14      foundation.
15          THE WITNESS:  Fifth.
16  BY MR. CASSELL:
17      Q.  When Alan Dershowitz said, "He's as
18  outraged as I am," referring to you, that was not a
19  true statement, was it?
20          MR. PAGLIUCA:  Object to form and
21      foundation.
22          THE WITNESS:  Fifth.
23          MR. GOLDBERGER:  And attorney-client
24      privilege.
25



Page 206

```
1          J. Epstein - Confidential
2   BY MR. CASSELL:
3      Q.   Was that an authorized statement on your
4   behalf by Alan Dershowitz?
5          MR. PAGLIUCA:  Object to form and
6      foundation.
7          THE WITNESS:  Fifth.
8          MR. GOLDBERGER:  Attorney-client
9      privilege.
10  BY MR. CASSELL:
11     Q.   In 2000 and 2001, Dershowitz came to visit
12  you at your Florida mansion in Palm Beach, true?
13     A.   Fifth.
14         MR. GOLDBERGER:  Attorney-client
15     privilege.
16  BY MR. CASSELL:
17     Q.   In 2000 and 2001, Dershowitz came to visit
18  you in your New York mansion, true?
19         MR. PAGLIUCA:  Object to form and
20     foundation.
21         THE WITNESS:  Fifth.
22         MR. GOLDBERGER:  Attorney-client
23     privilege.
24  BY MR. CASSELL:
25     Q.   In 2001 and 2001, Dershowitz visited your
```

Page 207

```
1          J. Epstein - Confidential
2   ranch named Zorro in the Greater Santa Fe, New Mexico
3   area several times, true?
4          MR. PAGLIUCA:  Object to form and
5      foundation.
6          THE WITNESS:  Fifth.
7          MR. GOLDBERGER:  Attorney-client
8      privilege.
9   BY MR. CASSELL:
10     Q.   In 2000 and 2001 Dershowitz visited your
11  island in the U.S. Virgin Islands as well, true?
12         MR. PAGLIUCA:  Object to form and
13     foundation.
14         THE WITNESS:  Fifth.
15         MR. GOLDBERGER:  Attorney-client.
16  BY MR. CASSELL:
17     Q.   If we focus in on the years 2000 and 2001,
18  how many times did Dershowitz visit you in your
19  various homes?
20     A.   Fifth.
21     Q.   Please describe all your interactions with
22  Dershowitz in 2000 and 2001.
23     A.   Fifth.
24         MR. GOLDBERGER:  Attorney-client
25     privilege.
```

Page 208

```
1          J. Epstein - Confidential
2   BY MR. CASSELL:
3      Q.   Has Dershowitz ever walked into a room
4   where you and Virginia were interacting sexually?
5          MR. PAGLIUCA:  Object to form and
6      foundation.
7          THE WITNESS:  Fifth.
8   BY MR. CASSELL:
9      Q.   It's true, sir, that Dershowitz did walk
10  into a room and when you Virginia were interacting
11  sexually, right?
12         MR. PAGLIUCA:  Object to form and
13     foundation.
14         THE WITNESS:  Fifth.
15  BY MR. CASSELL:
16     Q.   Please describe the circumstances
17  surrounding Dershowitz walking into a room with you
18  and Virginia interacting sexually.
19         MR. PAGLIUCA:  Object to form and
20     foundation.
21         THE WITNESS:  Fifth.
22  BY MR. CASSELL:
23     Q.   Your sexual preference is for minor girls,
24  right?
25         MR. PAGLIUCA:  Object to form and
```

Page 209

```
1          J. Epstein - Confidential
2      foundation.  Asked and answered.
3          THE WITNESS:  Fifth.
4   BY MR. CASSELL:
5      Q.   If we focus in on the period just 2005 to
6   2006, at that time, you were targeting minor girls
7   for sexual abuse, true?
8          MR. PAGLIUCA:  Object to form and
9      foundation.
10         THE WITNESS:  Fifth.
11  BY MR. CASSELL:
12     Q.   If we focus in just on the year 2005, in
13  that year you were targeting minor girls for sexual
14  abuse, right?
15         MR. PAGLIUCA:  Object to form and
16     foundation.
17         THE WITNESS:  Fifth.
18  BY MR. CASSELL:
19     Q.   Your sexual abuse came to the attention of
20  law enforcement authorities in 2005, right?
21     A.   Fifth.
22     Q.   And thereafter your defense attorneys
23  negotiated a non-prosecution agreement for you with
24  the U.S. Attorney's Office, true?
25     A.   Fifth.
```

MAGNA◆
LEGAL SERVICES

Page 210

```
 1          J. Epstein - Confidential
 2          MR. GOLDBERGER:  And attorney-client
 3     privilege.
 4     BY MR. CASSELL:
 5          Q.  One of the attorneys negotiating on your
 6     behalf was Alan Dershowitz, true?
 7          A.  Fifth.
 8          MR. GOLDBERGER:  Attorney-client.
 9          (Plaintiff's Exhibit JE9, Document 361-46
10     on the public record in the case Jane Doe versus
11     United States 908CD80736 in the Southern District of
12     Florida, a document signed by Gerald Lefcourt and
13     Alan Dershowitz was marked for identification.)
14     BY MR. CASSELL:
15          Q.  I want to show you now an exhibit which
16     we'll mark as JE9, which I'll note, for the record,
17     is Document 361-46 on the public record in the case
18     Jane Doe versus United States 908CD80736 in the
19     Southern District of Florida.
20          This is a document signed by
21     Gerald Lefcourt and Alan Dershowitz, as you can see
22     on the last page.
23          A.  I see the last page.
24          Q.  All right.  This was a statement sent on
25     your behalf to prosecutors in that -- in the criminal
```

Page 211

```
 1          J. Epstein - Confidential
 2     investigation and case in the Southern District of
 3     Florida, right?
 4          A.  I'm sorry.  Say again.
 5          Q.  This is a document or a statement sent on
 6     your behalf to prosecutors in the criminal
 7     investigation and case in the Southern District of
 8     Florida?
 9          A.  That's what it says.
10          Q.  If Alan Dershowitz were to write in this
11     letter that "Epstein never targeted minors," that
12     would be a false statement, wouldn't it?
13          MR. PAGLIUCA:  Object to form and
14     foundation.
15          THE WITNESS:  Fifth.
16     BY MR. CASSELL:
17          Q.  In fact, you had told Alan Dershowitz that
18     you had targeted minors?
19          MR. WEINBERG:  Attorney-client privilege.
20          MR. PAGLIUCA:  Object to form and
21     foundation.
22          THE WITNESS:  Fifth.
23     BY MR. CASSELL:
24          Q.  And without regard to any communications
25     that you may or may not have had with Mr. Dershowitz,
```

Page 212

```
 1          J. Epstein - Confidential
 2     Mr. Dershowitz had observed you having sexual
 3     interactions with at least one minor --
 4          MR. PAGLIUCA:  Object to form --
 5     BY MR. CASSELL:
 6          Q.  -- at the time you wrote this letter,
 7     right?
 8          MR. PAGLIUCA:  I'm sorry.  I don't know
 9     if I spoke over you the last --
10          Did you get the question?
11          THE COURT REPORTER:  No -- yes, but...
12     Objection --
13          MR. PAGLIUCA:  Okay.  Yeah.
14          Object to form and foundation.
15          THE COURT REPORTER:  Thank you.
16          THE WITNESS:  Fifth.
17     BY MR. CASSELL:
18          Q.  Two of the attorneys in the U.S. Attorney's
19     Office at that time were Matthew Menchel and
20     Andrew Lurie, true?
21          A.  That's what it says on the document.
22          Q.  And you also -- you knew that there were
23     two U.S. Attorneys in the office at that time by the
24     name of Matthew Menchel and Andrew Lurie, right?
25          A.  Fifth.
```

Page 213

```
 1          J. Epstein - Confidential
 2          MR. GOLDBERGER:  And attorney-client
 3     privilege.
 4          MR. CASSELL:  Attorney-privilege of
 5     prosecutors?
 6          MR. GOLDBERGER:  Of what he knew.
 7          MR. CASSELL:  Okay.  I got you.
 8     BY MR. CASSELL:
 9          Q.  While you were negotiating with the U.S.
10     Attorney's Office, you were also working with Menchel
11     and Lurie to help them secure lucrative employment
12     when they left the office, right?
13          MR. PAGLIUCA:  Object to form and
14     foundation.
15          THE WITNESS:  Fifth.
16     BY MR. CASSELL:
17          Q.  What do you know about the current
18     employment of Matthew Menchel?
19          A.  Fifth.
20          Q.  What do you know about the current
21     employment of Andrew Lurie?
22          A.  Fifth.
23          Q.  Please describe all of the circumstances
24     you are aware of concerning Matthew Menchel's
25     departure from the U.S. Attorney's Office.
```

MAGNA ▶
LEGAL SERVICES

Page 214

1          J. Epstein - Confidential
2     A.   Fifth.
3     Q.   Please describe all the circumstances you
4  are aware of involving the departure of Andrew Lurie
5  from the U.S. Attorney's Office.
6     A.   Fifth.
7     Q.   One person you sexually trafficked Virginia
8  to was then Harvard Law Professor Allan Dershowitz,
9  right?
10         MR. PAGLIUCA:  Object to form and
11  foundation.
12         THE WITNESS:  Fifth.
13  BY MR. CASSELL:
14     Q.   You arranged for Dershowitz to sexually
15  abuse Virginia in your Florida mansion, right?
16         MR. PAGLIUCA:  Object to form and
17  foundation.
18         THE WITNESS:  Fifth.
19  BY MR. CASSELL:
20     Q.   All right.  You arranged for Dershowitz to
21  sexually abuse Virginia in your New York mansion,
22  right?
23         MR. PAGLIUCA:  Object to form and
24  foundation.
25         THE WITNESS:  Fifth.

Page 215

1          J. Epstein - Confidential
2  BY MR. CASSELL:
3     Q.   You arranged for Dershowitz to sexually
4  abuse Virginia at your New -- New Mexico ranch,
5  right?
6         MR. PAGLIUCA:  Object to form and
7  foundation.
8         THE WITNESS:  Fifth.
9  BY MR. CASSELL:
10     Q.   You arranged for Dershowitz to sexually
11  abuse Virginia Tryland (phonetic) in the U.S. Virgin
12  Islands, true?
13         MR. PAGLIUCA:  Object to form and
14  foundation.
15         THE WITNESS:  Fifth.
16  BY MR. CASSELL:
17     Q.   You arranged for Dershowitz to sexually
18  abuse Virginia on the jet airplane you own, right?
19         MR. PAGLIUCA:  Object to form and
20  foundation.
21         THE WITNESS:  Fifth.
22  BY MR. CASSELL:
23     Q.   By the way, without any regard to sexual
24  conduct that you may or may not have had on your jet,
25  is your jet equipped with a bed?

Page 216

1          J. Epstein - Confidential
2         MR. PAGLIUCA:  Object to form and
3  foundation.
4         THE WITNESS:  Fifth.
5  BY MR. CASSELL:
6     Q.   Please describe the bed on your jet.
7     A.   Fifth.
8     Q.   Please describe every time Dershowitz was
9  inside your -- one of your homes in the presence of
10  girls under the age of 18.
11         MR. PAGLIUCA:  Object to form and
12  foundation.
13         THE WITNESS:  Fifth.
14  BY MR. CASSELL:
15     Q.   Maxwell was well aware of Dershowitz's
16  sexual abuse of Virginia, right?
17         MR. PAGLIUCA:  Object to form and
18  foundation.
19         THE WITNESS:  Fifth.
20  BY MR. CASSELL:
21     Q.   Please describe all the interactions
22  between Dershowitz and Maxwell in your homes in the
23  time frame 2000 to 2001.
24         MR. PAGLIUCA:  Object to form and
25  foundation.

Page 217

1          J. Epstein - Confidential
2         THE WITNESS:  Fifth.
3  BY MR. CASSELL:
4     Q.   Please describe all the interactions
5  between Maxwell and Dershowitz in any of your homes
6  in the time frame 2004 to 2006.
7         MR. PAGLIUCA:  Object to form and
8  foundation.
9         THE WITNESS:  Fifth.
10  BY MR. CASSELL:
11     Q.   You have sexually trafficked Virginia to a
12  number of your other friends, right?
13         MR. PAGLIUCA:  Object to form and
14  foundation.  Asked and answered.
15         THE WITNESS:  Fifth.
16  BY MR. CASSELL:
20     Q.   You and Maxwell sent Virginia to have sex
21  with Bill Richardson, true?
22         MR. PAGLIUCA:  Object to form and
23  foundation.
24         THE WITNESS:  Fifth.
25

Page 218

```
1            J. Epstein - Confidential
2    BY MR. CASSELL:
3        Q.  You and Maxwell sent Virginia to have sex
4    with ███████████  true?
5            MR. PAGLIUCA:  Object to form and
6    foundation.
7            THE WITNESS:  Fifth.
8    BY MR. CASSELL:
9        Q.  You and Maxwell sent Virginia to have sex
10   with Marvin Minsky, true?
11           MR. PAGLIUCA:  Object to form and
12   foundation.
13           THE WITNESS:  Fifth.
14   BY MR. CASSELL:
15       Q.  You and Maxwell sent Virginia to have sex
16   with █████████, true?
17           MR. PAGLIUCA:  Object to form and
18   foundation.
19           THE WITNESS:  Fifth.
20   BY MR. CASSELL:
21       Q.  You and Maxwell sent Virginia to have sex
22   with █████████, true?
23           MR. PAGLIUCA:  Object to form and
24   foundation.
25           THE WITNESS:  Fifth.
```

Page 219

```
1            J. Epstein - Confidential
2    BY MR. CASSELL:
3        Q.  Please give me the names of the other men
4    you and Maxwell sent Virginia to have sex with.
5            MR. PAGLIUCA:  Object to the form and
6    foundation.
7            THE WITNESS:  Fifth.
8    BY MR. CASSELL:
9        Q.  Isn't it true that in the time period 2000
10   to 2001, you were close friends with Bill Clinton?
11       A.  Fifth.
12       Q.  And even into 2002 you remained close
13   friends with Bill Clinton, right?
14       A.  Fifth.
15       Q.  Bill Clinton flew on your jet a number of
16   times in 2002, right?
17       A.  Fifth.
18       Q.  For example, in May of 2002, Bill Clinton
19   was on your jet several times, right?
20       A.  Fifth.
21       Q.  Bill Clinton visited your island in the
22   U.S. Virgin Islands in about 2002, true?
23           MR. PAGLIUCA:  Object to form and
24   foundation.
25           THE WITNESS:  Fifth.
```

Page 220

```
1            J. Epstein - Confidential
2    BY MR. CASSELL:
3        Q.  How did Bill Clinton get to your island
4    when he came to visit you?
5            MR. PAGLIUCA:  Object to form and
6    foundation.
7            THE WITNESS:  Fifth.
8    BY MR. CASSELL:
9        Q.  Sir, isn't it true, Bill Clinton got to the
10   island by having Maxwell fly him there on a
11   helicopter?
12           MR. PAGLIUCA:  Object to form and
13   foundation.
14           THE WITNESS:  Fifth.
15   BY MR. CASSELL:
16       Q.  Do you own a helicopter, sir?
17           MR. PAGLIUCA:  Object to form and
18   foundation.
19           THE WITNESS:  Fifth.
20   BY MR. CASSELL:
21       Q.  In fact, sir, you own a helicopter in the
22   U.S. Virgin Islands for purposes of flying guests to
23   your private island there, right?
24           MR. PAGLIUCA:  Object to form and
25   foundation.
```

Page 221

```
1            J. Epstein - Confidential
2            THE WITNESS:  Fifth.
3    BY MR. CASSELL:
4        Q.  Please describe all the ways people can get
5    to your private island in the U.S. Virgin Islands.
6            MR. PAGLIUCA:  Object to form.
7            THE WITNESS:  Fifth.
8    BY MR. CASSELL:
9        Q.  Maxwell frequently flew a helicopter in the
10   U.S. Virgin Islands, right?
11           MR. PAGLIUCA:  Object to form and
12   foundation.
13           THE WITNESS:  Fifth.
14   BY MR. CASSELL:
15       Q.  Maxwell was trained to fly your helicopter
16   in the U.S. Virgin Islands, right?
17           MR. PAGLIUCA:  Object to form and
18   foundation.
19           THE WITNESS:  Fifth.
20   BY MR. CASSELL:
21       Q.  Maxwell frequently flew a helicopter in the
22   U.S. Virgin Islands, right?
23           MR. PAGLIUCA:  Object to form and
24   foundation.  Asked and answered.
25           THE WITNESS:  Fifth.
```



Page 222

```
1            J. Epstein - Confidential
2  BY MR. CASSELL:
3        Q.   When Bill Clinton visited your private
4  island in the U.S. Virgin Islands, please describe
5  all the steps that you took to conceal his presence
6  there.
7            MR. PAGLIUCA:  Object to form and
8  foundation.
9            THE WITNESS:  Fifth.
10 BY MR. CASSELL:
11       Q.   When Bill Clinton came to your private
12 island in the U.S. Virgin Islands, please describe
13 anyone who he was accompanied by.
14           MR. PAGLIUCA:  Object to form and
15 foundation.
16           THE WITNESS:  Fifth.
17 BY MR. CASSELL:
18       Q.   When Bill Clinton came to your island, he
19 was accompanied by two young women who were
20 approximately 18 years old, true?
21           MR. PAGLIUCA:  Object to form and
22 foundation.
23           THE WITNESS:  Fifth.
24 BY MR. CASSELL:
25       Q.   Please list every place you and
```

Page 223

```
1            J. Epstein - Confidential
2  Bill Clinton have ever been together.
3            MR. PAGLIUCA:  Object to form.
4            THE WITNESS:  Fifth.
5  BY MR. CASSELL:
6        Q.   Please list everyplace you, Maxwell, and
7  Bill Clinton have been together simultaneously.
8            MR. PAGLIUCA:  Object to form and
9  foundation.
10           THE WITNESS:  Fifth.
11 BY MR. CASSELL:
12       Q.   On May 22nd, 2002, you and Maxwell flew
13 with Bill Clinton on your private jet, true?
14           MR. PAGLIUCA:  Object to form and
15 foundation.
16           THE WITNESS:  Fifth.
17 BY MR. CASSELL:
18       Q.   On May 22nd, 2002 you and Maxwell and
19 Bill Clinton flew from the Atsugi Naval Air facility
20 in Japan to Khabarovsk, Russia, true?
21           MR. PAGLIUCA:  Object to form and
22 foundation.
23           THE WITNESS:  Fifth.
24 BY MR. CASSELL:
25       Q.   On that same trip you, Maxwell, and
```

Page 224

```
1            J. Epstein - Confidential
2  Bill Clinton flew to China, right?
3            MR. PAGLIUCA:  Object to form and
4  foundation.
5            THE WITNESS:  Fifth.
6  BY MR. CASSELL:
7        Q.   And you also flew to Singapore, right?
8            MR. PAGLIUCA:  Object to form and
9  foundation.
10           THE WITNESS:  Fifth.
11 BY MR. CASSELL:
12       Q.   And you also flew together to Bangkok?
13           MR. PAGLIUCA:  Object to form and
14 foundation.
15           THE WITNESS:  Fifth.
16 BY MR. CASSELL:
17       Q.   Just so we're clear on that, in May
18 of 2002, you, Bill Clinton, and Defendant Maxwell all
19 flew to Bangkok together, right?
20           MR. PAGLIUCA:  Object to form and
21 foundation.
22           THE WITNESS:  Fifth.
23 BY MR. CASSELL:
24       Q.   And later, on that same trip, you, Maxwell,
25 and Bill Clinton all flew to Brunei together, true?
```

Page 225

```
1            J. Epstein - Confidential
2            MR. PAGLIUCA:  Object to form and
3  foundation.
4            THE WITNESS:  Fifth.
5  BY MR. CASSELL:
6        Q.   You've heard of the Clinton Foundation,
7  right?
8        A.   Fifth.
9        Q.   Please describe all of your interactions
10 with the Clinton Foundation.
11       A.   Fifth.
12       Q.   Is it true you that you helped Bill Clinton
13 organize the Clinton Foundation?
14       A.   Fifth.
15       Q.   Did you discuss with Bill Clinton the idea
16 of creating a foundation?
17       A.   Fifth.
18           (Plaintiff's Exhibit JE10, Subpoena in this
19 case for Jeffrey Epstein to appear at deposition was
20 marked for identification.)
21           MR. CASSELL:  I'm going to hand you one
22 more -- here we are.  This will become JE10 in
23 this case.  And I represent this is the subpoena
24 in this case to appear for the deposition.  I
25 only got one of those.
```

MAGNA ▸
LEGAL SERVICES

Page 226

1        J. Epstein - Confidential
2        MR. PAGLIUCA:  I can share.  That's
3    fine.
4    BY MR. CASSELL:
5        Q.  Have you seen this document before today,
6    sir?
7        A.  Fifth.
8        Q.  I want to direct your attention to page 8
9    of this document regarding -- you see page 8?
10       A.  Yes, sir.
11       Q.  And you see there's the heading "Documents
12   to Be Produced Pursuant to This Subpoena"?
13       A.  Yes.
14       Q.  Did you bring any documents with you today
15   pursuant to this subpoena?
16       A.  Fifth.
17       MR. WEINBERG:  Mr. Epstein would assert
18   the Fifth Amendment as well as the act of
19   production for the protections against
20   responding to that question or producing any
21   documents, relying on the Supreme Court
22   decision in Hubble, the Second Circuit's
23   August 1 decision in Greenfield.
24       MR. CASSELL:  Understood.  And I'll assume
25   you have a standing objection based on the

