UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA GIUFFRE,

        Plaintiff,

-against-

GHISLAINE MAXWELL,

        Defendant.

15 Civ. 7433 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    It has come to the Court's attention that several articles have been published in the domestic and international press asserting that a woman identified as "Banu Kucukkoylu" is "Doe 102" in this case.  Material submitted to the Court under seal persuades the Court that Ms. Kucukkoylu is not Doe 102.  Ms. Kucukkoylu has reported that these attributions (that is, the assertions that she is Doe 102) have endangered her life and caused her to live in fear.  The Court is also persuaded of the danger to Ms. Kucukkoylu from these false reports.  It is the Court's hope that the false reporting will cease.

**SO ORDERED.**

Dated:    January 15, 2024
           New York, New York

                                        */s/ Loretta A. Preska*
                                        LORETTA A. PRESKA
                                        Senior United States District Judge