UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>　　　　　　Plaintiff,<br><br>- against-<br><br><br>GHISLAINE MAXWELL,<br><br>　　　　　　Defendant. | Case No.: 15-cv-07433-LAP |

# NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Intervenors Julie Brown and the *Miami Herald* ("Intervenors") appeal the following orders from the district court to the United States Court of Appeals for the Second Circuit :

- The order and opinion entered on January 13, 2020 (Dkt. 1016 and 1018);

- The order entered on April 19, 2022 (Dkt. 1254);

- The order entered on November 18, 2022 (Dkt. 1273 and 1283);

- The order entered on December 18, 2023 (Dkt 1315); and

- The order entered on January 5, 2024 (Dkt. 1329).

Dated:  January 17, 2024					HOLLAND & KNIGHT LLP

By: /s/ Christine Walz
Christine N. Walz
31 West 52nd Street
New York, NY 10019
Telephone: (212) 513-3200
Fax: (212) 385-9010
Christine.Walz@hklaw.com

*Attorney for Intervenors Julie Brown and the Miami Herald*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2024, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants in connection with this matter.

> By: /s/ Christine Walz
> Christine N. Walz
> 31 West 52nd Street
> New York, NY 10019
> Telephone: (212) 513-3200
> Fax: (212) 385-9010
> Christine.Walz@hklaw.com