UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

       Plaintiff,                          Case No.: 15 Civ. 7433 (LAP)

v.

GHISLAINE MAXWELL,

       Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Virginia Giuffre, by and through undersigned counsel, appeals to the United States Court of Appeal for the Second Circuit certain rulings from: (1) the Court's January 13, 2020, Order (DE 1016, DE 1018); (2) the Court's *ore tenus* Order at the January 19, 2021, Hearing (DE 1189, DE 1196); (3) the Court's *ore tenus* Order at the July 1, 2021, Hearing (DE 1217, DE 1220); (4) the Court's *ore tenus* Order at the November 18, 2022, Hearing (DE 1273, DE 1283); and (5) the Court's December 18, 2023, Order (DE 1315).

Dated: January 17, 2024                             Respectfully submitted,

                                                         /s/ Sigrid S. McCawley

                                                         Sigrid S. McCawley (NY Bar # 6051460)
                                                         BOIES SCHILLER FLEXNER LLP
                                                         401 E. Las Olas Blvd., Suite 1200
                                                         Ft. Lauderdale, FL 33301
                                                         (954) 356-0011
                                                         smccawley@bsfllp.com

                                                         *Counsel for Plaintiff Virginia Giuffre*