

January 26, 2024

<u>**VIA ECF**</u>

The Honorable Loretta A. Preska
District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: <u>***Giuffre v. Maxwell*, Case No. 15-cv-7433-LAP**</u>

Dear Judge Preska,

 Pursuant to the Court's December 18, 2023, Order (ECF No. 1315), Plaintiff files docket entry 153-1.

        Respectfully,

        /s/ Sigrid S. McCawley
        Sigrid S. McCawley


 cc:  Counsel of Record  (via ECF)

BOIES SCHILLER FLEXNER LLP

401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com