UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VIRGINIA GIUFFRE,

        Plaintiff,

-against-

GHISLAINE MAXWELL,

        Defendant.

15 Civ. 7433 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    An individual who is unrelated to this case mailed a purported motion directly to the Court.  Because of the salacious and defamatory content contained therein, the document will not be placed on the public docket and will instead be filed under seal.

**SO ORDERED.**

Dated:    February 1, 2024
           New York, New York

                                        */s/ Loretta A. Preska*
                                        LORETTA A. PRESKA
                                        Senior United States District Judge