UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
VIRGINIA GIUFFRE,

                     Plaintiff,

-against-

GHISLAINE MAXWELL,

                     Defendant.
```

15 Civ. 7433 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

On December 18, 2023, the Court entered an order [dkt. no. 1315] summarizing its findings following a particularized review of the documents noted therein and immediately staying its order for fourteen days to allow any impacted Does an opportunity to appeal. Prior to expiration of the fourteen-day stay, Does 107 and 110 reported to the Court fears that disclosure of their identities would immensely disrupt and potentially endanger their lives and, accordingly, requested that their identities remain under seal.

On January 3, 2024, the Court entered an order [dkt. no. 1319] directing the parties to keep under seal those documents relating to Does 107 and 110 until after the Court had reviewed the relevant documents and rendered its determination on unsealing.

The Court now reiterates its previous recitation of the applicable law and descriptions of the unsealing process set out in its December 18, 2023 Order [dkt. no. 1315], its January 12, 2024 Order [dkt. no. 1339], and the transcripts dated January 19, 2021 [dkt. no. 1196], July 1, 2021 [dkt. no. 1220], April 19, 2022 [dkt. no. 1254], and November 18, 2022 [dkt. no. 1283].  Having conducted a particularized review of the documents relating to Does 107 and 110, the Court finds as follows:

| Pseudonym | Relevant Docket Entries | Ruling |
|---|---|---|
| J. DOE 107 | 235-4, 235-12, 249-13, 280-1, 321-1, 321-5, 363-7, 423-4 | This individual's name and identifying information shall remain under seal.  The Court finds that disclosure of Doe 107's identity will likely subject Doe 107 to significant hardship, including physical harm and even death, in Doe 107's country of residence.  As such, the public interest does not outweigh the privacy interests of Doe 107. |
| J. DOE 110 | 173-6, 249-13, 280-1, 321-1, 321-5, 321-6, 339, 340-3, 340-4, 363-7, 369-1, 423-4, 450-1, 450-3, 482-1, 482-4 | This individual's name and identifying information shall remain under seal.  The Court received a submission from Doe 110 discussing how disruptive revelation of this individual's name would be to Doe 110's life.  Doe 110's name is mentioned only among search terms and in deposition questions inquiring about Doe 110's relationship to Jeffrey Epstein.  Doe 110 has not sought publicity or otherwise put themself in the public eye.  Thus, the Court finds that Doe 110's privacy interests outweigh any interest the public has in revelation of this individual's identity. |

**SO ORDERED.**

Dated:      February 14, 2024
            New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge