UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA GIUFFRE,<br><br>             Plaintiff,<br><br>-against-<br><br>GHISLAINE MAXWELL,<br><br>             Defendant. | 15 Civ. 7433 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    An individual who is unrelated to this case mailed a letter directly to the Court. Because of the salacious content contained therein, the document will not be placed on the public docket and will instead be filed under seal.

**SO ORDERED.**

Dated:    April 22, 2024
            New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge