AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| VIRGINA L. GUIFFRE<br>*Plaintiff*<br>v.<br>GHISLAINE MAXWELL<br>*Defendant* | )<br>)<br>) Case No. 15-CV-7433<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Interested Party J Doe 12                                      .

Date:   12/01/2025                                                /s/ Andrew J. Weinstein
                                                                         *Attorney's signature*

                                                                 Andrew J. Weinstein (7395)
                                                                 *Printed name and bar number*

                                                                 The Weinstein Law Firm PLLC
                                                                 800 Third Avenue, 20th Floor
                                                                 New York, NY 10022
                                                                 *Address*

                                                                 aweinstein@twlf.com
                                                                 *E-mail address*

                                                                 (212) 582-8900
                                                                 *Telephone number*

                                                                 (212) 582-8989
                                                                 *FAX number*