UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

        Plaintiff,

-against-

GHISLAINE MAXWELL,

        Defendant.

15 Civ. 7433 (LAP)

ORDER

LORETTA A. PRESKA, United States District Judge:

    On January 8, 2026, the Court of Appeals issued a mandate remanding this matter to this Court for further consideration consistent with the Court of Appeals' July 23, 2025 opinion. See Giuffre v. Maxwell, 146 F.4th 165 (2d Cir. 2025).

    By January 30, 2026, the parties, including Intervenors Julie Brown and the Miami Herald Media Company, shall confer and submit a joint status update outlining how they propose to proceed in view of the Court of Appeals' decision. To the extent possible, the parties' proposals should accord with the Unsealing Protocol previously issued by this Court, including with respect to identification and notification of any affected non-parties. (See Dkt. Nos. 1034, 1108.)

    **SO ORDERED.**

Dated:    New York, New York
           January 13, 2026

                              */s/ Loretta A. Preska*
                              LORETTA A. PRESKA
                              United States District Judge