

800 THIRD AVENUE
20TH FLOOR
NEW YORK, NY 10022
T 212.582.8900
F 212.582.8989

ANDREW J. WEINSTEIN
aweinstein@twlf.com

**THE WEINSTEIN
LAW FIRM PLLC**

February 4, 2026

**FILED VIA ECF**

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

       Re:  *Giuffre v. Maxwell*; 15-CR-07433 (LAP)

Dear Judge Preska:

      My firm represents non-party "J Doe 12" in connection with proceedings concerning the continued sealing/unsealing of various documents in the above-captioned case.  I write in connection with the government's recently filed "Motion for Unsealing of Certain Documents" (DE 1353) (the "Motion").

      We have been attempting to "meet and confer" with the government on certain issues which, depending on the outcome, could avoid potentially unnecessary litigation with respect to the Motion.  In the event that those efforts prove unsuccessful, however, we would want to be afforded the opportunity to file an opposition to the Motion before it is decided.

      Accordingly, we respectfully request that the Court grant J Doe 12 permission, if necessary, to file an opposition to the Motion and that it also set a briefing schedule with regard to the same.

      Respectfully submitted,

*Andrew J. Weinstein*

Andrew J. Weinstein

cc:  All counsel of record (via ECF)