UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,
                Plaintiff,

-against-

GHISLAINE MAXWELL,
                Defendant.

15-cv-7433 (LAP)        NOTICE OF MOTION FOR
                                                      LEAVE TO INTERVENE

**PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law and all prior proceedings had herein, George W Poncy Jr, an interested member of the public (the *Proposed Intervenor*), will move this Court before the Honorable Loretta A. Preska, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be fixed by the Court, for an Order pursuant to Rule 24 of the Federal Rules of Civil Procedure:

    (1) Granting the Proposed Intervenor leave to intervene in this action for the limited purpose of seeking enforcement of this Court's unsealing orders and the public's right of access to judicial documents;

    (2) Directing the parties to demonstrate that all redactions made to unsealed documents comply with this Court's December 18, 2023 Order (Dkt. No. 1315) limiting redactions to *names and identifying information of nonparty Does* and to identify any documents for which redactions have not yet been reviewed for compliance;

    (3) Ordering the parties to submit all redacted documents for *in camera* review to verify compliance with the Court's redaction protocol and to ensure that no redactions exceed the narrow scope authorized by the court;

    (4) Requiring the parties to file unredacted versions of any documents containing redactions that exceed the scope authorized by the Court so that redacted versions may be filed on the public docket; and

(5) Granting such other and further relief as the Court deems just and proper in order to effectuate full compliance with the court's prior unsealed directives.

Dated: Palm Beach Gardens, Florida
 [February 12, 2026]

        Respectfully submitted,

        /s/ George W Poncy Jr
        [George W Poncy Jr]
        [5551 High Flyer Road N]
        [Palm Beach Gardens, FL33418]
        [561-310-2420]
        [mail@capitol-pictures.com]
        *Proposed Intervenor Pro Se*