**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

VIRGINIA L. GIUFFRE,
                        Plaintiff,

        -against-

GHISLAINE MAXWELL,
                        Defendant.

15-cv-7433 (LAP)

**ORDER**

George W Poncy Jr having moved for leave to intervene in this action pursuant to Rule 24 of the Federal Rules of Civil Procedure for the limited purpose of seeking enforcement of this Court's December 18, 2023 Order (Dkt. No. 1315) and related unsealing directives, and the Court having reviewed the motion and supporting memorandum of law, and for good cause shown, it is hereby

**ORDERED** that the motion for leave to intervene is **GRANTED**; and it is further

**ORDERED** that George W Poncy Jr is granted leave to intervene as Intervenor-Plaintiff for the limited purpose of seeking enforcement of this Court's unsealing orders and the public's right of access to judicial documents and identifying any documents for which redactions have not yet been reviewed for compliance; and it is further

**ORDERED** that the parties shall, within **[14]** days of the date of this Order, file a letter brief demonstrating that all redactions made to documents unsealed pursuant to this Court's December 18, 2023 Order comply with the Court's directive limiting redactions to *names and identifying information of nonparty Does*; and it is further

**ORDERED** that the parties shall submit unredacted versions of all documents containing redactions for *in camera* review by the Court within **[21]** days of the date of this Order so that the Court may verify that each redaction is narrowly tailored to a legitimate private interest; and it is further

**ORDERED** that following the Court's review, the parties shall file corrected versions of any documents containing redactions that exceed the scope authorized by the Court's December 18, 2023 Order so that the public docket accurately reflects the level of access previously determined by the Court.

Dated: New York, New York
   February 13, 2026

              _____
                  LORETTA A. PRESKA
            Senior United States District Judge