# EXHIBIT 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - X

IN RE GRAND JURY SUBPOENA          :   **SEALED ORDER**

                                   :
                                       19 Misc. 149
                                   :

- - - - - - - - - - - - - - - - - - - X

Upon the Affirmation and Application of the United States Attorney for the Southern District of New York, by Assistant United States Attorney Alex Rossmiller, pursuant to the All Writs Act, Title 28, United States Code, Section 1651, requesting that an Order be issued relieving Boies Schiller & Flexner LLP of their obligations under the protective order issued on March 18, 2016 in case Virginia L. Giuffre v. Ghislaine Maxwell, et al., 15 Civ. 7433 (RWS) (S.D.N.Y.), for the limited and exclusive purpose of complying with grand jury process to provide materials to the Government in connection with a federal grand jury investigation:

IT IS HEREBY ORDERED, that Boies Schiller & Flexner LLP is permitted to provide the Government with copies of materials generated, received, obtained, or otherwise possessed in connection with case Virginia L. Giuffre v. Ghislaine Maxwell, et al., 15 Civ. 7433 (RWS), including discovery materials marked "CONFIDENTIAL" pursuant to the protective order dated March 18, 2016.  Boies Schiller & Flexner LLP may provide

these materials to the Government notwithstanding their obligations under the March 18, 2016 protective order.

IT IS FURTHER ORDERED that, with the exception of a copy of this Order to Boies Schiller & Flexner LLP and the clerk of the court for files and testimony subject to this Order, this Order is to be sealed pending further order of this Court.

Dated: New York, New York
   April 9, 2019

THE HONORABLE COLLEEN MCMAHON
CHIEF UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

SUBMITTED BY:  Plaintiff_____   Defendant_____

Attorney's Name: _____

# UNITED STATES DISTRICT COURT
## FOR THE

Firm Name: _____

Address: _____

# SOUTHERN DISTRICT OF NEW YORK
# CLERK'S OFFICE

Phone Number: _____

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

In re Grand Jury Subpoena

VS.

## SEALED AND IMPOUNDED RECORD

DOC # 5

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CONTENTS:

19-Mis-149 (cm)

**DOCKET NO.**

ORDERED SEALED AND IMPOUNDED AND PLACED IN A SECURED AREA IN THE CLERK'S OFFICE AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.

U.S. DISTRICT COURT
FILED
APR 2019

ORDER DATED: 4/9/19

_____
U.S.D.J./U.S. MAGISTRATE JUDGE

RECEIVED BY _____

Re: Order dated 4/9/19