# EXHIBIT 9

U.S. Department of Justice

Office of the Deputy Attorney General

Washington, D.C. 20530

February 14, 2026

Chairman Chuck Grassley
Senate Judiciary Committee
224 Dirksen Senate Office Building
Washington, DC 20510

Chairman Jim Jordan
House Judiciary Committee
2138 Rayburn House Office Building
Washington, DC 20515

Ranking Member Dick Durbin
Senate Judiciary Committee
224 Dirksen Senate Office Building
Washington, DC 20510

Ranking Member Jamie Raskin
House Judiciary Committee
2138 Rayburn House Office Building
Washington, DC 20515

Re: Epstein Files Transparency Act – Section 3 Report to Congress

Section 3 of the Epstein Files Transparency Act ("the Act") requires the Department of Justice, within 15 days of completing the release required under the Act, to submit to the House and Senate Committees on the Judiciary a report listing: "(1) All categories of records released and withheld; (2) a summary of redactions made, including legal basis; and (3) a list of all government officials and politically exposed persons named or referenced in the released materials." *See* Sec. 3 (cleaned up).

Consistent with Section 3 of the Act, the Department provides the following information.

### Categories of Records Released and Withheld

*Categories of Records Released.* In accordance with the requirements of the Act, and as described in various Department submissions to the courts of the Southern District of New York assigned to the Epstein and Maxwell prosecutions and related orders,[1] the Department released all "records, documents, communications and investigative materials in the possession of the Department" that "relate to" any of nine different categories:

---

[1] *See United States v. Epstein*, 19 Cr. 490 (RMB) (S.D.N.Y.) Dkts. 85, 86, 87, 88, 90, 91, 92, 93, 94, 97, 98, 99, 100; *United States v. Maxwell*, 20 Cr. 330 (PAE) (S.D.N.Y.) Dkts. 810, 811, 813, 819, 820, 823, 826, 839, 845, 846, 847, 848, 849.

(1) Jeffrey Epstein, including all investigations, prosecutions, or custodial matters; (2) Ghislaine Maxwell; (3) flight logs or travel records, including but not limited to manifests, itineraries, pilot records, and customs or immigration documentation, for any aircraft, vessel, or vehicle owned, operated, or used by Jeffrey Epstein or any related entity; (4) individuals, including government officials, named or referenced in connection with Epstein's criminal activities, civil settlements, immunity or plea agreements, or investigatory proceedings; (5) entities (corporate, nonprofit, academic, or governmental) with known or alleged ties to Epstein's trafficking or financial networks; (6) any immunity deals, non-prosecution agreements, plea bargains, or sealed agreements involving Epstein or his associates; (7) internal DOJ communications, including emails, memos, meeting notes, concerning decisions to charge, not charge, investigate, or decline to investigate Epstein or his associates; (8) all communications, memoranda, directives, logs, or metadata concerning the destruction, deletion, alteration, misplacement, or concealment of documents, recordings, or electronic data related to Epstein, his associates, his detention and death, or any investigative files; and (9) documentation of Epstein's detention or death, including incident reports, witness interviews, medical examiner files, autopsy reports, and written records detailing the circumstances and cause of death.

Sec. 2(a) (cleaned up).

*Categories of Records Withheld.* The only category of records withheld were those records where permitted withholdings under Section 2(c) and privileged materials were not segregable from material responsive under Section 2(a). As discussed in the Department's December 19, 2025, and January 29, 2026, letters to Congress (the Prior EFTA Letters), the privileges that applied to the withheld records were deliberative-process privilege, work-product privilege, and attorney-client privilege.

No records were withheld or redacted "on the basis of embarrassment, reputational harm, or political sensitivity, including to any government official, public figure, or foreign dignitary." Sec. 2(b)(1).

### Summary of Redactions Made and Legal Basis

Consistent with the Act, the Department, in consultation with victim counsel and victims directly, engaged in an extensive process to identify and redact "segregable portions of records that (A) contain personally identifiable information of victim or victims' personal and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy; (B) depict or contain child sexual abuse materials (CSAM) as defined under 18 U.S.C. 2256 and prohibited under 18 U.S.C. 2252–2252A; (C) would jeopardize an active federal investigation or ongoing prosecution, provided that such withholding is narrowly tailored and temporary; and (D) depict or contain images of death, physical abuse, or injury of any person." *See* Sec. 2(c).

Although permitted by the Act, no materials were redacted or withheld on that basis that a record "contain[ed] information specifically authorized under criteria established by an Executive order to be kept secret in the interest of national defense or foreign policy and are in fact properly classified pursuant to such Executive order." *See* Sec. 2(c)(1)(E).

As described in detail in the SDNY-EFTA Orders and Submissions and the Prior EFTA Letters, the Department, as permitted by the Act, undertook an extensive process to redact victim names and victim personally identifiable information, including extensive engagement with victims and their counsel. This engagement is ongoing, and the Department remains steadfast in its commitment to protecting victims. The Department notes, and as discussed in the SDNY-EFTA Orders and Submissions, unredacted versions of these materials are available for inspection at the Department by members of Congress, and certain members of Congress have come to the Department to inspect unredacted materials.

