UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------

VIRGINIA L. GIUFFRE,

    Plaintiff,

    v.          15-cv-7433 (LAP)

GHISLAINE MAXWELL,

    Defendant.

-------------------------------------

CERTIFICATE OF SERVICE

I, George W. Poncy Jr, certify that on March 7, 2026, I served the following documents:

- Motion to Intervene
- Memorandum of Law in Support of Motion to Intervene
- Proposed Order

by emailing true and correct copies to all counsel of record in this matter, as follows:

Sigrid S. McCawley

Boies Schiller Flexner LLP

Email: smccawley@bsfllp.com

Laura A. Menninger

Haddon Morgan & Foreman, P.C.

Email: lmenninger@hmflaw.com

Cynthia A. Gierhart

Holland & Knight LLP

Email: cindy.gierhart@hklaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 8, 2026

Palm Beach Gardens, Florida

___/s/ George W Poncy Jr_____

George W  Poncy Jr

5551 High Flyer Road N, Palm Bach Gardens, FL 33418

mail@capitol-pictures.com

561-310-2420

Proposed Intervenor Pro Se