# Holland & Knight

787 Seventh Avenue, 31st Floor | New York, NY 10019 | T 212.513.3368 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Christine N. Walz
(212) 513-3368
christine.walz@hklaw.com

Cynthia A. Gierhart
(202) 469-5416
cindy.gierhart@hklaw.com

March 16, 2026

**Via ECF**

The Honorable Loretta A. Preska
District Court Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    **INTERVENORS' LETTER IN RESPONSE TO COURT'S MARCH 6, 2026 ORDER, DKT. 1361**
             *Giuffre v. Maxwell*, Case No. 15-cv-7433-LAP

Dear Judge Preska:

      Intervenors Julie Brown and the Miami Herald Media Company ("Intervenors"), respectfully submit this letter in response to the Court's March 6, 2026 Order (Dkt. 1361) to address: (1) the United States' Motion for Limited Unsealing of Certain Documents (Dkt. 1353), and; (2) the substitution of Mr. Ian Torrington Blatchford (the administrator of Virginia Giuffre's estate) as the Plaintiff in this case.

## I.    Government's EFTA Motion

      Intervenors support the unsealing of the documents identified in the Government's motion, namely, the documents the Government received from Boies Schiller & Flexner LLP pursuant to grand jury subpoena and the order issued in *In re Grand Jury Subpoena*, No. 19 Misc. 149 (CM). As the Government correctly observes, it is not a party to the protective order in this case, nor was it bound by that order. Judge McMahon's modification relieved Boies Schiller of its obligations under the protective order and imposed no reciprocal restrictions on the Government's use or disclosure of the materials. *In re Grand Jury Subpoena*, Dkt. 13 at 1–2 (S.D.N.Y. Mar. 25, 2021). The Epstein Files Transparency Act ("EFTA") requires the Attorney General to make publicly available all unclassified records, documents, and investigative materials in the Department of Justice's possession relating to Jeffrey Epstein and Ghislaine Maxwell, subject only to the narrow redaction and withholding provisions set forth in Section 2(c) of the EFTA. Epstein Files Transparency Act, Pub. L. 119-38, 139 Stat. 656, § 2 (Nov. 19, 2025). Intervenors submit that the

Page 2
March 16, 2026

public interest in transparency, which Congress has now firmly expressed through the EFTA, weighs decisively in favor of granting the Government's motion and permitting the release of these materials in accordance with the Government's statutory obligations.

## II.     Substitution of Plaintiff

Separately, with respect to the substitution of Mr. Blatchford as the administrator of Virginia Giuffre's estate, Intervenors agree with the position set forth in Plaintiff's letter. *See* Dkt. No. 1363. The Second Circuit's December 19, 2025 order granting substitution should extend to this case on remand, and the mandate rule requires this Court to give full effect to that order without requiring a new substitution motion.

Dated: March 16, 2026                                Respectfully submitted,

                                                     HOLLAND & KNIGHT, LLP

                                                     /s/ Christine N. Walz
                                                     Christine N. Walz
                                                     787 7th Ave, 31st Floor
                                                     New York, NY 10019
                                                     Telephone: 212.513.3200
                                                     Fax: 212.385.9010

                                                     Cynthia A. Gierhart
                                                     800 17th Street, NW
                                                     Suite 1100
                                                     Washington, DC 20006
                                                     Telephone: 202.469.5416
                                                     Fax: 202.955.5564

                                                     *Attorneys for Intervenors*

Cc: Counsel of record (via ECF)