**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

VIRGINIA L. GIUFFRE,

Plaintiff,

v.

GHISLAINE MAXWELL,

Defendant.

Case No. 15-cv-07433 (LAP)

**ORDER AMENDING CASE CAPTION TO SUBSTITUTE IAN TORRINGTON BLATCHFORD, INTERIM ADMINISTRATOR OF THE ESTATE OF VIRGINIA L. GIUFFRE, AS PLAINTIFF**

WHEREAS, an action pending before this Court is styled *Giuffre v. Maxwell*, Case No. 1:15-CV-7433 (LAP);

WHEREAS, the Second Circuit granted Plaintiff-Appellant's Motion to Substitute Ian Torrington Blatchford, as interim administrator of Virginia Giuffre's Estate, as the Plaintiff-Appellant on December 19, 2025, and issued a mandate to the Southern District of New York on January 8, 2026.

WHEREAS, this Court directed Plaintiff to file a proposed order amending the case caption in this case to reflect the substitution of Ian Torrington Blatchford.

NOW, THEREFORE, IT IS HEREBY ORDERED that the case caption in this case is amended to substitute Ian Torrington Blatchford, as Interim Administrator of the Estate of Virginia L. Giuffre, as the Plaintiff in this case. Upon amendment, the caption will read:

IAN TORRINGTON BLATCHFORD, as Interim Administrator of the ESTATE OF VIRGINIA L. GIUFFRE,

Plaintiff,

v.

GHISLAINE MAXWELL,

Defendant.

DATED: September 3, 2026

Loretta A. Preska

THE HONORABLE LORETTA A PRESKA
UNITED STATES DISTRICT JUDGE