UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IAN TORRINGTON BLATCHFORD, as Interim Administrator of the ESTATE OF VIRGINIA L. GIUFFRE,<br><br>Plaintiff,<br><br>-against-<br><br>GHISLAINE MAXWELL<br><br>Defendant. | 15-CV-07433 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

At the request of Plaintiff and the Herald, the Court has reviewed the sealed submissions filed by Objecting Does between 2020 and 2023 and any related responses (the "Objecting Doe Submissions"). As a general matter, the Court agrees that there is no valid basis to continue sealing the Objecting Doe Submissions in light of the Epstein Files Transparency Act, Pub. L. 119-38 (2025) ("EFTA"), and the Court's subsequent order authorizing DOJ to publish, pursuant to EFTA, the full universe of sealed materials that DOJ obtained from this case. Accordingly, any privacy interests in the material referenced in the Objecting Doe Submissions are presumptively moot. See Campbell v. City of New York, 2021 WL 826899, at *10 (S.D.N.Y. Mar. 4, 2021) (Nathan, J.) ("Rarely, if ever, can the presumption of public access be overcome when the information has already been made public."); cf. Sparman v. Edwards, 325 F. Supp. 3d 317, 319 (E.D.N.Y. 2018) ("The Court

can conceive of no justification to seal an opinion that is readily available in the public domain.")

In the unlikely case that a particular Objecting Doe Submission (including any responsive submission filed by Plaintiff or the Herald) nonetheless contains or references sensitive victim information that is not already in the public domain—i.e., victim information that DOJ has redacted[1] under EFTA—the Objecting Doe may move for tailored redactions as appropriate. Any such request must be filed in public view as a letter motion within thirty days of this Order. In the letter motion, the movant may seek leave to file a sealed submission identifying the proposed redactions.

Barring any request for redactions, the Court will publish the Objecting Doe Submissions by separate order.

**SO ORDERED.**

November 13, 2026
New York, New York

LORETTA A. PRESKA
Senior United States District Judge

---

[1] See EFTA § 2(c) (authorizing DOJ to redact, among other items, any portions of records that "contain personally identifiable information of victims or victims' personal and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy" or "depict or contain images of death, physical abuse, or injury of any person").