Page 227

1        J. Epstein - Confidential
2    grounds that you just described to all my
3    questions with regard to this subpoena.
4        MR. GOLDBERGER:  Just so we're clear,
5    the Fifth Amendment objection as to act of
6    production is going to apply to
7    everything that --
8        MR. CASSELL:  Yeah.  We disagree.  But
9    I understand you have a Fifth Amendment and
10   act of production.
11       MR. GOLDBERGER:  Yes.
12       MR. CASSELL:  Let's just hang onto that
13   a second.
14       MR. GOLDBERGER:  Sure.
15   BY MR. CASSELL:
16       Q.  Sir, you've made no effort to collect any
17   of the documents requested here, right?
18       MR. PAGLIUCA:  Object to form and
19   foundation.
20       THE WITNESS:  Fifth Amendment.
21   BY MR. CASSELL:
22       Q.  In the last three weeks, you've made no
23   search at all for the 22 categories of documents
24   requested here, right?
25       MR. PAGLIUCA:  Object to form and

Page 228

1        J. Epstein - Confidential
2    foundation.
3        THE WITNESS:  Fifth.
4    BY MR. CASSELL:
5        Q.  Where are the documents covered by these 22
6    requested categories?
7        A.  Fifth.
8        Q.  You have not produced any privilege log for
9    these items, have you?
10       A.  Fifth.
11       Q.  It would not be burdensome for you to
12   search for any of these documents, would it?
13       MR. PAGLIUCA:  Object to form and
14   foundation.
15       THE WITNESS:  Fifth.
16   BY MR. CASSELL:
17       Q.  It would be quite simple for you to run
18   search terms, such as Virginia, through your e-mail
19   accounts, right?
20       MR. PAGLIUCA:  Object to form and
21   foundation.
22       THE WITNESS:  Fifth.
23   BY MR. CASSELL:
24       Q.  And you have plenty of money to fund any of
25   the searches that would be required to produce these

Page 229

1        J. Epstein - Confidential
2    documents, right?
3        MR. PAGLIUCA:  Object to form and
4    foundation.
5        THE WITNESS:  Fifth.
6    BY MR. CASSELL:
7        Q.  I want to direct your attention to the
8    item 13, which requests all --
9        A.  Sorry --
10       MR. GOLDBERGER:  Page 9 of the -- of
11   the subpoena.
12       THE WITNESS:  Okay.
13   BY MR. CASSELL:
14       Q.  -- which request all telephone records
15   associated with you, including cell phone records,
16   from 1999 to present that shown communications with
17   Maxwell, Ghislaine Maxwell.
18       You've taken no steps to secure those
19   documents, right?
20       MR. PAGLIUCA:  Object to form and
21   foundation.
22       THE WITNESS:  Fifth.
23   BY MR. CASSELL:
24       Q.  You have, in fact, received electronic and
25   paper records from a cellular telephone provider



Page 230

```
1          J. Epstein - Confidential
2  reflecting such calls on your cell phone, right?
3          MR. PAGLIUCA:  Object to form and
4      foundation.
5          THE WITNESS:  Fifth.
6  BY MR. CASSELL:
7      Q.  And on those records over the last
8  20 months would be telephone calls between you and
9  Maxwell, right?
10          MR. PAGLIUCA:  Object to form and
11      foundation.
12          THE WITNESS:  Fifth.
13  BY MR. CASSELL:
14      Q.  I'm going to direct your attention now to
15  item seven.
16          You have documents relating to
17  communications with Ghislaine Maxwell, true, sir?
18          MR. PAGLIUCA:  Object to form and
19      foundation.
20          THE WITNESS:  Fifth.
21  BY MR. CASSELL:
22      Q.  You maintain various e-mail accounts,
23  right?
24          MR. PAGLIUCA:  Object to form and
25      foundation.
```

Page 231

```
1          J. Epstein - Confidential
2          THE WITNESS:  Fifth.
3  BY MR. CASSELL:
4      Q.  You have undertaken no steps to search your
5  e-mail accounts for communications with Ms. Maxwell,
6  right?
7          MR. PAGLIUCA:  Object to form and
8      foundation.
9          THE WITNESS:  Fifth.
10  BY MR. CASSELL:
11      Q.  It would be a simple task for you to search
12  your e-mail accounts for documents associated with
13  communications with Maxwell, right?
14          MR. PAGLIUCA:  Object to form and
15      foundation.
16          THE WITNESS:  Fifth.
17  BY MR. CASSELL:
18      Q.  You have seen Ms. Maxwell commit crimes,
19  right?
20          MR. PAGLIUCA:  Object to form and
21      foundation.
22          THE WITNESS:  Fifth.
23  BY MR. CASSELL:
24      Q.  Miss Maxwell has discussed with you crimes
25  she has committed, right?
```

Page 232

```
1          J. Epstein - Confidential
2          MR. PAGLIUCA:  Object to form and
3      foundation.
4          THE WITNESS:  Fifth.
5  BY MR. CASSELL:
6      Q.  Please describe all the communications
7  you've had with Maxwell about crimes she has
8  committed.
9          MR. PAGLIUCA:  Object to form and
10      foundation.
11          THE WITNESS:  Fifth.
12  BY MR. CASSELL:
13      Q.  Ms. Maxwell has admitted to you that she
14  has sexually abused minors, right?
15          MR. PAGLIUCA:  Object to form and
16      foundation.
17          THE WITNESS:  Fifth.
18  BY MR. CASSELL:
19      Q.  You know a Renaldo Rizzo, right?
20      A.  Fifth.
21      Q.  You know that Renaldo Rizzo is an estate
22  manager for Glenn Dubin, right?
23          MR. PAGLIUCA:  Object to form and
24      foundation.
25          THE WITNESS:  Fifth.
```

Page 233

```
1          J. Epstein - Confidential
2  BY MR. CASSELL:
3      Q.  Who is Renaldo Rizzo?
4      A.  Fifth.
5      Q.  In about 2005, it's true, sir, that Rizzo
6  observed you and Maxwell in the presence of a --
7  presence of a 15-year-old Swedish girl named
8  Caroline, right?
9          MR. PAGLIUCA:  Object to form and
10      foundation.
11          THE WITNESS:  Fifth.
12  BY MR. CASSELL:
13      Q.  Please describe everything you know about a
14  15-year-old Swedish girl named Caroline that you
15  interacted with in 2005?
16          MR. PAGLIUCA:  Object to form and
17      foundation.
18          THE WITNESS:  Fifth.
19  BY MR. CASSELL:
20      Q.  You and Maxwell brought Caroline over to
21  the United States under false pretenses, right?
22          MR. PAGLIUCA:  Object to form and
23      foundation.
24          THE WITNESS:  Fifth.
25
```



Page 234

```
1            J. Epstein - Confidential
2    BY MR. CASSELL:
3        Q.  How did you and Maxwell convince Caroline
4    to come over from Sweden?
5            MR. PAGLIUCA:  Object to form and
6        foundation.
7            THE WITNESS:  Fifth.
8    BY MR. CASSELL:
9        Q.  The reason you and Maxwell brought Caroline
10   over from Sweden was to have sex with you, right?
11           MR. PAGLIUCA:  Object to form and
12       foundation.
13           THE WITNESS:  Fifth.
14   BY MR. CASSELL:
15       Q.  Did Caroline want to have sex with you?
16           MR. PAGLIUCA:  Object to form and
17       foundation.
18           THE WITNESS:  Fifth.
19   BY MR. CASSELL:
20       Q.  What did you do to Caroline when she
21   refused to have sex with you?
22           MR. PAGLIUCA:  Object to form and
23       foundation.
24           THE WITNESS:  Fifth.
25
```

Page 235

```
1            J. Epstein - Confidential
2    BY MR. CASSELL:
3        Q.  What did Maxwell do to Caroline when you
4    refused -- when she refused to have sex with you?
5            MR. PAGLIUCA:  Object to form and
6        foundation.
7            THE WITNESS:  Fifth.
8    BY MR. CASSELL:
9        Q.  Isn't it true, sir, that you tried to force
10   Caroline to have sex with you?
11           MR. PAGLIUCA:  Object to form and
12       foundation.
13           THE WITNESS:  Fifth.
14   BY MR. CASSELL:
15       Q.  And isn't it true you coordinated with
16   Maxwell to try to force Caroline to have sex with
17   you?
18           MR. PAGLIUCA:  Object to form and
19       foundation.
20           THE WITNESS:  Fifth.
21   BY MR. CASSELL:
22       Q.  Who held Caroline's passport when she came
23   over from Sweden?
24           MR. PAGLIUCA:  Object to form and
25       foundation.
```

Page 236

```
1            J. Epstein - Confidential
2            THE WITNESS:  Fifth.
3    BY MR. CASSELL:
4        Q.  Isn't it true, sir, that Maxwell held
5    Caroline's passport?
6            MR. PAGLIUCA:  Object to form and
7        foundation.
8            THE WITNESS:  Fifth.
9    BY MR. CASSELL:
10       Q.  Isn't it true, sir, that Maxwell was
11   denying Caroline access to her passport in order to
12   try to force her to have sex with you?
13           MR. PAGLIUCA:  Object to form and
14       foundation.
15           THE WITNESS:  Fifth.
16   BY MR. CASSELL:
17       Q.  Why was Maxwell holding onto Caroline's
18   passport?
19           MR. PAGLIUCA:  Object to form and
20       foundation.
21           THE WITNESS:  Filth.
22   BY MR. CASSELL:
23       Q.  What devices did you use -- try to use --
24   strike that.
25           How did you try to force this 15-year-old
```

Page 237

```
1            J. Epstein - Confidential
2    girl to have sex with you?
3            MR. PAGLIUCA:  Object to form and
4        foundation.
5            THE WITNESS:  Fifth.
6    BY MR. CASSELL:
7        Q.  Was Rizzo present at a time when you were
8    petting like a cat a girl who was a pre-teenage girl?
9            MR. PAGLIUCA:  Object to form and
10       foundation.
11           THE WITNESS:  Fifth.
12   BY MR. CASSELL:
13       Q.  Please describe all the times in which you
14   have petted like a cat pre-teenage girls.
15           MR. PAGLIUCA:  Object to form and
16       foundation.
17           THE WITNESS:  Fifth.
18   BY MR. CASSELL:
19       Q.  Was Rizzo present when you had a young girl
20   on your lap?
21           MR. PAGLIUCA:  Object to form and
22       foundation.
23           THE WITNESS:  Fifth.
24   BY MR. CASSELL:
25       Q.  Rizzo was telling the truth when he says
```



Page 238

```
1            J. Epstein - Confidential
2  you were petting a girl like a cat, wasn't he?
3            MR. PAGLIUCA:  Object to form and
4      foundation.
5            THE WITNESS:  Fifth.
6  BY MR. CASSELL:
7      Q.  You and Ms. Maxwell have had sex with a
8  woman named Johanna Sjorberg, right?
9            MR. PAGLIUCA:  Object to the form and
10     foundation.
11           THE WITNESS:  Fifth.
12  BY MR. CASSELL:
13     Q.  Please describe all of your interactions
14  with Johanna Sjorberg.
15           MR. PAGLIUCA:  Object to form and
16     foundation.
17           THE WITNESS:  Fifth.
18  BY MR. CASSELL:
19     Q.  Please describe all of Miss Maxwell's inter
20  actions with Johanna Sjorberg.
21           MR. PAGLIUCA:  Object to form and
22     foundation.
23           THE WITNESS:  Fifth.
24  BY MR. CASSELL:
25     Q.  Sir, it's true that Ms. Maxwell lured
```

Page 239

```
1            J. Epstein - Confidential
2  Sjorberg from her school under the guise of needing
3  someone to answer phones, right?
4            MR. PAGLIUCA:  Object to form and
5      foundation.
6            THE WITNESS:  Fifth.
7  BY MR. CASSELL:
8      Q.  When Miss Maxwell first interacted with
9  Sjorberg, Maxwell's real purpose was to try to get
10  Sjorberg to have sex with you, right?
11           MR. PAGLIUCA:  Object to form and
12     foundation.
13           THE WITNESS:  Fifth.
14  BY MR. CASSELL:
15     Q.  In 2005, Maxwell was around your Florida
16  mansion frequently, right?
17           MR. PAGLIUCA:  Object to form and
18     foundation.
19           THE WITNESS:  Fifth.
20  BY MR. CASSELL:
21     Q.  Tell me everything you know about a man
22  name Tony Figueroa.
23     A.  Fifth.
24     Q.  You asked a man named Tony Figueroa to
25  arrange for underage girls to come over to your home
```

Page 240

```
1            J. Epstein - Confidential
2  for sexual purposes, right?
3            MR. PAGLIUCA:  Object to form and
4      foundation.
5            THE WITNESS:  Fifth.
6  BY MR. CASSELL:
7      Q.  Ms. Maxwell helped to coordinate the
8  arrival of girls that Figueroa brought over to your
9  house, right?
10           MR. PAGLIUCA:  Object to form and
11     foundation.
12           THE WITNESS:  Fifth.
13  BY MR. CASSELL:
14     Q.  Please describe all interactions that you
15  are aware of between Ms. Maxwell and Tony Figueroa.
16           MR. PAGLIUCA:  Object to form and
17     foundation.
18           THE WITNESS:  Fifth.
19  BY MR. CASSELL:
20     Q.  You've had sex with a girl named
21  ███████████ right?
22           MR. PAGLIUCA:  Object to form and
23     foundation.
24           THE WITNESS:  Fifth.
25
```

Page 241

```
1            J. Epstein - Confidential
2  BY MR. CASSELL:
3      Q.  Who is ███████████
4      A.  Fifth.
5      Q.  You had sex with ██████████ when she was
6  under the age of 18, right?
7            MR. PAGLIUCA:  Object to form and
8      foundation.
9            THE WITNESS:  Fifth.
10  BY MR. CASSELL:
11     Q.  Ms. Maxwell arranged for you to have sex
12  with ███████████ when she was under the age of 18,
13  right?
14           MR. PAGLIUCA:  Object to form and
15     foundation.
16           THE WITNESS:  Fifth.
17  BY MR. CASSELL:
18     Q.  Please describe the circumstances that led
19  you to have sex with ███████████.
20           MR. PAGLIUCA:  Object to form and
21     foundation.
22           THE WITNESS:  Fifth.
23  BY MR. CASSELL:
24     Q.  Please describe all interactions between
25  ███████████ and Ghislaine Maxwell.
```



Page 242

1        J. Epstein - Confidential
2        MR. PAGLIUCA:  Object to form and
3    foundation.
4        THE WITNESS:  Fifth.
5    BY MR. CASSELL:
6        Q.  You've had sex with a female named
7    ████████ when she was under the age of 18, right?
8        MR. PAGLIUCA:  Object to form and
9    foundation.
10       THE WITNESS:  Fifth.
11   BY MR. CASSELL:
12       Q.  Please describe all of your interactions
13   with ████████
14       MR. PAGLIUCA:  Object to form and
15   foundation.
16       THE WITNESS:  Fifth.
17   BY MR. CASSELL:
18       Q.  Please describe all of Maxwell's
19   interactions with ████████.
20       MR. PAGLIUCA:  Object to form and
21   foundation.
22       THE WITNESS.  Fifth.
23   BY MR. CASSELL:
24       Q.  It would be a fair description to say that
25   you and Maxwell were grooming ████████ to be a sex

Page 243

1        J. Epstein - Confidential
2    slave for you, right?
3        MR. PAGLIUCA:  Object to form and
4    foundation.
5        THE WITNESS:  Fifth.
6    BY MR. CASSELL:
7        Q.  Why were you and Maxwell interacting with
8    ████████
9        MR. PAGLIUCA:  Object to form and
10   foundation.
11       THE WITNESS:  Fifth.
12   BY MR. CASSELL:
13       Q.  Both you and Maxwell have had sex with
14   ████████ right?
15       MR. PAGLIUCA:  Object to form and
16   foundation.
17       THE WITNESS:  Fifth.
18   BY MR. CASSELL:
19       Q.  You remain on friendly terms with
20   ████████ right?
21       MR. PAGLIUCA:  Object to form and
22   foundation.
23       THE WITNESS:  Fifth.
24   BY MR. CASSELL:
25       Q.  If ████████ were to appear at trial and

Page 244

1        J. Epstein - Confidential
2    testify, she would have to testify that she is aware
3    of sexual abuse by you of minor girls, right?
4        MR. PAGLIUCA:  Object to form and
5    foundation.
6        THE WITNESS:  Fifth.
7    BY MR. CASSELL:
8        Q.  Does ████████ have any knowledge of your
9    sexual abuse of underage girls?
10       MR. PAGLIUCA:  Object to form and
11   foundation.
12       THE WITNESS:  Fifth.
13   BY MR. CASSELL:
14       Q.  It's true, sir, that ████████ does have
15   knowledge that you sexually abused underage girls,
16   right?
17       MR. PAGLIUCA:  Object to form and
18   foundation.
19       THE WITNESS:  Fifth.
20   BY MR. CASSELL:
21       Q.  It's true, sir, that ████████ has
22   knowledge that Maxwell was involved in the sexual
23   abuse of underage girls?
24       MR. PAGLIUCA:  Object to form and
25   foundation.

Page 245

1        J. Epstein - Confidential
2        THE WITNESS:  Fifth.
3    BY MR. CASSELL:
4        Q.  To your knowledge, what does Maxwell -- I'm
5    sorry.
6        To your knowledge, what does ████████
7    know about Maxwell's sexual abuse of underage girls?
8        MR. PAGLIUCA:  Object to form and
9    foundation.
10       THE WITNESS:  Fifth.
11   BY MR. CASSELL:
12       Q.  Sir, you are aware that in about January
13   of 2015, Maxwell told the media that Virginia's
14   allegations about sexual abuse were obvious lies,
15   right?
16       MR. PAGLIUCA:  Object to form and
17   foundation.
18       THE WITNESS:  Fifth.
19   BY MR. CASSELL:
20       Q.  In fact, you are not aware of any
21   significant thing that Virginia has said, which is an
22   obvious lie, right?
23       MR. PAGLIUCA:  Object to form and
24   foundation.
25       THE WITNESS:  Fifth.