As discussed above and in the Prior EFTA Letters, the Department redacted a limited amount of information covered by various privileges, including deliberative-process privilege, work-product privilege, and attorney-client privilege. The legal basis for these redactions and withholding is that these privileges are long-recognized and based in common law. *See* Fed. R. Evid. 501; *Trammel v. United States*, 445 U.S. 40, 47 (1980) ("In . . . enacting Rule 501, Congress manifested an affirmative intention not to freeze the law of privilege."). Given the presumption against repeal of common-law principles, the Supreme Court has recognized that such "privilege[s] should not be held to have been abrogated or limited unless Congress has at least used clear statutory language." *FBI v. Fazaga*, 595 U.S. 344, 355 (2022); *see Bassett v. United States*, 137 U.S. 496, 505–06 (1890) ("[B]efore any departure from the rule affirmed through the ages of the common law—a rule having its solid foundation in the best interests of society—can be adjudged, the language declaring the legislative will should be so clear as to prevent doubt as to its intent and limit."); *see also Oklahoma v. Castro-Huerta*, 597 U.S. 629, 642 (2022) ("Congress expresses its intentions through statutory text passed by both Houses and signed by the President.").

### List of All Government Officials and Politically Exposed Persons

Below is a list of all government officials and "politically exposed persons" named or referenced in the released materials. The term "politically exposed persons" was not defined in the Act, but consistent with Section 3 of the Act, Department reviewers were directed to notate "all government officials and politically exposed persons named or referenced" in any document, including videos and images, reviewed during this process.

This list includes (as directed by the Act) all persons where (1) they are or were a government official or politically exposed person and (2) their name appears in the files released under the Act at least once. Names appear in the files released under the Act in a wide variety of contexts. For example, some individuals had extensive direct email contact with Epstein or

Maxwell while other individuals are mentioned only in a portion of a document (including press reporting) that on its face is unrelated to the Epstein and Maxwell matters.[2]

| | | |
|---|---|---|
| Acosta, Alexander | Adelson, Miriam | Allen, Woody |
| Allred, Gloria | Andrew Mountbatten-Windsor | Arthur Edward Rory Guinness |
| Assange, Julian | Audrey, Strauss | Avakian, Stephanie |
| Babino, Vincent | Baldwin, Alec | Band, Doug |
| Bannon, Steve | Barak, Ehud | Barr, William |
| Becerra, Xavier | Belohlavek, Lanna | Berman, Geoffrey |
| Beyonce | Bezos, Jeff | Biden, Ashley |
| Biden, Hunter | Biden, Jill | Biden, Joe |
| Birger, Laura | Bistricer, David | Bistricer, Marc |
| Black, Leon | Blair, Tony | Blanche, Todd |
| Blinken, Antony | Boies, David | Bolton, John |
| Bondi, Pam | Bongino, Dan | Bono |
| Book, Lauren | Booker, Cory | Bowdich, David |
| Boyd, Stephen E. | Bradshaw, Ric | Branson, Richard |
| Brennan, John | Brockman, John | Brunel, Jean Luc |
| Buckley, Sean | Bull, Gerald | Bush Jr., George |
| Bush, George W. | Bush, Jeb | Byrne, Patrick |
| Calk, Stephen | Capone, Russell | Carlson, Tucker |
| Carper, Tom | Castro, Fidel | Cheney, Dick |
| Cher | Chomsky, Noam | Clayton, Jay |
| Clinton, Bill | Clinton, Chelsea | Clinton, Hillary |
| Clooney, George | Cobain, Kurt | Cohen, Michael |
| Colleran, Brian | Collins, Linda | Comey, James |
| Comey, Maureen | Conway, George | Copperfield, David |
| Cosby, Bill | Daza, Omar | De Niro, Robert |
| Dershowitz, Alan | Desantis, Ron | Diana, Princess of Wales |
| Diller, Barry | Donahue, Phil | Donaleski, Rebekah |
| Dupont, Kathleen | Economou, George | Egauger, Michael |
| Eisenberg, John | Elizabeth II | Ellison, Keith |
| Emmanuel, Rahm | Epstein, Jeffrey | Erben, Germann |
| Feinberg, Stephen | Ferguson, Sarah | Filip, Mark |
| Flynn, Michael | Foley, Mark | Fortelni, Marius |
| Friedland, Edward | Frost, Phillip | Garland, Merrick |
| Gates, Bill | Gates, Melinda | Geithner, Timothy |
| Giuliani, Rudy | Goldman, Dan | Graham, Lindsey |
| Haley, Nikki | Harris, Kamala | Harrish, Joshua |
| Hatch, Orin | Hawk, Rony | Heiss, Howard |
| Higgins, Tony | Ho, Stanley | Hoffman, Reid |
| Holder, Eric | Horowitz, Andreesen | Horowitz, Michael |
| Hosenball, Mark | Hoyer, Steny | Huckabee, Mike |
| Huckabee, Sarah | Hutner, Florence | Inge Rokke, Kjell |
| Iveagh, Clare | Jackson, Michael | Jagger, Mick |
| Jarecki, Henry | Jay Z | Jayapal, Pramila |