Page 246

```
1              J. Epstein - Confidential
2    BY MR. CASSELL:
3       Q.  Please list any lies that, sitting here
4    today, you're aware of that Virginia has ever told.
5       A.  Fifth.
6       Q.  You're unwilling to identify any lies that
7    Virginia has ever told, right?
8       A.  Fifth.
9       Q.  In fact, you are unable to list any
10   significant lies that Virginia has ever told?
11         MR. PAGLIUCA:  Object to form and
12      foundation.
13         THE WITNESS:  Fifth.
14   BY MR. CASSELL:
15      Q.  Without regard to any sexual abuse that you
16   may or may not have committed in the past, do you
17   agree that it is psychologically harmful for an adult
18   male to have sex with a minor female?
19         MR. PAGLIUCA:  Object to form and
20      foundation.
21         THE WITNESS:  Fifth.
22   BY MR. CASSELL:
23      Q.  What sort of psychological impact do you
24   think it would have for a 40-year-old man to have sex
25   with a 17-year-old girl?
```

Page 247

```
1              J. Epstein - Confidential
2          MR. PAGLIUCA:  Object to form and
3       foundation.
4          THE WITNESS:  Fifth.
5    BY MR. CASSELL:
6       Q.  What kind of psychological impact do you
7    think it would have for a 40-year-old -- a man in his
8    40s to have sex with a 16-year-old girl?
9          MR. PAGLIUCA:  Object to form and
10      foundation.
11         THE WITNESS:  Fifth.
12   BY MR. CASSELL:
13      Q.  You would agree that calling someone a liar
14   when they're telling the truth can cause
15   psychological harm, right?
16         MR. PAGLIUCA:  Object to form and
17      foundation.
18         THE WITNESS:  Fifth.
19   BY MR. CASSELL:
20      Q.  What kind of impact would calling someone a
21   liar when they are actually telling the truth?
22         MR. PAGLIUCA:  Object to form and
23      foundation.
24         THE WITNESS:  Fifth.
25
```

Page 248

```
1              J. Epstein - Confidential
2    BY MR. CASSELL:
3       Q.  You know Virginia Roberts, right?
4          MR. PAGLIUCA:  Object to form and
5       foundation.
6          THE WITNESS:  Fifth.
7    BY MR. CASSELL:
8       Q.  Based on your interactions with
9    Virginia Roberts, what sort of psychological impact
10   do you think it had when she was called a liar by
11   Maxwell?
12         MR. PAGLIUCA:  Object to form and
13      foundation.
14         THE WITNESS:  Fifth.
15   BY MR. CASSELL:
16      Q.  It would have a significant psychological
17   harm on Virginia Roberts for Maxwell to call her a
18   liar about true statements, right?
19         MR. PAGLIUCA:  Object to form and
20      foundation.
21         THE WITNESS:  Fifth.
22   BY MR. CASSELL:
23      Q.  Please tell me everything you know about
24   Nadia Marcinkova.
25      A.  Fifth.
```

Page 249

```
1              J. Epstein - Confidential
2       Q.  Please tell me everything you know about
3    Sarah Kellen.
4       A.  Fifth.
5       Q.  Both you and Maxwell have had sex with
6    Nadia Marcinkova, right?
7          MR. PAGLIUCA:  Object to form and
8       foundation.
9          THE WITNESS:  Fifth.
10
11   BY MR. CASSELL:
12      Q.  Both you and Maxwell have had sex with
13   Sarah Kellen?
14         MR. PAGLIUCA:  Object to form and
15      foundation.
16         THE WITNESS:  Fifth.
17   BY MR. CASSELL:
18      Q.  Please describe the role that Sarah Kellen
19   played in your sex trafficking organization.
20         MR. PAGLIUCA:  Object to form and
21      foundation.
22         THE WITNESS:  Fifth.
23   BY MR. CASSELL:
24      Q.  What did Sarah Kellen do for you in 2005?
25         MR. PAGLIUCA:  Object to form and
```



Page 250

```
1        J. Epstein - Confidential
2    foundation.
3        THE WITNESS: Fifth.
4    BY MR. CASSELL:
5    Q.  In the years 2000 and 2001, what did
6    Sarah Kellen do for you?
7        MR. PAGLIUCA: Object to form and
8    foundation.
9        THE WITNESS: Fifth.
10   BY MR. CASSELL:
11   Q.  It's true, sir, that in 2000 and 2001
12   Sarah Kellen assisted you in recruiting girls for
13   sexual purposes, right?
14       MR. PAGLIUCA: Object to form and
15   foundation.
16       THE WITNESS: Fifth.
17   BY MR. CASSELL:
18   Q.  In 2000 and 2001, Nadia Marcinkova assisted
19   you in obtaining girls for sexual purposes, true?
20       MR. PAGLIUCA: Object to form and
21   foundation.
22       THE WITNESS: Fifth.
23   BY MR. CASSELL:
24   Q.  Who did Nadia Marcinkova report to when she
25   worked for you?
```

Page 251

```
1        J. Epstein - Confidential
2        MR. PAGLIUCA: Object to form and
3    foundation.
4        THE WITNESS: Fifth.
5    BY MR. CASSELL:
6    Q.  Nadia Marcinkova reported to
7    Ghislaine Maxwell when she worked for you, right?
8        MR. PAGLIUCA: Object to form and
9    foundation.
10       THE WITNESS: Fifth.
11   BY MR. CASSELL:
12   Q.  Who did Sarah Kellen report to when she
13   worked for you?
14       MR. PAGLIUCA: Object to form and
15   foundation.
16       THE WITNESS: Fifth.
17   BY MR. CASSELL:
18   Q.  Sarah Kellen reported to Ghislaine Maxwell
19   when she worked for you, right?
20       MR. PAGLIUCA: Object to form and
21   foundation.
22       THE WITNESS: Fifth.
23   BY MR. CASSELL:
24   Q.  Sarah Kellen and Nadia Marcinkova sexually
25   abused under age girls in your presence, right?
```

Page 252

```
1        J. Epstein - Confidential
2        MR. PAGLIUCA: Object to form and
3    foundation.
4        THE WITNESS: Fifth.
5    BY MR. CASSELL:
6    Q.  Sarah Kellen and Nadia Marcinkova are aware
7    of your sexual abuse of underage girls, right?
8        MR. PAGLIUCA: Object to form and
9    foundation.
10       THE WITNESS: Fifth.
11   BY MR. CASSELL:
12   Q.  Have you ever discussed the lawful age of
13   consent with Ghislaine Maxwell?
14       MR. PAGLIUCA: Object to form and
15   foundation.
16       THE WITNESS: Fifth.
17   BY MR. CASSELL:
18   Q.  What is your understanding of the age of
19   consent in Florida?
20       MR. PAGLIUCA: Object to form and
21   foundation.
22       THE WITNESS: Fifth.
23   BY MR. CASSELL:
24   Q.  You've discussed the age of consent in
25   Florida with Maxwell, right?
```

Page 253

```
1        J. Epstein - Confidential
2        MR. PAGLIUCA: Object to form and
3    foundation.
4        THE WITNESS: Fifth.
5    BY MR. CASSELL:
6    Q.  What are the circumstances surrounding your
7    discussions with Maxwell of the age of consent in
8    Florida?
9        MR. PAGLIUCA: Object to form and
10   foundation.
11       THE WITNESS: Fifth.
12   BY MR. CASSELL:
13   Q.  In fact, you and Maxwell were discussing
14   the age of consent in Florida to try to make it
15   appear as though you were having sex with girls who
16   are above the age of consent other than below the age
17   of consent?
18       MR. PAGLIUCA: Object to form and
19   foundation.
20       THE WITNESS: Fifth.
21   BY MR. CASSELL:
22   Q.  Have you ever threatened
23   Alfredo Rodriguez?
24       MR. PAGLIUCA: Object to form and
25   foundation.
```



Page 254

1           J. Epstein - Confidential
2        THE WITNESS:  Fifth.
3    BY MR. CASSELL:
4       Q.  In fact, you arranged for Alfredo Rodriguez
5    to be threatened by Maxwell, right?
6        MR. PAGLIUCA:  Object to form and
7    foundation.
8        THE WITNESS:  Fifth.
9    BY MR. CASSELL:
10      Q.  In 2009, your attorneys attended a
11   deposition of Alfredo Rodriguez, right?
12      A.  Fifth.
13      Q.  At that time, it was in your interest to
14   limit the ways in which Rodriguez could expose the
15   sex abuse of both you and Maxwell, right?
16       MR. PAGLIUCA:  Object to form and
17   foundation.
18       THE WITNESS:  Fifth.
19   BY MR. CASSELL:
20      Q.  When Rodriguez was describing Maxwell's
21   involvement with underage girls, your attorneys had
22   an interest in attacking that testimony, right?
23       MR. PAGLIUCA:  Object to form and
24   foundation.
25       MR. WEINBERG:  Attorney-client

Page 255

1           J. Epstein - Confidential
2    privilege.
3        THE WITNESS:  Fifth.
4        MR. WEINBERG:  If the information came
5    from attorneys.
6        MR. CASSELL:  Could we take a short
7    break at this time?
8        VIDEO TECHNICIAN:  Off the record at
9    11:35.
10       (A recess was taken.)
11       VIDEO TECHNICIAN:  Beginning of disc
12   three.  On the record at 11:50.
13   BY MR. CASSELL:
14      Q.  Sir, I want to represent to you that on
15   about January 2nd, 2015, Defendant Maxwell released a
16   statement that said, "The allegations made by
17   Virginia Roberts against Ghislaine Maxwell are
18   untrue."
19       That was a false statement, right?
20       MR. PAGLIUCA:  Object to form and
21   foundation.
22       THE WITNESS:  Fifth.
23   BY MR. CASSELL:
24      Q.  In fact, the allegations made by
25   Virginia Roberts against Ghislaine Maxwell were true?

Page 256

1           J. Epstein - Confidential
2        MR. PAGLIUCA:  Object to form and
3    foundation.
4        THE WITNESS:  Fifth.
5    BY MR. CASSELL:
6       Q.  Allegations Virginia made had never been
7    shown to be untrue, had they?
8        MR. PAGLIUCA:  Object to form and
9    foundation.
10       THE WITNESS:  Fifth.
11   BY MR. CASSELL:
12      Q.  I'll represent to you that Ms. Maxwell
13   released a statement that said, "Each time the story
14   is retold it changes with new salacious details about
15   public figures and world leaders."  And then there's
16   some additional language.
17       You had, in fact, sexually trafficked
18   Virginia to public figures?
19       MR. PAGLIUCA:  Object to form and
20   foundation.
21       THE WITNESS:  Fifth.
22   BY MR. CASSELL:
23      Q.  In fact, you had trafficked Virginia to
24   world leaders, right?
25       MR. PAGLIUCA:  Object to form and

Page 257

1           J. Epstein - Confidential
2    foundation.
3        THE WITNESS:  Fifth.
4    BY MR. CASSELL:
5       Q.  And Maxwell had assisted you in trafficking
6    Virginia to public figures and world leaders?
7        MR. PAGLIUCA:  Object to form and
8    foundation.
9        THE WITNESS:  Fifth.
10   BY MR. CASSELL:
11      Q.  Please describe the public figures you and
12   Maxwell and Virginia interacted with.
13       MR. PAGLIUCA:  Object to form and
14   foundation.
15       THE WITNESS:  Fifth.
16   BY MR. CASSELL:
17      Q.  Please describe the world leaders you and
18   Virginia and Maxwell interacted with.
19       MR. PAGLIUCA:  Object to form and
20   foundation.
21       THE WITNESS:  Fifth.
22   BY MR. CASSELL:
23      Q.  I represent to you that around January 2nd,
24   2015, Ms. Maxwell released this statement that
25   "Ms. Roberts' claims are obvious lies and should be

MAGNA
LEGAL SERVICES

Page 258

```
1            J. Epstein - Confidential
2   treated as such."  Then there's some additional
3   language.
4            That statement by Ms. Maxwell was, in fact,
5   itself an obvious lie, right?
6            MR. PAGLIUCA:  Object to form and
7        foundation.
8            THE WITNESS:  Fifth.
9   BY MR. CASSELL:
10       Q.  Miss Maxwell's reference to "obvious lies"
11  was inaccurate, right?
12           MR. PAGLIUCA:  Object to form and
13       foundation.
14           THE WITNESS:  Fifth.
15  BY MR. CASSELL:
16       Q.  In fact, given your detailed knowledge of
17  all the circumstances of the case, you know that that
18  was an obvious lie by Maxwell, right?
19           MR. PAGLIUCA:  Object to form and
20       foundation.
21           THE WITNESS:  Fifth.
22  BY MR. CASSELL:
23       Q.  Is it true that Ms. Roberts' claims are
24  obvious lies?
25           MR. PAGLIUCA:  Object to form and
```

Page 259

```
1            J. Epstein - Confidential
2        foundation.
3            THE WITNESS:  Fifth.
4   BY MR. CASSELL:
5        Q.  In fact, it is not true that Ms. Roberts'
6   claims are obvious lies?
7            MR. PAGLIUCA:  Object to form and
8        foundation.
9   BY MR. CASSELL:
10       Q.  Answer?
11       A.  You didn't ask me a question.
12       Q.  In fact, it is not true that Ms. Roberts'
13  claims are obvious lies, right?
14           MR. PAGLIUCA:  Object to form and
15       foundation.
16           THE WITNESS:  Fifth.
17  BY MR. CASSELL:
18       Q.  Prince Andrew visited your New York
19  mansion, right?
20           MR. PAGLIUCA:  Object to form and
21       foundation.
22           THE WITNESS:  Fifth.
23  BY MR. CASSELL:
24       Q.  That visit occurred shortly after the
25  events depicted in the photograph we looked at
```

Page 260

```
1            J. Epstein - Confidential
2   earlier?
3            MR. PAGLIUCA:  Object to form and
4        foundation.
5            THE WITNESS:  Fifth.
6   BY MR. CASSELL:
7        Q.  So that would have been in about March or
8   April of 2001 that Prince Andrew visited you in your
9   New York mansion?
10           MR. PAGLIUCA:  Object to form and
11       foundation.
12           THE WITNESS:  Fifth.
13  BY MR. CASSELL:
14       Q.  Has Prince Andrew ever visited you in your
15  New York mansion?
16           MR. PAGLIUCA:  Object to form and
17       foundation.
18           THE WITNESS:  Fifth.
19  BY MR. CASSELL:
20       Q.  When Prince Andrew visited you in your New
21  York Mansion, Maxwell was there, right?
22       A.  Fifth.
23       Q.  Who was in your New York mansion when
24  Maxwell -- I'm sorry, when Prince Andrew visited?
25           MR. PAGLIUCA:  Object to form and
```

Page 261

```
1            J. Epstein - Confidential
2        foundation.
3            THE WITNESS:  Fifth.
4   BY MR. CASSELL:
5        Q.  Prince Andrew interacted with Virginia in
6   your New York mansion, right?
7            MR. PAGLIUCA:  Object to form and
8        foundation.
9            THE WITNESS:  Fifth.
10  BY MR. CASSELL:
11       Q.  Maxwell was present when Prince Andrew
12  interacted with Virginia in your New York mansion,
13  right?
14           MR. PAGLIUCA:  Object to form and
15       foundation.
16           THE WITNESS:  Fifth.
17  BY MR. CASSELL:
18       Q.  There was a puppet in the room when Maxwell
19  and Virginia and Prince Andrew were all together in
20  your New York mansion?
21           MR. PAGLIUCA:  Object to form and
22       foundation.
23           THE WITNESS:  Fifth.
24  BY MR. CASSELL:
25       Q.  A puppet was used to fondle the breasts of
```



1          J. Epstein - Confidential
2   girls under the age of 18, right?
3          MR. PAGLIUCA:  Object to form and
4   foundation.
5          THE WITNESS:  Fifth.
6   BY MR. CASSELL:
7      Q.  Who fondled the breasts of underage girls
8   in your New York mansion with a puppet?
9          MR. PAGLIUCA:  Object to form and
10  foundation.
11         THE WITNESS:  Fifth.
12  BY MR. CASSELL:
13     Q.  To your knowledge, Prince Andrew had sex
14  with Virginia several times, right?
15         MR. PAGLIUCA:  Object to form and
16  foundation.
17         THE WITNESS:  Fifth.
18  BY MR. CASSELL:
19     Q.  Nadia Marcinkova was controlled by
20  Ghislaine Maxwell, right?
21         MR. PAGLIUCA:  Object to form and
22  foundation.
23         THE WITNESS:  Fifth.
24  BY MR. CASSELL:
25     Q.  We talked about the timeframe 2000 to 2001.

1          J. Epstein - Confidential
2   Who controlled Nadia Marcinkova?
3          MR. PAGLIUCA:  Object to form and
4   foundation.
5          THE WITNESS:  Fifth.
6   BY MR. CASSELL:
7      Q.  In 2000 to 2001, Maxwell controlled
8   Nadia Marcinkova, right?
9          MR. PAGLIUCA:  Object to form and
10  foundation.
11         THE WITNESS:  Fifth.
12  BY MR. CASSELL:
13     Q.  In fact, Nadia Marcinkova remains indebted
14  to Maxwell even today, right?
15         MR. PAGLIUCA:  Object to form and
16  foundation.
17         THE WITNESS:  Fifth.
18  BY MR. CASSELL:
19     Q.  In fact, Sarah Kellen remains indebted to
20  Maxwell even today, right?
21         MR. PAGLIUCA:  Object to form and
22  foundation.
23         THE WITNESS:  Fifth.
24  BY MR. CASSELL:
25     Q.  Describe -- describe the relationship

1          J. Epstein - Confidential
2   between Sarah Kellen and Ghislaine Maxwell.
3          MR. PAGLIUCA:  Object to form and
4   foundation.
5          THE WITNESS:  Fifth.
6   BY MR. CASSELL:
7      Q.  In 2000 to 2001, Sarah Kellen was
8   controlled by Ghislaine Maxwell, right?
9          MR. PAGLIUCA:  Object to form and
10  foundation.
11         THE WITNESS:  Fifth.
12  BY MR. CASSELL:
13     Q.  Please describe all of the relationships
14  Ghislaine Maxwell has with your companies and
15  businesses.
16         MR. PAGLIUCA:  Object to form and
17  foundation.
18         THE WITNESS:  Fifth.
19  BY MR. CASSELL:
20     Q.  In fact, Maxwell has been a partner with
21  you in several of your business enterprises, right?
22         MR. PAGLIUCA:  Object to form and
23  foundation.
24         THE WITNESS:  Fifth.
25

1          J. Epstein - Confidential
2   BY MR. CASSELL:
3      Q.  You continue to have a very close working
4   relationship with Maxwell today, right?
5          MR. PAGLIUCA:  Object to form and
6   foundation.
7          THE WITNESS:  Fifth.
8   BY MR. CASSELL:
9      Q.  You and Maxwell have been coordinating
10  together on this litigation, right?
11         MR. PAGLIUCA:  Object to form and
12  foundation.
13         THE WITNESS:  Fifth.
14  BY MR. CASSELL:
15     Q.  You hope that Maxwell prevails in this
16  litigation, right?
17         MR. PAGLIUCA:  Object to form and
18  foundation.
19         THE WITNESS:  Fifth.
20  BY MR. CASSELL:
21     Q.  You and Ghislaine Maxwell regularly
22  transported girls across state lines for sexual
23  purposes, right?
24         MR. PAGLIUCA:  Object to form and
25  foundation.

MAGNA
LEGAL SERVICES

Page 266

1        J. Epstein - Confidential
2        THE WITNESS:  Fifth.
3    BY MR. CASSELL:
4        Q.  Please describe all the situations in which
5    you and Maxwell have been involved in the interstate
6    transportation of girls under the age of 18.
7        MR. PAGLIUCA:  Object to form and
8    foundation.
9        THE WITNESS:  Fifth.
10   BY MR. CASSELL:
11       Q.  You have used cell phones and land line
12   cell phone -- land line telephones to instruct
13   Virginia Roberts to have sex, right?
14       MR. PAGLIUCA:  Object to form and
15   foundation.
16       THE WITNESS:  Fifth.
17   BY MR. CASSELL:
18       Q.  You've given instructions by telephone to
19   Virginia Roberts to have sex with people while she is
20   under the age of -- while she was under the age of
21   18, right?
22       MR. PAGLIUCA:  Object to form and
23   foundation.
24       THE WITNESS:  Fifth.
25

Page 267

1        J. Epstein - Confidential
2    BY MR. CASSELL:
3        Q.  You have instructed girls under the age of
4    18 via telephone and cell phone to have sex with men,
5    right?
6        MR. PAGLIUCA:  Object to form and
7    foundation.
8        THE WITNESS:  Fifth.
9    BY MR. CASSELL:
10       Q.  You've instructed girls under the age of 18
11   by telephone to have sex with various of your
12   friends, right?
13       MR. PAGLIUCA:  Object to form and
14   foundation.
15       THE WITNESS:  Fifth.
16   BY MR. CASSELL:
17       Q.  Have you ever threatened a witness not to
18   talk?
19       MR. PAGLIUCA:  Object to form and
20   foundation.
21       THE WITNESS:  Fifth.
22   BY MR. CASSELL:
23       Q.  Has Ghislaine Maxwell ever threatened a
24   witness not to talk?
25       MR. PAGLIUCA:  Object to form and

Page 268

1        J. Epstein - Confidential
2    foundation.
3        THE WITNESS:  Fifth.
4    BY MR. CASSELL:
5        Q.  In fact, you have threatened witnesses not
6    to talk, right?
7        MR. PAGLIUCA:  Object to form and
8    foundation.
9        THE WITNESS:  Fifth.
10   BY MR. CASSELL:
11       Q.  In fact, Ghislaine Maxwell has threatened
12   witnesses not to talk, right?
13       MR. PAGLIUCA:  Object to form and
14   foundation.
15       THE WITNESS:  Fifth.
16   BY MR. CASSELL:
17       Q.  In about 2007, you arranged to have someone
18   hunt down and find Virginia, right?
19       MR. PAGLIUCA:  Object to form and
20   foundation.
21       THE WITNESS:  Fifth.
22   BY MR. CASSELL:
23       Q.  How did you find Virginia in 2007?
24       MR. PAGLIUCA:  Object to form and
25   foundation.