---

[2] Any omissions from the list are unintentional and, as explained in the previous letters to Congress, a result of the volume and speed with which the Department complied with the Act. Individuals whose names were redacted for law-enforcement sensitive purposes are not included.

| | | |
|---|---|---|
| Jeffries, Hakeem | Johnson, Hank | Jones, Alex |
| Joplin, Janis | Kasich, John | Kendall Rowlands, John |
| Kennedy Jr., Robert F. | Kerry, John | Khanna, Ro |
| Kline, Carl | Krisher, Barry | Kudlow, Larry |
| Kushner, Jared | Kyl, Jon | Lady Victoria Hervey |
| Lefkowitz, Jay | Lefroy, Jeremy | Leo, Leonard |
| Lew, Jack | Lewinsky, Monica | Lieu, Ted |
| Lofgren, Zoe | Lonergan, Jessica | Lorber, Howard |
| Lord Robert May | Lutnick, Howard | Lynch, Loretta |
| Mace, Nancy | Mandelson, Peter | Mao, Coreen |
| Margolin, James | Markey, Ed | Markle, Meghan |
| Massie, Thomas | Maxwell, Ghislaine | Maxwell, Robert |
| May, Theresa | McCain, John | McFarland, Nicole |
| Meadows, Mark | Menendez, Robert | Milano, Alyssa |
| Milikowski, Nathan | Milken, Michael | Mnuchin, Steve |
| Moe, Alison | Monaco, Lisa | Monroe, Marilyn |
| Mook, William | Moskowitz, Jared | Mueller III, Robert s. |
| Mulvaney, Mick | Murdoch, Rupert | Musk, Elon |
| Nadler, Jerry | Napolitano, Janet | Nassar, Larry |
| Netanyahu, Benjamin | Newsom, Gavin | Obama, Barack |
| Obama, Michelle | Ocasio Cortez, Alexandria | O'Donnell, Rosie |
| Oz, Mehmet | Papapetru, Sophia | Parker, Daniel |
| Patel, Kash | Paul, Ron | Pecorino, Joseph |
| Pelosi, Nancy | Pence, Mike | Pestana, Diego |
| Phelan, John | Plaskett, Stacey | Plourde, Lee |
| Podesta, Tony | Pomerantz, Lara | Pompeo, Mike |
| Pope John Paul II | Pope, Susan | Power, Samantha |
| Presley, Elvis | Presley, Lisa Marie | Prince Harry, Duke of Sussex |
| Prince Philip | Pritzker, JB | Pritzker, Thomas |
| Quayle, Dan | Raskin, Jamie | Ratcliffe, John |
| Ratner, Brett | Readler, Chad | Reagan, Ronald |
| Recarey, Joseph | Reiter, Michael | Reno, Janet |
| Reynolds, Tom | Rice, Susan | Richardson, Bill |
| Rod-Larsen, Terje | Rogers, Matthew | Rohrbach, Andrew |
| Romney, Mitt | Roos, Nicolas | Rosen, Jeffrey |
| Rosenstein, Rod | Ross, Diana | Rossmiller, Alexander |
| Roth, John | Routch, Timothy | Rove, Karl |
| Rowan, Marc | Rubenstein, Howard | Rubio, Marco |
| Ruemmler, Kathy | Ryan, Paul | Salinger, Pierre |
| Sasse, Ben | Scanlon, Mary Gay | Scarola, John |
| Schenberg, Janis | Schiff, Adam | Schlaff, Martin |
| Schumer, Amy | Schumer, Chuck | Schwarzman, Stephen |
| Scott, Tim | Sekulow, Jay | Senatore, Adrienne |
| Sessions, Jeff | Shamir, Yitzhak | Shapiro, Ben |
| Shappert, Gretchen | Shea, Timothy | Siad, Daniel |
| Snowden, Edward | Soros, Alex | Soros, George |
| Spacey, Kevin | Spitzer, Eliot | Springsteen, Bruce |
| Stabenow, Debbie | Staley, Jes | Starmer, Keir |
| Starr, Kenneth | Stoltenberg, Jens | Stordalen, Gunhild |
| Stordalen, Petter | Straub, Glenn | Streisand, Barbara |
| Sultan Ahmed bin Sulayem | Summers, Larry | Swalwell, Eric |

| | | |
|---|---|---|
| Sweeney Jr., William | Taylor Green, Marjorie | Thatcher, Margaret |
| Thiel, Peter | Thomas-Jacobs, Carol | Trump, Donald |
| Trump, Ivanka | Trump, Melania | Tucker, Chris |
| Vance, JD | Villafana, Marie | Walker, Richard |
| Warsh, Kevin | Wexner, Abigail | Wexner, Les |
| Williams, Damian | Wolff, Michael | Woodward, Stanley |
| Wyden, Ron | Yung, Mark | Zampolli, Paolo |
| Zucker, Jeff | Zuckerberg, Mark | |

Sincerely,

PAMELA J. BONDI
United States Attorney General

*Todd Blanche* (signature)

TODD BLANCHE
Deputy United States Attorney General
United States Department of Justice