Page 269

1        J. Epstein - Confidential
2        THE WITNESS:  Fifth.
3    BY MR. CASSELL:
4        Q.  The reason you needed to find Virginia in
5    2007 was because the FBI had opened an investigation
6    on you, right?
7        MR. PAGLIUCA:  Object to form and
8    foundation.
9        THE WITNESS:  Fifth.
10   BY MR. CASSELL:
11       Q.  When was the last time you spoke to
12   Ms. Giuffre?
13       MR. PAGLIUCA:  Object to form and
14   foundation.
15       THE WITNESS:  Who?
16   BY MR. CASSELL:
17       Q.  Miss Virginia Roberts --
18       A.  Sorry.  Sorry.
19       Q.  -- Giuffre.  Yeah.  Virginia, I should say.
20   Yeah.
21       A.  Fifth.
22       Q.  When was the last time you spoke to
23   Virginia?
24       A.  Fifth.
25       Q.  In fact, you and your attorney actually got



Page 270

```
1          J. Epstein - Confidential
2  together on the phone with Virginia in about 2007,
3  right?
4          MR. PAGLIUCA:  Object to form and
5  foundation.
6          THE WITNESS:  Fifth.
7  BY MR. CASSELL:
8      Q.  Which of your attorneys was on the phone
9  with Virginia in about 2007?
10     A.  Fifth.
11     Q.  Was it Mr. Goldberger?
12         MR. WEINBERG:  Attorney-client.
13         MR. GOLDBERGER:  And attorney-client.
14  I apologize.  I'm sorry.
15  BY MR. CASSELL:
16     Q.  This is -- I'm talking about a telephone
17  call where there was a third party, Virginia Roberts
18  Giuffre, on the phone.
19         That was Mr. Goldberger on the phone?
20         MR. PAGLIUCA:  Object to form and
21  foundation.
22         THE WITNESS:  Fifth.
23         MR. GOLDBERGER:  And attorney-client
24  privilege.
25
```

Page 271

```
1          J. Epstein - Confidential
2  BY MR. CASSELL:
3      Q.  During the call, Mr. Epstein, you asked
4  Virginia if she was going to say anything to the FBI,
5  right?
6          MR. PAGLIUCA:  Object to form and
7  foundation.
8          THE WITNESS:  Fifth.
9  BY MR. CASSELL:
10     Q.  The clear implication of your question what
11  to Virginia was that she should not say anything to
12  the FBI, right?
13         MR. PAGLIUCA:  Object to form and
14  foundation.
15         THE WITNESS:  Fifth.
16  BY MR. CASSELL:
17     Q.  You told Virginia directly or indirectly
18  was the best thing for her and her family was to keep
19  quiet, right?
20         MR. PAGLIUCA:  Object to form and
21  foundation.
22         THE WITNESS:  Fifth.
23  BY MR. CASSELL:
24     Q.  What did you tell Virginia in 2007 when you
25  were on the phone with an attorney?
```

Page 272

```
1          J. Epstein - Confidential
2      A.  Fifth.
3          MR. PAGLIUCA:  Object to form and
4  foundation.
5  BY MR. CASSELL:
6      Q.  You suggested that those who talked to the
7  FBI would be harmed, all those who did not, would be
8  helped, right?
9          MR. PAGLIUCA:  Object to form and
10  foundation.
11         THE WITNESS:  Fifth.
12  BY MR. CASSELL:
13     Q.  And those communications you had with
14  Virginia in 2007 influenced the settlement of
15  Virginia's civil case against you in 2009?
16         MR. PAGLIUCA:  Object to form and
17  foundation.
18         THE WITNESS:  Fifth.
19  BY MR. CASSELL:
20     Q.  The first time you met Virginia
21  Ghislaine Maxwell came up to the room with you as
22  well, right?
23         MR. PAGLIUCA:  Object to form and
24  foundation.
25         THE WITNESS:  Fifth.
```

Page 273

```
1          J. Epstein - Confidential
2  BY MR. CASSELL:
3      Q.  Please describe who was in the room, your
4  massage room, the first time you met
5  Virginia Roberts.
6          MR. PAGLIUCA:  Object to form and
7  foundation.
8          THE WITNESS:  Fifth.
9  BY MR. CASSELL:
10     Q.  Ghislaine Maxwell participated in the
11  sexual abuse of Virginia the first time she came over
12  to your house, right?
13         MR. PAGLIUCA:  Object to form and
14  foundation.
15         THE WITNESS:  Fifth.
16  BY MR. CASSELL:
17     Q.  What kind of instructions did Maxwell give
18  Virginia when you first met Virginia?
19         MR. PAGLIUCA:  Object to form and
20  foundation.
21         THE WITNESS:  Fifth.
22  BY MR. CASSELL:
23     Q.  In fact, Maxwell instructed Virginia how to
24  sexually please you the first time she met you,
25  right?
```



Page 274

```
1          J. Epstein - Confidential
2       MR. PAGLIUCA:  Object to form and
3    foundation.
4       THE WITNESS:  Fifth.
5       MR. CASSELL:  Those are my questions at
6    this point.  I understand Mr. Pagliuca may
7    have some questions, and I'll have some
8    follow-up based on that.
9       MR. GOLDBERGER:  Okay.  So why don't we
10   take ten or 15.  You guys can eat your
11   lunch, and we'll go into my office.  And
12   about ten, 15-minutes we'll come in.
13      THE WITNESS:  It's 12 now.  12:15 come
14   back?
15      MR. CASSELL:  That's fine.
16      VIDEO TECHNICIAN:  Off the record at
17   12:00 o'clock.
18      (A lunch recess was taken.)
19      A F T E R N O O N   S E S S I O N
20             - - -
21      VIDEO TECHNICIAN:  On the record at
22   12:21.
23      MR. GOLDBERGER:  Jeffrey, before you
24   ask your question, did -- did we reach the
25   same agreement with you that we did with
```

Page 275

```
1          J. Epstein - Confidential
2    Mr. Cassell concerning the more -- the
3    longer Fifth Amendment invocation?
4       MR. PAGLIUCA:  Yes.  In the beginning
5    of the deposition I indicated that that was
6    perfectly acceptable with me.
7       MR. GOLDBERGER:  Okay.
8       MR. PAGLIUCA:  And I'm also happy,
9    Mr. Cassell, if you want to make form and
10   foundation objections, I will understand
11   that that encompasses the totality of the
12   objections.
13      MR. CASSELL:  All right.
14            CROSS-EXAMINATION
15   BY MR. PAGLIUCA:
16      Q.  Good afternoon, Mr. Epstein.  My name is
17   Jeff Pagliuca.
18      We have never met before, correct?
19      A.  Correct.
20      Q.  Mr. Epstein, you were asked a number of
21   leading questions by Mr. Cassell this morning and
22   into this afternoon.
23      You understand what a leading question is,
24   correct?
25      A.  Fifth.
```

Page 276

```
1          J. Epstein - Confidential
2       Q.  In fact, the question I just asked you was
3    a leading question, as an example, correct?
4       A.  Fifth.
5       Q.  You would agree with me that Mr. Cassell's
6    questions about Ms. Maxwell had no basis in fact,
7    correct?
8       MR. CASSELL:  Objection to form and
9    foundation.
10      THE WITNESS:  Fifth.
11   BY MR. PAGLIUCA:
12      Q.  You would agree with me that the purported
13   factual basis underlying Mr. Cassell's questions did
14   not occur, correct?
15      MR. CASSELL:  Object to form and
16   foundation.
17      THE WITNESS:  Fifth.
18   BY MR. PAGLIUCA:
19      Q.  And you would agree with me that had you
20   been able to answer Mr. Cassell's questions, your
21   answers would have supported Ms. Maxwell in this
22   litigation and not supported the Plaintiff, correct?
23      MR. CASSELL:  Object to form and
24   foundation, and calls for a legal
25   conclusion.
```

Page 277

```
1          J. Epstein - Confidential
2       THE WITNESS:  Fifth.
3    BY MR. PAGLIUCA:
4       Q.  In fact, had you been able to answer, you
5    would have denied any sexual impropriety with the
6    Plaintiff in this case, formerly Ms. Roberts, now
7    Ms. Giuffre, correct?
8       MR. CASSELL:  Object to form and
9    foundation.
10      THE WITNESS:  Fifth.
11   BY MR. PAGLIUCA:
12      Q.  And you would have denied any sexual
13   impropriety with any other individuals in answer to
14   Mr. Cassell's questions had you been able to answer,
15   correct?
16      MR. CASSELL:  Form and foundation.
17      THE WITNESS:  Fifth.
18   BY MR. PAGLIUCA:
19      Q.  Mr. Cassell asked you some questions about
20   your financial status.  I'm going to repeat a couple
21   of those briefly.
22      You would agree with me that you are a very
23   wealthy man, correct, Mr. Epstein?
24      A.  Fifth.
25      MR. CASSELL:  Object to form and
```



Page 278

```
1            J. Epstein - Confidential
2      foundation.
3            THE WITNESS:  Sorry.
4      BY MR. PAGLIUCA:
5         Q.  You would agree with me that you do not
6      depend on Ghislaine Maxwell for any financial
7      support, correct?
8            MR. CASSELL:  Object to form and
9      foundation.
10           THE WITNESS:  Fifth.
11     BY MR. PAGLIUCA:
12        Q.  You do not have any business relationship
13     with Ghislaine Maxwell, correct?
14           MR. CASSELL:  Object to form and
15     foundation and vague.
16           THE WITNESS:  Fifth.
17     BY MR. PAGLIUCA:
18        Q.  You do not have any social relationship
19     with Ghislaine Maxwell, correct?
20           MR. CASSELL:  Object to form and
21     foundation and vague.
22           THE WITNESS:  Fifth.
23     BY MR. PAGLIUCA:
24        Q.  All right.  You have not spoken to
25     Ghislaine Maxwell in many years, correct?
```

Page 279

```
1            J. Epstein - Confidential
2            MR. CASSELL:  Object to form and
3      foundation, and vague as to what the term
4      "spoken" means.
5            THE WITNESS:  Fifth.
6      BY MR. PAGLIUCA:
7         Q.  You've not had any verbal communication,
8      meaning oral, with Ms. Maxwell for many years,
9      correct?
10           MR. CASSELL:  Object to form and
11     foundation.
12           THE WITNESS:  Fifth.
13     BY MR. PAGLIUCA:
14        Q.  You have not physically seen Ms. Maxwell in
15     many years, correct?
16        A.  Fifth.
17        Q.  You have not --
18           MR. CASSELL:  I'm sorry.  I missed the
19     -- form and foundation objection.
20     BY MR. PAGLIUCA:
21        Q.  You have not been in any location
22     contemporaneously with Ms. Maxwell in many years,
23     correct?
24           MR. CASSELL:  Object to form and
25     foundation.
```

Page 280

```
1            J. Epstein - Confidential
2            THE WITNESS:  Fifth.
3      BY MR. PAGLIUCA:
4         Q.  Any relationship you had, whether personal
5      or business, ended with Ms. Maxwell more than
6      15 years ago, correct?
7            MR. CASSELL:  Object to form and
8      foundation.
9            THE WITNESS:  Fifth.
10     BY MR. PAGLIUCA:
11        Q.  Ms. Maxwell is not --
12           MR. CASSELL:  I'm sorry.  Could you
13     mark that question for me as well?  The last
14     one.
15     BY MR. PAGLIUCA:
16        Q.  Ms. Maxwell is not an employee of yours,
17     correct?
18           MR. CASSELL:  Object to form and
19     foundation.
20           THE WITNESS:  Fifth.
21     BY MR. PAGLIUCA:
22        Q.  Ms. Maxwell is not an agent of yours,
23     correct?
24           MR. CASSELL:  Object to form and
25     foundation.  Calls for a legal conclusion.
```

Page 281

```
1            J. Epstein - Confidential
2            THE WITNESS:  Fifth.
3      BY MR. PAGLIUCA:
4         Q.  Ms. -- Ms. Maxwell -- you are not an agent
5      of Ms. Maxwell's, correct?
6            MR. CASSELL:  Object to form and
7      foundation.  Calls for a legal conclusion.
8            THE WITNESS:  Fifth.
9      BY MR. PAGLIUCA:
10        Q.  Ms. Maxwell has never authorized you to act
11     on her behalf, correct?
12           MR. CASSELL:  Object to form and
13     foundation.
14           THE WITNESS:  Fifth.
15     BY MR. PAGLIUCA:
16        Q.  Ms. Maxwell does not control any of your
17     decisions in any way --
18           MR. CASSELL:  Object to form --
19     BY MR. PAGLIUCA:
20        Q.  -- correct?
21           MR. CASSELL:  Sorry.  Object to form
22     and foundation.
23           THE WITNESS:  Fifth.
24     BY MR. PAGLIUCA:
25        Q.  Do you understand that Ms. Maxwell opposes
```



Page 282

1          J. Epstein - Confidential
2   you asserting any Fifth Amendment privilege in this
3   matter?
4          MR. CASSELL:  Objects to form -- object
5      and foundation.
6          THE WITNESS:  Fifth.
7   BY MR. PAGLIUCA:
8      Q.  Do you understand that Ms. Maxwell believes
9   that your truthful testimony in this case would be
10  helpful to her?
11         MR. CASSELL:  Object to form and
12     foundation.  Calls for speculation.
13         THE WITNESS:  Fifth.
14  BY MR. PAGLIUCA:
15     Q.  You indicated earlier that you and I have
16  never met.
17         You and I have never spoken prior to today,
18  correct?
19         MR. CASSELL:  Object to form and
20     foundation.
21         THE WITNESS:  Fifth.
22  BY MR. PAGLIUCA:
23     Q.  You have never spoken to any member of my
24  law firm prior to today, correct?
25         MR. CASSELL:  Object to form and

Page 283

1          J. Epstein - Confidential
2      foundation.
3          THE WITNESS:  Fifth.
4   BY MR. PAGLIUCA:
5      Q.  In 2009, you entered into a settlement
6   agreement with Ms. Giuffre, formerly known as
7   Ms. Roberts, the Plaintiff in this case, correct?
8          MR. CASSELL:  Object to form and
9      foundation.
10         THE WITNESS:  Fifth.
11         MR. GOLDBERGER:  And attorney-client
12     privilege.  And to the extent that there's
13     an agreement that exists that's
14     confidential, we will not waive the
15     confidentiality agreement.
16         MR. PAGLIUCA:  And we can have -- you
17     can have a standing objection to that on
18     those grounds related to any question I ask
19     about the settlement agreement with
20     Ms. Giuffre, if that makes it easier.
21         MR. GOLDBERGER:  Yeah.  That makes it
22     easier.  Thank you.
23  BY MR. PAGLIUCA:
24     Q.  I've not seen the settlement agreement.
25  But let me ask you if you can tell me what the terms

Page 284

1          J. Epstein - Confidential
2   of that agreement are, Mr. Epstein.
3          MR. CASSELL:  Object to form and
4      foundation.
5          THE WITNESS:  Fifth.
6   BY MR. PAGLIUCA:
7      Q.  Does the settlement agreement contain a
8   release of any claims that Ms. Giuffre had or would
9   have against you?
10         MR. CASSELL:  Object to form and
11     foundation.
12         THE WITNESS:  Fifth.
13  BY MR. PAGLIUCA:
14     Q.  Did the settlement agreement provide for a
15  release by you of any claims against Giuffre?
16         MR. CASSELL:  Form and foundation.
17         THE WITNESS:  Fifth.
18  BY MR. PAGLIUCA:
19     Q.  It's true, is it not, Mr. Epstein, you have
20  no economic interest in this litigation?
21         MR. CASSELL:  Form and foundation.
22     Calls for a legal conclusion.
23         THE WITNESS:  Fifth.
24  BY MR. PAGLIUCA:
25     Q.  And by "this litigation," I mean the

Page 285

1          J. Epstein - Confidential
2   litigation we are here on today, the Plaintiff being
3   Ms. Giuffre, the Defendant being Ms. Maxwell.
4          So, to be clear, you are not named as a
5   Defendant in that litigation, correct?
6          MR. CASSELL:  Form and foundation.
7          THE WITNESS:  Fifth.
8   BY MR. PAGLIUCA:
9      Q.  The outcome of this litigation, the Giuffre
10  versus Maxwell litigation, will have no impact on you
11  financially, correct?
12         MR. CASSELL:  Form and foundation.
13         THE WITNESS:  Fifth.
14  BY MR. PAGLIUCA:
15     Q.  And the outcome of -- of this litigation
16  will not affect you in any way, correct?
17         MR. CASSELL:  Form and foundation.
18         THE WITNESS:  Fifth.
19  BY MR. PAGLIUCA:
20     Q.  In 2007 you entered into what's been
21  referred to here today as a non-prosecution agreement
22  with the United States Government; is that correct?
23     A.  Fifth.
24     Q.  And as part of that non-prosecution
25  agreement, the United States of America agreed to not

MAGNA
LEGAL SERVICES

Page 286

1          J. Epstein - Confidential
2   institute criminal charges against alleged potential
3   co-conspirators in that matter, including
4   Sarah Kellen, Adriana Ross, Leslie Goth (phonetic),
5   or Nadia Marcinkova; is that correct?
6          MR. CASSELL:  Form and foundation.
7      Calls for a legal conclusion.
8          MR. WEINBERG:  To the extent your
9      knowledge is based on communications with
10     attorneys, attorney-client privilege.
11         THE WITNESS:  Fifth.
12  BY MR. PAGLIUCA:
13     Q.  You were provided, Mr. Epstein, with a copy
14  of the non-prosecution agreement that you entered
15  into with the United States Government in 2007,
16  correct?
17     A.  Fifth.
18         MR. WEINBERG:  Attorney-client
19     privilege.
20  BY MR. PAGLIUCA:
21     Q.  And you've read a non-prosecution agreement
22  that you entered into with the United States
23  Government in 2007 before you signed it, correct?
24     A.  Fifth.
25     Q.  Ms. Maxwell was not identified by name in

Page 287

1          J. Epstein - Confidential
2   the non-prosecution agreement, correct?
3      A.  Fifth.
4      Q.  And Ms. Maxwell was not identified in the
5   non-prosecution agreement because she was not a
6   conspirator in any crime, correct?
7          MR. CASSELL:  Form and foundation.
8      Calls for a legal conclusion.
9          THE WITNESS:  Fifth.
10  BY MR. PAGLIUCA:
11     Q.  You are aware, from sources other than your
12  lawyers, that Mr. Edwards, who is one of the
13  Plaintiff's lawyers in this case, and Mr. Cassell,
14  who has taken your deposition here today, are
15  attempting to have your non-prosecution agreement
16  with the United States Government voided, correct?
17     A.  Fifth.
18         MR. CASSELL:  Object to form and
19     foundation.
20         MR. GOLDBERGER:  And attorney-client
21     privilege.
22  BY MR. PAGLIUCA:
23     Q.  Absent the attempts by Mr. Cassell and
24  Edwards on behalf of their clients to void your
25  non-prosecution agreement, you would be available as

Page 288

1          J. Epstein - Confidential
2   a witness to testify in this case, correct?
3      A.  Fifth.
4          MR. CASSELL:  Object to form and
5      foundation.  Calls for a legal conclusion.
6          MR. WEINBERG:  The answer would be
7      based on the attorney-client privilege
8      communication.
9          MR. GOLDBERGER:  I think he said, the
10     Fifth.
11         THE COURT REPORTER:  Okay.
12         THE WITNESS:  Fifth.
13  BY MR. PAGLIUCA:
14     Q.  And setting aside any communications that
15  you may have had with any lawyers representing you,
16  absent the efforts by Mr. Cassell and Edwards to have
17  your non-prosecution agreement voided, you would be
18  able to testify as a witness in this matter, correct?
19         MR. CASSELL:  Form and foundation.
20     Calls for a legal conclusion.
21         THE WITNESS:  Fifth.
22  BY MR. PAGLIUCA:
23     Q.  Absent the efforts by Mr. Cassell and
24  Mr. Edwards to void your non-prosecution agreement,
25  you would be willing to testify as a witness in this

Page 289

1          J. Epstein - Confidential
2   case, correct?
3          MR. CASSELL:  Form and foundation.
4      Speculation.
5          THE WITNESS:  Fifth.
6   BY MR. PAGLIUCA:
7      Q.  And absent the efforts by Mr. Cassell and
8   Mr. Edwards to void your non-prosecution agreement,
9   your willing, truthful testimony in this case would
10  be helpful to Ms. Maxwell, correct?
11         MR. CASSELL:  Form.  Foundation.  Calls
12     for a legal conclusion.  Speculation.
13         THE WITNESS:  Fifth.
14  BY MR. PAGLIUCA:
15     Q.  You were asked some questions by
16  Mr. Cassell about the lawsuit by Ms. Roberts against
17  you.
18         It's true, is it not, that the allegations
19  contained in that complaint against you by Ms. --
20  then Roberts or Giuffre were false, correct?
21         MR. CASSELL:  Form.  Foundation.
22         THE WITNESS:  Fifth.
23  BY MR. PAGLIUCA:
24     Q.  And any allegations in that complaint by
25  Ms. Giuffre/Roberts against you relating to



Page 290

1          J. Epstein - Confidential
2    Ms. Maxwell were false, correct?
3          MR. CASSELL:  Form.  Foundation.
4          THE WITNESS:  Fifth.
5    BY MR. PAGLIUCA:
6          Q.  Can you tell me, Mr. Epstein, given that
7    the allegations against you in the complaint by
8    Ms. Roberts/Giuffre were false, why did you settle
9    the lawsuit?
10         MR. CASSELL:  Form.  Foundation.
11         MR. GOLDBERGER:  And attorney-client
12    privilege.
13         MR. WEINBERG:  Attorney-client
14    privilege.  Sorry, Jack.
15         MR. GOLDBERGER:  That's okay, Marty.
16         THE WITNESS:  Fifth.
17    BY MR. PAGLIUCA:
18         Q.  And without regard -- so I'm not asking you
19    for any communication between you and any lawyer.
20         Given the fact that the allegations given
21    by Miss Giuffre/Roberts against you were false,
22    without discussing any information communicated to
23    you by any lawyer, what were your personal reasons
24    for settling the lawsuit?
25         MR. CASSELL:  Form.  Foundation.

Page 291

1          J. Epstein - Confidential
2          THE WITNESS:  Fifth.
3          MR. WEINBERG:  And his -- and his state
4    of mind is inseparable from attorney-client
5    communications.
6          MR. PAGLIUCA:  Right.  I'm not asking
7    for any attorney-client communications, so
8    we are clear.
9    BY MR. PAGLIUCA:
10         Q.  I don't recall if I asked you or not, but I
11    will ask you now:  What were the terms of the
12    settlement agreement between yourself and
13    Ms. Giuffre/Roberts?
14         A.  Fifth.
15         MR. GOLDBERGER:  And the standing
16    objection on confidentiality.
17         MR. PAGLIUCA:  Understood.
18    BY MR. PAGLIUCA:
19         Q.  Mr. Epstein, you read Ms. Roberts' --
20    Ms. Virginia Roberts'/Giuffre's statements published
21    in the media about Ghislaine Maxwell, correct?
22         MR. CASSELL:  Form.  Foundation.
23         THE WITNESS:  Fifth.
24    BY MR. PAGLIUCA:
25         Q.  When you read those statements, you

Page 292

1          J. Epstein - Confidential
2    understood that the statements made about Ms. Maxwell
3    were false, correct?
4          MR. CASSELL:  Form.  Foundation.
5          THE WITNESS:  Fifth.
6    BY MR. PAGLIUCA:
7          Q.  You understood that those statements were
8    false because Ms. Maxwell did not recruit
9    Virginia Roberts to have sex with you, correct?
10         MR. CASSELL:  Form.  Foundation.
11         THE WITNESS:  Fifth.
12    BY MR. PAGLIUCA:
13         Q.  You understood that the statements were
14    false because Ms. Maxwell did not assist anyone,
15    including yourself, in sexually trafficking
16    Virginia Roberts to any person, correct?
17         MR. CASSELL:  Object to form and
18    foundation.  And just so the record is
19    clear, if I just use the words "form,
20    foundation" --
21         MR. PAGLIUCA:  That is fine with me.
22         MR. CASSELL:  Form.  Foundation.
23         THE WITNESS:  Fifth.
24    BY MR. PAGLIUCA:
25         Q.  You understand that Virginia Roberts was

Page 293

1          J. Epstein - Confidential
2    not 15 when she claims to have met you, true?
3          MR. CASSELL:  Form.  Foundation.
4          THE WITNESS:  Fifth.
5    BY MR. PAGLIUCA:
6          Q.  You understand that Virginia Roberts was
7    not 16 at the time that she claims to have met you,
8    correct?
9          MR. CASSELL:  Form, foundation.
10         THE WITNESS:  Fifth.
11    BY MR. PAGLIUCA:
12         Q.  You understand -- well, isn't it true that
13    Ms. Roberts represented to you, at the time that she
14    met you, that she was 18 years old?
15         MR. CASSELL:  Form.  Foundation.
16         THE WITNESS:  Fifth.
17    BY MR. PAGLIUCA:
18         Q.  Isn't it true that Ms. Roberts represented
19    to others in your presence that she was over the age
20    of 18?
21         MR. CASSELL:  Form.  Foundation.
22         THE WITNESS:  Fifth.
23    BY MR. PAGLIUCA:
24         Q.  Isn't it true that Ms. Roberts represented
25    to Ms. Maxwell that she was over the age of 18?



Page 294

```
1              J. Epstein - Confidential
2         MR. CASSELL: Form. Foundation.
3         THE WITNESS: Fifth.
4    BY MR. PAGLIUCA:
5         Q.  Mr. Cassell asked you some questions about
6    a purported hospital visit involving you and
7    Ms. Roberts/Giuffre in New York.
8         Do you recall that, if you know, that
9    Ms. Roberts represented to the hospital folks that
10   she was over the age of 18?
11        MR. CASSELL: Form. Foundation.
12        THE WITNESS: Fifth.
13   BY MR. PAGLIUCA:
14        Q.  Now, when you met Ms. Giuffre/Roberts, in
15   addition to telling you that she was over the age of
16   18, she represented to you that she worked as a
17   masseuse at Mar-a-Lago, correct?
18        MR. CASSELL: Form. Foundation.
19        THE WITNESS: Fifth.
20   BY MR. PAGLIUCA:
21        Q.  And you would have met her sometime in the
22   late fall because Mar-a-Lago is closed, at least the
23   spa part of Mar-a-Lago is closed, during the summer,
24   correct?
25        MR. CASSELL: Form. Foundation.
```

Page 295

```
1              J. Epstein - Confidential
2         THE WITNESS: Fifth.
3    BY MR. PAGLIUCA:
4         Q.  And in 2000, 2001, the spa would have been
5    closed during the summer, correct?
6         MR. CASSELL: Form. Foundation.
7         THE WITNESS: Fifth.
8    BY MR. PAGLIUCA:
9         Q.  It was your decision to hire Ms. Giuffre as
10   a masseuse, understanding that she was over the age
11   of 18, correct?
12        MR. CASSELL: Form, foundation.
13        THE WITNESS: Fifth.
14   BY MR. PAGLIUCA:
15        Q.  And she was not recruited by you or anyone
16   else to have sex with you, correct?
17        MR. CASSELL: Form. Foundation.
18        THE WITNESS: Fifth.
19   BY MR. PAGLIUCA:
20        Q.  Now, at the time that Ms. Giuffre met you
21   and represented that she was a masseuse and over the
22   age of 18, she was driving her own car, correct?
23        MR. CASSELL: Form, foundation.
24        THE WITNESS: Fifth.
25
```

Page 296

```
1              J. Epstein - Confidential
2    BY MR. PAGLIUCA:
3         Q.  At the time that Ms. Giuffre/Roberts met
4    you and told you that she was over the age of 18 and
5    a masseuse, she was living with someone that she
6    identified as her fiance, correct?
7         MR. CASSELL: Form. Foundation.
8         THE WITNESS: Fifth.
9    BY MR. PAGLIUCA:
10        Q.  At the time that Ms. Giuffre met you --
11   represented to you that she was a masseuse over the
12   age of 18, driving her own car, and living with her
13   fiance in an apartment, she had the ability to come
14   and go from your residence as she pleased, correct?
15        MR. CASSELL: Form. Foundation.
16        THE WITNESS: Fifth.
17   BY MR. PAGLIUCA:
18        Q.  You never forced Ms. Roberts ever to stay
19   over your house at night, correct?
20        MR. CASSELL: Form. Foundation.
21   Vague.
22        THE WITNESS: Fifth.
23   BY MR. PAGLIUCA:
24        Q.  Ms. Roberts was never forced to do anything
25   by you, correct?
```

Page 297

```
1              J. Epstein - Confidential
2         MR. CASSELL: Form. Foundation.
3    Vague.
4         THE WITNESS: Fifth.
5    BY MR. PAGLIUCA:
6         Q.  Ms. Roberts was not a "sex slave," correct?
7         MR. CASSELL: Form. Foundation.
8         THE WITNESS: Fifth.
9    BY MR. PAGLIUCA:
10        Q.  And you never sexually trafficked
11   Ms. Roberts to anyone, correct?
12        MR. CASSELL: Form. Foundation.
13        THE WITNESS: Fifth.
14   BY MR. PAGLIUCA:
15        Q.  At the time Ms. Roberts made statements to
16   the media about you and Ms. Maxwell, you told
17   Ms. Maxwell on January 25th, 2015, that "You have
18   done nothing wrong, and I would urge you to start
19   acting like it.  Go outside, head high, not as an
20   escaping convict.  Go to parties.  Deal with it."
21        Do you remem- -- recall making that written
22   statement to Ms. Maxwell in an e-mail produced in
23   this case, GM01098, on January 25th, 2015?
24        MR. CASSELL: Form. Foundation.
25        THE WITNESS: Fifth.
```



Page 298

```
 1          J. Epstein - Confidential
 2   BY MR. PAGLIUCA:
 3      Q.   And at the time that you made that e-mail
 4   statement to Ms. Maxwell, you made it because it was
 5   true, correct?
 6          MR. CASSELL:  Form.  Foundation.
 7          THE WITNESS:  Fifth.
 8   BY MR. PAGLIUCA:
 9      Q.   When you said to Ms. Maxwell in your
10   written communication on January 25th, 2015, "You
11   have done nothing wrong," you were referring to
12   Ms. Giuffre/Roberts' false claims that somehow
13   Ms. Maxwell had participated in sexual misconduct
14   with Ms. Giuffre/Roberts, correct?
15          MR. CASSELL:  Form.  Foundation.
16          THE WITNESS:  Fifth.
17   BY MR. PAGLIUCA:
18      Q.   When you said to Ms. Maxwell, "You have
19   done nothing wrong," you were telling her that you
20   knew that she had not been involved in any illegal
21   activity associated with you, correct?
22          MR. CASSELL:  Form.  Foundation.
23          THE WITNESS:  Fifth.
24   BY MR. PAGLIUCA:
25      Q.   You urged Ms. Maxwell to start acting like
```

Page 299

```
 1          J. Epstein - Confidential
 2   she had done nothing wrong, because you knew that she
 3   had, in fact, done nothing wrong, correct?
 4          MR. CASSELL:  Form.  Foundation.  Calls
 5      for speculation.
 6          THE WITNESS:  Fifth.
 7   BY MR. PAGLIUCA:
 8      Q.   When you told Ms. Maxwell, "Go outside,
 9   head high, not as an escaping convict," you were
10   encouraging her to act like she had done nothing
11   wrong because, in fact, she had done nothing wrong,
12   correct?
13          MR. CASSELL:  Form.  Foundation.
14      Vague.
15          THE WITNESS:  Fifth.
16   BY MR. PAGLIUCA:
17      Q.   You were responding to an e-mail sent to
18   you by Ms. Maxwell on January 24th, 2015, in which
19   she indicated, "I would appreciate it if ▆▆▆ would
20   come out and say that she was your girlfriend.  I
21   think she was from end '99 to 2002."
22          Do you recall receiving that communication
23   from Ms. Maxwell and responding to it?
24          MR. CASSELL:  Form.  Foundation.
25          THE WITNESS:  Fifth.
```

Page 300

```
 1          J. Epstein - Confidential
 2   BY MR. PAGLIUCA:
 3      Q.   You responded, "Okay, with me," because, in
 4   fact, ▆▆▆ was your girlfriend from at least the
 5   end of 1999 through 2002, correct?
 6          MR. CASSELL:  Form.  Foundation.
 7          THE WITNESS:  Fifth.
 8   BY MR. PAGLIUCA:
 9      Q.   It is true that neither you nor Ms. Maxwell
10   trained Virginia Roberts to have sex with anyone,
11   correct?
12          MR. CASSELL:  Form.  Foundation.
13          THE WITNESS:  Fifth.
14   BY MR. PAGLIUCA:
15      Q.   And it is true that you never pimped
16   Virginia Roberts/Giuffre out to any other person,
17   correct?
18          MR. CASSELL:  Form.  Foundation.
19      Vague.
20          THE WITNESS:  Fifth.
21   BY MR. PAGLIUCA:
22      Q.   To your knowledge, Virginia Roberts/Giuffre
23   did not have sex with Alan Dershowitz?
24          MR. CASSELL:  Form.  Foundation.
25   BY MR. PAGLIUCA:
```

Page 301

```
 1          J. Epstein - Confidential
 2      Q.   Correct?
 3      A.   Fifth.
 4      Q.   Any other world leaders, correct?
 5          MR. CASSELL:  Form.  Foundation.
 6          THE WITNESS:  Fifth.
 7   BY MR. PAGLIUCA:
 8      Q.   Any other political figures in the
 9   United States?
10          MR. CASSELL:  Form.  Foundation.
11          THE WITNESS:  Fifth.
12   BY MR. PAGLIUCA:
13      Q.   Any other entertainers?
14      A.   Fifth.
15          MR. CASSELL:  Form.  Foundation.
16          THE WITNESS:  Sorry.
17   BY MR. PAGLIUCA:
18      Q.   In particular, David Copperfield?
19          MR. CASSELL:  Form.  Foundation.
20          THE WITNESS:  Fifth.
21   BY MR. PAGLIUCA:
22      Q.   You understood that Ms. Roberts/Giuffre
23   left the United States in, roughly, 2002 to go to
24   Thailand, correct?
25      A.   Fifth.
```



Page 302

1              J. Epstein - Confidential
2      Q.   And the last time that you spoke or saw her
3  was prior to her leaving for Thailand, correct?
4         MR. CASSELL:  Form.  Foundation.
5         THE WITNESS:  Fifth.
6  BY MR. PAGLIUCA:
7      Q.   You understood that Ms. Roberts/Giuffre
8  went to Thailand because she had a warrant out for
9  her arrest for theft from the Roadhouse Grill,
10 correct?
11        MR. CASSELL:  Form.  Foundation.  Calls
12    for a legal conclusion.
13        THE WITNESS:  Fifth.
14 BY MR. PAGLIUCA:
15     Q.   You were asked some questions by
16 Mr. Cassell regarding the -- I can't recall what he
17 referred to it as.  I think it was the Palm Beach
18 investigation.
19        Are you aware that in approximately March
20 of 2005 -- I'm just going to wait for that noise to
21 die down here, whatever that is.
22        You're aware that in approximately March
23 of 2005, the Palm Beach Police Department began an
24 investigation concerning you based on a report from a
25 woman named Erica Gonzalez?

Page 303

1              J. Epstein - Confidential
2         MR. CASSELL:  Form.  Foundation.
3         MR. GOLDBERGER:  And attorney-client
4     privilege.
5         THE WITNESS:  Fifth.
6  BY MR. PAGLIUCA:
7      Q.   I'm not asking you for any information
8  based on attorney-client privilege, Mr. Epstein, for
9  any of these questions.
10        I'm assuming that you were provided and
11 read police reports related to the Palm Beach
12 investigation.  Based on your reading of those
13 reports and not based on any conversations with any
14 lawyers that you may have had at the time, you are
15 aware that in approximately March of 2005, the Palm
16 Beach Police Department began an investigation
17 concerning you based on a report from a woman named
18 Erica Gonzalez?
19     A.   Fifth.
20     Q.   You were provided with a copy of the police
21 reports related to that investigation, correct?
22     A.   Fifth.
23        MR. GOLDBERGER:  And attorney-client
24     privilege.
25

Page 304

1              J. Epstein - Confidential
2  BY MR. PAGLIUCA:
3      Q.   The police reports generally indicated that
4  allegations that you had sexual contact with females
5  under the age of 18 in the Palm Beach area, correct?
6      A.   Fifth.
7      Q.   Virginia Roberts/Giuffre was not one of the
8  alleged victims discussed or contacted in connection
9  with that investigation, correct?
10        MR. CASSELL:  Form.  Foundation.
11        THE WITNESS:  Fifth.
12 BY MR. PAGLIUCA:
13     Q.   And to your knowledge,
14 Virginia Roberts/Giuffre was never contacted by the
15 Palm Beach Police Department?
16        MR. CASSELL:  Form.  Foundation.
17     Vague.
18        THE WITNESS:  Fifth.
19 BY MR. PAGLIUCA:
20     Q.   None of the alleged victims in the Palm
21 Beach investigation identified Ghislaine Maxwell as a
22 part of any alleged sexual contact scheme, correct?
23        MR. CASSELL:  Form.  Foundation.
24        THE WITNESS:  Fifth.
25

Page 305

1              J. Epstein - Confidential
2  BY MR. PAGLIUCA:
3      Q.   You're aware that no one connected with
4  that investigation accused Ms. Maxwell of any
5  wrongdoing?
6         MR. CASSELL:  Form.  Foundation.
7         THE WITNESS:  Fifth.
8  BY MR. PAGLIUCA:
9      Q.   None of the alleged victims in the Palm
10 Beach investigation claimed that they traveled with
11 you in any airplane, correct?
12     A.   Fifth.
13     Q.   None of the alleged victims in the Palm
14 Beach investigation claimed that they traveled with
15 you outside of the State of Florida, correct?
16        MR. CASSELL:  Form.  Foundation.
17        THE WITNESS:  Fifth.
18 BY MR. PAGLIUCA:
19     Q.   None of the alleged victims in the Palm
20 Beach investigation claimed that you have been
21 introduced to them by Ghislaine Maxwell, correct?
22        MR. CASSELL:  Form.  Foundation.
23        THE WITNESS:  Fifth.
24 BY MR. PAGLIUCA:
25     Q.   In fact, the majority of the alleged



Page 306

1           J. Epstein - Confidential
2   victims in the Palm Beach investigation claimed to
3   have been recruited by someone named Haley Robson,
4   correct?
5           MR. CASSELL: Form. Foundation.
6           THE WITNESS: Fifth.
7   BY MR. PAGLIUCA:
8       Q.  You're aware, Mr. Epstein, that these
9   police reports are available as a public record by
10  request to the Palm Beach Police Department?
11      A.  Fifth.
12      Q.  And you're aware, Mr. Epstein, that
13  unredacted versions of these police reports can be
14  obtained from the State's Attorney's Office hereby a
15  letter request, correct?
16          MR. CASSELL: Form -- form.
17      Foundation.
18          THE WITNESS: Fifth.
19  BY MR. PAGLIUCA:
20      Q.  Mr. Cassell asked you some questions
21  earlier about some police reports related to
22  Ms. Roberts/Giuffre related to her claims that she
23  had been sexually assaulted here in Florida by men
24  other than you.  Do you recall those questions?
25      A.  Yes.

Page 307

1           J. Epstein - Confidential
2       Q.  Okay.  Are you aware that those police
3   reports are also available by simply requesting them
4   from the Palm Beach Police Department?
5           MR. CASSELL: Form. Foundation. Calls
6       for a legal conclusion.
7           THE WITNESS: Fifth.
8           MR. CASSELL: Can we hold on one
9       second?
10          MR. PAGLIUCA: Sure.  Having a problem
11      there?
12          MR. CASSELL: Take 30 seconds to see if
13      we can get these going.
14          All right.  You're on, Jeff.
15          MR. PAGLIUCA: Okay.
16  BY MR. PAGLIUCA:
17      Q.  With regard to the Palm Beach Police
18  Department investigation, you're aware that none of
19  the alleged victims in that matter claimed to have
20  lived with you?
21          MR. CASSELL: Form. Foundation.
22          THE WITNESS: Fifth.
23  BY MR. PAGLIUCA:
24      Q.  You're aware that none of the alleged
25  victims in that matter claimed to have stayed with

Page 308

1           J. Epstein - Confidential
2   you overnight in any residence?
3           MR. CASSELL: Form. Foundation.
4           THE WITNESS: Fifth.
5   BY MR. PAGLIUCA:
6       Q.  You're aware that none of those alleged
7   victims claimed to have ever met or talked to
8   Ms. Maxwell?
9           MR. CASSELL: Form. Foundation.
10          THE WITNESS: Fifth.
11  BY MR. PAGLIUCA:
12      Q.  And you're aware that none of those alleged
13  victims ever claimed to have been paid by
14  Ms. Maxwell?
15          MR. CASSELL: Form. Foundation.
16          THE WITNESS: Fifth.
17  BY MR. PAGLIUCA:
18      Q.  It is true, Mr. Epstein, that you, at least
19  during timeframe that we are talking about here, so I
20  will say from, let's say, 1999 through 2005, enjoyed
21  getting a massage; is that correct?
22      A.  Fifth.
23      Q.  And you had many masseuses that you hired
24  to come to your house to give you a massage, correct?
25          MR. CASSELL: Object to form.

Page 309

1           J. Epstein - Confidential
2           THE WITNESS: Fifth.
3   BY MR. PAGLIUCA:
4       Q.  Many of those masseuses were contacted as
5   part of the Palm Beach Police Department
6   investigation; do you recall that?
7       A.  Fifth.
8       Q.  And many of those masseuses that were
9   contacted indicated that all of their massages were
10  professional and paid for by you; do you recall that?
11          MR. CASSELL: Form. Foundation.
12          THE WITNESS: Fifth.
13  BY MR. PAGLIUCA:
14      Q.  Now, you -- after Ms. Roberts left the
15  country as a result of the warrant out for her arrest
16  for theft, you later learned that she was bringing
17  civil claims against you, purporting that you had
18  sexually assaulted her, correct?
19          MR. CASSELL: Form. Foundation.
20          THE WITNESS: Fifth.
21  BY MR. PAGLIUCA:
22      Q.  And those claims were raised up by her
23  after a lot of publicity had occurred related to the
24  Palm Beach investigation about you with the
25  allegations of sexual misconduct, correct?



Page 310

```
1           J. Epstein - Confidential
2       MR. CASSELL: Form. Foundation.
3       THE WITNESS: Fifth.
4  BY MR. PAGLIUCA:
5       Q.  There were widespread media reports
6  detailing the allegations about you in the press here
7  in the South Florida area at the time, correct?
8       MR. CASSELL: Form. Foundation.
9       THE WITNESS: Fifth.
10 BY MR. PAGLIUCA:
11      Q.  Would you agree with me, Mr. Epstein, that
12 the police -- the leaking of the police reports and
13 the leaking of the information to the press, the
14 reporting of the allegations by the press made you an
15 easy target for anyone who wanted to make a claim of
16 sexual misconduct against you?
17      MR. CASSELL: Form. Foundation.
18      THE WITNESS: Fifth.
19 BY MR. PAGLIUCA:
20      Q.  And, indeed, there were many people who
21 began falsely claiming that you had engaged in some
22 form of sexual misconduct with them?
23      MR. CASSELL: Form. Foundation.
24      THE WITNESS: Fifth.
25
```

Page 311

```
1           J. Epstein - Confidential
2  BY MR. PAGLIUCA:
3       Q.  You were also an easy target for
4  unscrupulous lawyers to make those claims and promote
5  those claims against you, correct?
6       MR. CASSELL: Form. Foundation.
7  Vague.
8       THE WITNESS: Fifth.
9  BY MR. PAGLIUCA:
10      Q.  For example, there was a lawyer, now
11 disbarred and in prison, named Mr. Rothstein, who was
12 promoting lawsuits against you as part of a Ponzi
13 scheme here, correct?
14      MR. CASSELL: Form. Foundation.
15      THE WITNESS: Fifth.
16 BY MR. PAGLIUCA:
17      Q.  And Mr. Rothstein was trying to convince
18 people to buy shares in litigation against you and
19 the outcome of litigation against you, correct?
20      MR. CASSELL: Form. Foundation.
21      THE WITNESS: Fifth.
22 BY MR. PAGLIUCA:
23      Q.  Mr. Rothstein worked with an individual
24 named Bradley Edwards prior to Mr. Rothstein being
25 prosecuted and imprisoned, correct?
```

Page 312

```
1           J. Epstein - Confidential
2       MR. CASSELL: Form. Foundation. Lack
3  of personal knowledge.
4       THE WITNESS: Fifth.
5  BY MR. PAGLIUCA:
6       Q.  And you knew personally that Mr. Rothstein
7  worked with Mr. Edwards because you sued both
8  Mr. Rothstein and Mr. Edwards in case captioned
9  Jeffrey Epstein, Plaintiff, versus Scott Rothstein,
10 individually, Bradley J. Edwards, individually, and
11 L.M., individually in 2009, correct?
12      MR. CASSELL: Form. Foundation. Lack
13 of personal knowledge.
14      THE WITNESS: Fifth.
15 BY MR. PAGLIUCA:
16      Q.  That would be in 2008.  So let me amend
17 that.  The question would be in 2008.
18      MR. CASSELL: Form. Foundation. Lack
19 of personal knowledge.
20 BY MR. PAGLIUCA:
21      Q.  Your lawyer at the time was somebody named
22 Robert D. Critton, correct?
23      MR. CASSELL: Form, foundation. Lack
24 of proper pronunciation.  It's Critton, I
25 think.
```

Page 313

```
1           J. Epstein - Confidential
2  BY MR. PAGLIUCA:
3       Q.  Critton.  Okay.  C-R-I-T-T-O-N.
4       A.  Fifth.
5       Q.  You say, Critton.  I say, Critton.  I don't
6  know how to --
7       MR. CASSELL: Jack might know.
8       MR. GOLDBERGER: I hate to weigh in on
9  it, but Mr. Cassell's -- Professor Cassell
10 is correct.
11 BY MR. PAGLIUCA:
12      Q.  In that lawsuit you claimed that
13 Mr. Rothstein and Mr. Edwards manufactured claims
14 against you, correct?
15      MR. CASSELL: Form. Foundation.
16      THE WITNESS: Fifth.
17 BY MR. PAGLIUCA:
18      Q.  In that lawsuit, you alleged that
19 Mr. Rothstein and Mr. Edwards were guilty of criminal
20 conduct, including running a Ponzi scheme, securities
21 fraud, perjury, and other crimes, correct?
22      MR. CASSELL: Form. Foundation.
23      THE WITNESS: Fifth.
24 BY MR. PAGLIUCA:
25      Q.  You indicated -- well, isn't it true that
```



Page 314

```
1           J. Epstein - Confidential
2  Mr. Rothstein and Mr. Edwards were able to have women
3  change their stories about you and make false
4  allegations against you for money?
5           MR. CASSELL: Form. Foundation.
6           THE WITNESS: Fifth.
7  BY MR. PAGLIUCA:
8      Q.  In this case, you are aware that
9  Mr. Edwards represents Ms. Giuffre/Roberts?
10     A.  Fifth.
11     Q.  And you are aware that Mr. Edwards and a
12 lawyer named Jack Scarola contacted Ms. Giuffre prior
13 to the filing of any -- of this lawsuit to discuss
14 with her allegations against you and Ms. Maxwell,
15 correct?
16     A.  Fifth.
17     Q.  Is it -- it is true that Mr. Edwards
18 provided Ms. Giuffre/Roberts with substantial
19 information from both the Palm Beach investigation
20 about you and other information that they had
21 obtained so that they could promote their allegations
22 against you in this litigation, correct?
23         MR. CASSELL: Form. Foundation. Calls
24     for speculation. Lack of personal
25     knowledge.
```

Page 315

```
1           J. Epstein - Confidential
2           THE WITNESS: Fifth.
3  BY MR. PAGLIUCA:
4      Q.  It is true, Mr. Epstein, that you did not
5  sexually traffic Ms. Roberts/Giuffre, correct?
6           MR. CASSELL: Form. Foundation.
7           THE WITNESS: Fifth.
8  BY MR. PAGLIUCA:
9      Q.  And it's true, Mr. Epstein, that
10 Ms. Maxwell did nothing to assist you in sexually
11 trafficking Ms. Giuffre/Roberts, correct?
12         MR. CASSELL: Form. Foundation.
13         THE WITNESS: Fifth.
14 BY MR. PAGLIUCA:
15     Q.  The reason you are asserting a Fifth
16 Amendment privilege here today has nothing do with
17 Ghislaine Maxwell, correct?
18         MR. CASSELL: Form. Foundation. Calls
19     for speculation.
20         THE WITNESS: Fifth.
21         MR. GOLDBERGER: And attorney-client
22     privilege.
23 BY MR. PAGLIUCA:
24     Q.  The reason you are asserting the Fifth
25 Amendment privilege here today is to protect yourself
```

Page 316

```
1           J. Epstein - Confidential
2  from possible prosecution from others, correct?
3           MR. CASSELL: Form. Foundation.
4           THE WITNESS: Fifth.
5           MR. GOLDBERGER: And attorney-client.
6           MR. WEINBERG: Attorney-client
7      privilege.
8           MR. GOLDBERGER: Yeah. We got it.
9      Thanks.
10          MR. WEINBERG: Sorry, Jack.
11          MR. GOLDBERGER: That's all right.
12 BY MR. PAGLIUCA:
13     Q.  It is true, Mr. Epstein, you have no
14 loyalty to Ms. Maxwell, as you sit here today,
15 correct?
16          MR. CASSELL: Form. Foundation.
17          THE WITNESS: Fifth.
18          MR. PAGLIUCA: I think I am done. So
19     if you'll give me a minute, I'll go over my
20     notes. We can take a five-minute break.
21          VIDEO TECHNICIAN: Off the record at
22     1:03.
23          (A recess was taken.)
24          VIDEO TECHNICIAN: On the record at
25     1:18.
```

Page 317

```
1           J. Epstein - Confidential
2  BY MR. PAGLIUCA:
3      Q.  I just have a few more questions,
4  Mr. Epstein.
5           This ███ person that you've identified
6  as being your girlfriend, this was, roughly, from the
7  end of 1999 that ███ was your girlfriend, correct?
8      A.  Fifth.
9      Q.  What's ███ last name?
10     A.  Fifth.
11     Q.  And is it true that you had not --
12          MR. CASSELL: I'm sorry. Can we go --
13     the question before the "last name," I
14     should have objected to form and foundation
15     on that one.
16          MR. PAGLIUCA: What was ███ last
17     name?
18          MR. CASSELL: The one that ███ was,
19     in fact, your girlfriend. I'm sorry. I
20     apologize. I should have -- form and
21     foundation on that one.
22          MR. PAGLIUCA: I'll give it to you.
23          MR. CASSELL: Thanks.
24          MR. PAGLIUCA: In face, here, I'll ask
25     it again so you can object.
```



Page 318

```
1          J. Epstein - Confidential
2      MR. CASSELL:  Thank you.
3   BY MR. PAGLIUCA:
4      Q.  It is true that ███ was your girlfriend
5   from approximately the end of 1999, correct?
6      MR. CASSELL:  Form and foundation.
7      Thank you.
8      THE WITNESS:  Fifth.
9   BY MR. PAGLIUCA:
10     Q.  Ms. Maxwell had not been your girlfriend
11  for some time prior to 1999, correct?
12     MR. CASSELL:  Form.  Foundation.
13     THE WITNESS:  Fifth.
14  BY MR. PAGLIUCA:
15     Q.  In fact, beginning prior to 1999, you spent
16  less and less time with Ms. Maxwell, correct?
17     MR. CASSELL:  Form.  Foundation.  And
18     -- and chronology.
19     Are you saying -- are you going
20     backwards in time?
21     MR. PAGLIUCA:  Yes, I am.
22     MR. CASSELL:  Okay.  Vague.
23     THE WITNESS:  Fifth.
24  BY MR. PAGLIUCA:
25     Q.  After 1999, when ███ was your
```

Page 319

```
1          J. Epstein - Confidential
2   girlfriend, Ms. Maxwell spent less and less time in
3   your presence, correct?
4      MR. CASSELL:  Form.  Foundation.
5      THE WITNESS:  Fifth.
6   BY MR. PAGLIUCA:
7      Q.  After 1999, when ███ was your
8   girlfriend, Ms. Maxwell spent less time at any of
9   your residences, correct?
10     MR. CASSELL:  Form.  Foundation.
11     THE WITNESS:  Fifth.
12  BY MR. PAGLIUCA:
13     Q.  After 1999, Ms. Maxwell increasingly
14  decreased her visits to the -- your Palm Beach
15  residence, correct?
16     MR. CASSELL:  Form.  Foundation.
17     THE WITNESS:  Fifth.
18  BY MR. PAGLIUCA:
19     Q.  After 1999, Ms. Maxwell decreased the
20  frequency of her travels with you, correct?
21     MR. CASSELL:  Form.  Foundation.
22     THE WITNESS:  Fifth.
23  BY MR. PAGLIUCA:
24     Q.  And over time, from 1999 moving forward,
25  Miss Maxwell spent less and less time with you,
```

Page 320

```
1          J. Epstein - Confidential
2   correct?
3      MR. CASSELL:  Form.  Foundation.
4      THE WITNESS:  Fifth.
5   BY MR. PAGLIUCA:
6      Q.  And after 1999, moving forward, Ms. Maxwell
7   spent less and less time, so increasingly less time
8   visiting your house in Palm Beach, correct?
9      MR. CASSELL:  Form.  Foundation.
10     THE WITNESS:  Fifth.
11  BY MR. PAGLIUCA:
12     Q.  You were the person responsible for hiring
13  or firing any of your domestic employees from 1998
14  moving forward in time, correct?
15     MR. CASSELL:  Form.  Foundation.
16     THE WITNESS:  Fifth.
17  BY MR. PAGLIUCA:
18     Q.  From 1998 moving forward in time, you made
19  all of the decisions with regard to the hiring and
20  firing of any employee, correct?
21     MR. CASSELL:  Form.  Foundation.
22     THE WITNESS:  Fifth.
23  BY MR. PAGLIUCA:
24     Q.  From 1998 moving forward, you made all the
25  decisions with regard to the job functions of any of
```

Page 321

```
1          J. Epstein - Confidential
2   your domestic employees, correct?
3      MR. CASSELL:  Form.  Foundation.
4      THE WITNESS:  Fifth.
5   BY MR. PAGLIUCA:
6      Q.  Is it true that you had a falling out with
7   Virginia Roberts/Giuffre because she was increasingly
8   using drugs and abusing drugs from 19 -- 2000 through
9   2002?
10     MR. CASSELL:  Form.  Foundation.
11     THE WITNESS:  Fifth.
12  BY MR. PAGLIUCA:
13     Q.  And you had a falling out with Ms. Giuffre
14  as a result of what you observed to be erratic
15  behavior, including criminal activity?
16     MR. CASSELL:  Form.  Foundation.  Lack
17     of personal knowledge.
18     THE WITNESS:  Fifth.
19  BY MR. PAGLIUCA:
20     Q.  Do you ever recall meeting anyone named
21  Renaldo Rizzo?
22     MR. CASSELL:  Form.  Foundation.
23     THE WITNESS:  Fifth.
24  BY MR. PAGLIUCA:
25     Q.  Ms. Rizzo -- Mr. Rizzo has claimed that he
```



Page 322

1           J. Epstein - Confidential
2   was at a birthday party at your Palm Beach residence
3   outside by your pool in which the only other
4   attendees were children.
5           Is that a true statement or not?
6           MR. CASSELL:  Foundation.  Misstates
7       the record.
8           THE WITNESS:  Fifth.
9   BY MR. PAGLIUCA:
10      Q.  It is, in fact, not true that you had any
11  birthday party with minor children in attendance at
12  your pool in Palm Beach, correct?
13          MR. CASSELL:  Foundation.
14          THE WITNESS:  Fifth.
15  BY MR. PAGLIUCA:
16      Q.  Mr. Rizzo has also made some claims that
17  you had a number of younger-aged females in a
18  limousine and you went to the Dubin residence in --
19  outside of New York City.  Is Mr. Rizzo's statement
20  about that false?
21      A.  Fifth.
22      Q.  And it is true that Mr. Rizzo has made up
23  that story about you and the Dubins in an attempt to
24  get money, correct?
25          MR. CASSELL:  Form.  Foundation.

Page 323

1           J. Epstein - Confidential
2           THE WITNESS:  Fifth.
3   BY MR. PAGLIUCA:
4       Q.  Mr. Cassell asked you some questions about
5   some -- someone from Sweden who Mr. Rizzo claimed
6   that you somehow lured into the United States for
7   purposes of sexual trafficking.
8           That story by Mr. Rizzo is also false,
9   correct?
10          MR. CASSELL:  Form.  Foundation.
11          THE WITNESS:  Fifth.
12  BY MR. PAGLIUCA:
13      Q.  Do you believe that Eva Dubin, a medical
14  doctor, would participate in some scheme to sexually
15  traffic anyone?
16          MR. CASSELL:  Form.  Foundation.  Calls
17      for speculation.  Lack of personal
18      knowledge.
19          THE WITNESS:  Fifth.
20          MR. PAGLIUCA:  That's all the questions
21      I have.
22          MR. CASSELL:  I may want to consult
23      with Ms. McCawley at some point, but maybe
24      it will make sense for me to try and kind of
25      see --

Page 324

1           J. Epstein - Confidential
2           MS. MCCAWLEY:  That's fine.
3           MR. CASSELL:  -- and she'll backstop me
4       in case I miss a trick along the way, so...
5           REDIRECT EXAMINATION
6   BY MR. CASSELL:
7       Q.  We have the advantage by a very skilled
8   court reporter who's given us a -- essentially a
9   real-time transcript here.
10          But I noticed that on this real-time
11  transcript, at page 245, line 12, the question was
12  asked to you by Mr. Pagliuca, "Any relationship you
13  had, whether personal or business, ended with
14  Ms. Maxwell more than 15 years ago, correct?"
15          Do you recall being asked that question?
16      A.  Fifth.
17          MR. GOLDBERGER:  Well, I think you can
18      answer that -- you recall being asked this
19      question just --
20          MR. CASSELL:  That's all I'm asking.
21      I'm not trying to trip him up here.
22  BY MR. CASSELL:
23      Q.  Let me just restate that again.
24          Do you recall being asked the following
25  question:  "Any relationship you had, whether

Page 325

1           J. Epstein - Confidential
2   personal or business, ended with Ms. Maxwell more
3   than 15 years ago, correct?"
4       A.  What's the question?  I'm sorry.  Do I
5   remember the question?
6       Q.  Any relationship you had --
7       A.  No.  Are you asking me do I remember --
8       Q.  Do you remember being asked that particular
9   question?
10      A.  Sitting here at the moment, I don't.
11      Q.  Okay.  I want to represent to you that you
12  were asked the question:  "Any relationship you had,
13  whether personal or business, ended with Ms. Maxwell
14  more than 15 years ago, correct?"
15      A.  I took the Fifth to that question, if
16  you're re-asking the question.
17          MR. GOLDBERGER:  No.  I think he's just
18      representing that that question was asked.
19      Don't -- and we can establish for purposes
20      of the record that question was asked.
21          THE WITNESS:  Okay.
22          MR. GOLDBERGER:  Okay.
23  BY MR. CASSELL:
24      Q.  In fact, you had a number of continuing
25  personal interactions with Ms. Maxwell within the



Page 326

1           J. Epstein - Confidential
2    last 15 years?
3           MR. PAGLIUCA:  Object to form and
4    foundation.
5           THE WITNESS:  Fifth.
6    BY MR. CASSELL:
7        Q.  I want to talk to you about some of the
8    personal and other relationships you had with
9    Ms. Maxwell.
10           For example, sir, isn't it true that on
11   December 11th, 2000, you, Ms. Maxwell, Ms. Taylor,
12   and Virginia Roberts flew from the West Palm Beach
13   Airport to the Teterboro, New Jersey Airport?
14           MR. PAGLIUCA:  Object to form and
15   foundation.
16           THE WITNESS:  Fifth.
17   BY MR. CASSELL:
18       Q.  And isn't it true that on December 14th,
19   2000, you, and Ms. Maxwell and Miss Roberts flew from
20   the Teterboro to the U.S. Virgin Islands on your
21   private jet?
22           MR. PAGLIUCA:  Object to form and
23   foundation.
24           THE WITNESS:  Fifth.
25

Page 327

1           J. Epstein - Confidential
2    BY MR. CASSELL:
3        Q.  Isn't it true, sir, that on January 26th,
4    2001, you, Ms. Maxwell, Ms. Taylor, and Ms. Roberts
5    flew from Teterboro to West Palm Beach?
6           MR. PAGLIUCA:  Object to form and
7    foundation.
8           THE WITNESS:  Fifth.
9    BY MR. CASSELL:
10       Q.  Isn't it true that on March 9th, 2001, you,
11   Ms. Maxwell, Ms. Taylor, and Virginia flew from
12   Tangier, Morocco, to London, England on your private
13   jet?
14           MR. PAGLIUCA:  Object to form and
15   foundation.
16           THE WITNESS:  Fifth.
17   BY MR. CASSELL:
18       Q.  And that was the trip where you,
19   Ms. Maxwell, and Ms. Roberts met Prince Andrew, the
20   Duke of York, right?
21           MR. PAGLIUCA:  Object to form and
22   foundation.
23           THE WITNESS:  Fifth.
24   BY MR. CASSELL:
25       Q.  Previously you were asked by Ms. Pag- --

Page 328

1           J. Epstein - Confidential
2    I'm sorry, Mr. Pagliuca whether there was any basis
3    in fact for some of the questions I was asking you.
4           Would it be fair to say that one of the
5    bases in fact for asking you questions about
6    Virginia's interactions with Prince Andrew would be a
7    photograph depicting Ms. Roberts and Prince Andrew?
8           MR. PAGLIUCA:  Object to form and
9    foundation.
10           THE WITNESS:  Fifth.
11   BY MR. CASSELL:
12       Q.  You were asked some questions about a
13   lawsuit that was styled Edwards versus -- I'm sorry,
14   Epstein versus Rothstein, et al.  When I ask you a
15   question about the piece of that case, that would be
16   described as your claim against Brad Edwards.
17           Do you understand the setup for the
18   question?
19       A.  Yes.
20       Q.  You voluntarily dismissed your legal claims
21   against Brad Edwards, right?
22           MR. PAGLIUCA:  Object to form and
23   foundation.
24           THE WITNESS:  Fifth.
25           MR. GOLDBERGER:  And attorney-client

Page 329

1           J. Epstein - Confidential
2    privilege.
3    BY MR. CASSELL:
4        Q.  To your knowledge, there is no lawsuit
5    pending today by you against Mr. Edwards, right?
6           MR. PAGLIUCA:  Object to form and
7    foundation.
8           THE WITNESS:  Fifth.
9           MR. GOLDBERGER:  And attorney-client.
10   BY MR. CASSELL:
11       Q.  When you traveled to England with Virginia
12   and Ms. Maxwell, Ms. Maxwell held Virginia's
13   passport, right?
14           MR. PAGLIUCA:  Object to form and
15   foundation.  It has been asked and answered
16   as well.  I didn't go into this, and so I'm
17   not sure why we're going over it again.
18           THE WITNESS:  Fifth.
19   BY MR. CASSELL:
20       Q.  You had a relationship with Ms. Maxwell
21   when you traveled to -- with her to England, right?
22           MR. PAGLIUCA:  Object to form and
23   foundation.
24           THE WITNESS:  Fifth.
25



Page 330

```
1            J. Epstein - Confidential
2   BY MR. CASSELL:
3       Q.  Mr. Pagliuca was suggesting there was no
4   basis in fact for some of the questions that I asked.
5       One of the bases in fact would have been
6   Ms. Maxwell's possession of a passport reflecting
7   Virginia's age to be 17 at the time she flew into
8   England with you?
9           MR. PAGLIUCA:  Object to form and
10      foundation.
11          THE WITNESS:  Can you ask the question?
12  BY MR. CASSELL:
13      Q.  Isn't that true?
14          MR. PAGLIUCA:  Same objection.
15          THE WITNESS:  Fifth.
16  BY MR. CASSELL:
17      Q.  You were asked questions about an e-mail in
18  which you used the phrase "Hold your head high."
19      Do you recall just being asked -- just
20  being asked those questions?
21      A.  Yes.
22      Q.  I want to talk about the phrase -- now, I
23  want to go into the substantive issues.
24      With regard to the phrase "Hold your head
25  high," the reason you used that phrase is, you didn't
```

Page 331

```
1            J. Epstein - Confidential
2   think there was anything wrong with having sex with
3   underage girls, do you?
4           MR. PAGLIUCA:  Object to form and
5       foundation.
6           THE WITNESS:  Fifth.
7   BY MR. CASSELL:
8       Q.  In fact, you have used words along the
9   lines of having sex with a minor girl is like
10  stealing a bagel, true?
11          MR. PAGLIUCA:  Object to form and
12      foundation.
13          THE WITNESS:  Fifth.
14  BY MR. CASSELL:
15      Q.  And that, in fact, is your view today about
16  the status of having an adult man, decades older than
17  an underage girl, having sex with that underage girl,
18  right?
19          MR. PAGLIUCA:  Object to form and
20      foundation.
21          THE WITNESS:  Fifth.
22  BY MR. CASSELL:
23      Q.  What is your view of men who are decades
24  older having sex with 16-year-old girls?
25          MR. PAGLIUCA:  Object to form and
```

Page 332

```
1            J. Epstein - Confidential
2   foundation.
3           THE WITNESS:  Fifth.
4   BY MR. CASSELL:
5       Q.  What is your view of men who are decades
6   older having sex with 17-year-old girls?
7           MR. PAGLIUCA:  Object to form and
8       foundation.
9           THE WITNESS:  Fifth.
10  BY MR. CASSELL:
11      Q.  You believe that a man can hold his head
12  high after having sex with a 16-year-old girl even if
13  he's decades older than that girl, true?
14          MR. PAGLIUCA:  Object to form and
15      foundation and foundation.
16          THE WITNESS:  Fifth.
17  BY MR. CASSELL:
18      Q.  You were asked various questions by
19  Mr. Pagliuca --
20          MR. CASSELL:  Am I pronouncing that --
21          MR. PAGLIUCA:  No.
22          MR. CASSELL:  I'm sorry.
23          MR. PAGLIUCA:  The "G" is silent.
24      Think lasagna.
25          MR. CASSELL:  Okay.
```

Page 333

```
1            J. Epstein - Confidential
2           MR. PAGLIUCA:  Pal.  He's your pal.
3   BY MR. CASSELL:
4       Q.  You were asked some questions by
5   Mr. Pagliuca -- got it, okay -- by Mr. Pagliuca about
6   whether this litigation would affect you.
7       You just recall being asked those
8   questions?
9       A.  Yes.
10      Q.  With regard to those questions, it's true,
11  sir, that this litigation will affect your
12  reputation, right?
13          MR. PAGLIUCA:  Object to form and
14      foundation.
15          THE WITNESS:  Fifth.
16  BY MR. CASSELL:
17      Q.  Please describe all the ways in which you
18  foresee this litigation affecting your reputation.
19          MR. PAGLIUCA:  Object to the form and
20      foundation.
21          THE WITNESS:  Fifth.
22  BY MR. CASSELL:
23      Q.  This litigation will affect the reputation
24  of associates of yours, won't it?
25          MR. PAGLIUCA:  Object to form and
```



| Page 334 |
|---|

1          J. Epstein - Confidential
2     foundation.
3          THE WITNESS:  Fifth.
4     BY MR. CASSELL:
5          Q.   This litigation has the potential to
6     affect the reputation of Bill Clinton, right?
7          MR. PAGLIUCA:  Object to form and
8     foundation.
9          THE WITNESS:  Fifth.
10    BY MR. CASSELL:
11         Q.   This litigation has the potential to affect
12    the reputation of Prince Andrew, right?
13         MR. PAGLIUCA:  Object to form and
14    foundation.
15         THE WITNESS:  Fifth.
16    BY MR. CASSELL:
17         Q.   This litigation has the potential to affect
18    the reputation of Alan Dershowitz, right?
19         MR. PAGLIUCA:  Object to form and
20    foundation.
21         THE WITNESS:  Fifth.
22
23    BY MR. CASSELL:
24         Q.   You could have been a Defendant in this
25    action, right?

| Page 335 |
|---|

1          J. Epstein - Confidential
2          MR. PAGLIUCA:  Object to form and
3     foundation.
4          THE WITNESS:  Fifth.
5     BY MR. CASSELL:
6          Q.   In fact, as a pragmatic matter, you are
7     essentially a Defendant in this action, right?
8          MR. PAGLIUCA:  Object to form and
9     foundation.
10         THE WITNESS:  Fifth.
11    BY MR. CASSELL:
12         Q.   You realize that many of the allegations in
13    this litigation involve your interactions with
14    Maxwell, working together against Virginia?
15         MR. PAGLIUCA:  Object to form and
16    foundation.
17         THE WITNESS:  Fifth.
18    BY MR. CASSELL:
19         Q.   You understand that if you turned over all
20    the e-mails that we requested of you, that would
21    provide a basis for you -- us -- let me rephrase
22    that.
23         You understand that if you turned over all
24    the documents we've requested in the subpoena, that
25    that would provide basis for a defamation action by

| Page 336 |
|---|

1          J. Epstein - Confidential
2     Ms. Giuffre against you, right?
3          MR. PAGLIUCA:  Object to form and
4     foundation.
5          THE WITNESS:  Fifth.
6     BY MR. CASSELL:
7          Q.   You understand that if you turned over all
8     the documents that we have requested in this case,
9     that would provide a basis for joining you into this
10    case as a co-Defendant of Ms. Maxwell, right?
11         MR. PAGLIUCA:  Object to form and
12    foundation.
13         THE WITNESS:  Fifth.
14    BY MR. CASSELL:
15         Q.   What do all the documents that we have
16    requested of you show with regard to your involvement
17    in Ms. Maxwell's statements against Virginia?
18         MR. PAGLIUCA:  Object to form and
19    foundation.
20         THE WITNESS:  Fifth.
21    BY MR. CASSELL:
22         Q.   All the documents that we've requested from
23    you would show that you have coordinated closely with
24    Ms. Maxwell to attack and defame Virginia, right?
25         MR. PAGLIUCA:  Object to form and

| Page 337 |
|---|

1          J. Epstein - Confidential
2     foundation.
3          THE WITNESS:  Fifth.
4     BY MR. CASSELL:
5          Q.   Ms. Maxwell continues to provide emotional
6     support for you, right?
7          MR. PAGLIUCA:  Object to form and
8     foundation.
9          THE WITNESS:  Fifth.
10    BY MR. CASSELL:
11         Q.   Because of the sexual abuse you've
12    committed against girls, you lack very many friends
13    at this point in time, true?
14         MR. PAGLIUCA:  Object to form and
15    foundation.
16         THE WITNESS:  Fifth.
17    BY MR. CASSELL:
18         Q.   Name anyone who's -- well, strike that.
19         Maxwell has been in a business relationship
20    with you recently, right?
21         MR. PAGLIUCA:  Object to form and
22    foundation.
23         THE WITNESS:  Fifth.
24    BY MR. CASSELL:
25         Q.   You and Maxwell need to continue to be in



Page 338

```
1              J. Epstein - Confidential
2   touch each other because of interactions that
3   you've had of a business nature, right?
4           MR. PAGLIUCA:  Object to form and
5   foundation.
6           THE WITNESS:  Fifth.
7   BY MR. CASSELL:
8       Q.  Please describe the ways in which you and
9   Maxwell's affairs are intertwined currently.
10          MR. PAGLIUCA:  Object to form and
11  foundation.
12          THE WITNESS:  Fifth.
13  BY MR. CASSELL:
14      Q.  Please describe the way yours and Maxwell's
15  business affairs are intertwined currently.
16          MR. PAGLIUCA:  Object to form and
17  foundation.
18          THE WITNESS:  Fifth.
19  BY MR. CASSELL:
20      Q.  You were asked -- and this is kind of a
21  setup question again.
22          You were asked some questions about a
23  lawsuit filed by Jane Doe 1 and Jane Doe 2 against
24  the United States seeking to enforce rights under the
25  Crime Victim Rights Act.  Do you recall those general
```

Page 339

```
1              J. Epstein - Confidential
2   questions?
3       A.  Yes.
4       Q.  I want you to assume for a moment that that
5   lawsuit is dismissed tomorrow.
6           If the lawsuit were to be dismissed
7   tomorrow and I were to ask you all of the same
8   questions the day after tomorrow, you would give the
9   same answers, wouldn't you?
10          MR. PAGLIUCA:  Object to form and
11  foundation.
12          MR. GOLDBERGER:  Why don't you do that
13  and we'll find out.
14          THE WITNESS:  Fifth.
15  BY MR. CASSELL:
16      Q.  That case isn't going to be thrown out,
17  though, because it's meritorious, right?
18          MR. PAGLIUCA:  Object to form and
19  foundation.
20          THE WITNESS:  Fifth.
21          MR. GOLDBERGER:  And attorney-client
22  privilege.
23  BY MR. CASSELL:
24      Q.  In fact, you conspired with the U.S.
25  Attorney's Office to conceal the existence of your
```

Page 340

```
1              J. Epstein - Confidential
2   non-prosecution agreement until it was concluded,
3   right?
4           MR. PAGLIUCA:  Object to form and
5   foundation.
6           THE WITNESS:  Fifth.
7   BY MR. CASSELL:
8       Q.  The non-prosecution agreement binds the
9   U.S. Attorney's Office for the Southern District of
10  Florida, correct?
11          MR. PAGLIUCA:  Object to form and
12  foundation.
13  BY MR. CASSELL:
14      Q.  I'm sorry.  Let me rephrase that.
15          The non-prosecution agreement binds only
16  the U.S. Attorney's Office for the Southern District
17  of Florida, correct?
18          MR. PAGLIUCA:  Object to form and
19  foundation.
20          THE WITNESS:  Fifth.
21          MR. GOLDBERGER:  And attorney-client
22  privilege.
23  BY MR. CASSELL:
24      Q.  Your non-prosecution agreement does not
25  cover sex offenses in -- you have committed in the
```

Page 341

```
1              J. Epstein - Confidential
2   State of New York, does it?
3           MR. PAGLIUCA:  Object to form and
4   foundation.
5           THE WITNESS:  Fifth.
6           MR. GOLDBERGER:  Attorney-client.
7   BY MR. CASSELL:
8       Q.  The non-prosecution agreement does not
9   cover sex crimes committed in, for example, the U.S.
10  Virgin Islands or New Mexico, does it?
11          MR. PAGLIUCA:  Object to form and
12  foundation.
13          THE WITNESS:  Fifth.
14          MR. GOLDBERGER:  Attorney-client.
15  BY MR. CASSELL:
16      Q.  You would still be unavailable to testify
17  in the sense that you would have invoked your Fifth
18  Amendment even without that lawsuit, right?
19          MR. PAGLIUCA:  Object to form and
20  foundation.
21          THE WITNESS:  Fifth.
22          MR. GOLDBERGER:  Attorney-client.
23  BY MR. CASSELL:
24      Q.  Which prosecution -- I'm sorry.
25          Which jurisdictions are you fearful might
```

Page 342

1           J. Epstein - Confidential
2    prosecute you for sex offenses?
3           MR. PAGLIUCA:  Object to form and
4    foundation.
5           THE WITNESS:  Fifth.
6           MR. GOLDBERGER:  Attorney-client.
7    BY MR. CASSELL:
8       Q.   You are fearful of organizations -- I'm
9    sorry.
10          You are fearful of prosecuting entities
11   outside the Southern District of Florida prosecuting
12   you for sex offenses, correct?
13          MR. PAGLIUCA:  Object to form and
14   foundation.
15          THE WITNESS:  Fifth.
16          MR. GOLDBERGER:  Attorney-client.
17   BY MR. CASSELL:
18      Q.   You are fearful of law enforcement
19   organizations outside the United States prosecuting
20   you for foreign sex offenses, correct?
21          MR. PAGLIUCA:  Object to form and
22   foundation.
23          THE WITNESS:  Fifth.
24          MR. GOLDBERGER:  Attorney-client.
25

Page 343

1           J. Epstein - Confidential
2    BY MR. CASSELL:
3       Q.   Part of the basis for you asserting your
4    Fifth Amendment privilege today was that you are
5    fearful of incriminating yourself in foreign criminal
6    prosecutions, correct?
7           MR. PAGLIUCA:  Object to form and
8    foundation.
9           THE WITNESS:  Fifth.
10          MR. GOLDBERGER:  Attorney-client.
11   BY MR. CASSELL:
12      Q.   In fact, you lack any basis for asserting
13   the Fifth Amendment privilege with respect to foreign
14   criminal prosecutions, right?
15          MR. PAGLIUCA:  Object to form and
16   foundation.
17          THE WITNESS:  Fifth.
18          MR. GOLDBERGER:  Attorney-client.
19   BY MR. CASSELL:
20      Q.   Please tell me everything you know about
21   your girlfriend ████.
22      A.   Fifth.
23      Q.   In fact, during the period 1999 to 2002,
24   Maxwell was your girlfriend, not ████?
25          MR. PAGLIUCA:  Object to form and

Page 344

1           J. Epstein - Confidential
2    foundation.
3           THE WITNESS:  Fifth.
4    BY MR. CASSELL:
5       Q.   Between 1999 and 2002, you had threesomes,
6    right?
7           MR. PAGLIUCA:  Object to form and
8    foundation.
9           THE WITNESS:  Fifth.
10   BY MR. CASSELL:
11      Q.   And when you had threesomes, one of the
12   participants in the threesome was your girlfriend,
13   true?
14          MR. PAGLIUCA:  Object to form and
15   foundation.
16          THE WITNESS:  Fifth.
17   BY MR. CASSELL:
18      Q.   The threesomes you had almost invariably
19   involved Ghislaine Maxwell, right?
20          MR. PAGLIUCA:  Object to form and
21   foundation.
22          THE WITNESS:  Fifth.
23   BY MR. CASSELL:
24      Q.   And when I say they almost invariably
25   involved Ghislaine Maxwell, sometimes you were in

Page 345

1           J. Epstein - Confidential
2    threesomes with other young girls that were not your
3    girlfriend or not --
4           MR. PAGLIUCA:  Object to form and
5    foundation.
6           THE WITNESS:  Fifth.
7    BY MR. CASSELL:
8       Q.   When I look at the flights that
9    Virginia Roberts was on between March 8th, 2001, and
10   March -- no, let's see.  What do I have?  No.  I'm
11   sorry.  Strike that.
12          If I look at the flights that
13   Virginia Roberts is on, according to Dave Roger's
14   flight logs, between December 11th, 2000, and
15   August 21st, 2002, on initial review, I do not see a
16   single entry reflecting a ████ on those flights.
17          Is that a correct understanding of those --
18   the passengers on those flights?
19          MR. PAGLIUCA:  Object to form and
20   foundation.  Speculation.
21          THE WITNESS:  Fifth.
22   BY MR. CASSELL:
23      Q.   Is there some reason ████ is not found
24   frequently or even at all in the flight logs during
25   this period of time?

Page 346

```
1           J. Epstein - Confidential
2           MR. PAGLIUCA:  Object to form and
3       foundation.
4           THE WITNESS:  Fifth.
5    BY MR. CASSELL:
6       Q.  Isn't it true that the reason ███ is not
7    found on these flight logs is, she was not your
8    girlfriend during that period of time?
9           MR. PAGLIUCA:  Object to form and
10      foundation.
11          THE WITNESS:  Fifth.
12   BY MR. CASSELL:
13      Q.  And isn't the reason that Ghislaine Maxwell
14   is found, I believe, invariably or certainly almost
15   invariably on these flights -- I guess I should say
16   almost invariably on these flights, is that she was
17   your girlfriend at the time?
18          MR. PAGLIUCA:  Object to form and
19      foundation.
20          THE WITNESS:  Fifth.
21   BY MR. CASSELL:
22      Q.  In early 2000, you were having threesomes
23   with Ms. Maxwell, right?
24          MR. PAGLIUCA:  Object to form and
25      foundation.
```

Page 347

```
1           J. Epstein - Confidential
2           THE WITNESS:  Fifth.
3    BY MR. CASSELL:
4       Q.  I believe we already marked as an
5    exhibit --
6           MS. MCCAWLEY:  July.
7           MR. CASSELL:  Oh, this is the July.  Maybe
8       we should mark this as an exhibit.  Let me mark
9       this as a new exhibit.  I think this is JE14 --
10          MS. MCCAWLEY:  I think this is going to
11      be 11.
12          MR. CASSELL:  Okay.  Strike that.  This
13      will become JE11, which I represent is a
14      transcript of Ms. Maxwell taken on
15      July 22nd, 2016.  You can take a look.  I'm
16      sorry I don't have an extra one.
17          (Plaintiff's Exhibit JE11, Transcript of
18      Ms. Maxwell, taken on July 22, 2016 was marked for
19      identification.)
20   BY MR. CASSELL:
21      Q.  I'm looking at page 55.  If we look at
22   page 55 -- I'm sorry.  If we start at page 54, we
23   see, "Did you engage in sexual activities with anyone
24   other than Mr. Epstein at Mr. Epstein's home in Palm
25   Beach?"
```

Page 348

```
1           J. Epstein - Confidential
2           Do you see that question?  I'm just asking
3    you whether you see that question.
4       A.  Yes, sir.
5       Q.  After the inevitable form and foundation
6    question, Mr. Pagliuca, we see an answer, "I did."
7           Do you see that there?
8       A.  Yes.
9       Q.  And if we continue on down, we see, "Was
10   there more than one person with whom you engaged in
11   sexual activities other than Mr. Epstein at
12   Mr. Epstein's home?"  The answer is, "Yes."
13          Do you see that there as well?
14      A.  Yes.
15      Q.  And you see the questions here:  "I don't
16   actually have a name."  That's testimony by
17   Ms. Maxwell, right?
18          MR. PAGLIUCA:  Object to form and
19      foundation.
20          THE WITNESS:  Yes.
21   BY MR. CASSELL:
22      Q.  This is -- so Ms. Maxwell indicates that
23   she knew the name of the person at that time.
24          You see that on lines 8 and 9 on page 55?
25          MR. PAGLIUCA:  Object to form and
```

Page 349

```
1           J. Epstein - Confidential
2       foundation.
3           THE WITNESS:  I'm sorry.  Can you
4       repeat the question?
5    BY MR. CASSELL:
6       Q.  Yeah.  Lines 8 and 9 there's a question:
7    "Did you know the name at that time?"  And then line
8    9, "At that time I did."
9       A.  I see.
10      Q.  Do you see that -- that question there?
11      A.  Yes.
12      Q.  This is a long way of saying that
13   Ms. Maxwell is indicating that sometime in the late
14   '90s and early 2000s she was having threesomes with
15   you, herself, and another person?
16      A.  Is that what it says?  I'm sorry.
17          MS. MCCAWLEY:  Line 9.
18   BY MR. CASSELL:
19      Q.  Line 9 through 10.
20          Maybe I should ask it, if Ms. Maxwell
21   testified that she had threesomes, who would the
22   threesomes have been with?
23          MR. PAGLIUCA:  Object to form and
24      foundation.
25          THE WITNESS:  Fifth.
```



Page 350

1          J. Epstein - Confidential
2    BY MR. CASSELL:
3        Q.  She had threesomes with you and another
4    women, correct?
5            MR. PAGLIUCA:  Object to form and
6        foundation.
7            THE WITNESS:  Fifth.
8    BY MR. CASSELL:
9        Q.  And the other woman was not ▉▉▉, was
10   she?
11           MR. PAGLIUCA:  Object to form and
12       foundation.
13           THE WITNESS:  Fifth.
14   BY MR. CASSELL:
15       Q.  Who was the other woman in the threesomes
16   that you had in this period of time with Ms. Maxwell?
17           MR. PAGLIUCA:  Object to form and
18       foundation.
19           THE WITNESS:  Fifth.
20   BY MR. CASSELL:
21       Q.  The only reason Ms. Maxwell consented to
22   have threesomes with you was that she was your
23   girlfriend at the time, right?
24           MR. PAGLIUCA:  Object to form and
25       foundation.

Page 351

1          J. Epstein - Confidential
2            THE WITNESS:  Fifth.
3    BY MR. CASSELL:
4        Q.  She was, in fact, your girlfriend from the
5    late -- I'm sorry, from around 1996 to around 2005,
6    right?
7            MR. PAGLIUCA:  Object to form and
8        foundation.
9            THE WITNESS:  Fifth.
10   BY MR. CASSELL:
11       Q.  In fact, she actually continued to be your
12   girlfriend into -- into 2006, 2007?
13           MR. PAGLIUCA:  Object to form and
14       foundation.
15           THE WITNESS:  Fifth.
16   BY MR. CASSELL:
17       Q.  When did you stop considering Ms. Maxwell
18   to be your girlfriend?
19           MR. PAGLIUCA:  Object to form and
20       foundation.
21           THE WITNESS:  Fifth.
22   BY MR. CASSELL:
23       Q.  Mr. Pagliuca asked you some questions about
24   Haley Robson.  Do you recall those questions?
25       A.  Yes.

Page 352

1          J. Epstein - Confidential
2        Q.  Haley Robson reported to Ghislaine Maxwell,
3    right?
4            MR. PAGLIUCA:  Object to form and
5        foundation.
6            THE WITNESS:  Fifth.
7    BY MR. CASSELL:
8        Q.  Ghislaine Maxwell controlled Haley Robson,
9    right?
10           MR. PAGLIUCA:  Object to form and
11       foundation.
12           THE WITNESS:  Fifth.
13   BY MR. CASSELL:
14       Q.  Ghislaine Maxwell used Haley Robson to help
15   bring girls to you for sex, right?
16           MR. PAGLIUCA:  Object to form and
17       foundation.
18           THE WITNESS:  Fifth.
19   BY MR. CASSELL:
20       Q.  What was Haley Robson's role in your
21   household affairs?
22           MR. PAGLIUCA:  Object to form and
23       foundation.
24           THE WITNESS:  Fifth.
25

Page 353

1          J. Epstein - Confidential
2    BY MR. CASSELL:
3        Q.  Mr. Pagliuca asked you some questions about
4    whether you are an easy target for lawsuits.  Do you
5    recall those questions?
6        A.  Yes.
7        Q.  One of the reasons you were an easy target
8    for lawsuits, sir, was that you sexually abused
9    dozens and dozens of underage girls, right?
10           MR. PAGLIUCA:  Object to form and
11       foundation.
12           THE WITNESS:  Fifth.
13   BY MR. CASSELL:
14       Q.  One of the reasons you were an easy target
15   for Virginia Roberts for sexual assault is because
16   you had, in fact, committed sexual assault against
17   Virginia Roberts?
18           MR. PAGLIUCA:  Object to form and
19       foundation.
20           THE WITNESS:  Fifth.
21   BY MR. CASSELL:
22       Q.  You settled dozens of lawsuits filed
23   against you by underage girls in 2008 and 2009,
24   didn't you?
25           MR. PAGLIUCA:  Object to form and



Page 354

1              J. Epstein - Confidential
2    foundation.
3              THE WITNESS: Fifth.
4    BY MR. CASSELL:
5        Q.  The reason you settled those lawsuits is
6    that you had sexually abused the girls who filed
7    lawsuits you against you, right?
8              MR. PAGLIUCA:  Object to form and
9        foundation.
10             THE WITNESS: Fifth.
11   BY MR. CASSELL:
12       Q.  Every one of the girls who filed a lawsuit
13   against you had been sexually abused by you, right?
14             MR. PAGLIUCA:  Object to form and
15       foundation.
16             THE WITNESS: Fifth.
17   BY MR. CASSELL:
18       Q.  Is there a single girl who has filed a
19   lawsuit against you that lacked merit?
20             MR. PAGLIUCA:  Object to form and
21       foundation.
22             THE WITNESS: Fifth.
23   BY MR. CASSELL:
24       Q.  When Virginia Roberts, then known as
25   Jane Doe 102, filed a lawsuit against you, everything

Page 355

1              J. Epstein - Confidential
2    in her lawsuit -- I'm sorry, everything in her
3    complaint against you was true, right?
4              MR. PAGLIUCA:  Object to form and
5        foundation.
6              THE WITNESS: Fifth.
7    BY MR. CASSELL:
8        Q.  If I were to give you an unconditional
9    waiver of the confidentiality form for the lawsuit
10   that Virginia filed against you -- for the settlement
11   that Virginia had of the lawsuit she filed against
12   you, you would refuse to sign that today, right?
13             MR. PAGLIUCA:  Object to form and
14       foundation.
15             THE WITNESS: Fifth.
16             MR. GOLDBERGER:  And attorney-client
17       privilege.
18   BY MR. CASSELL:
19       Q.  Would you sign an unconditional waiver of
20   confidentiality with regard to the settlement of that
21   lawsuit?
22             MR. PAGLIUCA:  Object to form and
23       foundation.
24             THE WITNESS: Fifth.
25             MR. GOLDBERGER:  Attorney-client

Page 356

1              J. Epstein - Confidential
2    privilege.
3    BY MR. CASSELL:
4        Q.  As you sit here today, you continue to
5    maintain loyalty to Ghislaine Maxwell, today, right?
6              MR. PAGLIUCA:  Object to form and
7        foundation.
8              THE WITNESS: Fifth.
9    BY MR. CASSELL:
10       Q.  You were asserting the Fifth Amendment
11   privilege today not only to protect yourself but also
12   to protect Ms. Maxwell, right?
13             MR. PAGLIUCA:  Object to form and
14       foundation.
15             THE WITNESS: Fifth.
16   BY MR. CASSELL:
17       Q.  If you had answered all my questions today,
18   it would have become clear that you were involved
19   with Ms. Maxwell in sex trafficking of underage girls
20   over a multiyear period, right?
21             MR. PAGLIUCA:  Object to form and
22       foundation.
23             THE WITNESS: Fifth.
24   BY MR. CASSELL:
25       Q.  If you had answered all my questions today,

Page 357

1              J. Epstein - Confidential
2    it would have become clear that Ms. Roberts has been
3    telling the truth about Ms. Maxwell, right?
4              MR. PAGLIUCA:  Object to form and
5        foundation.
6              THE WITNESS: Fifth.
7    BY MR. CASSELL:
8        Q.  Mr. Pagliuca asked about whether you had
9    terminated relationships with Ms. Maxwell more than
10   15 years ago.
11             You would agree with me, sir, that the time
12   period 2005 -- time period of 2005 would be inside
13   the last 15 years, mathematically?
14             MR. PAGLIUCA:  Object to form and
15       foundation.
16             THE WITNESS: Fifth.
17   BY MR. CASSELL:
18       Q.  You would agree that 2005 is less than
19   15 years ago, as we sit here today, right?
20       A.  Yes.
21             MR. PAGLIUCA:  Object to form and
22       foundation.
23   BY MR. CASSELL:
24       Q.  In 2005, Maxwell had access to certain of
25   your bank accounts, right?



Page 358

```
1          J. Epstein - Confidential
2          MR. PAGLIUCA:  Object to form.
3     Foundation.
4          You already asked these questions, by
5     the way.
6          THE WITNESS:  Fifth.
7     BY MR. CASSELL:
8     Q.  In 2005, Maxwell had control on certain of
9     your bank accounts, true?
10         MR. PAGLIUCA:  Object to form and
11    foundation.  Again, you already asked these
12    questions.
13         THE WITNESS:  Fifth.
14    BY MR. CASSELL:
15    Q.  Previously I never had an opportunity to
16    ask about who was the signatory on your accounts in
17    2005.  So I'd like to go over the signatories on your
18    accounts in 2005.
19         Were there any bank accounts in which
20    Maxwell was a signator in 2005, any of your bank
21    accounts?
22         MR. PAGLIUCA:  Object to form and
23    foundation.
24         THE WITNESS:  Fifth.
25
```

Page 359

```
1          J. Epstein - Confidential
2     BY MR. CASSELL:
3     Q.  Please describe for me all the signators on
4     your bank accounts in 2005.
5     A.  Fifth.
6     Q.  I want to talk about the bank accounts that
7     were used to take care of the day-to-day management
8     of your Palm Beach mansion in 2005.  Which bank was
9     that account with?
10    A.  Fifth.
11    Q.  Who was a signatory on that particular
12    account?
13    A.  Fifth.
14    Q.  If there are bank records that are produced
15    in this case showing Ms. Maxwell as a signator on
16    that account, would those bank records be accurate?
17         MR. PAGLIUCA:  Object to form and
18    foundation.
19         THE WITNESS:  Fifth.
20    BY MR. CASSELL:
21    Q.  It's fair to say that Ms. Maxwell was a
22    signator on the bank account that was involved most
23    heavily in the day-to-day operations of your West
24    Palm Beach mansion, true?
25         MR. PAGLIUCA:  Object to form and
```

Page 360

```
1          J. Epstein - Confidential
2     foundation.
3          I have a question.  I've not seen any
4     such bank records.  So do you have them and
5     have they been produced?
6          MR. CASSELL:  We'll deal with that
7     concern later.
8          THE WITNESS:  Fifth.
9     BY MR. CASSELL:
10    Q.  Was Eva Dubin ever your girlfriend?
11    A.  Fifth.
12    Q.  Please tell me everything you know about
13    Eva Dubin.
14    A.  Fifth.
15    Q.  Have you ever had sex with Eva Dubin?
16    A.  Fifth.
17    Q.  You, in fact, have had sex with Eva Dubin,
18    right?
19    A.  Fifth.
20    Q.  You paid for Eva Dubin to attend medical
21    school, right?
22    A.  Fifth.
23    Q.  One of the reasons you paid for Eva Dubin
24    to attend medical school was to keep her quiet about
25    her knowledge of your sexual abuse of minors,
```

Page 361

```
1          J. Epstein - Confidential
2     correct?
3          MR. PAGLIUCA:  Object to form and
4     foundation.
5          THE WITNESS:  Fifth.
6     BY MR. CASSELL:
7     Q.  Why did you pay to send Eva Dubin to
8     medical school?
9          MR. PAGLIUCA:  Object to form and
10    foundation.
11         THE WITNESS:  Fifth.
12    BY MR. CASSELL:
13    Q.  Eva Dubin continues to be loyal to you
14    today, true?
15         MR. PAGLIUCA:  Object to form and
16    foundation.
17         THE WITNESS:  Fifth.
18         MR. CASSELL:  I'm getting close to the
19    end.  I think this might be a good time for
20    me to confer with counsel for a few minutes.
21         VIDEO TECHNICIAN:  Off the record at
22    1:56.
23         (A recess was taken.)
24         VIDEO TECHNICIAN:  On the record at
25    2:01.
```



Page 362

1         J. Epstein - Confidential
2  BY MR. CASSELL:
3    Q.  I want to ask you some questions about a
4  visit to a New York hospital.
5       MR. CASSELL:  Oh, great.  Thank you.
6  BY MR. CASSELL:
7    Q.   You and Ms. Maxwell took Virginia to a
8  New York hospital when she was under the age of 18,
9  correct?
10      MR. PAGLIUCA:  Object to form and
11    foundation.
12      THE WITNESS:  Fifth.
13  BY MR. CASSELL:
14    Q.   And at the time, Ms. Roberts was in great
15  pain, true?
16      MR. PAGLIUCA:  Object to form and
17    foundation.
18      THE WITNESS:  Fifth.
19  BY MR. CASSELL:
20    Q.   Because of the pain Ms. Roberts was in, you
21  and Ms. Maxwell handled the admission with the
22  hospital, correct?
23      MR. PAGLIUCA:  Object to the form and
24    foundation.
25      THE WITNESS:  Fifth.

Page 363

1         J. Epstein - Confidential
2  BY MR. CASSELL:
3    Q.  And because you knew it would create
4  complications if Ms. Maxwell was a minor under the
5  age of 18, you and Ms. Maxwell represented that
6  Virginia was 18, true?
7      MR. PAGLIUCA:  Object to form and
8    foundation.
9      THE WITNESS:  State your -- you want to
10    repeat your question?
11      MR. CASSELL:  Sure.
12      THE WITNESS:  I think you said
13    Miss Maxwell was under the age of 18.
14      MR. CASSELL:  Let me strike the last
15    question and re-ask it.  Thank you.
16  BY MR. CASSELL:
17    Q.  Because you knew it would create
18  complications if Ms. Roberts was a minor under the
19  age of 18, you and Ms. Maxwell represented that
20  Miss Roberts was 18 years old, true?
21    A.  Fifth.
22      MR. PAGLIUCA:  Object to form and
23    foundation.
24  BY MR. CASSELL:
25    Q.  How old did you tell the New York City

Page 364

1         J. Epstein - Confidential
2  hospital that Virginia Roberts was?
3      MR. PAGLIUCA:  Object to form and
4    foundation.
5      THE WITNESS:  Fifth.
6  BY MR. CASSELL:
7    Q.  I'm going to ask you some questions about
8  David Copperfield.  You know David Copperfield,
9  right?
10    A.  Fifth.
11    Q.  David Copperfield has been in your
12  presence -- has been in your presence -- strike that.
13      David Copperfield and you have been
14  together in the presence of minor girls under the age
15  of 18, right?
16      MR. PAGLIUCA:  Object to form and
17    foundation.
18      THE WITNESS:  Fifth.
19  BY MR. CASSELL:
20    Q.  Have you ever provided girls under the age
21  of 18 to David Copperfield for sexual purposes?
22      MR. PAGLIUCA:  Object to form and
23    foundation.
24      THE WITNESS:  Fifth.
25

Page 365

1         J. Epstein - Confidential
2  BY MR. CASSELL:
3    Q.  Based on everything I know in this case, it
4  would seem logical that you provided girls under the
5  age of 18 to David Copperfield for sexual purposes.
6      Am I missing something if I reach that
7  conclusion?
8      MR. PAGLIUCA:  Object to form and
9    foundation.
10      THE WITNESS:  Fifth.
11  BY MR. CASSELL:
12    Q.  With regard to the Palm Beach Police
13  Department investigation, the Palm Beach Police
14  Department identified many persons under the control
15  of Ms. Maxwell, who had paid girls for underage sex?
16      MR. PAGLIUCA:  Object to form and
17    foundation.
18  BY MR. CASSELL:
19    Q.  True?
20    A.  There's no question.
21    Q.  True?
22      MR. PAGLIUCA:  Same objection.
23      THE WITNESS:  Fifth.
24  BY MR. CASSELL:
25    Q.  With regard to the girls that the Palm



Page 366

```
1          J. Epstein - Confidential
2   Beach Police Department investigated, how were the
3   payments made to those girls?
4          MR. PAGLIUCA:  Object to form and
5   foundation.
6          THE WITNESS:  Fifth.
7   BY MR. CASSELL:
8      Q.  Miss Maxwell was aware of all the payments
9   that were going to the girls in the Palm Beach Police
10  investigation, right?
11         MR. PAGLIUCA:  Object to form and
12  foundation.
13         THE WITNESS:  Fifth.
14  BY MR. CASSELL:
15     Q.  In fact, Miss Maxwell had control of
16  payments that were made to the girls in the Palm
17  Beach Police Department investigation?
18         MR. PAGLIUCA:  Object to form and
19  foundation.
20         THE WITNESS:  Fifth.
21  BY MR. CASSELL:
22     Q.  Ms. Maxwell is one of your closest friends,
23  true?
24         MR. PAGLIUCA:  Object to form and
25  foundation.
```

Page 367

```
1          J. Epstein - Confidential
2          THE WITNESS:  Fifth.
3   BY MR. CASSELL:
4      Q.  How close is your relationship with
5   Ms. Maxwell?
6          MR. PAGLIUCA:  Object to form and
7   foundation.
8          THE WITNESS:  Fifth.
9   BY MR. CASSELL:
10     Q.  Can you name anyone who's a closer friend
11  than yours over the last ten years than Miss Maxwell?
12         MR. PAGLIUCA:  Object to the form and
13  foundation.
14         THE WITNESS:  Fifth.
15  BY MR. CASSELL:
16     Q.  You can't name anyone who's been a closer
17  friend of yours over the last ten years than
18  Ms. Maxwell, right?
19         MR. PAGLIUCA:  Object to form and
20  foundation.
21         THE WITNESS:  Fifth.
22  BY MR. CASSELL:
23     Q.  The person that you have had the most
24  sexual activity with over the last 20 years is
25  Ms. Maxwell, true?
```

Page 368

```
1          J. Epstein - Confidential
2          MR. PAGLIUCA:  Object to form and
3   foundation.
4          THE WITNESS:  Fifth.
5   BY MR. CASSELL:
6      Q.  Is there anyone over the last 20 years that
7   you've had more sexual activity with than
8   Ms. Maxwell?
9          MR. PAGLIUCA:  Object to form and
10  foundation.
11         THE WITNESS:  Fifth.
12  BY MR. CASSELL:
13     Q.  Ms. Maxwell is the longest -- let me see.
14  Strike that.
15         You haven't had an intimate relationship
16  with anyone for a longer period of time than
17  Ms. Maxwell over the last two decades, have you?
18         MR. PAGLIUCA:  Object to form and
19  foundation.
20         THE WITNESS:  Fifth.
21  BY MR. CASSELL:
22     Q.  Through legal counsel and other means, you
23  have been coordinating with Ms. Maxwell with regard
24  to this litigation, right?
25         MR. PAGLIUCA:  Object to form and
```

Page 369

```
1          J. Epstein - Confidential
2   foundation.
3          THE WITNESS:  Fifth.
4          MR. GOLDBERGER:  Attorney-client
5   privilege.
6   BY MR. CASSELL:
7      Q.  You purchased a town home in New York for
8   Miss Maxwell for millions of dollars, true?
9          MR. PAGLIUCA:  Object to form and
10  foundation.
11         You've already asked this question.
12  It's already been answered.
13         THE WITNESS:  Fifth.
14  BY MR. CASSELL:
15     Q.  How are you coordinating with Ms. Maxwell
16  on this litigation?
17         MR. PAGLIUCA:  Object to form and
18  foundation.
19         THE WITNESS:  Fifth.
20  BY MR. CASSELL:
21     Q.  You're hoping Ms. Maxwell prevails in this
22  litigation, true?
23         MR. PAGLIUCA:  Object to form and
24  foundation.
25         THE WITNESS:  Fifth.
```



Page 370

```
1              J. Epstein - Confidential
2    BY MR. CASSELL:
3        Q.  What is your arrangement with Ms. Maxwell
4    with regard to paying any settle -- any judgment that
5    might be reached against her in this case?
6            MR. PAGLIUCA:  Object to form and
7        foundation.
8            THE WITNESS:  Fifth.
9    BY MR. CASSELL:
10       Q.  Ms. Maxwell has had discussions with you
11   about whether you would pay a judgment in this action
12   against her, right?
13           MR. PAGLIUCA:  Object to form and
14       foundation.
15           THE WITNESS:  Fifth.
16   BY MR. CASSELL:
17       Q.  Your interests in Ms. Maxwell are
18   compatible in this case, true?
19           MR. PAGLIUCA:  Object to form and
20       foundation.
21           THE WITNESS:  Fifth.
22   BY MR. CASSELL:
23       Q.  Both you and Ms. Maxwell are hoping that
24   the case would be dismissed, true?
25           MR. PAGLIUCA:  Object to form and
```

Page 371

```
1              J. Epstein - Confidential
2        foundation.
3            THE WITNESS:  Fifth.
4    BY MR. CASSELL:
5        Q.  Previously you sent e-mails to Ms. Maxwell
6    indicating your desire to have the publicity in this
7    case die down, right?
8            MR. PAGLIUCA:  Object to form and
9        foundation.
10           THE WITNESS:  Fifth.
11   BY MR. CASSELL:
12       Q.  If the case were to settle, that would help
13   the publicity in this case die down, right?
14           MR. PAGLIUCA:  Object to form and
15       foundation.
16           THE WITNESS:  Fifth.
17   BY MR. CASSELL:
18       Q.  If this case were to resolve, that would be
19   useful for your purposes and Maxwell's purposes,
20   right?
21           MR. PAGLIUCA:  Object to form and
22       foundation.
23           THE WITNESS:  Fifth.
24   BY MR. CASSELL:
25       Q.  You have also been coordinating with
```

Page 372

```
1              J. Epstein - Confidential
2    Alan Dershowitz with regard to this litigation,
3    right?
4            MR. PAGLIUCA:  Object to form and
5        foundation.
6            THE WITNESS:  Fifth.
7            MR. GOLDBERGER:  And attorney-client
8        privilege.
9    BY MR. CASSELL:
10       Q.  You are in a joint defense arrangement with
11   Alan Dershowitz at this time?
12           MR. PAGLIUCA:  Object to form and
13       foundation.
14           THE WITNESS:  Fifth.
15           MR. GOLDBERGER:  Attorney-client
16       privilege -- I'm sorry.  Attorney-client
17       privilege, and to the extent there is a
18       confidentiality agreement in place or -- or
19       a joint defense agreement, I would object on
20       that basis.
21   BY MR. CASSELL:
22       Q.  You have a common interest agreement with
23   Alan Dershowitz, right?
24           MR. PAGLIUCA:  Object to form and
25       foundation.
```

Page 373

```
1              J. Epstein - Confidential
2            THE WITNESS:  Fifth.
3            MR. GOLDBERGER:  Attorney-client
4        privilege.
5    BY MR. CASSELL:
6        Q.  You have a common interest with
7    Alan Dershowitz in this litigation, right?
8            MR. PAGLIUCA:  Object to form and
9        foundation.
10           THE WITNESS:  Fifth.
11   BY MR. CASSELL:
12       Q.  You have a common interest with
13   Ghislaine Maxwell in this litigation, right?
14           MR. PAGLIUCA:  Asked and answered, this
15       question.  I'm going to object to form and
16       foundation.
17           THE WITNESS:  Fifth.
18           MR. CASSELL:  I have no further
19       questions.
20           MR. PAGLIUCA:  I have no additional
21       questions.
22           MR. GOLDBERGER:  Excellent.
23           MR. CASSELL:  Thank you.
24           VIDEO TECHNICIAN:  The time is 2:08.
25   This concludes the deposition.
```

MAGNA
LEGAL SERVICES

Page 374

```
1          J. Epstein - Confidential
2      MR. PAGLIUCA:  I do want a transcript.
3      THE COURT REPORTER:  Do you have a
4  standing order?
5      MR. PAGLIUCA:  Yeah.  They should have
6  whatever we want.  I think it's E-Tran.
7      THE COURT REPORTER:  A rough
8  transcript?
9      MR. PAGLIUCA:  I don't need a rough, I
10 don't think.
11     (Signature was not waived.  The
12 deposition concluded at 2:08 p.m.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 375

```
1           CERTIFICATE OF OATH
2
3  STATE OF FLORIDA
4  COUNTY OF PALM BEACH
5
6
7      I, the undersigned authority, certify that
8  JEFFREY EPSTEIN personally appeared before me and was
9  duly sworn on September 9, 2016.
10
11     WITNESS my hand and official seal this 13th day
12 of September 2016.
13
14
15     _____
16      DARLINE MARIE WEST
        Notary Public
17
18
19 My Commission Expires:
   October 26, 2017
20 #FF 060662
21
22
23
24
25
```

Page 376

```
1           REPORTER'S CERTIFICATE
2
   STATE OF FLORIDA
3  COUNTY OF PALM BEACH
4
5      I, DARLINE MARIE WEST, RPR, certify that I was
6  authorized to and did stenographically report the
7  foregoing deposition; and that the transcript is a
8  true record thereof.
9
10     I further certify that I am not a relative,
11 employee, attorney, or counsel of any of the parties,
12 nor am I a relative or employee of any of the
13 parties' attorney or counsel connected with the
14 action, nor am I financially interested in the
15 action.
16
17     Dated this 13th day of September 2016.
18
19
20
21     _____
22      DARLINE MARIE WEST, RPR
23
24
25
```

Page 377

```
1            C E R T I F I C A T E
2
   STATE OF FLORIDA
3  COUNTY OF PALM BEACH
4
5      I, JEFFREY EPSTEIN, hereby certify that I
6  have read the foregoing transcript of my deposition
7  and that the statements contained therein, together
8  with any additions or corrections made on the
9  attached Errata Sheet, are true and correct.
10
11
12     Dated this _____ day of _____, 2016.
13
14
15
16     _____
        JEFFREY EPSTEIN
17
18
19     The foregoing certificate was subscribed to
   before me this _____ day of _____, 2016,
20 by the witness who has produced a
   _____ as identification and who did
21 not take an additional oath.
22
23
24 _____
   Notary Public
25 my commission expires:
```

























































































































































